Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| WEP | William E. Payne | Information Specialist | 85.00 | 60.90 | 5,176.50 |
| | | **Total Fees:** | | **163.30** | **$ 36,296.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/22/02 | | Long Distance Telephone: 7037298543 | $ 1.80 |
| 05/22/02 | | Long Distance Telephone: 7036840123 | 5.99 |
| 05/31/02 | | Long Distance Telephone: 7036840123 | 5.24 |
| 05/31/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: B519082; DATE: 5/31/2002  -  WR Grace storage - through 05/31/02 | 190.24 |
| 06/03/02 | 2 | Facsimile | 2.00 |
| 06/03/02 | | Long Distance Telephone: 4105314751 | 1.14 |
| 06/03/02 | 40 | Photocopies | 6.00 |
| 06/03/02 | 7 | Photocopies | 1.05 |
| 06/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18012; DATE: 6/3/2002  -  Airfare, 6/23-6/26/02, Denver Missoula Missoula Denver, C. Neitzel | 811.00 |
| 06/04/02 | | Long Distance Telephone: 7243251776 | 3.54 |
| 06/04/02 | 40 | Photocopies | 6.00 |
| 06/05/02 | 72 | Photocopies | 10.80 |
| 06/05/02 | 27 | Photocopies | 4.05 |
| 06/05/02 | 90 | Photocopies | 13.50 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-24; Drew Van Order Monroeville, Pa | 55.66 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/07/02 | 52 | Photocopies | 7.80 |
| 06/07/02 | 1,776 | Photocopies | 266.40 |
| 06/07/02 | 2,693 | Photocopies | 403.95 |
| 06/07/02 | 400 | Photocopies | 60.00 |
| 06/10/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 06/10/02 | 2 | Facsimile | 2.00 |
| 06/10/02 | 4 | Photocopies | 0.60 |
| 06/10/02 | 3,237 | Photocopies | 485.55 |
| 06/10/02 | 508 | Photocopies | 76.20 |
| 06/10/02 | 30 | Photocopies | 4.50 |
| 06/10/02 | 162 | Photocopies | 24.30 |
| 06/10/02 | 65 | Photocopies | 9.75 |
| 06/10/02 | 78 | Photocopies | 11.70 |
| 06/10/02 | 698 | Photocopies | 104.70 |
| 06/10/02 | 6 | Photocopies | 0.90 |
| 06/12/02 | 77 | Photocopies | 11.55 |
| 06/12/02 | 37 | Photocopies | 5.55 |
| 06/12/02 | 111 | Photocopies | 16.65 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-06; Lisa Driscoll Missoula, Mt | 8.61 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-10; Dori Kuchinsky Leesburg, Va | 13.46 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-10; William Sparks Wilmington, De | 15.19 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 06-10; Richard Finke Boca Raton, Fl | 13.46 |
| 06/13/02 | 16 | Photocopies | 2.40 |
| 06/13/02 | 5 | Photocopies | 0.75 |
| 06/13/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 34 | Photocopies | 5.10 |
| 06/14/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 1 | Photocopies | 0.15 |
| 06/14/02 | 2,763 | Photocopies | 414.45 |
| 06/14/02 | 507 | Photocopies | 76.05 |
| 06/15/02 | 26 | Photocopies | 3.90 |
| 06/18/02 | 2 | Color Photocopies: 2 Color Photocopies | 1.30 |
| 06/18/02 | 485 | Photocopies | 72.75 |
| 06/18/02 | 313 | Photocopies | 46.95 |
| 06/18/02 | 1 | Photocopies | 0.15 |
| 06/19/02 | 39 | Photocopies | 5.85 |
| 06/20/02 | 1,178 | Photocopies | 176.70 |
| 06/21/02 | 3 | Photocopies | 0.45 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 298 | Photocopies | 44.70 |
| 06/21/02 | 553 | Photocopies | 82.95 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 2 | Tab Stock: 2 Tab Stock | 0.10 |
| 06/24/02 | 2 | Photocopies | 0.30 |
| 06/24/02 | 1 | Photocopies | 0.15 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/24/02 | 226 | Photocopies | 33.90 |
| 06/25/02 | 5 | Facsimile | 5.00 |
| 06/25/02 | 44 | Photocopies | 6.60 |
| 06/28/02 | 3 | Photocopies | 0.45 |

**Total Disbursements:**   $   **3,650.63**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 2,507.10 |
| Facsimile | | 9.00 |
| Long Distance Telephone | | 17.71 |
| Outside Courier | | 106.38 |
| Travel Expense | | 811.00 |
| Other Expenses | | 190.24 |
| Color Photocopies | | 9.10 |
| Tab Stock | | 0.10 |

**Total Disbursements:**   $   **3,650.63**

Defense of Libby Access Case - 00301

| Name | Position | Hourly Rate | April | May | June | | Total Comp. |
|------|----------|-------------|-------|-----|------|---|-------------|
| | | | | **TOTAL HOURS BILLED** | | | |
| Lund, Kenneth | Partner | $ 350.00 | 0 | 0 | 3.6 | $ | 1,260.00 |
| TOTAL | | | 0 | 0 | 3.6 | $ | 1,260.00 |

**Defense of Libby Access Case - 00301**

| Description | April | May | June | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $            - | $            - | $            - | $            - |
| Facsimilies | $            - | $        4.00 | $            - | $        4.00 |
| Long Distance Telephone | $            - | $            - | $            - | $            - |
| Outside Courier | $            - | $            - | $            - | $            - |
| Travel Expenses | $            - | $            - | $            - | $            - |
| Lexis | $            - | $            - | $            - | $            - |
| Westlaw | $            - | $            - | $            - | $            - |
| Meal Expenses | $            - | $            - | $            - | $            - |
| Overtime | $            - | $            - | $            - | $            - |
| Other Expenses | $            - | $            - | $            - | $            - |
|  |  |  |  | $            - |
| **TOTAL** | **$            -** | **$        4.00** | **$            -** | **$        4.00** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

**Regarding: Libby - Access Case**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/08/02 | 4 | Facsimile | $ | 4.00 |
| | | **Total Disbursements:** | $ | **4.00** |

## Disbursement Summary

| | | |
|---|---|---|
| Facsimile | $ | 4.00 |
| **Total Disbursements:** | **$** | **4.00** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 06/05/02 | KWL | Telephone conference with Gary Spencer re Grace wire transfer. | 0.30 | $ | 105.00 |
| 06/20/02 | KWL | Telephone conference with Bob Emmett re Consent Decree requirements (.20); review Consent Decree re contract documents issues (1.00); telephone conference with Charles Evans re same (.30). | 1.50 | | 525.00 |
| 06/25/02 | KWL | Review HCP Articles of Incorporation (1.10); telephone conference with Charles Evans re same (.40); telephone conference to Bob Emmett re Administrative Services Agreement (.30). | 1.80 | | 630.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees Through June 30, 2002:** | **3.60** | **$** | **1,260.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 3.60 | $ | 1,260.00 |
| | | **Total Fees:** | | **3.60** | **$** | **1,260.00** |

Defense of Cost Recovery Action - 00302

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|-------|-----|------|-------------|
| | | | April | May | June | |
| Harris, Colin | Partner | $ 350.00 | 0 | 0.8 | 17.6 | $ 6,440.00 |
| Lund, Kenneth | Partner | $ 350.00 | 98.7 | 80.8 | 32.1 | $ 74,060.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 46.2 | 32 | 54.4 | $ 39,780.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 150.7 | 5.5 | 50.9 | $ 62,130.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 0 | 46.7 | 45.3 | $ 27,600.00 |
| Stevenson, Edward | Sr. Counsel | $ 280.00 | 165.7 | 51.6 | 95.8 | $ 87,668.00 |
| Coggon, Kathryn | Special Counsel | $ 275.00 | 45.7 | 104.9 | 104 | $ 70,015.00 |
| Kunstle, David | Associate | $ 240.00 | 1.8 | 0 | 0 | $ 432.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 65.3 | 11.2 | 48.4 | $ 27,478.00 |
| Hall, Jennifer | Associate | $ 220.00 | 40.7 | 7.7 | 17.9 | $ 14,586.00 |
| Tracy, Brent | Associate | $ 240.00 | 0 | 0 | 1.8 | $ 432.00 |
| Trammell, Keith | Associate | $ 185.00 | 0 | 0 | 15.5 | $ 2,867.50 |
| Korver, Thomas | Sr. Paralegal | $ 140.00 | 122.9 | 55.8 | 26.8 | $ 28,770.00 |
| Aschenbrenner, C | Paralegal | $ 125.00 | 0 | 3.4 | 0 | $ 425.00 |
| Latuda, Carla | Sr. Paralegal | $ 125.00 | 20.1 | 27.2 | 9.8 | $ 7,137.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 66.8 | 32.4 | 37 | $ 14,982.00 |
| Wingard, Johncie | Paralegal | $ 125.00 | 0 | 1.5 | 0 | $ 187.50 |
| Proctor, Faye | Case Admin. | $ 70.00 | 0 | 4.9 | 0 | $ 343.00 |
| Haag, Susan | Paralegal | $ 105.00 | 1.2 | 0 | 0 | $ 126.00 |
| Mulholland, Imelda | Info. Specialist | $ 110.00 | 40.2 | 1.5 | 3.6 | $ 4,983.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 59.1 | 57.4 | 33.7 | $ 13,518.00 |
| Prussman, Jason | Law Clerk | $ 140.00 | 0 | 0 | 2.8 | $ 392.00 |
| Bowne, Cathy | Case Admin. | $ 75.00 | 14.5 | 0 | 0 | $ 1,087.50 |
| TOTAL | | | 939.6 | 525.3 | 597.4 | $ 485,440.00 |

**Defense of Cost Recovery Action - 00302**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ 87.00 | $ - | $ 177.00 | $ 264.00 |
| Photocopies | $ 889.75 | $ 972.60 | $ 306.30 | $ 2,168.65 |
| Facsimilies | $ 198.00 | $ 74.00 | $ 108.00 | $ 380.00 |
| Long Distance Telephone | $ 102.16 | $ 24.28 | $ 69.09 | $ 195.53 |
| Outside Courier | $ 164.15 | $ 779.10 | $ 451.49 | $ 1,394.74 |
| Travel Expenses | $ 6,110.22 | $ 1,340.09 | $ 5,461.13 | $ 12,911.44 |
| Lexis | $ 2,724.24 | $ 69.09 | $ 418.60 | $ 3,211.93 |
| Westlaw | $ 121.64 | $ - | $ - | $ 121.64 |
| Meal Expenses | $ 565.78 | $ 197.84 | $ 480.42 | $ 1,244.04 |
| Service of Process | $ - | $ - | $ 304.00 | $ 304.00 |
| Other Expenses | $ 409.03 | $ 3,476.20 | | $ 3,885.23 |
| Research Services | $ 40.00 | $ - | $ - | $ 40.00 |
| Color copies | $ 23.40 | $ 7.15 | $ 2.60 | $ 33.15 |
| Supplies | $ 8.40 | $ - | $ 37.00 | $ 45.40 |
| Tab Stock | $ 0.30 | $ - | $ - | $ 0.30 |
| Velo Binding | $ 6.00 | $ - | $ - | $ 6.00 |
| Witness Fee | $ - | $ - | $ 500.00 | $ 500.00 |
| | | | | $ - |
| **TOTAL** | **$ 11,450.07** | **$ 6,940.35** | **$ 8,315.63** | **$ 26,706.05** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/01/02 | KWL | Telephone conference with Richard Finke re risk assessment issues (.40); review CVs for risk experts (1.00); coordinate strategy for expert opinion development and review (4.00); review EPA compliance documents and related Libby documentation (2.00). | 7.40 | $  2,590.00 |
| 04/01/02 | JDM | Meet with KWLund re experts and case management issues (0.5). | 0.50 | 150.00 |
| 04/01/02 | LSD | Research re and draft response in opposition to Government's motion for summary judgment on liability and affirmative defenses. | 10.00 | 3,000.00 |
| 04/01/02 | KJC | Review letter from H. Kukis re cost recovery document production (.30); conferences with JAHall re document review (.30); review edits and revise declaration of A. Stringer in support of response to Motion for Summary Judgment (1.00); review database issues (.50); draft internal discovery schedule (2.20); Telephone conference with EEStevenson re internal discovery schedule and expert interviews (.20) . | 4.30 | 1,182.50 |
| 04/01/02 | EES | Review Marcor monthly cost reports (1.70); compare cost reports with Marcor's progress reports (3.10); telephone conferences with accounting experts (.80); review accounting expert's audit schedules re Navy cost documentation (1.10); review CDM bidding documentation (2.40). | 9.10 | 2,548.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | | |
|---|---|---|---|
| | Page | | 13 |
| | Invoice No.: | | 597443 |
| | Client No.: | | 04339 |
| | Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/02 | JAH | Receive and evaluate correspondence from Heidi Kukis at DOJ re discovery issues (.10); consider and prepare correspondence to KJCoggon re same (.20); consider and prepare correspondence to KJCoggon re Weiss document review (.20); consider and review documents produced by the United States in response to defendant's discovery requests (4.00). | 4.50 | 990.00 |
| 04/02/02 | KWL | Meeting with EEStevenson re cost and NCP expert issues (.50); review EPA documents supporting risk assessment analysis (4.00). | 4.50 | 1,575.00 |
| 04/02/02 | JDM | Review and comment on draft summary judgment brief (0.5). | 0.50 | 150.00 |
| 04/02/02 | LSD | Continue research re response in opposition to motion for summary judgement and continue drafting same. | 7.80 | 2,340.00 |
| 04/02/02 | KJC | Address database issues (.50); review draft response to Motion for Summary Judgment (1.00); review and revise M. Owens declaration (.30); telephone conference with expert re ATSDR (.20); draft and revise internal discovery schedule (2.30); telephone conference with LSDecker re Motion for Summary Judgment response (.30). | 4.60 | 1,265.00 |
| 04/02/02 | EES | Continue review of CDM bidding materials (2.60); review numerous CDM Scope of Work documents and related amendments (1.90); continue review of Marcor progress reports (1.20); review cost expert's audit workpapers re Department of Justice costs (2.10). | 7.80 | 2,184.00 |
| 04/02/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.20); review outline and legal materials re: coding of new set of EPA documents (2.00). | 6.00 | 660.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/02/02 | TWK | Revise retainer agreements with ARCADIS and Hein & Associates (.80); meet with EEStevenson re same (.20); meet with KJCoggon re coding of documents and review of EPA production (.40); research ATSDR guidance for public health assessments (.80); prepare revisions and additions to response to motion for summary judgment (5.20). | 7.40 | 1,036.00 |
| 04/02/02 | MBF | Conduct computer research for KJCoggon on Chris Weis (2.0); write memo regarding same (3.30). | 5.30 | 477.00 |
| 04/02/02 | ICM | Complete background research on witness and transmit to counsel. | 1.30 | 143.00 |
| 04/03/02 | JDM | Review and comment on draft response to summary judgment motion (2.8); conference with EEStevenson re accountant deadline issues (0.4); telephone conference with accounting experts re deadlines (0.4); conference with KWLund re expert issues, discovery and status (0.3); telephone conference with EEStevenson re expert contract issues (0.2); meet with LSDecker re issues in brief (0.8); review and comment on affidavits and statement of facts (1.0); meet with LSDecker re legal arguments and other summary judgment issues (1.6). | 7.50 | 2,250.00 |
| 04/03/02 | LSD | Continue drafting response in opposition to motion for summary judgment and affidavits of Hutchinson, Stringer, and Owens. | 10.00 | 3,000.00 |
| 04/03/02 | KJC | Conference with LSDecker re response to Motion for Summary Judgment (1.20); telephone conference with M. Owens re declaration (.70); revise M. Owens declaration (1.80); review draft response to Motion for Summary Judgment (1.10); revise A. Stringer declaration (.60); review database issues (.20); telephone conference with EEStevenson re documents for expert (.20); review and respond to e-mail re document review (.30); conference with scan vendor re progress and issues re EPA production documents (.70). | 6.80 | 1,870.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/02 | EES | Conference calls with cost experts (.70); review cost accountants' deliverable schedule (.60); telephone calls with accounting experts re deliverable dates (1.10); review extensive CDM cost documents/progress reports (4.20). | 6.60 | 1,848.00 |
| 04/03/02 | GMB | Review and code documents produced by EPA for use in cost recovery case (4.5); conference with CLNeitzel re research on arbitrary and capricious standard (.20); Lexis research on "arbitrary and caprious" standard (2.0). | 6.70 | 1,474.00 |
| 04/03/02 | JAH | Receive and evaluate correspondence from LSDecker re motion for summary judgment documentation; conferences with LSDecker re same (.80); consider and review documents in support of motion for summary judgment (8.30); telephone conference with KJCoggon re same (.10); telephone conference with KATrammel re same (.10); telephone conferences with Corrine Christensen at DOJ re review of defendant's response to United States discovery requests (.20); consider and follow-up on same (.30). | 9.80 | 2,156.00 |
| 04/03/02 | TWK | Research status of EPA public emergency declaration (.30); draft affidavit in support of opposition to motion for summary judgment (2.00); research EPA actions re withdrawal of affirmative defenses (.80). | 3.10 | 434.00 |
| 04/03/02 | MCL | Read and respond to e-mails received from KJCoggon re coding of documents produced by EPA (.60). | 0.60 | 75.00 |
| 04/03/02 | MBF | Call E.D. Ky. to obtain indictment for EEStevenson (.40); perform quality control/quality assessment and issue coding for documents in Lotus Notes/Trial Director database (4.80) | 5.20 | 468.00 |
| 04/04/02 | KWL | Attend trial team meeting re case status and strategy (1.20); telephone conferences with LSDecker re Summary Judgment issues (.30); review and edit Summary Judgment brief (1.70). | 3.20 | 1,120.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/04/02 | JDM | Telephone conference with LSDecker re brief status (0.2); prepare for team meeting (0.3); review memo re discovery plan (0.3); telephone conference with G. Graham re discovery issues (0.3); telephone conference with J. Freeman re motion for extension of time (0.3); telephone conference with LSDecker re brief and extension of time (0.1); prepare for meeting with accounting experts (0.5); meet with accounting experts (2.0); meet with EEStevenson re accountants (0.3). | 4.30 | 1,290.00 |
| 04/04/02 | LSD | Various office conferences with KWLund and JDMcCarthy re motion response (.70); prepare and revise motion for extension of time to file an opposition (1.00); continue drafting brief and supporting affidavits and statement of fact in opposition to motion for summary judgment (9.30). | 11.00 | 3,300.00 |
| 04/04/02 | KJC | Review proposed internal schedule (.20); revise A. Stringer declaration (.40); telephone conference with A. Stringer re affidavit (.30); conference with team re schedule, expert progress, and document issues (1.20); conference with TWKorver re document review (.30); review and respond to e-mail re assignment of legal assistants to particular EPA document review (.20). | 2.50 | 687.50 |
| 04/04/02 | EES | Attend Grace team strategy meeting with KWLund, JDMcCarthy, GMBarry, JAHall, and TWKorver (1.20); prepare for meeting with additional potential accounting experts (1.50); attend meeting with potential accounting experts (2.90); review revised and expanded cost accounting workpapers (1.60); revise expert retention document (.40); telephone conference with cost expert (.20); review Apex Security cost documentation (.90); review bidding material from Environmental Chemical (.60). | 9.30 | 2,604.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/04/02 | GMB | Continue research on "arbitrary and caprious" standard of review of EPA's actions (1.0); review of cases on "arbitrary and caprious" standard (1.5); draft memo re "arbitrary and caprious" standard (1.5); grace team meeting (1.2); meeting with possible expert witness, A. Marvin Strait, JDMcCarthy and EEStevenson (1.5). | 6.70 | 1,474.00 |
| 04/04/02 | JAH | Conference with KJCoggon re review of United States' document production (.20); attend Grace team meeting (1.20). | 1.40 | 308.00 |
| 04/04/02 | NKA | Telephone meeting with MCLatuda and MBFloyd re Cost Recovery coding assignments and deadlines (.30); review and code EPA documents for Cost Recovery issues codes and category (5.80). | 6.10 | 671.00 |
| 04/04/02 | TWK | Meeting with CLNeitzel, GMBarry, KJCoggon, JDMcCarthy, EEStevenson, JAHall, and KWLund re case status and tasks (1.20); prepare chart of discovery served by Grace and connection to affirmative defenses (1.20); meet with KJCoggon re document coding priorities (.20); review coding guidelines and categories to be coded (.40); research documents for use by consultants (1.30); review CDs contained in USGS production (2.30); assist with preparation of opposition to motion for summary judgment (1.00). | 7.60 | 1,064.00 |
| 04/04/02 | MBF | Review and perform issue coding on Paul Perronard e-mails located in Lotus Notes database. | 5.00 | 450.00 |
| 04/05/02 | KWL | Telephone conference with accounting expert re retention and cost strategy issues (1.20); review EPA cost outline and backup documents (2.00). | 3.20 | 1,120.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 18 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/05/02 | LSD | Telephone call to Michael Hutchinson for purposes of obtaining affidavit (.10); telephone conference with Alan Stringer updating and revising affidavit (.70); telephone call to Owens re affidavit (.10); telephone conference with KJCoggon re status of obtaining cost recovery package from government (.50); continue drafting and revising brief in supporting documentation (11.20); office conference with DPKunstle re KDC's structure (.20). | 12.80 | 3,840.00 |
| 04/05/02 | KJC | Conference with potential accounting expert (1.50). | 1.50 | 412.50 |
| 04/05/02 | EES | Meeting with an additional potential accounting expert (1.30); review Ramcor Services Group cost documentation (.30); review Parker residential displacement documentation (.40); review Medical Graphics documentation (.20); review Toshiba American Medical Systems documentation (.40); review Diagnostic Imaging Inc. documentation (.20); review MedStone Inc. cost documentation (.60); review cost proposals for medical surveillance program (.90); review Aeolus pricing documentation (.30 ); review Alert Security documentation (.60);  review contract negotiation memorandums re CDM contract negotiations (1.10); review IDT Company audit report (.80); review environmental consulting and technology company audit (.60). | 7.70 | 2,156.00 |
| 04/05/02 | JAH | Consider and prepare supplemental disclosures for United States' discovery requests. | 3.00 | 660.00 |
| 04/05/02 | DPK | Review KDC documents (.10); conference with LSDecker re same (.20). | 0.30 | 72.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/05/02 | TWK | Review documents at offices of EPA produced in response to Grace discovery (4.00); meet with CLNeitzel re coding of administrative record and site file (.50); research guidelines for coding documents into database (.70); prepare assignments for coding of EPA production documents (.30); review comments on Administrative Record for placing importance codes on scanned documents (.50); research information provided by ATSDR in response to FOIA requests (1.80). | 7.80 | 1,092.00 |
| 04/05/02 | MCL | Read and respond to e-mails re assignment of documents to lawyers and paralegals for coding purposes (.60). | 0.60 | 75.00 |
| 04/05/02 | MBF | Conference with CLNeitzel regarding issues to be considered when coding administrative record (.30); code EPA production documents in Lotus Notes database (4.50). | 4.80 | 432.00 |
| 04/06/02 | LSD | Continue drafting brief and supporting documents. | 10.30 | 3,090.00 |
| 04/07/02 | JDM | Review and revise Stringer declaration (0.6); review ATSDR health consultation (0.9); review community testing program report (0.8). | 2.30 | 690.00 |
| 04/07/02 | LSD | Continue drafting brief in opposition to motion for summary judgment as well as revisions to statement of facts, Hutchinson affidavit, Stringer affidavit, Owens affidavit, and discovery chronology affidavit. | 10.30 | 3,090.00 |
| 04/08/02 | LSD | Continue drafting and revising brief for comment to client. | 7.40 | 2,220.00 |
| 04/08/02 | KJC | Review and respond to email re discovery and document review (0.80). | 0.80 | 220.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/02 | EES | Review EMSL Analytical (CDM subcontractor) cost documentation (.70); telephone conferences with accounting experts re cost database issues (.40); telephone conference with potential accounting experts re retention issues (.30); review cost documentation of Fox Pacific Environmental Services (CDM subcontractor) (.40). | 1.80 | 504.00 |
| 04/08/02 | GMB | Edit draft memo on "arbitrary and capricious" under CERCLA (4.0); additional research on "arbitrary and capricious" under CERCLA (1.0). | 5.00 | 1,100.00 |
| 04/08/02 | JAH | Consider and review comments to the administrative record (1.50); consider and prepare correspondence to the DOJ re supplemental disclosures (.50); consider and prepare supplemental disclosures (.40). | 2.40 | 528.00 |
| 04/08/02 | DPK | Review KDC corporate documents (1.20); conference with HRO personnel re same (.30). | 1.50 | 360.00 |
| 04/08/02 | TWK | Review documents at EPA in response to Grace discovery (4.50); meet with MCLatuda re coding of EPA administrative record (.50); research FOIA appeal deadlines and process (2.30); prepare appeal of ATSDR FOIA denial re withholding death certificates (3.50); research documents produced by EPA and prepare assignments for coding of same (.50). | 11.30 | 1,582.00 |
| 04/08/02 | MCL | Conference with TWKorver re coding of EPA Production documents (.40); prepare Bates numbers list for CSBowen for coding of Paul Peronard emails (.30); review changes made to database (.60). | 1.30 | 162.50 |
| 04/08/02 | MBF | Code EPA production documents in Lotus Notes database. | 3.00 | 270.00 |
| 04/08/02 | ICM | Research treatises and secondary sources re privilege issues. | 3.00 | 330.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page          21
Invoice No.:  597443
Client  No.:  04339
Matter  No.:  00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/09/02 | KWL | Prepare for meeting with risk expert (.60); interview potential risk expert (2.00); meet with JDMcCarthy and CLNeitzel re case status and strategy (.50); review Paul Peronard e-mail documents (2.30). | 5.40 | 1,890.00 |
| 04/09/02 | JDM | Prepare for expert interview (1.0); expert interview (2.2); meet with KWLund and CLNeitzel re expert interview and toxicologist/risk experts (0.5). | 3.70 | 1,110.00 |
| 04/09/02 | LSD | Telephone conference with Bob Emmett re revisions to and comments on draft response to motion for summary judgment (.50); continue drafting statements of facts and collecting background information pertinent to same (3.60). | 4.10 | 1,230.00 |
| 04/09/02 | KJC | Review and respond to email re discovery and document review (0.30). | 0.30 | 82.50 |
| 04/09/02 | EES | Review EMSL Analytical cost documentation (1.30); review CDM Consultants contracting documentation (.90); review KUO Environmental contract/scope of work documentation (2.20); review evaluation of KUO Environmental overhead structure (1.40); review KUO Environmental contract "Protege" agreement (.50); review Defense Contract Audit Agency audit of KUO Environmental accounting system (1.60); review Eky Inc. accounting system audit report prepared by the Defense Contract Audit Agency (1.20); review KUO Environmental monthly progress reports (.20). | 9.30 | 2,604.00 |
| 04/09/02 | TWK | Revise appeal to ATSDR re denial of FOIA request (1.00); review CDs of USGS information produced by EPA in response to Grace discovery (4.50). | 5.50 | 770.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | Page | 22 |
|---|---|---|---|
| | | Invoice No.: | 597443 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/09/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (3.20); conferences with SMHaag, CSGraham, and TThomas re entry of attorney comments into EPA Production database (.40); conference with MThompson and WBrown re database issues (.20); read and respond to emails with KJCoggon re database issues (.30). | 4.10 | 512.50 |
| 04/09/02 | MBF | Cite-check summary judgement response brief for LSDecker (3.40); code EPA production documents in Lotus Notes database (2.40) | 5.80 | 522.00 |
| 04/09/02 | ICM | Conduct research re privilege issues in Washington State. | 4.00 | 440.00 |
| 04/10/02 | KWL | Telephone conference with Bob Emmett and Bill Corcoran re case status and strategy (1.00); review risk assessment issues and develop issue outline (2.00). | 3.00 | 1,050.00 |
| 04/10/02 | LSD | Office conference with JAHall re discovery and facts to support statement of facts (.20); office conference with CLNeitzel re naturally occurring documentation (.3); draft statement of facts (2.3); telephone conference with Michael Hutchinson, former CDM employee re potential declaration and revise declaration in accordance with conversation (1.8); continue drafting and revising brief (.6). | 5.20 | 1,560.00 |
| 04/10/02 | KJC | Review and respond to email re discovery, document review, and expert schedules (0.30). | 0.30 | 82.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/10/02 | EES | Review additional KUO Environmental progress billing status reports and contract documentation (2.80); extended phone conferences with accounting experts re deliverables, contractor documentation and cost database issues (1.30); extended phone conferences with potential accounting experts re transition issues, overhead cost issues and documentation criteria (1.80); review additional Marcor documents involving Task Order 22 (school remediation) (2.70); review additional Marcor cost documentation re Task Order 21 (mine and Rainy Creek Road areas) (1.20). | 9.80 | 2,744.00 |
| 04/10/02 | GMB | Conference with EEStevenson on research concerning medical costs (.30); Lexis research re recovery of medical costs under CERCLA (2.20); review cases concerning recovery of medical costs under CERCLA (2.00). | 4.50 | 990.00 |
| 04/10/02 | JAH | Conference with LSDecker re supplemental disclosures (.30); consider and revise correspondence to DOJ re supplemental disclosures (.20). | 0.50 | 110.00 |
| 04/10/02 | TWK | Research production of documents from ATSDR in response to FOIA request and litigation discovery (1.00); research risk spreadsheets used by EPA in support of endangerment assessment (.80); prepare list of USGS documents to be scanned from production of CDs by EPA in response to discovery (1.00); telephone conference with DOJ re production of USGS records (.20). | 3.00 | 420.00 |
| 04/10/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues. | 1.10 | 137.50 |
| 04/10/02 | MBF | Code EPA production documents in Lotus Notes database. | 6.00 | 540.00 |
| 04/10/02 | ICM | Case law research and review re discovery of out of state medical records. | 3.80 | 418.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/11/02 | KWL | Review key documents in preparation for expert depositions and case management outline. | 6.00 | 2,100.00 |
| 04/11/02 | JDM | Exchange voice mails with LSDecker re affidavit (0.1); telephone conference with EEStevenson re accounting expert (0.1); meet with KWLund re case status meeting with client (0.2). | 0.40 | 120.00 |
| 04/11/02 | LSD | Continue drafting  and revising brief in opposition to motion for summary judgment on liability and affirmative defenses. | 4.50 | 1,350.00 |
| 04/11/02 | KJC | Review and respond to email re discovery and document review (0.30). | 0.30 | 82.50 |
| 04/11/02 | EES | Prepare for meeting with accounting experts (1.80); extended meeting with accounting experts (3.30); review additional Marcor documentation, including Task Order 5 (removal activities in excess of $3.5 million) (3.80). | 8.90 | 2,492.00 |
| 04/11/02 | GMB | Additional Lexis research on the recovery of medical costs under CERCLA (2.00); review cases on the recovery of medical costs under CERLCA (4.50); reviewing and coding of EPA production of documents provided by Chris Weiss e-mails data base (1.2). | 7.70 | 1,694.00 |
| 04/11/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (.50); conferences with TJThomas and CSGraham re adding attorney comments to EPA Production database (.40). | 0.90 | 112.50 |
| 04/11/02 | MBF | Code EPA production documents in Lotus Notes database. | 6.40 | 576.00 |
| 04/11/02 | ICM | Follow up with EEStevenson re expert issues (1.50); answer administrative record questions (0.80); prepare memo re privileged medical records issues (5.80); coding documents in response to EPA information request (2.00). | 9.00 | 990.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 25 |
| Invoice No.: | | 597443 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/11/02 | CB | Review and code electronic documents produced by EPA to Cost Recovery issues (4.00) | 4.00 | 300.00 |
| 04/12/02 | KWL | Review and revise draft responses to United States' Summary Judgment motion (2.70); provide comments to LSDecker re same (.30). | 3.00 | 1,050.00 |
| 04/12/02 | JDM | Review and comment on summary judgment response brief (2.0); meet with LSDecker re summary judgment brief comments (1.1); telephone conference with EEStevenson re protective order (0.3); telephone conference with EEStevenson and accounting expert re protective order (0.3). | 3.70 | 1,110.00 |
| 04/12/02 | LSD | Office conference with JDMcCarthy re comments to brief and revisions to same (1.8), revise declaration re discovery issues (.4); revise Stringer affidavit (.5); revise Owens declaration (.7); revise Hutchinson declaration (.1); continue drafting statement of facts (1.2); continue drafting and revising brief and of statement of facts (9.1). | 13.00 | 3,900.00 |
| 04/12/02 | KJC | Review and respond to email re discovery and document review (0.20); review and revise declaration and facts in support of opposition to motion for summary judgment (0.70); telephone conference with LSDecker re same (0.30). | 1.20 | 330.00 |
| 04/12/02 | EES | Phone conferences with accounting experts re deliverables, cost database and upcoming strategy meeting (.90); review additional Medical Graphics Corporation bidding/cost documentation (1.10); review Imaging Solutions cost documentation (.60); conference with accounting experts re workpaper/audit issues (1.30); review additional medical surveillance program bidding documentation (3.30). | 7.20 | 2,016.00 |
| 04/12/02 | JAH | Consider and review documents in EPA administrative record and site file (1.00); conference with MCLatuda re same (.40). | 1.40 | 308.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/12/02 | TWK | Meet with MCLatuda re coding of administrative record documents (.20); research status of headquarters endangerment decision (.30). | 0.50 | 70.00 |
| 04/12/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (2.40); conference with TWKorver re assignment of documents to individuals for coding purposes (.30); conference with JAHall re procedures for reviewing electronic documents and coding of same (.50); conference with CSGraham re same (.20); conference with WDBrown re procedures for loading of EPA Administrative Record and Site File images into Document Director and LotusNotes database (.60); locate and provide documents from Cost Recovery Package documents for LSDecker (.60). | 4.60 | 575.00 |
| 04/12/02 | MBF | Code EPA production documents in Lotus Notes (2.4); send letter to E.D. Kentucky to obtain indictment for EEStevenson (.20). | 2.60 | 234.00 |
| 04/12/02 | ICM | Conduct case law research re Public Disclosure Act as per KJCoggon's request (2.00); draft memorandum re same (3.50). | 5.50 | 605.00 |
| 04/13/02 | LSD | Draft and revise affidavit of Alan Stringer and telephone conference with him re same (4.4); draft and revise declaration of Mark Owens (.7); draft and revise statement of facts, including additional document research on naturally occurring issues (7.5); continue drafting and revising substantive brief in opposition to motion for summary judgment (3.0). | 15.60 | 4,680.00 |
| 04/13/02 | TWK | Research documents produced by EPA in response to Grace discovery re attic insulation (2.00); research EPA activities at Screen Plant re archaeology investigation (.50); research EPA deficiencies in data production and in response to discovery (2.00); prepare chart of same (.80). | 5.30 | 742.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/14/02 | LSD | Draft and revise statement of facts and draft and revise brief in opposition to motion for summary judgment (16.3) | 16.30 | 4,890.00 |
| 04/15/02 | KWL | Conference call with B. Corcoran. | 1.00 | 350.00 |
| 04/15/02 | JDM | Review and revise modifications to protective order (0.2); meet with EEStevenson re protective order modifications (0.2); telephone conference with J. Freeman re modification of protective order confidentiality agreement (0.2); outline issues for April 30 client meeting (0.6); review statement of facts (0.5). | 1.70 | 510.00 |
| 04/15/02 | LSD | Continue drafting and revising brief in opposition to Motion for Summary Judgment (11.00); finalize same and file same (various telephone and office conferences with JDMcCarthy, CLNeitzel, Lisa Driscoll re content and revisions to same (.80). | 11.80 | 3,540.00 |
| 04/15/02 | EES | Review and revise accounting workpaper retention disclosure provisions (.70); telephone conference with cost expert (.40); review Marcor Task Order 5 cost documentation (3.60); telephone conference with Jim Freeman re revisions to workpaper disclosure provisions (.30); conference call with accounting experts re cost database documentation issues (.80). | 5.80 | 1,624.00 |
| 04/15/02 | GMB | Review cases re medical testing under CERCLA (2.0); coding and reviewing EPA production for use in cost recovery case (5.5). | 7.50 | 1,650.00 |
| 04/15/02 | NKA | Review and code electronic documents in WR Grace - EPA Production database (5.30). | 5.30 | 583.00 |
| 04/15/02 | TWK | Prepare coding of documents from Administrative Record and site file (5.60); research images available from Administrative Record (.50); assist with preparation of response to motion for summary judgment (.50). | 6.60 | 924.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/02 | MCL | Telephone conference with TWKorver re procedures for electronic coding of EPA Production documents (.30); telephone conference with CSGraham re same (.20). | 0.50 | 62.50 |
| 04/15/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (3.50) | 3.50 | 262.50 |
| 04/16/02 | KWL | Work on cost recovery defense issues (2.0); prepare expert witness report to client (4.0); meeting with JDMcCarthy re case status and strategy (1.2). | 7.20 | 2,520.00 |
| 04/16/02 | JDM | Prepare for and meet with KWLund re discovery and motions (1.2). | 1.20 | 360.00 |
| 04/16/02 | LSD | Follow up on Motion for Summary Judgment Response. | 0.30 | 90.00 |
| 04/16/02 | KJC | Review response to Motion for Summary Judgment (1.50). | 1.50 | 412.50 |
| 04/16/02 | EES | Review Environmental Chemical Corporation's cost documentation (2.90); review additional Environmental Chemical Corporation audit information (2.10); review additional EPA indirect cost methodology documentation (.80); extended phone conferences with accounting experts re status/progress report, cost database and other deliverables (.90). | 6.70 | 1,876.00 |
| 04/16/02 | NKA | Review and code electronic documents in Grace Historical database for responsiveness to Cost Recovery issues and category rank (1.50). | 1.50 | 165.00 |
| 04/16/02 | TWK | Prepare coding of documents from Administrative Record and site file (.80); research updates to Screening/Export Plant Administrative Record (1.50); research coding of document categories and auxiliary codes (1.00); review CDs of Administrative Record re differences in supplements (.50). | 3.80 | 532.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/16/02 | ICM | Conduct EPA administrative record research for CLNeitzel; update memo re Washington public records issues. | 6.00 | 660.00 |
| 04/16/02 | CB | review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (1.00). | 1.00 | 75.00 |
| 04/17/02 | KWL | Meeting with potential risk experts (4.0);  meeting with Richard Finke and Doug Cameron re same (2.0); telephone conference with Phil Good re risk and data issues; (.60); conference with Richard Finke re same (.60). | 7.20 | 2,520.00 |
| 04/17/02 | JDM | Prepare for meeting with potential expert (1.0); meet with potential expert (2.3); meet with team to discuss expert (0.4); telephone conference with sampling and analysis expert (0.3); telephone conference with EEStevenson re accounting expert issues (0.1). | 4.10 | 1,230.00 |
| 04/17/02 | EES | Review Marcor cost documentation workpapers prepared by accounting experts (3.70); prepare for strategy meeting with accounting experts (1.30); extended strategy meeting with accounting experts (4.40). | 9.40 | 2,632.00 |
| 04/17/02 | GMB | Coding and reviewing EPA production for use in cost recovery case (6.6). | 6.60 | 1,452.00 |
| 04/17/02 | NKA | Review and code electronic documents in Grace Historical database for responsiveness to EPA Cost Recovery issues and category rank (1.30). | 1.30 | 143.00 |
| 04/17/02 | SH | Review background information and issues on cost recovery case for document review. | 1.20 | 126.00 |
| 04/17/02 | TWK | Coding of documents produced by EPA in Administrative Record and site file (4.50); research issues in database re cross-referencing of coded documents (.80); obtain documents for use by experts in Administrative Record review (.50); meet with IT Department re coding issues in Administrative Record database (.50). | 6.30 | 882.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/17/02 | ICM | Conduct research re hazardous ranking system and several CERCLA regulatory questions as per CLNeitzel's request. | 2.60 | 286.00 |
| 04/17/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery Issues (4.00). | 4.00 | 300.00 |
| 04/18/02 | KWL | Coordinate trial team meeting (.9); review various strategic issues re trial strategy (3.0). | 4.00 | 1,400.00 |
| 04/18/02 | JDM | Prepare for team meeting (0.2); team meeting (0.9); conference with EEStevenson re accountant issues (0.1); draft letters to toxicology experts (0.2); meet with CLNeitzel re expert issues (0.1). | 1.50 | 450.00 |
| 04/18/02 | KJC | Telephone conference with team re status of expert preparation (0.60). | 0.60 | 165.00 |
| 04/18/02 | EES | Case strategy meeting with KWLund, JDMcCarthy, GMBarry, TWKorver and KJCoggon (.90); phone conferences with accounting experts re workpaper and EPA overhead issues (1.10); review additional workpapers prepared by accounting experts (2.30); revise draft retention letter for additional accounting experts (.40). | 4.70 | 1,316.00 |
| 04/18/02 | GMB | Grace team meeting (.90); Lexis research on medical surveillance under CERCLA (1.6); coding and reviewing EPA production for use in cost recovery case (4.50) | 7.00 | 1,540.00 |
| 04/18/02 | NKA | Review and code electronic documents in database for responsiveness to cost recovery issues (7.30). | 7.30 | 803.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/18/02 | TWK | Meeting with KWLund, EEStevenson, CLNeitzel, GMBarry and JDMcCarthy re status of action items and future tasks (.90); research data information used by EPA in endangerment assessment (2.50); obtain and transmit documents for use by cost experts (.80); research EPA data disks submitted as part of Administrative Record (1.00); research maps of sampling locations for residences sampled in Libby (.80); research air samples contained in Administrative Record (2.80). | 8.80 | 1,232.00 |
| 04/19/02 | KWL | Work on strategic case development. | 7.00 | 2,450.00 |
| 04/19/02 | JDM | Conference with EEStevenson re Daubert issues. | 0.50 | 150.00 |
| 04/19/02 | LSD | Telephone call and email to Michael Hutchinson, former CDM employee, re face-to-face meeting to determine information he may have available. | 0.30 | 90.00 |
| 04/19/02 | EES | Extended conferences with accounting experts re upcoming strategy meeting (1.30); telephone conference with cost experts re status of remaining deliverables (.60); telephone conference with cost expert re witness/deposition issues (.80); case strategy meeting with JDMcCarthy (.50); conference calls with accounting experts re task authorization documentation issues (.60). | 3.80 | 1,064.00 |
| 04/19/02 | NKA | Review and code electronic documents in database for responsiveness to cost recovery issues (6.30). | 6.30 | 693.00 |
| 04/19/02 | ICM | Conduct research on EPA data quality criteria for CLNeitzel in preparation for response to EPA re administrative record. | 2.00 | 220.00 |
| 04/20/02 | JDM | Exchange e-mails with CLNeitzel re risk expert issues. | 0.10 | 30.00 |
| 04/20/02 | TWK | Prepare USGS CDs produced by EPA for scanning and coding (.50); research EPA status of decision on endangerment assessment (.50). | 1.00 | 140.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 32 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/22/02 | KWL | Review draft NPL comments (1.60); telephone conference with Bill Corcoran re same (.80); telephone conference with CLNeitzel re same (.60). | 3.00 | 1,050.00 |
| 04/22/02 | KJC | Telephone conferences with EEStevenson and expert re progress and preparation for meeting with client (1.80); telephone conferences with EEStevenson re preparation for expert meetings with client (0.40); review U.S. responses to discovery (0.60); conference with TWKorver re status issues re review of EPA production documents (0.60); telephone conference with H. Kukis re recently produced documents (0.20); follow up with coding vendor re status of project (0.30). | 3.90 | 1,072.50 |
| 04/22/02 | EES | Review additional Marcor cost workpapers, task orders, and related schedules (2.60); review additional NORC cost documentation workpapers (1.90); extended phone conferences with accounting experts re documentation issues and other deliverables (.80); review CDM cost workpapers and supporting audit database information (3.80). | 9.10 | 2,548.00 |
| 04/22/02 | JAH | Conferences with TWKorver re document review (.50); evaluate and prepare comments on discovery materials obtained from the EPA (5.75). | 6.30 | 1,386.00 |
| 04/22/02 | NKA | Review and code electronic documents in WRGrace - EPA Production database for responsiveness to cost recovery issues (7.40). | 7.40 | 814.00 |
| 04/22/02 | TWK | Review ATSDR draft Public Health Assessment Guidance Manual (.50); prepare coding of documents produced by EPA in response to Grace discovery (6.30); review USGS documents produced by EPA in response to Grace discovery (1.50). | 8.30 | 1,162.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 33 |
| Invoice No.: | | 597443 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/22/02 | MBF | Conduct Lexis and Westlaw research to find caselaw for CLNeitzel for comments on Libby NPL listing (1.00); call EPA to learn if any new information was added to NPL listing docket (.20); go to EPA to look at NPL docket and obtain new information for CLNeitzel (1.00); research and print-out documents regarding Libby site from the ATSDR website for CLNeitzel (.80). | 3.00 | 270.00 |
| 04/23/02 | KJC | E-mail re U.S. response to discovery (0.30); review and quaity control coding of EPA production documents including e-mail team re suggested changes (0.40); conference with accounting experts re preparation for meeting with client and progress on schedule of deliverables (3.50); telephone conferences with EEStevenson re expert deliverables and prep for meeting with client (0.30). | 4.50 | 1,237.50 |
| 04/23/02 | EES | Review extensive Marcor task 5 documentation (1.70); review draft presentation materials (2.40); extended meeting with accounting experts (3.70); telephone conference with defense counsel in another cost recovery case re indirect cost issues (.40); review revised accounting documents (1.90). | 10.10 | 2,828.00 |
| 04/23/02 | GMB | Continue drafting of memo on ATSDR's medical monitoring costs (4.5); additional Lexis research re ATSDR's medical monitoring costs (2.2). | 6.70 | 1,474.00 |
| 04/23/02 | NKA | Review and code electronic documents in EPA Production database for responiveness to cost recovery issues and category (6.60). | 6.60 | 726.00 |
| 04/23/02 | TWK | Document review of USGS documents produced by EPA in response to Grace discovery (2.30); prepare coding of documents produced by EPA (1.50); letter to DOJ re production of USGS documents (.50); research documents for use and review by RJLEE (.80); review documents produced by EPA in response to Grace second set of discovery (1.00). | 6.10 | 854.00 |