Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/23/02 | MBF | Code EPA production documents (1.40). | 1.40 | 126.00 |
| 04/24/02 | KWL | Meeting with Dale Jensen and Kurt Fessler re expert issues (2.00); meet with JDMcCarthy, KJCoggon and EEStevenson re expert issues (1.00); review cost documentation package (2.40). | 5.40 | 1,890.00 |
| 04/24/02 | JDM | Prepare for meeting re depositions and additional written discovery (0.5); meeting re depositions and additional discovery (1.2); review vermiculite exposure articles (0.5); telephone conference with J. Freeman re extension of time (0.1); review and respond to memos re discovery issues (0.2); prepare for meeting with accounting experts (0.5); meet with accounting experts (2.1); meet with team re meeting with client and discovery issues (0.5). | 5.60 | 1,680.00 |
| 04/24/02 | KJC | Conference with EEStevenson and JDMcCarthy re deposition schedule (1.20); conference with KWLund, JDMcCarthy, EEStevenson and expert re meeting with client (2.70); conference with EEStevenson re expert preparation (0.40). | 4.30 | 1,182.50 |
| 04/24/02 | EES | Telephone conferences with accounting experts re cost documentation issues, document deficiencies and pending action items (1.30); review revised accounting workpapers (2.80); extended conference with cost expert re administrative record documentation issues (.70); strategy meeting re depositions (1.40); strategy meeting with accounting experts (2.40); strategy meeting with KJCoggon (.40); conference call with defense counsel in another case re indirect cost issues (.90). | 9.90 | 2,772.00 |
| 04/24/02 | GMB | Continue drafting of memo on ATSDR's medical monitoring costs (2.3); additional Lexis research re ATSDR's medical monitoring costs (1.5); edit final of memo re ATSDR's medical monitoring costs (3.1). | 6.90 | 1,518.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/24/02 | JAH | Conference with TWKorver re comments to discovery production by EPA (.50); review and prepare comments to EPA discovery production (1.00); review Grace's comments to administrative record and supplemental administrative record (1.80). | 3.30 | 726.00 |
| 04/24/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 04/24/02 | TWK | Meet with JAHall re coding of Administrative Record documents (.50); obtain documents for use by technical experts (1.50); prepare coding of documents produced by EPA in response to Grace discovery (7.80). | 9.80 | 1,372.00 |
| 04/24/02 | MBF | Code administrative record documents in Lotus Notes database. | 4.00 | 360.00 |
| 04/25/02 | KWL | Work on strategy in preparation for meeting with Bill Corcoran (3.50); conference with KJCoggon and JDMcCarthy re same (.50). | 4.00 | 1,400.00 |
| 04/25/02 | JDM | Review U.S. response to second set of discovery (0.2); telephone conference with KJCoggon re meeting with client (0.2). | 0.40 | 120.00 |
| 04/25/02 | KJC | Telephone conference with EEStevenson re preparation of expert for meeting with client (0.40); telephone conference with JDMcCarthy re overview presentation (0.20). | 0.60 | 165.00 |
| 04/25/02 | EES | Extended conference call with cost expert re case strategy issues and deliverables (1.20); review cost documentation schedules and workpapers (3.30); review revised cost documentation analysis (2.70); conference call with defense counsel in another cost recovery case re EPA indirect cost issues (.40). | 7.60 | 2,128.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/02 | NKA | Review and code electronic documents in Historical database for EPA cost recovery issues (.50); Review and code electronic documents in EPA Production database for cost recovery issues and category (5.50). | 6.00 | 660.00 |
| 04/25/02 | TWK | Prepare coding of Administrative Record and documents produced by EPA in response to Grace discovery (6.80). | 6.80 | 952.00 |
| 04/25/02 | MBF | Meet with TWKorver regarding instructions for coding administrative record (.40); code administrative record documents (3.6). | 4.00 | 360.00 |
| 04/25/02 | ICM | Review and update memo re Washington medical records as per KJCoggon's request. | 3.00 | 330.00 |
| 04/26/02 | KWL | Work on strategy preparation issues. | 2.80 | 980.00 |
| 04/26/02 | JDM | Review and respond to draft Powerpoint presentation on discovery issues. | 0.30 | 90.00 |
| 04/26/02 | KJC | Prepare overview presentation including telephone conferences with EEStevenson and conference with KWLund re same (3.10); telephone conference with expert re revisions to presentation (0.30); telephone conference with accounting expert re documents for review, presentation, and related issues (0.70); follow up with vendors re producing blowbacks for accounting expert (0.80); prepare for meeting with clients (0.90). | 5.80 | 1,595.00 |
| 04/26/02 | EES | Conference call with KJCoggon re documentation issues. | 0.20 | 56.00 |
| 04/26/02 | JAH | Review and prepare comments on discovery production by EPA. | 5.00 | 1,100.00 |
| 04/26/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (6.00).. | 6.00 | 660.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/26/02 | TWK | Prepare coding of documents in Administrative Record and site file (2.80); review contracts provided by EPA as supplemental production (.50); review and transmit cost documents to experts (.50). | 3.80 | 532.00 |
| 04/26/02 | MBF | Code documents in administrative record database. | 2.60 | 234.00 |
| 04/27/02 | KJC | Telephone conference with KWLund re meeting with clients (0.20); telephone conference with experts re meeting with clients (0.30). | 0.50 | 137.50 |
| 04/27/02 | TWK | Prepare coding of documents produced by EPA in Administrative Record and site file (2.30). | 2.30 | 322.00 |
| 04/28/02 | KWL | Review key documents re expert witnesses (3.00); telephone conference with CLNeitzel re risk issues (.30); conference with JDMcCarthy re same (.30). | 3.60 | 1,260.00 |
| 04/28/02 | JDM | Conference with KWLund re new discovery from U.S., experts, discovery schedule and meeting with client. | 0.60 | 180.00 |
| 04/28/02 | KJC | Revise overview presentation (1.00); telephone conference with EEStevenson re same (0.40). | 1.40 | 385.00 |
| 04/28/02 | EES | Review and draft comments re case strategy meeting issues (1.20); conference call with KJCoggon re case strategy issues and presentation issues (.30); review cost expert workpapers (1.90). | 3.40 | 952.00 |
| 04/29/02 | KWL | Prepare for case strategy meeting with Bill Corcoran, Bob Emmett and David Siegel (4.0); attend case strategy meeting with same (6.0). | 10.00 | 3,500.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | EES | Strategy meeting with KWLund and KJCoggon (1.20); review accounting and cost expert documentation (1.70); attend client case strategy meeting (3.90); extended meeting with cost expert (1.40); extended conference call with accounting experts (.80); review revised accounting materials (1.30). | 10.30 | 2,884.00 |
| 04/29/02 | JAH | Conference with TKorver re document review (.50); consider, review and comment on EPA discovery production (2.60). | 3.10 | 682.00 |
| 04/29/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (.80). | 0.80 | 88.00 |
| 04/29/02 | TWK | Review supplemental database disk provided by EPA (.80); review USGS, ATSDR and Toerock productions from EPA (1.00); prepare coding of documents produced by EPA in Administrative Record and site file (3.00). | 4.80 | 672.00 |
| 04/29/02 | MCL | Conference with TWKorver re procedures for coding of electronic documents produced by EPA (.20); review documents provided as background reading material (1.20). | 1.40 | 175.00 |
| 04/29/02 | CB | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (2.00). | 2.00 | 150.00 |
| 04/30/02 | KWL | Meeting with Corcoran, Siegel and Emmett re case strategy (1.4); meeting with various case experts re case preparation and defense (5.0); meeting with JDMcCarthy and EEStevenson re case strategy development (1.4). | 7.80 | 2,730.00 |
| 04/30/02 | JDM | Prepare for meeting with client (0.9); review memo re VAI liability under CERCLA (0.3); meet with client and experts (4.7); meet with KWLund and EEStevenson re expert issues, potential motions and legal theories (1.4). | 7.30 | 2,190.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/30/02 | EES | Meeting with accounting experts re cost documentation issues (1.90); attend client case strategy meeting (3.10); attend expert strategy meeting with KWLund and JDMcCarthy (1.40); extended phone conference with accounting experts re cost review action items (.80). | 7.20 | 2,016.00 |
| 04/30/02 | TWK | Research agreements between EPA and Parkers for Price Waterhouse (1.20); coding of documents produced by EPA in Administrative Record and site file (1.80). | 3.00 | 420.00 |
| 04/30/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (5.00). | 5.00 | 625.00 |

**Total Fees Through April 30, 2002:**   **939.60   $ 214,351.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 98.70 | $  34,545.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 150.70 | 45,210.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 46.20 | 13,860.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 45.70 | 12,567.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 165.70 | 46,396.00 |
| DPK | David P. Kunstle | Associate | 240.00 | 1.80 | 432.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 65.30 | 14,366.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 40.70 | 8,954.00 |
| TWK | Thomas W. Korver | Paralegal | 140.00 | 122.90 | 17,206.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 20.10 | 2,512.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 66.80 | 7,348.00 |
| SH | Susan Haag | Paralegal | 105.00 | 1.20 | 126.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 40.20 | 4,422.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 59.10 | 5,319.00 |
| CB | Cathy Bowen | Fileroom | 75.00 | 14.50 | 1,087.50 |
| | | **Total Fees:** | | **939.60** | **$ 214,351.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/07/02 | | Travel Expense: VENDOR: Brown Palace Hotel, The; INVOICE#: 88209; DATE: 2/7/2002 - Denver, #90012864, Room Charges, R. Emmett | $    397.08 |
| 03/06/02 | | Other Expenses: VENDOR: U.S. Department of Treasury; INVOICE#: 041502; DATE: 4/15/2002 - Document production - ATSDR | 380.50 |
| 03/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17005; DATE: 3/22/2002 - Airfare, 4/7-4/14/02, Denver Boston Boston Newark Neward Denver, G. Barry | 684.50 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02 - Courier, Acct. 0802-0410-8 03-18; Spencer Mollertven Broomfield, Co | 6.58 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02 - Courier, Acct. 0802-0410-8 03-19; William Corcoran Columbia, Md | 14.89 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02 - Courier, Acct. 0802-0410-8 03-19; Robert Emmett Columbia, Md | 14.89 |
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02 - Courier, Acct. 0802-0410-8 03-21; Marvin Strait Colorado Springs, Co | 11.61 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page          41
Invoice No.:   597443
Client  No.:   04339
Matter  No.:   00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/28/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-13200; DATE: 3/28/02 - Courier, Acct. 0802-0410-8 03-21; Karyl M Misrack Houston, Tx | 15.94 |
| 04/01/02 | 5 | Facsimile | 5.00 |
| 04/01/02 | 6 | Facsimile | 6.00 |
| 04/01/02 | | Long Distance Telephone: 9798465175 | 0.36 |
| 04/02/02 | | Lexis | 105.59 |
| 04/02/02 | | Long Distance Telephone: 9146867975 | 0.26 |
| 04/02/02 | | Long Distance Telephone: 4062936848 | 0.12 |
| 04/02/02 | | Outside Courier | 6.50 |
| 04/02/02 | 14 | Photocopies | 2.10 |
| 04/03/02 | 4 | Facsimile | 4.00 |
| 04/03/02 | | Lexis | 151.85 |
| 04/03/02 | | Long Distance Telephone: 6172250810 | 0.14 |
| 04/03/02 | | Long Distance Telephone: 4062933964 | 0.13 |
| 04/03/02 | | Long Distance Telephone: 3124254103 | 3.68 |
| 04/03/02 | 4 | Photocopies | 0.60 |
| 04/03/02 | 314 | Photocopies | 47.10 |
| 04/03/02 | 1 | Photocopies | 0.15 |
| 04/03/02 | 9 | Photocopies | 1.35 |
| 04/03/02 | | Research Services: VENDOR: Imelda C. Mulholland; INVOICE#: 040102; DATE: 4/3/2002 - Search for Expertr on cost recovery through D.R. I. | 40.00 |
| 04/04/02 | 3 | Facsimile | 3.00 |
| 04/04/02 | | Long Distance Telephone: 4065232500 | 0.23 |
| 04/04/02 | | Long Distance Telephone: 4062933964 | 0.14 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 0.69 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/04/02 | | Long Distance Telephone: 6178761400 | 0.05 |
| 04/04/02 | | Long Distance Telephone: 4065232500 | 0.16 |
| 04/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-49883; DATE: 4/4/02 - Courier, Acct. 0802-0410-8 03-29; Jason Richard Raleigh, NC | 6.20 |
| 04/04/02 | 24 | Photocopies | 3.60 |
| 04/04/02 | 249 | Photocopies | 37.35 |
| 04/04/02 | 10 | Photocopies | 1.50 |
| 04/05/02 | 5 | Facsimile | 5.00 |
| 04/05/02 | | Long Distance Telephone: 6178761400 | 0.07 |
| 04/05/02 | 3 | Photocopies | 0.45 |
| 04/05/02 | 44 | Photocopies | 6.60 |
| 04/05/02 | 276 | Photocopies | 41.40 |
| 04/08/02 | 12 | Color Photocopies: 12 Color Photocopies | 7.80 |
| 04/08/02 | | Lexis | 1,035.30 |
| 04/08/02 | 195 | Photocopies | 29.25 |
| 04/08/02 | 57 | Photocopies | 8.55 |
| 04/08/02 | 105 | Photocopies | 15.75 |
| 04/08/02 | | Photocopies | 14.50 |
| 04/08/02 | 61 | Photocopies | 9.15 |
| 04/09/02 | 24 | Color Photocopies: 24 Color Photocopies | 15.60 |
| 04/09/02 | | Lexis | 229.29 |
| 04/09/02 | | Long Distance Telephone: 4105314751 | 0.15 |
| 04/09/02 | 22 | Photocopies | 3.30 |
| 04/09/02 | 13 | Photocopies | 1.95 |
| 04/09/02 | 114 | Photocopies | 17.10 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/09/02 | 1 | Photocopies | 0.15 |
| 04/10/02 | 15 | Facsimile | 15.00 |
| 04/10/02 | 3 | Facsimile | 3.00 |
| 04/10/02 | | Lexis | 96.53 |
| 04/10/02 | | Long Distance Telephone:  2537795588 | 3.32 |
| 04/10/02 | 6 | Photocopies | 0.90 |
| 04/10/02 | 2 | Photocopies | 0.30 |
| 04/10/02 | 1 | Photocopies | 0.15 |
| 04/11/02 | | Lexis | 373.10 |
| 04/11/02 | | Long Distance Telephone: nnifer Hall    TE: 4/11/2002 - | 13.00 |
| 04/11/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square Supplies. | 28.53 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 208.71 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 231.70 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 04-02; Richard Bartelt Chicago, IL | 8.77 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 04-04; Richard Finke Boca Raton, Fl | 14.97 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/11/02 | 18 | Photocopies | 2.70 |
| 04/11/02 | 69 | Photocopies | 10.35 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square Airfare. | 654.50 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square 4/10/02  Hotel. | 1,062.65 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 34.00 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 35.77 |
| 04/11/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/10/2002; DATE: 4/11/2002 - 3/24/02 - 3/28/02 Supplemental document review in Cambridge and Winthrop Square | 81.00 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002. Review documents in response to discovery requests and in support of affirmative defenses. 3/18/2002 Airfare. | 701.50 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002. Review documents in response to discovery requests and in support of affirmative defenses. 3/2002.  Hotel | 548.00 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002 - 3/18/2002-3/22/2002. Review documents in response to discovery requests and in support of affirmative defenses. | 43.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 45 |
| Invoice No.: | | 597443 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002  -  3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 25.55 |
| 04/11/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 4/5/02; DATE: 4/11/2002  -  3/18/2002-3/22/2002.  Review documents in response to discovery requests and in support of affirmative defenses. | 49.00 |
| 04/12/02 | 6 | Facsimile | 6.00 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.07 |
| 04/12/02 | | Long Distance Telephone:  4105314751 | 0.56 |
| 04/12/02 | | Long Distance Telephone:  4062933964 | 0.16 |
| 04/12/02 | | Long Distance Telephone:  4062937345 | 0.13 |
| 04/12/02 | | Long Distance Telephone:  4062933964 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.05 |
| 04/12/02 | | Long Distance Telephone:  4067525666 | 0.16 |
| 04/12/02 | | Long Distance Telephone:  2537795588 | 0.13 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.09 |
| 04/12/02 | | Long Distance Telephone:  4067524666 | 0.14 |
| 04/12/02 | | Long Distance Telephone:  9492125123 | 1.10 |
| 04/12/02 | | Long Distance Telephone:  2537795588 | 0.10 |
| 04/12/02 | 2 | Photocopies | 0.30 |
| 04/13/02 | | Long Distance Telephone:  4067567681 | 0.12 |
| 04/13/02 | | Long Distance Telephone:  4067525666 | 0.12 |
| 04/13/02 | 6 | Photocopies | 0.90 |
| 04/13/02 | 3 | Photocopies | 0.45 |
| 04/13/02 | 13 | Photocopies | 1.95 |
| 04/15/02 | 4 | Facsimile | 4.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/15/02 | 5 | Facsimile | 5.00 |
| 04/15/02 | 2 | Facsimile | 2.00 |
| 04/15/02 | 3 | Facsimile | 3.00 |
| 04/15/02 | 14 | Facsimile | 14.00 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 1.04 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.09 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.17 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.18 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 1.12 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.36 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.34 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.01 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.58 |
| 04/15/02 | | Long Distance Telephone: 4065232526 | 0.14 |
| 04/15/02 | 10 | Photocopies | 1.50 |
| 04/15/02 | 29 | Photocopies | 4.35 |
| 04/16/02 | 8 | Facsimile | 8.00 |
| 04/16/02 | 45 | Facsimile | 45.00 |
| 04/16/02 | | Long Distance Telephone: 6178761400 | 0.06 |
| 04/16/02 | 514 | Photocopies | 77.10 |
| 04/16/02 | 22 | Photocopies | 3.30 |
| 04/17/02 | 38 | Photocopies | 5.70 |
| 04/17/02 | 12 | Photocopies | 1.80 |
| 04/17/02 | 1 | Photocopies | 0.15 |
| 04/18/02 | 55 | Facsimile | 55.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 47 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/18/02 | | Lexis | 155.87 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 0.03 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 1.18 |
| 04/18/02 | | Long Distance Telephone: an L. Sherm    DATE: 4/18/2002 | 1.00 |
| 04/18/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 125.37 |
| 04/18/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 87.00 |
| 04/18/02 | 108 | Photocopies | 16.20 |
| 04/18/02 | 174 | Photocopies | 26.10 |
| 04/18/02 | 2 | Photocopies | 0.30 |
| 04/18/02 | 312 | Photocopies | 46.80 |
| 04/18/02 | 64 | Photocopies | 9.60 |
| 04/18/02 | | Supplies: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 8.40 |
| 04/18/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 4/18/02; DATE: 4/18/2002  -  Denver, 4/7-4/12/02, Supplemental Document Review in Cambridge and Wintrop Square, J. Sherman | 1,793.67 |
| 04/19/02 | | Long Distance Telephone: 2537795588 | 0.19 |
| 04/19/02 | 6 | Photocopies | 0.90 |
| 04/19/02 | 3 | Photocopies | 0.45 |
| 04/22/02 | | Lexis | 185.29 |
| 04/22/02 | 48 | Photocopies | 7.20 |
| 04/22/02 | 901 | Photocopies | 135.15 |
| 04/22/02 | 2 | Photocopies | 0.30 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/22/02 | 83 | Photocopies | 12.45 |
| 04/22/02 | 459 | Photocopies | 68.85 |
| 04/22/02 | 32 | Photocopies | 4.80 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 1 | Photocopies | 0.15 |
| 04/22/02 | 683 | Photocopies | 102.45 |
| 04/22/02 | 19 | Photocopies | 2.85 |
| 04/22/02 | | Westlaw | 60.82 |
| 04/22/02 | | Westlaw | 60.82 |
| 04/23/02 | | Lexis | 359.99 |
| 04/23/02 | 9 | Photocopies | 1.35 |
| 04/23/02 | 2 | Photocopies | 0.30 |
| 04/23/02 | 2 | Photocopies | 0.30 |
| 04/23/02 | 60 | Photocopies | 9.00 |
| 04/23/02 | 11 | Photocopies | 1.65 |
| 04/23/02 | 1 | Photocopies | 0.15 |
| 04/23/02 | 7 | Photocopies | 1.05 |
| 04/24/02 | 7 | Facsimile | 7.00 |
| 04/24/02 | 2 | Facsimile | 2.00 |
| 04/24/02 | | Lexis | 31.43 |
| 04/24/02 | | Long Distance Telephone: ent A. Trac    DATE: 4/24/2002 - | 65.63 |
| 04/24/02 | 7 | Photocopies | 1.05 |
| 04/25/02 | 2 | Facsimile | 2.00 |
| 04/25/02 | 1 | Photocopies | 0.15 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page          49
Invoice No.:   597443
Client  No.:   04339
Matter  No.:   00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/25/02 | 2 | Photocopies | 0.30 |
| 04/25/02 | 6 | Tab Stock: 6 Tab Stock | 0.30 |
| 04/25/02 | 6 | Velo Binding: 6 Velo Binding | 6.00 |
| 04/26/02 |  | Long Distance Telephone:  3122636703 | 4.24 |
| 04/26/02 |  | Long Distance Telephone:  8478648403 | 0.11 |
| 04/26/02 |  | Outside Courier | 6.50 |
| 04/26/02 |  | Outside Courier | 6.50 |
| 04/26/02 | 1 | Photocopies | 0.15 |
| 04/26/02 | 2 | Photocopies | 0.30 |
| 04/27/02 |  | Long Distance Telephone:  8478648403 | 0.16 |
| 04/29/02 | 2 | Facsimile | 2.00 |
| 04/29/02 | 263 | Photocopies | 39.45 |
| 04/29/02 | 15 | Photocopies | 2.25 |
| 04/29/02 | 1 | Photocopies | 0.15 |
| 04/29/02 | 63 | Photocopies | 9.45 |
| 04/29/02 | 190 | Photocopies | 28.50 |
| 04/30/02 | 2 | Facsimile | 2.00 |
| 04/30/02 |  | Outside Courier | 6.50 |
| 04/30/02 | 34 | Photocopies | 5.10 |
| 04/30/02 | 3 | Photocopies | 0.45 |

**Total Disbursements:**               **$  11,450.07**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

Page          50
Invoice No.:    597443
Client  No.:    04339
Matter  No.:    00302

## Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 87.00 |
| Photocopies | | 889.75 |
| Facsimile | | 198.00 |
| Long Distance Telephone | | 102.16 |
| Outside Courier | | 164.15 |
| Travel Expense | | 6,110.22 |
| Lexis | | 2,724.24 |
| Westlaw | | 121.64 |
| Other Meal Expenses | | 565.78 |
| Supplies | | 8.40 |
| Research Services | | 40.00 |
| Other Expenses | | 409.03 |
| Color Photocopies | | 23.40 |
| Velo Binding | | 6.00 |
| Tab Stock | | 0.30 |
| **Total Disbursements:** | **$** | **11,450.07** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 12 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Regarding: Libby - Cost Recovery Case

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | KJC | Conference with KWLund and EEStevenson re overview presentation, discovery schedule and expert progress (1.10); conference with R. Emmett, D. Siegel, W. Corcoran re status of case, expert progress and strategy (5.00); prepare for strategy meeting with client (3.00). | 9.10 | $ 2,502.50 |
| 04/30/02 | KJC | Conference with R. Emmett, D. Siegel, W. Corcoran re case strategy, experts and schedule (6.00); conference with KWLund re follow up to strategy meeting (1.10); review tasks assigned in strategy meeting (0.60). | 7.70 | 2,117.50 |
| 05/01/02 | JDM | Review GMBarry memo re standard of review (0.3); analyze discovery and scheduling issues (0.7); meet with KJCoggon re motion to compel and other discovery and scheduling issues (1.1); review U.S. reply brief (0.3); telephone conference with G. Graham and KJCoggon re potential motion to compel and pretrial schedule (0.8); review public health emergency articles (0.3). | 3.10 | 930.00 |
| 05/01/02 | KJC | Conference with JDMcCarthy re discovery schedule and strategy (0.70); telephone conference with G. Graham re same (0.80); conferences with vendors re document scanning, coding and schedules (1.70); train paralegals re document review and coding (1.10); telephone conference with H. Kukis re data training and missing data (0.50); coordinate with experts re documents and schedules (0.40). | 5.20 | 1,430.00 |
| 05/01/02 | EES | Review additional CDM cost documentation and change order/scope of work documentation. | 3.30 | 924.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/02 | JAH | Telephone conference with KJBates re Schedule 7.01 (.1); consider and prepare letter to James Freeman at DOJ re Schedule 7.01 (.8); consider and prepare correspondence to KJCoggon re same (.1); consider and prepare correspondence to TWKorver re document review (.2); telephone conference with KJCoggon re discovery motions (.1); consider and organize files (.1); telephone conference with James Freeman at DOJ re Schedule 7.01 (.2). | 1.60 | 352.00 |
| 05/01/02 | NKA | Review and code electronic documents in EPA Production database for cost recovery issues and category (1.50). | 1.50 | 165.00 |
| 05/01/02 | CKA | Conference and training with KJCoggon and FProctor re coding EPA Cost Recovery documents. | 1.10 | 137.50 |
| 05/01/02 | TWK | Review reply re EPA motion for summary judgment (.30); prepare coding of documents produced by EPA in administrative record and site file (3.60). | 3.90 | 546.00 |
| 05/01/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues. | 3.70 | 462.50 |
| 05/01/02 | FP | Conference and training with KJCoggon and CKAschenbrenner re Grace Cost Recovery history and coding. | 1.10 | 77.00 |
| 05/02/02 | JDM | Prepare for team meeting (0.5); attend team meeting re discovery and expert issues (1.2); meet with LSDecker re veil piercing issues (0.1); telephone conference with KJCoggon re document review, coding and motion to compel (0.2); review documents (0.2). | 2.20 | 660.00 |
| 05/02/02 | CLN | Attend cost recovery team meeting. | 1.20 | 360.00 |
| 05/02/02 | LSD | Attend weekly meeting re scheduling (1.20); follow up meeting with JDMcCarthy re Hutchinson visit and necessary documents related to same (.10). | 1.30 | 390.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/02 | KJC | Telephonce conferences with EEStevenson and JDMcCarthy re data gaps and documents (0.60); telephone conference with R. Finke re expert contact and Department of Transportation presentation document (0.20). | 0.80 | 220.00 |
| 05/02/02 | EES | Case strategy meeting with JDMcCarthy, CLNeitzel, KJCoggon and TWKorver (1.20); extended meeting with accounting experts re cost documentation audit issues (2.30); review additional cost documentation and change order documentation (2.90); conference call with accounting experts re follow-up audit issues (.80). | 7.20 | 2,016.00 |
| 05/02/02 | CKA | Conference and training with TWKorver re issue coding of EPA cost recovery documents. | 0.80 | 100.00 |
| 05/02/02 | TWK | Meeting with JDMcCarthy, LSDecker, CLNeitzel, and EEStevenson re status of case and upcoming tasks (1.20); prepare coding of documents produced by EPA in Administrative Record and Site File (3.30); meet with CKAschenbrenner and FProctor re coding of documents in EPA discovery database (.80); research data from ATSDR re health screening and mortality study to be provided to risk experts (1.00); letter to Mr. Corcoran, Mr. Emmett and Mr. Hughes re supplement to Libby analytical database (.20). | 6.50 | 910.00 |
| 05/02/02 | MCL | Review and code electronic documents produced by EPA for responsivness to Cost Recovery issues. | 6.60 | 825.00 |
| 05/02/02 | FP | Conference with TWKorver re: EPA cost recovery and training on issue coding. | 0.80 | 56.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/03/02 | KJC | Arrange for meeting among experts (0.50); telephonce conferences with experts re progress and data needs (0.70); telephone conferences with EEStevenson re documents for experts, progress and related matters (0.80); manage document distribution to client and experts (0.60); review Volpe documents (1.10); conference with JAHall re response to J. Freeman inquiry re KDC documents (0.20); telephone conference with KWLund re status update (0.20); e-mail G. Graham and clients re details for strategy meeting (0.40); draft pro hac vice admission papers (0.50); search for Department of Transportation document (0.50). | 5.50 | 1,512.50 |
| 05/03/02 | EES | Review supplemental cost documentation (3.40); extended phone conferences with cost experts (1.40). | 4.80 | 1,344.00 |
| 05/03/02 | JAH | Conference with KJCoggon re Schedule 7.01 (.1); prepare documents for production to DOJ (.3); telephone conference with James Freeman at DOJ re same (.2). | 0.60 | 132.00 |
| 05/03/02 | TWK | Prepare coding of documents produced by EPA in Administrative Record and Site File (2.00); research data and documents produced by EPA and prepare list of same (1.30); train secretaries for coding of EPA production documents (.50). | 3.80 | 532.00 |
| 05/03/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues. | 6.10 | 762.50 |
| 05/03/02 | ICM | Conduct investigative research for CLNeitzel re conferences on asbestos hazards. | 1.50 | 165.00 |
| 05/06/02 | KWL | Prepare expert outline re risk assessment and data (4.90); review various draft correspondence re data and document production issues (1.60); telephone conference with Bob Emmett re strategy issues (.50); review Peronard documents (2.00). | 9.00 | 3,150.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 16 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/06/02 | JDM | Review and respond to e-mails re discovery schedule and correspondence with U.S. | 0.20 | 60.00 |
| 05/06/02 | KJC | Coordinate strategy meeting with G. Graham (0.40); research re missing data (0.50); address expert and discovery issues (2.20). | 3.10 | 852.50 |
| 05/06/02 | EES | Phone conference with accounting experts (.9); review supplemental document production indexes (2.2). | 3.10 | 868.00 |
| 05/06/02 | NKA | Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (2.00). | 2.00 | 220.00 |
| 05/06/02 | MBF | Review and code administrative record documents in Lotus Notes. | 4.00 | 360.00 |
| 05/07/02 | KWL | Prepare expert outlines re cost recovery accounting issues (1.40); review Weis documents (3.80); outline key trial themes (1.00). | 6.20 | 2,170.00 |
| 05/07/02 | JDM | Review and respond to e-mails re experts, discovery and strategy meeting (0.3); telephone conference with KJCoggon re discovery letter and management of experts (0.2). | 0.50 | 150.00 |
| 05/07/02 | LSD | Begin review of documents pertinent for Hutchinson interview. | 0.50 | 150.00 |
| 05/07/02 | KJC | Review and respond to e-mail messages re discovery and experts (0.80). | 0.80 | 220.00 |
| 05/07/02 | EES | Review Marcor progress reports and change order cost documentation (2.9); conference calls with accounting experts regarding indirect cost documentation issues (.8). | 3.70 | 1,036.00 |
| 05/07/02 | GMB | Review and code documents related to EPA information requests and consumer  product case issues (6.60). | 6.60 | 1,452.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/07/02 | JAH | Telephone conference with KJCoggon re motion to compel (.20); consider and prepare letter to James Freeman at DOJ re supplemental disclosures (.20). | 0.40 | 88.00 |
| 05/07/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (2.00). | 2.00 | 220.00 |
| 05/07/02 | TWK | Review U.S. second set of requests for admissions (.20); review U.S. second set of interrogatories and requests for production (.30). | 0.50 | 70.00 |
| 05/08/02 | JDM | Telephone conference with KJCoggon re risk expert data needs (0.2); meeting with EEStevenson re cost experts (0.3); telephone conference with CLNeitzel re expert data (0.2). | 0.70 | 210.00 |
| 05/08/02 | LSD | Continue review of documents pertinent for interview with Michael Hutchinson. | 0.60 | 180.00 |
| 05/08/02 | KJC | Telephone conference with EEStevenson and experts re document review (1.60); conferences with EEStevenson re conference call with experts (0.60); coordinate strategy meeting (0.70); conference with CLNeitzel re missing data (0.40); telephone conferences with JDMcCarthy re missing data (0.20); research and draft letter re missing data (0.30); forward indices of Peronard and Weis e-mail to expert (0.50); organize files (1.00). | 5.30 | 1,457.50 |
| 05/08/02 | EES | Review detailed contractor scope of work accounting workpapers (2.8); extended phone conference with accounting and cost experts (1.4); review accounting experts indirect cost analysis/documentation (3.3); review ATSDR indirect cost documention (2.4). | 9.90 | 2,772.00 |
| 05/08/02 | GMB | Research admin and site record for Volpe/EPA correspondence pre-11/18/99 (3.20). | 3.20 | 704.00 |
| 05/08/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (3.50). | 3.50 | 385.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/08/02 | TWK | Prepare responses to U.S. second set of interrogatories and requests for production. | 1.10 | 154.00 |
| 05/08/02 | MBF | Review and code administrative record documents in Lotus Notes. | 0.60 | 54.00 |
| 05/09/02 | KWL | Telephone conference with Bill Corcoran re public health emergency issues (.50); review DOJ discovery requests and requests for admissions (1.0); review various correspondence re risk assessment issues (1.0). | 2.50 | 875.00 |
| 05/09/02 | JDM | Prepare for expert conference call (0.8); review NPL listing comments (1.4); meet with KJCoggon re experts (0.2); call with experts (1.9). | 4.30 | 1,290.00 |
| 05/09/02 | LSD | Review requests for admission re corporate structure issues. | 0.30 | 90.00 |
| 05/09/02 | KJC | Telephone conference with experts re data issues and strategies (1.50); telephone conference with R. Finke re response to discovery request (0.70); research re missing data and information (1.20); conferences with JDMcCarthy re missing data, expert prep and scheduling issues (1.20). | 4.60 | 1,265.00 |
| 05/09/02 | EES | Review additional ATSDR indirect cost documents (2.7); telephone conferences with accounting experts regarding indirect cost issues (.7); telephone conference with accounting experts regarding cost database and deliverable issues (.9). | 4.30 | 1,204.00 |
| 05/09/02 | TWK | Prepare objections and responses to U.S. second set of discovery requests (8.00); telephone conference with KJCoggon and Mr. Finke re responses to U.S. second set of discovery (.70); prepare coding of documents produced by EPA in Administrative Record and Site File (.80); research corruption issues with EPA analytical database (.50). | 10.00 | 1,400.00 |
| 05/09/02 | MBF | Code documents in the administrative record database. | 6.30 | 567.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 19 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/10/02 | JDM | Review EPA Risk Assessment Guidance for Superfund (0.6); review Libby news articles (0.3); review e-mails (0.3); telephone conference with J. Freeman re depositions (0.1). | 1.30 | 390.00 |
| 05/10/02 | KJC | Review and follow up re letter from H. Kukis re database tutorial (0.40); telephone conference with E. Moeller re deposition (0.10); review draft discovery responses (0.30); manage experts, documents and schedules (0.70). | 1.50 | 412.50 |
| 05/10/02 | EES | Review extensive supplemental CD document production indexes (3.0); telephone conferences with accounting experts (.6). | 3.60 | 1,008.00 |
| 05/10/02 | TWK | Research public health emergency declaration at Libby (.30); research pleadings and allegations in action for cost experts (1.00). | 1.30 | 182.00 |
| 05/10/02 | MBF | Review and code administrative documents in Lotus Notes database. | 3.30 | 297.00 |
| 05/12/02 | KJC | Review and address letter for H. Kukis re tutorial and document production supplement (0.20); draft e-mail re deposition of E. Moeller (0.30); draft list of tasks re experts, discovery, document review and case management (0.70). | 1.20 | 330.00 |
| 05/13/02 | KWL | Conference with JDMcCarthy re expert issues and trial strategy (.40); telephone conference with KJCoggon re status of case, experts, discovery and related issues (.60); work on various strategic issues related to expert preparation (3.00); telephone conferences with Richard Finke re expert reports and strategy (.50); review EPA correspondence re discovery issues (.40). | 4.90 | 1,715.00 |
| 05/13/02 | JDM | Review e-mails (0.2); review articles re Libby (0.3); meet with KWLund re expert issues and trial strategy (0.4). | 0.90 | 270.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 20 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/13/02 | CLN | Work on discovery issues (1.5); coordination with risk expert (1.5); conference with expert (.5); code documents (2.20); review bill from Anderson (.30); work on discovery issues (.50). | 6.50 | 1,950.00 |
| 05/13/02 | KJC | Telephone conference with KWLund re status of case, experts, discovery and related issues (0.60); telephone conference with EEStevenson re expert preparation (0.40). | 1.00 | 275.00 |
| 05/13/02 | EES | Conference calls with accounting experts regarding supplemental cost documents, database revisions and expert report issues (.7); conference call with cost expert regarding ATSDR documentation issues (1.1); review accounting workpapers regarding ATSDR documents (2.0); review declarations and deposition testimony regarding EPA's indirect cost methodology and other EPA cost recovery cases (3.1). | 6.90 | 1,932.00 |
| 05/13/02 | CKA | Review and issue code EPA production documents. | 1.50 | 187.50 |
| 05/13/02 | FP | Review and code C. Weis e-mail in Lotus Notes database. | 2.00 | 140.00 |
| 05/13/02 | MBF | Review and code adminstrative record and site file documents in Lotus Notes database (6.0); conference with FProctor regarding coding issues (.60). | 6.60 | 594.00 |
| 05/14/02 | KWL | Conference with JDMcCarthy re expert issues (.30); telephone conference with KJCoggon re case status and related projects (.40); telephone conferences with Bill Corcoran re case strategy (.60); review Millworks West Settlement Agreement and related issues (1.80); telephone conference with Alan Stringer re same (.40). | 3.50 | 1,225.00 |
| 05/14/02 | JDM | Review and respond to e-mails re experts and discovery issues (0.3); outline scope of work for rick and sampling/analysis experts (0.8); meet with KWLund re expert issues (0.3). | 1.40 | 420.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/14/02 | CLN | Coordination with CTEH re conference in Atlanta (1.0); coordination re discovery (2.5); code documents and develop defenses (4.0); call to expert re bill (.30). | 7.80 | 2,340.00 |
| 05/14/02 | KJC | Review and revise response to second set of discovery (1.10); draft scope of work for experts (0.60); conference with R. Finke and J. Hughes re documents and issues relevant to defense, Libby Story, response to discovery requests (3.00); review and respond to e-mail and messages re experts, document production and other issues (2.10); telephone conference with expert and EEStevenson re documents and next tasks (0.80); telephone conference with KWLund re status of case and projects (0.40). | 7.60 | 2,090.00 |
| 05/14/02 | EES | Conference call with cost expert re ATSDR investigation costs (.70); conference call with KJCoggon and cost expert re deliverables, pending documentation issues and ATSDR cost evaluation (.40); conference call with accounting expert re EPA indirect cost documentation issues (.60); review additional documentation challenging EPA's indirect cost recovery methodology (1.80); review additional environmental chemical corporate audit findings (1.30). | 4.80 | 1,344.00 |
| 05/14/02 | TWK | Research EPA responses and supplementation to Grace first set of discovery (.80); telephone conference with DOJ re EPA supplementation (.20); research searching capabilities of retrieval databases (.30). | 1.30 | 182.00 |
| 05/15/02 | KWL | Meeting with JDMcCarthy re expert issues (.10); review and respond to e-mail messages re expert witness issues (1.00); review EPA data disks and Administrative Record documents in preparation for client call (3.90). | 5.00 | 1,750.00 |
| 05/15/02 | JDM | Draft and revise risk expert scope outline (0.3); draft sampling and analysis expert scope outline (0.2); meet with CLNeitzel re expert work scope (0.9); meet with KWLund re expert issues (0.1); telephone conference with risk experts re scope of work (0.7). | 1.80 | 540.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 22 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | CLN | Code documents and work on defenses (3.80); conference with JDMcCarthy re risk and methodologies expert (.50); conference with expert (.50); draft letter re data needs (1.0); draft scope of work for expert (1.5). | 7.30 | 2,190.00 |
| 05/15/02 | LSD | Review requests for admissions including determination of time frame for completion of task. | 0.50 | 150.00 |
| 05/15/02 | KJC | Telephone conference with JDMcCarthy re work with experts (0.40); manage case projects and document production issues (0.50). | 0.90 | 247.50 |
| 05/15/02 | JW | Review binder of cost recovery issues re electronic coding of scanned documents (1.10); telephone conference with MCLatuda re same (.40). | 1.50 | 187.50 |
| 05/15/02 | FP | Review and code C. Weis e-mail in Lotus Notes database. | 1.00 | 70.00 |
| 05/15/02 | MBF | Review and code Site File documents in Lotus Notes database (2.7); obtain case from Lexis at request of EEStevenson (.30). | 3.00 | 270.00 |
| 05/16/02 | KWL | Prepare for May 17, 2002 meeting with experts, G. Graham, and Jay Hughes (4.40.); conference with KJCoggon re project status, schedule and agenda for May 17 meeting (.60). | 5.00 | 1,750.00 |
| 05/16/02 | JDM | Telephone conference with CLNeitzel re meeting with experts, agenda (0.2); meet with experts re data issues, etc. (2.5); meet with CLNeitzel re EPA tutorial, expert schedule and budget, data issues (0.8); prepare for meeting with client and local counsel (0.3). | 3.80 | 1,140.00 |
| 05/16/02 | CLN | Prepare memoranda to the file re Risk Testimony and Items Still Needed from United States (2.0); meeting with EPA and pre-meeting (7.30); prepare memorandum to file re meeting (1.0). | 10.30 | 3,090.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 23 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/16/02 | KJC | Conference with KWLund re project status, schedule and agenda for May 17, 2002 meeting (0.60); conference with data experts (3.00); follow up re missing data and documents (2.40); attend EPA/DOT tutorial re database (2.00); conference with J. Hughes re case details and strategies (0.70). | 8.70 | 2,392.50 |
| 05/17/02 | KWL | Conference with W. Corcoran, G. Graham, R. Emmett, D. Siegel, J. Hughes, KJCoggon and JDMcCarthy re case strategy and update (4.00); follow up re strategy meeting (1.40). | 5.40 | 1,890.00 |
| 05/17/02 | JDM | Prepare for meeting with client and G. Graham (0.5); meet with client, G. Graham and J. Hughes re case status (4.0). | 4.50 | 1,350.00 |
| 05/17/02 | CLN | Evaluate J.Hughes list (1.0); prepare memorandum to file re Database tutorial meeting (1.0); conference with Sciences International and e-mail about conference (.80). | 2.80 | 840.00 |
| 05/17/02 | KJC | Conference with W. Corcoran, G. Graham, R. Emmett, D. Siegel and J. Hughes re case strategy and update (4.00); follow up re strategy meeting (1.40). | 5.40 | 1,485.00 |
| 05/20/02 | KWL | Work on cost recovery expert witness strategy (5.00); review EPA Action Memorandum Amendment (2.50). | 7.50 | 2,625.00 |
| 05/20/02 | CLN | Code documents to assist with defenses (3.0); conference with expert re conference and review of report (1.30). | 4.30 | 1,290.00 |
| 05/20/02 | KJC | Review OMB guidelines (1.00). | 1.00 | 275.00 |
| 05/20/02 | JAH | Review documents produced by EPA in response to defendants' discovery requests. | 1.50 | 330.00 |
| 05/20/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues (5.00). | 5.00 | 550.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/02 | TWK | Review documents produced as EPA supplements to Grace first set of discovery (3.00); prepare chart of discovery chronology for use in status conference (1.80). | 4.80 | 672.00 |
| 05/20/02 | MCL | Review e-mails re coding of EPA production documents (.20); update database Cost Recovery coding issues (.10); draft e-mails to coders re changes to coding instructions (.10); review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (.50). | 0.90 | 112.50 |
| 05/21/02 | JDM | Telephone conversation with KJCoggon re proposed motion for status conference (.10); review action memorandum amendment (.70). | 0.80 | 240.00 |
| 05/21/02 | LSD | Research re corporate issues related to responding to Second Request for Admission (.50); telephone conference with JAHall re same (.20); telephone conference with KJCoggon re location of and substance of historic documents relating to Zonolite (.30). | 1.00 | 300.00 |
| 05/21/02 | KJC | Travel to Denver from Inverness, California (3.30) (NWT 50%); review E. Moeller files (4.50); review and revise responses to U.S. Second Set of Discovery (0.70). | 8.50 | 2,337.50 |
| 05/21/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 05/21/02 | TWK | Draft responses to EPA second set of discovery (3.00); research documents responsive to same (.60). | 3.60 | 504.00 |
| 05/21/02 | MCL | Telephone conference and exchange of e-mails with JLSherman re document review status (.30); update tracking lists re boxes sent to and returned from ONSS (2.30). | 2.60 | 325.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/22/02 | JDM | Telephone conference with KWLund re motion for status conference (.1); review letter to DOJ re discovery and conference with TWKorver re same (.1); preparation for conference call with experts re schedule, budget and scope (.4); conference call with experts re budget, scope and schedule (1.5); review third set of discovery from Government (.3). | 2.40 | 720.00 |
| 05/22/02 | KJC | Telephone conference with expert re supplemental cost recovery package (0.20); telephone conference with experts re schedule and budget (0.80); manage experts, document review, discovery and strategies (2.00); draft expert affidavit re motion for status conference (1.40); revise discovery chronology (0.70). | 5.10 | 1,402.50 |
| 05/22/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.0). | 6.00 | 660.00 |
| 05/22/02 | TWK | Meet with KJCoggon re responses to discovery served by U.S. (.70); letter to experts re analytical database documents (.20); responses to EPA second set of interrogatories and requests for production (2.70); review U.S. third set of interrogatories, request for production of documents, and requests for admission (.30). | 3.90 | 546.00 |
| 05/22/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues (7.30). | 7.30 | 912.50 |
| 05/22/02 | MBF | Review and code documents in Site file in Lotus Notes database. | 2.90 | 261.00 |
| 05/23/02 | KWL | Meeting with TWKorver re responses to U.S.' discovery (.40); continue review of Revised Action Memo (3.00); review EPA backup documents for Action Memo (3.00). | 6.40 | 2,240.00 |
| 05/23/02 | JDM | Review expert budget and telephone conversation with CLNeitzel re same (.90); meet with KWLund and KJCoggon re discovery and motion for status conference (.50). | 1.40 | 420.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/23/02 | CLN | Code documents for defenses. | 2.50 | 750.00 |
| 05/23/02 | LSD | Review file information re Zonolite (.40); begin reviewing First Requests for Admission for consistency in answering Second Request (.20); follow up research re same (.20). | 0.80 | 240.00 |
| 05/23/02 | KJC | Telephone conference with KWLund re project status (0.30); conference with KWLund and JDMcCarthy re status of conference motion (0.50); telephone conference with expert re progress and document review (0.40); review and revise memorandum re expert schedule and budget (0.30); draft motion for status conference including revise expert affidavit (1.20); manage experts, discovery, document review and strategies (1.20). | 3.90 | 1,072.50 |
| 05/23/02 | GMB | Provide guidance to summer clerks in coding and review of documents responsive to EPA requests for production (1.40). | 1.40 | 308.00 |
| 05/23/02 | JAH | Telephone conference with KJCoggon re responses to third discovery request (.20); telephone conference with LSDecker re same (.10); receive and evaluate third discovery request (.30); review documents produced in response to defendant's discovery requests (1.50). | 2.10 | 462.00 |
| 05/23/02 | NKA | Review and code documents in EPA Production database for responsiveness to cost recovery issues and category (6.20). | 6.20 | 682.00 |
| 05/23/02 | TWK | Prepare responses to U.S. second set of interrogatories and requests for production (4.00); telephone conference with Mr. Emmett re discovery responses (.20); meet with KWLund re responses to U.S. discovery (.40). | 4.60 | 644.00 |
| 05/23/02 | MBF | Code Site file documents in Lotus Notes database. | 3.00 | 270.00 |
| 05/24/02 | KWL | Work on expert strategy issues (4.90); telephone conference with Jim Freeman re discovery deadline issues (.50). | 5.40 | 1,890.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/02 | LSD | Research re applicable insurance policies. | 0.50 | 150.00 |
| 05/24/02 | KJC | Draft motion for status conference including draft and revise affidavits to support (5.10); telephone conference with CLNeitzel re documents (0.20). | 5.30 | 1,457.50 |
| 05/24/02 | MBF | Review and code site file documents in Lotus Notes database. | 5.30 | 477.00 |
| 05/25/02 | CLN | Review of affidavit and discovery response. | 2.50 | 750.00 |
| 05/28/02 | KWL | Meet with TWKorver, JDMcCarthy and KJCoggon re EPA action memo amendment (.70); review draft of United States' Second Set of Interrogatories (1.50); review potential production documents (1.80). | 4.00 | 1,400.00 |
| 05/28/02 | CLN | Code documents for defenses. | 1.50 | 450.00 |
| 05/28/02 | KJC | Review and respond to e-mail and voicemail re discovery (1.70); prepare discovery response (0.30); review and follow up on vendor and expert invoices (0.20); telephone conference with expert re progress and bill (0.40). | 2.60 | 715.00 |
| 05/28/02 | TWK | Revise responses to US Second Set of Interrogatories and Requests for Production of Documents (5.70); review EPA action memo amendment for time-critical removal action (.50); meet with KWLund, JDMcCarthy and KJCoggon re EPA action memo amendment (.70). | 6.90 | 966.00 |
| 05/28/02 | MBF | Review and code site file documents in Lotus Notes database. | 6.30 | 567.00 |
| 05/29/02 | KWL | Review draft of United States' Second Set of Interrogatories (1.20); review potential production documents (.80); review Lee data re expert report (2.00). | 4.00 | 1,400.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/29/02 | TWK | Research EPA recent actions at Libby (.60); letter to Mr. Finke, Mr. Corcoran and Mr. Emmett re Grace responses to U.S. Second Set of Discovery (.20). | 0.80 | 112.00 |
| 05/29/02 | MBF | Review and code potentially responsive documents in HRO Boulder office. | 8.00 | 720.00 |
| 05/30/02 | KWL | Meet with JDMcCarthy and KJCoggon re Status Conference strategy (.90);  telephone conference with KJCoggon and G. Graham re same (.30); review Lee data re expert report (2.00); review EPA data (2.80). | 6.00 | 2,100.00 |
| 05/30/02 | JDM | Telephone conversation with CLNeitzel re status of expert date issues and reports (.4); meet with KWLund and KJCoggon re Motion for Status Conference (.9); review and comment on draft motion (.4). | 1.70 | 510.00 |
| 05/30/02 | KJC | Conference with KWLund and JDMcCarthy re status conference strategy (.90); telephone conference with GLGraham and KWLund re same (.30); draft and revise motion for status conference (5.90); telephone conference with J. Freeman re E. Moeller deposition (.10); e-mail re E. Moeller deposition (.30); address document scanning and expert issues (.80). | 8.30 | 2,282.50 |
| 05/30/02 | TWK | Review documents at EPA produced in response to Grace discovery. | 2.50 | 350.00 |
| 05/30/02 | MBF | Search DCS and Lotus Notes database to locate oversize maps of screening plant sampling area for LSDecker (2.0); review documents at EPA offices (1.3). | 3.30 | 297.00 |
| 05/31/02 | CGH | Review of background information about case (.50); assemble and review form discovery (.30). | 0.80 | 280.00 |
| 05/31/02 | KWL | Telephone conference with KJCoggon re Motion for Status Conference (.20);  review EPA data and administrative record documents re expert reports (5.80). | 6.00 | 2,100.00 |