Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/31/02 | JDM | Telephone conference with CLNeitzel and experts re scope, schedule and status of work. | 1.00 | 300.00 |
| 05/31/02 | KJC | Revise Motion for Status Conference (1.20); telephone conference with KWLund re Motion (0.20); telephone conferences with G. Graham re Motion (0.40). | 1.80 | 495.00 |
| 05/31/02 | JAH | Consider and prepare defendants' response to United States' third discovery request (1.50). | 1.50 | 330.00 |
| 05/31/02 | TWK | Research EPA recent actions at Libby. | 0.30 | 42.00 |
| 05/31/02 | MBF | Code site file documents in Lotus Notes database. | 4.80 | 432.00 |

**Total Fees Through May 31, 2002:**    **525.30**    **$ 122,336.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| CGH | Colin G. Harris | Partner | $ 350.00 | 0.80 | $ 280.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 80.80 | 28,280.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 5.50 | 1,650.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 32.00 | 9,600.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 46.70 | 14,010.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 104.90 | 28,847.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 51.60 | 14,448.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 11.20 | 2,464.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 7.70 | 1,694.00 |
| TWK | Thomas W. Korver | Paralegal | 140.00 | 55.80 | 7,812.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 125.00 | 3.40 | 425.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 27.20 | 3,400.00 |
| JW | Johncie Wingard | Paralegal | 125.00 | 1.50 | 187.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 32.40 | 3,564.00 |
| FP | Faye Proctor | Other | 70.00 | 4.90 | 343.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 1.50 | 165.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 57.40 | 5,166.00 |
| | | **Total Fees:** | | **525.30** | **$ 122,336.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/25/02 | | Other Expenses: VENDOR: XACT Duplicating Services, Inc.; INVOICE#: 0711378; DATE: 1/25/2002  -  Outside litigation copying | $   1,073.04 |
| 03/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7127268; DATE: 3/31/2002  -  Courier, Acct. HO7068 03-27; Hein & Associates | 8.25 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 03-18; Richard Bartelt Chicago, IL | 44.30 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002  -  Courier, Acct. 0802-0410-8 04-12; Clerk U S District Eastern Division Court Lexington, Ky | 9.05 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002  -  Courier, Acct. 0802-0410-8 04-09; U S Dept. of Health Rockville, Md | 13.26 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002  -  Courier, Acct. 0802-0410-8 04-11; Richard Finke Boca Raton, Fl | 13.26 |
| 04/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-22671; DATE: 4/18/2002  -  Courier, Acct. 0802-0410-8 04-11; Douglas E Cameron Pittsburgh, Pa | 12.87 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - airfare | 598.60 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - hotel | 556.60 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - meals | 168.36 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - telephone | 2.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - taxi | 35.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - mileage | 35.77 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - parking | 87.00 |
| 04/26/02 | | Other Expenses: VENDOR: Joan L. Sherman; INVOICE#: 043002; DATE: 4/30/2002  -  Travel to Boston for supplemental document review in Cambridge and Winthrop Square on 04/21-04/26/02 - supplies | 12.69 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-19; Bob Emmett Columbia, Md | 9.47 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-16; Mary Beth Floyd Denver, Co | 9.05 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-13; Lisa Driscoll Missoula, Mt | 21.68 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-18; Dr Elizabeth Anderson Alexandria, Va | 14.97 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-19; Doug Cameron Pittsburgh, Pa | 12.87 |
| 04/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-61107; DATE: 4/26/2002  -  Courier, Acct. 0802-0410-8 04-19; Richard Finke Boca Raton, Fl | 13.26 |
| 04/26/02 | 1,629 | Photocopies | 244.35 |
| 04/26/02 | 1,008 | Photocopies | 151.20 |
| 04/29/02 | | Other Expenses: VENDOR: Brown Palace Hotel/rooms; INVOICE#: 96973; DATE: 4/30/2002  -  04/29/02 -Room charges for Bob Emmett | 198.54 |
| 04/30/02 | | Long Distance Telephone:  7243251776 | 0.27 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 33 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.24 |
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.55 |
| 04/30/02 | | Long Distance Telephone: 9192109479 | 0.01 |
| 04/30/02 | | Long Distance Telephone: 4065232500 | 0.07 |
| 04/30/02 | | Other Expenses: VENDOR: Iron Mountain; INVOICE#: B103665; DATE: 4/30/2002 - Offsite storage - May, 2002 | 190.24 |
| 04/30/02 | | Other Expenses: VENDOR: Choice Sedans; INVOICE#: 043002; DATE: 4/30/2002 - Town car services to DIA/HRO | 69.00 |
| 04/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7131026; DATE: 4/30/2002 - Courier, Acct. HO7068 04-23; U S Dept. of Justice | 8.25 |
| 05/01/02 | 2 | Facsimile | 2.00 |
| 05/01/02 | 16 | Facsimile | 16.00 |
| 05/01/02 | | Long Distance Telephone: 4065232500 | 0.18 |
| 05/01/02 | | Long Distance Telephone: 4065232500 | 3.58 |
| 05/01/02 | | Long Distance Telephone: 7243871869 | 0.15 |
| 05/01/02 | | Long Distance Telephone: 3124254103 | 6.28 |
| 05/01/02 | | Outside Courier | 6.50 |
| 05/01/02 | | Outside Courier | 6.50 |
| 05/01/02 | 15 | Photocopies | 2.25 |
| 05/01/02 | 481 | Photocopies | 72.15 |
| 05/01/02 | 105 | Photocopies | 15.75 |
| 05/01/02 | 105 | Photocopies | 15.75 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Drew Van Orden Monroeville, Pa | 9.05 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-24; Phillip T Goad, PH.D Little Rock, Ar | 8.77 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-26; Richard Bartelt Chicago, IL | 17.46 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcain Denver, Co to Richard Bartelt Chicago, IL | 39.83 |
| 05/02/02 | 4 | Photocopies | 0.60 |
| 05/02/02 | 60 | Photocopies | 9.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 35 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 348 | Photocopies | 52.20 |
| 05/03/02 | 11 | Color Photocopies: 11 Color Photocopies | 7.15 |
| 05/03/02 | | Long Distance Telephone:  7036840123 | 0.15 |
| 05/03/02 | | Long Distance Telephone:  7243871812 | 0.16 |
| 05/03/02 | | Long Distance Telephone:  7036246561 | 1.19 |
| 05/03/02 | | Long Distance Telephone:  7243871812 | 0.16 |
| 05/03/02 | | Long Distance Telephone:  7036840123 | 0.33 |
| 05/03/02 | | Long Distance Telephone:  7243871812 | 0.27 |
| 05/03/02 | | Long Distance Telephone:  7036840123 | 0.16 |
| 05/03/02 | 1 | Photocopies | 0.15 |
| 05/06/02 | | Other Expenses: VENDOR: Document Technologies Inc.; INVOICE#: D-1816; DATE: 5/6/2002  -  Outside Copy Service - Heavy Lititation; bates labeling | 108.51 |
| 05/06/02 | 3 | Photocopies | 0.45 |
| 05/06/02 | 9 | Photocopies | 1.35 |
| 05/07/02 | 10 | Facsimile | 10.00 |
| 05/07/02 | 3 | Facsimile | 3.00 |
| 05/07/02 | | Long Distance Telephone:  7243871812 | 0.17 |
| 05/07/02 | | Long Distance Telephone:  7036840123 | 0.16 |
| 05/07/02 | | Long Distance Telephone:  7243871812 | 0.05 |
| 05/07/02 | | Long Distance Telephone:  7036840123 | 0.12 |
| 05/07/02 | | Long Distance Telephone:  7243871812 | 0.10 |
| 05/07/02 | | Other Expenses: VENDOR: Lex Solutio Corp.; INVOICE#: 5998; DATE: 5/7/2002  -  Create CD-ROM - File Conversion | 300.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/07/02 | 8 | Photocopies | 1.20 |
| 05/07/02 | 24 | Photocopies | 3.60 |
| 05/08/02 | | Long Distance Telephone: 5613621532 | 0.19 |
| 05/08/02 | 174 | Photocopies | 26.10 |
| 05/09/02 | 10 | Facsimile | 10.00 |
| 05/09/02 | | Long Distance Telephone: 5613621533 | 0.13 |
| 05/09/02 | | Long Distance Telephone: 3124254103 | 0.22 |
| 05/09/02 | | Long Distance Telephone: 9146867975 | 1.08 |
| 05/09/02 | | Long Distance Telephone: 7037298543 | 0.22 |
| 05/09/02 | | Long Distance Telephone: 7243871869 | 0.17 |
| 05/09/02 | | Long Distance Telephone: 4105314129 | 0.25 |
| 05/09/02 | | Long Distance Telephone: 5613621533 | 0.11 |
| 05/09/02 | | Long Distance Telephone: 7036840123 | 0.37 |
| 05/09/02 | | Long Distance Telephone: 7243871869 | 0.17 |
| 05/09/02 | | Long Distance Telephone: 4062933964 | 0.35 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-03; William Corcoran Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-03; Robert Emmett Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-03; William Corcoran Columbia, Md | 9.47 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-03; Jay Hughes Boca Raton, Fl | 9.47 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 04-23; From Roger J Alcan Denver, Co to Rich Bartelt Chicago, IL | 39.83 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-02; Kris Taylor Phoenix, Az | 11.03 |
| 05/09/02 | 2 | Photocopies | 0.30 |
| 05/09/02 | 291 | Photocopies | 43.65 |
| 05/09/02 | 18 | Photocopies | 2.70 |
| 05/09/02 | 1 | Photocopies | 0.15 |
| 05/09/02 | 88 | Photocopies | 13.20 |
| 05/09/02 | 253 | Photocopies | 37.95 |
| 05/10/02 | 4 | Facsimile | 4.00 |
| 05/10/02 | 4 | Facsimile | 4.00 |
| 05/10/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: .05/10/02; DATE: 5/10/2002 - Denver, 4/28-5/3/02,, Boston MA, Supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 197.84 |
| 05/10/02 | 70 | Photocopies | 10.50 |
| 05/10/02 | 1 | Photocopies | 0.15 |
| 05/10/02 | 161 | Photocopies | 24.15 |
| 05/10/02 | 1 | Photocopies | 0.15 |
| 05/10/02 | 23 | Photocopies | 3.45 |
| 05/10/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: .05/10/02; DATE: 5/10/2002 - Denver, 4/28-5/3/02,, Boston MA, Supplemental Document Review in Cambridge and Winthrop Square, J. Sherman | 1,340.09 |
| 05/13/02 | 2 | Facsimile | 2.00 |
| 05/13/02 | 3 | Facsimile | 3.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/15/02 | 3 | Facsimile | 3.00 |
| 05/16/02 | | Long Distance Telephone: 5613621532 | 0.24 |
| 05/16/02 | | Long Distance Telephone: 9018202023 | 1.07 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002 - J. Hughes trip to Denver - Mileage | 32.85 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002 - J. Hughes trip to Denver - Parking | 5.00 |
| 05/16/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 052402; DATE: 5/24/2002 - J. Hughes trip to Denver -  toll | 3.00 |
| 05/16/02 | 27 | Photocopies | 4.05 |
| 05/16/02 | 1 | Photocopies | 0.15 |
| 05/17/02 | 2 | Facsimile | 2.00 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/20/02 | 2 | Facsimile | 2.00 |
| 05/20/02 | 2 | Facsimile | 2.00 |
| 05/20/02 | 177 | Photocopies | 26.55 |
| 05/21/02 | 264 | Photocopies | 39.60 |
| 05/21/02 | 1 | Photocopies | 0.15 |
| 05/22/02 | 2 | Facsimile | 2.00 |
| 05/22/02 | | Long Distance Telephone: 3124254103 | 2.48 |
| 05/22/02 | 86 | Photocopies | 12.90 |
| 05/22/02 | 18 | Photocopies | 2.70 |
| 05/22/02 | 2 | Photocopies | 0.30 |
| 05/22/02 | 6 | Photocopies | 0.90 |
| 05/23/02 | | Lexis | 41.21 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 39 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/23/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 05/23/02 | 3 | Photocopies | 0.45 |
| 05/23/02 | 2 | Photocopies | 0.30 |
| 05/24/02 | 4 | Facsimile | 4.00 |
| 05/24/02 | | Lexis | 27.88 |
| 05/24/02 | | Long Distance Telephone: 7036840123 | 0.08 |
| 05/24/02 | | Long Distance Telephone: 7036840123 | 0.02 |
| 05/24/02 | 4 | Photocopies | 0.60 |
| 05/28/02 | 3 | Facsimile | 3.00 |
| 05/28/02 | | Long Distance Telephone: 6175423025 | 0.65 |
| 05/28/02 | 130 | Photocopies | 19.50 |
| 05/28/02 | 27 | Photocopies | 4.05 |
| 05/28/02 | 7 | Photocopies | 1.05 |
| 05/28/02 | 4 | Photocopies | 0.60 |
| 05/28/02 | 542 | Photocopies | 81.30 |
| 05/28/02 | 100 | Photocopies | 15.00 |
| 05/28/02 | 100 | Photocopies | 15.00 |
| 05/28/02 | 21 | Photocopies | 3.15 |
| 05/28/02 | 1 | Photocopies | 0.15 |
| 05/28/02 | 1 | Photocopies | 0.15 |
| 05/29/02 | 2 | Facsimile | 2.00 |
| 05/29/02 | | Long Distance Telephone: 4105314751 | 1.78 |
| 05/29/02 | | Long Distance Telephone: 2537795588 | 0.14 |
| 05/29/02 | 1 | Photocopies | 0.15 |
| 05/29/02 | 2 | Photocopies | 0.30 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/29/02 | 1 | Photocopies | 0.15 |
| 05/30/02 | 30 | Photocopies | 4.50 |
| 05/30/02 | 2 | Photocopies | 0.30 |
| 05/30/02 | 10 | Photocopies | 1.50 |
| 05/31/02 | 23 | Photocopies | 3.45 |

**Total Disbursements:**　　　$　**6,940.35**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 972.60 |
| Facsimile | | 74.00 |
| Long Distance Telephone | | 24.28 |
| Outside Courier | | 779.10 |
| Travel Expense | | 1,340.09 |
| Lexis | | 69.09 |
| Other Meal Expenses | | 197.84 |
| Other Expenses | | 3,476.20 |
| Color Photocopies | | 7.15 |
| **Total Disbursements:** | **$** | **6,940.35** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | LSD | Office conference with KJCoggon re pertinent documents for Hutchinson visit (.1); review pertinent documents in preparation for meeting with Michael Hutchinson, former CDM employee (.4). | 0.50 | $  150.00 |
| 05/29/02 | LSD | Office conference with JAHall re third requests for documents, admissions and interrogatories (.1); review same (.4); prepare for meeting with Michael Hutchinson, including reviewing pertinent historical documents and maps (1.2). | 1.70 | 510.00 |
| 05/30/02 | LSD | Travel to Seattle to meet with Mike Hutchinson (2.0) (2.0 N/C) (50% NWT); prepare for meeting with Hutchinson, including reviewing pertinent work plans, maps, EPA notes, EPA letter re naturally occurring substances (5.30); meeting with Michael Hutchinson of Camp Dresser & McKee re activities for the EPA in Libby (4.30); follow-up, including compiling pertinent notes of interview (.40); review second requests for admissions re 1963 Zonolite purchase, including begining review of historical deal information (.30). | 12.30 | 3,690.00 |
| 05/31/02 | LSD | Travel to Denver from Seattle (2.00) (2.00 N/C) (50% NWT); summarize information received from Michael Hutchinson pertinent to interview (1.0); office conference with KJCoggon re outcome of Michael Hutchinson interview (.20); continue review of pertinent historical information related to 1963 Zonolite purchase (2.40); draft responses to second set of requests for admissions (.30); review third set of interrogatories, document requests and interrogatories (.50). | 6.40 | 1,920.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

Page            13
Invoice No.:    603596
Client  No.:    04339
Matter  No.:    00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/01/02 | LSD | Review historic information re 1963 Zonolite transaction (.60); telephone call and e-mail to Matt Murphy re request for admissions and prior responses addressing same issues (.20). | 0.80 | 240.00 |
| 06/02/02 | CGH | Review of cases re exception to exception re building products (.5); review consumer product exemption cases (.8); review of cases re disposal definition, release definitions (1.2); review of articles, statute, background materials re "public health emergency  exemption" and its relationship to removal of vermiculate insulation (1.8); draft discovery request re vermiculate insulation (2.0). | 6.30 | 2,205.00 |
| 06/02/02 | LSD | Continue review of historic 1963 Zonolite transaction documents for responding to second request for admissions (1.30); begin drafting responses to second request for admissions (.30). | 1.60 | 480.00 |
| 06/02/02 | KJC | Review and respond to e-mail and questions re experts, documents and schedule (0.50). | 0.50 | 137.50 |
| 06/03/02 | CGH | Review of draft discovery (document requests) and further revise same (.30); prepare list of issues to confer with KWLund about (.40); draft form interrogatory using forms from other EPA enforcement cases (e.g., definitions) (.60); conference with KWLund re comments (.20); develop and draft document requests and interrogatories (1.5). | 3.00 | 1,050.00 |
| 06/03/02 | LSD | Telephone conference with Matt Murphy re Second Requests for Admission (.10); telephone conference with Bob Emmett re responses and verification of same (.20); telephone conference with KJCoggon re historic information (.10); continue researching and drafting responses to Second Requests for Admission (1.40). | 1.80 | 540.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/02 | KJC | Telephone conference with LSDecker re discovery responses (0.10); research re discovery responses (0.70); review and respond to e-mails from experts (0.80); respond to questions related to document review (0.80); coordinate various case project schedules (0.80); respond to billing issues with vendors (0.70). | 3.90 | 1,072.50 |
| 06/03/02 | JP | Review deposition for Response to Requests for Admission. | 2.80 | 392.00 |
| 06/04/02 | CGH | Review of background information about Libby Site and vermiculite insulation use and testing, public health emergency, action memoranda, in preparation for drafting interrogatories (2.8); draft definitions and instruction for interrogatories, and outline subjects for interrogatories based on document requests (1.2); draft and revise interrogatories (1.5). | 5.50 | 1,925.00 |
| 06/04/02 | LSD | Continue drafting and finalizing responses to Second Requests for Admission (9.70); begin research re Third Requests for Admission, including telephone call to Allan Stringer (.6). | 10.30 | 3,090.00 |
| 06/04/02 | EES | Review accounting expert's declarations in other litigation re EPA's indirect cost methodology. | 1.20 | 336.00 |
| 06/04/02 | BAT | Review and synthesize research re ability of lay person to give opinion testimony under new evidence rules. | 1.20 | 288.00 |
| 06/04/02 | TWK | Research effect of patented mining claims on CERCLA liability. | 0.30 | 42.00 |
| 06/04/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (5.70); conference with KJCoggon re various issues concerning coding, staffing, and deadlines (.60). | 6.30 | 787.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 15 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/05/02 | CGH | Revise discovery (.8); review of Reed Smith discovery (.5); review of draft letter to EPA re action memo (.5); draft memo to KLund re discovery (.7); conferences with KLund and KJCoggon re discovery (.3). | 2.80 | 980.00 |
| 06/05/02 | LSD | Review KJCoggon's comments and make revisions re same to Second Requests for Admission (.2); telephone conference with Alan Stringer re his comments and revisions to Requests (.2); telephone conference with Bob Emmett re revisions (.3); follow up and make revisions discussed with various parties (.6). | 1.30 | 390.00 |
| 06/05/02 | KJC | Telephone conference with NCP expert re progress and schedule (1.10); telephone conference with EEStevenson re case status and expert work (0.30); review responses to second set of Requests for Admission (0.20); telephone conference with KWLund re status of various projects (0.20); telephone conference with CLNeitzel re expert progress (0.20); telephone conference with R. Emmett re schedules and bills (0.40); review and respond to e-mails from experts (0.30); respond to document review issues (0.20);  manage vairous case project schedules (0.30); respond to billing issues with vendors (0.30); conference with CGHarris re discovery strategy (0.30). | 3.80 | 1,045.00 |
| 06/05/02 | EES | Review supplemental EPA cost package documentation for 7/1/01 through 12/31/01 (1.60); review additional accounting expert workpapers re contractor documentation issues (3.20). | 4.80 | 1,344.00 |
| 06/05/02 | BAT | Research re limitations on EPA's ability to use fact witnesses to give expert testimony (.50); telephone conference with EEStevenson re same (.10). | 0.60 | 144.00 |
| 06/05/02 | ICM | Case law research on recent Federal Rules of Evidence 701 and 702 disclosure requirements update as per BATracy's request. | 1.50 | 165.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/02 | CLN | Code documents for risk defenses (5.0); evaluate possibility of retaining additional expert (1.0). | 6.00 | 1,800.00 |
| 06/06/02 | LSD | Finalize Second Requests for Admission, taking into account comments received from Gary Graham (.7); telephone call to Alan Stringer re Third Set of Discovery Responses (.1). | 0.80 | 240.00 |
| 06/06/02 | KJC | Conference with damages expert re progress and issues (1.80);  review, forward and follow up on expert questions (0.80);  review vendor invoices (0.70); schedule client and expert meetings (0.70); telephone conferences with EEStevenson re damages and NCP experts (0.70). | 4.70 | 1,292.50 |
| 06/06/02 | EES | Review pleadings in other litigation involving EPA's indirect cost methodology (2.10); meeting with accounting experts (1.10); phone conference with cost expert (.40); review deposition question outline for potential cost witnesses (1.90). | 5.50 | 1,540.00 |
| 06/06/02 | NKA | Review and target ATSDR Libby #2 documents at EPA Headquarters for responsiveness to cost recovery issues (3.50); Begin preparation of subpoenas to EMSL laboratories per KJCoggon's request (.50). | 4.00 | 440.00 |
| 06/06/02 | MCL | Review documents at EPA for responsiveness to Cost Recovery issues. | 3.50 | 437.50 |
| 06/06/02 | ICM | Case law research on recent Federal Rules of Evidence 701 and 702 disclosure requirements update as per BATracy's request. | 0.50 | 55.00 |
| 06/07/02 | CLN | Code documents re risk defenses (8.30); conference with risk expert (1.20). | 9.50 | 2,850.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 17 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/07/02 | KJC | Conference with KWLund re various projects, strategies and meetings (0.80); review, forward and follow up on expert and vendor invoices (0.90); schedule client and expert meetings (0.80). | 2.50 | 687.50 |
| 06/07/02 | EES | Telephone conferences with accounting experts (.70); review updated draft outline of contractor billings (.90). | 1.60 | 448.00 |
| 06/07/02 | JAH | Receive and evaluate correspondence from KJCoggon re documents responsive to discovery requests (.30); telephone conference with KJCoggon re same (.30); receive and evaluate correspondence from LSDecker re responses to third discovery request (.30). | 0.90 | 198.00 |
| 06/07/02 | ICM | Case law research on recent Federal Rules of Evidence 701 and 702 disclosure requirements update as per BATracy's request. | 1.10 | 121.00 |
| 06/08/02 | CLN | Code documents re risk defenses. | 2.50 | 750.00 |
| 06/09/02 | CLN | Code documents re risk defenses. | 5.00 | 1,500.00 |
| 06/09/02 | KJC | Review case re U.S. as PRP (0.40). | 0.40 | 110.00 |
| 06/10/02 | KWL | Review EPA response to Grace comments on Supplemental Administrative Record. | 4.50 | 1,575.00 |
| 06/10/02 | CLN | Code documents and evaluate defenses re action memo (1.0); work on issues (1.80); review EPA comments re December 2001 comments (.5); review of charts and conference with Jay Hughes re risk issues (.70); review of Horinko letter and comments on Action Memo (2.30); conference with KJCoggon re risk issues (.20). | 6.50 | 1,950.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 18 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/10/02 | KJC | Conferences with W. Corcoran, R. Emmett and D. Siegel re status of case, site visits, expert progress, and other projects (2.40); review and respond to e-mail and messages re experts (0.60); respond to issues related to document review (0.60); follow-up on status of various case projects (0.40). | 4.00 | 1,100.00 |
| 06/10/02 | KJC | Telephone conference with A. Stringer re Millwork West (0.30). | 0.30 | 82.50 |
| 06/10/02 | EES | Telephone conferences with accounting experts re deficiencies in EPA's cost document production and other issues (.80); review additional cost package documentation and related accounting workpapers (2.60). | 3.40 | 952.00 |
| 06/10/02 | JAH | Receive and evaluate correspondence from KWLund re fact witnesses (.40); telephone conference with KJCoggon re KDC documents (.30); receive and evaluate e-mail from KWLund re fact witnesses (.20); telephone conference with Alan Stringer re same (.60). | 1.50 | 330.00 |
| 06/10/02 | TWK | Research conclusions in Weis supplemental risk memo. | 0.80 | 112.00 |
| 06/11/02 | KJC | Telephone conference with J. Port re vendor invoices (0.20); telephone conference with KWLund re case status and issues (0.20). | 0.40 | 110.00 |
| 06/11/02 | EES | Telephone conferences with accounting experts (.50); review additional indirect cost methodology documentation (3.10). | 3.60 | 1,008.00 |
| 06/12/02 | KWL | Telephone conference with Bill Corcoran and Jim Baer re Millworks issues (.50); review UAO and Millworks documents (1.50). | 2.00 | 700.00 |
| 06/12/02 | KJC | Address various case projects including offensive and defensive discovery (5.10); telephone conference with NCP expert re site visit and client meeting (0.50); review and respond to inquiries re expert preparation (0.40). | 6.00 | 1,650.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 19 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/12/02 | EES | Review Volume I of Dr. Gershwin's deposition testimony in the Anderson (Latex litigation) case (2.60); review deposition exhibits (.70). | 3.30 | 924.00 |
| 06/12/02 | JAH | Telephone conference with local counsel re privilege issue (.30). | 0.30 | 66.00 |
| 06/12/02 | NKA | Research and prepare to draft subpoenas to request laboratory documents per KJCoggon's request (3.30). | 3.30 | 363.00 |
| 06/13/02 | KWL | Work on strategic planning issues (1.20); conference with KJCoggon re case status and strategy (.80). | 2.00 | 700.00 |
| 06/13/02 | CLN | Review EPA pleading (1.80); evaluate exhibits to M.Cohn letter and prepare for conference call with client (6.5). | 8.30 | 2,490.00 |
| 06/13/02 | KJC | Address various case projects including offensive and defensive discovery and expert preparation (6.80); conference with KWLund re status of various case projects (.80); follow up on submittal and payment of invoices from copy vendors and experts (.40). | 8.00 | 2,200.00 |
| 06/13/02 | EES | Meeting with cost experts re EPA and ATSDR cost documentation issues (1.20); review revised contractor cost analysis workpapers (2.20). | 3.40 | 952.00 |
| 06/13/02 | JAH | Telephone conference with Dave Burkoff re privilege issue (.40); telephone conference with Alan Stringer re responses to third discovery request (.30); conference with KJCoggon re same (.20); consider and prepare correspondence to Jim Freeman re employee interviews (.70). | 1.60 | 352.00 |
| 06/13/02 | NKA | Search for and locate relevant information for drafting of subpoenas per KJCoggon's request (1.50). | 1.50 | 165.00 |
| 06/13/02 | TWK | Review documents at EPA produced in response to Grace discovery (4.50); coding of documents produced by EPA in administrative record and site file (1.00). | 5.50 | 770.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/13/02 | MBF | Research for KWLund regarding cost recovery cases in 9th circuit (1.70); prepare memo regarding same (.50); conference with CLNeitzel regarding research on emergency removal action research (.20); begin research on same (3.0). | 5.40 | 486.00 |
| 06/14/02 | KWL | Prepare for strategy conference call (2.00); telephone conference with David Siegel, Bill Corcoran and trial team re various strategic issues (1.20); review Elizabeth Anderson issues and related EPA documents (3.00). | 6.20 | 2,170.00 |
| 06/14/02 | JDM | Review EPA response to Grace comments on administrative record (1.9); meet with CLNeitzel re medical expert (2.2). | 4.10 | 1,230.00 |
| 06/14/02 | CLN | Conference with client re expert reports (1.30); conference with expert re expert report (2.5); work on risk issues for Grace (.50); identify materials for expert (2.0); conference with JDMcCarthy re coordination with expert (1.20). | 7.50 | 2,250.00 |
| 06/14/02 | LSD | Review draft responses to third request for production and contention interrogatories. | 0.50 | 150.00 |
| 06/14/02 | KJC | Address various case projects including offensive and defensive discovery and expert preparation (5.20); telephone conference with risk and data experts (0.80); telephone conference with client and KWLund re response to EPA's latest comments (1.20);  conference with KWLund and CLNeitzel re response to inquiries from client on EPA's latest comments (0.40); conference with accounting expert re progress and issues (1.60). | 9.20 | 2,530.00 |
| 06/14/02 | EES | Meeting with KJCoggon and accounting experts (1.40); draft letter re deficiencies in EPA's cost recovery package (1.80). | 3.20 | 896.00 |
| 06/14/02 | JAH | Consider and revise responses to third discovery request (1.00). | 1.00 | 220.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

Page                21
Invoice No.:    603596
Client   No.:    04339
Matter  No.:    00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/14/02 | MBF | Research for CLNeitzel regarding emergency removal actions (1.70); draft chart re same (.80). | 2.50 | 225.00 |
| 06/17/02 | JDM | Review expert report (0.4); prepare for conference call with client and experts (0.2); telephone conference with client and experts (1.2); review attachment to EPA response to comments (4.1). | 5.90 | 1,770.00 |
| 06/17/02 | LSD | Office conference with JAHall re Discovery Responses (.30); office conference with KJCoggon re Discovery Responses (.30); continue drafting and reviewing Discovery Responses to Third Request for Documents and Interrogatories and Requests for Admissions (.70). | 1.30 | 390.00 |
| 06/17/02 | KJC | Telephone conferences and email exchanges with experts and attorneys re site visit, strategy meeting, discovery, and document review (1.40); draft agenda for strategy meeting (1.40); telephone conference with risk expert re data expert opinion (0.20); telephone conference with W. Sparks re E. Moeller deposition and EPA interviews (0.20); telephone conference with G. Graham re status conference request and discovery issues (0.30). | 3.50 | 962.50 |
| 06/17/02 | EES | Review Department of Transportation cost workpapers (2.60); review cost document production analysis (1.30); review Marcor subcontractor cost documentation (1.80). | 5.70 | 1,596.00 |
| 06/17/02 | TWK | Research EPA recent removal actions at Libby (.30); research documents needed by Arcadis for preparation of opinions (.30). | 0.60 | 84.00 |
| 06/17/02 | MBF | Research EPA emergency removal actions (3.10); draft chart re same for CLNeitzel (1.50) | 4.60 | 414.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/18/02 | JDM | Meet with KWLund re expert and discovery issues (0.4); review draft discovery (0.4); conference with EEStevenson re cost expert progress (0.5); review mesothelioma article and other scientific articles (3.0); review sampling and analysis expert issues (1.0); meet with KJCoggon re data expert and data expert progress (1.8); telephone conference with data expert re progress (1.2). | 8.30 | 2,490.00 |
| 06/18/02 | LSD | Continue reviewing draft of Responses to Third Set of Discovery (.80). | 0.80 | 240.00 |
| 06/18/02 | KJC | Conference with KWLund re status of various case projects and agenda for strategy meeting (0.80); review and revise discovery index (0.20); conference with JDMcCarthy re progress and tasks for data expert and related issues (1.80); telephone conference with data expert re new EPA database (0.40); review and revise proposed discovery requests (0.60); review and revise letter to H. Kukis re missing cost documentation (0.40); address deposition issues (0.50); telephone conference with E. Moeller re schedule for deposition (0.20); telephone conference with data expert re tasks (1.20); telephone conference with risk expert re timing, tasks and report (0.20); telephone conference with J. Freeman re deposition schedule (0.20); review U.S. production documents (1.80); draft e-mail to JDMcCarthy re ATSDR documents of interest (0.20); coordinate and follow-up on site visit and strategy meeting (0.80);  respond to issues related to document review and discovery issues (0.70). | 10.00 | 2,750.00 |
| 06/18/02 | EES | Review revised cost document analysis (3.10); extended conference calls with accounting experts re cost documentation production issues (1.70); revise cost documentation analysis and production report (1.20); begin review of deposition testimony re cost issues (.60); strategy meeting with JDMcCarthy (.50). | 7.10 | 1,988.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 603596 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/02 | GMB | Lexis research re governmental burdens in cost recovery case under CERCLA (2.80); review cases re governmental burdens in cost recovery case under CERCLA (2.50); draft memo re governmental burdens in cost recovery case under CERCLA (2.80). | 8.10 | 1,782.00 |
| 06/18/02 | NKA | Draft subpoenas to be served to EMSL laboratories per KJCoggon's request (5.50). | 5.50 | 605.00 |
| 06/18/02 | TWK | Research EPA original action memo and requests for funding (1.00); research supplements/amendments to EPA action memos (.30); send same to M. Grummer and B. Corcoran (.20). | 1.50 | 210.00 |
| 06/19/02 | KWL | Review PriceWaterhouseCoopers documentation letter with attachment (1.20); provide changes to draft to EEStevenson (.30); review and respond to various e-mails re witness preparation and depositions (1.10). | 2.60 | 910.00 |
| 06/19/02 | JDM | Meet with KJCoggon re experts, trial strategy, and legal research (0.8); review mesothelioma article (0.8); meet with witness for deposition preparation (3.5); meet with KWLund re witness issues (0.2). | 5.30 | 1,590.00 |
| 06/19/02 | LSD | Continue drafting and revising Third Request for Admissions and Discovery. | 5.50 | 1,650.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/19/02 | KJC | Draft e-mail to client re requirements for expert reports (0.30); telephone conference with W. Sparks and J. Hughes re E. Moeller deposition (1.00); conference with JDMcCarthy re case projects, themes and experts (0.80); prepare for deposition of E. Moeller (5.80); telephone conference with D. Cameron re discovery requests (0.30); conference with KWLund and JDMcCarthy re E. Moeller interview (0.30); coordinate and follow-up with experts and attorneys re site visit and strategy meeting (0.40); respond to issues related to discovery (0.40). | 9.30 | 2,557.50 |
| 06/19/02 | EES | Review detailed contractor "map" identifying contracts, modifications and other documentation for each of the Department of Transportation contractors (4.20); review additional indirect cost documentation (1.40); telephone conferences with accounting experts (.70); meeting with accounting expert re deliverable/status issues (1.60). | 7.90 | 2,212.00 |
| 06/19/02 | GMB | Continue drafting memo re governmental burdens in cost recovery case under CERCLA (1.30); conference with KJCoggon re memo concerning Government's burdens in cost recovery case (.20); revise memo re governmental burdens based on 40 CFR 300 (4.50); edit memo re governmental burdens (1.50). | 7.50 | 1,650.00 |
| 06/19/02 | JAH | Consider and review KDC documents in response to third discovery request (3.00); conference with LSDecker re discovery responses (.30). | 3.30 | 726.00 |
| 06/19/02 | NKA | Draft subpoenas to be served to EMSL laboratories per KJCoggon's request (6.50). | 6.50 | 715.00 |
| 06/19/02 | TWK | Research current EPA actions at Libby. | 0.30 | 42.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 25 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | KWL | Trial team meeting re case status and strategy (1.00); attend portion of Eric Moeller deposition preparation with KJCoggon (1.10); telephone conference with Bill Corcoran re case status and strategy (.30); telephone conferences with Matt Cohn (EPA) re Millworks West issues (.60); review Millworks contract (.50). | 3.50 | 1,225.00 |
| 06/20/02 | JDM | Prepare for team meeting (0.5); participate in team meeting (1.0); review medical articles (2.0); prepare for telephone conference with risk experts (0.3); telephone conference with risk experts (0.8); review draft discovery responses (0.4); conference with JAHall re discovery responses (0.1); meet with KJCoggon re depositions (0.4). | 5.50 | 1,650.00 |
| 06/20/02 | LSD | Office conference with JDMcCarthy re comments to draft version (.30); office conference with JAHall re same (.20); office conference with KJCoggon re same (.20); continue drafting and revising responses of KDC and WR Grace to Third Set of Discovery (2.80). | 3.50 | 1,050.00 |
| 06/20/02 | KJC | Telephone conference with LSDecker re discovery response (0.20); conference with NAberle and expert re lab subpoenas (0.30); telephone conference with R. Finke re discovery requests (0.20); review comments on discovery requests and send e-mail re same (0.40); address various case projects (3.00); team meeting (1.00); prepare for deposition of E. Moeller (6.70). | 11.80 | 3,245.00 |
| 06/20/02 | EES | Case strategy meeting with KWLund, JDMcCarthy, KJCoggon, GMBarry, TWKorver and JLSherman (1.0); revise cost document demand letter (.40). | 1.40 | 392.00 |
| 06/20/02 | GMB | Grace team meeting (1.00); Lexis research re Fed. Rule of Civ. Procedure 30(b)(5) (1.30); review cases re FRCP 30(b)(5) (2.00). | 4.30 | 946.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | JAH | Receive, evaluate and respond to voice mail from LSDecker re discovery responses (.70); telephone conference with LSDecker re discovery responses (.30); telephone conference with Bob Emmett re verification (.20); telephone conference with Alan Stringer re verification (.30); consider and revise discovery responses (2.50). | 4.00 | 880.00 |
| 06/20/02 | NKA | Draft subpoenas to be served to EMSL laboratories per KJCoggon's request (3.00); search for, locate and contact process servers to serve EMSL subpoenas (2.80); draft cover letters to accompany subpoenas (1.50). | 7.30 | 803.00 |
| 06/20/02 | TWK | Meeting with KJCoggon, GMBarry, JSherman, KWLund, EEStevinson and JDMcCarthy re case status and action items. | 1.00 | 140.00 |
| 06/21/02 | LSD | Office conference with JAHall re final revisions to Third Request for Discovery (.30); office conference with KJCoggon re same (.10); final review and drafting of Responses to Third Set of Discovery (1.40). | 1.80 | 540.00 |
| 06/21/02 | KJC | Prepare for, attend/defend and follow up to E. Moeller deposition, including draft memorandum re same (6.50); conference with G. Graham re depositions and government case (1.20); address various case projects including lab subpoenas, missing documentation, schedules, client/expert meeting agenda (1.40); telephone conference with KWLund re case projects status (0.20). | 9.10 | 2,502.50 |
| 06/21/02 | EES | Review accounting expert workpapers re ATSDR costs (1.70); conference calls with accounting experts re indirect cost issues (.80). | 2.50 | 700.00 |
| 06/21/02 | JAH | Telephone conference with LSDecker re discovery responses (.30); telephone conference with Alan Stringer re discovery responses (.30). | 0.60 | 132.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/21/02 | NKA | Speak with expert in re subpoena document requests and make adjustments to draft (2.00); prepare cover letters and arrange for payment of process servers (2.20); finalize and mail subpoenas with cover letters (3.10). | 7.30 | 803.00 |
| 06/21/02 | MBF | Research emergency removal actions conducted by EPA for CLNeitzel (1.30); continue compiling chart regarding same (2.70). | 4.00 | 360.00 |
| 06/23/02 | KJC | Telephone conference with CLNeitzel re asbestos conference with pulmonology expert (0.40). | 0.40 | 110.00 |
| 06/24/02 | JDM | Review deposition summary memo and other Grace e-mails (0.3); telephone conference with KJCoggon re discovery and expert issues (0.2); review risk expert's past expert report (0.3); review ATSDR statistics (5.0). | 5.80 | 1,740.00 |
| 06/24/02 | KJC | Telephone conference with W. Sparks re depositions and fact witnesses (0.20); conference with KWLund re various case projects and strategy meeting (0.40); telephone conference with R. Finke and D. Cameron re discovery (0.60); revise discovery requests (0.80); revise and distribute agenda for strategy meeting (0.20); address various case projects including draft retainer letter for pulmonologist, coordinate site visit with experts, review and respond to e-mails re document review, discovery and schedule (3.90). | 5.90 | 1,622.50 |
| 06/24/02 | EES | Compare detailed CDM task orders and technical directive documentation with invoices and other cost documentation (3.30); telephone conferences with accounting experts (.80); review CDM subcontractor contract/scope of work documentation (1.10). | 5.20 | 1,456.00 |
| 06/24/02 | JAH | Consider and prepare correspondence to KJCoggon re fact witnesses. | 0.30 | 66.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/24/02 | NKA | DCS important subpoena documents (.20); arrange for lab subpoenas to be sent to opposing cousel (.10); discuss service of subpoena with process server in New York (.30). | 0.60 | 66.00 |
| 06/24/02 | TWK | Research comments received by EPA on Libby Administrative Record. | 0.50 | 70.00 |
| 06/24/02 | MBF | Research EPA emergency removal actions for CLNeitzel (2.00); add information to chart for CLNeitzel (2.60). | 4.60 | 414.00 |
| 06/25/02 | KWL | Work on developing case defenses and strategies. | 5.00 | 1,750.00 |
| 06/25/02 | JDM | Meet with EEStevenson re discovery schedule and related issues (.60); draft memo re mortality study (1.5); telephone conference with data expert (1.0); draft memo re health assessment (.80); review expert reports from other cases (.09). | 4.80 | 1,440.00 |
| 06/25/02 | KJC | Prepare budget numbers (0.40); revise discovery requests and draft discovery letter to H. Kukis (2.10); telephone conference with data expert re progress (0.80); conference with JDMcCarthy re expert progress (0.40); telephone conference with risk expert re document questions (0.30); conference with EEStevenson re deposition schedule (0.40). | 4.40 | 1,210.00 |
| 06/25/02 | EES | Strategy meeting with JDMcCarthy re deposition strategy/scheduling (.60); draft analysis of proposed deponents re cost issues (3.90); review additional accounting expert workpapers re KUO Environmental and Marcor cost documentation (2.70); review analysis of ECC contractors and subcontractors (.80); extended telephone conferences with accounting experts (1.70). | 9.70 | 2,716.00 |
| 06/25/02 | TWK | Research historical documents relating to air samples at Libby and operations (2.50); research DHHS interagency performed by DHHS (.30). | 2.80 | 392.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 29 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/25/02 | MBF | Complete research on emergency removal actions for CLNeitzel (2.0); add to and revise chart re emergency removal actions for CLNeitzel (3.0) | 5.00 | 450.00 |
| 06/25/02 | ICM | Follow up with EPA in New York on location of documents requested on Asbestos Dump Superfund Site. | 0.50 | 55.00 |
| 06/26/02 | KWL | Review draft witness list and provide comments to KJCoggon (.60); begin review of expert witness presentation materials (1.60); telephone conference with Bill Corcoran re trial strategy meeting issues (.60); work on base budgeting issues and conference with KJCoggon re same (1.10); review various e-mails from CLNeitzel and JCMcCarthy re expert issues (.80). | 4.70 | 1,645.00 |
| 06/26/02 | JDM | Telephone conference with CLNeitzel re risk and data experts (0.1); review analysis of fiber size (1.0); review expert testimony (1.9); research ATSDR authority (1.1); draft memo re ATSDR authority (0.9); meet with CLNeitzel re risk expert issues and asbestos conference (1.6). | 6.60 | 1,980.00 |
| 06/26/02 | KJC | Telephone conference with R. Emmett re budget, discovery, and meeting with experts (0.30); revise discovery and distribute for comment (0.30); conference with EEStevenson re deposition schedule (0.20); telephone conference with G. Graham re Skramsted deposition (0.30); research re budget for reserves (0.70); review deposition schedule (0.30); conference with CLNeitzel re Missoula asbestos conference and progress/strategies for experts (1.60);  follow up on status of various projects (0.70); coordinate efforts re experts and discovery (0.80); address staffing issues (0.70). | 5.90 | 1,622.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/26/02 | EES | Revise cost deponent analysis and deposition schedules (1.70); phone conferences with accounting experts re document production issues and deliverables (.90); complete review of EPA's supplemental cost package documentation (2.80); review additional accounting expert workpapers for DOT contractors and subcontractors (1.60); review Kendall Ward cost documentation (.70). | 7.70 | 2,156.00 |
| 06/26/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (10.00). | 10.00 | 2,200.00 |
| 06/26/02 | TWK | Research historical documents relating to air samples at Libby and operations (.60); review and compile DHHS interagency agreement cost documentation for experts (3.50). | 4.10 | 574.00 |
| 06/26/02 | MBF | Finish chart re emergency removal actions for CLNeitzel (2.0); travel to Boulder (.50) (.50 N/C) (50% NWT); work in Boulder on document review (4.5). | 7.00 | 630.00 |
| 06/27/02 | KWL | Trial team meeting re case status and strategy (1.00); telephone conference with KJCoggon re budget issues (.30); telephone conference with Bob Emmett and KJCoggon re budget issues (.30). | 1.60 | 560.00 |
| 06/27/02 | JDM | Prepare for team meeting (0.3); attend team meeting (1.0); meet with CLNeitzel re risk and medical expert issues (0.6); meet with cost experts (2.4); telephone conference with data expert (0.1). | 4.40 | 1,320.00 |
| 06/27/02 | EES | Strategy meeting with KWLund, JDMcCarthy, CLNeitzel, JAHall, and KJCoggon (1.00); strategy meeting with accounting experts, KJCoggon and JDMcCarthy (2.40); expand potential deponent analysis/schedule (.40); review Marcor contract amendment documentation (2.30); review new DOT progress reports (1.60). | 7.70 | 2,156.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/27/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (9.50). | 9.50 | 2,090.00 |
| 06/27/02 | JAH | Review legal memorandum in preparation for strategy meeting (.80); attend strategy meeting (1.00); consider and prepare witness chart (1.50); telephone conference with KJCoggon re same (.10); consider and revise witness chart (1.00). | 4.40 | 968.00 |
| 06/27/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (15.50). | 15.50 | 2,867.50 |
| 06/27/02 | NKA | Telephone conferences with process servers to check status of EMSL subpoenas (1.00). | 1.00 | 110.00 |
| 06/27/02 | TWK | Review documents at EPA produced in response to Grace discovery (2.30); review cost documentation notebooks and prepare for storage for EEStevenson (3.80). | 6.10 | 854.00 |
| 06/28/02 | JDM | Review e-mail and memo re asbestos conference (0.9); telephone conference with data experts re progress (0.8); meet with CLNeitzel re data and risk experts (0.1); research ATSDR Health Assessment regulations (1.9). | 3.70 | 1,110.00 |
| 06/28/02 | EES | Review detailed cost documentation for DOT contractors, including Noble Excavating (.90), KUO Environmental (1.30), Aeolus (.70), Kendall Ward (1.70), and ECC (2.20); meeting with accounting experts (1.40). | 8.20 | 2,296.00 |
| 06/28/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues (9.00). | 9.00 | 1,980.00 |
| 06/28/02 | TWK | Review documents at EPA produced in response to Grace discovery (3.30). | 3.30 | 462.00 |
| 06/28/02 | MBF | Perform internet search to obtain copy of newly-introduced asbestos bill for CLNeitzel. | 0.60 | 54.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/29/02 | EES | Review accounting expert workpapers showing DOT cost schedules and contractor documentation issues. | 2.70 | 756.00 |

**Total Fees Through June 30, 2002:**   **597.40   $ 148,752.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 17.60 | $   6,160.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 32.10 | 11,235.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 50.90 | 15,270.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 54.40 | 16,320.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 45.30 | 13,590.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 104.00 | 28,600.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 95.80 | 26,824.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 1.80 | 432.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 48.40 | 10,648.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 17.90 | 3,938.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 15.50 | 2,867.50 |
| TWK | Thomas W. Korver | Paralegal | 140.00 | 26.80 | 3,752.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 9.80 | 1,225.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 37.00 | 4,070.00 |
| JP | Jason Prussman | Law Clerk | 140.00 | 2.80 | 392.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 3.60 | 396.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 33.70 | 3,033.00 |

**Total Fees:**                       **597.40   $ 148,752.50**

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/30/02 | | Long Distance Telephone: 7243871812 | $ 1.62 |
| 02/27/02 | | Long Distance Telephone: 9198217411 | 2.28 |
| 04/17/02 | | Long Distance Telephone: 7243251776 | 2.15 |
| 04/17/02 | | Long Distance Telephone: 5016031525 | 1.67 |
| 05/02/02 | | Long Distance Telephone: 5613621533 | 3.42 |
| 05/11/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325192; DATE: 5/11/2002 - Courier, Shipper# 809325 05-10; no info | 10.68 |
| 05/11/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325192; DATE: 5/11/2002 - Courier, Shipper# 809325 05-10; no info | 12.20 |
| 05/14/02 | | Long Distance Telephone: 3124254103 | 1.25 |
| 05/14/02 | | Long Distance Telephone: 3124254103 | 2.54 |
| 05/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7132931; DATE: 5/15/2002 - Courier, Acct.HO7068 05-13; Price Waterhouse Coopers | 6.55 |
| 05/16/02 | | Long Distance Telephone: 7243251776 | 0.42 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002 - Courier, Acct. 0802-0410-8 05-02; Elizabeth L Anderson Alexandria, Va | 9.47 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002 - Courier, Acct. 0802-0410-8 05-03; Robert Emmett Columbia, Md | 9.47 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002 - Courier, Acct. 0802-0410-8 05-07; From Roger J Alcain Denver, Co to Rich Bartelt Chicago, IL | 27.81 |
| 05/23/02 | | Long Distance Telephone: 4105314751 | 1.95 |
| 05/28/02 | | Long Distance Telephone: 4105314751 | 1.89 |