Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/28/02 | | Long Distance Telephone: 4105314751 | 1.86 |
| 05/29/02 | | Long Distance Telephone: 4065232500 | 1.08 |
| 05/30/02 | | Lexis | 377.38 |
| 05/30/02 | | Long Distance Telephone: an L. Sherm   ; DATE: 5/30/2002 | 1.50 |
| 05/30/02 | | Long Distance Telephone: an L. Sherm    02; DATE: 5/30/200 | 0.75 |
| 05/30/02 | | Long Distance Telephone: 3605706657 | 0.65 |
| 05/30/02 | | Long Distance Telephone: 4065232500 | 2.55 |
| 05/30/02 | | Long Distance Telephone: 4105314751 | 2.82 |
| 05/30/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 05/30/02; DATE: 5/30/2002 - Denver, 5/20-5/24/02, Boston, MA, Supplemental Document Review in Cambridge and Winthrop Square, Meals | 191.33 |
| 05/30/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 05/30/2002; DATE: 5/30/2002 - Denver, 5/13-5/17/02, Boston, MA, Supplemental Document Review in Cambridge and Wintrop Square, Meals | 168.71 |
| 05/30/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 05/30/02; DATE: 5/30/2002 - Denver, 5/20-5/24/02, Boston, MA, Supplemental Document Review in Cambridge and Winthrop Square, Parking | 87.00 |
| 05/30/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 05/30/2002; DATE: 5/30/2002 - Denver, 5/13-5/17/02, Boston, MA, Supplemental Document Review in Cambridge and Wintrop Square, Parking | 75.00 |
| 05/30/02 | | Supplies: VENDOR: Joan L. Sherman; INVOICE#: 05/30/2002; DATE: 5/30/2002 - Denver, 5/13-5/17/02, Boston, MA, Supplemental Document Review in Cambridge and Wintrop Square, Supplies | 37.00 |
| 05/30/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 05/30/02; DATE: 5/30/2002 - Denver, 5/20-5/24/02, Boston, MA, Supplemental Document Review in Cambridge and Winthrop Square, Travel | 1,670.02 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

Page          35
Invoice No.:   603596
Client  No.:   04339
Matter  No.:   00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/30/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 05/30/2002; DATE: 5/30/2002 - Denver, 5/13-5/17/02, Boston, MA, Supplemental Document Review in Cambridge and Wintrop Square, Travel | 1,310.97 |
| 05/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17967; DATE: 5/30/2002 - Airfare, Denver Baltimore Baltimore Denver, K. Lund | 747.75 |
| 05/31/02 | | Long Distance Telephone: 4105314751 | 0.05 |
| 05/31/02 | | Long Distance Telephone: 4065232500 | 0.89 |
| 05/31/02 | | Long Distance Telephone: 6174265900 | 0.23 |
| 05/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7134818; DATE: 5/31/2002 - Courier, Acct. HO7068 05-28; U S Dept of Justice | 8.25 |
| 05/31/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18000; DATE: 5/31/2002 - Airfare, 6/9-6/12/02, Denver Baltimore Philadlphia Denver, K. Coggon | 930.50 |
| 06/01/02 | 4 | Color Photocopies: 4 Color Photocopies | 2.60 |
| 06/03/02 | | Long Distance Telephone: 7037298543 | 1.60 |
| 06/03/02 | | Long Distance Telephone: 6174265900 | 0.71 |
| 06/03/02 | | Long Distance Telephone: 4105314751 | 0.76 |
| 06/03/02 | | Long Distance Telephone: 4065232500 | 0.47 |
| 06/03/02 | 6 | Photocopies | 0.90 |
| 06/03/02 | 8 | Photocopies | 1.20 |
| 06/04/02 | | Lexis | 41.22 |
| 06/04/02 | | Long Distance Telephone: 4062933964 | 0.46 |
| 06/04/02 | | Long Distance Telephone: 4065232526 | 0.12 |
| 06/04/02 | 2 | Photocopies | 0.30 |
| 06/04/02 | 3 | Photocopies | 0.45 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/05/02 | | Long Distance Telephone:  4065232500 | 1.24 |
| 06/05/02 | | Long Distance Telephone:  4105314751 | 4.97 |
| 06/05/02 | | Long Distance Telephone:  4105314751 | 0.18 |
| 06/05/02 | | Other Meal Expenses: VENDOR: Decker, Lisa Schuh; INVOICE#: 06/05/02; DATE: 6/5/2002  -  Denver, 5/30-5/31/02, Travel to Seattle to meet with Michael Hutchinson | 120.38 |
| 06/05/02 | | Parking: VENDOR: Decker, Lisa Schuh; INVOICE#: 06/05/02; DATE: 6/5/2002  -  Denver, 5/30-5/31/02, Travel to Seattle to meet with Michael Hutchinson | 15.00 |
| 06/05/02 | | Travel Expense: VENDOR: Decker, Lisa Schuh; INVOICE#: 06/05/02; DATE: 6/5/2002  -  Denver, 5/30-5/31/02, Travel to Seattle to meet with Michael Hutchinson | 678.23 |
| 06/06/02 | | Outside Courier | 6.50 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-25; Rich Bartelt Chicago, IL | 66.49 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-28; Rich Bartelt Chicago, IL | 52.36 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-29; William Corcoran Columbia, Md | 9.18 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-29; Richard C Finke Boca Raton, Fl | 9.18 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-29; Robert Emmett Columbia, Md | 9.18 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-29; Richard C Finke Boca Raton, Fl | 25.86 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002 - Courier, Acct. 0802-0410-8 05-30; Gary L Graham Missoula, Mt | 8.85 |
| 06/06/02 | 7 | Photocopies | 1.05 |
| 06/06/02 | 4 | Photocopies | 0.60 |
| 06/06/02 | 26 | Photocopies | 3.90 |
| 06/06/02 | 128 | Photocopies | 19.20 |
| 06/06/02 | 35 | Photocopies | 5.25 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Gary L Graham Missoula, Mt | 8.85 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Jay Turim Alexandria, Va | 9.57 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-17; Douglas E Cameron Pittsburgh, Pa | 26.52 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-21; Robert Emmett Columbia, Md | 9.18 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-21; Jay Hughes Boca Raton, Fl | 9.18 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-21; William Corcoran Columbia, Md | 9.18 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Drew Van Orden Monroeville, Pa | 8.69 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | | |
|---|---|---|---|
| | Page | 38 |
| | Invoice No.: | 603596 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Philp Goad Little Rock, Ar | 8.57 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Elizabeth Anderson Alexandria, Va | 9.18 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-24; Drew Van Orden Monroeville, Pa | 14.59 |
| 06/07/02 | 80 | Photocopies | 12.00 |
| 06/07/02 | 44 | Photocopies | 6.60 |
| 06/07/02 | 5 | Photocopies | 0.75 |
| 06/08/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325232; DATE: 6/8/2002 - Courier, Shipper# 809325 06-04; no info | 5.57 |
| 06/08/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325232; DATE: 6/8/2002 - Courier, Shipper# 809325 06-04; no info | 4.98 |
| 06/10/02 | 16 | Photocopies | 2.40 |
| 06/10/02 | 2 | Photocopies | 0.30 |
| 06/10/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 31601; DATE: 6/10/2002 - Denver, Acct #00020, Room Charges Gary Graham | 123.66 |
| 06/12/02 | 88 | Photocopies | 13.20 |
| 06/13/02 | 5 | Facsimile | 5.00 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-10; Jay Turim Alexandria, Va | 13.46 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-05; Bill Corcoran/J Davis Columbia, Md | 16.65 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-06; Elizabeth Anderson Alexandria, Va | 9.61 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002 - Courier, Acct. 0802-0410-8 06-06; Drew Van Orden Monroeville, Pa | 9.18 |
| 06/13/02 | 17 | Photocopies | 2.55 |
| 06/13/02 | 10 | Photocopies | 1.50 |
| 06/17/02 | 17 | Facsimile | 17.00 |
| 06/18/02 | 1 | Photocopies | 0.15 |
| 06/18/02 | 107 | Photocopies | 16.05 |
| 06/18/02 | 138 | Photocopies | 20.70 |
| 06/18/02 | 6 | Photocopies | 0.90 |
| 06/19/02 | 3 | Facsimile | 3.00 |
| 06/19/02 | 10 | Photocopies | 1.50 |
| 06/19/02 | 90 | Photocopies | 13.50 |
| 06/20/02 | 6 | Facsimile | 6.00 |
| 06/20/02 | 2 | Facsimile | 2.00 |
| 06/20/02 | 3 | Photocopies | 0.45 |
| 06/20/02 | 113 | Photocopies | 16.95 |
| 06/20/02 | 2 | Photocopies | 0.30 |
| 06/20/02 | 1 | Photocopies | 0.15 |
| 06/20/02 | 1 | Photocopies | 0.15 |
| 06/21/02 | 19 | Facsimile | 19.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/21/02 | 50 | Facsimile | 50.00 |
| 06/21/02 | 94 | Photocopies | 14.10 |
| 06/21/02 | 39 | Photocopies | 5.85 |
| 06/21/02 | 2 | Photocopies | 0.30 |
| 06/21/02 | 5 | Photocopies | 0.75 |
| 06/21/02 | | Service of Process: VENDOR: Dunn Deale & Quick; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for laboratory subpoena. Naberle | 60.00 |
| 06/21/02 | | Service of Process: VENDOR: Major Legal Professional Process Servers; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process service for Lab Subpoenal. NAberle | 35.00 |
| 06/21/02 | | Service of Process: VENDOR: Corporate Security International, Inc.; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for laboratory subpoena. NAberle | 75.00 |
| 06/21/02 | | Service of Process: VENDOR: Billy Roth, PI; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process server for lab Subpoena. NAberle | 50.00 |
| 06/21/02 | | Service of Process: VENDOR: APS Services, Inc.; INVOICE#: 6/21/05; DATE: 6/21/2002 - Process Server for service of lab subpoena. NAberle | 49.00 |
| 06/21/02 | | Service of Process: VENDOR: John A. Thomson Process Service; INVOICE#: 6/21/02; DATE: 6/21/2002 - Process Server for lab Subpoena. NAberle | 35.00 |
| 06/24/02 | 2 | Facsimile | 2.00 |
| 06/24/02 | 1 | Facsimile | 1.00 |
| 06/24/02 | | Long Distance Telephone: 9192809479 | 0.10 |
| 06/24/02 | | Outside Courier | 6.50 |
| 06/24/02 | 212 | Photocopies | 31.80 |
| 06/24/02 | 16 | Photocopies | 2.40 |
| 06/24/02 | 18 | Photocopies | 2.70 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/24/02 | 31 | Photocopies | 4.65 |
| 06/25/02 | | Long Distance Telephone: 2028795160 | 3.95 |
| 06/25/02 | | Long Distance Telephone: 7243251776 | 3.90 |
| 06/25/02 | 3 | Photocopies | 0.45 |
| 06/25/02 | 1 | Photocopies | 0.15 |
| 06/25/02 | | Witness Fee: INVOICE#: 6/24/02; DATE: 6/25/2002 - Retainer for Expert Witness. KCoggon | 500.00 |
| 06/26/02 | 3 | Facsimile | 3.00 |
| 06/26/02 | 505 | Photocopies | 75.75 |
| 06/26/02 | 1 | Photocopies | 0.15 |
| 06/26/02 | 1 | Photocopies | 0.15 |
| 06/26/02 | 65 | Photocopies | 9.75 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 3.16 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 0.42 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 11.19 |
| 06/28/02 | | Long Distance Telephone: 4105314751 | 0.11 |
| 06/28/02 | | Long Distance Telephone: 4105314203 | 0.11 |
| 06/28/02 | | Long Distance Telephone: 5613621533 | 0.07 |
| 06/28/02 | | Long Distance Telephone: 3124254103 | 0.08 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.13 |
| 06/28/02 | | Long Distance Telephone: 7036841023 | 0.07 |
| 06/28/02 | | Long Distance Telephone: 7036840123 | 0.20 |
| 06/28/02 | | Long Distance Telephone: 4065232500 | 0.22 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.02 |
| 06/28/02 | | Long Distance Telephone: 7243251776 | 0.01 |
| 06/28/02 | | Long Distance Telephone: 7243871869 | 0.09 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/28/02 | | Long Distance Telephone: 7243871810 | 2.71 |
| 06/28/02 | | Long Distance Telephone: 4105314751 | 0.47 |
| 06/28/02 | 57 | Photocopies | 8.55 |
| 06/28/02 | 32 | Photocopies | 4.80 |
| 06/28/02 | 5 | Photocopies | 0.75 |
| 06/28/02 | 2 | Photocopies | 0.30 |

**Total Disbursements:**                    **$    8,315.63**

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 177.00 |
| Photocopies | | 306.30 |
| Service of Process | | 304.00 |
| Facsimile | | 108.00 |
| Long Distance Telephone | | 69.09 |
| Outside Courier | | 451.49 |
| Travel Expense | | 5,461.13 |
| Lexis | | 418.60 |
| Other Meal Expenses | | 480.42 |
| Supplies | | 37.00 |
| Witness Fee | | 500.00 |
| Color Photocopies | | 2.60 |

**Total Disbursements:    $    8,315.63**

## Kootenai Development - 00320

| Description | April | May | June | Total |
|-------------|------:|----:|-----:|------:|
| | | | | |
| Photocopies | $    16.14 | $    - | | $    16.14 |
| Facsimilies | $    - | $    - | $    - | $    - |
| Long Distance Telephone | $    - | $    - | $    - | $    - |
| Outside Courier | $    - | $    - | $    - | $    - |
| Travel Expenses | $    - | $    - | $    - | $    - |
| Lexis | $    - | $    - | $    - | $    - |
| Westlaw | $    - | $    - | $    - | $    - |
| Meal Expenses | $    - | $    - | $    - | $    - |
| Overtime | $    - | $    - | $    - | $    - |
| Other Expenses | $    - | $    - | $    - | $    - |
| | | | | |
| **TOTAL** | $    16.14 | $    - | $    - | $    16.14 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 51 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00320 |

**Regarding: Kootenai Development**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 04/03/02 | 4 | Photocopies | $ | 0.60 |
| 04/04/02 | 16 | Photocopies | | 2.40 |
| 04/05/02 | | Photocopies | | 11.64 |
| 04/08/02 | 9 | Photocopies | | 1.35 |
| 04/24/02 | 1 | Photocopies | | 0.15 |
| | | **Total Disbursements:** | $ | **16.14** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 16.14 |
| **Total Disbursements:** | **$** | **16.14** |

**Boulder Attic Insulation Document Production - 00370**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|---|---|---|---|---|---|---|
| | | | April | May | June | |
| Lund, Kenneth | Partner | $ 350.00 | 0 | 2 | 0 | $ 700.00 |
| Harris, Colin | Partner | $ 350.00 | 0 | 24.9 | 4.3 | $ 10,220.00 |
| Coggon, Katharyn | Special Counsel | $ 275.00 | 0 | 27.4 | 9 | $ 10,010.00 |
| Rodriguez, Richard | Sr. Associate | $ 235.00 | 0 | 9.1 | 0 | $ 2,138.50 |
| Kunstle, David | Associate | $ 240.00 | 0 | 0 | 7.3 | $ 1,752.00 |
| Trammell, Keith | Associate | $ 185.00 | 0 | 0 | 158.3 | $ 29,285.50 |
| Wall, Doug | Associate | $ 185.00 | 0 | 0 | 160.4 | $ 29,674.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 0 | 9.3 | 66.8 | $ 22,449.50 |
| Haislmaier, Jason | Associate | $ 285.00 | 0 | 3 | 38.1 | $ 11,713.50 |
| Tracy, Brent | Associate | $ 240.00 | 0 | 0.5 | 69.8 | $ 16,872.00 |
| Collins, Sven | Associate | $ 235.00 | 0 | 66.5 | 43.3 | $ 25,803.00 |
| Rogers, Constance | Associate | $ 225.00 | 0 | 0.5 | 17.2 | $ 3,982.50 |
| Hall, Jennifer | Associate | $ 220.00 | 0 | 8 | 0 | $ 1,760.00 |
| Bono, Eric | Associate | $ 175.00 | 0 | 9 | 26.2 | $ 6,160.00 |
| Sanchez, Corey | Associate | $ 175.00 | 0 | 4.5 | 136.2 | $ 24,622.50 |
| Galligan, Kevin | Sr. Associate | $ 295.00 | 0 | 0 | 67.3 | $ 19,853.50 |
| Braegger, Troy | Sr. Counsel | $ 300.00 | 0 | 0 | 23.9 | $ 7,170.00 |
| Matthews, Kelly | Associate | $ 235.00 | 0 | 0 | 8.5 | $ 1,955.00 |
| Maurelli, Gino | Associate | $ 225.00 | 0 | 0 | 63 | $ 14,175.00 |
| Heep, Jason | Law Clerk | $ 140.00 | 0 | 40.3 | 0 | $ 5,642.00 |
| Howard, Jennifer | Law Clerk | $ 140.00 | 0 | 9 | 22.6 | $ 4,424.00 |
| Lee, Joanna | Law Clerk | $ 140.00 | 0 | 60.7 | 46 | $ 14,938.00 |
| Morrison, Andrew | Law Clerk | $ 140.00 | 0 | 20.3 | 0 | $ 2,842.00 |
| Valentine, John | Law Clerk | $ 140.00 | 0 | 14 | 8.9 | $ 3,206.00 |
| Sherman, Joan | Sr. Paralegal | $ 125.00 | 12.4 | 70.2 | 51.2 | $ 16,725.00 |
| Latuda, Carla | Sr. Paralegal | $ 125.00 | 0 | 0 | 24.8 | $ 3,100.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 2.1 | 76.5 | 117 | $ 24,450.00 |
| Street, Loraine | Paralegal | $ 85.00 | 0 | 59.1 | 64 | $ 10,463.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 0 | 0 | 98.4 | $ 10,824.00 |
| Mulholland, Imelda | Info. Specialist | $ 110.00 | 0 | 0 | 19 | $ 2,090.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 0 | 0 | 8 | $ 720.00 |
| TOTAL | | | 14.5 | 514.8 | 1359.5 | $ 339,721.00 |

### Boulder Document Production - Attic Insulation Defense - 00370

| Description | April | | May | | June | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | $ | 82.00 | $ | 563.00 | $ | 645.00 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | 67.90 | $ | 67.90 |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | 315.26 | $ | 315.26 |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | 962.50 | $ | 962.50 |
| Other Expenses | $ | - | $ | - | $ | 451.30 | $ | 451.30 |
| Word Processing | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| **TOTAL** | $ | - | $ | 82.00 | $ | 2,359.96 | $ | 2,441.96 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/02/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 1.80 | $ | 225.00 |
| 04/02/02 | JLS | Review and QC documents for discovery responses (3.20). | 3.20 | | 400.00 |
| 04/04/02 | JLS | Review and QC documents for discovery responses (4.00); telephone conference with CCotts re revisions to box tracking database and edit same (.80). | 4.80 | | 600.00 |
| 04/15/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits (2.80). | 2.80 | | 350.00 |
| 04/17/02 | KLK | Confer with J. Sherman re cost recovery. | 0.30 | | 37.50 |
| 04/17/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits (1.10); conference with KKinnear re document review protocols (.5). | 1.60 | | 200.00 |

**Total Fees Through April 30, 2002:**   **14.50**   **$**   **1,812.50**

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KLK | Karen L. Kinnear | Paralegal | $ 125.00 | 2.10 | $ | 262.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 12.40 | | 1,550.00 |

**Total Fees:**   **14.50**   **$**   **1,812.50**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | KJC | Telephone conference with H. Kukis re obtaining copy of electronic documents produced in 104(e) (0.20); e-mail exchange with JLSherman re options to complete Boulder document review (0.60). | 0.80 | $  220.00 |
| 05/01/02 | KJC | Telephone conference with H. Kukis re 104(e) documents (0.20). | 0.20 | 55.00 |
| 05/02/02 | CGH | Meeting with KJCoggon re document review of documents in Boulder office storage (.5); meet with KJCoggon re training re document review with team (2.0); review of "Quick Reference Guide" to document review in preparation for training session on actual review of documents; review of box of documents per training session conference with KJCoggon re questions about coding, and re fact issues re vermiculite, plant operations, expanding plant (1.5). | 4.00 | 1,400.00 |
| 05/02/02 | KJC | Train new attorneys and paralegals re document review including quality control reviewed and coded documents (6.70); review documents and boxes for responsiveness and assign for further review (1.10); telephone conference with JLSherman re organization and strategy for completing document review (0.30); conference with LStreet re strategy for completing document review (0.20). | 8.30 | 2,282.50 |
| 05/02/02 | MWW | Document review to find responsive documents to EPA request. | 3.30 | 973.50 |
| 05/02/02 | CLR | Review documents for privilege determination. | 0.50 | 112.50 |
| 05/02/02 | CRS | Meeting with HRO Boulder offices re Grace document review project (4.00). | 4.50 | 787.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 42 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/06/02 | JLS | Prepare spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research and review of memos (8.70); conferences with LStreet re same (1.10). | 9.80 | 1,225.00 |
| 05/06/02 | LCS | Prepare boxes for warehousing (7.0); conference with JLSherman re same (1.0). | 8.10 | 688.50 |
| 05/07/02 | CGH | Review of documents for responsiveness and prepare coding sheets, and ongoing conferencces with KJCoggon re issues and strategy (4.70). | 4.70 | 1,645.00 |
| 05/07/02 | KJC | Train new staff re document review (2.20); review documents and QC review by new staff (3.10). | 5.30 | 1,457.50 |
| 05/07/02 | MWW | Document review to find responsive documents to EPA request (6.00). | 6.00 | 1,770.00 |
| 05/07/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse  (8.60); conferences with LCStreet and KJCoggon re same (1.10); respond to questions from CGHarris and MWeakley re document review procedures and protocols (0.80). | 10.50 | 1,312.50 |
| 05/07/02 | LCS | Update box log, prepare boxes for warehousing (7.00); conference with JLSherman re same (1.00). | 8.00 | 680.00 |
| 05/08/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (6.70); conferences with LCStreet and KJCoggon re same (1.30). | 8.00 | 1,000.00 |
| 05/08/02 | LCS | Update box log and prepare boxes for warehousing (5.5); conference with JLSherman re same (.50). | 6.00 | 510.00 |
| 05/09/02 | KJC | Telephone conference with JLSherman re Boulder document review plan (0.50). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/09/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (8.70); conference with LCStreet re same (.50); conference with KJCoggon re same (50). | 9.70 | 1,212.50 |
| 05/09/02 | LCS | Update box log (.30); prepare boxes for warehousing (7.20); conference with JLSherman re same (.50). | 8.00 | 680.00 |
| 05/10/02 | JLS | Edit spreadsheet re Boulder boxes for warehouse and retention in Boulder for review including database research, review of memos and prepare boxes for warehouse (6.50); conferences with LStreet re managing Boulder review project (1.50); and conference with KJCoggon re same (.50). | 8.50 | 1,062.50 |
| 05/10/02 | LCS | Update box log (.30); prepare boxes for warehousing (4.20); conference with JLSherman re Boulder review project, upcoming tasks and assignments (1.50) | 6.00 | 510.00 |
| 05/13/02 | LCS | Update box log, prepare boxes for warehousing | 8.00 | 680.00 |
| 05/14/02 | BAT | Review Boulder target sheet differences to prepare for training new reviewers. | 0.50 | 120.00 |
| 05/14/02 | LCS | Update box log, prepare boxes for warehousing | 4.00 | 340.00 |
| 05/15/02 | CGH | Review of privilege boxes and designate responsive documents (2.40); complete forms (.60). | 3.00 | 1,050.00 |
| 05/15/02 | SCC | Attend training with BATracy for review and coding of documents for responsiveness to EPA and private litigation discovery requests. | 1.80 | 423.00 |
| 05/15/02 | JDH | Review materials concerning document review procedures (3.0). | 3.00 | 855.00 |
| 05/15/02 | JBH | Training for reviewing and coding electronic documents for responsiveness to EPA information request. | 1.80 | 252.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | JL | Office conference with BATracy re W.R. Grace document review (1.80); review Quick Reference Guide for W.R. Grace document review (0.90). | 2.70 | 378.00 |
| 05/15/02 | ASM | Attend training for review and coding of electronic documents for response to EPA information request. | 1.80 | 252.00 |
| 05/15/02 | JRV | Training with BATracy for document review for WR Grace (1.80); reviewed training materials from training meeting in preparation for document review in WR Grace project (.90). | 2.70 | 378.00 |
| 05/15/02 | LCS | Update box log; Prepare boxes for warehousing. | 4.00 | 340.00 |
| 05/16/02 | CGH | Review of privilege boxes and designate responsive documents (1.2), and complete forms (.5). | 1.70 | 595.00 |
| 05/16/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 4.50 | 562.50 |
| 05/16/02 | JBH | Review training manual for reviewing and coding electronic documents for responsiveness to EPA information request. | 1.00 | 140.00 |
| 05/16/02 | ASM | Review training manual for review and coding of electronic documents for response to EPA information request. | 1.70 | 238.00 |
| 05/16/02 | LCS | Update box log (3.30); prepare boxes for warehousing (3.70). | 7.00 | 595.00 |
| 05/17/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues. | 6.00 | 750.00 |
| 05/17/02 | ASM | Review training manual for reviewing and coding electronic documents for responsiveness to EPA information request. | 3.60 | 504.00 |
| 05/20/02 | CGH | Review of privilege documents for responsiveness. | 1.00 | 350.00 |
| 05/20/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (1.0). | 1.00 | 125.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 45 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/02 | JBH | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/20/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/20/02 | ASM | Review and code documents for responsiveness to EPA information request. | 3.20 | 448.00 |
| 05/20/02 | JRV | Document review to find responsive documents to EPA request. | 6.30 | 882.00 |
| 05/21/02 | CGH | Review of privilege documents (.8); select responsive documents for coding (.9). | 1.70 | 595.00 |
| 05/21/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.50); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.30 | 2,420.50 |
| 05/21/02 | JAH | Review and QC of documents in Boulder for EPA Fourth Request for Information, supplemental production and class action lawsuits (2.00). | 2.00 | 440.00 |
| 05/21/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 05/21/02 | ASM | Review and code documents for responsiveness to EPA information request. | 6.50 | 910.00 |
| 05/21/02 | JRV | Document review to find responsive documents to EPA request. | 5.00 | 700.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/02 | CGH | Conferences with review team re issues, schedule re Boulder office review (.3); conference with LCStreet and review team re issues and re organization of boxes, identification of boxes to review, follow up conference with JLSherman re same and with KJCoggon re same (.7); review and code documents (.5). | 1.50 | 525.00 |
| 05/22/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.80); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 10.50 | 2,467.50 |
| 05/22/02 | JAH | Review and QC of documents in Boulder for EPA Fourth Request for Information, supplemental production and class action lawsuits (6.00). | 6.00 | 1,320.00 |
| 05/22/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/22/02 | JBH | Review and code documents for responsiveness to EPA information request. | 6.00 | 840.00 |
| 05/22/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/22/02 | ASM | Review and code electronic documents for responsiveness to EPA information request. | 2.50 | 350.00 |
| 05/23/02 | CGH | Review of documents for coding. | 0.80 | 280.00 |
| 05/23/02 | KJC | Manage document review including telephone conferences with review staff and e-mail exchanges re coding questions, staffing, schedule (1.70). | 1.70 | 467.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/23/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.20); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.00 | 2,350.00 |
| 05/23/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/23/02 | JBH | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |
| 05/23/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/23/02 | ASM | Review and code documents for responsiveness to EPA information request. | 1.00 | 140.00 |
| 05/24/02 | KWL | Review project status report (1.0); telephone conference with KJCoggon re status report issues (.30); review various e-mails re staffing and responsiveness issues (.70). | 2.00 | 700.00 |
| 05/24/02 | KJC | Telephone conference with JLSherman re document review (0.20); telephone conference with KLKinnear re coding questions (0.30). | 0.50 | 137.50 |
| 05/24/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (6.00); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 6.70 | 1,574.50 |
| 05/24/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 05/24/02 | JL | Document review to find responsive documents to EPA request. | 9.00 | 1,260.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/26/02 | CGH | Review of privileged documents for responsiveness and coding. | 3.00 | 1,050.00 |
| 05/28/02 | CGH | Meeting with KJCoggon re Boulder documents and review tasks. | 0.50 | 175.00 |
| 05/28/02 | KJC | Review and QC documents for production (5.00); travel to Boulder for document review (.60) (.60 N/C) (50% NWT). | 5.60 | 1,540.00 |
| 05/28/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (9.50); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.30 | 2,420.50 |
| 05/28/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/28/02 | JLS | Manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates (6.00), telephone conferences with KJCoggon re document review protocols (0.20). | 6.20 | 775.00 |
| 05/28/02 | JL | Document review to find responsive documents to EPA request. | 11.00 | 1,540.00 |
| 05/29/02 | KJC | Telephone conference with vendors re scanning (0.30); manage review including respond to questions re responsiveness and coding (0.60). | 0.90 | 247.50 |
| 05/29/02 | RFR | Conduct document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action (7.90); travel to and from Boulder (1.20) (1.20 N/C) (NWT 50%). | 9.10 | 2,138.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/29/02 | EMB | Review document review guidelines (.80); conference with KJCoggon re Boulder document review (.10). | 0.90 | 157.50 |
| 05/29/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (7.40); travel to and from Boulder for document review (.70) (.70 N/C) (NWT 50%). | 8.10 | 1,903.50 |
| 05/29/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 05/29/02 | JLS | Conference call with KJCoggon and vendor re specifications for Boulder imaging (.4); manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates(9.00); telephone conferences with KJCoggon re document review protocols (0.90). | 10.30 | 1,287.50 |
| 05/29/02 | JBH | Review and code documents for responsiveness to EPA information request. | 6.50 | 910.00 |
| 05/29/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/30/02 | CGH | Review of documents for coding. | 2.00 | 700.00 |
| 05/30/02 | SCC | Review and code documents for responsiveness to EPA information request and litigation discovery request in Boulder (8.00); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 8.80 | 2,068.00 |
| 05/30/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 50 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/02 | JBH | Review and code documents for responsiveness to EPA information request | 6.00 | 840.00 |
| 05/30/02 | JMH | Document review to find responsive documents to EPA request. | 4.00 | 560.00 |
| 05/30/02 | JL | Document review to find responsive documents to EPA request. | 8.00 | 1,120.00 |
| 05/31/02 | CGH | Review of boxes for coding. | 1.00 | 350.00 |
| 05/31/02 | KJC | Review document coding for accuracy and revise same (2.80); travel to and from Boulder for document review (0.80) (0.80 N/C) (NWT 50%). | 3.60 | 990.00 |
| 05/31/02 | EMB | Review and code documents for responsiveness to EPA information request (7.50); travel to/from Boulder for document review (.60) (.60 N/C) (NWT 50%). | 8.10 | 1,417.50 |
| 05/31/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 05/31/02 | JLS | Manage document production in Boulder including review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise law clerks and associates (7.20). | 7.20 | 900.00 |
| 05/31/02 | JBH | Review and code documents for responsiveness to EPA information request | 5.00 | 700.00 |
| 05/31/02 | JMH | Document review to find responsive documents to EPA request. | 5.00 | 700.00 |

**Total Fees Through May 31, 2002:    514.80    $   86,232.50**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 51 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00370 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 24.90 | $ 8,715.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 2.00 | 700.00 |
| MWW | Mark W. Weakley | Special Counsel | 295.00 | 9.30 | 2,743.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 27.40 | 7,535.00 |
| RFR | Richard Rodriguez | Senior Associate | 235.00 | 9.10 | 2,138.50 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 3.00 | 855.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 0.50 | 120.00 |
| SCC | Sven C. Collins | Associate | 235.00 | 66.50 | 15,627.50 |
| CLR | Constance L. Rogers | Associate | 225.00 | 0.50 | 112.50 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 8.00 | 1,760.00 |
| EMB | Eric M. Bono | Associate | 175.00 | 9.00 | 1,575.00 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 4.50 | 787.50 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 76.50 | 9,562.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 70.20 | 8,775.00 |
| JBH | Jason B. Heep | Law Clerk | 140.00 | 40.30 | 5,642.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 9.00 | 1,260.00 |
| JL | Joanna Lee | Law Clerk | 140.00 | 60.70 | 8,498.00 |
| ASM | Andrew S. Morrison | Law Clerk | 140.00 | 20.30 | 2,842.00 |
| JRV | John R. Valentine | Law Clerk | 140.00 | 14.00 | 1,960.00 |
| LCS | Loraine C. Street | Other | 85.00 | 59.10 | 5,023.50 |

**Total Fees:**  **514.80**  **$ 86,232.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/22/02 | 11 | Photocopies | $ | 2.20 |
| 05/22/02 | 11 | Photocopies | | 2.20 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/22/02 | 318 | Photocopies | 63.60 |
| 05/29/02 | 70 | Photocopies | 14.00 |
| | | **Total Disbursements:** | **$    82.00** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 82.00 |
| **Total Disbursements:** | **$** | **82.00** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 603596 |
| Client   No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 05/17/02 | LCS | Input and maintain data in the Winthrop/Cambridge Box Tracking Database (2.50). | 2.50 $ | 212.50 |
| 05/20/02 | LCS | Update location information of boxes in the Boulder tracking database (4.00); prepare and ship Boulder review boxes to warehouse or to client (4.00). | 8.00 | 680.00 |
| 05/21/02 | LCS | Update location information of boxes in the Boulder tracking database (3.30); prepare and ship Boulder review boxes to warehouse or to client (3.20). | 6.50 | 552.50 |
| 05/22/02 | LCS | Update location information of boxes in the Boulder tracking database (1.70); prepare and ship Boulder review boxes to warehouse or to client (1.80). | 3.50 | 297.50 |
| 05/23/02 | LCS | Update location information of boxes in the Boulder tracking database (3.50); prepare and ship Boulder review boxes to warehouse or to client (3.50). | 7.00 | 595.00 |
| 05/24/02 | LCS | Update location information of boxes in the Boulder tracking database (4.00); prepare and ship Boulder review boxes to warehouse or to client (4.00). | 8.00 | 680.00 |
| 05/29/02 | LCS | Review and code documents related to EPA Information Requests | 5.50 | 467.50 |
| 05/31/02 | LCS | Update location information of boxes in the Boulder tracking database (1.00); prepare and ship Boulder review boxes to warehouse or to client (1.00). | 2.00 | 170.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/02 | CGH | Conference with document review teams re Boulder document issues (.2); review of partially completed boxes and identify remaining privilege documents to review (.3); review of draft discovery (.3); draft definitions and instructions to discovery request re insulation costs, e.g., CERCLA definitions, and review of form discovery from other cases versus EPA and DOJ for language (1.2); search for and review of cases re CERCLA consumer products exclusion and review of cases re asbestos/building product, exclusion (1.3); review form of interrogatories and search for discovery requests and court orders regarding requests for EPA interpretations of its own statutes or regulations, and orders re same and re requirement to search all regions, to use in fashioning discovery re building products/consumer products exclusions (1.0). | 4.30 | 1,505.00 |
| 06/01/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (4.80). | 4.80 | 1,416.00 |
| 06/01/02 | JDH | Review Boulder documents for responsiveness to EPA information request and litigation discovery (8.0). | 8.00 | 2,280.00 |
| 06/01/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 8.50 | 1,955.00 |
| 06/01/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/02/02 | KJC | Review and respond to question re document review (0.20). | 0.20 | 55.00 |
| 06/02/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (8.00). | 8.00 | 2,360.00 |
| 06/02/02 | JDH | Review Boulder documents for responsiveness to EPA information request and litigation discovery (4.8). | 4.80 | 1,368.00 |
| 06/03/02 | KJC | Address document review questions (0.60). | 0.60 | 165.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/03/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (4.10). | 4.10 | 1,209.50 |
| 06/03/02 | EMB | Travel to Boulder office for document review (.40) (.40 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (5.80); travel from Boulder office (.30) (.30 N/C) (50% NWT). | 6.50 | 1,137.50 |
| 06/03/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/03/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 5.50 | 1,237.50 |
| 06/03/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.20). | 7.20 | 792.00 |
| 06/03/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/03/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.20); train law clerks and associates (1.00). | 9.20 | 1,150.00 |
| 06/03/02 | JMH 028 | Review and code documents for responsiveness to EPA information request (6.00). | 6.00 | 840.00 |
| 06/03/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/04/02 | KJC | Address staffing, document review questions, schedule and related matters (1.10). | 1.10 | 302.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/04/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (6.50). | 6.50 | 1,917.50 |
| 06/04/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (9.2). | 9.20 | 2,714.00 |
| 06/04/02 | TRB | Travel to Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (3.70); travel from Boulder to Denver (.70) (.70 N/C) (NWT 50%). | 4.80 | 1,440.00 |
| 06/04/02 | GM | Review documents for responsiveness to EPA and discovery request. | 8.20 | 1,845.00 |
| 06/04/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (4.00); travel to and from Boulder for document review (.60) (.60 N/C) (NWT 50%) | 4.60 | 851.00 |
| 06/04/02 | DPW | Review and code documents for responsiveness to EPA information request. | 5.40 | 999.00 |
| 06/04/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (6.50). | 6.50 | 715.00 |
| 06/04/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/04/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (7.20); train law clerks and associates (.90). | 8.10 | 1,012.50 |
| 06/04/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 3.80 | 532.00 |
| 06/04/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.00 | 980.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | | | |
|---|---|---|---|---|
| Page | 47 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/04/02 | LCS | Input data in the Boulder Box Tracking Database. | 3.00 | 255.00 |
| 06/05/02 | KJC | Review, QC and address questions re document review (4.00); travel to and from Boulder for document review (0.60) (.60 N/C) (NWT 50%). | 4.60 | 1,265.00 |
| 06/05/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (7.50). | 7.50 | 2,212.50 |
| 06/05/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (7.50). | 7.50 | 2,212.50 |
| 06/05/02 | TRB | Travel to Boulder for document review (0.20) (N/C 0.20) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.00); travel from Boulder to Denver (0.50) (N/C 0.50) (NWT 50%). | 7.70 | 2,310.00 |
| 06/05/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (2.5). | 2.50 | 712.50 |
| 06/05/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.40 | 770.00 |
| 06/05/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (9.20); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 10.00 | 1,850.00 |
| 06/05/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,813.00 |
| 06/05/02 | NKA | Review and code documents in Boulder for respsonsiveness to EPA information request and cost recovery issues (8.70). | 8.70 | 957.00 |
| 06/05/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.0). | 9.00 | 1,125.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 48 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/05/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 9.80 | 1,225.00 |
| 06/05/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (8.20); train law clerks and associates (1.20). | 9.40 | 1,175.00 |
| 06/05/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 5.50 | 770.00 |
| 06/05/02 | JL | Review and code documents for responsiveness to EPA information request. | 7.50 | 1,050.00 |
| 06/05/02 | LCS | Review and code documents related to EPA Information Requests | 5.50 | 467.50 |
| 06/06/02 | KJC | Manage document review (1.60); telephone conference with R. Marriam re Remedium documents (0.20); telephone conferences with JLSherman re review questions (0.40). | 2.20 | 605.00 |
| 06/06/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/06/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (8.50). | 8.50 | 2,507.50 |
| 06/06/02 | TRB | Travel to Boulder for document review (0.30) (N/C 0.30) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (10.50); travel from Boulder to Denver (0.60) (N/C 0.60) (NWT 50%). | 11.40 | 3,420.00 |
| 06/06/02 | DPK | Conference with KJCoggon re document review. | 0.30 | 72.00 |
| 06/06/02 | GM | Review documents for responsiveness to EPA and discovery requests. | 8.50 | 1,912.50 |