Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 49 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,697.50 |
| 06/06/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (9.10); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%) | 9.90 | 1,831.50 |
| 06/06/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.10 | 1,868.50 |
| 06/06/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (3.80). | 3.80 | 418.00 |
| 06/06/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (10.0). | 10.00 | 1,250.00 |
| 06/06/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same. | 5.80 | 725.00 |
| 06/06/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (5.10); train law clerks and associates (1.10). | 6.20 | 775.00 |
| 06/06/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 1.80 | 252.00 |
| 06/06/02 | JL | Review and code documents for responsiveness to EPA information request. | 4.50 | 630.00 |
| 06/06/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 2.00 | 170.00 |
| 06/07/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (.80). | 0.80 | 236.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 50 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/07/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/07/02 | CRS | Review and code documents for responsiveness to EPA information request. | 6.10 | 1,067.50 |
| 06/07/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery (3.80); travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%) | 4.20 | 777.00 |
| 06/07/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (7.0). | 7.00 | 875.00 |
| 06/07/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 4.80 | 672.00 |
| 06/07/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/10/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (8.80) | 8.80 | 2,596.00 |
| 06/10/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (6.50). | 6.50 | 1,917.50 |
| 06/10/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.30); travel to and from Boulder for document review (.80) (.80 N/C)(NWT 50%). | 9.10 | 2,138.50 |
| 06/10/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.8). | 1.80 | 513.00 |
| 06/10/02 | DPK | Review and code documents in Boulder for responsiveness to EPA information requests. | 7.00 | 1,680.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | Page | 51 |
| | | Invoice No.: | 603596 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/10/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.80 | 840.00 |
| 06/10/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.10); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 8.70 | 2,088.00 |
| 06/10/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.90). | 8.70 | 1,609.50 |
| 06/10/02 | DPW | Review and code documents for responsiveness to EPA information request (6.00); travel to and from Boulder from the Denver office for document review (0.60) (0.60 N/C)(NWT 50%). | 6.60 | 1,221.00 |
| 06/10/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.40). | 7.40 | 814.00 |
| 06/10/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.5). | 8.50 | 1,062.50 |
| 06/10/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (2.30); train law clerks and associates (1.10). | 3.40 | 425.00 |
| 06/10/02 | JL | Review and code documents for responsiveness to EPA information request. | 9.00 | 1,260.00 |
| 06/10/02 | JRV | Document review to search for documents responsive to EPA request. | 4.70 | 658.00 |
| 06/11/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (6.80). | 6.80 | 2,006.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (3.50). | 3.50 | 1,032.50 |
| 06/11/02 | EMB | Travel to Boulder for document review (.50) (.50 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (6.30); travel from Boulder (.30) (.30 N/C) (50% NWT). | 7.10 | 1,242.50 |
| 06/11/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.20); travel to and from Boulder for document review (.80)(.80 N/C) (NWT 50%). | 9.00 | 2,115.00 |
| 06/11/02 | GM | Review documents for responsiveness to EPA and discovery requests (8.40); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 9.20 | 2,070.00 |
| 06/11/02 | CRS | Review and code documents for responsiveness to EPA information request. | 7.30 | 1,277.50 |
| 06/11/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (1.40); answer questions of reviewers (0.30). | 1.70 | 408.00 |
| 06/11/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.80). | 8.60 | 1,591.00 |
| 06/11/02 | DPW | Review and code documents for responsiveness to EPA information request (8.60); travel to and from Boulder for document review (0.40)(0.40 N/C)(NWT 50%). | 9.00 | 1,665.00 |
| 06/11/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (9.30). | 9.30 | 1,023.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.0). | 9.00 | 1,125.00 |
| 06/11/02 | JMH 028 | Review and code documents for responsiveness to EPA information request. | 0.70 | 98.00 |
| 06/11/02 | JRV | Document review to search for documents responsive to EPA request. | 4.20 | 588.00 |
| 06/11/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 2.50 | 212.50 |
| 06/12/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (4.50). | 4.50 | 1,327.50 |
| 06/12/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.00); travel to and from Boulder for document review (.80) (.80 N/C)(NWT 50%). | 8.80 | 2,068.00 |
| 06/12/02 | JDH | Review and code documents related to EPA information requests and consumer product case issues (1.5). | 1.50 | 427.50 |
| 06/12/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80)(.80 N/C)(NWT 50%). | 8.40 | 1,890.00 |
| 06/12/02 | CLR | Review and code documents in Boulder for responsiveness to EPA information requests (4.70); travel to and from Boulder office (.60) (.60 N/C) (50% NWT). | 5.30 | 1,192.50 |
| 06/12/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (2.90). | 3.80 | 703.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/12/02 | DPW | Review and code documents for responsiveness to EPA information request (4.80); travel to and from Boulder from the Denver office for document review (0.60)(0.60 N/C)(NWT 50%). | 5.40 | 999.00 |
| 06/12/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (4.00). | 4.00 | 440.00 |
| 06/12/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/13/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (5.00). | 5.00 | 1,475.00 |
| 06/13/02 | EMB | Travel to Boulder office for document review (.50) (.50 N/C) (50% NWT); travel from Boulder office (.30) (.30 N/C) (50% NWT); review and code documents for responsiveness to EPA requests (4.80). | 5.60 | 980.00 |
| 06/13/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (8.10); travel to and from Boulder for document review (.80)(.80 N/C) (NWT 50%). | 8.90 | 2,091.50 |
| 06/13/02 | GM | Review and code documents in Boulder for responsiveness to EPA information requests (3.10); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 3.90 | 877.50 |
| 06/13/02 | CLR | Review and code documents for responsiveness to EPA information request (7.0); travel to and from Boulder office (.60) (.60 N/C) (NWT 50%). | 7.60 | 1,710.00 |
| 06/13/02 | BAT | Answer questions of reviewers. | 0.20 | 48.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 55 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/13/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.50). | 8.40 | 1,554.00 |
| 06/13/02 | DPW | Review and code documents for responsiveness to EPA information request (9.80); travel to and from Boulder for document review (0.40) (0.40 N/C) (NWT 50%). | 10.20 | 1,887.00 |
| 06/13/02 | NKA | Conference with reviewers re document review procedures (2.0); respond to questions posed by Boulder document review team (.50). | 2.50 | 275.00 |
| 06/13/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (9.5). | 9.50 | 1,187.50 |
| 06/14/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (.30). | 0.30 | 88.50 |
| 06/14/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (6.20). | 6.20 | 1,829.00 |
| 06/14/02 | SCC | Review and code documents responsive to EPA and civil litigation document requests in Boulder (6.70); travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%). | 7.50 | 1,762.50 |
| 06/14/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80) (.80 N/C) (NWT 50%) | 6.50 | 1,462.50 |
| 06/14/02 | CRS | Review and code documents for responsiveness to EPA information request. | 4.70 | 822.50 |
| 06/14/02 | BAT | Conference with KJCoggon re status and staffing of Boulder review (.30). | 0.30 | 72.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 56 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/14/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (5.80). | 6.60 | 1,221.00 |
| 06/14/02 | DPW | Review and code documents for responsiveness to EPA information request (8.30); travel to and from Boulder for document review (0.40) (0.40 N/C)(NWT 50%). | 8.70 | 1,609.50 |
| 06/14/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request and cost recovery issues (7.70). | 7.70 | 847.00 |
| 06/14/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (8.0). | 8.00 | 1,000.00 |
| 06/15/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (2.30). | 2.30 | 678.50 |
| 06/16/02 | MWW | Review and code documents in Boulder for responsiveness to EPA information requests (5.50). | 5.50 | 1,622.50 |
| 06/17/02 | KMG | Review and code documents in Boulder for responsiveness to EPA information requests (5.10). | 5.10 | 1,504.50 |
| 06/17/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (3.8). | 3.80 | 1,083.00 |
| 06/17/02 | GM | Review documents for responsiveness to EPA and discovery requests (4.60); travel to Boulder (.80) (.80 N/C) (NWT 50%). | 5.40 | 1,215.00 |
| 06/17/02 | CRS | Review and code documents for responsiveness to EPA information request. | 5.50 | 962.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/17/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.30); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 8.90 | 2,136.00 |
| 06/17/02 | DPW | Review and code documents for responsiveness to EPA information requests (6.30); travel to Boulder (0.60) (0.60 N/C) (NWT 50%). | 6.90 | 1,276.50 |
| 06/17/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/17/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.50 | 127.50 |
| 06/18/02 | KMG | Review and code documents for responsiveness to EPA information requests (5.90). | 5.90 | 1,740.50 |
| 06/18/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (2.0). | 2.00 | 570.00 |
| 06/18/02 | GM | Review documents for responsiveness to EPA and discovery requests; travel to Boulder (.80) (.80 N/C) (NWT 50%). | 7.40 | 1,665.00 |
| 06/18/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.30 | 1,452.50 |
| 06/18/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.60); travel to and from Boulder for review (.60) (.60 N/C) (NWT 50%). | 9.20 | 2,208.00 |
| 06/18/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (6.40). | 7.30 | 1,350.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 06/18/02 | DPW | Review and code documents for responsiveness to EPA information requests (9.80); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 10.20 | 1,887.00 |
| 06/18/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (6.5). | 6.50 | 812.50 |
| 06/19/02 | KMG | Review and code documents for responsiveness to EPA information requests (4.00). | 4.00 | 1,180.00 |
| 06/19/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (0.8). | 0.80 | 228.00 |
| 06/19/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.40 | 1,470.00 |
| 06/19/02 | BAT | Telephone conferences with reviewers to answer questions. | 0.30 | 72.00 |
| 06/19/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (10.10). | 10.90 | 2,016.50 |
| 06/19/02 | DPW | Review and code documents for responsiveness to EPA information requests (8.80); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 9.20 | 1,702.00 |
| 06/19/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (4.5). | 4.50 | 562.50 |
| 06/19/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (4.20). | 4.20 | 525.00 |
| 06/20/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (1.5). | 1.50 | 427.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.70 | 1,522.50 |
| 06/20/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (8.00). | 8.80 | 1,628.00 |
| 06/20/02 | DPW | Review and code documents for responsiveness to EPA information requests (7.70); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 8.10 | 1,498.50 |
| 06/20/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits (4.90). | 4.90 | 612.50 |
| 06/21/02 | KMG | Review and code documents for responsiveness to EPA information request (1.80). | 1.80 | 531.00 |
| 06/21/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (1.5). | 1.50 | 427.50 |
| 06/21/02 | CRS | Review and code documents for responsiveness to EPA information request. | 8.20 | 1,435.00 |
| 06/21/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.90). | 8.70 | 1,609.50 |
| 06/21/02 | DPW | Review and code documents for responsiveness to EPA information requests (8.90); travel to Boulder (0.40) (0.40 N/C) (NWT 50%). | 9.30 | 1,720.50 |
| 06/21/02 | MCL | Review documents at Boulder to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (8.80). | 8.80 | 1,100.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 60 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/21/02 | JLS | Review and QC documents for EPA Fourth Request for Information, supplemental production and class action lawsuits (5.80). | 5.80 | 725.00 |
| 06/21/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |
| 06/22/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT50%); review and code documents for responsiveness to EPA information request and litigation discovery (7.80). | 8.60 | 1,591.00 |
| 06/24/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (3.8). | 3.80 | 1,083.00 |
| 06/24/02 | CRS | Review and code documents for responsiveness to EPA information request. | 10.00 | 1,750.00 |
| 06/24/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (8.60); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 9.20 | 2,208.00 |
| 06/24/02 | KAT | Travel to and from Boulder for document review (.90) (.90 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (9.80). | 10.70 | 1,979.50 |
| 06/24/02 | DPW | Review and code doucments for responsiveness to EPA information requests (8.30); Travel to and from Boulder(0.40)(0.40 N/C)(NWT 50%). | 8.70 | 1,609.50 |
| 06/24/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (7.00). | 7.00 | 770.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/24/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |
| 06/25/02 | KJC | Address staffing needs and review questions (0.30). | 0.30 | 82.50 |
| 06/25/02 | EMB | Travel to Boulder (.40) (.40 N/C) (50% NWT); review and code documents for responsiveness to EPA Requests (6.30); travel from Boulder (.30) (.30 N/C) (50% NWT). | 7.00 | 1,225.00 |
| 06/25/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.90 | 1,732.50 |
| 06/25/02 | KAT | Travel to and from Boulder for document review (.80) (.80 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (9.40). | 10.20 | 1,887.00 |
| 06/25/02 | DPW | Review and code doucments for responsiveness to EPA information requests (9.10); travel to and from Boulder (0.40) (0.40 N/C)( NWT 50%). | 9.50 | 1,757.50 |
| 06/25/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (7.30). | 7.30 | 803.00 |
| 06/26/02 | JDH | Review and code documents related to EPA information requests and consumer product cases (2.5). | 2.50 | 712.50 |
| 06/26/02 | CRS | Review and code documents for responsiveness to EPA information request. | 14.60 | 2,555.00 |
| 06/26/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (9.10); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 9.70 | 2,328.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/26/02 | KAT | Travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (15.50). | 15.90 | 2,941.50 |
| 06/26/02 | DPW | Review and code documents for responsiveness to EPA information requests (9.20); Travel to and from Boulder(0.40)(0.40 N/C)(NWT 50%). | 9.60 | 1,776.00 |
| 06/26/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (12.00). | 12.00 | 1,320.00 |
| 06/26/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (1.0). | 1.00 | 125.00 |
| 06/26/02 | ICM | Conduct document review in Boulder office in response to EPA 104(e) information request. | 9.00 | 990.00 |
| 06/27/02 | CLR | Review trade secret documents for responsiveness to document requests (3.5); travel to and from Boulder office (.40) (.40 N/C) (50% NWT). | 4.30 | 967.50 |
| 06/27/02 | CRS | Review and code documents for responsiveness to EPA information request. | 16.30 | 2,852.50 |
| 06/27/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (9.50); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 10.10 | 2,424.00 |
| 06/27/02 | DPW | Review and code documents for responsiveness to EPA information requests (12.20); travel to and from Boulder (0.40) (0.40 N/C) (NWT 50%). | 12.60 | 2,331.00 |
| 06/27/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (10.50). | 10.50 | 1,155.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/27/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (4.0). | 4.00 | 500.00 |
| 06/27/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 3.50 | 297.50 |
| 06/27/02 | MBF | Review and code documents in Boulder for responsiveness to EPA information requests. | 8.00 | 720.00 |
| 06/27/02 | ICM | Conduct document review in Boulder office in response to EPA 104(e) information request. | 10.00 | 1,100.00 |
| 06/28/02 | CRS | Review and code documents for responsiveness to EPA information request. | 9.30 | 1,627.50 |
| 06/28/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (10.90); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 11.50 | 2,760.00 |
| 06/28/02 | KAT | Travel to and from Boulder for document review (.40) (.40 N/C) (NWT 50%); review and code documents for responsiveness to EPA information request and litigation discovery (12.00). | 12.40 | 2,294.00 |
| 06/28/02 | DPW | Review and code doucments for responsiveness to EPA information requests (10.70); travel to and from Boulder (0.40) (0.40 N/C) (NWT 50%). | 11.10 | 2,053.50 |
| 06/28/02 | NKA | Review and code documents in Boulder for responsiveness to EPA information request (4.50). | 4.50 | 495.00 |
| 06/28/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (6.5). | 6.50 | 812.50 |
| 06/28/02 | MCL | Telephone conference with BATracy re status of Boulder document production (.40). | 0.40 | 50.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/28/02 | LCS | Review, code and scan documents responsive to EPA information requests. | 1.00 | 85.00 |

**Total Fees Through June 30, 2002:**  1359.50  **$ 251,676.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 4.30 | $  1,505.00 |
| MWW | Mark W. Weakley | Special Counsel | 295.00 | 66.80 | 19,706.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 9.00 | 2,475.00 |
| KMG | Kevin M. Galligan | Senior Associate | 295.00 | 67.30 | 19,853.50 |
| TRB | Troy R. Braegger | Senior Counsel | 300.00 | 23.90 | 7,170.00 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 38.10 | 10,858.50 |
| DPK | David P. Kunstle | Associate | 240.00 | 7.30 | 1,752.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 69.80 | 16,752.00 |
| SCC | Sven C. Collins | Associate | 235.00 | 43.30 | 10,175.50 |
| KNM | Kelly  N. Matthews | Associate | 230.00 | 8.50 | 1,955.00 |
| GM | Gino Maurelli | Associate | 225.00 | 63.00 | 14,175.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 17.20 | 3,870.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 158.30 | 29,285.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 160.40 | 29,674.00 |
| EMB | Eric M. Bono | Associate | 175.00 | 26.20 | 4,585.00 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 136.20 | 23,835.00 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 117.00 | 14,625.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 24.80 | 3,100.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 51.20 | 6,400.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 98.40 | 10,824.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 22.60 | 3,164.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JL | Joanna Lee | Law Clerk | 140.00 | 46.00 | 6,440.00 |
| JRV | John R. Valentine | Law Clerk | 140.00 | 8.90 | 1,246.00 |
| LCS | Loraine C. Street | Other | 85.00 | 64.00 | 5,440.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 19.00 | 2,090.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 8.00 | 720.00 |
| | | **Total Fees:** | | **1,359.50** | **$ 251,676.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | | Long Distance Telephone:  6178761400 | $      6.84 |
| 05/02/02 | | Other Expenses: VENDOR: Colin G. Harris; INVOICE#: 060702; DATE: 6/7/2002  -  Office food for Grace Document Review Team regarding office space, Boulder attorneys, background information on 05/02/02 @ 14th Street Bar & Grill | 44.13 |
| 05/31/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 060302; DATE: 6/3/2002  -  Personal Mileage and Parking to review and code documents for responsiveness to EPA in Boulder - Personal Mileage | 18.25 |
| 05/31/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 060302; DATE: 6/3/2002  -  Personal Mileage and Parking to review and code documents for responsiveness to EPA in Boulder - Parking | 10.25 |
| 06/04/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 061002A; DATE: 6/10/2002  -  Bus fare - document review and code documents for responsiveness to EPA information request and litigation discovery on 06/02-06/04/02 | 10.50 |
| 06/05/02 | | Long Distance Telephone:  6175423025 | 1.86 |
| 06/05/02 | | Long Distance Telephone:  6178761400 | 1.24 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 66 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/05/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 061202; DATE: 6/12/2002 - Travel to Boulder regardding Boulder document production 05/28,06/03 and 06/05/2002 | 65.70 |
| 06/05/02 | | Other Expenses: VENDOR: Katheryn J. Coggon; INVOICE#: 061202; DATE: 6/12/2002 - Travel to Boulder regarding Boulder document production 05/28,06/03 and 06/05/2002 - meals | 14.44 |
| 06/06/02 | | Long Distance Telephone:  6175423025 | 14.29 |
| 06/06/02 | 10 | Photocopies | 2.00 |
| 06/07/02 | 311 | Photocopies | 62.20 |
| 06/10/02 | 60 | Photocopies | 12.00 |
| 06/10/02 | 101 | Photocopies | 20.20 |
| 06/10/02 | | Travel Expense: VENDOR: David P. Kunstle; INVOICE#: 061302; DATE: 6/13/2002 - Personal mileage to Boulder office for document review on 06/10/02 | 21.90 |
| 06/11/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/11/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/11/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 061202; DATE: 6/12/2002 - Mileage to and from Boulder for document production- 06/03,06/06,06/10,06/11/2002 | 103.19 |
| 06/11/02 | 200 | Photocopies | 40.00 |
| 06/11/02 | 500 | Photocopies | 100.00 |
| 06/12/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 061202; DATE: 6/12/2002 - Mileage to and from Boulder for document production - 06/03,06/06,06/10,06/11/2002 | 7.00 |
| 06/12/02 | | Other Expenses: VENDOR: Eric Bono; INVOICE#: 061402; DATE: 6/14/2002 - Mileage for Grace document production - 06/11 & 066/12/02 | 40.15 |
| 06/12/02 | 307 | Photocopies | 61.40 |
| 06/12/02 | 225 | Photocopies | 45.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 67 |
| Invoice No.: | | 603596 |
| Client No.: | | 04339 |
| Matter No.: | | 00370 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/12/02 | 4 | Photocopies | 0.80 |
| 06/12/02 | 46 | Photocopies | 9.20 |
| 06/13/02 | 536 | Photocopies | 107.20 |
| 06/13/02 | 138 | Photocopies | 27.60 |
| 06/14/02 | 92 | Photocopies | 18.40 |
| 06/14/02 | | Travel Expense: VENDOR: Collins, Suen C.; INVOICE#: 061902; DATE: 6/21/2002 - Travel to and from Boulder for document review - 05/21,05/22,05/23,05/24,05/28,05/29,05/30,06/10,06/11,06/12,06/13, and 06/14/02 - Personal Mileage | 262.80 |
| 06/19/02 | | Long Distance Telephone: no Maurelli   DATE: 6/19/2002 - | 39.95 |
| 06/24/02 | 15 | Photocopies | 3.00 |
| 06/24/02 | 50 | Photocopies | 10.00 |
| 06/25/02 | 47 | Photocopies | 9.40 |
| 06/25/02 | 81 | Photocopies | 16.20 |
| 06/25/02 | | Travel Expense: VENDOR: Eric Bono; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 6/25/02, Boulder Mileage, Document Review | 20.06 |
| 06/26/02 | 63 | Photocopies | 12.60 |
| 06/27/02 | 23 | Photocopies | 4.60 |
| 06/28/02 | | Other Expenses: VENDOR: Brent A. Tracy; INVOICE#: 070202; DATE: 7/2/2002 - Mileage to and from home and Boulder office - 06/10,06/17,03/18,06/24,06/26 and 06/28/2002 | 148.19 |
| 06/28/02 | 3 | Photocopies | 0.60 |
| 06/28/02 | 3 | Photocopies | 0.60 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/28/2002  KK | 962.50 |

**Total Disbursements:**          $    **2,359.96**

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 68 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopies | $ | 563.00 |
| Long Distance Telephone | | 67.90 |
| Travel Expense | | 315.26 |
| Other Expenses | | 451.30 |
| Legal Assistant Overtime | | 962.50 |
| **Total Disbursements:** | **$** | **2,359.96** |

ColoWyo Coal Bond - 00380

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | | Total Comp. |
|------|----------|-------------|-------|-----|------|--------------|-------------|
| | | | April | May | June | | |
| Clark, Phillip | Partner | $350.00 | 0.2 | 0 | 0 | 0 | $ 70.00 |
| TOTAL | | | 0.2 | 0 | 0 | 0 | $ 70.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00380 |

## Regarding: Colowyo Coal Bond

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/09/02 | PRC | Telephone conference with Martin Hunter and J. McFarland. | 0.20 | $ | 70.00 |
| | | **Total Fees Through May 31, 2002:** | **0.20** | **$** | **70.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| PRC | Phillip R. Clark | Partner | $ 350.00 | 0.20 | $ | 70.00 |
| | | **Total Fees:** | | **0.20** | **$** | **70.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577683 | 10/29/01 | Bill | | 97.50 |
| | *Outstanding Balance on Invoice 577683:* | | *$* | *97.50* |
| | **Total Outstanding Invoices:** | **$** | **97.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **70.00** |

Bankruptcy Matters - 00390

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | | |
|---|---|---|---|---|---|---|---|
| | | | April | May | June | | Total Comp. |
| Flaagan, Elizabeth | Partner | $ 275.00 | 5.3 | 3.2 | 4.4 | $ | 3,547.50 |
| McCarthy, Jay | Partner | $ 300.00 | 0 | 0 | 3.7 | $ | 1,110.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0 | 0 | 0.3 | $ | 82.50 |
| Dempsey, Bradford | Associate | $ 200.00 | 0 | 0 | 9.3 | $ | 1,860.00 |
| Haag, Susan | Paralegal | $ 105.00 | 31.1 | 22.2 | 9.2 | $ | 6,562.50 |
| TOTAL | | | 36.4 | 25.4 | 26.9 | $ | 13,162.50 |

**Bankruptcy Matters - 00390**

| Description | April | | May | | June | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | 232.50 | $ | 211.65 | $ | 572.40 | $ | 1,016.55 |
| Facsimilies | $ | - | $ | - | $ | 2.00 | $ | 2.00 |
| Long Distance Telephone | $ | - | $ | 0.20 | $ | 3.85 | $ | 4.05 |
| Outside Courier | $ | 35.31 | $ | 58.17 | $ | 32.09 | $ | 125.57 |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | 43.47 | $ | - | $ | 43.47 |
| Tab Stock | $ | - | $ | - | $ | 0.60 | $ | 0.60 |
| Word Processing | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| **TOTAL** | **$** | **267.81** | **$** | **313.49** | **$** | **610.94** | **$** | **1,192.24** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/02 | EKF | Review bankruptcy court docket re HRO's applications and CNOs; conference with SMHaag and follow up e-mail re February fee application and fee spreadsheets. | 0.40 | $    110.00 |
| 04/03/02 | SH | Review prebills for March fee statement. | 1.30 | 136.50 |
| 04/05/02 | EKF | Review and revise March invoice/pre-bills. | 1.80 | 495.00 |
| 04/09/02 | SH | Research Pacer re information on fee applications (.30); update fee application tracking chart (.20). | 0.50 | 52.50 |
| 04/18/02 | SH | Review amended administrative order (.50); begin drafting fee application charts for March fee statement (2.80). | 3.30 | 346.50 |
| 04/19/02 | SH | Finalize charts and draft fee application for March. | 5.00 | 525.00 |
| 04/22/02 | EKF | Review and revise monthly fee application and supporting documents for March 2002. | 0.50 | 137.50 |
| 04/22/02 | SH | Review fee procedures order. | 0.30 | 31.50 |
| 04/23/02 | EKF | Review revised monthly fee application for March 2002 (.2); review bankruptcy court docket and recent pleadings/orders relating to compensation of professionals and claims bar date (.6); telephone conference with KWLund re same (.2); e-mail to and from David Carickhoff, Esq., re same (.3). | 1.30 | 357.50 |
| 04/23/02 | SH | Compile March fee application and send to Delaware counsel for filing (.50); conference with EKFlaagan re new fee procedures order (.20); compile all prior fee applications for fee auditor (.60). | 1.30 | 136.50 |
| 04/24/02 | EKF | Review 4/23/02 letter from David Carickhoff and amended fee order (.3); conference with SMHaag re same (.2). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | | Page | 54 |
|---|---|---|---|---|
| | | | Invoice No.: | 597443 |
| | | | Client  No.: | 04339 |
| | | **Itemized Services** | Matter No.: | 00390 |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/25/02 | EKF | Review and revise letter to Warren Smith re HRO Fee Applications filed prior to April 2002 (.2). | 0.20 | 55.00 |
| 04/25/02 | SH | Compile and send fee applications and certificates of no objection to fee auditor (1.60); revise lid charts for third quarterly fee application (1.00); begin calculating charts for third quarterly fee application (1.50). | 4.40 | 462.00 |
| 04/26/02 | SH | Continue calculating charts for third quarterly fee application. | 5.00 | 525.00 |
| 04/27/02 | SH | Finalize calculation of charts for third quarterly fee application. | 3.00 | 315.00 |
| 04/29/02 | EKF | Review and revise quarterly fee application [Jan 2002 through March 2002] (.6). | 0.60 | 165.00 |
| 04/29/02 | SH | Draft and calculate summary of third quarterly fee application (4.50); draft third quarterly fee application with exhibits (1.50)). | 6.00 | 630.00 |
| 04/30/02 | SH | Revise fee application (1.00). | 1.00 | 105.00 |

**Total Fees Through April 30, 2002:    36.40    $    4,723.00**

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 5.30 | $ | 1,457.50 |
| SH | Susan Haag | Paralegal | 105.00 | 31.10 | | 3,265.50 |
| | | **Total Fees:** | | **36.40** | **$** | **4,723.00** |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 55 |
| Invoice No.: | 597443 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/09/02 | 2 | Photocopies | $ | 0.30 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 03-27; Kelly Bates Denver, Co | | 18.72 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002 - Courier, Acct. 0802-0410-8 03-28; David W Carickhoff, Jr Wilmington, De | | 16.59 |
| 04/18/02 | 14 | Photocopies | | 2.10 |
| 04/23/02 | 530 | Photocopies | | 79.50 |
| 04/23/02 | 514 | Photocopies | | 77.10 |
| 04/23/02 | 214 | Photocopies | | 32.10 |
| 04/24/02 | 14 | Photocopies | | 2.10 |
| 04/24/02 | 248 | Photocopies | | 37.20 |
| 04/25/02 | 12 | Photocopies | | 1.80 |
| 04/29/02 | 2 | Photocopies | | 0.30 |

**Total Disbursements:**            $    **267.81**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 232.50 |
| Outside Courier | | 35.31 |
| **Total Disbursements:** | **$** | **267.81** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/02 | EKF | Review electronic fee detail to be transmitted to fee auditor (.30); draft e-mail to SMHaag re same (.10); review, revise and finalize third quarterly fee application and supporting documents (.40). | 0.80 | $ 220.00 |
| 05/06/02 | SH | Review invoices from April through March, 2002 for fee auditor (1.00); review and organize invoices, and e-mail same to fee auditor (3.70). | 4.70 | 493.50 |
| 05/07/02 | SH | Review March fee statement re revised procedures. | 0.70 | 73.50 |
| 05/09/02 | EKF | Begin review of April pre-bills. | 0.50 | 137.50 |
| 05/09/02 | SH | Review April pre-bills for Fee Statement. | 1.70 | 178.50 |
| 05/10/02 | EKF | Review pre-bill [invoices] for April 2002. | 1.50 | 412.50 |
| 05/16/02 | SH | Set up charts for April Fee Application. | 1.50 | 157.50 |
| 05/17/02 | SH | Several e-mails to KBates and KWLund re April billing statements for fee application. | 0.40 | 42.00 |
| 05/19/02 | SH | Begin calculating and drafting charts for April fee application. | 2.00 | 210.00 |
| 05/20/02 | SH | Calculate and draft April fee application charts. | 0.90 | 94.50 |
| 05/21/02 | SH | Continue calculating April fee application charts. | 1.90 | 199.50 |
| 05/22/02 | SH | Continue calculating April fee application charts. | 2.00 | 210.00 |
| 05/23/02 | SH | Draft April Fee Application summary. | 1.00 | 105.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 55 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | EKF | E-mails to and from KWLund re April fee application (.1); conference with SMHaag re same (.1); review final version of April fee application (.2). | 0.40 | 110.00 |
| 05/28/02 | SH | Finalize monthly fee application for April (2.50). | 2.50 | 262.50 |
| 05/29/02 | SH | Several conversations with EKFlaagan and KWLund re accounting issues with April fee application (.60); update pleading chart (.30). | 0.90 | 94.50 |
| 05/30/02 | SH | Compile April fee application for filing. | 0.70 | 73.50 |
| 05/31/02 | SH | Draft fee detail for fee auditor re third quarterly fee application and April fee application. | 1.30 | 136.50 |

**Total Fees Through May 31, 2002:**     **25.40**   **$**   **3,211.00**

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 3.20 | $ | 880.00 |
| SH | Susan Haag | Paralegal | 105.00 | 22.20 | | 2,331.00 |

**Total Fees:**     **25.40**   **$**   **3,211.00**

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/10/02 | | Research Services: VENDOR: Pacer Service Center; INVOICE#: 04/10/02; DATE: 4/10/2002  -  Denver, Customer #JJ0001, Dial-Up, 1/1-3/31/02 | $ | 43.47 |
| 04/30/02 | | Long Distance Telephone: 3026524100 | | 0.11 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 56 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/30/02 | | Long Distance Telephone:  3026524100 | 0.09 |
| 05/01/02 | 555 | Photocopies | 83.25 |
| 05/01/02 | 2 | Photocopies | 0.30 |
| 05/02/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-212-95615; DATE: 5/2/2002  -  Courier, Acct. 0802-0410-8 04-25; Warren H Smith Dallas, Tx | 26.79 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 04-02; David Carickhoff Wilmington, De | 13.39 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002  -  Courier, Acct. 0802-0410-8 05-01; David Carickhoff Wilmington, De | 17.99 |
| 05/30/02 | 240 | Photocopies | 36.00 |
| 05/30/02 | 510 | Photocopies | 76.50 |
| 05/31/02 | 102 | Photocopies | 15.30 |
| 05/31/02 | 2 | Photocopies | 0.30 |

**Total Disbursements:**          $     **313.49**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 211.65 |
| Long Distance Telephone | | 0.20 |
| Outside Courier | | 58.17 |
| Research Services | | 43.47 |

**Total Disbursements:**  $     **313.49**

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/11/02 | SH | Research Pacer and update tracking chart. | 0.40 | $   42.00 |
| 06/12/02 | JDM | Telephone conference with M. Grummer re environmental issues in bankruptcy. | 0.60 | 180.00 |
| 06/17/02 | JDM | Telephone conference with M. Grummer re bankruptcy issues. | 0.40 | 120.00 |
| 06/18/02 | EKF | Review Fee Auditor's initial report on fourth interim fee application; draft e-mail to Warren Smith re same. | 0.40 | 110.00 |
| 06/19/02 | KJC | Conference with KWLund and JDMcCarthy re Sealed Air documents produced by EPA (0.20). | 0.20 | 55.00 |
| 06/20/02 | EKF | Conference with KWLund re response to fee auditor's initial report. | 0.20 | 55.00 |
| 06/20/02 | KJC | Respond to request from J. Jackson re EPA documents (0.10). | 0.10 | 27.50 |
| 06/21/02 | BED | Conference with EKFlaagan re fee auditor's report (.3); review fee auditor's report (.5); conference with SMHaag re report (.2); review HRO fee application to verify issues identified in report (1.0). | 2.00 | 400.00 |
| 06/24/02 | SH | Review prebill for May fee application. | 2.00 | 210.00 |
| 06/25/02 | SH | Finalize review of May prebill (2.10); locate December monthly fee statement for KBates(.20); conference with BEDempsey re objection to 3rd quarter fee application (.40). | 2.70 | 283.50 |
| 06/26/02 | EKF | Review and revise May prebills (1.0). | 1.00 | 275.00 |