Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/26/02 | JDM | Meet with KJCoggon re bankruptcy issues (0.2); telephone conference with J. Jackson re bankruptcy (0.2); telephone conference with M. Grummer re bankruptcy (0.3). | 0.70 | 210.00 |
| 06/27/02 | EKF | Continue review of and revisions to May 2002 prebills (.5); telephone conferences with Stephanie at W.R. Grace re third quarterly fee application issues; conferences with SMHaag re same (.5). | 1.00 | 275.00 |
| 06/27/02 | JDM | Telephone conference with Grace and Sealed Air attorneys re bankruptcy issues (1.5); telephone conference with Grace attorneys re bankruptcy issues (0.3); telephone conference with KJCoggon and KWLund re bankruptcy issues (0.2). | 2.00 | 600.00 |
| 06/27/02 | BED | Conference with SHaag re additional information re billing rates (.2); draft response to Fee Auditor's inquiry # 8 (.8). | 0.80 | 160.00 |
| 06/27/02 | SH | Review Second Quarter Fee Application with monthly fee statements re possible discrepancy (1.50). | 2.00 | 210.00 |
| 06/28/02 | EKF | Continue review of May 2002 invoices (1.0); conference with KJCoggon re information for response to Fee Auditor Report (0.2); conferences with BEDempsey re response to Fee Auditor report (0.3); e-mails to and from KJBates re issues outstanding on May invoices (0.3). | 1.80 | 495.00 |
| 06/28/02 | BED | Collect information responsive to Fee Auditor's Report and inquiries therein (2.5); draft response to Fee Auditor's Report (4.0). | 6.50 | 1,300.00 |
| 06/28/02 | SH | Research Third Quarterly Fee Application issues for BEDempsey re Fee Auditors objection (1.60); research rate history and resumes for response to Fee Auditor's objection (.50). | 2.10 | 220.50 |

**Total Fees Through June 30, 2002:**   **26.90**   **$**   **5,228.50**

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 71 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $ 300.00 | 3.70 | $ | 1,110.00 |
| EKF | Elizabeth Flaagan | Partner | 275.00 | 4.40 | | 1,210.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.30 | | 82.50 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 9.30 | | 1,860.00 |
| SH | Susan Haag | Paralegal | 105.00 | 9.20 | | 966.00 |
| | | **Total Fees:** | | **26.90** | **$** | **5,228.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/31/02 | | Long Distance Telephone:  2146983868 | $ | 0.22 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-31; Beth Miller Dallas, Tx | | 17.16 |
| 06/13/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-17358; DATE: 6/13/2002  -  Courier, Acct. 0802-0410-8 05-30; David W Carickoff, Jr Wilmington, De | | 14.93 |
| 06/18/02 | 68 | Photocopies | | 10.20 |
| 06/21/02 | 2 | Facsimile | | 2.00 |
| 06/21/02 | 15 | Photocopies | | 2.25 |
| 06/21/02 | 196 | Photocopies | | 29.40 |
| 06/24/02 | 17 | Photocopies | | 2.55 |
| 06/25/02 | 62 | Photocopies | | 9.30 |
| 06/27/02 | | Long Distance Telephone:  7168340834 | | 0.13 |
| 06/27/02 | | Long Distance Telephone:  3015644495 | | 0.08 |
| 06/27/02 | | Long Distance Telephone:  8564141776 | | 0.09 |
| 06/27/02 | | Long Distance Telephone:  3365741773 | | 0.07 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/27/02 | | Long Distance Telephone: 4152938470 | 2.00 |
| 06/27/02 | | Long Distance Telephone: 4152938470 | 1.26 |
| 06/27/02 | 2,816 | Photocopies | 422.40 |
| 06/28/02 | 278 | Photocopies | 41.70 |
| 06/28/02 | 364 | Photocopies | 54.60 |
| 06/28/02 | 12 | Tab Stock: 12 Tab Stock | 0.60 |

**Total Disbursements:**          $      **610.94**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 572.40 |
| Facsimile | | 2.00 |
| Long Distance Telephone | | 3.85 |
| Outside Courier | | 32.09 |
| Tab Stock | | 0.60 |

**Total Disbursements:**   $      **610.94**

Boston Document Production - 00400

| Name | Position | Hourly Rate | April | May | June | Total Comp. |
|---|---|---|---|---|---|---|
| | | | | **TOTAL HOURS BILLED** | | |
| Lund, Kenneth | Partner | $ 350.00 | 0 | 1.6 | 0 | $ 560.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 0 | 2.4 | 0 | $ 720.00 |
| Coggon, Katheryn | Sr. Associate | $ 275.00 | 17.1 | 85.8 | 26.1 | $ 35,475.00 |
| Rodriguez, Richard | Sr. Associate | $ 235.00 | 0 | 48.5 | 0 | $ 11,397.50 |
| Tracy, Brent | Associate | $ 240.00 | 97.8 | 162.6 | 25.6 | $ 68,640.00 |
| Barry, Geoffrey M | Associate | $ 220.00 | 0 | 51.2 | 0 | $ 11,264.00 |
| Hall, Jennifer | Associate | $ 220.00 | 0 | 42.3 | 0 | $ 9,306.00 |
| Braegger, Troy | Sr. Counsel | $ 300.00 | 0 | 93.3 | 0 | $ 27,990.00 |
| Haismaier, Jason | Associate | $ 285.00 | 0 | 1.3 | 0 | $ 370.50 |
| Matthews, Kelly | Associate | $ 230.00 | 0 | 19.3 | 0 | $ 4,439.00 |
| Rogers, Constance | Associate | $ 225.00 | 0 | 99.2 | 3 | $ 22,995.00 |
| Beasely, James | Associate | $ 175.00 | 0 | 68.7 | 0 | $ 12,022.50 |
| Trammell, Keith | Associate | $ 185.00 | 0 | 95.5 | 0 | $ 17,667.50 |
| Wall, Doug | Associate | $ 185.00 | 0 | 97.6 | 3 | $ 18,611.00 |
| Miller, Brad | Associate | $ 175.00 | 0 | 61.9 | 0 | $ 10,832.50 |
| Sanchez, Corey | Associate | $ 175.00 | 0 | 102.9 | 0 | $ 18,007.50 |
| Tygart, Travis | Associate | $ 175.00 | 0 | 47.9 | 0 | $ 8,382.50 |
| Davidson, Dyan | Paralegal | $ 110.00 | 0 | 89.2 | 0 | $ 9,812.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 61.9 | 111 | 0 | $ 19,019.00 |
| Wingard, Johncie | Paralegal | $ 125.00 | 53.4 | 0 | 0 | $ 6,675.00 |
| Haag, Susan | Paralegal | $ 105.00 | 0 | 98.1 | 0 | $ 10,300.50 |
| Sherman, Joan | Sr. Paralegal | $ 125.00 | 117.7 | 134.2 | 36.2 | $ 36,012.50 |
| Latuda, Carla | Sr. Paralegal | $ 125.00 | 168.6 | 164.5 | 123.2 | $ 57,037.50 |
| Street, Loraine | Paralegal | $ 85.00 | 70.8 | 14 | 83.5 | $ 14,305.50 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 75 | 29 | 7.5 | $ 10,035.00 |
| Mulholland, Imelda | Info. Specialist | $ 90.00 | 0 | 110.8 | 0 | $ 12,188.00 |
| Bowen, Cathy | Case Admin | $ 75.00 | 0 | 72 | 0 | $ 5,400.00 |
| TOTAL | | | 662.30 | 1,904.80 | 308.1 | $ 459,465.50 |

## Boston Document Review - 00400

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ 168.00 | $ 89.00 | $ 405.50 | $ 662.50 |
| Photocopies | $ 10.35 | $ 374.10 | $ 5.70 | $ 390.15 |
| Facsimilies | $ 6.00 | $ 33.00 | $ - | $ 39.00 |
| Long Distance Telephone | $ 378.65 | $ 137.64 | $ 408.40 | $ 924.69 |
| Outside Courier | $ 14.97 | $ 50.17 | $ 465.85 | $ 530.99 |
| Travel Expenses | $ 10,477.68 | $ 26,949.86 | $ 29,129.24 | $ 66,556.78 |
| Service of Process | $ - | $ - | $ 58.00 | $ 58.00 |
| Tab Stock | $ 2.40 | $ 1.60 | $ - | $ 4.00 |
| Meal Expenses | $ 1,245.91 | $ 446.08 | $ 3,577.28 | $ 5,269.27 |
| Overtime | $ 9,631.25 | $ 8,500.00 | $ 10,432.50 | $ 28,563.75 |
| Other Expenses | $ 3,795.91 | $ 4,152.61 | $ 1,096.00 | $ 9,044.52 |
| Administration | $ - | $ 1,527.50 | $ - | $ 1,527.50 |
| | | | | |
| **TOTAL** | $ 25,731.12 | $ 42,261.56 | $ 45,578.47 | $ 113,571.15 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 56 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/02 | KJC | Review and respond to e-mail re scanning issues, coding questions, and progress reports (.30). | 0.30 | $    82.50 |
| 04/01/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.20 | 2,448.00 |
| 04/01/02 | MCL | Conduct review of box tracking lists of boxes that were sent to Lason for scanning in order to determine the number of boxes of which data was not received (5.40); begin drafting chart of same comparing the "missing data" boxes with those that were ultimately sent to ONSS for scanning (4.10). | 9.50 | 1,187.50 |
| 04/01/02 | LCS | Input and maintain data in the Cambridge / Winthrop Box Tracking Database | 2.50 | 212.50 |
| 04/02/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.40 | 2,496.00 |
| 04/02/02 | MCL | Continue drafting chart comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (3.60); draft list of boxes to be picked up by ONSS on 4/3/02 (.60); conference with Angela Anderson of Casner & Edwards re status of document production at Winthrop Square (.70); prepare Winthrop Square boxes for pickup by ONSS (.60); draft list of same (1.20); conference with Matt Murphy re status of document review and other issues (.30); prepare non-responsive boxes at Winthrop Square for return to Cambridge (3.40). | 10.40 | 1,300.00 |
| 04/02/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.20 | 272.00 |
| 04/03/02 | KJC | Review and respond to e-mail re document review schedule and progress (.20). | 0.20 | 55.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.80 | 2,592.00 |
| 04/03/02 | MCL | Finalize list of boxes to be picked up by ONSS (.40); draft list of non-responsive boxes to be returned to Cambridge from Winthrop Square (1.30); continue drafting chart comparing the "missing data" Lason boxes with those that there ultimately sent to ONSS for scanning (6.30); log in boxes returned by ONSS (.30); draft list of same and determine Cambridge location for re-shelving purposes (1.40). | 9.70 | 1,212.50 |
| 04/03/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 2.00 | 170.00 |
| 04/04/02 | KJC | Review and respond to e-mail re document review schedule and progress (.20) | 0.20 | 55.00 |
| 04/04/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery. | 10.00 | 2,400.00 |
| 04/04/02 | MCL | Continue drafting chart comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (8.20); read and respond to e-mail re boxes with data problems that ONSS would like to be returned for quality control purposes (.20); begin drafting list of same re current Cambridge location to facilitate retrieval of boxes for pick-up (1.70). | 10.10 | 1,262.50 |
| 04/04/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 0.50 | 42.50 |
| 04/05/02 | KJC | Review and respond to email re progress of document review (0.30). | 0.30 | 82.50 |
| 04/05/02 | BAT | Review and QC documents in Cambridge for responsiveness to EPA information requests and litigation discovery (4.90); travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.90 | 1,896.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 58 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/05/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.20); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.20 | 1,025.00 |
| 04/06/02 | JW | Travel to Boston for document review (3.8)(3.8 N/C)(50%NWT). | 3.80 | 475.00 |
| 04/07/02 | NKA | Travel to Boston for document review (3.00)(3.00 N.C)(NWT 50%). | 3.00 | 330.00 |
| 04/07/02 | JLS | Travel to Boston for document review (3.00)(3.00N/C)( NWT 50%). | 3.00 | 375.00 |
| 04/07/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,250.00 |
| 04/08/02 | KJC | Telephone conference with KWLund and BATracy re active and other remaining files for review (0.70). | 0.70 | 192.50 |
| 04/08/02 | BAT | Telephone conference with JLSherman re review questions (.20); telephone conference with KWLund and KJCoggon re additional documents to be reviewed at Cambridge and potential streamlining of same (.70); draft memo re status and decisions for reviewing medical files (.80); review EH&S microfilm for responsive information (.70). | 3.40 | 816.00 |
| 04/08/02 | NKA | Review and code documents for responsiveness to EPA information request (9.80). | 9.80 | 1,078.00 |
| 04/08/02 | MCL | Telephone conference with JLSherman re status of Cambridge document review (.30); conference with BATracy re conference call to be held concerning review of active files (.10). | 0.40 | 50.00 |
| 04/08/02 | JLS | Review and QC documents for EPA  requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.80). | 10.80 | 1,350.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/08/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (10.40). | 10.40 | 1,300.00 |
| 04/09/02 | BAT | Telephone conference with JLSherman re review questions. | 0.10 | 24.00 |
| 04/09/02 | NKA | Review and code documents for responsiveness to EPA information request (9.50). | 9.50 | 1,045.00 |
| 04/09/02 | MCL | Research Historical database and printout list of boxes that have been scanned in preparation for 4/10/02 conference call (1.30). | 1.30 | 162.50 |
| 04/09/02 | JLS | Review and QC documents for EPA requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.00). | 10.00 | 1,250.00 |
| 04/09/02 | JW | Review and code documents at Cambridge for responsivenss to EPA information requests (10.20). | 10.20 | 1,275.00 |
| 04/10/02 | KJC | Review status of document review (0.50); telephone conference with M. Murphy and A. Trevelise re document production progress and remaining tasks (1.50); draft email to R. Emmett re status based on conference call (0.50). | 2.50 | 687.50 |
| 04/10/02 | BAT | Telephone conference with KJCoggon, Matt Murphy and Andy Trevelise re discussing remaining files to be reviewed (1.40); conference with MCLatuda re developing table of remaining files for review (.10); review EH&S microfilm for responsive information (5.00); review and respond to review question (.10). | 6.80 | 1,632.00 |
| 04/10/02 | NKA | Review and code documents for responsiveness to EPA information request (10.20). | 10.20 | 1,122.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 60 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/10/02 | MCL | Conference with KWLund re status of Boston document review and various issues (.30); telephone conference with JLSherman re status of Cambridge document review (.10); participate in conference call with BATracy, KJCoggon, Andy Trevelise, Susan Haines, and Matt Murphy re status of Boston document review including discussion of documents that still need review (1.30). | 1.70 | 212.50 |
| 04/10/02 | JLS | Review and QC documents for EPA  requests for information, supplemental production and class action lawsuits including supervise temporary employees (10.20). | 10.20 | 1,275.00 |
| 04/10/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (10.20). | 10.20 | 1,275.00 |
| 04/11/02 | BAT | Complete draft of memo re status and decisions regarding medical files and transmit to co-counsel (.50); review EH&S microfilm rolls 8 and 9 for responsive information (4.20). | 4.70 | 1,128.00 |
| 04/11/02 | NKA | Review and code documents for responsiveness to EPA information request (10.60). | 10.60 | 1,166.00 |
| 04/11/02 | MCL | Draft chart detailing documents and files still to be reviewed in Cambridge including rationale for reviewing or not reviewing certain groups of files (4.40); continue comparison of boxes supposedly scanned by Lason and boxes for which we have images and data (2.20). | 6.60 | 825.00 |
| 04/11/02 | JLS | Review and QC documents for EPA  requests for information, supplemental production and class action lawsuits including supervise temporary employees (9.50). | 9.50 | 1,187.50 |
| 04/11/02 | JW | Review and code documents at Cambridge for responsiveness to EPA information requests (5.00); return travel to Colorado Springs (3.80). | 8.80 | 1,100.00 |
| 04/11/02 | LCS | Maintenance to the  WR Grace Historical Database; conference with DHengenmuhle re database manipulations. | 3.50 | 297.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/12/02 | KJC | Review and respond to email re follow up to conference call and review questions (0.20). | 0.20 | 55.00 |
| 04/12/02 | BAT | Telephone conference with Matt Murphy and Andy Trevelise re production schedule in fraudulent conveyance case (.30); telephone conference with KWLund re pending conference call re document production (.10). | 0.40 | 96.00 |
| 04/12/02 | NKA | Review and code documents for responsiveness to EPA information request (4.70); return travel from Boston to Denver (3.00)(3.00 N/C)(NWT 50%). | 7.70 | 847.00 |
| 04/12/02 | MCL | Telephone conference with JLSherman re status of Cambridge document review (.50). | 0.50 | 62.50 |
| 04/12/02 | JLS | Review and QC documents for EPA requests for information, supplemental production and class action lawsuits including supervise temporary employees (6.70); Travel to Denver from document review (3.00)(3.00N/C)( NWT 50%). | 9.70 | 1,212.50 |
| 04/14/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 04/14/02 | MBF | Travel to Boston (3.00) (3.00 N/C) (NWT 50%) | 3.00 | 270.00 |
| 04/15/02 | BAT | Review EH&S microfilm for responsive information (3.20); telephone conference with Richard Finke and other Grace outside counsel re expedited production deadlines (1.10); draft memo re status of medical records review (1.00); review and respond to questions re document review (.20). | 5.50 | 1,320.00 |
| 04/15/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.00); discussion with temps re responsiveness issues (.30); read and respond to e-mails re coding and responsiveness issues (.40). | 9.70 | 1,212.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/02 | LCS | Maintenance of specified fields in the Grace Historical Database per MCLatuda. | 7.50 | 637.50 |
| 04/15/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.0). | 10.00 | 900.00 |
| 04/16/02 | BAT | Review and respond to questions of reviewers (.50); e-mail exchange with MCLatuda and Matt Murphy re system to review research notebooks (.20). | 0.70 | 168.00 |
| 04/16/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (4.20). | 4.20 | 462.00 |
| 04/16/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.30); review list of Research Notebooks provided by Pauline Chan of Grace and assist MBFloyd in locating and pulling those deemed responsive in order to conduct further review (1.10). | 10.40 | 1,300.00 |
| 04/16/02 | LCS | Maintanence to specified fields in the Grace Historical Database per MCLatuda. | 7.80 | 663.00 |
| 04/16/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.00). | 10.00 | 900.00 |
| 04/17/02 | NKA | Review and code electronic documents for responsiveness to EPA information request (3.50). | 3.50 | 385.00 |
| 04/17/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (10.10); read and respond to e-mails re scheduling and questions on document responsiveness (.60). | 10.70 | 1,337.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/17/02 | LCS | Maintanence to specified fields in the Grace Historical Database per MCLatuda. | 5.00 | 425.00 |
| 04/17/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (10.00). | 10.00 | 900.00 |
| 04/18/02 | BAT | Review and respond to questions of reviewers (.20); e-mail Brian O'Connell re additional microfilm rolls needed for review (.10); revise list of files remaining for review (.30); telephone conference with MCLatuda re same (.10). | 0.70 | 168.00 |
| 04/18/02 | MCL | Conference with Dave Croce of Grace re Penthouse microfilm boxes to be moved to Basement of Building 18 for review (.40); review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (8.20); draft spreadsheet comparing the "missing data" Lason boxes with those that were ultimately sent to ONSS for scanning (2.00). | 10.60 | 1,325.00 |
| 04/18/02 | JLS | Telephone conferences with MCLatuda re document review protocols (.80); review and respond to e-mail from MMurphy re status of production (.80). | 1.60 | 200.00 |
| 04/18/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 8.00 | 680.00 |
| 04/18/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (8.00). | 8.00 | 720.00 |
| 04/19/02 | KJC | Telephone conference with KWLund re revised deadline for completing review and plan to achieve (0.40). | 0.40 | 110.00 |
| 04/19/02 | MCL | Research database and box lists to determine imaging status of boxes sent to Lason and ONSS. | 8.10 | 1,012.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/19/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 7.50 | 637.50 |
| 04/19/02 | MBF | Review documents at Cambridge for documents responsive to EPA information requests and class action discovery (5.00); travel to Denver from Boston (3.00) (3.00 N/C) (NWT 50%). | 8.00 | 720.00 |
| 04/21/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |
| 04/22/02 | KJC | Address staffing issues to meet June 1 deadline including e-mail and conferences with potential reviewers (2.80); review and revise chart of remaining documents to review (0.40); telephone conference with R. Marriam re Remedium documents (0.30). | 3.50 | 962.50 |
| 04/22/02 | KJC | E-mail exchange and telephone conference with MCLatuda re status of document review and related issues (0.70). | 0.70 | 192.50 |
| 04/22/02 | BAT | Review EH&S microfilm for potentially responsive information (2.00); telephone conference with Kay Lamm re time frame for current e-mail system implementation (.30); draft chart re status of Cambridge review and distribute to Reed Smith and Casner & Edwards (.40). | 2.70 | 648.00 |
| 04/22/02 | MCL | Research databases and box lists to determine imaging status of boxes sent to Lason and ONSS (7.90); conference with JLSherman re status of document review including staffing issues and boxes/files remaining to be reviewed (1.20); review imaging status spreadsheet to determine location of boxes needing re-review (2.90). | 12.00 | 1,500.00 |
| 04/22/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (12.00). | 12.00 | 1,500.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/22/02 | LCS | Maintanence to specified fields in the Grace Historical Database per CLatuda. | 5.00 | 425.00 |
| 04/23/02 | KJC | Address staffing and plan to meet June 1 review deadline (0.80); review and revise chart of remaining documents to review (1.10); conference with BATracy re schedule (1.00); conference with KWLund re approach to meeting deadline, staffing and related issues (0.70). | 3.60 | 990.00 |
| 04/23/02 | BAT | Review and respond to questions of reviewers (.30); conference with KJCoggon re issues for expedited completion of Boston review (1.00); telephone conference with Matt Murphy re chart of items remaining for review (.50); telephone conference with MCLatuda re same (.30); review EH&S microfilm for responsive information (3.30). | 5.40 | 1,296.00 |
| 04/23/02 | MCL | Prepare spreadsheets of Cambridge and Winthrop square boxes needing re-sheeting and potential re-review (3.70); prepare boxes at Winthrop Square for pick-up by ONSS (1.20); prepare tracking list of same (.90); conference with Matt Murphy re status of document review including Cambridge and Winthrop Square staffing issues and volume of document remaining to be reviewed (1.00); telephone conference with BATracy re status of document review (.30); review boxes at Winthrop Square to locate those needing re-sheeting and/or re-review (3.90); conference with JLSherman re staffing issues at Cambridge (.30). | 11.30 | 1,412.50 |
| 04/23/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (3.30). | 3.30 | 412.50 |
| 04/23/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 6.50 | 552.50 |
| 04/23/02 | MBF | Assist Brent Tracy with printing out attic insulation file from microfilm. | 3.00 | 270.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/22/02 | LCS | Maintanence to specified fields in the Grace Historical Database per CLatuda. | 5.00 | 425.00 |
| 04/23/02 | KJC | Address staffing and plan to meet June 1 review deadline (0.80); review and revise chart of remaining documents to review (1.10); conference with BATracy re schedule (1.00); conference with KWLund re approach to meeting deadline, staffing and related issues (0.70). | 3.60 | 990.00 |
| 04/23/02 | BAT | Review and respond to questions of reviewers (.30); conference with KJCoggon re issues for expedited completion of Boston review (1.00); telephone conference with Matt Murphy re chart of items remaining for review (.50); telephone conference with MCLatuda re same (.30); review EH&S microfilm for responsive information (3.30). | 5.40 | 1,296.00 |
| 04/23/02 | MCL | Prepare spreadsheets of Cambridge and Winthrop square boxes needing re-sheeting and potential re-review (3.70); prepare boxes at Winthrop Square for pick-up by ONSS (1.20); prepare tracking list of same (.90); conference with Matt Murphy re status of document review including Cambridge and Winthrop Square staffing issues and volume of document remaining to be reviewed (1.00); telephone conference with BATracy re status of document review (.30); review boxes at Winthrop Square to locate those needing re-sheeting and/or re-review (3.90); conference with JLSherman re staffing issues at Cambridge (.30). | 11.30 | 1,412.50 |
| 04/23/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (3.30). | 3.30 | 412.50 |
| 04/23/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 6.50 | 552.50 |
| 04/23/02 | MBF | Assist Brent Tracy with printing out attic insulation file from microfilm. | 3.00 | 270.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 66 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/24/02 | KJC | Telephone conference with MCLatuda re priorities for document review and status (0.40); address staffing for completing document review including e-mail exchanges and conferences for training and related preparation (1.90). | 2.30 | 632.50 |
| 04/24/02 | BAT | Telephone conference with KJCoggon re strategies for reviewing remaining documents and microfilm. | 0.20 | 48.00 |
| 04/24/02 | NKA | Review and code electronic documents in Historical database for responsiveness to EPA information request. | 1.20 | 132.00 |
| 04/24/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (6.90); log in boxes received from ONSS and update tracking lists re same (3.60); edit spreadsheets of Cambridge and Winthrop Square boxes needing re-sheeting and potential re-review (.80); telephone conference with KJCoggon re status of document review (.30). | 11.60 | 1,450.00 |
| 04/24/02 | JLS | Review and code electronic documents for responsiveness to EPA information request (2.30). | 2.30 | 287.50 |
| 04/24/02 | LCS | Maintenance to specified fields in the Grace Historical Database per MCLatuda. | 4.30 | 365.50 |
| 04/25/02 | BAT | Review EH&S microfilm for potentially responsive information (3.80); telephone conference with Matt Murphy re types of remaining files (0.50); review indices of files in Cambridge legal vault (0.20). | 4.50 | 1,080.00 |
| 04/25/02 | NKA | Review and code electronic documents in Historical database for responsiveness to EPA information request (2.20). | 2.20 | 242.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/02 | MCL | Deliver spreadsheets re boxes remaining to be completed to Winthrop Square pursuant to Matt Murphy's request (.50); telephone conferences with Matt Murphy re status of document review and responsiveness issues (.40); review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (9.20). | 10.10 | 1,262.50 |
| 04/25/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (10.00). | 10.00 | 1,250.00 |
| 04/26/02 | KJC | Revise and e-mail chart of remaining files for review (2.20) | 2.20 | 605.00 |
| 04/26/02 | BAT | Telephone conference with KJCoggon re remaining items for review in Cambridge. | 0.20 | 48.00 |
| 04/26/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests including coding of same (1.80); edit tracking spreadsheets to reflect boxes sent to and received from ONSS (3.60); conference with JLSherman re locations of files remaining to be reviewed (.50); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.90 | 1,112.50 |
| 04/26/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (4.70); travel to Denver from document production (3.00)(3.00 N/C)(NWT 50%). | 7.70 | 962.50 |
| 04/28/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |
| 04/28/02 | MBF | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%) | 3.00 | 270.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/29/02 | BAT | Review revised table on items remaining to be reviewed in Boston (.20); telephone conference with Reed Smith and Casner & Edwards re strategies to complete review by end of May (1.50); conference with MCLatuda re extent of missing invoices from active file reviews (.40); review and respond to questions (.30); review EH&S microfilm for potentially responsive documents (2.70). | 5.10 | 1,224.00 |
| 04/29/02 | MCL | Conference with BATracy re status of Boston document review including discussion of files remaining to be reviewed (.40); telephone conferences with JLSherman re review of priority files and other issues (.60); read and respond to various e-mails concerning scanning, document review, staffing in May (1.30). | 2.30 | 287.50 |
| 04/29/02 | JLS | Review and QC documents in Cambridge for EPA requests for information, supplemental production and class action lawsuits including train and supervise temporary employees (10.20). | 10.20 | 1,275.00 |
| 04/29/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 1.50 | 127.50 |
| 04/29/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |
| 04/30/02 | BAT | Review EH&S microfilm for potentially responsive information. | 8.10 | 1,944.00 |
| 04/30/02 | MCL | Telephone conferences with JLSherman re Cambridge document review issues (.40); conference with KJCoggon re status of document review including May staffing issues (.30); read and respond to e-mails re coding, scanning, and deadline issues (.80). | 1.50 | 187.50 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/30/02 | JLS | Review and QC documents in Cambridge for EPA requests for information, supplemental production and class action lawsuits including train and supervise temporary employees (7.0); prepare boxes at Winthrop Square for pick-up by ONSS (1.9); prepare tracking list of same (.9); conferences with MMurphy re status of document review including current deadline and staffing issues (.8); conferences with MMurphy re Walsh files found in Cambridge and review of same (.5); review and respond to e-mails re document review protocols (.3). | 11.40 | 1,425.00 |
| 04/30/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 6.00 | 510.00 |
| 04/30/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |

**Total Fees Through April 30, 2002:**    662.30    **$   90,214.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 17.10 | $   4,702.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 97.80 | 23,472.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 168.60 | 21,075.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 117.70 | 14,712.50 |
| JW | Johncie Wingard | Paralegal | 125.00 | 53.40 | 6,675.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 61.90 | 6,809.00 |
| LCS | Loraine C. Street | Other | 85.00 | 70.80 | 6,018.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 75.00 | 6,750.00 |

**Total Fees:**    662.30    **$   90,214.00**

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - hotel | $ 2,165.75 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - meals | 403.99 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - long distance telephone | 5.30 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - Taxis and tips | 146.50 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - mileage | 20.45 |
| 03/22/02 | | Other Expenses: VENDOR: Kelly Matthews; INVOICE#: 041202-2; DATE: 4/12/2002 - Travel expense for period of 3/10-3/22/02 to work on WR Grace document production - office supplies | 69.95 |
| 03/28/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17077; DATE: 3/28/2002 - Airfare: 5/12-5/19/02, Denver Boston Boston Newark Newark Denver, G. Barry | 78.00 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 04/08/02 | | Long Distance Telephone: 6178761400 | 0.74 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - Hotel expense | 1,062.65 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002 - To conducta document review at Cambridge regarding response to EPA's information requests - meals | 302.71 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002  -  To conducta document review at Cambridge regarding response to EPA's information requests - taxis | 23.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002  -  To conducta document review at Cambridge regarding response to EPA's information requests - mileage | 24.45 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002  -  To conducta document review at Cambridge regarding response to EPA's information requests - parking | 87.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802; DATE: 4/8/2002  -  To conducta document review at Cambridge regarding response to EPA's information requests - toll tokens | 19.95 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - Hotel | 1,062.65 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - meals | 219.85 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - telephone | 50.08 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - taxis | 34.00 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - mileage | 24.45 |
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002  -  Travel to conduct document review at Cambridge regarding response to EPA's information requests - parking | 90.00 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/08/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802-A; DATE: 4/8/2002 - Travel to conduct document review at Cambridge regarding response to EPA's information requests - toll tokens | 10.00 |
| 04/09/02 | | Long Distance Telephone: ent A. Trac    ATE: 4/9/2002 - | 3.00 |
| 04/09/02 | | Long Distance Telephone: ent A. Trac    02; DATE: 4/9/2002 | 147.30 |
| 04/09/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 287.29 |
| 04/09/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 198.44 |
| 04/09/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 87.00 |
| 04/09/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 81.00 |
| 04/09/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 4/9/02; DATE: 4/9/2002 - Denver, 3/3-3/7/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 1,119.58 |
| 04/09/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: APRIL9,2002; DATE: 4/9/2002 - Denver, 3/31-4/5/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 1,042.10 |
| 04/10/02 | | Long Distance Telephone:  6178761400 | 0.67 |
| 04/10/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17239; DATE: 4/10/2002 - Airfare, 5/5-5/9/02, Denver Boston Boston Denver, C. Latuda | 150.00 |
| 04/11/02 | | Long Distance Telephone: talie Aberl    DATE: 4/11/2002 - | 36.22 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/11/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002  -  3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Subway. | 20.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002  -  Document review - Boston MA 04/06/02- 04/11/02 - - meals | 125.47 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002  -  Document review - Boston MA 04/06/02- 04/11/02 - travel expense - hotel | 781.50 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002  -  Document review - Boston MA 04/06/02- 04/11/02 - travel expense - telephone | 5.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002  -  Document review - Boston MA 04/06/02- 04/11/02 - travel expense - taxis, tips | 42.00 |
| 04/11/02 | | Other Expenses: VENDOR: Johncie Wingard; INVOICE#: 041502; DATE: 4/15/2002  -  Document review - Boston MA 04/06/02- 04/11/02 - travel expense - subway | 10.00 |
| 04/11/02 | | Other Meal Expenses: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002  -  3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Meal expenses | 459.77 |
| 04/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-165-83676; DATE: 4/11/2002  -  Courier, Acct. 0802-0410-8 04-04; Loraine Street Boulder, Co | 14.97 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002  -  3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. Hotel expenses. | 2,125.30 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 597443 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 15.33 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 192.00 |
| 04/11/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 3/27/02; DATE: 4/11/2002 - 3/10/2002- 3/22/2002 Boston,MA. Supplemental document review in Cambridge. | 78.00 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 0.33 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 1.40 |
| 04/15/02 | | Long Distance Telephone: 2158518100 | 0.18 |
| 04/17/02 | 2 | Facsimile | 2.00 |
| 04/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17159; DATE: 4/17/2002 - Airfare, 4/19-4/22/02, Boston Philadelphia Philadelphia Boston, C. Latuda | 230.50 |
| 04/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17403; DATE: 4/17/2002 - Airfare, 5/1-5/10/02, Denver Boston Boston Denver, C. Bowen | 49.00 |
| 04/18/02 | 2 | Facsimile | 2.00 |
| 04/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17422; DATE: 4/18/2002 - Airfare, 5/12-5/17/02, Denver Boston Boston Denver, N. Aberle | 568.50 |
| 04/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17426; DATE: 4/18/2002 - Airfare, 5/5-5/10/02, Denver Boston Boston Denver, B. Tracy | 588.50 |
| 04/22/02 | 2 | Facsimile | 2.00 |
| 04/22/02 | | Long Distance Telephone: 6178761400 | 1.36 |
| 04/22/02 | | Long Distance Telephone: 9018202023 | 0.17 |
| 04/22/02 | | Long Distance Telephone: 5613622723 | 1.22 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 597443 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/22/02 | | Long Distance Telephone: ry E. Floyd   ATE: 4/22/2002 - | 147.53 |
| 04/22/02 | | Other Meal Expenses: VENDOR: Mary E. Floyd; INVOICE#: 4/22/02; DATE: 4/22/2002 - Denver, 4/13-4/19/02, Boston, MA, Travel to Work at Client's Reviewing Production Documents, M. Floyd | 290.91 |
| 04/22/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 4/22/02; DATE: 4/22/2002 - Denver, 4/13-4/19/02, Boston, MA, Travel to Work at Client's Reviewing Production Documents, M. Floyd | 1,230.08 |
| 04/23/02 | | Long Distance Telephone: 6174265900 | 0.07 |
| 04/23/02 | | Long Distance Telephone: 6175423025 | 4.43 |
| 04/23/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 4/23/02; DATE: 4/23/2002 - Denver, 3/3-7/02, Boston, MA, Breakfast at W.R. Grace Document Review, B. Tracy | 9.50 |
| 04/24/02 | | Long Distance Telephone: 6178761400 | 2.09 |
| 04/24/02 | | Long Distance Telephone: 4062933964 | 0.14 |
| 04/26/02 | | Long Distance Telephone: 6178761400 | 0.90 |
| 04/26/02 | | Long Distance Telephone: 5613621533 | 1.30 |
| 04/26/02 | | Long Distance Telephone: 6178761400 | 0.68 |
| 04/26/02 | 51 | Photocopies | 7.65 |
| 04/29/02 | | Long Distance Telephone: 2158518205 | 13.09 |
| 04/29/02 | | Long Distance Telephone: 2158518205 | 13.03 |
| 04/29/02 | | Long Distance Telephone: 6178761400 | 0.15 |
| 04/29/02 | | Long Distance Telephone: 6178761400 | 0.37 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02 NA | 1,088.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02 TK | 747.50 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02 CL | 563.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/15/02 JS | 2,583.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/30/2002 NA | 893.75 |

Holme Roberts & Owen LLP

May 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 597443 |
| Client   No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/30/2002  CL | 687.50 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/30/2002  JS | 2,323.75 |
| 04/30/02 | | Legal Assistant Overtime: LA overtime  4/30/2002  JW | 742.50 |
| 04/30/02 | 18 | Photocopies | 2.70 |
| 04/30/02 | 48 | Tab Stock: 48 Tab Stock | 2.40 |

**Total Disbursements:**    $   25,731.12

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 168.00 |
| Photocopies | | 10.35 |
| Facsimile | | 6.00 |
| Long Distance Telephone | | 378.65 |
| Outside Courier | | 14.97 |
| Travel Expense | | 10,477.68 |
| Other Meal Expenses | | 1,245.91 |
| Other Expenses | | 3,795.91 |
| Legal Assistant Overtime | | 9,631.25 |
| Tab Stock | | 2.40 |

**Total Disbursements:**   **$**   **25,731.12**

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/29/02 | KJC | Telephone conference with M. Murphy and A. Trevelise re plan for completing document review (2.00); follow up to conference including revise chart of remaining documents to review (0.80). | 2.80 | $   770.00 |
| 04/29/02 | ICM | Meeting with KJCoggon re document review in response to EPA information request (.50); review and analyze new materials in preparation for Boston review (1.20); make travel arrangements (.50); code CD-Rom documents (2.70). | 4.90 | 539.00 |
| 04/30/02 | KJC | Manage document review schedule and logistics including telephone conferences with vendors re schedules and costs (1.80). | 1.80 | 495.00 |
| 05/01/02 | KJC | Manage document review schedule (0.70); review Cambridge personnel list (1.00); review and respond to e-mail re document coding questions (0.60); conference with BATracy re microfilm review (0.30). | 2.60 | 715.00 |
| 05/01/02 | BAT | Review EH&S microfilm for responsive information (2.90); review and respond to questions of reviewers (.20). | 3.10 | 744.00 |
| 05/01/02 | MCL | Telephone conference with JLSherman re coding issues. | 0.30 | 37.50 |
| 05/01/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (10.70). | 10.70 | 1,337.50 |
| 05/01/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 05/01/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/01/02 | CB | Travel to Boston, WR Grace document review (3.00)(3.00N/C)(NWT50%). | 3.00 | 225.00 |
| 05/02/02 | KJC | Telephone conference with M. Murphy re revisions to document review chart (0.70). | 0.70 | 192.50 |
| 05/02/02 | CLR | Conference with KJCoggon re Boston document production. | 1.60 | 360.00 |
| 05/02/02 | BAT | Review Cambridge phone list to develop list of additional persons that need questioned whether they have responsive documents (.20); review EH&S microfilm for responsive information (6.30). | 6.50 | 1,560.00 |
| 05/02/02 | DD | Train with KJCoggon re document review and tracking. | 5.50 | 605.00 |
| 05/02/02 | MCL | Read and respond to emails re Boston document review issues including staffing issues and documents remaining to be reviewed. | 0.60 | 75.00 |
| 05/02/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (11.20). | 11.20 | 1,400.00 |
| 05/02/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.20); conference re upcoming project and task assignments (.30). | 5.50 | 467.50 |
| 05/02/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices. | 10.00 | 900.00 |
| 05/02/02 | CB | Document Review at Cambridge to determine responsiveness to EPA information requests and plaintiff requests, including coding of same (10.00) | 10.00 | 750.00 |