Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 59 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/03/02 | KJC | Telephone conference with M. Murphy re document review project status chart (0.50); revise status chart (0.80); train ICMulholland re document review (0.70); manage resources for completing document review (1.40); conference with MCLatuda re schedule (0.30). | 3.70 | 1,017.50 |
| 05/03/02 | BAT | Review EH&S microfilm for responsive information (4.70). | 4.70 | 1,128.00 |
| 05/03/02 | MCL | Telephone conference with JLSherman re Cambridge document review. | 0.50 | 62.50 |
| 05/03/02 | JLS | Review and QC documents in Cambridge for EPA requests for Information, supplemental production and class action lawsuits including train and supervise temporary employees (5.00); prepare additional boxes at Winthrop Square for pick-up by ONSS (1.80); Travel to Denver from document review (3.00)(3.00 N/C)(NWT 50%). | 9.80 | 1,225.00 |
| 05/03/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.00 | 255.00 |
| 05/03/02 | MBF | Review and code laboratory notebooks at client's Cambridge offices (6.00); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.00 | 810.00 |
| 05/03/02 | ICM | Meeting with KJCoggon re expanding plant follow up research (.70); meeting in Boulder to review documents/training (3.20). | 3.90 | 429.00 |
| 05/03/02 | CB | Document Review at Cambridge to determine responsiveness to EPA information requests and plaintiff requests, including coding of same (6.50) | 6.50 | 487.50 |
| 05/05/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 720.00 |
| 05/05/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 60 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/06/02 | LSD | Office conference with KJCoggon re document production in Boston. | 0.20 | 60.00 |
| 05/06/02 | KJC | Manage document review including review and respond to e-mail, address staffing and schedules (3.40); telephone conference with A. Trevelise re remaining issues (0.30); research re searching images provided by EPA (0.50); e-mail exchange with vendor re scan progress and schedule (0.70). | 4.90 | 1,347.50 |
| 05/06/02 | BAT | Review additional documents in penthouse to determine whether they are potentially responsive (3.40); review documents for responsiveness to EPA information requests and class action discovery (6.50). | 9.90 | 2,376.00 |
| 05/06/02 | MCL | Log in boxes returned by ONSS (.60); reconcile with lists of boxes sent out to ONSS and Lason, and lists of boxes sent to Winthrop for review (3.00); edit tracking spreadsheets re same (1.30); telephone conference with JLSherman re document review issues (.20); telephone conference with KJCoggon re various issues including staffing and remaining files to be reviewed at Cambridge and Winthrop Square (.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (5.10). | 10.60 | 1,325.00 |
| 05/06/02 | JLS | Telephone calls with MCLatuda and review and respond to e-mails re status of Boston document  production (1.00). | 1.00 | 125.00 |
| 05/06/02 | CB | Document Review at Cambridge to determine· responsiveness to EPA information requests and plaintiff requests, including coding of same (10.50) | 10.50 | 787.50 |
| 05/07/02 | KJC | Manage document review team including review and respond to e-mail and voice messages, staffing, scheduling and prioritizing (2.80). | 2.80 | 770.00 |
| 05/07/02 | JDH | Meeting with KJCoggon to consider issues re Grace document production. | 1.30 | 370.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 61 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/07/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (9.30); conference with Matt Murphy and Mario Favorito re remaining Cambridge files for review (.90). | 10.20 | 2,448.00 |
| 05/07/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.90); prepare Winthrop Square boxes for pickup by ONSS (1.00); prepare tracking list re same (1.40); conference with Angela Anderson re boxes remaining to be reviewed and status of Winthrop Square review (.80); conferences with BATracy re status of Cambridge review (.30). | 10.40 | 1,300.00 |
| 05/07/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (10.50). | 10.50 | 787.50 |
| 05/08/02 | LSD | Office conference with KJCoggon re document production issues for Boston (.20). | 0.20 | 60.00 |
| 05/08/02 | KJC | Telephone conference with R. Finke, A. Trevelise, M. Murphy re document review tasks to complete (1.10); manage document review including coordination of staffing (2.70); conference with vendor re copying of EPA images and microfilm conversion (0.50); telephone conference with R. Marriam re document review at expanding plants (0.30); draft summary of prior document searches for use by R. Marriam (0.20). | 4.80 | 1,320.00 |
| 05/08/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (8.60); review and index legal real estate files for additional review (1.60); review and index additional boxes from dead storage for shipment to Winthrop Square for review (.90). | 11.10 | 2,664.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 62 |
| Invoice No.: | | 601008 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/08/02 | MCL | Prepare and organize boxes for shipment to Winthrop Square (2.30); prepare list re same (1.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.10). | 10.80 | 1,350.00 |
| 05/08/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (12.00). | 12.00 | 900.00 |
| 05/09/02 | KJC | Manage document review including review and respond to e-mail and messages re scanning, review questions, scheduling and staffing (2.10); review index of documents located at Grace offices in Boca Raton (0.40). | 2.50 | 687.50 |
| 05/09/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (6.70); review and index legal real estate files for additional review (2.40); review and index Bettacchi & Wightman files for additional review (1.7). | 10.80 | 2,592.00 |
| 05/09/02 | MCL | Prepare list of Cambridge boxes to be picked up by ONSS (.60); review documents at Cambridge to determine responsiveness to EPA information requests (3.80); oversee pickup of boxes by Walsh Movers (.90); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.30 | 1,037.50 |
| 05/09/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (11.00). | 11.00 | 825.00 |
| 05/10/02 | KWL | Review various correspondence re production deadlines and issues (.80); review issues and document overview memo re same (.80). | 1.60 | 560.00 |
| 05/10/02 | KJC | Prepare for meetings with counsel and client on May 13-15, 2002 (1.20); manage document review including respond to questions and address database issues (1.30). | 2.50 | 687.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 63 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/10/02 | BAT | Review documents for responsiveness to EPA information requests and class action discovery (3.80); review and index legal real estate files for additional review (1.10); travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.90 | 1,896.00 |
| 05/10/02 | CB | Document review and coding at Cambridge to determine responsiveness to EPA requests (5.50). | 5.50 | 412.50 |
| 05/10/02 | CB | Travel from Boston to Denver  (3.00) (3.00 N/C) (50% NWT). | 3.00 | 225.00 |
| 05/11/02 | ICM | Travel to Boston to conduct document review in response to EPA information request (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/12/02 | KJC | Draft memorandum to R. Marriam re expanding plants document review (0.40); review and respond to e-mail re production status, questions and staffing (0.60); travel to Boston for document review (3.00) (3.00 N/C) (50% NWT); review index of legal files (1.20). | 5.20 | 1,430.00 |
| 05/12/02 | RFR | Travel to Boston from Denver for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 705.00 |
| 05/12/02 | GMB | Travel from Boulder to Boston (3.00) (3.00 N/C) (50% NWT). | 3.00 | 660.00 |
| 05/12/02 | BAM | Travel to Boston from Colorado Springs (3.8 hr.) (3.8 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/12/02 | NKA | Travel to Boston for document review (3.00)(3.00 N/C)( NWT 50%). | 3.00 | 330.00 |
| 05/12/02 | DD | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/12/02 | SH | Travel to boston for document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 315.00 |
| 05/12/02 | MCL | Travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/12/02 | ICM | Conduct document review in response to EPA information request. | 9.00 | 990.00 |
| 05/13/02 | KJC | Manage document review including respond to questions re coding, identify and pull responsive active files, conferences with client re potentially responsive documents, conference with MCLatuda re remaining documents for review, address scheduling and staffing issues (6.80); Telephone conference with BATracy re document review issues (0.50); conference with JLSherman re remaining tasks, scheduling and staffing issues to complete production (1.20); conference with JLSherman and M. Murphy re remaining documents and strategy for completing review (1.60); telephone conferences with A. Trevelise re documents in Boca (0.30); review index re Boca documents (1.20). | 11.60 | 3,190.00 |
| 05/13/02 | RFR | Review documents in response to EPA request for information and related litigation. | 11.00 | 2,585.00 |
| 05/13/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (3.00); review Superfund legal files for documents responsive to EPA requests and other discovery (6.70). | 9.70 | 2,134.00 |
| 05/13/02 | BAM | Review and code documents for responsiveness to EPA information request (14.40). | 14.40 | 2,520.00 |
| 05/13/02 | CLR | Travel to Boston for document review (2.00) (2.00 N/C) (NWT 50%) . | 2.00 | 450.00 |
| 05/13/02 | BAT | Telephone with KJCoggon re status of remaining document review items (.50); answer questions of reviewers (.30); prepare for training of additional reviewers (.30); review EH&S microfilm for responsive documents (3.30). | 4.40 | 1,056.00 |
| 05/13/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (11.00). | 11.00 | 1,210.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 65 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/13/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 9.70 | 1,067.00 |
| 05/13/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests (10.00); pull responsive files from active offices (0.50). | 10.50 | 1,102.50 |
| 05/13/02 | MCL | Conference with KJCoggon re active files at Cambridge remaining to be reviewed and other issues including status of review at Cambridge and Winthrop Square (1.20); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.50). | 10.70 | 1,337.50 |
| 05/13/02 | JLS | Travel to Boston for document review (3.00) (3.00 N/C) (50% NWT); review and QC documents in Cambridge (Winthrop) for EPA Fourth Request for Information, supplemental production and class action lawsuits (3.00); conference with KJCoggon re remaining tasks, scheduling and staffing issues to complete production (1.20); conference with KJCoggon and M. Murphy re remaining documents and strategy to complete production (1.80). | 9.00 | 1,125.00 |
| 05/13/02 | ICM | Conduct document review in response to EPA information request. | 10.80 | 1,188.00 |
| 05/14/02 | KJC | Travel to Boca Raton for document review (3.00) (3.00 N/C) (NWT 50%); conference with R. Finke and J. Hughes re review of documents for consumer products and EPA information requests (3.80). | 6.80 | 1,870.00 |
| 05/14/02 | RFR | Review documents in response to EPA request for information and related litigation. | 10.00 | 2,350.00 |
| 05/14/02 | GMB | Review Superfund legal files for documents responsive to EPA requests and other discovery requests (10.20). | 10.20 | 2,244.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 66 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/14/02 | BAM | Review and code documents for responsiveness to EPA information request (12.8). | 12.80 | 2,240.00 |
| 05/14/02 | CLR | Review and code documents for responsiveness to document requests (8.60). | 8.60 | 1,935.00 |
| 05/14/02 | BAT | Review EH&S microfilm for responsive documents. | 4.70 | 1,128.00 |
| 05/14/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (11.5). | 11.50 | 1,265.00 |
| 05/14/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 9.50 | 1,045.00 |
| 05/14/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 9.70 | 1,018.50 |
| 05/14/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.40); pull active files from various offices (2.60); read and respond to e-mails re various issues including scanning status and staffing issues (.40). | 10.40 | 1,300.00 |
| 05/14/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (8.60); conferences with MCLatuda re remaining active files to be reviewed (.50); pull active files from D. Curreri's office (2.40). | 11.50 | 1,437.50 |
| 05/14/02 | ICM | Conduct document review in response to EPA information request. | 10.80 | 1,188.00 |
| 05/15/02 | LSD | Training re document production issues with BATracy. | 2.00 | 600.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/15/02 | KJC | Conference with A. Trevelise re plan for producing documents (0.50); review documents to Boca Raton office including conferences with A. Trevelise, R. Finke and J. Hughes (5.00); travel from Boca Raton to Denver (3.50) (3.50) (NWT 50%); draft memorandum re document review in Boca Raton (1.50). | 10.50 | 2,887.50 |
| 05/15/02 | RFR | Review documents in response to EPA request for information and related litigation. | 10.00 | 2,350.00 |
| 05/15/02 | TRB | Attend training meeting re document review for EPA information request and litigation discovery. | 2.30 | 690.00 |
| 05/15/02 | GMB | Review Superfund legal files for documents responsive to EPA requests and other discovery requests. | 10.10 | 2,222.00 |
| 05/15/02 | BAM | Review and code documents for responsiveness to EPA information request (13.3). | 13.30 | 2,327.50 |
| 05/15/02 | CLR | Review and code documents for responsiveness to document requests (11.50). | 11.50 | 2,587.50 |
| 05/15/02 | CRS | Travel to Boston (3.00) (3.00 N/C) (50% NWT). | 6.00 | 1,050.00 |
| 05/15/02 | BAT | Answer questions of reviewers (.40); draft outline for training (.70); train new reviewers (1.90); review EH&S microfilm for responsive documents (.80). | 3.80 | 912.00 |
| 05/15/02 | KAT | Conference with BATracy re orientation for Boston document production. | 2.00 | 370.00 |
| 05/15/02 | DPW | Attend conference with BATracy re document review standards, review new document review procedures. | 2.30 | 425.50 |
| 05/15/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (9.30); Pull active files from Specialty Vermiculite Department for review (1.50). | 10.80 | 1,188.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 68 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/15/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 10.00 | 1,100.00 |
| 05/15/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 10.20 | 1,071.00 |
| 05/15/02 | MCL | Prepare Winthrop Square boxes for pickup by ONSS (1.80); prepare tracking list re same (2.10); conference with Angela Anderson re boxes remaining to be reviwed and status of Winthrop Square review (.80); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (4.30); pull active files from various offices (1.50). | 10.50 | 1,312.50 |
| 05/15/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (7.70); pull active files from Speciality Vermiculite (3.40). | 11.10 | 1,387.50 |
| 05/15/02 | ICM | Conduct document review in response to EPA information request. | 10.00 | 1,100.00 |
| 05/16/02 | KJC | Manage document review schedule, review questions and progress (1.40). | 1.40 | 385.00 |
| 05/16/02 | RFR | Review documents in response to EPA request for information and related litigation. | 9.00 | 2,115.00 |
| 05/16/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (10.20). | 10.20 | 2,244.00 |
| 05/16/02 | BAM | Review and code documents for responsiveness to EPA information request (13.8). | 13.80 | 2,415.00 |
| 05/16/02 | CLR | Review documents for responsiveness to document requests. | 10.10 | 2,272.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/16/02 | CRS | Document review for responsiveness to EPA information requests and class action discovery. | 7.40 | 1,295.00 |
| 05/16/02 | BAT | Review EH&S microfilm for responsive documents. | 5.90 | 1,416.00 |
| 05/16/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (9.70); Review and pull active files from Specialty Vermiculite Department (1.50). | 11.20 | 1,232.00 |
| 05/16/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 10.00 | 1,100.00 |
| 05/16/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 9.80 | 1,029.00 |
| 05/16/02 | MCL | Review tracking lists to determine which boxes need re-sheeting (1.60); draft list of same (.60); review documents at Cambridge to determine responsivness to EPA information requests and plaintiff document requests including coding of same (3.80); draft list of boxes to be picked up by ONSS (.70); oversee pickup/drop off of boxes by ONSS (1.00); draft list of boxes returned by ONSS and update tracking lists of same (2.30); pull active files (.90); review legal vault files to determine which need pulling for review (.50). | 11.40 | 1,425.00 |
| 05/16/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (7.20); pull active files from Speciality Vermiculite (4.70). | 11.90 | 1,487.50 |
| 05/16/02 | ICM | Conduct document review in response to EPA information request. | 10.60 | 1,166.00 |
| 05/17/02 | KJC | Manage document review schedule, staff and review issues (1.90). | 1.90 | 522.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/17/02 | RFR | Review documents in response to EPA request for information and related litigation (2.50); travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 5.50 | 1,292.50 |
| 05/17/02 | GMB | Review and code documents in Cambridge, MA for responsiveness to EPA requests and various plaintiffs cases (5.00). | 5.00 | 1,100.00 |
| 05/17/02 | GMB | Travel from Boston to Boulder (3.00) (3.00 N/C) (50% NWT). | 3.00 | 660.00 |
| 05/17/02 | BAM | Travel to Colorado Springs from Boston (3.8 hrs.)(3.8 N/C)(50% NWT). | 3.80 | 665.00 |
| 05/17/02 | CLR | Review documents for responsiveness to document requests. | 9.90 | 2,227.50 |
| 05/17/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 7.90 | 1,382.50 |
| 05/17/02 | BAT | Answer questions of reviewers (.40); review legal contract index for files to be reviewed (.90); review EH&S microfilm for responsive documents (6.00). | 7.30 | 1,752.00 |
| 05/17/02 | NKA | Review and code documents in Cambridge for responsiveness to EPA information request (3.80); Return travel from Boston (3.00)(N/C 3.00)(NWT 50%). | 6.80 | 748.00 |
| 05/17/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 8.00 | 880.00 |
| 05/17/02 | SH | Review documents at Cambridge to determine responsiveness to EPA information requests. | 7.70 | 808.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/17/02 | MCL | Pull active files for review (1.00); conference with JLSherman re files remaining to be reviewed and draft lists of same (3.40); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (.70); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.10 | 1,012.50 |
| 05/17/02 | JLS | Review and QC documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits including supervise temporary employees (3.60); pull active files from Speciality vermiculite (2.00); travel to Denver (3.00)(3.00 N/C)(NWT 50%). | 8.60 | 1,075.00 |
| 05/17/02 | ICM | Travel to Boston to conduct document review in response to EPA information request (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/18/02 | CLR | Review documents for responsiveness to document requests. | 7.40 | 1,665.00 |
| 05/18/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits. | 2.00 | 220.00 |
| 05/19/02 | TRB | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 900.00 |
| 05/19/02 | JGB | Travel from Denver to Boston (3.0)(3.0 N/C)(NWT 50%) | 3.00 | 525.00 |
| 05/19/02 | KAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/19/02 | DPW | Travel to Boston for document review (3.0)(3.0 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/19/02 | JLS | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/02 | KJC | Travel to Inverness, California (Eric Moeller) (4.50) (4.50 N/C) (NWT 50%); review E. Moeller files including conferences with E. Moeller (5.00). | 9.50 | 2,612.50 |
| 05/20/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (8.80). | 8.80 | 2,640.00 |
| 05/20/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.40 | 1,645.00 |
| 05/20/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 10.00 | 1,750.00 |
| 05/20/02 | BAT | Review EH&S microfilm for responsive documents (3.00); answer questions of reviewers (0.20); telephone conference with JLSherman re status of review and locations of additional documents (0.30). | 3.50 | 840.00 |
| 05/20/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.60 | 1,776.00 |
| 05/20/02 | DPW | Review and code documents for responsiveness to EPA information requests. | 10.40 | 1,924.00 |
| 05/20/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (10.50) | 10.50 | 1,155.00 |
| 05/20/02 | SH | Locate and pull responsive boxes for resheeting (2.20); review documents at Cambridge for responsiveness to EPA information requests (7.80). | 10.00 | 1,050.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/20/02 | MCL | Telephone conferences with JLSherman re legal vault active files to be reviewed and other active files remaining to be reviewed and overall status of document review (.70); draft list of legal vault contract files to be reviewed (.40); telephone conference with Angela Anderson re boxes remaining to be re-sheeted (.30). | 1.40 | 175.00 |
| 05/20/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (11.10); conferences with BATracy and MCLatuda re legal vault files and remaining active files to be reviewed (.60). | 11.70 | 1,462.50 |
| 05/21/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (9.50). | 9.50 | 2,850.00 |
| 05/21/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,697.50 |
| 05/21/02 | CLR | Review documents and lab notebooks for responsiveness to document requests (8.50); organize boxes of documents for review (2.30).. | 10.80 | 2,430.00 |
| 05/21/02 | CRS | Review documents for responsiveness to EPA information request and class action re litigation. | 9.70 | 1,697.50 |
| 05/21/02 | BAT | Answer questions of reviewers (0.10); review EH&S microfilm for responsive documents (5.60). | 5.70 | 1,368.00 |
| 05/21/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.70 | 1,794.50 |
| 05/21/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.70 | 1,794.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 74 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/21/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (11.50) | 11.50 | 1,265.00 |
| 05/21/02 | SH | Pull active files from lab vault (1.50); review documents at Cambridge for responsiveness to EPA information requests (8.00). | 9.50 | 997.50 |
| 05/21/02 | MCL | Review and code documents produced by EPA for responsiveness to Cost Recovery issues (5.30). | 5.30 | 662.50 |
| 05/21/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (9.70); pull active files from lab vault (1.50). | 11.20 | 1,400.00 |
| 05/22/02 | KJC | Manage document review including e-mail exchanges and telephone conferences with review staff (2.80). | 2.80 | 770.00 |
| 05/22/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (4.80). | 4.80 | 1,440.00 |
| 05/22/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,715.00 |
| 05/22/02 | CLR | Review of laboratory notebooks for responsiveness to document request (4.50); return travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.50 | 1,687.50 |
| 05/22/02 | CRS | Review documents for responsiveness to EPA information requests and  litigation discovery. | 9.70 | 1,697.50 |
| 05/22/02 | BAT | Answer questions of reviewers (0.50); review EH&S microfilm for responsive documents (2.60). | 3.10 | 744.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 10.00 | 1,850.00 |
| 05/22/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.10 | 1,868.50 |
| 05/22/02 | DD | Review documents in Cambridge for EPA Fourth Request for Information, supplemental production and class action lawsuits (6.50); Return travel from Boston (3.00) (3.00 N/C) (NWT 50%). | 9.50 | 1,045.00 |
| 05/22/02 | SH | Pull active files responsive to EPA Information Request (2.00); review documents at Cambridge for responsiveness to EPA information requests (8.00). | 10.00 | 1,050.00 |
| 05/22/02 | MCL | Telephone conferences with JLSherman re document review status (.40); conference with KJCoggon re Cambridge document review status including staffing issues and boxes and active files remaining to be reviewed (.70). | 1.10 | 137.50 |
| 05/22/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (5.5); prepare Winthrop Square boxes for pick-up by ONSS (3.2); pull active EH&S files (2.0). | 10.70 | 1,337.50 |
| 05/23/02 | KJC | Telephone conference with M. Murphy re remaining tasks to complete review (0.80); manage document review including telephone conferences with review staff and e-mail exchanges re coding questions, active files, schedule and staffing (1.10). | 1.90 | 522.50 |
| 05/23/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (10.00). | 10.00 | 3,000.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/23/02 | JGB | Review and code documents for responsiveness to EPA information request. | 9.80 | 1,715.00 |
| 05/23/02 | CRS | Review documents for responsiveness to EPA information requests and litigation discovery. | 6.60 | 1,155.00 |
| 05/23/02 | BAT | Answer questions of reviewers (0.40); review EH&S microfilm for responsive documents (6.40); conference with KJCoggon re status of remaining items to review (0.20). | 7.00 | 1,680.00 |
| 05/23/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.50 | 1,757.50 |
| 05/23/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.30 | 1,905.50 |
| 05/23/02 | SH | Review documents at Cambridge for responsiveness to EPA information requests. | 10.00 | 1,050.00 |
| 05/23/02 | JLS | Review and QC documents for EPA request for information, supplemental production and class action lawsuits including supervise temporary employees (11.80). | 11.80 | 1,475.00 |
| 05/24/02 | KJC | Conference with KWLund re review of documents in Columbia (0.10). | 0.10 | 27.50 |
| 05/24/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (9.00). | 9.00 | 2,700.00 |
| 05/24/02 | JGB | Review and code documents for responsiveness to EPA information request. | 6.70 | 1,172.50 |
| 05/24/02 | CRS | Review documents re Libby Ore and Consumer Products litigation. | 9.40 | 1,645.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 77 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/24/02 | BAT | Review EH&S microfilm for responsive documents (7.10); telephone conference with JLSherman re status of document review (0.20). | 7.30 | 1,752.00 |
| 05/24/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 9.00 | 1,665.00 |
| 05/24/02 | DPW | Review and code documents for responsiveness to EPA information request. | 9.40 | 1,739.00 |
| 05/24/02 | SH | Review documents at Cambridge for responsiveness to EPA information requests (4.70); Travel to Denver (3.00) (3.00 N/C) (50% NWT). | 7.70 | 808.50 |
| 05/25/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (4.30). | 4.30 | 1,290.00 |
| 05/25/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 4.30 | 795.50 |
| 05/26/02 | JAH | Travel to Boston for review of documents in response to discovery requests and in support of affirmative defenses (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |
| 05/26/02 | TTT | Travel to Boston from Colorado Springs for Grace review (3.80) (3.80 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/26/02 | NKA | Travel to Boston for document review (3.00)(3.00 N/C)(NWT 50%). | 3.00 | 330.00 |
| 05/27/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (10.00). | 10.00 | 2,200.00 |
| 05/27/02 | BAT | Travel to Boston for document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 720.00 |
| 05/27/02 | TTT | Review documents for responsiveness to EPA information requests and litigation discovery. | 11.50 | 2,012.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 78 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/27/02 | NKA | Review and code documents for resposiveness to EPA information request (11.00). | 11.30 | 1,243.00 |
| 05/27/02 | MCL | Update tracking lists re boxes sent to and returned by ONSS (1.10); draft list of "priority" boxes sent to ONSS (1.20); review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (9.20). | 11.50 | 1,437.50 |
| 05/27/02 | ICM | Travel to Boston from Denver to conduct document review (3.00) (3.00 N/C) (50% NWT). | 3.00 | 330.00 |
| 05/28/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (11.00). | 11.00 | 3,300.00 |
| 05/28/02 | JGB | Review and code documents for responsiveness to EPA information request. | 10.70 | 1,872.50 |
| 05/28/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (8.50). | 8.50 | 1,870.00 |
| 05/28/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.50 | 2,185.00 |
| 05/28/02 | CLR | Travel to Boston (3.00) (3.00 N/C) (50% NWT). | 3.00 | 675.00 |
| 05/28/02 | CRS | Review documents  in response to EPA Request for Information. | 10.20 | 1,785.00 |
| 05/28/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery (8.10); review document storage areas to ensure all boxes have been reviewed (0.60). | 8.70 | 2,088.00 |
| 05/28/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 11.70 | 2,164.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/28/02 | TTT | Review documents for responsiveness to EPA information requests. | 11.00 | 1,925.00 |
| 05/28/02 | DPW | Review and code documents for responsiveness to EPA information request. | 11.30 | 2,090.50 |
| 05/28/02 | NKA | Review and code documents for responsiveness to EPA information request (10.60). | 10.60 | 1,166.00 |
| 05/28/02 | MCL | Review documents at Cambridge to determine responsivenss to EPA information requests and plaintiff document requests including coding of same (8.50); prepare tracking lists of priority boxes and organize same (1.80); prepare Winthrop Square boxes for pickup by ONSS (1.10); prepare tracking list re same (1.90). | 13.30 | 1,662.50 |
| 05/28/02 | JLS | Telephone conferences with BATracy and MCLatuda re status of Boston document review (1.00). | 1.00 | 125.00 |
| 05/28/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's fourth information request. | 12.00 | 1,320.00 |
| 05/29/02 | KJC | Draft e-mail to client re document review parameters (1.10); telephone conference with R. Emmett re meeting on June 10, 2002 (0.20); telephone conference with A. Green re Siegel files (0.20). | 1.50 | 412.50 |
| 05/29/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (10.90). | 10.90 | 3,270.00 |
| 05/29/02 | JGB | Review and code documents for responsiveness to EPA information request (6.60); travel from Boston to Denver (3.00)(3.00 N/C) (NWT 50%). | 9.60 | 1,680.00 |
| 05/29/02 | JAH | Review and QC of documents in Boston for EPA Fourth Request for Information, supplemental production and class action lawsuits (9.50). | 9.50 | 2,090.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 80 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/29/02 | KNM | Review and code documents responsive to EPA information requests and class action discovery. | 9.80 | 2,254.00 |
| 05/29/02 | CLR | Review lab notebooks for responsiveness to document requests (9.80). | 9.80 | 2,205.00 |
| 05/29/02 | CRS | Review documents in response to EPA Request for Information. | 10.10 | 1,767.50 |
| 05/29/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery. | 10.80 | 2,592.00 |
| 05/29/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 11.50 | 2,127.50 |
| 05/29/02 | TTT | Review documents for responsiveness to EPA information requests. | 10.50 | 1,837.50 |
| 05/29/02 | DPW | Review and code documents for responsiveness to EPA information request. | 10.90 | 2,016.50 |
| 05/29/02 | NKA | Review and code documents for responsiveness to EPA information request (11.50). | 11.50 | 1,265.00 |
| 05/29/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (7.00); conduct survey of active files and boxes remaining to be reviewed (1.60); prepare tracking lists of boxes to be picked up by ONSS (3.20). | 11.80 | 1,475.00 |
| 05/29/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information requests. | 11.20 | 1,232.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 81 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/30/02 | KJC | Telephone conference with W. Sparks re review of files (0.40); telephone conference with A. Trevelise re W. Sparks meeting on June 11, trade secret guidelines and privilege log (0.30); manage document review including review and respond to e-mail and questions re data, responsiveness, schedule and staffing (1.20). | 1.90 | 522.50 |
| 05/30/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (11.40). | 11.40 | 3,420.00 |
| 05/30/02 | JAH | Review and QC of documents in Boston for EPA Requests for Information, supplemental production and class action lawsuits (8.30). | 8.30 | 1,826.00 |
| 05/30/02 | CLR | Review documents for responsiveness to document requests (12.00). | 12.00 | 2,700.00 |
| 05/30/02 | CRS | Review documents in response to EPA Request for Information. | 9.40 | 1,645.00 |
| 05/30/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery. | 11.40 | 2,736.00 |
| 05/30/02 | KAT | Review and code documents for responsiveness to EPA information request and litigation discovery. | 12.20 | 2,257.00 |
| 05/30/02 | TTT | Review documents in Boston for responsiveness to EPA information requests. | 7.30 | 1,277.50 |
| 05/30/02 | TTT | Travel back Boston to Colorao Springs (3.80) (3.80 N/C) (50% NWT). | 3.80 | 665.00 |
| 05/30/02 | DPW | Review and code documents for responsiveness to EPA information request. | 11.60 | 2,146.00 |
| 05/30/02 | NKA | Review and code documents for responsiveness to EPA information request (11.80). | 11.80 | 1,298.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/30/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (6.80); finalize tracking lists for boxes to be picked up by ONSS (1.00); organize and update active files tracking lists (1.30); prepare additional Winthrop Square boxes for pickup and update tracking lists re same (2.90). | 12.00 | 1,500.00 |
| 05/30/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information requests. | 9.60 | 1,056.00 |
| 05/31/02 | KJC | Telephone conference with A. Trevelise and M. Murphy re project schedule and remaining tasks (1.20); arrange to review documents at corporate offices (0.40). | 1.60 | 440.00 |
| 05/31/02 | TRB | Review and code documents for responsiveness to EPA information request and litigation discovery (5.30); travel to Denver from document review in Boston (3.00) (3.00 N/C) (NWT 50%). | 8.30 | 2,490.00 |
| 05/31/02 | JAH | Return travel to Denver following review of documents in response to discovery requests and in support of affirmative defenses (3.00) (N/C 3.00) (NWT 50%). | 3.00 | 660.00 |
| 05/31/02 | CLR | Review documents for responsiveness to document requests (5.00). | 5.00 | 1,125.00 |
| 05/31/02 | CRS | Review documents in response to EPA Request for Information. | 3.50 | 612.50 |
| 05/31/02 | CRS | Travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 3.00 | 525.00 |
| 05/31/02 | BAT | Perform quality control review on boxes review by temps for responsiveness to EPA information requests and litigation discovery (5.80); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 8.80 | 2,112.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 83 |
| Invoice No.: | | 601008 |
| Client No.: | | 04339 |
| Matter No.: | | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/31/02 | KAT | Return travel to Denver from Boston document review (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 555.00 |
| 05/31/02 | DPW | Review and code documents for responsiveness to EPA information request. | 8.60 | 1,591.00 |
| 05/31/02 | NKA | Review and code documents for responsiveness to EPA information request (5.50); travel from Boston to Denver (3.00)(3.00 N/C)(NWT 50%). | 8.50 | 935.00 |
| 05/31/02 | MCL | Review documents at Cambridge to determine responsiveness to EPA information requests and plaintiff document requests including coding of same (1.60); finalize tracking lists for Cambridge boxes to be picked up by ONSS (.80); update active files tracking lists (2.00); organize and oversee re-shelving and re-filing of files and boxes that have been returned by ONSS (2.10); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.50 | 1,187.50 |
| 05/31/02 | ICM | Conduct review and QC of documents in Boston in response to EPA's information request (6.00); travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 9.00 | 990.00 |

**Total Fees Through May 31, 2002:**   **1904.80**   **$ 327,002.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 1.60 | $ | 560.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 2.40 | | 720.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 85.80 | | 23,595.00 |
| RFR | Richard Rodriguez | Senior Associate | 235.00 | 48.50 | | 11,397.50 |
| TRB | Troy R. Braegger | Senior Counsel | 300.00 | 93.30 | | 27,990.00 |
| JDH | Jason D. Haislmaier | Associate | 285.00 | 1.30 | | 370.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | | | | Page | 84 |
|---|---|---|---|---|---|
| | | | | Invoice No.: | 601008 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00400 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| BAT | Brent A. Tracy | Associate | 240.00 | 162.60 | 39,024.00 |
| KNM | Kelly N. Matthews | Associate | 230.00 | 19.30 | 4,439.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 99.20 | 22,320.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 51.20 | 11,264.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 42.30 | 9,306.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 95.50 | 17,667.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 97.60 | 18,056.00 |
| JGB | James G. Beasley | Associate | 175.00 | 68.70 | 12,022.50 |
| BAM | Brad A. Miller | Associate | 175.00 | 61.90 | 10,832.50 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 102.90 | 18,007.50 |
| TTT | Travis T. Tygart | Associate | 175.00 | 47.90 | 8,382.50 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 164.50 | 20,562.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 134.20 | 16,775.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 111.00 | 12,210.00 |
| DD | Dyan Davidson | Paralegal | 110.00 | 89.20 | 9,812.00 |
| SH | Susan Haag | Paralegal | 105.00 | 98.10 | 10,300.50 |
| LCS | Loraine C. Street | Other | 85.00 | 14.00 | 1,190.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 110.80 | 12,188.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 29.00 | 2,610.00 |
| CB | Cathy Bowen | Information Specialist | 75.00 | 72.00 | 5,400.00 |
| | | **Total Fees:** | | **1,904.80** | **$ 327,002.50** |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/13/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009000932; DATE: 4/13/2002 - Courier, Acct. 905010308 04-08; Lisa Williams Denver, Co | $    24.60 |
| 04/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17499; DATE: 4/22/2002 - Airfare, 5/12-5/17/02, Denver Boston Boston Denver, C. Latuda | 588.50 |
| 04/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17500; DATE: 4/22/2002 - Airfare, 5/26-5/31/02, Denver Boston Boston Denver, C. Latuda | 568.50 |
| 04/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17542; DATE: 4/25/2002 - Airfare, 5/12-5/24/02, Denver Boston Boston Denver, S. Haag | 568.50 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - hotel | 2,469.29 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - meals | 693.84 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - telephone | 105.63 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - taxis | 46.00 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002 - Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - mileage | 24.45 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002  -  Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - parking | 195.00 |
| 04/26/02 | | Other Expenses: VENDOR: Carla Latuda; INVOICE#: 040802A; DATE: 4/8/2002  -  Travel to Boston, MA to conduct document review at Cambridge regarding response to EPA's information requests - 04/14/02-04/26/02 - tokens | 39.90 |
| 04/26/02 | 288 | Photocopies | 43.20 |
| 04/26/02 | 1 | Photocopies | 0.15 |
| 04/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17551; DATE: 4/26/2002  -  Airfare, 5/12-5/17/02, Denver Boston Boston Denver, B. Miller | 588.50 |
| 04/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17555; DATE: 4/26/2002  -  Airfare, 5/12-5/24/02, Denver Boston Boston Denver, D. Davidson | 568.50 |
| 04/30/02 | | Other Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 050202; DATE: 5/2/2002  -  Travel to Boston to participate in gathering data in reponse to EPA's informatin request - airfare for Friday, May 17, 2002 - United Airlines | 578.50 |
| 04/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17585; DATE: 4/30/2002  -  Airfare, 5/28-6/1/02, Denver Boston Boston Denver, C. Rogers | 568.50 |
| 04/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17586; DATE: 4/30/2002  -  Airfare, Denver Boston Boston Denver, C. Rogers | 588.50 |
| 05/01/02 | | Long Distance Telephone:  6174984346 | 0.03 |
| 05/01/02 | | Long Distance Telephone:  4156691489 | 0.09 |
| 05/01/02 | | Long Distance Telephone:  6176862346 | 0.01 |
| 05/02/02 | | Long Distance Telephone:  6178761400 | 0.28 |
| 05/02/02 | | Long Distance Telephone:  6178761400 | 1.58 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 87 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/02/02 | 197 | Photocopies | 29.55 |
| 05/02/02 | 1 | Photocopies | 0.15 |
| 05/02/02 | 280 | Photocopies | 42.00 |
| 05/03/02 | 2 | Facsimile | 2.00 |
| 05/03/02 | | Long Distance Telephone:  2152751377 | 0.40 |
| 05/03/02 | 32 | Tab Stock: 32 Tab Stock | 1.60 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002 - Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - hotel | 725.30 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002 - Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - meals | 198.23 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002 - Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - telephone | 30.16 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002 - Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - taxis/tips | 102.00 |
| 05/03/02 | | Travel Expense: VENDOR: Mary E. Floyd; INVOICE#: 050602; DATE: 5/6/2002 - Travel to and from Boston for work at client's offices - 04/28-05/03/2002 - tokens for subway | 12.00 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17625; DATE: 5/3/2002 - Airfare, 5/27-5/31/02, Denver Boston Boston Denver, I. Mulholland | 568.50 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17635; DATE: 5/3/2002 - Airfare, 05/29-05/31/02, Denver Boston Boston Denver, K. Coggon | 568.50 |
| 05/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17638; DATE: 5/3/2002 - Airfare, 5/12-5/15/02, Denver Boston Boston Denver, K. Coggon | 608.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 601008 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/06/02 | | Long Distance Telephone: 9018202023 | 0.42 |
| 05/06/02 | | Long Distance Telephone: 6174982668 | 0.19 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 0.18 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.02 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 4.98 |
| 05/06/02 | | Long Distance Telephone: 2158518250 | 4.30 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.04 |
| 05/06/02 | | Long Distance Telephone: 4156691488 | 0.02 |
| 05/06/02 | | Long Distance Telephone: 6178761400 | 2.78 |
| 05/06/02 | | Long Distance Telephone: 4156691489 | 0.96 |
| 05/06/02 | | Long Distance Telephone: 6178761400 | 1.71 |
| 05/07/02 | 3 | Facsimile | 3.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | 2 | Facsimile | 2.00 |
| 05/07/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17668; DATE: 5/7/2002  -  Airfare, 5/19-5/31/02, Denver Boston Boston Denver, T. Braegger | 588.50 |
| 05/08/02 | 4 | Facsimile | 4.00 |
| 05/08/02 | 2 | Facsimile | 2.00 |
| 05/08/02 | | Long Distance Telephone: 4157775300 | 5.32 |
| 05/08/02 | | Long Distance Telephone: 4157775300 | 5.19 |
| 05/08/02 | | Long Distance Telephone: 9018202023 | 0.40 |
| 05/08/02 | | Long Distance Telephone: 5613621532 | 0.06 |
| 05/08/02 | | Long Distance Telephone: 6178761400 | 0.20 |
| 05/08/02 | | Long Distance Telephone: 2158518232 | 5.26 |