Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 89
Invoice No.: 601008
Client No.: 04339
Matter No.: 00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/08/02 | | Long Distance Telephone: 5613621533 | 5.09 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17669; DATE: 5/8/2002 - Airfare, 5/19-5/31/02, Dener Boston Boston Denver, K. Trammell | 588.50 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17672; DATE: 5/8/2002 - Airfare, 5/26-5/31/02, Denver Boston Boston Denver, N. Aberle | 588.50 |
| 05/08/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17677; DATE: 5/8/2002 - Airfare, 5/20-5/21/02, Santa Fe Denver Denver San Francisco San Francisco Denver, K. Coggon | 766.00 |
| 05/09/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-32220; DATE: 5/9/2002 - Courier, Acct. 0802-0410-8 05-03; Brent Tracy Cambridge, Ma | 25.57 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17735; DATE: 5/9/2002 - Airfare, 5/19-6/01/02, Denver Boston Boston Denver, D. Wall | 588.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17736; DATE: 5/9/2002 - Airfare, 5/15/02, Ft. Lauderdale Denver, K. Coggon | 167.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17737; DATE: 5/9/2002 - Airfare, 5/14/02, Boston Ft Lauderdale, K. Coggon | 318.50 |
| 05/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17738; DATE: 5/9/2002 - Airfare, 5/19-5/31/02, Denver Boston Boston Denver, S. Collins | 588.50 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - hotel | 711.26 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - meals | 162.62 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - telephone | 3.19 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - taxis/tips | 45.00 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - personal mileage | 24.45 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - parking | 75.00 |
| 05/09/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802C; DATE: 4/8/2002 - 05/05-05/09/02 - Document review at Cambridge re response to EPA's information requests - t tokens | 10.00 |
| 05/10/02 | | Long Distance Telephone: 4065232500 | 0.13 |
| 05/10/02 | 42 | Photocopies | 6.30 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002 - Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Hotel | 1,467.45 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002 - Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Meals | 390.40 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002 - Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Subway Tokens | 14.00 |
| 05/10/02 | | Travel Expense: VENDOR: Cathy S. Bowen; INVOICE#: 051502; DATE: 5/15/2002 - Travel expenses - Boston, MA 05/01-05/10/02 for supplemental document review in Cambridge - Telephone | 23.25 |
| 05/13/02 | | Long Distance Telephone: 6178761400 | 0.14 |
| 05/13/02 | 389 | Photocopies | 58.35 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            91
Invoice No.:    601008
Client No.:     04339
Matter No.:     00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/14/02 | | Long Distance Telephone: 6178761400 | 3.42 |
| 05/14/02 | | Long Distance Telephone: 6178761400 | 5.13 |
| 05/14/02 | 29 | Photocopies | 4.35 |
| 05/15/02 | | Long Distance Telephone: 6178761400 | 0.74 |
| 05/15/02 | | Long Distance Telephone: ent A. Trac   DATE: 5/15/2002 | 63.54 |
| 05/15/02 | | Long Distance Telephone: 6178761400 | 2.85 |
| 05/15/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 237.56 |
| 05/15/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 87.00 |
| 05/15/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 05/15/02; DATE: 5/15/2002 - Denver, 5/5-5/10/02, Boston, MA, W.R. Grace Document Review, B. Tracy | 893.18 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - auto rental | 127.76 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - Hotel | 343.28 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - meals | 239.53 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - telephone | 2.60 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - taxis/tips | 22.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            92
Invoice No.:    601008
Client No.:     04339
Matter No.:     00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - personal mileage | 21.90 |
| 05/15/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 051602; DATE: 5/16/2002 - Travel to Boston, MA - document production 05/12-05/15/02 - parking | 53.00 |
| 05/16/02 | | Long Distance Telephone: 5613621532 | 0.08 |
| 05/16/02 | | Long Distance Telephone: 9018202023 | 0.18 |
| 05/16/02 | 5 | Photocopies | 0.75 |
| 05/16/02 | 15 | Photocopies | 2.25 |
| 05/16/02 | 10 | Photocopies | 1.50 |
| 05/17/02 | | Long Distance Telephone: 6178761400 | 0.25 |
| 05/17/02 | 3 | Photocopies | 0.45 |
| 05/17/02 | 83 | Photocopies | 12.45 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - hotel | 815.25 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - meals | 342.78 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - telephone | 12.76 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - taxis/tips | 29.00 |

Holme Roberts & Owen LLP

June 30, 2002

| | |
|---|---|
| W.R. Grace | Page 93 |
| | Invoice No.: 601008 |
| | Client No.: 04339 |
| | Matter No.: 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - personal mileage | 24.45 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - parking | 90.00 |
| 05/17/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 040802F; DATE: 4/8/2002 - Boston, MA 05/12-05/17/02 - to conduct document review at Cambridge re resonse to EPA's information requests - tokens,coffee | 17.23 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - hotel | 815.25 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - meals | 229.03 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - taxis/tips | 40.00 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - personal mileage | 43.80 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - parking | 77.00 |
| 05/17/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 052002; DATE: 5/20/2002 - Travel expense - work on WR Grace project 05/12-05/17/02 - subway tokens | 10.00 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            94
Invoice No.:    601008
Client No.:     04339
Matter No.:     00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002 - Travel - 05/12-05/17/02 - Document review in Cambridge, MA - hotel | 815.30 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002 - Travel - 05/12-05/17/02 - Document review in Cambridge, MA - meals | 180.30 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002 - Travel - 05/12-05/17/02 - Document review in Cambridge, MA - telephone | 18.00 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002 - Travel - 05/12-05/17/02 - Document review in Cambridge, MA - taxis/tips | 119.00 |
| 05/17/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 052302; DATE: 5/23/2002 - Travel - 05/12-05/17/02 - Document review in Cambridge, MA - incidentials | 12.00 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - hotel | 977.20 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - meals | 215.12 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - taxis/tips | 33.00 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - personal mileage | 17.52 |
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - parking | 2.00 |

Holme Roberts & Owen LLP

June 30, 2002

| W.R. Grace | | | |
|---|---|---|---|
| | | Page | 95 |
| | | Invoice No.: | 601008 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/17/02 | | Travel Expense: VENDOR: Geoffrey Barry; INVOICE#: 052402; DATE: 5/24/2002 - Trip to Boston, MA to work on supplemental document review in Cambridge - 05/12-05/17/2002 - shuttle to airport; "T" tokens; umbrella | 32.59 |
| 05/19/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 051502; DATE: 5/15/2002 - Roundtrip ticket to Boston, MA - May 19-27,2002 | 415.01 |
| 05/20/02 | | Long Distance Telephone: 6178761400 | 0.02 |
| 05/20/02 | | Long Distance Telephone: 6178761400 | 1.47 |
| 05/20/02 | 18 | Photocopies | 2.70 |
| 05/20/02 | 6 | Photocopies | 0.90 |
| 05/20/02 | 82 | Photocopies | 12.30 |
| 05/20/02 | 189 | Photocopies | 28.35 |
| 05/20/02 | 32 | Photocopies | 4.80 |
| 05/20/02 | 54 | Photocopies | 8.10 |
| 05/20/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 17863; DATE: 5/20/2002 - Airfare, 5/27-5/31/02, Denver Boston Boston Denver, B. Tracy | 628.50 |
| 05/21/02 | 60 | Photocopies | 9.00 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 1.83 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 1.92 |
| 05/22/02 | | Long Distance Telephone: 6178761400 | 0.07 |
| 05/22/02 | | Long Distance Telephone: 6175423025 | 0.04 |
| 05/22/02 | | Long Distance Telephone: 6175423025 | 0.41 |
| 05/22/02 | | Long Distance Telephone: 2168518250 | 0.05 |
| 05/22/02 | | Long Distance Telephone: 2158518250 | 0.08 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page            96
Invoice No.:    601008
Client  No.:    04339
Matter  No.:    00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - Airline Change Fee | 100.00 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - Hotel | 1,909.44 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - meals | 340.29 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - telephone | 8.18 |
| 05/22/02 | | Travel Expense: VENDOR: Dyan Davidson; INVOICE#: 052302; DATE: 5/23/2002 - Travel - Boston, MA - 05/12-05/22/02 - Dyan Davidson - taxis/tips | 128.20 |
| 05/23/02 | 2 | Facsimile | 2.00 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 1.71 |
| 05/23/02 | | Long Distance Telephone: 6174265900 | 1.44 |
| 05/23/02 | | Long Distance Telephone: 6178761400 | 0.12 |
| 05/23/02 | | Long Distance Telephone: 6179567900 | 0.05 |
| 05/23/02 | | Long Distance Telephone: 6172278600 | 0.11 |
| 05/23/02 | | Long Distance Telephone: 6172278600 | 0.07 |
| 05/23/02 | 100 | Photocopies | 15.00 |
| 05/24/02 | | Long Distance Telephone: 6178761400 | 0.57 |
| 05/24/02 | | Long Distance Telephone: 4065232500 | 0.17 |
| 05/24/02 | | Long Distance Telephone: chard F. Ro    24/02; DATE: 5/24/ | 9.50 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page 97
Invoice No.: 601008
Client No.: 04339
Matter No.: 00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/24/02 | | Other Meal Expenses: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 208.52 |
| 05/24/02 | | Parking: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 2.00 |
| 05/24/02 | 3 | Photocopies | 0.45 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - hotel | 1,335.84 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - Meals | 650.22 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - telephone | 2.00 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - taxis/tips | 52.00 |
| 05/24/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 052802; DATE: 5/28/2002 - Travel to Boston, MA - Document review - 05/12/02-05/17/02 - subways and supplies | 42.74 |
| 05/24/02 | | Travel Expense: VENDOR: Richard F. Rodriguez; INVOICE#: 05/24/02; DATE: 5/24/2002 - Denver, 5/12-5/17/02, Review Documents in Response to CRA Request for Information and Related Litigation | 691.80 |
| 05/28/02 | | Long Distance Telephone: 7703902700 | 0.20 |
| 05/28/02 | | Long Distance Telephone: 4065232500 | 0.30 |
| 05/28/02 | 40 | Photocopies | 6.00 |
| 05/29/02 | | Long Distance Telephone: 6178761400 | 0.37 |

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 98 |
| Invoice No.: | 601008 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---:|
| 05/29/02 | | Long Distance Telephone: 6178761400 | 0.14 |
| 05/29/02 | | Long Distance Telephone: 6178761400 | 0.08 |
| 05/29/02 | | Long Distance Telephone: 4105314362 | 0.71 |
| 05/29/02 | | Long Distance Telephone: 9018202023 | 0.24 |
| 05/30/02 | 14 | Facsimile | 14.00 |
| 05/30/02 | 409 | Photocopies | 61.35 |
| 05/30/02 | 155 | Photocopies | 23.25 |
| 05/31/02 | | Administration: Other Billable overtime 5/1/02 MF | 1,265.00 |
| 05/31/02 | | Administration: Other Billable overtime 5/15/02 CB | 62.50 |
| 05/31/02 | | Administration: Other Billable overtime 5/31/02 FS | 200.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime 5/15/02 CL | 1,485.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime 5/31/02 NA | 1,223.75 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime 5/31/02 CL | 770.00 |
| 05/31/02 | | Legal Assistant Overtime: LA overtime 5/31/02 JS | 5,021.25 |
| 05/31/02 | 3 | Photocopies | 0.45 |

**Total Disbursements:** $ **42,261.56**

Case 01-01139-AMC    Doc 2551-9    Filed 08/16/02    Page 11 of 18

Holme Roberts & Owen LLP

June 30, 2002

W.R. Grace

Page                99
Invoice No.:   601008
Client  No.:   04339
Matter  No.:   00400

### Disbursement Summary

| | | |
|---|---:|---:|
| Parking | $ | 89.00 |
| Photocopies | | 374.10 |
| Facsimile | | 33.00 |
| Long Distance Telephone | | 137.64 |
| Outside Courier | | 50.17 |
| Travel Expense | | 26,949.86 |
| Other Meal Expenses | | 446.08 |
| Other Expenses | | 4,152.61 |
| Legal Assistant Overtime | | 8,500.00 |
| Administration | | 1,527.50 |
| Tab Stock | | 1.60 |
| **Total Disbursements:** | **$** | **42,261.56** |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/28/02 | LCS | Train temporary employee on data entry into the Cambridge/Winthrop Box Tracking Database (5.00); telephone conference with IT Dept re computer access (.50). | 5.50 | $ 467.50 |
| 05/30/02 | LCS | QC data entry, input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.50). | 5.50 | 467.50 |
| 05/31/02 | LCS | QC data, input and maintain data in the Cambridge/Winthrop Box Tracking Database (5.50). | 5.50 | 467.50 |
| 06/01/02 | DPW | Travel to Denver from Boston (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 555.00 |
| 06/03/02 | KJC | Telephone conference with G. Thornton re scanning progress (0.40); e-mail exchange with M. Murphy and A. Trevelise re progress and schedule (0.40). | 0.80 | 220.00 |
| 06/03/02 | CLR | Return travel to Denver (3.00) (3.00 N/C) (50% NWT). | 3.00 | 675.00 |
| 06/03/02 | BAT | Review EH&S microfilm for responsive information. | 3.40 | 816.00 |
| 06/03/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 06/04/02 | BAT | Review EH&S microfilm for documents responsive to EPA information requests and litigation discovery (2.90). | 2.90 | 696.00 |
| 06/05/02 | KJC | Address timing for return of boxes, staffing and related matters (0.30). | 0.30 | 82.50 |
| 06/05/02 | BAT | Conference with Mark Thompson re corruption of CD of EH&S archived documents (0.30); e-mail Brian O'Connell re provision of replacement CD (0.10). | 0.40 | 96.00 |
| 06/06/02 | MCL | Update Winthrop Square tracking spreadsheets. | 1.00 | 125.00 |

Holme Roberts & Owen LLP

July 29, 2002

| | | |
|---|---|---|
| W.R. Grace | Page | 74 |
| | Invoice No.: | 603596 |
| | Client No.: | 04339 |
| | Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 3.50 | 297.50 |
| 06/07/02 | MCL | Read and respond to e-mails and telephone conversations with Matt Murphy and Angela Anderson re status of document return in Boston and other issues. | 1.40 | 175.00 |
| 06/09/02 | KJC | Travel to Columbia, MD (3.20) (3.20 N/C) (NWT 50%). | 3.20 | 880.00 |
| 06/10/02 | KJC | Review files from R. Emmett, W. Corcoran and D. Siegel (6.90). | 6.90 | 1,897.50 |
| 06/10/02 | MCL | Update tracking lists for Cambridge and Winthrop Square boxes re scanning status (3.00); travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 6.00 | 750.00 |
| 06/10/02 | JLS | Travel to Boston for return of documents (3.00) (3.00 N/C)(50%NWT). | 3.00 | 375.00 |
| 06/11/02 | KJC | Travel to Wilmington, DE (0.80) (0.80 N/C) (NWT 50%); review W. Sparks files including conferences with W. Sparks and A. Trevelise (7.00); return travel to Denver (4.30) (4.30 N/C) (NWT 50%). | 12.10 | 3,327.50 |
| 06/11/02 | BAT | Conference with MThompson re issues with loading EH&S documents imaged on CD. | 0.30 | 72.00 |
| 06/11/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (12.20). | 12.20 | 1,525.00 |
| 06/11/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (12.20). | 12.20 | 1,525.00 |
| 06/12/02 | KJC | Address document review issues including vendor progress, additional responsive documents, and production considerations (1.10). | 1.10 | 302.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/12/02 | MCL | Re-shelve reviewed and scanned boxes and refile active files at Cambridge (13.50). | 13.50 | 1,687.50 |
| 06/12/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (13.50). | 13.50 | 1,687.50 |
| 06/12/02 | MBF | Review and code expanding plant investigation documents in Boulder office. | 7.50 | 675.00 |
| 06/13/02 | KJC | Address document review issues including vendor progress, additional responsive documents, respond to wrap up questions, and production considerations (0.80). | 0.80 | 220.00 |
| 06/13/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (12.40). | 12.40 | 1,550.00 |
| 06/13/02 | JLS | Refile Grace active files and reshelve files returned by ONSS (2.5); review and QC documents in Cambridge (Winthrop) for EPA Fourth Request for Information, supplemental production and class action lawsuits including train and supervise temporary employees (2.0); travel to Denver from document review (3.0) (3.0 N/C)(50%NWT). | 7.50 | 937.50 |
| 06/14/02 | KJC | Address final document review issues (0.60). | 0.60 | 165.00 |
| 06/14/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (10.60). | 10.60 | 1,325.00 |
| 06/15/02 | MCL | Travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 3.00 | 375.00 |
| 06/17/02 | MCL | Update tracking lists re boxes sent to and returned from ONSS (7.10). | 7.10 | 887.50 |
| 06/17/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | Page | 76 |
|---|---|---|---|
| | | Invoice No.: | 603596 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/02 | MCL | Update tracking lists re boxes sent to and returned from ONSS (5.30); prepare list of boxes still to be returned from ONSS (1.80); search tracking lists to determine dead storage locations of same (1.20). | 8.30 | 1,037.50 |
| 06/18/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 06/19/02 | KJC | Telephone conference with MCLatuda re additional tasks to complete review including privilege log and production searches (0.30). | 0.30 | 82.50 |
| 06/19/02 | BAT | Review EHS images archived on CD for responsive information (2.30); telephone conference with and e-mail to George Thornton re ONSS ability to directly image microfilm (.40). | 2.70 | 648.00 |
| 06/19/02 | MCL | Telephone conference with Matt Murphy re boxes containing Steve Ahern files (.20); research database and tracking lists re same (.40); draft e-mail to Matt Murphy re same (.30); update Boston production tracking lists (4.30); conference with KJCoggon re additional task assignments including overseeing loading and coding of images and data provided by ONSS (.30); conferences with BPayne and CCotts re status of same (.40). | 5.90 | 737.50 |
| 06/19/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.50 | 552.50 |
| 06/20/02 | MCL | Update Boston production tracking lists and spreadsheets (6.90); telephone conferences with Matt Murphy re scanning status and staffing issues (.40). | 7.30 | 912.50 |
| 06/20/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.00 | 510.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/21/02 | BAT | Review and code EHS images archived to CD for responsiveness to EPA information requests and litigation discovery (6.90). | 6.90 | 1,656.00 |
| 06/21/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.00 | 595.00 |
| 06/24/02 | BAT | Conference with MThompson re protocol for editing images uploaded from EH&S CDs. | 0.30 | 72.00 |
| 06/24/02 | MCL | Update Boston production tracking lists and spreadsheets (4.00); telephone conferences with Angela Anderson re Tuesday delivery of boxes by ONSS and tracking of same (.30). | 4.30 | 537.50 |
| 06/24/02 | LCS | Train temporary employee on Lotus Notes data entry (3.50); QC data entry in the Cambridge/Winthrop Box Tracking Database (4.00). | 7.50 | 637.50 |
| 06/25/02 | BAT | Review and code documents uploaded from EH&S CDs for responsiveness to EPA information requests and litigation discovery (8.70). | 8.70 | 2,088.00 |
| 06/25/02 | MCL | Prepare spreadsheets of outstanding boxes still at ONSS to utilize in re-filing and re-shelving of boxes at Cambridge (4.80); travel to Boston (3.00) (3.00 N/C) (NWT 50%). | 7.80 | 975.00 |
| 06/25/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.00 | 680.00 |
| 06/26/02 | MCL | Review index of reviewed and scanned boxes and reshelve same, and refile active files at Cambridge (13.20). | 13.20 | 1,650.00 |
| 06/26/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.00 | 595.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 78 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/27/02 | MCL | Re-shelve reviewed and scanned boxes and refile active files at Cambridge (4.80); prepare tracking lists for Angela Anderson re boxes yet to be returned (.90); conference with Angela Anderson re same (.50); review boxes at Winthrop Square re whether same should remain at Winthrop or be returned to Cambridge (1.60); travel to Denver (3.00) (3.00 N/C) (NWT 50%). | 9.20 | 1,150.00 |
| 06/27/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |
| 06/28/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 2.50 | 212.50 |

Total Fees Through June 30, 2002:   308.10   $ 42,249.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 26.10 | $ 7,177.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 25.60 | 6,144.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 3.00 | 675.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 3.00 | 555.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 123.20 | 15,400.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 36.20 | 4,525.00 |
| LCS | Loraine C. Street | Other | 85.00 | 83.50 | 7,097.50 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 7.50 | 675.00 |

Total Fees:   308.10   $ 42,249.00

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

Page             79
Invoice No.:     603596
Client   No.:    04339
Matter  No.:     00400

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/14/02 | | Long Distance Telephone: 6178761400 | $ 2.45 |
| 01/14/02 | | Long Distance Telephone: 6178761400 | 2.44 |
| 01/17/02 | | Long Distance Telephone: 6178761400 | 1.30 |
| 01/17/02 | | Long Distance Telephone: 6178761400 | 1.29 |
| 01/18/02 | | Long Distance Telephone: 6174512600 | 1.44 |
| 01/18/02 | | Long Distance Telephone: 6174512600 | 1.44 |
| 02/04/02 | | Long Distance Telephone: 6178761400 | 10.77 |
| 02/06/02 | | Long Distance Telephone: 6178761400 | 1.08 |
| 02/11/02 | | Long Distance Telephone: 6178761400 | 5.39 |
| 02/20/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 02/22/02 | | Long Distance Telephone: 6178761400 | 0.39 |
| 02/22/02 | | Long Distance Telephone: 6173673925 | 1.14 |
| 03/05/02 | | Long Distance Telephone: 6178761400 | 9.70 |
| 03/06/02 | | Long Distance Telephone: 6178761400 | 2.28 |
| 03/07/02 | | Long Distance Telephone: 6176936076 | 1.14 |
| 03/08/02 | | Long Distance Telephone: 6178761400 | 14.26 |
| 04/01/02 | | Long Distance Telephone: 6178761400 | 2.85 |
| 04/01/02 | | Long Distance Telephone: 6172278600 | 1.14 |
| 04/02/02 | | Long Distance Telephone: 6178761400 | 13.12 |
| 04/02/02 | | Long Distance Telephone: 6175423025 | 13.69 |
| 04/04/02 | | Long Distance Telephone: 6178761400 | 6.84 |
| 04/15/02 | | Long Distance Telephone: 6178761400 | 6.84 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 10.27 |
| 04/18/02 | | Long Distance Telephone: 6178761400 | 1.14 |