Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/27/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009116487; DATE: 4/27/2002 - Courier, Acct. 905010308 04-26; Carla Latuda Denver, Co | 31.45 |
| 05/03/02 | | Long Distance Telephone:  6178761400 | 10.27 |
| 05/05/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009209243; DATE: 5/5/2002 - Courier, Acct. 905010308 05-01; Brent Tracy Denver, Co | 36.38 |
| 05/05/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009209243; DATE: 5/5/2002 - Courier, Acct. 905010308 05-03; Joan Sherman Boulder, Co | 15.36 |
| 05/06/02 | | Long Distance Telephone:  6178761400 | 12.55 |
| 05/06/02 | | Long Distance Telephone:  6178761400 | 1.71 |
| 05/09/02 | | Long Distance Telephone:  6176936076 | 1.71 |
| 05/09/02 | | Long Distance Telephone:  6176936076 | 1.71 |
| 05/14/02 | | Long Distance Telephone:  6178761400 | 1.10 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002 - Courier, Acct. 0802-0410-8 05-06; From Scott Nichols Los Angeles, Ca to Corina Aschenbrenner Denver, Co | 12.07 |
| 05/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-213-69883; DATE: 5/16/2002 - Courier, Acct. 0802-0410-8 05-10; Gary L Graham Missoula, Mt | 23.96 |
| 05/21/02 | | Long Distance Telephone:  6178761400 | 4.35 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002 - Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Auto Rental | 161.63 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002 - Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Hotel | 137.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002 - Travel expense - 05/20-05/21/2002 related to document production for Boston document review - meals | 103.57 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002 - Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Taxis/tips | 50.00 |
| 05/21/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 052402A; DATE: 5/24/2002 - Travel expense - 05/20-05/21/2002 related to document production for Boston document review - Toll fees | 3.00 |
| 05/22/02 | | Long Distance Telephone:  6178761400 | 1.24 |
| 05/22/02 | | Long Distance Telephone:  6178761400 | 9.94 |
| 05/22/02 | | Travel Expense: VENDOR: Brad A Miller; INVOICE#: 05/22/02; DATE: 5/22/2002 - Colordo Springs, 5/12/02 & 5/17/02, Mileage to work on W.R. Grace Project | 8.50 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 13.67 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 4.35 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 1.24 |
| 05/23/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 05/24/02 | | Long Distance Telephone:  6178761400 | 6.83 |
| 05/25/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009375671; DATE: 5/25/2002 - Courier, Acct. 905010308 05-17; Carla Latuda Denver, Co | 42.60 |
| 05/25/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009375671; DATE: 5/25/2002 - Courier, Acct. 905010308 05-22; Joan Sherman Boulder, Co | 15.36 |
| 05/28/02 | | Long Distance Telephone:  6178761400 | 9.32 |
| 05/28/02 | | Long Distance Telephone:  6178761400 | 7.45 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/28/02 | | Long Distance Telephone:  6175423025 | 1.86 |
| 05/30/02 | | Long Distance Telephone: mes G Beasl    ; DATE: 5/30/2002 | 2.00 |
| 05/30/02 | | Long Distance Telephone: 6178761400 | 0.54 |
| 05/30/02 | | Long Distance Telephone: 7037298543 | 0.10 |
| 05/30/02 | | Long Distance Telephone: 2158518250 | 1.36 |
| 05/30/02 | | Other Meal Expenses: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Meals | 542.78 |
| 05/30/02 | | Parking: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Parking | 49.00 |
| 05/30/02 | | Travel Expense: VENDOR: James G Beasley; INVOICE#: 05/30/02; DATE: 5/30/2002  -  Denver, Travel to Boston, MA, 5/19-5/24/02, Travel | 1,753.27 |
| 05/31/02 | | Long Distance Telephone:  2158518250 | 11.80 |
| 05/31/02 | | Long Distance Telephone:  6178761400 | 9.94 |
| 05/31/02 | | Long Distance Telephone:  6174265900 | 11.18 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Hotel | 759.05 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Meals | 135.03 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 0 Telephone | 12.85 |
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002  -  Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Taxis/tips | 126.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/31/02 | | Travel Expense: VENDOR: Natalie Aberle; INVOICE#: 060202; DATE: 6/2/2002 - Travel Expenses - Cambridge, MA - 05/26-05/31/02 - Subway Tokens | 10.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Hotel | 950.20 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Meals | 284.09 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Telephone | 7.58 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Taxis/tips | 31.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Personal Mileage | 24.45 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - Parking | 90.00 |
| 05/31/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense to Boston, MA 05/26-05/31/02 - to conduct document review at Cambridge re: response to EPA's information requests - T tokens and coffee | 22.20 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Hotel | 2,840.78 |
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Meals | 691.40 |
| 05/31/02 | | Travel Expense: VENDOR: Troy R. Braegger; INVOICE#: 060402; DATE: 6/4/2002 - Travel expense related to document review in Boston, MA for responsiveness to EPA information request and litigation discovery 05/20-05/31/02 - Taxis/tips | 46.00 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - airfare | 538.50 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - hotel | 924.00 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - meals | 268.15 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - taxis/tips | 53.75 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - personal mileage | 25.55 |
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002 - Travel expense - document review in Cambridge 05/26-31/2002 - parking | 79.00 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 05/31/02 | | Travel Expense: VENDOR: Jennifer Hall; INVOICE#: 061002A; DATE: 6/10/2002  -  Travel expense - document review in Cambridge 05/26-31/2002 - subway tokens | 8.00 |
| 06/01/02 | 24 | Photocopies | 3.60 |
| 06/02/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0016; DATE: 6/5/2002  -  Temporary services - June 2, 2002 - Louise Taylor - Data Entry Support | 464.00 |
| 06/03/02 | | Long Distance Telephone: elda C. Mul    /02; DATE: 6/3/200 | 4.05 |
| 06/03/02 | | Long Distance Telephone: ith Trammel    DATE: 6/3/2002 - | 80.61 |
| 06/03/02 | | Long Distance Telephone:  6175423025 | 0.16 |
| 06/03/02 | | Long Distance Telephone:  2122529700 | 1.59 |
| 06/03/02 | | Long Distance Telephone:  6175423025 | 0.07 |
| 06/03/02 | | Long Distance Telephone:  6175423025 | 0.30 |
| 06/03/02 | | Long Distance Telephone:  6172278600 | 0.13 |
| 06/03/02 | | Long Distance Telephone:  6177251616 | 0.05 |
| 06/03/02 | | Long Distance Telephone:  6174263501 | 0.20 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 06/03/02; DATE: 6/3/2002  -  Denver, 5/11-5/17/02, Travel Expenses to Conduct Response to EPA 104 (E) Information Request, Meals | 324.31 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Imelda C. Mulholland; INVOICE#: 6/3/02; DATE: 6/3/2002  -  Denver, 5/27-5/31/02, Travel Expenses to Conduct Response to EPA 104(E) Information Request, Meals | 189.69 |
| 06/03/02 | | Other Meal Expenses: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002  -  Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Meals | 1,045.83 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/03/02 | | Parking: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Parking | 2.00 |
| 06/03/02 | 3 | Photocopies | 0.45 |
| 06/03/02 | | Travel Expense: VENDOR: Imelda C. Mulholland; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/11-5/17/02, Travel Expenses to Conduct Response to EPA 104 (E) Information Request, Travel Expenses | 1,006.52 |
| 06/03/02 | | Travel Expense: VENDOR: Imelda C. Mulholland; INVOICE#: 6/3/02; DATE: 6/3/2002 - Denver, 5/27-5/31/02, Travel Expenses to Conduct Response to EPA 104(E) Information Request, Travel Expenses | 709.50 |
| 06/03/02 | | Travel Expense: VENDOR: Keith Trammell; INVOICE#: 06/03/02; DATE: 6/3/2002 - Denver, 5/19-5/31/02, Boston, MA, Expenses incurred while reviewing and coding documents for responsiveness to EPA information requests and litigation discovery, Travel Expenses | 3,022.11 |
| 06/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18014; DATE: 6/3/2002 - Airfare, 6/10-6/14/02, Denver Boston Boston Denver, C. Latuda | 130.00 |
| 06/04/02 | | Long Distance Telephone: 2122529700 | 0.71 |
| 06/04/02 | | Long Distance Telephone: 6178761400 | 0.12 |
| 06/04/02 | | Other Meal Expenses: VENDOR: Sanchez, Corey R.; INVOICE#: 06/04/02; DATE: 6/4/2002 - Denver, 5/15-5/31/02, Work on Grace Project in Boston | 423.07 |
| 06/04/02 | | Other Meal Expenses: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002 - Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Meals | 130.30 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002 - Courier, Acct. 0802-0410-8 05-10; Suresh Moolgavkar Belleview, Wa | 27.26 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 87 |
| Invoice No.: | | 603596 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-10; Phil Goad Little Rock, Ar | 8.85 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-10; E Anderson Alexandria, Va | 15.12 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-14; Bertham Price White Plains, NY | 26.92 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-14; Constance Rogers Boston, Ma | 9.18 |
| 06/04/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-09916; DATE: 6/4/2002  -  Courier, Acct. 0802-0410-8 05-17; Eric Moeller Inverness, Ca | 32.55 |
| 06/04/02 | | Parking: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002  -  Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Parking | 82.50 |
| 06/04/02 | | Travel Expense: VENDOR: Sanchez, Corey R.; INVOICE#: 06/04/02; DATE: 6/4/2002  -  Denver, 5/15-5/31/02, Work on Grace Project in Boston | 4,031.64 |
| 06/04/02 | | Travel Expense: VENDOR: Travis T. Tygart; INVOICE#: 06/04/02F; DATE: 6/4/2002  -  Colorado Springs, 5/26-5/30/02, Travel to Boston to review Documents for W.R. Grace/Libby, Montana Asbestos case, Travel Expenses | 1,868.73 |
| 06/05/02 | | Long Distance Telephone: 2158518250 | 1.24 |
| 06/05/02 | | Long Distance Telephone: 6174263501 | 3.73 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002  -  Courier, Acct. 0802-0410-8 05-31; From Conrad Paquette Boston, Ma to Carla Latuda Denver, Co | 40.52 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002 - Courier, Acct. 0802-0410-8 05-21; Katheryn Coggon Boulder, Co | 9.71 |
| 06/06/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-80449; DATE: 6/6/2002 - Courier, Acct. 0802-0410-8 05-21; Katheryn Coggon Boulder, Co | 5.85 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Katheryn Coggon Boulder, Co | 47.90 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-22; Katheryn Coggon Boulder, Co | 43.59 |
| 06/07/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-254-46630; DATE: 6/7/2002 - Courier, Acct. 0802-0410-8 05-24; Brent Tracy Cambridge, Ma | 21.22 |
| 06/09/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0017; DATE: 6/12/2002 - Temporary services - Louise Taylor - data entry support | 632.00 |
| 06/10/02 | | Other Meal Expenses: VENDOR: Constance L Rogers; INVOICE#: 06/10/02; DATE: 6/10/2002 - Denver, 5/28-6/3/02, Expenses incurred for Document review in Boston for WRGrace, Meals | 162.39 |
| 06/10/02 | | Other Meal Expenses: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Meals | 400.41 |
| 06/10/02 | | Parking: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Parking | 149.00 |
| 06/10/02 | | Travel Expense: VENDOR: Constance L Rogers; INVOICE#: 06/10/02; DATE: 6/10/2002 - Denver, 5/28-6/3/02, Expenses incurred for Document review in Boston for WRGrace, Travel Expenses | 562.95 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/10/02 | | Travel Expense: VENDOR: Constance L Rogers; INVOICE#: 06/10/2002; DATE: 6/10/2002 - Denver, 5/13-5/22/02, Travel Expenses for Document review in Boston for WRGrace, Travel Expenses | 1,980.33 |
| 06/11/02 | | Long Distance Telephone: 6178761400 | 1.24 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Hotel | 347.60 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Meals | 89.88 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Taxis/tips | 180.00 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Personal Mileage | 21.90 |
| 06/11/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202A; DATE: 6/12/2002 - Travel expense for client meetings - Columbia, MD and Wilmington, DE 06/09-06/11/2002 - Parking | 44.00 |
| 06/12/02 | 4 | Photocopies | 0.60 |
| 06/12/02 | 4 | Photocopies | 0.60 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - airfare upgrade | 100.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - hotel | 1,311.05 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 603596 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - meals | 292.74 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - telephone | 30.86 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - taxis/tips | 26.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - personal auto/mileage | 24.45 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - parking | 77.00 |
| 06/15/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 061702; DATE: 6/17/2002 - Travel expense - Cambridge MA regarding response to EPA's information requests - June 10-June 15, 2002 - T tokens, coffee | 8.00 |
| 06/17/02 | 1 | Photocopies | 0.15 |
| 06/17/02 | 2 | Photocopies | 0.30 |
| 06/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18226; DATE: 6/17/2002 - Airfare, 6/25-6/27/02, Denver Boston Boston Denver, C. Latuda | 628.50 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

Page          91
Invoice No.:   603596
Client  No.:   04339
Matter  No.:   00400

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/18/02 | | Other Meal Expenses: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Meals | 102.14 |
| 06/18/02 | | Parking: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Parking | 51.00 |
| 06/18/02 | | Travel Expense: VENDOR: Joan L. Sherman; INVOICE#: 06/18/02; DATE: 6/18/2002 - Denver, 6/10-6/17/02, Boston, MA, Supplemental document review in Cambridge and Winthrop Square, Travel Expenses | 1,692.30 |
| 06/21/02 | | Long Distance Telephone:  6175423025 | 4.35 |
| 06/21/02 | | Service of Process: VENDOR: Subpoenas Unlimited; INVOICE#: 6/21/2002; DATE: 6/21/2002 - Process server for lab subpoena. NAberle | 58.00 |
| 06/24/02 | | Long Distance Telephone:  6175423025 | 0.16 |
| 06/25/02 | | Long Distance Telephone: ent A. Trac    DATE: 6/25/2002 | 63.45 |
| 06/25/02 | | Long Distance Telephone:  6174263501 | 0.37 |
| 06/25/02 | | Other Meal Expenses: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Meals | 256.36 |
| 06/25/02 | | Parking: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Parking | 72.00 |
| 06/25/02 | | Travel Expense: VENDOR: Brent A. Tracy; INVOICE#: 06/25/02; DATE: 6/25/2002 - Denver, 5/27-5/31/02, Boston, MA, Expenses for W.R. Grace document review, Travel Expenses | 798.13 |
| 06/27/02 | | Long Distance Telephone: 2122529700 | 0.16 |
| 06/28/02 | | Long Distance Telephone: 6175423025 | 1.09 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime 6/28/2002  CL | 811.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime 6/28/2002  JS | 1,478.75 |

Holme Roberts & Owen LLP

July 29, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 603596 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/02  NA | 921.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  DD | 512.50 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  SH | 925.00 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/02  CL | 1,086.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  IM | 2,731.25 |
| 06/30/02 | | Legal Assistant Overtime: LA overtime  6/14/2002  JS | 1,966.25 |

**Total Disbursements:**                                      **$   45,578.47**

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 405.50 |
| Photocopies | | 5.70 |
| Service of Process | | 58.00 |
| Long Distance Telephone | | 408.40 |
| Outside Courier | | 465.85 |
| Travel Expense | | 29,129.24 |
| Other Meal Expenses | | 3,577.28 |
| Other Expenses | | 1,096.00 |
| Legal Assistant Overtime | | 10,432.50 |
| **Total Disbursements:** | **$** | **45,578.47** |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Frank Erisman | Partner | Commercial | $400.00 | 1.0 | $400.00 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 292.1 | $102,235.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 284.5 | $115,350.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 137.9 | $41,370.00 |
| Colin Harris | Partner | Litigation | $350.00 | 47.6 | $16,660.00 |
| Phillip Clark | Partner | Commercial | $350.00 | 0.2 | $70.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 209.5 | $62,850.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 12.9 | $3,547.50 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 431.0 | $118,525.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 313.1 | $87,668.00 |
| Troy Braegger | Sr. Counsel | Corporate | $300.00 | 117.2 | $35,160.00 |
| Mark Weakley | Sp. Counsel | Litigation | $295.00 | 76.1 | $22,449.50 |
| Richard Rodriguez | Sr. Associate | Litigation | $235.00 | 57.6 | $13,536.00 |
| Kevin Galligan | Sr. Associate | Corporate | $295.00 | 67.3 | $19,853.50 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 358.10 | $85,944.00 |
| Bradford E. Dempsey | Associate | Litigation | $200.00 | 9.3 | $1,860.00 |
| James Beasley | Associate | Corporate | $175.00 | 68.7 | $12,022.50 |
| Geoffrey Barry | Associate | Environmental | $220.00 | 176.1 | $38,742.00 |
| Jennifer Hall | Associate | Environmental | $220.00 | 116.6 | $25,652.00 |
| Kelly Matthews | Associate | Litigation | $230.00 | 27.8 | $6,394.00 |
| Bono, Eric | Associate | Corporate | $175.00 | 35.2 | $6,160.00 |
| Tygert, Travis | Associate | Corporate | $175.00 | 47.9 | $8,382.50 |
| Gino Maurelli | Associate | Corporate | $225.00 | 63.0 | $14,175.00 |
| David Kunstle | Associate | Corporate | $240.00 | 9.1 | $2,184.00 |
| Keith Trammell | Associate | Corporate | $185.00 | 269.3 | $49,820.50 |
| Doug Wall | Associate | Corporate | $185.00 | 261.0 | $48,285.00 |
| Jason Haislmaier | Associate | Int. Property | $285.00 | 42.4 | $12,084.00 |
| Sven Collins | Associate | Litigation | $235.00 | 109.8 | $25,803.00 |

| Constance Rogers | Associate | Corporate | $225.00 | 119.9 | $26,977.50 |
|---|---|---|---|---|---|
| Corey Sanchez | Associate | Corporate | $175.00 | 243.6 | $42,630.00 |
| Brad Miller | Associate | Litigation | $175.00 | 61.9 | $10,832.50 |
| Jason Prussman | Law Clerk | Litigation | $140.00 | 2.8 | $392.00 |
| Jason Heep | Law Clerk | Litigation | $140.00 | 40.3 | $5,642.00 |
| Jennifer Howard | Law Clerk | Litigation | $140.00 | 31.6 | $4,424.00 |
| Joanna Lee | Law Clerk | Litigation | $140.00 | 106.7 | $14,938.00 |
| Andrew Morrison | Law Clerk | Litigation | $140.00 | 20.3 | $2,842.00 |
| John Valentine | Law Clerk | Litigation | $140.00 | 22.9 | $3,206.00 |
| Thomas W. Korver | Sr. Paralegal | Environmental | $140.00 | 205.5 | $28,770.00 |
| M. Carla Latuda | Sr. Paralegal | Environmental | $125.00 | 543.5 | $67,937.50 |
| Joan M. Sherman | Sr. Paralegal | Environmental | $125.00 | 431.1 | $53,887.50 |
| Johncie Wingard | Paralegal | Corporate | $125.00 | 54.9 | $6,862.50 |
| Natalie Aberle | Paralegal | Environmental | $110.00 | 407.5 | $44,825.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 291.4 | $24,769.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 161.8 | $16,989.00 |
| Corina Aschenbrenner | Paralegal | Environmental | $125.00 | 3.4 | $425.00 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 195.6 | $24,450.00 |
| Dyan Davidson | Paralegal | Environmental | $110.00 | 89.2 | $9,812.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 271.3 | $24,417.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 175.1 | $19,261.00 |
| William E. Payne | Info. Spec. | Environmental | $ 85.00 | 130.9 | $11,126.50 |
| Faye Proctor | Case Admin. | Environmental | $ 70.00 | 4.9 | $343.00 |
| Cathy Bowen | Case Admin. | Environmental | $75.00 | 86.50 | $6,487.50 |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $926.50 |
| Photocopies | $11,892.79 |
| Facsimiles | $488.00 |
| Long Distance Telephone | $1,362.63 |
| Outside Courier | $2,746.84 |
| Travel Expense | $81,397.98 |
| Lexis | $3,211.93 |
| Westlaw | $287.28 |
| Supplies | $45.40 |
| Meal Expenses | $6,513.31 |
| Tab Stock | $5.00 |
| Overtime | $29,526.25 |
| Other Expenses | $17,569.20 |
| Velo Binding | $6.00 |
| Witness Fee | $500.00 |
| Postage | $12.85 |
| Service of Process | $362.00 |
| Administration | $1,527.50 |
| Color Copies | $57.85 |
| Research Services | $83.61 |
| **TOTALS** | **$158,522.92** |