UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          :    Chapter 11
                                :    Case Nos. 01-1139 through 01-1200
W.R. GRACE & CO., et al.,       :
                                :
        Debtors.                :    **O R D E R**
- - - - - - - - - - - - - - - - - - - - - - - - - -

In accordance with the Court's Memorandum Opinion filed herewith,

It is on this 16TH day of August, 2002,

ORDERED that the motion of the Official Committee of Asbestos Property Damage Claimants for leave to appeal is denied.

_____
ALFRED M. WOLIN, U.S.D.J.