IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 16th day of August 2002, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

1. **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2002 AT 10:00 A.M.**

*[signature]*
David W. Carickhoff, Jr. (DE Bar No. 3715)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:52339.1

Grace Agenda Notice Service List for
8/26/02 Hearing
Case No. 01-1139
August 15, 2002
Document # 52948
*01 – Hand Delivery*
*49 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in Possession)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
Frederick B. Rosner, Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-658-8111*
Bruce E. Jameson, Esquire
(Counsel for Travis Abner, James Gill, Richard Mesquita and other Asbestos Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-552-4295*
Teresa Currier, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5012*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile  302-656-8864*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile  302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile  610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile  302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile  302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile  610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile  973-424-2031*
William S. Katchen, Esquire
(Special Request)

*Facsimile  302-658-1473*
Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
(Counsel for MCNIC Pipeline & Processing
Company)

*Facsimile  617-720-5015*
Thomas M. Sobol, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac)

*Facsimile  415-956-1008*
Elizabeth J. Cabraser, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac)

*Facsimile  843-216-9440*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Edward B. Cottingham, Jr., Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac))

*Facsimile  406-752-7124*
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
Allan M. McGarvey, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner, Jane Zajac, Carol Gerard,
Alfred Pennock, et al, and Billie Schull, et
al)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Counsel for Zonolite Plaintiffs; Medical
Monitoring Plaintiffs; and Jackie Lewis,
Bonnie Lewis, Thomas Lewis, Pamela
Tellesch, Wayne Tellesch, Bridget Loehner,
Dennis Loehner,and Jane Zajac)

*Facsimile 206-521-0166*
Steven J. Toll, Esquire
Tamara J. Driscoll, Esquire
(Counsel for Zonolite Plaintiffs)

*Facsimile 202-408-4699*
Richard S. Lewis, Esquire
(Counsel for Zonolite Plaintiffs)

*Facsimile 215-575-7200*
Martin J. Weiss, Esquire
D. Sam Anderson, Esquire
(Counsel for General Electric Railcar
Services)

*Facsimile 302-571-8875*
Peter C. Hughes, Esquire
(Counsel for General Electric Railcar
Services)

*Facsimile 302-656-8920*
Neal J. Levitsky, Esquire
(Counsel for Timothy Kane and BMW
Constructors, Inc.)

*Facsimile 302-426-9193*
Steven K. Kortanek, Esquire
Jon L. Heberling, Esquire
(Counsel for Carol Gerard; Alfred Pennock,
et al.; and Billie Schull, et al.)

W.R. Grace Service list for 8/26/02
Agenda
Case No. 01-01139
Document No.
01 - Hand Delivery
10 - First Class Mail

*Hand Delivery*
(Counsel for Special Asbestos Products Liability Defense)
Richard A. Keuler, Jr., Esquire
Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE 19801

*First Class Mail*
(Counsel for Special Asbestos Products Liability Defense)
James J. Restivo
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NY 07663

*First Class Mail*
(Special Litigation Counsel)
Robert A. Murphy, Esquire
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

*First Class Mail*
John M. Agnello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
6 Becker Farm Road
Roseland, NJ 07068

*First Class Mail*
(Accountant and Financial Advisor for the Official Committee of Asbestos Personal Injury Claimants)
Loreto T. Tersigni
2001 West Main Street, Suite 220
Stamford, CT 06902

*First Class Mail*
Elizabeth K. Flaagan, Esquire
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

*First Class Mail*
Christopher H. Marraro
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 2007

*First Class Mail*
Anne e. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
Anthony J. Marchetta, Esquire
Pitney, Hardin, Kipp & Szuch LLp
P.O. Box 1945
Morristown, NJ 07962

*First Class Mail*
Newman Jackson Smith, Esquire
Nelson Mullins Riley & Scarborough, LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401