IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No. 01-01139 (JKF)
                                            (Jointly Administered)


                    Debtor                  Objection Deadline: To be Determined
                                            Hearing Date: To be Determined


**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)**

Name of Applicant:                          FTI Policano & Manzo

Authorized to Provide Professional Services to:  The Official Committee of
                                            Unsecured Creditors

Date of Retention:                          June 21, 2001

Period for which compensation and           April 1, 2002 through
reimbursement is sought:                    June 30, 2002

Amount of Compensation sought
as actual, reasonable and necessary
during the Quarter (100% ):                 $195,700.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary during
the Quarter (100%):                         $8,119.58

($8,246.13 less an adjustment of $126.55 as explained in Exhibit G)

This is an: _X_ interim _____ final application


This is the Fifth Quarterly application filed.  Disclosure for all periods is as follows:

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| | | | | | |
| **Totals First Quarterly** | **April 20, 2001 through June 30, 2001** | **$196,005.50** | **$7,094.17** | | |
| | | | | | |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| | | | | | |
| **Totals Second Quarterly** | **July 1, 2001 through September 30, 2001** | **$247,231.00** | **$7,992.39** | | |
| | | | | | |

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| | | | | | |
| **Totals Third Quarterly** | **October 1, 2001 through December 31, 2001** | **$146,678.00** | **$6,540.87** | | |
| | | | | | |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| | | | | | |
| **Totals Fourth Quarterly** | **January 1, 2002 through March 31, 2002** | **$197,137.00** | **$6,343.22** | | |
| | | | | | |

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)</u>**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| May 28, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $ 4,657.40 (less adjustment of $126.55 per Exhibit G) | $81,851.20 (80% of requested fees) | $4,530.85 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29 28, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | 1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| | | | | | |
| **Totals Fifth Quarterly** | **April 1, 2002 through June 30, 2002** | **$195,700.00** | **$8,119.58** | | |
| | | | | | |

4

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH  JUNE 30, 2002)**

**ATTACHMENT B**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours during the Quarter | Total Compensation for the Quarter |
|---|---|---|---|
| E. Ordway | $550 | 21.3 | $11,715.00 |
| S. Cunningham | $440 | 69.5 | $30,580.00 |
| C. Whitney | $375 | 77.1 | $28,912.50 |
| W. Gilligan | $375 | 139.7 | $52,387.50 |
| L. Hamilton | $350 | 171.7 | $60,095.00 |
| J. Schwendeman | $325 | 17.0 | $5,525.00 |
| B. Rosenbaum | $175 | 0.5 | $87.50 |
| M. DeSalvio | $175 | 0.7 | $122.50 |
| M. Hakoun | $150 | 41.0 | $6,150.00 |
| D. Policano | $125 | 1.0 | $125.00 |
|  |  |  |  |
| Grand Total: |  | 539.5 | $195,700.00 |
| Blended Rate: | $363 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours for the Quarter | Total Fees for the Quarter |
|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 2.6 | $910.00 |
| 12 | Business Analysis | 394.1 | $140,989.50 |
| 17 | Committee Matters and Creditor Meetings | 50.1 | $21,080.50 |
| 18 | Compensation of Professionals | 84.8 | $29,955.00 |
| 47 | Tax/General | 7.9 | $2,765.00 |
|  |  |  |  |
|  | Total | 539.5 | $195,700.00 |

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses for the Quarter |
|---|---|
| Copies | $712.25 |
| Telecommunications | $1,266.16 |
| Postage, Express Delivery | $313.22 |
| Travel Expenses | $592.00 |
| Word Processing Services | $15.00 |
| Document Preparation and Handling Services | $3,307.50 |
| Seminar Costs | $2,040.00 |
|  |  |
| Subtotal | $8,246.13 |
| Less Adjustment – Exhibit G | $126.55 |
| Total | $8,119.58 |

**FIFTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002)**

### APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment) and Del.Bankr.LR 2016-2, of FTI Policano & Manzo ("FTI P&M"),

Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R.

Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-

possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the

amount of $195,700.00 for professional services rendered by FTI P&M as financial advisors for

the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary

expenses incurred by FTI P&M in rendering such services in the amount of $8,119.58, less $0.00

previously paid, (the "Fifth Quarterly Fee Application"), in each case for the interim quarterly

period from April 1, 2002 through June 30, 2002 (the "Fee Period").  In support of this

Application, FTI P&M respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1.  Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

    professionals may apply for monthly compensation and reimbursement (each such

    application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request.  If no notice party objects to a

professional's Monthly Fee Application within twenty (20) days after the date of service of

the Monthly Fee Application, the applicable professional may submit to the Court a

certification of no objection whereupon the Debtors are authorized to pay interim

compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2.  Furthermore, and also pursuant to the Administrative Fee Order and Amendment,

professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly

Fee Application") for interim Court approval and allowance of the Monthly Fee Applications

filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the

relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to

pay the professional 100% of the fees and expenses requested in the Monthly Fee

Applications covered by that Quarterly Fee Application less any amounts previously paid in

connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly

Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and

expenses at a hearing on the professional's final fee application.

3.    Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court

order dated June 21, 2001 (the "Retention Order"), FTI P&M was retained as financial

advisors for the Committee, nunc pro tunc to April 20, 2001.  Since its retention, FTI P&M

has continuously and vigorously pursued the Committee's interests in these cases.

4.  FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related

matters, and is an operating unit of FTI Consulting, Inc.  Since being retained by the

Committee, FTI P&M has rendered professional services to the Committee as requested and

as necessary and appropriate in furtherance of the interests of the unsecured creditors of the

8

Debtors' estates.  FTI P&M respectfully submits that the professional services that it

rendered on behalf of the Committee were necessary and have directly benefited the creditor

constituents represented by the Committee and have contributed to the effective

administration of these cases.

5.  This is the Fifth Quarterly Fee Application for compensation for services rendered that FTI

P&M has filed with the Bankruptcy Court in connection with the representation of the

Committee in these chapter 11 cases.

6.  FTI P&M has filed the following Monthly Fee Applications for interim compensation during

the Fee Period:

      a.  Thirteenth application of FTI Policano & Manzo, financial advisor to the
Official Committee of Unsecured Creditors, for allowance of compensation
for service rendered and reimbursement of expenses incurred for the period
from April 1, 2002, through April 30, 2002, filed on or about May 28, 2002,
(the "Thirteenth Fee Application") attached hereto as <u>Exhibit B</u>.

      b.  Fourteenth application of FTI Policano & Manzo, financial advisor to the
Official Committee of Unsecured Creditors, for allowance of compensation
for service rendered and reimbursement of expenses incurred for the period
from May 1, 2002, through May 31, 2002, filed on or about June 28, 2002,
(the "Fourteenth Fee Application") attached hereto as <u>Exhibit C</u>.

      c.  Fifteenth application of FTI Policano & Manzo, financial advisor to the
Official Committee of Unsecured Creditors, for allowance of compensation
for service rendered and reimbursement of expenses incurred for the period
from June 1, 2002, through June 30, 2002, filed on or about July 29, 2002,
(the "Fifteenth Fee Application") attached hereto as <u>Exhibit D.</u>

FTI P&M has not filed any other Quarterly Fee Applications or Monthly Fee Applications for

the Fee Period.  FTI P&M has not received any payments from the Debtors for any of the

applications that are part of this quarterly period.

## Description of Services, Fees and Expenses

7.  During the Fifth Quarterly Interim Period, the Applicant rendered professional services

    aggregating a total of 539.5 hours in the discharge of its duties as financial advisor and

    bankruptcy consultant to the Committee.  The Applicant is seeking an interim allowance for

    compensation of professional services rendered to the Debtors of $195,700.00, representing

    100% of fees incurred, and reimbursement of expenses in connection therewith of $8,119.58.

    The Applicant, respectfully, submits the following:

    a)  The Applicant believes that the interim fees applied for herein for professional services
        rendered in performing accounting and advisory services for the Committee in this
        proceeding are fair and reasonable in view of the time spent, the extent of work
        performed, the nature of the Debtors' capitalization structure and financial condition, the
        Debtors' financial accounting resources and the results obtained.

    b)  All expenses were billed at actual cost, exclusive of amortization of the cost of
        investment, equipment or capital outlay.  Internal charges for outgoing out-of-town
        facsimile transmissions were billed at $1.00 per page for domestic transmissions.
        Photocopy charges were billed at actual cost for external copying and $.15 per page for
        internal copying.  FTI P&M believes that these charges reflect its actual out-of-pocket
        costs.  An adjustment of $126.55 to expenses related to a preliminary review by the fee
        auditor has been reflected in our calculations and the adjustment is explained in Exhibit
        G.

    c)  The disbursements and expenses have been incurred in accordance with FTI P&M's
        normal practice of charging clients for expenses clearly related to and required by
        particular matters.  Such expenses were often incurred to enable FTI P&M to devote time
        beyond normal office hours to matters that imposed extraordinary time demands.  FTI
        P&M has endeavored to minimize these expenses to the fullest extent possible.

    d)  FTI P&M expended an aggregate of 539.5 hours, substantially all of which was expended
        by the professional staff of FTI P&M.  The work involved, and thus the time expended,
        was carefully assigned in light of the experience and expertise required for a particular
        task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The
        staff of the Debtors or their advisors has been utilized where practical and prudent.

    e)  FTI P&M's approach is to utilize senior, experienced personnel and to encourage the
        Debtors to provide the staff-level support and analysis to minimize total cost.  In addition,
        FTI P&M's per diem rates for professionals of comparable experience are 15% to 25%

lower than its competitors, the "Big-Five" accounting firms and certain other nationally-recognized specialty firms.

f)  Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

g)  Edwin N. Ordway, Jr., Managing Director in charge of this case, directed the activities of the FTI P&M team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h)  To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i)  FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtor.

j)  In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

k)  FTI P&M's policy with respect to document preparation and handling services provided by FTI P&M employees is to bill clients by the hour for such time, but only if the employees' time is clearly and exclusively devoted to work performed for that particular client, such as for the preparation, collation and binding of a report for a client. Such services are billed to the Debtor at a rate commensurate with that which would be charged by a third party provider such as a temporaries agency.

l)  Annexed hereto as Exhibit B, Exhibit C and Exhibit D are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

m)  Annexed hereto as Exhibit E is a summary of fees by professional and by task during the Fifth Quarterly Interim Period.

n)  Annexed hereto as Exhibit F is a summary of expenses for the Fifth Quarterly Interim Period.

o) Annexed hereto as Exhibit G is an explanation of an adjustment of $126.55 to expenses submitted during the Fifth Quarterly Interim Period. The adjustment is the result of a preliminary review by the fee auditor.

p) Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

q) As stated in the Affidavit of Edwin N. Ordway, Jr. annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

8. The detail of services provided by FTI P&M during the Fee Period is included in the monthly fee applications attached as Exhibit B, Exhibit C, and Exhibit D. A brief summary of the services provided by FTI P&M during the Fee Period is provided as follows:

    a)    Task Code 2 – Asbestos: Claims Analysis and Valuations (2.6 Hours)

During the Fee Period we prepared a memorandum regarding the status of the Debtors' asbestos issues.

    b)    Task Code 12 – Business Analysis (394.1 Hours)

During the Fee Period, we analyzed fraudulent conveyance issues in connection with court actions filed concerning the Debtors' Sealed Air and Fresenius transactions. We read and prepared analyses and reports of the proposed changes to the Debtors' employee compensation and retention programs. We incorporated the results of our research of comparable peer company programs into our report. We analyzed various financial statements of the Debtors' and issued reports on same, including the fourth quarter 2001 results of operations, first quarter 2002 results of operations and the monthly operating statements issued during the Fee Period. We analyzed the 2002 business plan and issued a report of summarizing our analyses thereon. We analyzed economic and industry reports to continue to monitor the operating and competitive environments of the Debtors.

12

c)    Task Code 17 – Committee Matters and Creditor Meetings (50.1Hours)

During the Fee Period, we participated in numerous discussions with the Debtors and their representatives, the Committee and counsel, on various issues, including fraudulent conveyance, employee compensation and retention programs, fourth quarter 2001 results of operations, first quarter 2002 results of operations, and the 2002 business plan. We also discussed new procedures regarding fee applications with counsel.

d)    Task Code 18 – Compensation of Professionals (84.8 Hours)

During the Fee Period, we prepared and filed the Twelfth Interim Fee Application, the Thirteenth Interim Fee Application, and the Fourteenth Interim Fee Application. We prepared the Fourth Quarterly Interim Fee Application. We prepared information regarding past fee applications for the fee auditor. We reviewed the revised administrative order with respect to monthly interim fee applications and quarterly interim fee applications. We also prepared a response to the fee auditor's draft report.

e)    Task Code 47 – Tax/General (7.9 Hours)

During the Fee Period, we analyzed tax return information of the Debtors' and prepared a summary of our analysis.


### Relief Requested

f)  By this Fifth Quarterly Fee Application, FTI P&M requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FTI P&M for the Fee Period, and as detailed in

the April to June Monthly Applications, less the amounts previously paid to FTI P&M

pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As

stated above, the full scope of services provided and the related expenses incurred are fully

---

[1]    FTI P&M reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2002 period that are not otherwise included in the relevant April to June Monthly Applications.

described in the April to June Monthly Applications, which are attached hereto as Exhibits B through D.

### Disinterestedness

g) As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") FTI P&M does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

h) FTI P&M may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. FTI P&M disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. FTI P&M will provide supplemental Affidavits when necessary and when FTI P&M becomes aware of material new information.

WHEREFORE, FTI P&M respectfully requests that the Court enter an order, substantially in the form attached hereto

(a)    granting FTI P&M an allowance of (i) $195,700.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $8,119.58 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a total of $203,819.58 owing and unpaid, for the Fee period from April 1, 2002 through June 30, 2002;

14

(b)   authorizing and directing the Debtors to pay to FTI P&M the outstanding amount

of such sums; and

(c)   granting such other and further relief as this Court may deem just and proper.

Date: August 9 , 2002

FTI Policano & Manzo

By _____
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 843-4900

15

## Index to Exhibits

Exhibit A     Affidavit

Exhibit B     Fee Application for the Period April 1 – April 30, 2002

Exhibit C     Fee Application for the Period May 1 – May 31, 2002

Exhibit D     Fee Application for the Period June 1 – June 30, 2002

Exhibit E     Summary Schedules of Fees for the Quarter

Exhibit F     Summary Schedule of Expenses for the Quarter

Exhibit G     Explanation of Adjustment to Expenses for the Quarter

Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

**AFFIDAVIT**

STATE OF NEW JERSEY )
                         ) ss:
COUNTY OF BERGEN )

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1. I am a Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Fifth Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from April 1, 2002 through and including June 30, 2002 in the aggregate amount of $203,819.58, of which $203,819.58 has not yet been paid.

3. All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from April 1, 2002 through and including June 30, 2002 and not on behalf of any other person.

4. In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.  In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR

Sworn to before me this
___ day of August, 2002

Notary Public
KATHIE JOZANOVIC
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 09/11/05

2

**Exhibit B**

**Fee Application for the period**

**April 1 – April 30, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

           Debtors

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

Name of Applicant:                            FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                                  Unsecured Creditors

Date of Retention:                            June 21, 2001

Period for which compensation and             April 1, 2002 through
reimbursement is sought:                      April 30, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $102,314.00):      $81,851.20

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                    $ 4,657.40

This is an: _X___ interim _____ final application

The total time expended for fee application preparation is approximately 40.1 hours and
corresponding compensation requested is approximately $14,132.50. The time expended
included time spent on preparation of the twelfth interim fee application, the fourth
quarterly fee application and conversion of prior fee applications and data to formats for
the fee auditor in compliance with the revised case administrative order.

This is the THIRTEENTH application filed. Disclosure for prior periods and current
period is as follows:

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Requested Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 | $4,657.40 |

3

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 12.1 | $6,655.00 |
| S. Cunningham | $440 | 32.6 | $14,344.00 |
| C. Whitney | $375 | 42.9 | $16,087.50 |
| W. Gilligan | $375 | 69.5 | $26,062.50 |
| L. Hamilton | $350 | 92.1 | $32,235.00 |
| J. Schwendeman | $325 | 12.0 | $3,900.00 |
| M. Hakoun | $150 | 20.2 | $3,030.00 |
| | | | |
| Grand Total: | | 281.4 | $102,314.00 |
| Blended Rate: | $364 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 2.6 | $910.00 |
| 12 | Business Analysis | 200.3 | $72,058.50 |
| 17 | Committee Matters and Creditor Meetings | 30.5 | $12,448.00 |
| 18 | Compensation of Professionals | 40.1 | $14,132.50 |
| 47 | Tax/General | 7.9 | 2,765.00 |
| | | | |
| | Total | 281.4 | $102,314.00 |

THIRTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $222.20 |
| Telecommunications | $918.88 |
| Postage, Express Delivery | $14.32 |
| Travel Expenses | $547.00 |
| Word Processing Services | $15.00 |
| Document Preparation and Handling Services | $900.00 |
| Seminar Costs | $2,040.00 |
| | |
| Total | $4,657.40 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period April 1, 2002 through April 30, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 12.1 | $ 550 | $ 6,655.00 |
| S. Cunningham | 32.6 | $ 440 | 14,344.00 |
| C. Whitney | 42.9 | $ 375 | 16,087.50 |
| W. Gilligan | 69.5 | $ 375 | 26,062.50 |
| L. Hamilton | 92.1 | $ 350 | 32,235.00 |
| J. Schwendeman | 12.0 | $ 325 | 3,900.00 |
| M. Hakoun | 20.2 | $ 150 | 3,030.00 |
| TOTAL | 281.4 | | $ 102,314.00 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Fees by Category
For the period April 1, 2002 through April 30, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | $  - | $  - | $  - | $  - | $ 910.00 | $  - | $  - | $ 910.00 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 5,665.00 | 8,976.00 | 14,100.00 | 21,862.50 | 14,525.00 | 3,900.00 | 3,030.00 | 72,058.50 |
| 17 | Committee Matters and Creditor Meetings | 770.00 | 5,368.00 | 1,987.50 | 3,937.50 | 385.00 | - | - | 12,448.00 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 220.00 | - | - | 262.50 | 13,650.00 | - | - | 14,132.50 |
| 47 | Tax/General | - | - | - | - | 2,765.00 | - | - | 2,765.00 |
| | TOTAL | $ 6,655.00 | $ 14,344.00 | $ 16,087.50 | $ 26,062.50 | $ 32,235.00 | $ 3,900.00 | $ 3,030.00 | $ 102,314.00 |
| | | | | | | | | | |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | $ 150 | |

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Professional
### For the period April 1, 2002 through April 30, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gillian | L. Hamilton | J. Schwendeman | M. Haboun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Asbestos: Claims Analysis and Valuations | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 2.6 |
| 12 | Business Analysis (primarily for accountants and financial advisors) | 10.3 | 20.4 | 37.6 | 58.3 | 41.5 | 12.0 | 20.2 | 200.3 |
| 17 | Committee Matters and Creditor Meetings | 1.4 | 12.2 | 5.3 | 10.5 | 1.1 | 0.0 | 0.0 | 30.5 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 0.4 | 0.0 | 0.0 | 0.7 | 39.0 | 0.0 | 0.0 | 40.1 |
| 47 | Tax/General | 0.0 | 0.0 | 0.0 | 0.0 | 7.9 | 0.0 | 0.0 | 7.9 |
| | TOTAL | 12.1 | 32.6 | 42.9 | 69.5 | 92.1 | 12.0 | 20.2 | 281.4 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Apr | 12 | Read motions and other data regarding fraudulent conveyance issues. | 1.8 |
| 4-Apr | 12 | Read and analyzed revised KERP proposals. | 0.8 |
| 5-Apr | 12 | Read and analyzed data regarding fraudulent conveyance issues. | 1.4 |
| | 17 | Called counsel to discuss fraudulent conveyance issues. | 0.5 |
| | 12 | Prepared and edited report for Committee regarding KERP proposal. | 2.9 |
| 10-Apr | 12 | Prepared and edited report for the Committee regarding Debtors' business plan. | 1.5 |
| 12-Apr | 12 | Prepared and reviewed presentation material for April 15th meeting with the Committee. | 1.9 |
| 15-Apr | 17 | Prepared outline of next steps for discussion with Committee. | 0.4 |
| 17-Apr | 17 | Participated in conference call with Committee member to discuss case status. | 0.5 |
| 22-Apr | 18 | Prepared fee application. | 0.4 |
| | | **Total Hours - April** | **12.1** |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Sean Cunningham
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Researched fraudulent conveyance motions pertaining to Sealed Air and Fresenius. | 1.3 |
| | 17 | Discussed outline of proposed agenda for 4/15 meeting with Debtors and Committee. | 0.2 |
| 4-Apr | 12 | Prepared hypothetical recovery analyses utilizing various asbestos and fraudulent conveyance recovery assumptions. | 2.4 |
| | 17 | Discussed fraudulent conveyance issues with counsel. | 0.4 |
| | 17 | Read and discussed various Committee motions with counsel. | 0.4 |
| 5-Apr | 12 | Prepared analysis pertaining to the Debtors' proposed LTIP and retention plans. | 2.2 |
| | 12 | Reviewed and edited draft report of findings to be presented to Committee on 4/15. | 1.1 |
| 8-Apr | 12 | Finalized analysis of peer group (asbestos companies) KERP plans. | 0.5 |
| 9-Apr | 17 | Participated in conference call with counsel to review findings pertaining to modifications to the existing KERP plan proposed by Debtors. | 1.4 |
| 11-Apr | 12 | Read and analyzed February 2002 operating results, Q4 2001 and full year results in preparation for meeting of Committee and Debtors scheduled for 4/15. | 2.6 |
| 12-Apr | 12 | Finalized analysis related to 2002 business plan prepared by Debtors. | 1.2 |
| | 12 | Finalized report to Committee pertaining to FY 2002 business plan. | 1.2 |
| 14-Apr | 12 | Read and analyzed information pertaining to Debtors' KERP proposal. | 1.1 |
| | 12 | Read and analyzed information submitted to Committee in preparation for 4/15 meeting with Debtors. | 1.4 |
| 15-Apr | 17 | Participated in meeting of Committee prior to presentation of business plan update by Debtors. | 0.6 |

| | | | |
|---|---|---|---|
| | 17 | Participated in Debtors' presentation of FY 2002 business plan and KERP proposal | 4.5 |
| | 17 | Participated in followup meeting and presented observations regarding FY 2002 business plan and KERP Proposal. | 1.4 |
| 17-Apr | 12 | Prepared follow up information request list regarding salary information supporting KERP. | 0.5 |
| | 17 | Discussed KERP proposal with Blackstone. | 0.2 |
| 18-Apr | 12 | Read and analyzed update prepared by Stroock regarding fraudulent conveyances. | 1.0 |
| | 12 | Read and analyzed update regarding establishment of bar date and related procedures. | 0.3 |
| 22-Apr | 12 | Read and analyzed Hewitt memo regarding KERP. | 0.2 |
| | 17 | Discussed KERP information request with Blackstone. | 0.4 |
| 24-Apr | 12 | Analyzed industry data regarding comparative salaries at competitors. | 0.4 |
| | 12 | Analyzed information regarding KERP structures at other asbestos liability companies. | 0.4 |
| 25-Apr | 12 | Analyzed information regarding KERP structures at other asbestos liability companies and at competitors. | 0.6 |
| | 17 | Discussed fraudulent conveyance information with counsel. | 0.4 |
| 26-Apr | 17 | Discussed status of information request regarding KERP proposal with Blackstone. | 0.7 |
| | 17 | Discussed pending acquistion with counsel. | 0.2 |
| 28-Apr | 12 | Prepared questions related to KERP proposal in advance of conference call with Blackstone and Debtors. | 0.4 |
| | 12 | Reviewed information pertaining to KERP proposal received from Blackstone. | 1.2 |
| 30-Apr | 17 | Participated in conference call with Blackstone and Debtors' management to review KERP proposal and other matters. | 1.4 |
| | 12 | Prepared summary of KERP discussion. | 0.4 |
| | | **Total Hours - April** | 32.6 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Apr | 12 | Finalized and distributed report to Committee on 4th Quarter performance. | 4.5 |
| 5-Apr | 12 | Performed an analysis of gross margin by division and drafted message to Blackstone with follow-up questions. | 2.0 |
| 7-Apr | 12 | Prepared draft of report on Debtors' 2002 business plan. | 8.0 |
| 8-Apr | 12 | Continued to prepare draft of report on Debtors' 2002 business plan. | 3.6 |
| 9-Apr | 12 | Discussed draft of 2002 business plan report with case manager and updated report to reflect edits. | 3.4 |
|  | 12 | Prepared EBITDA sensitivity analysis. | 3.0 |
| 10-Apr | 12 | Updated 2002 business plan report to reflect edits. | 5.6 |
| 11-Apr | 12 | Reviewed updated 2002 business plan report. | 1.5 |
| 12-Apr | 12 | Updated 2002 business plan report for final changes. | 2.3 |
|  | 17 | Coordinated Committee meeting logistics with counsel and Blackstone. | 1.4 |
|  | 17 | Discussed 2002 business plan report with agent. | 0.4 |
|  | 12 | Discussed follow-up questions on the 2002 business plan with Debtors and reviewed updated 2002 operating plan files. | 1.3 |
|  | 12 | Distributed 2002 business plan report to the Committee. | 0.1 |
| 15-Apr | 12 | Prepared handouts for distribution at Committee meeting. | 1.5 |
|  | 12 | Met with team prior to Committee meeting to discuss case status. | 0.8 |
|  | 17 | Attended Committee meeting. | 3.5 |
|  |  | **Total Hours - April** | 42.9 |

**Invoice**

WR Grace
Professional Services Rendered by Walter Gilligan
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Prepared presentation regarding proposed KERP changes. | 5.8 |
| 2-Apr | 12 | Prepared working capital analysis of long-term financial plan. | 2.1 |
| | 12 | Prepared presentation regarding proposed changes to the KERP. | 3.1 |
| 3-Apr | 17 | Participated in conference call with Blackstone regarding KERP proposal. | 0.6 |
| | 12 | Read and analyzed post-transaction proforma financial statements regarding fraudulent conveyance issues. | 0.9 |
| 4-Apr | 12 | Revised presentation on proposed KERP. | 4.3 |
| | 12 | Read and edited competitor analysis regarding specialty chemical peer companies. | 1.7 |
| 5-Apr | 12 | Read and edited presentation regarding proposed changes to KERP. | 2.7 |
| | 12 | Prepared gross margin sensitivity analysis for 2002 business plan. | 6.3 |
| 8-Apr | 12 | Read and edited revised presentation regarding proposed changes to KERP. | 2.1 |
| | 12 | Continued to prepare gross margin sensitivity analysis for 2002 business plan. | 2.9 |
| | 12 | Continued to prepare gross margin sensitivity analysis for 2002 business plan. | 6.2 |
| 9-Apr | 12 | Read and edited 2002 operating business plan presentation. | 4.5 |
| | 17 | Participated in conference call with counsel to review changes to KERP. | 3.5 |
| 10-Apr | 12 | Read and analyzed Debtors' monthly financial report and prepared first quarter variance analysis. | 4.2 |
| | 12 | Read and edited revised presentation regarding proposed changes to KERP. | 1.8 |
| 11-Apr | 12 | Read and edited 2002 business plan presentation. | 4.0 |

| Date | | Description | Hours |
|------|------|-------------|-------|
| 12-Apr | 12 | Continued to read and edit 2002 business plan presentation. | 1.9 |
| | 12 | Read and analyzed asbestos litigation research information. | 1.1 |
| 15-Apr | 17 | Participated in  Committee meeting regarding 2002 business plan and revised KERP. | 5.0 |
| 16-Apr | 12 | Prepared information request for KERP including followup questions from Committee meeting. | 1.3 |
| | 18 | Read and edited fee application. | 0.7 |
| 23-Apr | 12 | Prepared memo to Committee Chair regarding KERP. | 1.2 |
| 29-Apr | 12 | Prepared information for conference call with Blackstone regarding KERP. | 0.2 |
| 30-Apr | 17 | Participated in conference call with Blackstone regarding KERP. | 1.4 |
| | | **Total Hours - April** | 69.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 2 | Prepared draft memorandum regarding status of asbestos issues. | 2.6 |
| | 12 | Updated court docket listing. | 0.9 |
| | 17 | Prepared monthly report for distribution to Committee. | 1.1 |
| | 12 | Read and analyzed information regarding fraudulent conveyances. | 0.4 |
| 2-Apr | 12 | Updated fourth quarter report. | 0.3 |
| | 18 | Prepared information regarding past fee applications for fee auditor. | 1.7 |
| | 12 | Prepared memorandum regarding fraudulent conveyances. | 4.5 |
| 3-Apr | 18 | Prepared information regarding past fee applications for fee auditor. | 2.2 |
| | 12 | Continued to prepare memorandum regarding fraudulent conveyances. | 4.8 |
| 4-Apr | 18 | Prepared information regarding past fee applications for fee auditor. | 1.0 |
| | 12 | Revised fraudulent conveyance memo for comments. | 3.0 |
| 5-Apr | 12 | Finalized fraudulent conveyance memo. | 2.1 |
| | 18 | Prepared twelfth interim fee application. | 1.9 |
| 8-Apr | 12 | Prepared information regarding asbestos issues for inclusion in business plan report. | 2.8 |
| | 18 | Continued to prepare twelfth interim fee application. | 2.2 |
| 9-Apr | 12 | Reviewed changes to notice parties per the new case administrative order. | 0.4 |

|        | 12 | Read and edited the 2002 business plan report. | 3.6 |
|--------|----|-----------------------------------------------|-----|
|        | 12 | Researched confidentiality agreement at request of counsel. | 2.0 |
| 10-Apr | 18 | Continued to prepare twelfth interim fee application. | 4.3 |
| 11-Apr | 12 | Prepared KERP report for distribution. | 1.0 |
|        | 18 | Continued to prepare twelfth interim fee application. | 2.2 |
|        | 12 | Updated court docket listing. | 0.4 |
| 15-Apr | 12 | Updated court docket listing. | 0.3 |
|        | 18 | Continued to prepare twelfth interim fee application. | 0.7 |
|        | 47 | Read and analyzed tax return information. | 4.5 |
| 16-Apr | 18 | Continued to prepare twelfth interim fee application. | 2.8 |
|        | 47 | Prepared memo summarizing review of tax return information. | 3.4 |
|        | 12 | Read court order and prepared memo regarding bar dates. | 1.2 |
| 17-Apr | 12 | Read and analyzed information regarding executive compensation. | 1.5 |
|        | 18 | Continued to prepare twelfth interim fee application. | 3.5 |
|        | 12 | Updated court docket listing. | 0.2 |
| 23-Apr | 18 | Prepared fourth quarterly fee application. | 4.1 |
|        | 18 | Continued to prepare twelfth interim fee application. | 0.9 |
| 25-Apr | 18 | Continued to prepare fourth quarterly fee application. | 3.0 |
|        | 18 | Discussed new administrative order with counsel staff. | 0.5 |
| 26-Apr | 18 | Continued to prepare fourth quarterly fee application. | 1.4 |
|        | 18 | Discussed new administrative order with counsel staff. | 0.6 |
|        | 18 | Prepared information regarding past fee applications for fee auditor. | 4.2 |
|        | 12 | Prepared distribution of Debtors' first quarter earnings report to Committee. | 2.3 |

| | | | |
|---|---|---|---|
| 29-Apr | 12 | Updated contact list information after discussion with counsel. | 0.2 |
| | 18 | Prepared summary of changes due to revised administrative order. | 1.8 |
| | 12 | Updated court docket listing. | 0.5 |
| 30-Apr | 12 | Prepared analysis of executive compensation from proxy data. | 9.1 |
| | | **Total Hours - April** | 92.1 |

**Invoice**

**W.R. GRACE & CO. ET. AL.**
Professional Services Rendered by Jeffrey E. Schwendeman
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Prepared analysis of recent news and industry trade reports related to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 4-Apr | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 1.1 |
| 8-Apr | 12 | Prepared analysis of current asbestos litigation news and status of cases. | 1.2 |
| 22-Apr | 12 | Commenced preparation of senior management compensation analysis for comparison to current Debtors' compensation structure. | 3.3 |
| 23-Apr | 12 | Prepared analysis of economic and peer group projections of construction industry segments regarding intermediate and long-term industry growth assumptions. | 0.9 |
| 24-Apr | 12 | Prepared senior management compensation analysis for industrial construction companies. | 2.1 |
| 25-Apr | 12 | Prepared senior management compensation analysis for industrial construction companies. | 1.0 |
| 24-Apr | 12 | Finalized analysis of senior management compensation for industrial construction companies | 1.5 |
| | | **Total Hours - April** | 12.0 |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Matt Hakoun
For the period April 1, 2002 through April 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 12 | Met with case team members regarding compensation analysis work to be performed and began gathering filings made with bankruptcy courts regarding retention of key employees. | 1.0 |
| 2-Apr | 12 | Continued gathering employee retention plans for asbestos-related bankruptcies. | 2.0 |
| | 12 | Gathered long term Incentive plan information for analysis. | 1.5 |
| 11-Apr | 12 | Gathered information and prepared schedule of employment rates for top tier employees at selected specialty chemical and asbestos manufacturers. | 1.7 |
| 17-Apr | 12 | Reviewed preliminary compensation model template with case team members. | 0.3 |
| | 12 | Entered compensation data into model, including bonus, retention bonus, stock options and other long term incentives. | 1.0 |
| 18-Apr | 12 | Reviewed status of the compensation analysis with case team members and made selected adjustments. | 1.1 |
| 19-Apr | 12 | Gathered analysts' reports on specialty chemical and asbestos manufacturers and distributed to group members. | 2.1 |
| 23-Apr | 12 | Distributed quarterly financial statements that were filed with the SEC to case team. | 0.5 |
| | 12 | Discussed fees charged by independent accountants and auditors to selected peer group companies with case team members. Began accessing filings in which terms and descriptions of fees were disclosed. | 1.5 |
| 24-Apr | 12 | Revised compensation analysis in response to manager comments. | 4.0 |
| 25-Apr | 12 | Prepared compensation analysis based upon 2001 long term incentive payments to tier level participants. | 2.0 |
| 26-Apr | 12 | Gathered specified articles related to asbestos litigation and liabilities | 0.5 |
| | 12 | Updated database with selected bankruptcy court motions and orders. | 1.0 |
| | | **Total Hours - April** | **20.2** |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2002 through April 30, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 222.20 |
| External | | - |
| Telecommunications: | | |
| Telephone | | 262.50 |
| Toll Charges | | 376.38 |
| Facsimile | | 280.00 |
| Postage, Federal Express | | 14.32 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | 547.00 |
| Meals | | - |
| Word Processing Services | | 15.00 |
| Document Preparation and Handling Services | | 900.00 |
| Seminar Costs | | 2,040.00 |
| | | |
| Total Expenses | $ | 4,657.40 |

**Invoice**

**W.R. GRACE & CO. ET. AL.**
Detail of Expenses by Type of Expense
For the period April 1, 2002 through April 30, 2002

| | | | | | |
|---|---|---|---|---|---|
| Copies, Internal | 1,111 | pages @ $0.20/page: | | $ | 222.20 |
| Facsimile Charges: | 224.00 | pages @ $1.25/page: | | | 280.00 |
| Telephone Charges: | | | | | |
| NY | | | 5.17 | | |
| Saddle Brook | | | 257.33 | | |
| | | Subtotal | | | 262.50 |
| Toll Charges: | Online research fees | | 376.38 | | |
| | | Subtotal | | | 376.38 |
| Postage, Federal Express: | Airborne | 29-Apr | 14.32 | | |
| | | Subtotal | | | 14.32 |
| Transportation, lodging, tolls and parking: | | | | | |
| S. Cunningham | Milage | 16-Apr | 10.80 | | |
| S. Cunningham | Parking | 16-Apr | 25.00 | | |
| C. Whitney | Car rental | 19-Mar | 104.00 | | |
| C. Whitney | Car rental | 29-Mar | 205.50 | | |
| C. Whitney | Car rental | 10-Apr | 201.70 | | |
| | | Subtotal | | | 547.00 |
| Meals: | | | | | - |
| Word Processing Services: | | | | | |
| P. Foose | | 0.20 hours @ $75/hour: | 15.00 | | |
| | | Subtotal | | | 15.00 |
| Document Preparation and Handling Services: | | | | | |
| N. Backer | | 11.5 hours @ $75/hour: | 862.50 | | |
| E. Polukord | | 0.5 hours @ $75/hour: | 37.50 | | |
| | | Subtotal | | | 900.00 |
| Seminar Costs | | | | | |
| 24-Apr | Asbestos Conference | | | | 2,040.00 |
| | | Total | | | 4,657.40 |

**Exhibit C**

**Fee Application for the period**

**May 1 – May 31, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

            Debtors


FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors

Date of Retention:                              June 21, 2001

Period for which compensation and               May 1, 2002 through
reimbursement is sought:                        May 31, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $50,027.00):    $40,021.60

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):     $ 2,207.14

This is an: _X___ interim _____ final application

The total time expended for fee application preparation is approximately 16.0 hours and
corresponding compensation requested is approximately $5,680.00. The time expended
included time spent on preparation of the thirteenth interim fee application.

This is the FOURTEENTH application filed. Disclosure for prior periods and current
period is as follows:

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)</u>
ATTACHMENT A
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 | $2,207.14 |

3

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 0.4 | $220.00 |
| S. Cunningham | $440 | 16.8 | $7,392.00 |
| C. Whitney | $375 | 13.2 | $4,950.00 |
| W. Gilligan | $375 | 44.0 | $16,500.00 |
| L. Hamilton | $350 | 50.4 | $17,640.00 |
| J. Schwendeman | $325 | 4.0 | $1,300.00 |
| M. Hakoun | $150 | 13.5 | $2,025.00 |
| | | | |
| Grand Total: | | 142.3 | $50,027.00 |
| Blended Rate: | $351 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 12 | Business Analysis | 120.2 | $41,766.50 |
| 17 | Committee Matters and Creditor Meetings | 6.1 | $2,580.50 |
| 18 | Compensation of Professionals | 16.0 | $5,680.00 |
| | | | |
| | Total | 142.3 | $50,027.00 |

4

FOURTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002)

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $310.35 |
| Telecommunications | $305.58 |
| Postage, Express Delivery | $143.71 |
| Document Preparation and Handling Services | $1,447.50 |
| | |
| Total | $2,207.14 |

5

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period May 1, 2002 through May 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 0.4 | $ 550 | $ 220.00 |
| S. Cunningham | 16.8 | $ 440 | 7,392.00 |
| C. Whitney | 13.2 | $ 375 | 4,950.00 |
| W. Gilligan | 44.0 | $ 375 | 16,500.00 |
| L. Hamilton | 50.4 | $ 350 | 17,640.00 |
| J. Schwendeman | 4.0 | $ 325 | 1,300.00 |
| M. Hakoun | 13.5 | $ 150 | 2,025.00 |
| TOTAL | 142.3 | | $ 50,027.00 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Fees by Category
For the period May 1, 2002 through May 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12 | Business Analysis (primarily for accountants and financial advisors) | $ - | $ 5,324.00 | $ 4,950.00 | $ 16,162.50 | $ 12,005.00 | $ 1,300.00 | $ 2,025.00 | $ 41,766.50 |
| 17 | Committee Matters and Creditor Meetings | - | 2,068.00 | - | 337.50 | 175.00 | - | - | 2,580.50 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 220.00 | - | - | - | 5,460.00 | - | - | 5,680.00 |
| | TOTAL | $ 220.00 | $ 7,392.00 | $ 4,950.00 | $ 16,500.00 | $ 17,640.00 | $ 1,300.00 | $ 2,025.00 | $ 50,027.00 |
| | | | | | | | | | |
| | Rate | $ 550 | $ 440 | $ 375 | $ 375 | $ 350 | $ 325 | $ 150 | |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Professional
#### For the period May 1, 2002 through May 31, 2002

| TASK CODE | TASK | E. Ordway | S. Cunningham | C. Whitney | W. Gilligan | L. Hamilton | J. Schwendeman | M. Hakoun | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 12 | Business Analysis (primarily for accountants and financial advisors) | 0.0 | 12.1 | 13.2 | 43.1 | 34.3 | 4.0 | 13.5 | 120.2 |
| 17 | Committee Matters and Creditor Meetings | 0.0 | 4.7 | 0.0 | 0.9 | 0.5 | 0.0 | 0.0 | 6.1 |
| 18 | Compensation of Professionals (Fee Applications of self and others) | 0.4 | 0.0 | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 16.0 |
| | TOTAL | 0.4 | 16.8 | 13.2 | 44.0 | 50.4 | 4.0 | 13.5 | 142.3 |

3 of 14

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period May 1, 2002 through May 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 20-May | 18 | Prepared fee application. | 0.2 |
| 21-May | 18 | Prepared fee application. | 0.2 |
| | | **Total Hours – May** | 0.4 |