FOR THE DISTRICT OF DELAWARE

---------------------------x
In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                    Debtor                      Objection Deadline: To be Determined
                                                Hearing Date: To be Determined

**ORDER FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES OF FTI POLICANO & MANZO
AS FINANCIAL ADVISORS TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF W. R. GRACE & CO., ET AL., FOR THE INTERIM
PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002**

Upon the application (the "Fifth Quarterly Fee Application")[1] of FTI Policano & Manzo("FTI P&M") seeking the entry of an order allowing FTI P&M (i) compensation in the amount of $195,700.00 for professional services rendered by FTI P&M as financial advisors to the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred by FTI P&M in rendering such services in the amount of $8,119.58, less $0.00 previously paid, in each case for the Fee Period from April 1, 2002, through June 30, 2002; and it appearing that the Court has jurisdiction to consider the Fifth Quarterly Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Fifth Quarterly Fee Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifth Quarterly Fee Application having been given; and it appearing that the relief requested in the Fifth Quarterly

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meaning ascribed to them in the Fifth Quarterly Fee Application.

Fee Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Fifth Quarterly Fee Application is granted in its entirety on an interim basis; and it is further

ORDERED that, for the Fee Period April 1, 2002, through June 30, 2002, an administrative allowance shall be made to FTI P&M in the sum of $195,700.00, less $0.00 previously paid, as compensation for reasonable and necessary professional services rendered to the Debtors; and it is further

ORDERED that, for the Fee Period April 1, 2002, through June 30, 2002, an administrative allowance shall be made to FTI P&M in the sum of $8,119.58, less $0.00 previously paid, for reimbursement of actual and necessary costs and expenses incurred; and it is further

ORDERED that the Debtors be authorized and directed to pay to FTI P&M the outstanding amount of such sums as described above less any amounts previously paid to FTI P&M pursuant to the April to June Monthly Fee Applications and the procedures set forth in the Administrative Fee Order; and it is further

ORDERED that FTI P&M has the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the April through June 2002 period that are not otherwise included in the relevant April to June Monthly Applications; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order; and it is further

ORDERED that, notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

Dated: Wilmington, Delaware
_____, 2002

                                                                              Judith K. Fitzgerald
                                                                              United States District Court Judge