# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) **Case No. 01-01139 (JKF)** |
| | ) |
| | ) |
| **Debtors.** | ) **Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Shelley A. Caban, certify that I am not less than 18 years of age, and that service of a copy of the attached **Fifth Quarterly Interim Application of FTI Policano & Manzo, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (for the Period From April 1, 2002 Through June 30, 2002)** was made August 16, 2002, upon:

All of the parties indicated on the attached Service List via email; and

Warren H. Smith, Fee Auditor, via email and federal express.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\164589.1

I further certify that a copy of the attached **Notice of Fifth Quarterly Interim Application of FTI Policano & Manzo, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (for the Period From April 1, 2002 Through June 30, 2002)**, was made upon:

> The All Notices List via first class mail, or via hand delivery upon those parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 16, 2002

*Shelley A. Caban*
Shelley A. Caban, Paralegal
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone:     (302)-657-4900
Facsimile: (302)-657-4901
Email:     sacaban@duanemorris.com

WLM\164589.1

## W. R. GRACE & CO., *et al.*
## FEE APPLICATION LIST
### E-mails in pdf format

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
rserrette@stroock.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mgz@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
jwaxman@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
wsmith@whsmithlaw.com

cc:
rnsianni@duanemorris.com
sacaban@duanemorris.com

WLM\164592.1