IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 1 |
| W.R. GRACE & CO., et al. | Case No.: 01-01139 (JJF) |
| Debtors. | Jointly Administered |
| TIMOTHY KANE, | |
| Movant, | |
| v. | Docket No.: 1034 |
| W.R.GRACE & Co., et al., | |
| Respondent. | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of **Stuart E. Cohen, Esquire** to represent Timothy Kane.

AGOSTINI, LEVITSKY, ISAACS & KULESZA

NEAL J. LEVITSKY, ESQUIRE
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323

Dated: 1/2/2002

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *[signature]*

STUART F. COHEN, ESQUIRE
Conroy, Simberg, Ganon, Krevans & Abel
3440 Hollywood Blvd, 2nd Floor
Hollywood, FL 33021

Dated: January 2, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 1 |
| W.R. GRACE & CO., et al. | Case No.: 01-01139 (JJF) |
| Debtors. | Jointly Administered |
| TIMOTHY KANE, | |
| Movant, | |
| v. | Docket No.: 1034 |
| W.R.GRACE & Co., et al., | |
| Respondent. | |

### ORDER

**IT IS HEREBY ORDERED** counsel's Motion for Admission *Pro Hac Vice* is granted this 15th day of Aug., 2002.

_____
Judith K. Fitzgerald
Judge