# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Ricardo Palacio, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Michael S. Davis to represent National Union Fire Insurance Company of Pittsburgh, PA., in this action. The Admittee is admitted, practicing, and in good standing in the jurisdictions set forth below.

| COURT TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| U.S. District Courts | Southern and Eastern Districts of New York | 1974 |
| New York | New York | 1973 |

ASHBY & GEDDES, P.A.

*(signature)*

William P. Bowden (I.D.#2553)
Ricardo Palacio (I.D.#3765)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

1/28/02

Co-Counsel for National Union Fire
Insurance Company of Pittsburgh, PA.

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions set forth herein, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*[signature]*

Michael S. Davis
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 223-0400 (phone)
(212) 753-0396 (fax)
mdavis@zeklaw.com

Motion granted.

BY THE COURT:

Date: Aug 15, 2002

*[signature]* Judith K. Fitzgerald
Judith K. Fitzgerald
United States Bankruptcy Judge

105313.1