IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Theodore J. Tacconelli, a member of the Bar of this Court, pursuant to District Court

Local Rule 83.5, moves the admission pro hac vice of Robert W. Turken, Esquire, of Bilzin,

Sumberg, Dunn, Baena, Price & Axelrod, LLP, 2500 First Union Financial Center, 200 South

Biscayne Boulevard, Miami, Florida 33131-2336, to represent the Official Committee of

Asbestos Property Damage Claimants in this action. The Admittee is admitted, practicing, and in

good standing in Florida.

FERRY & JOSEPH, P.A.

Theodore J. Tacconelli, Esq. (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee of
Asbestos Property Damage Claimants

Dated: January 29, 2002

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is

admitted to practice and in good standing in the jurisdiction shown in the paragraph above,

submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

the course of or the preparation of this action, and has access to, or has acquired, a copy of the

Local Rules of this Court and is generally familiar with such Rules.

Robert W. Turken, Esquire
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

Motion granted.

BY THE COURT:

United States Bankruptcy Judge

Date: Aug. 15, 2002

TJT/msj
C:\TEMP\MotProHacTurken.wpd