IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE | ) | Case No. 1:01-01139 |
| | ) | |
| Debtor | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Peter C. Hughes., Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Martin J. Weis, Esquire to represent General Electric Railcar Services Corporation in this action. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

DILWORTH PAXSON LLP

By: _/s/ Peter C. Hughes_
Peter C. Hughes, Esquire
I.D. No. 4180
First Federal Plaza
Suite 500
Wilmington, DE 19801
(302) 571-9800

    The Admittee certified that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the proportion of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

By: _/s/ Martin J. Weis_
Martin J. Weis, Esquire
I.D. No. 51379
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000

Motion granted.

BY THE COURT:

Date: Aug. 15, 2002

_/s/ Judith K. Fitzgerald_
United States Bankruptcy Judge

453920_1