# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W. R. Grace & Co., et al., | § | Case No. 01-01139(JKF) |
| | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

### FEE AUDITOR'S SPREADSHEET OF FEE
### BY CATEGORY FOR FOURTH INTERIM PERIOD

COMES NOW Warren H. Smith & Associates, the court-appointed fee auditor in the above-captioned action (the "Fee Auditor"), and, pursuant to the Amended Administrative Order Under U.S.C. 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated April 17, 2002 (the "Amended Administrative Order"), files this spreadsheet of fees by category, and in support thereof states as follows:

1.    The Amended Administrative Order required the Fee Auditor to "file, at least one week prior to the fee hearings, a spreadsheet showing all fees and expenses paid, by category, to each professional and committee member, in each quarterly period and cumulatively. . . ." Regarding the directive that this spreadsheet show the amounts paid, rather than amounts invoiced, neither the debtors nor the professionals keep track of payments by project category, and thus any such information regarding payments by category would be speculative.  Thus we have prepared this spreadsheet with information regarding fees and expenses invoiced, rather than paid.

2.   Our review of these applications indicates that there is very little uniformity regarding the use of project categories.  Thus it is impossible to present one spreadsheet with one set of project categories.  Instead, this spreadsheet presents each professional on a different work-sheet with the project categories used by that professional, along with a category for expenses.

3.   The information in this spreadsheet was derived from the information contained in the applications.  No attempt was made to verify this information.  Some applicants did not include with their application a table with this information, and thus those applicants do not have any such data entered in this spreadsheet.  Those applicants who do not have cumulative amounts in this spreadsheet did not present such data in their applications.

**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Case Administration | $63,430.50 | |
| Debtors' Business Operation | $1,275.00 | |
| Creditors' Committee | $6,224.00 | |
| Retention of Professionals | $3,292.00 | |
| Fee Applications | $6,054.50 | |
| Court Appearances | $14,497.00 | |
| Claims Administration | $0.00 | |
| Travel | $17,055.00 | |
| Fraudulent Transfer Litigation | $170,835.50 | |
| Litigation Consulting | $7,043.50 | |
| Expenses | $79,962.62 | |

**BLACKSTONE GROUP LLP**

| Category | Amount Invoiced for 4th Interim Period (Hours) | Amount Invoiced Cumulative |
|---|---|---|
| Asset Acquisitions | 56.0 | |
| Business Analysis | 161.0 | |
| Case Administration | 65.0 | |
| Claims Analysis | 52.0 | |
| Committee Matters & Meetings | 99.0 | |
| Compensation of Professionals | 8.0 | |
| Corporate Finance | 52.0 | |
| Employee Matters | 205.0 | |
| Insurance | 1.5 | |
| Tax/General | 9.5 | |
| Expenses | $7,491.9 | |

**CAMPBELL AND LEVINE**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Analysis and Recovery | $2,456.00 | |
| Asset Disposition | $0.00 | |
| Business Operations | $502.50 | |
| Case Administration | $5,336.00 | |
| Claims Administration and Objections | $2,066.00 | |
| Employee Benefits/Pensions | $0.00 | |
| Fee/Employment Applications | $5,966.00 | |
| Fee/Employment Objections | $1,975.00 | |
| Financing | $0.00 | |
| Litigation | $9,972.50 | |
| Plan and Disclosure Statement | $0.00 | |
| Relief from Stay Proceedings | $29.00 | |
| Tax Issues | $0.00 | |
| Valuation | $0.00 | |
| Committee Administration | $7,181.00 | |
| Expenses | $6,577.30 | |

**CAPLIN AND DRYSDALE, CHARTERED**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Analysis and Recovery | $0.00 | $406.00 |
| Business Operations | $0.00 | $50.00 |
| Claims Administration & Objections | $964.50 | $13,639.00 |
| Employee Benefits/Pensions | $0.00 | $2,400.00 |
| Fee/Employment Applications | $768.00 | $12,283.00 |
| Fee/Employment Objections | $0.00 | $158.00 |
| Litigation | $6,295.50 | $143,294.00 |
| Plan and Disclosure Statement | $56.00 | $713.00 |
| Relief from Stay Proceedings | $0.00 | $350.00 |
| Tax Issues | $0.00 | $1,569.50 |
| Committee Meetings/Conferences | $0.00 | $23,330.50 |
| Docket Review & Control | $3,196.50 | $34,207.50 |
| Asbestos:  Claims Analysis & Valuations | $712.00 | $712.00 |
| Asbestos:  Claims Litigation | $7,101.50 | $7,101.50 |
| Asbestos:  Do-Def Issues & Bankruptcy | $1,498.00 | $1,498.00 |
| Asbestos:  Settlement Matters | $1,512.00 | $1,512.00 |
| Bankruptcy Litigation (Preferences & Avoidance Actions) | $280.00 | $280.00 |
| Business Analysis (primarily for accountants and financial advisors) | $56.00 | $56.00 |
| Case Administration | $53,917.00 | $164,691.50 |
| Committee Mattes & Creditors Mtgs | $2,151.50 | $2,151.50 |
| Compensation of Professionals (Fee Applications of Self and Others) | $4,694.50 | $4,694.50 |
| Litigation (Non-bankruptcy/General) | $412.50 | $412.00 |
| Litigation/Fraudulent Conveyance | $173,611.00 | $173,611.00 |
| Non-Working Travel | $17,353.75 | $23,726.75 |
| Preparation for & Attendance at hrs | $1,904.00 | $1,904.00 |
| Retention of Professionals | $5,068.00 | $5,068.00 |
| Stay Litigation (Section 362) | $500.00 | $500.00 |
| Expenses | $27,615.46 | $53,103.35 |

**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Litigation | $14,892.50 | |
| Expenses | $75.00 | |

**CASNER & EDWARDS LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos: Other | $5,561.00 | $17,474.00 |
| Asbestos: Claims Litigation | $572,160.50 | $846,018.50 |
| Compensation of Professionals | $3,975.00 | $8,120.00 |
| Expenses | $96,031.15 | $109,825.30 |

**OFFICIAL COMMIITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANT**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |

**CONWAY, DEL GENIO, GRIES & CO., LLP**

| Category | Amount Invoiced for 4th Interim Period (Hours) | Amount Invoiced Cumulative |
|---|---|---|
| Review and analysis of Debtor's business and operations | 0.0 | |
| Analyzed, review and monitored the Debtors' financial results and other relevant information | 55.5 | |
| Meetings and conference calls with the Debtors' management and financial advisor | 3.5 | |
| Review and analysis of asbestos related litigation, risk management and other legacy liabilities | 0.0 | |
| Meetings and discussions with the Committee and/or its Counsel | 86.5 | |
| Review of acquisitions proposed by the Debtor | 23.0 | |
| Reviewed Debtors' employee retention and incentive plans | 21.5 | |
| Investigation of asset divestitures/Fraudulent conveyance | 508.5 | |
| Planning, preparation and organization | 0.0 | |
| Fee application and statements | 16.0 | |
| Other | 20.5 | |
| Expenses | $4,809.71 | |

**FERRY & JOSEPHS, P.A.**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos: Claims Litigation | $4,066.25 | $4,066.25 |
| Case Administration | $4,407.25 | $29,003.25 |
| Committee Matters and Creditor Meetings | $2,995.00 | $13,760.00 |
| Compensation of Professionals | $2,842.50 | $9,856.00 |
| Creditor Inquiries | $20.00 | $20.00 |
| Litigation/Fraudulent Conveyance | $2,654.00 | $2,654.00 |
| Litigation/General | $981.00 | $15,622.50 |
| Non-Working Travel Time | $350.00 | $2,172.50 |
| Preparation for and Attendance at Hearings | $2,840.00 | $5,473.00 |
| Retention of Professionals | $1,568.00 | $4,062.00 |
| Expenses | $9,421.63 | $25,369.95 |

**HAMILTON, RABINOVITZ & ALSCHULER, Inc.**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Case Administration | $27,945.00 | |
| Expenses | $309.81 | |

**HILSTOP NOTIFICATIONS**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |

**HOLME ROBERTS AND OWEN LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Fee/Employment Applications | $7,561.50 | |
| Litigation | $1,007,594.00 | |
| Expenses | $136,984.52 | |

**KIRKLAND & ELLIS**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Analysis and Recovery | $29,258.00 | |
| Automatic Stay Matters/Relief Proceeding | $8,844.00 | |
| Case Administration | $139,542.50 | |
| Claim Estimate, Objection and Resolution | $14,959,350.00 | |
| Contested Matters/Adversary Proceedings | $436,249.00 | |
| Corporate and Securities Matters | $564.00 | |
| Creditors/Noteholders Committee | $5,529.00 | |
| Creditors/Shareholders Inquiries | $8,523.50 | |
| Employee Matters | $10,121.00 | |
| Environmental Issues | $72,089.50 | |
| File, Docket, Calendar Maintenance | $11,347.00 | |
| Hearings | $130,046.50 | |
| K&E Fee Application, Preparation of | $28,194.00 | |
| Lease Rejection Claims | $23,520.00 | |
| Other Fee Applications | $390.00 | |
| Reclamation Claims | $189.50 | |
| Reorganization Plan/Disclosure Statement | $2,815.50 | |
| Retention of Professionals/Fees | $63,330.50 | |
| Schedules/Statement of Financial Affairs | $332.50 | |
| Tax Matters | $11,333.50 | |
| Travel | $40,781.00 | |
| Use, Sale or Lease/Abandonment Property | $1,015.00 | |
| U.S. Trustee | $141.00 | |
| IRS Tax Litigation | $96,875.00 | |
| Eminent Domain Proceedings | $11,077.50 | |
| Expenses | $102,514.38 | |

**KLETT ROONEY LIEBER AND SCHORLING**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Disposition | $632.00 | |
| Business Operations | $506.00 | |
| Case Administration | $15,653.50 | |
| Claims Administration & Obj | $491.00 | |
| Employee Benefits/Pensions | $118.50 | |
| Fee/Employment Applications | $6,363.00 | |
| Fee/Employment Objections | $176.00 | |
| Litigation | $641.50 | |
| Meetings of Creditors | $2,041.00 | |
| Plan & Disclosure Statement | $411.00 | |
| Expenses | $3,724.25 | |

**KRAMER LAVIN NAFTALIS & FRANKEL**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos Claims Issues | $39,030.00 | |
| Bankruptcy Motions | $8,265.00 | |
| Case Administration | $20,650.00 | |
| Committee & Creditor Corresp. | $8,212.50 | |
| Fee Applications | $7,060.00 | |
| Fraudulent Conveyance Issues | $9,547.50 | |
| Expenses | $6,963.66 | |

**LEGAL ANALYSIS SYSTEMS, INC.**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |

**DUANE MORRIS LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Analysis amd Recovery | $83.00 | |
| Case Administration | $14,489.00 | |
| Fee/Employment Applications | $11,313.00 | |
| Litigation | $3,299.50 | |
| Fee/Employment Objections | $83.00 | |
| Plan and Disclosure Statement | $83.00 | |
| Buisness Analysis | $6,032.50 | |
| Data Analysis | $349.00 | |
| Leases/Excretory Contracts | $415.00 | |
| Claims Administration and Objections | $1,079.00 | |
| Pre/Review of US Trustee Report | $95.00 | |
| Asset Disposition | $1,122.00 | |
| Creditors Committee | $316.50 | |
| Expenses | $5,113.59 | |

**NELSON MULLINS RILEY and SCARBOROUGH, LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| General | $8,027.00 | |
| Beaco Road Site | $281.50 | |
| Bill Johns Wast Oil Site-FL | $100.00 | |
| Refuse Hideaway Landfill | $113.00 | |
| Enoree Site Management | $186.00 | |
| Project Allen | $955.00 | |
| Li Tungsten | $561.00 | |
| Charleston | $9,735.50 | |
| Easthampton, MA Expanding Plant | $672.00 | |
| FOIA Request | $378.00 | |
| Expenses | $147.52 | |

**PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C.**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |
| Asset Disposition | $1,696.00 | |
| Bankruptcy Litigation | $56,353.00 | |
| Case Administration | $12,229.50 | |
| Claims Administration/Objection | $9,527.00 | |
| Compensation of Professionals | $19,132.00 | |
| Executory Contracts | $1,116.00 | |
| Fee/Employment Application | $5,314.00 | |
| Financial Filings | $1,708.00 | |
| Litigation (Non-Bankruptcy) | $22,706.50 | |
| Operations | $440.00 | |
| Plan & Disclosure Statement | $596.00 | |
| Retention of Professionals | $7,611.00 | |
| Stay Litigation | $684.00 | |
| Expenses | $93,578.30 | |

**PITNEY, HARDIN, KIPP AND SZUCH LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |
| Telephone Calls | $17,595.00 | |
| Correspondence and Pleadings Drafted | $20,753.00 | |
| Correspondence and Pleadings Reviewed | $36,330.10 | |
| Legal Research | $1,689.00 | |
| Internal Office Meetings | $30,635.50 | |
| Out of Office Meetings, including Preparation and Travel | $17,461.50 | |
| File Review | $6,805.00 | |
| Other Services | $5,248.00 | |
| Expenses | $26,231.48 | |

**FTI POLICAN & MANZO**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
| --- | --- | --- |
| Asbestos:  Claims Analysis and Valuations | $10,997.50 | |
| Asset Acquisitions/Business Combinations | $34,747.50 | |
| Business Analysis | $101,678.00 | |
| Corporate Finance | $3,800.00 | |
| Committee Matters and Creditor Meetings | $14,922.50 | |
| Compensation of Professionals | $27,585.00 | |
| Valuation | $3,406.50 | |
| Expenses | $6,343.22 | |

**REED SMITH LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos Product Liability Defense | $464,770.25 | $1,698,799.75 |
| Non-working Travel | $6,454.00 | $90,015.50 |
| Billing Procedures and Fee Petitions | $8,173.50 | $19,810.00 |
| Expenses | $159,602.71 | $381,125.76 |

**WARREN H. SMITH & ASSOCIATES**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|

**STEPTOE & JOHNSON LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Case Administration | | |
| File, Docket, Calendar Maintenance | | |
| Hearings | | |
| S&J Fee Application, Preparation of | $11,480.00 | |
| Other Fee Applications | | |
| Retention of Professionals/Fees | | |
| Tax Matters | | |
| Travel (1/2 total hours billed) | | |
| IRS Tax Litigation | $79,290.00 | |
| Expenses | $8,274.48 | |

**STROOCK & STROOCK & LAVAN LLP**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos:  Claims Analysis and Valuations | $1,402.50 | |
| Asbestos:  Claims Litigation | $30,214.50 | |
| Asbestos:  Other | $9,681.50 | |
| Asset Acquisitions/Business Combinations | $8,870.00 | |
| Business Operations | $2,855.00 | |
| Case Administration | $33,069.00 | |
| Claim Analysis/ Objections/ Administration (Non-Asbestos) | $14,937.50 | |
| Committee Matters and Creditor Meetings | $37,550.00 | |
| Compensation of Professionals (Fee Applications of Self) | $19,558.50 | |
| Compensation of Professionals/Others | $142.50 | |
| Environmental Matters/Regulations/ Litigation | $446.00 | |
| Executory  Contracts/  Unexpired  Leases (Assumption and Rejection) | $1,147.50 | |
| Litigation (Non-Bankruptcy/General) | $989.50 | |
| Litigation/Fraudulent Conveyance | $33,690.00 | |
| Non-Working Travel Time | $7,965.50 | |
| Preparation for and Attendance at Hearings | $33,242.50 | |
| Retention of Professionals | $9,420.00 | |
| Stay Litigation (Section 362) | $902.50 | |
| Tax/General | $25,068.50 | |
| Expenses | $6,149.76 | |

**L. TERSIGNI CONSULTING, P.C.**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asset Acquitistion/Business Combinations | $6,481.25 | |
| Business Analysis | $9,982.50 | |
| Committee Matter and Creditor Meetings | $4,462.50 | |
| Compensation of Professionals | $1,284.00 | |
| Data Analysis | $19,015.25 | |
| Non-Working Travel Time | $2,235.00 | |
| Valuation | $10,880.00 | |
| Expenses | $1,239.44 | |

**WALLACE KING MARRARO & BRANSON PLLC**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Accounting/Auditing | $4,206.00 | |
| Environmental Matters/ Regulation/ Litigation | $245,237.50 | |
| Insurance | $3,916.00 | |
| Expenses | $8,576.72 | |

**PROFESSOR ELIZABETH WARREN**

| Category | Amount Invoiced for 4th Interim Period | Amount Invoiced Cumulative |
|---|---|---|
| Asbestos:  Claims Analysis & Valuations | $1,687.50 | |
| Expenses | $0.00 | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served

First Class United States mail to the attached service list on this 19 day of August, 2002.


_____

Warren H. Smith

## SERVICE LIST

Notice Parties

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**<u>United States Trustee</u>**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801