**Warren H. Smith & Associates, P.C.**
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 08, 2002

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice # 10113

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/18/2002 | JAW | detailed review of Ferry & Joseph July 1 2001 to September 30, 2001 Interim application (.7); draft summary of same (.6) | 1.30 | 175.50 |
| 6/3/2002 | WHS | draft e-mail to C Marroro re Wallace King electronic copies | 0.30 | 82.50 |
| | WHS | receive and review 8 miscellaneous pleadings | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Campbell | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoices re Wallace King | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Tersigni | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Klett | 0.10 | 27.50 |
| | BM | Update database with fee applications received 6/3/03 for Holme 1/02 - 3/02 Interim, 4/02; Wallace 4/02; Caplin 4/02; Stroock 4/02 and Pachulski 2/02. | 0.70 | 28.00 |
| | BM | Update database with summaries received 6/3/02 for Reed 1/02, 2/02, and 3/02; Wallace 3/02. | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                  Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/3/2002 | BM | Receive and review emails with attachment files from applicants and update database for Campbell 4/02; Wallace 12/01, 1/02, 2/02, 3/02, 4/02 and 10/1/01-12/31/01 Interim; Tersigni 4/02; and Klett 4/02. | 0.90 | 36.00 |
|  | DTW | Review draft Wallace King March fee application summary (.3); review Reed Smith January fee application summary (.3); review Reed Smith February fee application summary (.3) | 0.90 | 121.50 |
|  | PB | Detailed review and preparation of summary of Caplin August 2001 (1.10); detailed review and preparation of summary of Caplin October 2001 0(.50); Detailed review and preparation of summary of Caplin (0.80); detailed review of Blackstone November 2001 (2.00). | 4.40 | 528.00 |
|  | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod, L.L.P. to discuss coordination of efforts vis-a-vis Caplin & Drysdale, Chartered, with respect to document review. | 0.40 | 80.00 |
|  | MS | Revise discussion of expense detail in summary regarding February invoice of Caplin & Drysdale, Chartered. | 0.20 | 40.00 |
|  | MS | Revise summary of March invoice of Caplin & Drysdale, Chartered, to add chart indicating fees by project category. | 0.40 | 80.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered. | 2.30 | 460.00 |
|  | MS | Begin drafting of initial report regarding Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered. | 1.10 | 220.00 |
| 6/4/2002 | WHS | receive and review letter re hearing | 0.10 | 27.50 |
|  | WHS | receive and review CNO | 0.10 | 27.50 |
|  | BM | Draft monthly invoices for postage, copies and PACER service. | 0.80 | 32.00 |
|  | BM | Update Pleading Index with Motion fiiled 6/3/02. | 0.20 | 8.00 |
|  | BM | Update database with fee applications received 6/4/02 for Reed 4/02. | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                         Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/4/2002 | GGR | Oc/WS and BM re Wallace data (.1); receive and review e-mail from WS re Wallace (.1). (.2) | 0.20 | 27.00 |
|  | PB | Detailed review and preparation of summary of Blackstone November 2001 (3.80). | 3.80 | 456.00 |
|  | MS | Continue drafting initial report regarding Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered. | 3.30 | 660.00 |
| 6/5/2002 | CM | draft and file Certificate of No Objection for March 2002 Monthly Invoice | 0.40 | 30.00 |
|  | CM | research PACER regarding Certificate of No Objection. | 0.30 | 22.50 |
|  | CM | research PACER regarding email address of applications for Wellness, Pitney & Tersigni. | 0.30 | 22.50 |
|  | WHS | receive, review, and respond to e-mail re Wallace King | 0.20 | 55.00 |
|  | WHS | revise WHS&A monthly invoice | 1.30 | 357.50 |
|  | BM | Update database with fee applications received 6/5/02 for Steptoe First, Second and Third Quarterly; Holme 4/02; Klett 4/02 and Casner 4/02. | 0.60 | 24.00 |
|  | GGR | Draft e-mail to BM, CM, and WS re Wallace King July invoice (.1); TC/BM re same (.1); draft e-mail to BM, WS, CM re same (.1). (.3) | 0.30 | 40.50 |
|  | PB | Detailed review and preparation of summary of Blackstone December 2001 (5.50). | 5.50 | 660.00 |
|  | MS | telephone conferences with Dottie Collins of L. Tersigni Consulting regarding filing of Fourth Interim Quarterly Fee Application. | 0.20 | 40.00 |
|  | MS | Exchange e-mails with Kevin Heiser of Nelson, Mullins, Riley & Scarborough, LLP, requesting February and March invoices and Fourth Interim Quarterly Fee Application. | 0.20 | 40.00 |
|  | MS | E-mail P. Rupp of Wallace King Marraro & Branson, PLLC, requesting Fourth Interim Quarterly Fee Application. | 0.10 | 20.00 |

W.R. Grace & Co.                                                                                                                         Page    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2002 | MS | E-mail D. Carickhoff of Pachulski, Stang, Ziehl, Young & Jones P.C. requesting March invoice and Fourth Interim Quarterly Fee Application. | 0.10 | 20.00 |
|  | MS | Finish drafting initial report regarding Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered. | 3.20 | 640.00 |
| 6/6/2002 | WHS | telephone conference with Tony Allen re Wallace | 0.20 | 55.00 |
|  | WHS | receive and review 4 misc pleadings | 0.20 | 55.00 |
|  | BM | Update database with fee applications received 6/6/02 for Tersigni 4/02; Campbell 4/02 and Conway 4/27-9/30/01, 10/01, 11/1-12/31/01 | 0.30 | 12.00 |
|  | BM | Update database with electronic data received through email attachments for Wallace 10/01, 11/01, 12/01, 10/01-12/01, 1/02, 2/02, 3/02 and 1/02-3/02. | 0.50 | 20.00 |
|  | PB | Detailed review and preparation of summary of Pitney April 2001 (1.00); detailed review and preparation of summary of Pitney May 2001 (2.00);detailed review and preparation of summary of Pitney June 2001 (1.60); detailed review and preparation of summary of Pitney July 2001 (2.00). | 6.60 | 792.00 |
|  | MS | Telephone conference with Toni Allen of Wallace King Marraro & Branson, PLLC, regarding receipt of Fourth Interim Quarterly Fee Application. | 0.10 | 20.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP., in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period. | 4.40 | 880.00 |
| 6/7/2002 | WHS | revise initial report re Bilzen | 1.00 | 275.00 |
|  | WHS | revise initial report re Caplin | 1.10 | 302.50 |
|  | WHS | revise initial report re Duane Morris | 0.80 | 220.00 |
|  | WHS | revise initial report re Ferry Joseph | 0.80 | 220.00 |

W.R. Grace & Co.     Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/7/2002 | WHS | revise initial report re FTI | 0.90 | 247.50 |
| | WHS | revise initial report re Kramer Levin | 1.00 | 275.00 |
| | BM | Update database with fee applications received 6/7/02 for Pachulski 3/02 and Fourth Quarterly Interim. | 0.20 | 8.00 |
| | JAW | detailed review of Pachulski February, 2002, monthly invoice (.8); draft summary of same (.6) | 1.40 | 189.00 |
| | JAW | detailed review of Pachulski March, 2002, monthly invoice (0.8); draft summary of same (0.8) | 1.60 | 216.00 |
| | PB | Detailed review and preparation of summary of Pitney September 2001 (4.50). | 4.50 | 540.00 |
| | MS | further review of Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP., in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period and drafting of initial report. | 1.30 | 260.00 |
| | MS | Draft initial report regarding Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP. | 3.20 | 640.00 |
| 6/8/2002 | PB | Detailed review and preparation of summary of Pitney October 2001 (3.50); detailed review and preparation of summary of Pitney November 2001 (2.50). | 6.00 | 720.00 |
| 6/10/2002 | WHS | receive and review 4 misc pleadins | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Jay Sakalo re order re experts & draft e-mail re same | 0.20 | 55.00 |
| | WHS | receive and review order re experts, and draft e-mail to Frank Perch re same | 0.10 | 27.50 |
| | CM | detailed review of outstanding invoices | 0.20 | 15.00 |
| | BM | Update database with summaries received 6/10/02 for Pitney 4/01, 5/01, 6/01, 7/01, 9/01, 10/01, and 11/01 and fee application for Hilsoft 4/02. | 0.60 | 24.00 |

W.R. Grace & Co.                                                                                                                                    Page     6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/10/2002 | DTW | Draft preliminary initial report for Wallace King. | 3.40 | 459.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Conway, Del Genio & Gries. | 1.30 | 260.00 |
|  | MS | Further review of Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period. | 0.90 | 180.00 |
|  | MS | Continue drafting initial report regarding Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP. | 3.80 | 760.00 |
| 6/11/2002 | BM | Update database with fee applications received 6/11/02 for Kirkland 4/02 and Interim 1/02 - 3/02. | 0.20 | 8.00 |
|  | BM | General updating on database with correct formulas to show amounts to be reviewed. | 0.60 | 24.00 |
|  | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
|  | WHS | draft initial report re Stroock | 4.00 | 1,100.00 |
|  | DTW | Complete initial draft of initial report for Wallace King (1.2); Summarize fee application of Campbell & Levine in preparation for initial report (1.4); draft preliminary initial report for Campbell & Levine (1.8); draft Carella initial report (1.9). | 6.30 | 850.50 |
|  | MS | Continue drafting initial report regarding Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP. | 3.10 | 620.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Casner & Edwards, LLP in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period. | 0.90 | 180.00 |
|  | MS | draft initial report regarding Fourth Interim Quarterly Fee Application of Casner & Edwards, LLP. | 3.70 | 740.00 |
| 6/12/2002 | CM | draft and file monthly invoice for May 2002 | 1.00 | 75.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 6/12/2002 | WHS | draft initial report re Pachulski | 2.20 | 605.00 |
| | DTW | Review Ssteptoe for initial report (1.0); short conference with M. Stierer and review of changes to Carella initial report (.5); correcting initial reports for Campbell and Wallac King (.4); continue draft of initial report for Steptoe (2.8); summarize Klett March fee application (.9); review of Tersigni interim application in preparation of drafting initial report and begin draft(1.3). | 6.90 | 931.50 |
| | MS | Finish drafting initial report regarding Fourth Interim Quarterly Fee Application of Holme Roberts & Owen, LLP. | 0.70 | 140.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Casner & Edwards, LLP. | 0.40 | 80.00 |
| | MS | detailed review of Fourth Interim Quarterly Fee Application of Kirkland & Ellis in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period. | 3.30 | 660.00 |
| | MS | telephone conference with David Cleary's office and two telephone conferences with David Cleary regarding invoices and fee application to be forwarded. | 0.40 | 80.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Campbell & Levine, LLC. | 0.40 | 80.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein. | 0.80 | 160.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Steptoe & Johnson, LLP & Johnson, LLP. | 1.20 | 240.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Wallace King Marraro & Branson, PLLC. | 0.90 | 180.00 |
| | BM | Draft red ropes for First Interim apps and Initial Reports. | 2.80 | 112.00 |
| 6/13/2002 | WHS | draft initial report re Petchulski 4th | 3.50 | 962.50 |
| | WHS | revise initial report re Campbell & Levine | 0.50 | 137.50 |

W.R. Grace & Co.       Page   8

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 6/13/2002 | WHS | revise initial report re Carella | | 0.30 | 82.50 |
| | WHS | revise initial report re Casner | | 1.70 | 467.50 |
| | DTW | Continue draft initial report for Tersigni (.4); draft initial report regarding Klett Rooney (2.6); shosrt conference with W.Smith and M. Steirer regarding project categories (.2); draft initial report regarding Reed Smith (5.1). | | 8.30 | 1,120.50 |
| | WHS | revise initial report re Wallace | | 0.50 | 137.50 |
| | WHS | revise initial report re Steptoe | | 0.40 | 110.00 |
| | WHS | revise intitial report re Holme | | 0.50 | 137.50 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Klett Rooney Lieber & Schorling. | | 0.50 | 100.00 |
| | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of L. Tersigni Consulting. | | 0.40 | 80.00 |
| | MS | draft initial report regarding Fourth Interim Quarterly Fee Application of Kirkland & Ellis. | | 6.70 | 1,340.00 |
| | BM | Draft schedules on Pachulski Feb 02 and Mar 02 on "address filing and service thereof." | | 2.70 | 108.00 |
| 6/14/2002 | DTW | Continue drafting Reed Smith initial report (4.1); revisions to Kirkland Ellis (.4); draft initial report regarding Hamilton (.9); revisions to Hamilton initial report initial report (.3); revisions to Reed Smith initial report (.5); review Conway fee application (.4). | | 6.60 | 891.00 |
| | WHS | receive, review, and respond to e-mail from Bryon Jeffories re Hilsoft | | 0.20 | 55.00 |
| | WHS | revise initial report re Kirkland | | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                                                    Page        9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/14/2002 | WHS | revise initial report re Bilzen | 0.40 | 110.00 |
|  | WHS | revise initial report re Blackstone | 0.30 | 82.50 |
|  | WHS | revise initial report re Campbell | 0.40 | 110.00 |
|  | WHS | revise initial report re Caplin | 0.30 | 82.50 |
|  | WHS | revise initial report re Carella | 0.30 | 82.50 |
|  | WHS | revise initial report re Casner | 0.20 | 55.00 |
|  | WHS | revise initial report re Conway | 0.30 | 82.50 |
|  | WHS | revise initial report re Duane | 0.30 | 82.50 |
|  | WHS | revise initial report re Ferry | 0.30 | 82.50 |
|  | WHS | revise initial report re FTIPM | 0.20 | 55.00 |
|  | WHS | revise initial report re Hamilton | 0.30 | 82.50 |
|  | WHS | revise initial report re Holme | 0.40 | 110.00 |
|  | WHS | revise initial report re Klett | 0.40 | 110.00 |
|  | WHS | revise initial report re Kramer | 0.20 | 55.00 |
|  | WHS | revise initial report re Pachulski | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                                           Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/14/2002 | WHS | revise initial report re Reed | 0.30 | 82.50 |
|  | WHS | revise initial report re Steptoe | 0.30 | 82.50 |
|  | WHS | revise initial report re Tersigni | 0.30 | 82.50 |
|  | WHS | revise initial report re Wallace King | 0.30 | 82.50 |
|  | WHS | revise initial report re Stroock | 0.40 | 110.00 |
|  | MS | Finish drafting initial report regarding Fourth Interim Quarterly Fee Application of Kirkland & Ellis. | 3.40 | 680.00 |
|  | MS | Finish drafting initial report regarding Fourth Interim Quarterly Fee Application of The Blackstone Group L.P.. | 2.20 | 440.00 |
|  | MS | Draft initial report regarding Fourth Interim Quarterly Fee Application of Conway, Del Genio & Gries. | 1.80 | 360.00 |
|  | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Hamilton, Rabinovitz & Alschuler. | 0.20 | 40.00 |
|  | MS | Revise initial report regarding Fourth Interim Quarterly Fee Application of Reed Smith LLP. | 0.70 | 140.00 |
| 6/17/2002 | MS | Preliminary review of February and March 2002 invoices received from Nelson, Mullins, Riley & Scarborough, LLP. | 0.20 | 40.00 |
| 6/18/2002 | WHS | telephone conference with Jay Sakalo re Hamilton, etc. | 0.30 | 82.50 |
|  | WHS | draft e-mail to Mark Steirer re Bilzen, Hamilton | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Elizabeth Flaagen re Holme | 0.30 | 82.50 |
| 6/19/2002 | WHS | receive, review, and forward electronic monthly invoice of Legal Analyts | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                         Page    11

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2002 | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | CM | detailed review of outstanding invoices. | 0.20 | 15.00 |
| | BM | Update database with summary information. | 1.00 | 40.00 |
| | BM | Update database with fee applications received 6/19/02 for LAS 2/02 - 4/02; Blackstone 4/02; Kramer 4/02; Pitney 4th Interim app; Steptoe 1st, 2nd, 3rd Interim. | 0.70 | 28.00 |
| | BM | Draft pleading index for Order Authorizing the Retention of Experts | 0.20 | 8.00 |
| 6/20/2002 | WHS | receive, review, and forward electronic monthly invoice re Blackstone | 0.10 | 27.50 |
| | BM | Update database wtih summary information. | 1.90 | 76.00 |
| 6/21/2002 | WHS | receive, review, and forward electronic monthly invoice re Carella | 0.10 | 27.50 |
| | BM | Update database with summary information. | 1.20 | 48.00 |
| | BM | Update database with electronic data received 6/21/02 for Carella 5/02. | 0.10 | 4.00 |
| 6/24/2002 | WHS | draft e-mail to Scott Baena re missing fee detail | 0.20 | 55.00 |
| | DTW | Conference with Frances Valdez-Valdez regarding summaries and interim reports for historical applications (.6). | 0.60 | 81.00 |
| | FVV | conferences with WHSmith re WRGrace audits, fee applications, guidelines and requirements | 0.20 | 49.00 |
| | FVV | conferences with DWilliams re database, guidelines, and summary reports for WRGrace fee applications | 0.30 | 73.50 |

W.R. Grace & Co.                                                                  Page 12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/24/2002 | FVV | conferences with MStrier regarding summary and final report on K&E fee applications | 0.10 | 24.50 |
| | FVV | detailed review of Delaware Local Rules re fee applications (0.70); Delaware Trustee Guidelines (0.60); Delaware Guideline Highlights (.40); and fee audit instructions (0.70) | 2.40 | 588.00 |
| | FVV | detailed review of sample audit summary on Kirkland & Ellis fee application (0.60); and detailed review of final report re Kirkland & Ellis fee application (0.40) | 1.00 | 245.00 |
| | FVV | detailed review of Kirkland & Ellis 10/01/01 - 10/31/01 invoice, fee detail and expense detail (1.60) | 1.60 | 392.00 |
| 6/25/2002 | WHS | receive and review 2 misc CNOs | 0.10 | 27.50 |
| | WHS | receive and review motion of asbestos property damage | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Libby Hamilton re FTI | 0.30 | 82.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Caplin | 0.10 | 27.50 |
| | BM | Input data re applicants | 1.90 | 76.00 |
| | BM | Update database with fee applications received 6/25/02 for Bilzin 6/01 & 7/01 details and electronic data via email attachments for Bilzin 4/02. | 0.20 | 8.00 |
| | FVV | detailed review and audit of Kirkland & Ellis 10/01/01 - 10/31/01 fee invoice, fee detail and expense detail and comparison with Guideline items and Court instructions (7.0); conference with WHSmith re status of audit on K&E October 2001 invoice (.1) | 7.10 | 1,739.50 |
| 6/26/2002 | WHS | telephone conference with Pam Zilly re Blackstone | 0.20 | 55.00 |
| | BM | Update database with fee applications received 6/26/02 for Nelson 9/01 & 4/02; Caplin 5/02. | 0.20 | 8.00 |

W.R. Grace & Co.        Page 13

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/26/2002 | BM | Input data re applicants | 0.50 | 20.00 |
| | FVV | detailed review and audit of K&E October 2001 invoice and comparison with Trustee guidelines and Court instructions (4.2) | 4.20 | 1,029.00 |
| | FVV | Draft and prepare initial audit summary on K&E October 2001 fee invoice (3.3); conference with WHSmith re initial audit of K&E October 2001 invoice (0.1) | 3.40 | 833.00 |
| | MS | detailed review of February 2002 monthly invoice of Nelson, Mullins, Riley & Scarborough, LLP. | 0.70 | 140.00 |
| | MS | detailed review of March 2002 monthly invoice of Nelson, Mullins, Riley & Scarborough, LLP. | 0.60 | 120.00 |
| | MS | draft summary regarding March 2002 monthly invoice of Nelson, Mullins, Riley & Scarborough, LLP. | 0.20 | 40.00 |
| | MS | draft summary regarding February 2002 monthly invoice of Nelson, Mullins, Riley & Scarborough, LLP. | 0.40 | 80.00 |
| | MS | Draft initial report regarding Fourth Interim Quarterly Fee Application of Nelson, Mullins, Riley & Scarborough, LLP. | 1.40 | 280.00 |
| 6/27/2002 | WHS | telephone conference with Pam Zilly re response | 0.10 | 27.50 |
| | WHS | telephone conference with Matt Zaleski re Campbell | 0.30 | 82.50 |
| | WHS | telephone conference with Bob Murphy re Casner | 0.40 | 110.00 |
| | WHS | draft e-mail to Peter Lockwood re Caplin | 0.20 | 55.00 |
| | WHS | left detailed telephone voicemail for John Agnello re Carella | 0.10 | 27.50 |
| | WHS | telephone conference with Melissa Flax re Carella | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                           Page    14

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/27/2002 | WHS | draft e-mail to Mike Lastowski re Duane Morris 4th | 0.20 | 55.00 |
|  | WHS | telephone conference with Mike Gries re Conway response | 0.20 | 55.00 |
|  | WHS | receive and review e-mail from Mike Lastowski re Duane Morris | 0.10 | 27.50 |
|  | WHS | left detailed telephone voicemail for Ed Ordway re FTI | 0.10 | 27.50 |
|  | WHS | revise initial report re Pitney | 0.20 | 55.00 |
|  | BM | Update database with electronic data received 6/27/02 for Campbell 5/02 and Caplin 5/02. | 0.20 | 8.00 |
|  | FVV | draft and prepare preliminary audit report on K&E 's October 2001 monthly invoice (3.4);  conference with WHSmith re preliminary audit findings (0.10) | 3.50 | 857.50 |
|  | FVV | detailed review of items regarding K& E October invoice for additional audit items regarding multiple personnel, too much time, and questionable details (4.0) | 4.00 | 980.00 |
|  | MS | detailed review of Fourth Interim Quarterly Fee Application of Pitney, Hardin, Kipp & Szuch, LLP, in conjunction with summaries of previously received monthly fee and expense invoices for the relevant period. | 2.10 | 420.00 |
|  | MS | Draft initial report regarding Fourth Interim Quarterly Fee Application of Pitney, Hardin, Kipp & Szuch, LLP. | 2.70 | 540.00 |
| 6/28/2002 | WHS | left detailed telephone voicemail for Roger Higgins re he can respond to IR by e-mail or phone | 0.10 | 27.50 |
|  | WHS | left detailed telephone voicemail for Terry Currier re Klett | 0.10 | 27.50 |
|  | WHS | left detailed telephone voicemail for Phil Bently re Kramer | 0.10 | 27.50 |
|  | WHS | draft e-mail to Dottie Collins re Tersigni | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                      Page      15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/28/2002 | WHS | detailed review of database to determine professionals who have not filed apps | 0.30 | 82.50 |
|  | WHS | left detailed telephone voicemail for Bernard Hawkins re Nelson | 0.10 | 27.50 |
|  | WHS | left detailed telephone voicemail for Laura Jones re Pachulski | 0.10 | 27.50 |
|  | WHS | receive and review e-mail from Dottie Collins re Tersigni | 0.10 | 27.50 |
|  | WHS | telephone conference with Roger Higgins re Kirkland | 0.20 | 55.00 |
|  | WHS | draft e-mails to Roger Higgins re IR | 0.20 | 55.00 |
|  | WHS | left detailed telephone voicemail for Tony Marchetta re Pitney | 0.10 | 27.50 |
|  | WHS | draft e-mail to David Cleary re Nelson & attaching copy of IR | 0.30 | 82.50 |
|  | WHS | telephone conference with Libby Hamilton re FTI | 0.30 | 82.50 |
|  | WHS | receive and review e-mail from Libby Hamilton re response to final report | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice re Ferry | 0.10 | 27.50 |
|  | WHS | receive and review e-mail from Bob Murphy re Casner | 0.20 | 55.00 |
|  | WHS | detailed review of Casner time entries re lumping | 0.30 | 82.50 |
|  | WHS | telephone conference with Anne Moran re Steptoe response | 0.20 | 55.00 |
|  | WHS | left detailed telephone voicemail for Lewis Kruger re Stroock 4th | 0.10 | 27.50 |

W.R. Grace & Co.      Page 16

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/28/2002 | WHS | left detailed telephone voicemail for Chris Marraro re Wallace King | 0.10 | 27.50 |
| | WHS | telephone conference with Roger Higgins re Kirkland 4th app | 0.20 | 55.00 |
| | WHS | receive, review, and formward e-mail to Robert Murphy re Casner | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re committee | 0.10 | 27.50 |
| | WHS | telephone conference with Arlene Kreger re Stroock | 0.30 | 82.50 |
| | WHS | receive, review, and respond to e-mail from Bob Murphy | 0.20 | 55.00 |
| | BM | Update database with electronic data received on 6/28/02 for Ferry 4/02 and received fee application (hard copy) for Campbell 5/02. | 0.20 | 8.00 |
| | FVV | Complete audit of additional guideline items regarding K&E October 2001 fee invoice (2.8), conferences with WHSmith re findings on additional items and redraft of prelimary report (0.2) | 3.00 | 735.00 |
| | FVV | Draft and prepare preliminary report of Kirkland & Ellis 10/01/01 - 10/31/01 fee invoice (4.2) | 4.20 | 1,029.00 |
| | MS | Read e-mail from Robert A. Murphy of Casner & Edwards, LLP, requesting examples of "lumping" discussed in initial report; review time entries to locate examples; draft e-mail to Warren H. Smith containing such examples. | 0.30 | 60.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Caplin | 0.10 | 27.50 |

**For professional services rendered**      **231.10 $42,317.00**

W.R. Grace & Co. Page 17

Additional Charges :

| | Price | Amount |
|---|---|---|
| PACER charges | 0.07 | 16.45 |
| PACER charges | 0.07 | 25.27 |
| PACER charges | 0.07 | 13.51 |
| PACER charges | 0.07 | 8.33 |
| PACER charges | 0.07 | 49.91 |
| PACER charges | 0.07 | 4.13 |
| PACER charges | 0.07 | 37.17 |
| PACER charges | 0.07 | 32.13 |
| Copying cost | 0.15 | 9.30 |
| Postage | 2.78 | 2.78 |
| Copying cost | 0.15 | 21.45 |
| Copying cost | 0.15 | 12.30 |
| Postage | 10.61 | 10.61 |
| Postage | 3.67 | 3.67 |

W.R. Grace & Co. Page 18

| | Price | Amount |
|---|---|---|
| Postage | 0.55 | 0.55 |
| Copying cost | 0.15 | 0.15 |
| Copying cost | 0.15 | 1.20 |
| Postage | 0.57 | 0.57 |
| **Total costs** | | **$249.48** |
| **Total amount of this bill** | | **$42,566.48** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beth S. Miller | 19.70 | 40.00 | $788.00 |
| Cheryl A McKinnon | 2.40 | 75.00 | $180.00 |
| Doreen T Williams | 33.00 | 135.00 | $4,455.00 |
| Frances V Valdez | 35.00 | 245.00 | $8,575.00 |
| Gail G Russell | 0.50 | 135.00 | $67.50 |
| James A Wehrmann | 4.30 | 135.00 | $580.50 |
| Mark W Steirer | 66.80 | 200.00 | $13,360.00 |
| Pam Buchmeyer | 30.80 | 120.00 | $3,696.00 |
| Warren H Smith | 38.60 | 275.00 | $10,615.00 |