**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**

**APRIL 1, 2002 THROUGH JUNE 30, 2002**

1. Case Administration – 15537 – 33.8 hours ($12,272.50)

During the Application Period, the Applicant expended time reviewing a variety of court documents related to the Debtor's bankruptcy filing, the Sealed Air and Fresenius fraudulent transfer litigation and the Zonolite science trial, including proposed and final orders, briefs, motions, answers, transcripts of hearings before Judges Fitzgerald and Wolin, and judicial decisions in related matters. The Applicant also participated in weekly telephone conference calls with the members of the Property Damage (PD) Committee, and responded to questions from PD Committee members and PD Committee counsel regarding case management issues that are within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation - 89.2 hours ($30,262.50)

During the Application Period, the Applicant expended time reviewing documents, data files and other electronic files produced through discovery concerning estimates and projections of Debtor's near-term and long-term asbestos-related property damage and personal injury liabilities prepared by Debtors' consultants, in-house personnel, outside auditors and investment bankers. The Applicant provided information about these estimates and projections to the PD Committee, PD Committee counsel and counsel representing the PD Committee in the fraudulent transfer litigation, and responded to questions about the Debtors' estimates and projections from same. The Applicant also assembled various resource materials on asbestos property damage liability estimates and projections. The Applicant prepared for and attended an all-day meeting of PD Committee counsel, members of the PD Committee and other PD Committee consultants

in Miami, Florida to discuss asbestos liability estimation and projection methodologies and calculation issues.