INVOICE
#HRA20020522
May 22, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton,
Rabinovitz & Alschuler, Inc. in connection with expert services to
the Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al.  For the month of April, 2002.

CURRENT FEES

Francine F. Rabinovitz
45.20 hours @ $ 375 per hour               $ 16,950.00

Paul Silvern
36.60 hours @ $ 325 per hour                 11,895.00

Robert H. Sims
11.30 hours @ $ 275 per hour                  3,107.50
          Total Current Fees:  $ 31,952.50

CURRENT EXPENSES (Receipt copies attached.)

Expenses of Francine F. Rabinovitz         $  1,654.10
Expenses of Paul Silvern                      2,412.13
Expenses of Robert H.Sims                     1,238.00
Courier Expenses                                 29.07
          Total Current Expenses:          $  5,333.30

     **TOTAL CURRENT FEES & EXPENSES:**     **$ 37,285.80**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

APRIL, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 04/01/02 | 1.20 | Cat. 12. Case Administration and Consulting. Re-read transcripts re Zonalite science issues. |
| 04/04/02 | 1.80 | Cat. 12. Case Administration and Consulting. Participate in Committee call. |
| 04/08/02 | 1.10 | Cat. 12. Case Administration and Consulting. Review Debtor's motion for intervention in Sealed Air case, PD POC correspondence. |
| 04/12/02 | 2.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare anwers to questions re various subjects of 4/23 meeting. |
| 04/15/02 | 4.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Begin preparation for 4/23 meeting of subcommittee. |
| 04/16/02 | 6.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Continue preparation for 4/23 meeting of subcommittee. |
| | 0.80 | Cat. 12. Case Administration and Consulting. Participate in Committee phone call. |
| 04/17/02 | 3.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Continue preparation for 4/23 meeting. |
| 04/22/02 | 4.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Working travel to meeting of subcommittee. |
| 04/23/02 | 8.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Participate in Subcommittee meeting. |
| | 4.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Working return travel. Read materials distributed. |
| 04/24/02 | 5.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Continue reading distributed materials. Review draft of outline. |
| 04/25/02 | 0.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk to PS about next steps. |
| | 0.40 | Cat. 12. Case Administration and Consulting. Participate in Committee phone call. |

APRIL, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR) Continued

DATE         TIME   TASK


04/26/02    0.70   Cat. 12. Case Administration and Consulting. Call
                    with Conway, DelGenio & Greiss re solvency
                    issues.
             1.70   Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Review documents re PW analysis of PD liabilities
                    in 1997; make document requests.

TOTAL       45.20

APRIL 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|------|------|------|
| 04/04/02 | 1.50 | Cat. 12. Case Administration and Consulting. Review March 18 omnibus hearing transcript. |
| | 1.80 | Cat. 12. Case Administration and Consulting. Participate Committee call. |
| 04/05/02 | 1.50 | Cat. 12. Case Administration and Consulting. Review March 18 omnibus hearing transcript. |
| 04/06/02 | 1.50 | Cat. 12. Case Administration and Consulting. Review Fresenius and Sealed Air answers to the fraudulent transfer complaint and Debtor's motion to intervene. |
| 04/17/02 | 1.80 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee members. |
| 04/18/02 | 1.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee members. |
| 04/19/02 | 2.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee members. |
| 04/20/02 | 1.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee members. |
| 04/21/02 | 6.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee. |
| 04/22/02 | 5.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Prepare for meeting with PD Sub-committee. |
| 04/23/02 | 6.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Meeting with PD Sub-committee. |
| | 4.00 | Cat. 2. Asbestos: Claims Analysis & Valuation. Work on outline of  PD estimation issues. |
| 04/25/02 | 0.40 | Cat. 12. Case Administration and Consulting. Participate in PD Sub-committee call. |
| | 0.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk to FFR re next steps. |

APRIL 2002, TIME LOG OF PAUL J. SILVERN (PJS) Continued

DATE          TIME  TASK


04/26/02     1.50  Cat. 2. Asbestos: Claims Analysis & Valuation.
                   Work on PD estimation issues.


TOTAL       36.60

```
APRIL 2002, TIME LOG OF ROBERT H. SIMS (RHS)

DATE          TIME   TASK

04/22/02      4.50   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Travel to Miami for property damage subcommittee
                     meeting; review ARPC and related PD and BI
                     estimates.

04/23/02      6.00   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Meet with PD committee.

04/26/02      0.80   Cat. 2. Asbestos: Claims Analysis & Valuation.
                     Review and comment on draft PD estimation
                     outline.

TOTAL        11.30
```

Summary of billed hours for service rendered in
connection with the Property Damage Claimants
(W.R. Grace).  For the month of April, 2002.

| | Francine F. Rabinovitz | Paul J. Silvern | Robert Sims | |
|---|---|---|---|---|
| 04/01/2002 | 1.20 | | | |
| 04/02/2002 | | | | |
| 04/03/2002 | | | | |
| 04/04/2002 | 1.80 | 3.30 | | |
| 04/05/2002 | | 1.50 | | |
| 04/06/2002 | | 1.50 | | |
| 04/07/2002 | | | | |
| 04/08/2002 | 1.10 | | | |
| 04/09/2002 | | | | |
| 04/10/2002 | | | | |
| 04/11/2002 | | | | |
| 04/12/2002 | 2.30 | | | |
| 04/13/2002 | | | | |
| 04/14/2002 | | | | |
| 04/15/2002 | 4.30 | | | |
| 04/16/2002 | 7.10 | | | |
| 04/17/2002 | 3.30 | 1.80 | | |
| 04/18/2002 | | 1.00 | | |
| 04/19/2002 | | 2.30 | | |
| 04/20/2002 | | 1.50 | | |
| 04/21/2002 | | 6.00 | | |
| 04/22/2002 | 4.00 | 5.00 | 4.50 | |
| 04/23/2002 | 12.00 | 10.50 | 6.00 | |
| 04/24/2002 | 5.00 | | | |
| 04/25/2002 | 0.70 | 0.70 | | |
| 04/26/2002 | 2.40 | 1.50 | 0.80 | |
| 04/27/2002 | | | | |
| 04/28/2002 | | | | |
| 04/29/2002 | | | | |
| 04/30/2002 | | | | Total Hours |
| Hours | 45.20 | 36.60 | 11.30 | 93.10 |
| Rate | $375 | $325 | $275 | Total Fees |
| | $16,950.00 | $11,895.00 | $3,107.50 | $31,952.50 |

# HR&A

H̲amilton, R̲abinovitz & A̲lschuler, I̲nc.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020522
May 22, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of April, 2002.

### CURRENT FEES

| | |
|---|---|
| Francine F. Rabinovitz | |
| 45.20 hours @ $ 375 per hour | $ 16,950.00 |
| Paul Silvern | |
| 36.60 hours @ $ 325 per hour | 11,895.00 |
| Robert H. Sims | |
| 11.30 hours @ $ 275 per hour | 3,107.50 |
| Total Current Fees:  $ 31,952.50 | |

### CURRENT EXPENSES (Receipt copies attached.)

| | |
|---|---|
| Expenses of Francine F. Rabinovitz | $  1,654.10 |
| Expenses of Paul Silvern | 2,412.13 |
| Expenses of Robert H.Sims | 1,238.00 |
| Courier Expenses | 29.07 |
| Total Current Expenses: | $  5,333.30 |

**TOTAL CURRENT FEES & EXPENSES:**     **$ 37,285.80**

Continued

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 W̲est C̲entury B̲lvd, S̲uite 890, L̲os A̲ngeles, C̲alifornia 90045-6419
T̲el: 310.645.9000 • F̲ax: 310.645.8999

N̲ew york          Fed Tax I.D. 94-2360125          L̲os angeles