# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020613
June 13, 2002

W. R. GRACE & COMPANY ET. AL.

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of May, 2002.

| | |
|---|---:|
| **CURRENT FEES** | |
| Francine F. Rabinovitz | |
| 10.00 hours @ $ 375 per hour | $ 3,750.00 |
| | |
| Paul Silvern | |
| 3.30 hours @ $ 325 per hour | 1,072.50 |
| Total Current Fees: | $ 4,822.50 |
| | |
| **CURRENT EXPENSES** | |
| Expenses of Mimi Constantinou | 53.95 |
| Courier | 85.80 |
| Total Current Expenses: | $ 139.75 |
| | |
| **TOTAL CURRENT FEES & EXPENSES:** | **$ 4,962.25** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

6033 WEST CENTURY BLVD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

NEW YORK          Fed Tax I.D. 94-2360125          LOS ANGELES

```
MAY, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE           TIME    TASK

05/06/02       0.70    Review and comment on general document requests.

05/08/02       1.50    Cat. 12. Case Administration and Consulting.
                       Review  4/22/2002 transcript.

05/10/02       1.00    Cat. 12. Case Administration and Consulting.
                       Participate in committee call.

05/21/02       0.30    Cat. 12. Case Administration and Consulting. Call
                       to Milberg re data dictionary
               0.30    Cat. 12. Case Administration and Consulting Talk
                       w. committe chair about notice program.
               0.20    Cat. 12. Case Administration and Consulting. Make
                       requests for materials from JS
               0.30    Call to Jay Sakalo re status.

05/22/02       2.00    Cat. 12. Case Administration and Consulting.
                       Review notice program

05/23/02       0.70    Cat. 12. Case Administration and Consulting
                       Further work on notice program.

05/24/02       2.00    Cat. 12. Case Administration and Consulting
                       Continue work on notice program.

05/31/02       1.00    Cat. 12. Case Administration and Consulting
                       Participate in committee call. Also call w.
                       Bilzin lawyer re schedule.

Total         10.00
```

MAY 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 05/12/02 | 1.50 | Cat. 12. Case Administration and Consulting. Review April 22 hearing transcript. |
| 05/24/02 | 1.10 | Cat. 12. Case Administration and Consulting. Participate in Property Damage (PD) Committee call re: case status. |
|  | 0.10 | Cat. 12. Case Administration and Consulting. Review proposed order re: Zonolite science trial. |
|  | 0.30 | Cat. 12. Case Administration and Consulting. Review May 20 hearing transcript. |
| 05/31/02 | <u>0.30</u> | Cat. 12. Case Administration and Consulting. Discuss PD Committee call re: case status with Francine F. Rabinovitz. |
| TOTAL | 3.30 | |

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of May, 2002.

| | Francine F. Rabinovitz | Paul J. Silvern | |
|---|---|---|---|
| 05/01/2002 | | | |
| 05/02/2002 | | | |
| 05/03/2002 | | | |
| 05/04/2002 | | | |
| 05/05/2002 | | | |
| 05/06/2002 | 0.70 | | |
| 05/07/2002 | | | |
| 05/08/2002 | 1.50 | | |
| 05/09/2002 | | | |
| 05/10/2002 | 1.00 | | |
| 05/11/2002 | | | |
| 05/12/2002 | | 1.50 | |
| 05/13/2002 | | | |
| 05/14/2002 | | | |
| 05/15/2002 | | | |
| 05/16/2002 | | | |
| 05/17/2002 | | | |
| 05/18/2002 | | | |
| 05/19/2002 | | | |
| 05/20/2002 | | | |
| 05/21/2002 | 1.10 | | |
| 05/22/2002 | 2.00 | | |
| 05/23/2002 | 0.70 | | |
| 05/24/2002 | 2.00 | 1.50 | |
| 05/25/2002 | | | |
| 05/26/2002 | | | |
| 05/27/2002 | | | |
| 05/28/2002 | | | |
| 05/29/2002 | | | |
| 05/30/2002 | | | |
| 05/31/2002 | 1.00 | 0.30 | Total Hours |
| Hours | 10.00 | 3.30 | 13.30 |
| Rate | $375 | $325 | Total Fees |
| | $3,750.00 | $1,072.50 | $4,822.50 |