IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING AND ALLOWING FIRST
INTERIM QUARTERLY FEE APPLICATION REQUEST OF HAMILTON,
RABINOVITZ & ALSCHULER, INC. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF APRIL 1, 2002 THROUGH JUNE 30, 2002**

AND NOW, to wit this _____ day of _____, 2002, the Court having heard the First Interim Quarterly Fee Application Request of Hamilton, Rabinovitz & Alschuler, Inc. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2002 through June 30, 2002, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Hamilton, Rabinovitz & Alschuler, Inc. in the amount of $_____ and expenses in the amount of $_____.

_____
UNITED STATES BANKRUPTCY COURT JUDGE

583347                                               1