IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing: August 26, 2002 at 10:00 a.m. |

**KIRKLAND & ELLIS' MOTION FOR AN ORDER MODIFYING THE CASE MANAGEMENT ORDER AND DEEMING THAT IT'S RESPONSE TO THE FINAL REPORT OF THE FEE AUDITOR ON THE INTERIM FEE APPLICATION FOR THE QUARTER OF JANUARY THROUGH MARCH 2002 IS TIMELY FILED**

Kirkland & Ellis ("K&E") counsel to the Debtors, hereby files this motion (the "Motion") for an order modifying the case management order of this Court dated April 24, 2002, (the "CMO") and deeming that K&E's response (the "Response"), dated the date hereof, to the final report of the Fee Auditor (the "Final Report"), is timely filed.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### Relief Requested

1. On August 15, 2002, the Fee Auditor filed the Final Report, which recommends that certain fees of K&E be reduced. By this Motion, K&E respectfully requests the Court permit K&E's response to the Final Report of the Fee Auditor regarding K&E's fourth interim quarterly fee application, which Response will be filed on the date hereof, to be considered timely filed so it may be heard at the August 26, 2002, omnibus hearing.

2. Pursuant to the CMO, the Response would otherwise have to have been filed on or before August 9, 2002, in order to be heard at the August 26, 2002, omnibus hearing. K&E was precluded from doing so by the filing date (August 15, 2002) of the Final Report. To avoid any possibility of prejudice or lack of notice because of the shortened timeframe involved, on the date hereof, K&E provided the Fee Auditor with an electronic copy of the Response and of this Motion in addition to the normal service of this Motion. In view of these facts and circumstances, K&E believes that the Response, being filed on the date hereof, will not prejudice any party-in-interest.

3. K&E respectfully submits that the earliest possible consideration of the merits of this Motion is necessary and in the best interests of all parties-in-interest.

### Notice

4. Notice of this Motion has been given to (i) the Office of the United States Trustee, (ii) counsel to the debtor-in-possession lenders, (iii) counsel to the committees appointed by the United States Trustee and (iv) those parties that requested papers under Fed. R. Bankr. P. 2002.

I:\Project Allen\Fee Application\Response to Fee Auditor final report Jan-Mar 2002\late filed response motion.doc

WHEREFORE, K&E respectfully requests that the Court enter an order (a) permitting K&E's response to the Final Report of the Fee Auditor regarding K&E's fourth interim quarterly fee application, which will be filed on the date hereof, be considered timely filed to be heard at the August 26, 2002, omnibus hearing and (b) granting such other relief as may be fair and equitable.

Wilmington, Delaware
Dated: August 20, 2002

Respectfully submitted,

*Janet S. Baer*

KIRKLAND & ELLIS
James H.M. Sprayregen, P.C.
David M. Bernick, P.C.
James W. Kapp III
Janet S. Baer
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Counsel for the Debtors and Debtors in Possession

3