IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 2467 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING**
**THE ELEVENTH MONTHLY APPLICATION OF L TERSIGNI CONSULTING**
**P.C., ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF PERSONAL INJURY CLAIMANTS, FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD OF**
**JUNE 1, 2002 THROUGH JUNE 31, 2002 (DOCKET NO. 2467)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), L Tersigni Consulting P.C., submitted on July 30, 2002 a eleventh monthly application ("Application") [Docket No. 2467] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before August 19, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0004310:1}

were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay L Tersigni Consulting P.C. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        399 Park Avenue
        New York, NY  10022
        (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        - and -

        CAMPBELL & LEVINE, LLC

        /s/ Aileen F. Maguire
        Matthew G. Zaleski, III (I.D. #3557)
        Aileen F. Maguire (I.D. #3756)
        1201 N. Market Street
        15th Floor
        Wilmington, DE  19899
        (302) 426-1900

        Counsel for the Official Committee
          of Asbestos Personal Injury Claimants

Dated: August 21, 2002