IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE& Co., et al.,** | ) | Case No. 01-01139 (JKF) |
| | ) | **(Jointly Administered)** |
| | ) | Hearing Date: August 26, 2002 at 10:00 a.m. |
| | ) | |
| **Debtors** | ) | Regarding Docket No. 2458 |

**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached Response To Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of FTI Policano & Manzo was made on August 21, 2002, upon all parties on the attached service list by first class mail, postage pre-paid with hand delivery those located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 21, 2002                                  _____
                                                         Ralph N. Sianni

WLM\164744.1                              17

## WR Grace Fee Notice Parties
## Service List

### The Applicant

Michael R. Lastowski
DUANE MORRIS LLLP
1100 North Market Street Suite 1200
Wilmington, DE 19801-1246

### The Debtors

David B. Siegel, Esquire
Sr. V. P. and Gen. Counsel
W.R Grace & Co.
7500 Grace Drive
Columbia, MD 21044

### Counsel for the Debtors

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Joes, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

### Counsel for the Official Committee of Unsecured Creditors

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NJ 10038-4982

Michael R. Lastowski, Esqu
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

### Counsel for the Official Committee of Property Damage Claimants

Scott L. Baena, Esq.
Bilzin Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

WLM\164752.1

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801