IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE& Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached Response of Duane Morris LLP to the Fee Auditor's Final Report Regarding Fourth Interim Quarterly Application of Duane Morris LLP was made on August 21, 2002, all parties on the attached service list by postage pre-paid with hand delivery to those located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 21 2002

_____
Ralph N. Sianni

149665.1
WLM\164755.1

# WR Grace Fee Notice Parties
## Service List

### The Applicant

Michael R. Lastowski
DUANE MORRIS LLLP
1100 North Market Street Suite 1200
Wilmington, DE 19801-1246

### The Debtors

David B. Siegel, Esquire
Sr. V. P. and Gen. Counsel
W.R Grace & Co.
7500 Grace Drive
Columbia, MD 21044

### Counsel for the Debtors

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Joes, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

### Counsel for the Official Committee of Unsecured Creditors

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NJ 10038-4982

Michael R. Lastowski, Esqu
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

### Counsel for the Official Committee of Property Damage Claimants

Scott L. Baena, Esq.
Bilzin Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

WLM\164752.1

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801