IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (27) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DEBTORS' MOTION FOR LEAVE TO FILE REPLY BRIEF ON PROCEDURES FOR LITIGATION OF THE COMMON PERSONAL INJURY LIABILITY ISSUES IN <u>EXCESS OF 15 PAGES</u>**

The above-captioned debtors and debtors in possession (the "Debtors") move for leave of this Court to file their Reply Brief on Procedures for Litigation of the Common Personal Injury Liability Issues (the "Reply Brief") in excess of 15 pages. In support of this motion, the Debtors state:

The Debtor's accompanying Reply Brief responds to the 43-page brief filed by the Personal Injury Committee (the "PI Committee") on July 22, 2002. The PI Committee's brief raises important legal and factual issues concerning their estimation proposal that could have a critical impact on the course of these cases. The Debtors have attempted to distill those issues, and have focused their reply to address what they believe are the most important of the PI Committee's arguments. Nonetheless, the Debtors need an additional seven pages to fully respond to the PI Committee's positions. The Debtors accordingly request leave of this Court to file the accompanying 22-page Reply Brief.

Dated:  August 21, 2002

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick
James H.M. Sprayregen
Andrew R. Running
Douglas G. Smith
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000
(312) 861-2200 (fax)

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*/s/ Scotta E. McFarland*
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
Wilmington, Delaware  19801
(302) 652-4100
(302) 652-4400 (fax)

Co-Counsel for the Debtors and Debtors in Possession