IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (27) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## EXHIBITS TO W.R. GRACE'S REPLY BRIEF ON PROCEDURES FOR LITIGATION OF THE COMMON PERSONAL INJURY LIABILITY ISSUES

## Table of Contents to Exhibits

| Exhibit | Description |
| --- | --- |
| A | 10/22/2001 Babcock & Wilcox Hearing Transcript - Opening Statement of Elihu Inselbuch of Caplin & Drysdale |
| B | 10/22/2001 Babcock & Wilcox Hearing Transcript - Examination of David McKnight |
| C | 07/19/2002 Deposition of Jay Hughes |
| D | 11/12/2001 Declaration of Daniel L. Rourke, Ph.D. |
| E | 1997/2000 Claims: Medical Conditions |
| F | 1997/2000: Diagnostic Test Results |
| G | Grace Sample Claim Distribution by % of Known Industries |
| H | American Journal of Industrial Medicine, August 2002 Issue- David Egilman's Letter to the Editor re Asbestos Screenings |
| I | 07/23/2002 Letter from Steven Kazan to the Honorable Jack B. Weinstein re Manville Trust Presentations |
| J | Order: Eastern District of New York, Findley v. Trustees of the Manville Personal Injury Settlement Trust, November 7, 2001 |
| K | 10/23/2001 and 11/02/2001 Babcock & Wilcox Hearing Transcript - Examination of Mark A. Peterson |
| L | List of Claims against W.R. Grace & Co. Dismissed Prior to Trial |
| M | 10/10/2001 Deposition of Mark A. Peterson |
| N | 10/24/2001 Babcock & Wilcox Hearing Transcript |
| O | Babcock & Wilcox Trial Exhibit 5131 (Exhibits 6094a-c, 6095a) |
| P | 10/29/2001 Babcock & Wilcox Hearing Transcript Examination of Fredrick C. Dunbar |
| Q | Chart One: Total POC Filings by Month - April 1998 to May 2001 |
| R | Non-CCR Claim Filings have Increased (Tillinghast) |