# EXHIBIT E

# 1997/2000 Claims: Medical Conditions



1997

2000

■ Non-Malignant      ▦ Unknown      ▩ Malignant Claims

Source: ARPC Statistical Study



53