# EXHIBIT F

# 1997/2000 Claims: Diagnostic Test Results



Source: ARPC Statistical Study

54