# EXHIBIT G

# Grace Sample Claim Distribution by Percentage of Known Industries



Year: 2000

- Iron/Steel Aluminum Production - 18%
- Non-Asbestos Products Mfg. - 20%
- Petro/Chemical Mfg. - 7%
- Utility/Power Plants - 5%
- Shipbuilding - 8%
- Railroad - 6%
- Auto Maintenance - 6%
- Tire/Rubber Mfg. - 5%
- Marine - 1%
- Non-Grace Asb. Mining or Mfg. - 1%
- Other Inapplicable Indus. - 12%
- Construction - 12%

Source: ARPC Statistical Claim Study

52