# EXHIBIT I

# KAZAN, McCLAIN, EDISES, ABRAMS, FERNANDEZ, LYONS & FARRISE

*A Professional Law Corporation*

Steven Kazan
David M. McClain
Victoria Edises
Denise Abrams
Francis E. Fernandez
Dianna Lyons
Simona A. Farrise

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 465-7728 • (510) 893-7211
FAX: (510) 835-4913
e-mail: postmaster@kazanlaw.com
www.kazanlaw.com

Frances C. Schreiberg
Terry N. Gross
Gordon D. Greenwood
James L. Oberman*
Andrea Huston
Diana Esquivel
Anthony D. Prince
Petra DeJesus
Karen L. Creech
Wes Wagnon
Anya Fuchs
Ronald K. Herron
Yvonne Haggins-McLean
Carlos J. E. Guzman

July 23, 2002

**VIA FAX & U.S. MAIL**

The Honorable Jack B. Weinstein         FAX # (718) 260-2527
U.S. District Court – EDNY
225 Cadman Plaza, Room 651
Brooklyn, NY 11201

The Honorable Burton Lifland         FAX # (212) 809-9667
U.S. Bankruptcy Court – Southern District
One Bowling Green
New York, NY 10004

Re:   *In Re Johns-Manville Corp., et al.*
      Case Nos. 82 B11656 (BRL) through 82 B11676 (BRL), Inclusive
      NYAL Index No. 4000

      *Bernadine K. Findley, et al. v. Leslie Gordon Fagen, et al.*
      E.D.N.Y. 90 CV 9373 (JBW)
      NYAL Index No. 4000

Dear Judge Weinstein and Judge Lifland:

    I had the privilege of attending the hearing held in your court on December 13, 2001, and the even greater pleasure of being asked to comment following the presentations by the Manville Trust, the Futures Representative, and counsel for the SCB. At the conclusion of those proceedings, you asked the Trust to meet and confer with Mr. Fagen and the SCB and report back in 30 days. I understand that you gave them at least one additional extension. Although we have heard various rumors about progress in those discussions from time to time, nothing very specific has surfaced.

    Seven and a half months have gone by. Nothing has changed. The Trust has received some 40,000 additional cases. Last week, I co-chaired Mealey's "Wall Street Forum: Asbestos" seminar, at which Mr. Austern presented some information. He reported that 90% of the Trust's last 200,000 claims have come from attorney-sponsored x-ray screening programs, that 91% of all claims allege only non-malignant asbestos "disease," and that these cases currently receive 76% of all Trust funds.

SKAZAN/183877.1

*Certified Appellate Specialist, The State Bar of California Board of Legal Specialization

The Honorable Jack B. Weinstein
The Honorable Burton Lifland
July 23, 2002
Page 2

In my submission for the December hearing, titled "Memorandum by Interested Attorney," I made my own suggestions as to an appropriate revision of the disease matrix value system and also proposed as an alternative that the court consider taking steps to implement a useful and legitimate medical screening program.

I do not write to point fingers at anyone, for I have no idea why nothing seems to have been accomplished to date, but simply to suggest with all respect that the time has come for your Honors to exercise the powers of the Chancellor and take whatever steps you think appropriate to fix this problem. Nothing you do can make things worse; any changes you make can only be an improvement of the current intolerable situation.

Respectfully,

Steven Kazan

SK:troy

cc:   David Austern, Esq., President                                FAX # (703) 205-6249
      Claims Resolution Management Corporation
      8260 Willow Oaks Corporation Drive, 6th Floor
      Fairfax, VA 22031

      Leslie Gordon Fagen, Esq.                                     FAX # (212) 757-3990
      Paul, Weiss, Rifkind, Wharton & Garrison
      1285 Avenue of the Americas
      New York, NY 10019-6064

      Elihu Inselbuch, Esq.                                         FAX # (212) 644-6755
      Caplin & Drysdale
      399 Park Avenue, 27th Floor
      New York, NY 10022
              for the SCB

      All others who appeared on December 13, 2001:

      Perry Weitz, Esq.                        James Lamont Stengel, Esq.
      C. Sanders McNew, Esq.                   Orrick, Herrington & Sutcliff, LLP
      Weitz & Luxenberg PC                     666 Fifth Avenue
      180 Maiden Lane                          New York, NY 10103-0001
      New York, NY 10038

SKAZAN/183877.1

The Honorable Jack B. Weinstein
The Honorable Burton Lifland
July 23, 2002
Page 3

Michael O. Ware, Esq.
Mayer, Brown & Platt
1675 Broadway
New York, NY 10019-5820

Stanley J. Levy, Esq.
Levy, Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

Donald Pugliese, Esq.
McDermott, Will & Emery
60 Rockefeller Plaza
New York, NY 10020-1605

Roger E. Podesta, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Paul M. Matheny, Esq.
Law Offices of Peter G. Angelos
210 W. Pennsylvania Ave., Suite 515
Towson, MD 21204

Francis J. Lawall, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Mark Meyer, Esq.
Goldberg, Persky, Jennings & While
1030 Fifth Avenue
Pittsburgh, PA 15219

Timothy Hogan, Esq.
Peter T. Nicholl, Esq.
36 South Charles Street, 17th Floor
Baltimore, MD 21201

Joseph F. Rice, Esq.
Ness, Motley
P.O. Box 1792
Mount Pleasant, SC 29465

Charles M. Golden, Esq.
Obermayer Rebmann Maxwell & Hippel
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103

David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Richard J. Chanley, Esq.
328 Flatbush Avenue
Brooklyn, NY 11238

Mark H. Iola, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Paul A. Scrudato, Esq.
150 East 52nd Street, Suite 2700
New York, NY 10022-6017

James R. Harries, Esq.
Faricy & Roen, P.A.
333 South Seventh Street, Suite 2320
Minneapolis, MN 55402

Robert Steinberg, Esq.
Rose, Klein & Marias
801 South Grand Avenue, 18th Floor
Los Angeles, CA 90017

Fred Baron, Esq.
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219