# EXHIBIT O



Ratio of Non-malignant to Malignant

Source: Ex. III-1A

Exhibit 6094a

# Ratio of Non-malignant to Malignant





Exhibit 6094b

## Ratio of Non-malignant to Malignant



Source: Ex. III-1A

Exhibit 6094c



Ratio of Non-malignant to Malignant

Source: Dunbar Ex. III-12B (through July 1, 1998)

