# EXHIBIT Q

Chart 1: Total POC Filings
by Month*
April 1998- May 2001

Source: *Manville Trust*