# EXHIBIT R

# Non-CCR Claim Filings Have Increased [Tillinghast]



Source: Tillinghast Presentation, May 30, 2001



45