IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) (Jointly Administered) |

RECEIVED / FILED
AUG 2 1 2002

## MOTION FOR ADMISSION PRO HAC VICE
## OF JON L. HEBERLING

Stephanie A. Fox, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Jon L. Heberling (the "Admittee") to act as counsel to Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al. The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of Montana.

Dated: August 21, 2002

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
Steven K. Kortanek (#3106)
Stephanie A. Fox (#3165)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
E-mail: skortanek@klehr.com
E-mail: sfox@klehr.com

Co-counsel for Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al.

DEL1: 44839-1

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*/s/ Jon L. Heberling*
Jon L. Heberling
McGarvey, Heberling, Sullivan
& McGarvey, P.C.
745 S. Main Street
Kalispell, Montana 59901
Telephone: (406) 752-5506

Motion granted.
BY THE COURT:

Date: August 22, 2002

*/s/ Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DEL1: 44839-1