IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 2418**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion for an Order Authorizing the Official Committee of Asbestos Personal Injury Claimants and Directing the Clerk of the Court to File Under Seal the Case Management Proposal of the Official Committee of Asbestos Personal Injury Claimants (the "Motion"), filed on July 22, 2002. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 1, 2002.

{D0004347:1 }

Accordingly, the Committee of Asbestos Personal Injury Claimants request the Order attached to the Motion be entered at the Court's earliest convenience.

    CAMPBELL & LEVINE, LLC

    /s/ Aileen F. Maguire
    Matthew G. Zaleski, III (No. 3557)
    Aileen F. Maguire (No. 3756)
    Chase Manhattan Centre, 15th Floor
    1201 N. Market Street
    Wilmington, DE 19899
    (302) 426-1900

    -and-

    CAPLIN & DRYSDALE, CHARTERED
    Elihu Inselbuch
    399 Park Avenue
    New York, NY 10022-4614
    (212) 319-7125

    -and-

    CAPLIN & DRYSDALE, CHARTERED
    Peter Van N. Lockwood
    One Thomas Circle, N.W.
    Washington, D.C. 20005
    (202) 862-5000

    Counsel to the Official Committee of
      Asbestos Personal Injury Claimants

Dated: August 22, 2002

{D0004347:1 }