IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**
**REGARDING DOCKET NO. 2578**

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that in addition to the parties listed on the Certificate of Service for the **Response to Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of FTI Policano & Manzo** (Docket No. 2578) (the "Response"), a copy of the Response was also served on August 21, 2002, via first class mail, postage-prepaid, upon the following:

> Warren H. Smith
> Warren H. Smith & Associates, P.C.
> 900 Jackson Street
> 120 Founders Square
> Dallas, TX 75202

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 22, 2002

Ralph N. Sianni

WLM\164772.1