IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 26, 2002 AT 10:00 A.M.

### CONTINUED MATTERS

1.  Complaint for Declaratory Judgment and Turnover of Non-Estate Property by MCNIC
    Pipeline & Processing Company against W.R. Grace & Co.-Conn. (Docket No. 1003)

    **Related Documents:** None.

    **Response Deadline:** December 13, 2001 (extended for the Debtors until August 9, 2002)

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status**: This matter has been continued unil September 23, 2002 at 10:00 a.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**UNCONTESTED MATTERS**

2.    Motion for Entry of an Order Under Section 362 of the Bankruptcy Code Granting BMW Constructors, Inc. Relief from the Automatic Stay (Docket No. 2111)

   **Related Documents:**

   a.    [Proposed] Order Granting Motion of BMW Constructors Inc., for Relief from the Automatic Stay (Docket No. 2111)

   **Response Deadline:** August 19, 2002 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** The Debtors anticipate that this matter will be resolved by Stipulation.

3.    Amended Motion of General Electric Railcar Services Corporation for (i) Relief from Stay to Terminate Leases and Recover Railroad Cars; (ii) Adequate Protection; (iii) an Order Requiring the Debtor to Assume or Reject Leases; (iv) Allowance and Payment of Administrative Claims; and (v) for an Order Requiring an Accounting (Docket No. 2200)

   **Related Documents:**

   a.    Motion of General Electric Railcar Services Corporation for (i) Relief from Stay to Terminate Leases and Recover Railroad Cars; (ii) Adequate Protection; (iii) an Order Requiring the Debtor to Assume or Reject Leases; (iv) Allowance and Payment of Administrative Claims; and (v) for an Order Requiring an Accounting (Docket No. 2170)

   b.    [Proposed] Order re: Docket No. 2200 (Docket No. 2200)

   **Response Deadline:** July 8, 2002 (extended for Debtors to August 9, 2002)

   **Reponses Received:** None as of the date of this Agenda Notice.

   **Status:** The Debtors anticipate that this matter will be resolved by Stipulation.

**CONTESTED MATTERS**

4.    Motion to Lift Automatic Stay for Cause [filed by Timothy Kane] (Docket No. 2234)

   **Related Documents:**

   a.    Exhibits re: Docket No. 2234 (Docket No. 2235)

   **Response Deadline:** July 15, 2002 (extended for Debtors to August 9, 2002)

**Reponses Received:**

a.    Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause
(Docket No. 2523)

b.    Response of Timothy Kane to Debtors' Objection to Timothy Kane's Motion to
Lift Automatic Stay for Cause (Docket No. 2553)

**Status: At the request of counsel for Timothy Kane, this matter will be continued
until September 23, 2002 at 10:00 a.m.**

5    Motion of Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al. (I) for Relief
from the Court's June 20, 2002 Order Under Fed.R. Civ.P. 60(b) and Fed.R.Bankr.P.
9024, and/or (II) to Alter or Amend Said Order Under Fed.R.Civ.P. 59(e) and
Fed.R.Bankr.P. 9023, and/or (III) to Amend Said Order Under Fed.R.Civ.P. 52(b) and
Fed.R. Bankr.P. 7052 or, Alternatively, (IV) to Reconsider Said Order (Adv. Pro. No. 01-
771, Docket No. 110)

**Related Documents:**

a.    [Signed] Order Denying Carol Gerard's Motion to Clarify the Scope of the
Preliminary Injunction or in the Alternative, to Modify the Preliminary Injunction
(Adv. Pro. No. 01-771, Docket No. 109)

b.    Exhibits A through C to the Motion for Reconsideration of Gerard, Pennock, and
Schull, et al. (Adv. Pro. No. 01-771, Docket No. 111)

c.    [Signed] Order Dismissing Without Prejudice Motion to Reconsider Court Order
Dated June 20, 2002 for Noncompliance with Required Procedures (Adv. Pro.
No. 01-771, Docket No. 112)

d.    Certification of Counsel to Carol Gerard; Alfred Pennock, et al.; and Billie Schull,
et al. With Respect to Correction of Filing Deficiency, and Submission of Order
to Vacate July 9, 2002 Order (Adv. Pro. No. 01-771, Docket No. 113)

e.    [Signed] Order Vacating July 9, 2002 Order (Adv. Pro. No. 01-771, Docket No.
114)

f.    Affidavit of Dr. Terry M. Spear (Adv. Pro. No. 01-771, Docket No. 116)

g.    Motion of Carol Gerard for Leave to File Under Seal Certain Exhibits to Affidavit
of Dr. Terry M. Spear (Adv. Pro. No. 01-771, Docket No. 119)

h.    [Signed] Order Granting Motion for Leave to File Under Seal Certain Exhibits to
Affidavit of Dr. Terry M. Spear (Adv. Pro. No. 01-771, Docket No. 120)

i.    **Gerard et al Reply in Support of Motion to Amend, Reconsider (Adv. Pro.
No. 01-771, Docket No. 126)**

**Response Deadline:** August 2, 2002 at 4:00 p.m.

**Responses Received:**

a.      Continental Casualty Company's Objection to Motion of Carol Gerard; Alfred
        Pennock, and Billie Schull for Relief From or Reconsideration of Preliminary
        Injunction Order Entered on June 20, 2002 (Adv. Pro. No. 01-771, Docket No.
        122)

b.      Debtors' Reply to Motion of Carol Gerard; Alfred Pennock, et al.; and Billie
        Schull, et al. (I) for 6elief from the Court's June 20, 2002 Order Under Fed.R.
        Civ.P. 60(b) and Fed.R.Bankr.P. 9024, and/or (II) to Alter or Amend Said Order
        Under Fed.R.Civ.P. 59(e) and Fed.R.Bankr.P. 9023, and/or (III) to Amend Said
        Order Under Fed.R.Civ.P. 52(b) and Fed.R. Bankr.P. 7052 or, Alternatively, (IV)
        to Reconsider Said Order (Adv. Pro. No. 01-771, Docket No. 123)

c.      Maryland Casualty Company's Objection to Motion of Gerard, et al., (I) For
        Relief from Court's June 20, 2002 Order Under Fed. R. Civ. P. 60(b) and Fed. R.
        Bankr. P. 9024; and/or (II) to Alter or Amend Said Order Under Fed.R.Civ.P.
        59(e) and Fed.R.Bankr.P. 9023, and/or (III) to Amend Said Order Under
        Fed.R.Civ.P. 52(b) and Fed.R. Bankr.P. 7052 or, Alternatively, (IV) to
        Reconsider Said Order (Adv. Pro. No. 01-771, Docket No. 124)

**Status:** This matter will be going forward.

6       Motion of the Debtors' for an Order Authorizing, But Not Requiring, the Implementation
        of Revised Compensation Program (Docket No. 2230)

**Related Documents**

a.      [Proposed] Order Authorizing, But Not Requiring, the Implementation of Revised
        Compensation Program (Docket No. 2230)

**Response Deadline:** July 5, 2002 at 4:00 p.m. (Property Damage Committee has through
        August 15, 2002 to file a supplemental response and Debtors have through
        August 22, 2002 to reply to the same)

**Responses Received:**

a.      Response of Official Committee of Equity Security Holders in Support of
        Debtors' Motion for an Order Authorizing, But Not Requiring, the
        Implementation of Revised Compensation Programs (Docket No. 2317)

b.      Response and Objection of the Official Committee of Asbestos Property Damage
        Claimants to Motion of the Debtors for an Order Authorizing, But Not Requiring,
        the Implementation of Revised Compensation Programs (Docket No. 2333)

c.     Debtors' Response to the Objection of the Official Committee of Asbestos
       Property Damage Claimants to Motion of the Debtors for an Order Authorizing,
       But Not Requiring, the Implementation of Revised Compensation Programs
       (Docket No. 2370)

d.     Supplemental Objection of the Official Committee of Asbestos Property Damage
       Claimants to Motion of the Debtors' for an Order Authorizing, But Not
       Requiring, the Implementation of Revised Compensation Procedures (Docket No.
       2545)

e.     **Debtors' intend to file a Response to Supplemental Objection of the Official
       Committee of Asbestos Property Damage Claimants to Motion of the
       Debtors' for an Order Authorizing, But Not Requiring, the Implementation
       of Revised Compensation Procedures (Docket No. TBD)**

**Status:** This matter will go forward.

7.   Debtors' Revised Estimated Litigation Budget for ZAI Science Trial (Docket No. 2505)

**Related Documents:**

a.     Debtors' Estimated Litigation Budget for ZAI Science Trial (Docket No. 2277)

**Response Deadline:** August 13, 2002

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will go forward.

8.   ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI
     Science Trial (Docket No. 2508)

**Related Documents:**

a.     The Official Committee of Asbestos Property Damage Claimants' Response and
       Motion Pursuant to Section 503 of the Bankruptcy Code to Retain Special
       Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation
       Proofs of Claim (Docket No. 2189)

b.     [Proposed] Order of Court Pursuant to Section 503 of the Bankruptcy Code
       Authorizing the Retention of Special Counsel for the Purpose of Defending
       Objections to Retain Special Counsel for the Purpose of Defending Objections to
       Zonolite Attic Insulation Proofs of Claim (Docket No. 2189)

c.     Affidavit of Edward J. Westbrook (Docket No. 2203)

d.     Affidavit of Allen McGarvey (Docket No. 2203)

**Response Deadline:** August 13, 2002

**Responses Received:**

a.   Objection of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Asbestos Property Damage Claimants' Response and Motion Pursuant *to Section* 503 of the Bankruptcy Code to Retain Special Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim (Docket No. 2308)

b.   Debtors' Objection to the Property Damage Committee's Motion to Retain Special Counsel for the ZAI Science Trial (Docket No. 2311)

c.   Limited Objection of the Official Committee of Unsecured Creditors to the Response and Motion of Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim (Docket No. 2312)

d.   Amended Limited Objection of the Official Committee of Unsecured Creditors to the Response and Motion of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation (Docket No. 2331)

e.   Reply of the Official Committee of Asbestos Property Damage Claimants' to Objection of the Official Committee of Asbestos Personal Injury Claimants to Response and Motion Pursuant to Section 503 of the Bankruptcy Code to Retain Special Counsel for the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim (Docket No. 2366)

f.   Debtors' Suggestion of a Proposed Budget for Prosecution of ZAI Claimants' Case in the "Science" Trial (Docket No. 2190)

g.   Debtors' Objections to the Property Damage Committee's Budget for the ZAI Science Trial (Docket No. 2348)

h.   ZAI Special Counsels' Response to Debtors' Suggestion of a Proposed Budget for Prosecution of ZAI Claimants' Case in the "Science" Trial and Choice of Counsel (Docket No, 2399)

**Status:** This matter will go forward.

9.   Debtors' Omnibus Objection to the Zonolite Attic Insulation Proofs of Claim (Docket No. 2193)

**Related Documents:**

a.   Debtors' [Proposed] Order Granting the Relief Sought in Debtors' Omnibus Objection to the Zonolite Attic Insulation Proofs of Claim (Docket No. 2193)

b.    Debtors' [Proposed] Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Science Issues (Docket No. 2375)

c.    ZAI Claimants' [Proposed] Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Science Issues (Docket No. 2509)

**Response Deadline:** July 10, 2002 at 4:00 p.m.

**Responses Received:**

a.    Response of Zonolite Attic Insulation Property Damage Claimants to Debtors' Objections to the Zonolite Attic Insulation Proofs of Claim (Docket No. 2363)

**Status:** A status conference will be held on this matter and the ZAI science trial.

## QUARTERLY FEE APPLICATIONS

10.    Fourth Interim Application of Caplin & Drysdale, Chartered, Counsel to the Official Committee of Asbestos Personal Injury Claimants for Interim Compensation and Reimbursement of Expenses (Docket No. 2009)

**Related Documents:**

a.    Certification of No Objection Regarding the Fourth Interim Application of Caplin & Drysdale, Chartered, Counsel to the Official Committee of Asbestos Personal Injury Claimants for Interim Compensation and Reimbursement of Expenses (Docket No. 2113)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Caplin & Drysdale, Chartered (Docket No. 2459)

**c.    Fee Auditor's Spreadsheet of Fee by Category for Fourth Interim Period (Docket No. 2564) This spreadsheet relates to all fourth quarterly fee applications scheduled for this hearing. This document has only been included once for the convenience of the Court.**

**Response Deadline:** May 24, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

11.    Third Quarterly Interim Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2037)

**Related Documents:**

a.    [Proposed] Order for Compensation for Services and Reimbursement of Expenses of Reed Smith LLP as Special Asbestos Products Liability Defense Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2037)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Reed Smith LLP (Docket No. 2490)

**Response Deadline**: June 3, 2002 at 4:00 p.m.

**Responses Received**:

a.    Response of Reed Smith LLP to the Fee Auditor's Final Report Regarding the Fee Application of Reed Smith LLP for the Fourth Interim Period (Docket No. 2535)

**Status**: This matter will be going forward.

12.    Quarterly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from January 1, 2002 Through March 31, 2002 (Docket No. 2056)

**Related Documents**:

a.    Certification of No Objection to Quarterly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Disbursements for the Period from January 1, 2002 Through March 31, 2002 (Docket No. 2180)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Kramer Levin Naftalis & Frankel, LLP (Docket No. 2456)

**Response Deadline**: June 4, 2002 at 4:00 p.m.

**Responses Received**: None as of the date of this Agenda Notice.

**Status**: This matter will be going forward.

13.    Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2002 Through March 31, 2002 (Docket No. 2058)

**Related Documents:**

a.    Certification of No Objection to Quarterly Fee Application of Klett Rooney
Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for
Compensation and Reimbursement of Expenses for the Period from January 1,
2002 Through March 31, 2002 (Docket No. 2181)

b.    Fee Auditor's Final Report Regarding Fourth Interim Fee Application of Klett
Rooney Lieber & Schorling (Docket No. 2457)

c.    Certification of Counsel Regarding Docket No. 2058 (Docket No. 2532)

**Response Deadline:** June 5, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

14.    Fourth Quarterly Interim Fee Application Request of the Blackstone Group LP for
Services Rendered and for Reimbursement of Expenses to the Debtors for the Period
January 1, 2002 through March 31, 2002 (Docket No. 2062)

**Related Documents:**

a.    [Proposed] Order Granting Fourth Quarterly Interim Application of the
Blackstone Group LP for Compensation and for Reimbursement of Expenses for
January 1, 2002 through March 31, 2002 (Docket No. 2062)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application
of the Blackstone Group LP (Docket No. 2480)

**Response Deadline:** June 5, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

15.    Fourth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation
for Services Rendered and Reimbursement of Expenses as Counsel to the Official
Committee of Unsecured Creditors for the Period from January 1, 2002 Through March
31, 2002 (Docket No. 2064)

**Related Documents:**

a.    Fee Auditors' Final Report Regarding Fourth Interim Quarterly Fee Application
of Stroock & Stroock & Lavan, LLP (Docket No. 2447)

**Response Deadline:** June 6, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

16.    Fourth Quarterly Interim Application of FTI Policano & Manzo, Financial Advisors to
       the Official Committee of Unsecured Creditors, for Allowance of Compensation for
       Services Rendered and Reimbursement of Expenses Incurred (for the Period from
       January 1, 2002 Through March 31, 2002) (Docket No. 2065)

       **Related Documents:**

       a.    [Proposed] Order for Compensation for Services and Reimbursement of Expenses
             of FTI Policano & Manzo as Financial Advisors to the Official Committee of
             Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from
             January 1, 2002 Through March 31, 2002 (Docket No. 2065)

       b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application
             of FTI Policano & Manzo (Docket No. 2458)

       **Response Deadline:** June 6, 2002 at 4:00 p.m.

       **Responses Received:**

       **a.    Response to Fee Auditor's Final Report Regarding Fourth Interim Quarterly
               Fee Application of FTI Policano & Manzo (Docket No. 2578)**

       **Status:** This matter will be going forward.

17.    Second Quarterly Verified Fee Application of Casner & Edwards, LLP for Compensation
       for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R.
       Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002
       (Docket No. 2066)

       a.    [Proposed] Order for Compensation for Services and Reimbursement of Expenses
             as Casner & Edwards, LLP as Special Litigation Counsel to W. R. Grace & Co.,
             et al., for the Interim Period From January 1, 2002 Through March 31, 2002
             (Docket No. 2066)

       b.    Fee Auditor's Final Report Regarding Fee Application of Casner & Edwards,
             LLP for the Fourth Interim Quarter (Docket No. 2454)

       **Response Deadline:** June 5, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

18.    Fourth Quarterly Fee Application of Duane Morris LLP for Compensation for Services
Rendered and Reimbursement of Expenses as Counsel to the Official Committee of
Unsecured Creditors for the Period From January 1, 2002 Through and Including March
31, 2002 (Docket No. 2070)

**Related Documents:**

a.    [Proposed] Order Approving Fourth Quarterly Fee Application of Duane Morris
LLP for Compensation for Services Rendered and Reimbursement of Expenses as
Counsel to the Official Committee of Unsecured Creditors for the Period from
January 1, 2002 Through March 31, 2002 (Docket No. 2070)

b.    Certification of No Objection Regarding Docket No. 2070 (Docket No. 2199)

c.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application
of Duane Morris LLP (Docket No. 2492)

**Response Deadline:** June 5, 2002 at 4:00 p.m.

**Responses Received:**

**a.    Response of Duane Morris LLP to the Fee Auditor's Final Report Regarding
Fourth Interim Quarterly Application of Duane Morris LLP (Docket No.
2579)**

**Status:** This matter will be going forward.

19.    Fourth Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price
& Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property
Damage Claimants for the Period of January 1, 2002 through March 31, 2002 (Docket
No. 2077)

**Related Documents:**

a.    [Proposed] Order Approving and Allowing Fourth Interim Quarterly Fee
Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for
Compensation for Services Rendered and Reimbursement of Expenses as Counsel
to the Official Committee of Asbestos Property Damage Claimants for the Period
of January 1, 2002 through March 31, 2002 (Docket No. 2077)

b.    Certification of No Objection Regarding Docket No. 2077 (Docket No. 2346)

c.      Order Approving and Allowing Fourth Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2002 through March 31, 2002 (Docket No. 2365)

d.      Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (Docket No.2452)

**Response Deadline:** June 6, 2002 at 4:00 p.m.

**Responses Received:**

a.      Response to Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Bilzin Sumberg Dunn & Baena Price & Axelrod LLP (Docket No. 2526

**Status:** This matter will be going forward.

20.     First Quarterly Interim Verified Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein for Compensation and for Reimbursement of Expenses for January 1, 2002 Through March 31, 2002 (Docket No. 2079)

**Related Documents:**

a.      [Proposed] Order for Compensation for Services and Reimbursement of Expenses of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as Special Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2079)

b.      Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein (Docket No. 2448)

c.      Amended Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein (Docket No. 2491)

**Response Deadline:** May 20, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

21.     Fourth Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as

Counsel t the Official Committee of Asbestos Property Damage Claimants for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2100)

**Related Documents:**

a.     [Proposed] Order Approving and Allowing Fourth Interim Fee Application Request of Ferry & Joseph, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2002 Through March 31, 2002 (Docket No. 2100)

b.     Fee Auditors Final Report Regarding Fourth Interim Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (Docket No. 2453)

**Response Deadline:** June 12, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

22.     Fourth Interim Application of Conway Del Genio Gries & Co., LLC for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2002 Through March 31, 2002 (Docket No. 2107)

**Related Documents:**

a.     Certification of No Objection Regarding Docket No. 2107 (Docket No. 2225)

b.     Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Conway Del Genio Gries & Co., LLC (Docket No. 2473)

**Response Deadline:** June 13, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

23.     Fourth Interim Fee Application of Campbell & Levine, LLC for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2108)

**Related Documents:**

a.    Certification of No Objection Regarding Fourth Interim Fee Application of Campbell & Levine, LLC for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2262)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of the Campbell & Levine, LLC (Docket No. 2516)

**Response Deadline:** June 18, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

24.    Fourth Interim Fee Application of L Tersigni Consulting P.C., for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountant and Asbestos Personal Injury Claimants of W. R. Grace & Co., et al., for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2143)

**Related Documents:**

a.    [Proposed] Order Approving and Allowing Fourth Interim Fee Application Request of L. Tersigni Consulting P.C., for Compensation of Services Rendered and Reimbursement of Expenses as Accountant and Asbestos Personal Injury Claimants of W. R. Grace & Co., et al., for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2143)

b.    Certification of No Objection Regarding the Fourth Interim Fee Application Request of L. Tersigni Consulting P.C., for Compensation of Services Rendered and Reimbursement of Expenses as Accountant and Asbestos Personal Injury Claimants of W. R. Grace & Co., et al., for the Period January 1, 2002 Through March 31, 2002 (Docket No. 2283)

c.    Fee Auditor's Final Report Regarding Fourth Interim Fee Application of L. Tersigni Consulting, Inc. (Docket No. 2466)

**Response Deadline:** June 23, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

25.   Third Quarterly Verified Interim Application of Holme Roberts & Owen, LLP for
      Compensation and for Reimbursement of Expenses for January 1, 2002 Through March
      31, 2002 (Docket No. 2174)

      **Related Documents:**

      a.    Fee Auditor's Final Report Regarding Fee Application of Holme Roberts &
            Owen, LLP for the Fourth Interim Quarter (Docket No. 2446)

      **Response Deadline:** June 20, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter will be going forward.

26.   Fourth Quarterly Interim Verified Application of Wallace, King, Marraro & Branson,
      PLLC for Compensation for Services and Reimbursement of Expenses as Special
      Litigation and Environmental Counsel to W. R. Grace & Co., et al., for the Interim Period
      From January 1, 2002 Through March 31, 2002 (Docket No. 2176)

      **Related Documents:**

      a.    [Proposed] Order for Compensation for Services and Reimbursement of Expenses
            of Wallace, King, Marraro & Branson PLLC as Special Environmental and
            Litigation Counsel to W. R. Grace & Co., et al., for the Interim Period from
            January 1, 2002 Through March 31, 2002 (Docket No. 2176)

      b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application
            of Wallace, King, Marraro & Branson, PLLC (Docket No. 2451)

      **Response Deadline:** June 20, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter will be going forward.

27.   Fourth Quarterly Interim Application of Pachulski Stang Ziehl Young & Jones P.C. for
      Compensation and for Reimbursement of Expenses for January 1, 2002 Through March
      31, 2002 (Docket No. 2182)

      **Related Documents:**

      a.    [Proposed] Order Granting Fourth Quarterly Interim Application of Pachulski
            Stang Ziehl Young & Jones P.C. for Compensation and for Reimbursement of
            Expenses for January 1, 2002 Through March 31, 2002 (Docket No. 2182)

b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Pachulski Stang Ziehl Young & Jones P.C. (Docket No. 2524)

**Response Deadline:** June 26, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

28.    Summary of the Fourth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2195)

**Related Documents:**

a.    [Proposed] Order for Compensation for Services and Reimbursement of Expenses of Kirkland & Ellis as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2195)

**b.    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Kirkland & Ellis (Docket No. 2544)**

**c.    Kirkland & Ellis' Motion for an Order Modifying the Case Management Order and Deeming that it's Response to the Final Report of the Fee Auditor on the Interim Fee Application for the Quarter of January Through March 2002 is Timely Filed (Docket No. 2567)**

**d.    [Proposed] Order Modifying the Case Management Order and Deeming that the Response of Kirkland & Ellis to the Final Report of the Fee Auditor on its Interim Fee Application for the Quarter of January Through March 2002 is Timely Filed (Docket No. 2567)**

**Response Deadline:** July 1, 2002 at 4:00 p.m.

**Responses Received:**

**a.    Response to Final Report of Fee Auditor Regarding Fourth Interim Quarterly Fee Application of Kirkland & Ellis (Docket No. 2567)**

**Status:** This matter will be going forward.

29.    Third Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 Through March 31, 2002 (Docket No. 2255)

**Related Documents:**

a.      [Proposed] Order for Compensation for Services and Reimbursement of Expenses of Steptoe & Johnson LLP as Special Tax Counsel to W. R. Grace & Co., et al., for the Interim Period From January 1, 2002 Through March 31, 2002 (Docket No. 2255)

b.      Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Steptoe & Johnson LLP (Docket No. 2455)

**Response Deadline:** July 9, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

30.    Fourth Quarterly Fee Application of Pitney Hardin Kipp & Szuch LLP for Compensation and Reimbursement of Expenses for January 1, 2002 Through March 31, 2002 (Docket No. 2259)

**Related Documents:**

a.      [Proposed] Order Granting Fourth Quarterly Interim Application of Pitney Hardin Kipp & Szuch LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al. for the Interim period January 1, 2002 Through March 31, 2002 (Docket No. 2259)

b.      Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Pitney Hardin Kipp &Szuch LLP (Docket No. 2479)

**Response Deadline:** July 9, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

31.     First Quarterly Interim Verified Application of Nelson Mullins Riley & Scarborough,
        LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel
        to W. R. Grace & Co., et al., for the Interim Period From January 1, 2002 Through March
        31, 2002 (Docket No. 2288)

**Related Documents:**

a.     [Proposed] Order for Compensation for Services and Reimbursement of Expenses
       of Nelson Mullins Riley & Scarborough LLP as Special Environmental and
       Litigation Counsel to W. R. Grace & Co., et al., for the Interim Period from
       January 1, 2002 Through March 31, 2002 (Docket No. 2288)

b.     Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application
       of Nelson Mullins Riley & Scarborough, LLP (Docket No. 2450)

**Response Deadline:** July 16, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

Dated: August 22, 2002          KIRKLAND & ELLIS
                                David M. Bernick, P.C.
                                James H.M. Sprayregen, P.C.
                                James W. Kapp III
                                Janet S. Baer
                                Christian J. Lane
                                200 East Randolph Drive
                                Chicago, Illinois 60601
                                (312) 861-2000

                                        and

                                PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                                Laura Davis Jones (Bar No. 2436)
                                Hamid R. Rafatjoo (California Bar No. 181564)
                                David W. Carickhoff, Jr. (Bar No. 3715)
                                Scotta E. McFarland (Bar No. 4184)
                                919 North Market Street, 16th Floor
                                P.O. Box 8705
                                Wilmington, DE 19899-8705 (Courier 19801)
                                Telephone: (302) 652-4100
                                Facsimile: (302) 652-4400

                                Co-counsel for Debtors and Debtors in Possession