...

**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: August 20, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 2481**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eleventh Interim Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2002 through May 31, 2002 ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 20, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $35,672.32 which represents 80% of the fees ($44,590.40)

and $14,629.10, which represents 100% of the expenses requested in the Application for the period May 1, 2002 through May 31, 2002[1], upon the filing of this certification and without the need for entry of a Court order approving the Application.

FERRY , JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: August 23, 2002

---

[1] Fees in the amount of $88,252.00 and expenses in the amount of $49,696.43 have been deducted from the above mentioned fees and expenses as they are related to the Fraudulent Conveyance Proceedings, Adversary Case Nos. 02-2210 and 02-2211, and will be the subject of a separate certificate of no objection to be filed in the adversary proceedings.