IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & Co., <u>et al.</u>, | § | Case No.  01-01139 (JKF) |
| | § | (Jointly Administered) |
| | § | |
| Debtors | § | |

### ORDER APPROVING THE SECOND INTERIM FEE APPLICATION OF FTI POLICANO & MANZO FOR THE INTERIM PERIOD OF JANUARY 1,2002 THROUGH MARCH 31, 2002

Upon consideration of the Second Interim Fee Application of FTI Policano & Manzo ("FTI") for allowance of compensation and reimbursement of expenses (the "<u>Application</u>"); and it appearing that the requirements of sections 327, 328, 330 and 503(b) under Chapter 11 of Title 11, United States Code (the "<u>Bankruptcy Rules</u>"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") have been met, that the expenses incurred were reasonable and necessary and that notice of each of the Applications was appropriate; and good cause appearing therefore; it is hereby

ORDERED, that the Application is hereby approved, subject to a reduction of $19,908.50 of fees and a reduction of $1,748.30 of expenses sought in the Application; and it is further

ORDERED, that for the period January 1, 2002 through March 31, 2002 FTI is granted allowance of compensation in the amount of $177,228.50 and the reimbursement of reasonable and necessary expenses in the amount of $4,585.92.

DATED: This _____ day of _____, 2002

_____
United States Bankruptcy Judge