# EXHIBIT B

**Exhibit B**

**Disbursements -- Matter 46:**

| | |
|---|---:|
| Overnight Messenger | 76.11 |
| Duplicating | 40.50 |
| Facsimile | 4.00 |
| Long Distance Telephone | 45.23 |
| **Total Disbursements - Matter 46** | **$165.84** |

**Disbursements - Matter 32:**

| | |
|---|---:|
| Duplicating | 32.40 |
| **Total Disbursements -- Matter 32** | **$32.40** |