# EXHIBIT B

## EXHIBIT B

**Disbursements -- Matter 46 :**

| | |
|---|---:|
| Local Messenger | 52.97 |
| Overnight Messenger | 110.30 |
| Duplicating | 167.70 |
| Facsimile | 5.00 |
| On-Line Research/Information Retrieval | 4,162.56 |
| Long Distance Telephone | 90.35 |
| **Total Disbursements - Matter 46** | **$4,588.88** |

**Disbursements -- Matter 32:**

| | |
|---|---:|
| Duplicating | 12.00 |
| **Total Disbursements - Matter 32** | **$12.00** |