IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: September 12, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

EXHIBIT A

## Professional services rendered through: June 30, 2002: Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/03/02 | J.M. Baxley | Review of COLI operations; research; revise draft. | 8.50 |
| 06/03/02 | J.W. Johnson | Research regarding COLI issues and settlement. | 1.00 |
| 06/03/02 | A.E. Moran | Review issues regarding COLI claims. | 1.40 |
| 06/04/02 | J.M. Baxley | Review of COLI operations; additional research. | 9.00 |
| 06/04/02 | J.W. Johnson | Analysis of settlement questions related to COLI questions. | 2.50 |
| 06/05/02 | J.M. Baxley | Finalize document re: review of COLI operations. | 4.00 |
| 06/05/02 | J.W. Johnson | Draft memorandum re COLI settlement analysis. | 3.50 |
| 06/06/02 | J.W. Johnson | Draft memorandum re COLI settlement issues. | 0.80 |
| 06/07/02 | J.M. Baxley | Work on review of COLI operations; review transmittal. | 0.50 |
| 06/07/02 | J.W. Johnson | Analysis of COLI settlement issues. | 1.50 |
| 06/10/02 | M.D. Lerner | Call from Elise Filon. re tax litigation. | 0.30 |
| 06/11/02 | M.D. Lerner | Additional questions from Elise Filon. | 0.50 |
| 06/12/02 | A.L. Bailey | Analysis of COLI decisions. | 1.00 |
| 06/12/02 | M.D. Lerner | Returning call from E. Filon re tax litigation. | 0.30 |
| 06/13/02 | B. Kaufman | Review of prior COLI NPAs and Grace Protest for 1990-92 years; drafting of Response to COLI NPA | 1.40 |
| 06/13/02 | J.W. Johnson | Meeting with B. Kaufman re COLI NPA. | 0.30 |
| 06/13/02 | J.W. Johnson | Preparation of COLI protest. | 0.20 |
| 06/13/02 | A.E. Moran | Telephone conference with C. Finke and R. Sentfleben re 5701. | 0.70 |
| 06/13/02 | A.E. Moran | Meet with B. Kaufman re work to do. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/13/02 | B. Kaufman | Meeting with A. Moran re: drafting of Response to COLI NPA for early referral purposes | 0.20 |
| 06/13/02 | B. Kaufman | Phone call with C. Finke re: drafting of Response to COLI NPA for early referral purposes | 0.30 |
| 06/13/02 | B. Kaufman | Meeting with W. Johnson re: Response to COLI NPA | 0.30 |
| 06/14/02 | B. Kaufman | Review of COLI NPA; preparation of Response to COLI NPA | 4.00 |
| 06/14/02 | J.W. Johnson | Review IRS 5701 and prepare response. | 2.50 |
| 06/14/02 | A.E. Moran | Review new 5701; review status of project. | 0.60 |
| 06/17/02 | B. Kaufman | Review of COLI NPA; preparation of Response to COLI NPA | 5.70 |
| 06/17/02 | J.W. Johnson | Preparation of COLI response. | 2.00 |
| 06/18/02 | B. Kaufman | Preparation of Response to COLI NPA | 3.40 |
| 06/18/02 | A.E. Moran | Review COLI draft. | 0.80 |
| 06/18/02 | A.E. Moran | Meet with B. Kaufman re draft. | 0.20 |
| 06/18/02 | J.W. Johnson | Review and revise draft COLI protest; review Form 5701-129. | 5.00 |
| 06/19/02 | B. Kaufman | Editing of NPA Response to reflect Grace comments | 0.30 |
| 06/19/02 | J.W. Johnson | Meet with B. Kaufman re NPA Response.D | 0.30 |
| 06/19/02 | J.W. Johnson | Consider NPA response on COLI. | 0.50 |
| 06/19/02 | B. Kaufman | Meeting with A. Moran re: draft of NPA Response | 0.20 |
| 06/19/02 | B. Kaufman | Phone call with C. Finke re: comments to NPA Response | 0.50 |
| 06/19/02 | B. Kaufman | Phone call with C. Finke re: comments to NPA Response | 0.40 |
| 06/19/02 | B. Kaufman | Meeting with W. Johnson re: comments to NPA Response from C. Finke | 0.30 |
| 06/20/02 | J.W. Johnson | Teleconference re status of COLI Protest to IRS. | 0.50 |
| 06/20/02 | B. Kaufman | Phone call to T. Borders re: comments on Protest | 0.10 |

| | | | |
|---|---|---|---|
| 06/20/02 | A.E. Moran | Office consult with B. Kaufman re COLI draft. | 0.20 |
| 06/20/02 | A.E. Moran | Telephone conference with C. Finke re COLI draft. | 0.20 |
| 06/20/02 | A.E. Moran | Review COLI draft. | 1.10 |
| 06/20/02 | B. Kaufman | Meeting with A Moran re: status of Protest | 0.20 |
| 06/20/02 | B. Kaufman | Phone call with E. Filon re: Protest and discussions with Tom Borders | 0.30 |
| 06/21/02 | B. Kaufman | Editing of Protest to reflect additional comments. | 0.70 |
| 06/24/02 | B. Kaufman | Meeting with W. Johnson re: Response to NPA and Comments of T. Borders on Response to NPA. | 0.60 |
| 06/24/02 | J.W. Johnson | Review changes to submission. | 0.10 |
| 06/24/02 | J.W. Johnson | Meeting with B. Kaufman re revisions to submission to IRS re COLI insurance. | 0.60 |
| 06/25/02 | J.W. Johnson | Review and revise COLI protest per comments from Tom Borders. | 2.30 |
| 06/26/02 | B. Kaufman | Meeting with W. Johnson re: Borders comments to NPA Response; Editing of NPA response to reflect T. Borders comments and W. Johnson suggested changes; | 1.40 |
| 06/26/02 | J.W. Johnson | Revisions to Grace submission to IRS to reflect comments from Tom Bordus. | 3.50 |
| 06/26/02 | J.W. Johnson | Teleconference with Grace and Tom Borders re IRS response. | 0.80 |
| 06/26/02 | B. Kaufman | Phone call with T. Borders re: Response to NPA | 0.20 |
| 06/26/02 | B. Kaufman | Review of additional T. Borders comments to NPA Response | 0.30 |
| 06/26/02 | B. Kaufman | Editing of Response to NPA based upon Borders comments | 0.20 |
| 06/27/02 | J.W. Johnson | Revise Appeals submission per Tom Borders comments. | 1.70 |
| 06/27/02 | B. Kaufman | Meeting with W. Johnson re: NPA revisions. | 0.30 |
| 06/27/02 | A.E. Moran | Review Brian Kaufman draft. | 0.20 |
| 06/27/02 | J.W. Johnson | Meet with B. Kaufman re revisions. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/27/02 | B. Kaufman | Editing of NPA Response to reflect Borders comments | 1.80 |
| 06/28/02 | J.W. Johnson | Revisions to IRS COLI submission. | 2.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.00 | 465.00 | 465.00 |
| J.W. Johnson | 31.90 | 445.00 | 14,195.50 |
| M.D. Lerner | 1.10 | 425.00 | 467.50 |
| A.E. Moran | 5.60 | 375.00 | 2,100.00 |
| J.M. Baxley | 22.00 | 300.00 | 6,600.00 |
| B. Kaufman | 23.10 | 270.00 | 6,237.00 |

**Total Fees - Matter 46**     **$30,065.00**

**Professional services rendered through: June 30, 2002: Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/04/02 | A.E. Moran | Work on bills for 2002; finish quarterly applications. | 4.60 |
| 06/07/02 | A.E. Moran | Finish work on bills for 1st quarter of 2002. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 5.20 | 375.00 | 1,950.00 |
| Total | 5.20 | | 1,950.00 |

**Total Fees - Matter 32**     **$1,950.00**