# EXHIBIT B

## EXHIBIT B

**Disbursements -- Matter 46:**

| | |
|---|---:|
| Local Messenger | 55.47 |
| Overnight Messenger | 35.08 |
| Duplicating | 129.15 |
| Facsimile | 18.00 |
| On-Line Research/Information Retrieval | 2,305.65 |
| Publications | 47.59 |
| Long Distance Telephone | 19.84 |
| Local Transportation | 19.00 |

**Total Disbursements - Matter 46**     **$2,629.78**

**Disbursements -- Matter 32:**

| | |
|---|---:|
| Duplicating | 4.50 |

**Total Disbursements - Matter 32**     **$4.50**