## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | (Jointly Administered) |
| Debtors. | |
| | Objection Deadline: September 12, 2002 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

## SUMMARY COVERSHEET TO FOURTEENTH MONTHLY FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JUNE 1, 2002 THROUGH JUNE 30, 2002

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc* to April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **June 1, 2002 – June 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$28,403.00** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$3,922.05** |

This is a: **X** monthly ___ quarterly interim ___ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

909100-00109003_DE:46711.1
08/23/02 11:54 AM

-1-

|  |  | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 – 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871 (Objections due 4/16/02) | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Pending | Pending |

|  |  | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Pending | Pending |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| Pending | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Pending | Pending |

4

# SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 7.8 | $3,198.00 |
| Scott A. Zuber | 1987 | 295.00 | 3.0 | $885.00 |
| Michael E. Waller | 1990 | 280.00 | 25.1 | $7,028.00 |
| **COUNSEL** | | | | |
| John P. Scordo | 1988 | 270.00 | 3.6 | $972.00 |
| Kathy D. Helmer | 1985 | 260.00 | 10.1 | $2,626.00 |
| William S. Hatfield | 1993 | 240.00 | 2.2 | $528.00 |
| **ASSOCIATES** | | | | |
| Brian E. Moffitt | 1990 | 245.00 | 19.3 | $4,728.50 |
| Alashia L. Chan | 1994 | 240.00 | 7.0 | $1,680.00 |
| Donald A. Soutar | 1999 | 180.00 | 10.3 | $1,854.00 |
| Kristen M. Jasket | 2000 | 155.00 | 3.9 | $604.50 |
| **PARAPROFESSIONALS** | | | | |
| Susan Parker | N/A | 90.00 | 20.3 | $1,827.00 |
| Douglas S. Florence | N/A | 90.00 | 16.3 | $1,467.00 |
| Maria Pellegrino | N/A | 75.00 | 13.4 | $1,005.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period June 1, 2002 through June 30, 2002** | | | **142.3 Hours TOTAL** | **$28,403.00** |

5

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | $5.00 |
| Duplicating | $810.18 |
| Telephone | $19.57 |
| Express Delivery | $10.78 |
| Facility Copying Expense | $212.52 |
| Document Access Facility – June 2002 | $2,864.00 |
| **Grand Total Expenses for the Fee Period June 1, 2002 through June 30, 2002** | **$3,922.05** |