IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

Objection Deadline: September 12, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY COVERSHEET TO FIFTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2002 THROUGH JULY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | July 1, 2002 through July 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $21,524.00 for the period July 1, 2002 through July 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $339.61 for the period of July 1, 2002 through July 31, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid in part[1] | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Application Pending | Application Pending |

As indicated above, this is the fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Third Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Third Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in May 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 54.80 | $17,810.00 |
| Melissa E. Flax | Partner | $215 | 41.30 | $8,879.50 |
| Justine A. Niccollai | Associate | $160 | 1.60 | $256.00 |

|  |  |
|---|---|
| Total Fees | $26,945.50 |
| Total Hours | 97.70 |


## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $45.25 |
| Westlaw | $64.21 |
| Telephone | $41.08 |
| Faxes | $27.00 |
| FedEx | $11.28 |
| Travel | |
| Messenger | $164.21 |
| Additional Staff Time | $40.33 |
| Court Reporter – transcript | |
| | |
| Total | $339.61 |