# EXHIBIT B

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                          August 16, 2002
Client No.              734680                                Page        8
INVOICE NO.             16743

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/02 | MEF | Review decision regarding ten summary judgment motions | .80 | 172.00 |
| 07/29/02 | JAN | Telephone call with Kim Campbell regarding payment of pro hac vice fees | .30 | 48.00 |
| 07/30/02 | JMA | Phone - B. Corcoran; revise memo re: development issues | 1.00 | 325.00 |
| 07/30/02 | JAN | Receipt and review of pro hac vice fees; draft letter to Lawyers' Fund regarding payment of Rick Wallace and Bill Hughes | .40 | 64.00 |
| 07/31/02 | MEF | Review P. Chapman email and PowerPoint presentation | .60 | 129.00 |
| 07/31/02 | MEF | Prepare second quarterly fee application papers (4/1/02 - 6/30/02) | 2.90 | 623.50 |

Total Fees:                                                              27,055.50

Disbursements

| | | |
|---|---|---|
| 07/31/02 | Messenger | 64.21 |
| 07/31/02 | Photocopies | 80.50 |
| 07/31/02 | Faxes | 30.00 |
| 07/31/02 | Telephone | 45.93 |
| 07/31/02 | Additional Staff Time | 40.33 |
| 07/31/02 | Computer Searches | 10.46 |
| 07/31/02 | Federal Express | 11.28 |
| 07/31/02 | Messenger - In House | 100.00 |

Total Costs                                                                 382.71

Total Due this Matter                                                    27,438.21
==============

## ATTACHMENT B
## TO FEE APPLICATION
### (July 1, 2002 through July 31, 2002)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 54.80 | 17,810.00 |
| Melissa E. Flax | Partner – 10 years | $215 | 41.30 | 8,879.50 |
| Justine A. Niccollai | Associate – 6 years | $160 | 1.60 | 256.00 |

| | |
|---|---|
| Grand Total: | $26,945.00 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | 12.60 | 2,819.00 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | 85.10 | 24,086.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | 10.46 |
| Facsimile (with rates) | | 27.00 ($0.25 per page) |
| Long Distance Telephone | | 41.08 |
| In-House Reproduction | | 45.25 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>    airfare<br>    car/taxi service<br>    hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | | 11.28 |
| Postage | | |
| Other (Explain) – Additional Staff Time | | 40.33 |
| Messenger | | 164.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 16th day of August, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06