IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 12, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.1
08/23/02 11:57 AM

# EXHIBIT A

EXHIBIT A

## Professional services rendered through: April 30, 2002: Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/02 | A.L. Bailey | Review recent COLI TAM. | 1.20 |
| 04/01/02 | B. Kaufman | Meeting with A. Moran to answer C. Finke questions re: COLI landscape | 0.50 |
| 04/01/02 | A.E. Moran | Office consult with B. Kaufman re answer to C. Finke question. | 0.50 |
| 04/02/02 | A.E. Moran | Telephone conference with C. Finke re files.. | 0.10 |
| 04/04/02 | A.E. Moran | Make changes to summary. | 0.70 |
| 04/04/02 | A.E. Moran | Review questions on settlement. | 0.90 |
| 04/05/02 | A.E. Moran | Telephone conference re litigation issues. | 0.20 |
| 04/08/02 | A.E. Moran | Review TAM. | 1.50 |
| 04/12/02 | J.W. Johnson | Teleconference with Carol Finke re 2002-2 disclosure issues. | 0.50 |
| 04/12/02 | A.E. Moran | Review bankruptcy issues. | 0.90 |
| 04/15/02 | A.E. Moran | Review questions on IRS strategy. | 0.50 |
| 04/16/02 | B. Kaufman | Phone call with W. Johnson and Carol Finke re: Announcement 2002-2 disclosure issues | 1.00 |
| 04/16/02 | J.W. Johnson | Teleconference with Carol Finke re 2002-2 disclosure issues. | 1.00 |
| 04/16/02 | J.W. Johnson | Review IRS announcements on disclosure. | 1.00 |
| 04/16/02 | A.E. Moran | Telephone conference with B. Kaufman re Notice 2002-22 and disclosure issues. | 0.20 |
| 04/16/02 | A.E. Moran | Telephone conference with Grace re IRS Notice 2002-22. | 0.60 |
| 04/16/02 | B. Kaufman | Phone call with Anne Moran re: disclosure issues | 0.20 |
| 04/16/02 | B. Kaufman | Consider Announcement 2002-2 disclosure issues. | 0.70 |
| 04/17/02 | B. Kaufman | Review of 2002-2 disclosures | 0.30 |
| 04/17/02 | J.W. Johnson | Discuss 2002-2 disclosure statements with B. Kaufman. | 0.20 |
| 04/17/02 | J.W. Johnson | Discuss 2002-2 disclosure statements with Carol Finke. | 0.80 |

| 04/17/02 | B. Kaufman | Phone call with W. Johnson re: 2002-2 disclosures | 0.20 |
| 04/18/02 | B. Kaufman | Meeting with A. Moran re: 2002-2 disclosures and Fresenius/Sealed Air dispute | 0.20 |
| 04/18/02 | J.W. Johnson | Teleconference with Borders re 2002 disclosure. | 1.80 |
| 04/18/02 | A.E. Moran | Telephone conference with B. Kaufman re progress on settlement. | 0.20 |
| 04/18/02 | J.W. Johnson | Prepare for teleconferences on 2002-2 disclosures. | 2.20 |
| 04/18/02 | J.W. Johnson | Internal teleconference re Announcement 2002-disclosure of 10-year loss carrybacks to 1989 with Grace. | 1.70 |
| 04/18/02 | B. Kaufman | Phone call with W. Johnson, E. Filon, C. Finke re: 2002-2 disclosures and Fresenius/Sealed Air dispute | 1.70 |
| 04/18/02 | B. Kaufman | Phone call with W. Johnson, E. Filon, C. Finke, and Tom Borders re: 2002-2 disclosures and Fresenius/Sealed Air dispute | 1.80 |
| 04/19/02 | J.W. Johnson | Review disclosure statement revisions. | 0.60 |
| 04/19/02 | B. Kaufman | Phone call with W. Johnson and E. Filon re: 2002-2 disclosures and Fresenius/Sealed Air dispute | 0.20 |
| 04/19/02 | J.W. Johnson | Discuss disclosure statement with Grace. | 0.20 |
| 04/24/02 | A.E. Moran | Work on IRS IDR files. | 1.80 |
| 04/29/02 | A.E. Moran | Telephone conference with C. Finke re response to IDRs and COLI settlements. | 0.50 |
| 04/30/02 | A.E. Moran | Review COLI articles and other issues. | 2.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.20 | 465.00 | 558.00 |
| J.W. Johnson | 10.00 | 445.00 | 4,450.00 |
| A.E. Moran | 11.40 | 375.00 | 4,275.00 |
| B. Kaufman | 6.80 | 270.00 | 1,836.00 |

**Total Fees -- Matter 46**     **$11,119.00**

**Professional services rendered through: April 30, 2002: Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/02 | A.E. Moran | Work on bills for October. | 0.70 |
| 04/02/02 | A.E. Moran | Check on billing payments for court. | 0.20 |
| 04/02/02 | A.E. Moran | October bills. | 4.60 |
| 04/03/02 | A.E. Moran | Work on October bills. | 1.00 |
| 04/09/02 | A.E. Moran | Work on January 2002 bill. | 1.00 |
| 04/10/02 | A.E. Moran | Work on October bills. | 0.30 |
| 04/18/02 | A.E. Moran | Work on bills. | 1.30 |
| 04/19/02 | A.E. Moran | Work on January 2002 bills. | 1.60 |
| 04/24/02 | A.E. Moran | Billing for 2001; revise certificates of no objection. | 2.00 |
| 04/25/02 | A.E. Moran | Telephone conference with Mr. Jeffers (Trustee) to confirm write-off of costs. | 0.10 |
| 04/25/02 | A.E. Moran | Work on bill submissions for 2001; check accounting. | 3.50 |
| 04/26/02 | A.E. Moran | Work on bills for Feb. and March, 2002. | 2.40 |
| 04/29/02 | A.E. Moran | Work on billing. | 0.60 |
| 04/30/02 | A.E. Moran | Work on bills. | 3.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 22.40 | 375.00 | 8,400.00 |
| Total | 22.40 | | 8,400.00 |

**Total Fees: Matter 32**     **$8,400.00**