IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 12, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

## Professional services rendered through: May 31, 2002: Matter 46

| | | | |
|---|---|---|---|
| 05/06/02 | A.L. Bailey | Develop strategy with regard to COLI Fast-Track. | 0.50 |
| 05/06/02 | A.E. Moran | Review COLI legislation and subsequent activities. | 0.80 |
| 05/06/02 | S.H. Serling | Telephone conference with Grace and Anne Moran regarding COLI settlement options. | 1.00 |
| 05/06/02 | S.H. Serling | Review COLI litigation. | 0.50 |
| 05/06/02 | A.E. Moran | Telephone conference with Grace re procedural issues. | 1.00 |
| 05/06/02 | J.W. Johnson | Teleconference with Grace re COLI tax procedures. | 1.00 |
| 05/06/02 | J.W. Johnson | Draft request to IRS for expedited COLI consideration. | 2.00 |
| 05/06/02 | J.W. Johnson | Research COLI operational issues. | 2.00 |
| 05/06/02 | J.W. Johnson | Prepare for teleconference on procedural issues. | 0.50 |
| 05/07/02 | S.H. Serling | Attention to COLI litigation. | 0.50 |
| 05/07/02 | J.W. Johnson | Research regarding COLI operational issues. | 3.20 |
| 05/07/02 | J.W. Johnson | Draft and revise letter to IRS re COLI settlement. | 1.00 |
| 05/08/02 | A.L. Bailey | Advice regarding COLI operational issues. | 0.40 |
| 05/08/02 | J.W. Johnson | Revisions to IRS letter related to expedited settlement of COLI issue. | 0.80 |
| 05/08/02 | J.W. Johnson | Analyze COLI operational issues related to COLI settlement. | 1.80 |
| 05/09/02 | J.M. Baxley | Review of COLI operations. | 1.50 |
| 05/09/02 | J.W. Johnson | Research COLI operations issues per COLI settlement. | 2.20 |
| 05/10/02 | J.M. Baxley | Research re: review of COLI operations. | 3.00 |
| 05/10/02 | J.W. Johnson | (COLI Operations) research related to COLI settlement. | 1.50 |

Doc. #1150537 v.1 7/30/02 03:07 PM

| 05/13/02 | J.M. Baxley | Research re: COLI operations; begin drafting memorandum. | 4.50 |
|----------|-------------|-------------|------|
| 05/14/02 | B. Kaufman | Review of COLI case filings and decision. | 0.50 |
| 05/14/02 | J.M. Baxley | Research re: COLI operations; continue drafting memorandum. | 5.50 |
| 05/15/02 | J.M. Baxley | Research re: COLI operations. | 5.50 |
| 05/16/02 | A.L. Bailey | Prepare for call regarding COLI cases. | 0.50 |
| 05/17/02 | A.E. Moran | Review recent COLI cases. | 2.50 |
| 05/17/02 | A.L. Bailey | Review information from other companies re COLI operations. | 0.50 |
| 05/17/02 | J.M. Baxley | Review cases re: COLI operations. | 5.50 |
| 05/19/02 | J.M. Baxley | Research and drafting re: review of COLI operations. | 7.50 |
| 05/20/02 | J.W. Johnson | Review research re COLI operational issues. | 2.20 |
| 05/20/02 | J.M. Baxley | Read cases and draft memorandum regarding review of COLI operations. | 7.00 |
| 05/21/02 | S.G. Watters | Review state legislative history regarding COLI. | 1.00 |
| 05/21/02 | A.L. Bailey | Telephone call with client regarding decisions and task list for follow-up with CFO. | 0.80 |
| 05/21/02 | A.E. Moran | Conference call on COLI litigation (AEM attended only part). | 0.50 |
| 05/21/02 | A.E. Moran | Prepare for conference call on COLI litigation. | 0.20 |
| 05/21/02 | J.W. Johnson | Research relating to COLI settlement. | 3.00 |
| 05/21/02 | A.L. Bailey | Call Avon Consulting regarding policyholder reactions to COLI cases. | 1.20 |
| 05/21/02 | S.H. Serling | Conference call regarding COLI litigation with Art Bailey, Anne Moran, Carol Finke, Rick Sentfleben, and Elyse Napoli. | 0.80 |
| 05/21/02 | R.B. Hotchkiss | Review Rev. Proc. 99-23 to determine what rights, if any, client has to appeal case manager's decision to reject an early referral request. | 0.80 |
| 05/22/02 | S.G. Watters | Continue review of state legislative history regarding COLI. | 1.00 |

    Doc. #1150537 v.1 7/30/02 03:07 PM

| 05/22/02 | J.W. Johnson | Research regarding issues related to COLI policies and IRS settlement issues. | 4.50 |
| 05/22/02 | A.E. Moran | Follow up on COLI litigation. | 0.80 |
| 05/23/02 | J.M. Baxley | Review of COLI operations. | 0.50 |
| 05/23/02 | J.W. Johnson | Research regarding issues related to COLI settlement. | 2.50 |
| 05/24/02 | S.G. Watters | Continue review of state legislative history regarding COLI. | 1.00 |
| 05/24/02 | J.M. Baxley | Review of COLI operations; further research re; review of COLI operations; revise memo. | 6.00 |
| 05/24/02 | A.L. Bailey | Attention to email from client; follow-up. | 0.50 |
| 05/24/02 | J.W. Johnson | Research regarding issues relating to COLI settlement. | 2.50 |
| 05/25/02 | J.M. Baxley | Read cases; revise memorandum re: review of COLI operations. | 5.00 |
| 05/26/02 | J.M. Baxley | Research; revise memorandum re: review of COLI operations. | 7.50 |
| 05/27/02 | J.M. Baxley | Finalize first draft or memorandum re review of COLI operations. | 5.00 |
| 05/27/02 | J.W. Johnson | Preparation of Memorandum re COLI issues. | 3.00 |
| 05/28/02 | S.H. Serling | Review; Rev. Proc. 99-28 regarding early referral procedures; review IRS structure. | 2.50 |
| 05/28/02 | A.L. Bailey | Analysis of possible Grace liabilities. | 1.40 |
| 05/28/02 | J.M. Baxley | Review of COLI operations in preparation for conference call with client. | 3.50 |
| 05/29/02 | J.W. Johnson | Research regarding impacting COLI settlement. | 2.50 |
| 05/29/02 | A.E. Moran | Follow-up re conference on COLI cases and settlement issues. | 0.40 |
| 05/29/02 | J.W. Johnson | Teleconference with client regarding COLI settlement issues. | 2.00 |
| 05/29/02 | J.M. Baxley | Phone conference with client re COLI operations. | 2.00 |
| 05/29/02 | J.M. Baxley | Begin further work re: review of COLI operations. | 3.00 |

Doc. #1150537 v.1 7/30/02 03:07 PM

| 05/29/02 | S.H. Serling | Prepare for and telephone conference with client regarding pending COLI litigation and IRS procedures (attended part). | 1.30 |
|---|---|---|---|
| 05/29/02 | A.E. Moran | Telephone conference re recent COLI cases and settlement issues (attended part). | 1.30 |
| 05/29/02 | A.L. Bailey | Telephone call to client regarding settlement issues. | 2.00 |
| 05/30/02 | A.E. Moran | Review and send information on COLI issues to client. | 0.60 |
| 05/30/02 | J.W. Johnson | Review issues re COLI settlement. | 2.00 |
| 05/30/02 | J. Scher | Research at Georgetown University Law Library re State Law (for Jean Baxley). | 7.00 |
| 05/30/02 | S.G. Watters | Continue review of state legislative history. | 1.00 |
| 05/31/02 | A.E. Moran | Telephone conference with R. Sentfleben re COLI case. | 0.40 |
| 05/31/02 | J.W. Johnson | Teleconference with client re COLI settlement research. | 0.10 |
| 05/31/02 | J.W. Johnson | Research re COLI settlement issues. | 2.50 |
| 05/31/02 | J. Scher | Explaining research findings to Susan Watters | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 7.80 | 465.00 | 3,627.00 |
| S.H. Serling | 6.60 | 450.00 | 2,970.00 |
| J.W. Johnson | 42.80 | 445.00 | 19,046.00 |
| A.E. Moran | 8.50 | 375.00 | 3,187.50 |
| J.M. Baxley | 72.50 | 300.00 | 21,750.00 |
| B. Kaufman | 0.50 | 270.00 | 135.00 |
| R.B. Hotchkiss | 0.80 | 200.00 | 160.00 |
| S.G. Watters | 4.00 | 150.00 | 600.00 |
| J. Scher | 7.50 | 100.00 | 750.00 |
| Total | 151.00 | | 52,225.50 |

**Total Fees -- Matter 46**　　　　**$52,225.50**

　　　Doc. #1150537 v.1 7/30/02 03:07 PM

**May 2002 Fees -- Matter 32**

| | | | |
|---|---|---|---|
| 05/01/02 | A.E. Moran | Work on bills for January-March 2002. | 2.50 |
| 05/02/02 | A.E. Moran | Work on January - March bills. | 2.20 |
| 05/03/02 | A.E. Moran | Finish work on bills. | 3.30 |
| 05/08/02 | A.E. Moran | September bill filing. | 0.40 |
| 05/17/02 | A.E. Moran | Work on quarterly bills. | 1.50 |
| 05/20/02 | A.E. Moran | Work on bills for 2002; send out. | 3.00 |
| 05/23/02 | A.E. Moran | Telephone call to court; letter to court re registration (for billing purposes). | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 13.50 | 375.00 | 5,062.50 |

**Total Fees - Matter 32**          **$5,062.50**