IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Hearing Date: August 26, 2002 |
| _____/ | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING ZAI CLAIMANTS' REVISED SPECIAL COUNSEL DESIGNATION AND LITIGATION BUDGET FOR THE ZAI SCIENCE TRIAL (Dkt. No. 2508)**

I, William D. Sullivan, Delaware counsel to the ZAI Claimants in this bankruptcy action, hereby certify as follows regarding the attached Order Approving ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (the "Order"):

1. At the August 26, 2002 hearing in this matter, the Court orally approved the ZAI Claimants Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial, but requested that the proposed Order be modified to include specific designations of Lead Counsel and Additional Special Counsel to represent the ZAI Claimants in this matter.

2. The attached Order has been revised to include the designations of Lead Counsel and Special Counsel as set forth in the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (Docket # 2508).

WHEREFORE, the ZAI Claimants request that the Court enter the attached Order.

Dated: August 28, 2002

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

 /s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | |

_____/

ORDER APPROVING ZAI CLAIMANTS' REVISED SPECIAL COUNSEL <u>DESIGNATION AND LITIGATION BUDGET FOR THE ZAI SCIENCE TRIAL</u>

Upon consideration of the ZAI Claimant' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial ("Revised Designation and Budget", Dkt. No. 2508), and upon the hearings held on July 22, 2002 and August 26, 2002, regarding the same; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial are hereby approved, and the ZAI Claimants are hereby authorized to proceed in accordance with their Revised Designation and Budget.

2. Lead Counsel for the ZAI Claimants shall be Edward J. Westbrook, Esquire, and the law firm of Richardson, Patrick, Westbrook & Brickman, P.O. Box 879, 174 East Bay Street, Charleston, SC 29401. Additional Special Counsel shall be Darrell W. Scott, Esquire, and the law firm of

        Lukins & Annis, P.S., 717 W. Sprague Avenue, Suite 1600, Spokane, WA 99201.

3. To the extent that the ZAI Claimants believe that they are going to exceed the Revised Budget, they shall promptly petition the Court for review of the same.

4. This Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

Dated: _____, 2002
       Wilmington, Delaware

                                    _____
                                    The Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Court Judge

## **CERTIFICATE OF SERVICE**

      I, William D. Sullivan, Esquire, hereby certify that on August 28, 2002, service of the foregoing

CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING ZAI CLAIMANTS' REVISED SPECIAL COUNSEL DESIGNATION AND LITIGATION BUDGET FOR THE ZAI SCIENCE TRIAL (Dkt. No. 2508)

was made upon the parties on the attached service list by Hand Delivery or First Class Mail.

| *August 28, 2002* | */s/ William D. Sullivan* |
|---|---|
| Dated | William D. Sullivan |

## SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
*(Counsel to Debtors and
Debtors-in-Possession)*

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*(Counsel to Debtors and
Debtors-in-Possession)*

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
*(Counsel to Debtor)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee
of Unsecured Creditors)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee
of Unsecured Creditors)*

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*(Counsel for The Chase Manhattan Bank)*

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee
of Unsecured Creditors)*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel for Property Damage Claimants)*

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Personal Injury Committee)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury Claimants)*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*(Official Committee of Personal Injury Claimants)*

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*(Equity Committee Counsel)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*(Equity Committee Counsel)*