IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Richard A. Keuler, Jr., a member of the bar of this Court pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Douglas E. Cameron, Esquire of the law firm Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, PA 15219-1886 to represent the above-captioned Debtors in this action as Special Asbestos Products Liability Defense Counsel. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania and the State of West Virginia, as well as the bars for the United States District Court for the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Eastern District of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Southern District of West Virginia and the United States Supreme Court.

Dated: August 20, 2002  
Wilmington, Delaware

REED SMITH LLP

By: _____  
Richard A. Keuler, Jr. (No. 4108)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Phone: (302) 778-7500  
Facsimile: (302) 778-7575  
E-mail: rkeuler@reedsmith.com

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the Commonwealth of Pennsylvania and the State of West Virginia, as well as the bars for the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Southern District of West Virginia and the United States Supreme Court, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

By: _____  
Douglas E. Cameron, Esq.  
REED SMITH LLP  
435 Sixth Avenue  
Pittsburgh, PA 15230-2009  
Phone: (412) 288-3131  
Facsimile: (412) 288-3063  
E-mail: dcameron@reedsmith.com

-3-

Motion granted.

BY THE COURT:

Date: *August 28, 2002*

*Judith K. Fitzgerald*
United States Bankruptcy Judge