# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

## NINTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $3,597.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $879.97 |

This is a(n):   _x_ interim   ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:36970.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| December 28, 2001 1426 | October 26 through November 30, 2001 | $5,518.00 $2,028.76 | $4,414.40 $2,028.76 | 1541 |
| January 25, 2002 1548 | December 1 through December 31, 2001 | $4,119.50 $ 940.67 | $3,295.60 $ 940.67 | 1689 |
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |
| July 2, 2002 2316 | May 1 through May 31, 2002 | $6,957.50 $688.60 | $5,566.00 $688.60 | 2436 |
| August 2, 2002 2489 | June 1 through June 30, 2002 | $5,520.00 $447.36 | $4,416.00 $447.36 | 2607 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K. D. Currier | $395.00 | 2.9 | $1,145.50 |
| Jeffrey R. Waxman | $160.00 | 10.4 | $1,664.00 |
| Victoria J.A. Dye | $120.00 | 3.7 | $444.00 |
| Raelena T. Taylor | $120.00 | 1.2 | $144.00 |
| Maryanne Zickgraf | $80.00 | 2.2 | $176.00 |
| Debra L. Hanby | $80.00 | 0.3 | $24.00 |
| TOTAL | | 20.7 | $3,597.50 |

KRLSWIL:36970.1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Project category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.2 | $799.00 |
| Claims Administration & Objections | 1.0 | $160.00 |
| Employee Benefits/Pensions | 1.0 | $120.00 |
| Employment Applications | .6 | $72.00 |
| Litigation | 6.1 | $1,061.00 |
| Plan & Disclosure Statement | .4 | $158.00 |
| Relief from Stay Proceedings | .1 | $16.00 |
| Klett Rooney Fee/Employment Applications | 6.3 | $1,211.50 |
| **TOTAL** | 27.0 | $3,597.50 |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $213.75 |
| Telecopy expenses | $74.31 |
| Express/Certified Mail | $53.68 |
| Federal Express | $130.10 |
| Messenger Services | $75.00 |
| Duplicating Services | $333.13 |
| **TOTAL** | $879.97 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: August 28, 2002

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE   : AUGUST 21, 2002
                                            MATTER : W9600-001
                                            INVOICE: 142754

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02   T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

DESCRIPTION OF EXPENSE ADVANCES                                AMOUNT
---------------------------------                              ------

| Date | Description | Amount |
|---|---|---|
| 07/02/02 | TELECOPY EXPENSES | 13.01 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 4.50 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 89.10 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 5.40 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 5.10 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 9.90 |
| 07/02/02 | REPRODUCTION OF DOCUMENTS | 40.80 |
| 07/02/02 | TELECOPY EXPENSES | 18.04 |
| 07/02/02 | TELECOPY EXPENSES | 14.16 |
| 07/02/02 | TELECOPY EXPENSES | 18.08 |
| 07/03/02 | REPRODUCTION OF DOCUMENTS | .45 |
| 07/05/02 | FEDERAL EXPRESS - 4-245-96803 - FEDERAL EXPRESS CORPORATION | 28.33 |
| 07/08/02 | MESSENGER SERVICES - 12348 - PARCELS, INC.-D D R | 7.50 |
| 07/10/02 | TELECOPY EXPENSES | 11.02 |
| 07/10/02 | REPRODUCTION OF DOCUMENTS | 3.90 |
| 07/10/02 | REPRODUCTION OF DOCUMENTS | 27.30 |
| 07/16/02 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 333.13 |
| 07/18/02 | POSTAGE | 53.68 |
| 07/24/02 | MESSENGER SERVICES - 12517 - PARCELS, INC.-D D R | 60.00 |
| 07/24/02 | FEDERAL EXPRESS - 4-294-70465 - FEDERAL EXPRESS CORPORATION | 101.77 |
| 07/24/02 | MESSENGER SERVICES - 12517 - PARCELS, INC.-D D R | 7.50 |
| 07/25/02 | REPRODUCTION OF DOCUMENTS | 27.30 |

                    TOTAL EXPENSE ADVANCES :                   879.97

                    TOTAL DUE              :                   879.97

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE   : AUGUST 21, 2002
                                             MATTER : W9600-005
                                             INVOICE : 142755

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/01/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM | .20 |
| 07/02/02 | RTT | FILE MAINTENANCE | .30 |
| 07/08/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM | .20 |
| 07/10/02 | RTT | FILE MAINTENANCE | .30 |
| 07/17/02 | JRW | REVIEW AGENDA FOR JULY 22, 2002 HEARING | .10 |
| 07/18/02 | TC | CONF WITH JEFF WAXMAN RE HEARING COVERAGE | .20 |
| 07/19/02 | VJD | RETRIEVE UPDATED DOCKET | .20 |
| 07/21/02 | JRW | BEGIN REVIEWING DOCUMENTS IN PREPARATION FOR HEARING | .40 |
| 07/22/02 | JRW | PREPARE FOR HEARING (.5); ATTEND HEARING (2.0) | 2.50 |
| 07/22/02 | RTT | FILE MAINTENANCE | .30 |
| 07/22/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER | .20 |
| 07/31/02 | RTT | FILE MAINTENANCE | .30 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE   : AUGUST 21, 2002
                                                MATTER : W9600-005
                                                INVOICE: 142755

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  CASE ADMINISTRATION

## TIME SUMMARY

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| J R WAXMAN   | 160.00 | 3.00  | 480.00 |
| R T TAYLOR   | 120.00 | 1.20  | 144.00 |
| T CURRIER    | 395.00 |  .20  |  79.00 |
| V J DYE      | 120.00 |  .80  |  96.00 |
| TOTALS       |        | 5.20  | 799.00 |

TOTAL FEES :                                              799.00

TOTAL DUE  :                                              799.00

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    AUGUST 21, 2002
                                            MATTER :  W9600-006
                                            INVOICE : 142756


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

     RE:  CLAIMS ADMINISTRATION & OBJECTIONS



  DATE    ATTY    DESCRIPTION OF SERVICES RENDERED                          HOURS
  ----    ----    -------------------------------                           -----

07/03/02  JRW     REVIEW PLEADINGS RELATING ZONOLITE ATTIC                    .30
                  INSULATION PROPERTY DAMAGE CLAIMANTS MOTION TO
                  APPEAL ORDER DENYING MOTION TO STRIKE CLAIMS
                  AND SCHEULING MATTERS IN CONNECTION WITH ZAI
                  PROOF OF CLAIMS, INCLUDING ORDER, MOTION FOR
                  LEAVE TO APPEAL, ORDER STTING ORAL ARGUMENT O
                  MOTION TO APPEAL, AND MOTION OF ZAI PROPERTY
                  CLAIMANTS

07/15/02  JRW     OBTAIN AND REVIEW ASBESTOS PROPERTY DAMAGE                  .40
                  COMMITTEE FOR CLARIFICACTION OF BAR DATE AND
                  DEBTORS REPONSE THERETO

07/15/02  JRW     REVIEW DEBTORS' OBJECTION TO PROPERTY DAMAGE                .20
                  COMMITTEE'S MOTION TO RETAIN SPECIAL COUNSEL
                  FOR THE ZAI TRIAL

07/23/02  JRW     REVIEW JUNE 19, 2002 ORDER OF JUDGE WOLIN RE:               .10
                  BRIEFING SCHEDULE FOR ASBESTOS P.I. CLAIMS




                         T I M E   S U M M A R Y
                         -----------------------

                                RATE      HOURS         TOTALS
                                ----      -----         ------

J R WAXMAN                      160.00    1.00          160.00
                    TOTALS                1.00          160.00

                              TOTAL FEES :                         160.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : AUGUST 21, 2002
                                              MATTER  : W9600-007
                                              INVOICE : 142757

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02   T C

RE: EMPLOYEE BENEFITS/PENSIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/02/02 | JRW | REVIEW DOCKET AND MOTION AUTHORIZING DEBTORS TO REVISE COMPENSATION PLAN, AND REVISE MOTION FOR FILING | .30 |
| 07/02/02 | MMZ | SERVICE OF RESPONSE TO DEBTORS' MOTION RE REVISED COMPENSATION PROGRAMS | .20 |
| 07/02/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE RESPONSE TO DEBTORS' MOTION RE REVISED COMPENSATION PROGRAMS | .30 |
| 07/05/02 | JRW | REVIEW OBJECTION OF ASBESTOS PROPERTY COMMITTEE TO MOTION FOR REVISED COMPENSATION | .20 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .50 | 80.00 |
| M M ZICKGRAF | 80.00 | .50 | 40.00 |
| TOTALS |  | 1.00 | 120.00 |

TOTAL FEES :                                                    120.00

TOTAL DUE  :                                                    120.00

**PENNSYLVANIA** • **DELAWARE** • **NEW JERSEY** • **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE   : AUGUST 21, 2002
                                                        MATTER : W9600-008
                                                        INVOICE : 142758


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 07/09/02 | JRW | TELEPHONE CALL FROM GBECKER RE: FEE APPLICATION AND CNO THERETO (.1); REVIEW DOCKET AND CNO (.2) | .30 |
| 07/10/02 | DLH | FILE AND SERVICE OF (NO ORDER REQUIRED) CERTIFICATE OF NO OBJECTION TO NINTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002 (RE DOCKET NO. 2228); | .30 |


                    T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| D L HANBY | 80.00 | .30 | 24.00 |
| J R WAXMAN | 160.00 | .30 | 48.00 |
| TOTALS |  | .60 | 72.00 |

TOTAL FEES :                                                72.00

TOTAL DUE  :                                                72.00


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     AUGUST 21, 2002
MATTER :   W9600-011
INVOICE :  142759

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/01/02 | JRW | EMAILS TO AND FROM GBECKER RE: MOTION TO INTERVENE (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.1) | .20 |
| 07/01/02 | TC | REVIEWED MEMO TO COMMITTEE AND DRAFT MOTION RE INTERVENTION IN SEALED AIR FRAUDULENT CONVEYANCE LITIGATION | .40 |
| 07/02/02 | JRW | REVIEW DOCKET AND MOTION TO INTERVENE AND REVISE MOTION FOR FILING | .30 |
| 07/02/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE MOTION TO APPEAR AND BE HEARD IN SEALED AIR AND FRESENIUS ADVERSARY PROCEEDINGS | .50 |
| 07/02/02 | MMZ | SERVICE OF MOTION TO APPEAR AND BE HEARD | .20 |
| 07/02/02 | TC | CONF WITH JEFF WAXMAN RE MOTION TO INTERVENE IN FRAUDULENT TRANSFER LITIGATION (0.1) AND RESPONSE IN SUPPORT OF DEBTORS' MOTION RE CERTAIN EMPLOYEE COMPENSATION (0.1) | .20 |
| 07/03/02 | JRW | FAX FROM GBECKER RE: INTERVENTION MOTION | .10 |
| 07/05/02 | JRW | REVIEW MOTION TO EXTEND TIME TO REMOVE ACTIONS | .10 |
| 07/05/02 | JRW | REVIEW DOCKET OF SEALED AIR ADVERSARY | .20 |
| 07/08/02 | JRW | REVIEW DEFENDANTS' MOTION TO STRIKE PORTION OF U.S. WITNESS DISCLOSURE STATEMENT AND LIMIT SCOPE OF PLAINTIFFS' ENVIROMMENTAL EXPERT OPINION | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : AUGUST 21, 2002
                                              MATTER  : W9600-011
                                              INVOICE : 142759

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  LITIGATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/08/02 | JRW | TELEPHONE CALL TO GBECKER RE: BUDGET FOR LITIGATION (.1); REVIEW DOCKET AND JUNE 18, 2002 TRANSCRIPT AND ORDER DATED JUNE 18, 2002 RE: SAME (.3) | .40 |
| 07/09/02 | JRW | LETTER FROM WASSERSTEIN RE: SEALED AIR LITIGATION | .10 |
| 07/12/02 | JRW | LETTER FROM SEALED AIR RE: DISCOVERY OF UNITED STATES' EXPERTS | .10 |
| 07/15/02 | JRW | FAXES FROM JJACKSON RE: NOTICES OF DEPOSITION RE: SEALED AIR LITIGATION | .10 |
| 07/15/02 | JRW | REVIEW LETTER AND PROPOSED ORDER FROM DEFENDANT IN SEALED AIR LITIGATION | .10 |
| 07/15/02 | JRW | REVIEW LETTER FROM FRIEDMAN RE: AGREEMENT OF COUNSEL TO AVOID OVERLAPPING RESPONSIBILITIES IN SEALED AIR LITIGATION | .10 |
| 07/16/02 | JRW | TELEPHONE CALL FROM PBENTLEY RE: STATUS OF MOTION TO INTERVENE | .10 |
| 07/17/02 | JRW | OBTAIN AND REVIEW PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE PART OF US WITNESS DISCLOSURE STATEMENT (.2); OBTAIN AND REVIEW JUDGE WOLIN'S OPINION RE: DISCOVERY (.3) | .50 |
| 07/17/02 | JRW | FAX LETTER TO JUDGE DRIER FROM BFRIEDMAN RE: TIME FOR DISCOVERY OF REPORTS | .10 |
| 07/17/02 | JRW | TELEPHONE CALLS TO AND FROM MLASTOWSKI RE: MOTION TO INTERVENE | .10 |
| 07/18/02 | JRW | MOTION OF SEALED AIR RE: COMPELLING DISCOVERY OF UNITED STATES | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

| OFFICIAL COMMITTEE OF EQUITY HOLDERS | DATE : AUGUST 21, 2002 |
|---|---|
| | MATTER : W9600-011 |
| | INVOICE : 142759 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:   LITIGATION

| | | | |
|---|---|---|---|
| 07/18/02 | JRW | REVIEW ANSWER OF SEALED AIR | .20 |
| 07/23/02 | JRW | REVIEW LETTER FROM FRIEDMAN TO JUDGE WOLIN RE: JULY 12, 2002 ORDER | .10 |
| 07/23/02 | JRW | REVIEW COMMITTEE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO DETERMINE THE STANDARD OF INSOLVENCY IN SEALED AIR LITIGATION | .30 |
| 07/23/02 | JRW | REVIEW ORDER DENYING GEARLD'S MOTION TO CLARKFY THE SCOP OF THE PRELIM. INJUNCTION | .10 |
| 07/23/02 | JRW | REVIEW VARIOUS MOTIONS, LETTERS AND NOTICES OF DEPOSITIONS REGARDING DISCOVERY IN THE SEALED AIR LITIGATION | .60 |
| 07/25/02 | JRW | LETTER FROM DEPT OF JUSTICE RE: JUDGE DREIER'S OPINION IN SEALED AIR LITIGATION | .10 |
| 07/26/02 | JRW | FAXES FROM DOJ AND SEALED AIR RE: LITIGATION | .10 |
| 07/27/02 | JRW | FAX FROM FROST RE: NOTICES OF DEPOSITIONS IN SEALED AIR LITIGATION | .10 |
| 07/31/02 | JRW | REVIUEW CORRESPONDENCE RE: SEALED AIR LITIGATION DISCOVERY | .20 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : AUGUST 21, 2002
MATTER  : W9600-011
INVOICE : 142759

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  LITIGATION

### TIME SUMMARY

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| J R WAXMAN | 160.00 | 4.80  | 768.00  |
| M M ZICKGRAF | 80.00 | .70  | 56.00   |
| T CURRIER  | 395.00 | .60   | 237.00  |
| TOTALS     |        | 6.10  | 1061.00 |

TOTAL FEES :                                        1,061.00

TOTAL DUE  :                                        1,061.00


**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    AUGUST 21, 2002
                                            MATTER :  W9600-013
                                            INVOICE : 142760


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

   RE:  PLAN & DISCLOSURE STATEMENT


 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----   ----   -------------------------------                      -----
07/31/02 TC    REVIEWED MOTION TO EXTEND EXCLUSIVITY                  .40


                    T I M E   S U M M A R Y
                    -----------------------

                           RATE    HOURS          TOTALS
                           ----    -----          ------
T CURRIER                 395.00    .40           158.00
                 TOTALS             .40           158.00

                          TOTAL FEES :                        158.00

                          TOTAL DUE  :                        158.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 21, 2002
                                              MATTER : W9600-014
                                              INVOICE : 142761


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

    RE:  RELIEF FROM STAY PROCEEDINGS



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                          HOURS
  ----   ----   -------------------------------                           -----
07/23/02  JRW   OBTAIN AND REVIEW ORDER VACATING JULY 9, 2002              .10
                ORDER FOR RELIEF FROM THE AUTOMATIC STAY



                       T I M E   S U M M A R Y
                       -----------------------

                              RATE        HOURS              TOTALS
                              ----        -----              ------

J R WAXMAN                   160.00        .10               16.00
                    TOTALS                 .10               16.00

                           TOTAL FEES :                                   16.00

                           TOTAL DUE  :                                   16.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 21, 2002
MATTER : W9600-017
INVOICE : 142762

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/01/02 | MMZ | REVISIONS TO 7TH MONTHLY FEE APPLICATION | .30 |
| 07/01/02 | TC | REVIEWED FEE AUDITOR REPORT FOR RESPONSE TO FEE AUDITOR | .40 |
| 07/01/02 | TC | CALL FROM FEE AUDITOR RE FEE AUDITOR REPORT | .10 |
| 07/02/02 | MMZ | CORRESPONDENCE TO FEE EXAMINER RE KLETT ROONEY 7TH MONTHLY FEE APP. | .10 |
| 07/02/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE 7TH MONTHLY FEE APPLICATION OF KLETT ROONEY | .40 |
| 07/02/02 | MMZ | SERVICE OF KLETT ROONEY 7TH MONTHLY FEE APP. | .20 |
| 07/02/02 | TC | REVIEWED KLETTT ROONEY FEE APPLICATION | .40 |
| 07/03/02 | TC | REVIEWED FEE APPLICATION RE FEE AUDITOR'S COMMENTS | .40 |
| 07/09/02 | TC | GATHERED DATA FOR RESPONSE TO FEE AUDITOR | .40 |
| 07/19/02 | VJD | REVIEW AND CONFORM W.R. GRACE PRE-BILLS FOR KRLS FEE APPLICATION | .50 |
| 07/19/02 | VJD | REVIEW DOCKET FOR PREVIOUS KRLS FEE APPLICATION DOCKET NUMBER AND CNO DOCKET NO. AND START DRAFT OF KRLS EIGHTH MONTHLY FEE APPLICATION | .30 |
| 07/22/02 | VJD | FINALIZE KRLS EIGHTH MONTHLY FEE APPLICATION | 2.10 |
| 07/26/02 | JRW | EMAIL FROM FEE AUDITOR RE: KRLS FEE APPLICATIONS AND REVIEW FILE FOR DOCUMENTS | .20 |

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE  :  AUGUST 21, 2002
                                             MATTER : W9600-017
                                             INVOICE : 142762

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/02   T C

   RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

07/26/02 JRW    REVIEW TIME ENTRIES AND FEE APPLICATION                     .50


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE       HOURS           TOTALS
                          ----       -----           ------

J R WAXMAN               160.00        .70           112.00
M M ZICKGRAF              80.00       1.00            80.00
T CURRIER                395.00       1.70           671.50
V J DYE                  120.00       2.90           348.00
              TOTALS                  6.30          1211.50

                  TOTAL FEES :                               1,211.50

                  TOTAL DUE  :                               1,211.50
```

**PENNSYLVANIA** • **DELAWARE** • **NEW JERSEY** • **WASHINGTON D.C.**