IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  September 18, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 15, 2002
Invoice 518009  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 07/31/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

07/10/02    Review electronic mail memorandum from Mr. Englert; ensure copy transmitted to client;
            confer with Attorney Cleary regarding recommendations and report to be made to client.
            R.T. CARLISLE                          0.10 hrs.    220.00/hr               $22.00

**Fees for Legal Services**                                                              **$22.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 220.00 | 22.00 |
| TOTAL | 0.10 | $220.00 | $22.00 |

**Net current billing for this invoice**                                                **$22.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 77.50 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 113.10 |
| 493890 | 03/14/2002 | 563.72 | 112.20 |
| 498384 | 04/16/2002 | 1,287.67 | 257.50 |
| 499682 | 04/23/2002 | 344.50 | 68.90 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| 518009 | 08/15/2002 | 22.00 | 22.00 |

W. R. Grace & Co.

August 15, 2002
Invoice 518009  Page 2

A/R BALANCE          $3,960.80

W. R. Grace & Co.

August 15, 2002
Invoice 518009  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/02

Our Matter # 02399/06031
Li Tungsten

Fees for Professional Services                    $22.00
Charges for Other Services Provided/Expenses Incurred    $0.00

**Net current billing for this invoice**                              **$22.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 77.50 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 113.10 |
| 493890 | 03/14/2002 | 563.72 | 112.20 |
| 498384 | 04/16/2002 | 1,287.67 | 257.50 |
| 499682 | 04/23/2002 | 344.50 | 68.90 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| 518009 | 08/15/2002 | 22.00 | 22.00 |
| | TOTAL A/R BALANCE | | $3,960.80 |

W. R. Grace & Co.

August 15, 2002
Invoice 518009  Page 4

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                      August 15, 2002
ATTN: Lydia Duff, Esq.                                     Invoice 518009  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 07/31/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

07/10/02    Review electronic mail memorandum from Mr. Englert; ensure copy transmitted to client;
            confer with Attorney Cleary regarding recommendations and report to be made to client.
            R.T. CARLISLE                              0.10 hrs.    220.00/hr              $22.00

**Fees for Legal Services**                                                                    **$22.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 220.00 | 22.00 |
| TOTAL | 0.10 | $220.00 | $22.0 |

**Net current billing for this invoice**                                                       **$22.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 77.50 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 113.10 |
| 493890 | 03/14/2002 | 563.72 | 112.20 |
| 498384 | 04/16/2002 | 1,287.67 | 257.50 |
| 499682 | 04/23/2002 | 344.50 | 68.90 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| 518009 | 08/15/2002 | 22.00 | 22.00 |

W. R. Grace & Co.

| | |
|---|---|
| A/R BALANCE | $3,960.80 |

# Nelson
### Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 15, 2002
Invoice 518010  Page 1

| Our Matter # | 02399/06032 | For Services Through 07/31/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 07/02/02 | Review assignment with Attorney Cleary regarding comments for proposed remedy (0.4); review issues related to comment on issues raised during public hearing and concerning limits on how DHEC conducts a public hearing (0.5); review assignment with Attorney Carlisle (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.30 hrs. | 240.00/hr | $312.00 |
| 07/03/02 | Discussion with Mr. Bucens regarding options for submitting comments to DHEC in response to proposed remedies for Charleston site. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/03/02 | Discuss assignment with Attorney Carlisle (0.2); locate research information regarding public comments for Attorney Carlisle (1.1). | | | |
| | L.K. THOMAS | 1.30 hrs. | 95.00/hr | $123.50 |
| 07/06/02 | Research regarding issue of conduct of public meeting and regarding timing of submitting comments on in-put from third parties. | | | |
| | R.T. CARLISLE | 2.90 hrs. | 220.00/hr | $638.00 |
| 07/07/02 | Research regarding issue of conduct of public meeting on proposed plan. | | | |
| | R.T. CARLISLE | 1.80 hrs. | 220.00/hr | $396.00 |
| 07/08/02 | Review research assignment with Attorney Carlisle (0.3); review initial results of research on question of contents for comment letter on public hearing and proposed remedy for Charleston site and concerning what standards govern conduct of hearing (0.5). | | | |
| | B.F. HAWKINS, JR. | 0.80 hrs. | 240.00/hr | $192.00 |
| 07/08/02 | Research regarding issue of conduct of public meeting and regarding timing of submitting comments on in-put from third parties (3.8); draft memorandum to Attorneys Hawkins and Cleary regarding same (1.9). | | | |
| | R.T. CARLISLE | 5.70 hrs. | 220.00/hr | $1,254.00 |
| 07/09/02 | Prepare additional comments for letter to DHEC regarding conduct of public hearing and due process issues. | | | |
| | D.M. CLEARY | 1.00 hrs. | 290.00/hr | $290.00 |

W. R. Grace & Co.

August 15, 2002
Invoice 518010  Page 2

07/09/02    Review and comment on overall approach for comments to DHEC on proposed remedy for
            Charleston site to address points for clarification for any possible appeal (0.6); review further
            drafting assignments and instructions for transmittal to response group with Attorney Cleary
            and Attorney Carlisle (0.4).
            B.F. HAWKINS, JR.                          1.00 hrs.    240.00/hr              $240.00

07/09/02    Edit draft letter to Ms. Conova commenting on proposed plan for remedial action by adding
            arguments based on research conducted yesterday and by adding arguments related to
            improperly established remedial goals for groundwater (2.3); confer with Attorney Hawkins
            regarding arguments on surface water quality ARARs (0.3); review revisions to draft letter
            made by Attorney Hawkins (0.2); review Proposed Plan for Remedial Action to double check
            that all comments are included in draft letter (1.7); confer with Attorneys Hawkins and Cleary
            regarding final comments and changes to draft letter (0.7); review Attorney Cleary's revised
            version and comment on same (0.4); complete memorandum summarizing research on
            issues of conduct of public meeting and contents of administrative record (1.6).
            R.T. CARLISLE                              7.20 hrs.    220.00/hr            $1,584.00

07/10/02    Review research by Attorney Carlisle on public comment period rules and case law (0.4);
            review National Contingency Plan regulations for remedy selection and cost-effectiveness,
            and draft final comments to South Carolina Department of Health and Environmental Control
            (3.5); draft e-mail of comments to participants for review and propose final conference call
            (0.3).
            D.M. CLEARY                                4.20 hrs.    290.00/hr            $1,218.00

07/10/02    Review draft letter providing public comments on proposed plan, which was sent to client
            and consultants.
            R.T. CARLISLE                              0.20 hrs.    220.00/hr               $44.00

07/15/02    Review edits of Public Comments provided by Mr. Bucens.
            D.M. CLEARY                                0.20 hrs.    290.00/hr               $58.00

07/16/02    Review and comment on new version of Public Comments (0.8); discussion with Attorney
            Hawkins regarding editions in new version (0.4); continue review, finalize comments, and
            transmit to Attorney Hawkins (1.2).
            D.M. CLEARY                                2.40 hrs.    290.00/hr              $696.00

07/16/02    Review suggested revised version of public comments to be discussed tomorrow and confer
            with Attorney Hawkins regarding revisions to comments relating to ARARs and post-
            excavation confirmatory sampling.
            R.T. CARLISLE                              0.30 hrs.    220.00/hr               $66.00

07/17/02    Review transcript of public meeting.
            D.M. CLEARY                                1.90 hrs.    290.00/hr              $551.00

07/17/02    Review research results from Attorney Carlisle and Attorney Cleary for purposes of
            reviewing approach to comments with Mr. Bucens (2.0); review comments with Mr. Bucens
            (0.4); discussions with DHEC to obtain copy of transcript of public hearing on remedy
            selection (1.1); review various portions of transcript as relevant to comments (0.5); make
            research and drafting assignments to Attorney Cleary and Carlisle (0.2).
            B.F. HAWKINS, JR.                          4.20 hrs.    240.00/hr            $1,008.00

07/17/02    Confer with Attorney Hawkins regarding items to be removed or re-worded in comments
            being submitted to DHEC relating to sampling and water quality.
            R.T. CARLISLE                              0.20 hrs.    220.00/hr               $44.00

W. R. Grace & Co.

August 15, 2002
Invoice 518010  Page 3

07/17/02   Draft and forward FOIA request for transcript of public hearing.
           L.K. THOMAS                          0.30 hrs.    95.00/hr          $28.50

07/18/02   Review research and drafting assignment regarding post-excavation confirmation sampling
           with Attorney Cleary to evaluate for overall strategy of finalizing comments on DHEC
           proposed remedy (0.4); review and revise language for confirmation sampling (0.6); review
           comments forwarded from Mr. Bucens (0.3).
           B.F. HAWKINS, JR.                    1.30 hrs.    240.00/hr         $312.00

07/19/02   Review results of research assignment from Attorney Carlisle regarding revisions to
           comments on DHEC's proposed remedy for Charleston site specifically relating to fresh
           versus salt water standards (0.4); review results of review and drafting assignment from
           Attorney Cleary related to comment on confirmation sampling for incorporation into
           comments on DHEC's proposed remedy for Charleston site (0.4); review results of
           assignment with Attorney Cleary (0.2); review suggested revisions with Mr. Bucens (0.5);
           review revised language from Mr. Bucens dealing with water quality standards to be
           incorporated into remedy (0.4); review revised comments forwarded from Mr. Bucens (0.3).
           B.F. HAWKINS, JR.                    2.20 hrs.    240.00/hr         $528.00

07/19/02   Review and suggest revisions to comments to be submitted to DHEC pertaining to use of
           various CCCs (including MCLs) for on-site surface waters (0.3); confer with Attorney
           Hawkins regarding same (0.2); minor changes to suggested revisions on same (0.2).
           R.T. CARLISLE                        0.70 hrs.    220.00/hr         $154.00

07/22/02   Provide comments to DHEC (at two locations)  for proposed remedy and for documentation
           of delivery.
           B.F. HAWKINS, JR.                    0.40 hrs.    240.00/hr         $96.0

07/30/02   Review electronic mail memorandum from Mr. Bucens and comments on strategy for ROD
           when issued (0.1); electronic mail memorandum to Attorneys Hawkins and Cleary regarding
           regulatory and strategic issues associated with DHEC seeking performance of the remedy
           (0.3); review final recommendation to client on same (0.1).
           R.T. CARLISLE                        0.50 hrs.    220.00/hr         $110.00

**Fees for Legal Services**

                                               **$10,039.00**

### BILLING SUMMARY

|                    | Hours | Rate/Hr  | Dollars     |
|--------------------|-------|----------|-------------|
| B.F. HAWKINS, JR.  | 11.60 | 240.00   | 2,784.00    |
| D.M. CLEARY        | 9.70  | 290.00   | 2,813.00    |
| R.T. CARLISLE      | 19.50 | 220.00   | 4,290.00    |
| L.K. THOMAS        | 1.60  | 95.00    | 152.00      |
| TOTAL              | 42.40 | $236.77  | $10,039.00  |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/11/2002    Photocopies 44 Page(s)                                    2.20
07/17/2002    Photocopies 55 Page(s)                                    2.75

W. R. Grace & Co.

| 07/22/2002 | Courier charge | 12.00 |
| 07/22/2002 | Photocopies 12 Page(s) | 0.60 |
| 07/22/2002 | Photocopies 6 Page(s) | 0.30 |
| 07/22/2002 | Photocopies 5 Page(s) | 0.25 |
| 07/22/2002 | Photocopies 7 Page(s) | 0.35 |
| 07/22/2002 | Photocopies 5 Page(s) | 0.25 |
| 07/22/2002 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** **$18.75**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 6.75 |
| Courier - In | 12.00 |
| TOTAL | $18.75 |

**Net current billing for this invoice**

**$10,057.75**

| ACCOUNTS RECEIVABLE RECAP | | | |
| --- | --- | --- | --- |
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| | | A/R BALANCE | $68,320.63 |

W. R. Grace & Co.

August 15, 2002
Invoice 518010  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $10,039.00 |
| Charges for Other Services Provided/Expenses Incurred | $18.75 |

**Net current billing for this invoice**                     **$10,057.75**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| | TOTAL A/R BALANCE | | $68,320.63 |

W. R. Grace & Co.

# Nelson
### Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 15, 2002
Invoice 518011  Page 1

| Our Matter #<br>Name of Matter: | 02399/06091<br>Fee Applications | For Services Through 07/31/02 |
| --- | --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| 06/26/02 | Prepare draft Second Quarterly Fee Application.<br>K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 06/26/02 | Prepare Summary for First Quarterly Fee Application and e-mail to Mr. Carickhoff, Ms. Cuniff and Attorney Cleary.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 06/26/02 | Prepare draft Third Quarterly Fee Application documents.<br>K. BROWN | 2.70 hrs. | 125.00/hr | $337.50 |
| 06/26/02 | Revise May 2002 fee application documents; and e-mail correspondence to Mr. Carickhoff, Ms. Cuniff and Attorney Cleary regarding revised fee application.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 06/27/02 | Continue to prepare documents for the 2nd and 3rd quarterly filings.<br>K. BROWN | 2.90 hrs. | 125.00/hr | $362.50 |
| 06/27/02 | Review and modify 2nd and 3rd quarterly fee application documents.<br>K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |
| 06/27/02 | E-mail to Attorney Cleary and Administrative Assistant Swider the final documents for the 2nd and 3rd quarterly fee filings for the periods September 2001 and December 2001 for his review.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 06/27/02 | Proof the 2nd and 3rd summary and verified fee applications for the periods September 2001 and December 2001.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 06/29/02 | Continue to compare actual payments received against outstanding invoices (1.5); edit outstanding invoices spreadsheet (1.5).<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 2

| | | | | |
|---|---|---|---|---|
| 06/30/02 | Draft response to Fee Auditor's Initial Report Regarding Fourth Interim Quarterly Fee Application submitted by the firm (1.5); draft electronic mail memorandum to Attorney Hawkins and Paralegals Thomas and Brown requesting their additions to the draft response (0.1). | | | |
| | R.T. CARLISLE | 1.60 hrs. | 220.00/hr | $352.00 |
| 06/30/02 | Continue to reconcile the outstanding invoices with actual payments. | | | |
| | K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |
| 07/01/02 | Review and provide input on relative items for response to Auditor's Report Regarding Fourth Interim Quarterly Fee Application of Nelson Mullins. | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 240.00/hr | $144.00 |
| 07/01/02 | Review Attorney Hawkins' inserts to draft letter responding to Fee Auditor's Report and other comments; revise letter and circulate it to those whose entries are at issue. | | | |
| | R.T. CARLISLE | 0.70 hrs. | 220.00/hr | $154.00 |
| 07/01/02 | Review docket for the period June 24, 2002 through July 1, 2002 for filings. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 07/01/02 | Review draft response from Attorney Carlisle (0.2); obtain invoices from file to assist with preparation of response to audit request (0.3); discuss same with Attorney Hawkins (0.3). | | | |
| | L.K. THOMAS | 0.80 hrs. | 95.00/hr | $76.00 |
| 07/02/02 | Review and respond to draft response to Auditor's Initial Report for Fourth Interim Quarterly Fee Application of Nelson Mullins. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/02/02 | Obtain information from other timekeepers pertinent to questions raised in Fee Auditor's Report and revise draft letter accordingly. | | | |
| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |
| 07/02/02 | Review correspondence regarding auditor's inquiring for services rendered and edit response to auditor's letter. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 07/02/02 | Locate various Confidentiality Orders for Attorney Hawkins (0.2); discuss same with Attorney Hawkins and Attorney Carlisle (0.4). | | | |
| | L.K. THOMAS | 0.60 hrs. | 95.00/hr | $57.00 |
| 07/03/02 | Review, revise and finalize comments on response to auditor with respect to Report on Fourth Interim Quarterly Fee Application. | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 240.00/hr | $168.00 |
| 07/03/02 | Continue to locate various Confidentiality Orders for Attorney Hawkins; (0.6) discuss same with Attorney Hawkins (0.6). | | | |
| | L.K. THOMAS | 0.70 hrs. | 95.00/hr | $66.50 |
| 07/04/02 | Compare actual payments to the outstanding invoices spreadsheet and note payments for each invoice. | | | |
| | K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 07/05/02 | Prepare correspondence containing detailed payment information for checks received for October and November 2001 and e-mail same to A/R Specialist, Attorney Cleary and Administrative Assistant Johnson. | | | |

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 3

| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

07/09/02   Review and modify outstanding invoices database.
| | K. BROWN | 5.00 hrs. | 125.00/hr | $625.00 |

07/10/02   Prepare, review and modify the Grace Billing Report (3.4); review docket on PACER for current filings (0.3); e-mail report to Attorneys Cleary, Hawkins and Smith (0.3).
| | K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |

07/11/02   Meet with Attorney Cleary to discuss the Grace Billing Report (0.5); edit the Grace Billing Report (0.3); prepare correspondence requesting status of January 2002 payment and e-mail to Mrs. Eller, Gettier, Duff and Mr. Port, Attorney Cleary and Administrative Assistant Johnson (0.5); prepare correspondence requesting the filing of the Certificate of No Objection for Docket # 1725 (December 2001 Fee Application) and e-mail to Mr. Carickhoff, Ms. Cunick and Attorney Cleary (0.3); edit the September 2001 Quarterly filing documents (2.5); edit the December 2001 Quarterly filing documents (2.5); meet with Attorney Cleary to discuss the procedures in filing with the fee auditors (0.3); telephone conference with Mr. Steirer regarding the procedures in filing fees with them (0.4); prepare correspondence containing prior filings fee detail (electronic invoices) for July 2001, August 2001, September 2001, October 2001, November 2001, December 2001 and January 2001 and e-mail to Messrs. Smith and Steirer and Attorney Cleary (1.0).
| | K. BROWN | 8.30 hrs. | 125.00/hr | $1,037.50 |

07/12/02   Revise September 2001 and December 2001 fee application documents (1.8); prepare correspondence to Accounting Specialist regarding February and March 2002 invoices (0.3); review and organize documents and invoices (0.9).
| | K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |

07/15/02   Review recent filings on PACER (0.3); e-mail Mr. Carickhoff, Ms. Cuniff and Attorney Cleary requesting filing of Certificate of No Objection for December 2001 (Docket # 1725) (0.2); edit Grace Billing Report (0.1); meet with Attorney Cleary to discuss collection efforts and status (0.4).
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

07/15/02   Edit final September 2001 and December 2001 quarterly fee application documents and e-mail same to Attorney Cleary for his review (0.9); meet with Attorney Cleary to discuss the discrepancy in January 2002 requested payment (0.3); meet with Attorney Cleary to discuss the status of the documents that are due to the Fee Auditor (0.2); prepare correspondence regarding January 2002 approved payments and e-mail to Ms. Duff, Mr. Emmett, Mr. Port, Ms. Getter, Attorney Cleary and Administrative Assistant Johnson (0.3); review PACER for filings (0.3); revise Grace Billing Report and e-mail same to Attorneys Cleary and Hawkins (0.3); prepare correspondence containing February, March, April, and May 2002 invoices and e-mail to Mr. Smith, Mr. Sterier and Attorney Cleary (0.5); prepare correspondence requesting the filing of a Certificate of No Objection for December 2001  (Docket # 1725) and e-mail to Mr. Carickhoff, Ms. Cunip and Attorney Cleary (0.4).
| | K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |

07/16/02   Meet with A/R Specialist to discuss how to disburse check payments for October and November 2001 (0.3); e-mail October 2001 and November 2001 outstanding invoice payments sheet (0.2).
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

07/17/02   Prepare correspondence to A/R Specialist requesting a copy the check received July 8, 2002.
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 4

| | | | | |
|---|---|---|---|---|
| 07/17/02 | Edit Grace Billing Report and outstanding invoices database to reflect recent payment. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/19/02 | Review current filings on PACER. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/19/02 | Revise Grace Billing Report (0.3); revised September 2001 quarterly fee documents (0.4); revised December 2001 quarterly fee documents (0.3). | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/22/02 | Prepare correspondence regarding June invoices and e-mail same to Attorney Cleary. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/22/02 | Prepare correspondence requesting filing of CNOs for September 2001, April 2002 and May 2002 fee applications and e-mail to Mr. Carickhoff , Ms. Cuniff and Attorney Cleary. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 07/22/02 | Review PACER for current filings (0.3); revised outstanding invoices database (0.3); meet with Attorney Cleary to discuss the recent filings and recent payments (0.4). | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/26/02 | Edit outstanding invoices database. | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 07/26/02 | Prepare correspondence regarding June 2002 invoices. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/28/02 | Review and edit 2nd Quarterly Fee Filing documents and 3rd Quarterly Fee Filing documents. | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 07/28/02 | Prepare correspondence to Ms. Duff and Mr. Emmett regarding June 2002 invoices and e-mail to Attorney Cleary for his review. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/28/02 | Modify outstanding invoices database by including June 2002 invoices. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/28/02 | Prepare correspondence regarding revised 2nd and 3rd Quarterly Fee Filing documents and e-mail same to Attorney Cleary for his review. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 07/28/02 | Review PACER for recent filings of Certificates of No Objections for December 2001, April 2002 and May 2002. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

**Fees for Legal Services**

**$8,420.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 5

| | | | |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.70 | 240.00 | 408.00 |
| R.T. CARLISLE | 2.90 | 220.00 | 638.00 |
| L.K. THOMAS | 2.10 | 95.00 | 199.50 |
| K. BROWN | 57.40 | 125.00 | 7,175.00 |
| TOTAL | 64.10 | 131.37 | 8,420.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 06/28/2002 | Photocopies 4 Page(s) | 0.20 |
| 06/30/2002 | Photocopies 38 Page(s) | 1.90 |
| 07/02/2002 | VENDOR: Federal Express; INVOICE#: 647088463; DATE: 07/02/2002 - 06/13/02 | 43.47 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 647088467; DATE: 07/09/2002 - 06/17/02 | 12.51 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 647088475; DATE: 07/09/2002 - 06/24/02 | 18.73 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 647088476; DATE: 07/09/2002 - 06/25/02 | 18.73 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 647088479; DATE: 07/09/2002 - 06/27/02 | 18.73 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 424794714; DATE: 07/09/2002-06/13/02 | 2.67 |
| 07/09/2002 | VENDOR: Federal Express; INVOICE#: 424794714; DATE: 07/09/2002-06/17/02 | 8.23 |
| 07/11/2002 | Photocopies 1 Page(s) | 0.05 |
| 07/11/2002 | Photocopies 12 Page(s) | 0.60 |
| 07/11/2002 | Telephone 1-214-698-3868 | 1.51 |
| 07/11/2002 | Telephone 1-214-722-0081 | 0.71 |
| 07/22/2002 | VENDOR: PACER Service Center; INVOICE#: 071002; DATE: 07/22/2002 - Cust.#NM0003 | 79.03 |

**Total Charges for Other Services Provided/Expenses Incurred**

**$207.07**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.75 |
| Federal Express | 123.07 |
| Outside Services | 79.03 |
| Telephone | 2.22 |
| TOTAL | $207.07 |

**Net current billing for this invoice**

**$8,627.57**

## ACCOUNTS RECEIVABLE RECAP

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 6

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| | | A/R BALANCE | $14,494.01 |

W. R. Grace & Co.

August 15, 2002
Invoice 518011  Page 7

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/02

Our Matter # 02399/06091
Fee Applications

Fees for Professional Services                              $8,420.50
Charges for Other Services Provided/Expenses Incurred        $207.07

   **Net current billing for this invoice**              **$8,627.57**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| | TOTAL A/R BALANCE | | $14,494.01 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this 22 day of August , 2002

Kathryn N. Mixson (L.S.)
Notary Public for South Carolina

My Commission Expires: 2/29/12