IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 18, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13047

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 07/01/02 | AP | Organize files and draft memos regarding document issues. | 2.00 |
| | BB | Continue research of case files, production database and CDs, and designated trial exhibits list, identify and collect supporting documents for timeline for Mr. Hughes (5.1 hrs.); consult with Mr. Hughes re production of additional Grace letter to NJDEP (.1 hrs.); conference with Ms. Bynum re Grace case invoices project (.2 hrs.); conference with Mr. Hughes re new correspondence and documents for Grace supplemental production (.1 hrs.); incorporate additional designated pretrial exhibits into exhibits list (.4 hrs.); review, prepare and produce supplemental documents, incorporate and create new case file (.7 hrs.);  review, organize, coordinate, and prepare new correspondence and incorporate into case files (.4 hrs.); review new  court materials (.3 hrs.); incorporate new case deadlines into case calendar (.5 hrs.); conference with Ms. Manago re same (.1 hrs.); incorporate new pleadings into indexed case files (.3 hrs.); complete and quality | 11.70 |

W. R. Grace & Co.

Page    2

<u>**Hours**</u>

|  |  |  |  |
|---|---|---|---|
|  |  | check table of Grace expert invoices (1.4 hrs.); review data on table and identify issues and process for resolution (.6 hrs.); review, sort and organize new correspondence (1.3 hrs.). |  |
| 07/01/02 | NAB | Review "Damages Chart" and pull documents from production documents for B. Hughes (2 hrs.); organize same by issue and update chart accordingly (2 hrs.). | 4.00 |
|  | WH | Review draft letter to NJDEP re groundwater FS prepared by consultant and confer with consultant re same (1.8 hrs.); conference with consultant re site sampling issues (.4 hrs.); prepare revised fact stipulations for review by Mr. Marraro (2.2 hrs.). | 4.40 |
|  | CHM | Review W. Hughes section on pretrial stipulations (1.4 hrs.); conference with W. Hughes re same (.3 hrs.). | 1.70 |
|  | MM | Continue to review all damage related documents by cross-referencing damage chart compiled by Ms. Flax against our document productions and various databases (1.1 hrs.); office conference with Ms. Banks re status of same (.1 hrs.); case management (.2 hrs.). | 1.40 |
| 07/02/02 | WH | Prepare memorandum to Messrs. Nagy and Senftleben re Judge Cavanaugh's summary judgment decision (1.5 hrs.); conferences with consultant re trial prep matters related to Grace's environmental experts (.5 hrs.); work on draft letter to NJDEP re Honeywell's groundwater FS (1.9 hrs.); review memo/database re Honeywell's cost documentation, review selected Honeywell cost docs, and confer with paralegal re same (1.8 hrs.); conference with consultant re site visit/sampling and other trial prep issues (.4 hrs.); work on payment issues re Grace experts (.6 hrs.). | 6.70 |
|  | BB | Continue research of case files, production database and CDs and designated trial exhibits list, identify and collect supporting documents | 11.70 |

W. R. Grace & Co.                                                                          Page    3

|  | __Hours__ |
|---|---|

for timeline for Mr. Hughes (4.8 hrs.); consult with Mr. Hughes re production of additional Grace letter to NJDEP (.1 hrs.); conference with Ms. Bynum re Grace case invoices project (.2 hrs.); conference with Mr. Hughes re new correspondence and documents for Grace supplemental production (.1 hrs.); incorporate additional designated pretrial exhibits into exhibits list (.4 hrs.); review, prepare and produce supplemental documents, incorporate and create new case file (.7 hrs.);  review, organize, coordinate, and prepare new correspondence and incorporate into case files (.4 hrs.); review new  court materials (.3 hrs.); incorporate new case deadlines into case calendar (.5 hrs.); conference with Ms. Manago re same (.1 hrs.); incorporate new pleadings into indexed case files (.3 hrs.); conference with Ms. Bynum re scanning assignment in preparation for trial (.3 hrs.); continue review and certification of draft stipulations, identification of supporting documents and quotes, quality check and revise bates numbers and entries as appropriate (3.5 hrs.).

| 07/02/02 | CHM | **Travel to NJ for meeting with local counsel (2.6 hrs). (Travel time billed at one-half regular rate, 10% indicated by time here, the other 40% taken at end of statement.]** | 2.30 |
|---|---|---|---|
| | CHM | All-day meeting with local counsel for trial preparation (8.2). | 8.20 |
| | CHM | **Travel to Washington (2.0).  (Travel time billed at one-half regular ratesl 10% indicated by time here; other 40% taken at end of statement.)** | 1.80 |
| | AP | Draft undisputed/disputed facts re license agreement. | 1.40 |
| | NAB | Continue review and indexing of Honeywell expert's supporting documents (6.5 hrs.); review case files and pull correspondence between NJDEP and Allied in preparation for trial (.3 | 6.30 |

W. R. Grace & Co.                                                                                      Page    4

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | hrs.); scan same into electronic case files (.7 hrs.). |  |
| 07/02/02 | MM | Review recent correspondence (.2 hrs.); continue to review case databases re assuring all damage related invoices have been identified (.4 hrs.). | 0.60 |
| 07/03/02 | WH | Conferences with experts re trial prep matters related to same (.8 hrs.); work on groundwater issue and review documents related to same (.9 hrs.); conferences with Mr. Smith and Ms. Banks re Honeywell's cost documents, trial exhibit list and various issues related to same (1.2 hrs.); review new case correspondence (.4 hrs.); legal research re RCRA (1.3 hrs.); review and collect new documents to be added to trial exhibits (3.7 hrs.). | 7.70 |
|  | MM | Continue to review Grace and follow-up memorandums (2.2 hrs.); forward e-mail to Ms. Banks re status of same (.2 hrs.). | 2.40 |
|  | CHM | Review issues re Spill Act (.8 hrs.); work on stipulations (1.6 hrs.); conference with experts re various issues (1.8 hrs.); conference with State re various issues (.6 hrs.); review depositions (3.0 hrs.). | 7.80 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 3.50 |
|  | BB | Continue review and verification of draft stipulations, identification of supporting documents and quotes, quality check and revise bates numbers and entries as appropriate (3.6 hrs.); conference with Mr. Hughes (.2 hrs.); collect relevant document for Mr. Hughes (.1 hrs.); update Chapter 11 court filings and correspondence files, and incorporate into index of same; (.9 hrs.); review, sort and organize new correspondence (1.3 hrs.); conference with Mr. Hughes re fee auditor report (.1 hrs.); read | 7.70 |

W. R. Grace & Co.                                                                    Page    5

|  |  | **Hours** |
|---|---|---|
|  | Honeywell expert's report for salient points (1.0 hrs.); read and summarize deposition transcript of same in preparation for trial for Mr. Hughes (1.8 hrs.). |  |
| 07/03/02 AP | Research and draft pretrial fact stipulation re license agreement. | 1.50 |
| 07/06/02 RLS | Review and analyze one-inch binder cost documents from Homeywell. | 2.00 |
| 07/08/02 BB | Continue summarizing Honeywell expert deposition transcript in preparation for trial and create summary report for Mr. Hughes (6 hrs.); consult with Mr. Hughes, collect and prepare pertinent document (.2 hrs.); prepare email response to email message from consultant's office (.4 hrs.) review and analyze deposition transcripts on proposed site groundwater remedy and provide pertinent information to Mr. Hughes (.8 hrs.); collect deposition transcripts, prepare documents, letter and FedEx package to consultant (.6 hrs.); scan pertinent court filing into Word, proof and make corrections for Mr. Hughes ( .8 hrs.). | 8.80 |
| WH | Conferences with experts re work and related issues (.8 hrs.); review deposition testimony and expert article from issue and confer with consultant re same (2.7 hrs.); conferences with remediation expert re his opinions and trial prep issue (1.2 hrs.); conference with consultant re sediment contamination issue and review selected Honeywell documents re same (1.6 hrs.); work on trial exhibits and direct/cross examination materials (1.3 hrs.); work on deposition designation (.7 hrs.); conference with Ms. Pelletier re status of her projects/assignments (.5 hrs.). | 8.80 |
| MM | Continue to review all damage related documents (i.e., Grace invoices) to assure they are identified, pending (1.2 hrs.); office | 1.40 |

W. R. Grace & Co.                                                                                    Page      6

|  |  |  | Hours |
|---|---|---|---|
|  |  | conference with Mr. Hughes re status of same (.2 hrs.). |  |
| 07/08/02 | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 5.50 |
| 07/09/02 | WH | Review comments from consultant on Honeywell's proposed groundwater remedy and confer with experts re same (1.2 hrs.); review Honeywell's opposition brief re ECARG's Spill Act/Roned motion and confer with Messrs. Marraro and Agnello re same (1.6 hrs.); legal research (3.3 hrs.); conferences with Messrs. Marraro and Agnello re letter to court on Roned decision (.8 hrs.); prepare letter to Judge Cavanaugh re application of Roned decision to ECARG as law of the case (2.4 hrs.); confer with Mr. Caffrey re production of additional Honeywell cost documents (.3 hrs.). | 9.60 |
|  | AP | Draft pretrial fact stipulations regarding breach of license agreement. | 2.40 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 5.50 |
|  | CHM | Several conference calls on Spill Act issues (1.2 hrs.); conference with client (.5 hrs.); review W. Hughes' response on Honeywell brief (.5 hrs.); conference with several experts (1.8 hrs.); review environmental issues with consultant (.6 hrs.); review work re cost issues with client (1.6 hrs.); review new cases on allocation (.6 hrs.). | 6.80 |
|  | MM | Continue to search for all Grace invoices re damage related documents to assure they are identified (1.1 hrs.); review memorandum received from Ms. Pelletier re various files presented to Ms. Banks (.1 hrs.); review recent | 1.70 |

W. R. Grace & Co.                                                                    Page    7

                                                                      **Hours**

|        |     | correspondence (.3 hrs.); case management (.2 hrs.). | |
|--------|-----|------|------|
| 07/09/02 | BB | Respond to telephone inquiry from Dr. Belsito's office (.2 hrs.); collect and prepare pertinent transcript for Mr. Hughes (.1 hrs.); analyze deposition transcript for Honeywell expert re groundwater remedy and prepare same for Mr. Hughes (.7 hrs.); collect and prepare pertinent N.J. amendments document for Mr. Hughes (.2 hrs.); incorporate new document into legal case files (.3 hrs.); research Lexis, download and prepare Spill Act case for Mr. Hughes (.4 hrs.); continue analysis of 2/13/01 deposition transcript of Honeywell expert  identify salient statements and prepare summary in preparation for trial for Mr. Hughes (4.9 hrs.); analyze expert report and 7/24/01 deposition transcript of Honeywell expert, identify salient statements and prepare summary in preparation for trial for Mr. Hughes (1.5 hrs.). | 8.30 |
| 07/10/02 | WH | Conferences with consultant re scheduling matters and other issue in connection with preparing experts for trial (.7 hrs.); review early DEP/Honeywell correspondence and include in trial exhibits (2.2 hrs.); review consultant's list of the Grace experts' opinions for trial and revise same (1.2 hrs.); legal research re proving RCRA "imminent and substantial endangerment" and confer with Mr. Marraro re same (1.6 hrs.); review latest production from Allied re sampling/monitoring wells and confer with consultant re same (.8 hrs.); review ICO's letter to NJDEP re groundwater issues and confer with plaintiffs' counsel re same (.7 hrs.); prepare letter to Mr. Caffrey re document production (.2 hrs.). | 7.90 |
|        | RLS | E-mail to Ms. Banks regarding cost project (.3 hrs.); office conference with Ms. Banks re various projects (.4 hrs.). | 0.70 |

W. R. Grace & Co.                                                                    Page    8

|  |  |  | Hours |
|---|---|---|---|
| 07/10/02 | BB | Conference with Ms. Bynum and Mr. Moasser re collection and cross-reference of Grace invoices (.5 hrs.); collect pertinent documents and site visit photographs for Ms. Pelletier and conference re same (.4 hrs.); continue analyzing 7/24/01 deposition transcript of Honeywell expert and prepare summary of salient statements in preparation for trial for Mr. Hughes (7.0 hrs.); review new correspondence and conference with expert to resolve issue with NJDEP FOIA invoice (.4 hrs.); conference with Mr. Hughes re various assignments in preparation for trial (.4 hrs.); research Lexis, download, coordinate and prepare pertinent RCRA and CERCLA cases for Mr. Hughes and incorporate into electronic files (1.2 hrs.). | 9.80 |
|  | CHM | Work on pre-trial issues with experts (3.5 hrs.); conference with client (.5 hrs.). | 4.00 |
|  | MM | Finalize review of case material and various databases re Grace damage related invoices (.6 hrs.); office conference with Ms. Bynum re various invoices she identified relating to Grace related documents (.2 hrs.); office conferences with Ms. Banks re same as well as her request for creating new database for all Grace invoices including damaged related invoices (.3 hrs.); preliminary review, organization and creation of stated database to be used as trial exhibit, pending completion (5.2 hrs.). | 6.30 |
|  | AP | Draft pretrial fact stipulations regarding breach of license agreement. | 3.90 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 6.50 |
| 07/11/02 | RLS | Continue review of cost document binder. | 2.10 |
|  | MM | Review additional damage related invoices and forward to Mr. Hughes with memorandum re review (.4 hrs.); office conferences with Ms. | 6.40 |

W. R. Grace & Co.                                                          Page      9

                                                                        <u>Hours</u>

|  |  | Banks re review of prior expense reimbursements to Grace re identifying charges for Mr. Marraro and Auditor (.3 hrs.); review stated expenses and draft memorandum to Mr. Marraro re description of same (.4 hrs.); review, organize and identify various damage related invoices to be used as trial exhibits (.7 hrs.); finalize review, organization and revision of new database outlining all Grace invoices and forward copy of same with memorandum to Mr. Hughes and Ms. Banks for review (4.6 hrs.). |  |
|---|---|---|---|
| 07/11/02 | WH | Work on issues re payment of Grace's experts (.7 htd.); conferences with consultant and Mr. Marraro re list of opinions (1.3 hrs.); prepare status memo re ICO case for client (2.2 hrs.); review additional cost documentation produced by Honeywell and confer with paralegal re analyzing same (1.4 hrs.); research related to stay issue (.4 hrs.); conference with consultant re Honeywell site inspection (.3 hrs.); work on comments on Honeywell's FS and confer with consultant re same (.8 hrs.); conferences with Messrs. Marraro and Dubuc re RCRA research issue and research re same (.9 hrs.); review selected expert depositions in connection with conference with consultant on trial prep (1.6 hrs.). | 9.40 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 6.30 |
|  | CHM | Review consultant expert deposition (1.2 hrs.); conference call with consultant re same (.5 hrs.); review new secton in stipulation re breach of contract (.7 hrs.); work with experts on exhibits (3.2 hrs.). | 5.60 |
|  | BB | Conference with Mr. Hughes on status and needs re Grace invoices project (.2 hrs.); collect and prepare pertinent cases downloaded from Lexis and legal research memo (.2 hrs.); conference with Mr. Moasser on additional | 6.30 |

W. R. Grace & Co.                                                    Page    10

                                                                      __Hours__

needs re Grace invoices (.3 hrs.); conference
with Mr. Smith re invoices (.1 hrs.); conference
with Ms. Kelly on resolution of issues re
proposed trial exhibits in preparation for
attorney review (.3 hrs.); research Martindale
Hubbell, download and prepare pertinent
information on law firm for Mr. Marraro (.1
hrs.); incorporate additional key CERCLA case
into legal research case files and electronic files
(.3 hrs.); coordinate and organize CERCLA
allocation cases for Mr. Hughes (.7 hrs.); collect
and prepare pertinent site inspection
correspondence for Ms. Pelletier (.3 hrs.); scan
and OCR settlement letter for Mr. Hughes (.4
hrs.); research Lexis, download, and coordinate
CERCLA allocation cases for Mr. Hughes' legal
research file (.5 hrs.).

| | | | |
|---|---|---|---|
| 07/11/02 | SCD | Office conference with Messrs. Marraro and Hughes re research project re defining a RCRA "imminent and substantial endangerment" as it relates to future development plans (1.1 hrs.); research re same (7.0 hrs.). | 8.10 |
| 07/12/02 | CHM | Work on damages issues (3.5 hrs.); assess pre-trial motions (2.8 hrs.); conference with expert re meeting (.3 hrs.). | 6.60 |
| | SCD | Conduct RCRA research project at Mr. Marraro's request. | 7.30 |
| | WH | Collect, revise and designate various Honeywell reports as trial exhibits (4.4 hrs.); review and revise trial exhibit list and confer with Ms. Banks and Mr. Moesser re same (3.7 hrs.). | 8.10 |
| | MM | Review various Grace damage related invoices and organize them to be used as trial exhibits (1.1 hrs.); case management (.3 hrs.). | 1.40 |
| | BB | Review, analyze, prepare, coordinate and incorporate new correspondence into indexed case files and electronic files (3.0 hrs.); incorporate new court filings into pleadings file | 6.00 |

W. R. Grace & Co.                                                          Page   11

|  |  |  | **Hours** |
|---|---|---|---|
| | | (.6 hrs.); create new case files (2.1 hrs.); prepare letter and FedEx package to consultant (.3 hrs.). | |
| 07/15/02 | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 3.50 |
| | BB | Collect pertinent settlement correspondence for Mr. Hughes (.2 hrs.); incorporate new court filings into indexed case files and scan and incorporate into electronic files (.7 hrs.); collect pertinent Grace correspondence for Mr. Marraro (.1 hrs.); research expert records, send email message to Ms. Heller re Dr. Belsito's inquiry re his 7/1/02 invoice and place follow up call to Dr. Belsito's office re status to date (.4 hrs.); conference with Mr. Hughes re trial plans and related issues (.8 hrs.); respond to email from Grace re Dr. Belsito (.1 hrs.); confer with Ms. Kelly re same (.1 hrs.); review, prepare, coordinate and scan Honeywell 6.3.02 supplemental production and site inspection photographs, incorporate into electronic files, and Bates label (1.7 hrs.). | 8.10 |
| | MM | Continue to compare miscellaneous Grace invoices against damage related chart to assure no duplications and accountability, pending (.6 hrs.); continue to review, organize and assure no duplications of entries re recently create Grace damage related chart reflecting all invoices and related material, pending (.8 hrs.); office conference with Ms. Kelley damage related invoices to be identified as trial exhibits (.3 hrs.);  prepare and organize stated invoices and forward to Ms. Kelley with memorandum for processing invoices as trial exhibits (1.6 hrs.). | 3.30 |
| | CHM | Conference with Grace lawyers (.5 hrs.); work on pre-trial issues (1.2 hrs.);  work on memo to client re status as per client's instructions (1.0 hrs.). | 2.70 |

W. R. Grace & Co.                                                                    Page    12

                                                                              __Hours__

07/15/02  WH    Work on payment issues re Grace experts (.9          7.20
                hrs.); prepare letter to Mr. Senftleben re expert
                invoices (.2 hrs.); confer with expert re payment
                and trial prep issues (.5 hrs.); work on
                deposition designations, trial exhibits,
                stipulation and other trial prep issues (5.6 hrs.).

07/16/02  MM    Preliminary review and comparison of recently        2.10
                identified Grace damage related invoices against
                previous chart created by Ms. Flax to assure no
                duplications, pending (.6 hrs.); continue to
                review and delete all duplicated entries on
                recently created database reflecting all Grace
                invoices and related documents (1.2 hrs.); case
                management (.3 hrs.).

          NAB   Continue to search production data base and          6.00
                scan correspondence between NJDEP and
                Allied into electronic case files in preparation
                for trial.

          WH    Revise list of trial opinions/potential exhibits for  7.80
                each Grace expert and send to experts (3.2 hrs.);
                conferences with experts and their staff re
                preparing list of visual aides (2.8 hrs.); revise
                list of trial exhibits and database entries re same
                (1.8 hrs.).

          CHM   Revise status memo to client.                        0.50

07/17/02  CHM   Meeting at Carella Byrne re scheduling, pre-trial    3.70
                and other issues.

          BB    Respond to telephone inquiry from Dr. Belsito's      6.80
                office (.3 hrs.); place return call to consultant re
                site sampling for Mr. Hughes and provide
                feedback to Mr. Hughes (.2 hrs.); prepare email
                memo of expert for Mr. Hughes (.5 hrs.);
                consult with Ms. Kelly re Honeywell 7/16/02
                supplemental production of invoices (.3 hrs.);
                consult with Ms. Pelletier re files (.1 hrs.);
                prepare Bates labels and prepare production
                documents re Honeywell supplemental
                production of invoices (3.2 hrs.); continue

W. R. Grace & Co.                                                                      Page    13

                                                                                    __Hours__

|  |  | | |
|---|---|---|---|
|  |  | incorporation of new case documents into indexed case files and electronic files (2.2 hrs.). | |
| 07/17/02 | RLS | Continue review of Honeywell cost documents. | 1.50 |
|  | SCD | Continue RCRA research project as requested by Mr. Marraro. | 2.10 |
|  | MM | Office conference with Ms. Banks and Ms. Kelley re status of various tasks related to Grace damage invoices (.4 hrs.); finalize review and organization of Grace damage related invoices chart and forward to Ms. Kelley in preparing trial exhibits (1.6 hrs.); finalize review of additional Grace damage related invoices not previous identified on chart from Ms. Flax, and forward same with memorandum to Mr. Hughes for review (1.4 hrs.); continue to review recently created database reflecting all invoices and related documents re eliminating duplicate entries (2.4 hrs.); telephone conference with Mr. Marraro and Ms. Flax re attending trial (.2 hrs.); case management (.3 hrs.). | 6.30 |
|  | WH | Conferences with Ms. Banks and Mr. Moasser re collecting additional cost documentation in support of Grace's claims (.5 hrs.); review selected cost documents identified by Mr. Moasser (.7 hrs.); revise list of trial exhibits and database entries re same (1.1 hrs.); legal and factual research in support of trial brief (5.5 hrs.). | 7.80 |
| 07/18/02 | BB | Continue preparation of Honeywell 7/16/02 supplemental production invoices (.7 hrs.); complete incorporation of new correspondence into indexed case files (2.7 hrs.); review boxes of early Mutual production documents, identify relevant supporting documents for draft stipulations and update draft stipulations as appropriate (6.4 hrs.). | 9.80 |
|  | MM | Review various e-mails received from Ms. Pelletier re allocation research and other various case matters (.2 hrs.); office conferences with | 6.10 |

W. R. Grace & Co.

Page    14

<u>Hours</u>

Mr. Hughes re trial attendance and working with Ms. Flax, amongst other tasks, damage related matters as well as working with expert and supporting documents (.3 hrs.); review and edit revised Grace damage related chart created by Ms. Banks from Ms. Flax's original chart reflecting additional invoices, pending final approval by Ms. Flax to be used as trial exhibits (.5 hrs.); telephone conference with Ms. Flax re additional Grace damage related invoices and other supporting documents (.2 hrs.); review, organize and prepare all additional Grace invoices and forward with cover letter to Ms. Flax via FedEx for review (1.6 hrs.); forward e-mail to Ms. Flax status of same (.2 hrs.); review chart drafted by Ms. Flax and create binders incorporating all approved Grace damage related invoices and supporting documents for trial use, pending completion (2.9 hrs.); office conferences with Ms. Kelley re various matters relating to identifying all current damage invoices to be placed on the trial exhibits list and other  case administrative matters(.2 hrs.).

| | | | |
|---|---|---|---|
| 07/18/02 | AP | Review case research regarding allocation of CERCLA liability. | 0.90 |
| | NAB | Scan and incorporate case documents into electronic files (5.9 hrs.); create hyperlinks for same on the appropriate case indices (1.6 hrs.). | 7.50 |
| | WH | Review expert's list of proposed trial aides and confer with expert re same (.8 hrs.); review and designate Honeywell reports and related documents for use as trial exhibits per expert's recommendation (2.7 hrs.); review data and other documents related to expert's opinions (.8 hrs.); revise factual stipulations (.6 hrs.); research re common law claims and defenses to same (1.8 hrs.); conferences with Ms. Banks and Mr. Moasser re status of assignments (.4 hrs.); research re calculating interest on Grace's response costs (.5 hrs.); revise timeline of key | 8.80 |

W. R. Grace & Co.                                                                                  Page    15

                                                                                                 __Hours__

|            |     |                                                                                 |      |
|------------|-----|---------------------------------------------------------------------------------|------|
|            |     | events and confer with Mr. Kaider re scanning/linking documents re same (1.2 hrs.). |      |
| 07/18/02   | SCD | Continue RCRA research project per Mr. Marraro's request.                        | 7.50 |
|            | CHM | Meeting in NJ with client and experts.                                           | 3.50 |
|            | CHM | **Travel back to Washington (2.6 hrs.).  (Travel time billed at one-half standard rates; 10% deducted here; another 40% deducated at end of statement.)** | 2.30 |
|            | RLS | Continue review of Honeywell cost documents.                                     | 1.50 |
| 07/19/02   | BB  | Continue review of boxes of early Mutual production documents, identify relevant supporting documents for draft stipulations and update draft stipulations as appropriate (3.8 hrs.); conference with Mr. Hughes re status of pretrial projects and clarify the  next steps required on various projects assigned to Messrs. Moasser and Smith (.7 hrs.); conference with Messrs. Moasser and Smith regarding preparation and incorporation of supplemental supporting invoices for Honeywell expert into Honeywell site  cost table (5 hrs.); incorporate new documents into indexed case file and create new files as appropriate (3.2.hrs.); create files for designated pretrial exhibits issues (.6 hrs.). | 8.80 |
|            | RLS | Continue review and organization of Honeywell cost documents.                    | 2.50 |
|            | WH  | Collect and designate various Honeywell reports and documents as trial exhibits (2.6 hrs.); revise trial exhibit list re Grace's cost documentation (1.4 hrs.); research re demonstrating compliance with NCP and related CERCLA cost recovery issues (2.3 hrs.) research re CERCLA allocation issues and cases (.8 hrs.). | 7.10 |

W. R. Grace & Co.                                                                        Page    16

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | **Hours** |
|------------|-----|---|---|
| 07/19/02   | CHM | Conference call with experts (.6 hrs.); work on schedule for pre-trial (.8 hrs.); work on arrangements for trial (.5 hrs.). | 1.90 |
|            | SCD | Continue RCRA research project per Mr. Marraro's request. | 6.30 |
|            | MM  | Office conference with Mr. Hughes re amending expert chart recently created by Mr. Smith with additional invoices (.2 hrs.); office conferences with Mr. Smith re same (.2 hrs.); preliminary review and organization of additional invoices to be incorporated in the chart (.4 hrs.); incorporate stated invoices in chart, pending completion (.6 hrs.); forward e-mail to Ms. Flax re follow-up pertaining to additional Grace damage related invoices and other supporting documentation (.1 hrs.); continue to review and delete duplicate entries from recently created database reflecting all invoices and related material (2.7 hrs.); office conferences with Ms. Kelley re various issues relating to clarification of approved Grace related invoices to be identified on trial exhibit list (.5 hrs.); case management (.2 hrs.). | 4.90 |
| 07/20/02   | WH  | Work on trial brief and legal/factual research re same. | 2.00 |
|            | MM  | Continue to review and incorporate additional invoices in the chart (3.6 hrs.); telephone conference with Ms. Flax re review of additional Grace damage related invoices and other supporting documents to be incorporated into damage chart as approved identified invoices (.3 hrs.); office conference with Ms. Banks re same (.1 hrs.). | 4.00 |
|            | BB  | Read, analyze contents of designated trial exhibits, cross reference against draft exhibits list to verify descriptions are consistent with document, and make revisions as appropriate (2.6 hrs.); compile directory of early Mutual officers and employees with verification of title | 5.80 |

W. R. Grace & Co.                                                        Page    17

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | and dates (1.9 hrs.); identify additional pertinent documents to be added to exhibits list (1.3 hrs.). |  |
| 07/22/02 | NAB | Prepare binders of Allied correspondence in preparation for trial and create index for same. | 2.50 |
|  | MM | Finalize draft of Grace damage chart per Ms. Flax's instructions re reviewing and incorporating additional back-up material for already identified invoices as well as adding new invoices recently identified, and forward to her for review via e-mail (4.6 hrs.); draft memorandum to Mr. Marraro with additional Grace damage related document for his review per Ms. Flax's request (.3 hrs.); continue to review, organize and incorporate additional documents into the chart (2.2 hrs.). | 7.10 |
|  | CHM | Conference with J. Agnello. | 0.50 |
|  | SCD | Continue RCRA research project per Mr. Marraro's request. | 7.60 |
|  | BB | Review and quality check trial exhibits descriptions, cross reference and analyze designated exhibits against list, make revisions and supplement list as appropriate. | 8.50 |
| 07/23/02 | NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 7.50 |
|  | SCD | Continue RCRA research project as per Mr. Marraro's instructions. | 8.10 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (8.1 hrs.); conference with Ms. Bynum re status of Honeywell correspondence collection (.2 hrs.); conference with Ms. Kelly re status of | 8.50 |

W. R. Grace & Co.                                                                                        Page    18

                                                                                              <u>Hours</u>

|  |  | incorporation of Grace's invoices re damages issue on exhibits list (.2 hrs.). |  |
|---|---|---|---|
| 07/23/02 | AP | Research regarding duty to warn public of pollution hazard. | 1.70 |
|  | MM | Continue to review, organize and incorporate additional Honeywell invoices and other supporting documents into the chart recently created by Mr. Smith, pending completion (2.7). | 2.70 |
|  | CHM | Review memo from client (.5 hrs.); conference with Grace attorney (.2 hrs.); review issues with ICO (.6 hrs.); conference with client (.2 hrs.); work on exhibit issues (1.5 hrs.). | 3.00 |
| 07/24/02 | AP | Research regarding duty to warn of pollution hazard. | 7.00 |
|  | MM | Review, review and put in final the Grace damage chart as requested by Ms.Flax (2.3 hrs.); forward via e-mail revised version of stated chart to Ms. Flax for review with brief description of attachment (.2 hrs.); create binders (i.e., 4 volumes with index and tabs) incorporating all Grace damage documents for trial (1.4 hrs.); office conferences with Ms. Banks re assuring all Grace damage documents are placed on trial exhibit list and organization of files re same (.3 hrs.); office conference with Ms. Kelley re incorporating all approved Grace damage documents on trial exhibit list and clarification of various documents for identification (.4 hrs.); office conference with Ms. Pelletier re motion and forwarding it to her via e-mail with corrections (.1 hrs.); review motion for corrections and forward to Ms. Pelletier (.4 hrs.); forward e-mail to Mr. Marraro re status of his review of recently submitted additional Grace damage document for identification (.1 hrs.); continue to review, organize and revise chart re incorporating additional documents (3.1 hrs.). | 8.30 |

W. R. Grace & Co.                                                                    Page   19

|  |  |  | **Hours** |
|---|---|---|---|
| 07/24/02 | BB | Attend telephone conference with Messrs. Marraro with counsel re proposed scheduling of pretrial events (.5 hrs.); draft Aug. and Sept. calendars of pretrial prep due dates per 7/24/02 telephone conference and email draft to Mr. Marraro (.7 hrs.); incorporate new court filing into indexed case files and electronic files (.3 hrs.); continue review and quality check of trial exhibits list descriptions, cross reference and analysis of designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (2.0 hrs.); incorporate new facts into draft timeline for Mr. Hughes (.7 hrs.). | 4.20 |
|  | CHM | Conference with ICO re scheduling (.8 hrs.); conference with client (.7 hrs.); conference with client and others re property use issues (4.2 hrs.); prepare draft calendar (.6 hrs.); conference with ICO re same (.2 hrs.). | 6.70 |
|  | SCD | Continue RCRA research project as per Mr. Marraro's instructions. | 8.20 |
| 07/25/02 | CHM | All-day meeting working on pre-trial in NJ with local counsel. | 8.20 |
|  | BB | Prepare email message to local counsel re draft exhibits list per Mr. Marraro (.3 hrs.); telephone conference with Ms. Upton regarding nature and content of production documents in her possession (.5 hrs.); conference with Ms. Bynum to resolve issue re plans for Honeywell correspondence CDs (.1 hrs.); continue review and quality check of trial exhibits list descriptions, cross reference and analysis of designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (102-286) (9.2 hrs.). | 10.10 |

W. R. Grace & Co.

Page    20

| | | | Hours |
|---|---|---|---|
| 07/25/02 | CHM | **Travel to NJ and return to DC for meeting (4.2 hrs.). (Travel time billed at one-half of standard rates; 10% indicated by time on this sheet; 40% deducted at end of statement.)** | 3.80 |
| | SCD | Research RCRA project (4.8 hrs; drafting memo re same (4.3 hrs.). | 9.10 |
| | MM | Continue to review, organize and incorporate additional documents into Delaney's chart, pending (3.6 hrs.). | 3.60 |
| 07/26/02 | CHM | Conference call with J. Agnello re various issues (.8 hrs.); review in limine brief (.8 hrs.). | 1.60 |
| | MM | Office conference with Ms. Pelletier re various matters re trial preparation (.3 hrs.); continue to review, organize and incorporate additional documents into the cost chart reflecting various site invoices and other supporting documents (4.4 hrs.); continue to review and eliminate duplicate entries from recently created database reflecting all invoices (1.4 hrs.); case management (.3 hrs.). | 6.40 |
| 07/28/02 | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (documents 287- 319). | 7.00 |
| 07/29/02 | MM | Finalize review, organization and incorporation of additional documents received from Honeywell and revise cost chart reflecting same (3.3 hrs.); office conference with Ms. Banks re completing same as well as incorporation of same into case files as well as status of recent court ruling on motion for summary judgments (.3 hrs.); finalize the review, organization and incorporation of all Grace damage documents and incorporate into case files (1.1 hrs.); review and revise case index re incorporating both | 6.10 |

W. R. Grace & Co.

Page   21

**Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | Honeywell documents and Grace damage documents (.4 hrs.); review recent court's opinion re stated motion for summary judgments and order (.3 hrs.); preliminary review of expert report and all supporting documents per Mr. Hughes request re confirmation of all identified documents and other miscellaneous supporting documents he relied upon (.4 hrs.); case management (.3 hrs.). |  |
| 07/29/02 | NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 3.50 |
|  | CHM | Conference with client (.3 hrs.); conference with J. Agnello (.5 hrs.); review J. Cavanaugh summary judgment opinion (1.2 hrs.). | 2.00 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (320  355). | 10.10 |
| 07/30/02 | MM | Review recent correspondence (.2 hrs.); continue to review remove all duplications from recently created databases incorporating all invoices (2.4 hrs.); case management (.2 hrs.). | 2.80 |
|  | CHM | Review fee report document for local counsel. | 0.50 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (documents 355-491). | 12.00 |

W. R. Grace & Co.

**Hours**

| | | | |
|---|---|---|---|
| 07/30/02 | NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 3.00 |
| 07/31/02 | WH | Review court's decision on summary judgment motions and confer with Messrs. Marraro, Agnello and consultant re same (2.4 hrs.); review new case correspondence and confer with Ms. Banks re same (.6 hrs.); review draft of Mr. Dubuc's RCRA memorandum (1.8 hrs.); conference with Mr. German re trial prep issue (.3 hrs.); review Ms. Pelletier's stips re license agreement breaches and revise same (1.4 hrs.); conferences with various Grace experts re their proposed testimony aids/exhibits from experts re same (2.7 hrs.). | 9.20 |
| | MM | Office conference with Mr. Hughes re various case matters completed (i.e., Grace damage chart, etc.) and other various tasks to be completed in preparation for trial as well as discussion re recent opinion re motions for summary judgments (.6 hrs.); continue to review, organize and delete duplicate entries from Grace invoice database (1.6 hrs.); preliminary review of Grace damage cost and establishing interest due (.6 hrs.); review various Grace damage related trial exhibits re assuring all supporting documents have been incorporate on trial exhibit list (.7 hrs.); case management (.2 hrs.). | 3.70 |
| | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (documents 492 - 630) ( 8.5 hrs); consult with Mr. Hughes re case developments and status of trial exhibits (.3 hrs.). | 8.80 |

W. R. Grace & Co.                                                                            Page    23

|  |  | **Hours** |
|---|---|---|
| 07/31/02 NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 6.30 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | | 638.80 $144,253.00 |

Disbursements:

| | |
|---|---|
| Copy Costs - Internal | 4,369.65 |
| Expert Witness Fee | 10,000.00 |
| Facsimile Costs | 95.25 |
| FedEx Costs | 171.44 |
| Lexis Costs | 384.03 |
| Long Distance Charges | 163.57 |
| Outside Copies | 1,012.01 |
| Overtime Meals | 18.65 |
| Overtime Transportation | 495.34 |
| Secretarial Overtime | 712.08 |
| Westlaw | 3,068.49 |

| | |
|---|---|
| Total Disbursements | $20,490.51 |
| Total Amount Of This Bill | $164,743.51 |
| 07/31/2002 Less Deduction of 40% of Fees Per Agreement | ($57,701.20) |
| Balance Due | $107,042.31 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 178.80 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 77.40 | 100.00 |
| Steven C. Dubuc, Associate | 64.30 | 270.00 |
| William Hughes, Counsel | 112.50 | 350.00 |
| Christopher H. Marraro, Partner | 85.70 | 440.00 |
| Mahmoude Moasser, Paralegal | 89.00 | 135.00 |
| Angela Pelletier, Associate | 20.80 | 225.00 |
| Reilly L. Smith, Paralegal | 10.30 | 120.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13046

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 07/09/02 | CHM | Conference with B. Cupp re scheduling of meeting at site. | 0.20 |
| 07/11/02 | CHM | Conference with A. Nagy and B. Cup re meeting. | 0.50 |
| 07/19/02 | CHM | Several conference calls to coordinate meetings. | 0.60 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 1.30 | $572.00 |
| Balance Due |  | $572.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.30 | 440.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON,   PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13048

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 07/01/02 CHM | Prepare interim fee report (2.8 hrs.); review auditor comments (.5 hrs.). | | 3.30 |

| | | Hours | **Amount** |
|---|---|---|---|
| Total Fees | | 3.30 | $1,452.00 |
| Balance Due | | | $1,452.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 3.30 | 440.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13049

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 07/10/02 CHM   Respond to auditor and review reports. |  | 1.80 |  |
|  |  |  | **Amount** |
| Total Fees |  | 1.80 | $792.00 |
| Balance Due |  |  | $792.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.80 | 440.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13050

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 07/01/02 | CHM | Review materials from client. | 0.50 |
| 07/10/02 | CHM | Review materials from client. | 0.50 |
| 07/11/02 | RM | Review news articles and Mr. Marraro's files and update case files and indices with same. | 0.50 |
| 07/18/02 | CHM | Review materials from client. | 0.50 |
| 07/24/02 | CHM | Conference with C. Neitzel (.2 hrs.); conference with G. Lucero re same (.2 hrs.); review Oct. 1, 2001 memo (.3 hrs.). | 0.70 |
| 07/30/02 | CHM | Review materials from client. | 0.50 |

|  |  | Amount |
|---|---|---|
| Total Fees | 3.20 | $1,248.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.70 | 440.00 |
| Rebecca Mitchell, Paralegal | 0.50 | 120.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|                                         |   |                          |
|-----------------------------------------|---|--------------------------|
| In re:                                  | ) | Chapter 11               |
|                                         | ) |                          |
| W. R. GRACE & CO., et al.,[1]           | ) | Case No. 01-01139 (JKF)  |
|                                         | ) | (Jointly Administered)   |
|                                         | ) |                          |
| Debtors.                                | ) |                          |

**VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

 

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 27th day of August 2002.

Notary Public

My Commission Expires: July 14, 2006.