IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Re: Docket No. 2111 |
| Debtors. | ) | (Jointly Administered) |

## STIPULATION AND AGREED ORDER RESOLVING THE MOTION OF BMW CONSTRUCTORS, INC.

THIS STIPULATION AND AGREED ORDER is before the Bankruptcy Court on the stipulation and agreement of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and BMW Constructors, Inc. ("BMW"), as evidenced and indicated by the signatures hereto; and the Bankruptcy Court being advised that this Stipulation and Agreed Order has been submitted in resolution of that certain Motion of BMW for Entry of an Order under Section 362 of the Bankruptcy Code Granting Relief from the Automatic Stay (the "Motion") ; and the Bankruptcy Court being further advised of the following:

A. On April 2, 2001, the Debtors filed voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and are continuing in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the management of their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code; and

B.   On or about May 29, 2001, BMW filed a Notice of Intention to Hold Mechanic's Lien with respect to three (3) unpaid invoices, numbers 55539, 56691 and 56977, in an aggregate amount of $90,022.17 for work performed on the Debtors' East Chicago, Indiana plant (the "Property"); and

C.   On or about May 28, 2002, BMW filed the Motion requesting that the Court grant relief from stay so that BMW could maintain and enforce its mechanic's lien as described in the Motion (the "Mechanic's Lien") and to allow BMW to foreclose on the Debtors' interest in the Property;

NOW, THEREFORE, IT APPEARING THAT SUFFICIENT CAUSE EXISTS FOR GRANTING THE RELIEF REQUESTED HEREIN AND THAT THE RELIEF REQUESTED HEREIN IS IN THE BEST INTERESTS OF THE DEBTORS' ESTATES AND CREDITORS, IT IS HEREBY ORDERED AS FOLLOWS:

1.   The foregoing recitals are hereby fully incorporated into and made an express part of this Stipulation and Agreed Order.

2.   Notwithstanding the continued effect of the automatic stay, as of the date of entry of this Stipulation and Agreed Order, BMW shall be allowed a secured claim in the amount of $90,022.17, subject only to BMW filing a proof of claim in such amount.

3.   Notwithstanding the allowance of the secured claim, and notwithstanding any right BMW may be granted under applicable law to enforce the Mechanic's Lien, during the pendency of the Debtors' chapter 11 cases BMW shall not be permitted to foreclose on the Property on the basis of the Mechanic's Lien.

4.  BMW's secured claim shall be treated in the same manner as other similarly situated secured creditors under a confirmed plan of reorganization for the Debtors.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation and Agreed Order.

6.  This Stipulation and Agreed Order may be executed in any number of counterparts by the parties on different counterpart signature pages, all of which taken together shall constitute one and the same agreement. Any of the parties hereto may execute this Stipulation and Agreed Order by signing any such counterpart and each of such counterparts shall for all purposes be deemed to be an original.

Dated: Wilmington, Delaware
_____8/26_____, 2002

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

W. R. GRACE & CO.-CONN.

By: David W. Carickhoff, Jr.
_____
Its: Attorney
Dated: August 26, 2002

BMW CONSTRUCTORS, INC.

By: Jim Davis
Its: Secretary
Dated: August __, 2002

-4-