IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Bench Filed on 8/26/02

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Hearing Date: |
| _____/ | **Ref: Docket No. 1981** |

### ORDER APPROVING ZAI CLAIMANTS' REVISED SPECIAL COUNSEL DESIGNATION AND LITIGATION BUDGET FOR THE ZAI SCIENCE TRIAL

Upon consideration of the ZAI Claimant' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial, and upon the hearings held on July 22, 2002 and August 26, 2002, regarding the same; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial are hereby approved.

2. This Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

___8/26___, 2002

Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge