IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 2517 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 2517

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for July 1, 2002 through July 31, 2002 filed on August 8, 2002. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than August 28. 2002. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

August 29, 2002                                    **WARREN H. SMITH & ASSOCIATES**

                                                   By:_____
                                                        Warren H. Smith
                                                        State Bar No. 18757050

                                                   900 Jackson Street
                                                   120 Founders Square
                                                   Dallas, Texas  75202
                                                   (214) 698-3868
                                                   (214) 722-0081 (FAX)
                                                   **FEE AUDITOR**

WRGraceCNO.7.02.rtf