**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**RESPONSE OF ZAI CLAIMANTS' SPECIAL COUNSEL TO "CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER SETTING INITIAL SCHEDULE FOR LITIGATION CONCERNING ZONOLITE ATTIC INSULATION SCIENCE ISSUES"[Docket No. 2590]**

ZAI Claimants' Special Counsel objects to the Court entering the Order proposed by Grace, which is Exhibit A to its filing [Docket No. 2590]. That Order does not comport with the Court's comments at the August 26, 2002 hearing. ZAI Counsel respectfully requests that the Court either: (1) enter the Order that ZAI Counsel tendered on August 6, 2002. ["ZAI Claimants' Order"] (Attachment 1); or (2) modify the ZAI Claimants' Order as suggested herein and enter the Order as modified. ["ZAI Claimants' Modified Order"], (Attachment 2).

Both ZAI Claimants' Orders make it clear that discovery and evidence regarding the science issues at the ZAI trial is not limited to the ten (10) claims filed by the Debtors, but will be governed by general rules of relevance. At the August 26th hearing, the Court agreed that it was not making any rulings on relevance in the Scheduling Order. The ZAI Claimants' Orders memorialize that there is no advance ruling on relevance intended in the Order.

The ZAI Claimants' Order also attempted to make it clear that the issues in the case should be considered in the context of a property damage claim (ZAI Claimants' Order, ¶ 2). Grace's Order attempts to turn this proceeding at the outset into a quasi-personal injury case by defining the issue as "what science demonstrates regarding the health risks of exposure to ZAI".

(Grace Order, ¶ 2A)  The Court ruled at the August 26, 2002  hearing that it was not attempting

to define the issues now, but would await the close of discovery to frame the issues.  The Court

should not condone Grace's attempt to gain a leg up by having an issue defined in the

Scheduling Order that it can later use to argue "this is what the case is about".   To avoid giving

either side an advantage, the Court may wish to consider an innocuous definition of the scope of

discovery that adopts neither party's position, such as:

> Discovery for the Science Trial shall be limited to the issue of
> what science demonstrates regarding ZAI in the property
> damage context.

The ZAI Claimants' Modified Order incorporates this change.  See Attachment 2, ¶2).

Grace's Proposed Order also provides that only it could file Daubert motions.  Grace's

Order, Paragraph 2C.  The Court has already ruled that this would be unfair and the opportunity

to file Daubert motions should be mutual.  The ZAI Claimants'  Orders provide such a mutual

opportunity (ZAI Claimants' Order, ¶ 3E, Modified Order, ¶3E).

For the foregoing reasons, ZAI Claimants' Special Counsel respectively requests that the

Court not enter Grace's Order, but either enter the ZAI Claimants' Order or the ZAI Claimants'

Modified Order, which has Paragraph 2 modified as follows:

> Discovery for the Science Trial shall be limited to the issue of
> what science demonstrates regarding ZAI in the property
> damage context.

[SIGNATURES ON FOLLOWING PAGE]

Dated: August 30, 2002

ELUZUFON AUSTON REARDON
TARLOV & MONDELL


*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

    -and-

Edward J. Westbrook, Esq.

Robert M. Turkewitz, Esq.
RICHARDSON,   PATRICK,   WESTBROOK   &
BRICKMAN
174 East Bay Street
Charleston, SC  29401
Tel. (843) 727-6513
Fax (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

    -and-

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
LUKINS & ANNIS PS
717 W. Sprague Ave. Suite 1600
Spokane WA 99201
Telephone: (509) 455-9555
Facsimile:  (509) 747-2323
ADDITIONAL SPECIAL COUNSEL


Counsel for the Zonolite Claimants,
Barbanti, Busch, Prebil, and Price

4