# **CERTIFICATE OF SERVICE**

     I, William D. Sullivan, Esquire, hereby certify that on August 30, 2002, service of the foregoing *Response of ZAI Claimants' Special Counsel to "Certification of Counsel with Respect to Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Science Issues* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

| | |
|---|---|
| *August 30, 2002* | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |

## SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
***(Counsel to Debtors and
Debtors-in-Possession)***

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
***(Counsel to Debtors and
Debtors-in-Possession)***

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
***(Counsel to Debtor)***

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
***(Counsel to Debtor)***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
***(United States Trustee)***

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
***(Debtor)***

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
***(Counsel to Official Committee
of Unsecured Creditors)***

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
***(Counsel to Official Committee
of Unsecured Creditors)***

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
***(Counsel for The Chase Manhattan Bank)***

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
***(Counsel to Official Committee
of Unsecured Creditors)***

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
***(Local Counsel to DIP Lender)***

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
***(Counsel to DIP Lender)***

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel for Property Damage Claimants)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Personal Injury Committee)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury Claimants)*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*(Official Committee of Personal Injury Claimants)*

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*(Equity Committee Counsel)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*(Equity Committee Counsel)*

*G:\Docs\CLIENT\220305\11221\pleading\00133503.DOC*