Exhibit A

# United States Bankruptcy Court

DISTRICT OF DELAWARE

In re  DAREX PUERTO RICO, INC.  Debtor,   Case No.   01-01150 (JKF)

## SUMMARY OF RESTATED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $221,950.00 | | |
| B - Personal Property | Yes | 2 | $4,821,950.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claim | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | C/U/D, UNKNOWN | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $1,643,745.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 245 | | | |
| H - Codebtors | Yes | 73 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $ N/A |
| Total Number of Sheets of ALL Schedules | | 325 | | | |
| Total Assets | | | $5,043,900.00 | | |
| Total Liabilities | | | | $1,643,745.93 PLUS C/U/D, UNKNOWN | |

In re **DAREX PUERTO RICO, INC.**
Debtor

Case No. **01-01150**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 46769  s74328 <br> Rodriguez Welding & Construction <br> 62 Stree #AU-7 <br> BAYAMON, PR 00957 | | | trade payable | | | | $375.00 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total $375.00

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S AMENDED SCHEDULES ON BEHALF OF CORPORATION

As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief

Dated this 29th day of August 2002

By _____
DAVID B SIEGEL
Senior Vice President and General Counsel
of W R Grace & Co and W R Grace & Co -Conn
The Parent of Darex Puerto Rico, Inc