IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 23, 2002 @ 4:00 p.m.** |

**TENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL*. FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $185,378.20 (80% of $231,722.75) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $31,049.93 |

This is a: __**X**__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0004529:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | $96,452.60 (80% of $120,565.75) | $15,771.34 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,733.60 (80% of $109,667.00) | $9,853.93 | $87,733.60 (80% of $109,667.00) | $9,853.93 |
| 7/28/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | **Pending** | **Pending** |
| **9/3/02** | **07/01/02 through 07/31/02** | **$185,378.20 (80% of $231,722.75)** | **$31,049.93** | **Pending** | **Pending** |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD JULY 1, 2002 THROUGH JULY 31, 2002
## CAPLIN & DRYSDALE, CHARTERED

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 10.8 | $675 | $7,290.00 |
| Peter V. Lockwood (PVL) | Member | 33 | 29.4 | $560 | $16,464.00 |
| Walter B. Slocombe (WBS) | Member | 32 | 7.2 | $500 | $3,600.00 |
| Albert G. Lauber (AGL) | Member | 25 | 54.9 | $445 | $24,430.50 |

| Trevor W. Swett (TWS) | Member | 20 | 46.5 | $425 | $19,762.50 |
|---|---|---|---|---|---|
| Christopher S. Rizek (CSR) | Member | 19 | 10.7 | $345 | $3,691.50 |
| Nathan D. Finch (NDF) | Member | 9 | 199.2/33.4 | $350/175 | $75,565.00 |
| Kimberly N. Brown (KNB) | Associate | 8 | 1.0 | $300 | $300.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 13.4 | $300 | $4,020.00 |
| Max C. Heerman (MCH) | Associate | 6 | 99.6 | $230 | $22,908.00 |
| John P. Cunningham (JPC) | Associate | 1 | 47.3 | $215 | $10,169.50 |
| Brian A. Skretny (BAS) | Associate | 1 | 49.1 | $215 | $10,556.50 |
| Daniel M. Loss (DML) | Summer Associate | 0 | 14.3 | $160 | $2,288.00 |
| Haini Guo (HG) | Summer Associate | 0 | 14.0 | $160 | $2,240.00 |
| Stacy Q. Cline (SQC) | Summer Associate | 0 | 25.50/27.5 | $160 | $4,906.25 |
| Aisling R. O'Shea (ARO) | Summer Associate | 0 | 19.7 | $160 | $3,152.00 |
| Evan A Young (EAY) | Summer Associate | 0 | 18.0 | $160 | $2,880.00 |
| J. Walker Richmond (JWR) | Summer Associate | 0 | 10.9 | $160 | $1,744.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 35.3 | $145 | $5,118.50 |
| Stacie M. Evans (SME) | Paralegal | 2 | 34.7 | $135 | $4,684.50 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 15.2 | $135 | $2,052.00 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 22.1 | $125 | $2,762.50 |
| Samira A Taylor (SAT) | Paralegal | 2 | 2.6 | $125 | $325.00 |
| Indrani E. Gnansire (IEG) | Paralegal | 1 | 6.5 | $125 | $812.50 |
| **Total** | | | **848.8** | | **$231,722.75** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 07/01/02 through 07/31/02 | Total Fees for the Period 07/01/02 through 07/31/02 |
|---|---:|---:|
| Asbestos: Claims Analysis & Valuations | 265.7 | $76,896.50 |
| Asbestos: Claims Litigation | 3.9 | $838.50 |
| Case Administration | 89.3 | $14,788.00 |
| Committee Matters & Creditor Mtgs. | 3.5 | $1,965.00 |
| Compensation of Professionals | 23.6 | $5,451.50 |
| Employee Matters | .5 | $280.00 |
| Litigation/Fraudulent Conveyance | 399.9 | $123,302.00 |
| Non-Working Travel Time | 60.9 | $7,563.75 |
| Retention of Professionals | 1.5 | $637.50 |
| **Grand totals** | **848.8** | **$231,722.75** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period July 1, 2002 through July 31, 2002 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $1,561.94 |
| In-House Reproduction ($0.15 per page) | | $6,030.30 |
| Facsimile ($0.15 per page) | | $113.10 |
| Federal Express | | $717.33 |
| Long Distance Telephone Calls | | $370.27 |
| Air & Train Transportation | | $4,705.50 |
| Meal Expense | | $256.61 |
| Messenger Service | | $.00 |
| Local Transportation | | .00 |

| | | |
|---|---|---:|
| Miscellaneous Exp | | $5.00 |
| Conference Meals | | $60.44 |
| Postage | | $6.04 |
| Research Material | | $612.13 |
| Westlaw/Lexis | | $7,487.77 |
| Professional Fees & Expert Witness Fees | | $4,878.20 |
| Court Reporting/Transcript Service | | $2,151.80 |
| Travel – Ground Transportation | | $420.83 |
| Travel – Hotel Charges | | $1,654.18 |
| Travel - Miscellaneous | | $18.49 |
| **Total:** | | **$31,049.93** |

CAPLIN & DRYSDALE, CHARTERED

<u>/s/ Elihu Inselbuch</u>
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Matthew G. Zaleski, III (I.D. #3557)
Mark T. Hurford (I.D. #3299)
1201 N. Market Street
15th Floor
Wilmington, DE  19801
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants

Dated:  August 21, 2002