## EXHIBIT A

### Asbestos: Claims Analysis & Valuations (265.70 Hours; $ 76,896.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $675 | 2,430.00 |
| Peter V. Lockwood | 7.60 | $560 | 4,256.00 |
| Walter B. Slocombe | 7.20 | $500 | 3,600.00 |
| Albert G. Lauber | 53.80 | $445 | 23,941.00 |
| Trevor W. Swett | .50 | $425 | 212.50 |
| Nathan D. Finch | 5.90 | $350 | 2,065.00 |
| Kimberly N. Brown | 1.00 | $300 | 300.00 |
| Max C. Heerman | 99.60 | $230 | 22,908.00 |
| John P. Cunningham | 15.90 | $215 | 3,418.50 |
| Brian A. Skretny | 44.90 | $215 | 9,653.50 |
| Haini Guo | 14.00 | $160 | 2,240.00 |
| Daniel M. Loss | .50 | $160 | 80.00 |
| Evan A. Young | 11.20 | $160 | 1,792.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/02 | BAS | 215.00 | 2.20 | Review Grace and USG briefs in preparation for Daubert Argument (2.2). |
| 07/01/02 | BAS | 215.00 | .50 | Discuss estimation assignments with summers (DML & HG); (.3); receive assignment re: Bar Date for Medical Monitoring claims (.2). |
| 07/01/02 | MCH | 230.00 | 1.10 | Reviw pleadings on case management |
| 07/02/02 | BAS | 215.00 | .70 | Review summer estimation assignments.(.7) |
| 07/02/02 | BAS | 215.00 | .50 | Prepare for Daubert Argument. (.5). |
| 07/02/02 | HG | 160.00 | 4.50 | Westlaw research re estimation issue. |
| 07/03/02 | AGL | 445.00 | 2.60 | Legal research for use in estimation brief. |
| 07/03/02 | BAS | 215.00 | .60 | Work on Summer Estimation Assignments (.6). |
| 07/03/02 | HG | 160.00 | 2.00 | Research re estimation issue. |

| 07/05/02 | BAS | 215.00 | 1.40 | Prepare memo re: Bar Date for med. monitoring claims. (1.4). |
|----------|-----|--------|------|---------------------------------------------------------------|
| 07/08/02 | BAS | 215.00 | .60 | Prepare memo re: Medical Monitoring Claims (.6). |
| 07/08/02 | BAS | 215.00 | .40 | Review summer estimation assignments (.4). |
| 07/08/02 | BAS | 215.00 | 1.70 | Research and write estimation briefs (1.7). |
| 07/08/02 | MCH | 230.00 | 8.00 | Draft estimation brief |
| 07/08/02 | JPC | 215.00 | 4.40 | Continue conducting research per KNB and MCH re: issues involving supposedly unimpared or subclinical asbestos injuries for inclusion in opposition to estimation brief (3.6); draft insert re: opposition brief (.3); conference with NDF re: discovery and deposition strategies (.4); telephone conference with Milberg Weiss re: evidence of environmental claims in Baca Raton repository boxes (.1) |
| 07/08/02 | HG | 160.00 | 2.50 | Westlaw research re claims issue. |
| 07/08/02 | NDF | 350.00 | .30 | Review memo re: medical monitoring bar date (.3). |
| 07/09/02 | AGL | 445.00 | 1.30 | Legal research for use in estimation brief. |
| 07/09/02 | PVL | 560.00 | .40 | Review 2 briefs re ZAI trial (.1); review Grace opposition to PD re bar date (.1); teleconference Wohlforth (.2). |
| 07/09/02 | BAS | 215.00 | 2.80 | Research and write estimation briefs (2.8). |
| 07/09/02 | BAS | 215.00 | .30 | Review summer estimation assignments (.3). |
| 07/09/02 | MCH | 230.00 | 9.60 | Review prior pleadings for estimation brief (3.0); draft estimation brief (4.7); legal research re: same (1.9) |
| 07/09/02 | JPC | 215.00 | 4.40 | Conference with NDF and SME re: documents and organization needed for |

|  |  |  |  | Houlihan-Lokey and other upcoming Grace depositions (.2); discussion re: status of pending litigation and corresponding strategies for PI claimants committee (.5); continue research re: unimpaired and subclinical asbestos injuries for use in opposition to estimation brief (3.1); continue response to unimpaired and subclinical arguments in brief for insertion in opposition (.6) |
| 07/09/02 | HG | 160.00 | 3.50 | Westlaw research re claims issues. |
| 07/10/02 | AGL | 445.00 | 6.60 | Legal research in preparation for work on estimation brief. |
| 07/10/02 | PVL | 560.00 | 1.20 | Review Grace CMO brief. |
| 07/10/02 | KNB | 300.00 | .20 | Confer with MCH re response to estimation brief |
| 07/10/02 | TWS | 425.00 | .20 | Conf MCH re legal issues pertaining to claims management motion |
| 07/10/02 | EI | 675.00 | .20 | T/c KNB re: her drafting issues. |
| 07/10/02 | BAS | 215.00 | 3.90 | Research and write estimation brief. (3.9). |
| 07/10/02 | MCH | 230.00 | 10.20 | Conference with KNB re: estimation brief (.3); conference with RCS re: Grace pleadings (.2); draft estimation brief (7.9); legal research re: same (1.8) |
| 07/10/02 | JPC | 215.00 | 4.10 | Continue research re: unimpaired and asymptomatic asbestos injuries for use in opposition to estimation brief (1.5); continue drafting response to Debtors unimpaired ans asymptomatic arguments in estimation brief for insertion in opposition (2.6) |
| 07/11/02 | AGL | 445.00 | 3.00 | Legal research in preparation for work on estimation brief (2.8); conference w/MCH re legal arguments to address in brief (.2). |

- 4 -

| 07/11/02 | KNB | 300.00 | .30 | Edit JPC's draft section for estimation brief |
| 07/11/02 | TWS | 425.00 | .30 | Conf MCH re legal issues on claims management/estimation motions |
| 07/11/02 | BAS | 215.00 | 6.90 | Research and write estimation brief. (6.9). |
| 07/11/02 | MCH | 230.00 | 8.10 | Conference with EI re: estimation case law (.2); conference with AGL re: estimation brief (.3); draft re: same (6.3); legal research re: estimation brief (1.3) |
| 07/11/02 | JPC | 215.00 | 1.30 | Finish drafting umimpaired and subclinical response for opposition to estimation brief (.8); edit same per KNB (.5) |
| 07/11/02 | DML | 160.00 | .50 | Meeting re: estimation case summaries |
| 07/11/02 | EAY | 160.00 | 2.00 | Rule 104 case studies and writing (2.0). |
| 07/11/02 | EAY | 160.00 | 1.90 | Analysis of cases used in Bankruptcy Estimation (1.9). |
| 07/11/02 | NDF | 350.00 | .90 | Read memo re: medical monitoring issue and corresp. re: same (.3); begin draft of memo to Committee re: status of pending litigation (.4); review jury verdict info produced by Grace (.2). |
| 07/12/02 | AGL | 445.00 | 1.40 | Legal research for case in estimation brief. |
| 07/12/02 | BAS | 215.00 | .20 | Review summer estimation assignments (.2). |
| 07/12/02 | BAS | 215.00 | 2.70 | Research/wrote Expert Panel memo for briefs (2.7). |
| 07/12/02 | MCH | 230.00 | 6.00 | Draft estimation brief (4.1); legal research re: same (1.9) |
| 07/12/02 | JPC | 215.00 | 1.30 | Review deposition transcripts per NDF (.7); review incoming FT pleadings (.2); conference with NDF re: expert witness |

| | | | | report in Grace for Mark Peterson and tasks to be performed in relation thereto (.4) |
|---|---|---|---|---|
| 07/12/02 | HG | 160.00 | 1.50 | Gathering sources re claims issues. |
| 07/12/02 | EAY | 160.00 | 3.30 | Bankruptcy cases: Estimation analysis and memo summarizing cases (3.3). |
| 07/13/02 | BAS | 215.00 | 2.90 | Wrote Daubert summary for brief (2.9). |
| 07/13/02 | MCH | 230.00 | 4.10 | Draft estimation brief |
| 07/14/02 | PVL | 560.00 | .20 | Review Gerard motion and affidavits. |
| 07/14/02 | MCH | 230.00 | 2.90 | Draft estimation brief |
| 07/15/02 | AGL | 445.00 | 1.60 | Legal research for use in estimation brief. |
| 07/15/02 | AGL | 445.00 | 9.10 | Review and revise MCH 59-page draft estimation brief; legal research in connection with revision of same. |
| 07/15/02 | EI | 675.00 | .30 | T/c KNB re: briefing issues (.2); t/c NDF re: same (.1). |
| 07/15/02 | BAS | 215.00 | 2.30 | Wrote Expert Panel Argument for brief (2.3). |
| 07/15/02 | MCH | 230.00 | 8.30 | Draft estimation motion (3.5); research re: same (3.3); telephone conference with local counsel re: briefing of prior case management motions (.3); telephone conference with EI, AGL and KNB re: Grace estimation brief (.3); review filings re: case management (.9) |
| 07/15/02 | EAY | 160.00 | 3.20 | Bankruptcy Estimation cases memo (3.2). |
| 07/16/02 | AGL | 445.00 | .70 | Follow-up conference w/MCH re implementing changes to brief. |
| 07/16/02 | AGL | 445.00 | .80 | Conference w/NDF re suggestions for revising brief (0.4); memo to MCH re same (0.4). |

{D0004530:1 }

| 07/16/02 | AGL | 445.00 | 1.20 | Conference w/EI, MCH, KNB, Mark Petersen re Grace estimation brief and needed revisions. |
|---|---|---|---|---|
| 07/16/02 | AGL | 445.00 | 2.80 | Work on revisions to estimation brief (2.2); conference w/MCH re same (0.6). |
| 07/16/02 | AGL | 445.00 | 1.00 | Work on revision to estimation brief. |
| 07/16/02 | PVL | 560.00 | .30 | Review draft ACC estimation brief. |
| 07/16/02 | PVL | 560.00 | .50 | Review Grace opposition to ZAI appeal (.2); review ZAI claimants rsponse to Grace claims objections (.3). |
| 07/16/02 | WBS | 500.00 | 1.20 | Res on "Daubert"/"science" issues for estimation work (.4); start review of "CMO" brief (.8). |
| 07/16/02 | KNB | 300.00 | .50 | Review draft estimation brief |
| 07/16/02 | EI | 675.00 | 1.00 | Reviewed draft green brief and discussed with AGL, MCH and KNB with respect to issues in both USG and Grace briefs. |
| 07/16/02 | BAS | 215.00 | .30 | Meet w/ NDF re: Medical Monitoring Claims (.3). |
| 07/16/02 | MCH | 230.00 | 6.50 | Draft estimation brief (3.9); research re: same (2.1); review Nicholson study re: incidence of asbestos cancers (.3); conference with NDF re: estimation brief (.2) |
| 07/16/02 | EAY | 160.00 | .80 | Completing estimation cases memo (.8). |
| 07/16/02 | NDF | 350.00 | 1.40 | Review brief re: estimation and make edits/suggestions (1.1); t/c AGL re: estimation brief (.3); |
| 07/17/02 | AGL | 445.00 | 2.10 | Reivew and revise estimation brief. |
| 07/17/02 | AGL | 445.00 | .70 | Conference w/MCH re revisions to brief. |
| 07/17/02 | AGL | 445.00 | .80 | Review MCH inserts to brief and compare with prior drafts and EI's desired changes. |

| 07/17/02 | AGL | 445.00 | .50 | Conference w/PVNL re his comments on brief and legal issues to address. |
|---|---|---|---|---|
| 07/17/02 | PVL | 560.00 | 3.90 | Review correspondence re bar date (.1); confer NDF re same (.1); confer BAS re bar date (.1); review ACC draft est. brief (2.7); confer WBS re same (.3); confer AGL re same (.5); teleconference EI re same (.1). |
| 07/17/02 | WBS | 500.00 | 2.60 | Rev and comments on draft brief on case mgmt (1.8); conference NDF and notes re debtor's mischaracterization of the Grace settlement strategy as paying nuisance value, how to present this argument (.7); conference EI/PVNL re suggestions (.1). |
| 07/17/02 | EI | 675.00 | 1.80 | T/c Weitz re: schedule (.1); t/c NDF re: conference call (.1); t/c PVNL re: same (.1); editing estimation brief (1.5). |
| 07/17/02 | BAS | 215.00 | .70 | Prepare Medical Monitoring memo and packet for PVNL (.4); discuss above w/ PVNL (.2); discuss above w/ NDF (.1). |
| 07/17/02 | MCH | 230.00 | 9.00 | Draft estimation motion (3.9); research re: same (2.7); review Grace's verdict history (.4); review Grace's Feb. 11 Reply compared to Nov. 2001 filing (2.0) |
| 07/17/02 | JPC | 215.00 | .40 | Review revised version of unimpaired claims insert |
| 07/17/02 | NDF | 350.00 | 1.30 | Address medical monitoring bar date issue w/PVNL (.3); address medical monitoring with EI (.2); conf. MCH re: estimation brief (.4); conf. WBS re: estimation brief (.4). |
| 07/18/02 | AGL | 445.00 | 1.60 | Review PVNL TEI comments on estimation brief (0.7); review same w/MCH (0.9). |
| 07/18/02 | PVL | 560.00 | .20 | Review ZAI pls. prop order and brief re science trial budget. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/18/02 | WBS | 500.00 | 3.20 | Rev draft brief/notes for critique of debtor's process/editing suggestions, res on Daubert/Debtor's cites. |
| 07/18/02 | EI | 675.00 | .30 | Final edits on brief. |
| 07/18/02 | BAS | 215.00 | 2.90 | Jury verdict case search (1.6); meet w/ MCH re: jury verdicts and make phone calls (.8); meet w/ Naline re: jury verdicts (.5). |
| 07/18/02 | MCH | 230.00 | 8.20 | Draft estimation motion (4.0); research re: same (2.0); telephone confrence with counsel for PD claimants re: proofs of claim (.3); telephone conference with counsel for plural changes plaintiff (.5); review EY's memorandum re: estimation cases (.4); review PVNL's comments re: estimation brief (.5); review transcript of hearing re: PD proofs of claim (.5) |
| 07/18/02 | NDF | 350.00 | 1.30 | T/c w/ Committee re: ZAI issue (1.3). |
| 07/19/02 | BAS | 215.00 | 6.20 | Rs jury verdicts and procedures for estimation (6.2). |
| 07/19/02 | MCH | 230.00 | 6.90 | Draft estimation motion (2.1); research re: same (1.9); conference with ST re: appendix (.3); proof estimation brief (1.4); review PD proofs of claim (.5); analyze ATS standards for non-malignant asbestos disease (.4); review WS's comments re: estimation brief (.3) |
| 07/20/02 | AGL | 445.00 | 7.10 | Work on final revisions to estimation brief. |
| 07/20/02 | MCH | 230.00 | 1.00 | Final changes to estimation brief |
| 07/21/02 | AGL | 445.00 | 6.70 | Do final revisions to pp. 24-45 of estimation brief. |
| 07/21/02 | MCH | 230.00 | 1.90 | Proof final changes to estimation brief |
| 07/22/02 | AGL | 445.00 | 1.50 | Final revision and proofreading of estimation brief. |

| 07/22/02 | AGL | 445.00 | .40 | Telecons (4) w/Matt Zaleski and filing and service under seal. |
|---|---|---|---|---|
| 07/22/02 | BAS | 215.00 | 2.90 | Complete Estimation research (2.9). |
| 07/22/02 | MCH | 230.00 | 6.90 | Legal research for estimation brief (4.6); draft motion to file under seal for estimation brief (.4); draft table of contents and authorities re: same (.9); telephone conference with M. Zaleski re: filing under seal (.2); draft final changes to estimation brief (.8) |
| 07/23/02 | MCH | 230.00 | .90 | Prepare internal circulation of estimation brief (.4); review redactions from 7/22 filings (.2); prepare estimation research files (.3) |
| 07/23/02 | NDF | 350.00 | .70 | Read estimation brief final copy (.7). |
| 07/24/02 | PVL | 560.00 | .70 | Review ACC est. brief. |
| 07/24/02 | WBS | 500.00 | .20 | Read est brief as filed. |
| 07/24/02 | BAS | 215.00 | .30 | Email to NDF re: Estimation Assignment (.3). |
| 07/25/02 | BAS | 215.00 | .70 | Review depositions to be digested (.7). |
| 07/26/02 | AGL | 445.00 | .30 | Telecon w/PVNL re filing and service errors on estimation brief. |
| 07/26/02 | PVL | 560.00 | .20 | Confer AGL re brief (.1); teleconference Hutton re same (.1). |
| 07/26/02 | BAS | 215.00 | .30 | Review fraudulent transfer assignment from NDF (.3). |

**Total Task Code .02        265.70**

**<u>Asbestos: Claims Litigation (3.90 Hours; $ 838.50)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Brian A. Skretny | 3.90 | $215 | 838.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/02 | BAS | 215.00 | 3.90 | Prepare memo re: Bar Date for Medical Monitoring claims. (3.9). |

**Total Task Code .03**     **3.90**

## Case Administration (89.30 Hours; $ 14,788.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.30 | $675 | 1,552.50 |
| Peter V. Lockwood | 3.00 | $560 | 1,680.00 |
| Trevor W. Swett | .20 | $425 | 85.00 |
| Rita C. Tobin | .50 | $300 | 150.00 |
| Brian A. Skretny | .30 | $215 | 64.50 |
| Robert C. Spohn | 35.30 | $145 | 5,118.50 |
| Elyssa J. Strug | 4.80 | $135 | 648.00 |
| Stacie M. Evans | 12.70 | $135 | 1,714.50 |
| Karen A. Albertelli | 21.10 | $125 | 2,637.50 |
| Indrani E. Gnanasiri | 6.50 | $125 | 812.50 |
| Samira A. Taylor | 2.60 | $125 | 325.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/02 | EJS | 135.00 | .40 | Created July schedules. |
| 07/01/02 | SME | 135.00 | 1.00 | Assist BAS in research regarding asbestos property damage by compiling and organizing relevant proof of claim forms as per his request. |
| 07/01/02 | KAA | 125.00 | .10 | Updated litigation calendar. |
| 07/01/02 | KAA | 125.00 | .60 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/02/02 | EJS | 135.00 | .60 | Updated EI hearing files. |
| 07/02/02 | SME | 135.00 | 3.10 | Review and index various documents, including pleadings filed in the main case, pleadings filed in adversary |

|          |      |        |      |                                                                                                                                                                                                                                      |
|----------|------|--------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      |        |      | proceeding 02-2210, fee applications and miscellaneous correspondence (2.8). Create new files for incoming deposition transcripts and exhibits and index relevant materials accordingly (.3).                                          |
| 07/02/02 | KAA  | 125.00 | .20  | Reviewed recently rec'd Ct docs in prep of indexing & filing.                                                                                                                                                                        |
| 07/03/02 | EI   | 675.00 | .30  | Correspondence to David Rosen and t/c Bob Jacobs, both re: bar date issue.                                                                                                                                                           |
| 07/03/02 | SME  | 135.00 | 1.60 | Review and index various documents, including pleadings filed in the main case; peladings filed in adversary proceedings 02-2151, 02-2080, and 02-2152; fee applications and miscellaneous correspondence.                           |
| 07/03/02 | KAA  | 125.00 | 1.00 | Reviewed recently rec'd Ct docs in prep of indexing & filing.                                                                                                                                                                        |
| 07/03/02 | KAA  | 125.00 | 1.00 | Updated Ct doc & Orders indexes (02-2210).                                                                                                                                                                                           |
| 07/03/02 | KAA  | 125.00 | .50  | Updated Ct doc & Orders indexes (02-2211).                                                                                                                                                                                           |
| 07/03/02 | KAA  | 125.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139).                                                                                                                                                                                           |
| 07/03/02 | KAA  | 125.00 | .10  | T/C w/Steph (C&L) re: Ct docs & Orders.                                                                                                                                                                                              |
| 07/06/02 | PVL  | 560.00 | .40  | Review 4 miscellaneous filings (.2); review 3 miscellaneous letters (.1); review opposition to Wesconn motion (.1).                                                                                                                  |
| 07/08/02 | PVL  | 560.00 | .60  | Review George letter (.1); review draft calendar (.1); teleconference Perch (.2); teleconference EI (.1); review EI letter (.1).                                                                                                     |
| 07/08/02 | EJS  | 135.00 | .20  | Reviewed recently received faxes attaching newly filed court documents in preparation of indexing.                                                                                                                                   |

| | | | | |
|---|---|---|---|---|
| 07/08/02 | EJS | 135.00 | .20 | Updated EI hearing files. |
| 07/08/02 | RCS | 145.00 | .60 | Review and index correspondence and pleadings received 7/5/02 (.3). Gather documents requested by attorney (.3). |
| 07/08/02 | SME | 135.00 | .60 | Assist BAS in research regarding medical monitoring claims by reviewing and compiling relevant pleadings as per his request. |
| 07/08/02 | SME | 135.00 | .20 | Assist PVNL in research regarding estimation procedures by compiling relevant pleadings filed by the debtors. |
| 07/08/02 | KAA | 125.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 07/08/02 | KAA | 125.00 | .70 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/09/02 | PVL | 560.00 | .10 | Review C&D response to Smith. |
| 07/09/02 | PVL | 560.00 | .40 | Email Zaleski (.1); teleconference EI (.1); review Gerard motion (.2). |
| 07/09/02 | EJS | 135.00 | .50 | Updated EI, PVNL & JWD agenda files. |
| 07/09/02 | RCS | 145.00 | 1.30 | Review and index pleadings and correspondence received 7/8/02 (.4). Download documents requested by attorney for electronic court filing system and deliver via e-mail (.6). Gather documents requested by attorney in preparation for filing (.3). |
| 07/09/02 | SME | 135.00 | .40 | Assist KNB in research regarding asbestos property damage by reviewing relevant pleadings in order to draft a memo for her review. |
| 07/09/02 | KAA | 125.00 | .30 | Updated litigation calendar. |
| 07/09/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

- 13 -

| 07/10/02 | EJS | 135.00 | .30 | Download/organized various financial received from D.Ralles for EI & M.Peterson. |
| 07/10/02 | EJS | 135.00 | .20 | Updated EI files. |
| 07/10/02 | RCS | 145.00 | 1.10 | Review and index pleadings and correspondence received 7/9/02 (.4). Gather documents requested by attorney in preparation for court filing (.3). Download pleadings from electronic filing system per attorney request (.4). |
| 07/10/02 | TWS | 425.00 | .10 | TC PVNL re scheduling |
| 07/10/02 | SME | 135.00 | 1.80 | Assist KNB in research regarding asbestos property damage by reviewing relevant pleadings in order to draft a memo for her review. |
| 07/10/02 | KAA | 125.00 | .50 | Updated Ct dep & transcripts index (02-2211). |
| 07/10/02 | KAA | 125.00 | .50 | Updated Ct dep & transcripts index (02-2210). |
| 07/10/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/11/02 | RCS | 145.00 | 2.30 | Review and index correspondence and pleadings received 7/10/02 (.4). Review CD-Rom containing medical documents and prepare index of documents for attorney review (.6). Download Excel spreadsheet and format per attorney instructions (.7). Review court docket regarding debtors motions and download applicable files per attorney instruction (.6). |
| 07/11/02 | TWS | 425.00 | .10 | Review SAC correspondence |
| 07/11/02 | SME | 135.00 | .60 | Assist KNB in research regarding asbestos property damage by reviewing relevant pleadings in order to draft a memo for her review. |

| | | | | |
|---|---|---|---|---|
| 07/11/02 | SME | 135.00 | .10 | Assist WBS in research regarding estimation procedures by compiling relevant pleadings for his review. |
| 07/11/02 | SME | 135.00 | 2.80 | Review and index 14 pleadings filed in the main bankruptcy case, 14 pleadings filed in adversary proceeding 02-2210, 1 pleading filed in adversary proceeding 01-771, 9 fee applications and recent correspondence. |
| 07/11/02 | KAA | 125.00 | .30 | Reviewed received Ct docs in prep of indexing & filing. |
| 07/12/02 | EJS | 135.00 | .30 | Updated EI Judge Wolin binder. |
| 07/12/02 | RCS | 145.00 | 1.10 | Review and index pleadings and correspondence received 7/11/02 (.4). Print out contents of production documents disk per attorney request (.3). Retrieve specific production documents requested by attorney in preparation for deposition (.4). |
| 07/12/02 | SME | 135.00 | .20 | Assist KNB in research regarding asbestos property damage by reviewing relevant pleadings in order to draft a memo for her review. |
| 07/12/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 07/12/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2210). |
| 07/12/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-771). |
| 07/14/02 | EI | 675.00 | .20 | T/c NDF re: his agenda. |
| 07/15/02 | PVL | 560.00 | .10 | Review ordinary course statement and 2 affidavits. |
| 07/15/02 | RCT | 300.00 | .20 | Review lit. schedules/summary re: current assignments. |
| 07/15/02 | EJS | 135.00 | .70 | Updated EI minute files & chart. |
| 07/15/02 | RCS | 145.00 | 2.80 | Review and index pleadings and correspondence received 7/12/02 (.4). Gather documents requested by attorney |

|          |     |        |      | (.2). Search electronic docket and download documents from Electronic Court Filing systems requested by attorney (.6). Track specific motions through docket system and establish hearing dates and filing dates per attorney request (.6). Receive and index deposition transcripts and exhibits of recent depositions (.4). Prepare minuscript binder of deposition for attorney in preparation for further depositions (.6). |
|----------|-----|--------|------|---|
| 07/15/02 | SME | 135.00 | .30  | Assist KNB in research regarding asbestos property damage by reviewing relevant pleadings in order to draft a memo for her review. |
| 07/15/02 | KAA | 125.00 | .40  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/16/02 | RCS | 145.00 | .30  | Review and index correspondence and pleadings received 7/15/02 (.3). |
| 07/16/02 | EI  | 675.00 | 1.30 | Reviewed draft Peterson report (1.0); t/c NDF re: same (.3). |
| 07/16/02 | KAA | 125.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 07/16/02 | KAA | 125.00 | .30  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/18/02 | RCS | 145.00 | .80  | Review and index correspondence and pleadings received 7/17/02 (.8). |
| 07/18/02 | KAA | 125.00 | .30  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/19/02 | RCS | 145.00 | 1.10 | Review and index correspondence and pleadings received 7/18/02 (.4). Gather documents requested by attorney in preparation of filing (.4). Download documents from ECF court filing docket by attorney request (.3). |
| 07/19/02 | SAT | 125.00 | 2.30 | Preparation of pleadings appendix to be shipped to Cambell & Levine for filing |

| 07/19/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
|----------|-----|--------|-----|---------------------------------------------------------------|
| 07/22/02 | RCS | 145.00 | 3.10 | Review and index correspondence and pleadings received 7/19/02 (.3). Research production documents and retrieve those documents requested by attorney in preparation for conducting depositions (1.2). Review and index 5 deposition transcripts and exhibits received from court reports and upload and format transcripts to summation electronic case files (1.6). |
| 07/22/02 | SAT | 125.00 | .30 | Conference call with MCH and Campbell & Levine paralegals re: Appendix filing |
| 07/22/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/22/02 | KAA | 125.00 | .50 | Updated Ct dep & transcripts index (02-2210). |
| 07/23/02 | PVL | 560.00 | .50 | Teleconference Zaleski re status (.2); confer EI re same (.2); review 5 miscellaneous filings (.1). |
| 07/23/02 | RCS | 145.00 | 3.80 | Review and index correspondence and pleadings received 7/22/02 (.3). Retrieve documents to be considered for deposition exhibits and send out for reproduction (1.2). Verify accuracy of reproduction of exhibits and sort in chronological order (1.1). Update summation database to reflect documents selected as potential deposition exhibits (.6). Print summation reports of previous documents used as exhbiits (.3). Prepare deposition folders for attorney potential exhibit copies, deponent exhibit copies and spare sets for clerk and other attorneys (.3). |
| 07/23/02 | BAS | 215.00 | .30 | Organize records and files (.3). |
| 07/23/02 | KAA | 125.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

| 07/24/02 | PVL | 560.00 | .60 | Review 5 miscellaneous orders (.1); teleconference Wills (.5). |
|----------|-----|--------|-----|----------------------------------------------------------------|
| 07/24/02 | EJS | 135.00 | .30 | Reviewed recently received fee applications in preparation of indexing. |
| 07/24/02 | EJS | 135.00 | .30 | Updated EI minute files. |
| 07/24/02 | RCS | 145.00 | 2.40 | Review and index correspondence and pleadings received 7/23/02 (.4). Retrieve additional production documents required by attorney for use as potential deposition exhibits (.8). Update summation database to reflect additional exhibits (.4). Prepared depositions and deposition exhibits for forwarding to outside counsel per attorney instruction (.5). Download recently filed pleading from ECF court filing system per attorney request (.3). |
| 07/24/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/24/02 | KAA | 125.00 | 2.00 | Updated Ct doc & Orders indexes (01-1139). |
| 07/24/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2210). |
| 07/25/02 | RCS | 145.00 | 2.40 | Review and index correspondence and pleadings received 7/24/02 (.2). Prepare additional sets of production documents as potential depositions exhibits (.4). Telephone call from attorney regarding new deposition exhibits (.1). Add new exhibits to deposition preparation box and update summation database and reports (.6). Retrieve prior deposition exhibits per attorney request (.2). Document search for deposition notice (.9). |
| 07/25/02 | EI  | 675.00 | .20 | T/c Steve Towbin of D'Ancona & Pflaum re: BMCA asset. |
| 07/25/02 | KAA | 125.00 | .50 | Updated Ct doc index (02-2211). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/25/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (02-2210). |
| 07/25/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/25/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-771). |
| 07/26/02 | PVL | 560.00 | .20 | Review 4 miscellaneous filings (.1); teleconference EI (.1). |
| 07/26/02 | RCS | 145.00 | 2.90 | Review and index correspondence and pleadings received 7/25/02 (.4). Retrieve documents requested by attorney and prepare for forwarding to NYO (1.3). Add 8 additional documents to materials to be used in deposition, update summation database to reflect additions and print new reports of potential exhibit documents (1.2). |
| 07/26/02 | EI | 675.00 | .10 | Agenda review. |
| 07/26/02 | KAA | 125.00 | .50 | Duplicated & created binder for voluminous Ct doc per EI. |
| 07/26/02 | IEG | 125.00 | 2.10 | Deposition preparation; retriving documents for exhibits |
| 07/29/02 | PVL | 560.00 | .10 | Review 8 miscellaneous filings. |
| 07/29/02 | EJS | 135.00 | .10 | Chart to RCT re fee apps filed to date for E.Warren. |
| 07/29/02 | RCS | 145.00 | 3.30 | Review and index correspondence and pleadings received 7/26/02 (.4). Retrieve and prepare for shipment documents for Kirkland and Ellis and Sealed Air with a duplicate for our files (2.1). Add additional exhibits to deposition file update summation database and print new reports (.8). |
| 07/29/02 | EI | 675.00 | .20 | Conference with NDF re: docs. |
| 07/29/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 07/30/02 | RCT | 300.00 | .30 | Review fee auditor's final report (.2); conference with EI/ES re: same (.1). |
| 07/30/02 | EJS | 135.00 | .30 | Created August schedules. |
| 07/30/02 | RCS | 145.00 | 2.40 | Review and index correspondence and pleadings received 7/29/02 (.2). Download documents from electronic version to be used as deposition exhibits (.6). Retrieve documents to be used in deposition and add to appropriate deposition preparation kits (1.2). Download documents from electronic dockets per attorney request (.3). Telephone call to paralegal at local counsel in search of docket (.1). |
| 07/31/02 | EJS | 135.00 | .40 | Updated EI, PVNL & JWD agenda files. |
| 07/31/02 | RCS | 145.00 | 3.60 | Review and index pleadings and correspondence received 7/30/02 (.3). Download cases from Westlaw cited in judges opinion, index and prepare according to attorney instruction (1.6). Telephone call to local counsel regarding a hearing transcript (.1). Second telephone call to local counsel regarding hearing transcript (.1). Prepare deposition transcript binder and exhibit sets for attorney use (1.1). Load deposition transcripts into summation transcript database (.4). |
| 07/31/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 07/31/02 | IEG | 125.00 | 4.40 | Preparing document sets per attorney request, deposition exhibits used at deposition, key pleadings and supporting documents |

**Total Task Code .14          89.30**

**Committee Matters and Creditor Meetings (3.50 Hours; $ 1,965.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 1.30 | $675 | 877.50 |
| Peter V. Lockwood | 1.50 | $560 | 840.00 |
| Trevor W. Swett | .30 | $425 | 127.50 |
| Rita C. Tobin | .40 | $300 | 120.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 07/09/02 | EI | 675.00 | .10 | T/cs PVNL re: SAC correspondence (.5); report to Committees (.5). [Total time of 1.0 hour divided among six Delaware Committees. |
| 07/09/02 | EI | 675.00 | .20 | T/c TWS re: conference call for Committee. |
| 07/10/02 | TWS | 425.00 | .20 | Memo to Committee scheduling conference call |
| 07/10/02 | TWS | 425.00 | .10 | Organize Committee conference call |
| 07/11/02 | RCT | 300.00 | .10 | Conference with ES re: committee expenses; review status of committee expenses. |
| 07/15/02 | PVL | 560.00 | .30 | Draft memo to Kazan. |
| 07/15/02 | RCT | 300.00 | .20 | Conference with ES re: committee minutes. |
| 07/18/02 | PVL | 560.00 | 1.20 | Teleconference committee meeting. |
| 07/18/02 | EI | 675.00 | 1.00 | Committee conference call re: PD representative. |
| 07/31/02 | RCT | 300.00 | .10 | Review US Trustee letter re: committee issue. |

**Total Task Code .17**     **3.50**

## Compensation of Professionals (Fee Applications of self & others)(23.60 Hours; $ 5,451.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .70 | $425 | 297.50 |
| Rita C. Tobin | 12.50 | $300 | 3,750.00 |
| Elyssa J. Strug | 10.40 | $135 | 1,404.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/02 | EJS | 135.00 | .20 | Updated payment schedule with recently filed fee apps. |
| 07/02/02 | TWS | 425.00 | .10 | Review letter to fee auditor |
| 07/03/02 | EJS | 135.00 | .10 | P/c w/TB re July fee schedule and format. |
| 07/08/02 | RCT | 300.00 | .10 | Review July fee app schedules with ES and TB. |
| 07/08/02 | RCT | 300.00 | 1.00 | Reiew time records for June. |
| 07/08/02 | TWS | 425.00 | .60 | Review time entries for pre-bill |
| 07/10/02 | RCT | 300.00 | .10 | Conference with ES re: July fee app format. |
| 07/11/02 | RCT | 300.00 | 1.50 | Review and edit quarterly fee app/June fee app. |
| 07/11/02 | EJS | 135.00 | 2.80 | Worked on exhibit A to quarterly fee application (moved time around per RCT). |
| 07/11/02 | EJS | 135.00 | .30 | Assembled and sent quarterly to local counsel for filing/serving via electronically and fed ex. |
| 07/11/02 | EJS | 135.00 | 1.50 | Worked on quarterly Notice and cummulative charts. |
| 07/12/02 | EJS | 135.00 | 3.00 | Worked on exhibit A to monthly fee application (moved time around per RCT). |
| 07/23/02 | RCT | 300.00 | 1.50 | Review, edit and revise June fee app. |

- 22 -

| 07/24/02 | RCT | 300.00 | 2.00 | Review Grace app and edit. |
| 07/25/02 | RCT | 300.00 | 6.30 | Review Grace fee app and recreate/construct catergories due to interim/monthly discrepancy (5.5); conference with ES re: same (.5); e-mails to TB re: same (.3). |
| 07/25/02 | EJS | 135.00 | 1.60 | Calculations of attorneys hours & values for exhibit A to monthly fee application per RCT. |
| 07/26/02 | EJS | 135.00 | .70 | Conference call with TB & RCT re monthly application edits. |
| 07/31/02 | EJS | 135.00 | .20 | Updated fee books and payment schedule with payment received. |

**Total Task Code .18**        **23.60**

## Employee Matters (.50 Hours; $ 280.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .50 | $560 | 280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/09/02 | PVL | 560.00 | .10 | Review KERP motion. |
| 07/15/02 | PVL | 560.00 | .20 | Review Grace reply to PD comm. re KERP. |
| 07/18/02 | PVL | 560.00 | .20 | Teleconference Zaleski re KERP (.1); review UCC response re KERP (.1). |

**Total Task Code .21**        **.50**

## Litigation/Fraudulent Conveyance (399.9 Hours; $ 123,302.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $675 | 2,430.00 |
| Peter V. Lockwood | 16.80 | $560 | 9,408.00 |
| Albert G. Lauber | 1.10 | $445 | 489.50 |
| Trevor W. Swett | 43.30 | $425 | 18,402.50 |
| Nathan D. Finch | 193.30 | $350 | 67,655.00 |
| Christopher S. Rizek | 10.70 | $345 | 3,691.50 |
| John P. Cunningham | 31.40 | $215 | 6,751.00 |
| Daniel M. Loss | 13.80 | $160 | 2,208.00 |
| J. Walker Richmond | 10.90 | $160 | 1,744.00 |
| Aisling R. O'Shea | 19.70 | $160 | 3,152.00 |
| Evan A. Young | 6.80 | $160 | 1,088.00 |
| Stacie M. Evans | 22.00 | $135 | 2,970.00 |
| Karen A. Albertelli | 1.00 | $125 | 125.00 |
| Stacy Q. Cline | 25.50 | $125 | 3,187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/02 | TWS | 425.00 | .60 | Review reply brief on insolvency standard |
| 07/01/02 | TWS | 425.00 | .40 | Review discovery correspondence and filings |
| 07/01/02 | TWS | 425.00 | .20 | Correspondence re reply on insolvency standards |
| 07/01/02 | SME | 135.00 | .60 | Assist TWS in preparation for deposition of Florence by compiling and organizing documents to be used as exhibits. |
| 07/01/02 | SME | 135.00 | .40 | Assist RCT in research regarding discovery requests by compiling and organizing relevant pleadings as per the request of NDF. |
| 07/01/02 | DML | 160.00 | 1.50 | Judicial notice research |
| 07/01/02 | DML | 160.00 | 2.00 | Judge Wolin research |
| 07/01/02 | NDF | 350.00 | 6.50 | Preparing for Stallard deposition (6.5). |
| 07/02/02 | TWS | 425.00 | .40 | TC R. Fleishman re proposed letter to Judge Wolin |

| 07/02/02 | TWS | 425.00 | .10 | TC R. Fleishman re reply brief on insolvency standards |
|---|---|---|---|---|
| 07/02/02 | TWS | 425.00 | 11.10 | Prepare for Florence deposition |
| 07/02/02 | DML | 160.00 | 3.00 | Judicial notice memo research |
| 07/02/02 | NDF | 350.00 | 10.60 | Mtg w/ Widom re: Stallard deposition (.5); deposition preparation (1.1); taking Stallard deposition (including breaks, during which I did deposition preparation). (9.0) |
| 07/03/02 | CSR | 345.00 | 2.80 | Research regarding COLI cases. |
| 07/03/02 | TWS | 425.00 | 9.50 | Conduct deposition of T. Florence |
| 07/03/02 | TWS | 425.00 | 1.20 | Prepare for deposition of T. Florence |
| 07/03/02 | SME | 135.00 | .20 | Create new files for incoming deposition transcripts. Verify that hard copies of transcripts and exhibits will be sent. |
| 07/03/02 | DML | 160.00 | 2.50 | Judicial notice memo |
| 07/03/02 | NDF | 350.00 | 7.90 | Draft ltr to defense counsel re: Rourke deposition (.3); assisting TWS in portions of Florence Deposition (6.5); review and comment on Standards reply brief (.4); reviewing asbestos PI docs received from Milberg Weiss (.7). |
| 07/05/02 | TWS | 425.00 | .20 | Read Millberg letter to Court |
| 07/05/02 | TWS | 425.00 | .30 | Review discovery correspondence |
| 07/05/02 | TWS | 425.00 | .50 | TC NDF, M. Petersen re expert analysis |
| 07/05/02 | NDF | 350.00 | 2.90 | Reviewing asbestos PI docs received from Milberg (2.1); conf. TWS re: expert report issues (.2); t/c Mark Peterson re: expert report issues (.6). |
| 07/06/02 | PVL | 560.00 | 1.10 | Review multiple emails re fr. tr. case (.3); review Friedman and DOJ letters (.2); review draft protocol (.1); review Browdy letter (.1); review plaintiffs reply brief re standards (.4). |

| 07/06/02 | DML | 160.00 | 1.50 | Write judicial notice memo |
|---|---|---|---|---|
| 07/07/02 | DML | 160.00 | 2.30 | Write judicial notice memo |
| 07/07/02 | NDF | 350.00 | .30 | T/c Mark Peterson re: expert report issues (.3). |
| 07/08/02 | PVL | 560.00 | .30 | Confer NDF (.1); teleconference EI (.1); review Grace opposition to DOJ (.1). |
| 07/08/02 | TWS | 425.00 | .20 | Read discovery correspondence |
| 07/08/02 | TWS | 425.00 | .20 | Conf NDF re status and developments |
| 07/08/02 | TWS | 425.00 | .50 | TC NDF and B.Friedman re Florence deposition and upcoming hearing |
| 07/08/02 | TWS | 425.00 | .10 | Review discovery correspondence |
| 07/08/02 | TWS | 425.00 | .10 | Read Sealed Air filings re EPA |
| 07/08/02 | TWS | 425.00 | .10 | E-mail from Peterson |
| 07/08/02 | DML | 160.00 | 1.00 | Judicial notice memo |
| 07/08/02 | NDF | 350.00 | 4.80 | Reviewing and selecting asbestos related liability docs from those released from "eyes only" designation for use in depos. of Port, Hughes, Beber and others (2.5); T/c Fleishman re: SAC non-privilege docs (.3); t/c Brad F. re: case issues (.3); prepare questions for Houlihan depo (.8); t/c M. Peterson re: expert report (.3); creating and reviewing "Hot Docs" for use at trial (.6). |
| 07/09/02 | PVL | 560.00 | .10 | Review EPA discovery response. |
| 07/09/02 | TWS | 425.00 | .20 | Read letters to Court by Sealed Air and Grace |
| 07/09/02 | SME | 135.00 | 1.00 | Assist NDF in the organization of relevant documents, deposition transcripts and deposition exhibits to be used in the fraudulent transfer litigation. |
| 07/09/02 | SME | 135.00 | 1.60 | Assist NDF in preparation for the deposition of Houlihan Lokey by |

|          |     |        |       | compiling and organizing documents to be used as potential exhibits. |
|----------|-----|--------|-------|---------------------------------------------------------------------|
| 07/09/02 | NDF | 350.00 | 7.50  | Preparing questions for Rachel for HL depo (2.8); reviewing and selecting asbestos related liability documents from those released from "eyes only" designation for use in depos of Port, Hughes, Beber, and others (3.7); read SAC objection to Govt' witness list; corresp. re: sanctions issues (.6); conf. JPC re: case management (.2); corresp by email with Widom et al re: Hughes and Port depos (.2). |
| 07/10/02 | CSR | 345.00 | 2.00  | Review tax returns for 1993-1994. |
| 07/10/02 | TWS | 425.00 | .60   | TC B.Friedman re status and developments and next steps |
| 07/10/02 | SME | 135.00 | 2.00  | Assist NDF in the organization of relevant documents, deposition transcripts and deposition exhibits to be used in the fraudulent transfer litigation. |
| 07/10/02 | NDF | 350.00 | 11.30 | Houlihan Lokey deposition (9.1); meeting w/B. Friedman (1.0); reviewing Peterson draft report (80 pgs single spaced) (1.2). |
| 07/11/02 | PVL | 560.00 | .40   | Review ACC and DOJ opposition to Sealed Air motion re env claims (.2); review discovery responses of defs motion to compel (.2). |
| 07/11/02 | CSR | 345.00 | 1.40  | Telephone conferences with NDF and Milberg, Weiss regarding tax reserve; review 5701s and research regarding COLI. |
| 07/11/02 | TWS | 425.00 | 2.20  | Study Peterson report |
| 07/11/02 | TWS | 425.00 | .30   | Conf NDF re expert presentation |
| 07/11/02 | TWS | 425.00 | .80   | TC NDF and M.Peterson |
| 07/11/02 | TWS | 425.00 | .20   | Read court orders and e-mail from legal team |

| 07/11/02 | SME | 135.00 | .30 | Assist NDF in the organization of relevant documents, deposition transcripts and deposition exhibitss to be used in the fraudulent transfer litigation. |
| 07/11/02 | SME | 135.00 | 2.60 | Assist NDF in the review of materials produced by the debtors by compiling and organizing those documents identified as "hot documents." |
| 07/11/02 | NDF | 350.00 | 6.80 | Reviewing draft Peterson report (3.2) (80 + pgs single spaced plus calculations); t/c Peterson re: report (.3); t/c Turken re: case issues (.6); t/c Brad Friedman re: case issues (.3); review Chambers analysis of KPMG report (.4); review Grace answers to interr re: insurance and asbestos liabilities (.5); preparing memo re: case issues for Committee (1.2); conf. Friedman re: tax issues (.3). |
| 07/12/02 | PVL | 560.00 | .40 | Review J. Wolin order and correspondence re proposed orders (.2); review Grace interrogatory answers (.2). |
| 07/12/02 | CSR | 345.00 | .50 | Telephone conference with B. Friedman, review 5701s. |
| 07/12/02 | TWS | 425.00 | 1.10 | Confs NDF re expert opinion |
| 07/12/02 | TWS | 425.00 | 2.00 | TCs NDF, M.Peterson |
| 07/12/02 | TWS | 425.00 | .10 | E-mail to/from B.Friedman |
| 07/12/02 | TWS | 425.00 | .20 | Review expert disclosure |
| 07/12/02 | SME | 135.00 | .70 | Assist NDF in the organization of relevant documents, deposition transcripts and deposition exhibits to be used in the fraudulent transfer litigation. |
| 07/12/02 | SME | 135.00 | 3.60 | Assist NDF in the review of materials produced by the debtors by compiling and organizing those documents identified as "hot documents." |

| | | | | |
|---|---|---|---|---|
| 07/12/02 | NDF | 350.00 | 9.80 | Review pleadings re: environmental discovery dispute (.4); t/c Peterson re: expert report (.9); t/c Peterson re: expert report (1.2); t/c Peterson re: expert report (.9); reviewing Peterson draft report and making notes re: same (2.7); t/c Cohen re: insurance issues (.5); reviewing docs to prepare for Port, Hughes, Beber and Ellberger depos (3.2). |
| 07/14/02 | NDF | 350.00 | 3.80 | Reviewing docs to use with Port, Hughes, Ellberger or Beber (2.8); drafting memo to Committee re: FT case (.7); t/c Peterson re: draft report (.3). |
| 07/15/02 | PVL | 560.00 | .50 | Review DOJ interrogatories and document request (.1); review correspondence re expert discovery (.2); teleconference Widoam (.2). |
| 07/15/02 | CSR | 345.00 | .30 | Review proofs of IRS claims. |
| 07/15/02 | SME | 135.00 | 3.00 | Assist NDF in preparation for the depositions of Hughes and Port by compiling and organizing documents to be used as potential exhibits. |
| 07/15/02 | SME | 135.00 | 2.90 | Assist NDF in the review of materials produced by the debtors by compiling and organizing those documents identified as "hot documents." Create database for documents. |
| 07/15/02 | NDF | 350.00 | 7.80 | Review revised Peterson expert report (.8); t/c Friedman re: expert issues (.6); t/c Friedman and Cohen re: same (.3); edit Peterson disclosures (.6); reviewing docs for use in Port and Hughes depos (1.4); prepare for discovery hearing (.6); discovery hearing with Special Master (2.0); t/c Turken re: case issues (.4); t/c Friedman re: case issues (.3); t/c Peterson re: expert report issues (.4); edit memo to Committee re: FT case (.4). |

| | | | | |
|---|---|---|---|---|
| 07/16/02 | PVL | 560.00 | 3.20 | Email re teleconference (.1); review pls. motion to reconsider env. order (.1); review draft order re experts (.1); review correspondence re discovery (.1); review Wolforth letter to J. Dresser (.1); teleconference Rosenbloom, Handler, Friedman, Baena and Widom (1.1); teleconference Friedman, Baena and Widom (.4); teleconference Baena and Widom (.2); conferences NDF (.5); teleconference Peterson (.5). |
| 07/16/02 | SME | 135.00 | 1.80 | Assist NDF in preparation for the depositions of Hughes and Port by compiling and organizing documents to be used as potential exhibits. |
| 07/16/02 | SME | 135.00 | .90 | Assist NDF in the review of materials produced by the debtors by compiling and organizing those documents identified as "hot documents." Create database for documents. |
| 07/16/02 | KAA | 125.00 | 1.00 | Updated Ct dep & transcripts index (02-2210). |
| 07/16/02 | JPC | 215.00 | 2.10 | Review Rourke 1 and Florence depositions per NDF for FT case analysis |
| 07/16/02 | NDF | 350.00 | 9.10 | Reviewing revised expert report (peterson (4.2); revising memo to client re: trial strategy and case status (1.9); drafting outline of Port questions for depo (.8); review pleadings to Special Master re: various discovery issues (.4); t/c Peterson re: report (.3); t/c Peterson re: report (.6); t/c Friedman re: case isues (.3); conf. PVNL re: attack on Florence/Rourke report (.6). |
| 07/17/02 | PVL | 560.00 | 2.00 | Confer NDF re case prep (.4); teleconferences Baena re Fresenius (.5); teleconference Rosenbloom and CSR (.2) confer CSR re tax liability (.5); teleconference Rosenbloom (.3); review Friedman letter to Wolin (.1). |

| | | | | |
|---|---|---|---|---|
| 07/17/02 | CSR | 345.00 | 3.30 | Office conference with PVNL regarding tax liabilities, analyze Form 5701 and estimate tax liabilities. |
| 07/17/02 | SME | 135.00 | .20 | Assist NDF in the review of materials produced by the debtors by compiling and organizing those documents identified as "hot documents." Create database for documents. |
| 07/17/02 | SME | 135.00 | .20 | Assist NDF in preparation for the depositions of Hughes and Port by compiling and organizing documents to be used as potential exhibits. |
| 07/17/02 | JPC | 215.00 | 1.60 | Conference with NDF re: Peterson expert report; impending filing of report; coordination with RAND and Milberg and service protocol (.4); organize items to accompany report, including disclosure pleading (.9); review Peterson disclosure pleading (.3) |
| 07/17/02 | NDF | 350.00 | 9.10 | Draft memo to Peterson re: expert disclosure requirements (.5); t/c Peterson re: report (.2); t/c Peterson, EI (.3); t/c Friedman re: Peterson report (.6); read Wolin opinion (.2); prepare for Port Hughes depos (6.3); conf. PVNL re: Zonolite (.3); read Harashe case and others like it (.4); draft scheduling memo (.3). |
| 07/18/02 | PVL | 560.00 | .20 | Teleconference Baena re Fresenius (.1); teleconference Rosenbloom re same (.1). |
| 07/18/02 | SQC | 125.00 | 1.00 | Working dinner with NDF. |
| 07/18/02 | SQC | 125.00 | 8.00 | Port deposition. |
| 07/18/02 | NDF | 350.00 | 13.20 | Prepare for Port (1.8); Port Depo (6.5); t/c JPC re: Peterson report (.2); t/c Peterson re: report (.2); prepare for Hughes depo (3.2); t/c Widom and Turken re: Beber dep (.3); conf. Widom re: case strategy and issues (1.0). |

{D0004530:1 }

| 07/19/02 | CSR | 345.00 | .40 | Telephone conference with Rachel W. regarding docoument production. |
|---|---|---|---|---|
| 07/19/02 | JPC | 215.00 | .50 | Coordinate facsimile service of Peterson expert report to NDF in Boca Raton |
| 07/19/02 | SQC | 125.00 | 8.00 | Hughes deposition. |
| 07/19/02 | NDF | 350.00 | 15.70 | Prepare for Hughes (1.7); depo Hughes (8.5); review Peterson report (4.0); t/c Peterson re: report (.3); t/c Peterson re: report finalization (1.2). |
| 07/20/02 | JPC | 215.00 | .80 | Telephone conference with NDF re: disclosure pleading for Peterson expert report (.3); fax disclosure pleading to NDF for review (.5) |
| 07/20/02 | NDF | 350.00 | 3.60 | Review Peterson disclosure (.4); review almost final version of Peterson report (1.2); t/c JP re: report logistics (.2); t/c Friedman re: supplemental brief to court re: standards (.7); t/c Peterson re: report (.4); preparing for Ellberger depo (.7). |
| 07/21/02 | PVL | 560.00 | .10 | Review Sealed Air reply to DOJ and Kruger letter to J. Wolin. |
| 07/21/02 | JPC | 215.00 | 3.20 | Telephone conference with NDF re: Peterson report (.6); revise disclosure pleading for Peterson report (.4); fax revised disclosure to NDF for review (.5); telephone conference with Dan Relles re: Peterson report (.2); telephone conference with Mark Peterson re: report (.2); email Dan Relles and Mark Peterson re: final report (.3); draft outline of items to be completed in Grace FT matter (.5); review email version of Peterson report (.5) |
| 07/21/02 | NDF | 350.00 | .60 | Phone conf. w/ JPC re: Peterson report (.2); phone conf. w/ JPC re: dissemination of Peterson report (.4). |
| 07/21/02 | NDF | 350.00 | 2.20 | Reviewing Grace 10Ks re: asbestos (1.2); draft insert to standards |

| | | | | |
|---|---|---|---|---|
| | | | | supplemental brief re: standards and Grace claims (.6); preparing for Beber depo (.4). |
| 07/22/02 | AGL | 445.00 | .70 | Work on redactions to Peterson affidavit for service purposes. |
| 07/22/02 | AGL | 445.00 | .40 | Conferences (2) w/MCH and JWD re need to file and serve under seal. |
| 07/22/02 | PVL | 560.00 | 1.10 | Confer Birnbaum, Wasserstein, Rice, Cooney, Weitz and Baron re settlement (.8); confer Rice, Weitz and Cooney re same (.3). |
| 07/22/02 | JPC | 215.00 | 7.50 | Emails and fed ex tracking final expert report to expert witness (.3); telephone conference with NDF re: final Peterson report and dissemination protocol (.4); print and review final expert report (.9); draft letter to opposing counsel re: faxing of expert report related documents (.5); draft follow up letter to opposing counsel re: fed ex of expert report and accompanying documents (.3); telephone call to D. Kaplan re: service of expert report and Pricewaterhouse documents (.2); emails to D. Kaplan re: same (.2) review of Hughes/Port depositions (1.9) conference with RCS re: deposition exhibits for same (.8); organize incoming documents from Boca Raton Hughes/Port depositions (.6); conference with NDF re: additional discovery in FT matter and protocol for document review (1.1); telephone conference with M. Widom and M. Browdy re: Peterson report (.3) |
| 07/22/02 | NDF | 350.00 | 1.80 | T/c Widom and Browdy re: Beber depo (.3); reviewing docs rec'd from Milberg re: PWC and Grace files (.8); t/c Cunningham re: expert disclosures (.5); t/c Widom re: note to Browdy re: docs (.2). |
| 07/22/02 | NDF | 350.00 | 1.80 | T/c Widom and Browdy re: Beber depo (.3); reviewing docs rec'd from Milberg |

| | | | | |
|---|---|---|---|---|
| | | | | re: PwC and Grace files (.8); t/c JPC re: expert disclosures (.5); t/c Widom re: note to Browdy re: docs (.2). |
| 07/23/02 | PVL | 560.00 | .30 | Review supplemental brief re standards (.1); review Ross report (.2). |
| 07/23/02 | JPC | 215.00 | 6.60 | Conference with NDF re: incoming boxes from Boca Raton depositions (.2); conference with NDF re: Pricewaterhouse documents and impending review (.2); review documents sent by Milberg Weiss pertaining to Pricewaterhouse and tab relevant documents for possible use in upcoming depositions (6.2) |
| 07/23/02 | NDF | 350.00 | 6.90 | Preparing for Ellberger and Beber depos (3.7); t/c John Cohen (.5); drafting insurance stipulations (.8); t/c Friedman re: insurance stipulations (.6); draft supplemental discovery to Grace re: creditor with standing (.9); t/c RF re: supplemental discovery (.4). |
| 07/24/02 | PVL | 560.00 | 2.70 | Review Sealed Air surreply (.1); review Peterson expert report (2.2); confer NDF re same (.3); teleconference EI re same (.1). |
| 07/24/02 | JPC | 215.00 | 2.80 | Organize Pricewaterhouse Coopers discovery documents sent by Milberg Weiss (.5); conference with RCS re: PWC documents and organize for NDF (.2); draft cover letter for messenger delivery (.2); email summer associates with deposition digest assignment (.2); conference with NDF re: pretrial tasks in July/Agu for FT matter (.6); outline pretrial tasks including deposition digests and cross-exam summaries (1.1) |
| 07/24/02 | NDF | 350.00 | 7.20 | Prepare questions for RF for Ellberger (1.3); prepare for Ellberger and Beber Depos (.9); t/c Cohen and BF re: insurance stip (.7); t/c Browdy, BF et al re: insurance stip (.5); prepare for t/c w/Special Master (.3); t/c hearing with Special Master re: discovery dispute |

| | | | | |
|---|---|---|---|---|
| | | | | (.4); reviewing new docs rec'd from Grace (2.1); conf. PVNL re: case issues (.3); reviewing docs rec'd from PWC (.7). |
| 07/25/02 | PVL | 560.00 | 1.30 | Review Hughes depo. |
| 07/25/02 | ARO | 160.00 | 4.60 | Deposition digest (4.4); conference with JPC re: assignment (.2) |
| 07/25/02 | JPC | 215.00 | 1.80 | Review deposition binder for deposition digest summaries (.5); emails with summer associates re: deposition digests (.2); conference with ARO re: Florence and Stallard deposition digest (.3); conference with BAS re: Hughes deposition digest (.3); conference with WW Richmond re: Rourke deposition digest (.2); conference with E. Young re: Port deposition digest (.3) |
| 07/25/02 | EAY | 160.00 | .30 | Deposition assignment from JPC and instructions in preparing "deposition digest". |
| 07/25/02 | NDF | 350.00 | 12.60 | Ellberger depo (9.5); conf. w/ Boyer re: Peterson report (.3); reviewing docs to be used with Ellberger (.7); review PWC documents (2.1). |
| 07/26/02 | PVL | 560.00 | 1.00 | Review Grace interrog answers (.3); review Hughes depo (.7). |
| 07/26/02 | ARO | 160.00 | 2.80 | Deposition digests |
| 07/26/02 | JPC | 215.00 | 2.20 | Review disclosure statement for Peterson expert report (.2); conference with RCS re: deposition items for NDF (.2); telephone conference with KAA in NY office re: Peterson related items to sent to EI (.2); follow up telephone conference with KAA re: same (.1); emails to NDF re: discovery documents and deposition preparation for week of 7/29 (.6); review letter sent by NDF re: NC depositions (.2); research driving directions from Charlotte to Banner Elk, NC (.4); conference with RCS re: disclosure distribution list (.3) |

| | | | | |
|---|---|---|---|---|
| 07/26/02 | NDF | 350.00 | 3.20 | Reviewing new docs rec'd from Grace (1.1); t/c JPC re: Peterson report docs (.5); t/c BF re: insurance stip (.4); review new insurance stip (.2); preparing for Beber dep(1.0) |
| 07/27/02 | NDF | 350.00 | 2.50 | Prepare for Beber dep. (2.5). |
| 07/28/02 | JPC | 215.00 | .50 | Review latest copy of set of Grace document production and flag relevant pertinent documents |
| 07/29/02 | PVL | 560.00 | .70 | Review J. Wolin op. re stds. (.4); confer TWS re same (.3). |
| 07/29/02 | TWS | 425.00 | .10 | Note to B.Friedman re section 544(b) standing issue |
| 07/29/02 | TWS | 425.00 | .20 | Read recent filings and correspondence |
| 07/29/02 | TWS | 425.00 | .90 | TC NDF and B.Friedman re standards opinion |
| 07/29/02 | TWS | 425.00 | 1.10 | Conf NDF re status and developments and re ongoing discovery |
| 07/29/02 | TWS | 425.00 | .60 | Review briefs on standards issue |
| 07/29/02 | TWS | 425.00 | 1.00 | Read standards opinion |
| 07/29/02 | ARO | 160.00 | 1.80 | Depo digest |
| 07/29/02 | JPC | 215.00 | 1.30 | Conference with RCS and NDF re: gathering and service of Peterson disclosure items (.2); follow up discussion with RCS re: same (.2); research geographic directions for deposition travel (.3); pull case law and assorted documents re: Peterson report for service/discovery on opposing counsel (.4); follow up conference with W. Richmond re: inclusions/exclusions for deposition digests (.2) |
| 07/29/02 | JWR | 160.00 | 3.50 | Writing deposition digest for NDF's 6/20/02 deposition of Daniel Rourke. |

| 07/29/02 | NDF | 350.00 | 6.90 | Prep for Beber dep (.7); review new docs produced by Grace (1.5); review PwC docs to use w/ Beber (.8); review docs Peterson relied on (.7); t/c Eli Liebenstein (.3); conf. EI re: Peterson materials (.4); t/c Widom/Turken re: Beber dep (.5); select more docs to use w/Beber (.6); review Wolin opinion (.8); conf. tWS re: case issues and future discovery (.6). |
| --- | --- | --- | --- | --- |
| 07/30/02 | PVL | 560.00 | 1.20 | Review 3 depo notices (.1); teleconferences EI re case prep (.6); review email re same (.1); review pls. discovery requests (.1); confer TWS re case prep (.3). |
| 07/30/02 | TWS | 425.00 | 1.50 | Read standards opinion |
| 07/30/02 | TWS | 425.00 | .60 | Conf EI re solvency standards opinion |
| 07/30/02 | TWS | 425.00 | .10 | Conf JPC re scheduling |
| 07/30/02 | TWS | 425.00 | .50 | Conf NDF re standards opinion |
| 07/30/02 | TWS | 425.00 | .10 | Read correspondence |
| 07/30/02 | TWS | 425.00 | .20 | TC A.Rich re claims data |
| 07/30/02 | TWS | 425.00 | .10 | TC L.Bush re claims data |
| 07/30/02 | TWS | 425.00 | .20 | Note to M.Peterson re scheduling |
| 07/30/02 | TWS | 425.00 | .20 | Note to M.Peterson re Skadden's request for software |
| 07/30/02 | ARO | 160.00 | 3.10 | Depo digest |
| 07/30/02 | EI | 675.00 | 1.20 | Read Wolin opinion (.5); telecon with PVNL re: opinion (.3); conference with TWS re: opinion (.1); telecon with Reuter's man (.3). |
| 07/30/02 | JPC | 215.00 | .50 | Conference with RCS re: Peterson disclosure documents for EI and correspondence with Peterson and Relles (.3); email correspondence with Peterson and Relles re: disclosure items for possible discovery (.2) |

| 07/30/02 | JWR | 160.00 | 4.70 | Writing deposition digest for NDF's 6/20/02 deposition of Daniel Rourke. |
|---|---|---|---|---|
| 07/30/02 | NDF | 350.00 | 9.80 | Attend PD portion of Beber dep. (8.1); conf. Turken re: case issues (.3); t/c TWS re: Peterson trial prep (.5); t/c Peterson re: software issue (.4); organize outline for Beber dep (.5). |
| 07/31/02 | PVL | 560.00 | .20 | Teleconference EI re case prep. |
| 07/31/02 | TWS | 425.00 | .20 | TC B.Friedman re status and developments |
| 07/31/02 | TWS | 425.00 | .10 | Conf RCS re assembling record materials |
| 07/31/02 | TWS | 425.00 | .20 | TCs L.Bush re claims data |
| 07/31/02 | TWS | 425.00 | 2.00 | Conf call EI, M.Peterson re claims valuation |
| 07/31/02 | ARO | 160.00 | 7.40 | Depo digest |
| 07/31/02 | EI | 675.00 | 2.40 | Conference call with TWS/Peterson to review Wolin decision re: standards and determine need for additional exper filing (1.7); telecon with Baena re: same (.2); telecon with Brad Friedman re: same (.2); telecon with McGovern (.2); telecon with Weitz (.1). |
| 07/31/02 | SQC | 125.00 | 8.50 | Assist with Beber deposition |
| 07/31/02 | JWR | 160.00 | 2.70 | Writing deposition digest for NDF's 6/20/02 deposition of Daniel Rourke. |
| 07/31/02 | EAY | 160.00 | 1.80 | Formatting and drafting "deposition digest" for deposition of John Port (1.8). |
| 07/31/02 | EAY | 160.00 | 4.70 | Drafting deposition digest for Port (4.7). |
| 07/31/02 | NDF | 350.00 | 7.10 | Take Beber dep (6.4); t/c TWS re: Beber dep (.4); review Grace supplemental discovery responses (.3). |

{D0004530:1 }

**Total Task Code .34**        399.90


**<u>Non-Working Travel Time (60.90 Hours; $ 7,563.75)</u>**


| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Nathan D. Finch | 33.40 | $175.00 | 5,845.00 |
| Stacy Q. Cline | 27.50 | $62.50 | 1,718.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | <u>Full Narrative</u> |
|---|---|---|---|---|
| 07/01/02 | NDF | 175.00 | 2.50 | Travel to North Carolina (2.5). |
| 07/02/02 | NDF | 175.00 | 2.00 | Travel to DC (2.0). |
| 07/09/02 | NDF | 175.00 | 3.20 | Travel DC/NY for HL depo (3.2). |
| 07/10/02 | NDF | 175.00 | 2.80 | Travel fro NY to DC (2.8). |
| 07/17/02 | SQC | 62.50 | 7.00 | Travel (from D.C. to Florida for Port & Hughes depositions). |
| 07/19/02 | SQC | 62.50 | 8.50 | Travel from Florida to D.C. |
| 07/19/02 | NDF | 175.00 | 2.50 | Travel time Boca Chicago for meeting in other matter (2.5). |
| 07/24/02 | NDF | 175.00 | 3.80 | Travel to NY for Ellberger dep. (3.8). |
| 07/25/02 | NDF | 175.00 | 4.50 | Travel to DC (4.5). |
| 07/30/02 | SQC | 62.50 | 6.50 | Travel to Beber deposition. |
| 07/30/02 | NDF | 175.00 | 6.60 | Travel to Charlotte, NC for Beber dep (3.6); travel to Banner Elk, NC for day 2 of Beber dep (3.0); |
| 07/31/02 | SQC | 62.50 | 5.50 | Travel from deposition |
| 07/31/02 | NDF | 175.00 | 5.50 | Travel from Banner Elk to Charlotte to DC (5.5). |

**Total Task Code .35**        60.90

**Retention of Professionals (1.50 Hours; $ 637.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 1.50 | $425 | 637.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/02 | TWS | 425.00 | .20 | TCs R. Budd and M. Hurford re objection to ZAI retentio |
| 07/01/02 | TWS | 425.00 | .50 | TCs A. McGarvey re objection to ZAI retention |
| 07/01/02 | TWS | 425.00 | .30 | Edit objection to ZAI retention |
| 07/10/02 | TWS | 425.00 | .50 | Note to EI re potential conflicts issue involving Zonolite retention proposal |

**Total Task Code .40**          **1.50**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 4,705.50 |
| Air Freight & Express Mail | 717.33 |
| Conference Meals | 60.44 |
| Court Reporting/Transcript Service | 2,151.80 |
| Database Research | 7,487.77 |
| Long Distance Telephone - Equitrac In-House | 112.27 |
| Meals Related to Travel | 256.61 |
| Miscellaneous: Client Advances | 5.00 |
| NYO Long Distance Telephone | 1.33 |
| Outside Fax Service | 12.00 |
| Outside Local Deliveries | 102.43 |
| Outside Duplication Service | 1,459.51 |
| Postage | 6.04 |
| Professional Fees & Expert Witness Fees | 4,878.20 |
| Research Material | 612.13 |
| Telecopier | 101.10 |
| Travel Expenses – Ground Transportation | 420.83 |
| Travel Expenses – Hotel Charges | 1,654.18 |
| Travel Expenses – LD Calls on Hotel Bill | 256.67 |
| Travel Expenses – Miscellanous | 18.49 |
| Duplicating | 6,030.30 |
| | |
| Total: | $ 31,049.93 |