**EXHIBIT B**

**Asbestos: Claims Analysis & Valuations (265.7 Hours; $ 76,896.50)**

      Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .02**　　　265.7

**Asbestos: Claims Litigation (3.9 Hours; $ 838.50)**

      Services rendered in this category relate to the litigation concerning the validity and payment of claim.

**Total Task Code .03**　　　3.9

**Case Administration (89.3 Hours; $ 14,788.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .14**　　　89.3

**Committee Matters & Creditor Mtgs (3.5 Hours; $ 1,965.00)**

      Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .17**　　　3.5

**Compensation of Professionals (Fee Applications of self & others) (23.6 Hours; $ 5,451.50)**

      Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .18**　　　23.6

**Employee Matters (.5 Hours; $ 280.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .21**            .5

**Litigation/Fraudulent Conveyance (399.9 Hours; $ 123,302.00)**

Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .34**        399.9

**Non-Working Travel Time (60.9 Hours; $ 7,563.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .35**        60.9

**Retention of Professionals (1.5 Hours; $ 637.50)**

Services rendered in this category pertain to the preparation and review of the employment applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .40**        1.5