## <u>EXHIBIT C</u>

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 4,705.50 |
| Air Freight & Express Mail | 717.33 |
| Conference Meals | 60.44 |
| Court Reporting/Transcript Service | 2,151.80 |
| Database Research | 7,487.77 |
| Long Distance Telephone - Equitrac In-House | 112.27 |
| Meals Related to Travel | 256.61 |
| Miscellaneous: Client Advances | 5.00 |
| NYO Long Distance Telephone | 1.33 |
| Outside Fax Service | 12.00 |
| Outside Local Deliveries | 102.43 |
| Outside Duplication Service | 1,459.51 |
| Postage | 6.04 |
| Professional Fees & Expert Witness Fees | 4,878.20 |
| Research Material | 612.13 |
| Telecopier | 101.10 |
| Travel Expenses – Ground Transportation | 420.83 |
| Travel Expenses – Hotel Charges | 1,654.18 |
| Travel Expenses – LD Calls on Hotel Bill | 256.67 |
| Travel Expenses – Miscellanous | 18.49 |
| Duplicating | <u>6,030.30</u> |

Total:                                    $ 31,049.93