08/12/2002                              Prebill Control Report

Page 1

09:13:35


Prebill 000001   Subpage    1                              Client: 4642        Matter:

000_____

Bill Attn To        Attn:


Client 4642         Grace Asbestos Personal Injury Claimants      Old Ref:

Opened: 04/16/01_____Client 4642          Grace Asbestos Personal Injury

Claimants     Old Ref:          Opened: 04/16/01

Primary Contact


Matter 000                                    Old Ref:            Opened:

04/16/01_____Matter 000                              Old Ref:

Opened: 04/16/01

Disbursements


Bill Cycle: 01  Style: it i1   Start: 04/16/01  Last Billed:   07/26/02  Trans Date Range:

01/01/50 to 07/31/02

Client Retainer Available:         .00   Committed to invoices:      .00  Remaining:

.00

Client Credits  Available:      .00   Committed to invoices:      .00  Remaining:      .00

Matter Retainer Available:         .00   Committed to invoices:      .00   Remaining:

.00

Matter Credits  Available:      .00   Committed to invoices:      .00  Remaining:

.00

Budget Fees        .00               Billed Fees       .00  Resp Empl: Elihu Inselbuch

Budget Exp         .00               Billed Exp   96,456.03  Bill Empl: Elihu Inselbuch

Budget Tot         .00               Total        96,456.03  Alt Empl:  Elihu Inselbuch


SUMMARY BY EMPLOYEE

```
                        -----------A C T U A L---------  ----------B I L L I N G---------
Value At
Empl Init  Name              T/E  Avg Rate   Hours    Amount  Avg Rate   Hours
Amount    Calc RateEmpl Init  Name                    T/E  Avg Rate   Hours    Amount
Avg Rate   Hours    Amount    Calc
Rate_____
```

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 0106 TWS | Trevor W. Swett | E | | | 19.76 | | | 19.76 |
| 0120 EI | Elihu Inselbuch | E | | | 171.00 | | | 171.00 |
| 0122 SME | Stacie M. Evans | E | | | 1,332.83 | | | 1,332.83 |
| 0128 SAT | Samira A. Taylor | E | | | 14.06 | | | 14.06 |
| 0149 JPC | John P. Cunningham | E | | | 12.00 | | | 12.00 |
| 0156 SQC | Stacy Q. Cline | E | | | 1,867.83 | | | 1,867.83 |
| 0187 NDF | Nathan D. Finch | E | | | 13,072.89 | | | 13,072.89 |
| 0999 C&D | Caplin &. Drysdale | E | | | 14,559.56 | | | 14,559.56 |

```
                Total Fees:         .00     .00        .00     .00
.00
                Total Expenses:          31,049.93          31,049.93
.00
                Total Fee+Exp:      .00  31,049.93      .00  31,049.93
.00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------              W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate   Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code Date
Empl    Rate   Hours    Amount  Rate   Hours    Amount
```

{D0004533:1 }

Cumulative_____

_____

1334,696 Long Distance-Equitrac     E 64 07/01/02 0999 C&D          2.55
2.55      2.55
        In-House
1334,912 Equitrac - Photocopy     E 54 07/01/02 0999 C&D          3.60
3.60      6.15
        charges
1334,913 Xeroxing            E 54 07/01/02 0999 C&D          16.80
16.80      22.95
1334,914 Equitrac - Photocopy     E 54 07/01/02 0999 C&D          .30
.30      23.25
        charges
1334,915 Xeroxing            E 54 07/01/02 0999 C&D          45.45
45.45      68.70
1334,916 Xeroxing            E 54 07/01/02 0999 C&D          28.95
28.95      97.65

08/12/2002                    Prebill Control Report
Page 2
09:13:39

Prebill 000001   Subpage    2                    Client: 4642      Matter:
000_____
                    W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
   Trans Transaction Description    Code  Date  Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____

_____

1334,917 Xeroxing            E 54 07/01/02 0999 C&D          19.80
19.80      117.45
1334,918 Xeroxing            E 54 07/01/02 0999 C&D          10.80
10.80      128.25

1334,919 Xeroxing            E 54 07/01/02 0999 C&D            432.90
432.90      561.15
1334,931 Equitrac - Fax charges     E 62 07/01/02 0999 C&D            9.00
9.00      570.15
1334,932 Telecopier/Equitrac      E 62 07/01/02 0999 C&D            1.05
1.05      571.20
1334,399 Federal Express Delivery on  E 01 07/02/02 0122 SME            50.74
50.74      621.94
        6/27 to M. Peterson
        From Federal Express
        002001 AUDIT *
        AP-0072,298:0004  Date:
        07/02/02
1334,411 Tvl to NY on 6/19 for     E 21 07/02/02 0122 SME            25.88
25.88      647.82
        depositions - dinner on
        6/19
        From Stacie Evans
        003227 AUDIT *
        AP-0072,317:0002  Date:
        07/02/02
1334,412 Tvl to NY on 6/19 for     E 15 07/02/02 0122 SME            203.00
203.00      850.82
        depositions - train
        transportation from NY to
        DC on 6/20
        From Stacie Evans
        003227 AUDIT *
        AP-0072,317:0003  Date:
        07/02/02
1334,413 Tvl to NY on 6/19 for     E 32 07/02/02 0122 SME            279.46
279.46      1,130.28
        depositions - hotel in NY
        on 6/19
        From Stacie Evans
        003227 AUDIT *
        AP-0072,317:0004  Date:

07/02/02

1334,414 Tvl to NY on 6/19 for     E 35 07/02/02 0122 SME          2.00

2.00    1,132.28

depositions

From Stacie Evans

003227 AUDIT *

AP-0072,317:0005  Date:

07/02/02

1334,697 Long Distance-Equitrac     E 64 07/02/02 0999 C&D          .48

.48    1,132.76

In-House

1334,920 Equitrac - Photocopy     E 54 07/02/02 0999 C&D          13.95

13.95    1,146.71

charges

1334,921 Xeroxing          E 54 07/02/02 0999 C&D          68.10

68.10    1,214.81

1334,922 Equitrac - Photocopy     E 54 07/02/02 0999 C&D          9.00

9.00    1,223.81

charges

1334,561 Federal Express to Kevin     E 01 07/03/02 0106 TWS          11.62

11.62    1,235.43

Irwin from TWS on 7/1

From Federal Express


08/12/2002                    Prebill Control Report

Page 3

09:13:39


Prebill 000001   Subpage   3                    Client: 4642          Matter:

000_____

                    W/E  Trans.  Work    ---------A C T U A L------- --------------B I L L I

N G-------------                    W/E  Trans.  Work     ---------A C T U A L------- ------

--------B I L L I N G-------------

  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl   Rate   Hours     Amount  Rate   Hours     Amount

Cumulative_____

_____

002001 AUDIT *
AP-0072,340:0006  Date:
07/03/02

1334,556 Federal Express to Karon    E 01 07/03/02 0122 SME        33.21
33.21    1,268.64
Thornton from SME on 6/28
From Federal Express

002001 AUDIT *
AP-0072,339:0003  Date:
07/03/02

1334,698 Long Distance-Equitrac    E 64 07/03/02 0999 C&D        2.11
2.11    1,270.75
In-House

1334,923 Equitrac - Photocopy    E 54 07/03/02 0999 C&D        .75
.75    1,271.50
charges

1334,924 Xeroxing            E 54 07/03/02 0999 C&D        46.05
46.05    1,317.55

1334,925 Xeroxing            E 54 07/03/02 0999 C&D        30.75
30.75    1,348.30

1334,926 Xeroxing            E 54 07/03/02 0999 C&D        39.75
39.75    1,388.05

1334,927 Equitrac - Photocopy    E 54 07/03/02 0999 C&D        1.65
1.65    1,389.70
charges

1334,928 Xeroxing            E 54 07/03/02 0999 C&D        2.25
2.25    1,391.95

1334,929 Equitrac - Photocopy    E 54 07/03/02 0999 C&D        28.80
28.80    1,420.75
charges

1334,933 Telecopier/Equitrac    E 62 07/03/02 0999 C&D        .60
.60    1,421.35

1334,934 Telecopier/Equitrac    E 62 07/03/02 0999 C&D        .60
.60    1,421.95

1334,935 Telecopier/Equitrac      E 62 07/03/02 0999 C&D            4.20
4.20    1,426.15

1334,699 Equitrac - Long Distance    E 64 07/05/02 0999 C&D            2.76
2.76    1,428.91

1334,930 Equitrac - Photocopy      E 54 07/05/02 0999 C&D            .15
.15    1,429.06
        charges

1335,374 Long Distance-Equitrac      E 64 07/08/02 0999 C&D            5.32
5.32    1,434.38
        In-House

1335,438 Xeroxing          E 54 07/08/02 0999 C&D        8.25
8.25    1,442.63

1335,439 Equitrac - Photocopy      E 54 07/08/02 0999 C&D            13.65
13.65    1,456.28
        charges

1335,440 Equitrac - Photocopy      E 54 07/08/02 0999 C&D            .15
.15    1,456.43
        charges

1335,441 Xeroxing          E 54 07/08/02 0999 C&D        48.75
48.75    1,505.18

1335,442 Xeroxing          E 54 07/08/02 0999 C&D        20.10
20.10    1,525.28

1335,443 Equitrac - Photocopy      E 54 07/08/02 0999 C&D            6.90
6.90    1,532.18
        charges

1335,444 Equitrac - Photocopy      E 54 07/08/02 0999 C&D            3.15
3.15    1,535.33
        charges

1335,445 Equitrac - Photocopy      E 54 07/08/02 0999 C&D            6.45
6.45    1,541.78
        charges

1335,446 Equitrac - Fax charges      E 62 07/08/02 0999 C&D            3.30
3.30    1,545.08

1335,831 Federal Express to Warren    E 01 07/09/02 0120 EI            21.34
21.34    1,566.42
        Smith from EI on 6/25
        From Federal Express

002001 AUDIT *

AP-0072,363:0009  Date:

07/09/02

08/12/2002                              Prebill Control Report

Page 4

09:13:40

Prebill 000001   Subpage    4                          Client: 4642        Matter:

000_____

                              W/E  Trans.  Work   --------A C T U A L-------- --------------B I L L I

N G-------------                          W/E   Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours     Amount

Rate  Hours     Amount  Cumulative  Trans Transaction Description     Code  Date

Empl    Rate  Hours    Amount  Rate  Hours     Amount

Cumulative_____

_____

1335,833 Federal Express to Darlene   E 01 07/09/02 0120 EI            8.72

8.72    1,575.14

    Chielli from EI on 6/25

    From Federal Express

    002001 AUDIT *

    AP-0072,363:0011  Date:

    07/09/02

1335,817 NDF Raleigh, NC expenses    E 21 07/09/02 0187 NDF            27.00

27.00    1,602.14

    for depositions on 7/1-2

    for lunch and dinner

    From Nathan D. Finch

    000326 AUDIT *

    AP-0072,354:0002  Date:

    07/09/02

1335,818 NDF Raleigh, NC expenses    E 32 07/09/02 0187 NDF            139.50

139.50    1,741.64

    for depositions on 7/1-2

    for Courtyard Marriott

{D0004533:1 }

hotel
From Nathan D. Finch
000326 AUDIT *
AP-0072,354:0003  Date:
07/09/02
1335,819 NDF Raleigh, NC expenses    E 33 07/09/02 0187 NDF         65.00
65.00    1,806.64
for depositions on 7/1-2
for cabs t/f airport and
hotel
From Nathan D. Finch
000326 AUDIT *
AP-0072,354:0004  Date:
07/09/02
1335,820 NDF Raleigh, NC expenses    E 35 07/09/02 0187 NDF         39.26
39.26    1,845.90
for depositions on 7/1-2
for phone calls made from
hotel room
From Nathan D. Finch
000326 AUDIT *
AP-0072,354:0005  Date:
07/09/02
1335,867 Long Distance-Equitrac      E 64 07/09/02 0999 C&D          3.20
3.20    1,849.10
In-House
1335,954 Equitrac - Photocopy       E 54 07/09/02 0999 C&D          7.95
7.95    1,857.05
charges
1335,955 Xeroxing                E 54 07/09/02 0999 C&D          274.05
274.05    2,131.10
1335,956 Equitrac - Photocopy       E 54 07/09/02 0999 C&D          1.50
1.50    2,132.60
charges
1335,957 Xeroxing                E 54 07/09/02 0999 C&D          15.90
15.90    2,148.50

1335,958 Equitrac - Photocopy        E 54 07/09/02 0999 C&D                    2.25
2.25    2,150.75
        charges
1335,959 Equitrac - Photocopy        E 54 07/09/02 0999 C&D                    .30
.30    2,151.05
        charges

08/12/2002                          Prebill Control Report
Page 5
09:13:40

Prebill 000001   Subpage    5                        Client: 4642        Matter:
000_____
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------           W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description     Code Date Empl    Rate  Hours     Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code Date
Empl    Rate  Hours     Amount  Rate   Hours     Amount
Cumulative_____
_____

1335,960 Equitrac - Photocopy        E 54 07/09/02 0999 C&D                    9.00
9.00    2,160.05
        charges
1335,961 Equitrac - Photocopy        E 54 07/09/02 0999 C&D                    2.25
2.25    2,162.30
        charges
1335,962 Equitrac - Photocopy        E 54 07/09/02 0999 C&D                    3.30
3.30    2,165.60
        charges
1335,963 Telecopier/Equitrac         E 62 07/09/02 0999 C&D                    3.00
3.00    2,168.60
1335,964 Telecopier/Equitrac         E 62 07/09/02 0999 C&D                    1.35
1.35    2,169.95
1336,241 Discovery Copy Serv; Color  E 25 07/10/02 0122 SME                    412.16
412.16    2,582.11
        copies, binding

From Discovery Copy Service

001360 AUDIT *

AP-0072,409:0002  Date:

07/10/02

1336,226 Federal Express to Mitchell  E 01 07/10/02 0187 NDF          56.27

56.27    2,638.38

Widom from NDF on 7/3

From Federal Express

002001 AUDIT *

AP-0072,396:0005  Date:

07/10/02

1336,264 Long Distance-Equitrac     E 64 07/10/02 0999 C&D          6.70

6.70    2,645.08

In-House

1336,331 Xeroxing              E 54 07/10/02 0999 C&D          16.35

16.35    2,661.43

1336,332 Equitrac - Photocopy     E 54 07/10/02 0999 C&D          61.50

61.50    2,722.93

charges

1336,333 Xeroxing              E 54 07/10/02 0999 C&D          412.05

412.05    3,134.98

1336,334 Equitrac - Photocopy     E 54 07/10/02 0999 C&D          .30

.30    3,135.28

charges

1336,335 Equitrac - Photocopy     E 54 07/10/02 0999 C&D          17.55

17.55    3,152.83

charges

1336,336 Xeroxing              E 54 07/10/02 0999 C&D          39.15

39.15    3,191.98

1336,337 Xeroxing              E 54 07/10/02 0999 C&D          4.95

4.95    3,196.93

1336,338 Telecopier/Equitrac     E 62 07/10/02 0999 C&D          18.30

18.30    3,215.23

1336,482 NDF expenses in New York    E 21 07/11/02 0187 NDF          5.00

5.00    3,220.23

for depositions on 7/9-10

for snack

From Nathan D. Finch

000326 AUDIT *

AP-0072,425:0002  Date:

07/11/02

1336,483 NDF expenses in New York    E 32 07/11/02 0187 NDF              256.81

256.81    3,477.04

for depositions on 7/9-10

for Hotel Elysee

From Nathan D. Finch

000326 AUDIT *

AP-0072,425:0003  Date:

07/11/02

1336,484 NDF expenses in New York    E 33 07/11/02 0187 NDF              25.00

25.00    3,502.04

for depositions on 7/9-10

08/12/2002                              Prebill Control Report

Page 6

09:13:40

Prebill 000001   Subpage    6                          Client: 4642        Matter:

000_____

                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------                      W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate   Hours     Amount   Cumulative  Trans Transaction Description     Code  Date

Empl     Rate  Hours     Amount  Rate  Hours     Amount

Cumulative_____

_____

for cabs t/f Union Station

and hotel

From Nathan D. Finch

000326 AUDIT *

AP-0072,425:0004  Date:

07/11/02

1336,511 Long Distance-Equitrac    E 64 07/11/02 0999 C&D                6.78
6.78    3,508.82
    In-House

1336,580 Equitrac - Photocopy    E 54 07/11/02 0999 C&D               91.50
91.50    3,600.32
    charges

1336,581 Equitrac - Photocopy    E 54 07/11/02 0999 C&D               26.10
26.10    3,626.42
    charges

1336,582 Xeroxing              E 54 07/11/02 0999 C&D               87.90
87.90    3,714.32

1336,583 Xeroxing              E 54 07/11/02 0999 C&D               18.75
18.75    3,733.07

1336,584 Equitrac - Photocopy    E 54 07/11/02 0999 C&D                 .60
.60    3,733.67
    charges

1336,585 Xeroxing              E 54 07/11/02 0999 C&D               10.20
10.20    3,743.87

1336,586 Equitrac - Photocopy    E 54 07/11/02 0999 C&D               12.00
12.00    3,755.87
    charges

1336,587 Equitrac - Photocopy    E 54 07/11/02 0999 C&D                4.50
4.50    3,760.37
    charges

1336,588 Equitrac - Photocopy    E 54 07/11/02 0999 C&D               33.30
33.30    3,793.67
    charges

1336,589 Equitrac - Fax charges    E 62 07/11/02 0999 C&D                 .90
.90    3,794.57

1336,590 Equitrac - Fax charges    E 62 07/11/02 0999 C&D                2.85
2.85    3,797.42

1337,661 Appearance at deposition of E 08 07/12/02 0187 NDF              75.00
75.00    3,872.42
    Stallard
    From J Mac Video
    Productions        003498
    AUDIT * AP-0072,447:0002

Date: 07/12/02

1337,221 Annals of NY Academy of        E 27 07/12/02 0999 C&D                5.00
5.00    3,877.42
    Science
    From Fleet Credit Service
    003496 AUDIT *
    AP-0072,438:0002  Date:
    07/12/02

1338,234 Long Distance-Equitrac        E 64 07/12/02 0999 C&D               20.10
20.10    3,897.52
    In-House

1338,362 Xeroxing                E 54 07/12/02 0999 C&D                1.95
1.95    3,899.47

1338,363 Xeroxing                E 54 07/12/02 0999 C&D               36.60
36.60    3,936.07

1338,364 Equitrac - Photocopy        E 54 07/12/02 0999 C&D                6.30
6.30    3,942.37
    charges

1338,365 Xeroxing                E 54 07/12/02 0999 C&D                3.75
3.75    3,946.12

1338,366 Xeroxing                E 54 07/12/02 0999 C&D                9.00
9.00    3,955.12

1338,367 Equitrac - Photocopy        E 54 07/12/02 0999 C&D                2.40
2.40    3,957.52
    charges

1338,368 Equitrac - Photocopy        E 54 07/12/02 0999 C&D               35.85
35.85    3,993.37
    charges


08/12/2002                        Prebill Control Report
Page 7
09:13:41


Prebill 000001   Subpage    7                        Client: 4642        Matter:
000_____

{D0004533:1 }

W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- -------------B I L L I N G-------------

  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount  Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date  Empl     Rate  Hours     Amount  Rate   Hours     Amount  Cumulative_____

_____

1338,380 Equitrac - Fax charges      E 62 07/12/02 0999 C&D                  1.20  1.20    3,994.57

1338,381 Telecopier/Equitrac      E 62 07/12/02 0999 C&D                  1.95  1.95    3,996.52

1338,235 Long Distance-Equitrac      E 64 07/14/02 0999 C&D                  .47  .47    3,996.99
        In-House

1338,369 Equitrac - Photocopy      E 54 07/14/02 0999 C&D                  .45  .45    3,997.44
        charges

1338,236 Long Distance-Equitrac      E 64 07/15/02 0999 C&D                  9.17  9.17    4,006.61
        In-House

1338,370 Equitrac - Photocopy      E 54 07/15/02 0999 C&D                  64.80  64.80    4,071.41
        charges

1338,371 Xeroxing            E 54 07/15/02 0999 C&D                  288.30  288.30    4,359.71

1338,372 Equitrac - Photocopy      E 54 07/15/02 0999 C&D                  .30  .30    4,360.01
        charges

1338,373 Xeroxing            E 54 07/15/02 0999 C&D                  9.60  9.60    4,369.61

1338,374 Xeroxing            E 54 07/15/02 0999 C&D                  21.90  21.90    4,391.51

1338,375 Xeroxing            E 54 07/15/02 0999 C&D                  44.55  44.55    4,436.06

1338,376 Xeroxing            E 54 07/15/02 0999 C&D                  8.40  8.40    4,444.46

1338,377 Xeroxing               E 54 07/15/02 0999 C&D          2.40
2.40    4,446.86

1338,378 Xeroxing               E 54 07/15/02 0999 C&D        215.40
215.40    4,662.26

1338,379 Equitrac - Postage       E 56 07/15/02 0999 C&D        .74
.74    4,663.00

1338,382 Telecopier/Equitrac      E 62 07/15/02 0999 C&D       1.95
1.95    4,664.95

1338,383 Equitrac - Fax charges    E 62 07/15/02 0999 C&D       .90
.90    4,665.85

1338,624 Global Securities research  E 06 07/16/02 0187 NDF       28.00
28.00    4,693.85
    usage through 6/30
    From Global Securities
    Information  002192 AUDIT *
    AP-0072,493:0003  Date:
    07/16/02

1338,633 Thomson Financial global    E 06 07/16/02 0187 NDF      346.13
346.13    5,039.98
    access demand by NDF
    From Thomson Financial
    003408 AUDIT *
    AP-0072,500:0002  Date:
    07/16/02

1338,636 Research Assoc        E 06 07/16/02 0187 NDF      238.00
238.00    5,277.98
    From Research Associates
    001948 AUDIT *
    AP-0072,520:0002  Date:
    07/16/02

1338,628 Velocity Express t/f Arnold  E 03 07/16/02 0999 C&D      49.02
49.02    5,327.00
    & Porter on 6/27; t/f Ross
    Dixon Bell on 6/26 and t/f
    Shane Gardner on 6/27
    From Velocity Express
    002986 AUDIT *

AP-0072,498:0003  Date:
07/16/02
1338,684 Long Distance-Equitrac     E 64 07/16/02 0999 C&D              4.32
4.32    5,331.32
In-House

08/12/2002                              Prebill Control Report
Page 8
09:13:41

Prebill 000001   Subpage    8                          Client: 4642       Matter:
000_____
                        W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------               W/E  Trans.  Work   ---------A C T U A L-------- ------
--------B I L L I N G-------------
   Trans Transaction Description    Code Date Empl    Rate   Hours      Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate   Hours     Amount   Rate   Hours     Amount
Cumulative_____
_____
1338,755 Equitrac - Photocopy     E 54 07/16/02 0999 C&D              .15
.15    5,331.47
        charges
1338,756 Xeroxing              E 54 07/16/02 0999 C&D              67.05
67.05    5,398.52
1338,757 Equitrac - Photocopy     E 54 07/16/02 0999 C&D              1.35
1.35    5,399.87
        charges
1338,758 Xeroxing              E 54 07/16/02 0999 C&D              39.90
39.90    5,439.77
1338,759 Equitrac - Photocopy     E 54 07/16/02 0999 C&D              4.80
4.80    5,444.57
        charges
1338,760 Xeroxing              E 54 07/16/02 0999 C&D              17.40
17.40    5,461.97
1338,761 Equitrac - Photocopy     E 54 07/16/02 0999 C&D              1.20
1.20    5,463.17

charges

1338,762 Xeroxing                   E 54 07/16/02 0999 C&D                    6.00
6.00    5,469.17

1338,763 Xeroxing                   E 54 07/16/02 0999 C&D                    184.65
184.65    5,653.82

1338,764 Telecopier/Equitrac        E 62 07/16/02 0999 C&D                    .90
.90    5,654.72

1338,765 Equitrac - Fax charges     E 62 07/16/02 0999 C&D                    .60
.60    5,655.32

1338,903 Federal Express to Kevin   E 01 07/17/02 0106 TWS                    8.14
8.14    5,663.46

    Irwin, Mark Peterson from

    TWS on 6/25

    From Federal Express

    002001 AUDIT *

    AP-0072,542:0006  Date:

    07/17/02

1338,875 Federal Express to Pierce,  E 01 07/17/02 0120 EI                    65.56
65.56    5,729.02

    Vargas, Cloud, and Smith

    from EI on 6/28 and 7/2

    From Federal Express

    002001 AUDIT *

    AP-0072,527:0007  Date:

    07/17/02

1338,911 Federal Express to David   E 01 07/17/02 0122 SME                    30.44
30.44    5,759.46

    Kaplin from SME on 7/9

    From Federal Express

    002001 AUDIT *

    AP-0072,543:0007  Date:

    07/17/02

1338,926 Federal Express to DNF from  E 01 07/17/02 0122 SME                    140.67
140.67    5,900.13

    SME on 7/16

    From Federal Express

    002001 AUDIT *

AP-0072,547:0004  Date:
07/17/02
1338,899 Original and one copy of    E 23 07/17/02 0187 NDF          2,151.80
2,151.80    8,051.93
transcript of Stallard
deposition
From Capital Reporting,
Inc.      003504 AUDIT *
AP-0072,540:0002  Date:
07/17/02
1338,921 Federal Express to Mark    E 01 07/17/02 0187 NDF          24.85
24.85    8,076.78

08/12/2002                        Prebill Control Report
Page 9
09:13:41

Prebill 000001  Subpage    9                        Client: 4642        Matter:
000_____
                        W/E Trans. Work    ---------A C T U A L-------- --------------B I L L I
N G-------------                  W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____
_____
      Peterson from NDF on 7/12
      From Federal Express
      002001 AUDIT *
      AP-0072,546:0004  Date:
      07/17/02
1338,660 Petty Cash; Lunch for    E 22 07/17/02 0999 C&D          31.85
31.85    8,108.63
      Turken and Widom (no C&D
      attorney attended) on 7/11
      From Petty Cash

{D0004533:1 }

005317 AUDIT *

AP-0072,526:0031  Date:

07/17/02

1338,897 Federal Express to Mark    E 01 07/17/02 0999 C&D            1.35

1.35    8,109.98

Peterson on 6/21

From Federal Express

002001 AUDIT *

AP-0072,539:0005  Date:

07/17/02

1339,203 Long Distance-Equitrac     E 64 07/17/02 0999 C&D            6.99

6.99    8,116.97

In-House

1339,242 Equitrac - Photocopy       E 54 07/17/02 0999 C&D            1.35

1.35    8,118.32

charges

1339,243 Equitrac - Photocopy       E 54 07/17/02 0999 C&D            2.40

2.40    8,120.72

charges

1339,244 Xeroxing                   E 54 07/17/02 0999 C&D           11.40

11.40    8,132.12

1339,466 ADA Travel; Downgrade on    E 15 07/18/02 0122 SME         -223.00

-223.00    7,909.12

SME travel to NYC on 6/19

From ADA Travel, Inc.

000534 AUDIT *

AP-0072,551:0013  Date:

07/18/02

1339,507 Heavy Litigation, Redweld   E 25 07/18/02 0122 SME          378.27

378.27    8,287.39

From Discovery Copy Service

001360 AUDIT *

AP-0072,580:0002  Date:

07/18/02

1339,480 ADA Travel; 7/17 travel for  E 15 07/18/02 0156 SQC        1,407.50

1,407.50    9,694.89

Stacy Cline to Ft.

{D0004533:1 }

Lauderdale (coach fare

$1047.00)

From ADA Travel, Inc.

000534 AUDIT *

AP-0072,551:0027  Date:

07/18/02

1339,481 ADA Travel; Agency fee on   E 15 07/18/02 0156 SQC                    40.00

40.00    9,734.89

Stacy Client travel to Ft.

Lauderdale on 7/17

From ADA Travel, Inc.

000534 AUDIT *


08/12/2002                              Prebill Control Report

Page 10

09:13:42


Prebill 000001  Subpage   10                              Client: 4642

Matter: 000_____

                    W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours     Amount

Rate   Hours     Amount  Cumulative  Trans Transaction Description      Code  Date

Empl    Rate  Hours     Amount  Rate   Hours     Amount

Cumulative_____

_____

      AP-0072,551:0028  Date:

      07/18/02

1339,460 ADA Travel; NDF coach class  E 15 07/18/02 0187 NDF                    799.50

799.50    10,534.39

      travel to Raleigh, NC on

      7/1

      From ADA Travel, Inc.

      000534 AUDIT *

      AP-0072,551:0007  Date:

      07/18/02

1339,461 ADA Travel; Agency fee on    E 15 07/18/02 0187 NDF                40.00
40.00    10,574.39
    NDF 7/1 travel to Raleigh
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,551:0008  Date:
    07/18/02
1339,471 ADA Travel; NDF travel to    E 15 07/18/02 0187 NDF              446.00
446.00    11,020.39
    NYC (coach fare $330.00) NO
    agency fee charged
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,551:0018  Date:
    07/18/02
1339,478 ADA Travel; NDF travel to    E 15 07/18/02 0187 NDF            1,952.50
1,952.50    12,972.89
    Ft. Lauderdale on 7/17
    (coach fare $933.50)
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,551:0025  Date:
    07/18/02
1339,479 ADA Travel; Agency fee on    E 15 07/18/02 0187 NDF                40.00
40.00    13,012.89
    NDF 7/17 travel to Ft.
    Lauderdale
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0072,551:0026  Date:
    07/18/02
1339,506 Heavy Litigation              E 25 07/18/02 0999 C&D              669.08
669.08    13,681.97
    From Discovery Copy Service
    001360 AUDIT *
    AP-0072,578:0002  Date:
    07/18/02

{D0004533:1 }

1339,624 Long Distance-Equitrac      E 64 07/18/02 0999 C&D                    3.23
3.23    13,685.20
    In-House
1339,692 Equitrac - Photocopy        E 54 07/18/02 0999 C&D                    .45
.45    13,685.65
    charges
1339,693 Xeroxing                    E 54 07/18/02 0999 C&D                    20.10
20.10    13,705.75
1339,694 Xeroxing                    E 54 07/18/02 0999 C&D                    7.80
7.80    13,713.55
1339,695 Equitrac - Photocopy        E 54 07/18/02 0999 C&D                    3.75
3.75    13,717.30
    charges


08/12/2002                          Prebill Control Report
Page 11
09:13:42


Prebill 000001  Subpage   11                              Client: 4642
Matter: 000_____
                 W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G------------              W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____
_____
1339,696 Xeroxing                    E 54 07/18/02 0999 C&D                    30.60
30.60    13,747.90
1339,697 Xeroxing                    E 54 07/18/02 0999 C&D                    5.55
5.55    13,753.45
1339,698 Equitrac - Fax charges      E 62 07/18/02 0999 C&D                    2.25
2.25    13,755.70
1339,989 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    274.52
274.52    14,030.22
    research by HG on 06/24

{D0004533:1 }

1339,990 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    34.43
34.43    14,064.65
  research by HG on 06/24

1339,991 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    370.99
370.99    14,435.64
  research by JPC on 06/26

1339,992 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    221.98
221.98    14,657.62
  research by SME on 06/26

1339,993 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    2,017.15
2,017.15    16,674.77
  research by HG on 06/24

1339,994 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    798.23
798.23    17,473.00
  research by DML on
  06/24,25,28

1339,995 Database Research-Westlaw    E 50 07/19/02 0999 C&D                    115.68
115.68    17,588.68
  research by BAS on 06/27

1340,029 Long Distance-Equitrac    E 64 07/19/02 0999 C&D                    3.88
3.88    17,592.56
  In-House

1340,086 Xeroxing    E 54 07/19/02 0999 C&D    10.65
10.65    17,603.21

1340,087 Equitrac - Photocopy    E 54 07/19/02 0999 C&D    .15
.15    17,603.36
  charges

1340,088 Xeroxing    E 54 07/19/02 0999 C&D    1.65
1.65    17,605.01

1340,089 Xeroxing    E 54 07/19/02 0999 C&D    9.90
9.90    17,614.91

1340,090 Xeroxing    E 54 07/19/02 0999 C&D    5.40
5.40    17,620.31

1340,091 Telecopier/Equitrac    E 62 07/19/02 0999 C&D    7.80
7.80    17,628.11

1340,092 Telecopier/Equitrac    E 62 07/19/02 0999 C&D    16.35
16.35    17,644.46

1340,212 Federal Express to Darlene   E 01 07/22/02 0120 EI            5.81
5.81   17,650.27
    Chilelli from EI on 7/11
    From Federal Express
    002001 AUDIT *
    AP-0072,588:0008  Date:
    07/22/02
1340,237 Choice Courier; to Millbank  E 03 07/22/02 0120 EI           17.55
17.55   17,667.82
    Weiss on 7/10
    From Choice Courier Systems
    001102 AUDIT *
    AP-0072,604:0002  Date:
    07/22/02
1340,224 SQC expenses to Boca Raton   E 21 07/22/02 0156 SQC           29.53
29.53   17,697.35
    for deposition on 7/17-19
    for all meals, breakfast,
    lunch and dinner
    From Stacy Cline
    003446 AUDIT *
    AP-0072,598:0002  Date:
    07/22/02
1340,225 SQC expenses to Boca Raton   E 32 07/22/02 0156 SQC          360.80
360.80   18,058.15


08/12/2002                         Prebill Control Report
Page 12
09:13:42


Prebill 000001   Subpage   12                        Client: 4642
Matter: 000_____
                  W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------            W/E  Trans.  Work     ---------A C T U A L-------- ------
--------B I L L I N G-------------
 Trans Transaction Description   Code Date  Empl   Rate  Hours     Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description   Code  Date

{D0004533:1 }

| Empl | Rate | Hours | Amount | Rate | Hours | Amount |
|------|------|-------|--------|------|-------|--------|

Cumulative_____

_____

    for deposition on 7/17-19

    for Boca Raton Marriott

    From Stacy Cline

    003446 AUDIT *

    AP-0072,598:0003  Date:

    07/22/02

1340,226 SQC expenses to Boca Raton   E 33 07/22/02 0156 SQC       27.00

27.00    18,085.15

    for deposition on 7/17-19

    for cabs from home to

    office to airport

    From Stacy Cline

    003446 AUDIT *

    AP-0072,598:0004  Date:

    07/22/02

1340,227 SQC expenses to Boca Raton   E 34 07/22/02 0156 SQC       3.00

3.00    18,088.15

    for deposition on 7/17-19

    for miscellaneous tips

    From Stacy Cline

    003446 AUDIT *

    AP-0072,598:0005  Date:

    07/22/02

1340,232 Red Top Cab for NDF to     E 33 07/22/02 0187 NDF       49.01

49.01    18,137.16

    Union Station on 7/1 and

    7/9

    From Red Top Cab

    006004 AUDIT *

    AP-0072,602:0002  Date:

    07/22/02

1340,470 Long Distance-Equitrac     E 64 07/22/02 0999 C&D       3.47

3.47    18,140.63

    In-House

1340,550 Xeroxing          E 54 07/22/02 0999 C&D          102.90
102.90   18,243.53

1340,551 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          .30
.30   18,243.83
     charges

1340,552 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          7.80
7.80   18,251.63
     charges

1340,553 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          4.20
4.20   18,255.83
     charges

1340,554 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          .90
.90   18,256.73
     charges

1340,555 Xeroxing          E 54 07/22/02 0999 C&D          2.85
2.85   18,259.58

1340,556 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          7.50
7.50   18,267.08
     charges

1340,557 Xeroxing          E 54 07/22/02 0999 C&D          15.45
15.45   18,282.53

1340,558 Equitrac - Photocopy     E 54 07/22/02 0999 C&D          182.70
182.70   18,465.23
     charges

1340,559 Equitrac - Postage     E 56 07/22/02 0999 C&D          .55
.55   18,465.78

1340,560 Telecopier/Equitrac     E 62 07/22/02 0999 C&D          4.80
4.80   18,470.58

1340,561 Telecopier/Equitrac     E 62 07/22/02 0999 C&D          3.45
3.45   18,474.03

1340,814 Database Research-Westlaw   E 50 07/23/02 0999 C&D          105.74
105.74   18,579.77

08/12/2002                    Prebill Control Report
Page 13
09:13:43

{D0004533:1 }

Prebill 000001  Subpage  13                              Client: 4642

Matter: 000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------                    W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------

  Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours     Amount  Rate  Hours     Amount
Cumulative_____

_____

        research by DML on 07/01,02
1340,815 Database Research-Westlaw   E 50 07/23/02 0999 C&D          91.62
91.62   18,671.39
        research by BAS on 07/02
1340,931 Database Research-Westlaw   E 50 07/23/02 0999 C&D          42.59
42.59   18,713.98
        research by EAY on 07/09,10
1340,932 Database Research-Westlaw   E 50 07/23/02 0999 C&D          24.13
24.13   18,738.11
        research by JPC on 07/09
1340,933 Database Research-Westlaw   E 50 07/23/02 0999 C&D          40.71
40.71   18,778.82
        research by HG on 07/09
1340,934 Database Research-Westlaw   E 50 07/23/02 0999 C&D          163.13
163.13   18,941.95
        research by DML on 07/08,09
1340,935 Database Research-Westlaw   E 50 07/23/02 0999 C&D          66.67
66.67   19,008.62
        research by JWR on 07/09
1340,936 Database Research-Westlaw   E 50 07/23/02 0999 C&D          581.51
581.51   19,590.13
        research by BAS on 07/12
1340,937 Database Research-Westlaw   E 50 07/23/02 0999 C&D          68.87
68.87   19,659.00
        research by EAY on 07/10
1341,051 Long Distance-Equitrac       E 64 07/23/02 0999 C&D          7.39
7.39   19,666.39

In-House

1341,115 Xeroxing          E 54 07/23/02 0999 C&D          810.00
810.00   20,476.39

1341,116 Xeroxing          E 54 07/23/02 0999 C&D          51.15
51.15   20,527.54

1341,117 Equitrac - Photocopy     E 54 07/23/02 0999 C&D          .90
.90   20,528.44
      charges

1341,118 Xeroxing          E 54 07/23/02 0999 C&D          4.35
4.35   20,532.79

1341,119 Equitrac - Photocopy     E 54 07/23/02 0999 C&D          16.80
16.80   20,549.59
      charges

1341,120 Equitrac - Fax charges     E 62 07/23/02 0999 C&D          .75
.75   20,550.34

1341,121 Equitrac - Fax charges     E 62 07/23/02 0999 C&D          1.05
1.05   20,551.39

1341,020 NDF expenses in Boca Raton,  E 21 07/24/02 0187 NDF          167.20
167.20   20,718.59
      FL for depositions on
      7/17-19 for snacks and
      dinner w/Stacey Cline and
      Mitch Widom
      From Nathan D. Finch
      000326 AUDIT *
      AP-0072,646:0002  Date:
      07/24/02

1341,021 NDF expenses in Boca Raton,  E 32 07/24/02 0187 NDF          360.80
360.80   21,079.39
      FL for depositions on
      7/17-19 for Marriott Boca
      Raton hotel
      From Nathan D. Finch
      000326 AUDIT *
      AP-0072,646:0003  Date:
      07/24/02

1341,022 NDF expenses in Boca Raton,  E 33 07/24/02 0187 NDF                238.82

238.82   21,318.21

    FL for depositions on

    7/17-19 for Hertz rental

    car and parking

08/12/2002                              Prebill Control Report

Page 14

09:13:43

Prebill 000001  Subpage   14                              Client: 4642

Matter: 000_____

                W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I

N G-------------                      W/E  Trans.  Work   ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description    Code Date Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code  Date

Empl    Rate  Hours    Amount  Rate  Hours    Amount

Cumulative_____

_____

    From Nathan D. Finch

    000326 AUDIT *

    AP-0072,646:0004  Date:

    07/24/02

1341,023 NDF expenses in Boca Raton,  E 35 07/24/02 0187 NDF                181.03

181.03   21,499.24

    FL for depositions on

    7/17-19 for long distance

    phone calls from room

    From Nathan D. Finch

    000326 AUDIT *

    AP-0072,646:0005  Date:

    07/24/02

1341,024 NDF expenses in Boca Raton,  E 34 07/24/02 0187 NDF                 15.49

15.49   21,514.73

    FL for depositions on

    7/17-19 for laundry service

{D0004533:1 }

From Nathan D. Finch
000326 AUDIT *
AP-0072,646:0006  Date:
07/24/02
1341,276 Long Distance-Equitrac      E 64 07/24/02 0999 C&D              2.60
2.60    21,517.33
    In-House
1341,344 Xeroxing                  E 54 07/24/02 0999 C&D              8.70
8.70    21,526.03
1341,345 Equitrac - Photocopy      E 54 07/24/02 0999 C&D              7.20
7.20    21,533.23
    charges
1341,346 Xeroxing                  E 54 07/24/02 0999 C&D            127.65
127.65    21,660.88
1341,347 Equitrac - Photocopy      E 54 07/24/02 0999 C&D             65.40
65.40    21,726.28
    charges
1341,348 Xeroxing                  E 54 07/24/02 0999 C&D             11.85
11.85    21,738.13
1341,349 Equitrac - Photocopy      E 54 07/24/02 0999 C&D              8.55
8.55    21,746.68
    charges
1341,350 Equitrac - Photocopy      E 54 07/24/02 0999 C&D              1.50
1.50    21,748.18
    charges
1341,351 Equitrac - Photocopy      E 54 07/24/02 0999 C&D               .30
.30    21,748.48
    charges
1341,352 Xeroxing                  E 54 07/24/02 0999 C&D             93.45
93.45    21,841.93
1341,353 Telecopier/Equitrac       E 62 07/24/02 0999 C&D              2.25
2.25    21,844.18
1341,821 Database Research-Lexis   E 50 07/25/02 0999 C&D             48.65
48.65    21,892.83
    research by SME on 06/24
1341,822 Database Research-Lexis   E 50 07/25/02 0999 C&D            518.18
518.18    22,411.01

      research by SME on 06/27

1341,823 atabase Research-Lexis     E 50 07/25/02 0999 C&D        65.57

65.57   22,476.58

       research by JPC on 06/28

1341,851 Database Research-Lexis     E 50 07/25/02 0999 C&D        89.09

89.09   22,565.67

       research by HG on 07/01

1341,852 Database Research-Lexis     E 50 07/25/02 0999 C&D       762.46

762.46   23,328.13

       research by DML on 07/01,02

1342,005 Long Distance-Equitrac     E 64 07/25/02 0999 C&D       1.77

1.77   23,329.90

     In-House

1342,057 Xeroxing         E 54 07/25/02 0999 C&D      10.80

10.80   23,340.70


08/12/2002                 Prebill Control Report

Page 15

09:13:43


Prebill 000001  Subpage  15              Client: 4642

Matter: 000_____

               W/E  Trans.  Work   ---------A C T U A L--------  --------------B I L L I N G-------------        W/E  Trans.  Work   ---------A C T U A L-------- ------ --------B I L L I N G-------------

 Trans Transaction Description    Code Date  Empl    Rate   Hours    Amount  Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date  Empl   Rate   Hours    Amount  Rate   Hours    Amount  Cumulative_____

_____

1342,058 Xeroxing         E 54 07/25/02 0999 C&D      41.25

41.25   23,381.95

1342,059 Xeroxing         E 54 07/25/02 0999 C&D      26.10

26.10   23,408.05

1342,060 Xeroxing         E 54 07/25/02 0999 C&D      22.05

22.05   23,430.10

1342,061 Equitrac - Photocopy       E 54 07/25/02 0999 C&D                .60
.60   23,430.70
        charges
1342,062 Equitrac - Photocopy       E 54 07/25/02 0999 C&D              188.55
188.55   23,619.25
        charges
1342,063 Telecopier/Equitrac        E 62 07/25/02 0999 C&D               1.95
1.95   23,621.20
1342,064 Telecopier/Equitrac        E 62 07/25/02 0999 C&D               3.60
3.60   23,624.80
1342,388 Federal Express to Dan      E 01 07/26/02 0120 EI               52.02
52.02   23,676.82
        Relles from EI on 7/16
        From Federal Express
        002001 AUDIT *
        AP-0072,698:0005  Date:
        07/26/02
1341,871 Petty Cash; JPC sent fax to  E 07 07/26/02 0149 JPC             12.00
12.00   23,688.82
        NDF on 7/20 in Ft.
        Lauderdale, Florida
        From Petty Cash
        005317 AUDIT *
        AP-0072,683:0025  Date:
        07/26/02
1341,869 Petty Cash; Lunch for       E 22 07/26/02 0999 C&D             28.59
28.59   23,717.41
        Rachel Fleishman during
        McGowane deposition (no C&D
        atty attended) on 7/17
        From Petty Cash
        005317 AUDIT *
        AP-0072,683:0023  Date:
        07/26/02
1342,179 Database Research-Lexis     E 50 07/26/02 0999 C&D            159.68
159.68   23,877.09
        research by BAS/NR on 07/18

1342,398 Velocity Express to Ross     E 03 07/26/02 0999 C&D          35.86
35.86   23,912.95
    Dixon Bell, Arnold & Porter
    and Shea & Gardner on
    7/8-11
    From Velocity Express
    002986 AUDIT *
    AP-0072,705:0005  Date:
    07/26/02

1342,417 Long Distance-Equitrac     E 64 07/26/02 0999 C&D          1.81
1.81   23,914.76
    In-House

1342,473 Equitrac - Photocopy     E 54 07/26/02 0999 C&D          38.40
38.40   23,953.16
    charges

1342,474 Equitrac - Photocopy     E 54 07/26/02 0999 C&D          130.95
130.95   24,084.11
    charges

1342,475 Equitrac - Photocopy     E 54 07/26/02 0999 C&D          1.95
1.95   24,086.06
    charges

1342,476 Equitrac - Photocopy     E 54 07/26/02 0999 C&D          .75
.75   24,086.81


08/12/2002                         Prebill Control Report
Page 16
09:13:44


Prebill 000001   Subpage   16                         Client: 4642
Matter: 000_____
              W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I
N G-------------                         W/E  Trans.  Work     ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount
Rate   Hours     Amount  Cumulative  Trans Transaction Description     Code  Date
Empl   Rate   Hours     Amount  Rate   Hours     Amount

{D0004533:1 }

Cumulative_____

_____

  charges

1342,477 Equitrac - Photocopy  E 54 07/26/02 0999 C&D   11.70

11.70 24,098.51

  charges

1342,478 Xeroxing   E 54 07/26/02 0999 C&D   14.55

14.55 24,113.06

1342,479 Equitrac - Photocopy  E 54 07/26/02 0999 C&D   1.80

1.80 24,114.86

  charges

1342,620 NYO Long Distance  E 65 07/29/02 0999 C&D   1.33

1.33 24,116.19

  Telephone-Long distance

  call made in the month of

  June

1343,185 Long Distance-Equitrac  E 64 07/29/02 0999 C&D   5.16

5.16 24,121.35

  In-House

1343,250 Xeroxing   E 54 07/29/02 0999 C&D   43.95

43.95 24,165.30

1343,251 Equitrac - Photocopy  E 54 07/29/02 0999 C&D   .15

.15 24,165.45

  charges

1343,252 Xeroxing   E 54 07/29/02 0999 C&D   19.80

19.80 24,185.25

1343,253 Equitrac - Photocopy  E 54 07/29/02 0999 C&D   .75

.75 24,186.00

  charges

1343,254 Xeroxing   E 54 07/29/02 0999 C&D   .30

.30 24,186.30

1343,255 Equitrac - Photocopy  E 54 07/29/02 0999 C&D   11.70

11.70 24,198.00

  charges

1343,256 Xeroxing   E 54 07/29/02 0999 C&D   92.55

92.55 24,290.55

1343,257 Xeroxing            E 54 07/29/02 0999 C&D            345.15
345.15    24,635.70
1343,411 Federal Express to Matthew   E 01 07/30/02 0128 SAT            14.06
14.06    24,649.76
    Zaleski from SAT on 7/19
    From Federal Express
    002001 AUDIT *
    AP-0072,746:0004  Date:
    07/30/02
1343,367 NDF expenses to Newark for   E 21 07/30/02 0187 NDF            2.00
2.00    24,651.76
    deposition of Ellberger on
    7/24-25 for snacks
    From Nathan D. Finch
    000326 AUDIT *
    AP-0072,732:0002  Date:
    07/30/02
1343,368 NDF expenses to Newark for   E 32 07/30/02 0187 NDF            256.81
256.81    24,908.57
    deposition of Ellberger on
    7/24-25 for Hotel Elysse
    From Nathan D. Finch
    000326 AUDIT *
    AP-0072,732:0003  Date:
    07/30/02
1343,369 NDF expenses to Newark for   E 33 07/30/02 0187 NDF            16.00
16.00    24,924.57
    deposition of Ellberger on
    7/24-25 for cabs to train
    station and hotel
    From Nathan D. Finch
    000326 AUDIT *

08/12/2002                    Prebill Control Report
Page 17
09:13:44

{D0004533:1 }

Prebill 000001  Subpage   17                              Client: 4642

Matter: 000_____

            W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------                         W/E  Trans.  Work     ---------A C T U A L-------- ------

--------B I L L I N G-------------

  Trans Transaction Description     Code Date  Empl     Rate   Hours      Amount

Rate   Hours     Amount   Cumulative  Trans Transaction Description    Code  Date

Empl     Rate  Hours     Amount  Rate  Hours    Amount

Cumulative_____

_____

      AP-0072,732:0004  Date:

      07/30/02

1343,370 NDF expenses to Newark for   E 35 07/30/02 0187 NDF              34.38

34.38   24,958.95

      deposition of Ellberger on

      7/24-25 for phone calls

      made from room

      From Nathan D. Finch

      000326 AUDIT *

      AP-0072,732:0005  Date:

      07/30/02

1343,416 Federal Express to David     E 01 07/30/02 0187 NDF              65.72

65.72   25,024.67

      Rosenbloom and Elvira

      Palomino from NDF on 7/24

      From Federal Express

      002001 AUDIT *

      AP-0072,747:0006  Date:

      07/30/02

1343,423 Veritext, L.L.C.;        E 08 07/30/02 0187 NDF           2,278.20

2,278.20   27,302.87

      Attendance at and copies of

      transcripts of Hughes &

      Port depositions for John

      Vernon Port

      From Veritext, L.L.C.

      003508 AUDIT *

{D0004533:1 }

AP-0072,749:0002  Date:
07/30/02

1343,424 Veritext, L.L.C.;        E 08 07/30/02 0187 NDF        1,028.60
1,028.60    28,331.47
Attendance at and copies of
transcripts of Hughes &
Port depositions for Jay
Hughes
From Veritext, L.L.C.
003508 AUDIT *
AP-0072,749:0003  Date:
07/30/02

1343,425 Veritext, L.L.C.;        E 08 07/30/02 0187 NDF        1,496.40
1,496.40    29,827.87
Attendance at and copies of
transcripts of Hughes &
Port depositions for Jay
Hughes
From Veritext, L.L.C.
003508 AUDIT *
AP-0072,749:0004  Date:
07/30/02

1343,475 Long Distance-Equitrac      E 64 07/30/02 0999 C&D        .86
.86    29,828.73
In-House

1343,531 Xeroxing        E 54 07/30/02 0999 C&D        5.25
5.25    29,833.98

1343,532 Xeroxing        E 54 07/30/02 0999 C&D        12.00
12.00    29,845.98

1343,533 Equitrac - Photocopy      E 54 07/30/02 0999 C&D        1.80
1.80    29,847.78


08/12/2002                    Prebill Control Report
Page 18
09:13:44

Prebill 000001  Subpage   18                          Client: 4642

Matter: 000_____

W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I N G------------- W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I N G-------------

Trans Transaction Description   Code Date  Empl   Rate  Hours   Amount Rate  Hours   Amount  Cumulative  Trans Transaction Description   Code  Date  Empl   Rate  Hours   Amount  Rate  Hours   Amount  Cumulative_____

_____

charges

1343,534 Equitrac - Fax charges     E 62 07/30/02 0999 C&D           .45
.45   29,848.23

1346,443 Database Research-Westlaw   E 50 07/30/02 0999 C&D           169.98
169.98   30,018.21
        research by NDF on 07/17

1346,444 Database Research-Westlaw   E 50 07/30/02 0999 C&D           230.83
230.83   30,249.04
        research by MCH on 07/18

1346,445 Database Research-Westlaw   E 50 07/30/02 0999 C&D           50.12
50.12   30,299.16
        research by BAS on 07/18

1346,446 Database Research-Westlaw   E 50 07/30/02 0999 C&D           12.41
12.41   30,311.57
        research by NDF/MLR on
        07/17

1346,503 Database Research-Westlaw   E 50 07/30/02 0999 C&D           308.44
308.44   30,620.01
        research by MCH on 07/22

1346,504 Database Research-Westlaw   E 50 07/30/02 0999 C&D           54.41
54.41   30,674.42
        research by BAS on 07/25

1344,413 Federal Expres to Michelle   E 01 07/31/02 0187 NDF           60.63
60.63   30,735.05
        Browdy, Brad Friedman and
        Bert Wolff from NDF on 7/22
        From Federal Express

{D0004533:1 }

002001 AUDIT *
AP-0072,759:0002  Date:
07/31/02

1344,434 Federal Express to Mitch    E 01 07/31/02 0187 NDF              66.18
66.18    30,801.23
Widom from NDF on 6/11
From Federal Express
002001 AUDIT *
AP-0072,765:0003  Date:
07/31/02

1344,462 Long Distance-Equitrac     E 64 07/31/02 0999 C&D              11.15
11.15    30,812.38
In-House

1344,538 Equitrac - Photocopy       E 54 07/31/02 0999 C&D               .75
.75    30,813.13
charges

1344,539 Xeroxing              E 54 07/31/02 0999 C&D              17.85
17.85    30,830.98

1344,540 Xeroxing              E 54 07/31/02 0999 C&D             141.60
141.60    30,972.58

1344,541 Xeroxing              E 54 07/31/02 0999 C&D              67.05
67.05    31,039.63

1344,542 Equitrac - Photocopy       E 54 07/31/02 0999 C&D               1.80
1.80    31,041.43
charges

1344,543 Telecopier/Equitrac        E 62 07/31/02 0999 C&D               3.75
3.75    31,045.18

1346,003 Postage from NY office for  E 56 07/31/02 0999 C&D               4.75
4.75    31,049.93
month of July 2002


Total Expense Cards                   31,049.93
31,049.93     Total Expense Cards                   31,049.93
31,049.93

Matter Total Fee                               .00         .00         .00         .00
Matter Total Exp                          .00    31,049.93         .00
31,049.93
Matter Total                             .00    31,049.93         .00    31,049.93


08/12/2002                          Prebill Control Report
Page 19
09:13:44


Prebill 000001  Subpage    19                              Client: 4642
Matter: 000_____
                            W/E  Trans.  Work   ---------A C T U A L-------- --------------B I L L I
N G-------------          W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount
Rate  Hours    Amount  Cumulative  Trans Transaction Description    Code Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____
_____

Prebill Total Fee                               .00         .00         .00         .00
Prebill Total Exp                          .00    31,049.93         .00
31,049.93
Prebill Total                             .00    31,049.93         .00    31,049.93


Previous Billings:

Invoice  Date   Orig. Amount Late Charge     Credits  Balance
Due_____
033688 10/20/01   3,066.39        .00       .00   3,066.39
034710 01/23/02   2,055.09        .00       .00   2,055.09
035800 04/20/02  21,719.11        .00       .00  21,719.11
036593 07/26/02  17,727.41        .00       .00  17,727.41
032913 07/27/01 100,755.00        .00  80,604.00  20,151.00
033035 08/15/01  83,781.00        .00  67,024.80  16,756.20

033284 09/14/01  32,159.00      .00  25,727.20   6,431.80
033688 10/20/01  26,941.00      .00      .00  26,941.00
034006 11/21/01  14,570.50      .00  11,656.40   2,914.10
034265 12/14/01  25,377.50      .00  20,302.00   5,075.50
034710 01/23/02  54,682.50      .00      .00  54,682.50
034883 02/11/02  43,355.00      .00  34,684.00   8,671.00
035306 03/18/02  73,861.00      .00  59,008.80  14,852.20
035800 04/20/02  164,837.25     .00      .00  164,837.25
036043 05/25/02  120,565.75     .00  96,452.60  24,113.15
036328 06/25/02  109,667.00     .00  87,733.60  21,933.40
036593 07/26/02  121,163.25     .00      .00  121,163.25

Subtotal:    1,016,283.75      .00  483,193.40  533,090.35

08/12/2002                    Prebill Control Report
Page 20
09:13:45

Prebill 000001  Subpage   20                    Client: 4642
Matter: 000_____
                    W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------        W/E  Trans.  Work    ---------A C T U A L-------- ------
--------B I L L I N G-------------
  Trans Transaction Description    Code Date  Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative  Trans Transaction Description    Code  Date
Empl    Rate  Hours    Amount  Rate  Hours    Amount
Cumulative_____
_____

      Run Total Fee                    .00      .00      .00      .00
      Run Total Exp                    .00  31,049.93      .00
31,049.93
      Run Total                    .00  31,049.93      .00  31,049.93

{D0004533:1 }