Exhibit B

In re **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1384    s74329 <br> BAKER & BOTTS L.L.P. <br> PO BOX 201626 <br> HOUSTON, TX  77216-1626 | | | trade payable | | | | $2,429.80 |
| ACCOUNT NO. 22171    s74333 <br> BOB DAVIS, CPA, CGFO, CFC <br> PO BOX 308 <br> FORT PIERCE, FL  34954-0308 | | | trade payable | | | | $459.25 |
| ACCOUNT NO. 59811    s74344 <br> CARDWELL CONNER PC <br> 219-A EAST WASHINGTON ST <br> GREENVILLE, SC  29601 <br> US | | | trade payable | | | | $1,038.75 |
| ACCOUNT NO. 4562    s74339 <br> CB RICHARDS ELLIS A/AF UNION R <br> P O BOX 1431 <br> MEMPHIS, TN  38101 | | | trade payable | | | | $3,760.98 |

Sheet no. 1 of 3    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total    $120,714.83

In re **REMEDIUM GROUP, INC.**
      Debtor

Case No. **01-01194**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 4943  s74343<br>FOSTER SWIFT COLLINS & SMITH<br>313 S WASHINGTON SQUARE<br>LANSING, MI 48933 | | trade payable | | $273.60 |
| ACCOUNT NO. 18581  s74331<br>HANDEX ENVIRONMENTAL INC<br>PO BOX 116236<br>ATLANTA, GA 30368-6236<br>US | | trade payable | | $1,642.80 |
| ACCOUNT NO. 16125  s74330<br>HATCO CORP<br>P O BOX 641827<br>PITTSBURGH, PA 15264-1827 | | trade payable | | $9,460.52 |
| ACCOUNT NO. 39260  s74338<br>KIRKLAND & ELLIS<br>200 EAST RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | trade payable | | $1,448.23 |
| ACCOUNT NO. 46376  s74340<br>LATHAM & WATKINS<br>P O BOX 7247-8181<br>PHILADELPHIA, PA 19170-8181 | | trade payable | | $9,506.46 |
| ACCOUNT NO. 3239  s74408<br>McDERMOTT WILL & EMERY<br>28 STATE STREET<br>BOSTON, MA 02109-1775<br>US | | trade payable | | $1,795.13 |
| ACCOUNT NO. 18788  s74332<br>NELSON MULLINS RILEY & SCARBOR<br>PO DRAWER 11009<br>COLUMBIA, SC 29211-1009 | | trade payable | | $422.20 |

Sheet no. 2 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total $120,714.83

In re: **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 24791  s74336 <br> NJDEP <br> PO BOX 417 <br> TRENTON, NJ 08625-0417 | | trade payable | | $1,811.66 |
| ACCOUNT NO. 38132  s74337 <br> O'NEILL & BORGES <br> 250 MUNOZ RIVERA AVENUE <br> SAN JUAN, IT 00918-1808 | | trade payable | | $316.61 |
| ACCOUNT NO. 23471  s74334 <br> OP TECH <br> PO BOX 331 <br> BINGHAMTON, NY 13902 | | trade payable | | $1,698.30 |
| ACCOUNT NO. 10486  s74406 <br> URS CORPORATION <br> DEPT 1028 <br> P O BOX 121028 <br> DALLAS, TX 75312-1028 <br> US | | trade payable | | $72,671.51 |
| ACCOUNT NO. 4797  s74342 <br> URS GREINER WOODWARD CLYDE <br> PO BOX 39000 <br> SAN FRANCISCO, CA 94139-5964 | | trade payable | | $3,675.00 |
| ACCOUNT NO. 26370  s74407 <br> WALLACE KING MARRARO & BRANSON <br> 1050 THOMAS JEFFERSON ST N.W. <br> WASHINGTON, DC 20007 | | trade payable | | $6,143.81 |
| ACCOUNT NO. 4678  s74341 <br> WALLER LANSDEN DORTCH & DAVIS <br> P O BOX 198966 <br> NASHVILLE, TN 37219-8966 | | trade payable | | $2,160.22 |

Sheet no. 3 of 3    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total  $120,714.83

# DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S AMENDED SCHEDULES ON BEHALF OF CORPORATION

As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief.

Dated this ___ day of August 2002.

By:_____
DAVID D. SIEGEL
Executive Vice President and General Counsel
of W.R. Grace & Co. and W.R. Grace & Co. Conn.
The Parent of Remedium Group, Inc.