IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,**[1] | ) | **W.R. GRACE & CO. – CONN.** |
|  | ) | **Case No. 01-01140 (JKF)** |
| **Debtors.** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**SUPPLEMENTS TO SCHEDULES "E" AND "F" OF SCHEDULES OF ASSETS AND LIABILITIES FOR W.R. GRACE & CO. – CONN.**

PLEASE TAKE NOTICE that W.R.Grace & Co. – Conn., a Delaware Corporation, hereby supplements its "Schedule E – Creditors Holding Unsecured Priority Claims" (the "Schedule E"), and "Schedule F – Creditors Holding Unsecured Nonpriority Claims" (the "Schedule F"), filed on May 24, 2001, with respect to the creditors and respective dollar amounts listed on Exhibit "A" attached hereto (the "Schedule E Supplements"), and

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Exhibit B (the Schedule F Supplements)   The Schedule E & F Supplements are intended to add creditors not previously scheduled   An Amended Summary of Schedules is restated to disclose the new totals for Schedules E and F creditors as effected by the Schedule E and F Supplements

   While every effort has been made to prepare complete and accurate amendments, errors may have occurred   The Debtor reserves fully its right to amend the Schedules and to challenge the amount and classification of each and every claim or item listed herein

Dated   August 29, 2002

By _____

DAVID B SIEGEL
Senior Vice President and General Counsel
of W R  Grace & Co  and W R  Grace & Co -Conn