Exhibit A

# United States Bankruptcy Court
DISTRICT OF DELAWARE

In re: **W.R. GRACE & CO. - CONN.** Debtor, Case No. **01-01140 (JKF)**

## SUMMARY OF RESTATED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 8 | $105,964,633.00 | | |
| B - Personal Property | Yes | 235 | $3,135,025,941.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claim | Yes | 2 | | $64,254,340.92 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 16 | | $69,097.94 PLUS C/U/D, UNKNOWN | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1324 | | $2,429,383,600.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 245 | | | |
| H - Codebtors | Yes | 73 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $ N/A |
| Total Number of Sheets of ALL Schedules | | 1904 | | | |
| Total Assets | | | $32,409,905.74 | | |
| Total Liabilities | | | | $2,493,707,039.84 PLUS C/U/D, UNKNOWN | |

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on the Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat the total also on the Summary of Schedules.

[x] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediatley preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] **Deposits by individuals**

Claims of individuals up to $2100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support to the extent provided in 11 U.S.C. § 507(a)(7).

[✓] **Taxes and Other Certain Debts Owed to Governmental**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9)

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **W.R. GRACE & CO.-CONN.**
         Debtor

Case No. **01-01140**
         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 306282   s74118<br>CITY OF E. CHICAGO<br>4525 INDIANAPOLIS BLVD.<br>P.O. BOX 423<br>EAST CHICAGO, IN 46312 | | trade payable | X | X | X | $8,253.89 | |
| ACCOUNT NO. 21891   s73892<br>CITY OF FLORESVILLE<br>2 LIBERTY LANE SUITE 1<br>FLORESVILLE, TX 78114-2239 | | trade payable | X | X | X | $21.51 | |
| ACCOUNT NO. 3002   s73938<br>CITY OF KNOXVILLE<br>BOX 59031<br>KNOXVILLE, TN 37950-9031 | | trade payable | X | X | X | $4,115.86 | |
| ACCOUNT NO. 36443   s73952<br>CITY-COUNTY TAX COLLECTOR<br>P O BOX 32247<br>CHARLOTTE, NC 28232-2247 | | trade payable | X | X | X | $20.66 | |
| ACCOUNT NO. 22317   s73897<br>COLLECTOR OF REVENUE<br>41 SOUTH CENTRAL AVE<br>SAINT LOUIS, MO 63105 | | trade payable | X | X | X | $7.58 | |
| ACCOUNT NO. 17762   s73867<br>DAVIS COUNTY ASSESSOR<br>PO BOX 618<br>FARMINGTON, UT 84025 | | trade payable | X | X | X | $28.41 | |
| ACCOUNT NO. 13498   s73841<br>FULTON COUNTY TAX COMMISSIONER<br>PO BOX 105052<br>ATLANTA, GA 30348-5052 | | trade payable | X | X | X | $38,707.63 | |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Total  $69,097.94

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2492   s73921<br>GASTON COUNTY TAX COLLECTOR<br>P.O. BOX 9000<br>GASTONIA, NC 28053-9000 | | trade payable | X | X | X | $1,308.16 | |
| ACCOUNT NO. 22462   s73903<br>GASTON COUNTY TAX COLLECTOR<br>PO BOX 580326<br>CHARLOTTE, NC 28258-0326 | | trade payable | X | X | X | $5,559.40 | |
| ACCOUNT NO. 19468   s73879<br>HARRISON COUNTY TAX COLLECTOR<br>PO BOX 448<br>BILOXI, MS 39533 | | trade payable | X | X | X | $12.71 | |
| ACCOUNT NO. 14516   s73847<br>MARION COUNTY TREASURER<br>200 EAST WASHINGTON ST<br>INDIANAPOLIS, IN 46204-3356 | | trade payable | X | X | X | $101.00 | |
| ACCOUNT NO. 3144   s73945<br>MIKE LOWE, KNOX COUNTY TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901-0070 | | trade payable | X | X | X | $4,604.28 | |
| ACCOUNT NO. 37145   s73955<br>ROUTT COUNTY TREASURER<br>P.O. BOX 770907<br>STEAMBOAT SPRINGS, CO 80477 | | trade payable | X | X | X | $205.30 | |
| ACCOUNT NO. 17763   s73868<br>SEVIER COUNTY ASSESSOR<br>250 NORTH MAIN<br>RICHFIELD, UT 84701 | | trade payable | X | X | X | $1.43 | |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Total   $69,097.94

In re **W.R. GRACE & CO.-CONN.**                                      Case No. **01-01140**
         Debtor                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 26360  s73926<br>SOUTH CAROLINA DEPARTMENT OF<br>MC PROPERTY TAX<br>COLUMBIA, SC  29214-0139 | | trade payable | X | X | X | $3,671.92 | |
| ACCOUNT NO. 28644  s73928<br>TAX COLLECTOR<br>12 SECOND STREET<br>PRESQUE ISLE, ME  04769-2459 | | trade payable | X | X | X | $23.90 | |
| ACCOUNT NO. 3487  s73947<br>TREASURER-STATE OF N J<br>CN 417<br>TRENTON, NJ  08625-0417 | | trade payable | X | X | X | $2,454.30 | |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Total  $69,097.94