IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: September 23, 2002 @ 4:00 p.m.** |

**THIRTEENTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIALCOMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,659.20 (80% of $20,824.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,623.50 |

This is a: __**X**__ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0004525:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD JULY 1, 2002 THROUGH JULY 31, 2002
<u>CAMPBELL & LEVINE, LLC-DELAWARE</u>**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 22.40 | $290.00 | $6,496.00 |
| Mark T. Hurford (MTH), Associate, since 2002 | 37.00 | $265.00 | $9,805.00 |
| Aileen F. Maguire (AFM), Associate, since 2002 | 5.10 | $200.00 | $1,020.00 |
| Marla R. Eskin (MRE), Assoate, since 2002 | .90 | $250.00 | $225.00 |
| Darlene M. Chilelli (DMC), Legal Assistant, since 2002 | 4.40 | $90.00 | $396.00 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 12.60 | $90.00 | $1,134.00 |

{D0004525:1 }   2

| Marnie L. Powell (MLP), Legal Assistant, since 2002 | 7.60 | $90.00 | $684.00 |
|---|---|---|---|
| **Total/average** | **90.00** | | **$19,760.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JULY 1, 2002 THROUGH JULY 31, 2002**
**CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 1.80 | $350.00 | $630.00 |
| Philip E. Milch (PEM), Member, since 1991 | 1.40 | $265.00 | $371.00 |
| Michele Kennedy (MK), Paralegal, since 1999 | .70 | $90.00 | $63.00 |
| **Total/average** | **3.90** | | **$1,064.00** |
| **Delaware and Pittsburgh Total/average** | **93.90** | | **$20,824.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 07/01/02 through 7/31/02 | Total Fees for the Period 07/01/02 through 07/31/02 |
|---|---|---|
| Asset Analysis and Recovery | 10.70 | $2,613.00 |
| Asset Disposition | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 10.80 | $1,287.00 |
| Claims Administration and Objections | 20.00 | $4,857.50 |
| Employee Benefits/Pension | 3.80 | $1,054.50 |
| Fee/Employment Applications | 0.00 | $00.00 |
| Fee/Employment Objections | 6.40 | $1,701.00 |
| Financing | 0.00 | $00.00 |
| Litigation | 6.70 | $1,928.00 |

| | | |
|---|---:|---:|
| Plan and Disclosure Statement | 0.40 | $116.00 |
| Relief from Stay Proceedings | 0.50 | $137.50 |
| Valuation | 0.00 | $00.00 |
| Committee Administration | 19.00 | $5,145.50 |
| Applicant's Fee Application | 2.80 | $365.00 |
| Fee Application of Others | 12.80 | $1,619.00 |
| Applicant's Retention Application | 0.00 | $00.00 |
| **Grand totals** | **93.90** | **$20,824.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period July 1, 2002 through July 31, 2002 |
|---|:---:|---:|
| In-House Reproduction ($.10 per copy) | | $10.90 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $1,130.28 |
| Facsimile ($0.50 per page) | | $113.00 |
| Document Retrieval | Parcels, Inc. | $15.00 |
| Research | Westlaw | $89.81 |
| Long Distance Telephone Calls | | $38.00 |
| Postage | | $40.15 |
| Overnight Courier | Federal Express | $186.36 |
| **Total:** | | **$1,623.50** |

CAMPBELL & LEVINE, LLC


/s/ Aileen F. Maguire
Matthew G. Zaleski, III (I.D. #3557)
Aileen F. Maguire (I.D. #3756)
1201 N. Market Street
15th Floor
Wilmington, DE 19801
(302) 426-1900

Delaware and Associated Counsel for the Official
Committee of Asbestos Personal Injury Claimants

Dated: September 3, 2002