Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                  07/31/02
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      14

Costs and Expenses

PREVIOUS BALANCE                                          $5,102.20

| | | |
|---|---|---|
| 07/01/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 07/01/02 | FAX to Nathan Finch - 3 pages | 1.50 |
| 07/01/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 07/01/02 | Westlaw usage for June, 2002 | 61.02 |
| 07/02/02 | FAX to 18 Parties of Record - 5 pages | 45.00 |
| 07/02/02 | FAX to 18 Parties of Record - 4 pages | 36.00 |
| 07/02/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 341.08 |
| 07/02/02 | Postage | 6.63 |
| 07/03/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 07/03/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 07/03/02 | FAX to Robert Spohn - 3 pages | 1.50 |
| 07/03/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 07/12/02 | Federal Express to Trevor Swett on 7/3/02 | 14.06 |
| 07/15/02 | FAX to Peter Van N. Lockwood - 2 pages | 1.00 |
| 07/15/02 | FAX to Nathan Finch - 2 pages | 1.00 |
| 07/15/02 | FAX to ELyssa Strug - 2 pages | 1.00 |
| 07/15/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 07/15/02 | FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 07/15/02 | FAX to Robert Spohn - 4 pages | 2.00 |
| 07/15/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 07/16/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 54.80 |
| 07/16/02 | AT&T Long Distance Phone Calls | 38.00 |
| 07/16/02 | Postage | 3.18 |
| 07/17/02 | Ikon Office Solutions - Envelopes, Postage, Hand Deliveries | 54.80 |
| 07/17/02 | Postage | 14.25 |
| 07/19/02 | Federal Express to Nathan D. Finch on 7/11/02 | 11.28 |
| 07/19/02 | Federal Express to mark A. Peterson on 7/11/02 | 16.20 |
| 07/23/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 54.80 |

{D0004522:1 }

```
                                                      Page: 2
        W.R. Grace                                   07/31/02
                                       ACCOUNT NO: 3000-00D
                                       STATEMENT NO:       14

        Costs and Expenses
```

| | | |
|---|---|---:|
| 07/23/02 | Ikon Office Solutions - Photocopying (Oversized copies) | 78.30 |
| 07/23/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 07/23/02 | FAX to Nathan D. Finch - 3 pages | 1.50 |
| 07/23/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 07/24/02 | Photocopying - One copy of Pleading (109 pages) | 10.90 |
| 07/24/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 312.20 |
| 07/24/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 179.50 |
| 07/25/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 54.80 |
| 07/26/02 | Federal Express to Hon. Alfred M. Wolin on 7/22/02 | 15.22 |
| 07/26/02 | Federal Express to Michael Kelley on 7/23/02 | 26.52 |
| 07/26/02 | Federal Express to Joseph Rice on 7/23/02 | 24.21 |
| 07/26/02 | Federal Express to james Ferraro on 7/23/02 | 23.52 |
| 07/26/02 | Federal Express to Jon L. Heberling on 7/23/02 | 29.98 |
| 07/26/02 | Federal Express to Ian P. Cloud on 7/23/02 | 25.37 |
| 07/28/02 | Parcels, Inc. - Delaware Document Retrieval on 7/22/02 | 15.00 |
| 07/29/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 07/29/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 07/29/02 | FAX to Robert C. Spohn - 3 pages | 1.50 |
| 07/29/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 07/29/02 | Postage | 13.60 |
| 07/30/02 | Postage | 2.49 |
| 07/31/02 | Westlaw usage for July, 2002 | 28.79 |

```
                                                     --------
        TOTAL EXPENSES                               1,623.50

        TOTAL CURRENT WORK                           1,623.50


        BALANCE DUE                                 $6,725.70
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      07/31/02
Wilmington  DE                           ACCOUNT NO: 3000-01D
                                         STATEMENT NO:      14

Asset Analysis and Recovery

PREVIOUS BALANCE                                     $6,845.20

                                              HOURS
07/01/02
    SLP Review of Sealed Air/Fresenius adversary
        dockets (.1); preparation and
        distribution of memo re: same (.2)          0.30      27.00

07/08/02
    MTH Review Grace's Memo in support of its
        Motion to Intervene                         0.30      79.50
    MTH Review Grace's Renewed Motion to
        Intervene, proposed Order and Answer to
        Complaint with Affirmative Defenses         0.50     132.50
    MTH Review UCC's Motion to Appear and be
        Heard in Adversary Proceedings (including
        Court's verbal, on the record ruling)       0.50     132.50

07/10/02
    MTH Review response of Sealed Air to Asbestos
        Comm.'s Motion to Determine Choice of Law
        and standard of insolvency                  1.00     265.00

07/11/02
    MTH Continue reviewing the plaintiffs' memo
        of law re: choice of law and standard of
        insolvency                                  0.60     159.00

07/12/02
    MTH Review 7/11/02 correspondence from D.
        Frost re: issues on depositions             0.10      26.50
    MTH Review 7/11/02 correspondence from J.
        Ellington re: deposition issues, possible
        stipulations re: liabilities                0.10      26.50
    MTH Review 7/11/02 correspondence from J.

{D0004522:1 }

```
                                                      Page: 2
        W.R. Grace                                   07/31/02
                                         ACCOUNT NO: 3000-01D
                                         STATEMENT NO:       14
        Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | Ellington re: logistics on depositions, narrowing of issues | 0.10 | 26.50 |
| **07/15/02** | | | |
| SLP | Review Sealed Air and Fresenius adversary docket (.1); preparation and distribution of memo re: same (.2); update adversary filed (.3) | 0.60 | 54.00 |
| MTH | Review 7/12/02 correspondence from H. Wasserstein re: proposed orders | 0.20 | 53.00 |
| MTH | Review 7/12/02 correspondence from J. Ellington re: production of documents, motion to compel, "key documents" | 0.10 | 26.50 |
| **07/16/02** | | | |
| MTH | Review correspondence from J. Jackson re: Sealed Air depositions | 0.10 | 26.50 |
| MTH | Review correspondence from D. Frost re: 30(b)(6) depositions and RFP (6/27) | 0.10 | 26.50 |
| MTH | Review correspondence from D. Frost re: 30(b)(6) depositions, identifications | 0.10 | 26.50 |
| MTH | Review correspondence from H. Wasserstein to Judge Wolin re: expert report deadlines, trial dates and sanctions | 0.30 | 79.50 |
| MTH | Review correspondence from J. Ellington to D. Frost re: depositions, production of documents | 0.10 | 26.50 |
| MTH | Review correspondence from J. Ellington re: withdrawal of sites at issue, stipulations | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Jackson re: depositions | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from changes to Art Smith depositions | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Jackson re: change in deponent, J. Shoemaker | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Jackson re: change in deponent D. Carlson | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Ellington re: reduction in US sites at issue | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Ellington re: B. Moxley deposition | 0.10 | 26.50 |
| MTH | Review 7/15/02 correspondence from J. Jackson re: D. Carlson deposition | 0.10 | 26.50 |

```
                                                  Page: 3
    W.R. Grace                                    07/31/02
                                   ACCOUNT NO: 3000-01D
                                   STATEMENT NO:      14
    Asset Analysis and Recovery
```

|  |  | | HOURS | |
|---|---|---|---|---|
| **07/17/02** | | | | |
| | MGZ | Review correspondence from and telephone conference with N. Finch re: Sealed Air Litigation Opinion | 0.10 | 29.00 |
| | MTH | Review 7/17/02 correspondence from J. Jackson re: Tonel Deposition | 0.10 | 26.50 |
| **07/19/02** | | | | |
| | MTH | Review 7/18/02 correspondence from J. Jackson re: Sealed Air depositions | 0.10 | 26.50 |
| | MTH | Review 7/19/02 correspondence from D. Frost re: EPA depositions | 0.10 | 26.50 |
| | MTH | Review reply of Scheme Admin. to debtors' response re: motion to compel | 0.10 | 26.50 |
| **07/23/02** | | | | |
| | MTH | Review defendant's motion to strike portion of US Witness Disclosure and limit scope of expert opinion | 0.30 | 79.50 |
| | MTH | Review US's Response to Defendants' Motion to Strike | 0.40 | 106.00 |
| | SLP | Review Sealed Air adversary dockets (.2); preparation and distribution of memo re: same (.3) | 0.50 | 45.00 |
| **07/24/02** | | | | |
| | MTH | Review answer with affirmative defenses of Sealed Air and Cryovac to the US | 0.40 | 106.00 |
| | MTH | Review Sur-reply of Sealed Air to the asbestos committee's motion to determine insolvency choice of law and insolvency | 0.50 | 132.50 |
| | MTH | Review debtors' supplemental memo of law re: standard for insolvency | 0.40 | 106.00 |
| **07/25/02** | | | | |
| | MTH | Review correspondence from J. Ellington re: service of papers on EPA and DOJ attorneys | 0.10 | 26.50 |
| **07/29/02** | | | | |
| | MGZ | Telephone conference with N. Finch re: choice of law opinion and order | 0.10 | 29.00 |
| | MGZ | Review Wolin's opinion on choice of law in fraudulent transfer litigation | 0.70 | 203.00 |
| | MTH | Review notice of deposition and subpoena ducs tecum for Vicky Galofre | 0.20 | 53.00 |
| | MTH | Review notice of deposition and subpoena | | |

```
                                                    Page:  4
    W.R. Grace                                      07/31/02
                                        ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      14

    Asset Analysis and Recovery



                                             HOURS
        ducs tecum for Edward Weagle          0.10     26.50
    MTH Review 7/26 correspondence from D. Frost
        re: depositions of F. Micke and S. Vega
                                              0.10     26.50

07/30/02
    MTH Review 7/30/02 correspondence from D.
        Frost re: deposition of Judy Canova    0.10     26.50


07/31/02
    MTH Review 7/31/02 correspondence from D.
        Frost re: depositions of K. McCrann and
        J. Ackerman                           0.10     26.50
    MTH Review 30(b)(6) notice of deposition of
        Sealed Air with exhibit re: designations
        of areas of testimony                 0.10     26.50
    MTH Review notice of deposition of David
        Williams                              0.10     26.50
    MTH Review 30(b)(6) notice of deposition of
        W.R. Grace                            0.10     26.50
                                              -----  --------
        FOR CURRENT SERVICES RENDERED         10.70  2,613.00

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski          0.90    $290.00     $261.00
    Stephanie L. Peterson       1.40      90.00      126.00
    Mark T. Hurford             8.40     265.00    2,226.00


        TOTAL CURRENT WORK                           2,613.00


        BALANCE DUE                                 $9,458.20
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        07/31/02
Wilmington  DE                     ACCOUNT NO: 3000-02D
                                   STATEMENT NO:       14

Asset Disposition

        PREVIOUS BALANCE                      $1,337.90

        BALANCE DUE                           $1,337.90
                                              =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           07/31/02
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:        9

Business Operations



    PREVIOUS BALANCE                              $588.50


    BALANCE DUE                                   $588.50
                                                  =======


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                            07/31/02
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      14


Case Administration



        PREVIOUS BALANCE                          $11,985.00



                                       HOURS
07/01/02
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)          0.50      45.00
     MTH Review report re: pleadings filed June
         28, 2002                                 0.10      26.50
     MTH Review report re: adversary filings      0.10      26.50

07/02/02
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)          0.50      45.00
     MTH Review report re: pleadings filed July 1,
         2002                                     0.10      26.50

07/03/02
     MTH Review report re: pleadings filed July 2,
         2002                                     0.10      26.50
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)          0.50      45.00
     MK  Attention to document organization       0.10       9.00

07/08/02
     SLP Review pleadings and electronic filing
         notices for 7/3 and 7/5 (.2); preparation
         and distribution of daily memo (.1);
         docketing (.3)                           0.60      54.00
     MTH Review report re: pleadings filed by July
         3 and 4, 2002                            0.10      26.50

```
                                                      Page: 2
        W.R. Grace                                   07/31/02
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:       14

        Case Administration




                                              HOURS
07/09/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                       0.50     45.00
        MTH Review report re: pleadings filed by July
            8, 2002                              0.10     26.50
        MK  Attention to document organization   0.10      9.00

07/10/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)      0.30     27.00
        MTH Review report re: pleadings filed by July
            9, 2002                              0.10     26.50

07/11/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                       0.50     45.00
        MTH Review report re: pleadings filed by July
            10, 2002                             0.10     26.50

07/15/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.3)                       0.60     54.00
        MTH Review report re: pleadings filed by July
            12, 2002                             0.10     26.50

07/16/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1);
            docketing (.2)                       0.50     45.00
        MTH Review report re: pleadings filed by July
            15, 2002                             0.10     26.50

07/17/02
        MTH Review report re: pleadings filed by July
            16, 2002                             0.10     26.50
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)      0.30     27.00
```

{D0004522:1 }

```
                                                   Page: 3
   W.R. Grace                                      07/31/02
                                     ACCOUNT NO: 3000-04D
                                     STATEMENT NO:      14

   Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 07/19/02 |  |  |  |
| MTH | Review report re: pleadings filed by July 17 and 18, 2002 | 0.10 | 26.50 |
| MTH | Review agenda for hearing | 0.20 | 53.00 |
| SLP | Review pleadings and electronic filing notices for 7/17 and 7/18 (.2); preparation and distribution of daily memo (.1); docketing (.2); review agenda for 7/22 hearing (.2); preparation of hearing notebook (.3) | 1.00 | 90.00 |
| 07/22/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.1); preparation and distribution of daily memo (.1) | 0.20 | 18.00 |
| 07/29/02 |  |  |  |
| MTH | Review report re: pleadings filed July 25, 2002 | 0.10 | 26.50 |
| SLP | Review pleadings and electronic filing notices for 7/25 and 7/26 (.2); preparation and distribution of daily memo (.1); docketing (.7) | 1.00 | 90.00 |
| 07/30/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.5); preparation and distribution of daily memo (.3); docketing (.3) | 1.10 | 99.00 |
| MTH | Review report re: pleadings filed July 29, 2002 | 0.10 | 26.50 |
| MTH | Review debtors' objection to the claim of Edythe Kellogg | 0.10 | 26.50 |
| MK | Attention to document organization | 0.20 | 18.00 |
| 07/31/02 |  |  |  |
| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); docketing (.2) | 0.50 | 45.00 |
| MTH | Review report re: pleadings filed July 30, 2002 | 0.10 | 26.50 |
|  |  | ----- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 10.80 | 1,287.00 |

```
                                                        Page: 4
     W.R. Grace                                        07/31/02
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      14

     Case Administration




                         RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Stephanie L. Peterson         8.60     $90.00    $774.00
     Michele Kennedy               0.40      90.00      36.00
     Mark T. Hurford               1.80     265.00     477.00


        TOTAL CURRENT WORK                            1,287.00


        BALANCE DUE                               $13,272.00
                                                  ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                        Pittsburgh, PA  15219
                          412-261-0310




                                                          Page: 1
W.R. Grace                                               07/31/02
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      14


Claims Administration and Objections




     PREVIOUS BALANCE                                  $9,310.60



                                             HOURS
07/01/02
     MTH Telephone conference with T. Berryhill
         re: status of asbestos claims, proof of
         claim forms                          0.20       53.00
     MTH Review notice of appeal by certain ZAI
         claimants                            0.10       26.50
     MTH Review corr. from T. Sobol to J.
         Fitzgerald re: notice of leave to file
         appeal                               0.10       26.50
     MTH Review corr. from T. Sobol to J.
         Fitzgerald re: notice of leave to file
         appeal (second/supplemental letter filed)  0.10  26.50
     MTH Telephone conference with P. Harvey re:
         questions re: proof of claim forms
         received                             0.10       26.50

07/02/02
     MGZ Telephone conference with T. Perryhill
         re: claim form inquiries             0.20       58.00
     MGZ Meeting with MTH re: same            0.10       29.00
     MGZ Telephone conference with N. Finch re:
         proposed claim forms                 0.10       29.00
     MTH Review motion of certain ZAI PD claimants
         for leave to file appeal             0.30       79.50
     MTH Review notice of appeal and
         identification of parties to the appeal  0.10   26.50
     MTH Telephone conference with D. Boxworth re:
         questions re: proofs of claim forms
         received                             0.30       79.50
     MTH Review 7/1/02 order re: motion for leave
         to file appeal                       0.10       26.50
```

{D0004522:1 }

```
                                                    Page: 2
      W.R. Grace                                    07/31/02
                                      ACCOUNT NO: 3000-05D
                                      STATEMENT NO:        14
      Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| 07/03/02 |  |  |  |
| MTH | Review debtors motion re: proof of claim information | 0.30 | 79.50 |
| MTH | Correspondence to Nate Finch re: same | 0.20 | 53.00 |
| MTH | Telephone conference with P. Harvey re: questions re: proof of claim forms | 0.10 | 26.50 |
| 07/08/02 |  |  |  |
| MTH | Telephone conference with S. Arnold re: questions re: Grace proof of claim documents | 0.20 | 53.00 |
| 07/09/02 |  |  |  |
| MTH | Review Debtors' Response to PD Comm.'s Motion for Clarification of the Bar Date Order | 0.40 | 106.00 |
| 07/10/02 |  |  |  |
| MGZ | Review Zonolite claimants response to claim objections and related documents | 0.30 | 87.00 |
| MTH | Review Grace's supplemental brief re: litigation of the personal injury liability issues | 1.90 | 503.50 |
| 07/11/02 |  |  |  |
| MTH | Review fourth verified motion of debtors re: reclamation claims | 1.40 | 371.00 |
| 07/15/02 |  |  |  |
| MGZ | Review correspondence from and telephone conference with S. Devareaux re: claim and bar date inquiry | 0.30 | 87.00 |
| MGZ | Telephone conference with M. Heerman re: preparation of case management briefs (1/2 total time) | 0.10 | 29.00 |
| 07/17/02 |  |  |  |
| MTH | Review response of ZAI PD claimants to debtors objections to the ZAI p.o.c. with extensive exhibits | 1.00 | 265.00 |
| MGZ | Telephone conference with T. Swett re: case management brief | 0.10 | 29.00 |
| 07/18/02 |  |  |  |
| MGZ | Telephone conference with A. Lauber re: case management brief | 0.10 | 29.00 |

```
                                              Page: 3
W.R. Grace                                    07/31/02
                              ACCOUNT NO: 3000-05D
                              STATEMENT NO:        14

Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| **07/22/02** | | | |
| SLP | Electronically file notice and motion to committee's case management proposal and appendix under seal (.2); preparation of limited service list re: same (.1); arrange for service of same (.1); preparation of case management proposal for filing under seal (.2); preparation of appendix for filing under seal (.3); arrange for service and filing of same with bankruptcy court (.1) | 1.00 | 90.00 |
| DMC | Preparation of motion authorizing filing under seal for electronic filing and service of same | 0.40 | 36.00 |
| AFM | Meeting with MGZ (.1); draft motion re: estimation hearing brief (.9); e-mail to M. Heerman & A. Lauber re: same (.1); telephone conference with M. Heeman and SLP (.1); draft order (.2); draft notice of motion (.2) | 1.50 | 300.00 |
| MGZ | Review case management brief | 1.00 | 290.00 |
| MGZ | Review appendix to case management brief | 0.70 | 203.00 |
| MGZ | Review motion to file under seal | 0.10 | 29.00 |
| MGZ | Meeting with SLP re: filing and serving case management brief | 0.10 | 29.00 |
| MGZ | Tend to issues concerning filing and serving confidential portions of brief | 0.20 | 58.00 |
| **07/23/02** | | | |
| MTH | Telephone conference with P. Charles re: receipt of Grace Claim Forms, asbestos issues | 0.30 | 79.50 |
| SLP | Preparation of redated version of case management proposal (.3); preparation of redated version of appendix (.5); electronically file notice of filing of redated case management proposal (.2); electronically file notice of filing of redated appendix (.2); arrange for service of same (.1) | 1.30 | 117.00 |
| DMC | Hard copy service of case management proposal | 0.50 | 45.00 |
| MGZ | Draft notice of filing redated copies of brief and appendix | 0.20 | 58.00 |
| MGZ | Review redated brief and appendix | 0.40 | 116.00 |

```
                                                   Page: 4
     W.R. Grace                                    07/31/02
                                    ACCOUNT NO: 3000-05D
                                    STATEMENT NO:       14

     Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| **07/24/02** | | | |
| MGZ | Telephone conference with D. Woods re: claimant inquiry on claim forms and notices | 0.30 | 87.00 |
| PEM | Review case management proposal of official committee of asbestos personal injury on and estimation issues and memo re: same | 0.50 | 132.50 |
| MGZ | Review correspondence from and telephone conference with A. Kreiger re: request for copy of unredacted case management materials | 0.40 | 116.00 |
| MGZ | Telephone conference with and review correspondence from J. Sakalo re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from A. Jerominski re: case management brief | 0.10 | 29.00 |
| MGZ | Meeting with SLP re: same | 0.10 | 29.00 |
| **07/25/02** | | | |
| MTH | Review debtors' objection to the motion of certain ZAI PD claimants for leave to appeal | 0.50 | 132.50 |
| MTH | Review order (proposed) setting initial schedule for ZAI PD litigation | 0.20 | 53.00 |
| MGZ | Telephone conference with M. Brown re: inquiry on bar date and notice materials | 0.20 | 58.00 |
| DAC | Review of case management proposal filed 7/22 by the ACC, with exhibits | 1.00 | 350.00 |
| **07/26/02** | | | |
| MTH | Telephone conference with Lockwood re: issue re: committee brief | 0.10 | 26.50 |
| MTH | Meeting with MGZ re: committee's briefs | 0.10 | 26.50 |
| **07/29/02** | | | |
| MTH | Telephone conference with S. Lee, Esq. re: Grace p.o.c. forms received | 0.10 | 26.50 |
| **07/30/02** | | | |
| MTH | Telephone conference with R. Lemond re: questions re: Grace Claims Bar Date | 0.40 | 106.00 |
|  |  | ----- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 20.00 | 4,857.50 |

```
                        RECAPITULATION
     TIMEKEEPER               HOURS HOURLY RATE       TOTAL
     Douglas A. Campbell       1.00    $350.00     $350.00
```

```
                                                         Page: 5
     W.R. Grace                                         07/31/02
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:       14
     Claims Administration and Objections
```

| | | | |
|---|---|---|---|
| Philip E. Milch | 0.50 | 265.00 | 132.50 |
| Matthew G. Zaleski | 5.20 | 290.00 | 1,508.00 |
| Stephanie L. Peterson | 2.30 | 90.00 | 207.00 |
| Aileen F. Maguire | 1.50 | 200.00 | 300.00 |
| Mark T. Hurford | 8.60 | 265.00 | 2,279.00 |
| Darlene M. Chilelli | 0.90 | 90.00 | 81.00 |

```
     TOTAL CURRENT WORK                                4,857.50


     BALANCE DUE                                     $14,168.10
                                                    ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                          07/31/02
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:       14


Employee Benefits/Pensions



PREVIOUS BALANCE                                        $3,313.00



                                                   HOURS
07/02/02
     MGZ Meeting with MRE re: KERP motion and memo
         to committee                                0.10     29.00
     MGZ Review and edit draft memo to committee
         on KERP issues                              0.10     29.00
     MGZ Additional review of employee retention
         programs and financial advisors
         recommendations                             0.60    174.00
     MGZ Meeting with MRE re: compensation program
         motion                                      0.10     29.00
     MRE Review of debtor's motion for an order
         implementing revised compensation
         programs; review of Tersigni's memo re:
         motion; e-mail to committee                 0.50    125.00
     MRE Telephone conference with Elihu Insulbuch
         re: memo to committee concerning debtors
         motion to revise compensation (.1);
         revision to memo (.1)                       0.20     50.00

07/03/02
     MGZ Review Equity committee's response to
         employee retention  motion                  0.10     29.00

07/08/02
     DAC Review memo re: revised compensation
         program                                     0.30    105.00
     MTH Review response of Equity Committee to
         Debtors Motion for Revised Compensation
         Programs                                    0.10     26.50

07/09/02
     MTH Review objection of the asbestos PD comm

{D0004522:1 }

```
                                              Page: 2
W.R. Grace                                   07/31/02
                                  ACCOUNT NO: 3000-06D
                                  STATEMENT NO:       14
Employee Benefits/Pensions



                                      HOURS
      to the debtors' motion to implement
      revised compensation programs           0.50    132.50
  MGZ Review PD committee's objection to
      employee retention motion                0.10     29.00

07/12/02
  MGZ Review debtors response to PD objection
      to employee retention motion             0.20     58.00

07/16/02
  MTH Review debtors' response to the objection
      of the asbestos PD committe to the
      debtors' revised compensation programs   0.70    185.50

07/21/02
  MTH Review response of the UCC in support of
      the debtors' motion for revised
      compensation programs with proposed order 0.20    53.00
                                               ----   --------
      FOR CURRENT SERVICES RENDERED            3.80  1,054.50

                     RECAPITULATION
  TIMEKEEPER                     HOURS HOURLY RATE     TOTAL
  Douglas A. Campbell            0.30   $350.00     $105.00
  Matthew G. Zaleski             1.30    290.00      377.00
  Mark T. Hurford                1.50    265.00      397.50
  Marla R. Eskin                 0.70    250.00      175.00


      TOTAL CURRENT WORK                             1,054.50


      BALANCE DUE                                   $4,367.50
                                                    =========



      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                 07/31/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      14

Fee/Employment Applications



    PREVIOUS BALANCE                              $7,167.40


    BALANCE DUE                                   $7,167.40
                                                  =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        07/31/02
Wilmington  DE                     ACCOUNT NO: 3000-08D
                                   STATEMENT NO:      13


Fee/Employment Objections



PREVIOUS BALANCE                              $13,627.50



                                        HOURS
07/01/02
    SLP Preparation of Committee's objection to
        Motion to Retain Counsel for the Purpose
        of Defending Objections to Zonolite Attic
        Insulation Proofs of Claim (.1);
        electronically file same (.1); arrange
        for service of same (.1)               0.30      27.00
    MTH Telephone conference with T. Swett re:
        PD's Motion to Retain Special Counsel   0.10      26.50
    MTH Review case management order re: filing
        deadlines re: deadline to file objection
        to PD's motion to retain special counsel 0.30      79.50
    MTH Telephone conference with T. Swett re:
        filing deadline issue                  0.10      26.50
    MTH Telephone conference with MGZ re: filing
        deadline issue                         0.10      26.50
    MTH Telephone conference with T. Swett re:
        contact with Mr. McGarvey              0.10      26.50
    MTH Revise objection to PD committee's motion
        to retain special counsel for the ZAI
        claims                                 0.30      79.50
    MTH Telephone conference with T. Swett re:
        revisions to objection; contact with
        committee counsel                      0.10      26.50
    MTH Review revisions to objection and prepare
        for filing                             0.20      53.00
    MTH Telephone conference with T. Swett re:
        authority to file objection            0.10      26.50

07/02/02
    MGZ Review corr. from R. Budd (x2) re: PD
        special counsel application            0.10      29.00

{D0004522:1 }

```
                                              Page: 2
W.R. Grace                                   07/31/02
                          ACCOUNT NO: 3000-08D
                          STATEMENT NO:       13

Fee/Employment Objections




                                     HOURS
    MGZ Review corr. from T. Swett re: same   0.10     29.00
    MGZ Meeting with MTH re: same             0.10     29.00
    MTH Review limited objection of the UCC to
        the PD committees motion to retain ZAI
        special counsel                       0.20     53.00
    MTH Review debtors objections to PD
        committee's motion to retain ZAI special
        counsel                               0.60    159.00


07/09/02
    MTH Review amended limited objection of the
        UCC to the response and motion of th
        asbestos PD comm. to retain ZAI counsel  0.20   53.00
    MGZ Review Warren Smith fee application    0.10     29.00


07/10/02
    MGZ Review ordinary course professional
        payments statement                    0.10     29.00
    MTH Review fee application of Ferry Joseph &
        Pearce                                0.10     26.50
    MTH Review fee application Carella Byrne Bain
        Gilfillan                             0.10     26.50
    MTH Review fee application of Wallace King
        Marraro & Branson                     0.10     26.50
    MTH Review fee application Nelson Mullins
        Riley & Scarborough LLP               0.10     26.50
    MTH Review fee application of Klett Rooney
        Lieber & Schorling                    0.10     26.50
    MTH Review fee application of Kirkland &
        Ellis                                 0.20     53.00
    MTH Review fee application FTI Policano &
        Manzo                                 0.10     26.50


07/11/02
    MTH Review fee application of Warren Smith
        for June 2002                         0.10     26.50
    MTH Review fee application of Pitney Hardin
        Kipp & Szuch LLP for May 2002         0.10     26.50


07/12/02
    MGZ Review PD committee's reply on special
        counsel application                   0.20     58.00
    MGZ Review Pachulski Stang fee application 0.30     87.00


07/16/02
    MTH Review reply of the asbestos PD committee
        to asbestos PI committee's objection to
```

{D0004522:1 }

```
                                                    Page: 3
         W.R. Grace                                 07/31/02
                                    ACCOUNT NO: 3000-08D
                                    STATEMENT NO:       13
         Fee/Employment Objections
```

```
                                           HOURS
              ZAI special counsel retention application   0.30     79.50
         MTH  Meeting with MGZ re:same                    0.10     26.50

07/29/02
         MGZ  Review various final fee auditor
              reports-debtors' and other committees'
              professionals                               1.30    377.00
                                                          ----   --------
              FOR CURRENT SERVICES RENDERED               6.40   1,701.00
```

```
                         RECAPITULATION
         TIMEKEEPER                    HOURS  HOURLY RATE      TOTAL
         Matthew G. Zaleski             2.30     $290.00    $667.00
         Stephanie L. Peterson          0.30       90.00      27.00
         Mark T. Hurford                3.80      265.00   1,007.00


              TOTAL CURRENT WORK                           1,701.00


              BALANCE DUE                                $15,328.50
                                                         ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0004522:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310
```

```
                                              Page: 1
W.R. Grace                                    07/31/02
Wilmington  DE                  ACCOUNT NO: 3000-09D
                                STATEMENT NO:        4
```

Financing

```
    PREVIOUS BALANCE                              $132.50


    BALANCE DUE                                   $132.50
                                                  =======
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      07/31/02
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:     14


Litigation



PREVIOUS BALANCE                                        $9,141.50



                                                  HOURS
07/02/02
    MTH Review debtor's response to KPMG's motion
        to compel                                  0.10      26.50
    MTH Review debtors' third motion for an order
        further extending the period for the
        debtors to remove actions                  0.20      53.00

07/08/02
    MTH Review Joinder of Royal Indemnity to
        Grace's Opposition of Plaintiff's Motion
        to Compel Confidential Insurance
        Settlement Agreements                      0.10      26.50

07/09/02
    MGZ Draft correspondence to and review
        correspondence from Lockwood re: staffing
        of 7/22 omnibus hearing                    0.10      29.00
    MTH Review Debtors Objection to the PD
        Comm.'s budget for the ZAI Science trial   0.20      53.00

07/10/02
    MGZ Review correspondence from A. Running re:
        committee's request for documents          0.10      29.00
    MGZ Telephone conference with N. Finch re:
        same                                       0.10      29.00

07/11/02
    MGZ Review correspondence and attachment from
        A. Running re: verdict/judgment history    0.30      87.00
    MGZ Draft correspondence to and review
        correspondence from (x2) N. Finch re:
        same                                       0.10      29.00

W.R. Grace

Litigation

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone conference with N. Finch re: same | 0.10 | 29.00 |
| **07/15/02** | | | |
| MGZ | Review agenda for 7/22/02 omnibus hearing | 0.10 | 29.00 |
| MGZ | Review proposed order setting Zonolite litigation schedule | 0.10 | 29.00 |
| MGZ | Review debtors objection to Zonolite motion for leave to appeal | 0.20 | 58.00 |
| **07/17/02** | | | |
| MGZ | Review agenda for 7/22/02 omnibus hearing | 0.10 | 29.00 |
| **07/18/02** | | | |
| MGZ | Review Zonolite Plaintiffs Response to Debtors Proposed Budget | 0.10 | 29.00 |
| MGZ | Review Zonolite Plaintiffs letter submitting proposed scheduling order | 0.10 | 29.00 |
| **07/19/02** | | | |
| MGZ | Telephone conference with M. Heerman re: case management brief | 0.10 | 29.00 |
| MGZ | Telephone conference with N. Finch re: same | 0.10 | 29.00 |
| **07/22/02** | | | |
| MGZ | Review agenda and pending pleadings re: preparation for attendance at omnibus hearing | 1.50 | 435.00 |
| MGZ | Attend omnibus hearing, including meetings with PD counsel | 2.50 | 725.00 |
| **07/25/02** | | | |
| MGZ | Draft memo to Lockwood re: results July omnibus hearing and related issues | 0.40 | 116.00 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 6.70 | 1,928.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 6.10 | $290.00 | $1,769.00 |
| Mark T. Hurford | 0.60 | 265.00 | 159.00 |

TOTAL CURRENT WORK                                          1,928.00

```
                                                    Page: 3
W.R. Grace                                         07/31/02
                                      ACCOUNT NO: 3000-10D
                                      STATEMENT NO:       14
Litigation



     BALANCE DUE                              $11,069.50
                                              ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                      412-261-0310
```

```
                                                  Page: 1
      W.R. Grace                                  07/31/02
      Wilmington  DE                  ACCOUNT NO: 3000-11D
                                      STATEMENT NO:     12
```

Plan and Disclosure Statement

```
      PREVIOUS BALANCE                             $110.50


                                         HOURS
07/09/02
      MGZ Review Babcock & Wilcox plan and related
          documents (1/6th total time)        0.40    116.00
                                               ----    ------
          FOR CURRENT SERVICES RENDERED        0.40    116.00
                          RECAPITULATION
       TIMEKEEPER               HOURS HOURLY RATE    TOTAL
       Matthew G. Zaleski       0.40    $290.00   $116.00


      TOTAL CURRENT WORK                          116.00


      BALANCE DUE                                $226.50
                                                 =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                            07/31/02
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      12

Relief From Stay Proceedings

PREVIOUS BALANCE                                      $607.80

                                           HOURS
07/03/02
    MGZ Review Westconn stay relief motion   0.10     29.00

07/09/02
    MTH Review debtor's objection to Wesconn's
        motion for stay relief               0.30     79.50

07/24/02
    MGZ Review debtors objection to Kellogg
        Relief from Stay                     0.10     29.00
                                            ----    ------
    FOR CURRENT SERVICES RENDERED            0.50    137.50

                   RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski       0.20   $290.00     $58.00
    Mark T. Hurford          0.30    265.00      79.50

    TOTAL CURRENT WORK                              137.50

    BALANCE DUE                                    $745.30
                                                  =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          07/31/02
Wilmington  DE                      ACCOUNT NO: 3000-14D
                                    STATEMENT NO:      12


Valuation



    PREVIOUS BALANCE                            $31.50


    BALANCE DUE                                 $31.50
                                                ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    07/31/02
Wilmington  DE                             ACCOUNT NO: 3000-15D
                                           STATEMENT NO:      14


Committee Administration



PREVIOUS BALANCE                                      $18,686.80


                                            HOURS
07/01/02
    DAC Review of committee's letter response to
        US Trustee re: SAC request, and Babcock
        memo                                  0.20     70.00

07/02/02
    MGZ Review corr. from Inselbuch to US
        Trustee, including attachments re: SAC
        committee request (1/6 total time)    0.10     29.00
    MGZ Finalize and distribute committee meeting
        minutes for 6/4/02                    0.20     58.00
    MTH Prepare weekly recommendation memo    1.60    424.00

07/03/02
    MTH Prepare weekly recommendation memo    1.60    424.00

07/05/02
    MGZ Review and edits to weekly recommendation
        memo                                  0.40    116.00

07/08/02
    MRE Review and revisions to weekly calendar
        of critical events                    0.20     50.00
    MTH Discussion with MRE re: weekly
        recommendation memo                   0.20     53.00
    MTH Revise weekly recommendation memo     0.20     53.00
    MTH Correspondence to Lockwood re: weekly
        recommendation memo                   0.20     53.00
    MTH Review correspondence from Lockwood re:
        weekly recommendation memo            0.10     26.50
    MTH Prepare and revise weekly recommendation
        memo                                  1.20    318.00

{D0004522:1 }

```
                                                          Page: 2
        W.R. Grace                                       07/31/02
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:       14

        Committee Administration




                                                    HOURS
07/09/02
        MTH Prepare weekly recommendation memo        0.50      132.50
        DAC Review Inselbuch's memo re: SAC responses 0.10       35.00

07/10/02
        PEM Review memo and minutes from counsel of
            6/4 meeting (.1); review memo re:
            incentive compensation (.2)               0.30       79.50
        MTH Prepare weekly recommendation memo        0.50      132.50

07/11/02
        MTH Prepare weekly recommendation memo        0.30       79.50
        PEM Review calendar and recommendations memo
            from counsel                              0.30       79.50

07/12/02
        MTH Meeting with MGZ re: weekly
            recommendation memo                       0.20       53.00
        MTH Prepare weekly recommendation memo        2.20      583.00
        MGZ Review and edit weekly recommendation
            memo                                      0.30       87.00
        MGZ Draft correspondence to co-counsel re:
            same                                      0.10       29.00

07/15/02
        MTH Review correspondence from MGZ re:
            recommendation memorandums                0.10       26.50
        MGZ Finalize weekly recommendation memo for
            distribution to committee members         0.10       29.00
        MTH Review committee memo re: Sealed Air
            Proceedings                               0.20       53.00

07/16/02
        DAC Review draft minutes of meeting to
            approve letter; respond to SAC proposal;
            review PBGC/Alan Wood decision on role of
            attorney and committee                    0.20       70.00

07/17/02
        MK  Attention to document organization        0.10        9.00

07/18/02
        MGZ Review PD Zonolite counsel materials re:
            preparation for committee conference call 0.80      232.00
        MGZ Review legal research re: same            1.70      493.00
        MGZ Telephone conference with committee re:
            objection to PD committee counsel
```

```
                                                    Page: 3
        W.R. Grace                                  07/31/02
                                    ACCOUNT NO: 3000-15D
                                    STATEMENT NO:       14

        Committee Administration
```

|  | | HOURS | |
|---|---|---|---|
| | application | 1.00 | 290.00 |
| **07/19/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.50 | 132.50 |
| **07/22/02** | | | |
| AFM | Memo to committee re: case management proposal | 0.10 | 20.00 |
| **07/24/02** | | | |
| MK | Provide distribution to attorneys of pleadings received | 0.20 | 18.00 |
| MGZ | Review correspondence from E. Strug re: memos to committee | 0.10 | 29.00 |
| **07/25/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| **07/26/02** | | | |
| MGZ | Review and edit weekly recommendation memo | 0.30 | 87.00 |
| MGZ | Review correspondence from and draft correspondence to S. Baena; draft correspondence to and review correspondence from Lockwood; review and revise committee chairs list re: PD committee request for information regarding committee chairs (1/6th total time) | 0.10 | 29.00 |
| **07/29/02** | | | |
| PEM | Review memo and recommendations to committee | 0.30 | 79.50 |
| **07/30/02** | | | |
| MTH | Prepare weekly recommendation memo | 1.30 | 344.50 |
| **07/31/02** | | | |
| MTH | Review correspondence from D. Walton re: select asbestos committee | 0.30 | 79.50 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 19.00 | 5,145.50 |

```
                        RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Douglas A. Campbell           0.50    $350.00      $175.00
   Philip E. Milch               0.90     265.00       238.50
```

{D0004522:1 }

```
                                                    Page: 4
          W.R. Grace                               07/31/02
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:       14
          Committee Administration
```

| | | | |
|---|---|---|---|
| Matthew G. Zaleski | 5.20 | 290.00 | 1,508.00 |
| Michele Kennedy | 0.30 | 90.00 | 27.00 |
| Aileen F. Maguire | 0.10 | 200.00 | 20.00 |
| Mark T. Hurford | 11.80 | 265.00 | 3,127.00 |
| Marla R. Eskin | 0.20 | 250.00 | 50.00 |

```
          TOTAL CURRENT WORK                        5,145.50


          BALANCE DUE                             $23,832.30
                                                  ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               07/31/02
Wilmington  DE                        ACCOUNT NO: 3000-71D
                                      STATEMENT NO:        3


Applicant's Fee Application




     PREVIOUS BALANCE                               $1,060.50



                                         HOURS
07/10/02
     MGZ Meeting with staff re: preparation,
         filing and distribution of fee
         application materials for all committee
         professionals (1/2 of 1/6th total time)     0.10    29.00

07/16/02
     DMC Review docket re: objections to 11th
         monthly fee application (.1); preparation
         of CNO re: same (.2); preparation of COS
         for same (.1)                               0.40    36.00
     MLP Preparation of C&L's CNO 10th monthly fee
         application for e-filing (.1); e-filing
         of same (.2); hard copy service of same
         (.1); update status charts (.1)             0.50    45.00
     AFM Review CNO re: C&L (Monthly-May)            0.10    20.00

07/18/02
     MGZ Review correspondence from and draft
         correspondence to W. Smith re: response
         to interim fee report                       0.10    29.00

07/19/02
     MGZ Review correspondence from W. Smith re:
         response to initial report                  0.10    29.00
     MGZ Review initial report on fee application    0.10    29.00

07/24/02
     AFM Review and sign fee application for C&L
         (Monthly-June)                              0.20    40.00

```
                                                        Page: 2
        W.R. Grace                                     07/31/02
                                       ACCOUNT NO:  3000-71D
                                       STATEMENT NO:        3
        Applicant's Fee Application




                                              HOURS
07/29/02
    MLP Review e-mail from DGS re: C&L's June
        billing statement (.1); preparation of
        billing statement for electronic filing
        (.1); preparation of June 2002 fee
        application (.4); preparation of COS re:
        same (.1); electronic filing of same
        (.2); e-mail service of same (.1); hard
        copy service of same (.1); update status
        charts (.1)                               1.20    108.00
                                                  ----    ------
        FOR CURRENT SERVICES RENDERED             2.80    365.00

                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski                0.40    $290.00    $116.00
Aileen F. Maguire                 0.30     200.00      60.00
Darlene M. Chilelli               0.40      90.00      36.00
Marnie L. Powell                  1.70      90.00     153.00


    TOTAL CURRENT WORK                                 365.00


    BALANCE DUE                                     $1,425.50
                                                    =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              07/31/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:       3

Fee Application of Others


PREVIOUS BALANCE                                    $3,252.00


                                           HOURS
07/02/02
    AFM Prepare interim fee app for reimbursement
        of committee member expenses (1.7);
        exhibits A-D (.5); COS (.1)                 2.30     460.00
    DMC Preparation of exhibits to committee
        expense reimbursement request for
        electronic filing (.5); electronic filing
        and service of committee member expense
        reimbursement request (.5); hard copy
        service of same (.2); update status
        charts (.1)                                 1.30     117.00

07/10/02
    MGZ Meeting with staff re: preparation,
        filing and distribution of fee
        application materials for all committee
        professionals (1/2 of 1/6th total time)     0.10      29.00

07/11/02
    AFM Telephone conference with E. Strug re:
        April-May fee applications                  0.10      20.00

07/15/02
    DMC Review Tersigni's May, 2002 billing
        statement (.1); preparation of Tersigni's
        10th monthly fee app (.7); e-mail same to
        D. Collins for review and signature (.1)    0.90      81.00
    DMC Review docket re: objections to LAS' 4th
        monthly fee application (.1); preparation
        of CNO for same (.2); preparation of COS
        for same (.1)                               0.40      36.00
    MLP Electronic filing of CNO re: LAS's 2/02 -

|  |  | HOURS |  |
|---|---|---|---|
| | 4/02 monthly fee application (.1); hard copy service of same (.1); update status charts (.1) | 0.30 | 27.00 |
| AFM | Review CNO re: LAS (interim/Feb-Apr) | 0.10 | 20.00 |
| **07/16/02** | | | |
| MLP | E-mail to D. Siegel re: payment of Tersigni's fee application of April-July 2001 | 0.10 | 9.00 |
| MLP | Prepare billing statement for Tersigni's 10th monthly fee application for filing (.2); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2) | 0.80 | 72.00 |
| AFM | Review fee application of Tersigni (Monthly-May) | 0.10 | 20.00 |
| **07/17/02** | | | |
| AFM | Review and sign fee application of C&D (Interim/Apr-June) | 0.10 | 20.00 |
| MLP | Preparation of Caplin's 5th interim fee application (.4); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.3); update status charts | 1.10 | 99.00 |
| **07/18/02** | | | |
| DMC | Preparation of CNO re: Caplin's 8th fee application (.2); preparation of COS for same (.1) | 0.30 | 27.00 |
| **07/22/02** | | | |
| MLP | E-file Caplin's CNO for 8th monthly fee application (.1); hard copy service of same (.1); update status charts (.1) | 0.30 | 27.00 |
| **07/23/02** | | | |
| MLP | Update critical dates calendar | 0.30 | 27.00 |
| MLP | Review docket re: objections to committee's expense reimbursement (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1) | 0.40 | 36.00 |
| **07/24/02** | | | |
| AFM | Review and sign CNO for committee reimbursement  (Interim/ Apr 2001 - Feb 2002) | 0.10 | 20.00 |

```
                                              Page: 3
W.R. Grace                                    07/31/02
                                ACCOUNT NO: 3000-72D
                             STATEMENT NO:        3

Fee Application of Others
```

|  |  | HOURS |  |
|---|---|---|---|
| DMC | Electronic filing of CNO re: expense report | 0.20 | 18.00 |
| MTH | Review Judge Wolin's order re: counse fees, Milberg, Weiss, with exhibit | 0.20 | 53.00 |
| MGZ | Telephone conference with R. Tobin re: fee application issues (1/6th total time) | 0.10 | 29.00 |

**07/25/02**

|  |  |  |  |
|---|---|---|---|
| MGZ | Review status of fee application for committee's professionals | 0.10 | 29.00 |

**07/26/02**

|  |  |  |  |
|---|---|---|---|
| MLP | Review e-mail from D. Collins re: Tersigni's June, 2002 billing statement (.1); preparation of billing statement for electronic filing (.1); preparation of June fee application (.1); e-mail to D. Collins for review and signature (.1) | 0.40 | 36.00 |
| MGZ | Review correspondence from R. Tobin re: revisions to C&D fee application | 0.10 | 29.00 |

**07/29/02**

|  |  |  |  |
|---|---|---|---|
| MLP | Review e-mail from E. Strug re: Caplin's June 2002 billing statement (.1); preparation of billing statement for electronic filing (.2); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.1); update status charts (.1) | 0.90 | 81.00 |
| MLP | Review e-mail from D. Collins re: Tersigni's 4th interim fee application (.1); e-mail same to W. Smith (.1) | 0.20 | 18.00 |
| AFM | Review and sign fee application of C&D (Monthly-June) | 0.20 | 40.00 |

**07/30/02**

|  |  |  |  |
|---|---|---|---|
| AFM | Review and sign fee application of Tersigni (Monthly-June) | 0.20 | 40.00 |
| MLP | Preparation of Tersigni's June, 2002 fee application for electronic filing (.1); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); update status charts | 0.70 | 63.00 |

**07/31/02**

|  |  |  |  |
|---|---|---|---|
| MLP | Update critical dates calendar | 0.20 | 18.00 |

```
                                                    Page: 4
W.R. Grace                                         07/31/02
                                    ACCOUNT NO:    3000-72D
                                    STATEMENT NO:         3
Fee Application of Others




                                          HOURS
MLP E-mail to debtor re: Tersigni's missing
    payment from first fee application and
    subsequent interim fee application
    holdback fees                          0.20     18.00
                                          -----  --------
    FOR CURRENT SERVICES RENDERED         12.80  1,619.00

                  RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
Matthew G. Zaleski              0.40    $290.00     $116.00
Aileen F. Maguire               3.20     200.00      640.00
Mark T. Hurford                 0.20     265.00       53.00
Darlene M. Chilelli             3.10      90.00      279.00
Marnie L. Powell                5.90      90.00      531.00


    TOTAL CURRENT WORK                             1,619.00


    BALANCE DUE                                   $4,871.00
                                                 =========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                               07/31/02
Wilmington  DE                       ACCOUNT NO: 3000-73D
                                     STATEMENT NO:        3

Applicant's Retention Application


    PREVIOUS BALANCE                                     $795.00


    BALANCE DUE                                          $795.00
                                                         =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0004522:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              07/31/02
Wilmington  DE                         ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-00 Costs and Expenses** | | | | | |
| 5,102.20 | 0.00 | 1,623.50 | 0.00 | 0.00 | $6,725.70 |
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 6,845.20 | 2,613.00 | 0.00 | 0.00 | 0.00 | $9,458.20 |
| **3000-02 Asset Disposition** | | | | | |
| 1,337.90 | 0.00 | 0.00 | 0.00 | 0.00 | $1,337.90 |
| **3000-03 Business Operations** | | | | | |
| 588.50 | 0.00 | 0.00 | 0.00 | 0.00 | $588.50 |
| **3000-04 Case Administration** | | | | | |
| 11,985.00 | 1,287.00 | 0.00 | 0.00 | 0.00 | $13,272.00 |
| **3000-05 Claims Administration and Objections** | | | | | |
| 9,310.60 | 4,857.50 | 0.00 | 0.00 | 0.00 | $14,168.10 |
| **3000-06 Employee Benefits/Pensions** | | | | | |
| 3,313.00 | 1,054.50 | 0.00 | 0.00 | 0.00 | $4,367.50 |
| **3000-07 Fee/Employment Applications** | | | | | |
| 7,167.40 | 0.00 | 0.00 | 0.00 | 0.00 | $7,167.40 |
| **3000-08 Fee/Employment Objections** | | | | | |
| 13,627.50 | 1,701.00 | 0.00 | 0.00 | 0.00 | $15,328.50 |
| **3000-09 Financing** | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | 0.00 | $132.50 |
| **3000-10 Litigation** | | | | | |
| 9,141.50 | 1,928.00 | 0.00 | 0.00 | 0.00 | $11,069.50 |
| **3000-11 Plan and Disclosure Statement** | | | | | |
| 110.50 | 116.00 | 0.00 | 0.00 | 0.00 | $226.50 |

{D0004522:1 }

```
                                                         Page: 2
       W.R. Grace                                        07/31/02
                                         ACCOUNT NO      3000D
```

```
PREVIOUS BALANCE      FEES   EXPENSES   ADVANCES    PAYMENTS      BALANCE

   3000-12 Relief From Stay Proceedings
        607.80   137.50       0.00       0.00        0.00      $745.30

   3000-14 Valuation
         31.50     0.00       0.00       0.00        0.00       $31.50

   3000-15 Committee Administration
     18,686.80 5,145.50       0.00       0.00        0.00   $23,832.30

   3000-71 Applicant's Fee Application
      1,060.50   365.00       0.00       0.00        0.00    $1,425.50

   3000-72 Fee Application of Others
      3,252.00 1,619.00       0.00       0.00        0.00    $4,871.00

   3000-73 Applicant's Retention Application
        795.00     0.00       0.00       0.00        0.00      $795.00

     --------- --------- --------    ----    ---- -----------
     93,095.40 20,824.00 1,623.50       0.00        0.00 $115,542.90
                                                        ===========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```