IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Scotta E. McFarland, hereby certify that on the 30th day of August 2002, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

1. Notice of Filing of Quarterly Fee Application [Fifth Quarterly Interim Verified Application of Wallace King Marraro & Branson, PLLC for Compensation for Services and Reimbursement of Expenses as Special Litigation and Environmental Counsel to W. R. Grace & Co., et al., for the Interim Period From April 1, 2002 Through June 30, 2002].

*Scotta E. McFarland*
Scotta E. McFarland (DE Bar No. 4184)

91100-001\DOCS_DE:53750.1