## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

Hearing date: To be scheduled, only if objections are
timely filed and served.

## SUMMARY OF THE FIRST MONTHLY VERIFIED
## APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR
## COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM
## PERIOD FROM JULY 19, 2001 THROUGH JULY 31, 2001

| | |
|---|---|
| Name of Applicant: | Nelson Mullins Riley & Scarborough, L.L.P. |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001 |
| Period for which compensation and reimbursement is sought: | July 19, 2001 through July 31, 2001 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $22,653.20 (80% of $28,316.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $234.68 for the interim period |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __3.5__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ _595.00_ .

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 3.50 | $875.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 1.50 | $375.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 42.70 | $12,169.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 16.70 | $3,674.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 2.00 | $400.0 |

Grand Total for Fees:  $17,493.50
Blended Rate:  $263.46

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as at position | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 64.00 | $8,000.00 |
| Jaci L. Lewis | Paralegal | 3 years | Bankruptcy | $90.00 | 0.30 | $27.00 |
| Melanie Swaby | Library Services | 3 years | Library Services | $95.00 | 0.30 | $28.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $85.00 | 25.70 | $2,184.50 |
| Martha V. Waddell | Project Assistant | 6 months | Environmental | $55.00 | 10.60 | $583.00 |

Grand Total for Fees:  $10,823.00
Blended Rate:  $107.26

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 54.50 | $ 6,197.00 |
| 02399/06003 | Beaco Road Site | 5.0 | 1,100.00 |
| 02399/06011 | Enoree Site Management | 1.70 | 325.00 |
| 02399/06012 | Owensboro Site Management | 1.50 | 82.50 |
| 02399/06017 | Sierra Facility | 7.20 | 1,754.00 |
| 02399/06018 | Western Minerals Products Site | .40 | 22.00 |
| 02399/06020 | Guanica, Puerto Rico | .20 | 11.00 |
| 02399/06023 | Libby, MT General Environment | 42.20 | 11,176.00 |
| 02399/06025 | Motor Wheel, MI Environmental Matters | .20 | 57.00 |
| 02399/06027 | Project Allen | 26.70 | 3,239.50 |
| 02399/06031 | Li Tungsten | 2.70 | 229.50 |
| 02399/06032 | Charleston | 6.90 | 1,122.50 |
| 02399/06033 | Weedsport, NY | .50 | 142.50 |
| 02399/06034 | Expanding Plant - Trenton, NJ | .40 | 114.00 |
| 02399/06035 | Easthampton, MA Expanding Plant | .20 | 57.00 |
| 02399/06036 | Libby EPA Cost Recovery | .40 | 22.00 |
| 02399/06046 | Libby  Expansion Plants/Dallas | 7.00 | 1,465.00 |
| 02399/06050 | Libby Expansion Plants - Cambridge, MA | 9.60 | 1,200.00 |
| TOTAL | | 167.30 | $28,316.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $148.27 |
| Lexis Research | $2.70 |
| Standard Copies | $23.70 |
| FedEx Overnight Delivery Service | $60.01 |
| Total | $234.68 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections
are timely filed and served.

## VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 19, 2001 THROUGH JULY 31, 2001

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR2016-2, the law firm of Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $28,316.50) for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $234.68 (the "Application"), in each case for the period from July 19, 2001 through July 31, 2001 (the "Fee Period"). In support of this Application, NMRS respectfully states as follows:

## Retention of NMRS

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.    Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee"). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.      By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters

(the "Retention Order"). The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

        3.    As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

        4.    NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

        5.    NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

        6.    Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel , associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

        7.    This is the first application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

**Reasonable and Necessary Services Rendered by NMRS - Generally**

8.    The NMRS attorneys who rendered professional services during this Fee
Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 3.50 | $875.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 1.50 | $375.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 42.70 | $12,169.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 16.70 | $3,674.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 2.00 | $400.0 |

9.    The paraprofessionals of NMRS who have rendered professional services
in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as at position | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 64.00 | $8,000.00 |
| Jaci L. Lewis | Paralegal | 3 years | Bankruptcy | $90.00 | 0.30 | $27.00 |
| Melanie Swaby | Library Services | 3 years | Library Services | $95.00 | 0.30 | $28.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $85.00 | 25.70 | $2,184.50 |
| Martha V. Waddell | Project Assistant | 6 months | Environmental | $55.00 | 10.60 | $583.00 |

10.    NMRS has advised and represented the Debtors in connection with
certain litigation and environmental matters.  These matters include: General W.R. Grace
Environmental Matters;  Beaco Road Site;  Enoree Site Management;  Owensboro Site

Management; Sierra Facility; Western Minerals Products Site; Guanica, Puerto Rico; Libby, MT General Environment; Motor Wheel, MI General Environment; Aiken-Title V Permit Application Issues; Project Allen; Li Tungsten; Charleston; Weedsport, NY; Expanding Plant - Trenton, NJ; Easthampton, MA Expanding Plant; Libby EPA Cost Recovery; Libby Expansion Plants/Dallas; and Libby Expansion Plants - Cambridge, MA.

      11.    The rates described in the above list of attorneys and paraprofessionals are NMRS's hourly rates for services of this type. Attached as **Exhibit A**, and arranged by Subject Matter, is a detailed itemization and description of the services that NMRS rendered during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $32,129.00.    The NMRS attorneys and paraprofessionals expended a total of 188.60 hours for these cases during the Fee Period. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

      12.    Further, **Exhibit A** (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. The Subject Matters addressed in this Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

13.    The professional services that NMRS rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraph 10 herein (the"Subject Matter").

14.    It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

15.    NMRS charges (a) $.05 per page for duplication as Special Counsel in this case. NMRS does not charge its clients for incoming telecopier transmissions.

16.    A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**. All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $234.68.

### Representations

17.    NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

18.    The fees and expenses addressed in this Application have been provided to and reviewed by the Debtors prior to the filing of this Application.

19.    Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. NMRS reserves the

right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

      20.    In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $28,551.18, consisting of (a) $28,316.50 for reasonable and necessary professional services rendered and (b) $234.68 for actual and necessary costs and expenses.

      WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above, for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.

      Respectfully submitted,

      PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
      Laura Davis Jones (Bar No. 2436)
      Hamid R. Rafatjoo (California Bar No. 181564)
      David W. Carickhoff, Jr. (Bar No. 3715)
      919 North Market Street, 16th Floor
      P.O. Box 8705
      Wilmington, DE 19889-8705 (Courier 19801)
      Telephone: (302) 652-4100
      Facsimile: (301) 652-4400

      and

      NELSON MULLINS RILEY & SCARBOROUGH, LLP

      By: _____
      Bernard F. Hawkins, Jr. (SC Fed. Bar No. 5316)
      George B. Cauthen (SC Fed. Bar No. 81)

Post Office Box 11070
Columbia, South Carolina 29211
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

Dated: **10/15/01**



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 9, 2001
Invoice 469520                                      Page 1

Our Matter #          02399/06000                   For Services Through 07/31/01
Name of Matter:       General

---

| 07/19/01 | Review documents forwarded from Charleston concerning description of Grace property there; follow-up to attempt to confirm that the property is correct site; forward to Ms. Gardner; review old file information regarding potential dispute concerning northern property boundary; discussion of same with Mr Bucens. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |
| 07/19/01 | Review Attorney Cleary's summary to client regarding applicability of asbestos NESHAP for inactive waste disposal for asbestos mills. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 200.00/hr | $20.00 |
| 07/19/01 | Review files for information  needed to prepare conflict check requests. | | | |
| | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |

W. R. Grace & Co.                                              October 9, 2001
                                                              Invoice 469520          Page 2

| 07/19/01 | Research and review files for information on various expansion plants; telephone conference with Ms. Antar about the location of the Memphis deed which she needs per Mr. MacFarland's request; two telephone conferences with Mr. Marriam for clarification on expansion sites (Prince George County and Cambridge). | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |

| 07/19/01 | Prepare, edit and e-mail correspondence to administrative assistants, paralegal, and Attorneys Cleary and Hawkins requesting conflict checks on additional expansion plants. | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |

| 07/19/01 | Review previous file documents for property description and other pertinent information; compile information regarding property line dispute and prepare documents of same for scanning purposes. | | | |
| --- | --- | --- | --- | --- |
| | M. WADDELL | 2.60 hrs. | 55.00/hr | $143.00 |

| 07/20/01 | Edit site home diagram and e-mail same to Attorney Cleary for review and comments; review and organize files; discuss with Administrative Assistant the structural modifications to the extranet. | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 5.90 hrs. | 125.00/hr | $737.50 |

| 07/23/01 | Discussion with Mr. Obradovic regarding upcoming conference call about legacy liabilities. | | | |
| --- | --- | --- | --- | --- |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 07/23/01 | Review and organize files. | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 5.10 hrs. | 125.00/hr | $637.50 |

| 07/24/01 | Review comprehensive Site and matter  listings for inclusion on extranet. | | | |
| --- | --- | --- | --- | --- |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 07/24/01 | Review and edit the site home diagram; prepare correspondence containing the diagram for implementation on the extranet to  Information Technology Director and Attorneys Cleary and Hawkins;  telephone conference with LAN/WAN Systems Administrator regarding implementation of same; discuss with Attorney Cleary the status of the modifications; prepare and e-mail correspondence to administrative assistants, paralegal, Attorneys Cleary and Hawkins requesting conflict checks and new matter numbers for Glendale, Arizona and Savannah, Georgia. | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 6.10 hrs. | 125.00/hr | $762.50 |

| 07/25/01 | Review boxes of document to prepare correspondence regarding documents that are not assigned to the firm to handle; draft correspondence regarding same. | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |

| 07/25/01 | Continue to review and profile documents for document management project. | | | |
| --- | --- | --- | --- | --- |
| | L.K. THOMAS | 5.60 hrs. | 85.00/hr | $476.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 3

| 07/26/01 | Review and profile documents; prepare draft correspondence for Attorney Cleary regarding unassigned and assigned matters; e-mail same to Attorney Cleary. | | | |
|---|---|---|---|---|
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 07/26/01 | Continue to review and profile documents for document management project; discuss same with Project Assistant Waddell. | | | |
| | L.K. THOMAS | 7.40 hrs. | 85.00/hr | $629.00 |
| 07/26/01 | Sort and organize file documents; prepared file folders for the various Grace matter numbers to assist Paralegal Thomas. | | | |
| | M. WADDELL | 1.90 hrs. | 55.00/hr | $104.50 |
| 07/27/01 | Read Remedium Weekly report, send question regarding Corinth cleanup to Mr. Tucker. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 07/27/01 | Review and organize files. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/30/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.30 hrs. | 55.00/hr | $16.50 |
| 07/31/01 | Obtain Federal Register document for Atty. Hawkins. | | | |
| | M. SWABY | 0.30 hrs. | 95.00/hr | $28.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.20 | 220.00 | 264.00 |
| D.M. CLEARY | 0.80 | 285.00 | 228.00 |
| R.T. CARLISLE | 0.10 | 200.00 | 20.00 |
| L.K. THOMAS | 13.00 | 85.00 | 1,105.00 |
| K. BROWN | 34.30 | 125.00 | 4,287.50 |
| M. WADDELL | 4.80 | 55.00 | 264.00 |
| M. SWABY | 0.30 | 95.00 | 28.50 |
| **TOTAL** | **54.50** | **113.71** | **6,197.00** |

**Fees for Legal Services**      **$6,197.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/19/2001 | Photocopies 40 Page(s) | 2.00 |
| 07/19/2001 | 1-843-720-4345 | 0.45 |
| 07/19/2001 | 1-617-498-2667 | 0.60 |
| 07/19/2001 | 1-617-498-2667 | 1.89 |
| 07/19/2001 | 1-901-820-2023 | 0.34 |
| 07/19/2001 | 1-901-820-2023 | 0.10 |
| 07/26/2001 | Photocopies 50 Page(s) | 2.50 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/27/2001 | 1-617-498-4968 | 0.26 |
| 07/31/2001 | Lexis | 2.70 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$10.89**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 4.55 |
| Lexis | 2.70 |
| Telephone | 3.64 |
| **TOTAL** | **10.89** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$6,207.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 440677 | 04/09/2001 | 1,051.06 | 1,051.06 |
| 446321 | 06/10/2001 | 83.88 | 83.88 |
| 450536 | 06/29/2001 | 14,544.57 | 14,544.57 |
| 455435 | 07/25/2001 | 10,864.58 | 10,864.58 |
| 464910 | 09/13/2001 | 11,387.92 | 11,387.92 |
| 467882 | 09/27/2001 | 2,489.37 | 2,489.37 |
| 469516 | 10/09/2001 | 854.41 | 854.41 |
| | **TOTAL A/R BALANCE** | | **$41,275.79** |

W. R. Grace & Co.

October 9, 2001
Invoice 469520

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | 6,197.00 |
| Charges for Other Services Provided/Expenses Incurred | 10.89 |
| **NET CURRENT BILLING FOR THIS INVOICE**........................................................ | **$6,207.89** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 13, 2001
ATTN: Lydia Duff, Esq.                                  Invoice 464915                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                        For Services Through 07/31/01
Name of Matter:       Beaco Road Site

---

| Date | Description | | | |
|------|-------------|--|--|--|
| 07/19/01 | Conference call with PRP Group regarding potential responses to DHEC on feasibility study and requirement that no groundwater leave site above Maximum Contaminant Levels; review information forwarded to DHEC regarding reasons why DHEC should grant mixing zone for potential groundwater transport to Princess Creek; discussion basis for arguments on mixing zone with Attorney Carlisle. | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 07/20/01 | Review additional incoming information regarding DHEC response on issue of why remedy for site does not need to include active measures to prevent contaminants from moving from groundwater to surface water. | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 07/30/01 | Review response to DHEC on mixing zone issue and regarding FOIA request; conference call to discuss the draft letter/statement of disagreement concerning DHEC's intent to require groundwater extraction wells; discuss the draft FOIA request to DHEC requesting all surface water mixing zone permits granted by DHEC and all documents wherein DHEC permitted or authorized water with one or more contaminants in excess of Safe Drinking Water Act maximum contaminant levels to migrate into a stream or other surface water. | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 5.00 | 220.00 | 1,100.00 |
| **TOTAL** | **5.00** | **220.00** | 1,100.00 |

Fees for Legal Services     **$1,100.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/20/2001 | Photocopies 11 Page(s) | 0.55 |
| 07/25/2001 | Photocopies 6 Page(s) | 0.30 |
| 07/31/2001 | Photocopies 12 Page(s) | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$1.45**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.45 |
| **TOTAL** | **1.45** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$1,101.45**

W. R. Grace & Co.

September 13, 2001
Invoice 464915          Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464158 | 09/11/2001 | 2,620.40 | 2,620.40 |
| 464163 | 09/11/2001 | 88.00 | 88.00 |
| 464911 | 09/13/2001 | 143.00 | 143.00 |
| | **TOTAL A/R BALANCE** | | **$2,851.40** |

W. R. Grace & Co.

September 13, 2001
Invoice 464915

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009·
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | 1,100.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.45 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$1,101.45** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 13, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464916                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06011                    For Services Through 07/31/01
Name of Matter:       Enoree Site Management

---

| 07/19/01 | Confer with Mr. O'Connell regarding apparent failure of WET test following attempted removal of solids from holding tank and related issues; review letter to be sent to DHEC confirming in writing apparent failure of WET test. | | | |
| | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 07/20/01 | Review final version of letter to be sent to DHEC to follow up telephonic notice of WET test apparent failure; suggest inclusion in letter of information on use of city water to wash out holding tank and suggest additional word changes be made to conform to positions taken in earlier communications with DHEC relative to WET testing issues at the facility. | | | |
| | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 07/24/01 | Review information from Attorney Carlisle regarding WET Testing issues and averaging periods that should be included in permit. | | | |
| | B.F. HAWKINS / Partner | 0.40 hrs. | 220.00/hr | $88.00 |

W. R. Grace & Co.

| 07/24/01 | Review memoranda from Mr. O'Connell regarding decision to apply early for reissuance of NPDES permit to obtain more favorable terms for whole effluent toxicity testing; reply memorandum to Mr. O'Connell recommending that quarterly averaging of WET test results be pursued, as well as use of actual in-stream concentration based on CORMIX model. | | | |
| --- | --- | --- | --- | --- |
| | R.T. CARLISLE / Of Counsel | 0.30 hrs. | 200.00/hr | $60.00 |
| 07/25/01 | Review incoming correspondence regarding changes in WET testing. | | | |
| | L.K. THOMAS / Paralegal | 0.20 hrs. | 85.00/hr | $17.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| B.F. HAWKINS | 0.40 | 220.00 | 88.00 |
| R.T. CARLISLE | 1.10 | 200.00 | 220.00 |
| L.K. THOMAS | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **1.70** | **191.18** | 325.00 |

**Fees for Legal Services**        **$325.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/19/2001 | 1-617-498-4594 | 1.03 |
| --- | --- | --- |
| 07/31/2001 | Photocopies 14 Page(s) | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred**        **$1.73**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.70 |
| Telephone | 1.03 |
| **TOTAL** | **1.73** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$326.73**

W. R. Grace & Co.

September 13, 2001
Invoice 464916          Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 446111 | 06/11/2001 | 4,179.55 | 4,179.55 |
| 451120 | 07/09/2001 | 4,600.30 | 4,600.30 |
| 455237 | 07/24/2001 | 1,561.24 | 1,561.24 |
| 464913 | 09/13/2001 | 26.10 | 26.10 |
| | | **TOTAL A/R BALANCE** | **$10,427.89** |

W. R. Grace & Co.

September 13, 2001
Invoice 464916

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009 ·
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | 325.00 |
| Charges for Other Services Provided/Expenses Incurred | 1.73 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$326.73** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 12, 2001
ATTN: Lydia Duff, Esq.                             Invoice 464597                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06012                           For Services Through 07/31/01
Name of Matter:       Owensboro Site Management

| 07/27/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL / Project Asst | 1.50 hrs. | 55.00/hr | $82.50 |
|---|---|---|---|---|

### BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 1.50 | 55.00 | 82.50 |
| **TOTAL** | **1.50** | **55.00** | 82.50 |

**Fees for Legal Services**          **$82.50**

W. R. Grace & Co.

September 12, 2001
Invoice 464597                    Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/27/2001 | Photocopies 6 Page(s) | 0.30 |
| 07/27/2001 | Photocopies 27 Page(s) | 1.35 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$1.70** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 1.70 |
| **TOTAL** | **1.70** |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... **$84.20**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 446104 | 06/08/2001 | 702.65 | 702.65 |
| 450909 | 07/02/2001 | 941.20 | 941.20 |
| 455238 | 07/24/2001 | 5,091.37 | 5,091.37 |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| | **TOTAL A/R BALANCE** | | **$6,735.32** |

W. R. Grace & Co.

September 12, 2001
Invoice 464597                Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06012
Owensboro Site Management

| | | |
|---|---|---|
| Fees for Professional Services | 82.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.70 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | | **$84.20** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Lydia Duff, Esq.                              Invoice 464598                   Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06017                          For Services Through 07/31/01
Name of Matter:       Sierra Facility

| 07/25/01 | Office conference with Attorney Hawkins; review of letter. | | | |
|---|---|---|---|---|
| | E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |

| 07/25/01 | Review Ms. Kalin's letter regarding Furman University's proposal to relocate a road to improve access to a portion of their University and Grace's assurance that they will use the property adjacent in a compatible manner; review property issues with Attorney Barnhill. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |

| 07/26/01 | Research road relocation (SC code 5-27-150) and other code provisions. | | | |
|---|---|---|---|---|
| | E.D. BARNHILL | 2.00 hrs. | 250.00/hr | $500.00 |

| 07/26/01 | Review information from Attorney Barnhill regarding initial review of issues concerning Furman University request regarding Traveler's Rest property and relation to tax, property valuation and environmental issues. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |

W. R. Grace & Co.

September 12, 2001
Invoice 464598

Page 2

| | | | | |
|---|---|---|---|---|
| 07/30/01 | Discussion with Attorneys Hawkins and Barnhill regarding status of EPA investigation in Travelers Rest, and conveyance of property to Furman University; conference call with Ms. Kalin of Grace regarding strategy of approach and environmental concerns. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 07/30/01 | Review e-mail from Attorney Barnhill regarding property and tax issues for proposed granting of easement to Furman for new road on Grace Traveler's Rest property; review environmental and property development issues with Attorney Cleary; review issues with Attorneys Kalin, Cleary and Barnhill. | | | |
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 07/30/01 | Conference call with Attorney Cleary and Ms. Kalin. | | | |
| | E.D. BARNHILL | 1.00 hrs. | 250.00/hr | $250.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.70 | 220.00 | 594.00 |
| D.M. CLEARY | 1.00 | 285.00 | 285.00 |
| E.D. BARNHILL | 3.50 | 250.00 | 875.00 |
| **TOTAL** | **7.20** | **243.61** | 1,754.00 |

**Fees for Legal Services**     **$1,754.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/25/2001 | Photocopies 3 Page(s) | 0.15 |
| 07/25/2001 | Photocopies 3 Page(s) | 0.15 |
| 07/26/2001 | Photocopies 3 Page(s) | 0.15 |
| 07/30/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/30/2001 | 1-617-498-4972, | 3.78 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$4.28**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.50 |
| Telephone | 3.78 |

W. R. Grace & Co.

September 12, 2001
Invoice 464598

Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| TOTAL | 4.28 |

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $1,758.28

W. R. Grace & Co.

September 12, 2001
Invoice 464598

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06017
Sierra Facility

| | | |
|---|---|---|
| Fees for Professional Services | 1,754.00 | |
| Charges for Other Services Provided/Expenses Incurred | 4.28 | |
| **NET CURRENT BILLING FOR THIS INVOICE**................................................. | | **$1,758.28** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 9, 2001
Invoice 469521

Page 1

Our Matter #        02399/06018                              For Services Through 07/31/01
Name of Matter:     Western Mineral Products Site

---

| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |

---

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **0.40** | **55.00** | 22.00 |

**Fees for Legal Services**        **$22.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469521

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/30/2001    Photocopies 8 Page(s)                                                    0.40

**Total Charges for Other Services Provided/Expenses Incurred**    **$0.40**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.40 |
| **TOTAL** | **0.40** |

NET CURRENT BILLING FOR THIS INVOICE ...................................................    **$22.40**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 446217 | 06/09/2001 | 2,885.77 | 2,885.77 |
| 455332 | 07/25/2001 | 5,865.33 | 5,865.33 |
| 464169 | 09/11/2001 | 997.50 | 997.50 |
| 466683 | 09/27/2001 | 6,245.89 | 6,245.89 |
| 469517 | 10/09/2001 | 59.71 | 59.71 |
| | **TOTAL A/R BALANCE** | | **$24,155.39** |

W. R. Grace & Co.

October 9, 2001
Invoice 469521

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06018
Western Mineral Products Site

---

| | | |
|---|---|---|
| Fees for Professional Services | 22.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.40 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$22.40** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                          September 11, 2001
ATTN: Lydia Duff, Esq.                     Invoice 464184                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06020                 For Services Through 07/31/01
Name of Matter:       Guanica, Puerto Rico

| 07/30/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

|  | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**        **$11.00**

W. R. Grace & Co.

September 11, 2001
Invoice 464184

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.00**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464174 | 09/11/2001 | 85.60 | 85.60 |
| | **TOTAL A/R BALANCE** | | **$85.60** |

W. R. Grace & Co.

September 11, 2001
Invoice 464184                     Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06020
Guanica, Puerto Rico

---

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11.00** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    October 9, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 469522                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06023                      For Services Through 07/31/01
Name of Matter:     Libby, MT -General Environmen

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/19/01 | Continue review and research of articles and documents in preparation for high-level EPA meeting; organize and draft descriptions of articles for e-mail to team. | | | |
| | D.M. CLEARY | 6.50 hrs. | 285.00/hr | $1,852.50 |
| 07/19/01 | Discussion with Mr. Corcoran concerning upcoming meeting with EPA, Libby strategies, and upcoming conference call with Mr. Norris. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 07/20/01 | Read e-mail and respond to Mr. Emmett regarding BNSF meeting in Libby. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 07/20/01 | E-mail Mr. Stringer requesting missing article regarding Mr. Peronard. | | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |
| 07/24/01 | Discussion with Mr. Marriam regarding Region 4 analytical methodology and results. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

W. R. Grace & Co.
October 9, 2001
Invoice 469522

Page 2

| 07/24/01 | Review and prepare report of all the various analytical methodologies used in various EPA regions in the course of the vermiculite expanding plant investigations and in Libby; send to Mr. Marriam for review. | | | |
| | D.M. CLEARY | 6.70 hrs. | 285.00/hr | $1,909.50 |

| 07/24/01 | Review, profile, and organize documents. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

| 07/25/01 | Continue research regarding methodologies employed by EPA in expanding plant investigation. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

| 07/25/01 | Discussion with Mr. Stringer regarding recent Libby events. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 07/25/01 | Several discussions with Mr. Marriam regarding analytical methods used by EPA and status of spreadsheet. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |

| 07/25/01 | Attend conference call with Grace team regarding environmental legacy matters, including follow-up discussions with Remedium. | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |

| 07/25/01 | Discussions with Mr. Stringer regarding KDC concerns for destruction of property by EPA; research and review additional articles regarding Gov. Martz visit in August; transmit additional article with Benefield comments to Mr. Corcoran. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |

| 07/25/01 | Continued research, compilation, and analysis of analytical methodologies employed by all parties at all sites in the course of the Libby/expanding plant investigation. | | | |
| | D.M. CLEARY | 4.30 hrs. | 285.00/hr | $1,225.50 |

| 07/26/01 | Continue research and compilation of vermiculite investigation sampling methodologies with Mr. Marriam. | | | |
| | D.M. CLEARY | 4.00 hrs. | 285.00/hr | $1,140.00 |

| 07/26/01 | Assign Paralegal Brown to obtain Rep. Rehberg's letter demanding an accounting of Libby costs from GAO. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 07/26/01 | Prepare meeting notes regarding FOIA assignment; discuss with Attorney Cleary same; telephone U.S. Representative Rehberg's office to request a copy of his July 24, 2001 letter to the U.S. General Accounting Office; draft and e-mail FOIA request to GAO for same. | | | |
| | K. BROWN | 3.30 hrs. | 125.00/hr | $412.50 |