W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 3

| | | | | |
|---|---|---|---|---|
| 07/27/01 | Read new asbestos articles received from Grace relating to naturally occurring asbestos. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 07/27/01 | Continue research, correction and compilation of analytical methodology information with Mr. Marriam. | | | |
| | D.M. CLEARY | 4.50 hrs. | 285.00/hr | $1,282.50 |
| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.50 hrs. | 55.00/hr | $27.50 |
| 07/30/01 | Review letter from Mr. Peronard ordering Grace to perform work in Libby; discussion with Mr. Stringer regarding EPA response; discussion with Mr. Stout regarding timing of response and logistics; conference call with Mr. Stringer and Mr. Corcoran to determine Grace response to EPA; discussion with K & E attorneys regarding necessity for approval with bankruptcy court prior to proceeding with arrangements with EPA to proceed. | | | |
| | D.M. CLEARY | 2.10 hrs. | 285.00/hr | $598.50 |
| 07/30/01 | Review articles concerning Libby; research Missoulian article from the weekend. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 07/30/01 | Continued research efforts with Mr. Marriam regarding analytical methodologies used by EPA across the nation regarding vermiculite. | | | |
| | D.M. CLEARY | 3.10 hrs. | 285.00/hr | $883.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 37.10 | 285.00 | 10,573.50 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| M. WADDELL | 0.50 | 55.00 | 27.50 |
| **TOTAL** | **42.20** | **264.83** | 11,176.00 |

**Fees for Legal Services**     **$11,176.00**

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/25/2001 | 1-901-820-2023 | 0.86 |
| 07/25/2001 | 1-901-820-2023 | 4.65 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/26/2001 | 1-901-820-2023 | 3.89 |
| 07/26/2001 | 1-202-225-3211 | 0.59 |
| 07/27/2001 | Photocopies 5 Page(s) | 0.25 |
| 07/27/2001 | Photocopies 4 Page(s) | 0.20 |
| 07/27/2001 | Photocopies 5 Page(s) | 0.25 |
| 07/27/2001 | 1-901-820-2023 | 3.44 |
| 07/27/2001 | 1-901-820-2023 | 0.10 |
| 07/30/2001 | 1-901-820-2023 | 15.17 |
| 07/30/2001 | 1-406-293-3964 | 0.35 |
| 07/30/2001 | 1-410-531-4203 | 0.07 |
| 07/30/2001 | 1-406-293-3964 | 3.02 |
| 07/30/2001 | 1-312-861-2166 | 0.07 |
| 07/30/2001 | 1-901-820-2023 | 3.02 |
| 07/30/2001 | 1-901-820-2023 | 0.12 |

**Total Charges for Other Services Provided/Expenses Incurred**       **$36.10**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 0.75 |
| Telephone | 35.35 |
| **TOTAL** | **36.10** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$11,212.10**

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 5

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 447742 | 06/15/2001 | 7,191.82 | 7,191.82 |
| 455474 | 07/25/2001 | 10,157.43 | 10,157.43 |
| 464583 | 09/12/2001 | 3,268.37 | 3,268.37 |
| 466685 | 09/27/2001 | 31,672.83 | 31,672.83 |
| 469518 | 10/09/2001 | 1,858.00 | 1,858.00 |
| | | **TOTAL A/R BALANCE** | **$62,099.95** |

W. R. Grace & Co.

October 9, 2001
Invoice 469522

Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | | |
|---|---|---|
| Fees for Professional Services | 11,176.00 | |
| Charges for Other Services Provided/Expenses Incurred | 36.10 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$11,212.10** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464600                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06025                      For Services Through 07/31/01
Name of Matter:     Motor Wheel, MI Env. Matters

---

07/20/01      Review e-mail from Mr. Porter regarding proposed settlement.
              D.M. CLEARY                 0.20 hrs.        285.00/hr           $57.00

---

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| D.M. CLEARY    | 0.20  | 285.00  | 57.00   |
| **TOTAL**      | **0.20** | **285.00** | 57.00 |

**Fees for Legal Services**        **$57.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464600

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$57.00**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440683 | 04/09/2001 | 228.00 | 228.00 |
| 450514 | 06/29/2001 | 709.40 | 709.40 |
| 464584 | 09/12/2001 | 142.50 | 142.50 |
| | TOTAL A/R BALANCE | | $1,079.90 |

W. R. Grace & Co.

September 12, 2001
Invoice 464600

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06025
Motor Wheel, MI Env. Matters

| | | |
|---|---|---|
| Fees for Professional Services | 57.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$57.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   October 9, 2001
ATTN: Lydia Duff, Esq.                              Invoice 469523                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06027                          For Services Through 07/31/01
Name of Matter:       Project Allen

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/19/01 | Telephone conversations with Clerk of Court regarding time entry procedure.<br>J.L. LEWIS | 0.30 hrs. | 90.00/hr | $27.00 |
| 07/20/01 | Review data on Grace; memo to Attorney Hawkins on same.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 07/23/01 | Review U.S. Trustee billing procedures; review docket for local  variations; memo on same to Attorneys Hawkins and Cleary.<br>G.B. CAUTHEN | 0.50 hrs. | 250.00/hr | $125.00 |
| 07/30/01 | Review Ms. Duff's email regarding additional information requested for the Creditors; review assignment with paralegals regarding putting information together to respond to request.<br>B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/30/01 | Confer with co-counsel on bankruptcy and environmental issues.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 2

| | | | | |
|---|---|---|---|---|
| 07/30/01 | Review correspondence and several telephone conferences with Paralegal Thomas, Attorneys Cleary and Hawkins regarding environmental creditors database; prepare update to same and forward for review to Paralegal Thomas, Attorneys Cleary and Hawkins. | | | |
| | K. BROWN | 7.30 hrs. | 125.00/hr | $912.50 |
| 07/30/01 | Review, update and edit creditor's list to be sent to Grace; discuss same with Paralegal Brown. | | | |
| | L.K. THOMAS | 2.40 hrs. | 85.00/hr | $204.00 |
| 07/30/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.50 hrs. | 55.00/hr | $27.50 |
| 07/31/01 | Review information with paralegal concerning compiling and forwarding database previously prepared by Nelson Mullins. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/31/01 | Review dockets; follow up on environmental issues. | | | |
| | G.B. CAUTHEN | 0.40 hrs. | 250.00/hr | $100.00 |
| 07/31/01 | Telephone conference with Paralegal Thomas regarding the environmental creditors database; sent correspondence containing same. | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 07/31/01 | Several telephone conferences with Paralegal Thomas regarding e-mail containing the environmental creditors database; edit and review same; discuss with Paralegal Thomas the distribution of database. | | | |
| | K. BROWN | 5.00 hrs. | 125.00/hr | $625.00 |
| 07/31/01 | Review, update and edit creditor's list to be sent to Grace; discuss same with Paralegal Brown. | | | |
| | L.K. THOMAS | 7.40 hrs. | 85.00/hr | $629.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.60 | 220.00 | 352.00 |
| G.B. CAUTHEN | 1.50 | 250.00 | 375.00 |
| L.K. THOMAS | 9.80 | 85.00 | 833.00 |
| J.L. LEWIS | 0.30 | 90.00 | 27.00 |
| K. BROWN | 13.00 | 125.00 | 1,625.00 |
| M. WADDELL | 0.50 | 55.00 | 27.50 |
| TOTAL | 26.70 | 121.33 | 3,239.50 |

**Fees for Legal Services**  $3,239.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/23/2001 | 1-312-861-3103 | 0.17 |
|---|---|---|
| 07/23/2001 | 1-312-861-3103 | 0.14 |
| 07/30/2001 | 1-703-846-4771 | 3.29 |
| 07/30/2001 | 1-617-918-1111 | 0.57 |
| 07/30/2001 | 1-215-814-3000 | 0.36 |

**Total Charges for Other Services Provided/Expenses Incurred**  **$4.53**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 4.53 |
| TOTAL | 4.53 |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................  **$3,244.03**

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 4

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 451147 | 07/09/2001 | 16,936.81 | 16,936.81 |
| 455362 | 07/25/2001 | 5,601.33 | 5,601.33 |
| 464090 | 09/10/2001 | 747.84 | 747.84 |
| 464091 | 09/10/2001 | 16,351.71 | 16,351.71 |
| 464585 | 09/12/2001 | 5,444.39 | 5,444.39 |
| 467972 | 09/27/2001 | 2,568.78 | 2,568.78 |
| 469519 | 10/09/2001 | 50.00 | 50.00 |
| | | **TOTAL A/R BALANCE** | **$47,700.86** |

W. R. Grace & Co.

October 9, 2001
Invoice 469523

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06027
Project Allen

| | | |
|---|---|---|
| Fees for Professional Services | 3,239.50 | |
| Charges for Other Services Provided/Expenses Incurred | 4.53 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$3,244.03** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 13, 2001
ATTN: Lydia Duff, Esq.                               Invoice 464929              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06030                    For Services Through 07/31/01
Name of Matter:       Aiken-Title V Permit App. Iss

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/27/2001 | Photocopies 13 Page(s) | 0.65 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.65** |

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 0.65 |
| **TOTAL** | **0.65** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$0.65**

W. R. Grace & Co.

September 13, 2001
Invoice 464929          Page 2

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 455450 | 07/25/2001 | 5,714.35 | 5,714.35 |
| 464611 | 09/12/2001 | 2,621.98 | 2,621.98 |
| 464912 | 09/13/2001 | 3,298.40 | 3,298.40 |
| | | **TOTAL A/R BALANCE** | **$11,634.73** |

W. R. Grace & Co.

September 13, 2001
Invoice 464929

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009·
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | 0.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.65 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$0.65** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Lydia Duff, Esq.                               Invoice 464596                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06031                    For Services Through 07/31/01
Name of Matter:       Li Tungsten

---

07/30/01    Organize file materials; create subfiles; review file materials.
            L.K. THOMAS / Paralegal           2.70 hrs.      85.00/hr           $229.50

---

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| L.K. THOMAS  | 2.70  | 85.00   | 229.50  |
| **TOTAL**    | **2.70** | **85.00** | 229.50 |

**Fees for Legal Services**          **$229.50**

W. R. Grace & Co.                                        September 12, 2001
                                                        Invoice 464596                    Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/26/2001     Photocopies 1 Page(s)                                                    0.05

**Total Charges for Other Services Provided/Expenses Incurred**          **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

NET CURRENT BILLING FOR THIS INVOICE ....................................................    $229.55

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |
| 446279 | 06/11/2001 | 1,517.42 | 1,517.42 |
| 450938 | 07/03/2001 | 599.59 | 599.59 |
| 455240 | 07/24/2001 | 308.25 | 308.25 |
| 464581 | 09/12/2001 | 337.09 | 337.09 |
| | | **TOTAL A/R BALANCE** | **$3,882.35** |

W. R. Grace & Co.

September 12, 2001
Invoice 464596          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | 229.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$229.55** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Lydia Duff, Esq.                              Invoice 464602                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06032                   For Services Through 07/31/01
Name of Matter:       Charleston

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/19/01 | Discussion with Mr. Bucens regarding status of DHEC's comments on feasibility study and issues concerning  discharge of groundwater to tributary of Shipyard Creek above MCLs and/or ambient water quality standards and potential for challenge to requirement; review issues with Attorney Carlisle concerning mixing zones and argument that DHEC should allow one at Charleston site and the impact of requirements regarding ambient water quality standards and how these requirements impact argument that DHEC should allow mixing zone. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/24/01 | Review Advent's Results of the Radiation Survey forwarded from Mr. Bucens. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 07/27/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.70 hrs. | 55.00/hr | $38.50 |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

Page 2

07/30/01    Review information relating to results of Target Area Supplemental
            Investigation Data Report in preparation for conference call on issue.
            B.F. HAWKINS                1.10 hrs.         220.00/hr                    $242.00

07/30/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL                  1.60 hrs.         55.00/hr                     $88.00

07/31/01    Conference call with Ms. Duff, Mr, Bucens, Mr. Obradovic and Ms. Saucier
            discussing RMT's Target Area Supplemental Investigation Data Report;
            review issues concerning mixing zone, application of ambient water quality
            criteria and tap water-based drinking standards as clean-up goals.
            B.F. HAWKINS                1.50 hrs.         220.00/hr                    $330.00

07/31/01    Confer with Attorney Hawkins regarding viability of seeking mixing zone or
            variance from groundwater quality standards so that ARARs looked to by
            DHEC in setting remedial goals will be adjusted and regarding strategic
            issues related to request for mixing zone for surface water point at which
            groundwater from site enters surface water.
            R.T. CARLISLE               0.80 hrs.         200.00/hr                    $160.00

---

## BILLING SUMMARY

|              | **Hours** | **Rate/Hr** | **Dollars** |
|--------------|-----------|-------------|-------------|
| B.F. HAWKINS | 3.80      | 220.00      | 836.00      |
| R.T. CARLISLE| 0.80      | 200.00      | 160.00      |
| M. WADDELL   | 2.30      | 55.00       | 126.50      |
| **TOTAL**    | **6.90**  | **162.68**  | 1,122.50    |

**Fees for Legal Services**          **$1,122.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/19/2001 | Fed Ex | 48.36 |
| 07/19/2001 | Fed Ex | 11.65 |
| 07/19/2001 | Photocopies 15 Page(s) | 0.75 |
| 07/19/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/19/2001 | Photocopies 2 Page(s) | 0.10 |
| 07/19/2001 | Photocopies 4 Page(s) | 0.20 |
| 07/23/2001 | Photocopies 14 Page(s) | 0.70 |
| 07/24/2001 | Photocopies 76 Page(s) | 3.80 |
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

Page 3

| | | |
|---|---|---:|
| 07/30/2001 | Photocopies 142 Page(s) | 7.10 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$72.76** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 12.75 |
| Fed Ex | 60.01 |
| **TOTAL** | **72.76** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$1,195.26**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 446285 | 06/11/2001 | 1,293.80 | 1,293.80 |
| 451126 | 07/09/2001 | 1,188.54 | 1,188.54 |
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| | **TOTAL A/R BALANCE** | | **$2,858.00** |

W. R. Grace & Co.

September 12, 2001
Invoice 464602

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | 1,122.50 | |
| Charges for Other Services Provided/Expenses Incurred | 72.76 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | $1,195.26 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 12, 2001
Invoice 464603

Page 1

Our Matter #         02399/06033                         For Services Through 07/31/01
Name of Matter:      Weedsport, NY

| Date | Description | | | |
|---|---|---|---|---|
| 07/20/01 | Discussion with Mr. Marriam regarding sampling at Weedsport, bankruptcy issues. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| **TOTAL** | **0.50** | **285.00** | 142.50 |

**Fees for Legal Services**          **$142.50**

W. R. Grace & Co.

September 12, 2001
Invoice 464603

Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $142.55

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 447721 | 06/15/2001 | 570.00 | 570.00 |
| 455242 | 07/24/2001 | 514.10 | 514.10 |
| 464587 | 09/12/2001 | 31.00 | 31.00 |
| | **TOTAL A/R BALANCE** | | **$1,115.10** |

W. R. Grace & Co.

September 12, 2001
Invoice 464603            Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06033
Weedsport, NY

---

| | |
|---|---|
| Fees for Professional Services | 142.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | **$142.55** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                          September 12, 2001
ATTN: Robert A. Emmett, Esq.                               Invoice 464604                      Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06034                          For Services Through 07/31/01
Name of Matter:       Expanding Plant-Trenton, NJ

---

| 07/25/01 | Review memo regarding sampling schedule, and edit sampling methodology spreadsheet accordingly. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

---

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.40 | 285.00 | 114.00 |
| **TOTAL** | **0.40** | **285.00** | 114.00 |

**Fees for Legal Services**          **$114.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464604

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.05** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... $114.05

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 450540 | 06/29/2001 | 151.00 | 151.00 |
| 455243 | 07/24/2001 | 171.00 | 171.00 |
| 464588 | 09/12/2001 | 25.50 | 25.50 |
| **TOTAL A/R BALANCE** | | | **$347.50** |

W. R. Grace & Co.

September 12, 2001
Invoice 464604

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

---

| | |
|---|---|
| Fees for Professional Services | 114.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$114.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                                September 12, 2001
ATTN: Robert A. Emmett, Esq.                          Invoice 464605                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06035                                  For Services Through 07/31/01
Name of Matter:      Easthampton, MA Expanding Plant

| | | | |
|---|---|---|---|
| 07/20/01 | Discussion with Mr. Marriam regarding status of our risk assessment report with MADEP. | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 285.00 | 57.00 |
| **TOTAL** | **0.20** | **285.00** | 57.00 |

W. R. Grace & Co.

September 12, 2001
Invoice 464605

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
| 07/31/2001 | VENDOR: Genesys Conferencing, Inc.; INVOICE#: 894779; DATE: 07/31/2001 - Conference call re: Easthampton | 99.94 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$99.99**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 0.05 |
| Telephone - Out | 99.94 |
| **TOTAL** | **99.99** |

NET CURRENT BILLING FOR THIS INVOICE ........................................................  $156.99

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 464092 | 09/10/2001 | 28.50 | 28.50 |
| 464131 | 09/11/2001 | 4,535.00 | 4,535.00 |
| 464132 | 09/11/2001 | 4,456.50 | 4,456.50 |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| | **TOTAL A/R BALANCE** | | **$9,105.60** |

W. R. Grace & Co.

September 12, 2001
Invoice 464605

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

| | | |
|---|---|---|
| Fees for Professional Services | 57.00 | |
| Charges for Other Services Provided/Expenses Incurred | 99.99 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$156.99** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Robert A. Emmett, Esq.                          Invoice 464606                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06036                          For Services Through 07/31/01
Name of Matter:       Libby EPA Cost Recovery

---

07/30/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL                    0.40 hrs.        55.00/hr              $22.00

---

### BILLING SUMMARY

|             | Hours | Rate/Hr | Dollars |
|-------------|-------|---------|---------|
| M. WADDELL  | 0.40  | 55.00   | 22.00   |
| **TOTAL**   | **0.40** | **55.00** | 22.00 |

**Fees for Legal Services**          **$22.00**

W. R. Grace & Co.

September 12, 2001
Invoice 464606

Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/26/2001      Photocopies 1 Page(s)                                                    0.05

**Total Charges for Other Services Provided/Expenses Incurred**          **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.05 |
| TOTAL | **0.05** |

NET CURRENT BILLING FOR THIS INVOICE .......................................................    $22.05

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 451204 | 07/09/2001 | 5,519.89 | 5,519.89 |
| 455261 | 07/24/2001 | 3,157.50 | 3,157.50 |
| 464590 | 09/12/2001 | 1,980.00 | 1,980.00 |
| | TOTAL A/R BALANCE | | $10,657.39 |

W. R. Grace & Co.

September 12, 2001
Invoice 464606

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

| | |
|---|---|
| Fees for Professional Services | 22.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$22.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   October 9, 2001
ATTN: Robert A. Emmett, Esq.                  Invoice 469524                 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06046                    For Services Through 07/31/01
Name of Matter:    Libby Expansion Plants/Dallas

| 07/19/01 | Discussion with Attorney Hawkins regarding research on Inactive Site NESHAP and Reporting NESHAP; made inquiry of status of research into separate notifications forms under 40 CFR 61. 151;  review research report from Attorney Carlisle; discussion with Mr. Marriam regarding Grace's history of use of Commercial Asbestos; e-mail conclusions and recommendations to Mr. Marriam and Mr. Emmett. | | | |
| --- | --- | --- | --- | --- |
| | D.M. CLEARY | 2.50 hrs. | 285.00/hr | $712.50 |
| 07/19/01 | Discussion with Attorney Cleary regarding application of various NESHAP requirements relating to waste disposal sites; review e-mail concerning application of NESHAPs. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 07/19/01 | Research internet for EPA's contact number; telephone call to Air Risk Information Support Center regarding NESHAP's notification requirements and procedures. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469524

Page 2

| | | | | |
|---|---|---|---|---|
| 07/20/01 | Review and organize documents.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 07/31/01 | Discussion with Mr. Marriam concerning locating earlier asbestos test method; locate standard; forward to Mr. Marriam; review subsequent request for information; obtain information and forward to Mr. Marriam.<br>B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |

## BILLING SUMMARY

| | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| D.M. CLEARY / Partner | | 2.50 | 285.00 | 712.50 |
| B.F. HAWKINS / Partner | | 2.00 | 220.00 | 440.00 |
| K. BROWN / Paralegal | | 2.50 | 125.00 | 312.50 |
| | TOTAL | 7.00 | 209.29 | 1,465.00 |

**Fees for Legal Services**    **$1,465.00**

**NET CURRENT BILLING FOR THIS INVOICE**......................................................    **$1,465.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464593 | 09/12/2001 | 3,463.44 | 3,463.44 |
| 466695 | 09/21/2001 | 318.85 | 318.85 |
| 469515 | 10/09/2001 | 1,050.50 | 1,050.50 |
| | **TOTAL A/R BALANCE** | | **$4,832.79** |

W. R. Grace & Co.

October 9, 2001
Invoice 469524

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

---

| | |
|---|---|
| Fees for Professional Services | 1,465.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$1,465.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 12, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 464608                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06050                        For Services Through 07/31/01
Name of Matter:       Libby Expansion Plants - Cambridge, MA

| | | | | |
|---|---|---|---|---|
| 07/27/01 | Review, organize and profile files; review same with Attorney Cleary. | | | |
| | K. BROWN | 7.40 hrs. | 125.00/hr | $925.00 |
| 07/30/01 | Review, organize and profile files. | | | |
| | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 07/31/01 | Review, organize and profile files. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 9.60 | 125.00 | 1,200.00 |

W. R. Grace & Co.

September 12, 2001
Invoice 464608

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 9.60 | 125.00 | 1,200.00 |

**Fees for Legal Services**    $1,200.00

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................    $1,200.00

W. R. Grace & Co.

September 12, 2001
Invoice 464608

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 07/31/01

Our Matter # 02399/06050
Libby Expansion Plants - Cambridge, MA

---

| | | |
|---|---|---|
| Fees for Professional Services | 1,200.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$1,200.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC