# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )   Chapter 11
                                            )
W. R. GRACE & CO., et al.,[1]               )   Case No. 01-01139 (JJF)
                                            )   (Jointly Administered)
                                            )
            Debtors.                        )

Hearing date: To be scheduled, only if objections are
timely filed and served.

## SUMMARY OF THE INTERIM VERIFIED
## APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR
## COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM
## PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Name of Applicant:                          Nelson Mullins Riley & Scarborough,
                                            L.L.P.

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                                  Debtors-in-Possession

Date of Retention:                          July 19, 2001

Period for which compensation and
reimbursement is sought:                    August 1, 2001 through August 31, 2001

Amount of Compensation sought as actual,
reasonable, and necessary:                  $55,295.60 (80% of $69,119.50)

Amount of expense reimbursement sought as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

actual, reasonable, and necessary:                **$1,196.84 for the period**

This is a __x__ monthly ___ interim ___ final application.

    The total time expended for the preparation of this application is approximately __7.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ __1,190.00__ .

    Prior fee applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 11, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | Pending | Pending |

    The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 1.90 | $475.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 82.70 | $23,569.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.70 | $7,414.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 9.60 | $1,920.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 2.60 | $442.00 |
| John C. McElwaine | Associate | 6 years | Environmental | $195.00 | 14.40 | $2,808.00 |

Grand Total for Fees:  $37,328.50
Blended Rate:        $147.70

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 165.30 | $20,662.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 87.10 | $7,403.50 |
| Martha Waddell | Paralegal | 1 month | Environmental | $ 85.00 | 6.10 | $518.50 |

| Martha Waddell | Project Assistant | 6 months | Environmental | $ 55.00 | 58.20 | $3,201.00 |
| Stephanie Weissenstein | Project Assistant | 1 year | Environmental | $ 55.00 | .10 | $5.50 |

Grand Total for Fees: $31,791.00
Blended Rate:            $100.35

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 19.20 | $    2,448.00 |
| 02399/06003 | Beaco Road Site | 16.60 | 3,669.50 |
| 02399/06009 | Refuse Hideaway Landfill | 0.10 | 5.50 |
| 02399/06011 | Enoree Site Management | 1.80 | 328.00 |
| 02399/06012 | Owensboro Site Management | 1.00 | 187.00 |
| 02399/06013 | Owensboro Site Mgt Remediation | 0.10 | 5.50 |
| 02399/06017 | Sierra Facility | 6.80 | 1,574.00 |
| 02399/06018 | Western Minerals Products Site | 65.00 | 6,233.00 |
| 02399/0619 | Acton/Concord, MA | 0.30 | 16.50 |
| 02399/06021 | Coachmen | 0.10 | 5.50 |
| 02399/06023 | Libby, MT General Environment | 244.50 | 31,594.50 |
| 02399/06025 | Motor Wheel, MI Environmental Matters | 1.70 | 484.50 |
| 02399/06027 | Project Allen | 13.70 | 2,551.50 |
| 02399/06030 | Aiken-Title V Permit App. Iss. | 1.00 | 55.00 |
| 02399/06031 | Li Tungsten | 54.40 | 10,977.00 |
| 02399/06032 | Charleston | 5.40 | 1,047.00 |
| 02399/06034 | Expanding Plant - Trenton, NJ | 0.10 | 5.50 |
| 02399/06035 | Easthampton, MA Expanding Plant | 1.10 | 130.50 |
| 02399/06036 | Libby EPA Cost Recovery | 2.90 | 826.50 |
| 02399/06042 | Libby Expansion Plants – Newark, CA | 3.10 | 451.50 |
| 02399/06045 | Libby Expansion Plants/Santa Ana | 0.10 | 5.50 |
| 02399/06046 | Libby  Expansion Plants/Dallas | 1.40 | 317.50 |
| 02399/06047 | Libby Expansion Plants/Phoenix | 20.90 | 5,933.50 |
| 02399/06050 | Libby Expansion Plants - Cambridge, MA | 1.40 | 168.00 |
| 02399/06051 | Libby Expansion Plants – Albany, NY | 0.20 | 11.00 |
| 02399/06052 | Libby Expansion Plants – Utica, NY | 0.10 | 5.50 |
| 02399/06053 | Libby Expansion Plants – Rio Piedras, PR | 0.20 | 11.00 |
| 02399/06054 | Libby Expansion Plants – Washington, D.C. | 0.10 | 5.50 |
| 02399/06055 | Libby Expansion Plants – Beltville, MD (Muirkirk) | 0.10 | 5.50 |
| 02399/06056 | Libby Expansion Plants – Ellwood City, PA | 0.10 | 5.50 |

| 02399/06057 | Libby Expansion Plants – Sharpsburg, PA | 0.20 | 11.00 |
| 02399/06058 | Libby Expansion Plants – Irondale, AL | 0.10 | 5.50 |
| 02399/06059 | Libby Expansion Plants – Jacksonville, FL | 0.10 | 5.50 |
| 02399/06060 | Libby Expansion Plants – Pompano Beach, FL | 0.10 | 5.50 |
| 02399/06061 | Libby Expansion Plants – Tampa, FL | 0.10 | 5.50 |
| 02399/06062 | Libby Expansion Plants – Atlanta, GA | 0.10 | 5.50 |
| 02399/06063 | Libby Expansion Plants – Hialeah, FL | 0.10 | 5.50 |
| 02399/06064 | Libby Expansion Plants – High Point, NC | 0.10 | 5.50 |
| 02399/06086 | Libby Expansion Plants – Wilder, KY | 0.10 | 5.50 |
| TOTAL | | 464.50 | $69,119.50 |

## Expense Summary

| Description | Amount |
| --- | --- |
| Telephone | $128.88 |
| Standard Copies | $89.00 |
| On-line Research | $922.84 |
| Outside Delivery Service | $13.10 |
| Title Abstraction | $25.00 |
| Outside Copy Services | $18.02 |
| Total | $1,196.84 |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections
are timely filed and served.

## VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM AUGUST 1, 2001 THROUGH AUGUST 31, 2001

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR2016-2, the law firm of Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $69,119.50 for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $1,196.84 (the "Application"), in each case for the period from August 1, 2001 through August 31, 2001 (the "Fee Period"). In support of this Application, NMRS respectfully states as follows:

### Retention of NMRS

1.    On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee"). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.    By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters

(the "Retention Order"). The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

3.      As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

4.      NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

5.      NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

6.      Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

7.      This is the second application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

## Reasonable and Necessary Services Rendered by NMRS - Generally

8.    The NMRS attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | 28 years | Real Estate | $250.00 | 1.90 | $475.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 82.70 | $23,569.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.70 | $7,414.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 9.60 | $1,920.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 2.60 | $442.00 |
| John C. McElwaine | Associate | 6 years | Environmental | $195.00 | 14.40 | $2,808.00 |

9.    The paraprofessionals of NMRS who have rendered professional services in these cases during this Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 165.30 | $20,662.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 87.10 | $7,403.50 |
| Martha Waddell | Paralegal | 1 month | Environmental | $ 85.00 | 6.10 | $518.50 |
| Martha Waddell | Project Assistant | 6 months | Environmental | $ 55.00 | 58.20 | $3,201.00 |
| Stephanie Weissenstein | Project Assistant | 1 year | Environmental | $ 55.00 | .10 | $5.50 |

10.    NMRS has advised and represented the Debtors in connection with certain litigation and environmental matters.  These matters include: General W.R. Grace Environmental Matters;  Beaco Road Site;  Refuse Hideaway Landfill;  Enoree Site

Management; Owensboro Site Management; Owensboro Site Management Remediation; Sierra Facility; Western Minerals Products Site; Acton/Concord, MA; Coachmen; Libby, MT General Environment; Motor Wheel, MI General Environmental Matters; Project Allen; Aiken-Title V Permit Application Issues; Li Tungsten; Charleston; Expanding Plant-Trenton, NJ; Easthampton, MA Expanding Plant; Libby EPA Cost Recovery; and Libby Expansion Plants in Newark, CA, Santa Ana, Dallas, Phoenix, Cambridge, MA, Albany, NY, Utica, N Y, Rio Piedras, PR, Washington, D.C., Beltville, MD, Ellwood City, PA, Sharpsburg, PA, Irondale, AL, Jacksonville, FL, Pompano Beach, FL, Tampa, FL, Atlanta, GA, Hialeah, FL, High Point, NC, and Wilder, KY.

11.    The rates described in the above list of attorneys and paraprofessionals are NMRS's hourly rates for services of this type. Attached as **Exhibit A**, and arranged by Subject Matter, is a detailed itemization and description of the services that NMRS rendered during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $69,119.50.    The NMRS attorneys and paraprofessionals expended a total of 464.50 hours for these cases during the Fee Period. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

12.    Further, **Exhibit A** (a) identifies the individuals that rendered services in each Subject Matter, as defined and described below, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. The Subject Matters addressed in this

Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

13.    The professional services that NMRS rendered during the Fee Period are grouped into the numbered and titled categories of subject matters described in Paragraph 10 herein (the "Subject Matters").

14.    It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

15.    NMRS charges (a) $.05 per page for duplication as Special Counsel in this case.  NMRS does not charge its clients for incoming telecopier transmissions.  Martha Waddell, a paraprofessional rendering services in these Subject Matters, became a paralegal with NMRS on August 27, 2001.    The hourly rate for services performed by this paraprofessional were adjusted accordingly as indicated in paragraph 9.

16.    A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**.  All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $1,196.84.

### Representations

17.     NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

18.     The fees and expenses addressed in this Application have been presented to and reviewed by the Debtors prior to the filing of this Application.

19.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  NMRS reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

20.     In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $70,316.34, consisting of (a) $69,119.50 for reasonable and necessary professional services rendered and (b) $1,196.84 for actual and necessary costs and expenses.

WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.

Respectfully submitted,

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)

David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19889-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (301) 652-4400

Co-counsel for Debtors and Debtors-in-Possession

and

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: _____
Bernard F. Hawkins, Jr. (SC Fed. Bar No. 5310)
George B. Cauthen (SC Fed. Bar No. 81)
Post Office Box 11070
Columbia, South Carolina  29211
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

Special Counsel for Debtors

Dated: 10/15/01

# EXHIBIT  A

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                     September 27, 2001
ATTN: Lydia Duff, Esq.                               Invoice 467882                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06000                     For Services Through 08/31/01
Name of Matter:      General

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/01 | Telephone conference with Mr. Obradovic regarding location of legal files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/06/01 | Telephone conference with Paralegal Thomas regarding status of the scanning and filing of documents from the Memphis office and the modification to the extranet.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 08/07/01 | Review Director of Information Technology changes to the site home link on the extranet (1.0); edit same (2.9).<br>K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/08/01 | Review documents with Paralegal Brown for extranet placement (0.1); review and rewrite letter to Ms. Duff concerning disposition of documents relating to unassigned matters (0.2).<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 4

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440677 | 04/09/2001 | 1,051.06 | 1,051.06 |
| 446321 | 06/10/2001 | 83.88 | 83.88 |
| 450536 | 06/29/2001 | 14,544.57 | 14,544.57 |
| 455435 | 07/25/2001 | 10,864.58 | 10,864.58 |
| 464910 | 09/13/2001 | 11,387.92 | 11,387.92 |
| 464914 | 09/13/2001 | 7,062.30 | 7,062.30 |
| | | **TOTAL A/R BALANCE** | **$44,994.31** |

W. R. Grace & Co.

September 27, 2001
Invoice 467882

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009·
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06000
General

---

| | | |
|---|---|---|
| Fees for Professional Services | 2,448.00 | |
| Charges for Other Services Provided/Expenses Incurred | 41.37 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$2,489.37** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466678                    Page 1

Our Matter #        02399/06003                    For Services Through 08/31/01
Name of Matter:     Beaco Road Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/01 | Receive and review correspondence regarding DHEC's opinion about groundwater extraction wells needed at site. L.K. THOMAS | 0.20 hrs. | 85.00/hr | $17.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.30 hrs. | 55.00/hr | $16.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466678

| | | | | |
|---|---|---|---|---|
| 08/16/01 | Discussion with Beaco Road Steering Committee concerning site activities, status of issues with DHEC and potential suit against Bill Groce and his insurance carriers (0.9); follow-up with Attorney Cleary regarding response to request for permission to participate in suit with PRP Group, against Mr. Groce and insurance carriers to protect interests and concerning attendance at meeting on August 24 with representatives of Owens Corning that are planning to outline their approach to bankruptcy at that time (0.6); notify Attorney Cleary that we may need quick response on whether Grace will authorize its name to be included in action against Mr. Groce and insurance carriers to protect potential PRP indemnity interest prior to running of statute of limitations (0.2). | | | |
| | B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |
| 08/20/01 | Review meeting announcement letter and transmit to Ms. Duff (0.2); discuss with Ms. Duff (0.3); transmit action items and discuss with Attorney Hawkins (0.3) | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 08/20/01 | Review and forward information concerning proposed lawsuit against Mr. Gross to Attorney Cleary to review with bankruptcy and in-house attorneys for determination of Grace position (0.3); discussion with Attorney Cleary concerning obtaining position regarding same (0.2); discussion with Mr. English's office concerning attendance of meeting in Greenville concerning Owens Corning position on bankruptcy issue (0.2); review e-mail from Attorney Duff regarding position for Beaco Road potential suit against Mr. Gross (0.2). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/21/01 | Review information regarding statute of limitations defense of Mr. Gross and what impact that could have on Grace's claim if they do not participate in lawsuit filed by PRP Group. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 08/22/01 | Review status of Beaco Road issues concerning possible suit against Mr. Gross with Attorney Duff (0.2); review communication from PRP Group with reference to options for filing suit against Mr. Gross and his insurance carriers (0.3). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 220.00/hr | $110.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466678

Page 3

| | | | | |
|---|---|---|---|---|
| 08/23/01 | Discussion with Attorney Duff regarding proposed agreement forwarded from Beaco Road PRP Group and issues raised concerning claims and assignment of claims with reference to suit against Mr. Gross (0.4); work on possible language to reserve Grace's rights to recovery of Group if claims are assigned (0.6); discuss potential approaches to preserving recovery with Attorney Cleary (0.4); work on possible language (0.3); discussion with Attorney English of PRP Group concerning attendance at meeting tomorrow with Owens Corning and concerning issue of how to preserve Grace's rights to recovery if Grace would consider assignment of claims (0.5). | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 08/23/01 | Review possible options to preserve recovery for Grace if claims are assigned to PRP Group. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/24/01 | Telephone conference with Attorney Hawkins regarding PRP meeting held today, and approach of bankrupt Owens-Corning to PRP groups. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/24/01 | Travel to Greenville, attend meeting with PRP group to discuss the Group's filing a lawsuit against Mr. Groce, Groce Labs, et al. and to discuss Owens Corning approach to bankruptcy and return to Columbia (7.7); update Attorney Cleary (0.5). | | | |
| | B.F. HAWKINS | 8.20 hrs. | 220.00/hr | $1,804.00 |
| 08/29/01 | Review information on request for ballot vote on suing Bill Groce and insurance carriers. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 14.30 | 220.00 | 3,146.00 |
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| L.K. THOMAS | 0.20 | 85.00 | 17.00 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| TOTAL | 16.60 | 221.05 | 3,669.50 |

Fees for Legal Services     $3,669.50

W. R. Grace & Co.

September 21, 2001
Invoice 466678

Page 4

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/16/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/28/2001 | Photocopies 3 Page(s) | 0.15 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.20** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| *Photocopies* | 0.20 |
| **TOTAL** | **0.20** |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $3,669.70

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464158 | 09/11/2001 | 2,620.40 | 2,620.40 |
| 464163 | 09/11/2001 | 88.00 | 88.00 |
| 464911 | 09/13/2001 | 143.00 | 143.00 |
| 464915 | 09/13/2001 | 1,101.45 | 1,101.45 |
| | **TOTAL A/R BALANCE** | | **$3,952.85** |

W. R. Grace & Co.
September 21, 2001
Invoice 466678

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06003
Beaco Road Site

---

| | | |
|---|---|---|
| Fees for Professional Services | 3,669.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.20 | |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | | **$3,669.70** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466679

Page 1

Our Matter #      02399/06009                      For Services Through 08/31/01
Name of Matter:    Refuse Hideaway Landfill

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL / Project Asst | 0.10 hrs. | 55.00/hr | | $5.50 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**    **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466679

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 446145 | 06/08/2001 | 575.83 | 575.83 |
| 450531 | 06/29/2001 | 2,441.96 | 2,441.96 |
| 455236 | 07/24/2001 | 1,563.67 | 1,563.67 |
| 464138 | 09/11/2001 | 132.00 | 132.00 |
| 464139 | 09/11/2001 | 127.55 | 127.55 |
| | TOTAL A/R BALANCE | | $4,841.01 |

W. R. Grace & Co.

September 21, 2001
Invoice 466679          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06009
Refuse Hideaway Landfill

---

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
###### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                    Invoice 466680                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06011                      For Services Through 08/31/01
Name of Matter:     Enoree Site Management

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/01 | Review issues with Mr. O'Connell concerning sampling plan at Enoree facility (0.4); review plans with Attorney Carlisle (0.4); leave message on review with Mr. O'Connell (0.2). B.F. HAWKINS / Partner | 1.00 hrs. | 220.00/hr | $220.00 |
| 08/02/01 | Review plans for sampling at Enoree site with Attorney Hawkins. R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL / Project Asst | 0.20 hrs. | 55.00/hr | $11.00 |
| 08/29/01 | Review and organize file materials (0.1); update current index (0.1). M.V. WADDELL / Other | 0.20 hrs. | 85.00/hr | $17.00 |

---

W. R. Grace & Co.

September 21, 2001
Invoice 466680

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.00 | 220.00 | 220.00 |
| R.T. CARLISLE | 0.40 | 200.00 | 80.00 |
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **1.80** | **182.22** | 328.00 |

Fees for Legal Services    $328.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

08/29/2001    Photocopies 8 Page(s)    0.40

**Total Charges for Other Services Provided/Expenses Incurred**    **$0.40**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.40 |
| **TOTAL** | **0.40** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$328.40**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 446111 | 06/11/2001 | 4,179.55 | 4,179.55 |
| 451120 | 07/09/2001 | 4,600.30 | 4,600.30 |
| 455237 | 07/24/2001 | 1,561.24 | 1,561.24 |
| 464913 | 09/13/2001 | 26.10 | 26.10 |
| 464916 | 09/13/2001 | 326.73 | 326.73 |
| | | **TOTAL A/R BALANCE** | **$10,754.62** |

W. R. Grace & Co.

September 21, 2001
Invoice 466680                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06011
Enoree Site Management

---

| | | |
|---|---|---|
| Fees for Professional Services | 328.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.40 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | **$328.40** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 21, 2001
ATTN: Lydia Duff, Esq.                             Invoice 466681                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06012                  For Services Through 08/31/01
Name of Matter:       Owensboro Site Management

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL / Project Asst | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/16/01 | Look for update information on status of NESHAP regulation under Part 63, Subpart FFFF (0.4); forward e-mail to Ms. Duff, Mr. O'Connell and Mr. Simeonidis concerning update (0.4)<br>B.F. HAWKINS / Partner | 0.80 hrs. | 220.00/hr | $176.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL / Project Asst | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.                                  September 21, 2001
                                                   Invoice 466681          Page 2

## BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| B.F. HAWKINS   | 0.80  | 220.00  | 176.00  |
| M. WADDELL     | 0.20  | 55.00   | 11.00   |
| **TOTAL**      | **1.00** | **187.00** | 187.00  |

Fees for Legal Services          **$187.00**

**NET CURRENT BILLING FOR THIS INVOICE**........................................................ **$187.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 446104                  | 06/08/2001   | 702.65      | 702.65      |
| 450909                  | 07/02/2001   | 941.20      | 941.20      |
| 455238                  | 07/24/2001   | 5,091.37    | 5,091.37    |
| 464582                  | 09/12/2001   | 0.10        | 0.10        |
| 464597                  | 09/12/2001   | 84.20       | 84.20       |
|                         | **TOTAL A/R BALANCE** | | **$6,819.52** |

W. R. Grace & Co.                                        September 21, 2001
                                                        Invoice 466681          Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06012
Owensboro Site Management

---

| | | |
|---|---|---|
| Fees for Professional Services | 187.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | | **$187.00** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466645

Page 1

Our Matter #          02399/06013                               For Services Through 08/31/01
Name of Matter:       Owensboro Site Mgt Remediation

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466645                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................    **$5.50**

W. R. Grace & Co.                                  September 21, 2001
                                                   Invoice 466645                 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06013
Owensboro Site Mgt Remediation

---

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE**........................................................ | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   September 21, 2001
ATTN: Lydia Duff, Esq.                              Invoice 466682                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06017                     For Services Through 08/31/01
Name of Matter:     Sierra Facility

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Conference call with Attorneys Hawkins, Cleary and Ms. Kalin to review issues on how to respond to Fuman's request concerning relocation of road on Grace's property. | | | |
| | E.D. BARNHILL | 0.90 hrs. | 250.00/hr | $225.00 |
| 08/01/01 | Read e-mail from Grace, discuss Grace position regarding land and coordinate availability of conference call times with Attorney Hawkins. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/01/01 | Review information on strategy for dealing with Furman University request from Ms. Kalin (0.4); arrange for conference call with Attorneys Barnhill, Cleary and Ms. Kalin (0.4). | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 08/02/01 | Attend conference call with Grace team regarding property donation to Furman University. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |