W. R. Grace & Co.

September 21, 2001
Invoice 466682

Page 2

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 08/02/01 | Review materials in preparation for conference call on possible easement for Furman University (0.4); conference call with Attorneys Barnhill, Cleary and Ms. Kalin to review issues on how to respond to Furman's request concerning relocation of road on Grace property (0.9). | | | |
| | B.F. HAWKINS | 1.30 hrs. | 220.00/hr | $286.00 |
| 08/02/01 | Conference call with Attorneys Hawkins, Barnhill and Ms. Kalin to review issues concerning response to use parts of Grace property. | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.60 hrs. | 55.00/hr | $33.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/23/01 | Review emails and respond. | | | |
| | E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |
| 08/30/01 | Dictation to Ms. Kalin regarding Furman property use request. | | | |
| | E.D. BARNHILL | 0.50 hrs. | 250.00/hr | $125.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|------|-------|---------|---------|
| B.F. HAWKINS | 2.10 | 220.00 | 462.00 |
| D.M. CLEARY | 2.10 | 285.00 | 598.50 |
| E.D. BARNHILL | 1.90 | 250.00 | 475.00 |
| M. WADDELL | 0.70 | 55.00 | 38.50 |
| **TOTAL** | **6.80** | **231.47** | 1,574.00 |

Fees for Legal Services    **$1,574.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/2001 | 1-617-498-4594 | 0.17 |
| 08/17/2001 | Photocopies 6 Page(s) | 0.30 |
| 08/17/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/17/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/17/2001 | Photocopies 3 Page(s) | 0.15 |

W. R. Grace & Co.

September 21, 2001
Invoice 466682

Page 3

**Total Charges for Other Services Provided/Expenses Incurred**          **$0.87**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Telephone | 0.17 |
| **TOTAL** | **0.87** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................          $1,574.87

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464598 | 09/12/2001 | 1,758.28 | 1,758.28 |
| | | **TOTAL A/R BALANCE** | **$1,758.28** |

W. R. Grace & Co.

September 21, 2001
Invoice 466682

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06017
Sierra Facility

| | | |
|---|---|---|
| Fees for Professional Services | 1,574.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.87 | |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | | $1,574.87 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 27, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466683                 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06018                      For Services Through 08/31/01
Name of Matter:       Western Mineral Products Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/01 | Review, profile and organize files for document management project.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/03/01 | Review and profile documents for document management project.<br>L.K. THOMAS | 4.30 hrs. | 85.00/hr | $365.50 |
| 08/03/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas.<br>M. WADDELL | 3.10 hrs. | 55.00/hr | $170.50 |
| 08/06/01 | Make several attempts to contact EPA personnel to inform them about incorrect 104(e) request.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/06/01 | Review and transmit EPA Notice of Responsibility to Grace team.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/06/01 | Review and send EPA 104(e) request to Mr. Marriam. | | | |

W. R. Grace & Co.                                        September 27, 2001
                                                        Invoice 466683                 Page 3


| 08/15/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 3.40 hrs. | 55.00/hr | $187.00 |
| 08/16/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 5.60 hrs. | 85.00/hr | $476.00 |
| 08/16/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 5.30 hrs. | 55.00/hr | $291.50 |
| 08/20/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.50 hrs. | 55.00/hr | $27.50 |
| 08/22/01 | Review and organize files. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/22/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning purposes of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |
| 08/23/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 3.80 hrs. | 55.00/hr | $209.00 |
| 08/28/01 | Review file documents from Paralegal Brown in Charleston and prepare profile sheet of same. | | | |
| | M.V. WADDELL | 2.90 hrs. | 85.00/hr | $246.50 |
| 08/29/01 | Review and profile materials for document management project. | | | |
| | L.K. THOMAS | 1.60 hrs. | 85.00/hr | $136.00 |


## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 5.10 | 285.00 | 1,453.50 |
| L.K. THOMAS | 22.80 | 85.00 | 1,938.00 |
| K. BROWN | 10.20 | 125.00 | 1,275.00 |
| M. WADDELL | 24.00 | 55.00 | 1,320.00 |
| M.V. WADDELL | 2.90 | 85.00 | 246.50 |
| **TOTAL** | **65.00** | **95.89** | 6,233.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466683

Page 4

**Fees for Legal Services** **$6,233.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/06/2001 | 1-901-820-2023 | 0.64 |
| 08/06/2001 | 1-312-353-7647 | 0.34 |
| 08/06/2001 | 1-312-353-1057 | 0.27 |
| 08/06/2001 | 1-312-886-9749 | 0.49 |
| 08/07/2001 | 1-901-820-2023 | 0.13 |
| 08/07/2001 | 1-410-531-4000 | 2.10 |
| 08/08/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/15/2001 | 1-312-353-9176 | 0.18 |
| 08/22/2001 | Photocopies 34 Page(s) | 1.70 |
| 08/23/2001 | 1-202-260-1015 | 0.12 |
| 08/23/2001 | 1-202-260-1015 | 6.87 |

**Total Charges for Other Services Provided/Expenses Incurred** **$12.89**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.75 |
| Telephone | 11.14 |
| **TOTAL** | **12.89** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................... **$6,245.89**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 446217 | 06/09/2001 | 2,885.77 | 2,885.77 |
| 455332 | 07/25/2001 | 5,865.33 | 5,865.33 |
| 464169 | 09/11/2001 | 997.50 | 997.50 |
| 464171 | 09/11/2001 | 82.11 | 82.11 |
| | **TOTAL A/R BALANCE** | | **$17,931.90** |

W. R. Grace & Co.

September 27, 2001
Invoice 466683

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06018
Western Mineral Products Site

| | | |
|---|---|---|
| Fees for Professional Services | 6,233.00 | |
| Charges for Other Services Provided/Expenses Incurred | 12.89 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | | **$6,245.89** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Lydia Duff, Esq.                           Invoice 466684                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06019                        For Services Through 08/31/01
Name of Matter:       Acton/Concord, MA

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466684

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.30 | 55.00 | 16.50 |
| TOTAL | 0.30 | 55.00 | 16.50 |

Fees for Legal Services    $16.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/26/2001 | Photocopies 1 Page(s) | 0.05 |
|---|---|---|
| 07/30/2001 | Photocopies 5 Page(s) | 0.25 |

Total Charges for Other Services Provided/Expenses Incurred    **$0.30**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| TOTAL | **0.30** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... $16.80

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440681 | 04/09/2001 | 442.20 | 442.20 |
| 446102 | 06/08/2001 | 25.55 | 25.55 |
| 464125 | 09/11/2001 | 18.40 | 18.40 |
| 464126 | 09/11/2001 | 114.27 | 114.27 |
| | TOTAL A/R BALANCE | | **$600.42** |

W. R. Grace & Co.

September 21, 2001
Invoice 466684

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06019
Acton/Concord, MA

---

| | | |
|---|---|---|
| Fees for Professional Services | 16.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.30 | |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | | **$16.80** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Lydia Duff, Esq.                           Invoice 466677                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06021                  For Services Through 08/31/01
Name of Matter:     Coachmen

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Organize and update incoming file materials. | | | |
| | S. WEISSENSTEIN | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| S. WEISSENSTEIN | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466677

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 27, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466685                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06023                          For Services Through 08/31/01
Name of Matter:     Libby, MT -General Environmen

| | | | | |
|---|---|---|---|---|
| 08/01/01 | Discussions with Mr. Stout and Mr. Stringer concerning EPA work (0.8); draft response letter to EPA (2.5). | | | |
| | D.M. CLEARY | 3.30 hrs. | 285.00/hr | $940.50 |
| 08/01/01 | Review action items for work to be performed with Mr. Stringer. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/01/01 | Discussion with Mr. Marriam concerning spreadsheet compilation, additional data needed from EPA and EPA reaction to Senate hearings held yesterday regarding expanding plants. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/01/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 2.90 hrs. | 85.00/hr | $246.50 |
| 08/01/01 | Review, profile and organize files for document management project. | | | |
| | K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |

W. R. Grace & Co.                                          September 27, 2001
                                                          Invoice 466685
                                                                                    Page 2

| 08/01/01 | Review and fill out scanning profile sheet on documents brought by Paralegal Brown to assist Paralegal Thomas. | | | |
| | M. WADDELL | 2.20 hrs. | 55.00/hr | $121.00 |
| 08/02/01 | Complete draft of response letter to EPA and transmit to Grace team. | | | |
| | D.M. CLEARY | 2.20 hrs. | 285.00/hr | $627.00 |
| 08/02/01 | Discussion with Remedium regarding URS availability for completion of Grace work in Libby. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/02/01 | Provide Paralegal Brown with instructions on completion of the methodology data spreadsheet. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/02/01 | Review correspondence from Attorney Cleary regarding methodology worksheet (0.3); discuss with Attorney Cleary the assignment of inputing additional information on the worksheet (0.5); edit the same (2.7); telephone conference with Mr. Marriam regarding laboratory used for testing bulk sampling at Wilder (0.4). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/02/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 08/02/01 | Review and profile documents for document management project. | | | |
| | L.K. THOMAS | 6.40 hrs. | 85.00/hr | $544.00 |
| 08/02/01 | Review and organize files. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/02/01 | Review Grace documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 7.10 hrs. | 55.00/hr | $390.50 |
| 08/03/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 7.80 hrs. | 125.00/hr | $975.00 |
| 08/03/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 08/03/01 | Review incoming articles regarding Libby plant. | | | |
| | L.K. THOMAS | 1.10 hrs. | 85.00/hr | $93.50 |
| 08/04/01 | Continue to revise methodology worksheet. | | | |
| | K. BROWN | 2.90 hrs. | 125.00/hr | $362.50 |
| 08/06/01 | Discuss status of methodologies spreadsheet with Paralegal Brown. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 3

| 08/06/01 | Obtain and review several Libby articles sent via e-mail by Grace. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/06/01 | Contact Mr. Marriam regarding 104(e) request. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/06/01 | Complete response letter to EPA, make corrections, and transmit to EPA and Grace team. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/06/01 | Continue to revise methodology worksheet (2.7); prepare and sent e-mail to Messrs. Marriam, Medler, Emmett, and Obradovic, Ms. Duff, and Attorney Cleary requesting copies of methodology manuals highlighted on worksheet (0.3). | | | |
| | K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 08/06/01 | Continue to hyperlink files to worksheet. | | | |
| | K. BROWN | 7.00 hrs. | 125.00/hr | $875.00 |
| 08/06/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 4.30 hrs. | 85.00/hr | $365.50 |
| 08/06/01 | Review documents from Paralegal Brown in Charelston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 5.10 hrs. | 55.00/hr | $280.50 |
| 08/07/01 | Discuss methodology spreadsheet changes with Paralegal Brown. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/07/01 | Receive request from Remedium to complie offsite disposal data (0.2); assign project to Paralegal Brown (0.2). | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/07/01 | Telephone conference with Attorney Cleary regarding the U.S. GAO response to FOIA request for Representative Rehberg's letter dated July 24, 2001 requesting the U.S. General Accounting Office to conduct a thorough audit of EPA actions at Libby (1.0); telephone Representative Rehberg's Helena office requesting a fax copy of the letter (0.7); telephone conference with Mr. Iverson (Representative Rehberg Washington Assistant) regarding same (0.7). | | | |
| | K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 08/08/01 | Discussion with Mr. Stringer and Mr. Stout regarding meeting with Gov. Martz in Libby. | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/08/01 | Commence review of EPA response to Grace comments on the Libby record. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 4

| 08/08/01 | Discuss with Attorney Cleary the waste disposal assignment (0.9); telephone conference with Mr. Smith regarding obtaining copies of all waste disposal records by URS (0.3); telephone conference with Mr. Stout regarding obtaining copies of all waste disposed by EPA at the site (0.4); review Draft Final Report Removal Activities at Export Plant for information regarding waste manifests (2.3). | | | |
| --- | --- | --- | --- | --- |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/08/01 | Review, organize and profile documents (0.7); discuss with Administrative Assistant the scanning and filing process for same (0.5). | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 08/08/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 2.60 hrs. | 85.00/hr | $221.00 |
| 08/09/01 | Review Libby articles regarding Superfund designation and Gov. Martz town meeting (0.4); review EPA documents in preparation for conference call (1.4). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 08/09/01 | Review outstanding work plan issues with Mr. Stout and Mr. Stringer in preparation for meeting with EPA | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/09/01 | Review special section articles from The Missoulian concerning Libby. | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/09/01 | Attend conference call regarding response to EPA. | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/09/01 | Several telephone conferences with Mr. Marriam regarding copies of various methodologies and Appendix K of the Final Report Removal Activities at the Export Plant which contains all the waste manifests for the export plant, request copies of same (0.4); review the Report (1.1); telephone conference with Mr. Smith's Assistant regarding distribution of Final Report (0.3). | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 08/09/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 4.60 hrs. | 85.00/hr | $391.00 |
| 08/09/01 | Review and organize files. | | | |
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 08/10/01 | Review, profile and organize documents (3.9); telephone conference with Mr. Marriam regarding the Final Report Removal Activities and the copies of EPA's methodologies (0.3). | | | |
| | K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |
| 08/10/01 | Review and profile archived documents for document management project. | | | |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 5

|  |  | L.K. THOMAS | 3.40 hrs. | 85.00/hr | $289.00 |

08/10/01   Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas.
M. WADDELL — 2.50 hrs. — 55.00/hr — $137.50

08/11/01   Review, organize, and profile files.
K. BROWN — 2.10 hrs. — 125.00/hr — $262.50

08/13/01   Review the day's articles regarding Libby.
D.M. CLEARY — 0.50 hrs. — 285.00/hr — $142.50

08/13/01   Discussion with Mr. Stout regarding the National Historic Preservation Act issues.
D.M. CLEARY — 0.30 hrs. — 285.00/hr — $85.50

08/13/01   Review request for EPA to mitigate under National Historic Preservation Act.
D.M. CLEARY — 0.20 hrs. — 285.00/hr — $57.00

08/13/01   Review additional methodology manuals and appendices E-J of Removal Activities Report (0.5); profile and organize documents (1.7).
K. BROWN — 2.20 hrs. — 125.00/hr — $275.00

08/13/01   Review and profile documents for document management project.
L.K. THOMAS — 4.40 hrs. — 85.00/hr — $374.00

08/13/01   Sort and organize file documents for Paralegal Thomas.
M. WADDELL — 0.80 hrs. — 55.00/hr — $44.00

08/13/01   Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas.
M. WADDELL — 1.10 hrs. — 55.00/hr — $60.50

08/14/01   Discussion with Mr. Stout concerning availability of a witness to discuss excavation of naturally-occurring material.
D.M. CLEARY — 0.20 hrs. — 285.00/hr — $57.00

08/14/01   Discussion with Mr. Stringer about status of work plan addenda, scope of work to be performed, and planer moving issues.
D.M. CLEARY — 0.60 hrs. — 285.00/hr — $171.00

08/14/01   Review new Libby articles and letter to IG from EPA.
D.M. CLEARY — 0.90 hrs. — 285.00/hr — $256.50

08/14/01   Attend conference call to discuss moving forward with EPA work in Phoenix.
D.M. CLEARY — 0.50 hrs. — 285.00/hr — $142.50

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 6

| | | | | |
|---|---|---|---|---|
| 08/14/01 | Review, profile and organize methodology manuals (2.2); edit methodologies worksheet (1.7); e-mail Messrs. Marriam, Medler, Emmett, Obradovic, Ms. Duff, and Attorney Cleary requesting copies of four additional methodologies (EPA 600/R-93/116; EPA Protocol for Screening Soil and Sediment Samples dated May 24, 2001 and January 28, 1994 and SOP-1988-02 Revision 3) (0.4). | | | |
| | K. BROWN | 4.30 hrs. | 125.00/hr | $537.50 |
| 08/15/01 | Review changes to the Export Plant work plan due to new EPA order regarding demolition (0.4); report and discuss changes with Mr. Stringer (0.1). | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/15/01 | Review DOJ reply brief to motion to transfer venue (0.9); write e-mail to other counsel regarding Grace's 3rd circuit arbitrary and capricious finding and applicability to cost recovery case (0.3). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 08/15/01 | Review new Libby articles | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/15/01 | Discussion with Mr. Stout regarding use of the KDC property (Bluffs) well by EPA. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/15/01 | Review URS proposal for oversight of demolition work. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/15/01 | Continue to edit methodologies worksheet (0.3); review, profile and organize files (1.1). | | | |
| | K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 08/15/01 | Continue to revise methodology worksheet and review, profile and organize files. | | | |
| | K. BROWN | 1.50 hrs. | 125.00/hr | $187.50 |
| 08/15/01 | Review, profile and organize files. | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 08/16/01 | Telephone conferences with Mr. Stout concerning Libby work and communications with EPA. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/16/01 | Read e-mail from Grace confirming signature authority regarding URS contract. | | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |
| 08/16/01 | Read Libby editorial regarding Superfund designation and Gov. Martz. | | | |
| | D.M. CLEARY | 0.10 hrs. | 285.00/hr | $28.50 |

W. R. Grace & Co.                                        September 27, 2001
                                                        Invoice 466685

                                                                Page 7

| 08/16/01 | Review, profile and organize files (1.8); telephone conference with Messrs. Stringer and Stout regarding the waste manifests for the Export Plant (0.3); discuss with Attorney Cleary the waste disposal assignment (0.5); review waste shipment records (1.4). | | | |
|---|---|---|---|---|
| | K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 08/17/01 | Research request for guidance regarding contractor indemnification question from Mr. Stringer (0.3); draft and send e-mail response to Mr. Stringer (0.3). | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/17/01 | Telephone conference with Mr. McCarthy regarding facts in Libby access case. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 08/17/01 | Discuss with Attorney Cleary the waste disposal information and assignment (0.5); work on waste disposal worksheet (0.3); review, profile and organize files (3.4). | | | |
| | K. BROWN | 6.90 hrs. | 125.00/hr | $862.50 |
| 08/17/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 6.50 hrs. | 85.00/hr | $552.50 |
| 08/17/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 5.10 hrs. | 55.00/hr | $280.50 |
| 08/19/01 | Review daily field report for waste disposal information (1.2); prepare worksheet regarding same (1.8). | | | |
| | K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 08/20/01 | Research issues identified by Mr. Grummer regarding venue transfer motions (1.0); respond by e-mail (0.8). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 08/21/01 | Continue to revise methodology worksheet (0.8); review, profile and organize files (1.3). | | | |
| | K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 08/21/01 | Continue to revise methodology worksheet (0.8); review files (1.1). | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/21/01 | Review and profile archived documents for document management project. | | | |
| | L.K. THOMAS | 5.30 hrs. | 85.00/hr | $450.50 |
| 08/21/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas. | | | |
| | M. WADDELL | 0.70 hrs. | 55.00/hr | $38.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 8

| | | | | |
|---|---|---|---|---|
| 08/22/01 | Continue to work on analytical methodologies worksheet.<br>K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 08/22/01 | Review and profile archived documents for document management project.<br>L.K. THOMAS | 5.30 hrs. | 85.00/hr | $450.50 |
| 08/22/01 | Review and organize files.<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 08/23/01 | Telephone conference with Mr. Stringer concerning Sen. Crismore questions (0.8); review questions drafted by Mr. Stringer (0.2).<br>D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 08/23/01 | Review and record McNeil Lehrer Hour interview regarding Libby.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 08/23/01 | Continue to review waste manifests (Nos. 1-150) for information needed for waste disposal spreadsheet.<br>K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 08/24/01 | Review the day's articles regarding Libby.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/24/01 | Redraft questions for Sen. Crismore for Mr. Stringer and send via e-mail.<br>D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/24/01 | Telephone conference with Mr. Corcoran regarding EPA access case settlement.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/24/01 | Continue to revise methodology worksheet and review files.<br>K. BROWN | 6.30 hrs. | 125.00/hr | $787.50 |
| 08/24/01 | Review documents from Paralegal Brown in Charleston and fill out profile sheet for scanning of same to assist Paralegal Thomas.<br>M. WADDELL | 1.80 hrs. | 55.00/hr | $99.00 |
| 08/25/01 | Review waste manifests for information needed on spreadsheet (2.9); e-mail Ms. Coggon and Attorney Cleary requesting copies of all Lason's invoices (0.3).<br>K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 08/27/01 | Review story from California relating to Libby.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/27/01 | Review analytical methods spreadsheet and send corrected document to Paralegal Brown.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |

W. R. Grace & Co.                                                September 27, 2001
                                                                Invoice 466685

Page 9

| 08/27/01 | Discussion with Ms. Brown regarding status of Lason bills, and report stratus to Mr. Finke. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 08/27/01 | Continue work analytical methodologies worksheet by editing hyperlinks, copying and transferring files to server (2.8); telephone conference with Attorney Cleary regarding additional data regarding same (0.3); telephone conference with Paralegal Thomas regarding document management (0.5); review waste manifests for information needed for waste summary worksheet (2.7); telephone conference with Mrs. Coggon regarding status of the Lason invoice request (0.3). | | | |
|---|---|---|---|---|
| | K. BROWN | 6.60 hrs. | 125.00/hr | $825.00 |

| 08/27/01 | Review and profile documents for document management project. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 4.60 hrs. | 85.00/hr | $391.00 |

| 08/28/01 | Continue review of waste manifests (2.7); continue work on waste summary worksheet (1.0). | | | |
|---|---|---|---|---|
| | K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |

| 08/28/01 | Final review and edit of analytical methodologies worksheet (methodologies hyperlink, contact information) (3.2); research using Lexis and internet to retrieve and review 40 CFR 763 for Appendix E to Subpart E revised July 1, 1997 - Interim Method of the Determination of Asbestos in Bulk Insulation Samples (0.5);  instruct Word Processing Specialist to prepare CD for Attorney Cleary review (0.4). | | | |
|---|---|---|---|---|
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |

| 08/28/01 | Review and profile documents for document management project. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 6.70 hrs. | 85.00/hr | $569.50 |

| 08/29/01 | Review Libby articles received today. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

| 08/29/01 | Review and edit waste disposal summary spreadsheet (3.9); sent the final CD containing the analytical methodologies worksheet to Attorney Cleary for his review and approval (0.2); instruct Word Processing Specialists to create two CDs containing the analytical methodologies worksheet (0.2); continue to review and edit waste disposal summary spreadsheet (2.4); telephone and e-mail Mr. Smith of URS regarding obtaining copies of waste shipment record numbers 1949 (copy is incomplete) and 2045 (missing from set) of Appendix K-2 - Waste Manifest Logs (Nos. 1085-2127) to the Final Report Removal Activities at the Export Plant dated 3-16-01 (0.3); e-mail to Attorney Cleary, Messrs. Obradovic and Marriam same (0.2); telephone conference with Mr. Smith of URS regarding e-mail request (0.2); review records numbers 1949 and 2045 and edit waste disposal summary (0.5); e-mail final waste disposal summary to Attorney Cleary for review and approval (0.4). | | | |
|---|---|---|---|---|
| | K. BROWN | 7.90 hrs. | 125.00/hr | $987.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 10

| 08/29/01 | Review file documents from Paralegal Brown in Charleston and prepare scanning sheet of same. | | | |
| | M.V. WADDELL | 0.30 hrs. | 85.00/hr | $25.50 |
| 08/30/01 | Review NHPA e-mail and letter from Mr. Stringer. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/30/01 | Review waste disposal generation summary from Paralegal Brown. Make corrections and draft final summary sheet. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/30/01 | Review correspondence from Attorney Cleary regarding additions to the waste disposal summary (0.2); discuss with Attorney Cleary the requested changes to the waste disposal summary and edit waste disposal summary (1.7). | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 08/30/01 | Prepare correspondence regarding Libby Waste Disposal Summary and e-mail to Messrs. Marriam, Medler, Obradovic, and Attorney Cleary (1.3); prepare correspondence regarding the Analytical Methodologies by Region spreadsheet (burned on a CD) & federal express same to Mr. Marriam (2.8); e-mail transmittal letter to Mr. Marriam regarding same (0.3). | | | |
| | K. BROWN | 4.40 hrs. | 125.00/hr | $550.00 |
| 08/30/01 | Review file documents from Paralegal Brown in Charleston and prepare profile sheet for scanning of same. | | | |
| | M.V. WADDELL | 0.80 hrs. | 85.00/hr | $68.00 |
| 08/31/01 | Review and discuss with Mr. Stringer his letter regarding National Historic Preservation Act work items. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/31/01 | Review, profile, and organize files. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
| --- | --- | --- | --- |
| D.M. CLEARY | 32.80 | 285.00 | 9,348.00 |
| L.K. THOMAS | 58.10 | 85.00 | 4,938.50 |
| K. BROWN | 126.10 | 125.00 | 15,762.50 |
| M. WADDELL | 26.40 | 55.00 | 1,452.00 |
| M.V. WADDELL | 1.10 | 85.00 | 93.50 |
| **TOTAL** | **244.50** | **129.22** | 31,594.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 11

**Fees for Legal Services**     **$31,594.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/2001 | 1-901-820-2023 | 6.10 |
| 08/02/2001 | 1-856-858-4800 | 0.21 |
| 08/02/2001 | 1-406-293-3964 | 0.32 |
| 08/02/2001 | 1-901-820-2023 | 0.86 |
| 08/02/2001 | 1-612-941-5600 | 0.56 |
| 08/06/2001 | Lexis | 1.53 |
| 08/06/2001 | 1-303-312-6953 | 0.28 |
| 08/06/2001 | 1-303-312-6953 | 0.31 |
| 08/06/2001 | 1-901-820-2023 | 0.31 |
| 08/07/2001 | 1-406-443-7878 | 0.50 |
| 08/07/2001 | 1-202-225-3211 | 1.95 |
| 08/08/2001 | 1-303-292-0800 | 0.42 |
| 08/08/2001 | 1-303-292-0800 | 0.13 |
| 08/08/2001 | 1-303-279-6942 | 0.11 |
| 08/08/2001 | 1-303-882-5271 | 0.17 |
| 08/09/2001 | 1-410-531-4000 | 0.23 |
| 08/09/2001 | 1-901-820-2023 | 1.47 |
| 08/09/2001 | 1-303-675-2640 | 0.08 |
| 08/09/2001 | 1-303-292-0800 | 0.62 |
| 08/09/2001 | 1-303-740-2696 | 0.19 |
| 08/09/2001 | 1-303-740-2696 | 1.04 |
| 08/09/2001 | 1-406-293-3964 | 20.61 |
| 08/10/2001 | 1-901-820-2023 | 0.07 |
| 08/10/2001 | 1-303-866-0409 | 0.19 |
| 08/13/2001 | 1-410-531-4203 | 0.13 |
| 08/13/2001 | 1-901-820-2023 | 0.47 |
| 08/15/2001 | 1-901-820-2023 | 0.15 |
| 08/15/2001 | 1-406-293-3964 | 2.19 |
| 08/16/2001 | 1-406-293-3964 | 2.19 |
| 08/16/2001 | 1-406-293-3964 | 0.08 |
| 08/17/2001 | -3036 | 0.00 |
| 08/17/2001 | 1-303-292-0800 | 0.28 |
| 08/17/2001 | 1-303-796-4727 | 0.22 |
| 08/20/2001 | 1-901-820-2023 | 0.31 |
| 08/21/2001 | 1-901-820-2023 | 0.49 |
| 08/21/2001 | 1-901-820-2023 | 0.16 |
| 08/27/2001 | 1-415-744-1351 | 4.93 |
| 08/27/2001 | 1-303-866-0408 | 2.42 |
| 08/28/2001 | Lexis | 13.45 |
| 08/28/2001 | 1-901-820-2023 | 11.28 |
| 08/29/2001 | 1-303-675-2640 | 0.05 |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

| 08/29/2001 | 1-303-796-4727 | 0.83 |
| 08/30/2001 | 1-303-796-4727 | 0.16 |
| 08/30/2001 | 1-410-531-4000 | 0.28 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$78.33**

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Lexis | 14.98 |
| Telephone | 63.35 |
| **TOTAL** | **78.33** |

**NET CURRENT BILLING FOR THIS INVOICE** ..........................................................    **$31,672.83**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 447742 | 06/15/2001 | 7,191.82 | 7,191.82 |
| 455474 | 07/25/2001 | 10,157.43 | 10,157.43 |
| 464583 | 09/12/2001 | 3,268.37 | 3,268.37 |
| 464599 | 09/12/2001 | 13,070.10 | 13,070.10 |
| | **TOTAL A/R BALANCE** | | **$41,639.22** |

W. R. Grace & Co.

September 27, 2001
Invoice 466685

Page 13

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | | |
|---|---|---|
| Fees for Professional Services | 31,594.50 | |
| Charges for Other Services Provided/Expenses Incurred | 78.33 | |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | | $31,672.83 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466686                    Page 1

Our Matter #          02399/06025                      For Services Through 08/31/01
Name of Matter:       Motor Wheel, MI Env. Matters

| | | | | |
|---|---|---|---|---|
| 08/10/01 | Review Motor Wheel decision and analyze for application in Libby. | | | |
| | D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/27/01 | Review Lansing article regarding 3rd circuit decision and progress of cleanup. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466686          Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| TOTAL | 1.70 | 285.00 | 484.50 |

Fees for Legal Services          $484.50

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $484.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440683 | 04/09/2001 | 228.00 | 228.00 |
| 464584 | 09/12/2001 | 142.50 | 142.50 |
| 464600 | 09/12/2001 | 57.00 | 57.00 |
| 464612 | 09/12/2001 | 709.40 | 709.40 |
|  | TOTAL A/R BALANCE |  | $1,136.90 |

W. R. Grace & Co.

September 21, 2001
Invoice 466686

Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06025
Motor Wheel, MI Env. Matters

| | |
|---|---:|
| Fees for Professional Services | 484.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | **$484.50** |

**WIRING INSTRUCTIONS**

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 27, 2001
ATTN: Lydia Duff, Esq.                             Invoice 467972              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06027                  For Services Through 08/31/01
Name of Matter:       Project Allen

| | | | | |
|---|---|---|---|---|
| 08/06/01 | Advised Remedium about action items due in Cape Cod Pipeline and necessity for notice in advance of written notice to Samson and Hatco. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/08/01 | Provide historical information regarding Charleston and Fort Pierce to Mr. McFarland. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/08/01 | Read request for information from Mr. Grummer concerning missing EPA data (0.2); respond to Mr. Grummer requesting documentation (0.1). | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.40 hrs. | 55.00/hr | $22.00 |
| 08/15/01 | Check docket (0.1); memo on bills and U.S. Trustee guidelines (0.2). | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 2

| 08/15/01 | Assist on billing procedures (0.4); research on U.S. Trustee billing guidelines (0.4). | | | |
| | G.B. CAUTHEN | 0.80 hrs. | 250.00/hr | $200.00 |
| 08/15/01 | Respond to inquiries from Remedium for information relating to Libby and Phoenix. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/21/01 | Research complaint by DOJ of misstatements in case management order (0.9); respond to Mr. Grummer by e-mail with EPA statement and history of sampling activity and failure to obtain results (0.4). | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/21/01 | Several telephone conferences with Mrs. Antar regarding location of documents in response to bankruptcy (SOFA) question 17 (0.7); review e-mails regarding same (0.4); review files for relevant documents (2.8). | | | |
| | K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 08/22/01 | Review docket (0.1); memo to Attorney Heiser on setting up billing procedure (0.2). | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 08/26/01 | Research regarding proper procedure for drafting and filing fee applications for special counsel. | | | |
| | K.J. HEISER | 0.80 hrs. | 170.00/hr | $136.00 |
| 08/28/01 | Data retrieval (0.1); memo to co-counsel (0.1). | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 08/29/01 | Research on USA v. Hanson case (0.3); memo to Attorneys Cleary and Hawkins on same (0.2). | | | |
| | G.B. CAUTHEN | 0.50 hrs. | 250.00/hr | $125.00 |
| 08/29/01 | Review docket; follow up on compensation guidelines. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 08/29/01 | Review and organize file materials (0.3); update current index (0.1). | | | |
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 08/30/01 | Research regarding proper procedure for drafting and filing of fee applications with bankruptcy court (1.2); draft memo regarding fee application procedure (0.6). | | | |
| | K.J. HEISER | 1.80 hrs. | 170.00/hr | $306.00 |
| 08/31/01 | Work on billing guidelines. | | | |
| | G.B. CAUTHEN | 0.40 hrs. | 250.00/hr | $100.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 3

| | | | | |
|---|---|---|---|---|
| 08/31/01 | Prepare and edit transmittal letter to Ms. Antar regarding documents showing liability at various sites (0.3); review CDs (0.1); send transmittal letter and two CDs of same to Ms. Antar (0.1). | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 08/31/01 | Phone Ms. Antar regarding the status of the CDs containing documents that show liability at various site. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.60 | 285.00 | 741.00 |
| G.B. CAUTHEN | 2.80 | 250.00 | 700.00 |
| K.J. HEISER | 2.60 | 170.00 | 442.00 |
| K. BROWN | 4.90 | 125.00 | 612.50 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| M.V. WADDELL | 0.40 | 85.00 | 34.00 |
| TOTAL | 13.70 | 186.24 | 2,551.50 |

Fees for Legal Services    $2,551.50

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/01/2001 | 1-302-658-9911 | 0.29 |
| 08/02/2001 | 1-215-814-3164 | 0.65 |
| 08/15/2001 | Photocopies | 0.95 |
| 08/15/2001 | 1-302-658-9911 | 0.17 |
| 08/16/2001 | 1-617-498-4968 | 0.73 |
| 08/17/2001 | 1-617-498-4968 | 0.07 |
| 08/21/2001 | 1-617-498-4968 | 0.21 |
| 08/22/2001 | Photocopies | 0.30 |
| 08/23/2001 | Photocopies | 0.20 |
| 08/30/2001 | 1-302-652-4100 | 0.16 |
| 08/31/2001 | Fed Ex | 13.10 |
| 08/31/2001 | Photocopies | 0.30 |
| 08/31/2001 | 1-781-324-1236 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred    $17.28**

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.75 |
| Fed Ex | 13.10 |
| Telephone | 2.43 |
| **TOTAL** | **17.28** |

**NET CURRENT BILLING FOR THIS INVOICE** .......................................................... **$2,568.78**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451147 | 07/09/2001 | 16,936.81 | 16,936.81 |
| 455362 | 07/25/2001 | 5,601.33 | 5,601.33 |
| 464090 | 09/10/2001 | 747.84 | 747.84 |
| 464091 | 09/10/2001 | 16,351.71 | 16,351.71 |
| 464585 | 09/12/2001 | 5,444.39 | 5,444.39 |
| 464601 | 09/12/2001 | 3,294.03 | 3,294.03 |
| | | **TOTAL A/R BALANCE** | **$48,376.11** |

W. R. Grace & Co.

September 27, 2001
Invoice 467972

Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | 2,551.50 |
| Charges for Other Services Provided/Expenses Incurred | 17.28 |
| **NET CURRENT BILLING FOR THIS INVOICE** | **$2,568.78** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Lydia Duff, Esq.                                Invoice 466688              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06030                    For Services Through 08/31/01
Name of Matter:         Aiken-Title V Permit App. Iss

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 1.00 hrs. | 55.00/hr | $55.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 1.00 | 55.00 | 55.00 |
| TOTAL | **1.00** | **55.00** | 55.00 |

**Fees for Legal Services**      **$55.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466688

Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/29/2001 | Photocopies 6 Page(s) | 0.30 |

**Total Charges for Other Services Provided/Expenses Incurred** **$0.30**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| **TOTAL** | **0.30** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$55.30**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 455450 | 07/25/2001 | 5,714.35 | 5,714.35 |
| 464611 | 09/12/2001 | 2,621.98 | 2,621.98 |
| 464912 | 09/13/2001 | 3,298.40 | 3,298.40 |
| 464929 | 09/13/2001 | 0.65 | 0.65 |
| | **TOTAL A/R BALANCE** | | **$11,635.38** |

W. R. Grace & Co.

September 21, 2001
Invoice 466688

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---:|
| Fees for Professional Services | 55.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.30 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$55.30** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 27, 2001
ATTN: Lydia Duff, Esq.                            Invoice 467973                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06031                    For Services Through 08/31/01
Name of Matter:     Li Tungsten

---

| 08/06/01 | Review and organize files. | | | |
| | K. BROWN / Paralegal | 0.20 hrs. | 125.00/hr | $25.00 |
| 08/09/01 | Review EPA's letter regarding the Action Memorandum for a removal action restart related to certain dredge spoils from Glen Cove Creek. | | | |
| | B.F. HAWKINS / Partner | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/13/01 | Organize and update file materials (1.0); create subfiles and purge duplicates (2.4). | | | |
| | L.K. THOMAS / Paralegal | 3.40 hrs. | 85.00/hr | $289.00 |
| 08/14/01 | Review information with Attorney Carlisle regarding activity in case and need to complete Affidavit for Herman Beckerfluegal. | | | |
| | B.F. HAWKINS / Partner | 0.40 hrs. | 220.00/hr | $88.00 |
| 08/14/01 | Review information in case with Attorney Hawkins regarding activity in case with reference to issuance of UAO and need for affidavit from Herman Beckerfluegal. | | | |

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 2

|  |  |  |  |
|---|---|---|---|
| | R.T. CARLISLE / Of Counsel | 0.40 hrs. | 200.00/hr | $80.00 |

| 08/14/01 | Sort and organize file documents for Paralegal Thomas. |
|---|---|
| | M. WADDELL / Project Asst    1.00 hrs.    55.00/hr    $55.00 |

| 08/15/01 | Telephone conference with Mr. Grummer concerning information needs regarding new UAO |
|---|---|
| | D.M. CLEARY / Partner    0.10 hrs.    285.00/hr    $28.50 |

| 08/15/01 | Briefly review UAO from USEPA and send explanatory e-mail to Grace team for review and discussion. |
|---|---|
| | D.M. CLEARY / Partner    0.50 hrs.    285.00/hr    $142.50 |

| 08/15/01 | Attend Li Tungsten conference call concerning remedial design agreement and new UAO (0.8); telephone conference with client regarding new UAO - left voice message describing the UAO (0.2). |
|---|---|
| | D.M. CLEARY / Partner    1.00 hrs.    285.00/hr    $285.00 |

| 08/15/01 | Review Li Tungsten developments with Attorney Carlisle with reference to revised UAO. |
|---|---|
| | B.F. HAWKINS / Partner    0.40 hrs.    220.00/hr    $88.00 |

| 08/15/01 | Participate in conference call regarding draft agreement with federal agencies for funding of RD work that is consistent with the terms of the Remedial Design Group Agreement (0.4); confer with Attorney Cleary regarding same and regarding Unilateral Administrative Order issued yesterday (0.3); review Li Tungsten issues associated with issuance of UAO with Attorney Hawkins (0.4). |
|---|---|
| | R.T. CARLISLE / Of Counsel    1.10 hrs.    200.00/hr    $220.00 |

| 08/16/01 | Read UAO received from EPA Region 2 (2.0); discussion regarding Grace response with Attorney Hawkins (0.2); e-mail Attorney Carlisle requesting research on "sufficient cause" defenses under CERCLA 106 and 107 (0.2); review UAO for reportables due dates and upcoming action items required for Grace (0.4). |
|---|---|
| | D.M. CLEARY / Partner    2.80 hrs.    285.00/hr    $798.00 |

| 08/16/01 | Review UAO issued for additional activity at site (0.6); discussion of potential response with Attorney Cleary (0.2). |
|---|---|
| | B.F. HAWKINS / Partner    0.80 hrs.    220.00/hr    $176.00 |

| 08/20/01 | Review outstanding matters in UAO (0.6); discuss with Ms. Duff (0.5); transmit action items to Li Tungsten team (0.3). |
|---|---|
| | D.M. CLEARY / Partner    1.40 hrs.    285.00/hr    $399.00 |

| 08/20/01 | Review revised version of the Draft Remedial Design Agreement between the Federal PRPs and the Li Tungsten Remedial Design Group received today from Mr. Englert (0.4); forward information to Attorney Cleary (0.3). |
|---|---|
| | B.F. HAWKINS / Partner    0.70 hrs.    220.00/hr    $154.00 |

W. R. Grace & Co.
September 27, 2001
Invoice 467973
Page 3

| 08/20/01 | Review recent correspondence for pertinent information to transmit to Attorney Cleary. | | | |
|---|---|---|---|---|
| | M. WADDELL / Project Asst | 0.40 hrs. | 55.00/hr | $22.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL / Project Asst | 0.20 hrs. | 55.00/hr | $11.00 |
| 08/21/01 | Review incoming correspondence from EPA regarding Unilateral Administrative Order (UAO) and forward (0.4); assignment concerning information on "sufficient cause defense" to Section 106 UAO (0.5). | | | |
| | B.F. HAWKINS / Partner | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/21/01 | Confer with Attorneys Cleary and Hawkins regarding response to Section 106 Unilateral Administrative Order (0.2); confer with Legal Assistant Thomas regarding research file relating to same (0.1). | | | |
| | R.T. CARLISLE / Of Counsel | 0.30 hrs. | 200.00/hr | $60.00 |
| 08/21/01 | Locate research materials addressing sufficient cause defense. | | | |
| | L.K. THOMAS / Paralegal | 2.20 hrs. | 85.00/hr | $187.00 |
| 08/22/01 | Discussion with Attorney Duff concerning various evaluations of potential costs for remedial actions at Li Tungsten site. | | | |
| | B.F. HAWKINS / Partner | 0.30 hrs. | 220.00/hr | $66.00 |
| 08/22/01 | Research and update case law interpreting the term "sufficient cause"as contained within CERCLA Section 106(b)(1) (3.3); review and analyze said cases, law review articles and treatises (3.0). | | | |
| | J.C. MCELWAINE / Associate | 6.30 hrs. | 195.00/hr | $1,228.50 |
| 08/23/01 | Review status of discussions with EPA and cases relating to sufficient cause defense with the Li Tungsten team (2.7) and leave a voice mail for Ms. Duff informing her of our concerns about the Mattiace case (.1). | | | |
| | D.M. CLEARY / Partner | 2.80 hrs. | 285.00/hr | $798.00 |
| 08/23/01 | Preparation for conference call on 106 UAO issued by EPA to PRPs, including Grace (1.1); review site history issues with Attorney Duff (0.4); conference call with with PRP members and the EPA regarding 106 Order (2.1) follow-up discussion with Attorney Duff (0.5); review legal research on "sufficient cause defense" in light of bankruptcy filing (0.4). | | | |
| | B.F. HAWKINS / Partner | 4.50 hrs. | 220.00/hr | $990.00 |
| 08/23/01 | Participate in conference call regarding Li Tungsten Site and August 14th UAO; follow-up conference with Ms. Duff; review stop letter and begin outlining response setting forth sufficient cause defenses; review research from Attorney McElwaine regarding sufficient cause defense; confer with Attorney Cleary regarding same.. | | | |
| | R.T. CARLISLE / Of Counsel | 1.90 hrs. | 200.00/hr | $380.00 |

W. R. Grace & Co.                                          September 27, 2001
                                                          Invoice 467973

08/23/01    Draft memorandum analyzing the "sufficient cause" defense (1.2); meeting
            with Attorney Cleary to discuss research memorandum and Mattiace case
            which discusses applicability of automatic stay (0.2); research via electronic
            databases cases and other materials discussing the applicability of the
            automatic stay with regard to enforcement of CERCLA 106 Unilateral
            Administrative Order (3.4); review and analyze said research (2.2).
            J.C. MCELWAINE / Associate          7.00 hrs.      195.00/hr          $1,365.00

08/24/01    Discussion with Attorney McElwaine regarding Shephard's research on the
            Mattiace case and other cases relating to the issue of bankruptcy and 106
            orders.
            D.M. CLEARY / Partner              0.20 hrs.       285.00/hr             $57.00

08/24/01    Review additional cases relating to Mattiace (0.4); discuss status of case with
            Ms. Duff and e-mail Exxon excerpt and 3 Mattiace cases (0.5).
            D.M. CLEARY / Partner              0.90 hrs.       285.00/hr            $256.50

08/24/01    Continue researching bankruptcy automatic stay's affect on 106 Unilateral
            Administrative Order concentrating on New York federal case law (0.6);
            review and analyze said research (0.3); discuss results of research with
            Attorney Cleary (0.2).
            J.C. MCELWAINE / Associate          1.10 hrs.      195.00/hr            $214.50

08/24/01    Locate file materials per Attorney Cleary for use in responding to UAO
            issues.
            L.K. THOMAS / Paralegal             0.40 hrs.      85.00/hr              $34.00

08/27/01    Instruction on preparingresponse to UAO.
            B.F. HAWKINS / Partner              0.90 hrs.      220.00/hr            $198.00

08/29/01    Review and revise letter responding to 106 Order (2.0); finalize letter and
            forward to EPA (0.4).
            B.F. HAWKINS / Partner              2.40 hrs.      220.00/hr            $528.00

08/29/01    Review and research draft response letter to EPA.(.8). Draft comments (.3).
            Discussion regarding comments with Attorney Carlisle (.4) and Attorney
            Hawkins (.2). Transmit additional comments to Attorney Carlisle (.2).
            D.M. CLEARY / Partner              1.90 hrs.       285.00/hr            $541.50

08/29/01    Final review and discussion of response to 106 order with Attorney Carlisle.
            D.M. CLEARY / Partner              0.30 hrs.       285.00/hr             $85.50

08/29/01    Review UAO and other information concerning removal of dredged material
            (0.3); draft letter to Mr. Doyle setting forth good faith defense to recent
            Unilateral Administrative Order under CERCLA Section 106 (1.1);
            conferences with Attorneys Hawkins and Cleary regarding their suggested
            revisions to draft letter (0.3); review cases to ensure that no cases affecting
            their rulings have been handed down since February (0.8); revisions to draft
            letter (0.2); review of final letter (0.2).