W. R. Grace & Co.                                       September 27, 2001
                                                        Invoice 467973
                                                                                Page 5

|            |                                                          |           |           |          |
|------------|----------------------------------------------------------|-----------|-----------|----------|
|            | R.T. CARLISLE / Of Counsel                               | 2.90 hrs. | 200.00/hr | $580.00  |
| 08/29/01   | Review, organize file materialsand update current index. |           |           |          |
|            | M.V. WADDELL / Other                                     | 1.30 hrs. | 85.00/hr  | $110.50  |
| 08/30/01   | Conference with Ms. Duff regarding contents of response to EPA's August 14, 2001 UAO. |  |  |  |
|            | R.T. CARLISLE / Of Counsel                               | 0.20 hrs. | 200.00/hr | $40.00   |

## BILLING SUMMARY

|                 | Hours | Rate/Hr | Dollars   |
|-----------------|-------|---------|-----------|
| B.F. HAWKINS    | 12.20 | 220.00  | 2,684.00  |
| D.M. CLEARY     | 11.90 | 285.00  | 3,391.50  |
| R.T. CARLISLE   | 6.80  | 200.00  | 1,360.00  |
| J.C. MCELWAINE  | 14.40 | 195.00  | 2,808.00  |
| L.K. THOMAS     | 6.00  | 85.00   | 510.00    |
| K. BROWN        | 0.20  | 125.00  | 25.00     |
| M. WADDELL      | 1.60  | 55.00   | 88.00     |
| M.V. WADDELL    | 1.30  | 85.00   | 110.50    |
| **TOTAL**       | **54.40** | **201.78** | 10,977.00 |

                                        **Fees for Legal Services**     **$10,977.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/06/2001 | PAYEE: Mike's Books; REQUEST#: 11464; DATE: 08/06/2001 - Research book: Billing and Processing Tungsten | 15.50 |
|------------|---------------------------------------------------------------------------------------------------------|-------|
| 08/06/2001 | Photocopies 1 Page(s)   | 0.05   |
| 08/07/2001 | Photocopies 52 Page(s)  | 2.60   |
| 08/15/2001 | Photocopies 68 Page(s)  | 3.40   |
| 08/15/2001 | 1-410-531-4210          | 0.44   |
| 08/16/2001 | Photocopies 5 Page(s)   | 0.25   |
| 08/17/2001 | Photocopies 20 Page(s)  | 1.00   |
| 08/20/2001 | Photocopies 36 Page(s)  | 1.80   |
| 08/20/2001 | 1-410-531-4210          | 0.07   |
| 08/20/2001 | 1-410-531-4210          | 10.20  |
| 08/21/2001 | Photocopies 8 Page(s)   | 0.40   |
| 08/22/2001 | Westlaw                 | 641.00 |
| 08/23/2001 | Lexis                   | 9.84   |
| 08/23/2001 | Photocopies 43 Page(s)  | 2.15   |

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 6

| 08/23/2001 | 1-410-531-4000 | 0.43 |
| 08/23/2001 | 1-410-531-4210 | 0.60 |
| 08/23/2001 | Westlaw | 205.04 |
| 08/29/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/29/2001 | Photocopies 4 Page(s) | 0.20 |
| 08/29/2001 | Photocopies 1 Page(s) | 0.05 |
| 08/29/2001 | Photocopies 34 Page(s) | 1.70 |
| 08/29/2001 | Photocopies 40 Page(s) | 2.00 |
| 08/29/2001 | Photocopies 12 Page(s) | 0.60 |
| 08/29/2001 | Photocopies 14 Page(s) | 0.70 |
| 08/29/2001 | 1-410-531-4129 | 0.12 |
| 08/29/2001 | 1-410-531-4210 | 0.10 |
| 08/29/2001 | 1-410-531-4129 | 0.10 |
| 08/29/2001 | 1-516-609-2612 | 0.31 |
| 08/29/2001 | 1-516-609-2630 | 0.12 |
| 08/29/2001 | 1-516-609-2612 | 0.30 |
| 08/29/2001 | 1-415-531-4210 | 0.08 |
| 08/29/2001 | 1-410-531-4210 | 0.23 |
| 08/29/2001 | Westlaw | 51.98 |
| 08/30/2001 | 1-516-609-2612 | 0.28 |
| 08/30/2001 | 1-212-637-3165 | 0.17 |
| 08/30/2001 | 1-212-637-3104 | 0.19 |

**Total Charges for Other Services Provided/Expenses Incurred**       **$954.20**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 17.10 |
| Lexis | 9.84 |
| Outside Services | 15.50 |
| Telephone | 13.74 |
| Westlaw | 898.02 |
| **TOTAL** | **954.20** |

**NET CURRENT BILLING FOR THIS INVOICE** ........................................................ **$11,931.20**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |

W. R. Grace & Co.

September 27, 2001
Invoice 467973          Page 7

| | | | |
|---|---|---|---|
| 446279 | 06/11/2001 | 1,517.42 | 1,517.42 |
| 450938 | 07/03/2001 | 599.59 | 599.59 |
| 455240 | 07/24/2001 | 308.25 | 308.25 |
| 464581 | 09/12/2001 | 337.09 | 337.09 |
| 464596 | 09/12/2001 | 229.55 | 229.55 |
| | **TOTAL A/R BALANCE** | | **$4,111.90** |

W. R. Grace & Co.

September 27, 2001
Invoice 467973

Page 8

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06031
Li Tungsten

---

| | | |
|---|---|---|
| Fees for Professional Services | 10,977.00 | |
| Charges for Other Services Provided/Expenses Incurred | 954.20 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | $11,931.20 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Lydia Duff, Esq.                              Invoice 466690                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06032                    For Services Through 08/31/01
Name of Matter:       Charleston

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 08/06/01 | Conference call with Messrs. Bucens, Obradovic and Miesfeldt regarding draft letter to DHEC responding to the Target Area Investigation letter report and discussion of possible strategies for moving forward with response at site. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 08/06/01 | Research regarding application of tap water standards to groundwater (1.0); research regarding groundwater mixing zones and reclassification of groundwater (0.5); confer with Attorney Hawkins regarding results of research; participate in telephone conference call with Messrs. Balcer, Miesfeldt, and Obradovic and Attorney Hawkins regarding options for dealing with water ARARs related to site (0.9). | | | |
| | R.T. CARLISLE | 2.40 hrs. | 200.00/hr | $480.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 2

| | | | |
|---|---|---|---|
| 08/28/01 | Review packet of materials sent from Mr. Bucens regarding the Chevron Groundwater Reclassification obtained through FOIA requests (0.7 ); telephone discussion with Mr. Bucens regarding same and regarding assignments for upcoming meeting in Charleston on site strategy (0.4). | | |
| | B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 08/29/01 | Review, organize file materials and update current index. | | |
| | M.V. WADDELL | 0.20 hrs. | 85.00/hr | $17.00 |
| 08/30/01 | Review letter from Ms. Canova enclosing Mr. Yeager's results of review of the Remedium Group document outlining questions and comments relevant to Feasibility Study. | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.40 | 220.00 | 528.00 |
| R.T. CARLISLE | 2.40 | 200.00 | 480.00 |
| M. WADDELL | 0.40 | 55.00 | 22.00 |
| M.V. WADDELL | 0.20 | 85.00 | 17.00 |
| **TOTAL** | **5.40** | **193.89** | 1,047.00 |

**Fees for Legal Services**   **$1,047.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/06/2001 | 1-334-262-0740 | 0.11 |
| 08/06/2001 | 1-334-262-0740 | 3.33 |
| 08/09/2001 | Photocopies 376 Page(s) | 18.80 |
| 08/16/2001 | VENDOR: First Title & Abstract Co.,; INVOICE#: 147461; DATE: 08/16/2001  -  Copy of Deed and faxing fee | 25.00 |
| 08/20/2001 | Photocopies 2 Page(s) | 0.10 |
| 08/28/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 7/5/01-1; DATE: 08/28/2001  -  Copy expense | 2.52 |
| 08/28/2001 | Photocopies 117 Page(s) | 5.85 |
| 08/28/2001 | Photocopies 8 Page(s) | 0.40 |
| 08/30/2001 | Photocopies 6 Page(s) | 0.30 |
| 08/30/2001 | Photocopies 2 Page(s) | 0.10 |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

**Total Charges for Other Services Provided/Expenses Incurred**    **$56.51**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 2.52 |
| Photocopies | 25.55 |
| Outside Services | 25.00 |
| Telephone | 3.44 |
| **TOTAL** | **56.51** |

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$1,103.51**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 446285 | 06/11/2001 | 1,293.80 | 1,293.80 |
| 451126 | 07/09/2001 | 1,188.54 | 1,188.54 |
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| 464602 | 09/12/2001 | 1,195.26 | 1,195.26 |
| | | **TOTAL A/R BALANCE** | **$4,053.26** |

W. R. Grace & Co.

September 21, 2001
Invoice 466690

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06032
Charleston

---

Fees for Professional Services                                        1,047.00
Charges for Other Services Provided/Expenses Incurred                   56.51
    NET CURRENT BILLING FOR THIS INVOICE ....................................................... **$1,103.51**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466691                    Page 1

| | | For Services Through 08/31/01 |
|---|---|---|
| Our Matter # | 02399/06034 | |
| Name of Matter: | Expanding Plant-Trenton, NJ | |

| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services** **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466691

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 450540 | 06/29/2001 | 151.00 | 151.00 |
| 455243 | 07/24/2001 | 171.00 | 171.00 |
| 464588 | 09/12/2001 | 25.50 | 25.50 |
| 464604 | 09/12/2001 | 114.05 | 114.05 |
| | TOTAL A/R BALANCE | | $461.55 |

W. R. Grace & Co.

September 21, 2001
Invoice 466691          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

Fees for Professional Services                                  5.50
Charges for Other Services Provided/Expenses Incurred           0.00
NET CURRENT BILLING FOR THIS INVOICE ......................................................        $5.50

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 27, 2001
Invoice 467974

Page 1

| | | For Services Through 08/31/01 |
|---|---|---|
| Our Matter # | 02399/06035 | |
| Name of Matter: | Easthampton, MA Expanding Plant | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/01/01 | Review, profile and organize files for document management project. K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.00 | 125.00 | 125.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.10** | **118.64** | 130.50 |

W. R. Grace & Co.

September 27, 2001
Invoice 467974

Page 2

NET CURRENT BILLING FOR THIS INVOICE ..................................................... **$130.50**

---

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464092 | 09/10/2001 | 28.50 | 28.50 |
| 464131 | 09/11/2001 | 4,535.00 | 4,535.00 |
| 464132 | 09/11/2001 | 4,456.50 | 4,456.50 |
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 156.99 |
| | TOTAL A/R BALANCE | | $9,262.59 |

W. R. Grace & Co.

September 27, 2001
Invoice 467974

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

---

Fees for Professional Services                                130.50
Charges for Other Services Provided/Expenses Incurred          0.00
    NET CURRENT BILLING FOR THIS INVOICE .......................................................   $130.50

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 21, 2001
ATTN: Robert A. Emmett, Esq.                             Invoice 466692          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06036                    For Services Through 08/31/01
Name of Matter:           Libby EPA Cost Recovery

| | | | | |
|---|---|---|---|---|
| 08/06/01 | Transmit EPA OSWER policies regarding property rights to Mr. McCarthy. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/13/01 | Review documents and e-mails in preparation for conference call (0.4); attend conference call relating to venue transfer motion (0.7). | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/21/01 | Review e-mail exchanges from bankruptcy attorneys regarding strategy/legal arguments in response to issues. | | | |
| | D.M. CLEARY | 1.40 hrs. | 285.00/hr | $399.00 |

W. R. Grace & Co.

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.90 | 285.00 | 826.50 |
| **TOTAL** | **2.90** | **285.00** | 826.50 |

Fees for Legal Services          $826.50

NET CURRENT BILLING FOR THIS INVOICE ........................................................          $826.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 451204 | 07/09/2001 | 5,519.89 | 5,519.89 |
| 455261 | 07/24/2001 | 3,157.50 | 3,157.50 |
| 464590 | 09/12/2001 | 1,980.00 | 1,980.00 |
| 464606 | 09/12/2001 | 22.05 | 22.05 |
|  | TOTAL A/R BALANCE | | $10,679.44 |

W. R. Grace & Co.

September 21, 2001
Invoice 466692

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

| | |
|---|---|
| Fees for Professional Services | 826.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$826.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                  September 27, 2001
ATTN: Robert A. Emmett, Esq.               Invoice 467975
Senior Environmental Counsel                                                Page 1
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06042                    For Services Through 08/31/01
Name of Matter:    Libby Expansion Plants - Newark, CA

| Date | Description | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| 08/13/01 | Discussion with Mr. Miller and Mr. Marriam concerning consistency of approach with EPA in Region 9.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/13/01 | Review demand letter from Steeler Inc. regarding cleanup.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 08/31/01 | Review, profile, and organize files.<br>K. BROWN | 2.70 hrs. | 125.00/hr | $337.50 |

### BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|

W. R. Grace & Co.                                            September 27, 2001
                                                            Invoice 467975           Page 2

## BILLING SUMMARY

|                        |       | Hours | Rate/Hr | Dollars |
|------------------------|-------|-------|---------|---------|
| D.M. CLEARY / Partner  |       | 0.40  | 285.00  | 114.00  |
| K. BROWN / Paralegal   |       | 2.70  | 125.00  | 337.50  |
|                        | TOTAL | 3.10  | 145.65  | 451.50  |

                                          **Fees for Legal Services**      **$451.50**


**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$451.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464591 | 09/12/2001 | 1,960.94 | 1,960.94 |
| | | **TOTAL A/R BALANCE** | **$1,960.94** |

W. R. Grace & Co.

September 27, 2001
Invoice 467975

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

---

Fees for Professional Services                                        451.50
Charges for Other Services Provided/Expenses Incurred                   0.00
    **NET CURRENT BILLING FOR THIS INVOICE** ......................................................   **$451.50**

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466646                        Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06045                                For Services Through 08/31/01
Name of Matter:    Libby Expansion Plants/Santa Ana

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

Fees for Legal Services          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466646                Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06045
Libby Expansion Plants/Santa Ana

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                         September 21, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 466695              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #      02399/06046                   For Services Through 08/31/01
Name of Matter:   Libby Expansion Plants/Dallas

| | | | |
|---|---|---|---|
| 08/01/01 | Review email regarding additional information needed by Mr. Marriam concerning historic methodology for identification of asbestos-containing material (0.4 ); telephone discussion with Attorney Cleary regarding needed information (0.2 ); forward information to Mr. Marriam and Attorney Cleary (0.3). | | |
| | B.F. HAWKINS | 0.90 hrs.    220.00/hr | $198.00 |
| 08/01/01 | Discussion with Attorney Hawkins regarding information needed on asbestos methodologies. | | |
| | D.M. CLEARY | 0.20 hrs.    285.00/hr | $57.00 |
| 08/02/01 | Discussion with Mr. Marriam regarding asbestos measurement methodology used for demolition. | | |
| | D.M. CLEARY | 0.20 hrs.    285.00/hr | $57.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | |
| | M. WADDELL | 0.10 hrs.    55.00/hr | $5.50 |

W. R. Grace & Co.

September 21, 2001
Invoice 466695

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 0.40 | 285.00 | 114.00 |
| B.F. HAWKINS / Partner | 0.90 | 220.00 | 198.00 |
| M. WADDELL / Project Asst | 0.10 | 55.00 | 5.50 |
| TOTAL | 1.40 | 226.79 | 317.50 |

Fees for Legal Services          $317.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/01/2001 | Photocopies 26 Page(s) | 1.30 |
|---|---|---|
| 08/01/2001 | Photocopies 1 Page(s) | 0.05 |

Total Charges for Other Services Provided/Expenses Incurred          **$1.35**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| TOTAL | 1.35 |

NET CURRENT BILLING FOR THIS INVOICE ........................................................          **$318.85**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 464593 | 09/12/2001 | 3,463.44 | 3,463.44 |
| 464607 | 09/12/2001 | 2,515.50 | 2,515.50 |
| | | TOTAL A/R BALANCE | $5,978.94 |

W. R. Grace & Co.

September 21, 2001
Invoice 466695

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | | |
|---|---|---|
| Fees for Professional Services | 317.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.35 | |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | | $318.85 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                   September 21, 2001
ATTN: Robert A. Emmett, Esq.                        Invoice 466647              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06047                      For Services Through 08/31/01
Name of Matter:         Libby Expansion Plants/Phoenix

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/07/01 | Discussion with Mr. Marriam regarding EPA sampling results.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/10/01 | Discussion with Mr. Marriam concerning request for Grace response to sampling findings in  Phoenix.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 08/13/01 | Discussion with EPA On-Scene Coordinator regarding the scope of work EPA intends to require (.8); composed e-mail briefing to the Grace team describing the discussions (.7).<br>D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 08/13/01 | Review notice letter and related documents (1.8); attend conference call with Mr. Emmett and Mr. Marriam regarding Grace response to EPA's demand (0.5); e-mail EPA's attorney regarding Grace's response (0.3).<br>D.M. CLEARY | 2.60 hrs. | 285.00/hr | $741.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647

Page 2

| 08/13/01 | Discussion with EPA attorney regarding Grace reservations in responding to EPA (0.2); report results of conversation to Mr. Marriam (0.2). | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/14/01 | Review sampling issues and EPA plans with Mr. Marriam in preparation for drafting the letter to EPA. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/14/01 | Discussion with Mr. Stout regarding method used to clean railroad track areas in Libby. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/14/01 | Discussion with EPA regarding status of Grace response to EPA notice (0.4); make changes to draft response letter (0.4); discuss additional changes with Mr. Emmett and send to EPA (0.2). | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 08/14/01 | Search records for work plans to support excavation around railroad. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/14/01 | Draft response to EPA regarding Notice Letter. | | | |
| | D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 08/20/01 | Calls to EPA OSC and assistant regional counsel regarding additional work items (0.3); discussion with Ms. Cox regarding status of draft AOC and work items (0.3); discussion with Mr. Marriam regarding new work items, contractors, schedules and analytical methods to be used regarding additional sampling (1.1). Transmit draft AOC to Mr. Marriam (0.1) | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 08/20/01 | Discuss status of items being obtained by Mr. Stout regarding railroad spur remedial work in Libby to use in Phoenix. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |
| 08/21/01 | Discussion regarding ASTM D 5755 and action levels with Mr. Finke (0.4); follow up with Mr. Marriam (0.5); research on ASTM D 5756 (0.2); request Ms. Brown correct existing methodology spreadsheet at three sites (0.2). | | | |
| | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 08/22/01 | Review EPA draft AOC and draft comments. | | | |
| | D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 08/23/01 | Continue drafting comments to EPA draft AOC (0.6); send to and discuss comments with Mr. Marriam, and send to the Grace team (0.6). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |

   Case 01-01139-AMC    Doc 2640-5    Filed 09/03/02    Page 29 of 40

W. R. Grace & Co.

September 21, 2001
Invoice 466647

Page 3

| 08/24/01 | Telephone conference with Mr. Marriam regarding comments to EPA draft AOC. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 08/27/01 | Discussion of Grace issues with Mr. Marriam and Ms. Cox of EPA. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 08/27/01 | Read and compare Mr. Finke's comments with EPA draft. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 08/27/01 | Write redline draft comments to EPA draft AOC and transmit to Mr. Marriam and Mr. Finke for any additional comment. | | | |
| | D.M. CLEARY | 4.50 hrs. | 285.00/hr | $1,282.50 |
| 08/27/01 | Discussion with Mr. Moxley, OSC, regarding Grace technical objections/issues with EPA draft AOC. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 20.80 | 285.00 | 5,928.00 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **20.90** | **283.90** | 5,933.50 |

**Fees for Legal Services**    **$5,933.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/13/2001 | 1-901-820-2023 | 0.39 |
| 08/13/2001 | 1-901-820-2023 | 2.39 |
| 08/13/2001 | 1-410-531-4751 | 0.10 |
| 08/13/2001 | 1-901-820-2023 | 0.78 |
| 08/13/2001 | 1-901-820-2023 | 0.18 |
| 08/13/2001 | 1-415-744-1351 | 0.17 |
| 08/13/2001 | 1-901-820-2023 | 0.94 |
| 08/13/2001 | 1-901-820-2023 | 0.86 |
| 08/13/2001 | 1-406-293-3964 | 0.06 |
| 08/14/2001 | 1-334-269-2157 | 6.73 |
| 08/14/2001 | 1-415-744-1351 | 0.50 |
| 08/14/2001 | 1-415-744-1041 | 0.14 |

W. R. Grace & Co.

September 21, 2001
Invoice 466647                           Page 4

| 08/15/2001 | Photocopies 10 Page(s) | 0.50 |
|------------|------------------------|------|
| 08/16/2001 | 1-415-744-1148 | 0.06 |
| 08/17/2001 | 1-415-744-1148 | 0.14 |
| 08/17/2001 | 1-901-820-2023 | 0.23 |
| 08/20/2001 | 1-415-744-1148 | 0.08 |
| 08/20/2001 | 1-901-820-2023 | 0.31 |
| 08/20/2001 | 1-415-744-1351 | 0.14 |
| 08/20/2001 | 1-901-820-2023 | 8.16 |
| 08/21/2001 | 1-901-820-2023 | 5.05 |
| 08/23/2001 | 1-901-820-2023 | 0.84 |
| 08/23/2001 | 1-901-820-2061 | 2.47 |
| 08/24/2001 | 1-901-820-2023 | 1.13 |
| 08/24/2001 | 1-415-744-1351 | 0.08 |
| 08/24/2001 | 1-901-820-2023 | 0.07 |
| 08/24/2001 | 1-415-744-1148 | 0.29 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$32.79**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Photocopies | 0.50 |
| Telephone | 32.29 |
| TOTAL | 32.79 |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................          **$5,966.29**

W. R. Grace & Co.                                    September 21, 2001
                                                     Invoice 466647                    Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

---

| | | |
|---|---|---|
| Fees for Professional Services | 5,933.50 | |
| Charges for Other Services Provided/Expenses Incurred | 32.79 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | $5,966.29 |

## WIRING INSTRUCTIONS

ACCOUNT NAME:  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#:  053200666
ACCOUNT #:  04032 24077 01
BANK:  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466696                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06050                  For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Cambridge, MA

| 08/01/01 | Review, profile and organize documents. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.30 | 125.00 | 162.50 |
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **1.40** | **120.00** | 168.00 |

W. R. Grace & Co.

September 21, 2001
Invoice 466696                    Page 2

**Fees for Legal Services**              **$168.00**

NET CURRENT BILLING FOR THIS INVOICE....................................................    $168.00

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464608 | 09/12/2001 | 1,200.00 | 1,200.00 |
| | | TOTAL A/R BALANCE | **$1,200.00** |

W. R. Grace & Co.

September 21, 2001
Invoice 466696

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06050
Libby Expansion Plants - Cambridge, MA

---

Fees for Professional Services                                         168.00
Charges for Other Services Provided/Expenses Incurred          0.00
      NET CURRENT BILLING FOR THIS INVOICE ...................................................    $168.00

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466648                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06051                        For Services Through 08/31/01
Name of Matter:         Libby Expansion Plants- Albany, NY

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

**Fees for Legal Services**          **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466648                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466648                Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06051
Libby Expansion Plants- Albany, NY

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$11.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466649                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06052                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Utica, NY

08/13/01      Sort and organize file documents for Paralegal Thomas.
              M. WADDELL                  0.10 hrs.      55.00/hr             $5.50

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| M. WADDELL   | 0.10  | 55.00   | 5.50    |
| **TOTAL**    | **0.10** | **55.00** | 5.50  |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466649                Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001

Invoice 466649     Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06052
Libby Expansion Plants - Utica, NY

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC