

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466650                    Page 1

Our Matter #          02399/06053                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Rio Piedras, PR

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

W. R. Grace & Co.

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/07/2001 | Photocopies 1 Page(s) | 0.05 |
|---|---|---|
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.05** |

## DISBURSEMENT SUMMARY

| Description | | Dollars |
|---|---|---|
| Photocopies | | 0.05 |
| | **TOTAL** | **0.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.05**

W. R. Grace & Co.

September 21, 2001
Invoice 466650

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06053
Libby Expansion Plants - Rio Piedras, PR

| | |
|---|---:|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11.05** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      September 21, 2001
ATTN: Robert A. Emmett, Esq.                           Invoice 466651                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06054                          For Services Through 08/31/01
Name of Matter:        Libby Expansion Plants - Washington, DC

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

NET CURRENT BILLING FOR THIS INVOICE ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001

Invoice 466651                          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06054
Libby Expansion Plants - Washington, DC

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | **$5.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466662                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06055 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Beltville, MD (Muirkirk) | |

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**     **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466662                    Page 2

NET CURRENT BILLING FOR THIS INVOICE ........................................................ $5.50

W. R. Grace & Co.

September 21, 2001
Invoice 466662

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06055
Libby Expansion Plants - Beltville, MD (Muirkirk)

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466652                 Page 1

Our Matter #            02399/06056                     For Services Through 08/31/01
Name of Matter:         Libby Expansion Plants- Ellwood City, PA

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**            **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**.......................................................  **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466652

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06056
Libby Expansion Plants- Ellwood City, PA

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                September 21, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 466653                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06057                        For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Sharpsburg, PA

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.20 hrs. | 55.00/hr | $11.00 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **0.20** | **55.00** | 11.00 |

Fees for Legal Services              **$11.00**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$11.00**

W. R. Grace & Co.

September 21, 2001
Invoice 466653                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06057
Libby Expansion Plants - Sharpsburg, PA

| | |
|---|---|
| Fees for Professional Services | 11.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$11.00** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                              September 21, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 466654                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06058                     For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Irondale, AL

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466654                    Page 2

NET CURRENT BILLING FOR THIS INVOICE........................................................ **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466654

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06058
Libby Expansion Plants - Irondale, AL

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 21, 2001
Invoice 466655                           Page 1

| Our Matter # | 02399/06059 | For Services Through 08/31/01 |
| Name of Matter: | Libby Expansion Plants - Jacksonville, FL | |

| 08/13/01 | Sort and organize file documents for Paralegal Thomas.<br>M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466655                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06059
Libby Expansion Plants - Jacksonville, FL

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466656            Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06060                      For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Pompano Beach, FL.

---

08/13/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL                0.10 hrs.       55.00/hr            $5.50

---

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| M. WADDELL   | 0.10  | 55.00   | 5.50    |
| **TOTAL**    | **0.10** | **55.00** | 5.50 |

Fees for Legal Services            **$5.50**

W. R. Grace & Co.

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06060
Libby Expansion Plants - Pompano Beach, FL.

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466657              Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06061                      For Services Through 08/31/01
Name of Matter:     Libby Expansion Plants - Tampa, FL

---

| | | | | |
|---|---|---|---|---|
| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

---

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**        **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466657
Page 2

**NET CURRENT BILLING FOR THIS INVOICE**......................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466657

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06061
Libby Expansion Plants - Tampa, FL

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466658                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06062                         For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Atlanta, GA

---

08/13/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL                  0.10 hrs.      55.00/hr              $5.50

---

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| M. WADDELL   | 0.10  | 55.00   | 5.50    |
| **TOTAL**    | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**              **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658

Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ...................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466658

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06062
Libby Expansion Plants - Atlanta, GA

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466659

Page 1

Our Matter #          02399/06063                              For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Hialeah, FL.

| 08/13/01 | Sort and organize file documents for Paralegal Thomas. | | | |
|---|---|---|---|---|
| | M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. WADDELL | 0.10 | 55.00 | 5.50 |
| **TOTAL** | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 2

NET CURRENT BILLING FOR THIS INVOICE ...................................................... **$5.50**

· W. R. Grace & Co.

September 21, 2001
Invoice 466659

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06063
Libby Expansion Plants - Hialeah, FL.

| | |
|---|---:|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 21, 2001
Invoice 466660                    Page 1

Our Matter #         02399/06064                        For Services Through 08/31/01
Name of Matter:      Libby Expansion Plants - High Point, NC

---

08/13/01    Sort and organize file documents for Paralegal Thomas.
            M. WADDELL              0.10 hrs.      55.00/hr              $5.50

---

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| M. WADDELL   | 0.10  | 55.00   | 5.50    |
| **TOTAL**    | **0.10** | **55.00** | 5.50 |

**Fees for Legal Services**              **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660

Page 2

**NET CURRENT BILLING FOR THIS INVOICE**.................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466660

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06064
Libby Expansion Plants - High Point, NC

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$5.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    September 21, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 466661                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06086                    For Services Through 08/31/01
Name of Matter:       Libby Expansion Plants - Wilder, KY

| Date | Description | Hours | Rate | Dollars |
|------|-------------|-------|------|---------|
| 08/20/01 | Sort and organize file documents for Paralegal Thomas. M. WADDELL | 0.10 hrs. | 55.00/hr | $5.50 |

### BILLING SUMMARY

|             | Hours | Rate/Hr | Dollars |
|-------------|-------|---------|---------|
| M. WADDELL  | 0.10  | 55.00   | 5.50    |
| TOTAL       | 0.10  | 55.00   | 5.50    |

**Fees for Legal Services**          **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466661                    Page 2

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$5.50**

W. R. Grace & Co.

September 21, 2001
Invoice 466661

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 08/31/01

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | 5.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | **$5.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC