## EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: July 10, 2002 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

### SUMMARY OF THE  TENTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **September 1, 2001 through September 30, 2001**

Amount of Compensation sought as actual, reasonable, and necessary: **$31,625.50**

Amount of expense reimbursement sought as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

actual, reasonable, and necessary: **$488.83 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __5.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__900.00__ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.00 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $113,762.501 | $2,155.05 |
| December 19, 2001 | October 1, 2001– October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2001 | November 1, 2001-November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001-December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 14, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | Pending | Pending |
| June 14, 2002 | March 1, 2002- March 31, 2002 | $17,003.00 | $52.22 | Pending | Pending |
| June 14, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with Applicant | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 32.70 | $9,319.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 19.30 | $4,246.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 13.90 | $2,780.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 4.60 | $782.00 |
| Joseph M. Melchers | Partner | 13 years | Environmental | $220.00 | 1.60 | $352.00 |

Grand Total for Fees:  $18,179.50
Blended Rate:          $242.72

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 104.10 | $13,012.50 |
|---|---|---|---|---|---|---|
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 2.00 | $170.00 |
| Martha Waddell | Paralegal | 2 months | Environmental | $ 85.00 | 3.10 | $263.50 |

Grand Total for Fees: $13,446.00
Blended Rate:         $123.13

3

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 20.10 | 2,472.50 |
| 02399/06003 | Beaco Road Site | 4.10 | 973.50 |
| 02399/06012 | Owensboro Site Management | 0.40 | 88.00 |
| 02399/06018 | Western Minerals Products Site | 9.40 | 1,175.00 |
| 02399/06023 | Libby, MT -- General Environment | 43.90 | 7,551.50 |
| 02399/06027 | Project Allen | 12.80 | 2,290.00 |
| 02399/06031 | Li Tungsten | 3.10 | 387.50 |
| 02399/06032 | Charleston | 34.10 | 6,670.50 |
| 02399/06036 | Libby EPA Cost Recovery | 3.50 | 437.50 |
| 02399/06042 | Libby Expansion Plants-Newark, CA | 15.50 | 2,225.50 |
| 02399/06044 | Libby Expansion Plants-Portland | 4.00 | 500.00 |
| 02399/06046 | Libby Expansion Plants-Dallas | 2.30 | 287.50 |
| 02399/06047 | Libby Expansion Plants-Phoenix | 29.70 | 6,416.50 |
| 02399/06087 | Libby Expansion Plants-Glendale, AZ | 1.20 | 150.00 |
| TOTAL | | 184.10 | $31,625.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 172.51 |
| Standard Copies | 95.65 |
| Outside Delivery Service | 114.94 |
| Outside Copy Services | 4.83 |
| Outside Vendor Services (E.P.A.) | 21.00 |
| Travel Expenses | 79.90 |
| Total | $ 488.83 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: July 10, 2002 at 4:00 p.m. Hearing date: To be scheduled, only if objections are timely filed and served. |

## TENTH VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del. Bankr. LR 2016-2, the law firm of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $31,625.50 for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $488.83 (the "Application"), in each case for the period from September 1, 2001 through September 30, 2001 (the "Fee Period").    In support of this Application, NMRS respectfully states as follows:

## Retention of NMRS

1.    On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.    Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee").    On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.    By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

3.    As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

4.    NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

5.    NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

6.    Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel , associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

7.    This is the tenth application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11

Cases. NMRS previously filed applications for interim compensation for the periods of May 1, 2001 through June 30, 2001; July 19, 2001 through July 31, 2001; and August 1, 2001 through August 31, 2001 on October 17, 2001; October 1, 2001 through October 31, 2001 on December 19, 2001; November 1, 2001 through November 30, 2001 on January 23, 2002; December 1, 2001 through December 31, 2001 on February 26, 2002; January 1, 2002 through January 31, 2002 on May 1, 2002; February 1, 2002 through February 28, 2002; March 1, 2002 through March 31, 2002; and First Quarterly Fee Application for the Fee Period January 1, 2002 through March 31, 2002 on June 14, 2002.

### Reasonable and Necessary Services Rendered by NMRS - Generally

8.      The NMRS attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.80 | $700.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 32.70 | $9,319.50 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 19.30 | $4,246.00 |
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $200.00 | 13.90 | $2,780.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 4.60 | $782.00 |
| Joseph M. Melchers | Partner | 13 years | Environmental | $220.00 | 1.60 | $352.00 |

9.     The paraprofessionals of NMRS who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as at position | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 104.10 | $13,012.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 2.00 | $170.00 |
| Martha Waddell | Paralegal | 2 months | Environmental | $ 85.00 | 3.10 | $263.50 |

10.     NMRS has advised and represented the Debtors in connection with certain litigation and environmental matters.  These matters include: General W.R. Grace Environmental Matters; Beaco Road Site; Owensboro Site Management; Western Minerals Products Site; Libby, MT General Environment; Project Allen; Li Tungsten; Charleston; Libby EPA Cost Recovery; Libby  Expansion Plants-Newark, CA; Libby Expansion Plants-Portland; Libby Expansion Plants-Dallas; Libby Expansion Plants-Phoenix; Libby Expansion Plants-Glendale, AZ.

11.     The rates described in the above list of attorneys and paraprofessionals are NMRS's hourly rates for services of this type.  Attached as **Exhibit A**, and arranged by Subject Matter, is a detailed itemization and description of the services that NMRS rendered during this Fee Period.  Based on these rates and the services performed by each individual, the reasonable value of such services is $31,625.50.    The NMRS attorneys and paraprofessionals expended a total of 184.10 hours for these cases during the Fee Period.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of these cases, (b) the time

expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

12.     Further, **Exhibit A** (a) identifies the individuals that rendered services in each Subject Matter, as defined and described herein, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. The Subject Matters addressed in this Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

13.     The professional services that NMRS rendered during the Fee Period are grouped into the titled categories of subject matters described in Paragraph 10 herein (the "Subject Matter").

14.     It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

15.     NMRS charges (a) $.05 per page for duplication as Special Counsel in this case. NMRS does not charge its clients for incoming telecopier transmissions.

16.     A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**.  All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $488.83.

### Representations

17.     NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

18.     The fees and expenses addressed in this Application have been presented to the Debtor prior to the filing of this application.

19.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  NMRS reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

20.     In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $32,114.33, consisting of (a) $31,625.50 for reasonable and necessary professional services rendered and (b) $488.83 for actual and necessary costs and expenses.

WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above, for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.

Respectfully submitted,

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19889-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (301) 652-4400

and

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By:
Newman Jackson Smith (SC Fed. Bar No. 4962)
151 Meeting Street – Suite 600
Charleston, South Carolina 29401
Telephone: (843) 534-4309
Facsimile: (843) 722-8700

Dated: 6-17-02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139(JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                  David M. Cleary

SWORN to and subscribed before me

this 17 day of June , 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires:    NOTARY PUBLIC FOR SOUTH CAROLINA
                      My Commission Expires July 9 , 2006

## EXHIBIT A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 9, 2001
ATTN: Lydia Duff, Esq.                                 Invoice 469786  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06000 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/05/01 | Review modified extranet and e-mail Information Technology Director, Attorneys Cleary and Hawkins, and Paralegal Thomas requesting additional changes to the extranet and site home diagram.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/07/01 | Review, profile and organize files.<br>K. BROWN | 3.90 hrs. | 125.00/hr | $487.50 |
| 09/09/01 | Review, profile and organize files.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/10/01 | Continue to review and organize files on workstation.<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 09/10/01 | Continue to review, profile and organize files.<br>K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 09/10/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/11/01 | Organize folders on server and files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 09/11/01 | Distribute profile sheets of files to Administrative Assistant and instruct Administrative Assistant to process to server.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/17/01 | Instruct Administrative Assistant to process the profiled files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 09/17/01 | Review profile files with Attorney Cleary.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469786 Page 2

| | | | | |
|---|---|---|---|---|
| 09/17/01 | Review and profile documents for management project.<br>L.K. THOMAS | 1.00 hrs. | 85.00/hr | $85.00 |
| 09/26/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services...................................................................................................** **$2,472.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.K. THOMAS | 1.00 | 85.00 | 85.00 |
| K. BROWN | 19.10 | 125.00 | 2,387.50 |
| TOTAL | 20.10 | $123.01 | $2,472.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/07/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/10/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/10/2001 | Telephone 1-617-498-4968 | 0.07 |
| 09/12/2001 | Photocopies 1 Page(s) | 0.05 |
| 09/12/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/12/2001 | Photocopies 4 Page(s) | 0.20 |
| 09/12/2001 | Photocopies 5 Page(s) | 0.25 |
| 09/12/2001 | Photocopies 396 Page(s) | 19.80 |
| 09/13/2001 | Photocopies 6 Page(s) | 0.30 |
| 09/13/2001 | Photocopies 65 Page(s) | 3.25 |
| 09/14/2001 | Fed Ex | 23.97 |
| 09/14/2001 | Photocopies 50 Page(s) | 2.50 |
| 09/14/2001 | Telephone 1-617-498-4968 | 4.94 |
| 09/19/2001 | Photocopies 160 Page(s) | 8.00 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$63.53**

## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 34.55 |
| Fed Ex | 23.97 |
| Telephone | 5.01 |
| TOTAL | $63.53 |

**Net current billing for this invoice .............................................................................** **$2,536.03**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |

W. R. Grace & Co.

October 9, 2001
Invoice 469786  Page 3

| | | | |
|---|---|---|---|
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| 499687 | 04/19/2002 | 1,055.69 | 1,055.69 |
| | | A/R BALANCE | $8,578.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469786  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06000
General

---

| | |
|---|---|
| Fees for Professional Services | $2,472.50 |
| Charges for Other Services Provided/Expenses Incurred | $63.53 |

**Net current billing for this invoice** ............................................................ **$2,536.03**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| 478642 | 11/27/2001 | 855.05 | 855.05 |
| 481795 | 12/14/2001 | 684.31 | 684.31 |
| 484313 | 01/25/2002 | 143.70 | 143.70 |
| 498375 | 04/16/2002 | 1,574.72 | 1,574.72 |
| 499687 | 04/19/2002 | 1,055.69 | 1,055.69 |
| | TOTAL A/R BALANCE | | $8,578.50 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469740 Page 1

| Our Matter # | 02399/06003 | For Services Through 09/29/01 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 09/04/01 | Review documents received from Beaco Road PRP Group and sent to Ms. Duff, requesting guidance from Grace. | | | |
| | D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 09/05/01 | Review e-mails regarding status of Grace vote on litigation and resend to Ms. Duff. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/07/01 | Review submission of response to Beaco Road Steering Committee on consent to group suit against Mr. Groce and potential insurers and concerning follow-up approach in dealing with PRP Group. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 09/20/01 | Review status of PRP meetings with Ms. Duff and review whether to have someone participate in conference call to stay advised of progress on negotiations with DHEC on feasibility study issues (0.4); brief Attorney Melchers on monitoring of conference (0.3). | | | |
| | B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |
| 09/20/01 | Prepare for and participate in conference call with Steering Committee (1.3); prepare memo regarding issues discussed and next steps (0.3). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 220.00/hr | $352.00 |
| 09/25/01 | Discussion with Attorney Melchers regarding results of Beaco Road PRP conference call. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services**.................................................................................................... **$973.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.60 | 220.00 | 352.00 |
| B.F. HAWKINS | 1.40 | 220.00 | 308.00 |
| D.M. CLEARY | 1.10 | 285.00 | 313.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469740 Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 4.10 | $237.44 | $973.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/05/2001 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 8/27/01; DATE: 09/05/2001 - Travel to Greenville to attend meeting | 79.90 |
| 09/12/2001 | Photocopies 21 Page(s) | 1.05 |
| 09/20/2001 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$81.00**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.10 |
| Travel | 79.90 |
| TOTAL | $81.00 |

**Net current billing for this invoice ...............................................................................** **$1,054.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| | | A/R BALANCE | $4,454.61 |

W. R. Grace & Co.

October 9, 2001
Invoice 469740  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $973.50 |
| Charges for Other Services Provided/Expenses Incurred | $81.00 |

**Net current billing for this invoice ...............................................................**  **$1,054.50**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| | TOTAL A/R BALANCE | | $4,454.61 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469742 Page 1

| Our Matter # | 02399/06012 | For Services Through 09/29/01 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

| 09/10/01 | Discussion with Mr. Bender concerning status of state and federal regulation of air toxics as could potentially impact operation of Owensboro facility. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS / Partner | 0.40 hrs. | 220.00/hr | $88.00 |

**Fees for Legal Services**................................................................................................... **$88.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.40 | 220.00 | 88.00 |
| TOTAL | 0.40 | $220.00 | $88.00 |

**Net current billing for this invoice** .............................................................................. **$88.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| | A/R BALANCE | | $11,195.65 |

W. R. Grace & Co.

October 9, 2001
Invoice 469742  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $88.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** .............................................................  **$88.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| | TOTAL A/R BALANCE | | $11,195.65 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469787  Page 1

| Our Matter # | 02399/06018 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721490-01-501660 | |
| Name of Matter: | Western Mineral Products Site | |

| | | | | |
|---|---|---|---|---|
| 09/13/01 | Review and organize files. K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 09/17/01 | Prepare and organize files on server. K. BROWN | 5.80 hrs. | 125.00/hr | $725.00 |
| 09/25/01 | Review, profile and organize files. K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/26/01 | Review, profile and organize files. K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

**Fees for Legal Services**..................................................................................... **$1,175.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 9.40 | 125.00 | 1,175.00 |
| TOTAL | 9.40 | $125.00 | $1,175.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/20/2001 | To: Federal Express for shipping charge on 8/8/01 | 13.10 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$13.10**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|

W. R. Grace & Co.

October 9, 2001
Invoice 469787  Page 2

| Description | Dollars |
|---|---|
| Federal Express | 13.10 |
| TOTAL | $13.10 |

**Net current billing for this invoice** ............................................................................... **$1,188.10**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466683 | 09/27/2001 | 6,245.89 | 1,246.60 |
| 469521 | 10/09/2001 | 22.40 | 4.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| 478909 | 11/29/2001 | 5,392.50 | 5,392.50 |
| | | A/R BALANCE | $7,831.60 |

W. R. Grace & Co.

October 9, 2001
Invoice 469787  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06018
Western Mineral Products Site

| | |
|---|---|
| Fees for Professional Services | $1,175.00 |
| Charges for Other Services Provided/Expenses Incurred | $13.10 |

**Net current billing for this invoice** ..............................................................   **$1,188.10**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466683 | 09/27/2001 | 6,245.89 | 1,246.60 |
| 469521 | 10/09/2001 | 22.40 | 4.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| 478909 | 11/29/2001 | 5,392.50 | 5,392.50 |
| | TOTAL A/R BALANCE | | $7,831.60 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 17, 2001
Invoice 469788 Page 1

| Our Matter # | 02399/06023 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| 09/04/01 | Discussion with Mr. Stout regarding Millwork West compensation issue (.5); e-mail request for guidance from Grace/K & E. (.2); discuss with Mr. Grummer and review his e-mail approving the option to compensate Millwork as a post-petition obligation (.5). | | | |
| | D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |
| 09/04/01 | Telephone discussion with Mr. Stringer regarding National Historic Preservation issue (.3); review letter and research NHPA (1.9). | | | |
| | D.M. CLEARY | 2.20 hrs. | 285.00/hr | $627.00 |
| 09/04/01 | Review articles regarding Libby School district, HHS visit. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/05/01 | Discussion with Mr. Stringer regarding reimbursement for Millwork West materials. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/05/01 | Review Libby articles regarding Health Center and Gov. Whitman visit. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/06/01 | Discussion with Mr. Marriam regarding status of negotiations and ASTM D 6821. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/07/01 | Discussion with Mr. Marriam regarding EPA draft AOC and procedures to obtain Grace approval. | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/11/01 | Discussion with Mr. Marriam concerning lack of EPA generator IDs in Libby and manifests. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/11/01 | Review and organize files. | | | |
| | K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 09/12/01 | Review Libby articles from past several days. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 09/12/01 | Review RAND report regarding asbestos litigation. | | | |
| | D.M. CLEARY | 1.90 hrs. | 285.00/hr | $541.50 |

W. R. Grace & Co.

October 17, 2001
Invoice 469788 Page 2

| 09/12/01 | Review and organize files.<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
|---|---|---|---|---|
| 09/13/01 | Telephone conference with Mr. Stout regarding status of buildings and Millwork West demands.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/14/01 | Telephone conference with Mr. Stringer regarding status of discussions with Millwork West, and their latest demands (.3); draft e-mail to Mr. Corcoran (.4), and discussion with Mr. Stringer regarding EPA comments in Western News regarding Region 8 expertise of Grace products to assist WTC recovery/cleanup efforts (.2).<br>D.M. CLEARY | 0.90 hrs. | 285.00/hr | $256.50 |
| 09/14/01 | Review and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 09/16/01 | Review, profile and organize files.<br>K. BROWN | 3.10 hrs. | 125.00/hr | $387.50 |
| 09/17/01 | Commence comparison of ISO 10312 counting methodology with ASTM 6812.<br>D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 09/17/01 | Review Libby articles.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/18/01 | Discussion with Mr. Stout regarding URS and split sample storage.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/18/01 | Discussion with Mr. Finke regarding methodology and analysis by RJ Lee of all methods used by EPA (.4); assign Paralegal Brown to create a new CD of analytical methods for this purpose (.2).<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 09/18/01 | Revised analytical methodologies spreadsheet (.4); e-mail same to Attorney Cleary for review (.1)<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/19/01 | Review articles regarding asbestos risk and measurement.<br>D.M. CLEARY | 0.70 hrs. | 285.00/hr | $199.50 |
| 09/19/01 | Send email to Mr. Marriam and Mr. Emmett regarding split samples and URS storage issue.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/19/01 | Review, analyze and revise analytical spreadsheet for RJ Lee.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 09/19/01 | Review revised Non-Grace Analytical Methodologies and EPA Analytical Methodologies spreadsheets.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 09/20/01 | Review and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 09/21/01 | Obtain approval for split sample storage from Mr. Marriam (.1); provide directions to Mr. Stout regarding chain of custody, etc. (.2).<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 09/21/01 | Discussion with Paralegal Brown regarding modifications EPA made to ISO 10312 - and items to modify on analytical method spreadsheet.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/21/01 | Discuss with Attorney Cleary the revised analytical methodology spreadsheets for asbestos final draft versions.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 09/21/01 | Continue work on the analytical methodology spreadsheets for asbestos.<br>K. BROWN | 5.90 hrs. | 125.00/hr | $737.50 |
| 09/24/01 | Revise the analytical methodology spreadsheets for asbestos.<br>K. BROWN | 5.20 hrs. | 125.00/hr | $650.00 |
| 09/24/01 | E-mail Word Processing Specialist the information to burn a CD containing the analytical methodology spreadsheet.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 09/24/01 | Discuss with Attorney Cleary the status of the revised analytical methodology spreadsheets.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/24/01 | Prepare transmittal letter to Mr. Finke regarding the CD containing Non-Grace analytical methodology spreadsheet for asbestos (.3); instruct administrative assistant to send transmittal letter and CD to Mr. Finke via Federal Express (.1).<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 09/24/01 | Edit the final draft versions of the analytical methodology spreadsheets.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 09/24/01 | Review the CD containing the Non-Grace analytical methodology spreadsheet with Attorney Cleary.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/27/01 | Review, profile and organize files.<br>K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |

**Fees for Legal Services**................................................................................................... **$7,551.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 12.90 | 285.00 | 3,676.50 |
| K. BROWN | 31.00 | 125.00 | 3,875.00 |
| TOTAL | 43.90 | $172.02 | $7,551.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/04/2001 | VENDOR: Federal Express; INVOICE#: 585746964; DATE: | 1.50 |

W. R. Grace & Co.

October 17, 2001
Invoice 469788  Page 4

09/04/2001  -  Acct.#1420-0507-7 on 6/28

| | | |
|---|---|---|
| 09/10/2001 | Telephone 1-901-820-2023 | 0.05 |
| 09/18/2001 | Telephone 1-406-293-3964 | 0.08 |
| 09/18/2001 | Telephone 1-901-820-2023 | 0.63 |
| 09/19/2001 | Telephone 1-303-866-0409 | 0.16 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/6/01 | 13.94 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/29/01 | 20.81 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/30/01 | 20.81 |
| 09/21/2001 | Telephone 1-901-820-2023 | 0.21 |
| 09/21/2001 | Telephone 1-303-882-5271 | 2.08 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................**     **$60.27**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 57.06 |
| Telephone | 3.21 |
| TOTAL | $60.27 |

**Net current billing for this invoice ................................................................................**     **$7,611.77**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| | | A/R BALANCE | $52,148.24 |

W. R. Grace & Co.

October 17, 2001
Invoice 469788  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $7,551.50 |
| Charges for Other Services Provided/Expenses Incurred | $60.27 |

**Net current billing for this invoice** ............................................................. **$7,611.77**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| | TOTAL A/R BALANCE | | $52,148.24 |



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 9, 2001
ATTN: Lydia Duff, Esq.                            Invoice 469789  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06027 | For Services Through 09/30/01 |
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 09/05/01 | Review docket (0.2); revise memo on billing procedures and U.S. Trustee compliance (0.5). | | | |
| | G.B. CAUTHEN | 0.70 hrs. | 250.00/hr | $175.00 |
| 09/05/01 | Revise memo pertaining to the procedures for drafting and filing fee applications with the bankruptcy court. | | | |
| | K.J. HEISER | 0.30 hrs. | 170.00/hr | $51.00 |
| 09/06/01 | Follow up on billing memos. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/10/01 | Assist on billing procedure issue. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/11/01 | Review docket. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/13/01 | Follow up on docket entry. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/13/01 | Conference call with Attorney Duff, Attorney Emmett, Mr. Obradovic and Mr. Medler to discuss approach outlined by Owens Corning to approach dealing with PRP Committees on potential environmental liabilities. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 09/18/01 | Review docket. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/24/01 | Review information with Attorney Duff and Emmett concerning payment of invoices under bankruptcy procedures for April, May, June and July, pre-dating appointment as special counsel (0.3); discussion of issues with Attorney Cleary (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |
| 09/26/01 | Assist on fee application. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |

W. R. Grace & Co.

| 09/26/01 | Review previous court orders regarding billing for special counsel (0.5); conference with Attorney Cleary regarding billing procedures (0.2). | | | |
|---|---|---|---|---|
| | K.J. HEISER | 0.70 hrs. | 170.00/hr | $119.00 |
| 09/26/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/27/01 | Review docket; memo to Attorneys Cleary and Hawkins on exclusivity extension. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/27/01 | Assist on fee application preparation. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 09/27/01 | Review and revise fee application. | | | |
| | K.J. HEISER | 1.30 hrs. | 170.00/hr | $221.00 |
| 09/27/01 | Review and organize files. | | | |
| | K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 09/28/01 | Draft fee application for fees accrued as special counsel. | | | |
| | K.J. HEISER | 2.30 hrs. | 170.00/hr | $391.00 |

**Fees for Legal Services**................................................................................................... **$2,290.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.40 | 220.00 | 308.00 |
| G.B. CAUTHEN | 2.80 | 250.00 | 700.00 |
| K.J. HEISER | 4.60 | 170.00 | 782.00 |
| K. BROWN | 4.00 | 125.00 | 500.00 |
| TOTAL | 12.80 | $178.91 | $2,290.00 |

| 09/02/2001 | VENDOR: United States Environmental Protection A; INVOICE#: 3RIN-1160-01; DATE: 09/02/2001 - CD-Rom for Moyers Landfill Superfund Site De Minimis | 21.00 |
|---|---|---|
| 09/07/2001 | Photocopies 207 Page(s) | 10.35 |
| 09/07/2001 | Photocopies 199 Page(s) | 9.95 |
| 09/07/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/10/2001 | Photocopies 2 Page(s) | 0.10 |
| 09/12/2001 | VENDOR: Parcels, Inc.; INVOICE#: 15496; DATE: 09/12/2001 - Copying Expense | 4.83 |
| 09/14/2001 | Telephone 1-410-531-4210 | 0.14 |
| 09/20/2001 | To: Federal Express for shipping charge on 8/31/01 | 20.81 |
| 09/26/2001 | Photocopies 256 Page(s) | 12.80 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$80.08**

### DISBURSEMENT SUMMARY

**Description**

**Dollars**

W. R. Grace & Co.

October 9, 2001
Invoice 469789  Page 3

| Description | Dollars |
|---|---|
| CopyOut | 4.83 |
| Photocopies | 33.30 |
| Federal Express | 20.81 |
| Outside Services | 21.00 |
| Telephone | 0.14 |
| TOTAL | $80.08 |

**Net current billing for this invoice** ................................................................................ **$2,370.08**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| | | A/R BALANCE | $21,511.30 |

W. R. Grace & Co.

October 9, 2001
Invoice 469789  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $2,290.00 |
| Charges for Other Services Provided/Expenses Incurred | $80.08 |

**Net current billing for this invoice** ............................................................ **$2,370.08**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| | TOTAL A/R BALANCE | | $21,511.30 |