# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 9, 2001
Invoice 469744 *Page 1*

| | | | | |
|---|---|---|---|---|
| Our Matter # | 02399/06031 | | For Services Through 09/29/01 | |
| WR Grace # | 001-KL-721490-01-501560 | | | |
| Name of Matter: | Li Tungsten | | | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/12/01 | Review and organize files.<br>K. BROWN / Paralegal | 2.70 hrs. | 125.00/hr | $337.50 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN / Paralegal | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**.................................................................................................. **$387.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 3.10 | 125.00 | 387.50 |
| TOTAL | 3.10 | $125.00 | $387.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/17/2001 | Photocopies 15 Page(s) | 0.75 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.75**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.75 |
| TOTAL | $0.75 |

**Net current billing for this invoice** ............................................................................. **$388.25**

W. R. Grace & Co.

October 9, 2001
Invoice 469744  Page 2

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| | | A/R BALANCE | $8,595.42 |

W. R. Grace & Co.

October 9, 2001
Invoice 469744 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $387.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.75 |

**Net current billing for this invoice .............................................................** **$388.25**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| 481800 | 12/14/2001 | 662.80 | 662.80 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| | TOTAL A/R BALANCE | | $8,595.42 |



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 17, 2001
Invoice 469747  Page 1

| Our Matter # | 02399/06032 | For Services Through 09/29/01 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/06/01 | Review draft report for bench-scale treatability testing (0.5); confer with Attorney Hawkins regarding comments to same (0.2).<br>R.T. CARLISLE | 0.70 hrs. | 200.00/hr | $140.00 |
| 09/07/01 | Finalize comments to the report to DHEC on results of bench-scale oxidation testing (0.6 ); finalize comments on Target Area Supplemental Investigation Data Report (0.4); telephone discussion with Mr. Bucens providing comments on above-referenced documents (0.4 ).<br>B.F. HAWKINS | 1.40 hrs. | 220.00/hr | $308.00 |
| 09/18/01 | Begin preparation for RMT meeting on Thursday concerning issues to be addressed in responding to DHEC on proposed feasibility study.<br>B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |
| 09/18/01 | Review file material for information regarding groundwater for Attorney Hawkin's meeting on September 20, 2001.<br>M.V. WADDELL | 0.90 hrs. | 85.00/hr | $76.50 |
| 09/19/01 | Prepare for meeting on feasibility study.<br>B.F. HAWKINS | 2.80 hrs. | 220.00/hr | $616.00 |
| 09/19/01 | Prepare for meeting tomorrow by reviewing research conducted to date and review CERCLA provisions relating to requirements for ARARs and guidance documents pertinent to ARARs for groundwater and surface water (2.6); review industrial landfill regulation analysis (0.3); confer with Attorney Hawkins regarding reclassification of groundwater and problems with DHEC's analysis in denying reclassification for Chevron (0.3); review notes on application of tap water standards to surface water (0.3).<br>R.T. CARLISLE | 3.50 hrs. | 200.00/hr | $700.00 |
| 09/19/01 | Gather information needed for Attorneys Hawkins and Carlisle for meeting in Greenville.<br>L.K. THOMAS | 1.00 hrs. | 85.00/hr | $85.00 |
| 09/19/01 | Review and organize file materials for information pertinent to 9/20/01 Grace meeting regarding groundwater issues.<br>M.V. WADDELL | 2.20 hrs. | 85.00/hr | $187.00 |

W. R. Grace & Co.

| 09/20/01 | Complete preparations for meeting in Greenville at RMT with Ms. Duff, Mr. Bucens, Ms. Saucier, Attorney Carlisle, and RMT representatives concerning feasibility study alternatives, ARARs and state and local requirements that could impact the cleanup options that are required to be listed for the site in the Feasibility Study (1.2); participate in meeting on above issues and return to Columbia with follow-up discussions with Attorney Carlisle (8.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 9.70 hrs. | 220.00/hr | $2,134.00 |
| 09/20/01 | Prepare for and participate in meeting with Ms. Duff, Mr. Bucens, Mr. Obradovic, Attorney Hawkins and RMT representatives (8.5); follow-up discussion with Attorney Hawkins regarding action items (1.2). | | | |
| | R.T. CARLISLE | 9.70 hrs. | 200.00/hr | $1,940.00 |
| 09/21/01 | Review information from meeting for preparation of follow-up items/tasks. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 09/27/01 | Review and comment on letter to DHEC regarding radiological survey at Charleston Site (0.3); review comments back from other parties (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |

**Fees for Legal Services...................................................................................................**    **$6,670.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 16.10 | 220.00 | 3,542.00 |
| R.T. CARLISLE | 13.90 | 200.00 | 2,780.00 |
| M.V. WADDELL | 3.10 | 85.00 | 263.50 |
| L.K. THOMAS | 1.00 | 85.00 | 85.00 |
| TOTAL | 34.10 | $195.62 | $6,670.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/04/2001 | Photocopies 3 Page(s) | 0.15 |
|---|---|---|
| 09/04/2001 | Photocopies 8 Page(s) | 0.40 |
| 09/05/2001 | Photocopies 35 Page(s) | 1.75 |
| 09/18/2001 | Photocopies 38 Page(s) | 1.90 |
| 09/18/2001 | Photocopies 4 Page(s) | 0.20 |
| 09/18/2001 | Photocopies 6 Page(s) | 0.30 |
| 09/19/2001 | Photocopies 412 Page(s) | 20.60 |
| 09/19/2001 | Photocopies 5 Page(s) | 0.25 |
| 09/19/2001 | Photocopies 8 Page(s) | 0.40 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................**    **$25.95**

### DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|---|---|
| Photocopies | 25.95 |
| TOTAL | $25.95 |

W. R. Grace & Co.

October 17, 2001
Invoice 469747  Page 3

**Net current billing for this invoice** ................................................................................... **$6,696.45**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| | | A/R BALANCE | $53,677.38 |

W. R. Grace & Co.

October 17, 2001
Invoice 469747  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $6,670.50 |
| Charges for Other Services Provided/Expenses Incurred | $25.95 |
| **Net current billing for this invoice** ............................................................. | **$6,696.45** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| | TOTAL A/R BALANCE | | $53,677.38 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              October 17, 2001
ATTN: Robert A. Emmett, Esq.                          Invoice 471446  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06036 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby EPA Cost Recovery | |

| | | | | |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 09/12/01 | Review and organize files.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |

**Fees for Legal Services**....................................................................................  **$437.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 3.50 | 125.00 | 437.50 |
| TOTAL | 3.50 | $125.00 | $437.50 |

**Net current billing for this invoice** ...............................................................  **$437.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464606 | 09/12/2001 | 22.05 | 4.40 |
| 466692 | 09/21/2001 | 826.50 | 826.50 |
| 469749 | 10/17/2001 | 142.50 | 142.50 |
| 471446 | 10/17/2001 | 437.50 | 437.50 |
| | | A/R BALANCE | $1,410.90 |

W. R. Grace & Co.

October 17, 2001
Invoice 471446  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06036
Libby EPA Cost Recovery

---

| | |
|---|---|
| Fees for Professional Services | $437.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice ..............................................................**  **$437.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464606 | 09/12/2001 | 22.05 | 4.40 |
| 466692 | 09/21/2001 | 826.50 | 826.50 |
| 469749 | 10/17/2001 | 142.50 | 142.50 |
| 471446 | 10/17/2001 | 437.50 | 437.50 |
| | TOTAL A/R BALANCE | | $1,410.90 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469751  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06042 | For Services Through 09/29/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Newark, CA | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Review, profile and organize files.<br>K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 09/05/01 | Review and organize files.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/10/01 | Research and draft letter responding to Steeler, Inc. demand for Grace to respond to EPA cleanup demand.<br>D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 09/14/01 | Review and organize files.<br>K. BROWN | 6.10 hrs. | 125.00/hr | $762.50 |
| 09/25/01 | Review, profile and organize files.<br>K. BROWN | 3.20 hrs. | 125.00/hr | $400.00 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

**Fees for Legal Services**................................................................................................. **$2,225.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY / Partner | 1.80 | 285.00 | 513.00 |
| K. BROWN / Paralegal | 13.70 | 125.00 | 1,712.50 |
| TOTAL | 15.50 | 143.58 | 2,225.50 |

**Net current billing for this invoice** .............................................................................. **$2,225.50**

W. R. Grace & Co.

October 9, 2001
Invoice 469751  Page 2

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467975 | 09/27/2001 | 451.50 | 90.30 |
| 469751 | 10/09/2001 | 2,225.50 | 2,225.50 |
| 478655 | 11/27/2001 | 125.00 | 125.00 |
| | | A/R BALANCE | $2,440.80 |

W. R. Grace & Co.

October 9, 2001
Invoice 469751  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

| | |
|---|---|
| Fees for Professional Services | $2,225.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice ..............................................................**        **$2,225.50**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467975 | 09/27/2001 | 451.50 | 90.30 |
| 469751 | 10/09/2001 | 2,225.50 | 2,225.50 |
| 478655 | 11/27/2001 | 125.00 | 125.00 |
| | TOTAL A/R BALANCE | | $2,440.80 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469753 Page 1

| Our Matter # | 02399/06044 | For Services Through 09/29/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Portland | |

| 09/04/01 | Review, profile and organize files. | | | |
| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 09/13/01 | Review and organize files. | | | |
| | K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/26/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

**Fees for Legal Services**................................................................................................. **$500.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 4.00 | 125.00 | 500.00 |
| TOTAL | 4.00 | 125.00 | 500.00 |

**Net current billing for this invoice** ................................................................................. **$500.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 469753 | 10/09/2001 | 500.00 | 500.00 |
| | | A/R BALANCE | $500.00 |

W. R. Grace & Co.

October 9, 2001
Invoice 469753  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/29/01

Our Matter # 02399/06044
Libby Expansion Plants/Portland

---

| | |
|---|---:|
| Fees for Professional Services | $500.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .............................................................. | **$500.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 469753 | 10/09/2001 | 500.00 | 500.00 |
| | TOTAL A/R BALANCE | | $500.00 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469790 Page 1

| Our Matter # | 02399/06046 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Dallas | |

| 09/18/01 | Review and organize files. | | | |
| | K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 09/27/01 | Review and organize files. | | | |
| | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

**Fees for Legal Services**................................................................................................. **$287.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| K. BROWN / Paralegal | 2.30 | 125.00 | 287.50 |
| TOTAL | 2.30 | 125.00 | 287.50 |

**Net current billing for this invoice** ................................................................................. **$287.50**

| ACCOUNTS RECEIVABLE RECAP | | | |
| --- | --- | --- | --- |
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466695 | 09/21/2001 | 318.85 | 63.50 |
| 469524 | 10/09/2001 | 1,465.00 | 293.00 |
| 469790 | 10/09/2001 | 287.50 | 287.50 |
| 481804 | 12/14/2001 | 759.15 | 759.15 |
| | | A/R BALANCE | $1,403.15 |

W. R. Grace & Co.

October 9, 2001
Invoice 469790  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

---

Fees for Professional Services                                    $287.50
Charges for Other Services Provided/Expenses Incurred             $0.00

**Net current billing for this invoice** ...........................................................  **$287.50**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466695 | 09/21/2001 | 318.85 | 63.50 |
| 469524 | 10/09/2001 | 1,465.00 | 293.00 |
| 469790 | 10/09/2001 | 287.50 | 287.50 |
| 481804 | 12/14/2001 | 759.15 | 759.15 |
| | TOTAL A/R BALANCE | | $1,403.15 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 17, 2001
Invoice 471447 Page 1

| Our Matter # | 02399/06047 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants/Phoenix | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/01 | Discuss status of negotiations with Mr. Marriam (.4); order ASTM Ambient Air Methodology via internet (.2). D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 09/04/01 | Telephone conference with Ms. Antar regarding location of documents relating to this site (.6); search for transactional documents relating to acquisition of Zonolite (2.3). K. BROWN | 2.90 hrs. | 125.00/hr | $362.50 |
| 09/05/01 | Telephone conference with Ms. Antar regarding real estate deed for this location (.3); review the reorganization documents between Grace and Zonolite for the deed to this site (2.0). K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 09/05/01 | Continue to search for deeds for Ms. Antar. K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/07/01 | Continue to review reorganization documents of Zonolite for deed and telephone Ms. Antar with result of search. K. BROWN | 3.60 hrs. | 125.00/hr | $450.00 |
| 09/10/01 | Review and discuss EPA draft with Mr. Marriam (2.1); contact EPA to send clean copy of draft for internal distribution and review (.2) D.M. CLEARY | 2.30 hrs. | 285.00/hr | $655.50 |
| 09/10/01 | Telephone conference with Ms. Antar regarding deeds (Santa Fe Company conveyance to Ari-Zonolite and Ari-Zonolite conveyance to Grace) (0.4); profile deeds (0.1). K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/12/01 | Review and transmit final EPA draft AOC to Grace team for approval. D.M. CLEARY | 2.10 hrs. | 285.00/hr | $598.50 |
| 09/13/01 | Discussions with Mr. Marriam regarding Mr. Finke's concerns (.5); review Mr. Finke's concerns and develop response strategy (.5). D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 09/13/01 | Review articles from RJ Lee regarding asbestos methodology D.M. CLEARY | 1.20 hrs. | 285.00/hr | $342.00 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 09/14/01 | Draft and send e-mail to Grace team regarding options on language changes or description of work. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 09/14/01 | Discussion with EPA attorney regarding status of review of AOC (.4); telephone conference with Mr. Marriam to discuss outcome of discussion and action items (.4). | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 09/17/01 | Discuss GCP preference on AOC language with Mr. Marriam and GCP Team (.4); e-mail Grace team regarding GCP decision and prepare language proposal for EPA (.6). | | | |
| | D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 09/17/01 | Prepare and send e-mail advising Mr. Finke of status of negotiations with EPA and that I was awaiting GCP input in order to proceed with EPA and conclude negotiations. | | | |
| | D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/18/01 | Attend conference call with Grace team regarding negotiations of AOC | | | |
| | D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 09/19/01 | Prepare and send EPA redlined pages to Grace team (.3); review final agreement as sent from EPA(1.3); call EPA with minor comments (.2). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 09/19/01 | Discussions with Mr. Marriam regarding status of EPA negotiations and documents. | | | |
| | D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 09/20/01 | Review redrafted EPA versions for corrections (0.5); call EPA attorney (0.1). | | | |
| | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 09/20/01 | Discussion with Mr. Marriam regarding status of final agreement. | | | |
| | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/21/01 | Review of final EPA AOC (1.2); transmit AOC with summary of deadlines/requirements (.6). | | | |
| | D.M. CLEARY | 1.80 hrs. | 285.00/hr | $513.00 |
| 09/24/01 | Review and organize files. | | | |
| | K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 09/25/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 09/26/01 | Review, profile and organize files. | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 09/27/01 | Read e-mails from Mr. Emmett regarding AOC (0.2); Call Mr. Marriam regarding execution of AOC (0.1). | | | |
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

**Fees for Legal Services**.................................................................................................. **$6,416.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 16.90 | 285.00 | 4,816.50 |
| K. BROWN | 12.80 | 125.00 | 1,600.00 |

W. R. Grace & Co.

October 17, 2001
Invoice 471447  Page 3

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 29.70 | $216.04 | $6,416.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Dollars |
|---|---|---|
| 09/10/2001 | Telephone 1-415-744-1351 | 0.32 |
| 09/10/2001 | Telephone 1-901-820-2023 | 3.49 |
| 09/12/2001 | Telephone 1-415-744-1351 | 0.41 |
| 09/12/2001 | Telephone 1-901-820-2023 | 0.39 |
| 09/14/2001 | Telephone 1-415-744-1351 | 0.38 |
| 09/14/2001 | Telephone 1-901-820-2023 | 1.15 |
| 09/14/2001 | VENDOR: Genesys Conferencing, Inc.; INVOICE#: 931331; DATE: 09/14/2001 - Conference call re: Libby Expansion Plant-Phoenix | 150.19 |
| 09/18/2001 | Telephone 1-901-820-2023 | 0.39 |
| 09/18/2001 | Telephone 1-415-744-1351 | 0.08 |
| 09/18/2001 | Telephone 1-561-362-1533 | 3.65 |
| 09/18/2001 | Telephone 1-561-362-1533 | 0.12 |
| 09/19/2001 | Telephone 1-415-744-1351 | 0.35 |
| 09/19/2001 | Telephone 1-415-744-1351 | 0.29 |
| 09/20/2001 | Telephone 1-415-744-1351 | 0.32 |
| 09/24/2001 | Telephone 1-901-820-2023 | 2.44 |
| 09/27/2001 | Telephone 1-901-820-2023 | 0.18 |

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$164.15**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 13.96 |
| Telephone - Out | 150.19 |
| TOTAL | $164.15 |

**Net current billing for this invoice ...........................................................................** **$6,580.65**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| 499684 | 04/19/2002 | 212.50 | 212.50 |
| | | A/R BALANCE | $12,818.82 |

W. R. Grace & Co.

October 17, 2001
Invoice 471447  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

---

Fees for Professional Services                                    $6,416.50
Charges for Other Services Provided/Expenses Incurred             $164.15

**Net current billing for this invoice** .............................................................    **$6,580.65**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| 481805 | 12/14/2001 | 305.95 | 305.95 |
| 484326 | 01/25/2002 | 492.50 | 492.50 |
| 498386 | 04/16/2002 | 133.50 | 133.50 |
| 499684 | 04/19/2002 | 212.50 | 212.50 |
| | TOTAL A/R BALANCE | | $12,818.82 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 9, 2001
Invoice 469791  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06087 | For Services Through 09/30/01 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby-Expansion Plants-Glendale, AZ | |

| | | | | |
|---|---|---|---|---|
| 09/25/01 | Review and organize files.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**..................................................................................... **$150.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.20 | 125.00 | 150.00 |
| TOTAL | 1.20 | $125.00 | $150.00 |

**Net current billing for this invoice** ............................................................................. **$150.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | | A/R BALANCE | $551.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469791  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06087
Libby-Expansion Plants-Glendale, AZ

| | |
|---|---|
| Fees for Professional Services | $150.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice ..............................................................** | **$150.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | TOTAL A/R BALANCE | | $551.50 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                      October 9, 2001
ATTN: Robert A. Emmett, Esq.                   Invoice 469791  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/06087 | For Services Through 09/30/01 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby-Expansion Plants-Glendale, AZ | |

| | | | | |
|---|---|---|---|---|
| 09/25/01 | Review and organize files.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/26/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**.................................................................................... **$150.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 1.20 | 125.00 | 150.00 |
| TOTAL | 1.20 | $125.00 | $150.00 |

**Net current billing for this invoice** ........................................................................... **$150.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | | A/R BALANCE | $551.50 |

W. R. Grace & Co.

October 9, 2001
Invoice 469791  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 09/30/01

Our Matter # 02399/06087
Libby-Expansion Plants-Glendale, AZ

---

| | |
|---|---|
| Fees for Professional Services | $150.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ............................................................. **$150.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| 481806 | 12/14/2001 | 50.00 | 50.00 |
| | TOTAL A/R BALANCE | | $551.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 18th day June 2002, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

1.  **SUMMARY OF THE TENTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH L.L.P., FOR COMPENSATION AND FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2001 THROUGH SEPTEMBER 30, 2001; and**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    SUMMARY OF THE ELEVENTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH L.L.P., FOR COMPENSATION AND FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2002 THROUGH APRIL 30, 2002.

_____
David W. Carickhoff, Jr. (Bar No. 3715)

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 33512
06 — Hand Delivery
10—Federal Express

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

Hand Delivery
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Hand Delivery
(Local Counsel to Asbestos Claimants)
Matthew 0. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE 19899

Hand Delivery
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquir3
Ferry & Joseph, P.A.
824 Market Street, Suite 994
P.O. Box 1351
Wilmington, DE 19899

Hand Delivery
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Hand Delivery
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Hand Delivery
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Federal Express
(Counsel to Debtor)
James H.M, Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Federal Express
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Federal Express
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Federal Express
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Federal Express
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 5. Biscayne Boulevard, Suite 2500
Miami, FL 33131

Federal Express
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Federal Express
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Federal Express
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Federal Express

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Federal Express
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202