## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: December 31, 2001 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

## SUMMARY OF THE FIFTH MONTHLY VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

Name of Applicant:  **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to:  **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:  **July 19, 2001**

Period for which compensation and reimbursement is sought:  **October 1, 2001 through October 31, 2001**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    **$54,325.20 (80% of $67,906.50)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$1,348.82 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __3.0__ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $__510.00__.

Prior fee applications:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 16, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 16, 2001 | August 1, 2001– August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 16, 2001 | May 1, 2001– June 30, 2001 | $13,762.50 | $2,155.05 | $11,010.00 | $2,155.05 |
| October 28, 2001 | Sept. 1, 2001 – Sept. 30, 2001 | $31,625.50 | $488.83 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.60 | $650.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 120.40 | $34,314.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.10 | $7,282.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $210.00 | 22.20 | $4,662.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 48.90 | $8,313.00 |

Grand Total for Fees:  $55,221.00
Blended Rate:        $243.05

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 98.30 | $12,287.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 1.90 | $161.50 |
| Emily Flemming | Project Assistant | 6 months | Environmental | $ 55.00 | 4.30 | $236.50 |

Grand Total for Fees: $12,685.50
Blended Rate: $121.39

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 6.60 | 845.00 |
| 02399/06001 | Walpole Mass-Cercla | 5.90 | 1,512.50 |
| 02399/06003 | Beaco Road Site | 3.00 | 347.00 |
| 02399/06011 | Enoree Site Management | 20.00 | 4,187.50 |
| 02399/06014 | DAREX, Atlanta Facility | 22.00 | 4,642.00 |
| 02399/06018 | Western Minerals Products Site | 42.50 | 5,392.50 |
| 02399/06020 | Guanica, Puerto Rico | 1.10 | 209.00 |
| 02399/06021 | Coachmen | 6.90 | 862.50 |
| 02399/06023 | Libby, MT – General Environment | 117.30 | 31,464.50 |
| 02399/06027 | Project Allen | 59.50 | 10,998.00 |
| 02399/06031 | Li Tungsten | 18.50 | 2,539.00 |
| 02399/06032 | Charleston | 14.20 | 2,876.00 |
| 02399/06042 | Libby Expansion Plants-Newark, CA | 1.00 | 125.00 |
| 02399/06045 | Libby Expansion Plants-Santa Ana | 0.80 | 100.00 |
| 02399/06047 | Libby Expansion Plants-Phoenix | 6.60 | 937.00 |
| 02399/06048 | Libby Expansion Plants-Minneapolis-Residential | 3.50 | 517.50 |
| 02399/06087 | Libby Expansion Plants-Glendale, AZ | 2.30 | 351.50 |
| TOTAL | | 330.70 | $67,906.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 37.95 |
| Standard Copies | 477.25 |
| Outside Delivery Service | 85.79 |
| Outside Copy Services | 12.60 |
| Environmental Tests | 44.00 |
| Travel Expenses | 78.20 |
| Computer Assisted Research | 613.03 |
| Total | $ 1,348.82 |

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Hearing date: To be scheduled, only if objections
are timely filed and served.

## FIFTH VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2001 THROUGH OCTOBER 31, 2001

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P.2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR2016-2, the law firm of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Nelson Mullins Riley & Scarborough, LLP ("NMRS") as special litigation and environmental counsel for the above-captioned debtors and debtors in possession (collectively, "Debtors") in connection with their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $67,906.50 for the reasonable and necessary legal services NMRS has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that NMRS incurred in the amount of $1,348.82 (the "Application"), in each case for the period from October 1, 2001 through October 31, 2001 (the "Fee Period"). In support of this Application, NMRS respectfully states as follows:

## Retention of NMRS

1.       On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.    Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 12, 2001, the office of the United States Trustee appointed (i) a committee of unsecured creditors in the Chapter 11 Cases (the "Creditors' Committee"), (ii) a committee of asbestos personal injury claimants (the "Asbestos Personal Injury Committee") and (iii) a committee of asbestos property damage claimants (the "Asbestos Property Damage Committee"). On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders (the "Equity Security Holders' Committee", collectively with the Creditors' Committee, the Asbestos Personal Injury Committee and the Asbestos Property Damage Committee, the "Committees").

2.     By this Court's Order dated July 19, 2001, the Debtors were authorized to retain NMRS as their special counsel with regard to environmental and litigation matters (the "Retention Order"). The Retention Order authorizes the Debtors to compensate NMRS at hourly rates charged by NMRS for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

3.     As disclosed in the Affidavit Under 11 U.S.C. 327(e) by George B. Cauthen, filed June 8, 2001, NMRS does not represent any interest adverse to the Debtors or their estates.

4.     NMRS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

5.     NMRS has received no payment for the services performed and presented in this application and no promises for payment from any source for these services rendered or to be rendered in any capacity whatsoever in connection with these.

6.     Pursuant to Fed. R. Bank P. 2016(b), NMRS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel , associates, paralegals, and employees of NMRS, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

7.     This is the fifth application for interim compensation for services rendered that NMRS has filed with the Bankruptcy Court in connection with the Chapter 11

Cases. NMRS previously filed applications for interim compensation for the periods of May 1, 2001 through June 30, 2001; July 19, 2001 through July 31, 2001; August 1, 2001 through August 31, 2001 on October 16, 2001. An application for the interim period of September 1, 2001 through September 30, 2001 was filed on October 28, 2001.

### Reasonable and Necessary Services Rendered by NMRS - Generally

8.    The NMRS attorneys who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 25 years | Bankruptcy | $250.00 | 2.60 | $650.00 |
| David M. Cleary | Partner | 20 years | Environmental | $285.00 | 120.40 | $34,314.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $220.00 | 33.10 | $7,282.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $210.00 | 22.20 | $4,662.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $170.00 | 48.90 | $8,313.00 |

9.    The paraprofessionals of NMRS who have rendered professional services in these cases during this Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years at position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Karen Brown | Paralegal | 28 years | Environmental | $125.00 | 98.30 | $12,287.50 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 85.00 | 1.90 | $161.50 |
| Emily Fleming | Project Assistant | 6 months | Environmental | $ 55.00 | 4.30 | $236.50 |

10.    NMRS has advised and represented the Debtors in connection with certain litigation and environmental matters. These matters include: General W.R. Grace Environmental Matters; Walpole Mass-CERCLA; Beaco Road Site; Enoree Site Management; DAREX, Atlanta Facility; Western Minerals Products Site; Guanica, Puerto Rico Site; Coachmen; Libby, MT General Environment; Project Allen; Li Tungsten; Charleston; Libby Expansion Plants-Newark, CA; Libby Expansion Plants-Santa Ana; Libby Expansion Plants-Phoenix; Libby Expansion Plants-Minneapolis/Residential; and Libby Expansion Plants-Glendale, AZ.

11.    The rates described in the above list of attorneys and paraprofessionals are NMRS's hourly rates for services of this type. Attached as **Exhibit A**, and arranged by Subject Matter, is a detailed itemization and description of the services that NMRS rendered during this Fee Period. Based on these rates and the services performed by each individual, the reasonable value of such services is $67,906.50.    The NMRS attorneys and paraprofessionals expended a total of 330.70 hours for these cases during the Fee Period. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

12.    Further, **Exhibit A** (a) identifies the individuals that rendered services in each Subject Matter, as defined and described herein, (b) describes each activity or service that each individual performed and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. The Subject Matters addressed in this

Fee Application are merely those for which services were rendered during this Fee Period. NMRS is currently rendering services for additional Subject Matters that NMRS may bill time for in the future.

### Reasonable and Necessary Services Rendered by NMRS Categorized by Matter

13.     The professional services that NMRS rendered during the Fee Period are grouped into the titled categories of subject matters described in Paragraph 10 herein (the "Subject Matter").

14.     It is NMRS's policy to charge its clients in all areas of practice for identifiable non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is NMRS's policy to charge its clients only the amount actually incurred by NMRS in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, out-going facsimile transmissions, airfare, meals and lodging.

15.     NMRS charges (a) $.05 per page for duplication as Special Counsel in this case. NMRS does not charge its clients for incoming telecopier transmissions.

16.     A summary of expenses by type is attached to the corresponding Subject Matters hereto as **Exhibit A**. All of these disbursements comprise the requested sum for NMRS's out-of-pocket expenses, totaling $1,348.82.

### Representations

17.     NMRS believes that the Application is in compliance with the requirements of Del. Bankr. LR 2016-2.

18.     The fees and expenses addressed in this Application have been presented to the Debtor prior to the filing of this application..

19.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  NMRS reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

20.     In summary, by the application, NMRS requests compensation for fees and expenses in the total amount of $69,255.32, consisting of (a) $67,906.50 for reasonable and necessary professional services rendered and (b) $1,348.82 for actual and necessary costs and expenses.

WHEREFORE, NMRS respectfully requests (a) that an allowance be made to it, as fully described above, for 80% of the reasonable and necessary professional services NMRS has rendered to Debtors during the Fee Period and 100% of the reimbursement of actual and necessary costs and expenses incurred by NMRS during the Fee Period; that both fees and expenses are payable as administrative expenses of the Debtors' estates; and that this Court grant such further relief as is equitable and just.

Respectfully submitted,

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19889-8705 (Courier 19801)

Telephone: (302) 652-4100
Facsimile: (301) 652-4400

and

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: _Bernard J. Hawkins Jr._
Bernard F. Hawkins, Jr. (SC Fed. Bar No. 5310)
George B. Cauthen (SC Fed. Bar No. 81)
Post Office Box 11070
Columbia, South Carolina 29211
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

Dated: 12/06/01

EXHIBIT   A



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Lydia Duff, Esq.                              Invoice 478642                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06000                    For Services Through 10/31/01
Name of Matter:       General

---

| | | | | |
|---|---|---|---|---|
| 10/01/01 | Telephone conference with Attorney Cleary regarding extranet modifications (0.1); telephone conference with Paralegal Thomas regarding modifications to extranet (0.6); e-mail Director of Information Technology requesting status on extranet modifications and additional workstation (0.1); review modified extranet link (0.1). | | | |
| | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 10/01/01 | Review issues with Paralegal Brown on extranet modification and navigation through extranet site. | | | |
| | L.K. THOMAS | 0.60 hrs. | 85.00/hr | $51.00 |
| 10/02/01 | Review, profile and organize documents regarding Operating Industries Inc. site. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/03/01 | Review and organize file folders. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478642

Page 2

| Date | Description | | | |
|------|-------------|---|---|---|
| 10/04/01 | Review and organize folders.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/08/01 | Meet with Paralegal Brown to review profiled files.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/08/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/09/01 | Telephone conference with Paralegal Thomas regarding modifications to extranet link and site diagram.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/09/01 | Telephone conference with Paralegal Brown regarding modifications to extranet link and site diagram.<br>L.K. THOMAS | 0.50 hrs. | 85.00/hr | $42.50 |
| 10/11/01 | Telephone conference with Paralegal Thomas regarding modifications to extranet link.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/11/01 | Telephone conference with Paralegal Brown regarding modifications to the extranet link and site diagram.<br>L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/16/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/24/01 | Discussion with Ms. Duff and Mr. Garvey regarding tobacco fertilizer litigation and evidence storage.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|------|-------|---------|---------|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| L.K. THOMAS | 1.50 | 85.00 | 127.50 |
| K. BROWN | 4.60 | 125.00 | 575.00 |
| TOTAL | 6.60 | 128.03 | 845.00 |

Fees for Legal Services     $845.00

W. R. Grace & Co.

November 27, 2001
Invoice 478642

Page 3

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 10/10/2001 | 1-410-531-4000 | 0.44 |
| 10/11/2001 | Photocopies 42 Page(s) | 2.10 |
| 10/11/2001 | Photocopies 8 Page(s) | 0.40 |
| 10/17/2001 | Photocopies 122 Page(s) | 6.10 |
| 10/17/2001 | 1-410-531-4210 | 0.13 |
| 10/22/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/22/2001 | Photocopies 6 Page(s) | 0.30 |
| 10/25/2001 | Photocopies 5 Page(s) | 0.25 |
| 10/25/2001 | 1-410-531-4210 | 0.23 |

**Total Charges for Other Services Provided/Expenses Incurred**   **$10.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Photocopies | 9.25 |
| Telephone | 0.80 |
| **TOTAL** | **10.05** |

**NET CURRENT BILLING FOR THIS INVOICE** ......................................................   **$855.05**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 440677 | 04/09/2001 | 1,051.06 | 1,050.90 |
| 467882 | 09/27/2001 | 2,489.37 | 2,489.37 |
| 469520 | 10/09/2001 | 6,207.89 | 6,207.89 |
| 469786 | 10/09/2001 | 2,536.03 | 2,536.03 |
| | TOTAL A/R BALANCE | | $12,284.19 |

W. R. Grace & Co.                                    November 27, 2001
                                                    Invoice 478642
                                                                        Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06000
General

Fees for Professional Services                           845.00
Charges for Other Services Provided/Expenses Incurred      10.05
        **NET CURRENT BILLING FOR THIS INVOICE** .......................................................   **$855.05**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



## NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

## MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                        November 29, 2001
ATTN: Lydia Duff, Esq.                                  Invoice 478643                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06001                       For Services Through 10/31/01
Name of Matter:       Walpole Mass-Cercla

---

| 10/16/01 | Research financial assurance question raised by Ms. Duff. (1.0); respond to Ms. Duff via voice mail (0.2); research additional documents with Paralegal Brown (0.3); place additional voice mail message with Ms. Duff regarding additional findings (0.1). | | | |
| | D.M. CLEARY | 1.60 hrs. | 285.00/hr | $456.00 |
| 10/16/01 | Discuss with Attorney Cleary the files containing financial assurances information. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/18/01 | Research additional CERCLA financial assurance authority (1.6); leave messages for Ms. Duff regarding LOC questions (0.3); discuss conclusions with Attorney Ternes (0.4). | | | |
| | D.M. CLEARY | 2.30 hrs. | 285.00/hr | $655.50 |

W. R. Grace & Co.

November 29, 2001
Invoice 478643

Page 2

| 10/18/01 | Discuss with Attorney Cleary the issue of CERCLA financial assurance, and equivalency of RCRA financial assurance mechanisms such that the mechanism might be enforceable pursuant to CERCLA. | | | |
| | M.E. TERNES | 0.40 hrs. | 210.00/hr | $84.00 |
| 10/24/01 | Discuss with Attorney Ternes conclusions of her CERCLA research. | | | |
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 10/24/01 | Review CERCLA and terms of Irrevocable Letter of Credit to determine preclusiveness of RCRA regulatory criteria (0.1); discuss conclusion with Attorney Cleary (0.5). | | | |
| | M.E. TERNES | 0.60 hrs. | 210.00/hr | $126.00 |
| 10/24/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 4.40 | 285.00 | 1,254.00 |
| M.E. TERNES | 1.00 | 210.00 | 210.00 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **5.90** | **256.36** | 1,512.50 |

**Fees for Legal Services**     **$1,512.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/16/2001 | 1-410-531-4210 | 0.94 |
| 10/16/2001 | 1-410-531-4210 | 0.55 |
| 10/17/2001 | 1-410-531-4210 | 0.73 |
| 10/17/2001 | 1-410-531-4210 | 0.51 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$2.73**

W. R. Grace & Co.

November 29, 2001
Invoice 478643

Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Telephone | 2.73 |
| **TOTAL** | **2.73** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$1,515.23**

W. R. Grace & Co.

November 29, 2001
Invoice 478643

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06001
Walpole Mass-Cercla

| | | |
|---|---|---|
| Fees for Professional Services | 1,512.50 | |
| Charges for Other Services Provided/Expenses Incurred | 2.73 | |
| **NET CURRENT BILLING FOR THIS INVOICE**..................................................... | | **$1,515.23** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Lydia Duff, Esq.                               Invoice 478644                Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                    For Services Through 10/31/01
Name of Matter:       Beaco Road Site

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/02/01 | Review, profile and organize documents. K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 10/10/01 | Review files. K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/24/01 | Update correspondence, billing, and audit trail; file materials. E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/29/01 | Sort and organize incoming file materials. E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478644

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 2.60 | 125.00 | 325.00 |
| E. FLEMMING | 0.40 | 55.00 | 22.00 |
| **TOTAL** | **3.00** | **115.67** | 347.00 |

Fees for Legal Services        $347.00

NET CURRENT BILLING FOR THIS INVOICE ....................................................        $347.00

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 1,101.45 |
| 466678 | 09/21/2001 | 3,669.70 | 3,669.70 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| | | TOTAL A/R BALANCE | $5,825.65 |

W. R. Grace & Co.

November 27, 2001
Invoice 478644

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06003
Beaco Road Site

---

| | | |
|---|---|---|
| Fees for Professional Services | 347.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE**...................................................... | | **$347.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 29, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 478646            Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06011                  For Services Through 10/31/01
Name of Matter:         Enoree Site Management

---

| | | | |
|---|---|---|---|
| 10/11/01 | Review information from Mr. O'Connell regarding revisions to Title V permit (0.5); research assignments to Attorney Ternes (0.3). | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 10/12/01 | Review e-mail from Mr. O'Connell regarding review of Title V and response by DHEC (0.8); discussion with Mr. Brown of DHEC concerning need to respond to comments quickly (0.3); review research issues with Attorney Ternes (0.4); discuss fact that DHEC has not made promised changes in Title V permit with Attorney Ternes (0.3); review status of permit with Mr. O'Connell and Attorney Ternes (0.3). | | |
| | B.F. HAWKINS | 2.10 hrs. | 220.00/hr | $462.00 |
| 10/12/01 | Review most recent round of comments regarding draft Title V permit for Enoree and Kearney Operations, TV-1520-0015 (0.7); review draft permit TV-1520-0015 with regard to "boiler plate" provisions, monitoring requirements, and general format (0.8); discuss review with Attorney Hawkins and Mr. O'Connell (0.3). | | |
| | M.E. TERNES | 1.80 hrs. | 210.00/hr | $378.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478646

Page 2

| | | | | |
|---|---|---|---|---|
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/16/01 | Review incoming e-mail from consultant concerning revised Title V permit.<br>B.F. HAWKINS | 0.30 hrs. | 220.00/hr | $66.00 |
| 10/19/01 | Review and revise Title V permit (1.2); conference call regarding permit (1.1); research on follow-up items to locate precedent in other permits and guidance documents to support changes in monitoring conditions (0.8); discussion with Mr. O'Connell regarding information in other permits that would support modifications to Title V permit conditions regarding monitoring and recordkeeping requirements (0.3); locate and forward sections from other permits to Mr. O'Connell, Mr. Haase and Mr. Balcer for review and discussion (0.4) .<br>B.F. HAWKINS | 3.80 hrs. | 220.00/hr | $836.00 |
| 10/23/01 | Research material to support comments on Title V permit regarding frequency of required monitoring and recordkeeping (0.8); review revised Title V permit comments for submission to DHEC (1.1).<br>B.F. HAWKINS | 1.90 hrs. | 220.00/hr | $418.00 |
| 10/24/01 | Update correspondence and billing with incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/24/01 | Sort and organize incoming file materials and update correspondence subfile.<br>E. FLEMMING | 0.60 hrs. | 55.00/hr | $33.00 |
| 10/25/01 | Review sampling information from EPA (0.2); discuss data report with Mr. Marriam (0.8).<br>D.M. CLEARY | 1.00 hrs. | 285.00/hr | $285.00 |
| 10/25/01 | Review proposed final Title V permit with comments to DHEC (0.5); review permit issues with Mr. Richardson of DHEC (0.6).<br>B.F. HAWKINS | 1.10 hrs. | 220.00/hr | $242.00 |
| 10/26/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.30 hrs. | 55.00/hr | $16.50 |
| 10/29/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.30 hrs. | 55.00/hr | $16.50 |
| 10/30/01 | Complete review and preparation of comments for proposed Title V permit (2.1); discussion with Mr. Brown and Mr. Richardson at DHEC regarding comments on Title V permit (0.5).<br>B.F. HAWKINS | 2.60 hrs. | 220.00/hr | $572.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478646

Page 3

| | | | | |
|---|---|---|---|---|
| 10/31/01 | Continue review and revisions to proposed Title V permit (2.2); conference call with Mr. Hasse and Mr. O'Connell to review issues (0.7). | | | |
| | B.F. HAWKINS | 2.90 hrs. | 220.00/hr | $638.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 15.50 | 220.00 | 3,410.00 |
| D.M. CLEARY | 1.00 | 285.00 | 285.00 |
| M.E. TERNES | 1.80 | 210.00 | 378.00 |
| K. BROWN | 0.30 | 125.00 | 37.50 |
| E. FLEMMING | 1.40 | 55.00 | 77.00 |
| **TOTAL** | **20.00** | **209.38** | 4,187.50 |

**Fees for Legal Services**     **$4,187.50**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/17/2001 | Photocopies 92 Page(s) | 4.60 |
| 10/18/2001 | Photocopies 1 Page(s) | 0.05 |
| 10/18/2001 | Photocopies 16 Page(s) | 0.80 |
| 10/19/2001 | Photocopies 4 Page(s) | 0.20 |
| 10/19/2001 | 1-617-498-4594 | 0.55 |
| 10/24/2001 | Photocopies 147 Page(s) | 7.35 |
| 10/24/2001 | Photocopies 49 Page(s) | 2.45 |
| 10/24/2001 | Photocopies 50 Page(s) | 2.50 |
| 10/24/2001 | 1-617-498-4594 | 0.12 |
| 10/25/2001 | 1-901-820-2023 | 12.83 |
| 10/30/2001 | Photocopies 44 Page(s) | 2.20 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$33.65**

W. R. Grace & Co.

November 29, 2001
Invoice 478646

Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 20.15 |
| Telephone | 13.50 |
| **TOTAL** | **33.65** |

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... **$4,221.15**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440679 | 04/09/2001 | 60.70 | 60.70 |
| 464916 | 09/13/2001 | 326.73 | 326.73 |
| 466680 | 09/21/2001 | 328.40 | 328.40 |
| | **TOTAL A/R BALANCE** | | **$715.83** |

W. R. Grace & Co.

November 29, 2001
Invoice 478646          Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06011
Enoree Site Management

| | | |
|---|---|---|
| Fees for Professional Services | 4,187.50 | |
| Charges for Other Services Provided/Expenses Incurred | 33.65 | |
| **NET CURRENT BILLING FOR THIS INVOICE** | | **$4,221.15** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 29, 2001
Invoice 478647

Page 1

Our Matter #         02399/06014                          For Services Through 10/31/01
Name of Matter:      DAREX, Altanta Facility

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/09/01 | Review air operating permit issues for facility (0.9); review research issues with Attorney Ternes (0.7). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 220.00/hr | $352.00 |
| 10/09/01 | Meet with Attorney Hawkins to review research issues. | | | |
| | M.E. TERNES | 0.70 hrs. | 210.00/hr | $147.00 |
| 10/10/01 | Review proposed air operating permit and various provisions of Georgia air permitting law and regulations (1.3); review issues with Attorney Ternes (1.0); conference call with client to discuss issues (1.2); follow-up assignments to Attorney Ternes (0.2). | | | |
| | B.F. HAWKINS | 3.70 hrs. | 220.00/hr | $814.00 |
| 10/10/01 | Meet with Attorney Hawkins to review operating permit issues and follow-up assignments. | | | |
| | M.E. TERNES | 1.20 hrs. | 210.00/hr | $252.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478647

| 10/10/01 | Locate file materials per Attorney Ternes (0.2); discuss matter with Attorney Hawkins (0.2). | | | |
| | L.K. THOMAS | 0.40 hrs. | 85.00/hr | $34.00 |

| 10/15/01 | Review comments on revised minor source air operating permit for facility. | | | |
| | B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |

| 10/16/01 | Review and revise comments to air operating permit (0.9); discussion of research issues and drafting of additional technical comments with Attorney Ternes (0.4); review comments from Grace (0.4); review research and drafting of additional comments based on same from Attorney Ternes (0.4); respond to revised comments (0.3). | | | |
| | B.F. HAWKINS | 2.40 hrs. | 220.00/hr | $528.00 |

| 10/16/01 | Discuss NSPS Paragraph 116b(e) and tank Inspection and Maintenance as alternative to quarterly monitoring with Mr. O'Connell (1.4); review comments with Attorney Hawkins (0.1); revise comments to include results of research and review of regulations, and ensure objections and requests are clearly stated (1.5); discuss comments with Attorney Hawkins (0.3). | | | |
| | M.E. TERNES | 3.30 hrs. | 210.00/hr | $693.00 |

| 10/17/01 | Review comments on air operating permit. | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |

| 10/17/01 | Revise comments regarding Darex facility minor source permit. | | | |
| | M.E. TERNES | 1.60 hrs. | 210.00/hr | $336.00 |

| 10/18/01 | Continue review of permit conditions (0.6); conference call with Mr. O'Connell, Mr. Soucy, Ms. Gaither and Attorney Ternes to review comments for permit (0.9). | | | |
| | B.F. HAWKINS | 1.50 hrs. | 220.00/hr | $330.00 |

| 10/18/01 | Transmit comments regarding minor source air permit to Mr. O'Connell (0.1); participate in conference call with Mr. O'Connell, Attorney Hawkins, Mr. Soucy and Ms. Gaither to discuss NSPS Subpart Kb issues and other technical issues in order to finalize comments (0.9). | | | |
| | M.E. TERNES | 1.00 hrs. | 210.00/hr | $210.00 |

| 10/19/01 | Review revised comments for proposed air operating permit (1.3); respond to Mr. O'Connell regarding status of permit comments (0.3). | | | |
| | B.F. HAWKINS | 1.60 hrs. | 220.00/hr | $352.00 |

| 10/24/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

| 10/29/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478647

Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 13.40 | 220.00 | 2,948.00 |
| M.E. TERNES | 7.80 | 210.00 | 1,638.00 |
| L.K. THOMAS | 0.40 | 85.00 | 34.00 |
| E. FLEMMING | 0.40 | 55.00 | 22.00 |
| TOTAL | 22.00 | 211.00 | 4,642.00 |

**Fees for Legal Services**          $4,642.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/05/2001 | Photocopies 9 Page(s) | 0.45 |
| 10/05/2001 | Photocopies 11 Page(s) | 0.55 |
| 10/09/2001 | Photocopies 9 Page(s) | 0.45 |
| 10/10/2001 | 1-334-264-8326 | 8.09 |
| 10/16/2001 | 1-617-498-4594 | 1.24 |
| 10/18/2001 | Photocopies 5 Page(s) | 0.25 |
| 10/22/2001 | Photocopies 6 Page(s) | 0.30 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$11.33**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.00 |
| Telephone | 9.33 |
| TOTAL | 11.33 |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $4,653.33

W. R. Grace & Co.

November 29, 2001
Invoice 478647

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06014
DAREX, Altanta Facility

| | |
|---|---|
| Fees for Professional Services | 4,642.00 |
| Charges for Other Services Provided/Expenses Incurred | 11.33 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$4,653.33** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 29, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 478909                  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06018                      For Services Through 10/31/01
Name of Matter:      Western Mineral Products Site

| | | | | |
|---|---|---|---|---|
| 09/28/01 | Review and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/04/01 | Review, profile and organize files.<br>K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 10/05/01 | Review, profile and organize files.<br>K. BROWN | 5.10 hrs. | 125.00/hr | $637.50 |
| 10/08/01 | Review, profile and organize files.<br>K. BROWN | 5.80 hrs. | 125.00/hr | $725.00 |
| 10/09/01 | Review, profile and organize files.<br>K. BROWN | 7.40 hrs. | 125.00/hr | $925.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478909

Page 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/10/01 | Review and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 10/11/01 | Review, profile and organize files.<br>K. BROWN | 5.00 hrs. | 125.00/hr | $625.00 |
| 10/12/01 | Review and organize files.<br>K. BROWN | 4.10 hrs. | 125.00/hr | $512.50 |
| 10/14/01 | Review, profile and organize files.<br>K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |
| 10/15/01 | Review, profile and organize files.<br>K. BROWN | 4.60 hrs. | 125.00/hr | $575.00 |
| 10/16/01 | Meet with Paralegal Brown to review profiled files.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 10/16/01 | Review, profile and organize files.<br>K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |
| 10/16/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 285.00 | 142.50 |
| K. BROWN | 42.00 | 125.00 | 5,250.00 |
| **TOTAL** | **42.50** | **126.88** | 5,392.50 |

Fees for Legal Services       $5,392.50

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $5,392.50

W. R. Grace & Co.

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440680 | 04/09/2001 | 8,101.19 | 8,101.19 |
| 466683 | 09/27/2001 | 6,245.89 | 6,245.89 |
| 469521 | 10/09/2001 | 22.40 | 22.40 |
| 469787 | 10/09/2001 | 1,188.10 | 1,188.10 |
| | | TOTAL A/R BALANCE | $15,557.58 |

W. R. Grace & Co.

November 29, 2001
Invoice 478909

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06018
Western Mineral Products Site

---

| | | |
|---|---|---|
| Fees for Professional Services | 5,392.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | **$5,392.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         November 27, 2001
ATTN: Lydia Duff, Esq.                                   Invoice 478648                     Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06020                      For Services Through 10/31/01
Name of Matter:         Guanica, Puerto Rico

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/01 | Review letter to adjacent property owners reminding them of restrictions on use of Grace property under easement (0.2); discussion with Mr. Bucens regarding same (0.7). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |
| 10/24/01 | Sort and organize incoming file materials. | | | |
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478648

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.90 | 220.00 | 198.00 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **1.10** | **190.00** | 209.00 |

**Fees for Legal Services**       $209.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/15/2001 | Photocopies 4 Page(s) | 0.20 |
|---|---|---|
|  | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.20** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.20 |
| **TOTAL** | **0.20** |

**NET CURRENT BILLING FOR THIS INVOICE** .......................................................   **$209.20**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464174 | 09/11/2001 | 85.60 | 85.60 |
| 464184 | 09/11/2001 | 11.00 | 11.00 |
|  | **TOTAL A/R BALANCE** | | **$96.60** |

W. R. Grace & Co.

November 27, 2001
Invoice 478648

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06020
Guanica, Puerto Rico

| | |
|---|---|
| Fees for Professional Services | 209.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.20 |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | **$209.20** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:**  04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                     November 27, 2001
ATTN: Lydia Duff, Esq.                                Invoice 478649                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06021                     For Services Through 10/31/01
Name of Matter:       Coachmen

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/28/01 | Research on internet 96th District Court Tarrant County, Texas for docket of Trinity Industries, Inc. vs. Coachmen Industries, Inc. of Texas vs. W. R. Grace & Co., et al. to obtain a copy of Advanced Graphics Tech (a third-party defendant) answer.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/28/01 | Review, profile and organize files.<br>K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |
| 10/01/01 | Review, profile and organize files.<br>K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |