W. R. Grace & Co.

November 27, 2001
Invoice 478649

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 6.90 | 125.00 | 862.50 |
| TOTAL | 6.90 | 125.00 | 862.50 |

Fees for Legal Services    $862.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/28/2001 | Service: LEXIS PUBLIC RECORDS; Charge Type: SEARCHES; Quantity: 8.00 | 606.80 |
| 09/28/2001 | Service: LEXIS SERVICE; Charge Type: SEARCHES; Quantity: 1.00 | 4.81 |

Total Charges for Other Services Provided/Expenses Incurred    $611.61

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 611.61 |
| TOTAL | 611.61 |

NET CURRENT BILLING FOR THIS INVOICE .......................................................    $1,474.11

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466677 | 09/21/2001 | 5.50 | 5.50 |
| | TOTAL A/R BALANCE | | $5.50 |

W. R. Grace & Co.

November 27, 2001
Invoice 478649          Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06021
Coachmen

---

| | |
|---|---|
| Fees for Professional Services | 862.50 |
| Charges for Other Services Provided/Expenses Incurred | 611.61 |
| **NET CURRENT BILLING FOR THIS INVOICE** ....................................................... | **$1,474.11** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                November 27, 2001
ATTN: Robert A. Emmett, Esq.                     Invoice 478650
Senior Environmental Counsel                                        Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06023                    For Services Through 10/31/01
Name of Matter:       Libby, MT -General Environmen

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/26/01 | Begin review of EPA data disc submitted to Grace.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/27/01 | Commence analysis of EPA sampling database<br>D.M. CLEARY | 5.20 hrs. | 285.00/hr | $1,482.00 |
| 09/28/01 | Continue review of EPA sampling data.<br>D.M. CLEARY | 5.50 hrs. | 285.00/hr | $1,567.50 |
| 09/28/01 | Prepare transmittal letter and CDs containing revised analytical methodologies for all parties and non-Grace for Mr. Marriam.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 09/30/01 | Review and compose EPA database reports for Mr. Corcoran.<br>D.M. CLEARY | 6.00 hrs. | 285.00/hr | $1,710.00 |
| 10/01/01 | Continue EPA sampling and database analysis.<br>D.M. CLEARY | 4.40 hrs. | 285.00/hr | $1,254.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 2

| 10/01/01 | Review and organize files.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
|---|---|---|---|---|
| 10/02/01 | Continue analysis of data tables (4.2); research and respond to e-mail comments (1.4); prepare and transmit additional reports to client (0.6).<br>D.M. CLEARY | 6.20 hrs. | 285.00/hr | $1,767.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 10/03/01 | Review, profile and organize files.<br>K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |
| 10/04/01 | Review Libby articles re Superfund status.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/04/01 | Discussion of present status of work in Libby and controversy with CDM.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 10/04/01 | Research and review asbestos regulations for action levels in comparison to EPA data points.<br>D.M. CLEARY | 4.40 hrs. | 285.00/hr | $1,254.00 |
| 10/04/01 | Review, profile and organize files.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 10/05/01 | Review, profile and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 10/08/01 | Review Libby Articles.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 10/08/01 | Review transcripts of Oakland Asbestos conference regarding EPA data and fiber size issues.<br>D.M. CLEARY | 3.20 hrs. | 285.00/hr | $912.00 |
| 10/09/01 | Continue research and review of EPA AHERA data from Libby.<br>D.M. CLEARY | 4.70 hrs. | 285.00/hr | $1,339.50 |
| 10/10/01 | Conduct research regarding AHERA and use of the standard by EPA (1.1); construct final AHERA reports (1.7); prepare final AHERA briefing memo for Mr. Corcoran (1.5).<br>D.M. CLEARY | 4.30 hrs. | 285.00/hr | $1,225.50 |
| 10/11/01 | Review asbestos articles from Grace (0.6); review and transmit AHERA memo and database report regarding EPA Libby data (1.0).<br>D.M. CLEARY | 1.60 hrs. | 285.00/hr | $456.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 3

| 10/12/01 | Review and organize files.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
|---|---|---|---|---|
| 10/15/01 | Research microscopy standards relating to EPA data.<br>D.M. CLEARY | 3.20 hrs. | 285.00/hr | $912.00 |
| 10/16/01 | Research EPA data -- PCM and PLM results (2.4); discussion with Mr. Stout concerning EPA sampling collection and analysis in Libby (1.0).<br>D.M. CLEARY | 3.40 hrs. | 285.00/hr | $969.00 |
| 10/17/01 | Continue research and review of EPA sampling data.<br>D.M. CLEARY | 3.30 hrs. | 285.00/hr | $940.50 |
| 10/18/01 | Research PCM regulatory requirements and data.<br>D.M. CLEARY | 8.00 hrs. | 285.00/hr | $2,280.00 |
| 10/19/01 | Research PCM regulatory requirements and data.<br>D.M. CLEARY | 3.00 hrs. | 285.00/hr | $855.00 |
| 10/20/01 | Research EPA Libby PCM data regulatory requirements.<br>D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 10/22/01 | Research EPA data and complete PCM summary memo for Mr. Corcoran.<br>D.M. CLEARY | 6.10 hrs. | 285.00/hr | $1,738.50 |
| 10/23/01 | Assemble documents and articles for response to Wall Street Journal reporter.<br>D.M. CLEARY | 10.60 hrs. | 285.00/hr | $3,021.00 |
| 10/23/01 | Research internet for the Asbestos School Hazard Abatement Reauthorization Act of 1990, P.L. 101-637 (3.2); prepare correspondence to Attorney Cleary containing the Act (0.3).<br>K. BROWN | 3.50 hrs. | 125.00/hr | $437.50 |
| 10/24/01 | Complete first draft of response to Ms. Kuchinsky and Mr. Corcoran for the Wall Street Journal.<br>D.M. CLEARY | 9.80 hrs. | 285.00/hr | $2,793.00 |
| 10/24/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/25/01 | Research more articles and EPA sites for information related to WSJ request.<br>D.M. CLEARY | 3.10 hrs. | 285.00/hr | $883.50 |
| 10/25/01 | Review e-mails regarding first draft of response to reporter inquiry.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/26/01 | Research and prepare revised presentation to the WSJ.<br>D.M. CLEARY | 6.20 hrs. | 285.00/hr | $1,767.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 4

---

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 105.10 | 285.00 | 29,953.50 |
| K. BROWN | 12.00 | 125.00 | 1,500.00 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| TOTAL | 117.30 | 268.24 | 31,464.50 |

Fees for Legal Services $31,464.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/03/2001 | 1-415-744-1351 | 0.23 |
| 10/03/2001 | 1-202-204-3720 | 0.07 |
| 10/03/2001 | 1-410-531-4203 | 0.07 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088176; DATE: 10/16/2001- for shipping charge on 9/14/01 | 12.06 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088186; DATE: 10/16/2001- for shipping charge on 9/24/01 | 12.90 |
| 10/16/2001 | VENDOR: Federal Express; INVOICE#: 647088192; DATE: 10/16/2001- for shipping charge on 09/28/01 | 13.10 |
| 10/16/2001 | 1-303-882-5271 | 0.08 |
| 10/16/2001 | 1-303-882-5271 | 2.03 |
| 10/25/2001 | Photocopies 1 Page(s) | 0.05 |
| 10/25/2001 | 1-303-866-0409 | 0.39 |
| 10/25/2001 | 1-303-866-0409 | 0.08 |
| 10/25/2001 | 1-901-820-2023 | 0.07 |

Total Charges for Other Services Provided/Expenses Incurred $41.13

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| Federal Express | 38.06 |
| Telephone | 3.02 |
| TOTAL | 41.13 |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 5

**NET CURRENT BILLING FOR THIS INVOICE** ..................................................... $31,505.63

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 440682 | 04/09/2001 | 7,951.50 | 7,951.50 |
| 466685 | 09/27/2001 | 31,672.83 | 31,672.83 |
| 469522 | 10/09/2001 | 11,212.10 | 11,212.10 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| | | **TOTAL A/R BALANCE** | **$58,448.20** |

W. R. Grace & Co.

November 27, 2001
Invoice 478650

Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06023
Libby, MT -General Environmen

---

Fees for Professional Services                                 31,464.50
Charges for Other Services Provided/Expenses Incurred           41.13
**NET CURRENT BILLING FOR THIS INVOICE**.....................................................    **$31,505.63**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                              November 29, 2001
ATTN: Lydia Duff, Esq.                         Invoice 478651                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044


Our Matter #        02399/06027                        For Services Through 10/31/01
Name of Matter:     Project Allen

---

| 09/24/01 | Send e-mail to Attorney Heiser informing him of the issues relating to billing application procedures. | | | |
|----------|------|------|------|------|
|          | D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 09/24/01 | Discuss status of fee applications with Attorney Hawkins, and new instructions received from Grace regarding processing of preappointment bills. | | | |
|          | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 09/25/01 | Review order and other documents relating to Special Counsel appointment for information regarding newly mandated billing application procedures (1.1); discuss status with Attorney Hawkins (0.2). | | | |
|          | D.M. CLEARY | 1.30 hrs. | 285.00/hr | $370.50 |
| 09/26/01 | E-mail Attorneys Hawkins and Heiser regarding conversation with Ms. Duff and envisioned procedures to submit bills. | | | |
|          | D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478651

Page 2

| 09/26/01 | Discussion with Ms. Duff regarding bill applications and procedures.<br>D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
|---|---|---|---|---|
| 09/26/01 | Discussion with Attorney Heiser regarding bill payment application issues.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 09/27/01 | Review docket for comparable documents explaining Grace billing procedures and discuss with Attorneys Hawkins, Cauthen, and Heiser.<br>D.M. CLEARY | 1.50 hrs. | 285.00/hr | $427.50 |
| 09/28/01 | Research and compose e-mail to Ms. Duff regarding bill payment procedures.<br>D.M. CLEARY | 1.40 hrs. | 285.00/hr | $399.00 |
| 10/01/01 | Review billing statements for month of August (1.9); draft fee application for month of August, 2001 (4.3).<br>K.J. HEISER | 6.20 hrs. | 170.00/hr | $1,054.00 |
| 10/01/01 | Review and organize files.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 10/02/01 | Assist on fee application.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/02/01 | Draft fee application for period of July 18, 2001 through the month of August, 2001.<br>K.J. HEISER | 3.60 hrs. | 170.00/hr | $612.00 |
| 10/03/01 | Review, profile and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/04/01 | Revise fee applications for the interim periods of July 2001 and August 2001.<br>K.J. HEISER | 5.30 hrs. | 170.00/hr | $901.00 |
| 10/05/01 | Review docket for orders pertaining to billing procedures (0.1); revise fee applications for July 2001 and August 2001 (0.7).<br>K.J. HEISER | 0.80 hrs. | 170.00/hr | $136.00 |
| 10/08/01 | Follow up on possible new affidavit of disinterest.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/08/01 | Review docket and matrix for updated creditors list.<br>K.J. HEISER | 0.60 hrs. | 170.00/hr | $102.00 |
| 10/08/01 | Draft proposed orders granting fees for July and August fee applications.<br>K.J. HEISER | 0.70 hrs. | 170.00/hr | $119.00 |
| 10/09/01 | Review fee submission application and attachments.<br>B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478651

Page 3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/09/01 | Revise fee applications for the months of May, June, July, and August.<br>K.J. HEISER | 7.80 hrs. | 170.00/hr | $1,326.00 |
| 10/10/01 | Review docket as to case status.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/10/01 | Assist on preparing fee application.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/10/01 | Review U.S. Trustee fee guidelines (0.1); memo to Attorney Heiser for modification of application in Order to employ (0.2).<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/10/01 | Draft proposed orders and attorney verification for interim attorney fees application.<br>K.J. HEISER | 1.30 hrs. | 170.00/hr | $221.00 |
| 10/10/01 | Prepare fee applications for filing and service.<br>K.J. HEISER | 3.40 hrs. | 170.00/hr | $578.00 |
| 10/10/01 | Revise fee applications for the months of May and June 2001.<br>K.J. HEISER | 1.40 hrs. | 170.00/hr | $238.00 |
| 10/11/01 | Compute fees and expenses for billing period of May 1, 2001 through June 30, 2001 and revise fee applications.<br>K.J. HEISER | 5.10 hrs. | 170.00/hr | $867.00 |
| 10/12/01 | Revise fee application for billing period of May 1, 2001 through June 30, 2001 and prepare fee application exhibits for filing.<br>K.J. HEISER | 3.80 hrs. | 170.00/hr | $646.00 |
| 10/14/01 | Review memos on fee application and assist on bankruptcy aspects of same.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/15/01 | Prepare fee application for period of May 1, 2001 through June 30, 2001 for filing.<br>K.J. HEISER | 1.10 hrs. | 170.00/hr | $187.00 |
| 10/15/01 | Revise fee application for period of May 1, 2001 through June 30, 2001.<br>K.J. HEISER | 2.90 hrs. | 170.00/hr | $493.00 |
| 10/16/01 | Review docket and follow up on entries pertaining to environmental issues.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/17/01 | Confer with Attorney Heiser on expediting committee approval of NMRS fees.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478651

Page 4

| Date | Description | | | |
|---|---|---|---|---|
| 10/17/01 | Assist on fee application approval procedure.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/24/01 | Review and calculate fees and expenses for September 2001 services in preparation of fee application.<br>K.J. HEISER | 2.80 hrs. | 170.00/hr | $476.00 |
| 10/24/01 | Sort and organize incoming file materials.<br>E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |
| 10/25/01 | Draft fee application for September, 2001.<br>K.J. HEISER | 2.10 hrs. | 170.00/hr | $357.00 |
| 10/26/01 | Review docket and follow up on interim compensation.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/29/01 | Review court docket for possible objections to fee application.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 220.00 | 132.00 |
| D.M. CLEARY | 6.20 | 285.00 | 1,767.00 |
| G.B. CAUTHEN | 2.60 | 250.00 | 650.00 |
| K.J. HEISER | 48.90 | 170.00 | 8,313.00 |
| K. BROWN | 1.00 | 125.00 | 125.00 |
| E. FLEMMING | 0.20 | 55.00 | 11.00 |
| **TOTAL** | **59.50** | **184.84** | 10,998.00 |

Fees for Legal Services   $10,998.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 09/26/2001 | 1-410-531-4210 | 0.26 |
| 09/28/2001 | 1-312-861-3103 | 0.35 |
| 09/28/2001 | 1-410-531-4210 | 0.21 |
| 10/10/2001 | Fed Ex | 26.01 |
| 10/10/2001 | Photocopies 271 Page(s) | 13.55 |

W. R. Grace & Co.                                    November 29, 2001
                                                     Invoice 478651              Page 5

| Date | Description | Amount |
|---|---|---|
| 10/10/2001 | Photocopies 355 Page(s) | 17.75 |
| 10/10/2001 | Photocopies 355 Page(s) | 17.75 |
| 10/10/2001 | Photocopies 234 Page(s) | 11.70 |
| 10/10/2001 | Photocopies 30 Page(s) | 1.50 |
| 10/10/2001 | Photocopies 3 Page(s) | 0.15 |
| 10/11/2001 | Photocopies 6837 Page(s) | 341.85 |
| 10/11/2001 | 1-302-652-4100 | 0.18 |
| 10/12/2001 | Photocopies 6 Page(s) | 0.30 |
| 10/12/2001 | Photocopies 51 Page(s) | 2.55 |
| 10/12/2001 | Photocopies 143 Page(s) | 7.15 |
| 10/15/2001 | Fed Ex | 21.72 |
| 10/15/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/15/2001 | Photocopies 47 Page(s) | 2.35 |
| 10/18/2001 | Photocopies 22 Page(s) | 1.10 |
| 10/19/2001 | 1-302-652-4100 | 0.42 |
| 10/25/2001 | Photocopies 41 Page(s) | 2.05 |
| 10/25/2001 | Photocopies 82 Page(s) | 4.10 |
| 10/26/2001 | 1-410-531-4000 | 0.12 |

Total Charges for Other Services Provided/Expenses Incurred          $473.22

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 423.95 |
| Fed Ex | 47.73 |
| Telephone | 1.54 |
| **TOTAL** | **473.22** |

NET CURRENT BILLING FOR THIS INVOICE ..................................................    $11,471.22

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 2,568.78 |
| 469523 | 10/09/2001 | 3,244.03 | 2,591.26 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| | TOTAL A/R BALANCE | | $7,530.12 |

W. R. Grace & Co.

November 29, 2001
Invoice 478651

Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06027
Project Allen

| | | |
|---|---|---|
| Fees for Professional Services | 10,998.00 | |
| Charges for Other Services Provided/Expenses Incurred | 473.22 | |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | | **$11,471.22** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 29, 2001
Invoice 478653

Page 1

Our Matter #    02399/06031
Name of Matter:    Li Tungsten

For Services Through 10/31/01

| 10/01/01 | Review and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
|---|---|---|---|---|
| 10/02/01 | Review and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 10/16/01 | Review and organize files.<br>K. BROWN | 2.10 hrs. | 125.00/hr | $262.50 |
| 10/17/01 | Review, profile and organize files.<br>K. BROWN | 4.90 hrs. | 125.00/hr | $612.50 |
| 10/18/01 | Review document from EPA dismissing scrap generators from UAO issued for activities at site and consider ramifications (0.6); review issues posed by same with Attorney Cleary to review with Grace (0.3).<br>B.F. HAWKINS | 0.90 hrs. | 220.00/hr | $198.00 |

W. R. Grace & Co.

November 29, 2001
Invoice 478653

Page 2

| 10/18/01 | Review issues posed by EPA regarding dismissing scrap generators from UAO issued for activities at site and consider ramifications with Attorney Hawkins. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 10/18/01 | Review, profile and organize files. | | | |
|---|---|---|---|---|
| | K. BROWN | 5.60 hrs. | 125.00/hr | $700.00 |

| 10/19/01 | Review, profile and organize files. | | | |
|---|---|---|---|---|
| | K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |

| 10/24/01 | Meet with Paralegal Brown to review profiled files. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |

| 10/24/01 | Meet with Attorney Cleary for his review of the profiled files. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

| 10/24/01 | Prepare profiled sheets for entry on server and extranet. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |

| 10/24/01 | Update correspondence and billing with incoming file materials. | | | |
|---|---|---|---|---|
| | E. FLEMMING | 0.20 hrs. | 55.00/hr | $11.00 |

| 10/25/01 | Discuss with Ms. Duff the status of Li Tungsten UAO and changes made by EPA to list of respondents, and made recommendation to video depose Mr. Becker-Fluegel. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |

| 10/29/01 | Sort and organize incoming file materials. | | | |
|---|---|---|---|---|
| | E. FLEMMING | 0.30 hrs. | 55.00/hr | $16.50 |

---

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.90 | 220.00 | 198.00 |
| D.M. CLEARY | 1.10 | 285.00 | 313.50 |
| K. BROWN | 16.00 | 125.00 | 2,000.00 |
| E. FLEMMING | 0.50 | 55.00 | 27.50 |
| **TOTAL** | **18.50** | **137.24** | 2,539.00 |

**Fees for Legal Services**     **$2,539.00**

W. R. Grace & Co.

November 29, 2001
Invoice 478653

Page 3

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/16/2001 | Photocopies 12 Page(s) | 0.60 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.60** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.60 |
| **TOTAL** | **0.60** |

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $2,539.60

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |
| 464596 | 09/12/2001 | 229.55 | 229.55 |
| 467973 | 09/27/2001 | 11,931.20 | 11,931.20 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| | **TOTAL A/R BALANCE** | | **$13,669.00** |

W. R. Grace & Co.

November 29, 2001
Invoice 478653          Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06031
Li Tungsten

---

Fees for Professional Services                                    2,539.00
Charges for Other Services Provided/Expenses Incurred                 0.60
        NET CURRENT BILLING FOR THIS INVOICE ......................................................      $2,539.60

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                          November 27, 2001
ATTN: Lydia Duff, Esq.                                    Invoice 478654                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #           02399/06032                      For Services Through 10/31/01
Name of Matter:        Charleston

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/01 | Review information related to description of various remedial action alternatives for feasibility study (0.8); review items with Mr. Bucens (1.0).<br>B.F. HAWKINS | 1.80 hrs. | 220.00/hr | $396.00 |
| 10/09/01 | Discuss Darex Minor Source Draft Permit with Attorney Hawkins (0.6); review Darex Minor Source Draft Permit (0.8); research applicable provisions of NSPS Kb (1.8); discuss Draft Permit and comments with Attorney Hawkins (0.7).<br>M.E. TERNES | 3.90 hrs. | 210.00/hr | $819.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478654

Page 2

| | | | |
|---|---|---|---|
| 10/10/01 | Legal research Georgia's Air Regulations regarding minor source permits and Title V permits (3.3); review regulations applicability to Darex facility (0.8); interoffice conference with Attorney Hawkins to discuss comments (0.3); attend conference call with Attorney Hawkins, Mr. O'Connell and other client representatives to discuss comments (1.2); continue review of draft permit based upon client request to compare "boiler plate" language with actual regulatory text to determine if substantive changes were made to actual regulatory requirements through permit drafting process (1.7). | | |
| | M.E. TERNES | 7.30 hrs.   210.00/hr | $1,533.00 |
| 10/12/01 | Discuss with Attorney Hawkins and Mr. O'Connell observations regarding potential applicability of maximum vapor calculation requirement in NSPS Subpart Kb, suggest that, if applicable, use of the calculation for mixing tank temperature for purposes of NSPS compliance should be consistently applied for purposes of demonstrating compliance with other permit requirements. | | |
| | M.E. TERNES | 0.40 hrs.   210.00/hr | $84.00 |
| 10/24/01 | Update client file with incoming file materials. | | |
| | E. FLEMMING | 0.30 hrs.   55.00/hr | $16.50 |
| 10/29/01 | Sort and organize incoming file materials. | | |
| | E. FLEMMING | 0.50 hrs.   55.00/hr | $27.50 |

---

## BILLING SUMMARY

| | **Hours** | **Rate/Hr** | **Dollars** |
|---|---|---|---|
| B.F. HAWKINS | 1.80 | 220.00 | 396.00 |
| M.E. TERNES | 11.60 | 210.00 | 2,436.00 |
| E. FLEMMING | 0.80 | 55.00 | 44.00 |
| **TOTAL** | **14.20** | **202.54** | **2,876.00** |

**Fees for Legal Services**   $2,876.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/03/2001 | Photocopies 57 Page(s) | 2.85 |
| 10/04/2001 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 092601; DATE: 10/04/2001 travel to Greenville to meet with RMT representative and attorneys from W.R. Grace on Friday, September 21, 2001 | 78.20 |

W. R. Grace & Co.

November 27, 2001
Invoice 478654

Page 3

| Date | Description | Amount |
|---|---|---|
| 10/05/2001 | 1-314-241-6618 | 0.54 |
| 10/05/2001 | 1-314-241-6618 | 0.29 |
| 10/10/2001 | Service: LEXIS SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 2 | 0.94 |
| 10/10/2001 | Service: LEXIS SERVICE; Charge Type: LEXSEE SEARCHES; Quantity: 1.00 1 | 0.48 |
| 10/12/2001 | Photocopies 12 Page(s) | 0.60 |
| 10/18/2001 | 1-617-498-4594 | 0.26 |
| 10/29/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/30/2001 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 093001-1; DATE: 10/30/2001 | 12.60 |
| 10/30/2001 | Photocopies 2 Page(s) | 0.10 |
| 10/30/2001 | Photocopies 348 Page(s) | 17.40 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$114.36**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 12.60 |
| Photocopies | 21.05 |
| Lexis | 1.42 |
| Telephone | 1.09 |
| Travel | 78.20 |
| **TOTAL** | **114.36** |

**NET CURRENT BILLING FOR THIS INVOICE** .......................................................     **$2,990.36**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 455241 | 07/24/2001 | 308.25 | 308.25 |
| 464586 | 09/12/2001 | 67.41 | 67.41 |
| 464602 | 09/12/2001 | 1,195.26 | 1,195.26 |
| 466690 | 09/21/2001 | 1,103.51 | 1,103.51 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| | **TOTAL A/R BALANCE** | | **$9,370.88** |

W. R. Grace & Co.

November 27, 2001
Invoice 478654

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | 2,876.00 | |
| Charges for Other Services Provided/Expenses Incurred | 114.36 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | $2,990.36 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 478655                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06042                    For Services Through 10/31/01
Name of Matter:       Libby Expansion Plants - Newark, CA

| 10/03/01 | Review, profile and organize files. | | | |
|---|---|---|---|---|
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 1.00 | 125.00 | 125.00 |
| TOTAL | 1.00 | 125.00 | 125.00 |

Fees for Legal Services                              $125.00

W. R. Grace & Co.

November 27, 2001
Invoice 478655

Page 2

NET CURRENT BILLING FOR THIS INVOICE.......................................................... $125.00

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467975 | 09/27/2001 | 451.50 | 451.50 |
| 469751 | 10/09/2001 | 2,225.50 | 2,225.50 |
| | **TOTAL A/R BALANCE** | | **$2,677.00** |

W. R. Grace & Co.

November 27, 2001
Invoice 478655

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06042
Libby Expansion Plants - Newark, CA

| | |
|---|---:|
| Fees for Professional Services | 125.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** | **$125.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      November 27, 2001
ATTN: Robert A. Emmett, Esq.                           Invoice 478656                     Page I
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06045                        For Services Through 10/31/01
Name of Matter:       Libby Expansion Plants/Santa Ana

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/01/01 | Review and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 10/02/01 | Review, profile and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. R. Grace & Co.

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 0.80 | 125.00 | 100.00 |
| TOTAL | 0.80 | 125.00 | 100.00 |

Fees for Legal Services     $100.00

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $100.00

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466646 | 09/21/2001 | 5.50 | 5.50 |
| | TOTAL A/R BALANCE | | $5.50 |

W. R. Grace & Co.

November 27, 2001
Invoice 478656
Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06045
Libby Expansion Plants/Santa Ana

| | | |
|---|---|---|
| Fees for Professional Services | 100.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$100.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 478657                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06047                    For Services Through 10/31/01
Name of Matter:       Libby Expansion Plants/Phoenix

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/01/01 | Review and organize documents.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/02/01 | Review, profile and organize documents.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/05/01 | Review, profile and organize files.<br>K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 10/08/01 | Review sampling report and photos received from Mr. Marriam.<br>D.M. CLEARY | 0.30 hrs. | 285.00/hr | $85.50 |
| 10/08/01 | Review, profile and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/10/01 | Review, profile and organize files.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478657

Page 2

| | | | | |
|---|---|---|---|---|
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/16/01 | Report arrival of official copy of AOC to Mr. Emmett via e-mail.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 10/17/01 | Prepare FOIA Request to EPA Region 9 for the administrative records.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 10/18/01 | Review, profile and organize files.<br>K. BROWN | 1.40 hrs. | 125.00/hr | $175.00 |
| 10/19/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/24/01 | Meet with Paralegal Brown to review profiled files.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 10/24/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 10/26/01 | Review recent sampling results, profile and organize.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.70 | 285.00 | 199.50 |
| K. BROWN | 5.90 | 125.00 | 737.50 |
| TOTAL | 6.60 | 141.97 | 937.00 |

**Fees for Legal Services**     $937.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/04/2001 | VENDOR: David M. Cleary; INVOICE#: 091801; DATE: 10/04/2001 -<br>Purchase of Standard Test Method for Airborne Asbestos Concentration | 44.00 |
| 10/16/2001 | 1-901-820-2023 | 5.94 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$49.94** |

W. R. Grace & Co.

November 27, 2001
Invoice 478657

Page 3

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Service | 44.00 |
| Telephone | 5.94 |
| **TOTAL** | **49.94** |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $986.94

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 5,966.29 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| | **TOTAL A/R BALANCE** | | **$15,460.46** |

W. R. Grace & Co.                                    November 27, 2001
                                                    Invoice 478657          Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

---

Fees for Professional Services                                937.00
Charges for Other Services Provided/Expenses Incurred          49.94
**NET CURRENT BILLING FOR THIS INVOICE** ....................................................    **$986.94**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    November 27, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 478658                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06048                         For Services Through 10/31/01
Name of Matter:       Libby Expansion Plants/Minneapolis-Residential

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/12/01 | Review and organize files.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 10/14/01 | Review, profile and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 10/15/01 | Review, profile and organize files.<br>K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |
| 10/16/01 | Meet with Paralegal Brown to review profiled files.<br>D.M. CLEARY | 0.50 hrs. | 285.00/hr | $142.50 |
| 10/16/01 | Meet with Attorney Cleary for his review of profiled files.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

November 27, 2001
Invoice 478658

## BILLING SUMMARY

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| D.M. CLEARY / Partner |  | 0.50 | 285.00 | 142.50 |
| K. BROWN / Paralegal |  | 3.00 | 125.00 | 375.00 |
|  | TOTAL | 3.50 | 147.86 | 517.50 |

**Fees for Legal Services** $517.50

NET CURRENT BILLING FOR THIS INVOICE.......................................................... $517.50

W. R. Grace & Co.

November 27, 2001
Invoice 478658

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06048
Libby Expansion Plants/Minneapolis-Residential

---

| | | |
|---|---|---|
| Fees for Professional Services | 517.50 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| **NET CURRENT BILLING FOR THIS INVOICE** ...................................................... | | **$517.50** |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C.  29211

Telephone (803) 799-2000

W. R. Grace & Co.                                         November 27, 2001
ATTN: Robert A. Emmett, Esq.                              Invoice 478659                      Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06087                         For Services Through 10/31/01
Name of Matter:       Libby-Expansion Plants-Glendale, AZ

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/27/01 | Review Glendale analytical results for microvac sampling and analysis. D.M. CLEARY | 0.40 hrs. | 285.00/hr | $114.00 |
| 09/28/01 | Review and organize files. K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/01/01 | Review, profile and organize files. K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478659        Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.40 | 285.00 | 114.00 |
| K. BROWN | 1.90 | 125.00 | 237.50 |
| **TOTAL** | **2.30** | **152.83** | 351.50 |

Fees for Legal Services    $351.50

**NET CURRENT BILLING FOR THIS INVOICE** ....................................................... $351.50

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
|  | TOTAL A/R BALANCE | | $150.00 |

W. R. Grace & Co.

November 27, 2001
Invoice 478659

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 10/31/01

Our Matter # 02399/06087
Libby-Expansion Plants-Glendale, AZ

| | |
|---|---|
| Fees for Professional Services | 351.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **NET CURRENT BILLING FOR THIS INVOICE** ..................................................... | **$351.50** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC