W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/11/01 | Draft quarterly fee application.<br>K.J. HEISER | 2.20 hrs. | 170.00/hr | $374.00 |
| 11/12/01 | Review documents and memo drafted for bankruptcy lawyers by Ms. Finkelstein relating to KDC purchase agreement.<br>D.M. CLEARY | 1.10 hrs. | 285.00/hr | $313.50 |
| 11/12/01 | Run pacer to update docket.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/13/01 | Review contracts and indemnification agreements regarding KDC.<br>D.M. CLEARY | 0.60 hrs. | 285.00/hr | $171.00 |
| 11/16/01 | Review docket as to environmental matters.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/16/01 | Pull updated docket from pacer.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/17/01 | Review docket.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/21/01 | Review docket to check for deadlines.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/26/01 | Retrieve data on collateral attack on Chapter 11 case; memo to co-counsel on possible impact.<br>G.B. CAUTHEN | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/26/01 | Run pacer to receive updated docket.<br>L.D. MCINNIS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/27/01 | Check docket for impact on environmental cases.<br>G.B. CAUTHEN | 0.20 hrs. | 250.00/hr | $50.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481799                Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.70 | 285.00 | 484.50 |
| G.B. CAUTHEN | 1.90 | 250.00 | 475.00 |
| K.J. HEISER | 12.20 | 170.00 | 2,074.00 |
| L.K. THOMAS | 0.30 | 85.00 | 25.50 |
| L.D. MCINNIS | 0.40 | 85.00 | 34.00 |
| TOTAL | 16.50 | 187.45 | 3,093.00 |

Fees for Legal Services        $3,093.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/31/2001 | 1-208-373-0502 | 1.87 |
| 11/07/2001 | 1-302-652-4100 | 0.41 |
| 11/19/2001 | Photocopies 9 Page(s) | 0.45 |
| 11/29/2001 | Photocopies 66 Page(s) | 3.30 |

Total Charges for Other Services Provided/Expenses Incurred        $6.03

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 3.75 |
| Telephone | 2.28 |
| TOTAL | 6.03 |

NET CURRENT BILLING FOR THIS INVOICE ...................................................... $3,099.03

W. R. Grace & Co.

December 14, 2001
Invoice 481799

Page 4

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| | TOTAL A/R BALANCE | | $13,891.36 |

W. R. Grace & Co.

December 14, 2001
Invoice 481799                     Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06027
Project Allen

Fees for Professional Services                         3,093.00
Charges for Other Services Provided/Expenses Incurred      6.03
NET CURRENT BILLING FOR THIS INVOICE ....................................................    $3,099.03

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    December 14, 2001
ATTN: Lydia Duff, Esq.                               Invoice 481800          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06031                    For Services Through 11/30/01
Name of Matter:       Li Tungsten

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/06/01 | Organize file materials.<br>L.K. THOMAS | 0.30 hrs. | 85.00/hr | $25.50 |
| 11/19/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/20/01 | Request update on status of legal action at Li Tungsten (0.3); review update on status of activity at Li Tungsten (0.3).<br>B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |
| 11/20/01 | Conference with Mr. Thomson (counsel for Kennemetal) regarding status of case (0.2); electronic mail memorandum to Attorneys Cleary and Hawkins summarizing key points of conversation (0.2).<br>R.T. CARLISLE | 0.40 hrs. | 200.00/hr | $80.00 |
| 11/20/01 | Review, profile and organize files.<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481800          Page 2

## BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| B.F. HAWKINS   | 0.60  | 220.00  | 132.00  |
| R.T. CARLISLE  | 0.40  | 200.00  | 80.00   |
| L.K. THOMAS    | 0.30  | 85.00   | 25.50   |
| K. BROWN       | 3.40  | 125.00  | 425.00  |
| **TOTAL**      | **4.70** | **140.96** | 662.50 |

Fees for Legal Services          $662.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/05/2001 | Photocopies 3 Page(s) | 0.15 |
| 11/20/2001 | 1-412-562-1695 | 0.15 |

Total Charges for Other Services Provided/Expenses Incurred          $0.30

## DISBURSEMENT SUMMARY

| Description  | Dollars |
|--------------|---------|
| Photocopies  | 0.15    |
| Telephone    | 0.15    |
| **TOTAL**    | **0.30** |

NET CURRENT BILLING FOR THIS INVOICE .......................................................          $662.80

W. R. Grace & Co.

December 14, 2001
Invoice 481800

Page 3

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 440686 | 04/09/2001 | 1,120.00 | 1,120.00 |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 2,539.60 |
| | | TOTAL A/R BALANCE | $6,289.15 |

W. R. Grace & Co.

December 14, 2001
Invoice 481800

Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | 662.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.30 |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | **$662.80** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                     December 18, 2001
ATTN: Lydia Duff, Esq.                               Invoice 481662                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06032                    For Services Through 11/30/01
Name of Matter:      Charleston

| 11/06/01 | Review Feasibility Study (1.8); make research assignments on items related to review of ARARs and regarding characterization of materials on site to respond to various remedial options (0.4). | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 11/06/01 | Organize file materials; create subfiles. | | | |
| | L.K. THOMAS | 1.10 hrs. | 85.00/hr | $93.50 |
| 11/07/01 | Review draft Feasibility Study and discuss issues with Mr. Obradovaic and Mr. Bucens (1.5); review research issues with Attorney Carlisle (0.4); review issues with Attorney Smith concerning organizations and groups that might be interested in seeking reclassification of groundwater in the Charleston "neck" where the Grace facility is located (0.3). | | | |
| | B.F. HAWKINS | 2.20 hrs. | 220.00/hr | $484.00 |
| 11/07/01 | Review issues with Attorney Hawkins regarding efforts to reclassify groundwater ion the Charleston "neck". | | | |
| | N.J. SMITH | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.                                                December 18, 2001
                                                                Invoice 481662
                                                                                    Page 2


| 11/07/01 | Confer with Attorney Hawkins regarding research issues in connection with review of draft Feasibility Study Technical Memorandum. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.40 hrs. | 200.00/hr | $80.00 |

| 11/08/01 | Continue review and revisions to proposed Feasibility Study (1.6); discussion with Attorney Carlisle regarding same (0.4). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 2.00 hrs. | 220.00/hr | $440.00 |

| 11/08/01 | Review draft Feasibility Study and confer with Attorney Hawkins regarding same (2.7); research relating to groundwater use issue (1.8); draft revisions to proposed Feasibility Study (0.9). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 5.40 hrs. | 200.00/hr | $1,080.00 |

| 11/09/01 | Review and revise comments on Feasibility Study (0.9); review materials from Attorney Carlisle regarding research on treatment of leachate and leachate residual materials (0.3); review of industrial and solid waste landfill requirements to select suggested ARAR guidance and concerning RCRA characterization issues associated with moving material to consolidate on site as part of various proposed remedy options (0.7). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.90 hrs. | 220.00/hr | $418.00 |

| 11/09/01 | Continue research and review of materials relevant to suggested edits to draft feasibility study primarily dealing with application of ARARs (3.6); conferences with Attorney Ternes regarding issue of characterization of wastewater that may be sent to POTW under some of the remedial alternatives discussed in draft feasibility study and other RCRA issues potentially pertinent to remedial alternatives (0.6); research regarding municipal solid waste landfills (1.9); confer with Attorneys Hawkins and Ternes regarding results of RCRA research (0.5); confer with Ms. Saucier regarding timing of comments to RMT (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 6.70 hrs. | 200.00/hr | $1,340.00 |

| 11/09/01 | Conduct legal research regarding CERCLA, RCRA permitting requirements for hazardous waste generation, hazardous waste determination, generator storage exemption, generator treatment exemption, RCRA wastewater treatment unit exemption, and RCRA hazardous waste manifesting requirements for evaluation of ARARs for comments on Supplemental Feasibility Study. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 3.40 hrs. | 220.00/hr | $748.00 |

| 11/09/01 | Review and organize incoming file materials. | | | |
|---|---|---|---|---|
| | M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |

W. R. Grace & Co.

December 18, 2001
Invoice 481662

Page 3

| | | | | |
|---|---|---|---|---|
| 11/11/01 | Compare industrial solid waste regulations and municipal solid waste regulations and determine potentially difficult requirements in municipal solid waste regulations for purposes of evalutionary position for comments on Supplemental Feasibility Study(1.1); continue reviewing and editing draft Feasibility Study Technical Memorandum (3.5). | | | |
| | R.T. CARLISLE | 4.60 hrs. | 200.00/hr | $920.00 |
| 11/12/01 | Review research from Attorneys Ternes and Carlisle and review and revise Supplemental Feasibility Study according to results. | | | |
| | B.F. HAWKINS | 6.20 hrs. | 220.00/hr | $1,364.00 |
| 11/12/01 | Continue research on ARARs for Feasibility Study Technical Memorandum (3.7); research regarding potential location specific ARARs (2.1); confer with Attorney Ternes regarding RCRA location standards and regarding potential implications of terms used to describe areas at facility (0.3); confer with Attorney Hawkins regarding issue of certain items listed as potential location specific ARARs (0.2); final edits to draft (0.1); electronic mail memorandum to Attorney Hawkins with final edits and items to be mentioned in communications with RMT tomorrow (0.4). | | | |
| | R.T. CARLISLE | 6.80 hrs. | 200.00/hr | $1,360.00 |
| 11/12/01 | Legal research regarding hazardous waste generation (0.4); revise comments regarding Feasibility Study (0.3). | | | |
| | M.E. TERNES | 0.70 hrs. | 220.00/hr | $154.00 |
| 11/12/01 | Locate file materials per Attorney Ternes to assist in evaluation of ARARs. | | | |
| | L.K. THOMAS | 1.10 hrs. | 85.00/hr | $93.50 |
| 11/13/01 | Continue review and revision of Supplemental Feasibility Study issues to deal with waste characterization potentially involved in several remedies and how to address applicability of various ARARs. | | | |
| | B.F. HAWKINS | 3.60 hrs. | 220.00/hr | $792.00 |
| 11/13/01 | Confer with Attorney Hawkins regarding further revisions to draft Feasibility Study Technical Memorandum (0.2); review Chevron documents for information on naturally-occurring turbidity and salinity of groundwater (1.0); review document and complete final edits (1.1). | | | |
| | R.T. CARLISLE | 2.30 hrs. | 200.00/hr | $460.00 |
| 11/13/01 | Discuss assignment with Attorney Carlisle; locate file materials concerning the Chevron site. | | | |
| | L.K. THOMAS | 0.70 hrs. | 85.00/hr | $59.50 |

W. R. Grace & Co.

December 18, 2001
Invoice 481662

Page 4

| | | | | |
|---|---|---|---|---|
| 11/14/01 | Review issues with Mr. Bucens regarding changes to Supplemental Feasibility Study as that document deals with characterization of former disposal area (0.4); prepare and forward message on issue to Supplemental Feasibility Study review team (0.3).<br>B.F. HAWKINS | 0.70 hrs. | 220.00/hr | $154.00 |
| 11/16/01 | Review update on Feasibility Study issues presented to DHEC in Beaco Road for use in tailoring acceptable options for Charleston site.<br>B.F. HAWKINS | 0.40 hrs. | 220.00/hr | $88.00 |
| 11/19/01 | Review information and provisions relevant to issue selection of language reflecting waste characterization in several options presented in proposed Supplemental Feasibility Study (0.8); review possible companies/groups that could be interested in participating in effort to reclassify groundwater in Charleston neck area as would be beneficial to cleanup efforts (0.4).<br>B.F. HAWKINS | 1.20 hrs. | 220.00/hr | $264.00 |
| 11/19/01 | Review electronic mail memorandum from Ms. Saucier and Attorney Hawkins' response to same regarding ARARs for Supplemental Feasibility Study.<br>R.T. CARLISLE | 0.10 hrs. | 200.00/hr | $20.00 |
| 11/20/01 | Additional review of comments on suggested changes for Supplemental Feasibility Study (0.9); locate information to support arguments for reclassification of groundwater in Charleston neck to reflect the fact that it is not drinkable groundwater and thus, should not be treated as such for evaluation of remedies for Supplemental Feasibility Study (0.8).<br>B.F. HAWKINS | 1.70 hrs. | 220.00/hr | $374.00 |
| 11/20/01 | Review and locate information for Attorney Hawkins relevant to Supplemental Feasibility Study and to classification of groundwater.<br>M.V. WADDELL | 4.20 hrs. | 85.00/hr | $357.00 |
| 11/21/01 | Review request for clarification on cover letter to be submitted with Supplemental Feasibility Study (0.3); respond to same (0.3); review comments from Ms. Duff (0.2); respond to same (0.1); review draft cover letter for delivering Supplemental Feasibility Study (0.3); locate information relevant to potential request to DHEC for reclassification of groundwater in Charleston neck (0.9).<br>B.F. HAWKINS | 2.10 hrs. | 220.00/hr | $462.00 |
| 11/21/01 | Complete review and location of information on Supplemental Feasibility Study and groundwater classification.<br>M.V. WADDELL | 3.10 hrs. | 85.00/hr | $263.50 |

W. R. Grace & Co.

December 18, 2001
Invoice 481662

Page 5

| | | | | |
|---|---|---|---|---|
| 11/23/01 | Review status of recent Brownfields activity in Charleston area to identify potential parties that might be interested in effort to reclassify groundwater usage in the Charleston Neck area. | | | |
| | B.F. HAWKINS | 0.80 hrs. | 220.00/hr | $176.00 |
| 11/26/01 | Various telephone conferences with Mr. Maglione of ATM regarding potential development of group of industries in Neck area to support reclassification of groundwater, discuss target companies, issues for cost savings from reclassification, and how to promote effort, identify benefits for sewer district expansion plans, other users (0.7); follow up with Attorney Hawkins regarding potential for development of such group to support effort (0.4). | | | |
| | N.J. SMITH | 1.10 hrs. | 240.00/hr | $264.00 |
| 11/26/01 | Discussion with Mr. Bucens regarding meeting with DHEC on Feasibility Study issues (0.4); review questions posed by Ms. Duff concerning efforts to organize groups to seek re-classification of Charleston neck groundwater (0.3); respond to questions (0.3); review options with Attorney Smith (0.4). | | | |
| | B.F. HAWKINS | 1.40 hrs. | 220.00/hr | $308.00 |
| 11/26/01 | Profile information related to Brownsfields and reclassification effort. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/27/01 | Review information with Mr. Maglione related to specific approaches to approach reclassification of groundwater and issues associated with same. | | | |
| | N.J. SMITH | 0.70 hrs. | 240.00/hr | $168.00 |
| 11/27/01 | Review memorandum from Attorney Smith on various approaches to seeking reclassification of groundwater in the Charleston neck (0.4); research issues associated with procedure for reclassification and whether or not legislative approval would be required (1.6). | | | |
| | B.F. HAWKINS | 2.00 hrs. | 220.00/hr | $440.00 |
| 11/29/01 | Review e-mail from Mr. Bucens regarding Charleston realtor (0.2); review information regarding Charleston realty groups (0.4). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 220.00/hr | $132.00 |
| 11/30/01 | Review revised charts concerning description of potential remedial options for Charleston site (0.5); review assignment with Attorney Carlisle concerning evaluation of ARAR descriptions relating to groundwater and Areas of Concern (0.2); review analysis by Attorney Carlisle (0.4); discussion with Mr. Bucens concerning revision to charts and concerning language changes for same (0.3); continue research to support reclassification of groundwater for Charleston Neck (1.3). | | | |
| | B.F. HAWKINS | 2.70 hrs. | 220.00/hr | $594.00 |

W. R. Grace & Co.

December 18, 2001
Invoice 481662

Page 6

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.10 | 240.00 | 504.00 |
| B.F. HAWKINS | 31.70 | 220.00 | 6,974.00 |
| M.E. TERNES | 4.10 | 220.00 | 902.00 |
| R.T. CARLISLE | 26.30 | 200.00 | 5,260.00 |
| M.V. WADDELL | 7.70 | 85.00 | 654.50 |
| L.K. THOMAS | 2.90 | 85.00 | 246.50 |
| K. BROWN | 0.20 | 125.00 | 25.00 |
| TOTAL | 75.00 | 194.21 | 14,566.00 |

Fees for Legal Services          $14,566.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/31/2001 | Photocopies 84 Page(s) | 4.20 |
| 10/31/2001 | Photocopies 291 Page(s) | 14.55 |
| 11/07/2001 | 1-617-498-2667 | 0.14 |
| 11/07/2001 | 1-978-952-6847 | 1.93 |
| 11/08/2001 | Photocopies 184 Page(s) | 9.20 |
| 11/09/2001 | Photocopies 2 Page(s) | 0.10 |
| 11/09/2001 | Photocopies 179 Page(s) | 8.95 |
| 11/26/2001 | Photocopies 3 Page(s) | 0.15 |
| 11/30/2001 | Photocopies 68 Page(s) | 3.40 |
| 11/30/2001 | Photocopies 10 Page(s) | 0.50 |

Total Charges for Other Services Provided/Expenses Incurred          $43.12

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 41.05 |
| Telephone | 2.07 |
| TOTAL | 43.12 |

NET CURRENT BILLING FOR THIS INVOICE .................................................... $14,609.12

W. R. Grace & Co.

December 18, 2001
Invoice 481662

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| **Original Invoice Number** | **Invoice Date** | **Invoice Amt** | **A/R Balance** |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 478654 | 11/27/2001 | 2,990.36 | 2,990.36 |
| | | TOTAL A/R BALANCE | $9,896.21 |

W. R. Grace & Co.

December 18, 2001
Invoice 481662

Page 8

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06032
Charleston

Fees for Professional Services                                          14,566.00
Charges for Other Services Provided/Expenses Incurred                        43.12
  NET CURRENT BILLING FOR THIS INVOICE ......................................................    **$14,609.12**

## WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                     December 14, 2001
ATTN: Robert A. Emmett, Esq.              Invoice 481802                          Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06035                          For Services Through 11/30/01
Name of Matter:      Easthampton, MA Expanding Plant

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/05/01 | Review response from MADEP and discuss with Mr. Marriam. D.M. CLEARY | 0.80 hrs. | 285.00/hr | $228.00 |
| 11/06/01 | Organize file materials. L.K. THOMAS | 0.10 hrs. | 85.00/hr | $8.50 |
| 11/19/01 | Review, profile and organize files. K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/21/01 | Review, profile and organize files. K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481802                Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.80 | 285.00 | 228.00 |
| L.K. THOMAS | 0.10 | 85.00 | 8.50 |
| K. BROWN | 0.80 | 125.00 | 100.00 |
| **TOTAL** | **1.70** | **197.94** | 336.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/20/2001 | Photocopies 6 Page(s) | 0.30 |
| | **Total Charges for Other Services Provided/Expenses Incurred** | **$0.30** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| **TOTAL** | **0.30** |

NET CURRENT BILLING FOR THIS INVOICE .......................................................... **$336.80**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464589 | 09/12/2001 | 85.60 | 85.60 |
| 464605 | 09/12/2001 | 156.99 | 11.40 |
| 467974 | 09/27/2001 | 130.50 | 26.10 |
| | **TOTAL A/R BALANCE** | | **$123.10** |

W. R. Grace & Co.

December 14, 2001
Invoice 481802

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06035
Easthampton, MA Expanding Plant

| | |
|---|---|
| Fees for Professional Services | 336.50 |
| Charges for Other Services Provided/Expenses Incurred | 0.30 |
| NET CURRENT BILLING FOR THIS INVOICE ...................................................... | $336.80 |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**ACCOUNT #:**  04032 24077 01
**BANK:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    December 14, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 481803                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06038                    For Services Through 11/30/01
Name of Matter:       Samson Issues/Casmalia Site

---

| 11/26/01 | Review, profile and organize files. K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
|---|---|---|---|---|

---

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 0.40 | 125.00 | 50.00 |
| **TOTAL** | **0.40** | **125.00** | 50.00 |

**Fees for Legal Services**      **$50.00**

W. R. Grace & Co.

December 14, 2001
Invoice 481803

Page 2

NET CURRENT BILLING FOR THIS INVOICE ....................................................... $50.00

W. R. Grace & Co.

December 14, 2001
Invoice 481803                    Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06038
Samson Issues/Casmalia Site

---

Fees for Professional Services                                    50.00
Charges for Other Services Provided/Expenses Incurred             0.00
    NET CURRENT BILLING FOR THIS INVOICE.......................................................    $50.00

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS
Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 14, 2001
Invoice 481804

Page 1

Our Matter #         02399/06046
Name of Matter:      Libby Expansion Plants/Dallas

For Services Through 11/30/01

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/09/01 | Review and organize incoming file materials for attorney review.<br>M.V. WADDELL | 0.40 hrs. | 85.00/hr | $34.00 |
| 11/20/01 | Profile and organize files on material for attorney use.<br>K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |
| 11/21/01 | Profile and organize files for attorney use.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481804

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN / Paralegal | 5.80 | 125.00 | 725.00 |
| M.V. WADDELL / Paralegal | 0.40 | 85.00 | 34.00 |
| **TOTAL** | **6.20** | **122.42** | **759.00** |

Fees for Legal Services          $759.00

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/19/2001 | Photocopies 3 Page(s) | 0.15 |
|---|---|---|
| | Total Charges for Other Services Provided/Expenses Incurred | **$0.15** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.15 |
| TOTAL | **0.15** |

NET CURRENT BILLING FOR THIS INVOICE .................................................... $759.15

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466695 | 09/21/2001 | 318.85 | 63.50 |
| 469524 | 10/09/2001 | 1,465.00 | 293.00 |
| 469790 | 10/09/2001 | 287.50 | 287.50 |
| | TOTAL A/R BALANCE | | **$644.00** |

W. R. Grace & Co.

December 14, 2001
Invoice 481804

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06046
Libby Expansion Plants/Dallas

| | | |
|---|---|---|
| Fees for Professional Services | 759.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.15 | |
| NET CURRENT BILLING FOR THIS INVOICE ....................................................... | | $759.15 |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                    December 14, 2001
ATTN: Robert A. Emmett, Esq.                         Invoice 481805                    Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #        02399/06047                      For Services Through 11/30/01
Name of Matter:     Libby Expansion Plants/Phoenix

| | | | | |
|---|---|---|---|---|
| 11/06/01 | Organize file materials.<br>L.K. THOMAS | 0.20 hrs. | 85.00/hr | $17.00 |
| 11/19/01 | Review railroad access agreement.<br>D.M. CLEARY | 0.20 hrs. | 285.00/hr | $57.00 |
| 11/19/01 | Review, profile and organize files.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 11/21/01 | Review, profile and organize files.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/29/01 | Review, profile and organize files.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |

W. R. Grace & Co.

December 14, 2001
Invoice 481805

Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 285.00 | 57.00 |
| L.K. THOMAS | 0.20 | 85.00 | 17.00 |
| K. BROWN | 1.70 | 125.00 | 212.50 |
| **TOTAL** | **2.10** | **136.43** | 286.50 |

Fees for Legal Services          $286.50

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/21/2001 | VENDOR: Federal Express; INVOICE#: 647088210; DATE: 11/21/2001-10/16/01 | 12.90 |
|---|---|---|
| 11/27/2001 | VENDOR: Federal Express; INVOICE#: 400009425; DATE: 11/27/2001-10/16/01 | 6.55 |

Total Charges for Other Services Provided/Expenses Incurred          **$19.45**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 19.45 |
| **TOTAL** | **19.45** |

NET CURRENT BILLING FOR THIS INVOICE .......................................................          **$305.95**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466647 | 09/21/2001 | 5,966.29 | 1,193.26 |
| 469756 | 10/17/2001 | 2,913.52 | 2,913.52 |
| 471447 | 10/17/2001 | 6,580.65 | 6,580.65 |
| 478657 | 11/27/2001 | 986.94 | 986.94 |
| | TOTAL A/R BALANCE | | $11,674.37 |

W. R. Grace & Co.

December 14, 2001
Invoice 481805

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C.  29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06047
Libby Expansion Plants/Phoenix

| | | |
|---|---|---|
| Fees for Professional Services | 286.50 | |
| Charges for Other Services Provided/Expenses Incurred | 19.45 | |
| NET CURRENT BILLING FOR THIS INVOICE ..................................................... | | $305.95 |

### WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070
Columbia, S.C. 29211

Telephone (803) 799-2000

W. R. Grace & Co.                                      December 14, 2001
ATTN: Robert A. Emmett, Esq.                           Invoice 481806                 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06087                          For Services Through 11/30/01
Name of Matter:       Libby-Expansion Plants-Glendale, AZ

| 11/19/01 | Review, profile and organize files. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.40 | 125.00 | 50.00 |
| TOTAL | **0.40** | **125.00** | 50.00 |

Fees for Legal Services          $50.00

W. R. Grace & Co.                                         December 14, 2001
                                                         Invoice 481806        Page 2

NET CURRENT BILLING FOR THIS INVOICE ....................................................  $50.00

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 469791 | 10/09/2001 | 150.00 | 150.00 |
| 478659 | 11/27/2001 | 351.50 | 351.50 |
| | | TOTAL A/R BALANCE | $501.50 |

W. R. Grace & Co.

December 14, 2001
Invoice 481806

Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, S.C. 29211-2000

Telephone (803) 799-2000

For Services Through 11/30/01

Our Matter # 02399/06087
Libby-Expansion Plants-Glendale, AZ

---

| | | |
|---|---|---|
| Fees for Professional Services | 50.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| NET CURRENT BILLING FOR THIS INVOICE ............................................. | | **$50.00** |

## WIRING INSTRUCTIONS

**ACCOUNT NAME:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**ACCOUNT #:** 04032 24077 01
**BANK:** National Bank of South Carolina (NBSC), Sumter, SC