IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 2525** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING
THE MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
COMPENSATSION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF
W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
<u>MAY 1, 2002 THROUGH JUNE 30, 2002 (DOCKET NO. 2525)</u>**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Legal Analysis Systems, Inc., submitted on August 13, 2002 a monthly

application ("Application") [Docket No. 2525] for services rendered and reimbursement

of expenses incurred as asbestos-related bodily injury consultant to the Official

Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

September 2, 2002. No objections to the Application have been received by the

undersigned. Moreover, the Court's docket reflects that no objections to the Application

were filed. In accordance with the Amended Administrative Order, upon the filing of this

Certificate of No Objection, the Debtors are authorized to pay Legal Analysis Systems,

Inc. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses

requested in the Application.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC


/s/ Aileen F. Maguire
Matthew G. Zaleski, III (I.D. #3557)
Aileen F. Maguire (I.D. #3756)
1201 N. Market Street
15th Floor
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
    of Asbestos Personal Injury Claimants

Dated: September 4, 2002