**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: September 3, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 2533**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Interim Application For Compensation For Services Rendered and Reimbursement of Expenses of Hamilton, Rabinovitz & Alschuler, Inc. ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 4, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $4,608.00 which represents 80% of the fees ($5,760.00) and $0.00, which represents 100% of the expenses requested in the Application for the period June 1, 2002 through June 30, 2002, upon the filing of this certification and without the need for entry of

a Court order approving the Application.

          FERRY , JOSEPH & PEARCE, P.A.

          /s/ Theodore J. Tacconelli
          Michael B. Joseph (#392)
          Theodore J. Tacconelli (#2678)
          Rick S. Miller (#3418)
          824 Market Street, Suite 904
          P.O. Box 1351
          Wilmington, DE. 19899
          (302) 575-1555
          Local Counsel to the Official Committee of
          Asbestos Property Damage Claimants

          -and-

          Bilzin Sumberg Dunn Baena Price & Axelrod LLP
          Scott L. Baena, Esq.
          2500 First Union Financial Center
          200 South Biscayne Boulevard
          Miami, FL 33131-2336
          Counsel to the Official Committee of Asbestos
          Property Damage Claimants

Dated: September 4, 2002