IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 01-1139 (JJF)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 5, 2002 at 4:00 p.m.** |

**ELEVENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *June 1, 2002 through and
             including June 30, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$20,392.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$388.61*

This is a(n): **x** monthly   __ interim application

KL2:2169389.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | pending |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 3003 | $24,237.00 $21,299.11 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## JUNE 1, 2002 THROUGH JUNE 30, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 13.30 | $6,317.50 |
| Becker, Gary M. | 400.00 | 31.90 | $12,760.00 |
| Mangual, Kathleen | 175.00 | 8.20 | $1,435.00 |
| Temp, CR | 160.00 | 3.00 | $480.00 |
| **Total** | | **56.40** | **$20,392.50** |

- 2 -

KL2:2169389.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 6/1/02 through 6/30/02 | Total Fees for the Period 6/1/02 through 6/30/02 |
|---|---|---|
| Asbestos Claims Issues | 11.90 | $4,557.50 |
| Case Administration | 14.40 | $3,870.00 |
| Fee Applications Preparation | 4.90 | $1,315.00 |
| Fraudulent Conveyance Issues | 16.40 | $6,837.50 |
| Committee and Creditor Corresp. | 8.60 | $3,717.50 |
| Bankruptcy Motions | 0.20 | $95.00 |
| **Total** | **56.40** | **$20,392.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 6/1/02 through 6/30/02 |
|---|---|
| Telecopier | $7.00 |
| Velobindings | $7.50 |
| Photocopying | $146.85 |
| Messenger Service | $14.31 |
| Long-Distance Tel. | $0.75 |
| Lexis / Nexis On-Line Research | $156.00 |
| Cab Fares | $46.40 |
| Out-of-Town-Travel | $9.80 |
| **Total** | **$388.61** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: August ___, 2002