# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 6.20 | 400.00 | 2,480.00 |
| **PARAPROFESSIONALS** | | | | |
| TEMP, PARALEGAL | CRED | 3.00 | 160.00 | 480.00 |
| MANGUAL, KATHLEEN | CRED | 5.20 | 175.00 | 910.00 |
| | Subtotal | 14.40 | $ | 3,870.00 |

### COMMITTEE & CREDITOR CORRESP.

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.70 | 475.00 | 1,757.50 |
| BECKER, GARY M. | CRED | 4.90 | 400.00 | 1,960.00 |
| | Subtotal | 8.60 | $ | 3,717.50 |

### BANKRUPTCY MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| | Subtotal | 0.20 | $ | 95.00 |

### FEE APPLICATION PREPARATION - AND RELATED

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 475.00 | 190.00 |
| BECKER, GARY M. | CRED | 1.50 | 400.00 | 600.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 3.00 | 175.00 | 525.00 |
| | Subtotal | 4.90 | $ | 1,315.00 |

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.30 | 475.00 | 2,517.50 |
| BECKER, GARY M. | CRED | 5.10 | 400.00 | 2,040.00 |
| | Subtotal | 10.40 | $ | 4,557.50 |

KL4:2054793.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

**FRAUDULENT CONVEYANCE ISSUES**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.70 | 475.00 | 1,757.50 |
| BECKER, GARY M. | CRED | 12.70 | 400.00 | 5,080.00 |
| | Subtotal | 16.40 | | $ 6,837.50 |
| | Total | 54.90 | | $ 20,392.50 |

KL4:2054793.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 13.30 | 475.00 | 6,317.50 |
| BECKER, GARY M. | ASSOCIATE | 30.40 | 400.00 | 12,160.00 |
| TEMP, PARALEGAL | PARALEGAL | 3.00 | 160.00 | 480.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 8.20 | 175.00 | 1,435.00 |
| | Total | 54.90 | | $20,392.50 |

KL4:2054793.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $7.00 |
| VELOBINDINGS | 7.50 |
| PHOTOCOPYING | 146.85 |
| LONG-DISTANCE TEL. | 0.75 |
| LEXIS / NEXIS ON-LINE RESEARCH | 156.00 |
| MESSENGER SERVICE | 14.31 |
| CAB FARES | 46.40 |
| OUT-OF-TOWN TRAVEL | 9.80 |
| Subtotal | $388.61 |

KL4:2054793.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | $3.50 |
| PHOTOCOPYING | 78.32 |
| MANUSCRIPT SERVICE | 216.00 |
| Subtotal | $297.82 |

KL4:2054793.1