```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 08/15/2002 15:23:22                    *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

                                    FEES                                                 COSTS
                                    ----                                                 -----
        UNBILLED TIME FROM:   01/01/1901               TO:  06/30/2002
        UNBILLED DISB FROM:   01/01/1901               TO:  06/30/2002

                GROSS BILLABLE AMOUNT:          20,392.50                                  388.61
                AMOUNT WRITTEN DOWN:
                            PREMIUM:
                ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:   06/30/2002                                       06/30/2002
       CLOSE MATTER/FINAL BILLING?   YES    OR    NO
       EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:

                   BILLING COMMENTS:


                                                                           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                              ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                                 FEES:        104,515.00       UNIDENTIFIED RECEIPTS:     0.00
                        DISBURSEMENTS:          2,687.72            PAID FEE RETAINER:    0.00
                        FEE RETAINER:               0.00           PAID DISB RETAINER:    0.00
                       DISB RETAINER:               0.00         TOTAL AVAILABLE FUNDS:   0.00
                    TOTAL OUTSTANDING:        107,202.72                TRUST BALANCE:
                                                                BILLING HISTORY
                          DATE OF LAST BILL:   08/15/02            LAST PAYMENT DATE:  08/02/02
                          LAST BILL NUMBER:    355109           FEES BILLED TO DATE:   344,077.00
                       LAST BILL THRU DATE:    06/30/02

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132c: Billed Charges Analysis                                                                                    PAGE    2
Run Date & Time: 08/15/2002 15:23:29

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE


B I L L E D    T I M E    S U M M A R Y   -----------------------   Total Billed -----------------
Emp Id Employee Name                   Group                    Oldest       Latest     Hours       Amount
                                                                Entry        Entry
---------------------                  -----                    -------      ------     -----       ------
02495 BENTLEY, PHILIP                  PARTNER                  06/03/02     06/29/02   13.30     6,317.50
05292 BECKER, GARY M.                  ASSOCIATE                06/03/02     06/28/02   30.40    12,160.00
      PARAPROFESSIONALS
00677 TEMP, PARALEGAL                  PARALEGAL                06/28/02     06/28/02    3.00       480.00
05208 MANGUAL, KATHLEEN                PARALEGAL                06/04/02     06/28/02    8.20     1,435.00

                            Total:                                                      54.90    20,392.50


B I L L E D    C O S T S    S U M M A R Y -----  Total Billed -----
Code Description                                 Oldest       Latest     Total
                                                 Entry        Entry     Amount
----                                             -------      ------    ------
0815 TELECOPIER                                  06/10/02     06/20/02    7.00
0816 VELOBINDINGS                                06/28/02     06/28/02    7.50
0820 PHOTOCOPYING                                06/04/02     06/28/02  146.85
0885 LONG-DISTANCE TEL.                          06/12/02     06/18/02    0.75
0921 LEXIS / NEXIS ON-LINE RESEAR                06/14/02     06/14/02  156.00
0930 MESSENGER/COURIER                           06/14/02     06/28/02   14.31
0940 CAB FARES                                   06/07/02     06/07/02   46.40
0950 OUT-OF-TOWN TRAVEL                          05/17/02     06/21/02    9.80

                            Total                                       388.61

                            Grand Total                              20,781.11
                                                                   ============

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 08/15/02 15:23:29)
                                            Billed         Applied         -----  Collections -----
Bill Date Thru Date Bill#       Fee & OA   Disbursement    From OA         Total        Date           Balance
                                                                                                        Due
---------- --------- -----      --------   ------------    -------         -----        ----           -------
09/27/01 08/31/01 339400         60,166.00     5,439.63                  52,500.93    11/30/01       13,104.70
10/29/01 09/30/01 341359         33,143.50     5,945.49                  32,445.29    12/18/01        6,643.70
11/27/01 10/31/01 342994         26,585.00     1,663.89                  22,931.89    01/22/02        5,317.00
12/27/01 11/30/01 344503         20,099.00     3,031.62                  19,110.82    03/05/02        4,019.80
01/18/02 12/31/01 345477         32,467.50     2,338.23                  28,312.23    03/22/02        6,493.50
02/26/02 01/31/02 347311         23,807.50     1,961.58                  21,007.58    04/26/02        4,761.50
03/27/02 02/28/02 348979         36,382.50     2,894.44                  32,000.44    05/31/02        7,276.50
04/25/02 03/31/02 350555         32,575.00     2,107.64                  28,167.64    06/17/02        6,515.00
05/31/02 04/30/02 352100         28,794.00     2,669.24                  25,704.44    08/02/02        5,758.80
06/18/02 05/31/02 352980         24,232.00     2,299.11                       .00                    26,531.11
07/26/02 06/30/02 355109         20,392.50       388.61                       .00                    20,781.11

                    Total:     338,644.50    30,739.48                  262,181.26                  107,202.72
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
Run Date & Time: 08/15/2002 15:23:19                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                            PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   06/03/2002                          TO:  06/28/2002
           UNBILLED DISB FROM:   05/17/2002                          TO:  06/28/2002

                                       FEES                                    COSTS
                                     --------                                 --------
           GROSS BILLABLE AMOUNT:    3,870.00                                   332.91
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
           ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                     THRU DATE:       06/28/2002                              06/28/2002
    CLOSE MATTER/FINAL BILLING?   YES OR NO
  EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                            ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

           FEES:                  10,132.00         UNIDENTIFIED RECEIPTS:         0.00
           DISBURSEMENTS:          2,432.98         PAID FEE RETAINER:             0.00
           FEE RETAINER:               0.00         PAID DISB RETAINER:            0.00
           DISB RETAINER:              0.00         TOTAL AVAILABLE FUNDS:         0.00
           TOTAL OUTSTANDING:     12,564.98         TRUST BALANCE:
                                                    BILLING HISTORY
           DATE OF LAST BILL:         08/15/02          LAST PAYMENT DATE:     08/02/02
           LAST BILL NUMBER:            355109          FEES BILLED TO DATE:  123,809.50
           LAST BILL THRU DATE:       06/30/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (6) Summer Associate
    (2) Late Time & Costs Posted     (7) Fixed Fee
    (3) Pre-arranged Discount        (8) Premium
    (4) Excessive Legal Time         (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    2
Run Date & Time: 08/15/2002 15:23:19

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name                          Group         Oldest        Latest      Hours         Amount
------ -----------------                      -----         ------        ------      -----         ------
05292  BECKER, GARY M.                        CRED        06/03/02      06/28/02       6.20       2,480.00

                                              PARAPROFESSIONALS
00677  TEMP, PARALEGAL                        CRED        06/28/02      06/28/02       3.00         480.00
05208  MANGUAL, KATHLEEN                      CRED        06/04/02      06/25/02       5.20         910.00

                        Total:                                                        14.40       3,870.00


Sub-Total Hours :   0.00 Partners     0.00 Counsels     6.20 Associates     8.20 legal Assts     0.00 Others


B I L L E D   C O S T S   S U M M A R Y  ------- Total Billed --------
Code Description                              Oldest         Latest        Total
                                              Entry          Entry         Amount
---- -----------                              -----          -----         ------
0815 TELECOPIER                               06/20/02       06/20/02        3.00
0816 VELOBINDINGS                             06/28/02       06/28/02        7.50
0820 PHOTOCOPYING                             06/04/02       06/28/02      146.85
0885 LONG-DISTANCE TEL.                       06/12/02       06/18/02        0.75
0921 LEXIS / NEXIS ON-LINE RESEAR             06/14/02       06/14/02      156.00
0930 MESSENGER/COURIER                        06/28/02       06/28/02       14.31
0940 CAB FARES                                06/07/02       06/07/02        4.50
0950 OUT-OF-TOWN TRAVEL                       05/17/02       06/21/02        0.00

                        Total:                                             332.91


                        Grand Total                                      4,202.91
                                                                       ==========

A C C O U N T S   R E C E I V A B L E         (Reflects Payments As of 08/15/02 15:23:19)
                                                       Billed             Applied         ---- Collections ----        Balance
Bill Date  Thru Date  Bill#                   Fee & OA  Disbursement      From OA           Total          Date           Due

09/27/01   08/31/01   339400                 35,884.50   4,154.07                        40,038.57      11/30/01
10/29/01   09/30/01   341359                 15,920.50   1,491.63                        17,412.13      12/18/01
11/27/01   10/31/01   342994                 10,001.50   1,059.00                        11,060.50      01/22/02
12/27/01   11/30/01   344503                  9,230.00   1,455.48                        10,685.48      03/05/02
01/18/02   12/31/01   345477                  8,017.00   1,134.54                         9,151.54      03/22/02
02/26/02   01/31/02   347311                  5,370.00   1,638.70                         7,008.70      04/26/02
03/27/02   02/28/02   348979                  6,520.00     909.36                         7,429.36      05/31/02
04/25/02   03/31/02   350555                  8,760.00     876.36                         9,636.36      06/17/02
05/31/02   04/30/02   352100                 13,974.00   1,489.97                        15,463.97      08/02/02
06/18/02   05/31/02   352980                  6,262.00   2,100.07                             .00                      8,362.07
07/26/02   06/30/02   355109                  3,870.00     332.91                             .00                      4,202.91

           Total:                           123,809.50  16,642.09                       127,886.61                    12,564.98
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     3
Run Date & Time: 08/15/2002 15:23:19                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 08/15/02 15:23:19)
                                   Billed  ------           ---- Collections ----             Balance
Bill Date Thru Date Bill#      Fee & OA   Disbursement       Applied      Date                Due
                                                             From OA      Total

B I L L E D   T I M E   D E T A I L
Employee Name                  Work Date      Description                                              Hours       Amount       Index#     Batch Date

BECKER, GARY M.                06/03/02       Review new pleadings (0.6).                               0.60       240.00    4179697    06/11/02
BECKER, GARY M.                06/04/02       Review new pleadings (0.3).                               0.30       120.00    4179708    06/11/02
BECKER, GARY M.                06/11/02       Screen new pleadings (0.7).                               0.70       280.00    4181978    06/12/02
BECKER, GARY M.                06/12/02       Conf. with Mayer and Bentley re case issues               2.20       880.00    4191013    06/20/02
                                              (0.3); prepare memo re schedule in various
                                              parts of the case (1.4).; review new pleadings
                                              (0.3); conf. with local counsel re committee
                                              call (0.2).
BECKER, GARY M.                06/18/02       Screen new pleading.                                      0.30       120.00    4190985    06/20/02
BECKER, GARY M.                06/21/02       Screen newly filed pleadings (0.5).                       0.50       200.00    4198240    06/25/02
BECKER, GARY M.                06/24/02       Conf. with Mangual re examiner's report (0.3).            0.30       120.00    4202590    06/27/02
BECKER, GARY M.                06/26/02       screen new pleadings (0.5).                               0.50       200.00    4202592    06/27/02
BECKER, GARY M.                06/26/02       Screen new pleadings (0.4).                               0.40       160.00    4213063    07/01/02
BECKER, GARY M.                06/27/02       Screen new pleadings (0.4).                               0.40       160.00    4213056    07/01/02
BECKER, GARY M.                06/28/02       Screen new pleadings (0.4).                               0.40       160.00    4213056    07/01/02

  Total For BECKER G - 05292                                                                            6.20     2,480.00

MANGUAL, KATHLEEN              06/04/02       several disc/w M. Zickgraf and G. Becker re:              0.30        52.50    4213339    07/02/02
                                              reimbursement of committee members (.30)
MANGUAL, KATHLEEN              06/05/02       update pleadings index and correspondence (1.7)           1.70       297.50    4214010    07/02/02
MANGUAL, KATHLEEN              06/06/02       research on pacer for objection deadlines                 1.10       192.50    4205150    06/28/02
                                              (.40); update calendar (.70).
MANGUAL, KATHLEEN              06/12/02       research and retrieval of a June 6th hearing              0.40        70.00    4204513    06/28/02
                                              transcript per G. Becker (.40)
MANGUAL, KATHLEEN              06/13/02       update pleadings index and correspondence (1.2)           1.20       210.00    4204546    06/28/02
MANGUAL, KATHLEEN              06/25/02       review of fee auditor report w/ G. Becker                 0.50        87.50    4204696    06/28/02
                                              (.20); attend to review of details and research
                                              of certain entries (.30)

  Total For MANGUAL K - 05208                                                                           5.20       910.00

TEMP, PARALEGAL                06/28/02       Began indexing documents as per Kathleen                  3.00       480.00    4238339    07/19/02
                                              Mangual. (Tonya Peake)

  Total For TEMP P - 00677                                                                              3.00       480.00

                                              Fee Total                                                14.40     3,870.00
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE     4
Run Date & Time: 08/15/2002 15:23:19

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
-------------------------------------

Description/Code                         Employee            Date        Amount      Index#   Batch No  Batch Date
----------------                         --------            ----        ------      ------   --------  ----------

TELECOPIER                         0815
    TELECOPIER
    roadcast to   2
                                        BECKER, G M       06/20/02        3.00     5598657    78437    06/21/02

                                                     0815 TELECOPIER Total :        3.00

VELOBINDINGS                       0816
    VELOBINDINGS
    Irwin Chapan
                                        BENTLEY, P        06/28/02        7.50     5620983    78962    07/01/02

                                                     0816 VELOBINDINGS Total :      7.50

PHOTOCOPYING                       0820
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/04/02        6.90     5576282    77607    06/06/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BECKER, G M       06/11/02       16.50     5584593    77983    06/12/02
    BECKER  GARY M.
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/13/02        0.60     5590456    78123    06/14/02
    PHOTOCOPYING
    MANGUAL  KATHLEEN                   MANGUAL, K M      06/14/02       13.50     5592767    78194    06/18/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/18/02        2.40     5594468    78243    06/19/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/18/02       15.00     5594469    78243    06/19/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/21/02        2.55     5601100    78483    06/24/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/25/02       12.60     5608293    78639    06/26/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/28/02        3.90     5612220    78725    06/27/02
    PHOTOCOPYING
    MANGUAL  KATHLEEN                   MANGUAL, K M      06/28/02        1.20     5618432    78914    07/01/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/28/02        0.30     5618433    78914    07/01/02
    PHOTOCOPYING
    BENTLEY  PHILIP                     BENTLEY, P        06/28/02       68.55     5618434    78914    07/01/02
    PHOTOCOPYING
    MANGUAL  KATHLEEN                   MANGUAL, K M      06/28/02        2.85     5618435    78914    07/01/02

                                                     0820 PHOTOCOPYING Total :    146.85
```

```
alp_132r: Billed Charges Analysis                                                                               PAGE    5
Run Date & Time: 08/15/2002 15:23:19

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

  B I L L E D   C O S T S   D E T A I L
-------------------------------------------------------------------------------------------------------------------------
Description/Code         Employee              Date       Amount       Index#    Batch No   Batch Date
-------------------------------------------------------------------------------------------------------------------------

LONG-DISTANCE TEL.                  0885
 LONG-DISTANCE TEL.      BENTLEY, P             06/12/02     0.45      5590845    78124      06/14/02
 3025524220
 LONG-DISTANCE TEL.      BENTLEY, P             06/18/02     0.30      5595126    78244      06/19/02
 312612460

                                                 0885 LONG-DISTANCE TEL. Total :      0.75

LEXIS / NEXIS ON -L                 0921
 LEXIS / NEXIS ON -L     BECKER, G M            06/14/02   156.00      5595536    78247      06/19/02
 LEXIS / NEXIS ON -LINE RESEARCH

                                                 0921 LEXIS / NEXIS ON -L Total :   156.00

MESSENGER/COURIER                   0930
 FEDERAL EXPRESS CORPORAT            MANGUAL, K M          06/14/02    10.61      5597626    78383      06/20/02
 FEDERAL EXPRESS CORPORAT            MANGUAL, K M          06/28/02     3.70      5616694    78848      06/28/02
 MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
 CORPORATION

                                                 0930 MESSENGER/COURIER Total :     14.31

CAB FARES                           0940
 MARIANNE FERGUSON, CASHI            BECKER, G M          06/07/02     4.50      5580833    77776      06/07/02
 CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
 05/22/02

                                                 0940 CAB FARES Total :              4.50

OUT-OF-TOWN TRAVEL                  0950
 CITICORP DINERS CLUB                BECKER, G M          05/17/02  1,054.50     5549154    76498      05/17/02
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB 4/21/02 Pittsburgh
 CITICORP DINERS CLUB                BECKER, G M          06/21/02 -1,054.50     5598707    78438      06/21/02
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB

                                                 0950 OUT-OF-TOWN TRAVEL Total :      0.00


                                         Costs Total :           332.91
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     6
                                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/15/2002 15:23:19

Matter No: 056772-00001                                                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1580543
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                         Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name                    Hours      Amount             Bill         W/o / W/u         Transfer To        Clnt/Mtr     Carry Forward
-----------------------------   -------   -----------         ------        ---------        --------------    -----------    -------------

BECKER, GARY M.                    6.20     2,480.00
TEMP, PARALEGAL                    3.00       480.00
MANGUAL, KATHLEEN                  5.20       910.00
                                --------   -----------
             Total:               14.40     3,870.00


   B I L L E D    C O S T S    S U M M A R Y
Code Description                 Amount                        Bill         W/o / W/u         Transfer To        Clnt/Mtr     Carry Forward
-----------------------------   -----------                   ------        ---------        --------------    -----------    -------------

0815 TELECOPIER                     3.00
0816 VELOBINDINGS                   7.50
0820 PHOTOCOPYING                 146.85
0885 LONG-DISTANCE TEL.             0.75
0921 LEXIS / NEXIS ON-LINE R      156.00
0930 MESSENGER/COURIER             14.31
0940 CAB FARES                      4.50
0950 OUT-OF-TOWN TRAVEL             0.00
                                -----------
             Costs Total :        332.91
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    7
Run Date & Time: 08/15/2002 15:23:19                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  1580544
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status   : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:   06/07/2002            TO:  06/26/2002
              UNBILLED DISB FROM:   06/10/2002            TO:  06/10/2002

                                    FEES                        COSTS

    GROSS BILLABLE AMOUNT:          3,717.50                     4.00
    AMOUNT WRITTEN DOWN:
                      PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                 06/26/2002                 06/10/2002
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

               FEES:                  7,612.50       UNIDENTIFIED RECEIPTS:   0.00
      DISBURSEMENTS:                      4.12       PAID FEE RETAINER:       0.00
      FEE RETAINER:                       0.00       PAID DISB RETAINER:      0.00
      DISB RETAINER:                      0.00       TOTAL AVAILABLE FUNDS:   0.00
      TOTAL OUTSTANDING:               7,616.62      TRUST BALANCE:
                                                     BILLING HISTORY
      DATE OF LAST BILL:           08/15/02          LAST PAYMENT DATE:       08/02/02
      LAST BILL NUMBER:             355109           FEES BILLED TO DATE:     29,050.00
      LAST BILL THRU DATE:         06/30/02

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee                (6) Summer Associate
    (2) Late Time & Costs Posted          (7) Fixed Fee
    (3) Pre-arranged Discount             (8) Premium
    (4) Excessive Legal Time              (9) Rounding
    (5) Business Development             (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    8
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/15/2002 15:23:20

Matter No: 0567772-00002                                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1580544
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status    : ACTIVE

  B I L L E D   T I M E   S U M M A R Y   --------------- Total Billed ---------------
Emp Id Employee Name           Group            Oldest       Latest        Hours         Amount
                                                Entry        Entry
02495 BENTLEY, PHILIP          CRED             06/07/02     06/13/02       3.70        1,757.50
05292 BECKER, GARY M.          CRED             06/07/02     06/26/02       4.90        1,960.00
                                                                           -----       ---------
                  Total:                                                    8.60        3,717.50

Sub-Total Hours :    3.70 Partners     0.00 Counsels     4.90 Associates     0.00 Legal Assts    0.00 Others

  B I L L E D   C O S T S   S U M M A R Y   --------------- Total Billed ---------------
Code Description                                Oldest       Latest       Total
                                                Entry        Entry        Amount
0815  TELECOPIER                                06/10/02     06/10/02                    4.00
                                                                                       ---------
                  Total                                                                  4.00

                  Grand Total                                                         3,721.50
                                                                                     ==========

A C C O U N T S   R E C E I V A B L E          (Reflects Payments As of 08/15/02 15:23:20)
                                                  Billed    -------     ---- Collections ----    Balance
Bill Date Thru Date Bill#           Fee & OA   Disbursement  From OA     Total       Date         Due
---------- ---------- ------        ---------  ------------  -------     -----       ----         ---

09/27/01 08/31/01 339400            5,226.00        997.34              6,223.34  11/30/01
10/29/01 09/30/01 341359            1,300.00           .00              1,300.00  12/18/01
11/27/01 10/31/01 342994            3,507.50        434.03              3,941.53  01/22/02
12/27/01 11/30/01 344503            1,080.00        197.20              1,277.20  03/05/02
01/18/02 12/31/01 345477            2,111.50        302.15              2,413.65  03/22/02
02/26/02 01/31/02 347311                  .00          .00                   .00
03/27/02 02/28/02 348979            4,045.00      1,423.03              5,468.03  05/31/02
04/25/02 03/31/02 350555            4,167.50         93.26              4,260.76  06/17/02
05/31/02 04/30/02 352100                  .00        25.84                 25.84  08/02/02
06/18/02 05/31/02 352980            3,895.00           .12                   .00                 3,895.12
07/26/02 06/30/02 355109            3,717.50          4.00                   .00                 3,721.50
                                   ---------     --------              ---------                --------
              Total:               29,050.00      3,476.97             24,910.35                 7,616.62
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   9
Run Date & Time: 08/15/2002 15:23:20                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:    1580544
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                          Hours     Amount      Index#    Batch Date
-------------          ---------   -----------                                                          -----     ------      ------    ----------

BENTLEY, PHILIP        06/07/02    Discs. TW and GB re recent developments and                           0.30     142.50      4179672   06/11/02
                                   upcoming committee meeting.
BENTLEY, PHILIP        06/10/02    Work on memo to Committee re recent                                   1.40     665.00      4188289   06/19/02
                                   developments, and discs. GB re same.
BENTLEY, PHILIP        06/12/02    Prepare for tomorrow's Committee call and                             0.30     142.50      4188304   06/19/02
                                   discs. GB re same.
BENTLEY, PHILIP        06/13/02    Committee conference call, prep. for same, and                        1.70     807.50      4188310   06/19/02
                                   discs. TC and GB re same.

Total For BENTLEY P - 02495                                                                              3.70    1,757.50

BECKER, GARY M.        06/07/02    Conf. with P. Bentley and T. Weschler re                              0.60     240.00      4179724   06/11/02
                                   intervention and re committee meeting (0.6).
BECKER, GARY M.        06/10/02    Prepare and revise memo to committee re recent                        2.20     880.00      4181968   06/12/02
                                   developments (1.5); conf. with Bentley re same
                                   (0.2); research re ZAI issues (0.3); screen new
                                   pleadings (0.2).
BECKER, GARY M.        06/12/02    Conf. with committee member re case issues                            0.20      80.00      4269963   08/07/02
                                   (0.2).
BECKER, GARY M.        06/13/02    Prepare for and conf. with Equity Committee re                        1.00     400.00      4191006   06/20/02
                                   case issues and status (1.0).
BECKER, GARY M.        06/26/02    prepare memo to committee re recent filings by                        0.90     360.00      4202593   06/27/02
                                   the Debtor (0.9)

Total For BECKER G - 05292                                                                               4.90    1,960.00

                                                                   Fee Total                             8.60    3,717.50


B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee                          Date               Amount      Index#    Batch No  Batch Date
----------------                           --------                          ----               ------      ------    --------  ----------

TELECOPIER
TELECOPIER                  0815           BECKER, G M                       06/10/02             4.00     5583773    77939     06/11/02
                                                                 0815 TELECOPIER Total :          4.00

                                                                 Costs Total :                    4.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    10
Run Date & Time: 08/15/2002 15:23:20                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 1580544
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : COMMITTEE & CREDITOR CORRESP.                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y  ---------------------
Employee Name                        Hours        Amount           Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                       3.70       1,757.50
BECKER, GARY M.                       4.90       1,960.00
                    Total:            8.60       3,717.50


      B I L L E D   C O S T S   S U M M A R Y
Code Description                              Amount               Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------
0815 TELECOPIER                                  4.00

                    Costs Total :                4.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE  11
Run Date & Time: 08/15/2002 15:23:20                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                        Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : ASSET SALES                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

Special Billing Instructions:

                                PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:                       TO:
             UNBILLED DISB FROM:                       TO:

                                    FEES                        COSTS

         GROSS BILLABLE AMOUNT:     0.00                         0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
         ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:
  CLOSE MATTER/FINAL BILLING?     YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

       FEES:                             0.00   UNIDENTIFIED RECEIPTS:   0.00
       DISBURSEMENTS:                    1.50   PAID FEE RETAINER:       0.00
       FEE RETAINER:                     0.00   PAID DISB RETAINER:      0.00
       DISB RETAINER:                    0.00   TOTAL AVAILABLE FUNDS:   0.00
       TOTAL OUTSTANDING:                1.50   TRUST BALANCE:
                                                BILLING HISTORY
       DATE OF LAST BILL:           07/12/02    LAST PAYMENT DATE:
       LAST BILL NUMBER:              352980    FEES BILLED TO DATE:     0.00
       LAST BILL THRU DATE:         05/31/02

  FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee          (6) Summer Associate
       (2) Late Time & Costs Posted    (7) Fixed Fee
       (3) Pre-arranged Discount       (8) Premium
       (4) Excessive Legal Time        (9) Rounding
       (5) Business Development       (10) Client Arrangement

  BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    12
Run Date & Time: 08/15/2002 15:23:20

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00004                                                 Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ASSET SALES                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 08/15/02 15:23:20)
                          ------- Billed -------    ---- Applied ---- Collections ----      Balance
Bill Date Thru Date Bill#   Fee & OA  Disbursement    From OA    Total      Date             Due
------------------- -----   --------  ------------    -------    -----      ----             -------
06/18/02 05/31/02 352980        .00          1.50        .00       .00                         1.50

          Total:                .00          1.50        .00       .00                         1.50
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   13
Run Date & Time: 08/15/2002 15:23:20

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1580545
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

Special Billing Instructions:

--------------------------------------------------------------------------------
                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    06/29/2002              TO:   06/29/2002
UNBILLED DISB FROM:                            TO:

                              FEES                          COSTS

GROSS BILLABLE AMOUNT:        95.00                         0.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
           THRU DATE:                06/29/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-------------------------------------------------------------------
                              ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

      FEES:                   1,655.00
DISBURSEMENTS:                    0.00            UNIDENTIFIED RECEIPTS:   0.00
FEE RETAINER:                     0.00            PAID FEE RETAINER:       0.00
DISB RETAINER:                    0.00            PAID DISB RETAINER:      0.00
TOTAL OUTSTANDING:            1,655.00            TOTAL AVAILABLE FUNDS:   0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY
DATE OF LAST BILL:       08/15/02            LAST PAYMENT DATE:       05/31/02
LAST BILL NUMBER:         355109             FEES BILLED TO DATE:    22,555.00
LAST BILL THRU DATE:     06/30/02

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee            (6) Summer Associate
      (2) Late Time & Costs Posted      (7) Fixed Fee
      (3) Pre-arranged Discount         (8) Premium
      (4) Excessive Legal Time          (9) Rounding
      (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   14
Run Date & Time: 08/15/2002 15:23:20

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1580545
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y   ------------- Total Billed -------------
Emp Id  Employee Name                   Group             Oldest     Latest        Hours            Amount
                                                          -------    -------      -------         ---------

02495   BENTLEY, PHILIP                  CRED             06/29/02   06/29/02       0.20             95.00

                               Total:                                               0.20             95.00

Sub-Total Hours :    0.20 Partners       0.00 Counsels    0.00 Associates   0.00 Legal Assts   0.00 Others


A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 08/15/02 15:23:20)
                                         ------ Billed ------    ---- Applied ----  ---- Collections ----          Balance
Bill Date   Thru Date  Bill#             Fee & OA  Disbursement  From OA    Total   Total       Date                Due

10/29/01    09/30/01   341359            4,209.00       .00         .00              4,209.00   12/18/01
01/18/02    12/31/01   345477            8,426.00       .00         .00              8,426.00   03/22/02
02/26/02    01/31/02   347311            3,597.50       .00         .00              3,597.50   04/26/02
03/27/02    02/28/02   348979            4,667.50       .00         .00              4,667.50   05/31/02
06/18/02    05/31/02   352980            1,560.00       .00         .00                  .00                        1,560.00
07/26/02    06/30/02   355109               95.00       .00         .00                  .00                           95.00
                                        ---------   --------    -------           ---------                        --------
                 Total:                 22,555.00       .00         .00             20,900.00                       1,655.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   15
Run Date & Time: 08/15/2002 15:23:20

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1580545
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                            Hours      Amount      Index#   Batch Date

BENTLEY, PHILIP        06/29/02     Review Grace's employee retention motion.               0.20       95.00     4214145   07/02/02

                                                             Fee Total                      0.20       95.00

Total For BENTLEY P - 02495                                                                 0.20       95.00
```