```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   16
Run Date & Time: 08/15/2002 15:23:20

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1580545
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

      B I L L E D    T I M E    S U M M A R Y  -------------------  Bill    W/o / W/u   Transfer To   Clnt/Mtr  Carry Forward
Employee Name                     Hours      Amount
BENTLEY, PHILIP                    0.20       95.00

          Total:                   0.20       95.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   17
Run Date & Time: 08/15/2002 15:23:20

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1580546
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION - AND RELATED
Matter Opened : 07/27/2001                           Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                            Status      : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:   06/05/2002               TO:   06/29/2002
    UNBILLED DISB FROM:                            TO:

                                  FEES                              COSTS
                                  ----                              -----
GROSS BILLABLE AMOUNT:           1,315.00                            0.00
AMOUNT WRITTEN DOWN:
          PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
         THRU DATE:              06/29/2002

CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                 ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                 --------------------------                         --------------

        FEES:                             5,685.00        UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                               21.01        PAID FEE RETAINER:           0.00
FEE RETAINER:                                 0.00        PAID DISB RETAINER:          0.00
DISB RETAINER:                                0.00        TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                        5,706.01        TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
DATE OF LAST BILL:        08/15/02                LAST PAYMENT DATE:       08/02/02
LAST BILL NUMBER:          355109                 FEES BILLED TO DATE:    27,204.00
LAST BILL THRU DATE:      06/30/02

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee        (6) Summer Associate
   (2) Late Time & Costs Posted  (7) Fixed Fee
   (3) Pre-arranged Discount     (8) Premium
   (4) Excessive Legal Time      (9) Rounding
   (5) Business Development     (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    18
Run Date & Time: 08/15/2002 15:23:20

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS    - 06975               Proforma Number:  1580546
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP  - 02495            Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION - AND RELATED                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y  --------------- Total Billed ------------------
Emp Id Employee Name                    Group        Oldest     Latest        Hours            Amount
------ -------------                    -----        ------     ------        -----            ------
02495  BENTLEY, PHILIP                  CRED         06/05/02   06/29/02       0.40            190.00
05292  BECKER, GARY M.                  CRED         06/05/02   06/28/02       1.50            600.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                CRED         06/14/02   06/28/02       3.00            525.00
                                                                             -----          --------
                            Total:                                            4.90           1,315.00


Sub-Total Hours :    0.40 Partners    0.00 Counsels     1.50 Associates    3.00 Legal Assts    0.00 Others


A C C O U N T S   R E C E I V A B L E              (Reflects Payments As of 08/15/02 15:23:20)
                                           ------ Billed -------          -- Collections ----
Bill Date Thru Date Bill#               Fee & OA    Disbursement    Applied    Total     Date         Balance
                                                                   From OA                            Due
---------- ---------- -----             --------    ------------    -------    -----     ----         -------
09/27/01 08/31/01 339400                  357.50            .00                357.50   11/30/01
10/29/01 09/30/01 341359                3,919.00          76.11              3,995.11   12/18/01
11/27/01 10/31/01 342994                3,356.00          51.69              3,407.69   01/22/02
12/27/01 11/30/01 344503                2,532.50          63.68              2,596.18   03/05/02
01/18/02 12/31/01 345477                1,816.50          29.58              1,846.08   03/22/02
02/26/02 01/31/02 347311                3,877.50          94.17              3,971.67   04/26/02
03/27/02 02/28/02 348979                1,712.50           3.00              1,715.50   05/31/02
04/25/02 03/31/02 350555                1,470.00           3.70              1,473.70   06/17/02
05/31/02 04/30/02 352100                2,477.50          29.58              2,507.08   08/02/02
06/18/02 05/31/02 352980                4,370.00          21.01                   .00                 4,391.01
07/26/02 06/30/02 355109                1,315.00            .00                   .00                 1,315.00
                                       ---------        -------             ---------                ---------
              Total:                   27,204.00         372.52             21,870.51                 5,706.01
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    19
Run Date & Time: 08/15/2002 15:23:20                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                 Orig Prtnr : CRED. RGTS - 06975                       Proforma Number:   1580546
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495                   Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION - AND RELATED                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status      : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                                      Hours     Amount    Index#     Batch Date
----------------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            06/05/02     Review and comment on monthly fee application.                    0.20      95.00    4179656    06/11/02
BENTLEY, PHILIP            06/29/02     Review fee examiner's rpt.                                        0.20      95.00    4214144    07/02/02

  Total For BENTLEY P - 02495                                                                             0.40     190.00

BECKER, GARY M.            06/05/02     Conf. with Bentley re April fee application                       0.20      80.00    4179712    06/11/02
                                        (0.2).
BECKER, GARY M.            06/21/02     review comments from Fee Examiner(0.4).                           0.40     160.00    4269964    08/07/02
BECKER, GARY M.            06/27/02     Review monthly fee application.                                   0.60     240.00    4213060    07/01/02
BECKER, GARY M.            06/28/02     Conf. with Bentley re fee auditor report (0.1);                   0.30     120.00    4213055    07/01/02
                                        conf. with Mangual re fee auditor report (0.2).

  Total For BECKER G - 05292                                                                              1.50     600.00

MANGUAL, KATHLEEN          06/14/02     review time details (.80); several disc/w                         1.10     192.50    4204545    06/28/02
                                        accounting re: such (.30)
MANGUAL, KATHLEEN          06/26/02     draft may monthly fee application (1.1)                           1.10     192.50    4213375    07/02/02
MANGUAL, KATHLEEN          06/28/02     several disc/w accounting and D. Pelletier re:                    0.80     140.00    4213585    07/02/02
                                        time detail entry in question (.30); draft
                                        answer to fee auditor report (.30); review of
                                        each time detail in question w/ G. Becker (.20)

  Total For MANGUAL K - 05208                                                                             3.00     525.00

                                                                                        Fee Total         4.90   1,315.00
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   20
Run Date & Time: 08/15/2002 15:23:20

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1580546
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATION PREPARATION - AND RELATED    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

   B I L L E D   T I M E    S U M M A R Y
Employee Name             Hours        Amount        Bill      W/o / W/u    Transfer To     Clnt/Mtr    Carry Forward

BENTLEY, PHILIP            0.40        190.00
BECKER, GARY M.            1.50        600.00
MANGUAL, KATHLEEN          3.00        525.00

           Total:          4.90      1,315.00
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    21
Run Date & Time: 08/15/2002 15:23:20                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr  : CRED. RGTS - 06975          Proforma Number:    1580548
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status       : ACTIVE

Special Billing Instructions:

=======================================================================================================================================================
                                             PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:  06/03/2002                     TO:  06/29/2002
       UNBILLED DISB FROM:  06/07/2002                     TO:  06/07/2002

                                                 FEES                    COSTS
                                            --------------          ----------
       GROSS BILLABLE AMOUNT:                    4,557.50                41.90
       AMOUNT WRITTEN DOWN:
               PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
                 THRU DATE:                06/29/2002                06/07/2002
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


----------------------------------------------------------------------------------------------------
                                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

       FEES:                           56,599.00          UNIDENTIFIED RECEIPTS:      0.00
       DISBURSEMENTS:                     218.31          PAID FEE RETAINER:          0.00
       FEE RETAINER:                        0.00          PAID DISB RETAINER:         0.00
       DISB RETAINER:                       0.00          TOTAL AVAILABLE FUNDS:      0.00
       TOTAL OUTSTANDING:              56,817.31          TRUST BALANCE:

                                                 BILLING HISTORY
       ----------------------------------------------------------------------------------------------
       DATE OF LAST BILL:              08/15/02          LAST PAYMENT DATE:           08/02/02
       LAST BILL NUMBER:                355109          FEES BILLED TO DATE:      110,923.50
       LAST BILL THRU DATE:            06/30/02

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee              (6) Summer Associate
       (2) Late Time & Costs Posted        (7) Fixed Fee
       (3) Pre-arranged Discount           (8) Premium
       (4) Excessive Legal Time            (9) Rounding
       (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE     22
Run Date & Time: 08/15/2002 15:23:20                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                               Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:   1580548
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                        Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ----------------------------------- Total Billed -----------------------------
Emp Id  Employee Name          Group          Oldest       Latest       Hours        Amount
                                              Entry        Entry
02495   BENTLEY, PHILIP        CRED           06/03/02     06/29/02      5.30        2,517.50
05292   BECKER, GARY M.        CRED           06/18/02     06/25/02      5.10        2,040.00

                                                       Total:                       10.40        4,557.50


Sub-Total Hours :    5.30 Partners      0.00 Counsels       5.10 Associates     0.00 Legal Assts       0.00 Others

B I L L E D   C O S T S   S U M M A R Y  -------------------- Total Billed -------------------
Code  Description                    Oldest       Latest       Total
                                     Entry        Entry        Amount
0940  CAB FARES                      06/07/02     06/07/02     41.90

                              Total                                         41.90

                        Grand Total                                      4,599.40
                                                                     ==============


A C C O U N T S   R E C E I V A B L E          (Reflects Payments As of 08/15/02 15:23:20)
Bill Date Thru Date Bill#     Fee & OA     Billed       Applied           ---- Collections ----          Balance
                                           Disbursement From OA    Total                Date             Due
09/27/01 08/31/01 339400      16,485.50    46.22                   5,639.52   11/30/01                   10,892.20
10/29/01 09/30/01 341359       7,795.00                            5,381.30   12/18/01                    6,643.70
11/27/01 10/31/01 342994       9,720.00    4,230.00                4,522.17   01/22/02                    5,317.00
12/27/01 11/30/01 344503       7,256.50    119.17                  4,551.96   03/05/02                    4,019.80
01/18/02 12/31/01 345477      12,096.50    1,315.26                6,474.96   03/22/02                    6,493.50
02/26/02 01/31/02 347311      10,962.50    871.96                  6,429.71   04/26/02                    4,761.50
03/27/02 02/28/02 348979       9,890.00    228.71                 10,449.05   05/31/02
04/25/02 03/31/02 350555      18,177.50    559.05                 12,796.82   06/17/02                    6,515.00
05/31/02 04/30/02 352100       6,877.50    1,134.32                7,707.55   08/02/02                      293.80
06/18/02 05/31/02 352980       7,105.00    1,123.85                                                       7,281.41
07/26/02 06/30/02 355109       4,557.50    176.41                        .00                              4,599.40
                                           41.90                         .00

                     Total:  110,923.50    9,846.85               63,953.04                              56,817.31
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   23
Run Date & Time: 08/15/2002 15:23:20                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1580548
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name      Work Date   Description                                           Hours     Amount      Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 06/03/02 | Review pleadings related to asbestos resolution. | 0.10 | 47.50 | 4179626 | 06/11/02 |
| BENTLEY, PHILIP | 06/04/02 | Review pleadings related to asbestos resolution. | 0.10 | 47.50 | 4179635 | 06/11/02 |
| BENTLEY, PHILIP | 06/05/02 | Disc. GB re asbestos issues. | 0.10 | 47.50 | 4179647 | 06/11/02 |
| BENTLEY, PHILIP | 06/06/02 | Confs. GB re recent hearings and other developments, and review voicemails re same. | 0.40 | 190.00 | 4179662 | 06/11/02 |
| BENTLEY, PHILIP | 06/11/02 | Review pleadings re asbestos issues. | 0.10 | 47.50 | 4188300 | 06/19/02 |
| BENTLEY, PHILIP | 06/28/02 | Review recent pleadings re asbestos issues. | 0.40 | 190.00 | 4214155 | 07/02/02 |
| BENTLEY, PHILIP | 06/29/02 | Review Debtor's CMO brief and prepare memo to C'tee re same (3.9); review other recent pleadings re asbestos issues (0.2). | 4.10 | 1,947.50 | 4214147 | 07/02/02 |
| Total For BENTLEY P - 02495 | | | 5.30 | 2,517.50 | | |
| BECKER, GARY M. | 06/18/02 | Prepare for and attend court hearing in Wilmington (5.0); non-working travel time (bill at 1/2 rate) (1.5); conf. with P. Bentley re court hearing and re conf. call with Judge Wolin (0.3); review Justice Dreier ruling (0.3). | 4.10 | 1,640.00 | 4190984 | 06/20/02 |
| BECKER, GARY M. | 06/25/02 | Review debtors proposal to resolve PI claims and conf. with Bentley re same (1.0). | 1.00 | 400.00 | 4202579 | 06/27/02 |
| Total For BECKER G - 05292 | | | 5.10 | 2,040.00 | | |
| | | Fee Total | 10.40 | 4,557.50 | | |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES 0940 | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 06/07/02 | 41.90 | 5580835 | 77776 | 06/07/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 05/22/02 | | | | | | |
| | | 0940 CAB FARES Total : | 41.90 | | | |
| | | Costs Total : | 41.90 | | | |

```
alp_132r: Billed Charges Analysis                                                                                               PAGE   24
Run Date & Time: 08/15/2002 15:23:20
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1580548
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ASBESTOS CLAIM ISSUES                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  -----------------------------------------------------------
Employee Name              Hours     Amount          Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP             5.30    2,517.50
BECKER, GARY M.             5.10    2,040.00
       Total:              10.40    4,557.50

   B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount          Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------
0940 CAB FARES                       41.90

       Costs Total :                 41.90
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    25
Run Date & Time: 08/15/2002 15:23:20                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1580549
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  06/03/2002                 TO:  06/29/2002
         UNBILLED DISB FROM:  06/12/2002                 TO:  06/12/2002

                                        FEES                           COSTS
                                      --------                       --------
         GROSS BILLABLE AMOUNT:         6,837.50                         9.80
         AMOUNT WRITTEN DOWN:
         PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:               06/29/2002                       06/12/2002
    CLOSE MATTER/FINAL BILLING?  YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

                    BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

            FEES:               22,831.50        UNIDENTIFIED RECEIPTS:          0.00
            DISBURSEMENTS:           9.80        PAID FEE RETAINER:               0.00
            FEE RETAINER:            0.00        PAID DISB RETAINER:              0.00
            DISB RETAINER:           0.00        TOTAL AVAILABLE FUNDS:           0.00
            TOTAL OUTSTANDING:  22,841.30        TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
            DATE OF LAST BILL:       08/15/02    LAST PAYMENT DATE:          05/31/02
            LAST BILL NUMBER:          355109    FEES BILLED TO DATE:       25,102.50
            LAST BILL THRU DATE:     06/30/02

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   26
Run Date & Time: 08/15/2002 15:23:20

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                              Orig Prtnr  : CRED. RGTS    - 06975    Proforma Number: 1580549
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y   ------------------ Total Billed ----------------
Emp Id  Employee Name             Group              Oldest       Latest      Hours       Amount
-----  ------------------         -----              ------       ------      -----       ------
02495  BENTLEY, PHILIP            CRED              06/18/02     06/29/02      3.70     1,757.50
05292  BECKER, GARY M.            CRED              06/03/02     06/27/02     12.70     5,080.00

                       Total:                                                 16.40     6,837.50

Sub-Total Hours :   3.70 Partners    0.00 Counsels   12.70 Associates   0.00 Legal Assts   0.00 Others

   B I L L E D   C O S T S   S U M M A R Y   -------------- Total Billed --------------
Code Description                                   Oldest       Latest       Total
                                                   Entry        Entry        Amount
----  -----------                                  -----        -----        ------
0950  OUT-OF-TOWN TRAVEL                          06/12/02     06/12/02       9.80

                       Total:                                                 9.80

              Grand Total                                                  6,847.30
                                                                         ===========

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 08/15/02 15:23:20)
                                           ---------- Billed ----------   --- Collections ---
Bill Date  Thru Date  Bill#      Fee & OA  Disbursement  Fee & OA Applied  Total      Date        Balance
                                                         From OA                                  Due
---------  ---------  -----      --------  ------------  --------  ----   ----        ----        -------
09/27/01   08/31/01   339400     2,212.50        242.00       .00                     242.00  11/30/01     2,212.50
10/29/01   09/30/01   341359           .00       147.75       .00                     147.75  12/18/01     7,276.50
03/27/02   02/28/02   348979     9,547.50           .00       .00                   2,271.00  05/31/02     5,465.00
05/31/02   04/30/02   352100     5,465.00           .00       .00                         .00               5,465.00
06/18/02   05/31/02   352980     1,040.00           .00       .00                         .00               1,040.00
07/26/02   06/30/02   355109     6,837.50          9.80       .00                         .00               6,847.30

                  Total:       25,102.50        399.55                              2,660.75               22,841.30
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     27
Run Date & Time: 08/15/2002 15:23:20                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1580549
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name       Work Date   Description                                                       Hours       Amount    Index#    Batch Date
-------------       ---------   -----------                                                       -----       ------    ------    ----------

BENTLEY, PHILIP     06/18/02    Review (Creditors Committee intervention motion                    1.70       807.50   4214207   07/02/02
                                and Dreier's opinion; conf. call with court,
                                and discs., GB, Ken P., M. Browdy.
BENTLEY, PHILIP     06/19/02    Discs. GB re FC suit.                                              0.20        95.00   4214196   07/02/02
BENTLEY, PHILIP     06/24/02    Review pleadings re FC adversary.                                  0.10        47.50   4214186   07/02/02
BENTLEY, PHILIP     06/25/02    Review and edit intervention motion.                               0.30       142.50   4214177   07/02/02
BENTLEY, PHILIP     06/29/02    Prepare intervention motion (1.2); Review                          1.40       665.00   4214148   07/02/02
                                asbestos committee's standards brief (0.2).

       Total For BENTLEY P - 02495                                                                 3.70     1,757.50

BECKER, GARY M.     06/03/02    Review various letters to Judge Dreier re                          1.00       400.00   4179696   06/11/02
                                discovery dispute and June 4, 2002 hearing
                                (0.8); conf. with P. Bentley re same (0.2).
BECKER, GARY M.     06/04/02    Prepare for and participate in telephonic                          2.00       800.00   4179707   06/11/02
                                hearing with Judge Dreier (2.0).
BECKER, GARY M.     06/06/02    Prepare for and appear and argue at hearing re                     5.00     2,000.00   4179717   06/11/02
                                debtors motion to intervene in fraudulent
                                conveyance action (4.5); conf. with P. Bentley
                                re court ruling on intervention (0.5).
BECKER, GARY M.     06/11/02    Conf. with Bentley re discovery issues (0.2)                       0.20        80.00   4181979   06/12/02
BECKER, GARY M.     06/19/02    Conf. call with Debtor re Justice Dreier                           2.10       840.00   4192272   06/21/02
                                responses and Milberg retention (0.4); conf.
                                with Bentley re intervention issues (0.3);
                                prepare letter to Milberg re deposition
                                participation (0.4); prepare motion to
                                intervene in fraudulent conveyance action
                                (1.0).
BECKER, GARY M.     06/20/02    Send letter to Milberg re depositions.                             0.10        40.00   4198250   06/25/02
BECKER, GARY M.     06/21/02    Revise motion to intervene in adversary                            0.80       320.00   4198242   06/25/02
                                proceeding.
BECKER, GARY M.     06/27/02    Call Milberg re protocol draft letter and re                       1.50       600.00   4213064   07/01/02
                                Florence deposition (0.3); call Caplin &
                                Drysdale re Florence deposition (0.1); review
                                various letters re discovery disputes (0.4);
                                review asbestos committee memorandum re
                                solvency standard (0.7).

       Total For BECKER G - 05292                                                                 12.70     5,080.00


                                                                    Fee Total                     16.40     6,837.50
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    28
Run Date & Time: 08/15/2002 15:23:20                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1580549
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                         Employee               Date            Amount       Index#   Batch No   Batch Date


OUT-OF-TOWN TRAVEL                0950
 MARIANNE FERGUSON, CASHI                BECKER, G M           06/12/02           9.80       5885669    78009     06/12/02
 OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
 CASHIER 06/06/02

                                             0950 OUT-OF-TOWN TRAVEL Total :      9.80


B I L L E D   C O S T S   D E T A I L

Description/Code                         Employee               Date            Amount       Index#   Batch No   Batch Date


                                                                 Costs Total :    9.80
```

```
alp_132r: Billed Charges Analysis                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    29
Run Date & Time: 08/15/2002 15:23:20                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                        Orig Prtnr  : CRED. RGTS - 06975              Proforma Number:    1580549
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ISSUES                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status       : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  -------------------- Total Billed --------------------
Employee Name                Hours         Amount           Bill          W/o / W/u      Transfer To       Clnt/Mtr      Carry Forward

BENTLEY, PHILIP               3.70       1,757.50
BECKER, GARY M.              12.70       5,080.00
   Total:                    16.40       6,837.50


   B I L L E D   C O S T S   S U M M A R Y --------------------- Total Billed ---------------------
Code Description                      Amount              Bill           W/o / W/u     Transfer To      Clnt/Mtr      Carry Forward

0950 OUT-OF-TOWN TRAVEL                9.80

           Costs Total :               9.80
```

```
alp_132rc: Client Analysis Sheet                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
Run Date & Time: 08/15/02 15:23:29                         *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE              Work Thru : 06/30/02
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 14.40 | 3,870.00 | 332.91 | 4,202.91 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | COMITTEE & CREDITOR COR | 8.60 | 3,717.50 | 4.00 | 3,721.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00004 | ASSET SALES | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 0.20 | 95.00 | 0.00 | 95.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATION PREPARAT | 4.90 | 1,315.00 | 0.00 | 1,315.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | ASBESTOS CLAIM ISSUES | 10.40 | 4,557.50 | 41.90 | 4,599.40 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE IS | 16.40 | 6,837.50 | 9.80 | 6,847.30 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 54.90 | 20,392.50 | 388.61 | 20,781.11 | | | | |