IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned counsel for the Official Committee of Asbestos Personal Injury Claimants in the above-captioned case has changed its address.

**PLEASE TAKE FURTHER NOTICE** that, all notices given or required to be given in these proceedings be served upon its counsel of record at the following address:

CAMPBELL & LEVINE, LLC
800 King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900 – telephone
(302) 426-9947 – telecopier

CAMPBELL & LEVINE, LLC

/s/ Matthew G. Zaleski
Matthew G. Zaleski, III (ID #3557)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Dated: September 5, 2002

{D0004566:1 }