UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: USG CORPORATION, | : | Chapter 11 |
| a Delaware Corporation, | : | Case Nos. 01-2094 through |
| et al., | : | 01-2104 |
| | : | |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO. | : | Chapter 11 |
| et al., | : | Case Nos. 01-1139 through |
| | : | 01-1200 |
| Debtors. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing in the captioned matters will take place in Courtroom 4B, King Federal Building, 50 Walnut Street, Newark, New Jersey, at 10:00 a.m. on October 17 and October 18, 2002, regarding the motions for an entry of a case management order governing the asbestos personal injury claims.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALFRED M. WOLIN, U.S.D.J.

Dated: September 5, 2002