IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 through 01-1200 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) ) | Adv. No. 02-2210 [LEAD DOCKET] |
| SEALED AIR CORPORATION and CRYOVAC, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. No. 02-2211 |
| FRESENIUS MEDICAL CARE, HOLDINGS, INC., et al., | ) ) ) | This Document Pertains to Adv. No. 02-2210 |
| Defendants. | ) ) | |

**NOTICE OF SERVICE OF DEBTOR'S NOTICE OF DEPOSITION OF JAMES E. HAAS AND NOTICE OF DEPOSITION OF MARK A. PETERSON**

PLEASE TAKE NOTICE that on the 5th day of September, 2002, W.R. Grace & Co.-Conn caused its Notice of Deposition of James E. Haas and its Notice of Deposition of Mark

91100-001\DOCS_DE:54196.1

A Peterson (copies of which are attached hereto) to be served in accordance with the attached Certificate of Service.

Dated: September 5, 2002

        KIRKLAND & ELLIS
        David M. Bernick
        James H.M. Sprayregen, P.C.
        Andrew R. Running
        Douglas G. Smith
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000
        (312) 861-2200 (fax)

        and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        */s/ Scotta E. McFarland*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4184)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, HOLDINGS, INC., et al., | ) | This Document Pertains to Adv. No. 02-2210 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF JAMES E. HAAS

Please take notice that pursuant to Fed. R. Civ. P. 26 and 30 (incorporated into the Bankruptcy Rules by Fed. R. Bankr. P. 7026 and 7030), W. R. Grace & Co.-Conn. will take the

1

deposition of **James E. Haas** at the offices of Bilzen Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Blvd., Suite 2500, Miami, Florida 33131 on **September 11, 2002, commencing at 9:30 a.m.** and continuing until completed. The deposition shall be recorded by stenographic means before a certified court reporter authorized to administer the oath.

Please take notice that you are invited to attend and cross-examine the witness.

Dated: September 5, 2002

Respectfully submitted,

_____
KIRKLAND & ELLIS
David M. Bernick, P.C.
Michelle H. Browdy
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG &
JONES PC
Laura Davis Jones (#2436)
David Carickhoff (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, HOLDINGS, INC., et al., | ) | This Document Pertains to Adv. No. 02–2210 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF MARK A. PETERSON**

Please take notice that pursuant to Fed. R. Civ. P. 26 and 30 (incorporated into the Bankruptcy Rules by Fed. R. Bankr. P. 7026 and 7030), W. R. Grace & Co.-Conn. will take the

1

deposition of **Mark A. Peterson** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036-6522, on **September 9, 2002, commencing at 8:30 a.m.** and continuing until completed. The deposition shall be recorded by stenographic means before a certified court reporter authorized to administer the oath.

Please take notice that you are invited to attend and cross-examine the witness.

Dated: September 5, 2002

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick, P.C.
Michelle H. Browdy
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES PC
Laura Davis Jones (#2436)
David Carickhoff (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| ASBESTOS PERSONAL INJURY | ) | |
| CLAIMANTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| SEALED AIR CORPORATION | ) | |
| and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| ASBESTOS PERSONAL INJURY | ) | |
| CLAIMANTS, et al., | ) | |
| | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE, | ) | |
| HOLDINGS, INC., et al., | ) | This Document Pertains to Adv. No. 02–2210 |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

Scott McMillin hereby certifies that on this 5th day of September, 2002, he caused a copy of the following documents to be served upon the attached service list in the manner indicated:

1. Notice of Deposition of James E. Haas

2. Notice of Deposition of Mark A. Peterson

Dated: September 5, 2002

Respectfully submitted,

*[signature]*

KIRKLAND & ELLIS
David M. Bernick, P.C.
Michelle H. Browdy
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES PC
Laura Davis Jones (#2436)
David Carickhoff (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

## SERVICE LIST

Brad Friedman
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, New York 10119-0165
VIA FACSIMILE,

Robert Turken
Bilzen Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
VIA FACSIMILE

Nathan Finch
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005
VIA FACSIMILE

Henry Wasserstein
Bert Wolff
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, New York 10036-6522
VIA FACSIMILE

Jerel Ellington
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Denver Field Office
999 18th Street, Suite 945 North Tower
Denver, Colorado 80202
VIA FACSIMILE