**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: September 4, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date:  Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  2543**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Twelfth Interim Application of Bilzin Sumberg

Dunn Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered

and Reimbursement of Expenses for the Period From June 1, 2002 through June 30, 2002 ("the

Application").   The undersigned further certifies that the Court's docket in this case reflects that

no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to

the Notice of Application, objections to the Application were to be filed and served no later than

September 4, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $24,837.60 which represents 80% of the fees ($31,047.00)

and $7,577.57, which represents 100% of the expenses requested in the Application for the

period June 1, 2002 through June 30, 2002, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

                                          FERRY, JOSEPH & PEARCE, P.A.


                                          /s/ Theodore J. Tacconelli
                                          Michael B. Joseph (#392)
                                          Theodore J. Tacconelli (#2678)
                                          Rick S. Miller (#3418)
                                          824 Market Street, Suite 904
                                          P.O. Box 1351
                                          Wilmington, DE. 19899
                                          (302) 575-1555
                                          Local Counsel to the Official Committee of
                                          Asbestos Property Damage Claimants

                                          -and-

                                          Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                                          Scott L. Baena, Esq.
                                          Jay M. Sakalo, Esq.
                                          2500 First Union Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131-2336
                                          Counsel to the Official Committee of Asbestos
                                          Property Damage Claimants

Dated: September 6, 2002