COPY



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | : | |
| Debtors. | : | |
| ZONOLITE CLAIMANTS- BARBANTI, BUSCH, REBIL, PRICE & MCMURCHIE, | : | Delaware Civ. No. 02-MC-94 |
| Appellants, | : | |
| v. | : | **O R D E R** |
| W.R. GRACE & CO., et al., | : | |
| Appellee. | : | |

In accordance with the Court's Memorandum Opinion filed herewith,

It is on this 30TH day of August, 2002

ORDERED that the motion of the Zonolite Attic Insulation Property Damage Claimants for leave to appeal is granted; and it is further

ORDERED that the Order of the Honorable Judith K. Fitzgerald, U.S.B.J., dated June 18, 2002, is affirmed; and it is further

ORDERED that the above-captioned miscellaneous action is dismissed.

ALFRED M. WOLIN, U.S.D.J.