REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    967134 |
| One Town Center Road | Invoice Date   08/31/02 |
| Boca Raton, FL   33486 | Client Number    172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Special Abestos Counsel (Litigation and Litigation Consulting)

Fees                               113,523.25

TOTAL BALANCE DUE UPON RECEIPT      $ 113,523.25
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number      967134 |
| One Town Center Road | Invoice Date      08/31/02 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number      60026 |

==============================================================================

Re: (60026)  Special Abestos Counsel (Litigation and Litigation Consulting)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|---|---|---|---|
| 07/01/02 | Atkinson | Queries on Summation re: Grace Document Box 1924 and e-mails to M. Murphy and Holmes Robert re: same (.3); printing materials from Summation for associates' review (.9); e-mail to associates re: review and arrangements to send boxes to them for review (.3); reviewing documents pulled by associates for proper coding for trade secret, privilege, medical confidential (2.2). | 3.70 |
| 07/01/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.70 |
| 07/01/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.20 |
| 07/01/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/01/02 | Haines | Multi memos to Raytik re: missing data (0.3); memos to ONSS re: missing data (0.3); memos to Atkinson re: HRO box tracking database (0.2); research re: missing data, Vols. 44 and 45 (0.4); memos to Atkinson re: attorney work-product document | 2.00 |

```
172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                    Page    2
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | review status and production in fraudulent conveyancing action (0.3); telephone call with Thornton re: delivery schedule and project status (0.3); memo re: same (0.2). | |
| 07/01/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.00 |
| 07/01/02 | Raytik | Updated spreadsheet regarding scanned documents | .60 |
| 07/01/02 | Raytik | E-mails to Susan Haines regarding updated spreadsheets. | .10 |
| 07/01/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.30 |
| 07/02/02 | Atkinson | Checking coding for documents pulled by associates as trade secret, privilege, medical confidential (.8); checking memo listing target sheets/patch sheets redacted from Summation (.3); organizing for permanent filing documents designated as trade secret, privilege, medical confidential (.8). | 1.90 |
| 07/02/02 | Bentz | Reviewing and summarizing news articles on Grace, Libby and Zonolite insulation. | 1.00 |
| 07/02/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.30 |
| 07/02/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.50 |

```
172573  W. R. Grace & Co.                        Invoice Number  967134
  60026  Special Abestos Counsel                 Page    3
         August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| 07/02/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.90 |
| 07/02/02 | Haines | Telephone call with Murphy re: labeling of ledger boxes (0.2); telephone call with Murphy re: document production in fraudulent conveyance case (0.2); memo to Trevelise re: same (0.1); memo to Coggon re: On-Site delivery for next week (0.1); memos re: missing data (0.3); memo to Atkinson re: status of attorney work-product document review (0.2). | 1.10 |
| 07/02/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.40 |
| 07/02/02 | Raytik | E-mails to and from Karen Hindman regarding problems with Summation. | .10 |
| 07/02/02 | Raytik | Received and reviewed spreadsheets of new documents. | .10 |
| 07/02/02 | Raytik | Profiled and printed out spreadsheets to search for missing data. | .10 |
| 07/02/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.10 |
| 07/03/02 | Atkinson | Printing summary sheets from Summation for associates' review (.2); checking memo relating to data deleted from Summation database (.7). | .90 |
| 07/03/02 | Bentz | Review of news articles re Grace, Libby and Zonolite insulation. | .75 |
| 07/03/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Ch. 11 cases. | 5.20 |

```
172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel            Page   4
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|------|------|
| 07/03/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/03/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.90 |
| 07/03/02 | Haines | Multi memos re: missing data | .40 |
| 07/03/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.50 |
| 07/03/02 | Raytik | Updated spreadsheets ande researched missing dataregarding scanned documents | 7.05 |
| 07/03/02 | Restivo | Prepare for and participate in conference call WR Grace re: "science" trial. | 1.00 |
| 07/05/02 | Atkinson | Printing summaries for associates' review of documents (1.1); checking coding of documents re: trade secret, privilege, medical confidential (.8). | 1.90 |
| 07/05/02 | Haines | Research re: missing data (0.8); memos to ONSS re: same (0.3); memos to Coggon, Murphy re: completed data uploads (0.3); memos to Hindman re: same (0.1). | 1.50 |
| 07/05/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.50 |
| 07/07/02 | Cameron | Review e-mails and correspondence regarding outstanding attic insulation issues in EPA/Chap. 11 Cases. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                     Page    5
        August 31, 2002


   Date   Name                                                    Hours
 --------  -----------                                             -----

07/08/02 Bentz              Review of news publications              .40
                            regarding Grace, Libby and
                            Zonolite attic insulation.

07/08/02 Butcher            Attorney work-product document          3.20
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/08/02 Cameron            Review R. Finke e-mails and             1.60
                            telephone call with R. Finke
                            regarding open issues (.9); review
                            draft objections to ZAI budget and
                            provide comments (.7).

07/08/02 Cindrich           Attorney work-product document          1.80
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/08/02 DeMarchi Sleigh    Attorney work-product document           .40
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/08/02 Haines             Multi memos re: missing data            1.50
                            (0.5); memos re: data uploads
                            (0.2); telephone call to Flakker
                            re: summation status (0.1);
                            telephone call with Thornton re:
                            status and delivery of data this
                            week (0.4); memos re: same (0.3).

07/08/02 K. Hindman         Run three Summation utilities           1.00
                            relating to scanned documents

07/08/02 Raytik             E-mail and telephone calls to and        .30
                            from Harrison Flakker regarding
                            scanned documents

07/08/02 Sweet              Attorney work-product document          7.00
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/09/02 Atkinson           Completing memo regarding data          3.20
                            deleted from Summation  (1.8);
                            checking documents from Summation

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page   6
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | to verify documents pulled by associates are properly coded for privilege, trade secret, medical confidential (.7). print documents for associates' review (.3); arrangements to have paper copies of documents from CDs and checking status of associates' review (.4). |  |
|------|------|---|-------|
| 07/09/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.30 |
| 07/09/02 | Cameron | Review materials regarding meeting with consultant and make arrangements for same (.9); Review materials relating to status of document review (.9); Review science trial issues (1.3). | 3.10 |
| 07/09/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.60 |
| 07/09/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.60 |
| 07/09/02 | Devine | Attorney work-product document revie and review for production of documents to EPA and in Chapter 11 Cases. | 3.60 |
| 07/09/02 | Flatley | Review correspondence relating to ZAI issues. | .50 |
| 07/09/02 | Haines | Multi memos re: data uploads and transfer of scanned documents images to (0.3); memo re: delivery of data for this week (0.2). | .50 |
| 07/09/02 | K. Hindman | Performed a find and replace on the litigation summaries, load data and images and performed maintenance checks of data. | 3.50 |

172573  W. R. Grace & Co.                           Invoice Number  967134
  60026  Special Abestos Counsel                    Page    7
         August 31, 2002

    Date   Name                                                     Hours
  -------- -----------                                              -----

07/09/02 Muha              Attorney work-product document          4.00
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/09/02 Raytik            Updated  spreadsheets and               1.50
                           researched missing data regarding
                           scanned documents; emails to K.
                           Hindman and S. Haines re: same

07/10/02 Atkinson          Telephone call with S. Haines           2.50
                           (PHL) re: procedure for
                           spreadsheets/CDs of missing data
                           in database, and memo to D.
                           Cameron re: same (.6); reviewing
                           documents pulled by associates re:
                           coding for trade secret,
                           privilege, medical confidential
                           (1.9).

07/10/02 Bentz             Work on outline and summaries            .90
                           for historical case defense project.

07/10/02 Butcher           Attorney work-product document           .70
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/10/02 Cameron           Telephone call with R. Finke and        1.60
                           review materials regarding
                           upcoming witness meetings (.8);
                           review and revise outline for
                           science trial issues (.8).

07/10/02 Cindrich          Attorney work-product document          2.60
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/10/02 DeMarchi Sleigh   Attorney work-product document          4.80
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/10/02 Devine            Attorney work-product document          3.30
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

```
172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page    8
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 07/10/02 | Haines | Telephone call with Atkinson re: CD loading and missing data processes (0.3); two telephone calls with On-Site re: delivery of data for this week and box list (0.4); memos re: same (0.3). | 1.00 |
| 07/10/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.90 |
| 07/10/02 | Raytik | Email to Susan Haines re: updating document database | .20 |
| 07/11/02 | Atkinson | Proofreading, revising, checking documents relating to memo listing Guidelines inadvertently scanned documents and sending final memorandum re: same to A. Trevelise, S. Haines (PHL). | 1.60 |
| 07/11/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.80 |
| 07/11/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/11/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.00 |
| 07/11/02 | Flatley | With D. Cameron and e-mails re: Yang deposition issues (.20); e-mails from/to D. Kuchinsky re: conference call (.10); review correspondence and reports of medical conference (.80). | 1.10 |
| 07/11/02 | Restivo | Receipt and review of new correspondence, e-mails, reports and  pleadings relay to science trial issues | 1.00 |

```
172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                     Page    9
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/12/02 | Bentz | Revise detailed outline for historical case defense project. | 1.25 |
| 07/12/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.80 |
| 07/12/02 | Cameron | Telephone call with R. Finke relating to ZAI issues in cost recovery action (.6); Telephone call with J. Restivo and e-mail regarding same (.5); Telephone call with L. Flatley regarding same (.4); Review issues and prepare detailed summary regarding same (.9); Review materials regarding depositions in cost recovery action and e-mails (.7). | 3.10 |
| 07/12/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.50 |
| 07/12/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.20 |
| 07/12/02 | Flatley | E-mails relating to open expert issues (0.2); call with R. Finke re: expert strategy issues (0.6); follow-up of expert issues including with D. E. Cameron re: R. Finke (0.3); e-mail re deposition schedules and response (0.2) | 1.30 |
| 07/12/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.20 |
| 07/13/02 | Cameron | Review documents for witness meetings (.9). | .90 |
| 07/14/02 | Butcher | Attorney work-product document | 4.00 |

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page   10
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | review and review for production of documents to EPA and in Chapter 11 Cases. | |
| 07/14/02 | Flatley | Preparation for 7/15 conference call with D. Kuchinsky, et al. | 1.20 |
| 07/15/02 | Atkinson | E-mail to Holme Roberts with listing of materials deleted from database (.2); checking associates' status of review of documents (.3); Summation searches re: number of documents reviewed to date (.3). | .80 |
| 07/15/02 | Bentz | Preparation of add'l outlinea in connection with historical case defense project. | .80 |
| 07/15/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.50 |
| 07/15/02 | Cameron | Prepare for and meet with J. Restivo regarding outstanding issues and ZAI schedule (.7); E-mail and telephone call with R. Finke regarding witness scheduling issues and review materials in preparation for same (1.4); Review Holme Roberts correspondence and summaries of expert issues (1.3); review draft materials from J. Baer relating to proposed budget (.5). | 3.90 |
| 07/15/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.20 |
| 07/15/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/15/02 | Flatley | Review e-mails relating to | 3.20 |

172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page  11
        August 31, 2002


    Date   Name                                          Hours
 --------  -----------                                   -----

                       consultant issues and respond
                       (0.2); prepare for conference call
                       (0.4); conference call with R.
                       Finke, K. Kuchinsky, et al. and
                       follow-up (1.4); call with D.
                       Cameron and e-mails (0.2); call
                       with J. Benz re: outline of case
                       defense (0.7); review article
                       relating to Grace (0.3).

 07/15/02 Haines       Memo to Atkinson re: review of         1.10
                       microfilm images (0.2); memos re:
                       box return (0.3); memos to On-Site
                       re: CD shipment and missing data
                       (0.2); telephone call with On-Site
                       re: same (0.4).

 07/15/02 Muha         Attorney work-product document         5.70
                       review and review for production
                       of documents to EPA and in Chapter
                       11 Cases.

 07/15/02 Raytik       Emails to S. Haines re: missing          .10
                       data from scanned documents

 07/15/02 Restivo      Review draft and final pleadings       1.40
                       re: science trial

 07/16/02 Bentz        Review and revise outlines             1.60
                       relating to historical case
                       defense project.

 07/16/02 Butcher      Attorney work-product document         1.00
                       review and review for production
                       of documents to EPA and in Chapter
                       11 Cases.

 07/16/02 Cameron      Review consultant correspondence       1.60
                       and summaries (.9); Review
                       materials relating to trial on ZAI
                       science issues (.7).

 07/16/02 Cameron      Review materials relating to cost        .80
                       recovery action depositions

 07/16/02 Cindrich     Attorney work-product document         2.00
                       review and review for production
                       of documents to EPA and in Chapter

```
172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page   12
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | 11 Cases. | |
|------|------|--|-------|
| 07/16/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.70 |
| 07/16/02 | Flatley | Call with W. Sparks re: witness issues  (0.7); follow-up on W. Sparks call, including call with D. Cameron (0.2). | .90 |
| 07/16/02 | Haines | Multi memos to Hindman re: data relating to scanned documents (0.3); memos to On-Site re: incomplete data (0.2); memo re: box tracking (0.1). | .60 |
| 07/17/02 | Bentz | Revisions to attorneya' work product and emails relating to historical case defense project. | .50 |
| 07/17/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.70 |
| 07/17/02 | Cameron | Telephone call with R. Finke and e-mails regarding consultant meetings (.5); review draft materials from consultant (.9); review materials for 7/22 hearing (.7). | 2.10 |
| 07/17/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.10 |
| 07/17/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.00 |
| 07/17/02 | Haines | Multi memos to Hindman re: new database inputs (0.3); memos to Atkinson re: attorney work-product document review status (0.2); | .80 |

```
172573  W. R. Grace & Co.                       Invoice Number  967134
 60026  Special Abestos Counsel                 Page  13
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | memos to On-Site re: missing data status (0.3). | |
| 07/17/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.00 |
| 07/17/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.10 |
| 07/18/02 | Atkinson | Send documents to associates to review (.2); arrangements for coding summaries provided by associates (.1). | .30 |
| 07/18/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases.. | 1.10 |
| 07/18/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/18/02 | Cameron | Prepare for and participate in lengthy conference with R. Finke re:  comments to testing data and review of same (1.90); review materials for meeting in Vermont with R. Finke re:  expert presentations (1.40). | 3.30 |
| 07/18/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/18/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/18/02 | Haines | Memos re: On-Site invoice (0.2); memos re: missing data (0.2). | .40 |

172573 W. R. Grace & Co.
60026  Special Abestos Counsel
        August 31, 2002

Invoice Number  967134
Page  14

| Date | Name | | Hours |
|------|------|------|-------|
| 07/18/02 | K. Hindman | Copied data on CDs | 3.00 |
| 07/18/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/19/02 | Atkinson | Reviewing documents from Summation reviewed by associates and determined to be trade secret, medical confidential, privileged. | 2.20 |
| 07/19/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/19/02 | Cameron | Participate in lengthy conference call with R. Finke and consultant re:  work to be done on testing issues (1.80); review materials relating to Julie Yang deposition preparation and deposition (1.60). | 3.40 |
| 07/19/02 | Cameron | Particiated in part of telephone call with R. Finke and J. Restivo re: response to EPA proposed stipulation in cost recovery action (.50); e-mails re:  same (.40). | .90 |
| 07/19/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/19/02 | Flatley | E-mails re: scheduling of deposition in cost recovery action (.20); participate in part of conference call with R. Finke, and J. Restivo relate to same (.40). | .60 |
| 07/19/02 | Haines | Two telephone calls with On-Site re: project/CD status; conference with Trevelise re: data transfer to HRO (0.3); memos re: same (0.3); memos re: new tests relating to  incomplete data (0.2). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  967134
60026  Special Abestos Counsel                    Page  15
       August 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|

| 07/19/02 | K. Hindman | Edited data received from On-Site, loaded data and images, performed maintenance checks and searched for missing data relating to scanned documents. | 4.00 |
| 07/19/02 | Raytik | Conversation and e-mail with Susan Haines regarding database. | .20 |
| 07/19/02 | Restivo | Conference and telephone calls with R. Finke re:  EPA proposed stipulation | 1.00 |
| 07/19/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.50 |
| 07/20/02 | Flatley | Review draft reports. | .70 |
| 07/22/02 | Bentz | Review of report regarding expert work in cost recovery action (1.0); corresponding with D. Cameron regarding same (.25). | 1.25 |
| 07/22/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.20 |
| 07/22/02 | Cameron | Prepare for and meet with R. Finke concerning expert work on attic insulation (1.5); attend meeting with and presentations of potential asbestos expert witnesses (7.5). | 9.00 |
| 07/22/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/22/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.00 |
| 07/22/02 | Haines | Meeting with Thornton at On-Site re: remaining data issues, | 2.60 |

172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                    Page  16
        August 31, 2002

    Date    Name                                                      Hours
  -------- -----------                                                -----

                        outstanding boxes, final invoicing
                        and scanning project wrap-up.

  07/22/02 K. Hindman   Removed data and reloaded              2.00
                        corrected data and images, perform
                        maintenance checks and search for
                        missing data relating to scanned
                        documents.

  07/23/02 Butcher      Attorney work-product document         3.00
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

  07/23/02 Cameron      Prepare for and meet with R. Finke     5.80
                        re:  expert issues (1.0); attend
                        meetings with experts concerning
                        exposures and monitoring of Libby
                        Vermiculite (4.5);telephone call
                        with J. Restivo re:  report on
                        7/22 hearing and things to do with
                        respect to proposed budget as
                        required by the Court (.30).

  07/23/02 Cindrich     Attorney work-product document         7.80
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

  07/23/02 DeMarchi Sleigh  Attorney work-product document      .80
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

  07/23/02 Flatley      Review draft report.                   1.00

  07/23/02 Haines       Memo to Latuda re: outstanding          .60
                        boxes at On-Site (0.2); memos to
                        Raytik re: missing data (0.3);
                        memo to On-Site re: missing data
                        (0.1).

  07/23/02 Raytik       Researched missing data and             .30
                        updated spreadsheets regarding
                        scanned documents.

  07/23/02 Restivo      Revise ZAI budget                       .50

  07/23/02 Sweet        Attorney work-product document         9.10

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page  17
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | review and review for production of documents to EPA and in Chapter 11 Cases. | |
| 07/24/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.80 |
| 07/24/02 | Cameron | Review materials relating to budget for ZAI trial and telephone call with J. Baer re:  same (.40); telephone call with L. Flatley re: scheduled witness meeting (.40); telephone call with R. Finke re: deposition preparation issues (.60); review materials for deposition preparation (.90). | 2.30 |
| 07/24/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/24/02 | Flatley | Call with W. Sparks re: witness meeting issues (.40); follow up on call with D. Cameron (.40); e-mails re scheduling of meetings (.20); preparation for meeting (.50). | 1.50 |
| 07/24/02 | Haines | Telephone calls to Murphy, On-Site re: missing box reconciliation (0.3); memos re: scanning invoice (0.2); memos re: missing data (0.6); memo to Hindman re: database information for Holme Roberts  for cost recovery action(0.1); research missing data (0.4). | 1.60 |
| 07/24/02 | Raytik | Updated spreadsheet and researched missing data re: scanned documents. | 3.00 |
| 07/24/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 9.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page  18
        August 31, 2002


   Date   Name                                              Hours
 -------- -----------                                       -----

 07/25/02 Bentz          Reviewing and summarizing news      2.30
                         articles regarding Grace, Libby
                         and ZAI (.3); preparation of
                         detailed summaries for historical

                         case defense (1.5); review of
                         draft response to EPA action memo
                         in cost recovery action (.5).

 07/25/02 Brady          Attorney work-product document      4.80
                         review and review for production
                         of documents to EPA and in Chapter
                         11 Cases.

 07/25/02 Cameron        Meet with J. Restivo re:  ZAI        1.40
                         trial budget order (.20); prepare
                         for and participate in conference
                         call with R. Finke and asbestos
                         consultant (1.20);

 07/25/02 Cameron        Review materials relating to        1.40
                         experts in cost recovery action
                         and telephone call with R. Finke
                         re:  same (1.40).

 07/25/02 Cindrich       Attorney work-product document      1.30
                         review and review for production
                         of documents to EPA and in Chapter
                         11 Cases.

 07/25/02 Flatley        E-mails re: conference call           .60
                         scheduling  and open issues
                         (.40);review correspondence
                         relating to science trial issues
                         (.20).

 07/25/02 Muha           Attorney Work-Product Document      2.60
                         Review and review for production
                         of documents to EPA and in Chapter
                         11 Cases.

 07/25/02 Raytik         Research of missing data and        2.60
                         update spreadsheet of scanned
                         documents

 07/25/02 Sweet          Attorney work-product document      8.20
                         review and review for production
                         of documents to EPA and in Chapter
```

```
172573  W. R. Grace & Co.                      Invoice Number  967134
 60026  Special Abestos Counsel                Page  19
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | 11 Cases. |  |
| 07/26/02 | Bentz | Review of response  in cost recovery action to EPA pronouncement (1.5); review of<br><br>news articles regarding Grace and ZAI (.2) | 1.70 |
| 07/26/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.60 |
| 07/26/02 | Cameron | Review e-mails from R. Finke and Holme Roberts concerning discovery issues in cost recovery action (.4);Review discovery from claimants regarding science trial (.3). | .70 |
| 07/26/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | .50 |
| 07/26/02 | Flatley | Organizing materials in preparation for Cambridge witness meeting (.90); e-mails re: Camridge meeting (.20). | 1.10 |
| 07/26/02 | Haines | Memos re: missing data and edits to database for Holmes Roberts. | .30 |
| 07/26/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.20 |
| 07/26/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.10 |
| 07/28/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.40 |

172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page  20
        August 31, 2002


   Date   Name                                              Hours
 -------- -----------                                       ------

 07/28/02 Cameron          Review expert materials relating    1.50
                           to cost recovery action discovery
                           and pre-trial issues.

 07/29/02 Atkinson         Reviewing coding for documents       2.80
                           reviewed by associates and
                           determined to be trade secret,
                           medical confidential, privileged,
                           and making appropriate changes.

 07/29/02 Bentz            Correspondence with L. Flatley        .80
                           regarding preparation of outlines
                           for historical case defense (.4);
                           review of news article regarding
                           Grace (.4).

 07/29/02 Brady            Attorney work-product document       8.30
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

 07/29/02 Cameron          Continue review of expert report     1.80
                           materials for EPA cost recovery
                           action.

 07/29/02 Cindrich         Attorney work-product document       6.30
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

 07/29/02 Haines           Multi memos to Hindman, Atkinson     3.00
                           re: edited data for Holme Roberts
                           (0.3); memos to On-Site re: data
                           provided relating to documents
                           produced (0.2); research re:
                           missing data (0.8); memo re: same
                           (0.2); memos re: Phase I review
                           (0.8); memos re: image counts and
                           document review status (0.7).

 07/29/02 Muha             Attorney work-product document       6.50
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

 07/30/02 Atkinson         Reviewing coding for documents       2.70
                           reviewed by associates and

```
172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page  21
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | determined to be trade secret, medical confidential, privileged and making appropriate changes. |  |
| 07/30/02 | Bentz | Preparation and work on revisions to outline and summaries relating to historical case defense (6.7); reviewing and summarizing recent news articles regarding Grace, Libby and Attic Insulation (.5). | 7.20 |
| 07/30/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.40 |
| 07/30/02 | Cameron | Review materials relating to cost recovery action experts and expert materials to be filed on 7/31/02. | 2.60 |
| 07/30/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.90 |
| 07/30/02 | Haines | Conference with Trevelise re: document review scanning status (0.2); telephone call with On-Site re: scanning data status (0.1); memo to Hindman re: On-Site database (0.1); memos re: document review/scanning status (0.7); memos re: data transfer to Holme Roberts(0.2). | 1.30 |
| 07/30/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing. | 2.00 |
| 07/30/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.30 |
| 07/31/02 | Atkinson | Reviewing/revising coding for documents reviewed by associates and determined to be trade secret privileged, medical confidential | 3.60 |

```
172573   W. R. Grace & Co.                      Invoice Number  967134
 60026   Special Abestos Counsel               Page   22
         August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | (3.2); additional documents to associates to review (.4). | |
| 07/31/02 | Bentz | Preparation of outline and matierials for witness interview and meeting (4.6); Reviewing and summarizing news articles regarding Grace and Libby (.75). | 5.35 |
| 07/31/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.80 |
| 07/31/02 | Cameron | Telephone call with R. Finke regarding report on expert meeting in Denver (.5); Review materials in preparation for meeting with experts (.8). | 1.30 |
| 07/31/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/31/02 | K. Hindman | Copied data from CD's received from On-Site, loaded data and images into litigation data base and performed maintenance checks. | 5.00 |

```
                                                      ------
                                     TOTAL HOURS      547.15
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.90 | at $ | 430.00 | = | 2,107.00 |
| Lawrence E. Flatley | 13.70 | at $ | 400.00 | = | 5,480.00 |
| Douglas E. Cameron | 55.10 | at $ | 385.00 | = | 21,213.50 |

172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                    Page  23
        August 31, 2002


| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James W Bentz | 25.80 | at | $ | 300.00 | = | 7,740.00 |
| Scott W. Brady | 45.40 | at | $ | 185.00 | = | 8,399.00 |
| Scott M. Cindrich | 76.90 | at | $ | 185.00 | = | 14,226.50 |
| Lisa D. DeMarchi Sleigh | 61.30 | at | $ | 185.00 | = | 11,340.50 |
| Bryan C. Devine | 6.90 | at | $ | 185.00 | = | 1,276.50 |
| Jayme L. Butcher | 45.20 | at | $ | 185.00 | = | 8,362.00 |
| Andrew J. Muha | 53.30 | at | $ | 185.00 | = | 9,860.50 |
| Benjamin J. Sweet | 72.40 | at | $ | 180.00 | = | 13,032.00 |
| M. Susan Haines | 21.40 | at | $ | 150.00 | = | 3,210.00 |
| Maureen L. Atkinson | 28.10 | at | $ | 120.00 | = | 3,372.00 |
| Carey E. Raytik | 16.25 | at | $ | 75.00 | = | 1,218.75 |
| Karen Hindman | 20.50 | at | $ | 110.00 | = | 2,255.00 |

                         CURRENT FEES                        113,093.25


                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $ 113,093.25
                                                        ============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
    W.R Grace & Co.                      Invoice Number      967134
    One Town Center Road                 Invoice Date      08/31/02
    Boca Raton, FL   33486               Client Number       172573
```

====================================================================================

Re: Hearings.

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/18/02 | Restivo | Preparation for 7/22 omnibus hearing relating to asbestos issues on agenda | 1.00 |
| 07/22/02 | Restivo | Preparation for and attendance at omnibus hearing relating to asbestos issues | 6.50 |
| | | | ------ |
| | | TOTAL HOURS | 7.50 |

| TIME SUMMARY | Hours | Value |
|--------------|-------|-------|
| James J. Restivo Jr. | 7.50 | 3,125.00 |

```
                   CURRENT FEES                          3,125.00

                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT      $ 3,125.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


5400 Broken Sound Blvd., N.W.          Invoice Number      967132
Boca Raton, FL 33487                   Invoice Date      08/31/02
                                       Client Number       172573
                                       Matter Number        60027


==============================================================================

Re: Travel--Non-Working

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/21/02 | Cameron | Travel to Vermont for meeting with R. Finke and various experts. | 2.00 |
| 07/23/02 | Cameron | Return to Pittsburgh--one half travel time with no work. | 2.00 |
| | | | ------ |
| | | TOTAL HOURS | 4.00 |


| TIME SUMMARY | Hours | Value |
|--------------|-------|-------|
| Douglas E. Cameron | 4.00 | 1,540.00 |

                      CURRENT FEES                        1,540.00
                                                     -------------

                      TOTAL BALANCE DUE UPON RECEIPT    $ 1,540.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


5400 Broken Sound Blvd., N.W.                    Invoice Number      967133
Boca Raton, FL 33487                             Invoice Date     08/31/02
                                                 Client Number      172573
                                                 Matter Number       60029


==============================================================================

Re: Fee Applications, Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 07/01/02 | Keuler | Reviewed monthly fee application and met with J. Lord regarding fee application and changes. | .30 |
| 07/03/02 | Lord | Review docket and update service lists and labels. | 1.20 |
| 07/08/02 | Cameron | Review materials for fee application (1.1) | 1.10 |
| 07/08/02 | Lord | E-correspondence with D. Cameron re: filing of CNOs. | .20 |
| 07/13/02 | Cameron | Review fee application materials (.6); | .60 |
| 07/16/02 | Keuler | Reviewed e-filing notices received from court. | .10 |
| 07/23/02 | Lord | Research docket and draft CNO for Reed Smith's Eleventh Monthly Fee Application. | .60 |
| 07/23/02 | Muha | Review invoices and fee/expense details for 12th monthly verified fee application in Grace bankruptcy; analyze/revise for compliance with Fee Auditor's report. | 2.10 |

```
172573  W. R. Grace & Co.                    Invoice Number  967133
 60029  Fee Applications, Applicant          Page 2
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 07/24/02 | Lord | E-correspondence to/from D. Cameron re: CNO for eleventh monthly application and upcoming quarterly application (.3). | .30 |
| 07/25/02 | Lord | Research docket for objections to Reed Smith's May fee application (.2); review amended administrative order and prepare e-correspondonce to D. Cameron re: CNO for same (.2). | .40 |
| 07/26/02 | Keuler | Met with J. Lord regarding fee application. Reviewed certifcate of no objection. | .20 |
| 07/26/02 | Lord | Review and edit CNO for Reed Smith May fee application (.2); discuss same with R. Keuler (.1); prepare additional service and coordinate e-filing of same (.4). | .70 |
| 07/26/02 | Muha | Discuss fee auditor report and future fee application procedures with D. Cameron. | .70 |
| 07/29/02 | Lord | Prepare correspondence to R. Finke of W.R. Grace re: Eleventh Monthly CNO. | .30 |
| 07/30/02 | Muha | Revise fee/expense details for 12th monthly fee application; meet with billing department re: same; prepare item for 4th Quarterly fee application. | 5.00 |
| 07/31/02 | Muha | Review and edit materials for submission with 12th Monthly and 4th Quarterly fee applications. | 2.50 |

```
                                             ------
                                TOTAL HOURS    16.30
```

```
172573  W. R. Grace & Co.                    Invoice Number  967133
 60029  Fee Applications, Applicant          Page   3
        August 31, 2002
```

| TIME SUMMARY | Hours | Value |
|---|---|---|
| Douglas E. Cameron | 1.70 | 654.50 |
| Andrew J. Muha | 10.30 | 1,751.00 |
| Richard A. Jr. Keuler | .60 | 129.00 |
| John B. Lord | 3.70 | 481.00 |

```
                CURRENT FEES                        3,015.50
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT    $ 3,015.50
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      967131
One Town Center Road                     Invoice Date      08/31/02
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026
================================================================================

Re: Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                     35.43
    Documentation Charge                  83.31
    Duplicating/Printing                 299.85
    Courier Service                      182.65
    Outside Duplicating                2,551.73
    Secretarial Overtime                 727.50
    Transportation                         6.00
    Air Travel Expense                 1,478.00
    Rail Travel Expense                 (190.00)
    Automobile  Rental                    13.00
    Taxi Expense                         211.66
    Mileage Expense                       81.58
    Meal Expense                          73.37
    Document Scanning Expense          2,343.09


            CURRENT EXPENSES                       7,897.17
                                                 --------------

            TOTAL BALANCE DUE UPON RECEIPT       $ 7,897.17
                                                 ==============