REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 967131 |
| Invoice Date | 08/31/02 |
| Client Number | 172573 |

Re: W. R. Grace & Co.

(60026) Special Abestos Counsel (Litigation and Litigation Consulting)

| | |
|---|---|
| Expenses | 7,897.17 |
| TOTAL BALANCE DUE UPON RECEIPT | $ 7,897.17 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

Invoice Number 967131
Invoice Date 08/31/02
Client Number 172573
Matter Number 60026

Re: (60026) Special Abestos Counsel (Litigation and Litigation Consulting)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/23/01 | Courier Service parcels inc inv 12/23/01 | 145.00 |
| 04/26/02 | Courier Service FEDEX | 2.65 |
| 05/01/02 | Telephone Expense-M. Atkinson | 5.73 |
| 06/01/02 | Telephone Expense-M. Atkinson | 14.02 |
| 06/19/02 | 617-542-3025/BOSTON, MA/14 | .86 |
| 06/21/02 | Air Travel Expense- ATKINSON/MAUREEN L 25JUN PIT BOS PIT-Review of documents | 976.50 |
| 06/21/02 | 617-542-3025/BOSTON, MA/4 | .23 |
| 06/22/02 | Secretarial Overtime TYPED REPORTS IN SUMMATION for Attorney Work-Product Document Review | 105.00 |
| 06/23/02 | Rail Travel Expense-HAINES/SUSAN 10JUN PHL NYP PHL | -190.00 |
| 06/24/02 | 617-542-3025/BOSTON, MA/6 | .40 |
| 06/24/02 | 617-542-3025/BOSTON, MA/4 | .23 |
| 06/27/02 | 312-704-7700/CHICAGO, IL/1 | .11 |
| 06/28/02 | 312-861-2162/CHICAGO, IL/13 | .74 |
| 06/29/02 | Courier Service parcels,inc inv 6/29/02 | 35.00 |
| 07/01/02 | ATTY # 0718; 110 COPIES | 16.50 |
| 07/01/02 | ATTY # 0718; 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |

| | | |
|---|---|---|
| 07/01/02 | ATTY # 0559: 3 COPIES | .45 |
| 07/01/02 | ATTY # 0559: 5 COPIES | .75 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |
| 07/01/02 | ATTY # 0559: 5 COPIES | .75 |
| 07/01/02 | ATTY # 0559: 3 COPIES | .45 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | 212-252-9700/NEW YORK, NY/5 | .34 |
| 07/02/02 | ATTY # 0856: 72 COPIES | 10.80 |
| 07/02/02 | ATTY # 0887: 1 COPIES | .15 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.00 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.63 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.63 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.40 |
| 07/03/02 | ATTY # 0885: 13 COPIES | 1.95 |
| 07/06/02 | Secretarial Overtime TYPING REPORTS IN SUMMATION for Attorney Work-Product Document Review | 210.00 |
| 07/08/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 07/08/02 | 312-861-3070/CHICAGO, IL/13 | .80 |

| | | |
|---|---|---|
| 07/08/02 | 561-362-1533/BOCA RATON, FL/16 | .91 |
| 07/08/02 | 412-288-3037/PITTSBURGH, PA/2 | .17 |
| 07/08/02 | 212-252-9700/NEW YORK, NY/9 | .51 |
| 07/08/02 | ATTY # 0885: 3 COPIES | .45 |
| 07/08/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/08/02 | ATTY # 0349: 3 COPIES | .45 |
| 07/09/02 | ATTY # 0885; 36 COPIES | 5.40 |
| 07/09/02 | ATTY # 0349: 6 COPIES | .90 |
| 07/09/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/09/02 | ATTY # 0885: 3 COPIES | .45 |
| 07/09/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/10/02 | COPY 17 PG DOC 181 TIMES, POST MAIL, SERVE LOCALS, COPIED 5/21/02 (JOHN B. LORD) Outside Duplicating relating to CNOs | 484.18 |
| 07/10/02 | COPY 16 PG DOC 23 TIMES, SERVE ALL BY HAND ON 5/9/02 (JOHN B. LORD) Outside Duplicating relating to CNOs | 38.87 |
| 07/10/02 | Secretarial Overtime TYPING IN SUMMATION for Attorney Work-Product Document Review | 105.00 |
| 07/10/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/10/02 | ATTY # 0856: 2 COPIES | .30 |
| 07/10/02 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 07/10/02 | 215-851-8232/PHILA, PA/2 | .17 |
| 07/11/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/11/02 | ATTY # 0856: 4 COPIES | .60 |
| 07/12/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 07/12/02 | ATTY # 0856: 2 COPIES | .30 |
| 07/15/02 | ATTY # 0349; 288 COPIES | 43.20 |

| | | |
|---|---|---|
| 07/17/02 | SCANNING SERVICES, 147 PAGES SCANNED, 1 E-FILING #2037, 7 ATTACHMENTS (JOHN B. LORD) Documentation Charge - - VENDOR: PARCELS, INC.-D D R-for filing of CNO. | 82.05 |
| 07/17/02 | ATTY # 0856: 2 COPIES | .30 |
| 07/17/02 | ATTY # 3254: 1 COPIES | .15 |
| 07/17/02 | Air Travel Expense-RESTIVO/JAMES J 22JUL PIT PHL PIT attendance at Omnibus for hearing | 501.50 |
| 07/17/02 | 617-542-3025/BOSTON, MA/12 | .74 |
| 07/18/02 | Secretarial Overtime PRINT SUMMARY SHEETS FOR REVIEW & MED CONFIDENTIAL ETC. for Attorney Work-Product Document Review | 307.50 |
| 07/18/02 | ATTY # 0559; 160 COPIES | 24.00 |
| 07/18/02 | ATTY # 0856: 3 COPIES | .45 |
| 07/18/02 | 561-362-1533/BOCA RATON, FL/100 | 5.76 |
| 07/19/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. IMAGE PRINTS of Documents for Attorney work-product document review | 2028.68 |
| 07/19/02 | ATTY # 0856: 4 COPIES | .60 |
| 07/19/02 | 561-362-1533/BOCA RATON, FL/56 | 3.25 |
| 07/22/02 | ATTY # 0693; 68 COPIES | 10.20 |
| 07/23/02 | Taxi Expense -J. Restivo | 110.00 |
| 07/23/02 | Mileage Expense - J. Restivo-GRACE OMNIBUS HEARING IN WILMINGTON, DE 7/22 PARKING | 16.00 |
| 07/23/02 | ATTY # 0349; 216 COPIES | 21.60 |
| 07/23/02 | ATTY # 0349; 26 COPIES | 3.90 |
| 07/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 07/23/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 07/23/02 | ATTY # 0718: 6 COPIES | .90 |

| | | |
|---|---|---|
| 07/24/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/24/02 | ATTY # 0887: 2 COPIES | .30 |
| 07/24/02 | ATTY # 0887: 2 COPIES | .30 |
| 07/24/02 | ATTY # 0887: 4 COPIES | .60 |
| 07/24/02 | ATTY # 0887: 1 COPIES | .15 |
| 07/24/02 | ATTY # 0559; 2 COPIES | .30 |
| 07/24/02 | ATTY # 0856; 18 COPIES | 2.70 |
| 07/25/02 | Documentation Charge- PACER SERVICE CENTER JUNE 2002 USAGE | 1.26 |
| 07/25/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 07/25/02 | ATTY # 0718: 3 COPIES | .45 |
| 07/26/02 | Meal Expense - D. CAMERON- ATTENDANCE AT MEETING WITH GRACE IN-HOUSE COUNSEL AND EXPERTS 2 BREAKFASTS, 2 LUNCHES, 2 DINNERS | 61.62 |
| 07/26/02 | Automobile Rental - D. CAMERON-ATTENDANCE AT MEETING WITH GRACE IN-HOUSE COUNSEL AND EXPERTS 7/21-23/02 | 13.00 |
| 07/26/02 | Mileage Expense -D. CAMERON-ATTENDANCE AT MEETING WITH GRACE IN-HOUSE EXPERT COUNSEL AND EXPERTS, 7/21-23/02, 48 MI + PARKING | 49.52 |
| 07/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/26/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/26/02 | ATTY # 0710; 45 COPIES | 6.75 |
| 07/26/02 | ATTY # 0710; 39 COPIES | 5.85 |
| 07/26/02 | ATTY # 0885; 24 COPIES | 3.60 |
| 07/26/02 | ATTY # 0710; 101 COPIES | 15.15 |
| 07/26/02 | ATTY # 0718; 14 COPIES | 2.10 |
| 07/29/02 | ATTY # 0856; 6 COPIES | .90 |

172573 W. R. Grace & Co. Invoice Number 967131
60026 Special Abestos Counsel Page 6
August 31, 2002

| Date | Description | Amount |
|---|---|---|
| 07/29/02 | ATTY # 0689; 9 COPIES | 1.35 |
| 07/29/02 | ATTY # 0718; 17 COPIES | 2.55 |
| 07/29/02 | 412-288-3319/PITTSBURGH, PA/1 | .12 |
| 07/30/02 | Transportation - S HELBLING - 7/27/02 - PARKING, relating to work for Attorney Work-Product Document Review | 3.00 |
| 07/30/02 | Transportation -S HELBLING - PARKING 7/20/02, for work relating to for Attorney Work-Product Document Review | 3.00 |
| 07/30/02 | Meal Expense - S HELBLING - LUNCH 7/20 | 5.34 |
| 07/30/02 | Meal Expense - S HELBLING - 7/27/02 for work related to Attorney Work-Product Document Review | 6.41 |
| 07/30/02 | Mileage Expense - S HELBLING - MILEAGE 7/20 for work related to Attorney Work-Product Document Review | 8.03 |
| 07/30/02 | Mileage Expense - S HELBLING - 7/27 for work related to Attorney Work-Product Document Review | 8.03 |
| 07/30/02 | ATTY # 0689; 268 COPIES | 40.20 |
| 07/30/02 | ATTY # 0235; 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885; 24 COPIES | 3.60 |
| 07/31/02 | ATTY # 0885; 28 COPIES | 4.20 |
| 07/31/02 | ATTY # 0885; 282 COPIES | 28.20 |
| 08/30/02 | Document Scanning - charges for updating Grace document database for Attorney Work-product document review. | 2343.09 |

CURRENT EXPENSES 7,897.17

TOTAL BALANCE DUE UPON RECEIPT $ 7,897.17