# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| W.R. GRACE & CO., | § | Case No. 01-01139 through |
| | § | Case No. 01-01200 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |
| | § | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND DOCUMENTS

Please enter the appearance of David E. Cherry as counsel for certain persons with asbestos related injuries, creditors and parties in interest in the above captioned case. 11 U.S.C. § 1109(b); Rule 9010(b), Fed. R. Bankr. P.  Counsel hereby requests, pursuant to Rules 2002, 3017, and 9007, Fed. R. Bankr. P., and 11 U.S.C. §§ 342, 1109(b), that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following person and the following address, telephone, and telecopier numbers:

David E. Cherry
CAMPBELL~CHERRY~HARRISON~DAVIS~DOVE, P.C.

Mailing Address:        Physical Address:
P. O. Drawer 21387      5 Ritchie Rd.
Waco, Texas 76702-1387  Waco, Texas 76712
TELEPHONE: (254) 761-3300
FACSIMILE:  (254) 761-3301

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or made with regard to the above case.

This Notice is filed merely to enable the creditors represented by the undersigned's firm to receive copies of all pleadings and other documents filed in this bankruptcy case and is in no way intended to be a submission to the jurisdiction of this Court on any matter that may be raised herein.

Respectfully submitted,

___/s/ David E. Cherry_____
David E. Cherry
Texas Bar Card # 04176000
CAMPBELL~CHERRY~HARRISON~
    DAVIS~DOVE, P.C.
P. O. Drawer 21387
Waco, Texas 76702-1387
Telephone: (254) 761-3300
Facsimile: (254) 761-3301

Attorneys for Certain Asbestos Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Entry of Appearance and Request for Service of Papers was served upon the following individuals and all parties on the attached Matrix by email generated by the United States Bankruptcy Court for the District of Delaware. The individuals and parties on the attached Matrix that the Bankruptcy Court is unable to email, will be sent a paper copy by United States first class mail, postage prepaid, on this ___10th___ day of ___September___, 2002.
___/s/ David E. Cherry_____