Service List

Frank J. Perch III
Office of the U.S. Trustee
844 King St., Room 2313
Lockbox 35
Wilmington, DE 19801

Nancy W. Davis
Ness, Motely, et alii.
28 Bridgeside Blvd.
P.O.B. 1792
Mount Pleasant, SC 29465

Theodore Goldberg, Esq.
Goldberg, Persky, Jennings &
White, P.C.
1030 Fifth Ave.
Pittsburgh, PA 15219-6295

Fred Baron, Esq.
Baron & Budd
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

Peter G. Angelos, Esq.
Law Offices of Peter G. Angelos
Fax: (410) 649-2101

John J. Longos, Esq.
Hopkins Goldenberg
Fax: (618) 656-6230

James L. Ferraro, Esq.
Ferraro & Associates, P.A.
First Union Financial Center
200 S. Biscayne Blvd., Suite 3800
Miami, FL 33131-2310

John Simmons, Esq.
Simmons Firm, LLC
Fax: (618) 251-2251

Reagan W. Silber, Esq.
2711 N. Haskell Ave.
5th Fl., LB 32
Dallas, TX 75204

Kevin J. Conway, Esq.
Cooney & Conway
Fax: (312) 236-3029

Lee B. Balefsky, Esq.
Greitzer & Locks
Fax: (215) 985-2960

Louis S. Robles, Esq.
Robles & Gonzalez, P.A.
Fax: (305) 372-9138

David O. McCormick, Esq.
Cumbest, Cumbest, Hunter,
& McCormick
707 Watts Ave., Drawer 1287
Pascagoula, MS 39568-1287

David M. Lipman, Esq.
David M. Lipman, P.A.
Fax: (305) 667-3361

Cris Quinn, Esq.
Reaud, Morgan & Quinn
801 Laurel
Beaumont, TX 77701

Patrick C. Malouf, Esq.
Porter & Malouf, P.A.
4670 McWillie Dr.
Jackson, MS 39206

Andrew Phelps, Esq.
Fax: (601) 583-9441

Robert Wilson, Jr., Esq.
Fax: (601) 362-1505

Alwyn H. Luckey, Esq.
Fax: (228) 872-4719

Anthony Sakalarios, Esq.
Morris, Sakalarios & Blackwell
Fax: (601) 544-3343

Larry O. Norris, Esq.
Fax: (601) 584-6634

Robert G. Taylor, II, Esq.
Taylor & Cire
Fax: (713) 654-7814

James Early, Esq.
Early, Ludwick & Sweeney, LLC
Fax: (203) 785-1671

Perry Weitz, Esq.
Weitz & Luxenberg, PC
Fax: (212) 344-5461

J. Michael Fitzgerald, Esq.
Fitzgerald & Associates
Fax: (804) 984-4596

John E. Williams, Esq.
Steven J. Kherkher, Esq.
Williams Bailey
Fax: (713) 643-6226

Daniel F. O'Shea, Esq.
Ratiner, Reyes & O'Shea PA
Fax: (305) 374-8112

Eric Bogdan
The Bogdan Law Firm
Fax: (713) 847-7699

Damon Chargois, Esq.
Foster & Sear
Fax: (817) 633-5507

Ian P. Cloud, Esq.
Robins, Cloud, Greenwood & Lubel
Fax: (713) 650-1400

Joseph Bruegger, Esq.
Bruegger, Quillin & McCullough
Fax: (214) 365-9003

Brent Coon, Esq.
Provost & Umphrey
Fax: (409) 838-8888

John M. Deakle, Esq.
Robert Couch, Esq.
Deakle Law Firm
Fax: (601) 544-0666