# W.R. Grace

## Schedule B

Services Rendered during the Period:   July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/02 | L.Tersigni | Review of calendar of critical dates dated July 8, 2002. | 12 | 0.20 | $425.00 | $85.00 |
| | | **TOTAL Category 12** | | **0.20** | | **$85.00** |
| 7/1/02 | L.Tersigni | Review memorandum prepared by counsel regarding debtors' proposed 2002 executive compensation plan. | 16 | 0.30 | $425.00 | $127.50 |
| 7/2/02 | S.Plotzky | Review company's 11K, employee stock purchase, savings or similar plan for unusual treatment or exposure | 16 | 1.75 | $320.00 | $560.00 |
| 7/3/02 | L.Tersigni | Conference call with debtor representatives, their counsel and ACC counsel to discuss proposed 2002 key employee compensation | 16 | 1.20 | $425.00 | $510.00 |
| | | **TOTAL Category 16** | | **3.25** | | **$1,197.50** |
| 7/1/02 | L.Tersigni | Review of monthly fee application - June 2002 | 18 | 0.20 | $425.00 | $85.00 |
| 7/30/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 8.00 | $240.00 | $1,920.00 |
| 7/31/02 | D.Collins | Compilation and consolidation of monthly services rendered | 18 | 4.00 | $240.00 | $960.00 |
| 7/31/02 | D.Collins | Assignment of Monthly Billing Categories | 18 | 4.40 | $240.00 | $1,056.00 |
| | | **TOTAL Category 18** | | **16.60** | | **$4,021.00** |
| 7/1/02 | S.Plotzky | Compare actual documents received against document request list submitted to counsel | 20 | 1.40 | $320.00 | $448.00 |
| 7/3/02 | S.Plotzky | Detail listing of incoming documents received compared to the submitted 'document request list' | 20 | 1.00 | $320.00 | $320.00 |
| 7/9/02 | L.Tersigni | Review and analysis of monthly operating report (approximately 70 pages of financial data) for May 2002 consisting of balance sheets, statement of operations, review of cash rec/disb and a/r aging. | 20 | 3.25 | $425.00 | $1,381.25 |
| 7/10/02 | M.Berkin | Review Grace cash receipts and disbursements from April 2002 monthly operating report | 20 | 2.25 | $425.00 | $956.25 |
| 7/10/02 | M.Berkin | Review Grace balance sheet and statement of operations from April 2002 monthly operating report | 20 | 2.00 | $425.00 | $850.00 |
| 7/24/02 | M.Berkin | Review of second quarter financial results press release | 20 | 1.65 | $425.00 | $701.25 |
| 7/24/02 | M.Berkin | Compile questions for 2nd quarter call with debtor based upon press release | 20 | 1.50 | $425.00 | $637.50 |
| 7/25/02 | L.Tersigni | Review of press release and related summarized financial data regarding second quarter operating performance | 20 | 0.50 | $425.00 | $212.50 |
| | | **TOTAL Category 20** | | **13.55** | | **$5,506.75** |
| 7/1/02 | L.Tersigni | Review and analysis of documents produced by debtor consisting of minutes of board of directors meetings and reports of financial experts in connection with the Sealed Air Transaction. | 33 | 3.25 | $425.00 | $1,381.25 |
| 7/1/02 | B.Cavanaugh | Review of financial projection adjustments to and impact on enterprise valuation analysis | 33 | 2.10 | $425.00 | $892.50 |
| 7/1/02 | B.Cavanaugh | Review of Board Minutes and related documents | 33 | 2.50 | $425.00 | $1,062.50 |
| 7/1/02 | P.Rubsam | Review historical market multiple valuation analysis | 33 | 0.50 | $320.00 | $160.00 |
| 7/1/02 | P.Rubsam | Review historical updated valuation and market multiple analysis- compare to prior version | 33 | 3.00 | $320.00 | $960.00 |
| 7/1/02 | P.Rubsam | Update market multiple valuation with sensitized case projections | 33 | 2.75 | $320.00 | $880.00 |
| 7/1/02 | P.Rubsam | Summarize valuation and compare to prior assumptions in historical solvency analysis | 33 | 1.25 | $320.00 | $400.00 |
| 7/1/02 | E.Tersigni | Assembled historical closing stock price info for 11 comparable companies | 33 | 0.25 | $185.00 | $46.25 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/02 | E.Tersigni | Prepared market multiple matrix, put in comparable companies info (name, ticker symbol, exchange, market price) | 33 | 1.00 | $185.00 | $185.00 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Engelhard Corp, printed material incorporated relevant | 33 | 1.00 | $185.00 | $185.00 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Fuller Co, printed material incorporated relevant info into | 33 | 1.00 | $185.00 | $185.00 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Lubrizol Corp, printed material, incorporated relevant info | 33 | 0.25 | $185.00 | $46.25 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Cytec Industries, printed material, incorporated relevant | 33 | 0.25 | $185.00 | $46.25 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Albemarle Corp, printed material, incorporated relevant | 33 | 0.25 | $185.00 | $46.25 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet, and cash flow for Hercules Inc, printed material | 33 | 0.25 | $185.00 | $46.25 |
| 7/1/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet and cash flow for Ethyl Corp, printed material, incorporated relevant info | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | L.Tersigni | Review of documents produced by PriceWaterhouseCoopers consisting of comfort letter documents (approximately 411 pages) in connection with transfer of Sealed Air Corporation. | 33 | 2.50 | $425.00 | $1,062.50 |
| 7/2/02 | L.Tersigni | Review of documents produced by PriceWaterhouseCoopers consisting of carve-out of Grace Packaging Business (approximately 415 pages) in connection with transfer of Sealed Air Corporation. | 33 | 3.10 | $425.00 | $1,317.50 |
| 7/2/02 | B.Rapp | Overview of materials and documents for purpose of determining documents that are relevant to the valuation of W.R. Grace | 33 | 1.90 | $425.00 | $807.50 |
| 7/2/02 | B.Cavanaugh | Review of Board Minutes and related documents | 33 | 2.25 | $425.00 | $956.25 |
| 7/2/02 | B.Cavanaugh | Analysis of adjustments to prior enterprise valuation model | 33 | 2.25 | $425.00 | $956.25 |
| 7/2/02 | B.Cavanaugh | Review transcript of Hickey deposition and related materials | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/2/02 | E.Tersigni | Incorporated relevant info into comparable company matrix for Hercules Inc. | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet, and cash flow for Great Lakes Chemical Corp, printed material, | 33 | 0.50 | $185.00 | $92.50 |
| 7/2/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet, and cash flow for International Flavors & Fragrances, printed material, | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet, and cash flow for Cabot Corp, printed material, incorporated relevant | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Researched SEC Website for income statement, balance sheet, and cash flow for Vulcan Materials, printed material, incorporated relevant | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Prepared common size balance sheet matrix for WR-Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/2/02 | E.Tersigni | Incorporated balance sheet info into common size balance sheet matrix for WR-Grace | 33 | 1.25 | $185.00 | $231.25 |
| 7/2/02 | E.Tersigni | Prepared common size income statement matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Incorporated income statement info into common size income statement matrix | 33 | 1.25 | $185.00 | $231.25 |
| 7/2/02 | E.Tersigni | Quality control review of both common size income statement/balance sheet matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/2/02 | E.Tersigni | Reviewed the guideline companies market multiples approach matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/2/02 | E.Tersigni | Researched Multex Investor website for balance sheet for Engelhard Co for # of shares outstanding; printed material and incorporated into | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Researched Multex Investor website for balance sheet for Fuller Co for # of shares outstanding; printed material and incorporated into guideline companies market multiples approach matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/2/02 | E.Tersigni | Researched Multex Investor website for balance sheet for Cytec, Albemarle, Ethyl, Hercules, Great Lakes Chemical, International Flavors and Fragrances, Cabot, and Vulcan Materials for # of shares outstanding; printed material and incorporated into guideline companies market multiples approach matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/2/02 | E.Tersigni | Researched SEC website for historical 10k's for income statements and cash flow for Engelhard Corp, Fuller, Lubrizol, and Cytec | 33 | 1.00 | $185.00 | $185.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1 -31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/3/02 | L.Tersigni | Review of documents produced by PriceWaterhouseCoopers consisting of Packo balance sheet and income statement working papers approximately (549 pages). | 33 | 2.40 | $425.00 | $1,020.00 |
| 7/3/02 | L.Tersigni | Review of documents produced by PriceWaterhouseCoopers consisting of Packaging Europe working papers approximately (388 | 33 | 3.75 | $425.00 | $1,593.75 |
| 7/3/02 | L.Tersigni | Review of documents produced by PriceWaterhouseCoopers consisting of Packo Carve Out Financial Working Papers (71 pages), Fluctuation analysis (155 pages), Packo Carve Out Consolidating Working Papers (65 Pages) | 33 | 2.00 | $425.00 | $850.00 |
| 7/3/02 | B.Rapp | Review of S-4 filing in connection with the Packco/Sealed Air transaction | 33 | 3.90 | $425.00 | $1,657.50 |
| 7/3/02 | B.Rapp | Review of Grace Specialty Chemicals Form 10-12B registration statement to evaluate the details relating to the spin-off transaction | 33 | 3.80 | $425.00 | $1,615.00 |
| 7/3/02 | B.Rapp | Review of complaint filed by the Asbestos Claimants Committee against Sealed Air Corporation and Cryovac, Inc. to understand the basis of the complaint | 33 | 1.90 | $425.00 | $807.50 |
| 7/3/02 | B.Rapp | Detailed review and status update of tasks to be performed in connection with the valuation of W.R. Grace | 33 | 2.20 | $425.00 | $935.00 |
| 7/3/02 | B.Cavanaugh | Review of transcript of Hickey deposition and related materials in preparation for meeting with counsel | 33 | 3.25 | $425.00 | $1,381.25 |
| 7/3/02 | P.Rubsam | Review supporting notes to prior valuation of W.R. Grace | 33 | 2.00 | $320.00 | $640.00 |
| 7/3/02 | P.Rubsam | Research Mergerstat, order report & review comparable transactions | 33 | 1.50 | $320.00 | $480.00 |
| 7/3/02 | P.Rubsam | Review historical S&P industry report for specialty chemicals | 33 | 1.65 | $320.00 | $528.00 |
| 7/3/02 | P.Rubsam | Research and download of W.R. Grace 10k's | 33 | 1.00 | $320.00 | $320.00 |
| 7/3/02 | P.Rubsam | Review Hoovers diversified chemicals listing for additional components to be used within analysis | 33 | 2.00 | $320.00 | $640.00 |
| 7/3/02 | P.Rubsam | Review Hoovers specialty chemicals listing for additional components to be used within analysis | 33 | 2.25 | $320.00 | $720.00 |
| 7/3/02 | E.Tersigni | Researched SEC website for historical 10K's for income/cash flow statements for Albemarle, Ethyl, Hercules, Great Lakes Chemical, International Flavors and Fragrances, Cabot, and Vulcan Materials | 33 | 2.00 | $185.00 | $370.00 |
| 7/3/02 | E.Tersigni | Prepared matrix for revenues, EBITDA, EBIT, and EBITDA less capex for ltm, 3/5yr averages, for 11 comparable companies | 33 | 1.00 | $185.00 | $185.00 |
| 7/3/02 | E.Tersigni | Input LTM, 3yr avg, and 5 yr avg for revenues, for comparable companies into market multiples analysis matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/3/02 | E.Tersigni | Input LTM, 3yr avg, and 5yr avg for EBIT, for comparable companies into market multiples analysis matrix | 33 | 1.50 | $185.00 | $277.50 |
| 7/3/02 | E.Tersigni | Input LTM, 3 yr avg, and 5 yr avg for EBITDA for Engelhard, Fuller and Lubrizol, into market multiples analysis matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/4/02 | B.Rapp | Internet research on W.R. Grace for information relating to the valuation of W.R. Grace | 33 | 2.10 | $425.00 | $892.50 |
| 7/4/02 | B.Rapp | Review of prior report relating to the solvency of W.R. Grace | 33 | 3.40 | $425.00 | $1,445.00 |
| 7/4/02 | B.Rapp | Review of prior solvency report to ascertain methodologies used | 33 | 3.90 | $425.00 | $1,657.50 |
| 7/4/02 | B.Cavanaugh | Research regarding industry and company related to development of the Enterprise Valuation for WR Grace | 33 | 3.55 | $425.00 | $1,508.75 |
| 7/5/02 | L.Tersigni | Meeting with counsel to review financial analysis performed to date and financial issues related to fraudulent transfer litigation (relating to specific areas of Loreto Tersigni's expertise) | 33 | 3.75 | $425.00 | $1,593.75 |
| 7/5/02 | L.Tersigni | Review of debtor's motion for authorization to assume and assign prime and sublease on Cateret New Jersey facility. | 33 | 1.75 | $425.00 | $743.75 |
| 7/5/02 | B.Rapp | Preparation for meeting w/ counsel to discuss questions and issues related to fraudulent transfer litigation | 33 | 2.30 | $425.00 | $977.50 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/5/02 | B.Rapp | Meeting with counsel to review financial analysis performed to date and financial issues related to fraudulent transfer litigation (relating to specific areas of Brad Rapp's expertise) | 33 | 4.00 | $425.00 | $1,700.00 |
| 7/5/02 | B.Cavanaugh | Review of materials in preparation of meeting with counsel | 33 | 2.00 | $425.00 | $850.00 |
| 7/5/02 | B.Cavanaugh | Meeting with counsel to review financial analysis performed to date and financial issues related to fraudulent transfer litigation (relating to specific areas of Brian Cavanaugh's expertise) | 33 | 3.50 | $425.00 | $1,487.50 |
| 7/5/02 | P.Rubsam | Review comparable companies and define components to be used in the analysis | 33 | 1.25 | $320.00 | $400.00 |
| 7/5/02 | S.Plotzky | Access prior years 10Ks and 10Qs for solvency analysis data | 33 | 0.50 | $320.00 | $160.00 |
| 7/6/02 | B.Rapp | Review of W.R. Grace Board of Director Meeting minutes | 33 | 1.30 | $425.00 | $552.50 |
| 7/6/02 | B.Rapp | Review of term sheet for post-transaction revolving credit facility for purpose of determining debt capacity of Grace in connection w/fraudulent transfer litigation | 33 | 2.10 | $425.00 | $892.50 |
| 7/6/02 | B.Rapp | Review of summary operating statistics in connection with fraudulent transfer litigation | 33 | 0.70 | $425.00 | $297.50 |
| 7/6/02 | B.Rapp | Review of press releases and operating results for purpose of evaluating trends in operations in connection with fraudulent transfer | 33 | 1.20 | $425.00 | $510.00 |
| 7/6/02 | B.Rapp | Review of spreadsheet showing operating changes and breakdown of causes for purposes of solvency analysis and valuation of Grace | 33 | 0.80 | $425.00 | $340.00 |
| 7/6/02 | B.Rapp | Review of Grace press releases for purpose of evaluating company's position on the results of its operations in connection with fraudulent | 33 | 1.30 | $425.00 | $552.50 |
| 7/6/02 | B.Rapp | Review of Grace marketing material for the construction division to evaluate the division's product line for comparison to other publicly held companies | 33 | 1.00 | $425.00 | $425.00 |
| 7/6/02 | B.Rapp | Review of Grace marketing materials for the Davision division to evaluate this division's product line for comparison to other publicly held companies | 33 | 1.50 | $425.00 | $637.50 |
| 7/6/02 | B.Rapp | Review of Grace marketing material for the packaging division to evaluate the division's product line for comparison to other publicly held companies | 33 | 1.70 | $425.00 | $722.50 |
| 7/6/02 | B.Rapp | Review of Merrill Lynch industry report for packaging and containers in connection with fraudulent transfer litigation | 33 | 0.40 | $425.00 | $170.00 |
| 7/6/02 | B.Rapp | Review of Bear Stearns Chemical Industry Quarterly Review for background information related to the valuation of Grace | 33 | 1.50 | $425.00 | $637.50 |
| 7/6/02 | B.Rapp | Review of Goldman Sachs Global Research – Chemicals report for background information related to the valuation of Grace | 33 | 0.50 | $425.00 | $212.50 |
| 7/6/02 | B.Rapp | Review of Morgan Stanley Dean Witter industry report on Specialty Chemicals for background information related to the valuation of Grace | 33 | 0.40 | $425.00 | $170.00 |
| 7/6/02 | B.Rapp | Review of Merrill Lynch company report on W.R. Grace | 33 | 0.70 | $425.00 | $297.50 |
| 7/7/02 | B.Rapp | Development of tasks list for valuation of W.R.Grace | 33 | 1.90 | $425.00 | $807.50 |
| 7/7/02 | B.Rapp | Internet research on SEC filings for W.R.Grace | 33 | 1.40 | $425.00 | $595.00 |
| 7/7/02 | B.Rapp | Review of market multiples valuation approach | 33 | 0.50 | $425.00 | $212.50 |
| 7/7/02 | B.Rapp | Review of business description and other textual sections of the 10-K's for Grace | 33 | 3.10 | $425.00 | $1,317.50 |
| 7/7/02 | B.Rapp | Review of financial statements and notes thereto contained in Grace's 10-K's | 33 | 2.80 | $425.00 | $1,190.00 |
| 7/7/02 | B.Cavanaugh | Reviewed and prioritized among various online research sites for supporting data within valuation project | 33 | 1.00 | $425.00 | $425.00 |
| 7/7/02 | B.Cavanaugh | Performed online research for the Enterprise Valuation economic backdrop | 33 | 4.00 | $425.00 | $1,700.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/7/02 | B.Cavanaugh | Developed outline for Enterprise Valuation economic backdrop | 33 | 1.75 | $425.00 | $743.75 |
| 7/7/02 | P.Rubsam | Reviewed historical 10k's for 12 comparable companies-began input of historical financial data | 33 | 3.00 | $320.00 | $960.00 |
| 7/7/02 | P.Rubsam | Reviewed historical 10K's for 6 comparable companies-began input of historical financial data | 33 | 2.00 | $320.00 | $640.00 |
| 7/7/02 | P.Rubsam | Input revenue, EBITDA and EBIT calculations for historical comparable companies | 33 | 2.00 | $320.00 | $640.00 |
| 7/8/02 | L.Tersigni | Review of 'sensitivity analysis' prepared by Sealed Air to analyze Grace's Solvency. | 33 | 1.25 | $425.00 | $531.25 |
| 7/8/02 | L.Tersigni | Review solvency issues and related exhibits | 33 | 1.60 | $425.00 | $680.00 |
| 7/8/02 | B.Rapp | Review of market multiple valuation approach and the selection of comparable companies | 33 | 0.40 | $425.00 | $170.00 |
| 7/8/02 | B.Rapp | Review sources of data for macroeconomic analysis in connection with the valuation of W.R.Grace | 33 | 0.20 | $425.00 | $85.00 |
| 7/8/02 | B.Rapp | Review of Standard & Poor's Industry Survey for the Specialty Chemical business in connection with fraudulent transfer litigation | 33 | 2.80 | $425.00 | $1,190.00 |
| 7/8/02 | B.Rapp | Selection of comparable companies for purpose of market multiples valuation analysis and determination of discount rates for discount | 33 | 3.90 | $425.00 | $1,657.50 |
| 7/8/02 | B.Rapp | Review of minutes of W.R.Grace Board of Directors' meetings in connection with fraudulent transfer litigation | 33 | 2.00 | $425.00 | $850.00 |
| 7/8/02 | B.Rapp | Edit of updated market multiples valuation | 33 | 0.60 | $425.00 | $255.00 |
| 7/8/02 | B.Cavanaugh | Performed online research for the Enterprise Valuation economic backdrop | 33 | 1.25 | $425.00 | $531.25 |
| 7/8/02 | B.Cavanaugh | Preparation for and conference call with counsel | 33 | 0.75 | $425.00 | $318.75 |
| 7/8/02 | B.Cavanaugh | Conducted research at the library for the Enterprise Valuation industry wide economic background, trends and W.R.Grace position | 33 | 3.50 | $425.00 | $1,487.50 |
| 7/8/02 | B.Cavanaugh | Prepared draft of Enterprise Valuation industry-wide economic status | 33 | 5.75 | $425.00 | $2,443.75 |
| 7/8/02 | B.Cavanaugh | Reviewed terms of W.R.Grace bank deal | 33 | 0.75 | $425.00 | $318.75 |
| 7/8/02 | P.Rubsam | Preparation for and conference call with counsel regarding Enterprise Valuation. | 33 | 0.75 | $425.00 | $318.75 |
| 7/8/02 | P.Rubsam | Research at library for historical information on comparable companies | 33 | 1.00 | $320.00 | $320.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for Rohm & Haas, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/8/02 | P.Rubsam | Review historical 10k for Engelhard, and financial information for report comparisons | 33 | 2.00 | $320.00 | $640.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for HB Fuller, and financial information for report comparisons | 33 | 1.50 | $320.00 | $480.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for Lubrizol, and financial information for report comparisons | 33 | 1.50 | $320.00 | $480.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for Cytec, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for Albemarle, and financial information for report comparisons | 33 | 1.50 | $320.00 | $480.00 |
| 7/8/02 | P.Rubsam | Review historical 10K for Hercules, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/8/02 | S.Plotzky | Prepare work plan for the fair valuation of assets | 33 | 1.00 | $320.00 | $320.00 |
| 7/8/02 | S.Plotzky | Analyze fair market value balance sheet adjustments | 33 | 1.75 | $320.00 | $560.00 |
| 7/8/02 | S.Plotzky | Evaluate Second quarter 1998 as it relates to potential fair value adjustments to March 31, 1998 Balance Sheet | 33 | 1.00 | $320.00 | $320.00 |
| 7/8/02 | S.Plotzky | Evaluate Third quarter 1998 as it relates to potential fair value adjustments to March 31, 1998 Balance Sheet | 33 | 1.00 | $320.00 | $320.00 |

# W.R. Grace

**Schedule B**

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/8/02 | S.Plotzky | Evaluate Year end 1998 as it relates to potential fair value adjustments to March 31, 1998 Balance Sheet | 33 | 1.20 | $320.00 | $384.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- Ethyl Corp. | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- Engelhard Corp. | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- Grate Lakes Chemical | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- H B Fuller Co. | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- Hercules Inc. | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of peer historical financials -- Vulcan Materials Inc. | 33 | 1.00 | $290.00 | $290.00 |
| 7/8/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Ethyl Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/8/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Englehard Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/8/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Great Lakes Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/8/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Fuller Chemical Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/8/02 | E.Tersigni | Updated market multiples matrix with additional information | 33 | 0.50 | $185.00 | $92.50 |
| 7/8/02 | E.Tersigni | Reviewed financial statements for 7 new comparable companies from historical 10K's; International Flavors and Fragrances and Cabot Corp | 33 | 1.00 | $185.00 | $185.00 |
| 7/8/02 | E.Tersigni | Contacted Thomson group, ordered historical 10K's for Cytec, Albemarle, Int'l Specialty Products, and Om Group | 33 | 0.50 | $185.00 | $92.50 |
| 7/8/02 | E.Tersigni | Researched Yahoo finance website for historical stock prices for 7 additional comparable companies | 33 | 0.75 | $185.00 | $138.75 |
| 7/8/02 | E.Tersigni | Researched Standard & Poor's stock reports for seven additional comparable companies, researched within Yahoo finance and Multex Investor website for historical prices on Calmat Co. | 33 | 0.25 | $185.00 | $46.25 |
| 7/8/02 | E.Tersigni | Researched 10K's for Cytec, Albemarle, Int'l Specialty Products and Om Group | 33 | 1.00 | $185.00 | $185.00 |
| 7/8/02 | E.Tersigni | Reviewed Global Revolving Credit Agreement for WR-Grace, outlined Sections 1, 7, and 8 | 33 | 4.25 | $185.00 | $786.25 |
| 7/8/02 | E.Tersigni | Researched Multex Investor website for historical balance sheets for ISP, Rohm and Haas, Millennium, Om Group, Valspar, and Ameron International | 33 | 0.75 | $185.00 | $138.75 |
| 7/9/02 | B.Rapp | Review of corporate expenses and other non-operating expense projections and NOL's in connection with the fraudulent transfer | 33 | 2.00 | $425.00 | $850.00 |
| 7/9/02 | B.Rapp | Review of W.R.Grace asbestos liability report in connection with the determination of Grace's solvency | 33 | 2.80 | $425.00 | $1,190.00 |
| 7/9/02 | B.Rapp | Review of company's divisional financial projections for New Chemco and related assumptions | 33 | 2.60 | $425.00 | $1,105.00 |
| 7/9/02 | B.Rapp | Review of production schedule and progress of producing the market multiples and transaction multiples valuations | 33 | 0.40 | $425.00 | $170.00 |
| 7/9/02 | B.Rapp | Review of documents to understand Sealed Air perspective on the solvency of Grace at the time of the Cryovac/Sealed Air transaction | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/9/02 | B.Cavanaugh | Conducted research at the library for the Enterprise Valuation industry-wide economic background, trends and W.R.Grace position | 33 | 2.00 | $425.00 | $850.00 |
| 7/9/02 | B.Cavanaugh | Drafting of Enterprise Valuation economic backdrop | 33 | 3.25 | $425.00 | $1,381.25 |
| 7/9/02 | B.Cavanaugh | Review of detailed company business line information and further work on rough draft of Enterprise Valuation economic backdrop | 33 | 4.25 | $425.00 | $1,806.25 |
| 7/9/02 | P.Rubsam | Review historical 10K for Great Lakes Chemical, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/02 | S.Plotzky | Evaluate Year end 1997 as it relates to potential fair value adjustments to December 31, 1997 Balance Sheet | 33 | 1.40 | $320.00 | $448.00 |
| 7/9/02 | S.Plotzky | Evaluate Year end 1998 as it relates to potential fair value adjustments to March 31, 1998 Balance Sheet | 33 | 1.70 | $320.00 | $544.00 |
| 7/9/02 | E.Tersigni | Reviewed Global Revolving Credit Agreement, located commitment schedule and definitions of interest coverage ratio and leverage ratio | 33 | 1.25 | $185.00 | $231.25 |
| 7/9/02 | E.Tersigni | Incorporated information for market multiples matrix for additional comparable companies | 33 | 1.25 | $185.00 | $231.25 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed balance sheet data, for six comparable companies | 33 | 1.00 | $185.00 | $185.00 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed historical data for Cytec Industries (balance sheet, statement of operations, and cash flows) | 33 | 1.25 | $185.00 | $231.25 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed historical data for Lubrizol (balance sheet, statement of operations, and cash flows) | 33 | 1.00 | $185.00 | $185.00 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed historical data for Albemarle (balance sheet, statement of operations, and cash flows) | 33 | 1.00 | $185.00 | $185.00 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed historical data for International Flavors & Fragrances (balance sheet, statement of operations, and cash flows) | 33 | 1.25 | $185.00 | $231.25 |
| 7/9/02 | E.Tersigni | Completed comparative financials matrix, transposed historical data for Cabot (balance sheet, statement of operations, and cash flows) | 33 | 1.00 | $185.00 | $185.00 |
| 7/9/02 | E.Tersigni | Completed comparative financial matrix, transposed historical data for International Specialty products (balance sheet and statement of operations) | 33 | 1.00 | $185.00 | $185.00 |
| 7/10/02 | B.Rapp | Review of asbestos personal injury claims report for purposes of estimating the appropriate level of asbestos liability in connection with the Grace solvency analysis | 33 | 2.30 | $425.00 | $977.50 |
| 7/10/02 | B.Rapp | Review of New Chemco solvency analysis for Sealed Air for purposes of solvency analysis | 33 | 1.60 | $425.00 | $680.00 |
| 7/10/02 | B.Rapp | Review of the three operating divisions of Grace Specialty Chemicals in connection with the valuation of those divisions | 33 | 1.80 | $425.00 | $765.00 |
| 7/10/02 | B.Rapp | Review of potential asbestos and environmental liabilities for purposes of estimating the appropriate level of asbestos liability in connection with the Grace solvency analysis | 33 | 2.00 | $425.00 | $850.00 |
| 7/10/02 | B.Rapp | Review of report on macroeconomic and specialty chemicals industry as of the transaction date as background information | 33 | 0.60 | $425.00 | $255.00 |
| 7/10/02 | B.Rapp | Internet research on Hoovers Online and Multex Investor to evaluate competitive landscape in connection with the fraudulent transfer | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/10/02 | B.Cavanaugh | Finalized draft of Enterprise Valuation industry-wide economic status | 33 | 3.75 | $425.00 | $1,593.75 |
| 7/10/02 | P.Rubsam | Review historical 10K for Cabot, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/10/02 | P.Rubsam | Review historical 10K for Vulcan Materials, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/10/02 | P.Rubsam | Review historical 10K for Int'l Specialty Products and financial information for report comparisons | 33 | 2.00 | $320.00 | $640.00 |
| 7/10/02 | P.Rubsam | Review historical 10K for Ferro, and financial information for report comparisons | 33 | 1.75 | $320.00 | $560.00 |
| 7/10/02 | P.Rubsam | Review historical 10K for Dexter, and financial information for report comparisons | 33 | 2.25 | $320.00 | $720.00 |
| 7/10/02 | E.Tersigni | Completed transposing historical statement of cash flow for ISP, into comparative financial matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/10/02 | E.Tersigni | Completed transposing historical statement of cash flow, balance sheet and statement of operations for Rohm & Haas, into comparative financial matrix | 33 | 1.00 | $185.00 | $185.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: July 1-31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/10/02 | E.Tersigni | Completed transposing historical statement of cash flow, balance sheet and statement of operations for Om Group, into comparative financial matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/10/02 | E.Tersigni | Completed transposing historical statement of cash flow, balance sheet and statement of operations for Valspar Corp, into comparative financials matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/10/02 | E.Tersigni | Completed transposing historical statement of cash flow, balance sheet and statement of income for Ameron International, into comparative financials matrix | 33 | 1.00 | $185.00 | $185.00 |
| 7/10/02 | E.Tersigni | Completed transposing historical balance sheet data for Cabot Corp into comparative financials matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/10/02 | E.Tersigni | sheet and statement of income for Calmat, into comparative financials matrix | 33 | 1.00 | $185.00 | $185.00 |
| 7/10/02 | E.Tersigni | Completed transposing historical balance sheet and statement of operations data for Millennium Chemicals for comparative financials matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/10/02 | E.Tersigni | Quality control edit of comparative financials matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/10/02 | E.Tersigni | Created comparative financials matrix for W.R.Grace, transposed historical balance sheet, statement of income and cash flows into matrix | 33 | 2.00 | $185.00 | $370.00 |
| 7/11/02 | L.Tersigni | Review of documents produced by PWC in connection with Seal Air spin-off | 33 | 2.00 | $425.00 | $850.00 |
| 7/11/02 | B.Rapp | Review of Sealed Air internal memo regarding the acquisition structure & valuation in connection with the merger w/ Old Grace | 33 | 0.50 | $425.00 | $212.50 |
| 7/11/02 | B.Rapp | Review prior analysis of Sealed Air/Cryovac merger | 33 | 3.80 | $425.00 | $1,615.00 |
| 7/11/02 | B.Rapp | Review current market multiples valuation of Grace | 33 | 0.90 | $425.00 | $382.50 |
| 7/11/02 | B.Rapp | Review prior memorandum regarding due diligence to be performed in connection with the Sealed Air merger | 33 | 0.30 | $425.00 | $127.50 |
| 7/11/02 | B.Rapp | Review of minutes of Sealed Air board meetings | 33 | 0.40 | $425.00 | $170.00 |
| 7/11/02 | B.Rapp | Review of prior memorandums regarding average asbestos settlement amounts in connection with Grace solvency analysis | 33 | 0.30 | $425.00 | $127.50 |
| 7/11/02 | B.Rapp | Review of Cryovac Acquisition Environmental Audit to evaluate potential environmental liabilities | 33 | 2.10 | $425.00 | $892.50 |
| 7/11/02 | B.Rapp | Review of solvency analysis discussion in The Handbook of Advanced Business Valuation to determine appropriate standard of value to be applied in solvency analyses | 33 | 1.80 | $425.00 | $765.00 |
| 7/11/02 | B.Cavanaugh | Status update review and discussion with counsel | 33 | 1.75 | $425.00 | $743.75 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Cabot and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Engelhard and their 3 year average in the comparison report | 33 | 1.25 | $320.00 | $400.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for HB Fuller and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Ferro and their 3 year average in the comparison report | 33 | 0.75 | $320.00 | $240.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Dexter and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Cytec and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Albemarle and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Great Lakes Chemical and their 3 year average in the comparison report | 33 | 1.00 | $320.00 | $320.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Rohm & Haas and their 3 year average in the comparison report | 33 | 1.25 | $320.00 | $400.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1 -31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/11/02 | P.Rubsam | Adjust unusual items for Lubrizol and their 3 year average in the comparison report | 33 | 0.75 | $320.00 | $240.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Hercules and their 3 year average in the comparison report | 33 | 1.25 | $320.00 | $400.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Int'l Specialty Products and their 3 year average in the comparison report | 33 | 1.25 | $320.00 | $400.00 |
| 7/11/02 | P.Rubsam | Adjust unusual items for Vulcan Materials and their 3 year average in the comparison report | 33 | 1.25 | $320.00 | $400.00 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Hercules Inc. | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Vulcan Materials Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Cytec Industries | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Lubrizol Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Albemarle Corp. | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- International Specialty Products | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Prepare spreadsheet of Financial Ratios for Comparable Companies -- Cabot | 33 | 1.25 | $290.00 | $362.50 |
| 7/11/02 | C.Curti | Research of mergers, spin-offs in specialty chemicals division | 33 | 1.50 | $290.00 | $435.00 |
| 7/11/02 | C.Curti | Research Morris Trust deal structure, WR Grace spin-off of Chemo Co. | 33 | 1.50 | $290.00 | $435.00 |
| 7/11/02 | C.Curti | Research spin-offs, mergers using Morris Trust structure- Raytheon-Hughes merger | 33 | 1.00 | $290.00 | $290.00 |
| 7/11/02 | C.Curti | Research spin-offs, mergers in the chemical industry - ChemFirst (First Mississippi) - Mississippi Chemical | 33 | 1.00 | $290.00 | $290.00 |
| 7/11/02 | C.Curti | Research spin-offs, mergers in the chemical industry-Ciba-Allied Colloids | 33 | 1.00 | $290.00 | $290.00 |
| 7/11/02 | C.Curti | Research spin-offs, mergers in the chemical industry - Cytec -Fiberite | 33 | 1.00 | $290.00 | $290.00 |
| 7/11/02 | E.Tersigni | Quality control edit of comparative financials matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/11/02 | E.Tersigni | Edit comparable companies data | 33 | 0.25 | $185.00 | $46.25 |
| 7/11/02 | E.Tersigni | Updated balance sheet data for W.R.Grace into comparative financials matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/11/02 | E.Tersigni | Researched SEC website for historical financial statements for Ferro and Dexter Corp | 33 | 0.25 | $185.00 | $46.25 |
| 7/11/02 | E.Tersigni | Preparation of comparative financials matrix for Ferro, transposed historical balance sheet and income statement | 33 | 0.75 | $185.00 | $138.75 |
| 7/12/02 | B.Rapp | Document review: documents produced by investment bankers in connection with W.R.Grace solvency analysis | 33 | 0.50 | $425.00 | $212.50 |
| 7/12/02 | B.Rapp | Update of status of the market multiples valuation | 33 | 0.40 | $425.00 | $170.00 |
| 7/12/02 | B.Rapp | Review of 1998 W.R. Grace 10-K | 33 | 2.90 | $425.00 | $1,232.50 |
| 7/12/02 | B.Rapp | Review of 1999 W.R. Grace 10-K | 33 | 2.70 | $425.00 | $1,147.50 |
| 7/12/02 | B.Cavanaugh | Conference call with counsel regarding recent and upcoming work coordination | 33 | 1.00 | $425.00 | $425.00 |
| 7/12/02 | P.Rubsam | Calculate size, profit, leverage ratios on 3 year historical financial statements | 33 | 3.00 | $320.00 | $960.00 |
| 7/12/02 | P.Rubsam | Prepare market multiple analysis on EBITDA and EBIT for 13 comparable companies | 33 | 3.00 | $320.00 | $960.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: July 1-31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/02 | P.Rubsam | Prepare activity and liquidity ratios on 3 year historical financial statements | 33 | 3.00 | $320.00 | $960.00 |
| 7/12/02 | P.Rubsam | Prepare transaction summary analysis report based on Mergerstat data | 33 | 1.50 | $320.00 | $480.00 |
| 7/12/02 | E.Tersigni | Completed transposing historical financial statements, for Ferro into comparative financials matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/12/02 | E.Tersigni | Researched Yahoo finance for historical price of stock for Ferro, searched Multex investor for number of shares outstanding for Ferro, printed material | 33 | 0.25 | $185.00 | $46.25 |
| 7/12/02 | E.Tersigni | Completed transposing historical financial statements for Dexter Corp into comparative financials matrix | 33 | 1.50 | $185.00 | $277.50 |
| 7/12/02 | E.Tersigni | Incorporated information for market multiples/comparable companies matrix for Ferro and Dexter | 33 | 1.75 | $185.00 | $323.75 |
| 7/12/02 | E.Tersigni | Prepared acquisition multiples matrix for W.R.Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/12/02 | E.Tersigni | Prepared matrix for size ratios for comparable companies and W.R.Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/12/02 | E.Tersigni | Input size ratio's for last twelve months:assets, revenues, and EBITDA, for comparable companies and W.R. Grace in risk analysis rankings matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/12/02 | E.Tersigni | Input profit performance ratio's for last twelve months: gross profit margin, EBITDA margin, and EBIT margins, for comparable companies and W.R.Grace in risk analysis rankings matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/12/02 | E.Tersigni | Prepared matrix for value ratios | 33 | 0.25 | $185.00 | $46.25 |
| 7/13/02 | B.Rapp | Review of 2000 W.R.Grace 10-K405 | 33 | 2.90 | $425.00 | $1,232.50 |
| 7/13/02 | B.Rapp | Review of 2001 W.R. Grace 10-K | 33 | 2.60 | $425.00 | $1,105.00 |
| 7/15/02 | B.Rapp | Preparation of income statement spreadsheet for the years 1994 to 2001 for specialty chemicals business in connection with fraudulent transfer litigation | 33 | 2.40 | $425.00 | $1,020.00 |
| 7/15/02 | B.Rapp | Preparation of balance sheet spreadsheet for the years 1997 to 2001 for specialty chemicals business in connection with fraudulent transfer litigation | 33 | 2.00 | $425.00 | $850.00 |
| 7/15/02 | B.Rapp | Preparation of cash flow statement spreadsheet of the years 1997 to 2001 for specialty chemicals business in connection with fraudulent transfer litigation | 33 | 1.60 | $425.00 | $680.00 |
| 7/15/02 | B.Rapp | Reviewed results of financial statement analysis and analyzed implications to the valuation of W.R.Grace | 33 | 0.50 | $425.00 | $212.50 |
| 7/15/02 | B.Cavanaugh | Review of CSFB documents regarding valuation of W.R.Grace | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/15/02 | B.Cavanaugh | Review of CSFB documents regarding valuation of W.R.Grace: fairness opinion | 33 | 2.50 | $425.00 | $1,062.50 |
| 7/15/02 | B.Cavanaugh | Review of CSFB documents regarding valuation of W.R.Grace: transaction issues | 33 | 2.00 | $425.00 | $850.00 |
| 7/15/02 | E.Tersigni | Quality control edit of risk analysis rankings matrix | 33 | 0.50 | $185.00 | $92.50 |
| 7/15/02 | E.Tersigni | Prepared matrix for return on assets, leverage ratios, activity ratios, and liquidity ratios for risk analysis rankings matrix | 33 | 0.75 | $185.00 | $138.75 |
| 7/15/02 | E.Tersigni | Quality control edit profit performance ratio's matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input value ratios for last twelve months: sales growth, EBITDA growth and EBIT growth for comparable companies and W.R.Grace in risk analysis rankings matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input return on assets ratios for last twelve months: EBITDA/Total Tangible assets, and EBIT/Total tangible assets for comparable companies and W.R.Grace | 33 | 0.25 | $185.00 | $46.25 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/15/02 | E.Tersigni | Input leverage ratios for last twelve months: debt/equity, debt/total capital, and debt/EBITDA for comparable companies and W.R.Grace | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input activity ratios for last 12 months for days in payables, receivable, inventory turnover and total asset turnover for comparable companies and W.R.Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/15/02 | E.Tersigni | Input liquidity ratios for last 12 months for quick, current and working capital for comparable companies and W.R.Grace | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Calculated 3 yr average for size, profit performance, value, return on assets, leverage, activity and liquidity ratios for comparable companies and W.R.Grace for risk analysis rankings matrix | 33 | 1.00 | $185.00 | $185.00 |
| 7/15/02 | E.Tersigni | comparable companies and W.R.Grace for risk analysis rankings matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input 3 yr average profit performance ratios for gross profit, EBITDA, and EBIT margins for comparable companies and W.R.Grace, for risk analysis rankings matrix | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input 3 yr average return on assets ratios for EBITDA/total tangible assets and EBIT/total tangible assets for comparable companies and W.R.Grace | 33 | 0.25 | $185.00 | $46.25 |
| 7/15/02 | E.Tersigni | Input 3 yr average leverage ratios for debt/equity, debt/total capital, and debt/EBITDA for comparable companies and W.R.Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/15/02 | E.Tersigni | Input 3 year average for activity ratios for days in payables, receivables, inventory turnover and total asset turnover for comparable companies and W.R.Grace | 33 | 0.50 | $185.00 | $92.50 |
| 7/15/02 | E.Tersigni | Input 3 year average for liquidity ratios for quick, current and working capital | 33 | 0.50 | $185.00 | $92.50 |
| 7/16/02 | B.Rapp | Detailed review regarding cash flow projections in connection with the W.R.Grace solvency analysis | 33 | 1.60 | $425.00 | $680.00 |
| 7/16/02 | B.Cavanaugh | Review of progress and next steps, including upcoming meetings and required preparations for these meetings | 33 | 0.75 | $425.00 | $318.75 |
| 7/16/02 | B.Cavanaugh | Analysis of W.R.Grace's actual financial results from 1995-2001 | 33 | 2.00 | $425.00 | $850.00 |
| 7/16/02 | B.Cavanaugh | Prepared an analysis of the weighted average expected 1998 growth rate for W.R.Grace's comparable companies | 33 | 4.00 | $425.00 | $1,700.00 |
| 7/16/02 | B.Cavanaugh | Additional work to incorporate W.R.Grace itself into the weighted average industry-segment neutral expected revenue growth model | 33 | 3.25 | $425.00 | $1,381.25 |
| 7/16/02 | E.Tersigni | Established revenues for chemical business segments of 13 comparable companies for W.R.Grace valuation; created matrix which highlighted segment revenues and next year growth | 33 | 4.25 | $185.00 | $786.25 |
| 7/17/02 | L.Tersigni | Review of PWC analysis and memorandum of Grace Asbestos Reserve | 33 | 0.50 | $425.00 | $212.50 |
| 7/17/02 | L.Tersigni | Review of W.R. Grace Board of Director Meeting minutes | 33 | 0.50 | $425.00 | $212.50 |
| 7/17/02 | B.Cavanaugh | Reviewed analysis of revenue growth trends and comparable companies | 33 | 3.75 | $425.00 | $1,593.75 |
| 7/17/02 | E.Tersigni | Prepared matrix and transposed historical income statement data for W.R.Grace | 33 | 1.00 | $185.00 | $185.00 |
| 7/17/02 | E.Tersigni | Calculated historical size, profit performance and value ratios for W.R.Grace | 33 | 1.25 | $185.00 | $231.25 |
| 7/22/02 | P.Rubsam | Prepare value and return on asset ratios in the 3 year historical financial statements | 33 | 3.00 | $320.00 | $960.00 |
| 7/23/02 | B.Rapp | Analysis of historical sales and profitability by business line in connection with the fraudulent transfer litigation | 33 | 1.90 | $425.00 | $807.50 |
| 7/23/02 | B.Rapp | Review of memorandum to Merrill Lynch and CSFB as part of due diligence effort | 33 | 0.30 | $425.00 | $127.50 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/23/02 | B.Rapp | Review of historical W.R. Grace Board of Director Meeting minutes | 33 | 1.10 | $425.00 | $467.50 |
| 7/23/02 | B.Rapp | Review of CSFB overview of Sealed Air's business as part of due diligence effort | 33 | 0.50 | $425.00 | $212.50 |
| 7/23/02 | B.Rapp | Review of S&P, Investext and Merrill Lynch analyst reports for Sealed Air as part of due diligence effort | 33 | 0.50 | $425.00 | $212.50 |
| 7/23/02 | B.Rapp | Review of Sealed Air's 1996 Annual Report as part of due diligence effort | 33 | 0.50 | $425.00 | $212.50 |
| 7/23/02 | B.Rapp | Review of correspondence from Merrill Lynch and CSFB to DLJ re potential transaction between Grace and Sealed Air as part of due diligence effort | 33 | 0.30 | $425.00 | $127.50 |
| 7/23/02 | B.Rapp | Review of prior CFSB "Project Lion" memorandum as part of due diligence effort | 33 | 0.80 | $425.00 | $340.00 |
| 7/23/02 | B.Rapp | Review of prior CSFB presentation to Grace board as part of due diligence effort | 33 | 0.70 | $425.00 | $297.50 |
| 7/23/02 | B.Rapp | Review of several prior DLJ analyses as part of due diligence effort | 33 | 1.25 | $425.00 | $531.25 |
| 7/23/02 | B.Rapp | Review of prior analyses of the Grace/Sealed Air merger transaction as part of due diligence effort | 33 | 2.90 | $425.00 | $1,232.50 |
| 7/23/02 | B.Rapp | Review of valuation analyses prepared relating to valuations of Packco and New Chemco (the specialty chemicals businesses) | 33 | 2.30 | $425.00 | $977.50 |
| 7/23/02 | B.Rapp | Preparation of preliminary discount cash flow valuation spreadsheet for Grace | 33 | 2.90 | $425.00 | $1,232.50 |
| 7/23/02 | B.Rapp | Preparation of preliminary market multiples valuation spreadsheet for Grace | 33 | 1.00 | $425.00 | $425.00 |
| 7/23/02 | B.Rapp | Analysis of prior discounted cash flow valuation model to identify discrepancies from LTC discount cash flow valuation | 33 | 2.00 | $425.00 | $850.00 |
| 7/23/02 | P.Rubsam | Review financial ratios and summarize, with WR Grace included, based on size | 33 | 2.00 | $320.00 | $640.00 |
| 7/24/02 | L.Tersigni | Review and analysis of documents produced regarding enterprise valuation and related matters | 33 | 4.50 | $425.00 | $1,912.50 |
| 7/24/02 | B.Rapp | Modifications to market multiples valuation analysis of Grace | 33 | 1.90 | $425.00 | $807.50 |
| 7/24/02 | B.Rapp | Review and update counsel regarding status of work tasks to be performed | 33 | 1.20 | $425.00 | $510.00 |
| 7/24/02 | B.Cavanaugh | Review, and status update to counsel, regarding progress on WRG enterprise valuation analysis and related deliverables | 33 | 1.75 | $425.00 | $743.75 |
| 7/24/02 | B.Cavanaugh | Review, edit and continue comps analysis for market multiple and transaction multiple enterprise valuations of WRG Chemco | 33 | 2.25 | $425.00 | $956.25 |
| 7/24/02 | P.Rubsam | Review and update production status of valuation components | 33 | 1.00 | $320.00 | $320.00 |
| 7/24/02 | P.Rubsam | Review comparable company analysis breakdown on revenue mix | 33 | 2.25 | $320.00 | $720.00 |
| 7/24/02 | P.Rubsam | Review First Boston valuation and analysis of W.R. Grace | 33 | 3.00 | $320.00 | $960.00 |
| 7/24/02 | P.Rubsam | data | 33 | 2.75 | $320.00 | $880.00 |
| 7/24/02 | P.Rubsam | Summarize 3 valuation methods and update valuation | 33 | 2.75 | $320.00 | $880.00 |
| 7/25/02 | B.Rapp | Business segment revenue analysis and preparation of related spreadsheet in connection with fraudulent transfer litigation | 33 | 2.30 | $425.00 | $977.50 |
| 7/25/02 | B.Rapp | Business segment operating profit analysis and preparation of related spreadsheet in connection with fraudulent transfer litigation | 33 | 1.70 | $425.00 | $722.50 |
| 7/25/02 | B.Rapp | Business segment analysis of capital expenditures, depreciation and asset turnover and preparation of related spreadsheet | 33 | 1.00 | $425.00 | $425.00 |
| 7/25/02 | B.Rapp | Revisions to historical financial statements spreadsheet of Grace for purposes of trend analysis in connection with fraudulent transfer litigation | 33 | 0.50 | $425.00 | $212.50 |

# W.R. Grace

Schedule B

Services Rendered during the Period: July 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/02 | B.Rapp | Review of Grace 10Q to analyze the balance sheet | 33 | 1.90 | $425.00 | $807.50 |
| 7/25/02 | B.Rapp | Review of Grace valuation and solvency analysis | 33 | 0.40 | $425.00 | $170.00 |
| 7/25/02 | B.Rapp | Preparation for meeting 7/26/02 meeting with counsel | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/25/02 | P.Rubsam | Adjust valuation report based on internal staff discussion/review and update corresponding summary | 33 | 2.00 | $320.00 | $640.00 |
| 7/26/02 | B.Rapp | Modifications to discounted cash flow valuation | 33 | 2.30 | $425.00 | $977.50 |
| 7/26/02 | B.Rapp | Meeting with counsel regarding enterprise valuation, solvency issues and analysis of W.R.Grace | 33 | 5.00 | $425.00 | $2,125.00 |
| 7/26/02 | B.Cavanaugh | Meeting with counsel regarding enterprise valuation, solvency issues and analysis of W.R.Grace | 33 | 5.50 | $425.00 | $2,337.50 |
| 7/27/02 | B.Rapp | Analysis and review of prior solvency report for W.R.Grace | 33 | 3.00 | $425.00 | $1,275.00 |
| 7/28/02 | B.Rapp | Review of numbers reported against numbers in Grace financial statements and prior solvency reports | 33 | 2.80 | $425.00 | $1,190.00 |
| 7/28/02 | B.Rapp | Preparation of comments regarding prior discounted cash flow valuation prepared for W.R.Grace | 33 | 1.60 | $425.00 | $680.00 |
| 7/28/02 | B.Rapp | Comparison of prior market multiples analysis prepared for W.R.Grace with LTC market multiples analysis | 33 | 2.80 | $425.00 | $1,190.00 |
| 7/28/02 | B.Rapp | Identification of issues and points to be discussed at 7/29/02 meeting in New York with counsel | 33 | 2.20 | $425.00 | $935.00 |
| 7/29/02 | B.Rapp | Meeting in New York City with Rachel Fleishman of Milberg Weiss to discuss conclusions with respect to solvency analysis | 33 | 4.60 | $425.00 | $1,955.00 |
| 7/29/02 | B.Rapp | Meeting w/ Rachel Fleishman to review conceptual issues in report and to discuss possible text revisions | 33 | 2.90 | $425.00 | $1,232.50 |
| 7/30/02 | B.Rapp | Recap of results: New York meeting with counsel 7/29/02 | 33 | 0.50 | $425.00 | $212.50 |
| 7/30/02 | B.Cavanaugh | Further review and follow-up of meeting notes with counsel (7/26/02 meeting) | 33 | 1.75 | $425.00 | $743.75 |
| | | **TOTAL Category 33** | | **499.15** | | **$181,544.00** |
| 7/5/02 | L.Tersigni | One half travel time to from Connecticut to New York in connection with meeting with counsel to review issues related to fraudulent | 35 | 1.50 | $425.00 | $637.50 |
| 7/5/02 | B.Rapp | One-half of round-trip travel time from Allentown, PA to New York City for meeting with counsel | 35 | 2.70 | $425.00 | $1,147.50 |
| 7/5/02 | B.Cavanaugh | One-half of round-trip travel time from Mendham, N.J. to New York City for meeting w/counsel | 35 | 1.75 | $425.00 | $743.75 |
| 7/15/02 | B.Cavanaugh | One-half of round-trip travel time from Mendham, N.J. to New York City for meeting with counsel | 35 | 1.75 | $425.00 | $743.75 |
| 7/26/02 | B.Rapp | One-half of round-trip travel time from Allentown, PA to New York City for meeting with counsel | 35 | 2.50 | $425.00 | $1,062.50 |
| 7/26/02 | B.Cavanaugh | One-half of round-trip travel time from Mendham, N.J. to New York City for meeting with counsel | 35 | 1.50 | $425.00 | $637.50 |
| 7/29/02 | B.Rapp | One-half of round-trip travel time from Allentown, PA to New York City for meeting with counsel | 35 | 2.50 | $425.00 | $1,062.50 |
| | | **TOTAL Category 35** | | **14.20** | | **$6,035.00** |
| | | **TOTAL Schedule B :** | | **546.95** | | **$198,389.25** |

# W.R. Grace

**Schedule B**

Services Rendered during the Period: July 1 -31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
|      |           |         |          |       |      |        |

# W. R. Grace

## Schedule C

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | | Amount |
|---|---|---|
| Transportation: 7/5/02  L.Tersigni round trip train: Stamford, CT.-NYC plus parking at train station | | $21.75 |
| Transportation: 7/5/02  B.Rapp round trip by car: Allentown, PA..-NYC plus parking in NYC and tolls | | $86.79 |
| Transportation: 7/5/02  B.Cavanaugh round trip by car: Mendham, NJ.-NYC plus parking in NYC and tolls | | $41.08 |
| Transportation: 7/15/02  B.Cavanaugh round trip by car: Mendham, NJ.-NYC plus parking in NYC and tolls | | $35.08 |
| Transportation: 7/26/02  B.Cavanaugh round trip by car: Mendham, NJ.-NYC plus parking in NYC and tolls | | $35.55 |
| Transportation: 7/26/02  B.Rapp round trip by car: Allentown, PA..-NYC plus parking in NYC and tolls | | $90.29 |
| Transportation: 7/29/02  B.Rapp round trip by car: Allentown, PA..-NYC plus parking in NYC and tolls | | $113.05 |
| Mergerstat report ordered 7/3/02 for valuation | | $300.00 |
| Valuation report for comparable companies ordered 7/8/02 from NYC Library | | $195.00 |
| Valuation report for comparable companies ordered 7/12/02 from NYC Library | | $95.50 |
| Four 10K reports ordered 7/8/02 from Disclosures | | $176.00 |
| **Federal Express: ( 9 packages )** | | |
| | 8360-8882-5625 | $35.08 |
| | 8360-8882-5647 | $18.45 |
| | 8360-8882-5658 | $14.06 |
| | 8360-8882-6220 | $15.41 |
| | 8360-8882-6242 | $35.15 |
| | 8360-8882-6253 | $19.80 |
| | 8360-8882-6264 | $19.80 |
| | 8360-8882-6286 | $18.88 |
| | 8360-8882-6301 | $20.72 |
| Xerox:  ( 6,686 x $0.10 per page) | | $668.60 |
| FAX:   ( 42 x $0.50 per page- OUTBOUND ONLY) | | $21.00 |
| Telephone | | $238.73 |
| **Total Expenses incurred from  July 1 -31, 2002** | | **$2,315.77** |