IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  October 1, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Automatic Stay Matters/Relief Proceeding – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | James W Kapp | 0.30 | Attend to issues re response to motion requesting relief from automatic stay to conduct discovery. |
| 7/01/02 | Christian J Lane | 0.70 | Revise response to Wesconn motion for relief from stay. |
| 7/02/02 | James W Kapp | 0.80 | Review and revise Wesconn automatic stay motion and attend to issues re same. |
| 7/03/02 | James W Kapp | 1.00 | Telephone conference with D. Carickhoff re Wesconn motion (.1); review and revise Wesconn objection and attend to issues re same (.9). |
| 7/03/02 | Christian J Lane | 1.00 | Finalize objection to Wesconn motion for relief from stay. |
| 7/15/02 | Christian J Lane | 2.00 | Prepare materials related to Wesconn motion for relief from stay for hearing. |
| 7/16/02 | James W Kapp | 0.20 | Telephone conference with D. Siegel re Compton litigation and impact upon automatic stay and chapter 11 cases and attend to issues re same. |
| 7/21/02 | James W Kapp | 0.10 | Attend to issues re Gerard seal motion in connection with automatic stay motion. |
| 7/26/02 | Christian J Lane | 1.50 | Review file and transcripts re objection to Kane motion for relief from stay. |
| 7/29/02 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re Wesconn order and attend to issues re same. |
| 7/29/02 | Christian J Lane | 2.00 | Draft objection to Kane motion for relief from stay. |
| 7/30/02 | Christian J Lane | 1.70 | Draft and revise objection to Kane motion for relief from stay. |
|  | Total hours: | 11.40 |  |

**Matter 20 – Case Administration – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 7/01/02 | Shirley A Pope | 3.80 | Review and analyze correspondence, distribute to attorneys for action and file same (1.8); review docket sheet for newly filed pleadings, download (1.0); review and organize legal memoranda and file same (1.0). |
| 7/01/02 | Sabrina M Mitchell | 0.50 | Update motion status chart (.3); transmit pleadings for attorney review (.2). |
| 7/02/02 | David M Bernick, P.C. | 0.30 | Preparation for and attend internal K&E conference. |
| 7/02/02 | Christian J Lane | 0.50 | Review filed pleadings. |
| 7/02/02 | Shirley A Pope | 1.00 | Review docket sheet for newly filed pleadings and download same, review, analyze and distribute for attorney use. |
| 7/02/02 | Sabrina M Mitchell | 0.60 | Respond to request for Grace FEINs and attend to matters re same. |
| 7/03/02 | Elizabeth Cox Arnold | 0.80 | Review recently received pleadings and correspondence. |
| 7/03/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same (.1); review and revise motion status chart (.1). |
| 7/03/02 | Shirley A Pope | 5.30 | Review and analyze correspondence, distribute to responsible attorney for action and file same (2.3); review docket for newly filed pleadings, download, review and analyze pleadings and distribute to responsible attorneys for action (1.0); revise case file indices (1.0); prepare outside counsel reports for inclusion in Grace main file (1.0). |
| 7/03/02 | Sabrina M Mitchell | 1.10 | Update motion status chart (.4); review docket for fee auditor information (.1); respond to request for fee application certificates of no objection (.4); download June 18, 2002, transcript from the court's docket (.2). |
| 7/05/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/08/02 | Shirley A Pope | 8.30 | Review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (2.5); review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (2.5); arrange telephone conference re Grace team meeting (.3); revise case file indices (1.0); prepare documents to be attached to letter brief (1.0); review, analyze and organize PWC documents for attorney review (1.0). |
| 7/09/02 | David M Bernick, P.C. | 1.50 | Prepare for and attend team meeting. |
| 7/09/02 | James W Kapp | 2.10 | Review pleadings and correspondence and attend to issues re same (.6); prepare for and attend status meeting re litigation strategies and outstanding issues and attend to issues re same (1.5). |
| 7/09/02 | Shirley A Pope | 5.00 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (1.5); review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (1.5); search docket (In re USG) for estimation brief and download for attorney review (1.0). prepare for and attend internal K&E litigation strategy meeting (1.0). |
| 7/09/02 | Andrew R Running | 1.30 | Participate in internal Kirkland team conference. |
| 7/09/02 | Christopher B Sullivan | 1.30 | Prepare for and attend team meeting. |
| 7/09/02 | Sabrina M Mitchell | 0.80 | Update motion status chart (.6); respond to request for interim compensation order (.2). |
| 7/10/02 | James W Kapp | 1.40 | Review pleadings and correspondence and attend to issues re same (.3); review docket and attend to issues re same (.1); prepare for and attend status/strategy meeting with bankruptcy team and attend to issues re same (1.0). |
| 7/10/02 | Shirley A Pope | 5.00 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (3.0); revise Concordance pleadings database (1.0); review and analyze legal research memoranda (1.0). |
| 7/10/02 | Sabrina M Mitchell | 0.90 | Respond to request for Manzo retention order and attend to matters re same (.3); retrieve and duplicate blackstone retention pleadings (.2); retrieve revised compensation program motion (.1); update the case file index with new documents and prepare for inclusion into central files (.3). |
| 7/10/02 | Seth B Kutnick | 4.00 | Create index for compensation application files for review. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/11/02 | Shirley A Pope | 5.50 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (2.5); review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (3.0). |
| 7/11/02 | Sabrina M Mitchell | 1.60 | Download docket entries related to fraudulent conveyance and attend to matters re same. |
| 7/12/02 | James W Kapp | 0.20 | Review pleadings and correspondence and distribute same. |
| 7/12/02 | Shirley A Pope | 3.30 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (1.3); review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (2.0). |
| 7/15/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 7/15/02 | Sabrina M Mitchell | 0.50 | Prepare labels for central files. |
| 7/16/02 | James W Kapp | 0.30 | Review docket and attend to issues re same (.1); review pleadings and correspondence and distribute same (.2). |
| 7/16/02 | Sabrina M Mitchell | 0.60 | Download rules from Westlaw re unpublished decisions in the 6th circuit for attorney review. |
| 7/17/02 | James W Kapp | 0.30 | Review pleadings and correspondence and attend to issues re same. |
| 7/17/02 | Shirley A Pope | 1.30 | Review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action. |
| 7/18/02 | Shirley A Pope | 4.50 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (1.5); review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (2.0); revise pleadings database (1.0). |
| 7/18/02 | Sabrina M Mitchell | 0.20 | Update motion status chart. |
| 7/19/02 | David M Bernick, P.C. | 1.00 | Prepare for and attend Grace team meeting. |
| 7/19/02 | James W Kapp | 0.40 | Prepare for and attend litigation status meeting in preparation for July 22, 2002, hearing and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/19/02 | Shirley A Pope | 4.50 | Prepare for and attend litigation strategy meeting (.5); review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (1.5); retrieve, review and organize documents re July 22 hearing in Wilmington for attorney review (2.5). |
| 7/19/02 | Kellye L Fabian | 0.50 | Prepare for and attend team meeting. |
| 7/19/02 | Sabrina M Mitchell | 1.60 | Update motion status chart (.4); respond to request for OCP motion (.2); attend to matters re 9th supplemental affidavit of J. Sprayregen (.3); download Westlaw research re fraudulent conveyance (.7). |
| 7/21/02 | James W Kapp | 0.50 | Review motion status chart and attend to issues re same (.1); review pleadings and correspondence and distribute same and attend to issues re same (.3); review Daily Bankruptcy Review article re Securities and Exchange Commission settlement of two former executives (.1). |
| 7/22/02 | Shirley A Pope | 1.00 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same. |
| 7/22/02 | Sabrina M Mitchell | 0.40 | Update the case file index with new documents and prepare for inclusion into central files. |
| 7/23/02 | Christian J Lane | 3.20 | Research re appropriate rate of interest to accrue for post-petition obligations. |
| 7/23/02 | Shirley A Pope | 2.00 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same. |
| 7/23/02 | Janet S Baer | 1.00 | Review pleadings filed from last two days and distribute as appropriate to responsible attorneys. |
| 7/23/02 | Sabrina M Mitchell | 1.30 | Download new e-file documents from the court's website (1.1); respond to request for Blackstone retention pleadings (.2). |
| 7/24/02 | Elizabeth Cox Arnold | 1.00 | Locate opinion and article for attorney review. |
| 7/24/02 | Christian J Lane | 2.50 | Additional research and draft memo re appropriate rate of interest to accrue for post-petition obligations. |
| 7/24/02 | Janet S Baer | 0.50 | Review new court filings and circulate to appropriate parties. |
| 7/24/02 | Sabrina M Mitchell | 1.10 | Update motion status chart (.4); respond to request for confidentiality agreement (.3); download new e-file pleadings from the court's website (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/25/02 | James W Kapp | 0.60 | Review various pleadings and correspondence and distribute same and attend to issues re same (.5); review docket and attend to issues re same (.1). |
| 7/25/02 | Shirley A Pope | 6.30 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (3.0); revise pleadings database (1.0); update subject files for inclusion in Grace main file (2.3). |
| 7/26/02 | James W Kapp | 0.70 | Review and distribute various pleadings and correspondence and attend to issues re same (.3); review and revise status report and attend to issues re same (.1); review pleadings in related bankruptcy proceedings pertaining to Plan exclusivity and key employee retention programs (.3). |
| 7/26/02 | Sabrina M Mitchell | 1.20 | Download Kaiser pleadings re key employee retention and exclusivity extension (.9); respond to request for Kaiser July 23, 2002, transcript and attend to matters re same (.3). |
| 7/28/02 | James W Kapp | 0.20 | Review pleadings and correspondence and attend to issues re same. |
| 7/29/02 | Elizabeth Cox Arnold | 1.40 | Locate opinion for attorney review (.6); review recently received correspondence and pleadings and distribute same (.8). |
| 7/29/02 | Shirley A Pope | 2.00 | Review and analyze correspondence, distribute to responsible attorneys for action and file copies of same (1.0); review docket for newly filed pleadings, download same, review and analyze and distribute to responsible attorneys for action (1.0). |
| 7/30/02 | Janet S Baer | 0.80 | Review and circulate recent court filings. |
| 7/30/02 | Sabrina M Mitchell | 0.40 | Download new e-file pleadings from the court's website. |
| 7/31/02 | James W Kapp | 0.50 | Review pleadings and correspondence and distribute same (.3); review docket and attend to issues re same (.2). |
| 7/31/02 | Shirley A Pope | 3.00 | Review correspondence, distribute and file same (2.0); review docket for newly filed pleadings, download (1.0). |
| | Total hours: | 104.20 | |

**Matter 21 – Claim Estimate, Objection and Resolution – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | James W Kapp | 0.90 | Attend to issues re Property Damage Committee appeal of denial of motion to strike claims and review pleadings re same (.6); telephone conference with W. Sparks re objections to Kellogg proof of claim and attend to issues re same (.2); review administrative expense claim of California (.1). |
| 7/01/02 | Janet S Baer | 2.60 | Review memorandum from BMC re claims processing and return mail issues (.3); attend to matters and further revise response re Bar Date Order (1.0); participate in bar date call with BMC, Rust Consulting and Grace representatives (.6); review revised Rust protocol re caller inquiries on bar date and further revise same (.7). |
| 7/02/02 | Janet S Baer | 1.20 | Correspondence re 800 number call in issues (.4); confer with K. Kinsella re 800 script issues (.3); follow up inquiries on claims processing and mail issues (.5). |
| 7/09/02 | Janet S Baer | 0.60 | Conference with Rust Consulting re confirmation card (.3); attend to matters re Bar Date publication (.3). |
| 7/10/02 | Janet S Baer | 1.00 | Respond to various bar date/claim related inquiries (.5); review ZAI response claims objections and follow up re same and related matters for 7/22 hearing (.5). |
| 7/11/02 | Christian J Lane | 1.40 | Draft objection to Kellogg claim. |
| 7/11/02 | Janet S Baer | 1.00 | Conference with F. Zaremby re status of claims and related issues (.2); conference with J. Hasenzahl re claims issues (.3); review response to ZAI claims objection and attend to matters re same (.5). |
| 7/12/02 | James W Kapp | 0.50 | Review and revise objection to Kellogg claim and attend to issues re same. |
| 7/12/02 | Christian J Lane | 1.00 | Revise objection to Kellogg claim. |
| 7/15/02 | James W Kapp | 0.50 | Review and revise Debtors' objection to Kellogg's claim. |
| 7/15/02 | Christian J Lane | 1.00 | Correspondence with client re Kellogg claim (.3); draft objection to Kellogg claim (.7). |
| 7/15/02 | Andrew R Running | 0.10 | Attend to matters re J. Hughes claims management issues. |
| 7/15/02 | Janet S Baer | 0.30 | Review supplemental schedules prepared by Company and BMC. |
| 7/16/02 | James W Kapp | 0.80 | Review and revise objection to Kellogg claim and attend to issues re same. |
| 7/16/02 | Christian J Lane | 1.50 | Draft and revise objection to Kellogg claim. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/16/02 | Janet S Baer | 0.50 | Review information re notice program publications, 800 number status and return mail issues. |
| 7/18/02 | Christian J Lane | 0.50 | Attention to additions to creditor matrix. |
| 7/19/02 | James W Kapp | 0.10 | Attend to issues re objection to Kellogg proof of claim. |
| 7/26/02 | Janet S Baer | 1.00 | Review PI Committee's case management proposal. |
| | Total hours: | 16.50 | |

## Matter 22 – Contested Matters/Adversary Proceedings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/30/02 | Andrew R Running | 2.30 | Review product liability research outline and provide comments for the next draft. |
| 7/01/02 | David M Bernick, P.C. | 2.00 | Reviewing objections to PD's special counseling budget and revising same (.5); internal conference re outline regarding ZAI issue and revise same (1.5). |
| 7/01/02 | Mark E Grummer | 2.40 | Write up notes of 6/27 interviews (.4); review Libby document ring binders received from Holme Roberts and telephone conference with D. Frost re same (.2); prepare for and participate in telephone conference with Grace representatives re sites on EPA/DOJ list (.8); review DOJ list of sites and annotate with reserves amounts and other relevant information in preparation for 7/3 telephone conference with Remedium and others (1.0). |
| 7/01/02 | Christian J Lane | 1.30 | Review filings re PD Committee motion to strike and appeal (1.0); attend to matters re same (.3). |
| 7/01/02 | Andrew R Running | 1.10 | Review revised draft of legal research outline re ZAI product liability issues (.6); telephone conference with D. Bernick and K. Fabian re ZAI product liability issues (.5). |
| 7/01/02 | Kellye L Fabian | 3.80 | Revise response to ZAI claimants' opposition to Grace's proposed science trial (2.5); internal conference re ZAI claimaints' opposition to Grace's proposed science trial (.2); research science trial issues (.6); research class composition case law (.5). |
| 7/01/02 | David A Codevilla | 2.50 | Review Libby documents generated by Montana Department of Environmental Quality, Libby timeline and 2000 testimony and discovery responses (2.2); consider issues re outline of Libby trial binder (.3). |
| 7/01/02 | Janet S Baer | 8.20 | Attend to matters re EAIC/Gerling Motion and English Action (2.5); review correspondence re same (1.5); participate in several conferences with the English counsel re Gerling proceeding in London (1.5); final review and transmittal re special counsel re ZAI (.5); review counsel's suggestions re EAIC/Gerling matter (.5); attend to matters re ZAI appeal (.5); coordinate meeting on science trial and confer with various participants re same (.4); further revise ZAI budget objections and prepare transmittal re same (.8). |
| 7/01/02 | Michael Geiser | 4.00 | Conduct legal research re choice of law. |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | Stephanie R Cashman | 5.50 | Enter pleadings into Concordance database (3.0); prepare witness files re deposition preparation (2.5). |
| 7/02/02 | David M Bernick, P.C. | 2.00 | Review and revise Grace briefs re ZAI trial. |
| 7/02/02 | Lisa G Esayian | 0.50 | Review Department of Justice's witness list and 3/12/02 discovery order. |
| 7/02/02 | Mark E Grummer | 1.80 | Telephone conference with L. Duff re current list of environmental sites with disputed reserves (.4); prepare for 7/3 conference call re 32 EPA/DOJ sites, including preparation of table of reserve estimates for same and review of status of reserve as of 1998 for Chattanooga cleanup (1.4). |
| 7/02/02 | Christian J Lane | 1.70 | Draft response re PD Committee motion to strike and appeal. |
| 7/02/02 | Christopher B Sullivan | 0.20 | Telephone conferences with W. Sparks re market share testimony and discovery responses. |
| 7/02/02 | David J Zott | 3.30 | Review background action memos and other reports re Libby site and expansion sites (3.0); conference with D. Frost re discovery issues (.3). |
| 7/02/02 | David A Codevilla | 1.50 | Review correspondence and adversarial comments between Grace and EPA Region VIII in cost recovery action. |
| 7/02/02 | Janet S Baer | 4.20 | Correspondence re response on bar date motion (.5); prepare letters re Montana Vermiculite Company issues (.7); review correspondence re EAIC suit, Gerling's indemnity and related issues (1.0); review Zonolite Company purchase documents for J. Lacey letter on Montana Vermiculite Company (.5); confer with M. Shelnitz and J. Posner re Gerling retention agreement and related issues (.5); respond to inquiries re ZAI matters (.5); prepare further correspondence re Gerling/EAIC (.5). |
| 7/02/02 | Michael Geiser | 5.00 | Conduct legal research re choice of law. |
| 7/02/02 | Stephanie R Cashman | 6.00 | Enter pleadings into Concordance database. |
| 7/03/02 | David M Bernick, P.C. | 1.30 | Meeting and conference call (.8); conduct telephone conference with D. Siegel re status of various litigation matters (.5). |
| 7/03/02 | Mark E Grummer | 0.60 | Review DOJ witness designations (.1); prepare email memorandum to K&E and Grace team re approach to answering DOJ interrogatories (.2); review Holme Roberts ring binders of Libby documents (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/03/02 | David J Zott | 3.50 | Joint defense conference call re other sites identified by DOJ (2.0); review additional Libby background documents (1.5). |
| 7/03/02 | David A Codevilla | 1.00 | Continue review of Libby-related correspondence between EPA Region VIII and Grace (.8); attend to matters re Libby documents and PricewaterhouseCoopers audit files (.2). |
| 7/03/02 | Janet S Baer | 1.00 | Attend conference with PD Committee and special counsel re ZAI science trial budget and issues (.8); review final Grace/Gerling retention letter (.2). |
| 7/03/02 | Stephanie R Cashman | 5.00 | Enter pleadings into Concordance database (3.0); update witness files re deposition preparation (1.0); update case files (1.0). |
| 7/05/02 | David J Zott | 0.50 | Review Grace responses to EPA questionnaires re Libby background documents from Holme Roberts. |
| 7/05/02 | David A Codevilla | 1.40 | Review and summarize Grace & EPA correspondence re Libby. |
| 7/06/02 | David J Zott | 2.30 | Review background Libby documents from Holme Roberts. |
| 7/07/02 | Mark E Grummer | 0.20 | Begin preparation of memorandum re results of interview of R. Marriam re expansion plants. |
| 7/07/02 | Kellye L Fabian | 0.50 | Review court's opinion in Armstrong case denying certification of property damage class. |
| 7/08/02 | David M Bernick, P.C. | 0.20 | Conduct telephone conference with D. Siegel re Department of Justice and EPA issues. |
| 7/08/02 | Lisa G Esayian | 0.90 | Consider issues re contested environmental sites (.4); review 1997 Grace Green Book descriptions for Acton and Woburn sites (.5). |
| 7/08/02 | Mark E Grummer | 1.50 | Complete file memorandum re results of interview of R. Marriam re expansion plants and forward same to team. |
| 7/08/02 | David J Zott | 2.50 | Review background Libby documents and Libby pleadings (2.0); review and comment on document requests going to Holme Roberts (.3); conference with D. Frost re case fact issues and expert selection (.2). |
| 7/08/02 | David A Codevilla | 1.40 | Continue review & summary of Grace and EPA Region VIII letters and comments re EPA response/removal actions at Libby. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/08/02 | Janet S Baer | 5.00 | Revise objection re bar date motion (1.0); revise objection to budget (1.0); attend to matters re bar date and ZAI budget objections (1.0); review Unsecured Creditors and PI Committee's objection re special counsel (.8); review C. Gerard's motion for reconsideration (.7); review agenda re 7/22 hearing and case management order re Gerard motion (.3); conference with counsel for CNA re same (.2). |
| 7/09/02 | David M Bernick, P.C. | 0.80 | Consider issues re environmental claims (.3); conduct telephone conference with D. Siegel re environmental claims (.5). |
| 7/09/02 | Lisa G Esayian | 0.20 | Attend to matters re reasonableness of reserves for environmental sites. |
| 7/09/02 | Mark E Grummer | 0.30 | Review DOJ interrogatories re environmental sites in fraudulent conveyance action and prepare email to team re same. |
| 7/09/02 | James W Kapp | 0.10 | Review and distribute defendants motion to strike. |
| 7/09/02 | David J Zott | 1.00 | Conference with D. Frost re depositions and review proposed schedule (.3); review DOJ discovery requests (.5); review expansion plant interview notes (.2). |
| 7/09/02 | David A Codevilla | 0.50 | Telephone conference with Orrick re PricewaterhouseCoopers audit documents re environmental reserves (.3); prepare list of Libby-related documents to request from Holme Roberts & Owen (.2). |
| 7/09/02 | Janet S Baer | 3.00 | Review brief on PI bar date, estimation and CMO (.5); conference with J. Hughes re discovery notice in counsel dispute (.2); assemble C. Gerard materials; conference with CNA counsel and attend to matters re C. Gerard motion for reconsideration (1.3); assemble materials re ZAI chronology, appeal, discovery order and scope of science trial and review same (1.0). |
| 7/10/02 | Lisa G Esayian | 0.20 | Attend to matters re environmental factual development issues. |
| 7/10/02 | Mark E Grummer | 0.50 | Review email memorandum re results of negotiating with DOJ re list of 32 sites and proposed stipulation amounts for 1998 reserves re same (.2); revise emailed list of sites to include Grace reserve amounts and forward same to team (.2); exchange email re list of sites (.1). |
| 7/10/02 | David J Zott | 2.00 | Work on project outline for environmental issues (1.0); work on outline for Libby issues (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/10/02 | Kellye L Fabian | 0.80 | Research strict liability and de minimis risk of harm case law cases. |
| 7/10/02 | David A Codevilla | 2.50 | Review and summarize Libby hot documents provided by Holme Roberts & Owen (1.7); review K&E Libby project outline and organize Grace documents re Libby (.8). |
| 7/10/02 | Janet S Baer | 1.50 | Revise order on science trial discovery, review court transcript re same and prepare transmittal re same (1.0); attend to matters re EAIG/Gerling proceeding and review final drafts re same (.5). |
| 7/11/02 | David M Bernick, P.C. | 1.00 | Review of low dose studies and conference re same. |
| 7/11/02 | David J Zott | 4.70 | Prepare for meeting with Remedium re environmental issues (1.0); meet with R. Medlar and L. Gardener re same (2.5); review additional documents from meeting (.5); work on outline for Libby issues (.7). |
| 7/11/02 | Kellye L Fabian | 1.50 | Research case law re de minimis risk . |
| 7/11/02 | David A Codevilla | 0.30 | Review PWC audit files re environmental reserves with Orrick. |
| 7/11/02 | Janet S Baer | 1.10 | Attend to matters re Gerard motion for reconsideration (.5); further revise ZAI science order (.4); prepare transmittal re same (.2). |
| 7/12/02 | S Jonathan Silverman | 6.00 | Review epidemiological literature. |
| 7/12/02 | Kellye L Fabian | 1.00 | Research risk of harm case law. |
| 7/12/02 | David A Codevilla | 1.10 | Review PricewaterhouseCoopers audit files re environmental reserves at Orrick offices. |
| 7/12/02 | Janet S Baer | 1.10 | Review pleadings re special counsel issues for ZAI trial (.4); attend to matters re ZAI appeal (.3); attend to matters re fraudulent conveyance professional issues (.4). |
| 7/13/02 | Lisa G Esayian | 1.30 | Analyze 1996-97 Grace and outside contractor documents supporting Grace's reserves for Acton site and write preliminary memorandum re key facts re same. |
| 7/13/02 | Janet S Baer | 1.20 | Review and revise objection re ZAI appeal (.5); attend to matters re same (.3); revise draft order re ZAI science trial (.2); review PD Committee's Reply re ZAI special counsel (.2). |
| 7/14/02 | David M Bernick, P.C. | 0.50 | Review answer to objection to ZAI budget and retention. |
| 7/15/02 | David M Bernick, P.C. | 0.30 | Attend to matters re ZAI pleadings. |

A-13

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/15/02 | Lisa G Esayian | 0.20 | Attend to matters re upcoming depositions and key issues for contested Department of Justice sites. |
| 7/15/02 | Andrew R Running | 0.80 | Review cases and law review article on ZAI product liability issue. |
| 7/15/02 | S Jonathan Silverman | 3.20 | Review epidemiological literature. |
| 7/15/02 | Kellye L Fabian | 2.50 | Research case law re class composition. |
| 7/15/02 | David A Codevilla | 1.80 | Prepare discovery responses to U.S. July 8 discovery (1.5); review prior Department of Justice discovery requests (.3). |
| 7/15/02 | Janet S Baer | 3.00 | Further revise ZAI scheduling order (.3); revise ZAI response on appeal (1.0); attend to matters resame (1.0); confer with M. Herrmann re PI briefs (.3); prepare ZAI order and objection for filing (.4). |
| 7/16/02 | David M Bernick, P.C. | 0.70 | Conduct telephone conference re environmental stipulation. |
| 7/16/02 | Lisa G Esayian | 1.00 | Work on Acton, Blackburn, Woburn and Hatco site outlines. |
| 7/16/02 | Mark E Grummer | 1.20 | Attend to discovery matters including numerous telephone and office conferences with representatives of Grace, Holme Roberts (Grace counsel in CERCLA actions) and counsel for Sealed Air. |
| 7/16/02 | Andrew R Running | 0.30 | Attend to matters re ZAI product liability legal research. |
| 7/16/02 | David J Zott | 2.00 | Telephone conference with Special Master Dreier on motion for reconsideration (.5); revise project outline, Libby outline and key deposition outline (1.5). |
| 7/16/02 | Kellye L Fabian | 5.50 | Research risk of harm case law. |
| 7/16/02 | David A Codevilla | 2.00 | Review Libby-related documents provided to K&E by Holme Roberts & Owen (.8); review expansion plant-related documents for confidentiality/privilege purposes at Skadden (1.2). |
| 7/16/02 | Janet S Baer | 0.60 | Attend to matters re ZAI appeal (.3); review recent pleadings re ZAI (.3). |
| 7/17/02 | David J Zott | 0.80 | Conference with L. Duff re Curtis Bay site (.5); review public documents re same (.3). |
| 7/17/02 | Kellye L Fabian | 4.80 | Research risk of harm case law. |
| 7/17/02 | David A Codevilla | 1.80 | Review K&E Libby trial outline (1.5); attend to matters re specific site reserve issues (.3). |
| 7/17/02 | Janet S Baer | 0.30 | Conference with W. Sparks re J. Walters claim, fraudulent transfer litigation and related matters. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/18/02 | Mark E Grummer | 0.70 | Evaluate issues re indemnified sites and review materials and confer with Grace representatives re same. |
| 7/18/02 | James W Kapp | 0.30 | Attend to issues re National Union adversary proceeding. |
| 7/18/02 | S Jonathan Silverman | 5.20 | Review epidemiological literature. |
| 7/18/02 | David J Zott | 1.80 | Review background documents re Curtis Bay. |
| 7/18/02 | Kellye L Fabian | 5.50 | Research case law re risk of harm and class certification. |
| 7/18/02 | David A Codevilla | 2.30 | Continue review of Libby-related documents provided by Holme Roberts & Owen (1.5); perform RCRA research (.8). |
| 7/18/02 | Janet S Baer | 4.30 | Attend to matters re preparation for upcoming omnibus hearing on ZAI matters (1.0); review hearing transcripts re ZAI science trial issues (2.0); prepare document assembling ZAI scheduling order, pleadings and transcripts (.5); review ZAI response on budget and special counsel matter (.4); review draft ZAI order and compare to debtor's order (.4). |
| 7/19/02 | Lisa G Esayian | 0.50 | Review Grace's Blackburn/Walpole documents and add to outline re same. |
| 7/19/02 | Mark E Grummer | 0.20 | Telephone conference with J. McCarthy re Libby issues. |
| 7/19/02 | Kellye L Fabian | 4.00 | Draft damages memorandum. |
| 7/19/02 | Janet S Baer | 3.00 | Review transcripts, orders and new pleadings and assemble for omnibus hearing (re ZAI) (2.0); attend meeting re discussion on ZAI omnibus issues and related contested matters and review pleadings re same (1.0). |
| 7/20/02 | Lisa G Esayian | 1.80 | Work on trial outlines for Woburn, Acton and Hatco sites and flag key issues. |
| 7/20/02 | Mark E Grummer | 1.20 | Review information from L. Duff re several indemnified sites and prepare email to team describing same and additional documents and information needed to eliminate sites from list of contested sites (.9); review transcript of Shoemaker deposition re Baltimore Davison site (.3). |
| 7/21/02 | Mark E Grummer | 1.50 | Begin drafting Libby trial outline (.9); draft letter to J. Ellington (DOJ) re Nashua site contractual protection from cleanup liability (.1); begin review of documents re Western Minerals Minneapolis site (.5). |
| 7/21/02 | Janet S Baer | 1.50 | Review various motions re omnibus hearing re scheme administrator, bar date order and ZAI issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/22/02 | Lisa G Esayian | 0.80 | Develop key facts for Hatco site (.4); review Grace documents re Acton and Woburn sites and add to outline re same (.4). |
| 7/22/02 | Mark E Grummer | 0.60 | Review documents re Libby site (.3); review produced documents (.3). |
| 7/22/02 | Christian J Lane | 0.50 | Telephone conferences with client re post-petition personal injury suit. |
| 7/22/02 | David A Codevilla | 1.80 | Continue review of Libby-related documents (.3); load and search Holme Roberts CDs of Libby hot documents used by EPA Region VIII (1.5). |
| 7/22/02 | Janet S Baer | 0.30 | Review revised Baker & Taylor settlement agreement. |
| 7/23/02 | Lisa G Esayian | 0.80 | Telephone conference with J. Jackson re upcoming Woburn and Acton depositions and key facts for those sites (.4); several conferences with K. Larson re same (.4). |
| 7/23/02 | Mark E Grummer | 2.70 | Review Libby timelines and chronologies (.8); begin review of Trenton site documents (.3); telephone conference with D. Frost re Libby and other matters (.3); review E. Ram draft tables re Libby matters and exchange emails re same (.3); review Libby produced documents (1.0). |
| 7/23/02 | Lauren Mitchell-Dawson | 1.20 | Research CERCLA status of sites 9 and 21. |
| 7/23/02 | Janet S Baer | 1.10 | Conference with D. Siegel re issues related to court strategy (.3); follow up re compensation plan and ZAI budget (.3); prepare order on scheme administrators and revise same (.5). |
| 7/24/02 | Lisa G Esayian | 0.50 | Work on Woburn, Acton and Charleston trial outlines. |
| 7/24/02 | Mark E Grummer | 4.10 | Telephone conference with K. Coggon and other Holme Roberts attorneys re plans for meeting on 7/29 re Libby site (.9); attend to matters re preparation of chronologies for Libby site and other Libby projects (.5); review Libby documents, evaluate Libby issues, work on chronologies, and make other preparations for 7/29 Libby meeting (2.7). |
| 7/24/02 | Lauren Mitchell-Dawson | 3.80 | Review and organize documents re Site 21 and Site 9 from Skadden (2.2); obtain EPA CERLCLA report printout on Western Minerals and review same (.3); provide inputs to status tables and attend to matters re same (1.3). |
| 7/24/02 | David A Codevilla | 2.00 | Research and draft portions of Libby, Montana deposition and trial outline (1.5); review documents re expansion plants from Skadden (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/24/02 | Janet S Baer | 2.20 | Review article re compensation plan (.2); review motion re PI brief under seal and attend to matters re same (.3); attend to matters re ZAI budget (.3); confer with W. Sparks re Jack Walters contract and his participation in litigation (.3); attend to matters re confidentiality agreement re PI case management motion (.5); confer with D. Siegel re ZAI budget and compensation plan (.3); review responses re fees on interrogatories for fraudulent conveyance matters (.3). |
| 7/25/02 | Lisa G Esayian | 1.40 | Revise Grace Rule 26(a) environmental disclosure (1.0); telephone conference with L. Duff, M. Johns and M. Obradovic re Woburn and Acton issues for upcoming depositions (.4). |
| 7/25/02 | Mark E Grummer | 1.60 | Prepare chronologies, lists, and other materials for 7/29 meeting re Libby (.5); prepare list of sites and calculation of difference between Grace reserve and United States' position on cleanup cost at various sites (.2); review Libby documents in preparation for 7/29 meeting (.9). |
| 7/25/02 | Andrew R Running | 0.50 | Attend to matters re defense of depositions re employee retention plan modifications (.2); exchange e-mails with client re same (.3). |
| 7/25/02 | Janet S Baer | 0.80 | Conference with W. Sparks re witness issues in Libby (.3); attend to matters re PI case management (.5). |
| 7/25/02 | Janet S Baer | 0.30 | Confer with EPA re Milwork's West expenses. |
| 7/26/02 | David M Bernick, P.C. | 0.10 | Review Libby materials on preparation for meeting at Home Roberts. |
| 7/26/02 | Lisa G Esayian | 1.00 | Telephone conference with J. Jackson re issues for upcoming deposition re Acton site (.1); review certain quarterly summaries from Remedium (.5); prepare for Woburn deposition (.4). |
| 7/26/02 | Mark E Grummer | 4.90 | Review Libby documents, select and compile chronological set of key Libby documents, prepare event chronologies, and compile all in tabbed ring binders in preparation for 7/29 meeting. |
| 7/26/02 | Lauren Mitchell-Dawson | 1.30 | Complete LMD revisions to status tables. |
| 7/26/02 | Andrew R Running | 0.70 | Telephone conference with S. Ahern re depositions of McGowan, Norris and Bubnovich re employee compensation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/02 | Lisa G Esayian | 2.50 | Summarize key points from 7/22/02 deposition of EPA Chattanooga witness (1.0); review Department of Justice's interrogatory response re Chattanooga site and e-mail D. Zott re issues re same (1.0); review key documents and select exhibits and prepare for Woburn deposition (.5). |
| 7/27/02 | Mark E Grummer | 0.90 | Revise notes of interview of A. Stringer re Libby site and forward notes to D. Bernick (.5); draft Libby trial outline (.4). |
| 7/28/02 | David M Bernick, P.C. | 3.20 | Preparation for meeting re Libby litigation, including review of documents. |
| 7/28/02 | Mark E Grummer | 5.00 | Draft Libby trial outline and P. Peronard deposition summary outline and forward same to D. Bernick in preparation for 7/29 meeting re Libby (3.1); review Libby documents and prepare for 7/29 meeting re Libby (1.9). |
| 7/28/02 | James W Kapp | 0.20 | Review Compton complaint and attend to issues re same (.1); telephone conference with D. Siegel re same (.1). |
| 7/28/02 | Andrew R Running | 0.30 | Telephone conversation with A. Lodish re scheduling of McGowan, Norris and Bubnovich depositions. |
| 7/29/02 | David M Bernick, P.C. | 4.00 | Preparation for and attending meeting in Denver re Libby. |
| 7/29/02 | Lisa G Esayian | 2.50 | Review additional Woburn site information from M. Johns and revise and add to outline for Woburn site deposition. |
| 7/29/02 | Mark E Grummer | 5.40 | Prepare for meeting re Libby site (.3); attend meeting with Holme Roberts attorneys and D. Frost re Libby site trial preparations (3.7); review documents re Western Minerals - Minneapolis site (1.4). |
| 7/29/02 | Andrew R Running | 2.80 | Prepare for meeting with N. Bubnovich of Deloitte re employment compensation motion (.6); meeting with Bubnovich and J. Park re same (2.2). |
| 7/29/02 | Christopher B Sullivan | 4.30 | Review ZAI discovery request for science trial (.8); draft master fact outline of same (3.5). |
| 7/30/02 | Christian J Lane | 4.50 | Review background material and draft response to Gerard motion for reconsideration. |
| 7/30/02 | Andrew R Running | 3.30 | Defend deposition of N. Bubnovich (2.0); telephone conferences with B. McGowan, S. Ahern and Bubnovich re his deposition and preparations for the Norris and McGowan depositions (1.3). |
| 7/30/02 | Christopher B Sullivan | 4.80 | Draft master fact outline of ZAI. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/30/02 | Janet S Baer | 0.90 | Review PD Committee confidentiality provision for request for documents re PI protocol (.3); conference with various parties re same (.3); conference with S. Ahern and M. Hunter re payment of fees on Belgian litigation matters (.3). |
| 7/31/02 | David M Bernick, P.C. | 1.50 | Rieview of Perronard new coverage. |
| 7/31/02 | Christian J Lane | 2.30 | Revise response to Gerard motion for reconsideration. |
| 7/31/02 | S Jonathan Silverman | 6.20 | Prepare for meeting with B. Price. |
| 7/31/02 | Janet S Baer | 2.60 | Review and circulate numerous pleadings and discovery re fraudulent conveyance matter (.5); conference with W. Sparks re counsel issues for Cost Recovery case (.3); review and revise draft C. Gerard reply brief (1.0); review ZAI budget and conference with D. Cameron re same (.3); review summary of proceedings re exclusivity issues and attend to matters re same (.5). |
|  | Total hours: | 281.10 |  |

## Matter 23 – Corporate and Securities Matters – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/26/02 | James W Kapp | 0.30 | Telephone conference with D. Siegel re BA cash collateral issue (.1); telephone conference with D. Carickhoff re same (.2). |
| | Total hours: | 0.30 | |

## Matter 24 – Creditors/Noteholders Committee – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | James W Kapp | 0.10 | Review correspondence of A. Krieger re employee compensation motion and respond to same. |
| 7/09/02 | Stephanie R Cashman | 3.50 | Enter pleadings into Concordance database. |
| 7/11/02 | James W Kapp | 0.10 | Telephone conference with J. Keefe re bar date. |
| 7/11/02 | Christian J Lane | 1.00 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/12/02 | Christian J Lane | 0.60 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/16/02 | Christian J Lane | 0.40 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/17/02 | Christian J Lane | 0.30 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/18/02 | Christian J Lane | 0.40 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/22/02 | Christian J Lane | 0.20 | Attention to request from JP Morgan bank group re confidentiality agreements. |
| 7/24/02 | Christian J Lane | 1.20 | Attention to request from JP Morgan bank group re confidentiality agreements (.2); review files re committee request for pleadings filed under seal (.6); attend to issues re same (.4). |
| 7/28/02 | James W Kapp | 0.10 | Telephone conference with J. Sakalo re Committee bylaws re confidentiality and attend to issues re same. |
| | Total hours: | 7.90 | |

## Matter 25 – Creditors/Shareholders Inquiries – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/02 | Christian J Lane | 0.80 | Follow up re responses to creditor inquiries. |
| 7/15/02 | James W Kapp | 0.20 | Telephone conference with A. Baxter re claims bar date and other outstanding issues. |
| 7/25/02 | Sabrina M Mitchell | 0.20 | Respond to creditor inquiries re bar date. |
| 7/30/02 | Roger J Higgins | 0.30 | Telephone conference with C. Link re Stormer Anderson doing business with Grace and attend to matters related thereto. |
| | Total hours: | 1.50 | |

## Matter 26 – DIP Financing/Cash Collateral – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/24/02 | James W Kapp | 1.00 | Review and revise memorandum re accrual of interest on pre-petition unsecured obligations and attend to issues re same. |
| 7/29/02 | James W Kapp | 2.00 | Review proposed stipulation and attend to issues re same (.8); review and revise memorandum re accrual of interest on pre-petition secured/unsecured obligations (1.0); telephone conference with W. Sparks re Bank of America proposed stipulation issues (.2). |
| 7/31/02 | James W Kapp | 0.40 | Review correspondence from M. Hunter re Bank of America stipulation and attend to issues re same. |
|  | Total hours: | 3.40 |  |

**Matter 27 – Employee Matters – Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/01/02 | James W Kapp | 0.10 | Attend to issues re Kramer Levin inquiry as to employee programs. |
| 7/01/02 | Christian J Lane | 0.80 | Telephone conferences re revised compensation program (.4); attend to various matters re same (.4). |
| 7/02/02 | Christian J Lane | 0.40 | Telephone conference with client re revised employee compensation plan. |
| 7/03/02 | Christian J Lane | 0.70 | Telephone conferences with client re revised employee compensation plan (.3); revise proposed order for compensation plan (.4). |
| 7/05/02 | James W Kapp | 0.90 | Review and distribute objection to employee compensation program and attend to issues re same. |
| 7/07/02 | James W Kapp | 0.80 | Review Property Damage Committee objections to employee compensation programs and attend to issues re same (.6); telephone conferences with P. Zilly and B. McGowan re same (.2). |
| 7/08/02 | Christian J Lane | 1.60 | Telephone conference with client and Blackstone re objection to employee compensation motion. |
| 7/09/02 | James W Kapp | 0.80 | Attend to issues re response to objection to revised employee compensation programs. |
| 7/09/02 | Christian J Lane | 5.50 | Telephone conferences with client and Blackstone re objection to employee compensation motion (1.5); review background information for affidavits (.7); draft affidavit (1.0); draft response (2.3). |
| 7/10/02 | James W Kapp | 1.80 | Review response of Equity Committee in support of revised compensation program motion (.1); review and revise response to objection to revised compensation program motion and attend to issues re same (1.7). |
| 7/10/02 | Christian J Lane | 7.50 | Telephone conferences with client, Blackstone and Deloitte re objection to employee compensation motion (2.3); draft and revise affidavits (2.5); draft and revise response (2.7). |
| 7/11/02 | James W Kapp | 2.10 | Review and revise modified response to objection to revised compensation program motion and attend to issues re same (1.8); attend to various issues re potential revisions of collective bargaining agreements (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/02 | Christian J Lane | 7.40 | Telephone conferences with client, Blackstone and Deloitte re objection to employee compensation motion (1.5); draft and revise affidavits (2.3); draft and revise response (3.6). |
| 7/11/02 | Janet S Baer | 1.80 | Confer with J. Forgach (several times) re collective bargaining agreement and related employee benefit issues (.5); attend to matters re same (.5); review pleadings re same (.5); review bankruptcy code re retiree medical issues (.3). |
| 7/12/02 | James W Kapp | 0.60 | Review and revise N. Bubnovich affidavit and attend to issues re same (.3); review and revise response to objection to employment compensation motion and attend to issues re same (.3). |
| 7/12/02 | Christian J Lane | 5.80 | Telephone conferences with client, Blackstone and Deloitte re objection to employee compensation motion (1.0); revise and finalize affidavits (1.5); revise and finalize response (2.0); attention to filing of response (1.3). |
| 7/12/02 | Janet S Baer | 0.70 | Attend to matters re employee bargaining issues (.3); confer with P. Somers and J. Forgach re same (.4). |
| 7/15/02 | James W Kapp | 0.20 | Telephone conference with B. McGowan re motion seeking approval of revised employment programs and attend to issues re same. |
| 7/15/02 | Christian J Lane | 3.50 | Prepare materials related to revised compensation motion for hearing (3.0); attend to various issues re revised compensation motion (.5). |
| 7/16/02 | Janet S Baer | 1.30 | Confer with J. Forgach, P. Somers and Company representatives re negotiations with union on collective bargaining agreements and benefit issues (1.0); further confer with J. Forgach re same (.3). |
| 7/17/02 | Janet S Baer | 0.30 | Confer with P. Somers and D. Gay re union meetings. |
| 7/18/02 | Christian J Lane | 2.00 | Telephone conferences re compensation procedures motion, response and hearing (.5); prepare additional materials for hearing (1.0); attend to various matters re motion (.5). |
| 7/18/02 | Janet S Baer | 0.30 | Confer with P. Somers re labor meetings and related issues. |
| 7/19/02 | James W Kapp | 0.70 | Attend to issues re motion for revised employment programs and prepare for hearing re same. |
| 7/19/02 | Christian J Lane | 3.60 | Telephone conferences re compensation procedures motion, response and hearing (1.5); prepare additional materials for hearing (1.6); attend to various matters re motion (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/02 | James W Kapp | 3.10 | Attend to issues re revised employee compensation motion and review precedent and case law re same in preparation for July 22, 2002, hearing. |
| 7/22/02 | James W Kapp | 1.00 | Attend to issues re presentation to union re CBA negotiations (.1); conferences with B. McGowan and D. Siegel re preparation in connection with motion to approve revised employee compensation programs (.5); attend to issues re same (.4). |
| 7/22/02 | Janet S Baer | 0.30 | Attend to matters re meeting on collective bargaining issues. |
| 7/23/02 | Janet S Baer | 3.80 | Consider benefit issues for union negotiations (1.0); confer with J. Forgash and P. Somers several times re same (1.0); respond to employee inquiries re bar date and confer with J. Forgach re same (.3); review IRS code and revenue rulings re section 401(33) re pension plans (1.5). |
| 7/24/02 | Christian J Lane | 0.70 | Telephone conference with Brian McGowan re response to PD Committee objection to revised compensation programs. |
| 7/24/02 | Andrew R Running | 2.10 | Review filings re key employee compensation program changes in preparation for next week's depositions. |
| 7/24/02 | Janet S Baer | 2.80 | Conference with J. Irving re union negotiations (.3); revise outline for union meeting (1.2); conference with management representatives re negotiations with Union re collective bargaining agreement (1.0); conference with J. Forgach re union meeting (.3). |
| 7/25/02 | James W Kapp | 0.20 | Attend to issues re Property Damage deposition requests re revised compensation motion. |
| 7/25/02 | Janet S Baer | 1.60 | Attend to matters re union meetings (.3); conference with actuary re pension plan matters (.3); attend to matters re employee retention motion, discovery and related matters (1.0). |
| 7/26/02 | Janet S Baer | 5.50 | Review materials in preparation for meetings with management and union on Collective Bargaining Agreement (.5); review materials on revised compensation programs (1.0); participate in meetings with management negotiating team and union representatives re Curtis Bay Collective Bargaining Agreement (4.0). |
| 7/29/02 | Janet S Baer | 1.00 | Attend to matters re collective bargaining agreements and benefit issues. |
| 7/31/02 | Janet S Baer | 0.50 | Attend to matters re Retiree Medical Plans. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | Total hours: | 73.80 | |