## Matter 29 – File, Docket, Calendar Maintenance – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/02 | Bertha Serrano | 1.30 | Receive and review incoming e-file notifications (.7); update critical dates list re same (.6). |
| 6/18/02 | Bertha Serrano | 1.80 | Review and revise critical dates list (1.5); attend to matters re same (.3). |
| 6/19/02 | Bertha Serrano | 1.80 | Review E&Y conflicts list and update (.5); respond to e-mails re same (.3); create poc/bar date inquiry and attorney certification spreadsheets (1.0). |
| 6/20/02 | Bertha Serrano | 1.00 | Receive and review e-file notifications (.5); update critical dates list (.5). |
| 6/21/02 | Bertha Serrano | 2.30 | Search and retrieve orders for attorney review (.9); update attorney certifications spreadsheet (.7); obtain Enron documents re professionals for attorney review (.3); receive and review e-file notifications (.4). |
| 6/24/02 | Bertha Serrano | 1.10 | Receive and review e-file notifications (.4); update critical dates list re same (.7). |
| 7/01/02 | Elizabeth Cox Arnold | 1.60 | Review docket (.6); review files transferred from B. Serrano (1.0). |
| 7/01/02 | Sabrina M Mitchell | 2.10 | Review online dockets and distribute (.3); download new e-file pleadings from the court's docket (.5); identify new pleadings using the court's website and include the same into central files (1.3). |
| 7/02/02 | Sabrina M Mitchell | 0.50 | Review online dockets and distribute (.3); download new e-file pleadings from court docket (.2). |
| 7/03/02 | Elizabeth Cox Arnold | 1.60 | Review critical dates list, update and attend to matters related thereto (1.2); locate objection (.4). |
| 7/03/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/08/02 | Elizabeth Cox Arnold | 1.40 | Locate and review docket. |
| 7/09/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/10/02 | Sabrina M Mitchell | 2.90 | Review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.6). |
| 7/11/02 | Elizabeth Cox Arnold | 1.00 | Review updated docket. |
| 7/11/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/15/02 | Elizabeth Cox Arnold | 0.80 | Review updated docket. |
| 7/15/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/16/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/17/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/18/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/19/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/22/02 | Elizabeth Cox Arnold | 1.20 | Review updated docket; locate objections. |
| 7/22/02 | Sabrina M Mitchell | 3.00 | Review online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (2.7). |
| 7/23/02 | Christian J Lane | 1.00 | Confirm filing of pleadings (.4); review critical dates list (.6). |
| 7/23/02 | Sabrina M Mitchell | 0.40 | Review online dockets and distribute. |
| 7/24/02 | Elizabeth Cox Arnold | 4.00 | Review and revise critical dates list (2.9); discuss search for confidentiality agreement with S. Mitchell (.4); locate certificate of no objection and forward for attorney review (.7). |
| 7/24/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 7/25/02 | Elizabeth Cox Arnold | 2.60 | Attend to matters re revisions to critical dates list (.8); revise critical dates list (1.0); review docket (.8). |
| 7/25/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 7/26/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 7/29/02 | Elizabeth Cox Arnold | 0.60 | Located creditor information for attorney review. |
| 7/29/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 7/30/02 | Elizabeth Cox Arnold | 2.70 | Review updated docket (.8); revise critical dates list (1.5); attend to matters re objection status (.4). |
| 7/30/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
| 7/31/02 | Sabrina M Mitchell | 0.30 | Review online dockets and distribute. |
|  | Total hours: | 40.90 |  |

### Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | James W Kapp | 0.50 | Review and revise July 22, 2002, agenda and attend to issues re same (.4); telephone conference with D. Carickhoff re same (.1). |
| 7/08/02 | Janet S Baer | 0.50 | Review 6/18 transcript in preparation for staff meeting and upcoming hearing on 7/22. |
| 7/09/02 | Janet S Baer | 2.50 | Organize outstanding matters for team meeting and 7/22 hearing (.5); attend to matters re 7/23 hearing, schedules on briefs and related issues (1.5); attend to matters re Gerard briefing schedule, amending 7/22 agenda and ZAI appeal (.5). |
| 7/15/02 | James W Kapp | 0.20 | Prepare packets re Wesconn motion and revised employee compensation motion in preparation for July 22, 2002, hearing. |
| 7/22/02 | James W Kapp | 5.00 | Prepare for and attend July 22, 2002, omnibus hearing (4.5); conference with D. Carickhoff re follow-up of issues arising from July 22, 2002, hearing (.5). |
| 7/22/02 | Janet S Baer | 4.80 | Review materials re ZAI, scheme administrators and bar date in preparaion for omnibus hearing (1.3); attend omnibus hearing and present arguments re scheme administrators and bar date (2.5); attend to matters re same and read for follow up materials and orders (1.0). |
| 7/29/02 | James W Kapp | 0.10 | Review orders from July 22, 2002 hearing and distribute same. |
|  | Total hours: | 13.60 |  |

**Matter 31 – Intellectual Property – Fees**

| **Date** | **Name** | **Hours** | **Description** |
|------|------|-------|-------------|
| 7/24/02 | Janet S Baer | 0.30 | Conference with M. Shelnitz re patent issues on silica matters. |
| | Total hours: | 0.30 | |

## Matter 32 – K&E Fee Application, Preparation of – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/02 | Bertha Serrano | 1.30 | Telephone conferences re time entries (.6); review and revise billing sheets (.4); request TTO and distribute for attorney review (.3). |
| 6/18/02 | Bertha Serrano | 0.60 | Review and revise billing sheets. |
| 6/19/02 | Bertha Serrano | 0.50 | Review and revise billing sheets. |
| 6/24/02 | Bertha Serrano | 2.50 | Review and revise billing sheets. |
| 7/01/02 | Shirley A Pope | 1.00 | Develop time descriptions for reply to fee auditor initial report. |
| 7/01/02 | Roger J Higgins | 3.40 | Draft response to W. Smith re fee auditor's initial report. |
| 7/01/02 | Sabrina M Mitchell | 0.40 | Respond to request for the fourth quarterly fee application. |
| 7/02/02 | Roger J Higgins | 0.30 | Draft response to fee auditor's initial report. |
| 7/03/02 | Roger J Higgins | 1.60 | Draft response to fee auditor's initial report. |
| 7/05/02 | Toni L Wallace | 2.80 | Review detailed expense entries re fax charges and copy charges in response to fee auditors initial report (1.8); telephone conference with S. Brozynski re same (.4); office conference re same (.2); e-mail correspondence re same (.4). |
| 7/05/02 | Roger J Higgins | 0.80 | Attend to matters re fee auditor's initial report. |
| 7/08/02 | Elizabeth Cox Arnold | 0.60 | Attend to matters re fee application preparation (.2); locate and forward certificate of no objection for attorney review (.4). |
| 7/08/02 | Natalie H Keller | 0.10 | Attend to billing issues re fee auditor report. |
| 7/08/02 | Christian J Lane | 0.50 | Develop expense and time descriptions for fee auditor initial report. |
| 7/08/02 | Shirley A Pope | 0.50 | Develop expense and time descriptions for fee auditor initial report. |
| 7/08/02 | Toni L Wallace | 1.00 | Update tracking charts of fees and expenses with May fee application numbers for use with quarterly fee applications. |
| 7/08/02 | Roger J Higgins | 9.50 | Draft response to fee auditor's initial report (5.0); prepare June K&E fee application detail (4.5). |
| 7/08/02 | Roger J Higgins | 0.30 | Attend to matters re Ninth Sprayregen Affidavit. |
| 7/09/02 | Elizabeth Cox Arnold | 1.50 | Review previous fee applications. |
| 7/09/02 | James W Kapp | 0.60 | Review and respond to initial report re fourth quarter fee application and attend to issues re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/09/02 | Toni L Wallace | 1.80 | Review expense detail for color copying costs in response to fee auditor objections to quarterly fee application (1.4); e-mail correspondence and telephone conferences re same (.4). |
| 7/09/02 | Roger J Higgins | 8.80 | Prepare June Grace fee application detail (5.6); revise draft response to fee auditor initial report (1.5); attend to matters re creation of adversary proceedings matter number (1.2); attend to matters re preparation of motion supporting separate fraudulent conveyance fees application (.5). |
| 7/10/02 | James W Kapp | 1.60 | Review response to initial report of fee examiner to fee application and attend to issues re same (1.3); revise ninth supplemental affidavit and attend to issues re same (.3). |
| 7/10/02 | Roger J Higgins | 7.30 | Revise response to fee auditor's initial report (2.0); prepare June Grace fee application detail (4.0); legal research on payment of attorneys' fees for material benefit to estate (1.3). |
| 7/11/02 | James W Kapp | 0.30 | Review and revise response to initial report re fourth quarter fee application. |
| 7/11/02 | Janet S Baer | 1.50 | Attend to matters re fraudulent conveyance matters on professional retention for K&E. |
| 7/11/02 | Roger J Higgins | 5.40 | Research for motion to authorize payment of K&E fraudulent transfer fees (2.6); outline motion (1.5); revise response to fee auditor initial report (1.0); telephone conference with W. Corcoran re same (.3). |
| 7/12/02 | Toni L Wallace | 0.70 | Review and revise June time entries. |
| 7/12/02 | Roger J Higgins | 9.50 | Revise response to fee auditor's initial report (4.0); draft outline of motion for compensation for fraudulent transfer matters (5.5). |
| 7/13/02 | Janet S Baer | 0.30 | Review response to fee auditor request. |
| 7/15/02 | James W Kapp | 0.10 | Attend to issues re retention application. |
| 7/15/02 | Toni L Wallace | 3.50 | Review and revise June time entries. |
| 7/15/02 | Roger J Higgins | 8.40 | Draft motion for K&E compensation in adversary proceeding. |
| 7/16/02 | James W Kapp | 0.10 | Review correspondence from W. Smith re initial response and attend to issues re same. |
| 7/16/02 | Toni L Wallace | 2.70 | Review and revise June time entries. |
| 7/16/02 | Roger J Higgins | 8.00 | Draft motion for K&E compensation in adversary proceeding. |
| 7/17/02 | Shirley A Pope | 0.30 | Prepare documents re fee application brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/02 | Janet S Baer | 1.10 | Review transcript of intervention hearing re fee issues for fraudulent conveyance case (.8); attend to matters re same (.3). |
| 7/17/02 | Roger J Higgins | 8.90 | Attend to matters re preparation of adversary proceeding compensation motion (.7); revise same (7.7); revise June K&E fee application detail (.5). |
| 7/18/02 | Janet S Baer | 1.50 | Review and further revise motion re fraudulent conveyance fee matter (1.0); attend to matters re same (.5). |
| 7/18/02 | Roger J Higgins | 8.50 | Revise June K&E fee application detail (2.5); revise draft motion for adversary proceeding fee payment (6.0). |
| 7/19/02 | Janet S Baer | 2.50 | Review and revise motion re fees in fraudulent conveyance case. |
| 7/22/02 | Toni L Wallace | 0.90 | Review April and May fee applications in preparation for fifth quarterly fee application. |
| 7/22/02 | Toni L Wallace | 0.30 | Telephone conferences and e-mail correspondence with billing department re June fees and expenses. |
| 7/23/02 | Toni L Wallace | 0.30 | E-mail correspondence and telephone conference with billing department re June fee application. |
| 7/24/02 | Sabrina M Mitchell | 4.20 | Create templates for June fee application (.6); prepare June fee application pleadings and exhibits (3.6). |
| 7/25/02 | David M Bernick, P.C. | 0.50 | Revise fee brief. |
| 7/25/02 | Sabrina M Mitchell | 1.10 | Attend to matters re preparation of June fee application. |
| 7/26/02 | Sabrina M Mitchell | 0.30 | Download certificates of no objection re fee applications. |
| 7/29/02 | Toni L Wallace | 1.30 | Revise June monthly fee application and exhibits to same. |
| 7/29/02 | Toni L Wallace | 2.50 | Prepare June fee application and exhibits to same for fraudulent conveyance matter. |
| 7/29/02 | Janet S Baer | 0.40 | Attend to matters re fraudulent conveyance fee application and motion on fees. |
| 7/29/02 | Roger J Higgins | 3.30 | Revise June K&E fee application (1.0); attend to matters re motion for adversary proceedings professionals payment (2.3). |
| 7/30/02 | Toni L Wallace | 0.50 | Final revisions to June monthly fee application for fraudulent conveyance matter (.4); forward same to S. Mitchell for filing (.1). |
| 7/30/02 | Toni L Wallace | 0.40 | Final revisions to June monthly fee application (.3); forward same to S. Mitchell for filing (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/30/02 | Janet S Baer | 0.30 | Attend to matters re fraudulent conveyance fee issues. |
| 7/30/02 | Roger J Higgins | 1.50 | Attend to matters re filing of June fee application (.4); review Judge Wolin order on fraudulent conveyance fees (.3); prepare separate fee application for fraudulent conveyance fees (.8). |
| 7/30/02 | Sabrina M Mitchell | 0.90 | Prepare June fee applications for filing with the court and attend to matters re same. |
| 7/31/02 | David M Bernick, P.C. | 0.30 | Attend to matters re fees. |
| 7/31/02 | Janet S Baer | 2.00 | Review and further revise fee motion in fraudulent conveyance case (1.5); attend to matters re same (.5). |
| 7/31/02 | Roger J Higgins | 0.80 | Review and revise motion for K&E compensation in adversary proceeding (.5); attend to matters re filing of K&E fee applications (.3). |
|  | Total hours: | 134.40 |  |

### Matter 35 – Other Fee Applications – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/15/02 | Christian J Lane | 1.00 | Telephone conference with PwC re fee application process (.4); review precedent and provide to PwC (.6). |
| 7/15/02 | Roger J Higgins | 0.60 | Attend to matters re payment of special master (.3); telephone conference with D. Carickhoff re same (.3). |
| | Total hours: | 1.60 | |

## **Matter 37 – Reorganization Plan/Disclosure Statement – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/29/02 | James W Kapp | 0.40 | Attend to issues re extension of Plan exclusivity and attend to issues re same (.2); telephone conference with M. Shelnitz re same and attend to issues re same (.2). |
| 7/29/02 | Christian J Lane | 1.20 | Telephone conferences with client re extension of plan exclusivity period (.4); attend to matters re extension of plan exclusivity (.3); attend to issues re same (.5). |
| 7/29/02 | Roger J Higgins | 1.30 | Draft third exclusivity period extension motion. |
| 7/31/02 | James W Kapp | 0.70 | Review and revise motion to extend plan exclusivity and attend to issues re same. |
| 7/31/02 | Roger J Higgins | 2.30 | Revise third exclusivity motion. |
| | Total hours: | 5.90 | |

## Matter 38 – Retention of Professionals – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/02 | Janet S Baer | 1.00 | Review Fee Auditor's report and prepare response on certain issues. |
| 7/09/02 | James W Kapp | 0.40 | Review and revise ninth supplemental affidavit and attend to issues re same. |
| 7/09/02 | Christian J Lane | 1.00 | Review and revise ordinary course professionals quarterly report. |
| 7/09/02 | Janet S Baer | 0.50 | Attend to matters re Debtors' representation in fraudulent conveyance case. |
| 7/10/02 | Christian J Lane | 1.00 | Attention to filing of ordinary course professional affidavits. |
| 7/12/02 | James W Kapp | 0.30 | Attend to issues re retention and payment of environmental consultants (.1); review and distribute response of Property Damage Committee to objection to the retention of special counsel (.2). |
| 7/15/02 | James W Kapp | 0.40 | Attend to issues re compensation of special master and review order re same (.3); review expert order in connection with issues pertaining to hiring of experts (.1). |
| 7/16/02 | Janet S Baer | 0.90 | Attend to matters re fraudulent conveyance counsel issues (.3); review and revise motion re same (.6). |
| 7/19/02 | James W Kapp | 0.10 | Telephone conference with W. Sparks re retention of experts. |
| 7/22/02 | Christian J Lane | 1.00 | Review ordinary course professional affidavits (.5); attend to matters re same (.5). |
| | Total hours: | 6.60 | |

## Matter 39 – Schedules/Statement of Financial Affairs – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/02 | Janet S Baer | 0.40 | Review amended schedules and confer with J. Hasenzahl re same. |
| | Total hours: | 0.40 | |

## **Matter 41 – Tax Matters – Fees**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/03/02 | Natalie H Keller | 0.40 | Draft memorandum summarizing tax issues re transfers to qualified settlement funds and outlining additional research needed. |
| 7/05/02 | Nara Sugino | 2.80 | Research tax treatment of transferring product liability insurance policies to QSF. |
| 7/08/02 | Natalie H Keller | 0.20 | Attend to matters re transfers to qualified settlement funds. |
| 7/08/02 | Nara Sugino | 7.70 | Research rules re transfer of insurance policy to QSF. |
| 7/09/02 | Nara Sugino | 4.70 | Prepare summary of private letter rulings re transfers of funds to QSF. |
| 7/10/02 | Natalie H Keller | 0.30 | Review memorandum re section 382 limitations (.2); review correspondence re transfers to qualified settlement funds (.1). |
| 7/12/02 | Natalie H Keller | 3.00 | Research tax issues re transfers to qualified settlement funds. |
| 7/12/02 | Pratibha J Shenoy | 0.50 | Review memorandum prepared by N. Keller re qualified settlement trusts. |
| 7/17/02 | James W Kapp | 1.20 | Review correspondence from E. Filon re issues pertaining to NOL treatment and attend to issues re same. |
| 7/18/02 | Natalie H Keller | 0.80 | Telephone conference with E. Filon, C. Finke and D. Parry re bankruptcy tax issues (.7); discuss same with P. Shenoy (.1). |
| 7/19/02 | James W Kapp | 0.30 | Attend to issues re NOL carryback agreements. |
| 7/22/02 | Nara Sugino | 0.10 | Review analysis of research re transfers of insurance policies to QSF. |
| 7/24/02 | James W Kapp | 1.00 | Prepare for and participate in telephone conference re 2001 NOL carryback with E. Filon, B. Tarola, D. Siegel, P. Zilly and attend to issues re same. |
| 7/24/02 | Natalie H Keller | 0.90 | Prepare for and participate in telephone conference with E. Filon, et al. re NOL issues. |
| 7/31/02 | James W Kapp | 0.30 | Review correspondence from E. Filon re drafting tax-related escrow agreement and respond to same and attend to issues re same. |
|  | Total hours: | 24.20 |  |

## Matter 42 – Travel – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/02 | Janet S Baer | 1.50 | Travel to Delaware for monthly omnibus hearing (billed at 1/2 time). |
| 7/22/02 | Janet S Baer | 2.50 | Travel from Wilmington back to Chicago after omnibus hearing (billed at 1/2 time). |
| 7/26/02 | Janet S Baer | 3.00 | Travel from Chicago to Baltimore for meeting with management and union re Collective Bargaining Agreement (billed at 1/2 time) (1.5); travel from Baltimore to Chicago after same (1.5). |
| 7/31/02 | S Jonathan Silverman | 2.00 | Travel to DC for B. Price meeting (billed at 1/2 time). |
| | Total hours: | 9.00 | |

## Matter 43 – Use, Sale or Lease/Abandonment of Property – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/02 | Christian J Lane | 0.70 | Telephone conference with client re real estate lease issues (.2); attention to various real estate lease issues (.5). |
| 7/03/02 | Christian J Lane | 0.30 | Telephone conferences with client re real estate lease issues. |
| 7/09/02 | Christian J Lane | 0.50 | Revise order for assumption and assignment of Carteret lease. |
| 7/18/02 | James W Kapp | 0.10 | Review order authorizing assumption of prime lease and distribute same. |
| 7/22/02 | Christian J Lane | 0.50 | Telephone conferences with client re assignment of Carteret lease. |
| 7/24/02 | S Jonathan Silverman | 1.50 | Team meeting re various fraudulent conveyance projects (1.2); additional work re same (.3). |
| 7/29/02 | James W Kapp | 0.20 | Review correspondence from Kent Holdings re particular lease and attend to issues re same. |
| 7/30/02 | Roger J Higgins | 0.80 | Legal research re Kent property real estate tax issue. |
|  | Total hours: | 4.60 |  |

### Matter 46 – IRS Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/02 | Natalie H Keller | 0.70 | Review documents selected by government for exhibits to stipulation of facts (.5); internal K&E conference re same (.2). |
| 7/01/02 | Pratibha J Shenoy | 6.40 | Research for withholding tax memorandum (6.2); internal K&E conference re same (.2). |
| 7/02/02 | Natalie H Keller | 0.80 | Conference call with R. Stewart re stipulation of facts (.1); internal K&E conference re ongoing tax litigation issues (.7). |
| 7/02/02 | Pratibha J Shenoy | 6.70 | Discuss exhibits to Joint Stipulation of Facts with N. Keller and call government attorney re same (.2); revise dates for briefing schedule and forward new schedule to N. Keller (.5); continue research for withholding tax memorandum (5.3); internal K&E conference re same (.7). |
| 7/03/02 | Natalie H Keller | 1.20 | Telephone conference with R. Stewart re stipulation of facts and briefing schedule (.4); internal K&E conference re stipulation of facts (.3); prepare spreadsheet summarizing settlement possibilities (.5). |
| 7/03/02 | Todd F Maynes | 1.00 | Review stipulation of facts (.6); internal conferences re same (.4). |
| 7/03/02 | Pratibha J Shenoy | 0.50 | Prepare for and participate in telephone conference with government attorney to discuss joint stipulation of facts and briefing schedule. |
| 7/08/02 | Todd F Maynes | 1.30 | Telephone calls with client re possible settlement (.3); calculation of settlement possibilities (1.0). |
| 7/08/02 | Todd F Maynes | 2.00 | Consider issues re lock-up agreement (1.5); telephone calls with B. Jason and M. Kerr re lock-up agreement and Section 382 rules (.5). |
| 7/08/02 | Pratibha J Shenoy | 10.00 | Research withholding tax issues and draft memorandum re same (6.5); draft memorandum re housing issues (3.5). |
| 7/09/02 | Natalie H Keller | 3.10 | Prepare for conference call re withholding tax issue (.4); conference call with C. Finke and R. Finke re same (1.5); consider issues re same (.2); conference call with R. Stewart re stipulation of facts (.2); review and revise withholding tax memorandum (.8). |
| 7/09/02 | Todd F Maynes | 2.50 | Telephone calls with R. Jason re G reorganization and section 382(e)(5) (.5); conference calls re withholding tax issue (.5); conference calls re section 382(e)(5) (.5); revisions to memorandum re section 382(e)(5) (1.0). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/09/02 | Pratibha J Shenoy | 8.40 | Prepare for and participate in telephone conference with client re withholding tax issues (1.2); continue research re withholding tax issue (2.0); research and prepare internal correspondence re application of interest (5.2). |
| 7/10/02 | Natalie H Keller | 1.60 | Internal K&E conference re withholding taxes memorandum (.5); consider issues re same (.5); review cases and rulings re same (.6). |
| 7/10/02 | Pratibha J Shenoy | 6.10 | Internal K&E conference re withholding taxes memorandum (.5); revise withholding taxes memorandum (2.2); prepare new spreadsheet re same (3.4). |
| 7/11/02 | Natalie H Keller | 0.50 | Review memorandum re employee liability for withholding taxes (.3); consider issues re same (.2). |
| 7/11/02 | Pratibha J Shenoy | 4.20 | Prepare memoranda summarizing open issues. |
| 7/12/02 | Natalie H Keller | 2.20 | Review and revise memorandum re employee liability for under-withheld employment taxes (1.4); discuss exhibits to stipulation of facts with R. Stewart (.3); draft internal correspondence summarizing same (.5). |
| 7/12/02 | Todd F Maynes | 2.00 | Telephone calls with C. Finke, R. Finke and E. Filon re bankruptcy tax issues. |
| 7/12/02 | Pratibha J Shenoy | 6.80 | Revise memorandum re settlement issues and forward new version of memorandum (4.3); review exhibits to Joint Stipulation of Facts and forward same to government attorney (2.5). |
| 7/15/02 | Natalie H Keller | 2.20 | Conference call with E. Filon, C. Finke and R. Finke re settlement issues (.7); consider issues re same (.4); review and revise withholding tax memorandum (.6); consider issues re same (.5). |
| 7/15/02 | Todd F Maynes | 1.50 | Telephone calls re settlement possibilities (.3); revisions to memorandum re Charter House (1.2). |
| 7/15/02 | Pratibha J Shenoy | 8.10 | Revise withholding tax memorandum (6.4); participate in telephone call with client re same (.7); prepare exhibits for joint stipulation of facts (1.0). |
| 7/16/02 | Natalie H Keller | 3.20 | Prepare final stipulation of facts with exhibits (2.2); consider issues re settlement (.5); review and revise withholding tax memorandum (.5). |
| 7/16/02 | Todd F Maynes | 1.00 | Review of stipulation of facts (.8); telephone calls re possible settlement (.2). |
| 7/16/02 | Pratibha J Shenoy | 5.30 | Revise withholding tax memorandum (3.1); prepare exhibits to joint stipulation of facts (2.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/16/02 | Janet S Baer | 0.40 | Attend to matters re potential settlement of IRS COLI claims. |
| 7/17/02 | Natalie H Keller | 2.30 | Finalize stipulation of facts (.8); conference call with R. Stewart re settlement (.5); review and revise joint status report (.5); review and revise withholding tax memorandum (.5). |
| 7/17/02 | Todd F Maynes | 2.00 | Telephone calls with R. Stewart re settlement (.6); revisions to stipulations (.2); review settlement calculations (1.2). |
| 7/17/02 | Pratibha J Shenoy | 6.30 | Revise withholding tax memorandum (2.0); draft and revise joint status report (2.5); review final copies of joint stipulation of facts and forward same to government attorney for filing in Court of Federal Claims (1.8). |
| 7/18/02 | Natalie H Keller | 2.80 | Conference call with E. Filon and C. Finke re settlement issues (.4); draft letter to Nestor re same (2.1); consider issues re same (.3). |
| 7/18/02 | Gayle M Lodygowski | 3.00 | Organize and number documents for use in appellate brief. |
| 7/18/02 | Todd F Maynes | 2.50 | Conference calls re bankruptcy settlement with E.Filon (.4); prepare Nestor letter (2.1). |
| 7/18/02 | Pratibha J Shenoy | 5.60 | Revise withholding tax memorandum (2.7); consider issues re same (.3); work on housing issues memorandum (2.6). |
| 7/19/02 | Natalie H Keller | 1.30 | Review and revise letter to Nestor and related withholding tax spreadsheet (1.0); consider issues re same (.3). |
| 7/19/02 | Todd F Maynes | 1.50 | Telephone calls with government re settlement (.5); prepare letter to Nestor (1.0). |
| 7/19/02 | Pratibha J Shenoy | 3.50 | Prepare new withholding tax spreadsheet (3.0); continue work on memorandum re housing issues (.5). |
| 7/23/02 | Natalie H Keller | 2.10 | Conference calls with C. Finke re withholding tax issues (.5); discuss same with T. Maynes and P. Shenoy (.6); review tax indemnification provisions of Nestor/Grace stock purchase agreement (1.0). |
| 7/23/02 | Todd F Maynes | 0.80 | Telephone calls re NESTOR letter; review of same. |
| 7/24/02 | Natalie H Keller | 1.10 | Review tax indemnification provisions of Grace/Nestor purchase agreement (.6); consider issues re settlement options (.3); consider application of bankruptcy rules to employment tax liability (.2). |
| 7/24/02 | Nara Sugino | 0.10 | Consider application of bankruptcy rules to employment tax liability. |
| 7/25/02 | Pratibha J Shenoy | 5.00 | Continue work on housing issues memorandum (2.0); review and revise draft letters for contribution by other potentially responsible parties (3.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/25/02 | Nara Sugino | 0.50 | Research bankruptcy rules relevant to employment tax liability. |
| 7/26/02 | Natalie H Keller | 3.30 | Conference call with C. Finke and R. Finke re Nestor indemnification (.8); consider issues re same (1.0); research issues re same (1.5). |
| 7/26/02 | Nara Sugino | 3.90 | Research bankruptcy rules in relation to employment tax liability. |
| 7/28/02 | Pratibha J Shenoy | 4.00 | Research New York law potential third-party beneficiary claims. |
| 7/29/02 | Natalie H Keller | 1.80 | Review and revise third-party beneficiary memorandum (.5); review and revise Nestor letter (.9); consider issues same (.4). |
| 7/29/02 | Todd F Maynes | 1.00 | Revise Nestor letter. |
| 7/29/02 | Pratibha J Shenoy | 4.30 | Research New York law potential third-party beneficiary claims (1.0); prepare memorandum re same (3.3). |
| 7/29/02 | Nara Sugino | 3.50 | Research bankruptcy aspects of federal tax claims. |
| 7/30/02 | Natalie H Keller | 0.90 | Review letter to Nestor re settlement (.6); consider issues re same (.3). |
| 7/30/02 | Todd F Maynes | 1.50 | Revisions to Nestor letter (1.0); consider issues re same (.5). |
| 7/30/02 | Pratibha J Shenoy | 5.00 | Work on housing issues memorandum. |
| 7/30/02 | Nara Sugino | 3.20 | Prepare outline re bankruptcy aspects of federal tax claims. |
| 7/31/02 | Todd F Maynes | 2.00 | Revisions to Nestor letter (1.5); telephone calls with C. Finke (.5). |
| 7/31/02 | Natalie H Keller | 1.20 | Review and revise letter to Nestor re settlement (.6); discuss same with T. Maynes (.5); e-mail same to client (.1). |
| 7/31/02 | Pratibha J Shenoy | 4.30 | Continue work on housing issues memorandum for possible motion for summary judgment. |
| 7/31/02 | Nara Sugino | 7.00 | Prepare outline of bankruptcy aspects of employment tax liability. |
|  | Total hours: | 177.00 |  |

# EXHIBIT B

## Matter 17 – Automatic Stay Matters / Relief Proceedings – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $1.87 |
| Standard Copies | $57.00 |
| Computer Database Research | $0.21 |
| Secretarial Overtime | $37.32 |
| **Total** | **$96.40** |

**Matter 17 – Automatic Stay Matters / Relief Proceedings – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 4/01/02 | 0.21 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites |
| 6/15/02 | 2.80 | Standard Copies |
| 6/19/02 | 1.04 | Telephone call to:  WILMINGTON,DE  302-654-7444 |
| 6/26/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 7/16/02 | 10.70 | Standard Copies |
| 7/16/02 | 33.90 | Standard Copies |
| 7/18/02 | 5.40 | Standard Copies |
| 7/19/02 | 0.83 | Telephone call to:  COLUMBIA,MD  410-531-4795 |
| 7/21/02 | 2.80 | Standard Copies |
| 7/29/02 | 1.40 | Standard Copies |



## Matter 20 – Case Administration – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $1,209.57 |
| Facsimile Charges | $27.24 |
| Standard Copies | $1,816.40 |
| Tabs/Indexes/Dividers | $2.50 |
| Scanned Images | $0.60 |
| Overnight Delivery | $60.79 |
| Working Meals/K&E and Others | $120.20 |
| Computer Database Research | $71.54 |
| Overtime Transportation | $5.00 |
| Overtime Meals | $24.00 |
| Secretarial Overtime | $830.37 |
| **Total** | **$4,168.21** |

## Matter 20 – Case Administration – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 2/01/02 | 101.77 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, J. Kapp, 1.02 |
| 2/01/02 | 280.11 | AT&T TELECONFERENCE SERVICES - Telephone, Teleconference svcs, S. Schwartz, 1.02 |
| 3/01/02 | 204.25 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 2/22/02 |
| 4/01/02 | 59.33 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 3/25/02 |
| 4/01/02 | 71.54 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites |
| 4/01/02 | 98.10 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 3/11/02 |
| 5/01/02 | 46.11 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 4/5/02 |
| 5/01/02 | 128.84 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 4/19/02 |
| 5/12/02 | 30.00 | EUREST - Working Meals/K&E and Others, Conf Rm/Food Serv For 10 ppl, D. Bernick, 5/24/02 |
| 5/14/02 | 0.10 | Standard Copies |
| 5/15/02 | 6.10 | Standard Copies |
| 5/20/02 | 6.50 | Standard Copies |
| 5/29/02 | 6.80 | Standard Copies |
| 5/29/02 | 14.20 | Standard Copies |
| 5/30/02 | 5.50 | Working Meals/K&E and Others 5/30/02 - Beverages for conference room use |
| 5/30/02 | 7.40 | Standard Copies |
| 5/30/02 | 20.10 | Standard Copies |
| 5/30/02 | 54.70 | WHO'S COOKIN - Working Meals/K&E and Others Lunch on 5/30/02 for James Kapp - (CH) and above client |
| 5/31/02 | 0.20 | Standard Copies |
| 6/01/02 | 133.28 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 5/7, 5/24/02 |
| 6/02/02 | 4.00 | Standard Copies |
| 6/02/02 | 67.70 | Standard Copies |
| 6/04/02 | 7.69 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 6/10/02 | 10.66 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |

| Date | Amount | Description |
|------|--------|-------------|
| 6/10/02 | 31.70 | Standard Copies |
| 6/10/02 | 61.70 | Standard Copies |
| 6/11/02 | 9.43 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 6/12/02 | 6.82 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 6/12/02 | 14.00 | Standard Copies |
| 6/17/02 | 0.50 | Standard Copies |
| 6/17/02 | 1.40 | Standard Copies |
| 6/17/02 | 3.60 | Standard Copies |
| 6/17/02 | 4.40 | Standard Copies |
| 6/17/02 | 5.80 | Standard Copies |
| 6/17/02 | 7.00 | Standard Copies |
| 6/18/02 | 0.30 | Standard Copies |
| 6/18/02 | 1.30 | Standard Copies |
| 6/18/02 | 4.40 | Standard Copies |
| 6/18/02 | 7.80 | Standard Copies |
| 6/18/02 | 16.50 | Standard Copies |
| 6/18/02 | 17.60 | Standard Copies |
| 6/19/02 | 0.30 | Standard Copies |
| 6/19/02 | 0.40 | Standard Copies |
| 6/19/02 | 0.80 | Standard Copies |
| 6/19/02 | 1.04 | Fax phone charge to 410-531-4545 |
| 6/19/02 | 1.20 | Standard Copies |
| 6/19/02 | 1.45 | Fax phone charge to 410-531-4783 |
| 6/19/02 | 1.50 | Fax page charge to 410-531-4783 |
| 6/19/02 | 2.25 | Fax page charge to 410-531-4466 |
| 6/19/02 | 2.60 | Standard Copies |
| 6/19/02 | 3.00 | Fax page charge to 215-963-5299 |
| 6/19/02 | 3.30 | Standard Copies |
| 6/19/02 | 3.50 | Standard Copies |
| 6/19/02 | 3.70 | Standard Copies |
| 6/19/02 | 7.00 | Standard Copies |
| 6/19/02 | 8.25 | Fax page charge to 410-531-4545 |
| 6/19/02 | 8.25 | Fax page charge to 410-531-4783 |
| 6/20/02 | 0.10 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 6/20/02 | 2.90 | Standard Copies |
| 6/20/02 | 26.90 | Standard Copies |
| 6/21/02 | 1.30 | Standard Copies |
| 6/21/02 | 2.00 | Standard Copies |
| 6/21/02 | 2.60 | Standard Copies |
| 6/21/02 | 6.30 | Standard Copies |
| 6/21/02 | 24.40 | Standard Copies |
| 6/21/02 | 27.60 | Standard Copies |
| 6/22/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 6/22/02 | 298.56 | CRABB,BA. - Secretarial Overtime |
| 6/24/02 | 0.30 | Standard Copies |
| 6/24/02 | 0.60 | Scanned Images |
| 6/24/02 | 0.70 | Standard Copies |
| 6/24/02 | 1.00 | Standard Copies |
| 6/24/02 | 3.50 | Standard Copies |
| 6/24/02 | 10.60 | Standard Copies |
| 6/25/02 | 1.40 | Standard Copies |
| 6/25/02 | 4.00 | Standard Copies |
| 6/25/02 | 6.50 | Standard Copies |
| 6/25/02 | 6.70 | Standard Copies |
| 6/25/02 | 27.99 | SOLIS,RO. - Secretarial Overtime |
| 6/26/02 | 0.80 | Standard Copies |
| 6/26/02 | 16.76 | Fed Exp to: ,NEW YORK,NY from:MAILROOM |
| 6/26/02 | 39.70 | Standard Copies |
| 6/26/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 6/26/02 | 108.40 | Standard Copies |
| 6/27/02 | 0.10 | Standard Copies |
| 6/27/02 | 0.10 | Standard Copies |
| 6/27/02 | 1.50 | Fax page charge to 302-652-4400 |
| 6/27/02 | 16.50 | Standard Copies |
| 6/28/02 | 0.60 | Standard Copies |
| 6/28/02 | 0.70 | Standard Copies |
| 6/28/02 | 0.80 | Standard Copies |
| 6/28/02 | 2.50 | Tabs/Indexes/Dividers |

| Date | Amount | Description |
|------|--------|-------------|
| 6/28/02 | 2.80 | Standard Copies |
| 6/28/02 | 9.43 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 6/28/02 | 9.50 | Standard Copies |
| 6/28/02 | 30.00 | EUREST - Working Meals/K&E and Others, 6/24/02, D. Bernick, Beverage Setup, 10 |
| 6/28/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 6/28/02 | 40.00 | Standard Copies |
| 6/28/02 | 254.10 | Standard Copies |
| 7/01/02 | 3.80 | Standard Copies |
| 7/01/02 | 20.40 | Standard Copies |
| 7/01/02 | 147.75 | AT&T TELECONFERENCE SERVICES - Teleconference, D Bernick, 6/18 & 6/24/02 |
| 7/02/02 | 0.20 | Standard Copies |
| 7/02/02 | 1.72 | JAMES W KAPP - Telephone, AT&T Wireless stmt dtd 6.16.02 |
| 7/02/02 | 13.10 | Standard Copies |
| 7/03/02 | 0.10 | Standard Copies |
| 7/03/02 | 1.70 | Standard Copies |
| 7/03/02 | 3.50 | Standard Copies |
| 7/03/02 | 4.60 | Standard Copies |
| 7/03/02 | 5.00 | JANET BAER - OT Trans. 7.01.02 |
| 7/03/02 | 50.20 | Standard Copies |
| 7/05/02 | 138.40 | Standard Copies |
| 7/06/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 7/06/02 | 298.56 | CRABB,BA. - Secretarial Overtime |
| 7/08/02 | 0.60 | Standard Copies |
| 7/08/02 | 9.40 | Standard Copies |
| 7/08/02 | 9.60 | Standard Copies |
| 7/08/02 | 65.31 | CRABB,BA. - Secretarial Overtime |
| 7/09/02 | 0.30 | Standard Copies |
| 7/09/02 | 2.40 | Standard Copies |
| 7/09/02 | 37.32 | CRABB,BA. - Secretarial Overtime |
| 7/10/02 | 0.30 | Standard Copies |
| 7/10/02 | 0.80 | Standard Copies |
| 7/10/02 | 2.40 | Standard Copies |
| 7/10/02 | 2.40 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 7/10/02 | 6.70 | Standard Copies |
| 7/10/02 | 9.00 | Standard Copies |
| 7/10/02 | 31.10 | Standard Copies |
| 7/11/02 | 1.60 | Standard Copies |
| 7/11/02 | 3.40 | Standard Copies |
| 7/11/02 | 4.30 | Standard Copies |
| 7/11/02 | 14.00 | Standard Copies |
| 7/11/02 | 48.20 | Standard Copies |
| 7/11/02 | 61.00 | Standard Copies |
| 7/12/02 | 0.90 | Standard Copies |
| 7/12/02 | 1.20 | Standard Copies |
| 7/12/02 | 6.60 | Standard Copies |
| 7/12/02 | 11.70 | Standard Copies |
| 7/12/02 | 35.00 | Standard Copies |
| 7/15/02 | 0.20 | Standard Copies |
| 7/15/02 | 0.80 | Standard Copies |
| 7/15/02 | 1.50 | Standard Copies |
| 7/15/02 | 1.60 | Standard Copies |
| 7/15/02 | 2.80 | Standard Copies |
| 7/15/02 | 4.57 | Telephone call to: E CENTRAL,FL 561-362-1682 |
| 7/15/02 | 86.00 | Standard Copies |
| 7/16/02 | 0.60 | Standard Copies |
| 7/16/02 | 1.40 | Standard Copies |
| 7/16/02 | 3.90 | Standard Copies NY |
| 7/16/02 | 19.10 | Standard Copies |
| 7/16/02 | 22.40 | Standard Copies |
| 7/17/02 | 1.20 | Standard Copies |
| 7/17/02 | 2.20 | Standard Copies |
| 7/18/02 | 1.50 | Standard Copies |
| 7/18/02 | 1.50 | Standard Copies |
| 7/18/02 | 14.60 | Standard Copies |
| 7/18/02 | 28.30 | Standard Copies |
| 7/19/02 | 1.20 | Standard Copies |
| 7/19/02 | 3.30 | Standard Copies |

| Date | Amount | Description |
| --- | --- | --- |
| 7/19/02 | 3.90 | Standard Copies |
| 7/19/02 | 14.90 | Standard Copies |
| 7/22/02 | 0.10 | Standard Copies |
| 7/22/02 | 3.00 | Standard Copies |
| 7/22/02 | 3.20 | Standard Copies |
| 7/22/02 | 4.00 | Standard Copies |
| 7/25/02 | 0.10 | Standard Copies |
| 7/25/02 | 0.40 | Standard Copies |
| 7/25/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 7/25/02 | 11.40 | Standard Copies |
| 7/26/02 | 0.30 | Standard Copies |
| 7/26/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 7/26/02 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4360 |
| 7/26/02 | 36.00 | Standard Copies |
| 7/29/02 | 0.70 | Standard Copies |
| 7/29/02 | 1.20 | Standard Copies |
| 7/29/02 | 11.00 | Standard Copies |
| 7/30/02 | 3.20 | Standard Copies |
| 7/30/02 | 6.80 | Standard Copies |
| 7/30/02 | 23.20 | Standard Copies |
| 7/30/02 | 25.40 | Standard Copies |
| 7/31/02 | 1.50 | Standard Copies |
| 7/31/02 | 1.50 | Standard Copies |
| 7/31/02 | 17.20 | Standard Copies |
| 7/31/02 | 17.60 | Standard Copies |