## Matter 35 – Other Fee Applications – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $0.83 |
| Standard Copies | $2.00 |
| **Total** | **$2.83** |

## Matter 35 – Other Fee Applications – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/27/02 | 2.00 | Standard Copies |
| 7/15/02 | 0.83 | Telephone call to: STATE OF,DE 302-778-6464 |

## Matter 38 – Retention of Professionals / Fees – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $18.49 |
| Standard Copies | $16.80 |
| Overnight Delivery | $7.69 |
| Computer Database Research | $8.82 |
| **Total** | **$51.80** |

## Matter 38 – Retention of Professionals / Fees – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 4/01/02 | 8.82 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites |
| 6/04/02 | 7.69 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 6/11/02 | 5.61 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 6/13/02 | 0.83 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 6/14/02 | 1.45 | Telephone call to: PHILADELPH,PA 215-963-5585 |
| 6/14/02 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 6/17/02 | 1.87 | Telephone call to: STATE OF,DE 302-778-6464 |
| 6/19/02 | 6.24 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 6/28/02 | 16.80 | Standard Copies |

## Matter 42 – Travel – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $668.78 |
| Airfare | $4,568.06 |
| Transportation to/from airport | $345.38 |
| Travel Meals | $82.51 |
| Other Travel Expenses | $173.02 |
| **Total** | **$5,837.75** |

## Matter 42 – Travel – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 5/22/02 | 95.88 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 6/18/02 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 6/18/02 | 64.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 6/25/02 | 68.72 | JANET BAER - Boston Coach expense on trip 5.22.02 |
| 6/25/02 | 104.30 | JANET BAER - Boston Coach expense on trip 6.04.02 |
| 7/10/02 | 68.72 | JAMES W KAPP - Travel Expense, Wilmington,DE, 5.19 to 5.20.02, (Attend Hearing) Supplement Report |
| 7/17/02 | 6.00 | DAVID J ZOTT - Meals Expense, Memphis, TN 7.11.02 (Interview w/client) |
| 7/17/02 | 120.09 | DAVID J ZOTT - Travel Expense, Memphis, TN 7.11.02 (Interview w/client) |
| 7/17/02 | 1,021.50 | DAVID J ZOTT - Airfare Expense, Memphis, TN 7.11.02 (Interview w/client) |
| 7/21/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 7/22/02 | 63.70 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 7/23/02 | 7.46 | JANET BAER - Meal Expense, Phildelphia,PA, 7.21 to 7.22.02, (Hearing) |
| 7/23/02 | 63.05 | DAVID J ZOTT - Meals Expense, Philadelphia, PA 7.18.02 - 7.19.02 (Attend Deposition) |
| 7/23/02 | 219.42 | JANET BAER - Travel Expense, Phildelphia,PA, 7.21 to 7.22.02, (Hearing) |
| 7/23/02 | 260.55 | DAVID J ZOTT - Travel Expense, Philadelphia, PA 7.18.02 - 7.19.02 (Attend Deposition) |
| 7/23/02 | 1,045.68 | JANET BAER - Airfare Expense, Phildelphia,PA, 7.21 to 7.22.02, (Hearing) |
| 7/23/02 | 1,440.00 | DAVID J ZOTT - Airfare Expense, Philadelphia, PA 7.18.02 - 7.19.02 (Attend Deposition) |
| 7/29/02 | 6.00 | JANET BAER - Meal Expense, Baltimore,MD, 7.26.02, (Mtg w/Management) |
| 7/29/02 | 1,060.88 | JANET BAER - Airfare Expense, Baltimore,MD, 7.26.02, (Mtg w/Management) |

## Matter 43 – Use, Sale or Lease/Abandonment of Property – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $15.17 |
| **Total** | **$15.17** |

## Matter 43 – Use, Sale or Lease/Abandonment of Property – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/11/02 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 6/11/02 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 6/13/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 6/18/02 | 7.48 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 6/19/02 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 7/12/02 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4222 |

## Matter 46 – IRS Tax Litigation – Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $441.38 |
| Standard Copies | $88.20 |
| Overnight Delivery | $34.57 |
| **Total** | **$564.15** |

## Matter 46 – IRS Tax Litigation – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 3/01/02 | 386.51 | AT&T TELECONFERENCE SERVICES - Teleconference, T Maynes, 2/27 & 2/28/02 |
| 6/01/02 | 54.87 | AT&T TELECONFERENCE SERVICES - Teleconference, P Shenoy, 5/1/02 |
| 6/17/02 | 14.19 | UPS Dlvry to:U.S. DEPT. OF JUSTICE ,G. ROBSON STEWART,WASHINGTON,DC from:Pratibha J Shenoy |
| 6/19/02 | 8.44 | UPS Dlvry to:U.S. Department of Justice ,G. Robson Stewart,Washington,DC from:David M Sopczak |
| 6/24/02 | 2.20 | Standard Copies |
| 6/25/02 | 8.00 | Standard Copies |
| 6/27/02 | 1.50 | Standard Copies |
| 7/08/02 | 0.10 | Standard Copies |
| 7/16/02 | 0.20 | Standard Copies |
| 7/16/02 | 0.30 | Standard Copies |
| 7/16/02 | 2.40 | Standard Copies |
| 7/16/02 | 3.80 | Standard Copies |
| 7/16/02 | 4.20 | Standard Copies |
| 7/16/02 | 4.80 | Standard Copies |
| 7/16/02 | 4.80 | Standard Copies |
| 7/16/02 | 5.80 | Standard Copies |
| 7/16/02 | 6.60 | Standard Copies |
| 7/16/02 | 10.80 | Standard Copies |
| 7/17/02 | 0.60 | Standard Copies |
| 7/17/02 | 10.60 | Standard Copies |
| 7/17/02 | 11.94 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 7/17/02 | 18.90 | Standard Copies |
| 7/25/02 | 2.60 | Standard Copies |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| PERSONAL INJURY CLAIMANTS and | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| PROPERTY DAMAGE CLAIMANTS OF | ) |
| W.R. GRACE & CO., suing on behalf of the | ) |
| Chapter 11 Bankruptcy Estate of W.R. | ) |
| GRACE & CO., et al., | ) |
| | ) |
| Plaintiffs, | ) Adv. No. 02-2210 |
| | ) [LEAD DOCKET] |
| against | ) |
| | ) |
| SEALED AIR CORPORATION and | ) |
| CRYOVAC, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| PERSONAL INJURY CLAIMANTS and | ) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) |
| PROPERTY DAMAGE CLAIMANTS OF | ) Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the | ) |
| Chapter 11 Bankruptcy Estate of W.R. | ) |
| GRACE & CO., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| against | ) |
| | ) |
| FRESENIUS MEDICAL CARE | ) |
| HOLDINGS, INC. and | ) **Affects Dockets 02-2210 and 02-2211** |
| NATIONAL MEDICAL CARE, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUMMARY APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM
PERIOD, FROM JULY 1, 2002, THROUGH JULY 31, 2002**

Name of Applicant:                                      **Kirkland & Ellis**

Authorized to Provide Professional Services to:        **W. R. Grace & Co., et al., Debtors and
                                                       Debtors-in-Possession**

Date of Retention:                                     **Retention Order entered May 3, 2001,
                                                       effective as of April 2, 2001.**

Period for which compensation and reimbursement        **July 1, 2002, through July 31, 2002**
is sought:

Amount of Compensation sought as actual,               **$531,439.18**
reasonable and necessary:

This is a **X** monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately 10 hours,

and the corresponding estimated compensation *that will be requested in a future application* is

approximately $3,250.00.

This application is submitted in accordance with the order of this Court, dated July 10,

2002. This is the first monthly application for interim compensation for the July – September

2002 quarter that the Debtors will file with the Court in October 2002.    The following

application has been filed previously in these fraudulent conveyance proceedings:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 | 6/1 - 6/30/02 | $312,859.50 | $8,190.80 | Pending | Pending |

2

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James W. Kapp | Partner | 8 Years | Bankruptcy | $470.00 | 2.40 | $1,128.00 |
| Christian J. Lane | Associate | 4 Years | Bankruptcy | $410.00 | 7.20 | $2,952.00 |
| David M. Bernick, P.C. | Partner | 24 Years | Litigation | $665.00 | 64.60 | $42,959.00 |
| Michelle H. Browdy | Partner | 12 Years | Litigation | $420.00 | 202.60 | $85,092.00 |
| David A. Codevilla | Associate | 6 Years | Environmental | $365.00 | 65.10 | $23,761.50 |
| Lisa G. Esayian | Partner | 12 Years | Litigation | $430.00 | 45.50 | $19,565.00 |
| Kellye L. Fabian | Associate | 2 Years | Litigation | $295.00 | 21.30 | $6,283.50 |
| Mark E. Grummer | Partner | 26 Years | Environmental | $420.00 | 132.10 | $55,482.00 |
| Renee D. Honigberg | Partner | 7 Years | Litigation | $390.00 | 33.60 | $13,104.00 |
| Elli Leibenstein | Partner | 10 Years | Litigation | $430.00 | 73.10 | $31,433.00 |
| Scott A. McMillin | Associate | 6 Years | Litigation | $385.00 | 205.90 | $79,271.50 |
| Andrew R. Running | Partner | 20 Years | Litigation | $480.00 | 39.90 | $19,152.00 |
| S. Jonathan Silverman | Partner | 10 Years | Litigation | $430.00 | 0.10 | $43.00 |
| Christopher B. Sullivan | Partner | 7 Years | Litigation | $390.00 | 15.00 | $5,850.00 |
| David J. Zott | Partner | 16 Years | Litigation | $475.00 | 80.60 | $38,285.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of years in that position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Elizabeth Cox Arnold | Legal Assistant | 13 Years | Bankruptcy | $180.00 | 5.10 | $918.00 |
| Seth B. Kutnick | Project Assistant | 6 Months | Bankruptcy | $90.00 | 105.00 | $9,450.00 |
| Stephanie R. Cashman | Project Assistant | 3 Months | Litigation | $90.00 | 172.90 | $15,561.00 |
| Megan K. Coleman | Project Assistant | 2 Years | Litigation | $90.00 | 153.50 | $13,815.00 |
| Kimberly Davenport | Case Assistant | 6 Years | Litigation | $70.00 | 30.50 | $2,135.00 |
| Michael Geiser | Law Clerk | 3 Months | Litigation | $150.00 | 8.00 | $1,200.00 |
| Gayle M. Lodygowski | Case Assistant | 13 Years | Litigation | $75.00 | 14.00 | $1,050.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 13 Years | Environmental | $200.00 | 31.80 | $6,360.00 |
| Bridgett Ofosu | Case Assistant | 15 Years | Litigation | $80.00 | 26.10 | $2,088.00 |
| Shirley A. Pope | Legal Assistant | 17 Years | Litigation | $180.00 | 167.20 | $30,096.00 |
| Sanya Sarich | Law Clerk | 2 Months | Litigation | $150.00 | 22.40 | $3,360.00 |
| Ryan A. Swift | Project Assistant | 1 Month | Litigation | $90.00 | 0.50 | $45.00 |

Grand Total for Fees:     $510,439.50
Grand Total for Hours:    1,726.00
Blended Rate:             $295.74

3

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 1,669.30 | $485,711.00 |
| 49 | Fraudulent Conveyance Travel | 56.70 | $24,728.50 |
| | **Total** | **1,726.00** | **$510,439.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $263.98 |
| Facsimile Charges | $76.90 |
| Standard Copies | $1,338.10 |
| Tabs/Indexes/Dividers | $12.50 |
| Overnight Delivery | $43.42 |
| Outside Messenger Services | $28.96 |
| Travel Expense | $4,542.91 |
| Airfare | $12,064.13 |
| Transportation to/from airport | $472.94 |
| Travel Meals | $482.61 |
| Court Reporter Fee/Deposition | $873.80 |
| Computer Database Research | $207.29 |
| Overtime Transportation | $126.96 |
| Miscellaneous Office Expenses | $465.18 |
| **Total** | **$20,999.68** |

**WHEREFORE,** K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $510,439.50 for reasonable and necessary professional, services K&E has rendered to the Debtors during the Fee Period ($408,351.60) and (ii) 100 % of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period ($20,999.68); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: September 6, 2002

Respectfully submitted,

KIRKLAND & ELLIS

James H. M. Sprayregen
James W. Kapp III
Christian J. Lane
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

5

# EXHIBIT A

**<u>Matter 48 – Fraudulent Conveyance Adversary Proceeding – Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/01/02 | Michelle H Browdy | 5.50 | Work on environmental discovery issues (.4); preparation for Rule 30(b)(6) depositions on property damage issues, including follow up from 6/24 meeting with Beber and preparation for 7/2 meeting with Rourke (4.7); follow up on interrogatories with client and related discovery issues (.4). |
| 7/01/02 | Mark E Grummer | 4.10 | Write up notes of 6/27 interviews (.4); review Libby document ring binders received from Holme Roberts and telephone conference with D. Frost re same (.3); prepare for and participate in telephone conference with Grace representatives re sites on EPA/DOJ list (.7); review DOJ list of sites and annotate with reserves amounts and other relevant information in preparation for 7/3 telephone conference with Remedium and others (1.0); consider issues re environmental discovery and expert witness issues (.7); review discovery requests from fraudulent conveyance plaintiffs (.7); telephone conference with L. Duff re document production issues and plans for 7/3 sites conference call (.3). |
| 7/01/02 | James W Kapp | 0.30 | Review motion to appear in fraudulent conveyance adversary proceeding and attend to same (.2); review Daily Bankruptcy Review re Debtors intervening in fraudulent conveyance action (.1). |
| 7/01/02 | Elli Leibenstein | 0.20 | Consider issues re deposition. |
| 7/01/02 | Scott A McMillin | 3.30 | Work on response to insurance submittals (1.2); conferences with R. Fleishman re insurance issues (.3); conferences with client re same (.6); attend to matters re same (.4); review and draft discovery correspondence (.5); conferences with client re document production and depositions (.3). |
| 7/01/02 | Shirley A Pope | 3.00 | Locate, review and prepare documents for attorney review re expert witness deposition preparation. |
| 7/01/02 | David J Zott | 6.00 | Review accounting documents (2.0); conference with D. Frost re document production (.5); review joint defense agreements and draft joint defense addendum (1.0); review M. Grummer interview notes (2.0); consider issues re fact investigation and discovery issues (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/01/02 | David A Codevilla | 2.50 | Review Libby documents generated by Montana Department of Environmental Quality, Libby timeline and 2000 testimony and discovery responses (2.3); consider issues re outline of Libby trial binder (.2). |
| 7/01/02 | Seth B Kutnick | 4.00 | Organize copy set of Wachtell production documents. |
| 7/02/02 | Michelle H Browdy | 7.20 | Preparation for Rourke deposition on property damage issues, including meeting with Rourke in DC and preparation (4.7); work on responses to additional discovery issues raised by Milberg Weiss (including calls/meeting with Milberg draft/edit responsive letters) (2.5). |
| 7/02/02 | Lisa G Esayian | 0.50 | Review Department of Justice's witness list and 3/12/02 discovery order. |
| 7/02/02 | Mark E Grummer | 3.00 | Evaluate Sealed Air's request for environmental documents (.5); telephone conference with D. Frost re same (.2); telephone conference with L. Duff re current list of environmental sites with disputed reserves (.3); review plaintiffs' environmental fraudulent conveyance interrogatories (.3); prepare for 7/3 conference call re 32 EPA/DOJ sites, including preparation of table of reserve estimates for same and review of status of reserve as of 1998 for Chattanooga cleanup (1.4); consider issues re plaintiffs' environmental interrogatories (.1); forward same to Grace representatives for review with explanatory message (.2). |
| 7/02/02 | James W Kapp | 0.10 | Review Equity Committee motion to intervene in fraudulent conveyance action. |
| 7/02/02 | Elli Leibenstein | 1.60 | Prepare for meeting with T. Florence (1.0); telephone conference with D. Rourke re claims (.2); telephone conference with T. Florence re deposition (.2); consider issues re deposition (.2). |
| 7/02/02 | Scott A McMillin | 9.10 | Review documents produced by PricewaterhouseCoopers (2.4); review monthly outside counsel status reports (2.5); work on insurance issues (1.3); conferences with R. Fleishman re same (.4); conferences with client re same (.7); attend to matters re same (.6); draft responses to interrogatories (1.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/02/02 | Shirley A Pope | 4.00 | Update document production indices (1.0); review and organize newly produced documents and identify key documents (2.0); prepare Hickey deposition exhibits for attorney review (1.0). |
| 7/02/02 | David J Zott | 3.70 | Review background action memos and other reports re Libby site and expansion sites (3.0); conference with D. Frost re discovery issues (.2); conference with J. Stringer re potential accounting expert (.5). |
| 7/02/02 | David A Codevilla | 1.80 | Note relevant points for fraudulent conveyance case re Libby, Montana site. |
| 7/02/02 | Seth B Kutnick | 6.00 | Organize K&E master set of Wachtell production documents (4.0); organize additional Wachtell documents for production (2.0). |
| 7/02/02 | Stephanie R Cashman | 1.00 | Index PWC documents re Attorney's Eyes Only designation at attorney's request. |
| 7/03/02 | Lisa G Esayian | 1.80 | Review and analyze Department of Justice's Complaint and Motion in Intervention, plaintiffs' reply in support and Sealed Air's opposition. |
| 7/03/02 | Mark E Grummer | 5.90 | Prepare for and participate in videoconference with representatives of Grace, Remedium and Sealed Air to review EPA/DOJ list of sites to be addressed in fraudulent conveyance action and review information re 1998 and current status of each site (4.6); attend to matters re results of call (.1); telephone conference with D. Frost re DOJ position (.1); telephone conference with W. Corcoran re same and next steps (.2); review DOJ witness designations (.1); prepare email memorandum to K&E and Grace team re approach to answering DOJ interrogatories (.2); attend to matters re discovery response tasks (.4); review Holme Roberts ring binders of Libby documents (.2). |
| 7/03/02 | Elli Leibenstein | 15.70 | Prepare for meeting with T. Florence (1.5); defend T. Florence at deposition (10.0); voicemail to team re deposition (.2); review Hickey deposition (2.5); analyze issues in light of Florence deposition (1.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/03/02 | Scott A McMillin | 7.30 | Draft interrogatory responses (4.0); conferences with client re same (.8); draft letter to R. Fleishman re insurance disputes (.8); conferences with client re same (.3); gather property damage documents for D. Rourke preparation session (.4); attend to matters re discovery issues (.3); draft discovery correspondence re interrogatories (.3); review notes re R. Beber preparation session (.4). |
| 7/03/02 | David J Zott | 4.00 | Joint defense conference call re other sites identified by DOJ (2.0); review additional Libby background documents (1.5); conference with D. Weiss re PWC workpapers (.2); attend to matters re case projects (.3). |
| 7/03/02 | David A Codevilla | 1.00 | Continue review of Libby-related correspondence between EPA Region VIII and Grace ( .7); attend to matters re Libby documents and PricewaterhouseCoopers audit files (.3). |
| 7/03/02 | Seth B Kutnick | 2.00 | Organize Wachtell documents for production. |
| 7/03/02 | Michael Geiser | 3.00 | Conduct legal research re choice of law. |
| 7/04/02 | Elli Leibenstein | 0.20 | Attend to matters re depositions. |
| 7/05/02 | Elli Leibenstein | 2.90 | Review PWC key documents (1.0); attend to matters re PWC experts (.2); review B. Wolff email re Stallard (.2); review T. Florence deposition (.5); telephone conference with M. Widom re scheduling (.2); attend to matters re scheduling (.2); telephone conference with D. Rourke re scheduling (.2); review E. Stallard deposition (.4). |
| 7/05/02 | David J Zott | 4.80 | Conference with Ten-Eyck re serving as account expert and e-mail to Skadden re same (1.0); review resumes from PWC re accounting experts (1.5); consider issues re background documents from Grace (1.5); conference with B. Medlar re fact gathering meeting (.3); review Grace responses to EPA questionnaires re Libby background documents from Holme Roberts (.5). |
| 7/05/02 | David A Codevilla | 1.40 | Review and summarize Grace & EPA correspondence re Libby. |
| 7/05/02 | Seth B Kutnick | 2.00 | Prepare monthly outside counsel report for redaction prior to production to committees. |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/05/02 | Michael Geiser | 1.00 | Review materials re Sealed Air transaction. |
| 7/06/02 | David J Zott | 2.20 | Review background Libby documents from Holme Roberts. |
| 7/07/02 | Mark E Grummer | 0.30 | Begin preparation of memorandum re results of interview of R. Marriam re expansion plants. |
| 7/07/02 | Scott A McMillin | 0.80 | Review discovery correspondence and fraudulent transfer pleadings. |
| 7/07/02 | Andrew R Running | 0.80 | Review J. Hughes' draft summary of pre-petition jury verdicts (.5); draft e-mail to J. Hughes re same (.3). |
| 7/08/02 | David M Bernick, P.C. | 1.90 | Review of the objection brief (.3); conduct telephone conference with S. Birnbaum and Wasserstein in review of standards brief (1.5); conduct telephone conference with D. Siegel re Department of Justice and EPA issues (.1). |
| 7/08/02 | Michelle H Browdy | 11.10 | Revise/edit interrogatory responses in property damage and bodily injury issues (1.4); start legal research on response motion for sanction and attend to matters re same (.6); draft detailed factual response on discovery status for motion for sanctions (5.6); coordinate on environmental and other issues with Sealed Air counsel (.7); work on tax insurance and other discovery responses, including latest letter from Milberg (2.8). |
| 7/08/02 | Lisa G Esayian | 0.90 | Consider issues re contested environmental sites (.5); review 1997 Grace Green Book descriptions for Acton and Woburn sites (.4). |
| 7/08/02 | Mark E Grummer | 1.80 | Complete file memorandum re results of interview of R. Marriam re expansion plants and forward same to team (1.5); exchange emails and voice messages with team re various discovery issues (.3). |
| 7/08/02 | Elli Leibenstein | 0.60 | Consider issues re depositions (.3); consider issues re Florence and Rourke (.2); review correspondence re discovery (.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/08/02 | Scott A McMillin | 6.00 | Work on insurance issues and draft discovery correspondence re same (2.5); conferences with client re same (.7); attend to matters re same (.4); review discovery correspondence and motion for sanctions (.8); internal conferences re litigation strategy (.3); work on deposition scheduling and draft correspondence re same (.6); work on responses to interrogatories (.7). |
| 7/08/02 | David J Zott | 2.50 | Review background Libby documents and Libby pleadings (2.0); review and comment on document requests going to Holme Roberts (.2); conference with D. Frost re case fact issues and expert selection (.3). |
| 7/08/02 | David A Codevilla | 1.40 | Continue review & summary of Grace and EPA Region VIII letters and comments re EPA response/removal actions at Libby. |
| 7/08/02 | Michael Geiser | 1.00 | Conduct legal research re choice of law. |
| 7/08/02 | Sanya Sarich | 0.30 | Consider fraudulent conveyance matters. |
| 7/08/02 | Stephanie R Cashman | 7.00 | Update Adversarial No. 2210 pleadings file (1.0); import deposition transcripts into Live Note (1.5); enter pleadings into Concordance database (4.5). |
| 7/08/02 | Megan K Coleman | 2.50 | Review fraudulent conveyance correspondence, distribute for attorney review and file same. |
| 7/09/02 | David M Bernick, P.C. | 1.50 | Consider issues re environmental claims (.2); revise response to sanction letter (.8); conduct telephone conference with D. Siegel re environmental claims (.5). |
| 7/09/02 | Michelle H Browdy | 9.80 | Revise interrogatory responses and discuss changes with R. Beber (.7); draft response to motion for sanctions (6.7); start preparation for 7/10 hearing before Judge Wolin (1.1); work on property damage issues in preparation for Rourke deposition (1.3). |
| 7/09/02 | Elizabeth Cox Arnold | 3.30 | Attend to matters re fraudulent conveyance research (.5); open new matter number (.8); research re fraudulent conveyance for attorney review (2.0). |
| 7/09/02 | Lisa G Esayian | 0.30 | Attend to matters re reasonableness of reserves for environmental sites. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 7/09/02 | Mark E Grummer | 0.50 | Review DOJ interrogatories re environmental sites in fraudulent conveyance action and prepare email to team re same (.3); exchange voice messages with R. Emmett and K&E team re responding to plaintiffs' environmental interrogatories (.2). |
| 7/09/02 | Scott A McMillin | 8.20 | Revise and finalize responses to asbestos interrogatories (2.6); review T. Florence deposition transcript (1.4); prepare for K. Collins deposition (2.3); draft joinder in Sealed Air motion to strike (.4); consider issues re trial brief (.5); attend to matters re discovery, litigation strategy (.5); conferences with client re same (.3); conference with A. Aizley re tax documents (.2). |
| 7/09/02 | Shirley A Pope | 4.00 | Locate, review and prepare for attorney review documents re July 10 hearing before Judge Wolin (2.0); arrange telephone conference and notify parties (.5); update document production indices (1.5). |
| 7/09/02 | Andrew R Running | 2.50 | Review latest draft of jury verdict summary (.3); review USG's brief to Judge Wolin re its substantive estimation proposal (1.9); telephone conference with J. Hughes re latest draft of jury verdict summary (.3). |
| 7/09/02 | David J Zott | 6.00 | Conference with D. Frost re depositions and review proposed schedule (.2); review DOJ discovery requests (.5); review expansion plant interview notes (.3); consider case issues (.5); review draft deposition outline (1.0); review background documents and discovery requests (2.0); conference Skadden re discovery issues (.5); review proposed stipulations and analyze same (1.0). |
| 7/09/02 | David A Codevilla | 0.50 | Telephone conference with Orrick re PricewaterhouseCoopers audit documents re environmental reserves (.4); prepare list of Libby-related documents to request from Holme Roberts & Owen (.1). |
| 7/09/02 | Sanya Sarich | 3.70 | Review background materials for legal section of trial brief re constructive fraudulent transfer. |
| 7/09/02 | Stephanie R Cashman | 3.50 | Update Adversarial. No 2210 pleading files (2.0); retrieve and organize documents for production (1.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/09/02 | Megan K Coleman | 4.80 | Review fraudulent conveyance correspondence, distribute for attorney review and file same (4.0); prepare revised minutes for attorney review (.8). |
| 7/10/02 | David M Bernick, P.C. | 3.00 | Preparation for Grace discovery hearing (1.5); attending Grace discovery hearing (1.5). |
| 7/10/02 | Michelle H Browdy | 8.80 | Preparation for hearing before Judge Wolin on discovery issues (2.1); hearing before Judge Wolin on discovery issues (1.1); joint defense meeting with Skadden on discovery issues and follow up on same with H. Wasserstein (1.8); work on property damage issues including meeting with D. Rourke to prepare for 7/11 deposition and preparation for same (3.8). |
| 7/10/02 | Elizabeth Cox Arnold | 1.50 | Locate, review and prepare various briefs for attorney review. |
| 7/10/02 | Lisa G Esayian | 0.10 | Attend to matters re environmental factual development issues. |
| 7/10/02 | Mark E Grummer | 0.70 | Review email memorandum re results of negotiating with DOJ re list of 32 sites and proposed stipulation amounts for 1998 reserves re same (.2); revise emailed list of sites to include Grace reserve amounts and forward same to team (.2); review draft letter to special master in support of Sealed Air motion to strike (.2); exchange email re list of sites (.1). |
| 7/10/02 | Elli Leibenstein | 0.30 | Review T. Florence deposition. |
| 7/10/02 | Scott A McMillin | 9.50 | Prepare for and attend K. Collins deposition (9.0); review T. Florence deposition transcript (.5). |
| 7/10/02 | Shirley A Pope | 2.50 | Review and analyze deposition transcripts and exhibits to verify completeness (.5); organize, review and analyze pleadings in preparation for Concordance database entry (2.0). |
| 7/10/02 | Andrew R Running | 1.80 | Prepare summary and analysis of USG estimation brief. |
| 7/10/02 | David J Zott | 3.80 | Review proposed stipulations, analyze same and conference with client re same (1.3) conference with Skadden attorneys re same (.5); work on project outline for environmental issues (1.0); work on outline for Libby issues (1.0). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/10/02 | David A Codevilla | 2.50 | Review and summarize Libby hot documents provided by Holme Roberts & Owen (1.8); review K&E Libby project outline and organize Grace documents re Libby (.7). |
| 7/10/02 | Stephanie R Cashman | 7.00 | Retrieve W.R. Grace's 10-K's and 10-Q's (1.0); enter pleadings into Concordance database (1.5); update Adversarial. No 2210 pleading files (3.5); import depositions into Live Note and organize diskettes (1.0). |
| 7/10/02 | Megan K Coleman | 4.00 | Enter depositions received by K&E on deposition log database. |
| 7/11/02 | Michelle H Browdy | 9.20 | Prepare for and conduct Rourke deposition and follow up re same (8.5); follow up on issues from hearing and discovery with H. Wasserstein (.7). |
| 7/11/02 | Mark E Grummer | 0.20 | Review draft outline of fraudulent conveyance trial preparation tasks. |
| 7/11/02 | James W Kapp | 0.20 | Review and distribute pleadings re fraudulent conveyance adversary. |
| 7/11/02 | Elli Leibenstein | 0.50 | Revise Houlihan Lokey deposition outline. |
| 7/11/02 | Scott A McMillin | 6.80 | Draft and revise letter to R. Fleishman re insurance issues (1.5); conferences with F. Zaremby, J. Posner and J. Hughes re same (.6); draft letter to R. Fleishman re board minutes (.3); revise and file joinder in Sealed Air's motion to strike (.3); prepare for and attend hearing on Sealed Air's motion to strike (1.2); conference with D. Siegel re same (.4); conferences with B. Emmett and L. Duff re environmental interrogatories (.2); draft responses to environmental and insurance interrogatories (1.5); conferences with F. Zaremby re insurance interrogatories (.3); review fraudulent transfer pleadings (.5). |
| 7/11/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same for attorney review (1.0); update document production files re documents produced subsequent to deposition subpoenas (2.0). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/02 | Andrew R Running | 1.60 | Review Judge Newsome's opinion denying class certification in Armstrong (.3); attend to matters re production of jury verdict summary (.2); draft e-mail correspondence to M. Zaleski producing that summary to the Personal Injury Committee (.3); review ZAI claimants' appeal motion (.2); review ZAI claimants' response to Grace's claims objections (.6). |
| 7/11/02 | David J Zott | 4.80 | Prepare for meeting with Remedium re environmental issues (1.0); meet with R. Medlar and L. Gardener re same (2.5); review additional documents from meeting (.5); work on outline for Libby issues (.8). |
| 7/11/02 | David A Codevilla | 0.20 | Review PWC audit files re environmental reserves with Orrick. |
| 7/11/02 | Seth B Kutnick | 4.00 | Set up PWC documents for inclusion in Grace main file. |
| 7/11/02 | Sanya Sarich | 4.00 | Review materials re Sealed Air Transaction and constructive fraudulent transfer. |
| 7/11/02 | Stephanie R Cashman | 6.00 | Enter pleadings into Concordance database (3.0); revise pleading files (2.0); update case file index (.5); format and print documents for attorney review (.5). |
| 7/11/02 | Megan K Coleman | 4.00 | Enter depositions on deposition log database. |
| 7/12/02 | Michelle H Browdy | 1.20 | Work on discovery and expert issues, including telephone conferences with Skadden. |
| 7/12/02 | Elli Leibenstein | 1.10 | Attend to matters re Rourke deposition issues (.3); review Rourke deposition (.8). |
| 7/12/02 | Scott A McMillin | 5.70 | Draft interrogatory responses re environmental and insurance issues and prepare same for filing (2.6); conferences with F. Zaremby, J. Posner and B. Emmett re same (.5); conferences with R. Fleishman and M. Widdom re eyes only documents (.3); prepare for and conference with special master re same (.7); conferences with B. Wolff and A. Aizley re discovery issues (.5); prepare for insurance meeting and conference with F. Zaremby re same (.6); work on production of monthly outside counsel reports (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/12/02 | Shirley A Pope | 3.00 | Locate, review and prepare documents re expert deposition preparation for attorney review (1.0); retrieve and review documents cited in application fee brief and prepare for attorney review (2.0). |
| 7/12/02 | David J Zott | 0.30 | Follow up re discovery issues and Court ruling. |
| 7/12/02 | Kellye L Fabian | 2.80 | Draft answer to United States' complaint in intervention. |
| 7/12/02 | David A Codevilla | 2.90 | Review PricewaterhouseCoopers audit files re environmental reserves at Orrick offices (1.0); mark documents for confidentiality and privilege purposes (1.7); draft summary email re same to K&E team (.2). |
| 7/12/02 | Sanya Sarich | 1.00 | Review materials re Sealed Air transaction and insolvency issue. |
| 7/12/02 | Stephanie R Cashman | 7.00 | Enter pleadings into Concordance database (5.0); update adversary 01-2210 pleading files (2.0). |
| 7/12/02 | Megan K Coleman | 2.00 | Update Concordance database with newly received depositions. |
| 7/13/02 | Michelle H Browdy | 3.00 | Work on response to Plaintiffs' expert report proposal, including calls with Skadden and preparation for hearing with Special Master (1.1); work on various discovery issues raised by Milberg (.4); prepare to defend depositions set for week of 7/15 re Rule 30(b)(6) topics and asbestos personal injury (1.5). |
| 7/13/02 | Lisa G Esayian | 1.20 | Analyze 1996-97 Grace and outside contractor documents supporting Grace's reserves for Acton site and write preliminary memorandum re key facts re same. |
| 7/13/02 | Scott A McMillin | 2.00 | Draft answer to US complaint in intervention (1.0); work on discovery issues (.6); consider issues re discovery schedule (.2); draft discovery correspondence (.2). |
| 7/13/02 | Shirley A Pope | 8.30 | Review, analyze and redact documents and prepare same for attorney review prior to production to committees. |
| 7/13/02 | Megan K Coleman | 4.00 | Review and redact case summaries for production to plaintiffs. |
| 7/14/02 | Michelle H Browdy | 2.40 | Continue to prepare for depositions set for week of 7/15. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/14/02 | Elli Leibenstein | 0.70 | Review emails re Hughes deposition (.5); analyze Hughes materials (.2). |
| 7/14/02 | Scott A McMillin | 1.80 | Prepare for J. Hughes and J. Port depositions (.4); work on redaction of outside counsel monthly reports (1.0); work on discovery issues (.4). |
| 7/14/02 | Shirley A Pope | 12.80 | Review, analyze and redact case summaries for production to committees. |
| 7/14/02 | Stephanie R Cashman | 8.80 | Review, analyze and redact tax documents for production to plaintiffs. |
| 7/15/02 | Michelle H Browdy | 5.20 | Hearing with Special Master on plaintiff expert reports, preparation and follow up (2.4); follow up on production of tax documents and other discovery issues in response to Milberg requests (1.2); preparation for depositions/meetings set for week of 7/15 (McGowan, Ellberger, Hughes, Filon) (1.6). |
| 7/15/02 | Bridgett Ofosu | 8.80 | Review, analyze and redact case summaries for production to committees. |
| 7/15/02 | Elizabeth Cox Arnold | 0.30 | Locate opinion for attorney review. |
| 7/15/02 | Lisa G Esayian | 0.10 | Attend to matters re upcoming depositions and key issues for contested Department of Justice sites. |
| 7/15/02 | Mark E Grummer | 3.40 | Review U.S. interrogatories to prepare for telephone conference re same (.6); participate in telephone conference with Grace representatives re the review of the U.S. interrogatories and begin preparing responses to same (1.7); review Libby documents (.1); review draft case outline and deposition notices (.6); attend to discovery matters (.4). |
| 7/15/02 | James W Kapp | 0.20 | Review fraudulent conveyance pleadings and correspondence and distribute same. |
| 7/15/02 | Christian J Lane | 1.70 | Finalize response to ZAI Claimants motion for leave to appeal. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/15/02 | Elli Leibenstein | 10.60 | Review PWC materials and other estimation documents (3.2); review Florence deposition (3.1); draft memo re follow up work for T. Florence (2.2); attend to matters re depositions set for week of 7/15 (.3); review Rourke deposition hearing and followup work (1.8). |
| 7/15/02 | Scott A McMillin | 8.30 | Prepare for J. Hughes and J. Port depositions (5.3); work on answer to EPA's complaint in intervention (.5); work on redaction of monthly outside counsel reports (.6); attend to matters re discovery issues (.4); work on insurance issues (.6); draft discovery correspondence (.6); conferences with client depositions and document production (.3). |
| 7/15/02 | Shirley A Pope | 10.30 | Locate, review and prepare for attorney review documents for Rourke deposition preparation (1.3); review, analyze and redact Grace outside counsel monthly status reports for production to plaintiffs (9.0). |
| 7/15/02 | S Jonathan Silverman | 0.10 | Attend to matters re scheduling of meeting with experts. |
| 7/15/02 | David J Zott | 5.70 | Defense conference call re responding to DOJ document requests and interrogatories (1.7); review correspondence re DOJ depositions and conference with Skadden re status of depositions and stipulations and draft e-mail to client re same (2.0); conference with Skadden re producing documents to expert and review memo from Skadden re experts (.5); work on factual issues (1.5). |
| 7/15/02 | Kimberly Davenport | 8.00 | Review, analyze and redact case summaries for production to committees. |
| 7/15/02 | David A Codevilla | 1.70 | Prepare discovery responses to U.S. July 8 discovery (1.5); review prior Department of Justice discovery requests (.2). |
| 7/15/02 | Seth B Kutnick | 7.00 | Copy check redacted status reports produced to committees (4.0); retrieve and duplicate proxy statement documents for attorney review (3.0). |
| 7/15/02 | Sanya Sarich | 2.00 | Conduct legal research re contingent liabilities and insolvency. |
| 7/15/02 | Stephanie R Cashman | 8.00 | Continue redact tax documents for production to plaintiffs. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| 7/15/02 | Megan K Coleman | 11.50 | Prepare deposition transcripts for attorney review (.5); review and redact case summaries for production to plaintiffs (11.0). |
| 7/16/02 | David M Bernick, P.C. | 1.60 | Conduct telephone conference re environmental stipulation (.6); conduct telephone conference re order on post 1998 discovery (1.0). |
| 7/16/02 | Michelle H Browdy | 8.40 | Prepare for and conduct deposition preparation session with B. McGowan in DC (3.8); prepare for and conduct deposition preparation session with L. Ellberger in NJ (3.5); follow up on discovery issues and implications from latest ruling by court on discovery (1.1). |
| 7/16/02 | Bridgett Ofosu | 6.00 | Review, analyze and redact case summaries for production to committees. |
| 7/16/02 | Lisa G Esayian | 1.00 | Work on Acton, Blackburn, Woburn and Hatco site outlines. |
| 7/16/02 | Mark E Grummer | 1.20 | Attend to discovery matters including numerous telephone and office conferences with representatives of Grace, Holme Roberts (Grace counsel in CERCLA actions) and counsel for Sealed Air. |
| 7/16/02 | Elli Leibenstein | 1.00 | Analyze outline for Rourke work (.5); consider issues re Hughes deposition (.4); prepare Rourke deposition (.1). |
| 7/16/02 | Scott A McMillin | 11.00 | Prepare for and meet with J. Port re deposition preparation (3.5); prepare for and meet with J. Hughes re deposition preparation (4.0); review Port documents and prepare for deposition (2.0); conferences with F. Zaremby re discovery, litigation strategy (1.0); work on discovery issues (.5). |
| 7/16/02 | Shirley A Pope | 9.00 | Review and redact Grace's monthly outside counsel status reports for production to plaintiffs (6.0); prepare completed redactions to status reports (2 boxes) (2.0); prepare redacted outside counsel status reports for production to committees (1.0). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/16/02 | David J Zott | 6.70 | Review index of documents for production to expert and work with Skadden re same (1.0); review notes re proposed accounting expert and conference with Skadden re same (.7); telephone conference with Special Master Dreier on motion for reconsideration (.5); revise project outline, Libby outline and key deposition outline (1.5); conference call with DOJ and Skadden re stipulations (1.0); conference call with D. Siegel and L. Duff re stipulations (1.0); work on environmental discovery issues (1.0). |
| 7/16/02 | Kimberly Davenport | 7.00 | Review, analyze and redact case summaries for production to committees. |
| 7/16/02 | David A Codevilla | 2.00 | Review Libby-related documents provided to K&E by Holme Roberts & Owen (.7); review expansion plant-related documents for confidentiality/privilege purposes at Skadden (1.3). |
| 7/16/02 | Seth B Kutnick | 7.00 | Prepare redacted outside counsel status reports for inclusion in main document production files (3.0); copy check redacted outside counsel status reports produced to committees (4.0). |
| 7/16/02 | Stephanie R Cashman | 10.00 | Review, analyze and redact documents for production to plaintiffs (4.0); copy check documents and prepare to ship to counsel (.8); revise pleadings files (.7); enter pleadings into Concordance database (4.0); update deposition calender (.5). |
| 7/16/02 | Megan K Coleman | 10.00 | Review, analyze and redact documents, copy check same and prepare document production files for shipping to plaintiffs (6.2); load electronic versions of depositions into LiveNote (.8); review and input deposition exhibits into Concordance (3.0). |
| 7/17/02 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with Wasserstein re post-98 issues. |
| 7/17/02 | Michelle H Browdy | 9.50 | Brian McGowan deposition and preparation/follow up (4.5); conference calls with Skadden and follow up re rulings from court on post-1998 issues (.7); work on brief due 7/23 including conference calls on standards issue (1.0); work on discovery issues (1.2); preparation for meetings at Grace with witnesses for 7/18/02 (2.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|-------|-------------|
| 7/17/02 | Lisa G Esayian | 1.80 | Attend to matters re affirmative case preparation and deposition issues (.6); prepare for and participate in internal K&E telephone conference re document collections and productions (.4); telephone conference with D. Frost and K. Larson at Skadden re upcoming depositions (.8). |
| 7/17/02 | Mark E Grummer | 5.50 | Telephone conference with D. Frost re discovery matters (.5); telephone conference with L. Duff and R. Medler re discovery matters (.3); prepare for and participate in K&E telephone conference re discovery schedule and tasks, revise same and attend to matters re same (2.9); work on various discovery projects (1.8). |
| 7/17/02 | Renee D Honigberg | 2.70 | Draft elements of supplemental brief re legal standard for solvency (1.0); follow up review of pleadings re same (1.7). |
| 7/17/02 | James W Kapp | 0.30 | Review fraudulent conveyance related pleadings and correspondence and distribute same. |
| 7/17/02 | Elli Leibenstein | 1.00 | Review and analyze ruling re 1998 estimation issue (.5); review E. Stallard deposition (.5). |
| 7/17/02 | Scott A McMillin | 11.10 | Review Port documents and prepare for J. Port deposition (1.5); meet with J. Port re deposition preparation (3.0); prepare for and attend insurance meeting (4.0); meet with J. Hughes re deposition preparation (1.0): conferences with A. Aizley re litigation strategy (1.0): review retention motion (.3); review order on standards issue (.3). |
| 7/17/02 | Shirley A Pope | 6.70 | Locate, review and prepare for attorney review Wolin orders (.2); review and prepare for transmission and transmit requested documents to plaintiff (.2); locate, review and prepare for attorney review environmental documents forwarded by client (.3); locate, review and prepare for attorney review plaintiffs' discovery correspondence (2.0); review incoming fraudulent conveyance correspondence and distribute for attorney review and action (2.0); review docket for newly filed pleadings and review and analyze same for distribution to Grace team members (2.0). |
| 7/17/02 | Andrew R Running | 2.50 | Review previously filed briefs on the solvency standards dispute (1.6); consider issues re drafting of supplemental brief on the standards dispute (.9). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/17/02 | David J Zott | 3.20 | Conference with L. Duff re Curtis Bay site (.5); review public documents re same (.2); prepare for and participate in telephone conference with team re discovery schedule and tasks (1.5); work on discovery issues, responses to document requests (1.0). |
| 7/17/02 | David A Codevilla | 5.50 | Review K&E Libby trial outline (1.5); review expansion plant documents at Skadden and mark for privilege/confidentiality purposes (3.8); attend to matters re specific site reserve issues (.2). |
| 7/17/02 | Seth B Kutnick | 7.00 | Prepare unredacted status reports from Grace's outside counsel for inclusion in main document production files. |
| 7/17/02 | Stephanie R Cashman | 7.00 | Enter pleadings into Concordance database (5.5); update adversarial 01-2210 pleading files (1.5). |
| 7/17/02 | Megan K Coleman | 7.80 | Review and file deposition (1.0); review docket and on-line sources re witness disclosure filing (.8); review and input depositions into Concordance database (5.0); review background case information and documents (1.0). |
| 7/18/02 | Michelle H Browdy | 8.00 | Meeting with Jay Hughes re upcoming deposition and preparation (3.4); meetings with F. Zaremby, preparation and follow up re document production issues (1.9); meetings with E. Filon, E. Zaremby, preparation and follow up re tax and COLI issues and document production (2.7). |
| 7/18/02 | Lisa G Esayian | 0.50 | Conference with D. Frost and K. Larson at Skadden re newly-produced government documents and upcoming depositions. |
| 7/18/02 | Mark E Grummer | 7.30 | Evaluate documents to be produced and draft response to U.S. request for documents (4.5); telephone conferences with L. Duff, L. Gardner and R. Medler re document production (.8); review discovery correspondence and materials (.6); telephone conference with D. Frost re deposition schedule (.3); evaluate issues re indemnified sites and review materials and confer with Grace representatives re same (.8); attend to discovery matters (.3). |