IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 1, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00000 - General**

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Lund, Kenneth | Partner | $ 350.00 | 42.10 | $ 14,735.00 |
| McCarthy, Jay | Partner | $ 300.00 | 1.60 | $ 480.00 |
| Harris, Colin | Partner | $ 250.00 | 40.50 | $ 10,125.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 46.9 | $ 12,897.50 |
| Stevenson, Edward | Sr. Counsel | $ 280.00 | 15.8 | $ 4,424.00 |
| Young, Spencer | Associate | $ 250.00 | 7.3 | $ 1,825.00 |
| Maurelli, Gino | Associate | $ 225.00 | 72.8 | $ 16,380.00 |
| Tognetti, Michael | Associate | $ 225.00 | 11.7 | $ 2,632.50 |
| Barry, Geoffrey | Associate | $ 220.00 | 48.3 | $ 10,626.00 |
| Hall, Jennifer | Associate | $ 220.00 | 6.4 | $ 1,408.00 |
| Trammell, Keith | Associate | $ 185.00 | 3 | $ 555.00 |
| Wall, Douglas | Associate | $ 185.00 | 125.9 | $ 23,291.50 |
| Beasley, James | Associate | $ 175.00 | 30.9 | $ 5,407.50 |
| Sanchez, Corey | Associate | $ 175.00 | 18.9 | $ 3,307.50 |
| Kinnear, Karen | Paralegal | $ 125.00 | 1 | $ 125.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 24.6 | $ 3,075.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 15.2 | $ 1,900.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 7.2 | $ 900.00 |
| Wingard, Johncie | Paralegal | $ 125.00 | 9.6 | $ 1,200.00 |
| Aberle | Paralegal | $ 110.00 | 29.3 | $ 3,223.00 |
| Haag, Susan | Paralegal | $ 105.00 | 0.5 | $ 52.50 |
| Mulholland, Imelda | Info. Specialist | $ 110.00 | 12.7 | $ 1,397.00 |
| | | | | |
| Total | | | 572.20 | 119,967.00 |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $    568.80 |
| Facsimiles | $    64.00 |
| Long Distance Telephone | $    24.90 |
| Outside Courier | $    123.14 |
| Travel Expense | $    - |
| Lexis | $    - |
| Westlaw | $    - |
| Meal Expenses | $    - |
| Overtime | $    - |
| Velo Binding | $    - |
| **Total** | $    780.84 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 5 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00000 |

## Regarding: GENERAL

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/27/02 | KJC | Telephone conference with KWLund and JDMcCarthy re fraudulent conveyance (0.20); telephone conference with Skadden Arps, Kirkland & Ellis and others re strategies for fraudulent conveyance (1.70); telephone conference with W. Corcoran and D. Siegel re coordination of efforts on fraudulent conveyance case (0.30); research and arrange for key documents for expert in fraudulent conveyance case (1.40). | 3.60  $ | 990.00 |
| 07/02/02 | NKA | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (6.50); Meet with IKON representative in re deadline for production (.60). | 7.10 | 781.00 |
| 07/02/02 | JLS | (Fraudulent Conveyance)  Review cost recovery case materials in preparation for coding EPA production documents (2.10); review and respond to e-mails re same (.50). | 2.60 | 325.00 |
| 07/03/02 | KJC | (Fraudulent Conveyance)  Train new staff re document review and coding project including prepare and revise materials (6.00). | 6.00 | 1,650.00 |
| 07/03/02 | JGB | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re document review/coding issues (3.80); review, categorize and code documents produced by EPA for relevance to various case issues (4.00). | 7.80 | 1,365.00 |
| 07/03/02 | JAH | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re document review/coding issues(.40). | 0.40 | 88.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/03/02 | CRS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.70 | 997.50 |
| 07/03/02 | MAT | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.50). | 3.50 | 787.50 |
| 07/03/02 | KAT | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re cost recovery coding issues. | 3.00 | 555.00 |
| 07/03/02 | DPW | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re document review/coding (3.00); review, categorize and code documents produced by EPA for relevance to various case issues (1.00). | 4.00 | 740.00 |
| 07/03/02 | NKA | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re document review/coding issues (4.00); review, categorize and code documents produced by EPA for relevance to various case issues (.50). | 4.50 | 495.00 |
| 07/03/02 | JLS | (Fraudulent Conveyance)  Attend training session for coding of EPA production documents (1.80); respond to questions from individuals coding same (.50); prepare spreadsheet of EPA production documents which need to be coded, showing current assignments  and notify coders (1.20). | 3.50 | 437.50 |
| 07/03/02 | ICM | (Fraudulent Conveyance)  Attend training session on working with Lotus Notes and re document review/coding issues (2.00); review, categorize and code documents produced by EPA for relevance to various case issues (4.40). | 6.40 | 704.00 |
| 07/05/02 | CRS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.30 | 1,452.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 7 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/08/02 | KWL | (Fraudulent Conveyance)  Review and prepare documents for Peronard deposition in fraudulent conveyance case (4.0). | 4.00 | 1,400.00 |
| 07/08/02 | JGB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues . | 7.70 | 1,347.50 |
| 07/08/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (5.00). | 5.00 | 1,125.00 |
| 07/08/02 | CRS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.90 | 857.50 |
| 07/08/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.80 | 1,258.00 |
| 07/08/02 | NKA | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (5.00). | 5.00 | 550.00 |
| 07/08/02 | ICM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.10 | 561.00 |
| 07/09/02 | KWL | (Fraudulent Conveyance)  Prepare for Peronard deposition (5.0). | 5.00 | 1,750.00 |
| 07/09/02 | JGB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.40 | 1,470.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/09/02 | JAH | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.00 | 1,100.00 |
| 07/09/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (8.00). | 8.00 | 1,800.00 |
| 07/09/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.30 | 1,350.50 |
| 07/09/02 | NKA | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (6.00). | 6.00 | 660.00 |
| 07/09/02 | MCL | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (4.60). | 4.60 | 575.00 |
| 07/10/02 | KJC | (Fraudulent Conveyance) Follow up re document requests for Fraudulent Conveyance case including e-mail exchanges and telephone conferences with D. Codevilla and telephone conferences with MCLatuda (1.00). | 1.00 | 275.00 |
| 07/10/02 | JAH | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.00 | 220.00 |
| 07/10/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (6.50). | 6.50 | 1,462.50 |
| 07/10/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.20 | 1,332.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 9 |
| Invoice No.: | | 605512 |
| Client No.: | | 04339 |
| Matter No.: | | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/10/02 | SH | Review Pacer for KJCoggon re fraudulent conveyance complaint. | 0.50 | 52.50 |
| 07/10/02 | MCL | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (2.60). | 2.60 | 325.00 |
| 07/10/02 | MCL | (Fraudulent Conveyance) Research databases to locate documents for bankruptcy counsel for Fraudulent Conveyance matter pursuant to request from KJCoggon. | 5.30 | 662.50 |
| 07/11/02 | KJC | (Fraudulent Conveyance)  Follow up re document requests including telephone conferences with MCLatuda, e-mail exchanges with client (0.80); assign work re preparation for Paul Peronard deposition (1.3). | 2.10 | 577.50 |
| 07/11/02 | EES | (Fraudulent Conveyance)  Begin draft of Paul Peronard deposition questions for use in the fraudulent conveyance trial (2.90). | 2.90 | 812.00 |
| 07/11/02 | GMB | (Fraudulent Conveyance)  Research re Action Memorandum & Comments for use in Deposition outline for Paul Peronard related to fraudulent conveyance case (6.3). | 6.30 | 1,386.00 |
| 07/11/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (5.00). | 5.00 | 1,125.00 |
| 07/11/02 | MAT | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (4.20). | 4.20 | 945.00 |
| 07/11/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.40 | 1,369.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/11/02 | MCL | (Fraudulent Conveyance)  Research databases to locate documents for bankruptcy counsel for Fraudulent Conveyance matter pursuant to request from KJCoggon. | 7.70 | 962.50 |
| 07/12/02 | KWL | (Fraudulent Conveyance)  Review fraudulent conveyance e-mail on Peronard deposition (.70); continue deposition preparation (3.50). | 4.20 | 1,470.00 |
| 07/12/02 | KJC | (Fraudulent Conveyance)  Follow up re document requests (0.30); address questions re P. Peronard deposition outline (0.40). | 0.70 | 192.50 |
| 07/12/02 | EES | (Fraudulent Conveyance)  Prepare deposition materials for Paul Peronard in the fraudulent conveyance litigation (3.90). | 3.90 | 1,092.00 |
| 07/12/02 | GMB | (Fraudulent Conveyance)  Research on Action Memorandum & Comments for use in Deposition outline for Paul Peronard related to fraudulent conveyance case (7.2). | 7.20 | 1,584.00 |
| 07/12/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (5.20). | 5.20 | 1,170.00 |
| 07/12/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.20 | 962.00 |
| 07/12/02 | MCL | (Fraudulent Conveyance) Research databases to locate documents for bankruptcy counsel for Fraudulent Conveyance matter pursuant to request from KJCoggon (1.10); draft index of same (2.40). | 3.50 | 437.50 |
| 07/13/02 | EES | (Fraudulent Conveyance)  Review and expand deposition outline for the Paul Peronard deposition in the fraudulent conveyance case. | 3.30 | 924.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/15/02 | CGH | (Fraudulent Conveyance) Conference with KJCoggon re request for assistance on deposition of Peronard and strategize same (.20); search file for draft documents re discovery re action item 3, format same into draft outline (.90); work with IT department re access to databases (.30); review of incoming Administrative Record (.10). | 1.50 | 375.00 |
| 07/15/02 | KJC | (Fraudulent Conveyance) Telephone conference with CGHarris re Peronard deposition (0.20); follow up re document requests from Kirkland & Ellis including telephone conferences and e-mail exchanges with J. Hughes, G. Graham and M. Murphy (1.60). | 1.80 | 495.00 |
| 07/15/02 | EES | (Fraudulent Conveyance) Revise Peronard deposition outline in the fraudulent conveyance case (1.90). | 1.90 | 532.00 |
| 07/15/02 | GMB | (Fraudulent Conveyance) Review Action Memorandum and attachments for use in drafting deposition for Paul Peronard (7.5). | 7.50 | 1,650.00 |
| 07/15/02 | JGB | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues (3.10). | 3.10 | 542.50 |
| 07/15/02 | GM | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues (4.80). | 4.80 | 1,080.00 |
| 07/15/02 | DPW | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.80 | 703.00 |
| 07/15/02 | NKA | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues (6.70). | 6.70 | 737.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 12 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/16/02 | CGH | (Fraudulent Conveyance)  Review of Administrative Record and select documents for use as potential exhibits in Peronard deposition. | 0.50 | 125.00 |
| 07/16/02 | JDM | (Fraudulent Conveyance)  Exchange e-mails with Sealed Air counsel regarding documents (0.1); conference with KJCoggon regarding same (0.2); telephone conference with JLSherman regarding same (0.1). | 0.40 | 120.00 |
| 07/16/02 | KJC | (Fraudulent Conveyance)  Locate and annotate map for expert (0.80); telephone conference with K. Larsen re same (0.30); conference with JAH re Peronard deposition (0.60). | 1.70 | 467.50 |
| 07/16/02 | GMB | (Fraudulent Conveyance)  Review Action Memorandum and attachments for use in drafting deposition for Paul Peronard (5.1); draft questions based on above research for use in deposition outline for Paul Peronard (3.2). | 8.30 | 1,826.00 |
| 07/16/02 | JGB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues  (3.20). | 3.20 | 560.00 |
| 07/16/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (4.60). | 4.60 | 1,035.00 |
| 07/16/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.70 | 684.50 |
| 07/16/02 | MCL | (Fraudulent Conveyance)  Research database to locate additional documents to send to bankruptcy counsel purusant to KJCoggon's request (.90). | 0.90 | 112.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/17/02 | CGH | (Fraudulent Conveyance)  Develop approach to deposition outline for Peronard, and draft deposition outline questions re Action Memo Amendment (4.00); review of documents from Administrative Record search and other background information about fraudulent conveyance allegations as preparation for drafting outline and potential exhibits (2.80). | 6.80 | 1,700.00 |
| 07/17/02 | EES | (Fraudulent Conveyance)  Revise and expand draft Peronard deposition questions in the fraudulent conveyance case (3.80). | 3.80 | 1,064.00 |
| 07/17/02 | GMB | (Fraudulent Conveyance)  Draft questions based on above research for use in deposition outline for Paul Peronard (7.80). | 7.80 | 1,716.00 |
| 07/17/02 | JGB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (.70). | 0.70 | 122.50 |
| 07/17/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (5.70). | 5.70 | 1,282.50 |
| 07/17/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.10 | 943.50 |
| 07/18/02 | CGH | (Fraudulent Conveyance)  Conference with KWLund re deposition strategy (.30); organize and categorize documents selected for potential exhibits (.30); work on Administrative Record search database issues (.30); review of documents and draft outline for Peronard deposition (3.80). | 4.70 | 1,175.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 14 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/18/02 | GMB | (Fraudulent Conveyance)  Edit questions  for deposition outline for Paul Peronard (5.50). | 5.50 | 1,210.00 |
| 07/18/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (4.00). | 4.00 | 900.00 |
| 07/18/02 | MAT | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.70). | 3.70 | 832.50 |
| 07/18/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.90 | 1,276.50 |
| 07/18/02 | SBY | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (2.50). | 2.50 | 625.00 |
| 07/18/02 | JLS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.20). | 3.20 | 400.00 |
| 07/19/02 | CGH | (Fraudulent Conveyance)  Revise outline section on action memo amendment (2.50); conferences with KJCoggon re deposition outline issues and schedules (.30), review emails re same, respond to same, obtain additional background documents (.20); review of Key Document notebook documents re comments of Administrative Record for additional background re Peronard deposition and key areas for questioning (2.00). | 5.00 | 1,250.00 |
| 07/19/02 | JDM | (Fraudulent Conveyance)  Telephone conference with M. Grummer regarding depositions in bankruptcy case. | 0.40 | 120.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 15 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/19/02 | KJC | (Fraudulent Conveyance)  Telephone conference with K. Larsen and expert (0.70); research documents to support expert (1.80); e-mail exchange with M. Grummer re P. Peronard deposition (0.60). | 3.10 | 852.50 |
| 07/19/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.30 | 1,192.50 |
| 07/19/02 | MAT | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (0.30). | 0.30 | 67.50 |
| 07/19/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.40 | 1,369.00 |
| 07/20/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.80 | 518.00 |
| 07/20/02 | JW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.50). | 3.50 | 437.50 |
| 07/21/02 | CGH | (Fraudulent Conveyance)  Review of draft deposition outlines by associates (.80); review of first Action Memo and risk exhibits and outline issues that need to be addressed in revision to JAHall draft (1.70). | 2.50 | 625.00 |
| 07/22/02 | JDM | (Fraudulent Conveyance)  Exchange e-mails re depositions and related preparation in fraudulent conveyance case (0.3); conference with KJCoggon re deposition issues (0.1). | 0.40 | 120.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 16 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/22/02 | KJC | (Fraudulent Conveyance)  Research and forward documents to fraudulent conveyance expert (0.40); conference with JDMcCarthy re P. Peronard deposition in fraudulent conveyance action (0.10); research re P. Peronard deposition preparation (0.40). | 0.90 | 247.50 |
| 07/22/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.10 | 697.50 |
| 07/22/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.40 | 1,739.00 |
| 07/22/02 | KLK | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (1.00). | 1.00 | 125.00 |
| 07/22/02 | JLS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (2.20). | 2.20 | 275.00 |
| 07/22/02 | PRS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.80). | 3.80 | 475.00 |
| 07/22/02 | JW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (.60). | 0.60 | 75.00 |
| 07/22/02 | ICM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (1.20). | 1.20 | 132.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/23/02 | CGH | (Fraudulent Conveyance) Review and analysis of first amendment to action memo and related documents (e.g., Weiss risk memo) (1.50); outline issues to discuss re Peronard deposition (1.0). | 2.50 | 625.00 |
| 07/23/02 | KWL | (Fraudulent Conveyance) Conference with CGHarris re Paul Peronard deposition in Fraudulent Conveyance case (.50); review administrative record documents (3.00). | 3.50 | 1,225.00 |
| 07/23/02 | KJC | (Fraudulent Conveyance) Research, identify and forward key documents re Libby for fraudulent conveyance action (0.70); telephone conference D. Siegel re fraudulent conveyance action and preparations (0.40); telephone conference with R. Emmett, R. Marriam and fraudulent conveyance expert re questions on expanding plants and processes (0.90); conference with KWLund re status of fraudulent conveyance activities (0.80); telephone conference with M. Grummer re deposition preparation for P. Peronard (0.20); research and prepare for P. Peronard deposition in fraudulent conveyance action (1.30); e-mail exchange with client and co-counsel re P. Peronard deposition (0.60). | 4.90 | 1,347.50 |
| 07/23/02 | GM | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 967.50 |
| 07/23/02 | DPW | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.60 | 1,776.00 |
| 07/23/02 | PRS | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA for relevance to various case issues (1.60). | 1.60 | 200.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/23/02 | JW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (1.80). | 1.80 | 225.00 |
| 07/24/02 | CGH | (Fraudulent Conveyance)  Preparation for meeting with KWLund and KJCoggon re strategy in fraudulent conveyance case and relationship to cost recovery case and Peronard deposition (.80); meet with KWLund and KJCoggon re same and develop strategy for Peronard deposition and additional strategizing about expert issues (1.80); telephone strategy conference with Kirkland & Ellis attorney (.90). | 3.50 | 875.00 |
| 07/24/02 | KWL | (Fraudulent Conveyance)  Meeting with KJCoggon and CGHarris re preparation for Paul Peronard's fraudulent conveyance deposition (1.80); telephone conference with Mark Grummer re Paul Peronard's fraudulent conveyance deposition (.90); review Paul Peronard deposition outline and related documents re fraudulent conveyance case (2.30). | 5.00 | 1,750.00 |
| 07/24/02 | KJC | (Fraudulent Conveyance)  Telephone conference with D. Frost re P. Peronard deposition preparation meeting (0.10); review and respond to e-mail re deposition issues (0.20); research re various fraudulent conveyance questions (0.20); questions re information for N. Ram (0.20); telephone conference with D. Frost re questions for N. Ram (0.10); telephone conference with M. Grummer re fraudulent conveyance (0.90); conference with KWLund and CGHarris re P. Peronard deposition in fraudulent conveyance action (1.80) . | 3.50 | 962.50 |
| 07/24/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.00 | 675.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/24/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.40 | 1,369.00 |
| 07/24/02 | JLS | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.70). | 3.70 | 462.50 |
| 07/24/02 | JW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (.80). | 0.70 | 87.50 |
| 07/25/02 | KJC | (Fraudulent Conveyance)  Respond to questions from fraudulent conveyance counsel (0.30); clarify details for meeting to prepare for P. Peronard deposition (0.10); research and provide key documents to fraudulent conveyance counsel and expert (0.30); address database issues (0.30); deposition scheduling and preparation (0.90). | 1.90 | 522.50 |
| 07/25/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.30 | 1,165.50 |
| 07/25/02 | SBY | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (4.80). | 4.80 | 1,200.00 |
| 07/26/02 | KWL | (Fraudulent Conveyance)  Prepare for meeting with David Bernick re Fraudulent Conveyance issues and strategy. | 4.00 | 1,400.00 |
| 07/26/02 | KJC | (Fraudulent Conveyance)  Respond to questions from fraudulent conveyance counsel and expert (0.30); telephone conference with R. Emmett and R. Marriam re questions for fraudulent conveyance counsel (0.20); prepare for meeting re P. Peronard deposition (0.80). | 1.30 | 357.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/26/02 | GMB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (2.00). | 2.00 | 440.00 |
| 07/26/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 450.00 |
| 07/26/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.40 | 1,739.00 |
| 07/27/02 | JW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.00). | 3.00 | 375.00 |
| 07/28/02 | CGH | (Fraudulent Conveyance)  Review of timeline in preparation for meeting (.80); review and select  Administrative Record documents and web documents re EPA pre-1999 knowledge in preparation for addressing that issue in Monday meeting re Peronard deposition (2.30); draft outline re framework for Peronard deposition and review of relevant documents as framework for same (2.00). | 5.10 | 1,275.00 |
| 07/28/02 | KWL | (Fraudulent Conveyance)  Continue preparation for Paul Peronard deposition in Fraudulent Conveyance case. | 2.00 | 700.00 |
| 07/28/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.90 | 536.50 |
| 07/29/02 | CGH | (Fraudulent Conveyance)  Prepare for meeting with K&E team, Skadden Arps, client, and HRO team re Peronard deposition and trial strategy (3.50); meeting re same (3.00). | 6.50 | 1,625.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

Page            21
Invoice No.:    605512
Client  No.:    04339
Matter  No.:    00000

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/29/02 | KWL | (Fraudulent Conveyance)  Prepare for meeting with David Bernick (Kirkland & Ellis) and Don Frost (Skadden Arps) re fraudulent conveyance matters (3.00); meeting with David Bernick, Don Frost, M. Grummer and R. Finke re fraudulent conveyance case status and strategy (7.00). | 10.00 | 3,500.00 |
| 07/29/02 | KJC | (Fraudulent Conveyance)  Conference with M. Grummer, D. Bernick, D. Frost, KWLund, and R. Finke re fraudulent conveyance themes, strategies, and depositions (7.5); address staffing issues to complete triage document review related to fraudulent conveyance action needs (0.5). | 8.00 | 2,200.00 |
| 07/29/02 | GMB | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues (3.70). | 3.70 | 814.00 |
| 07/30/02 | CGH | (Fraudulent Conveyance)  Confer with KJCoggon re tasks arising from meeting yesterday with Kirkland (.30); meet with JLSherman re database document issues and searches re Peronard documents and confer with JMHoward re assistance re same and review of indices printed (1.60). | 1.90 | 475.00 |
| 07/30/02 | KWL | (Fraudulent Conveyance)  Meeting with KJCoggon re fraudulent conveyance issues. | 0.40 | 140.00 |
| 07/30/02 | KJC | (Fraudulent Conveyance)  Respond to questions from fraudulent conveyance counsel and expert (0.40); research and provide key documents to fraudulent conveyance counsel and expert (0.30); telephone conference with experts re options to support fraudulent conveyance  action (1.80); conference with KWLund re tasks to assist in fraudulent conveyance action (0.40); telephone conference with M. Grummer and D. Frost re coordination of experts, documents, and projects (0.60); telephone conference with expert re timeline and cost estimates for all site actions (0.20). | 3.70 | 1,017.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/30/02 | GM | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.30 | 1,417.50 |
| 07/30/02 | DPW | (Fraudulent Conveyance)  Review, organize and code documents produced by EPA for relevance to various case issues (7.10). | 7.10 | 1,313.50 |
| 07/31/02 | KWL | (Fraudulent Conveyance)  Review Judge Wolin's order re fraudulent conveyance (2.20); telephone conference with Bill Corcoran re Judge Wolin's order in fraudulent conveyance case (.40); review fraudulent conveyance pleadings and order received from Skadden attorneys (1.40). | 4.00 | 1,400.00 |
| 07/31/02 | JDM | (Fraudulent Conveyance)  Conference with KWLund re Judge Wolin's order. | 0.40 | 120.00 |
| 07/31/02 | KJC | (Fraudulent Conveyance)  Respond to questions from fraudulent conveyance counsel and expert (0.90); research and provide key documents to fraudulent conveyance counsel and expert (0.40); review court's opinion re contingent claims in fraudulent conveyance action (1.00); telephone conference with experts re designation and report deadline (0.40). | 2.70 | 742.50 |
| 07/31/02 | DPW | (Fraudulent Conveyance)  Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.20 | 1,147.00 |
| 07/31/02 | PRS | (Fraudulent Conveyance)  Research re documents to support counsel in fraudulent conveyance action discovery (1.8). | 1.80 | 225.00 |

**Total Fees Through July 31, 2002:**   **572.20**   **$ 119,967.00**

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

Page          23
Invoice No.:   605512
Client  No.:   04339
Matter  No.:   00000

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 42.10 | $  14,735.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 1.60 | 480.00 |
| CGH | Colin G. Harris | Partner | 250.00 | 40.50 | 10,125.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 46.90 | 12,897.50 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 15.80 | 4,424.00 |
| SBY | Spencer B. Young | Associate | 250.00 | 7.30 | 1,825.00 |
| GM | Gino Maurelli | Associate | 225.00 | 72.80 | 16,380.00 |
| MAT | Michael A. Tognetti | Associate | 225.00 | 11.70 | 2,632.50 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 48.30 | 10,626.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 6.40 | 1,408.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 3.00 | 555.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 125.90 | 23,291.50 |
| JGB | James G. Beasley | Associate | 175.00 | 30.90 | 5,407.50 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 18.90 | 3,307.50 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 1.00 | 125.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 24.60 | 3,075.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 15.20 | 1,900.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 7.20 | 900.00 |
| JW | Johncie Wingard | Paralegal | 125.00 | 9.60 | 1,200.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 29.30 | 3,223.00 |
| SH | Susan Haag | Paralegal | 105.00 | 0.50 | 52.50 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 12.70 | 1,397.00 |
| | | **Total Fees:** | | **572.20** | **$ 119,967.00** |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002 - Courier, Acct. 0802-0410-8 06-28; Don J Frost, Jr Washington, DC | $ 34.38 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002 - Courier, Acct. 0802-0410-8 06-28; Neil M Ram Burlington, Ma | 44.38 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002 - Courier, Acct. 0802-0410-8 06-28; Mark Grummer Washington, DC | 44.38 |
| 07/05/02 | 608 | Photocopies | 91.20 |
| 07/12/02 | 70 | Photocopies | 10.50 |
| 07/12/02 | 656 | Photocopies | 98.40 |
| 07/15/02 | 8 | Facsimile | 8.00 |
| 07/15/02 | | Long Distance Telephone: 4065232543 | 0.58 |
| 07/16/02 | 17 | Facsimile | 17.00 |
| 07/16/02 | | Long Distance Telephone: 4122884104 | 0.03 |
| 07/16/02 | | Long Distance Telephone: 2023717383 | 0.12 |
| 07/16/02 | | Long Distance Telephone: 2023717383 | 0.46 |
| 07/16/02 | | Long Distance Telephone: 3026525340 | 0.10 |
| 07/16/02 | 172 | Photocopies | 25.80 |
| 07/16/02 | 389 | Photocopies | 58.35 |
| 07/16/02 | 30 | Photocopies | 4.50 |
| 07/16/02 | 30 | Photocopies | 4.50 |
| 07/16/02 | 3 | Photocopies | 0.45 |
| 07/17/02 | | Long Distance Telephone: 2023717383 | 0.14 |
| 07/18/02 | 2 | Facsimile | 2.00 |
| 07/18/02 | 5 | Facsimile | 5.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/19/02 | 18 | Facsimile | 18.00 |
| 07/19/02 | | Long Distance Telephone: 3128612162 | 0.14 |
| 07/19/02 | | Long Distance Telephone: 3128612460 | 0.08 |
| 07/19/02 | | Long Distance Telephone: 2028795160 | 0.11 |
| 07/19/02 | | Long Distance Telephone: 2023717383 | 0.30 |
| 07/19/02 | | Long Distance Telephone: nstance L R   /02; DATE: 7/19/20 | 2.12 |
| 07/22/02 | 2 | Facsimile | 2.00 |
| 07/22/02 | 4 | Facsimile | 4.00 |
| 07/22/02 | | Long Distance Telephone: 2028795925 | 0.61 |
| 07/22/02 | | Long Distance Telephone: 2028795925 | 0.08 |
| 07/22/02 | | Long Distance Telephone: 2028795925 | 2.02 |
| 07/22/02 | 1,546 | Photocopies | 231.90 |
| 07/23/02 | | Long Distance Telephone: 2028795160 | 0.79 |
| 07/24/02 | 2 | Facsimile | 2.00 |
| 07/24/02 | | Long Distance Telephone: 5613621533 | 0.11 |
| 07/24/02 | | Long Distance Telephone: 2023717422 | 0.13 |
| 07/24/02 | | Long Distance Telephone: 2028795160 | 5.08 |
| 07/24/02 | | Long Distance Telephone: 5613621533 | 0.99 |
| 07/24/02 | | Long Distance Telephone: 7812706600 | 0.19 |
| 07/24/02 | | Long Distance Telephone: 2023717000 | 0.75 |
| 07/25/02 | 2 | Facsimile | 2.00 |
| 07/25/02 | 288 | Photocopies | 43.20 |
| 07/26/02 | 4 | Facsimile | 4.00 |
| 07/30/02 | | Long Distance Telephone: 3124254103 | 8.20 |
| 07/30/02 | | Long Distance Telephone: 7812706600 | 1.22 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/31/02 | | Long Distance Telephone: 2028795160 | 0.08 |
| 07/31/02 | | Long Distance Telephone: 2023717422 | 0.47 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **780.84** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 568.80 |
| Facsimile | | 64.00 |
| Long Distance Telephone | | 24.90 |
| Outside Courier | | 123.14 |
| **Total Disbursements:** | **$** | **780.84** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *0.12* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | 02/28/02 | Cash Receipt | | -398.10 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Lund, Kenneth | Partner | $ 350.00 | 15.00 | $ 5,250.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 277.80 | $ 83,340.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.90 | $ 247.50 |
| Hall, Jennifer | Associate | $ 220.00 | 1.00 | $ 220.00 |
| Latuda, M. Carla | Senior Paralegal | $ 125.00 | 0.3 | $ 37.50 |
| Valentine, John | Law Clerk | $ 140.00 | 1.8 | $ 252.00 |
| Payne, William | Information Specialist | $ 85.00 | 48.5 | $ 4,122.50 |
| Christnacht, Katheryn | Library | $ 125.00 | 10.5 | $ 1,312.50 |
| | | | | |
| Total | | | 355.80 | 94,782.00 |