Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ 44.00 |
| Photocopies | $ 1,549.20 |
| Facsimiles | $ 24.00 |
| Long Distance Telephone | $ 20.68 |
| Outside Courier | $ 182.56 |
| Lexis | $ 512.62 |
| Travel Expense | $ 385.32 |
| Meal Expenses | $ 98.30 |
| Overtime | |
| Other Expenses | $ 235.24 |
| Velo Binding | $ 4.00 |
| Research Services | |
| Color Copies | $ 136.50 |
| **Total** | $ 3,192.42 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/01/02 | CLN | Prepare for and attend meeting with Grace trial team (3.50); organize documents for meeting with trial team (1.00). | 4.50 | $ 1,350.00 |
| 07/01/02 | KJC | Conference with IT Department and JLSherman re various Grace databases, documents, purposes and IT Department needs (0.70). | 0.70 | 192.50 |
| 07/01/02 | WEP | Meeting with KCoggon, WBrown, MThompson and JSherman discussing the different databases being used (.8); Create new databases for DCS and Cost Recovery Documents (5.1) | 5.90 | 501.50 |
| 07/02/02 | CLN | Prepare for meeting with client (3.00); work on risk issues in connection with evaluating and commenting on administrative record, including review of over 500 documents in administrative record (7.50). | 10.50 | 3,150.00 |
| 07/03/02 | KWL | Review administrative record supplement #2 documents in preparation for EPA comments (5.00). | 5.00 | 1,750.00 |
| 07/03/02 | CLN | Draft insert for letter re additional documents to be produced by United States (3.20); conference with medical expert re comments and possible expert report (0.30). | 3.50 | 1,050.00 |
| 07/04/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts. | 3.50 | 1,050.00 |
| 07/05/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts. | 6.80 | 2,040.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 30 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/06/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts (5.00) ; conference with risk expert (.30); conference with medical expert re potential expert report (1.20). | 6.50 | 1,950.00 |
| 07/07/02 | CLN | Review Administrative Record Supplement #2 in order to prepare comments. | 5.30 | 1,590.00 |
| 07/08/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts (5.30), conference with client and co-counsel  (2.60); telephone conference with experts (.40). | 8.30 | 2,490.00 |
| 07/09/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts (6.00); conference with expert re same (1.00). | 7.00 | 2,100.00 |
| 07/10/02 | CLN | Review Supplemental Administrative Record for purpose of developing comments to same and identifying critical documents to provide to Grace and experts (5.50); telephone conference with experts re comments to Supplemental Administrative Record (3.50). | 9.00 | 2,700.00 |
| 07/11/02 | KWL | Review Administrative record documents in preparation for drafting comments (6.00). | 6.00 | 2,100.00 |
| 07/11/02 | CLN | Review notes on Supplemental Administrative Record and begin drafting comments to same. | 11.30 | 3,390.00 |
| 07/12/02 | CLN | Review notes on Supplemental Administrative Record and begin drafting comments to same. | 9.30 | 2,790.00 |
| 07/12/02 | JAH | Review documents for preparation of deposition outline for Peronard in fraudulent conveyance case. | 1.00 | 220.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/13/02 | CLN | Review notes on Supplemental Administrative Record and begin drafting comments to same. | 7.00 | 2,100.00 |
| 07/14/02 | CLN | Review notes on Supplemental Administrative Record and begin drafting comments to same. | 5.50 | 1,650.00 |
| 07/15/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 9.50 | 2,850.00 |
| 07/16/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 8.80 | 2,640.00 |
| 07/16/02 | JRV | Research re statute about legality of physicians who are part of a company's health plan to testify in court. | 1.80 | 252.00 |
| 07/16/02 | WEP | Export images WRG_043(Replacement) and WRG_061 through WRG_069 to server for loading into Document Director and Lotus Notes | 6.70 | 569.50 |
| 07/17/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 9.80 | 2,940.00 |
| 07/17/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 7.50 | 637.50 |
| 07/17/02 | KAC | Research re hazardous substance under CERCLA regarding asbestos and environmental statutes for CLNeitzel. | 5.00 | 625.00 |
| 07/18/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 12.00 | 3,600.00 |
| 07/18/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 7.40 | 629.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/18/02 | KAC | Research re hazardous substance under CERCLA regarding asbestos and environmental statutes for CLNeitzel. | 5.50 | 687.50 |
| 07/19/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 11.50 | 3,450.00 |
| 07/19/02 | WEP | Load CDs WRG_043(Replacement) and WRG061 through WRG_069 into Document Director | 4.80 | 408.00 |
| 07/20/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same (6.00); conference with expert re same (4.50). | 10.50 | 3,150.00 |
| 07/21/02 | CLN | Review notes on Supplemental Administrative Record and continue drafting comments to same. | 14.00 | 4,200.00 |
| 07/22/02 | CLN | Complete draft comments to Supplemental Administrative Record. | 12.00 | 3,600.00 |
| 07/22/02 | MCL | Read and respond to e-mail from Matt Murphy re status of re-filing of scanned boxes at Cambridge (.30). | 0.30 | 37.50 |
| 07/23/02 | CLN | Complete draft comments to Supplemental Administrative Record. | 11.00 | 3,300.00 |
| 07/24/02 | CLN | Complete draft comments to Supplemental Administrative Record (9.00); telephone conferences with experts re same (5.30). | 14.30 | 4,290.00 |
| 07/25/02 | KWL | Review revised Administrative Record comments. | 4.00 | 1,400.00 |
| 07/25/02 | CLN | Complete draft comments to Supplemental Administrative Record. | 8.50 | 2,550.00 |
| 07/26/02 | CLN | Complete draft comments to Supplemental Administrative Record. | 10.00 | 3,000.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 33 |
| Invoice No.: | | 605512 |
| Client No.: | | 04339 |
| Matter No.: | | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/26/02 | KJC | Address database issues (0.20). | 0.20 | 55.00 |
| 07/27/02 | CLN | Review and finalize comments to Supplemental Administrative Record. | 5.50 | 1,650.00 |
| 07/28/02 | CLN | Review and finalize comments to Supplemental Administrative Record. | 8.30 | 2,490.00 |
| 07/29/02 | CLN | Review and finalize comments to Supplemental Administrative Record. | 9.00 | 2,700.00 |
| 07/29/02 | WEP | Meeting with BATracy, MCLatuda, CCotts, WBrown and MThompson regarding exporting new information to EPA (1.5);  export new image CDs to server - WRG_046 and WRG_071 through WRG_078 (5.7) | 7.20 | 612.00 |
| 07/30/02 | CLN | Review and finalize comments to Supplemental Administrative Record (6.00); work with experts regarding finalizing reports for exchange and submission on July 31 (11.80). | 17.80 | 5,340.00 |
| 07/30/02 | WEP | Export new image CDs to server - WRG_080 through WRG_085. | 3.70 | 314.50 |
| 07/31/02 | CLN | Review and finalize comments to Supplemental Administrative Record. | 7.30 | 2,190.00 |
| 07/31/02 | WEP | Load new image CDs into Documrnt Director - WRG_046, WRG_071through WRG_078 and WRG_080 through WRG_085 | 5.30 | 450.50 |

**Total Fees Through July 31, 2002:**   **355.80**   **$   94,782.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 15.00 | $   5,250.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 277.80 | 83,340.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 0.90 | 247.50 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 1.00 | 220.00 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 0.30 | 37.50 |
| JRV | John R. Valentine | Law Clerk | 140.00 | 1.80 | 252.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 48.50 | 4,122.50 |
| KAC | Katheryn A. Christnacht | Library | 125.00 | 10.50 | 1,312.50 |
| | | **Total Fees:** | | **355.80** | **$  94,782.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/10/02 | | Long Distance Telephone:  calls made    /02. | $     14.98 |
| 06/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-56617; DATE: 6/21/2002  -  Courier, Acct. 0802-0410-8 06-10; William Corcoran Columbia, Md | 13.46 |
| 06/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-56617; DATE: 6/21/2002  -  Courier, Acct. 0802-0410-8 06-10; Robert Emmett Columbia, Md | 13.46 |
| 06/24/02 | | Long Distance Telephone: 4105314203 | 2.10 |
| 06/24/02 | | Long Distance Telephone: 4105314203 | 2.06 |
| 06/27/02 | | Other Meal Expenses: VENDOR: Charlotte L. Neitzel; INVOICE#: 6/27/02; DATE: 6/27/2002  -  Denver, 6/24-6/25/02, Missoula, MT, Attend Center for Environmental Health Sciences Conference, Meals | 98.30 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-15; Dr William C Hughson La Jolla, Ca | 48.70 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-18; Drew Van Orden Monroeville, Pa | 28.25 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Gary L Graham Missoula, Mt | 13.16 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Dori Kuchinsky Leesburg, Va | 13.46 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Richard Finke/Jay Hughes Boca Raton, Fl | 15.19 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; William Corcoran/ Robert Emmett Columbia, Md | 15.19 |
| 06/27/02 | | Parking: VENDOR: Charlotte L. Neitzel; INVOICE#: 6/27/02; DATE: 6/27/2002 - Denver, 6/24-6/25/02, Missoula, MT, Attend Center for Environmental Health Sciences Conference, Parking | 44.00 |
| 06/27/02 | | Travel Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 6/27/02; DATE: 6/27/2002 - Denver, 6/24-6/25/02, Missoula, MT, Attend Center for Environmental Health Sciences Conference, Travel Expenses | 247.32 |
| 06/30/02 | | Other Expenses: VENDOR: Iron Mountain (Acct CW616); INVOICE#: B853515; DATE: 6/30/2002 - Storage for June, 2002 | 235.24 |
| 07/01/02 | | Long Distance Telephone: 4105314236 | 1.41 |
| 07/02/02 | | Travel Expense: VENDOR: Choice Sedans; INVOICE#: 071502; DATE: 7/15/2002 - Limo services from 06/30/02-07/15/02 - Bob Emmett - party of 5 - two cars frmo HRO to DIA on 07/02/02 | 138.00 |
| 07/03/02 | 38 | Photocopies | 5.70 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002 - Courier, Acct. 0802-0410-8 06-26; Dori Kuchinsky Leesburg, Va | 15.19 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/10/02 | 7 | Facsimile | 7.00 |
| 07/10/02 | 4 | Photocopies | 0.60 |
| 07/10/02 | 19 | Photocopies | 2.85 |
| 07/11/02 | 1,172 | Photocopies | 175.80 |
| 07/11/02 | 796 | Photocopies | 119.40 |
| 07/11/02 | 4 | Photocopies | 0.60 |
| 07/11/02 | 1,348 | Photocopies | 202.20 |
| 07/12/02 | | Long Distance Telephone:  4062933964 | 0.13 |
| 07/12/02 | 624 | Photocopies | 93.60 |
| 07/12/02 | 2 | Photocopies | 0.30 |
| 07/15/02 | 210 | Color Photocopies: 210 Color Photocopies | 136.50 |
| 07/15/02 | 2 | Facsimile | 2.00 |
| 07/16/02 | | Lexis | 271.39 |
| 07/16/02 | 1,848 | Photocopies | 277.20 |
| 07/16/02 | 1,547 | Photocopies | 232.05 |
| 07/16/02 | 2 | Photocopies | 0.30 |
| 07/17/02 | | Lexis | 61.31 |
| 07/17/02 | | Lexis | 128.66 |
| 07/17/02 | 169 | Photocopies | 25.35 |
| 07/18/02 | | Lexis | 51.26 |
| 07/19/02 | 32 | Photocopies | 4.80 |
| 07/23/02 | 1 | Facsimile | 1.00 |
| 07/26/02 | 48 | Photocopies | 7.20 |
| 07/26/02 | 122 | Photocopies | 18.30 |
| 07/26/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 37 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/26/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |
| 07/29/02 | 14 | Facsimile | 14.00 |
| 07/29/02 | 3 | Photocopies | 0.45 |
| 07/29/02 | 44 | Photocopies | 6.60 |
| 07/30/02 | 3 | Photocopies | 0.45 |
| 07/30/02 | 23 | Photocopies | 3.45 |
| 07/31/02 | | Outside Courier | 6.50 |
| 07/31/02 | 166 | Photocopies | 24.90 |
| 07/31/02 | 1,713 | Photocopies | 256.95 |
| 07/31/02 | 220 | Photocopies | 33.00 |
| 07/31/02 | 381 | Photocopies | 57.15 |
| 07/31/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |
| 07/31/02 | | Velo Binding: 0 Velo Binding | 1.00 |

**Total Disbursements:**           $    **3,192.42**

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 44.00 |
| Photocopies | | 1,549.20 |
| Facsimile | | 24.00 |
| Long Distance Telephone | | 20.68 |
| Outside Courier | | 182.56 |
| Travel Expense | | 385.32 |
| Lexis | | 512.62 |
| Other Meal Expenses | | 98.30 |
| Other Expenses | | 235.24 |
| Color Photocopies | | 136.50 |
| Velo Binding | | 4.00 |
| **Total Disbursements:** | **$** | **3,192.42** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$ 88,335.39* |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | *Outstanding Balance on Invoice 579873:* | | *$ 14,330.32* |

## Matter 00302 - Defense of Cost Recovery Action

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Lund, Kenneth W. | Partner | $ 350.00 | 67.1 | $ 23,485.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 31.5 | $ 9,450.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 114.3 | $ 34,290.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 132 | $ 36,300.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 149.6 | $ 41,888.00 |
| Maurelli, Gino | Associate | $ 225.00 | 13.5 | $ 3,037.50 |
| Barry, Geoffrey | Associate | $ 220.00 | 51.9 | $ 11,418.00 |
| Hall, Jennifer | Associate | $ 220.00 | 29.4 | $ 6,468.00 |
| Trammell, Keith | Associate | $ 185.00 | 3.1 | $ 573.50 |
| Wall, Douglas | Associate | $ 185.00 | 9.3 | $ 1,720.50 |
| Beasley, James | Associate | $ 175.00 | 17.6 | $ 3,080.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 17.5 | $ 2,187.50 |
| Latuda, Carla | Senior Paralegal | $ 125.00 | 2.7 | $ 337.50 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 111.9 | $ 13,987.50 |
| Stacey, Paula | Paralegal | $ 125.00 | 1.4 | $ 175.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 51.8 | $ 5,698.00 |
| Howard, Jennifer | Law Clerk | $ 140.00 | 0.8 | $ 112.00 |
| Street, Loraine | Paralegal | $ 85.00 | 1 | $ 85.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 94.5 | $ 10,395.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 101.7 | $ 9,153.00 |
| Christnacht, Katheryn | Library | $ 125.00 | 0.1 | $ 12.50 |
| Sperberg, Bruce | Library | $ 70.00 | 0.4 | $ 28.00 |
| | | | | |
| Total | | | 1,003.10 | $ 213,881.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 1,772.10 |
| Service of Process | $ - |
| Facsimiles | $ 100.00 |
| Long Distance Telephone | $ 122.73 |
| Outside Courier | $ 317.43 |
| Travel Expense | $ 4,136.14 |
| Other Meal Expenses | $ 873.10 |
| Supplies | $ - |
| Lexis | $ 2,947.71 |
| Westlaw | $ - |
| Witness Fee | $ - |
| Velo Binding | $ 1.00 |
| Tab Stock | $ 0.05 |
| Other Expenses | $ - |
| Color Copies | $ 6.50 |
| **Total** | $ 10,276.76 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/27/02 | KJC | Team meeting re progress on various projects (1.00); conferences with JDMcCarthy re agenda for team meeting (0.10); telephone conferences with KWLund and R. Emmett re budget (0.60); conference with cost accountants re progress (2.30); review and revise potential witness list (0.30); manage case projects (0.40). | 4.70 | $ 1,292.50 |
| 06/28/02 | KWL | Prepare for trial team strategy meeting with client. | 3.00 | 1,050.00 |
| 06/28/02 | KJC | Telephone conference with KWLund re budget, document review plan, and other case projects (0.20); draft budget (0.90); telephone conference with data expert re progress (0.50); conferences with JDMcCarthy re expectations of data expert and progress (0.30); manage various case projects including prepare for client and expert meeting (2.60). | 4.50 | 1,237.50 |
| 06/29/02 | KWL | Prepare for trial team strategy meeting with client. | 6.00 | 2,100.00 |
| 07/01/02 | KWL | Prepare for meeting with clients and experts re case status and strategy (5.00); conduct portion of meeting with client and experts re case status and strategy (5.00). | 10.00 | 3,500.00 |
| 07/01/02 | JDM | Review GMBarry memo re legal standards (0.8); meet with EEStevenson re cost experts and strategy (0.8); prepare for meeting with cost experts (0.3); meet with cost experts (0.7); meet with KWLund and KJCoggon re meeting with client (0.9); outline risk expert issues (0.8); meet with CLNeitzel re pulmonologist (0.2); telephone conference with pulmonologist (0.6); attend portion of meeting with client and cost experts (4.4). | 9.50 | 2,850.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/01/02 | KJC | Meeting with D. Siegel, W. Corcoran, R. Emmett, R. Finke, various experts and team re progress and strategies (7.70); conference with KWLund and JDMcCarthy re preparation for strategy meeting (0.60). | 8.30 | 2,282.50 |
| 07/01/02 | EES | Prepare for case strategy meeting (3.60); attend portion of case strategy meeting with Grace attorneys and various experts (4.90); review additional financial documentation (1.90). | 10.40 | 2,912.00 |
| 07/01/02 | GMB | Review and code documents related to EPA information requests and consumer product case issues. | 9.70 | 2,134.00 |
| 07/01/02 | MBF | Complete memo and chart for CLNeitzel regarding emergency removal actions. | 0.80 | 72.00 |
| 07/01/02 | ICM | Follow up on EPA Information Quality Guidelines (.80); read, review and summarize for meeting with client (.80). | 1.60 | 176.00 |
| 07/02/02 | KWL | Prepare for meeting with clients and experts re case status and strategy (2.90); conduct meeting with client and experts re case status and strategy (7.10). | 10.00 | 3,500.00 |
| 07/02/02 | JDM | Meet with client and experts (6.2); meet with cost expert (0.3); review ATSDR data (1.3); conference with EEStevenson re cost expert issues (0.3). | 8.10 | 2,430.00 |
| 07/02/02 | LSD | Follow up re Michael Hutchinson visit including search of database for additional documents, reviewing notes and begin review of discovery for relevant requests. | 0.30 | 90.00 |
| 07/02/02 | KJC | Meeting with D. Siegel, W. Corcoran, R. Emmett, R. Finke, various experts and team re progress and strategies (7.10); prepare for training session re document review project including staffing issues (0.80); conference with JDMcCarthy re depositions (0.60). | 8.50 | 2,337.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 45 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/02/02 | EES | Review draft EPA guidelines re satisfying the Office of Management and Budget's data quality and integrity standards (2.20); begin review of Volume I of Wiley Wright's (EPA accounting expert) deposition testimony in another cost recovery case (3.60); attend portions of case strategy meeting with cost experts (1.30); strategy meeting with JDMcCarthy (.40). | 7.50 | 2,100.00 |
| 07/02/02 | JAH | Telephone conference with KATrammell re document review (.30); telephone conference with KJCoggon re same (.20). | 0.50 | 110.00 |
| 07/03/02 | JDM | Review notes from expert meetings (0.4); document review and coding training (2.8); review, categorize and code documents produced by EPA for relevance to various case issues (0.5); review EPA draft information quality guidelines (0.9). | 4.60 | 1,380.00 |
| 07/03/02 | LSD | Continue review of notes from Michael Hutchinson visit and begin summary of meeting highlights (1.8); research re alter ego and successor liability issues pertinent to imminent motions for summary judgment (.3). | 2.10 | 630.00 |
| 07/03/02 | KJC | Telephone conference with NCP expert re various issues (0.50); manage discovery issues (0.60). | 1.10 | 302.50 |
| 07/03/02 | EES | Complete review of Volume I of Wiley Wright's (cost expert) deposition testimony (1.30); review Volume II of Mr. Wright's deposition testimony re EPA cost recovery issues (2.90); conference calls with accounting experts re indirect cost documentation issues (1.60); review supplemental EPA cost package information (1.10). | 6.90 | 1,932.00 |
| 07/03/02 | MBF | Research (3.5) and draft (2.0) chart regarding time-critical removal actions for CLNeitzel. | 5.50 | 495.00 |
| 07/05/02 | EES | Complete review of Volume II of Wiley Wright's (EPA cost expert) deposition testimony. | 2.20 | 616.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/08/02 | KWL | Review Julie Yang deposition transcripts (3.0); review Yang documents in preparation for defending deposition (2.0). | 5.00 | 1,750.00 |
| 07/08/02 | JDM | Review and comment on draft letter re outstanding discovery (0.2); review attachments to M. Cohn June 4, 2002 letter (5.6); telephone conference with CLNeitzel re ATSDR documents (0.1); conference call with KWLund and KJCoggon re deposition scheduling (0.9); telephone conference with CLNeitzel re depositions (0.2); review Whitehouse deposition excerpt (0.6). | 7.60 | 2,280.00 |
| 07/08/02 | KJC | Manage case projects including EPA review and respond to messages re document review (0.50); telephone conference with KWLund and JDMcCarthy re depositions (0.90). | 1.40 | 385.00 |
| 07/08/02 | EES | Review Volume III of Wiley Wright's deposition testimony in another EPA cost recovery case (3.50); conference calls with accounting experts re ATSDR indirect cost methodology issues (.70); begin review of Volume IV of Wiley Wright's deposition testimony (2.40); review case authority re allowable scope of  key "expert" opinion testimony (1.10). | 7.70 | 2,156.00 |
| 07/08/02 | JLS | Respond to questions from document coders (2.30); telephone conferences with CCotts and MThompson re EPA Production Database issues (.90); telephone conferences with GMaurelli re document coding (.60); QC JGBeasley document coding (.50). | 4.30 | 537.50 |
| 07/08/02 | MBF | Arrange to get count of how many pages are in Supplement # 2 to the Libby Adminstrative Record for inclusion in letter to EPA asking for extension for comments (.30); review supplement # 2 to discover which images missing or documents were not scanned (2.0); 3 telephone conversations with EPA to arrange to obtain missing images and unscanned material for CLNeitzel review of supplement # 2 (.50). | 2.80 | 252.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/09/02 | JDM | Telephone conference with CLNeitzel and JLSherman re data base issues (0.2); draft letter to EPA re discovery shortcomings (0.8); conference with GMBarry re EPA depositions (0.3); conference with EEStevenson re cost expert issues and expert depositions (0.4); review deponent document printout (0.3); conference with JLSherman re data base and deposition preparation (0.4); revise letter re ATSDR documents (0.4); review attachments to EPA response to administrative record comments (3.2). | 6.00 | 1,800.00 |
| 07/09/02 | KJC | Manage case projects including review and respond to messages re EPA document production, depositions and document review (0.70). | 0.70 | 192.50 |
| 07/09/02 | EES | Expand Marcor deposition outline (3.90); review key Marcor invoices/cost documentation (1.30); attend strategy meeting with JDMcCarthy (.40); conference calls with accounting experts re cost deposition issues (.60); strategy meeting with CLNeitzel re expert issues (.30); begin review of the deposition testimony of Charles Young (EPA indirect cost expert) (3.20). | 9.70 | 2,716.00 |
| 07/09/02 | GMB | Conference with JDMcCarthy re Peronard deposition (.3); research re administrative record for documents related to Paul Peronard (5.3). | 5.60 | 1,232.00 |
| 07/09/02 | NKA | Locate and organize Whitehouse documents with JLSherman for deposition purposes per JDMcCarthy's request (.70). | 0.70 | 77.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 48 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/09/02 | JLS | Respond to questions from document coders (3.60); telephone conferences with CCotts and MThompson re EPA Production Database issues (.70); telephone conferences with GMaurelli re document coding (.70); QC JGBeasley document coding (.40); prepare tracking spreadsheet for document coders re changes in document configurations (.50); review, QC and code documents for cost recovery issues (2.70). | 8.60 | 1,075.00 |
| 07/09/02 | LCS | Search Graham files boxes for Whitehouse depositions | 1.00 | 85.00 |
| 07/09/02 | MBF | Telephone conferences with translators to get quote for translating French article for CLNeitzel (.30); call Roger Bradley re getting tapes and documents copied (.20); review supplement #2 to Adminstrative Record to discover which records were not scanned by EPA (.60); add to chart of records missing from Adminstrative Record supplement #2 (.70). | 1.80 | 162.00 |
| 07/10/02 | KWL | Work on Yang deposition preparation (3.0); work on Weis deposition preparation (3.0). | 6.00 | 2,100.00 |
| 07/10/02 | JDM | Telephone conference with CLNeitzel re pulmonologist (0.2); telephone conference with KJCoggon re discovery (0.2); review medical articles (0.4); finish review of attachments to EPA response (3.7). | 4.50 | 1,350.00 |
| 07/10/02 | KJC | Conference with KWLund re various case projects status and schedule (1.20); telephone conference with R. Finke and J. Yang re deposition (0.80); manage case projects including document review, depositions scheduling and database issues (3.10); telephone conference with M. Cohn re Yang deposition and follow up re same (1.10). | 6.20 | 1,705.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 49 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/10/02 | EES | Complete review of Volume IV of Wiley Wright's deposition testimony (1.90); review Marcor documentation for use in upcoming cost depositions (2.30); draft vendor cost deposition questions (3.40). | 7.60 | 2,128.00 |
| 07/10/02 | GMB | Research re admin record for documents related to Paul Peronard and Amendments to Action Memo (7.1). | 7.10 | 1,562.00 |
| 07/10/02 | JGB | Review and translate article written in French on mortality in asbestos producing regions of Quebec to English (4.60); review, categorize and code documents produced by EPA for relevance to various case issues (1.20). | 5.80 | 1,015.00 |
| 07/10/02 | NKA | Prepare boxes for shipment to warehouse (2.00); Review and code documents in EPA Production and make corrections to previously coded documents (5.50). | 7.50 | 825.00 |
| 07/10/02 | JLS | Respond to questions from document coders (1.90); telephone conferences with CCotts and MThompson re EPA Production Database issues (.60); telephone conferences with GMaurelli re document coding (.70); telephone conferences with KJCoggon and JDMcCarthy re database and coding issues (1.00);  review, QC and code documents for cost recovery issues (1.80); prepare Boulder documents for scanning and warehouse (2.30); telephone conference with CLNeitzel re EPA administrative record documents (.20). | 8.50 | 1,062.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

Page        50
Invoice No.:  605512
Client  No.:  04339
Matter  No.:  00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/10/02 | MBF | Complete chart of documents missing from Administrative Record supplement # 2 (.50); call Kelcey Land at EPA to inform her that additional documents are missing from supplement # 2 (.10); call CLNeitzel to inform her that Kelcey Land said that EPA attorneys will respond to our request for documents missing from supplement # 2 (.10); meet with CLNeitzel regarding creation of historical exposure chronology (.30); review documents in all iterations of Administrative Record (5.5); create and add to historical exposure chronology (1.0). | 7.50 | 675.00 |
| 07/10/02 | ICM | Review, categorize and code documents produced by EPA for relevance to various case issues (6.00); follow up with EPA in New York re documents requested on the Asbestos Dump site (.60); procure Daubert Reporter copies as per EEStevenson's request (0.20). | 6.80 | 748.00 |
| 07/11/02 | JDM | Attend strategy meeting. | 1.00 | 300.00 |
| 07/11/02 | KJC | Conference with team re depositions (1.00); manage various case projects including document review, response to discovery, deposition schedules (3.30); telephone conference with G. Graham re depositions, status conference, and other matters (0.40); telephone conference with KWLund re status of various projects (0.50); telephone conference with J. Freeman re depositions (0.30); telephone conferences with M. Cohn re Yang deposition (0.30); telephone conference with EEStevenson re expert progress (0.20). | 5.90 | 1,622.50 |
| 07/11/02 | EES | Strategy meeting with KJCoggon, JDMcCarthy, GMBarry, JAHall, NKAberle, and JLSherman (1.00); extended conference call with accounting cost experts re response action documentation issues (1.20); review additional cost schedules prepared by accounting experts (1.80). | 4.00 | 1,120.00 |
| 07/11/02 | GMB | Attend team meeting (1.00). | 1.00 | 220.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 51 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/11/02 | JGB | Review and translate article written in French on mortality in asbestos producing regions of Quebec to English (3.20 ); Attend training session on working with Lotus Notes and re document review/coding issues (3.80 hours); review, categorize and code documents produced by EPA for relevance to various case issues (3.00 ). | 6.20 | 1,085.00 |
| 07/11/02 | JAH | Attend strategy meeting (1.0); conference with KJCoggon re Peronard deposition in fraudulent conveyance case (.5). | 1.50 | 330.00 |
| 07/11/02 | NKA | Attend meeting in re deposition schedule (1.00); draft transmittal letter for Eric Moeller deposition transcript (.40); review, categorize and code documents produced by EPA for relevance to various case issues (5.80). | 7.20 | 792.00 |
| 07/11/02 | JLS | Train JWingard for cost recovery coding (1.20); attend meeting re deposition preparation with KJCoggon, CLNeitzel, JDMcCarthy, EEStevenson, NAberle, JAHall and GMBarry (1.00); prepare letter to Eric Moeller transmitting deposition for review (.40); prepare chart to track depositions and exhibits (.60); review, QC and code documents for cost recovery issues  (3.20); respond to questions from reviewers (.40). | 6.80 | 850.00 |
| 07/11/02 | MBF | Review administrative record documents (3.5); create historical exposure chronology (3.5). | 7.00 | 630.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/12/02 | JDM | Telephone conference with KWLund re DOJ request for stipulations (0.3); telephone conference with CLNeitzel re ZAI issues (0.3); meet with KJCoggon re DOJ request for stipulations (0.5); telephone conference with CLNeitzel re DOJ request (0.1); review ZAI discovery and May 2002 action memo re ZAI issues (0.8); conference with CJCoggon re potential stipulation re ZAI (0.2); prepare for telephone conference with J. Freeman re expert and ZAI stipulation (0.2); telephone conference with CLNeitzel re expert stipulation (0.2); telephone conference with J. Freeman re expert and ZAI stipulation (0.7); telephone conference with KWLund re DOJ position (0.3); telephone conference with CLNeitzel re DOJ position and expert issues (0.5); telephone conference with R. Finke re DOJ stipulation proposal (0.4). | 4.50 | 1,350.00 |
| 07/12/02 | KJC | Telephone conference with cost experts re remaining tasks and budget (0.50); conference with EEStevenson re experts and depositions (0.30); conferences with JDMcCarthy re J. Freeman message on ZAI (0.70); manage case projects including document review issues, staffing, deposition preparation, data production (4.10); telephone conference with R. Finke re data production and ZAI (0.30). | 5.90 | 1,622.50 |
| 07/12/02 | EES | Strategy meeting with KJCoggon (.30); conference call with KJCoggon and accounting experts re deliverables and other issues (.50); prepare for Marcor cost deposition (2.40). | 3.20 | 896.00 |
| 07/12/02 | JGB | Review, categorize and code documents produced by EPA for relevance to various case issues (5.60 ). | 5.60 | 980.00 |
| 07/12/02 | NKA | Review and target documents at DOJ for responsiveness to cost recovery issues (3.00); review and code electronic documents in EPA Production database for responsiveness to cost recovery issues and category (3.40). | 6.40 | 704.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/12/02 | MCL | Conference with JLSherman regarding status of coding project (.20); review, categorize and code documents produced by EPA for relevance to various case issues (1.10). | 1.30 | 162.50 |
| 07/12/02 | JLS | Review, QC and code documents for cost recovery issues (4.40); respond to questions from reviewers (.90); telephone conferences with KJCoggon, Gibson Arnold & Associates and CCotts re hiring and training temp to code documents (1.20); telephone conferences with CCotts re database changes (.60). | 7.10 | 887.50 |
| 07/12/02 | MBF | Review administrative record documents for historical exposure chronology research (5.0); revise historical exposure chronology (1.2). | 6.20 | 558.00 |
| 07/13/02 | KWL | Review various EPA correspondence re depositions and data issues (1.0); review client correspondence on case status and strategy (1.20); respond to various discovery and strategy issues (.80). | 3.00 | 1,050.00 |
| 07/14/02 | JAH | Review and prepare deposition outline for P. Peronard. | 2.50 | 550.00 |
| 07/15/02 | JDM | Review Administrative Record documents and prepare outline for ATSDR and ATSDR contractor depositions. | 4.60 | 1,380.00 |
| 07/15/02 | KJC | Conference with cost experts re deposition questions (1.50); telephone conference with JDMcCarthy re stipulation on attic insulation costs and draft e-mail re same (0.40); telephone conference with KWLund re status, stipulation, and Yang deposition (0.30); manage case projects including document review, deposition prep and schedules (2.80); telephone conference with R. Finke and D. Kuchinsky re Whitehouse deposition and follow up re same (1.70). | 6.70 | 1,842.50 |
| 07/15/02 | EES | Meeting with accounting experts re cost deposition issues (2.50). | 2.50 | 700.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/15/02 | JAH | Review and prepare deposition outline for P. Peronard. | 8.30 | 1,826.00 |
| 07/15/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues. | 1.40 | 175.00 |
| 07/15/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (2.10); conferences with LStreet re status of scanning boxes  (.60); prepare for Whitehouse deposition (1.90); respond to questions from document coders (.90). | 5.50 | 687.50 |
| 07/15/02 | MBF | Review supplement 2 to Administrative Record for information for historical exposure chronology (4.5); revise and add to historical exposure chronology document (.50). | 5.00 | 450.00 |
| 07/15/02 | ICM | Conduct case law research on non Grace related asbestosis litigation as per CLNeitzel's request (4.00); search for historical studies on health related asbestos problems in industry (4.00). | 8.00 | 880.00 |
| 07/16/02 | JDM | Prepare for ATSDR and ATSDR contactor depositions including document review and deposition outlines (5.8); telephone conference with CLNeitzel regarding expert reports and proposed stipulation (0.3). | 6.10 | 1,830.00 |
| 07/16/02 | KJC | Conference with EEStevenson re Marcor deposition questions (0.60); manage document review and other case projects including address deposition scheduling and document production (3.4); telephone conference with H. Kukis re document production (0.20); conference with KWLund re depositions and trial issues (0.30); travel to Libby, MT (3.00) (3.00 N/C) (NWT 50%); review deposition questions (1.20); conferences with client and expert re site (2.10). | 10.80 | 2,970.00 |
| 07/16/02 | EES | Meeting with accounting experts re Marcor cost document issues (1.60); revise Marcor 30(b)(6) deposition outline (1.20). | 2.80 | 784.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

Page          55
Invoice No.:  605512
Client  No.:  04339
Matter  No.:  00302

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/16/02 | JAH | Review and prepare deposition outline for P. Peronard (8.4); conference with KJCoggon re same (.5). | 8.90 | 1,958.00 |
| 07/16/02 | NKA | Conference with temporary paralegal re Document Director and Lotus Notes to begin coding in EPA Production database (1.10); review, categorize and code documents produced by EPA for relevance to various case issues (6.10); begin searching for and locating documents for Yang deposition preparation per KJCoggon's request (1.70). | 8.90 | 979.00 |
| 07/16/02 | KLK | Locate documents for CGHarris from Grace EPA Production database (2.5). | 2.50 | 312.50 |
| 07/16/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (2.20); respond to questions from coders (.70); conferences with LStreet re status of scanning boxes (.60); train SHaraldson (temporary employee) re coding EPA production documents (3.20); conferences with CCotts and CGraham re database entry of CLNeitzel comments (.80). | 7.50 | 937.50 |
| 07/16/02 | MBF | Review Administrative Record Supp. # 2 for historical exposure chronology (4.5); revise and edit to historical exposure chronology chart (.50). | 5.00 | 450.00 |
| 07/16/02 | ICM | Conduct case law research on non Grace related asbestosis litigation as per CLNeitzel's request (4.60); conduct research relating to experts analysis as per EEStevenson's request (1.30). | 5.90 | 649.00 |
| 07/17/02 | JDM | Review, categorize and code documents produced by EPA for relevance to various case issues (2.6); preparation for ATSDR and consultant depositions, including preparation of outlines, selection and preparation of deposition exhibits (5.4) | 8.00 | 2,400.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 56 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/17/02 | KJC | Conference with expert re schedule and fact gathering (0.30); site tour and conferences with experts and client (10.0); telephone conference with W. Sparks re depositions (0.40); conference with G. Graham re depositions (0.20); review letter re deposition notice for Marcor (0.30). | 11.20 | 3,080.00 |
| 07/17/02 | EES | Revise and expand Marcor deposition outline (2.30); revise and finalize Marcor Rule 30(b)(6) cost deposition outline (1.40). | 3.70 | 1,036.00 |
| 07/17/02 | JAH | Review and prepare deposition outline for P. Peronard (7.5); conference with EEStevenson re same (.2). | 7.70 | 1,694.00 |
| 07/17/02 | NKA | Locate and prepare Julie Yang documents and indices for deposition prep per KJCoggon's request  (4.10); review, categorize and code documents produced by EPA for relevance to various case issues (3.40). | 7.50 | 825.00 |
| 07/17/02 | KLK | Confer with JLSherman re coding of documents (0.2); review and code EPA production documents (5.3). | 5.50 | 687.50 |
| 07/17/02 | JLS | Conferences with NKAberle re confidentiality agreement for SHaraldson and prepare same (.50); review, categorize and code documents produced by EPA for relevance to various case issues (2.90); prepare for Whitehouse deposition (3.40). | 6.80 | 850.00 |
| 07/17/02 | ICM | Conduct case law research on non Grace related asbestosis litigation and 1940's health surveys as per CLNeitzel's request (5.10); conduct research to develop deposition outline as per EEStevenson's request (1.90). | 7.00 | 770.00 |