Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/18/02 | JDM | Review articles regarding medical issues (0.7); conference with JLSherman regarding Whitehouse documents (0.3); telephone conference with CLNeitzel regarding mesothelioma cases (0.7); review ATSDR documents regarding Middleton (0.3); review EPA's mesothelioma report and related documents (0.3); review mesothelioma depositions (1.2); conference with CLNeitzel regarding additional mesothelioma issues (1.1); telephone conference with J. Freeman regarding stipulation (0.6). | 5.20 | 1,560.00 |
| 07/18/02 | LSD | Review of Michael Hutchinson interview. | 0.50 | 150.00 |
| 07/18/02 | KJC | Travel from Libby, MT (2.00) (2.00 N/C) (NWT 50%); attend portion of Grace team meeting (.20); review Wilkins and Skramstad depositions (1.60); review and revise Marcor deposition outline (0.80); manage various case projects including document review, deposition scheduling, document production from EPA and deposition preparation (2.10); investigate trial IT Department support options (0.20); telephone conference with E. Moeller re deposition, documents and other issues (0.30); telephone conference with J. Freeman re deposition schedule (0.30). | 7.40 | 2,035.00 |
| 07/18/02 | EES | Meeting with trial team re case strategy (.70); conference calls with accounting experts re Marcor documentation issues (.80); conference calls with cost expert re Marcor deposition issues (.60); prepare for Marcor project manager deposition (3.70). | 5.80 | 1,624.00 |
| 07/18/02 | NKA | Read and review EPA Action Memoranda and related EPA correspondences (3.40); locate Yang documents per KWLund for deposition preparation (1.30); Review and code electronic documents in EPA Production database for responsiveness to cost recovery issues, category, and attorney comments (4.3); Search for documents in re air sampling per KJCoggon's request in EPA Historical database (1.30). | 10.30 | 1,133.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 58 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/18/02 | KLK | Review and code EPA production documents (5.0). | 5.00 | 625.00 |
| 07/18/02 | JLS | Conferences with NKAberle re Yang deposition preparation for same (2.10); preparation for Whitehouse deposition (2.30); train SBYoung re review, categorize and code documents produced by EPA for relevance to various case issues (.80). | 5.20 | 650.00 |
| 07/18/02 | MBF | Review administrative record for historical exposure chronology (1.5); revise and edit to historicial exposure chronology chart (.50). | 2.00 | 180.00 |
| 07/18/02 | ICM | Review and summarize case law on non Grace related asbestosis litigation (4.00) and 1940's health surveys as per CLNeitzel's request (4.00); procure studies from sources in and out of state (2.00). | 10.00 | 1,100.00 |
| 07/19/02 | JDM | Conference with CLNeitzel regarding expert issues (0.4); telephone conference with R. Finke regarding stipulation (0.6); telephone conference with KJCoggon regarding depositions (0.2); additional telephone conference with R. Finke regarding stipulation (0.8). | 2.00 | 600.00 |
| 07/19/02 | KJC | Manage various case projects including document scanning and coding, deposition scheduling and preparation, database and trial preparation issues (1.80); telephone conference with KWLund re status of case projects (0.50). | 2.30 | 632.50 |
| 07/19/02 | EES | Prepare for Marcor cost deposition (2.90); review and select key Marcor documents as exhibits for Marcor deposition (3.80); conference calls with accounting experts re Marcor deposition issues (.50). | 7.20 | 2,016.00 |
| 07/19/02 | NKA | Review Libby #2 Production documents at DOJ for responsiveness to cost recovery issues (2.80); Teleconference and email to JLSherman re production of documents for Dr. Yang deposition per KWLund's request (.50). | 3.30 | 363.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/19/02 | KLK | Review and code EPA production documents (4.5). | 4.50 | 562.50 |
| 07/19/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (2.40); prepare for Yang deposition (5.20); prepare for Whitehouse deposition (.90). | 8.50 | 1,062.50 |
| 07/19/02 | MBF | Review administrative record for historical exposure information (2.7); revise historical exposure chart (.50). | 3.20 | 288.00 |
| 07/19/02 | ICM | Conduct case law and review and summarize research results on non Grace related asbestosis litigation (6.60) and 1940's health surveys as per CLNeitzel's request (3.40); procure out of state studies (2.00). | 12.00 | 1,320.00 |
| 07/20/02 | EES | Review and expand draft of CDM deposition outline (2.80). | 2.80 | 784.00 |
| 07/21/02 | JDM | Conference with CLNeitzel regarding medical experts. | 0.80 | 240.00 |
| 07/21/02 | MBF | Research for CLNeitzel regarding Clean Air Act statute and regulations and definition of asbestos. | 2.00 | 180.00 |
| 07/22/02 | JDM | Meet with EEStevenson re expert deposition issues (0.6); review draft expert reports (2.2); conference with KJCoggon re depositions (0.6); telephone conference with experts re reports (1.0). | 4.40 | 1,320.00 |
| 07/22/02 | KJC | Review and respond to e-mail and questions re document review and coding (1.10); coordinate deposition schedule and strategies (1.10); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (1.20); address inquiries and issues re document databases (1.20); conference with JDMcCarthy re depositions (0.60); telephone conference with R. Finke re depositions (0.30); telephone conference with experts re other sites (0.40); conference with EEStevenson re deposition outline for Marcor (0.30); draft e-mail to E. Moeller re audit document (0.50). | 6.70 | 1,842.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 60 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/22/02 | EES | Review documents produced in DOJ's July 18, 2002 cost package supplement (2.40); conference call with accounting expert re CDM and KUO Environmental deposition issues (.80); conference calls with cost and technical experts re response issues (.40); meeting with KJCoggon re Marcor deposition issues (.30); conference calls with cost expert re Marcor deposition issues (.80); conference call with John Moscato (DOJ) re cost deposition issues (.80); review KUO cost documents and revise planned deposition exhibits (1.90); prepare for KUO Environmental cost deposition (1.40). | 8.80 | 2,464.00 |
| 07/22/02 | GMB | Lexis and CFR research on statutory definition of asbestos (3.7); Lexis research on caselaw concerning definition of asbestos (3.5). | 7.20 | 1,584.00 |
| 07/22/02 | JLS | Prepare for Yang deposition (1.30); telephone conferences with CCotts re EPA production database revisions (1.90); train PRStacey re document coding (2.10). | 5.30 | 662.50 |
| 07/22/02 | MBF | Review administrative record for historical exposure chronology (7.0); revise historical exposure chronology chart (1.30).. | 8.30 | 747.00 |
| 07/22/02 | ICM | Search for complete studies which were partially supplied as part of EPA production as per CLNeitzel's request (3.00). | 3.00 | 330.00 |
| 07/22/02 | BS | Conference with MBFloyd re need for copy of 1992 Federal Register entry (.20); telephone conferences with Access/Information re obtaining same (.20). | 0.40 | 28.00 |
| 07/23/02 | KWL | Meeting with CLNeitzel and KJCoggon re case status and strategy (.50); meeting with KJCoggon re various strategic issues (.50); work on Yang deposition preparation (2.40); review expert report documents (2.0) | 5.40 | 1,890.00 |
| 07/23/02 | LSD | Review Hutchinson notes in preparation for compiling information to help with fact depositions. | 1.00 | 300.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 61 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/23/02 | KJC | Address billing issues from vendors and experts (0.50); conference with KWLund re status of case projects, schedule and priorities (1.00); telephone conference with G. Graham re expert reports, P. Peronard deposition and Grace story (0.40); telephone conference with G. Graham and W. Sparks re potential Grace witnesses (0.50); telephone conference with J. Freeman re depositions and Audit documents (0.30); telephone conference with E. Moeller re Audit document and ASTM meeting (0.40); conferences with JLSherman and IT Department re database issues (0.40); review and respond to e-mail and inquiries re document scanning and coding (0.30); e-mail R. Emmett re deposition costs (0.20); conferences with HRO team and DOJ attorneys re deposition scheduling (0.30). | 4.30 | 1,182.50 |
| 07/23/02 | EES | Revise Marcor deposition outline (1.30); review CDM documentation and select initial CDM deposition exhibits (2.00); review ATSDR indirect cost documentation (1.40); telephone conferences with John Moscato (DOJ attorney) re cost deposition scheduling issues (.70); conference calls with accounting experts re CDM deposition issues (.90); review and finalize Marcor deposition exhibits (1.60). | 7.90 | 2,212.00 |
| 07/23/02 | GMB | Review of admin record for USG definitions of asbestos (2.1); draft memo re various definitions of asbestos (4.1). | 6.20 | 1,364.00 |
| 07/23/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.70);  telephone conferences with CCotts and DHengemuhle re EPA production database issues and revisions (1.90); conferences with Steve Haraldson re assignments (.30). | 6.90 | 862.50 |
| 07/23/02 | MBF | Review administrative record for historical exposure chronology (9.0); revise historical exposure chronology chart (1.90). | 10.90 | 981.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/23/02 | ICM | Search for complete documents that have been partially supplied in EPA production as per CLNeitzel's request (2.50); conduct research for EEStevenson re technical aspects of deposition outline (3.50). | 5.60 | 616.00 |
| 07/24/02 | KWL | Review draft reports from various experts (3.50); provide comments to CLNeitzel (.70); review DOJ stipulation re ZAI costs (.30). | 4.50 | 1,575.00 |
| 07/24/02 | JDM | Exchange voice mails re depositions (0.1); telephone conference with EEStevenson re depositions (0.2); review stipulation re ZAI (0.6); conference with CLNeitzel re ZAI stipulation and expert reports (0.4); review draft reports (4.3); telephone conference with Jim Freeman re draft stipulation (0.3); telephone conference with D. Askman (DOJ) re ATSDR depositions (0.2); telephone conference with EEStevenson re expert issues (0.1); telephone conference with CLNeitzel re expert reports (0.3). | 6.50 | 1,950.00 |
| 07/24/02 | LSD | Review notes and materials received from Michael Hutchinson and compile pertinent information for meeting with EEStevenson (3.40); meet with EEStevenson re pertinent information for his fact witness depositions of Marcor (1.10); office conference with KWLund and EEStevenson re further followup on Michael Hutchinson (.20); draft summary of information received from and opinions of Michael Hutchinson (2.60). | 7.30 | 2,190.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 63 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/24/02 | KJC | Review and respond to e-mail and messages re deposition schedule (1.40); telephone conference with W. Sparks re potential witnesses (0.40); review draft expert report (0.50); address inquiries and issues re document databases (0.20); address billing issues from vendors and experts (0.70); review and respond to e-mail and questions re document review and coding (0.80); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (1.10); review and respond to e-mail and follow up on document scanning and coding from EPA production (0.30); respond to questions from client and team re facts and documents (0.90). | 6.30 | 1,732.50 |
| 07/24/02 | EES | Review additional cost documents for possible use as deposition exhibits for the CDM and KUO depositions (2.80); meeting with accounting expert re ATSDR cost documentation (.60); meeting with LSDecker re CDM deposition issues (1.10); conference calls with John Moscato re numerous deposition scheduling issues (.80); conference calls with accounting experts re cost deposition issues and expert report matters (.90); prepare for Marcor deposition (2.90). | 9.10 | 2,548.00 |
| 07/24/02 | GMB | Additional internet-based research on geological definitions of asbestos (2.8); edit memo re definition of asbestos (3.5). | 6.30 | 1,386.00 |
| 07/24/02 | JLS | Database research re screening study, exposure study and "case series" for JDMcCarthy for upcoming depositions (4.60). | 4.60 | 575.00 |
| 07/24/02 | MBF | Search for 1985 Grace risk assessment re products for CLNeitzel (1.0); cite-check draft of comments to EPA regarding second supplement to Administrative Record (7.0). | 8.00 | 720.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/24/02 | ICM | Search for technical documentation and draft deposition questions re technical questions on sampling and analysis as per EEStevenson's request (3.60); assist CLNeitzel by procuring documents as per her request (1.60); go to CUHSC and procure studies for CLNeitzel and JDMcCarthy (2.50). | 7.70 | 847.00 |
| 07/25/02 | JDM | Review draft stipulations (0.3); review Whitehouse outline (0.5); review ATSDR outlines (0.4); team strategy meeting (1.0); draft e-mail to client re draft stipulation (0.3); review draft expert reports (5.0); telephone conference with J. Freeman and D. Peronard re draft stipulation (0.6); telephone conference with G. Graham re depositions (0.2). | 8.30 | 2,490.00 |
| 07/25/02 | LSD | Continue drafting and revising summary re meeting with Michael Hutchinson and opinions re EPA activities at the screening plant (3.00). | 3.00 | 900.00 |
| 07/25/02 | KJC | Telephone conference with R. Finke re attic insulation and expert reports (0.30); review draft expert reports (3.10); conferences and e-mail exchanges with counsel re expert reports (2.20). | 5.60 | 1,540.00 |
| 07/25/02 | EES | Meeting with trial team re case strategy issues (1.0); review draft reports/comments re administrative record issues (3.70); conference calls with John Moscato (DOJ) re cost deposition issues (.60); conference calls with Heidi Kukis (DOJ) re cost expert deposition issues (.50); conference calls with accounting experts re ATSDR cost deposition issues (.80); review EPA indirect cost methodology workpapers (1.80). | 8.40 | 2,352.00 |
| 07/25/02 | GMB | Additional document review of admin record file concerning Weis remarks on asbestos (1.3); coding EPA production database for use in cost recovery case (5.0). | 6.30 | 1,386.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 65 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/25/02 | MBF | Review administrative record documents for preparation of historical exposure chronology (5.0); revise and complete historical exposure chronology (1.5); search document databases to locate reference cited in CLNeitzel comments regarding administrative record supplement # 2 (.50). | 7.00 | 630.00 |
| 07/25/02 | ICM | Procure studies in house and at CUHSC as per CLNeitzel's request. | 3.00 | 330.00 |
| 07/26/02 | KWL | Review Anderson expert report. | 2.00 | 700.00 |
| 07/26/02 | KWL | Review RJLee expert report. | 2.60 | 910.00 |
| 07/26/02 | LSD | Continue with Michael Hutchinson review and summary, including drafting list of additional documents and information to recover (4.0). | 4.00 | 1,200.00 |
| 07/26/02 | KJC | Address inquiries and issues re document databases (0.20); coordinate deposition schedule and strategies (1.40); address billing issues from vendors and experts (0.90); review and respond to e-mail and questions re document review and coding (0.10); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.80); review and respond to e-mail and follow up on document scanning and coding from EPA production (0.20); respond to questions from client and team re facts and documents (0.20); telephone conference with W. Sparks and G. Graham re J. Wolter deposition (0.30); telephone conference with D. Siegel and others re Libby reserves (0.20); telephone conference with R. Emmett re billing issues, schedule, and depositions (0.30); telephone conference with A. Stringer re facts, deposition preparation, and travel plans (0.20); follow up with H. Kukis re DOJ response to ATSDR documentation (0.20); telephone conference with H. Kukis re outstanding discovery requests and deposition schedule (0.40); telephone conference with G. Graham re depositions, witnesses, expert reports and case strategy (0.40). | 5.80 | 1,595.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 66 |
| Invoice No.: | | 605512 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/26/02 | EES | Conference calls with accounting experts re indirect cost/overhead issues (1.30); prepare for CDM cost deposition (3.30); review additional EPA indirect cost documentation (2.60). | 7.20 | 2,016.00 |
| 07/26/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.90); draft and edit deposition notices for Lybarger, CDM, Middleton and Dearwent (2.40); telephone conferences with KJCoggon and Matt Murphy re deposition schedule (.80). | 8.10 | 1,012.50 |
| 07/26/02 | MBF | Finish historical exposure chronology (.50); perform search in Lotus Notes database for Ask EPA article cited in administrative record response (.50). | 1.00 | 90.00 |
| 07/26/02 | ICM | Draft deposition questions re technical questions on sampling and analysis as per EEStevenson's request. | 2.00 | 220.00 |
| 07/28/02 | JLS | Telephone conferences with MWWeakley re database coding issues (.50); draft e-mails to KJCoggon, Richard Finke and Matt Murphy re deposition schedule (.40); review, categorize and code documents produced by EPA for relevance to various case issues (.30). | 1.20 | 150.00 |
| 07/29/02 | JDM | Exchange e-mails re deposition scheduling (0.3); review draft expert reports (0.3); review G. Graham's Whitehouse outline (2.4); telephone conference with G. Graham re ATSDR and Whitehouse deposition coordination (1.0); draft deposition outlines (1.3); Lotus/Document Director/Live Notes training (3.1); review research memo re asbestos (0.2); review draft expert report (0.8). | 9.40 | 2,820.00 |
| 07/29/02 | LSD | Draft and revise detailed memorandum summarizing documents received from Hutchinson, comparision to EPA documents and task list of to followup information based on the interview with Hutchinson (8.0) | 8.00 | 2,400.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/29/02 | KJC | Address inquiries and issues re document databases (0.10); coordinate deposition schedule and strategies (0.20); address billing issues from vendors and experts (0.10); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.20); review and respond to email and follow up on document scanning and coding from EPA production (0.10); address staffing for document review (0.50). | 1.20 | 330.00 |
| 07/29/02 | EES | Review Dale Jensen deposition testimony in another case re EPA cost documentation issues and indirect cost methodology (2.60); conference calls with accounting experts re expert report and deposition exhibit issues (1.30); prepare for Charles Young's indirect cost deposition (2.20). | 6.10 | 1,708.00 |
| 07/29/02 | GM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.50 | 1,687.50 |
| 07/29/02 | DPW | Review, organize and code documents produced by EPA for relevance to various case issues. | 8.30 | 1,535.50 |
| 07/29/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (2.80); draft and edit deposition notices for Lybarger, CDM, Middleton and Dearwent (1.20); draft deposition notice for William Hurley (EEC) (1.80); conference with PRStacey re deposition schedule (0.40); train JDMcCarthy re Lotus Notes and Document Director (2.20). | 8.40 | 1,050.00 |
| 07/29/02 | PRS | Review, categorize and code documents produced by EPA for relevance to various case issues (1.40). | 1.40 | 175.00 |
| 07/29/02 | MBF | Review, categorize and and code documents produced by EPA for relevance to various case issues (4.40). | 4.40 | 396.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/29/02 | ICM | Draft deposition questions re technical questions on sampling and analysis as per EEStevenson's request (6.50); and procure studies from CUHSC as per CLNeitzel's request (1.30). | 7.80 | 858.00 |
| 07/29/02 | KAC | Research re articles by Sluis-Cremer,andd Bezuidenhout, and  Weiss on Asbestosis for MBFloyd. | 0.10 | 12.50 |
| 07/30/02 | KWL | Review expert reports from RJLee and Elizabeth Anderson (4.20); conference with KJCoggon re status of various projects and strategies for completing same (.30). | 4.50 | 1,575.00 |
| 07/30/02 | JDM | Review ATSDR document indices (0.2); review draft expert reports (2.6); telephone conference with expert re draft report (0.2); conference with GMaurelli re ATSDR deposition documents (0.8); conference with DPWall re ATSDR deposition documents and preparation (0.9); conference with MBFloyd re ATSDR deposition documents and preparation (0.2); conference with KJCoggon re expert reports and depositions (0.4); prepare for ATSDR depositions (1.4); telephone conference with KJCoggon re expert depositions (0.2). | 6.90 | 2,070.00 |
| 07/30/02 | LSD | Continue finalizing Hutchinson memorandum re interview, including locating documents discussed and referred to. | 3.50 | 1,050.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/30/02 | KJC | Coordinate deposition schedule and strategies (1.70); address billing issues from vendors and experts (0.20); review and respond to email and questions re document review and coding (0.50); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.70); review and respond to email and follow up on document scanning and coding from EPA production (0.30); respond to questions from client and team re facts and documents (0.40); conference with KWLund re status of various case projects and strategies for completing same (0.30); telephone conference with W. Sparks re witness interviews and depositions (0.30); telephone conference with G. Graham re depositions, witnesses, strategies and schedules (0.30); draft materials for witness interviews (0.80); draft 26(a)(2) expert disclosure and coordinate with CLNeitzel re production (2.20); telephone conference with H. Kukis re documents and privilege logs (0.80); draft emails to team re discussion with H. Kukis (0.70). | 9.20 | 2,530.00 |
| 07/30/02 | EES | Strategy meeting with JDMcCarthy re ATSDR deposition issues (.40); conference calls with John Moscato re 30(b)(6) deposition issues (.90); conference call with Mark Elmer (DOJ attorney) re ATSDR indirect cost deposition issues (.60); finalize CDM Rule 30(b)(6) deposition notice (1.10); conference calls with accounting experts re ATSDR deposition issues and deposition scheduling/attendance issues (.80); draft deposition outline for ATSDR depositions (3.30); review ATSDR guidelines re peer review and other standards for studies and technical data (1.70). | 8.80 | 2,464.00 |
| 07/30/02 | GMB | Code EPA production database for use in cost recovery case. (2.5) | 2.50 | 550.00 |
| 07/30/02 | DPW | Conference with JDMcCarthy re Middleton deposition (1.00). | 1.00 | 185.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 70 |
| Invoice No.: | | 605512 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/30/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (1.30); respond to questions from coders (1.10); train MWWeakley, CGHarris and JMHoward re Lotus Notes and Document Director and document coding (2.20); prepare deposition notices for KUO Environmental and William Hurley (1.60); telephone conferences with KJCoggon and David Codevilla re deposition arrangements (1.20). | 7.40 | 925.00 |
| 07/30/02 | JMH | Attend training session on working with Lotus Notes and re cost recovery coding issues. | 0.80 | 112.00 |
| 07/30/02 | MBF | Code cost recovery documents in Lotus Notes database (2.7); review and print out relevant documents from Lybarger documents in Lotus Notes database in preparation for deposition (4.0). | 6.70 | 603.00 |
| 07/30/02 | ICM | Follow up on interlibrary loan book for JDMcCarthy re deposition preparation; (0.10); finalize draft deposition questions for EEStevenson (2.40); review documents from EPA and determine if audio tapes/voice tapes have corresponding written summaries (2.30); search for ATSDR information standards guidance documents under GAO reporting requirements (1.20). | 6.00 | 660.00 |
| 07/31/02 | KWL | Review final expert reports including Hughson and Moolgavkar (3.0); telephone conference with Bill Corcoran re same (.20); begin review of EPA expert reports (1.60); telephone conference with Richard Finke re document preparation issues (.30). | 5.10 | 1,785.00 |
| 07/31/02 | JDM | Prepare for ATSDR depositions (4.9); review U.S. expert reports (1.0); conference with KWLund re case strategy (0.4). | 6.30 | 1,890.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/31/02 | LSD | Conference with KJCoggon re location of various documents referred to in Hutchinson memorandum (.30); complete final revisions, attaching pertinent and relevant documents to Hutchinson memorandum (.30); conference with ICMulholland re locating additional information and documents (.10); begin review of outstanding discovery to determine disclosure obligations and whether Grace has requested certain documents from EPA (1.10). | 1.80 | 540.00 |
| 07/31/02 | KJC | Coordinate deposition schedule and strategies (0.50); address billing issues from vendors and experts (0.10); review and respond to email and questions re document review and coding and solicit assistance for same (1.40); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.50); review and respond to email and follow up on document scanning and coding from EPA production (0.20); respond to questions from client and team re facts and documents (0.80); work with experts and CLNeitzel to finalize and file reports (3.00); telephone conference with KWLund re strategy session and follow up re same (0.10); telephone conferences with J. Freeman and H. Kukis re documents and depositions (0.70). | 7.30 | 2,007.50 |
| 07/31/02 | EES | Draft NORC cost deposition outline (2.80); draft methodology (Daubert) type questions re ATSDR Libby studies (1.90); revise Marcor deposition outline (3.30); telephone conferences with accounting expert re deposition preparation and expert report issues (.80); telephone conferences with John Moscato re cost deposition scheduling issues (.30); finalize KUO Environmental and Charles Young deposition notices (.20). | 9.30 | 2,604.00 |
| 07/31/02 | GM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.00 | 1,350.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/31/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (3.10). | 3.10 | 573.50 |
| 07/31/02 | JLS | Review emails re document coding (0.30); review EPA June 4 response to WR Grace's comments on administrative records supplement (0.90). | 1.20 | 150.00 |
| 07/31/02 | MBF | Review Jeffrey Lybarger documents in Lotus Notes database in preparation for deposition (5.0); print out important documents for Jeffrey Lybarger deposition for JDMcCarthy (1.60). | 6.60 | 594.00 |
| 07/31/02 | ICM | Draft deposition questions for ATSDR member depositions as per EEStevenson's request (3.60); search for Hutchinson referenced documents in production and locate all data pertaining to the screening plant testing as per LSDecker's request (4.50). | 8.10 | 891.00 |

**Total Fees Through July 31, 2002:**   1003.10   $ 213,881.50

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 67.10 | $  23,485.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 31.50 | 9,450.00 |
| JDM | Jay D. McCarthy | Partner | 300.00 | 114.30 | 34,290.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 132.00 | 36,300.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 149.60 | 41,888.00 |
| GM | Gino Maurelli | Associate | 225.00 | 13.50 | 3,037.50 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 51.90 | 11,418.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 29.40 | 6,468.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 3.10 | 573.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 9.30 | 1,720.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JGB | James G. Beasley | Associate | 175.00 | 17.60 | 3,080.00 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 17.50 | 2,187.50 |
| MCL | M Carla. Latuda | Paralegal | 125.00 | 2.70 | 337.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 111.90 | 13,987.50 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 1.40 | 175.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 51.80 | 5,698.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 0.80 | 112.00 |
| LCS | Loraine C. Street | Other | 85.00 | 1.00 | 85.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 94.50 | 10,395.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 101.70 | 9,153.00 |
| KAC | Katheryn A. Christnacht | Library | 125.00 | 0.10 | 12.50 |
| BS | Bruce Sperberg | Library | 70.00 | 0.40 | 28.00 |
| | | **Total Fees:** | | **1,003.10** | **$ 213,881.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/09/02 | | Long Distance Telephone: ntner Servi   : 154354000; DATE: | $ | 73.14 |
| 06/07/02 | | Lexis | | 139.73 |
| 06/13/02 | | Lexis | | 531.35 |
| 06/17/02 | | Lexis | | 322.73 |
| 06/20/02 | | Lexis | | 72.39 |
| 06/21/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-56617; DATE: 6/21/2002  -  Courier, Acct. 0802-0410-8 06-12; Nick Cummings Chicago, IL | | 15.06 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/21/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 33789; DATE: 6/21/2002 - Acct #00020, Room Charges, Gary Graham, 6/20/02 | 123.66 |
| 06/25/02 | | Lexis | 321.72 |
| 06/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18360; DATE: 6/25/2002 - Airfare, 7/16-7/18/02, Denver Spokane, Spokane Denver, K. Coggon | 686.00 |
| 06/27/02 | | Lexis | 82.44 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-20; Richard Bartelt Chicago, IL | 13.59 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Dr William G Hughson La Jolla, Ca | 13.48 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Richard Bartelt Chicago, IL | 12.13 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Elizabeth Anderson Alexandria, Va | 13.46 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-21; Dr Rich Lee Monroeville, Pa | 13.06 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002 - Courier, Acct. 0802-0410-8 06-14; Nick Cummings Chicago, IL | 20.52 |
| 06/28/02 | | Lexis | 170.92 |
| 07/01/02 | | Lexis | 41.22 |
| 07/01/02 | 85 | Photocopies | 12.75 |
| 07/01/02 | 3 | Photocopies | 0.45 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 75 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/01/02 | 60 | Photocopies | 9.00 |
| 07/01/02 | 133 | Photocopies | 19.95 |
| 07/02/02 | | Lexis | 41.21 |
| 07/02/02 | 181 | Photocopies | 27.15 |
| 07/02/02 | 66 | Photocopies | 9.90 |
| 07/02/02 | 2 | Photocopies | 0.30 |
| 07/02/02 | 31 | Photocopies | 4.65 |
| 07/03/02 | 2 | Facsimile | 2.00 |
| 07/03/02 | | Lexis | 149.78 |
| 07/03/02 | | Long Distance Telephone:  7243871869 | 0.16 |
| 07/03/02 | | Long Distance Telephone:  3124254103 | 0.07 |
| 07/03/02 | | Long Distance Telephone:  3124254103 | 1.14 |
| 07/03/02 | 3 | Photocopies | 0.45 |
| 07/03/02 | 72 | Photocopies | 10.80 |
| 07/03/02 | 51 | Photocopies | 7.65 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002  -  Courier, Acct. 0802-0410-8 06-26; Nick Cummings Chicago, IL | 16.26 |
| 07/08/02 | | Lexis | 41.22 |
| 07/08/02 | | Long Distance Telephone:  4105314203 | 1.53 |
| 07/09/02 | 4 | Facsimile | 4.00 |
| 07/09/02 | | Other Expenses: VENDOR: Lex Solutio Corp.; INVOICE#: 6485; DATE: 7/9/2002  -  Create CD-Rom | 120.00 |
| 07/09/02 | 4 | Photocopies | 0.60 |
| 07/09/02 | 23 | Photocopies | 3.45 |
| 07/09/02 | 1,897 | Photocopies | 284.55 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/09/02 | 100 | Photocopies | 15.00 |
| 07/09/02 | 318 | Photocopies | 47.70 |
| 07/09/02 | 248 | Photocopies | 37.20 |
| 07/09/02 | 434 | Photocopies | 65.10 |
| 07/10/02 | | Long Distance Telephone:  2122529700 | 0.61 |
| 07/10/02 | | Long Distance Telephone:  4065232500 | 0.17 |
| 07/10/02 | | Long Distance Telephone:  5613621533 | 4.51 |
| 07/10/02 | 16 | Photocopies | 2.40 |
| 07/10/02 | 5 | Photocopies | 0.75 |
| 07/10/02 | 3 | Photocopies | 0.45 |
| 07/10/02 | 1,304 | Photocopies | 195.60 |
| 07/11/02 | 2 | Facsimile | 2.00 |
| 07/11/02 | | Long Distance Telephone:  8568574010 | 0.19 |
| 07/11/02 | | Long Distance Telephone:  4065232543 | 2.31 |
| 07/11/02 | | Long Distance Telephone:  4065232543 | 0.16 |
| 07/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-70211; DATE: 7/11/2002  -  Courier, Acct. 0802-0410-8 07-03; William Corcoran Columbia, Md | 7.49 |
| 07/11/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-70211; DATE: 7/11/2002  -  Courier, Acct. 0802-0410-8 07-02; Richard Bartelt Chicago, IL  (6 pieces) | 179.38 |
| 07/11/02 | 37 | Photocopies | 5.55 |
| 07/11/02 | 100 | Photocopies | 15.00 |
| 07/11/02 | 78 | Photocopies | 11.70 |
| 07/11/02 | 82 | Photocopies | 12.30 |
| 07/11/02 | 2 | Photocopies | 0.30 |
| 07/12/02 | 5 | Facsimile | 5.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 77 |
| Invoice No.: | | 605512 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/12/02 | | Long Distance Telephone: 5613621533 | 0.09 |
| 07/12/02 | | Long Distance Telephone: 8568574010 | 0.36 |
| 07/12/02 | | Long Distance Telephone: 5613621533 | 1.70 |
| 07/12/02 | 8 | Photocopies | 1.20 |
| 07/12/02 | 329 | Photocopies | 49.35 |
| 07/12/02 | 80 | Photocopies | 12.00 |
| 07/12/02 | 1 | Photocopies | 0.15 |
| 07/12/02 | 6 | Photocopies | 0.90 |
| 07/12/02 | 1 | Tab Stock: 1 Tab Stock | 0.05 |
| 07/12/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |
| 07/15/02 | | Long Distance Telephone: 5613621533 | 2.96 |
| 07/15/02 | 137 | Photocopies | 20.55 |
| 07/15/02 | 42 | Photocopies | 6.30 |
| 07/15/02 | 2 | Photocopies | 0.30 |
| 07/15/02 | 100 | Photocopies | 15.00 |
| 07/16/02 | 6 | Color Photocopies: 6 Color Photocopies | 3.90 |
| 07/16/02 | 2 | Facsimile | 2.00 |
| 07/16/02 | 3 | Facsimile | 3.00 |
| 07/16/02 | 4 | Facsimile | 4.00 |
| 07/16/02 | 4 | Facsimile | 4.00 |
| 07/16/02 | | Long Distance Telephone: 9192809479 | 0.33 |
| 07/16/02 | | Long Distance Telephone: 7243871869 | 0.96 |
| 07/16/02 | | Long Distance Telephone: 4062933964 | 0.07 |
| 07/16/02 | | Long Distance Telephone: 7036840123 | 0.88 |
| 07/16/02 | | Long Distance Telephone: 3609416302 | 0.07 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 78 |
| Invoice No.: | | 605512 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/16/02 | | Long Distance Telephone: 7036840123 | 0.24 |
| 07/16/02 | 9 | Photocopies | 1.35 |
| 07/16/02 | 17 | Photocopies | 2.55 |
| 07/17/02 | 4 | Facsimile | 4.00 |
| 07/17/02 | 4 | Facsimile | 4.00 |
| 07/17/02 | 327 | Photocopies | 49.05 |
| 07/17/02 | 1 | Photocopies | 0.15 |
| 07/17/02 | 56 | Photocopies | 8.40 |
| 07/17/02 | 260 | Photocopies | 39.00 |
| 07/17/02 | 43 | Photocopies | 6.45 |
| 07/18/02 | | Long Distance Telephone: 4156691489 | 1.75 |
| 07/18/02 | | Long Distance Telephone: 3124254125 | 0.07 |
| 07/18/02 | | Long Distance Telephone: 5613621533 | 0.11 |
| 07/18/02 | 62 | Photocopies | 9.30 |
| 07/18/02 | 49 | Photocopies | 7.35 |
| 07/18/02 | 1 | Photocopies | 0.15 |
| 07/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18657; DATE: 7/18/2002  -  Airfare, 8/13-8/14/02, Denver Salt Lake City Salt Lake City Kalispell Kalispell Salt Lake City Salt Lake City Denver, K. Lund | 1,096.50 |
| 07/18/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202B; DATE: 7/26/2002  -  Travel expense 07/16-07/18/02 Libby, MT for site tour, meeting with client and experts - Auto Rental | 259.03 |
| 07/18/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202B; DATE: 7/26/2002  -  Travel expense 07/16-07/18/02 Libby, MT for site tour, meeting with client and experts - Hotel | 141.45 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/18/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 061202B; DATE: 7/26/2002 - Travel expense 07/16-07/18/02 Libby, MT for site tour, meeting with client and experts - Meals | 36.00 |
| 07/19/02 | 3 | Facsimile | 3.00 |
| 07/19/02 | 4 | Facsimile | 4.00 |
| 07/19/02 | | Long Distance Telephone: 5613621533 | 1.99 |
| 07/19/02 | | Long Distance Telephone: 4065232543 | 0.10 |
| 07/19/02 | | Long Distance Telephone: 4067525666 | 0.02 |
| 07/19/02 | | Long Distance Telephone: 4067516003 | 0.12 |
| 07/19/02 | | Long Distance Telephone: 5613621533 | 3.81 |
| 07/19/02 | | Long Distance Telephone: 3124254103 | 1.65 |
| 07/19/02 | 2 | Photocopies | 0.30 |
| 07/19/02 | 94 | Photocopies | 14.10 |
| 07/19/02 | 49 | Photocopies | 7.35 |
| 07/19/02 | 49 | Photocopies | 7.35 |
| 07/19/02 | 442 | Photocopies | 66.30 |
| 07/19/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18675; DATE: 7/19/2002 - Airfare, 8/13-8/16/02, Denver Salt Lake City Salt Lake City Kalispell Kalispell Salt Lake City Salt Lake City Denver | 1,096.50 |
| 07/21/02 | | Lexis | 211.17 |
| 07/21/02 | | Other Expenses: VENDOR: Attorneys Service Center, Inc.; INVOICE#: 16364; DATE: 7/22/2002 - Deposition transcript of Eric Michael Moeller on 06/21/02 | 203.10 |
| 07/22/02 | 3 | Facsimile | 3.00 |
| 07/22/02 | 3 | Facsimile | 3.00 |
| 07/22/02 | | Lexis | 259.45 |
| 07/22/02 | | Lexis | 153.86 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/22/02 | | Other Expenses: VENDOR: Herceglic, Angela; INVOICE#: 8/6/2002; DATE: 7/22/2002 - For traslation services.  MFLoyd | 550.00 |
| 07/22/02 | 3 | Photocopies | 0.45 |
| 07/22/02 | 2 | Photocopies | 0.30 |
| 07/22/02 | 162 | Photocopies | 24.30 |
| 07/22/02 | 1 | Photocopies | 0.15 |
| 07/23/02 | 2 | Facsimile | 2.00 |
| 07/23/02 | 2 | Facsimile | 2.00 |
| 07/23/02 | 2 | Facsimile | 2.00 |
| 07/23/02 | 2 | Facsimile | 2.00 |
| 07/23/02 | | Lexis | 117.65 |
| 07/23/02 | | Long Distance Telephone: 5613621532 | 0.11 |
| 07/23/02 | | Long Distance Telephone: 4065232543 | 5.84 |
| 07/23/02 | | Long Distance Telephone: 6174984459 | 0.18 |
| 07/23/02 | | Long Distance Telephone: 3026525340 | 3.95 |
| 07/23/02 | | Outside Courier | 6.50 |
| 07/23/02 | 28 | Photocopies | 4.20 |
| 07/23/02 | 2 | Photocopies | 0.30 |
| 07/23/02 | 1 | Photocopies | 0.15 |
| 07/23/02 | 3 | Photocopies | 0.45 |
| 07/24/02 | 2 | Facsimile | 2.00 |
| 07/24/02 | | Lexis | 132.98 |
| 07/24/02 | | Lexis | 157.89 |
| 07/24/02 | | Long Distance Telephone: 5039457200 | 0.79 |
| 07/24/02 | | Long Distance Telephone: 2537795588 | 0.10 |
| 07/25/02 | 2 | Facsimile | 2.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/25/02 | 2 | Facsimile | 2.00 |
| 07/25/02 | | Long Distance Telephone: 4065232500 | 0.84 |
| 07/25/02 | | Long Distance Telephone: 6174263501 | 0.22 |
| 07/25/02 | | Long Distance Telephone: 4108593786 | 0.15 |
| 07/25/02 | | Long Distance Telephone: 4107426316 | 0.06 |
| 07/25/02 | | Long Distance Telephone: 4107426913 | 0.01 |
| 07/25/02 | | Long Distance Telephone: 4105314751 | 0.31 |
| 07/25/02 | | Long Distance Telephone: 4102475031 | 0.10 |
| 07/25/02 | | Long Distance Telephone: 4102475031 | 0.11 |
| 07/25/02 | | Long Distance Telephone: 5613621533 | 2.03 |
| 07/25/02 | | Long Distance Telephone: 4062933964 | 0.04 |
| 07/25/02 | | Long Distance Telephone: 7036840123 | 0.15 |
| 07/25/02 | 4 | Photocopies | 0.60 |
| 07/25/02 | 31 | Photocopies | 4.65 |
| 07/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18779; DATE: 7/26/2002 - Airfare, 8/21-8/22/02, Denver Missoula Missoula Denver, K. Coggon | 697.00 |
| 07/29/02 | 21 | Facsimile | 21.00 |
| 07/29/02 | 6 | Photocopies | 0.90 |
| 07/29/02 | 14 | Photocopies | 2.10 |
| 07/30/02 | 3 | Facsimile | 3.00 |
| 07/30/02 | 5 | Facsimile | 5.00 |
| 07/30/02 | | Long Distance Telephone: 7036840123 | 0.21 |
| 07/30/02 | | Long Distance Telephone: 3026525340 | 1.81 |
| 07/30/02 | | Long Distance Telephone: 4062933964 | 0.07 |
| 07/30/02 | | Long Distance Telephone: 4065232543 | 0.12 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/30/02 | | Long Distance Telephone: 5613621506 | 0.52 |
| 07/30/02 | | Long Distance Telephone: 4065438017 | 1.39 |
| 07/30/02 | 28 | Photocopies | 4.20 |
| 07/30/02 | 15 | Photocopies | 2.25 |
| 07/30/02 | 3 | Photocopies | 0.45 |
| 07/30/02 | 90 | Photocopies | 13.50 |
| 07/30/02 | 43 | Photocopies | 6.45 |
| 07/30/02 | 7 | Photocopies | 1.05 |
| 07/31/02 | 4 | Color Photocopies: 4 Color Photocopies | 2.60 |
| 07/31/02 | 5 | Facsimile | 5.00 |
| 07/31/02 | 5 | Facsimile | 5.00 |
| 07/31/02 | | Long Distance Telephone:  4065232543 | 0.09 |
| 07/31/02 | | Long Distance Telephone:  4065232543 | 1.03 |
| 07/31/02 | | Long Distance Telephone:  7812706600 | 0.04 |
| 07/31/02 | | Long Distance Telephone:  4065232543 | 1.19 |
| 07/31/02 | | Outside Courier | 6.50 |
| 07/31/02 | 365 | Photocopies | 54.75 |
| 07/31/02 | 92 | Photocopies | 13.80 |
| 07/31/02 | 2 | Photocopies | 0.30 |
| 07/31/02 | 2 | Photocopies | 0.30 |
| 07/31/02 | 4 | Photocopies | 0.60 |
| 07/31/02 | 2 | Photocopies | 0.30 |
| 07/31/02 | 1 | Photocopies | 0.15 |
| 07/31/02 | 2 | Photocopies | 0.30 |
| 07/31/02 | 96 | Photocopies | 14.40 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

Page         83
Invoice No.:    605512
Client  No.:    04339
Matter  No.:    00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/31/02 | 246 | Photocopies | 36.90 |
| 07/31/02 | 530 | Photocopies | 79.50 |
| 07/31/02 | 80 | Photocopies | 12.00 |
| 07/31/02 | 2 | Photocopies | 0.30 |
| 07/31/02 | 433 | Photocopies | 64.95 |
| 07/31/02 | 1,340 | Photocopies | 201.00 |
| 07/31/02 | 670 | Photocopies | 100.50 |

**Total Disbursements:**          $   **10,276.76**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 1,772.10 |
| Facsimile | | 100.00 |
| Long Distance Telephone | | 122.73 |
| Outside Courier | | 317.43 |
| Travel Expense | | 4,136.14 |
| Lexis | | 2,947.71 |
| Other Expenses | | 873.10 |
| Color Photocopies | | 6.50 |
| Velo Binding | | 1.00 |
| Tab Stock | | 0.05 |

**Total Disbursements:**   **$**   **10,276.76**