**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Weakley, Mark | Special Counsel | $ 295.00 | 34.25 | $ 10,103.75 |
| Tracy, Brent | Associate | $ 240.00 | 10.1 | $ 2,424.00 |
| Wall, Douglas | Associate | $ 185.00 | 8.9 | $ 1,646.50 |
| Sanchez, Corey | Associate | $ 175.00 | 8.3 | $ 1,452.50 |
| Kinnear, Karen | Paralegal | $ 125.00 | 6.5 | $ 812.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 6.7 | $ 737.00 |
| Street, Loraine | Paralegal | $ 85.00 | 18.5 | $ 1,572.50 |
| | | | | |
| Total | | | 93.25 | $ 18,748.75 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $        5.20 |
| Parking | $       31.25 |
| Facsimiles | |
| Long Distance Telephone | $       11.17 |
| Outside Courier | $       87.15 |
| Travel Expense | $      232.73 |
| Lexis | |
| Westlaw | |
| Other Expenses | $      769.30 |
| Supplies | $      129.75 |
| Word Processing | |
| **Total** | $    1,266.55 |

Holme Roberts & Owen LLP

August 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 606718 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/01/02 | CRS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.30 | $ 1,452.50 |
| 07/01/02 | BAT | Review documents sent from various Grace facilities for responsiveness to EPA information requests and litigation discovery (9.50); travel to and from Boulder for review (0.60) (0.60 N/C) (NWT 50%). | 10.10 | 2,424.00 |
| 07/01/02 | DPW | Review and code documents for responsiveness to EPA information requests (8.30); Travel to and from Boulder(0.60)(0.60 N/C)(NWT 50%). | 8.90 | 1,646.50 |
| 07/01/02 | NKA | Review, categorize and code documents produced by EPA for relevance to various case issues (6.70). | 6.70 | 737.00 |
| 07/01/02 | KLK | Review and code documents related to EPA information requests and consumer product cases (5.5). | 5.50 | 687.50 |
| 07/08/02 | LCS | Prepare Boulder review boxes for warehousing | 2.50 | 212.50 |
| 07/09/02 | LCS | Prepare Boulder review boxes for warehousing | 2.50 | 212.50 |
| 07/10/02 | LCS | Update location information of boxes in the Boulder tracking database | 4.00 | 340.00 |
| 07/12/02 | LCS | Telephone conferences with document scanning vendor  re scanning isssues | 0.50 | 42.50 |
| 07/18/02 | LCS | Prepare Boulder review boxes for warehousing | 1.00 | 85.00 |
| 07/24/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (.50). | 0.50 | 147.50 |
| 07/26/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (2.50). | 2.50 | 737.50 |

Holme Roberts & Owen LLP

August 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 606718 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/26/02 | KLK | Review and code EPA production documents (1.0). | 1.00 | 125.00 |
| 07/28/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (9.50) | 9.50 | 2,802.50 |
| 07/29/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (9.50). | 9.50 | 2,802.50 |
| 07/29/02 | LCS | Prepare Boulder review boxes for warehousing | 8.00 | 680.00 |
| 07/30/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (7.00) | 7.00 | 2,065.00 |
| 07/31/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (5.30). | 5.25 | 1,548.75 |

**Total Fees Through July 31, 2002:**    **93.25**    **$  18,748.75**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| MWW | Mark W. Weakley | Special Counsel | $ 295.00 | 34.25 | $  10,103.75 |
| BAT | Brent A. Tracy | Associate | 240.00 | 10.10 | 2,424.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 8.90 | 1,646.50 |
| CRS | Corey R. Sanchez | Associate | 175.00 | 8.30 | 1,452.50 |
| KLK | Karen L. Kinnear | Paralegal | 125.00 | 6.50 | 812.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 6.70 | 737.00 |
| LCS | Loraine C. Street | Other | 85.00 | 18.50 | 1,572.50 |

**Total Fees:**    **93.25**    **$  18,748.75**

Holme Roberts & Owen LLP

August 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 606718 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/21/02 | | Travel Expense: VENDOR: Yellow Cab; INVOICE#: 112662; DATE: 6/21/2002  -  Denver, Cust #7220, Cab Fare, T. Braegger, From 1700 Lincoln To 17856 E. Bellewood | $   42.20 |
| 06/26/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/26/02 | | Long Distance Telephone:  6178761400 | 5.59 |
| 06/26/02 | | Long Distance Telephone:  6178761400 | 1.86 |
| 06/26/02 | | Travel Expense: VENDOR: Gino Maurelli; INVOICE#: 06/26/02; DATE: 6/26/2002  -  Denver, 6/3, 4, 6, 11, 12, 13, 14, 17, 18/02, Mileage Denver to Boulder and Back, Work on WR Grace | 190.53 |
| 06/27/02 | | Long Distance Telephone:  9192809479 | 1.86 |
| 06/30/02 | | Supplies: VENDOR: Corporate Express (Acct 10447712); INVOICE#: 34537127; DATE: 7/15/2002  -  Account 10447712 June 2002/Office Supplies | 129.75 |
| 06/30/02 | | Temporary Services: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0020; DATE: 7/3/2002  -  Temporary service weekending 06/30/02 - Erin Chylinski - 30.50 hours | 488.00 |
| 07/02/02 | | Other Expenses: VENDOR: Natalie Aberle; INVOICE#: 070202; DATE: 7/2/2002  -  Personal mileage - Document review in Boulder, CO on 06/14,06/24,06/25,06/26,06/27,06/28,7/01/2002 | 153.30 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002  -  Courier, Acct. 0802-0410-8 06-27; Angela Anderson Boston, Ma | 29.05 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002  -  Courier, Acct. 0802-0410-8 06-27; Angela Anderson Boston, Ma | 29.05 |
| 07/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-302-34187; DATE: 7/5/2002  -  Courier, Acct. 0802-0410-8 06-27; Angela Anderson Boston, Ma | 29.05 |
| 07/09/02 | | Parking: VENDOR: Doug Wall; INVOICE#: 07/09/02; DATE: 7/9/2002  -  Denver, 6/4-6/6/02, Parking in Boulder for Document Review | 31.25 |

Holme Roberts & Owen LLP

August 28, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 606718 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/10/02 | 26 | Photocopies | 5.20 |
| 07/21/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0023; DATE: 7/24/2002  -  Temporary Services - week ending 07/21/02 - Erin Chylinski - 38.5 hours | 616.00 |

| | |
|---|---|
| **Total Disbursements:** | **$    1,754.55** |

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 31.25 |
| Photocopies | | 5.20 |
| Long Distance Telephone | | 11.17 |
| Outside Courier | | 87.15 |
| Travel Expense | | 232.73 |
| Temporary Services | | 488.00 |
| Supplies | | 129.75 |
| Other Expenses | | 769.30 |
| **Total Disbursements:** | **$** | **1,754.55** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$  12,656.44* |
| | | | |
| 589414 | 02/28/02 | Bill | 648.00 |
| | 04/18/02 | Cash Receipt | -509.62 |

## Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 6.10 | $ 1,677.50 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 2.00 | $ 550.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 1.40 | $ 392.00 |
| Tracy, Brent | Associate | $ 240.00 | 0.70 | $ 168.00 |
| Dempsey, Bradford | Associate | $ 200.00 | 2.3 | $ 460.00 |
| Haag, Susan | Paralegal | $ 105.00 | 24.1 | $ 2,530.50 |
| | | | | |
| Total | | | 36.60 | $ 5,778.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 182.25 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 1.50 |
| Outside Courier | $ | 79.14 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Research Services | $ | - |
| Word Processing | $ | - |
| **Total** | $ | 262.89 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/28/02 | KJC | Telephone conference with A. Stringer re reclamation bond documents (0.30); draft response statements to fee auditor's report (0.80). | 1.10 $ | 302.50 |
| 07/01/02 | EKF | Review and revise HRO's response to fee auditor's initial report (0.7); telephone conference with KWLund re same (0.1). | 0.80 | 220.00 |
| 07/02/02 | SH | Calculate and draft May fee statement charts. | 4.10 | 430.50 |
| 07/03/02 | SH | Finalize May Fee Application; compile charts. | 5.80 | 609.00 |
| 07/05/02 | EKF | Review and revise summary and fee detail for June monthly application. | 0.30 | 82.50 |
| 07/08/02 | SH | Finalize and compile May fee application for filing. | 1.10 | 115.50 |
| 07/09/02 | SH | Review and format fee detail for Fee Auditor. | 1.20 | 126.00 |
| 07/10/02 | SH | Review June prebill for June fee application. | 2.00 | 210.00 |
| 07/11/02 | SH | Finalize review of prebills for June fee application. | 2.00 | 210.00 |
| 07/16/02 | EKF | Review June prebill (1.5). | 1.50 | 412.50 |
| 07/16/02 | EES | Draft response to Fee Auditor's Report re credentials. | 1.40 | 392.00 |
| 07/16/02 | BED | Conference with EKFlaagan re revisions to response to fee auditor's report (.3); make revisions to response (.5); coordinate preparation of exhibits with BATracy and EEStevenson (.2). | 1.00 | 200.00 |
| 07/16/02 | SH | Conference with EKFlaagan and KBates re issues with bills for June fee application. | 0.50 | 52.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/17/02 | BED | Conference with ESStevenson and BATracy re exhibits to response to fee auditor's report (.3); make final revisions to response and proof read (.5). | 0.80 | 160.00 |
| 07/17/02 | BAT | Draft resume in defense of fee application (.70). | 0.70 | 168.00 |
| 07/18/02 | SH | Telephone conferences with various timekeepers re billing issues and descriptions. | 0.50 | 52.50 |
| 07/22/02 | EKF | Review and revise June pre-bills (1.7). | 1.70 | 467.50 |
| 07/23/02 | EKF | E-mails to and from KJBates re revisions of time entries (.3); e-mails to and from Warren Smith re open issues on initial fee auditor report (.2). | 0.50 | 137.50 |
| 07/23/02 | KJC | Conference with EKFlaagan re time entries on Grace matters (0.20); conferences with KWLund re time entries on Grace matters (0.30); follow up re time entries on Grace matters (0.40). | 0.90 | 247.50 |
| 07/23/02 | BED | Review e-mail message from fee auditor (.1); review fee applications and summaries and discrepancies on overtime expenses (.3); draft e-mail to EKFlaagan re results of review (.1). | 0.50 | 100.00 |
| 07/24/02 | EKF | E-mails to and from KJBates re responses to fee auditor inquiries (.2); conference with KWLund re fee auditor inquires and billing concerns (.2); draft detailed e-mail to KWLund re guidelines and proper procedures for timekeeper entries (.5). | 0.90 | 247.50 |
| 07/25/02 | EKF | E-mails to and from KWLund re outstanding issues on June fee application. | 0.20 | 55.00 |
| 07/26/02 | SH | Calculate and draft charts for June fee application. | 5.10 | 535.50 |
| 07/29/02 | EKF | Review final fee application and summary for June 2002 (.2). | 0.20 | 55.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 102 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/30/02 | SH | Compile fee application for June; send out for filing (.80); format June 2002 fee detail and e-mail to fee auditor (1.00). | 1.80 | 189.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through July 31, 2002:** | **36.60  $** | **5,778.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 6.10  $ | 1,677.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 2.00 | 550.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 1.40 | 392.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 0.70 | 168.00 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 2.30 | 460.00 |
| SH | Susan Haag | Paralegal | 105.00 | 24.10 | 2,530.50 |
| | | **Total Fees:** | | **36.60  $** | **5,778.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Corporate Security International Greensboro, NC | $    9.18 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Major Legal Professional Proc. Minneapolis, Mn | 10.25 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Ginny Lojacono Kensington, Md | 10.96 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 103 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Judicial Legal Service Tonawanda, NY | 10.53 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Subpoenas Unlimited Cherry Hill, NJ | 9.61 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; John A Thomson Novi, Mi | 10.53 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Elizabeth Smith Atlanta, Ga | 9.18 |
| 06/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-255-96377; DATE: 6/27/2002  -  Courier, Acct. 0802-0410-8 06-21; Billy Roth Baton Rouge, La | 8.90 |
| 07/01/02 | 4 | Photocopies | 0.60 |
| 07/08/02 | 606 | Photocopies | 90.90 |
| 07/08/02 | 5 | Photocopies | 0.75 |
| 07/10/02 | | Long Distance Telephone:  2028795925 | 1.50 |
| 07/17/02 | 30 | Photocopies | 4.50 |
| 07/30/02 | 570 | Photocopies | 85.50 |

**Total Disbursements:**          $    **262.89**

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 104 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopies | $ | 182.25 |
| Long Distance Telephone | | 1.50 |
| Outside Courier | | 79.14 |
| **Total Disbursements:** | **$** | **262.89** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577655 | 10/26/01 | Bill | | 10,008.00 |
| | *Outstanding Balance on Invoice 577655:* | | *$* | *10,008.00* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 4,761.50 |
| | 01/24/02 | Cash Receipt | | -3,839.71 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *921.79* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 2,583.36 |
| | 02/28/02 | Cash Receipt | | -2,074.46 |
| | *Outstanding Balance on Invoice 583055:* | | *$* | *508.90* |
| | | | | |
| 585053 | 01/23/02 | Bill | | 1,755.51 |
| | 04/09/02 | Cash Receipt | | -1,423.27 |
| | *Outstanding Balance on Invoice 585053:* | | *$* | *332.24* |
| | | | | |
| 589414 | 02/28/02 | Bill | | 1,225.20 |
| | 04/18/02 | Cash Receipt | | -971.61 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | July | Total Comp |
|------|----------|-------------|------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 4.3 | $ 1,182.50 |
| Tracy, Brent | Associate | $ 240.00 | 47.7 | $ 11,448.00 |
| Latuda, M. Carla | Senior Paralegal | $ 125.00 | 37.7 | $ 4,712.50 |
| Sherman, Joan | Senior Paralegal | $ 125.00 | 3 | $ 375.00 |
| Street, Loraine C. | Paralegal | $ 85.00 | 76 | $ 6,460.00 |
| | | | | |
| Total | | | 168.70 | 24,178.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL | |
|---|---|---|
| Parking | $ | 45.00 |
| Photocopies | $ | 213.75 |
| Facsimile | $ | 10.00 |
| Long Distance Telephone | $ | 154.90 |
| Outside Courier | $ | 442.87 |
| Travel Expense | $ | 5,126.52 |
| Lexis | $ | - |
| Administration | $ | - |
| Meal Expenses | $ | 556.66 |
| Overtime | $ | - |
| Tab Stock | $ | - |
| Other Expenses | $ | 512.00 |
| **Total** | $ | 7,061.70 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 106 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 06/28/02 | KJC | Review documents for responsiveness to EPA information requests (0.30). | 0.30 | $    82.50 |
| 07/02/02 | KJC | Conference with BATracy re Boston documents, microfilm, CDs and production to EPA (0.60). | 0.60 | 165.00 |
| 07/02/02 | BAT | Review and code documents uploaded from EH&S CDs for responsiveness to EPA information requests and litigation discovery (4.10); conference with KJCoggon re EH&S imaged archives (.60). | 4.70 | 1,128.00 |
| 07/02/02 | JLS | Telephone conferences with Matt Murphy re status of boxes at ONSS and computer research re same (1.20); read and respond to e-mails from Susan Haines and Maureen Atkinson re same (.3). | 1.50 | 187.50 |
| 07/03/02 | BAT | Review and code documents uploaded from EH&S CDs for responsiveness to EPA information requests and litigation discovery (5.50). | 5.50 | 1,320.00 |
| 07/03/02 | JLS | Prepare list of boxes still at ONSS for Matt Murphy (.90). | 0.90 | 112.50 |
| 07/05/02 | BAT | Review and code documents uploaded from EH&S CDs for responsiveness to EPA information requests and litigation discovery (7.20). | 7.20 | 1,728.00 |
| 07/08/02 | BAT | Review and code EH&S documents uploaded from archived CD for responsiveness to EPA information requests and class action discovery. | 7.30 | 1,752.00 |
| 07/08/02 | LCS 023 | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 2.00 | 170.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 107 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 07/08/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 2.00 | 170.00 |
| 07/09/02 | BAT | Review and code EH&S documents uploaded from archived CD for responsiveness to EPA information requests and class action discovery. | 8.60 | 2,064.00 |
| 07/09/02 | MCL | Conference with JLSherman regarding responding to request from Matt Murphy concerning status of scanning and return of boxes (.30); update tracking lists and spreadsheets regarding same (3.40). | 3.70 | 462.50 |
| 07/09/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |
| 07/10/02 | KJC | Draft e-mail re microfilm (0.10). | 0.10 | 27.50 |
| 07/10/02 | BAT | Review and code EH&S documents uploaded from archived CD for responsiveness to EPA information requests and class action discovery. | 4.40 | 1,056.00 |
| 07/10/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 2.50 | 212.50 |
| 07/11/02 | KJC | Address production issues (0.10); address microfilm and other wrap up review issues (0.20); telephone conference with KWLund re production options (0.10). | 0.40 | 110.00 |
| 07/11/02 | BAT | Review and code EH&S documents uploaded from archived CD for responsiveness to EPA information requests and class action discovery. | 3.90 | 936.00 |
| 07/11/02 | MCL | Telephone conference with Matt Murphy regarding boxes to be returned by ONSS and tracking lists regarding same and other issues concerning re-shelving of boxes and re-filing of documents. | 0.40 | 50.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 07/11/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.50 | 552.50 |
| 07/12/02 | BAT | Conference with MCLatuda re strategy to reconcile databases and produce documents to EPA (.60); telephone conference to release vendor to image microfilm as authorized by client (.20). | 0.80 | 192.00 |
| 07/12/02 | MCL | Conference with BATracy regarding strategy for production of documents to EPA (.60); telephone conference with Matt Murphy regarding boxes to be returned from ONSS (.20); update tracking lists of boxes still in ONSS's possession for e-mailing to Matt Murphy (.70). | 1.50 | 187.50 |
| 07/12/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 4.00 | 340.00 |
| 07/15/02 | KJC | E-mail exchange with MCLatuda re changes to Lason document coding and schedule for production to EPA (0.30). | 0.30 | 82.50 |
| 07/15/02 | BAT | Telephone conference with WPayne re past production to EPA and procedures for resuming production (.40); review and respond to e-mail questions from MCLatuda re database issues (.30). | 0.70 | 168.00 |
| 07/15/02 | MCL | Telephone conference with Matt Murphy re re-shelving and re-filing of documents at Cambridge (.20); review and research database and box tracking lists to locate information for Matt Murphy (.60); update tracking lists re ONSS pick-ups and deliveries (1.30); review list prepared by Maureen Atkinson of Reed Smith of documents deleted from their database (.80); conferences with KJCoggon, BATracy and WPayne re "cleaning up" of HRO database utilizing Reed Smith's information (.70); begin same (3.80). | 7.40 | 925.00 |
| 07/15/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 9.00 | 765.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 109 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 07/16/02 | MCL | Review tracking lists pursuant to Matt Murphy's request to determine Cambridge locations for non-responsive boxes to be sent back to Cambridge from Wintrhrop Square and prepare list of same (2.00); read and respond to e-mails with Matt Murphy re same (.30); update tracking lists to reflect boxes delivered by ONSS on July 12, 2002 (4.30). | 6.60 | 825.00 |
| 07/16/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 9.00 | 765.00 |
| 07/17/02 | MCL | Begin review of Historical database re cleanup of documents that were inadvertantly scanned by Lason. | 1.00 | 125.00 |
| 07/17/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 7.00 | 595.00 |
| 07/18/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.00 | 680.00 |
| 07/19/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.50 | 722.50 |
| 07/22/02 | BAT | Conference with MThompson re issues with imaging microfilm. | 0.20 | 48.00 |
| 07/23/02 | JLS | Telephone conferences with Matt Murphy and database research re Boston production boxes (.60). | 0.60 | 75.00 |
| 07/24/02 | KJC | Telephone conference with BATracy re wrap up of conversion of electronic documents (0.10). | 0.10 | 27.50 |
| 07/24/02 | BAT | Draft criteria for preparing responsive archived EH&S documents from CDs for production (.40); conference with MThompson and scanning vendor re imaging of microfilm (.30) | 0.70 | 168.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 07/25/02 | KJC | Telephone conferences and e-mail exchanges with BATracy re production of documents to EPA (0.60); research tasks to be completed and forward appropriate e-mail messages to BATracy for tracking and completion (0.40); calls to D. Siegel and R. Emmett re production concerns (0.30). | 1.30 | 357.50 |
| 07/25/02 | BAT | Telephone conference with KJCoggon re assuming management of production of EPA and related issues (.30); draft task list for accomplishing production (.30); review e-mail re data replacement issues (.30) | 0.90 | 216.00 |
| 07/26/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.10); address inquiries and issues re document databases (0.30); telephone conference with R. Emmett re production options (0.20). | 0.60 | 165.00 |
| 07/26/02 | BAT | Telephone conference with MCLatuda re data needs to fix database and to provide database of Cambridge boxes to Dave Croce (.20); review e-mails re data replacement of document coding from ONSS (.20). | 0.40 | 96.00 |
| 07/26/02 | MCL | Prepare Excel spreadsheet from Lotus Notes Box Tracking database pursuant to request from David Croce of W.R. Grace (3.80); read and respond to e-mails with Matt Murphy of Casner & Edwards re remaining issues with ONSS and return of boxes and files to Cambridge (.30); conference with BATracy re resumption of document production to EPA and cleanup of Historical database re same (.30); begin review and editing of same to ascertain responsiveness of documents to be produced (3.10). | 7.50 | 937.50 |
| 07/29/02 | BAT | Prepare for meeting regarding producing documents to EPA (0.20); conference with IT Department personnel regarding steps to update database and obtain historical documents produced to EPA (1.5); conference with KJCoggon regarding issues with production (0.20). | 1.90 | 456.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 111 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 07/29/02 | MCL | Conference with BATracy, CCotts, MThompson, and WPayne re resumption of document production to EPA including status of loading of images and data (1.40); review and edit Historical database re responsiveness of documents (6.10). | 7.50 | 937.50 |
| 07/29/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 1.00 | 85.00 |
| 07/30/02 | KJC | Review and respond to email and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 07/30/02 | MCL | Review and edit Historical database re responsiveness of documents (2.10). | 2.10 | 262.50 |
| 07/30/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.00 | 510.00 |
| 07/31/02 | KJC | Review and respond to email and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 07/31/02 | BAT | Conference with MThomson regarding issues with microfilm scanning and data needs for producing historical documents (0.5). | 0.50 | 120.00 |
| 07/31/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.50 | 552.50 |

**Total Fees Through July 31, 2002:   168.70   $   24,178.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 4.30 | $   1,182.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 47.70 | 11,448.00 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 112 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| MCL | M Carla. Latuda | Paralegal | 125.00 | 37.70 | 4,712.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 3.00 | 375.00 |
| LCS | Loraine C. Street | Other | 85.00 | 76.00 | 6,460.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total Fees:** | | **168.70** | **$** | **24,178.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/10/02 | | Long Distance Telephone: calls made   02. | $ | 116.74 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Joan Sherman Boulder, Co | | 74.30 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Carla Latuda Denver, Co | | 64.36 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Carla Latuda Denver, Co | | 80.02 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Carla Latuda Denver, Co | | 70.49 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-11; Keith/Corey (Grace Room) Boulder, Co | | 15.44 |
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Carla Latuda Denver, Co | | 62.05 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/15/02 | | Outside Courier: VENDOR: DHL Worldwide Express; INVOICE#: 0009552179; DATE: 6/15/2002 - Courier, Acct. 905010308 06-14; Joan Sherman Boulder, Co | 76.21 |
| 06/19/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0018; DATE: 6/19/2002 - Temporary services week ending 06/12/02 - Louise Taylor | 128.00 |
| 06/28/02 | | Other Meal Expenses: VENDOR: Carla Latuda; INVOICE#: 06/28/02; DATE: 6/28/2002 - Denver, 6/25-6/27/02, Boston, MA, Document Review at Cambridge re: response to EPS's information requests, meals | 159.66 |
| 06/28/02 | | Parking: VENDOR: Carla Latuda; INVOICE#: 06/28/02; DATE: 6/28/2002 - Denver, 6/25-6/27/02, Boston, MA, Document Review at Cambridge re: response to EPS's information requests, parking | 45.00 |
| 06/28/02 | | Travel Expense: VENDOR: Carla Latuda; INVOICE#: 06/28/02; DATE: 6/28/2002 - Denver, 6/25-6/27/02, Boston, MA, Document Review at Cambridge re: response to EPS's information requests, travel expenses | 700.91 |
| 07/01/02 | 6 | Photocopies | 0.90 |
| 07/02/02 | | Long Distance Telephone: 6175423025 | 4.97 |
| 07/02/02 | | Long Distance Telephone: 6175423025 | 5.59 |
| 07/02/02 | | Other Expenses: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0021; DATE: 7/10/2002 - Temporary services week ending 07/02/02 - Erin Chylinski -34.00 hous | 384.00 |
| 07/08/02 | | Travel Expense: VENDOR: Susan Haag; INVOICE#: 053102; DATE: 7/8/2002 - aIRFARE - 05/17-05/19/2002 - Boston, MA | 395.50 |
| 07/09/02 | | Long Distance Telephone: 6175423025 | 0.70 |
| 07/09/02 | | Long Distance Telephone: 6175423025 | 0.87 |
| 07/09/02 | | Other Meal Expenses: VENDOR: Doug Wall; INVOICE#: 7-9-02; DATE: 7/9/2002 - Denver, 5/19-5/31/02, Boston, Travel to conduct Document Review WR Grace, Meals | 386.56 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 114 |
| Invoice No.: | 605512 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/09/02 | | Travel Expense: VENDOR: Doug Wall; INVOICE#: 7-9-02; DATE: 7/9/2002 - Denver, 5/19-5/31/02, Boston, Travel to conduct Document Review WR Grace, Travel Expenses | 2,701.81 |
| 07/11/02 | 2 | Facsimile | 2.00 |
| 07/11/02 | | Long Distance Telephone: 5613621533 | 0.05 |
| 07/11/02 | 22 | Photocopies | 3.30 |
| 07/11/02 | 20 | Photocopies | 3.00 |
| 07/11/02 | 610 | Photocopies | 91.50 |
| 07/11/02 | 751 | Photocopies | 112.65 |
| 07/12/02 | 1 | Facsimile | 1.00 |
| 07/15/02 | 6 | Facsimile | 6.00 |
| 07/15/02 | | Long Distance Telephone: 6178761400 | 0.78 |
| 07/15/02 | 10 | Photocopies | 1.50 |
| 07/19/02 | 1 | Facsimile | 1.00 |
| 07/19/02 | 6 | Photocopies | 0.90 |
| 07/24/02 | | Other Meal Expenses: VENDOR: Kelly Matthews; INVOICE#: 07/24/02; DATE: 7/24/2002 - Denver, 5/28-6/1/02, Mileage To/From Denver to Boulder, Lunch | 10.44 |
| 07/24/02 | | Travel Expense: VENDOR: Kelly Matthews; INVOICE#: 07/24/02; DATE: 7/24/2002 - Denver, 5/28-6/1/02, Mileage To/From Denver to Boulder, Lunch | 66.80 |
| 07/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18733; DATE: 7/25/2002 - Airfare, 8/12-8/15/02, Denver Boston Boston Denver, E. Stevenson | 440.50 |
| 07/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18753; DATE: 7/25/2002 - Airfare, 8/6-8/8/02, Denver Boston Boston Denver, K. Coggon | 514.50 |

Holme Roberts & Owen LLP

August 22, 2002

W.R. Grace

| | |
|---|---|
| Page | 115 |
| Invoice No.: | 605512 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/25/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18757; DATE: 7/25/2002 - Airfare, 8/27-8/30/02, Denver Boston Boston Denver, K. Coggon | 306.50 |
| 07/30/02 | | Long Distance Telephone: ith Trammel    DATE: 7/30/2002 | 25.20 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **7,061.70** |

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 45.00 |
| Photocopies | | 213.75 |
| Facsimile | | 10.00 |
| Long Distance Telephone | | 154.90 |
| Outside Courier | | 442.87 |
| Travel Expense | | 5,126.52 |
| Other Meal Expenses | | 556.66 |
| Other Expenses | | 512.00 |
| **Total Disbursements:** | **$** | **7,061.70** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | | *Outstanding Balance on Invoice 583055:* | *$ 17,487.80* |
| 585053 | 01/23/02 | Bill | 119,728.88 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

Kenneth W. Lund, first being duly sworn, deposes and says as follows:

1.      I am a partner with the applicant firm, Holme Roberts & Owen LLP and I am a member in good standing of the bar of the State of Colorado.

2.      I have personally performed certain of, and overseen the legal services rendered by Holme Roberts & Owen LLP as special environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#842059 v1

3.    The facts set forth in the foregoing Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

_Kenneth W. Lund_

Kenneth W. Lund

Subscribed and sworn to before me this _29th_ day of August, 2002, by Kenneth W. Lund.

Witness my hand and official seal.

My commission expires: _03-01-03_

Notary Public

#842059 v1

2