## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,

        Debtors.

Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO TENTH MONTHLY APPLICATION**
**OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL**
**COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2002**
**THROUGH MAY 31, 2002 [DOCKET NO. 2493]**

The undersigned hereby certifies that as of the date hereof, he has received no formal

answer, objection or any other responsive pleading to the Tenth Monthly Application (the

"Application") for Compensation of Kramer Levin Natalis & Frankel LLP, counsel to the Official

Committee of Equity Holders, filed on August, 5, 2002 [Docket No. 2493]. The undersigned further

certifies that he has reviewed the Court's docket in this case and no answer, objection or other

responsive pleading to the Application appears thereon. Pursuant to the Notice of Application,

objections were to be filed and served no later than 4:00 p.m. on August 25, 2002.

Pursuant to the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer

Levin Natalis & Frankel LLP $19,385.60 which represents 80% of the fees ($24,232.00) and

$2,299.11, which represents 100% of the expenses, for an aggregate amount of $21,684.71,

requested in the Application for the period, May 1 through May 31, 2001, upon the filing of this

Certification and without the need for entry of a Court order approving the Application.

WLM 37512.1

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____

Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200

Counsel to the Official Committee of
Equity Holders

Dated: September 12, 2002