## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee

June 1, 2002 through June 30, 2002
File #:           WR
Inv  #:          4744

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.90 | 1,304.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.70 | 327.50 |
| B18 | Fee Applications, Others | 7.60 | 764.00 |
| B25 | Fee Applications, Applicant - | 4.00 | 416.00 |
| B32 | Litigation and Litigation Consulting - | 14.80 | 2,645.00 |
| B37 | Hearings - | 3.20 | 640.00 |
| B40 | Employment Applications, Others - | 1.10 | 100.00 |
| | **Total** | 40.30 | **$6,196.50** |
| | **Grand Total** | **40.30** | **$6,196.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 175.00 | 3.50 | 612.50 |
| Theodore J. Tacconelli | 200.00 | 22.00 | 4,400.00 |
| Legal Assistant - DRS | 80.00 | 0.50 | 40.00 |
| Legal Assistant - LLC | 80.00 | 14.30 | 1,144.00 |
| **Total** | | **40.30** | **$6,196.50** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 4,697.48 |
|---|---|---|
| | **Total Disbursements** | **$4,697.48** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-03-02 | *Case Administration* - Finalize compensation procedures motion and form of order for e-filing | 0.50 | LLC |
|  | *Case Administration* - Draft Certificate of Service re: compensation procedures motion | 0.20 | LLC |
| Jun-04-02 | *Case Administration* - Review e-mail from J. Sakalo re: Frankford property owner | 0.10 | TJT |
|  | *Case Administration* - Prepare e-mail to J. Sakalo re: Frankford property | 0.10 | TJT |
|  | *Case Administration* - Review proposed Order re: Briefing Schedule for Bar Date for PI Claims | 0.10 | TJT |
| Jun-06-02 | *Case Administration* - Review pleading re: Wesconn Company's Motion for Relief from Stay | 0.10 | TJT |
|  | *Case Administration* - Update file | 0.50 | LLC |
| Jun-07-02 | *Case Administration* - Review pleading re: C. Gerard's Motion to Clarify Scope of PI | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Duane Morris' February 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Duane Morris' March 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Order re: Debtors' Assumption Assignment of Prime-Lease and Sub-Lease | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Order Authorizing Debtor to Retain Bankruptcy Management Corporation | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Debtors' Motion to Pay Estate Bonuses | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: PSZY&J's October 2001 - December 2001 Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Blackstone's January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: CNO's regarding Special Masters Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Eighth Supplemental Affidavit of J. Sprayragen | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Campbell Levine's January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
| Jun-08-02 | *Case Administration* - Review pleading re: McMahon and Riddlell's Motion to Compel | 0.20 | TJT |
|  | *Case Administration* - Review pleading re: Stipulation/ Order with Honeywell | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Stipulation/ Order with Caterpillar | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: L. Tersigni's January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Debtors' Response to E. Kellogg's Motion for Reconsideration | 0.10 | TJT |
|  | *Case Administration* - Review Debtors' April 2002 Operating Report | 0.10 | TJT |
| Jun-10-02 | *Case Administration* - Review pleading re: PSZY&J February 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: PSZY&J January - March 2002 | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Quarterly Fee Application | | |
| | *Case Administration* - Review pleading re: Certification of Counsel re: C. Gerard's Motion to Clarify Scope of PI | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Motion of GE Railcar Corp to Lift Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine's 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Strook Strook 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Lord re: Reed Smith's Tenth Monthly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Strook Strook Amended April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Update and revise service list and labels | 0.40 | LLC |
| Jun-11-02 | *Case Administration* - Review pleading re: Reed Smith April 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Kirkland and Ellis January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review correspondence re: Morion to Compel | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Notice or Agenda for 6/18/02 hearing | 0.20 | TJT |
| Jun-12-02 | *Case Administration* - Download and convert transcript of 6/6/02 hearing; e-mail to J. Sakalo per R. Miller | 0.50 | DRS |
| Jun-19-02 | *Case Administration* - Review pleading re: Amended Motion of GE Railcar Corp. for Relief from Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Certification of Counsel re: personal injury claim briefing schedule | 0.10 | TJT |
| | *Case Administration* - Review pleadings re: miscellaneous professional affidavits (17) | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Motion re: revised employee compensation program | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Motion to Assume and Assign Prime Lease and Sublease (Carteret) | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Kramer, Levin April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Update service list | 0.20 | LLC |
| Jun-20-02 | *Case Administration* - Review pleading re: Pittney Hardin April 2002 Fee Application | 0.10 | TJT |
| Jun-24-02 | *Case Administration* - Review letter from J. Sakalo to Committee re: CD ROM of pleadings | 0.10 | TJT |
| | *Case Administration* - Order transcript of 6/18/02 hearing | 0.10 | TJT |
| Jun-27-02 | *Case Administration* - Review e-mail from J. Sakalo re: 6/18/02 transcript | 0.10 | TJT |
| | *Case Administration* - Telephone call to Bankruptcy Court clerk re: 6/18/02 hearing transcript | 0.10 | TJT |
| Jun-28-02 | *Case Administration* - Teleconference with Bankruptcy Court re: 6/18/02 hearing transcript | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jun-30-02 | *Case Administration* - Review pleading re: Pitney Hardin January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleadings re: W. Smith May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PD Bar Date notification package | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins January 2002 - March 2002 Quarterly Fee Application | 0.10 | TJT |
| Jun-05-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Review e-mail from K. Thomas re: reschedule Committee teleconference | 0.10 | TJT |
| Jun-06-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Attend Committee teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or Equity Holders'* - Teleconference with Committee | 0.50 | TJT |
| Jun-13-02 | *Committee, Creditors', Noteholders' or Equity Holders'* -Teleconference with Committee | 0.50 | TJT |
| Jun-27-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Review e-mail from K. Thompson re: rescheduled committee teleconference | 0.10 | TJT |
| Jun-02-02 | *Fee Applications, Others* - Prepare e-mail to paralegal re: Bilzin's Ninth Interim Fee Application | 0.10 | TJT |
| Jun-03-02 | *Fee Applications, Others* - Review CNO and docket re: Bilzin Sumberg Ninth Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review CNO and docket re: First Interim Fee Application of Hamilton Rabinovitz | 0.10 | TJT |
| | *Fee Applications, Others* - Review CNO and docket re: Committee's Seventh Interim Request for Reimbursement | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: objections to docket nos. 2038, 2039 and 2040 | 0.20 | LLC |
| | *Fee Applications, Others* - Draft CNO re: docket no. 2038 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Draft CNO re: docket no. 2039 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Draft CNO re: docket no. 2040 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CNO re: docket no. 2038 | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CNO re: docket no. 2039 | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CNO re: docket no. 2040 | 0.40 | LLC |
| Jun-07-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: First Hilsoft Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review and revise First Hilsoft Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Finalize 1st Hilsoft Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: 1st Hilsoft Fee Application | 0.10 | LLC |
| | Fee Applications, Others - E-file and serve 1st Hilsoft Fee Application | 0.50 | LLC |
| Jun-14-02 | *Fee Applications, Others* - Review docket re: objections to No. 2107 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare CNO re: No. 2107 and Certificate of Service | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - E-file and serve CNO re: No. 2107 | 0.60 | LLC |
| Jun-17-02 | *Fee Applications, Others* - Prepare letter to G. Boyer re: CNO/CDG's Fee Application | 0.10 | TJT |
| Jun-24-02 | *Fee Applications, Others* - Review correspondence from e-mail from J. Sakalo re: Bilzin's April 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin's April 2002 Fee Application for filing | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to paralegal re: Bilzin's April 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Finalize Bilzin 10th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Bilzin 10th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve 10th Bilzin Fee Application | 0.70 | LLC |
| Jun-25-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo, Esquire re: Bilzin April 2002 Fee Application | 0.10 | TJT |
| Jun-28-02 | *Fee Applications, Others* - Review e-mail from J. Sakalo re: 8th interim request for reimbursement of expenses for committee members | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail re: 8th interim request for reimbursement of expenses for committee members | 0.10 | TJT |
| | *Fee Applications, Others* - Finalize 8th Committee Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Draft Certificate of Service re: 8th Committee Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve 8th Committee Fee Application | 0.60 | LLC |
| Jun-02-02 | *Employment Applications, Others* - Prepare e-mail to paralegal re: Hillsoft Retention Order | 0.10 | TJT |
| Jun-03-02 | *Employment Applications, Others* - Call to R. Bello at Bankruptcy Court re: Hilsoft order | 0.10 | LLC |
| Jun-07-02 | *Employment Applications, Others* - Finalize response and motion affidavits for e-filing | 0.50 | LLC |
| | *Employment Applications, Others* - Prepare Certificate of Service re: response and motion | 0.20 | LLC |
| Jun-25-02 | *Employment Applications, Others* - Review and research docket re: Hilsoft retention order | 0.20 | LLC |
| Jun-06-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of Motion to Retain Special Counsel | 0.20 | TJT |
| Jun-07-02 | *Litigation and Litigation Consulting* - Review e-mail from J.Sakalo re: draft of Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Exhibits to Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review revised draft of Motion to Retain Special Counsel | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: revised draft of Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Exhibit A to Motion to Retain Special Counsel | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: form of order re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare Exhibit A to Motion to Retain Special Counsel for e-filing | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: proposed form of order re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Andrews re: Affidavits In Support of Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: proposed budget re: Motion to Retain Special Counsel | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: Affidavit of Darryl Scott | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: Affidavit of R. Turkowitz | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: Affidavit of T. Sobol | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Matthews re: Westbrook Affidavit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare Affidavits for e-filing | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review and revise Budget re: Motion to Retain Special Counsel | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - File and serve Motion to Retain Special Counsel | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review pleading re: Debtors' Proposed Budget | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Debtors' Proposed Budget | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Matthews re: Westbrook Affidavit | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Serve copy of Motion to Retain Special Counsel on D. Bernick by fax | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Matthews re: Affidavits in Support of Motion to Retain Special Counsel | 0.10 | TJT |
| Jun-08-02 | *Litigation and Litigation Consulting* - Review correspondence and e-mail | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | from J. Sakalo re: Debtors' Proposed Budget | | |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Debtors' Proposed Budget | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - File Administration | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Certification of Counsel re: Procedure Order | 0.10 | TJT |
| Jun-09-02 | *Litigation and Litigation Consulting* - Prepare letter to J. Sakalo re: Motion to Retain Special Counsel | 0.10 | TJT |
| Jun-10-02 | *Litigation and Litigation Consulting* - Prepare Notice of Filing re: Westbrook Affidavit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: Notice of Filing Westbrook Affidavit | 0.10 | TJT |
| Jun-11-02 | *Litigation and Litigation Consulting* - Teleconference with Mr. Sakalo | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to T. Tacconelli re: conversation with Mr. Sakalo | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Review pleading re: Debtors' Omnibus Objection to ZAI Proofs of Claim | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Matthew re: McGarvey Affidavit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review McGarvey Affidavit 2002 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Westbrook Affidavit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Revise Notice of Filing re: Affidavits | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare documents for e-filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - File Notice of Filing of Affidavits Reconsideration | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Revise notice of filing affidavits and Certificate of Service | 0.20 | LLC |
| Jun-19-02 | *Litigation and Litigation Consulting* - Review Court Order; e-mail to Mr. Baena | 0.20 | RSM |
| Jun-20-02 | *Litigation and Litigation Consulting* - Prepare and revise Motion for Clarification of PD Bar Date Order | 2.50 | RSM |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion for Clarification | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Motion for Clarification | 0.10 | TJT |
| Jun-21-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: ZAI Order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion for Clarification | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with R. Miller re: Motion for Clarification | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Motion for Clarification | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Motion for Clarification |  |  |
|  | *Litigation and Litigation Consulting* - Review e-mail from T. Tacconelli re: Motion for Clarification | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Prepare notice of motion for clarification | 0.30 | LLC |
|  | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: motion for clarification | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - E-file and serve motion for clarification and amended motion for clarification | 1.20 | LLC |
| Jun-24-02 | *Litigation and Litigation Consulting* - Prepare letter to J. Sakalo re: Motion for Clarification | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' proposed budget | 0.20 | TJT |
| Jun-28-02 | *Litigation and Litigation Consulting* - Review ZAI Claimant's Motion for Leave to Appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: ZAI Claimant's Motion for Leave to Appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Debtors' Personal Injury Brief | 0.50 | TJT |
| Jun-29-02 | *Litigation and Litigation Consulting* - Review e-mail from J.Sakalo re: ZAI Claimant's Motion for Leave to Appeal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: ZAI's Motion for Leave to Appeal | 0.10 | TJT |
| Jun-18-02 | *Hearings*- Prepare for hearing | 0.20 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 3.00 | TJT |
| Jun-06-02 | *Fee Applications, Applicant* -  Prepare 12th monthly Fee Application | 0.50 | LLC |
| Jun-18-02 | *Fee Applications, Applicant* - - Review Fee Auditor's initial report | 0.20 | LLC |
| Jun-19-02 | *Fee Applications, Applicant* - Review auditors' report re: Ferry, Joseph & Pearce First Quarterly 2002 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re: Auditor's Report re: Ferry Joseph & Pearce Fee Application | 0.10 | TJT |
| Jun-26-02 | *Fee Applications, Applicant* - Review April 2002 fee details for Ferry, Joseph & Pearce | 0.50 | TJT |
| Jun-27-02 | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce April 2002 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare fee detail for 12th monthly Fee Application | 1.70 | LLC |
| Jun-28-02 | *Fee Applications, Applicant* - Revise and finalize 12th Fee Application for e-filing | 0.30 | LLC |
|  | *Fee Applications, Applicant* - E-file and serve 12th Fee Application | 0.50 | LLC |
|  | **Totals** | **40.30** |  |

## DISBURSEMENTS

Disbursements

| | | |
|---|---|---|
| Jun-02-02 | *Expenses* - Fax | 6.00 |
| Jun-03-02 | *Expenses* -  TriState Courier & Carriage | 52.50 |
|  | *Expenses* - Doman Transcribing & Recording Services | 111.00 |
|  | *Expenses* - Copying cost - 540 @ .15 | 81.00 |
|  | *Expenses* - Postage - 8 @ 1.72 | 13.76 |
|  | *Expenses* - Copying cost - 361 @ .15 | 54.15 |

| Date | Description | Amount |
|---|---|---|
| Jun-04-02 | *Expenses* - Fax | 51.00 |
| Jun-05-02 | *Expenses* - Reimbursement to Michael B. Joseph for *Expenses* to Bankruptcy Court | 180.00 |
| | *Expenses* - TriState Courier & Carriage - delivery service | 55.00 |
| | *Expenses* - Parcel's, Inc. | 203.45 |
| Jun-06-02 | *Expenses* - Theodore J. Tacconelli - Reimbursement of travel *Expenses* | 176.00 |
| Jun-07-02 | *Expenses* - Fax | 80.00 |
| | *Expenses* - Fax | 5.00 |
| | *Expenses* - Fax | 5.00 |
| | *Expenses* - Fax | 5.00 |
| | *Expenses* - Fax | 80.00 |
| Jun-10-02 | *Expenses* - Copying cost | 37.80 |
| Jun-11-02 | *Expenses* - Copying cost | 6.75 |
| Jun-12-02 | *Expenses* - Parcel's, Inc. | 295.00 |
| Jun-13-02 | *Expenses* - Fax | 12.00 |
| Jun-18-02 | *Expenses* - Parcel's, Inc. | 145.00 |
| | *Expenses* - Parcel's, Inc. | 2,825.10 |
| | *Expenses* - Virtual Docket | 22.20 |
| | *Expenses* - TriState Courier & Carriage - delivery service | 35.00 |
| Jun-20-02 | *Expenses* - Copying cost | 16.05 |
| Jun-25-02 | *Expenses* - Copying cost - 209 @ .15 | 31.35 |
| | *Expenses* - Postage - 11 @ .80 | 8.80 |
| Jun-27-02 | *Expenses* -  TriState Courier & Carriage - delivery service | 65.00 |
| Jun-30-02 | *Expenses* - PACER Service Center - (Billing period of 4/01/02 - 6/30/02) | 38.57 |

**Totals** $4,697.48

**Total Fees & Disbursements** $10,893.98

**Balance Due Now** $10,893.98