<u>**Exhibit B-1**</u>

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                April 1, 2002 through April 30, 2002
                                                     File #:          WR
                                                     Inv #:         4742

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 10.70 | 1,595.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 5.70 | 1,080.00 |
| B18 | Fee Applications, Others | 6.40 | 706.00 |
| B25 | Fee Applications, Applicant - | 1.90 | 152.00 |
| B32 | Litigation and Litigation Consulting - | 0.90 | 167.50 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 21.50 | 4,230.00 |
| B35 | Travel/Non-working - | 3.60 | 540.00 |
| | **Total** | **50.70** | **$8,470.50** |
| | **Grand Total** | **50.70** | **$8,470.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 175.00 | 6.30 | 1,102.50 |
| Theodore J. Tacconelli | 100.00 | 1.80 | 180.00 |
| Theodore J. Tacconelli | 200.00 | 31.50 | 6,300.00 |
| Legal Assistant - LLC | 80.00 | 11.10 | 888.00 |
| **Total** | | **50.70** | **$8,470.50** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 5,198.73 |
|---|---|---|
| | **Total Disbursements** | **$5,198.73** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-04-02 | *Case Administration* - Review docket re: objections to #1773 | 0.20 | LLC |
| Apr-05-02 | *Case Administration* - Review Order re: Dreier | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to S. Baena and J. Sakalo re: Order re: Dreier | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PI Motion to Modify Transfer Order | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re: PI Committee's Motion to Amend Transfer Order | 0.10 | TJT |
| | *Case Administration* - E-mail pleadings to R. Bello at Bankruptcy Court | 0.20 | LLC |
| Apr-08-02 | *Case Administration* - Review docket re: amended administrative order | 0.30 | LLC |
| | *Case Administration* - Review order appointing Fee Auditor | 0.10 | LLC |
| Apr-09-02 | *Case Administration* - Review e-mail from J. Sakalo re: new Motion Procedure Rules | 0.10 | TJT |
| | *Case Administration* - Review new proposed Order re: Motion Procedures | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re: new Motion Procedures | 0.10 | TJT |
| Apr-12-02 | *Case Administration* - Review correspondence from F. Perch to Committees re: Malignancy Committee | 0.10 | TJT |
| | *Case Administration* - Review proposed PD Bar Date Order | 0.20 | TJT |
| | *Case Administration* - Review correspondence re: letter from D. Bernick to F. Perch re: Malignancy Committee | 0.10 | TJT |
| | *Case Administration* - Review correspondence re: letter from J. Sakalo to Committee re: Malignancy Committee | 0.10 | TJT |
| | *Case Administration* - Review docket re: amended administrative order | 0.20 | LLC |
| Apr-15-02 | *Case Administration* - Review pleading re: Pitney Hardin January 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Kirkland and Ellis February 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Wallace King February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris January 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe and Johnson July 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe and Johnson September 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe and Johnson November 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe and Johnson December 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pachulski Stang Ziehl Young & Jones January 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith February 2002 Fee Application | 0.10 | TJT |
| Apr-17-02 | *Case Administration* - Prepare e-mail to J. Sakalo re: Malignancy Committee | 0.10 | TJT |
| Apr-18-02 | *Case Administration* - Review agenda for 4/22/02 hearing | 0.10 | TJT |
| Apr-19-02 | *Case Administration* - Confer with T. Tacconelli re: scheduling matters | 0.20 | RSM |
| | *Case Administration* - Review memo from CDG re: Debtors' Proposed Employee Retention/Severance Programs | 0.10 | TJT |
| | *Case Administration* - Review memo from CDG re: 2001 Operating Results | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review memo from CDG re: 2002 Operating Plan | 0.10 | TJT |
| | *Case Administration* - prepare e-mail to J. Sakalo re: 4/22/02 hearing | 0.10 | TJT |
| Apr-22-02 | *Case Administration* - Review pleading re: L. Tersigni February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplan Drysdale's February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order re: Appointment of Fee Auditor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Kramer Levin February 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Blackstone's February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holme Roberts February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Statement of Amounts Paid to Ordinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards February 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Supplement in Opposition to E. Kellogg's Motion to Annul Automatic | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Amended Application to Employer and Retain PriceWaterhouseCoopers | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Application to Employ and Retain Bankruptcy Management Corporation as Claims Agent | 0.20 | TJT |
| | *Case Administration* - Retrieve and review signed amended administrative order | 0.30 | LLC |
| | *Case Administration* - Retrieve former fee applications to send to Fee examiner | 0.60 | LLC |
| Apr-23-02 | *Case Administration* - Call to information re: phone no. for Warren Smith | 0.10 | LLC |
| | *Case Administration* - Call to Warren Smith re: previous Fee Applications | 0.10 | LLC |
| | *Case Administration* - Retrieve and copy prior Fee Applications and send to Fee Examiner | 1.20 | LLC |
| Apr-24-02 | *Case Administration* - Review letter from D. Carickhoff re: new procedure re: fee applications | 0.10 | TJT |
| | *Case Administration* - Review Debtors' Monthly Operating Report for February 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin February 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Motion to Assume and Assign Real Estate Property Leases re: Liburn, GA | 0.10 | TJT |
| | *Case Administration* - Review pleadings re: E. Kellogg's Response to Debtors' Supplemental Reply to Motion to Lift Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock Stroock February 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Case Management Procedures Hearing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Scheduling Order | | |
| | *Case Administration* - Conform fee details and billing procedures with amended admin order | 0.70 | LLC |
| | *Case Administration* - Update and revise service list | 0.50 | LLC |
| Apr-27-02 | *Case Administration* - Review pleading re: Motion of Union Tank Company to Compel Assumption/Rejection of Lease | 0.10 | TJT |
| Apr-30-02 | *Case Administration* - Review pleading re: Debtors' Notices of filings of ZAI Proof of Claim and Notice of Hearing | 0.10 | TJT |
| | *Case Administration* - Review Order re: Correcting Transfer of PI Claims to Judge Wolin | 0.10 | TJT |
| | *Case Administration* - Review pleading re: E. Kellogg's Motion for Reconsideration | 0.10 | TJT |
| | *Case Administration* - Review Order Requiring Debtors' Counsel to Submit Copies of ZAI Proofs of Claim to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Review Order re: PD Claims Bar Date | 0.10 | TJT |
| Apr-04-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Attend Committee Teleconference | 1.20 | RSM |
| | *Committee, Creditors', Noteholders' or Equity Holders'* - Teleconference with Committee | 1.80 | TJT |
| Apr-09-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Review e-mail from K. Dennis re: cancellation of weekly Committee conference call | 0.10 | TJT |
| Apr-12-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Review e-mail from J. Sakalo re: Committee meeting | 0.10 | TJT |
| Apr-16-02 | *Committee, Creditors', Noteholders' or Equity Holders'* -Attend Committee Teleconference | 0.80 | RSM |
| | *Committee, Creditors', Noteholders' or Equity Holders'* - Teleconference with Committee | 0.90 | TJT |
| Apr-25-02 | *Committee, Creditors', Noteholders' or Equity Holders'* - Attend Committee Teleconference | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or Equity Holders'* - Teleconference with Committee | 0.40 | TJT |
| Apr-04-02 | *Fee Applications, Others* - Review CNO for Fee Application | 0.10 | RSM |
| Apr-05-02 | *Fee Applications, Others* - Review 6th Interim Application for Reimbursement; e-mail to Mr. Sakalo | 0.30 | RSM |
| | *Fee Applications, Others* - Finalize 6th Committee Fee Application and Notice for filing | 0.30 | LLC |
| | *Fee Applications, Others* - Draft Certificate of Service re: Committee 6th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve Committee 6th Fee Application | 0.70 | LLC |
| | *Fee Applications, Others* - Call to Co-counsel re: 6th Committee Fee Application | 0.10 | LLC |
| Apr-26-02 | *Fee Applications, Others* - Review February 2002 Time Records for Fee Application | 0.50 | TJT |
| | *Fee Applications, Others* - Review March 2002 Time Records for Fee Application | 0.30 | TJT |
| Apr-27-02 | *Fee Applications, Others* - Review e-mail from J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 | TJT |
| Apr-29-02 | *Fee Applications, Others* - Review e-mail and attachments re: Bilzin Fee | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Application | | |
| | *Fee Applications, Others* - Call to J. Sakalo re: Bilzin Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Draft Certificate of Service re: Bilzin Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin February 2002 Fee Application | 0.80 | LLC |
| Apr-30-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Bilzin February 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: CNO re: Bilzin 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review pleading re: CNO re: Committee's Sixth Interim Application for Reimbursement of Expenses | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: objections to docket nos. 1842 & 1901 | 0.20 | LLC |
| | *Fee Applications, Others* - Draft CNO re: docket no. 1842 and Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Others* - Draft CNO re: docket no. 1901 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CNO re: Docket no. 1901 and Certificate of Service | 0.50 | LLC |
| | *Fee Applications, Others* - E-file and serve CNO re: docket no. 1842 and Certificate of Service | 0.50 | LLC |
| Apr-01-02 | *Fraudulent Conveyance Adv. Proceeding* - Review Fresenics Answer | 0.30 | TJT |
| Apr-02-02 | *Fraudulent Conveyance Adv. Proceeding* - Review Sealed Air Answer to Complaint | 0.30 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Defendant's Motion to Intervene and Memorandum In Support Thereof | 0.30 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to S. Baena and R. Turken re: Sealed Air Answer and Debtor's Motion to Intervene | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review e-mail from R. Turken re: Sealed Air Answer and Debtor's Motion to Intervene | 0.10 | TJT |
| Apr-03-02 | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: Request for Production of Documents to Sealed Air and Cryovac, Inc. | 0.20 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: discovery to Sealed Air Corporation and Cryovac, Inc. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski, Esquire re: discovery to Sealed Air and Cryovac | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom and N. Finch re: discovery to Sealed Air and Cryovac | 0.30 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: Request for Production of Documents to Sealed Air | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: Request for Production of Documents to Cryovac | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare Notice of Service of Request for Production of Documents to Sealed Air Corporation | 0.30 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare Notice of Service re: Request for Production of Documents to Cryovac, Inc. | 0.30 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski re: discovery to Sealed Air and Cryovac | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | re: discovery to Sealed Air Corporation and Cryovac |  |  |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review re: e-mail from M. Zaleski re: Consolidation Order re: Fraudulent Transfer cases | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review Consolidation Order | 0.20 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski, Esquire re: Consolidation Order | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: Consolidation Order | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review and revise Request for Production of Documents to Sealed Air Corporation | 1.00 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review and revise Request for Production of Documents to Cryovac | 1.00 | TJT |
| Apr-04-02 | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to M. Widom re: discovery to Sealed Air and Cryovac | 0.20 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Telephone conference with M. Widom's secretary re: discovery to Sealed Air and Cryovac | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to M. Widom's secretary re: discovery to Sealed Air and Cryovac | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review and revise Request for Production of Documents to Sealed Air Corp. | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review and revise Request for Production of Documents to Sealed Air Corp. | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review and revise Request for Production of Documents to Cryovac | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski, Esquire re: discovery to Sealed Air and Cryovac | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare Notice of Service of Request for Production of Documents to Sealed Air Corp. for e-filing | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare Notice of Service of Request for Production of Documents to Cryovac for e-filing | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - File Notice of Service and complete service of Request for Production of Documents to Sealed Air Corporation | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - File Notice of Service and serve Request for Production of Documents to Cryovac | 0.50 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with C. Christen re: Request for Production of Documents to Sealed Air Corporation and Cryovac | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review pleading re: Sealed Air Corp. and Cryovac, Inc.'s Joinder in Debtors Motion to Intervene | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare letter to local counsel for debtors and committees re: discovery to Sealed Air Corporation and Cryovac | 0.20 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to J. Sakalo and T. Swett re: request by DOJ for copies of discovery | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Review e-mail from J. Sakalo re: DOJ's request for copies of discovery | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Prepare Notice of Service of Request for Production of Documents to Cryovac for e-filing | 0.10 | TJT |
|  | *Fraudulent Conveyance Adv. Proceeding* - Correspondence re: letter dated April 4, 2002 from M. Widom to M. Browdy with enclosures re: discovery | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | to W.R. Grace | | |
| | *Fraudulent Conveyance Adv. Proceeding* - Retrieve voice mail message from M. Widom re: service of subpoena on debtors re: discovery and fraudulent transfer litigation | 0.10 | TJT |
| Apr-05-02 | *Fraudulent Conveyance Adv. Proceeding* - Review Court Order re: Special Master | 0.20 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Review e-mail from J. Sakalo to committee re: discovery | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Telephone call to M. Widom re: subpoena | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: subpoena | 0.10 | TJT |
| Apr-08-02 | *Fraudulent Conveyance Adv. Proceeding* - Review e-mail from M. Widom re: subpoena | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Telephone call to M. Widom re: subpoena | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: subpoena | 0.10 | TJT |
| Apr-09-02 | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: e-mail from M. Widom re: subpoena | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Hurford re: service of papers in fraudulent transfer litigation | 0.10 | TJT |
| Apr-10-02 | *Fraudulent Conveyance Adv. Proceeding* - Review subpoena to Analysis Research Planning Corp. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Download Certificate of Service re: subpoena to Analysis Research Planning Corp. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski re: service of subpoena to Analysis Research Planning Corp. | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with J. Sakalo re: Debtors' Motion to Intervene | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: letter from B. Friedman to Committee Council re: meeting with Judge Wolin | 0.10 | TJT |
| Apr-11-02 | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with Mr. Sakalo re: Response to Motion to Intervene | 0.10 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with Mr. Sakalo re: Motion to Intervene | 0.20 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare, file and serve Response to Motion to Intervene | 1.30 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with R. Miller re: Consolidation Order | 0.10 | TJT |
| Apr-12-02 | *Fraudulent Conveyance Adv. Proceeding* - Confer with T. Tacconelli re: Fraudulent Transfer Matters | 0.30 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence from Mr. Friedman re: scheduling conference | 0.10 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: B. Friedman to Judge Wolin re: 4/15/02 Status Conference | 0.10 | TJT |
| Apr-13-02 | *Fraudulent Conveyance Adv. Proceeding* - Review PI's Objection to Debtors' Motion to Intervene | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: 4/15/02 Status Conference | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Apr-14-02 | *Fraudulent Conveyance Adv. Proceeding* - Prepare for 4/15/02 Status Conference | 1.00 | TJT |
| Apr-15-02 | *Fraudulent Conveyance Adv. Proceeding* - Review Court filings; e-mail to Mr. Sakalo | 0.20 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with Judge Wolin's chambers re: 4/15/02 Status Conference | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Confer with B. Fredmand, R. Fleishman, R. Turkin, M. Widom, N. Finch and P. Lockwood | 0.50 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Status Conference with Judge Wolin | 0.60 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Confer with B. Fredmand, R. Fleishman, R. Turkin, M. Widom, N. Finch and P. Lockwood | 0.50 | TJT |
| Apr-16-02 | *Fraudulent Conveyance Adv. Proceeding* - Confer with T. Tacconelli re: scheduling matters | 0.30 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Witness Disclosure by Sealed Air Corporation | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Witness Disclosure by W.R. Grace | 0.10 | TJT |
| Apr-17-02 | *Fraudulent Conveyance Adv. Proceeding* - Review Court's Discovery Order | 0.10 | RSM |
| | *Fraudulent Conveyance Adv. Proceeding* - Retrieve voice mail from Barron's reporter | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Return call to Barron's reporter re: no comment | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with J. Sakalo re: discovery | 0.10 | TJT |
| Apr-18-02 | *Fraudulent Conveyance Adv. Proceeding* - Review letter from B. Friedman to Judge Wolin re: budget | 0.10 | TJT |
| Apr-19-02 | *Fraudulent Conveyance Adv. Proceeding* - Review pleading re: Notice of Service of discovery re: Responses by Sealed Air and Cryovac to Plaintiff's First Set of Requests for Production of Documents | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Debtors' Reply in Support of Motion to Intervene | 0.50 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to S. Baena and J. Sakalo re: Debtors' Reply in Support of Motion to Intervene | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to B. Friedman re: Debtors' Reply in Support of Motion to Intervene | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Debtors' Reply in Support of Motion to Intervene | 0.50 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Sealed Air/ Cryovac's Response to First Set of Request for Production of Documents | 0.60 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to J. Sakalo re: Sealed Air/Cryovac's Response to First Set of Request for Production | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to B. Friedman re: Sealed Air/Cryovac's Responses to First Set of Request for Production of Documents | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to J. Sakalo re: Debtors' Reply in Support of Motion to Intervene and discovery responses | 0.10 | TJT |
| Apr-20-02 | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to J. Sakalo re: Witness Disclosures | 0.10 | TJT |
| Apr-21-02 | *Fraudulent Conveyance Adv. Proceeding* - Review letter from California | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | State Board of Equalization re: tax appeal case | | |
| Apr-22-02 | *Fraudulent Conveyance Adv. Proceeding* - Telephone call to M. Widom re: witness designations | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Widom re: witness designation | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review e-mail from M. Widom re: Debtors' Response to Request for Production of Documents | 0.10 | TJT |
| Apr-23-02 | *Fraudulent Conveyance Adv. Proceeding* - Review pleading re: Witness Disclosure | 0.10 | TJT |
| Apr-24-02 | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: e-mail from M. Widom re: Debtors' Response to First Request for Production of Documents | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review Debtors' Responses to First Set of Request for Production of Documents | 0.50 | TJT |
| Apr-25-02 | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with B. Friedman re: discovery/Motion to Compel | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Review letter from B. Friedman to Judge Wolin re: oral argument on Debtors' Motion to Intervene | 0.10 | TJT |
| Apr-26-02 | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: e-mail from J. Sakalo to B. Friedman re: retention of Milberg Weiss | 0.10 | TJT |
| Apr-27-02 | *Fraudulent Conveyance Adv. Proceeding* - Prepare e-mail to J. Sakalo re: Retention of Milberg Weiss | 0.10 | TJT |
| Apr-29-02 | *Fraudulent Conveyance Adv. Proceeding* - Review correspondence re: Affidavit of B. Friedman In Support of Retention of Milberg Weiss | 0.20 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with M. Zaleski re: Application to Retain Milberg Weiss | 0.10 | TJT |
| | *Fraudulent Conveyance Adv. Proceeding* - Teleconference with J. Sakalo re: Application to Retain Milberg Weiss | 0.10 | TJT |
| Apr-15-02 | *Travel/Non-working* - Travel to Newark | 1.80 | TJT |
| | *Travel/Non-working* - Travel from Newark | 1.80 | TJT |
| Apr-05-02 | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re: notice procedures re: PD Bar Date | 0.10 | TJT |
| Apr-11-02 | *Litigation and Litigation Consulting* - E-mail to Mr. Baena re: Daubert Hearings | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Review correspondence from US Trustee re: Malignancy Committee | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Review correspondence from Mr. Bernick re: Daubert Hearings | 0.10 | RSM |
| Apr-12-02 | *Litigation and Litigation Consulting* - Review e-mail from D. Speights re: Notice Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena to D. Speights re: Notice Program | 0.10 | TJT |
| Apr-25-02 | *Litigation and Litigation Consulting* - Review Court Orders | 0.20 | RSM |
| Apr-26-02 | *Litigation and Litigation Consulting* - Review e-mail from D. Speights re: Asbestos claims | 0.10 | TJT |
| Apr-04-02 | *Fee Applications, Applicant* - Draft Certificate of No Objections re: #1773 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-file and serve CNO re: #1773 and Certificate of Service | 0.80 | LLC |
| Apr-30-02 | *Fee Applications, Applicant* - Prepare 10th Fee Application and attachments | 0.60 | LLC |

| | | | |
|---|---|---:|---:|
| | *Fee Applications, Applicant* - Prepare 11th Fee Application and attachments | 0.20 | LLC |
| **Totals** | | **50.70** | |

**DISBURSEMENTS**     Disbursements

| | | |
|---|---|---:|
| Apr-01-02 | *Expenses* - Parcel's, Inc. | 4,331.95 |
| | *Expenses* - Parcel's, Inc. | 20.55 |
| | *Expenses* - TriState Courier & Carriage | 30.00 |
| Apr-02-02 | *Expenses* - Federal Express | 18.92 |
| | *Expenses* - Fax to R. Turken, Esquire | 44.00 |
| | *Expenses* - Fax to R. Turken, Esquire | 17.00 |
| Apr-05-02 | *Expenses* - Copying cost (512 @ .15) | 76.80 |
| | *Expenses* - Postage (9 @ 1.49) | 13.41 |
| Apr-08-02 | *Expenses* - Reliable Copy Service | 221.08 |
| Apr-10-02 | *Expenses* - PACER Service Center | 30.73 |
| Apr-12-02 | *Expenses* - Federal Express | 15.64 |
| Apr-17-02 | *Expenses* - TriState Courier & Carriage | 55.00 |
| | *Expenses* - Fax to B. Friedman, Esquire | 4.00 |
| | *Expenses* - Fax to J. Sakalo, Esquire and S. Baena, Esquire | 19.00 |
| Apr-19-02 | *Expenses* - Fax to J. Sakalo, Esquire | 19.00 |
| | *Expenses* - Fax to B. Friedman, Esquire | 32.00 |
| | *Expenses* - Fax to B. Friedman, Esquire | 19.00 |
| | *Expenses* - Fax to J. Sakalo, Esquire | 32.00 |
| Apr-22-02 | *Expenses* - TriState Courier & Carriage | 45.00 |
| Apr-24-02 | *Expenses* - PACER Service Center | 1.54 |
| Apr-25-02 | *Expenses* - Federal Express | 22.75 |
| Apr-26-02 | *Expenses* - Federal Express | 75.82 |
| Apr-30-02 | *Expenses* - Federal Express | 15.64 |
| | *Expenses* - Copying cost 210 @ .15 | 31.50 |
| | *Expenses* - Postage 8 @ .80 | 6.40 |

| | |
|---|---:|
| **Totals** | **$5,198.73** |
| **Total Fees & Disbursements** | **$13,669.23** |
| **Balance Due Now** | **$13,669.23** |