IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING AND ALLOWING FIFTH INTERIM FEE APPLICATION REQUEST OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2002 THROUGH JUNE 30, 2002**

AND NOW, to wit this ____ day of _____, 2002, the Court having heard the Fifth Interim Fee Application Request of Ferry, Joseph & Pearce, P.A. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2002 through June 30, 2002, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Ferry, Joseph & Pearce, P.A. in the amount of $26,113.00 and expenses in the amount of $10,994.77.

_____
UNITED STATES BANKRUPTCY COURT JUDGE