IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 2, 2002 at 4:00 p.m**. |
| | ) | **Hearing Date: November 25, 2002 @ 10:00 a.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that on September 12, 2002 the **Fifth Interim Fee Application Request of Ferry, Joseph & Pearce, P.A. For Approval And Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for The Period of April 1, 2002 Through June 30, 2002** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $26,113.00 and reimbursement of expenses in the amount of $10,994.77 for the quarterly period of April 1, 2002 through June 30, 2002.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before October 2, 2002 at 4:00 p.m. prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD ON NOVEMBER 25, 2002 at 10:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 12, 2002             FERRY, JOSEPH & PEARCE, P.A.

　　　　　　　　　　　　　　　　　　　　　 /s/Rick S. Miller
　　　　　　　　　　　　　　　　　　　　Michael B. Joseph (#392)
　　　　　　　　　　　　　　　　　　　　Theodore J. Tacconelli (#2678)
　　　　　　　　　　　　　　　　　　　　Rick S. Miller (#3418)
　　　　　　　　　　　　　　　　　　　　824 Market Street, Suite 904
　　　　　　　　　　　　　　　　　　　　P.O. Box 1351
　　　　　　　　　　　　　　　　　　　　Wilmington, DE. 19899
　　　　　　　　　　　　　　　　　　　　(302) 575-1555
　　　　　　　　　　　　　　　　　　　　Local Counsel to the Official Committee of
　　　　　　　　　　　　　　　　　　　　Asbestos Property Damage Claimants

SERVICE LIST

Ferry, Joseph & Pearce, P.A.
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Flr.
1201 N. Market Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022