IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Case No. 01-01139 (JKF) |
| | : |
| | : Jointly Administered |
| W. R. GRACE & CO., et al., | : |
| | : Chapter 11 |
| | : |
| Debtors. | : Hearing Date: October 28, 2002 at 12:00 p.m. |
| | : Objection Date: September 30, 2002 at 4:00 p.m. |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the **Motion of Bank of America, N.A. for Limited Relief from the Automatic Stay to Enable Setoff of Deminimis Deposit Account Balance Against Outstanding Letter of Credit Obligations** ( "Motion") has been filed with the United States Bankruptcy Court for the District of Delaware; and

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel so as to be actually received by such counsel not later than **4:00 p.m. on September 30, 2002**. A hearing on the Motion will be held before The Honorable Judith K. Fitzgerald on **October 28, 2002 at 12:00 p.m.**

RLF1-2505168-2

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES ARE TIMELY FILED, SERVED AND RECEIVED, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 12, 2002
      Wilmington, Delaware

                                      Mark D. Collins (No. 2981)
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      Post Office Box 551
                                      Wilmington, Delaware 19899
                                      (302) 651-7700

                                              -and-

                                      David S. Walls
                                      MOORE & VAN ALLEN, PLLC
                                      100 North Tryon Street, 47th Floor
                                      Charlotte, North Carolina 28202-4003
                                      (704) 331-1000

                                      Attorneys for Bank of America, N.A.