## INDEX OF EXHIBITS

**<u>EXHIBIT A</u>**

**LETTERS OF CREDIT**

**<u>EXHIBIT B</u>**

**SIGHT DRAFT**