# **EXHIBIT A**

**BankofAmerica**

PAGE: 1

DATE: OCTOBER 17, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7404289

BENEFICIARY
NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA
AMERICAN HOME ASSURANCE COMPANY
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA
COMMERCE AND INDUSTRY INSURANCE
COMPANY
AIU INSURANCE COMPANY

BIRMINGHAM FIRE INSURANCE COMPANY
OF PENNSYLVANIA
ILLINOIS NATIONAL INSURANCE COMPANY
AMERICAN INTERNATIONAL SOUTH

INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE
COMPANY OF LOUISIANA
AMERICAN INTERNATIONAL PACIFIC

INSURANCE COMPANY
GRANITE STATE INSURANCE COMPANY
NEW HAMPSHIRE INSURANCE COMPANY
LANDMARK INSURANCE COMPANY,

AND ANY OTHER AFFILIATE OF ANY OF
THESE, AS THEIR INTERESTS MAY
APPEAR
P.O. BOX 923

WALL STREET STATION
NEW YORK, N.Y. 10268
ATTN: MR. ART STILLWELL

APPLICANT
W.R. GRACE & CO. - CONN
7500 GRACE DRIVE
COLUMBIA, MD 21044

AMOUNT
USD 10,439,830.00
TEN MILLION FOUR HUNDRED THIRTY NINE
THOUSAND EIGHT HUNDRED THIRTY AND
00/100'S US DOLLARS

EXPIRATION
OCTOBER 17, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT IN FAVOR OF THE
AFORESAID ADDRESSEE ("BENEFICIARY") FOR DRAWINGS UP TO UNITED STATES
DOLLARS 10,439,830.00 (TEN MILLION FOUR HUNDRED THIRTY NINE THOUSAND
EIGHT HUNDRED THIRTY AND 00/100'S UNITED STATES DOLLARS) EFFECTIVE
IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE AND PAYABLE
AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS 60697,
ATTENTION: STANDBY L/C DEPT., MAIL CODE: IL1-231-17-00 AND EXPIRES
WITH OUR CLOSE OF BUSINESS ON OCTOBER 17, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF
THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR,
REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN ON
US, INDICATING OUR CREDIT NUMBER 7404289, FOR ALL OR ANY PART OF THIS
CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR
BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

Bank of America, N.A. Trade Operations
Mail Code: IL1-231-17-00
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697

05.3.C.02.14.NED (14166_R) 11

COPY

♻ Recycled Paper

**Bank of America**

PAGE: 2

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 7404289

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO
ANY AGREEMENT, CONDITION OR QUALIFICATION. THE OBLIGATION OF BANK OF
AMERICA N.A. UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION
OF BANK OF AMERICA N.A., AND IS IN NO WAY CONTINGENT UPON
REIMBURSEMENT WITH RESPECT THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE DEEMED
AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRY
DATE HEREOF, OR ANY FUTURE EXPIRATION DATE, UNLESS THIRTY DAYS PRIOR
TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED MAIL THAT WE ELECT
NOT TO CONSIDER THIS LETTER OF CREDIT RENEWED FOR ANY SUCH ADDITIONAL
PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE
STATE OF NEW YORK, AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND
PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF
COMMERCE (PUBLICATION 500) AND, IN THE EVENT OF ANY CONFLICT, THE
LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES
DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID
PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT
PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER
THE RESUMPTION OF BUSINESS.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS
TRANSACTION, PLEASE CALL 312-828-7814.

---------------------------            --------------------------
AUTHORIZED SIGNATURE                   AUTHORIZED SIGNATURE
            THIS DOCUMENT CONSISTS OF 2 PAGE(S).

Bank of America, N.A. Trade Operations
Mail Code /L1-431-17-06
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697

COPY

Recycled Paper

**Bank of America**

Application and Agreement for Standby Letter of Credit
TO: Bank of America, N.A. ("Bank of America)

| For Bank of America Use Only |
| --- |
| L/C No. _____ |

**A. Application.**

1.    W. R. Grace & Co. - Conn                    ("Applicant") requests Bank of America to issue an irrevocable standby letter of
Credit ("Letter of Credit") as follows:

☐ Full text teletransmission        ☐ Airmail with brief preliminary teletransmission advice        ☐ Airmail        ☒ Courier

2. Applicant Address:                                3. For Account of (Name and address, if different from Applicant):

   W.R. Grace & Co. - Conn        _____

   7500 Grace Drive        _____

   Columbia, MD  21044        _____

   410-531-4000        _____

_____        _____

4. Advising Bank:        5. In favor of (Beneficiary Name and Address):

_____        See attached format

_____

_____

_____

_____

6. Amount:  TEN MILLION FOUR HUNDRED THIRTY NINE THOUSAND EIGHT HUNDRED     ( $10,439,830  )
                    (in words and figures)     THIRTY DOLLARS AND 00/100

Currency   United States Dollar

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before:  OCT-19-01

☐    If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by
means of debiting Applicant's account with Bank of America set forth below. This authorization does not effect the obligation of Applicant
to pay such sums when due. If there are insufficient funds in such account to make such payment when due, or if Bank of America fails to
debit the account, and this authorization does nor affect any setoff rights of Bank of America at law or equity. Applicant's account number
with Bank of America is

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:

   1. The original Letter of Credit.

   2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft. Specify if
   such wording must be exact): See attached format

8.    Special Instructions:

   1 - also fax copy of final documents to: attn: Ren Lapidario at fax# 410-531-4461

   2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application
   and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

agreement.

consideration of Bank of America's issuing the Letter of Credit at the request of Applicant, Applicant to the following:

**Applicant Payments.**

(a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect of Letter of Credit.

(b) On each fee payment date, so long as any undrawn amount of the Letter of Credit remains ... Applicant shall pay Bank of America a Letter of Credit fee. The fee payment date(s) shall be the ... Applicant and Bank of America may agree, or in the absence of such agreement, the fee payment ... shall be the date on which the Bank of America issues the Letter of Credit. The fee shall be at such rate ... Applicant and Bank of America may agree, or in the absence of such agreement, at the rate ... charged by Bank of America at the time such fee is payable, based upon Applicant's ...

**NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

This Application and Agreement is executed by Applicant on    Oct. 13, 2000

Name of Applicant

R. Grace & Co. - Conn

Title   S.V.P. & C.F.O.
Cert M. Tardio

| FOR OFFICE USE ONLY | | | |
| --- | --- | --- | --- |
| 05-3G-05215; | ☐ Trade Operations | Mall Code: | |
| COMMISSION | ☐ Per Standard Fee Schedule | ☐ Other | ☐ Charge Booking Center |
| | ☐ Charge Directly | ☐ Commissions and Charges only | ☐ Drawings, Commissions and Charges |

**Bank of America**

06/10/02
Attn: Michael J. McKenney
Fax: 704-386-1759

From: Dale J. Robertson                    PAGE: 1
Fax: 312-974-0142

DATE: JULY 31, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7403968

BENEFICIARY                               APPLICANT
NATIONAL UNION FIRE INSURANCE CO.         W.R. GRACE AND COMPANY
OF PITTSBURGH, PA                         7500 GRACE DRIVE
AMERICAN HOME ASSURANCE COMPANY           COLUMBIA, MD 21044
THE INSURANCE COMPANY OF THE STATE

OF PENNSYLVANIA
COMMERCE AND INDUSTRY INSURANCE
COMPANY
AIU INSURANCE COMPANY

BIRMINGHAM FIRE INSURANCE COMPANY
OF PENNSYLVANIA
ILLINOIS NATIONAL INSURANCE COMPANY
AMERICAN INTERNATIONAL SOUTH

INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE
COMPANY OF LOUISIANA
AMERICAN INTERNATIONAL PACIFIC

INSURANCE COMPANY
GRANITE STATE INSURANCE COMPANY
NEW HAMPSHIRE INSURANCE COMPANY
LANDMARK INSURANCE COMPANY

AND ANY OTHER AFFILIATE OF ANY OF
THESE, AS THEIR INTERESTS MAY
APPEAR
P.O. BOX 923

WALL STREET STATION
NEW YORK, NY 10268
ATTN: MR. ART STILLWELL

AMOUNT
USD 2,190,000.00
TWO MILLION ONE HUNDRED NINETY
THOUSAND AND 00/100'S US DOLLARS

EXPIRATION
JULY 31, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT NO. 7403968 IN
FAVOR OF THE AFORESAID ADDRESSEE ("BENEFICIARY") FOR DRAWINGS UP TO
UNITED STATES DOLLARS USD.2,190,000.00 (TWO MILLION ONE HUNDRED
NINETY THOUSAND AND NO/100 UNITED STATES DOLLARS) EFFECTIVE
IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE AND PAYABLE
AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS 60697, MAIL
CODE: IL1-231-17-00 AND EXPIRES WITH OUR CLOSE OF BUSINESS ON JULY
31, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF
THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR,
REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO DULY HONOR YOUR SIGHT DRAFT(S) DRAWN ON US,
INDICATING OUR CREDIT NUMBER 7403968, FOR ALL OR ANY PART OF THIS
CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR

**Bank of America** 〰️

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 7403968

BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

EXCEPT AS EXPRESSLY STATED HEREIN, THIS UNDERTAKING IS NOT SUBJECT TO ANY AGREEMENT, CONDITION OR QUALIFICATION. THE OBLIGATION OF BANK OF AMERICA N.A. UNDER THIS LETTER OF CREDIT IS THE INDIVIDUAL OBLIGATION OF BANK OF AMERICA N.A., AND IS IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT THERETO.

IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE DEEMED AUTOMATICALLY EXTENDED WITHOUT AMENDMENT FOR ONE YEAR FROM THE EXPIRY DATE HEREOF, OR ANY FUTURE EXPIRATION DATE, UNLESS AT LEAST THIRTY DAYS PRIOR TO ANY EXPIRATION DATE WE NOTIFY YOU BY REGISTERED MAIL OR COURIER THAT WE ELECT NOT TO CONSIDER THIS LETTER OF CREDIT RENEWED FOR ANY SUCH ADDITIONAL PERIOD.

THIS LETTER OF CREDIT IS SUBJECT TO AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK, AND THE 1993 REVISION OF THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS OF THE INTERNATIONAL CHAMBER OF COMMERCE (PUBLICATION NO. 500) AND, IN THE EVENT OF ANY CONFLICT, THE LAWS OF THE STATE OF NEW YORK WILL CONTROL. IF THIS CREDIT EXPIRES DURING AN INTERRUPTION OF BUSINESS AS DESCRIBED IN ARTICLE 17 OF SAID PUBLICATION 500, THE BANK HEREBY SPECIFICALLY AGREES TO EFFECT PAYMENT IF THIS CREDIT IS DRAWN AGAINST WITHIN THIRTY (30) DAYS AFTER THE RESUMPTION OF BUSINESS.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS TRANSACTION, PLEASE CALL 312-923-5885.

----------------------------          ----------------------------
AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 2 PAGE(S).

Bank of America, N.A. Trade Operations
Mail Code: IL1-231-17-00
231 S. LaSalle Street, 17th Floor, Chicago, IL 60697

90-35-0-3AINED 9-1999 IL1-17

COPY

♻️ Recycled

**Bank of America**

Application and Agreement for Standby Letter of Credit
TO: Bank of America, N.A. ("Bank of America")

| For Bank of America Use Only |
|---|
| L/C No. |

**A. Application.**

1.  **W. R. Grace & Co. - Conn** _____ ("Applicant") requests Bank of America to issue an irrevocable standby letter of Credit ("Letter of Credit") as follows:

☐ Full text teletransmission    ☐ Airmail with brief preliminary teletransmission advice    ☐ Airmail    ☒ Courier

2. Applicant Address:

W.R. Grace & Co. - Conn

7500 Grace Drive

Columbia, MD 21044

410-531-4000

3. For Account of (Name and address, if different from Applicant):

_____

_____

_____

_____

_____

4. Advising Bank:

_____

_____

_____

_____

5. In favor of (Beneficiary Name and Address):

AIG

PO Box 923

Wall Street Station

NYC, NY 10268

attn: Art Stilliwell

_____

6. Amount: **TWO MILLION ONE HUNDRED AND NINETY THOUSAND DOLLARS**   ( **$2,190,000** )
(in words and figures)

Currency **United States Dollar**

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before: **Jul 31, 2001**

☐ If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by means of debiting Applicant's account with Bank of America set forth below. This authorization does not effect the obligation of Applicant to pay such sums when due. If there are insufficient funds in such account to make such payment when due, or if Bank of America fails to debit the account, and this authorization does not affect any setoff rights of Bank of America at law or equity. Applicant's account number with Bank of America is _____

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:

1. The original Letter of Credit.

2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft; Specify if such wording must be exact):  **SEE ATTACHED**

8. Special Instructions:

1 - also fax copy of final documents to  attn: Martin Hunter at fax# 410-531-4451

2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

In consideration of Bank of America's issuing the Letter of Credit at the request of Applicant, Applicant agrees to the following:

1. **Applicant Payments.**

(a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect of the Letter of Credit.

2. **Default Events.** Upon the occurrence of any of the following events, Applicant shall deposit with Bank of America, on demand (except that such demand shall not be required in the event of an occurrence described in (f) below) and in such security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a) Applicant defaults under any provision of this Application and Agreement;

3. **Indemnities.**

4. **Governing Law and Rules.**

5. **Applicant Status.**

6. **Representations and Warranties.**

7. **Miscellaneous.**

NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

This Application and Agreement is executed by Applicant on _____

| Name of Applicant | |
|---|---|
| W. R. Grace & Co. - Conn | |
| By: | Title: |
| Elyse Napoli Filon | Assistant Treasurer |
| Name of Applicant (if any, co-signing with the Applicant above) | |
| By: | Title: |

(WHERE SPECIMEN SIGNATURES OF THE APPLICANT NAMED ABOVE ARE NOT ON FILE WITH BANK OF AMERICA, THE FOLLOWING SIGNATURE VERIFICATION IS REQUIRED.)

The above signature of an officer, partner or agent of each Applicant indicated above confirms that on file with us and such officer, partner or agent is fully authorized to sign this Agreement for such Applicant.

| By: | |
|---|---|
| BANK (Full Name) | (Bank Address) |

Authorized Signature/Title (Specimen signature of the signer must be on file with Bank of America)

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| COMMISSION | ☐ Trade Operations | Mail Codes | |
| | ☐ Per Standard Fee Schedule | ☐ Other | ☐ Charge Servicing Center |
| | ☐ Charge Directly | ☐ Commissions and Charges only | ☐ Drawings, Commissions and Charges |
| APPROVING OFFICER (Printed Name) | | PHONE # | |
| OFFICER TELEPHONE # | | FAX # | |
| DDA APPLICANT A/C # | | | |
| APPROVING BANK OFFICER SIGNATURE | | | |
| OFFICER - INTEROFFICE ADDRESS | | | |
| OFFICER NUMBER AND COST CENTER | | | |

Rider to Application and Agreement for
Standby Letter of Credit
made by
W. R. Grace & Co.-Conn.


Part B of the Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co.-Conn. on the date set forth below, is hereby amended by:

1.      deleting Section 2 thereof in its entirety and substituting therefor the following:

"2.      Deposit Events. Upon the occurrence of any of the following events, Applicant shall deposit with Bank of America, on demand (except that such demand shall not be required in the event of an occurrence described in (c) below) and as cash security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a)      Applicant defaults under Section 1(a) or Section 1(e) of this Application and Agreement;

(b)      Applicant defaults under any provision of this Application and Agreement (other than those referred to in (a) above) and such default continues for a period of 15 days after notice thereof has been given by Bank of America to Applicant;

(c)      Any voluntary bankruptcy or similar proceeding is commenced by Applicant or any involuntary bankruptcy or similar proceeding is commenced with respect to Applicant and, in the case of any such involuntary proceeding, is not withdrawn or dismissed within 60 days after commencement;

(d)      Applicant defaults in the due payment (after giving effect to any applicable grace period not to exceed 30 days) of principal of or interest on, or any other amount payable with respect to, indebtedness for borrowed money in an aggregate principal amount of $10,000,000 or more, or the maturity of any such indebtedness is accelerated by the lender or lenders in the event of any default thereunder; or

(e)      Any court order, injunction or other legal process is issued to restrain drawing or payment under the Letter of Credit, which is not dissolved or dismissed within 60 days after entry or imposition thereof."

2.      deleting Section 3 thereof in its entirety and substituting therefor the following:

"3.      [Intentionally Omitted]"

3.      deleting paragraph (a) of Section 4 thereof in its entirety and substituting therefor the following:

"(a)      Applicant will indemnify and hold Bank of America (such term to include for purposes of this Section 4 affiliates of Bank of America and its and its affiliates' officers, directors, employees and agents) harmless from and against (i) all loss or damage arising out of the issuance by Bank of America of, or any other action taken by any such indemnified party in connection with, the Letter of Credit, excluding any loss or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, and (ii) all costs and expenses (including reasonable fees and disbursements of outside counsel) of all claims or legal proceedings arising out of the issuance by Bank of America of the Letter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of the rights of Bank of America hereunder, including, without limitation, legal proceedings related to any court order, injunction, or other process or decree restraining or seeking to restrain Bank of America from paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America harmless from and against all claims, losses, damages, suits, costs or expenses

paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America harmless from and against all claims, losses, damages, suits, costs or expenses (including reasonable fees and disbursements of outside counsel) arising out of Applicant's failure to timely procure licenses or comply with applicable laws, regulations or rules, or any other conduct or failure of Applicant relating to or affecting the Letter of Credit."

4.      adding the following text at the end of Section 8(e) thereof:

"Other than by operation of law, Bank of America may assign its rights and obligations under this Application and Agreement only to a subsidiary of Bank of America Corporation; provided that Bank of America shall notify Applicant of any such assignment. Any purported assignment by Bank of America that does not comply with the preceding sentence shall be void."

5.      deleting the last sentence of Section 8(h) thereof in its entirety and substituting therefor the following:

"In no event shall Bank of America be liable to Applicant for any special, indirect, consequential or exemplary damages; and in no event shall Applicant be liable to Bank of America for any special, indirect, consequential or exemplary damages."

Date: 7/27/2000

W. R. GRACE & CO.-CONN.

By: _Elyse Napoli Fil_

Title:   Assistant Treasuer
ELYSE   NAPOLI FILON

**Bank of America** 〰️

PAGE: 1

DATE: SEPTEMBER 15, 2000

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 7404163

BENEFICIARY
NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA
AMERICAN HOME ASSURANCE COMPANY
THE INSURANCE COMPANY OF THE STATE

OF PENNSYLVANIA
COMMERCE AND INDUSTRY INSURANCE
COMPANY
AIU INSURANCE COMPANY

BIRMINGHAM FIRE INSURANCE COMPANY
OF PENNSYLVANIA
ILLINOIS NATIONAL INSURANCE COMPANY
AMERICAN INTERNATIONAL SOUTH

INSURANCE COMPANY
NATIONAL UNION FIRE INSURANCE
COMPANY OF LOUISIANA
AMERICAN INTERNATIONAL PACIFIC

INSURANCE COMPANY
GRANITE STATE INSURANCE COMPANY
NEW HAMPSHIRE INSURANCE COMPANY
LANDMARK INSURANCE COMPANY,

AND ANY OTHER AFFILIATE OF ANY OF
THESE, AS THEIR INTERESTS MAY
APPEAR
P.O. BOX 923

WALL STREET STATION
NEW YORK, N.Y. 10268
ATTN: MR. ART STILLWELL

APPLICANT
W.R. GRACE AND CO. - CONN
7500 GRACE DRIVE
COLUMBIA, MD 21044

AMOUNT
USD 6,000,000.00
SIX MILLION AND 00/100'S US DOLLARS

EXPIRATION
SEPTEMBER 15, 2001 AT OUR COUNTERS

WE HEREBY ESTABLISH THIS IRREVOCABLE LETTER OF CREDIT IN FAVOR OF THE
AFORESAID ADDRESSEE ("BENEFICIARY") FOR DRAWINGS UP TO UNITED STATES
DOLLARS 6,000,000.00 (SIX MILLION AND NO/100 UNITED STATES DOLLARS)
EFFECTIVE IMMEDIATELY. THIS LETTER OF CREDIT IS ISSUED, PRESENTABLE
AND PAYABLE AT OUR OFFICE AT 231 S. LASALLE STREET, CHICAGO, ILLINOIS
60697, MAIL CODE: IL1-231-17-00 AND EXPIRES WITH OUR CLOSE OF
BUSINESS ON SEPTEMBER 15, 2001.

THE TERM "BENEFICIARY" INCLUDES ANY SUCCESSOR BY OPERATION OF LAW OF
THE NAMED BENEFICIARY, INCLUDING, WITHOUT LIMITATION, ANY LIQUIDATOR,
REHABILITATOR, RECEIVER OR CONSERVATOR.

WE HEREBY UNDERTAKE TO PROMPTLY HONOR YOUR SIGHT DRAFT(S) DRAWN ON
US, INDICATING OUR CREDIT NUMBER 7404163, FOR ALL OR ANY PART OF THIS
CREDIT IF PRESENTED AT OUR OFFICE SPECIFIED IN PARAGRAPH ONE ON OR
BEFORE THE EXPIRY DATE OR ANY AUTOMATICALLY EXTENDED EXPIRY DATE.

COPY

♻️ Recycled Paper

TO: Bank of America, N.A. ("Bank of America)

**A. Application.**

Doc TRK 6560582

1.   W.R. Grace & Co. - Conn          ("Applicant") requests Bank of America to issue an irrevocable standby letter of
Credit ("Letter of Credit") as follows:

☐ Full text teletransmission          ☐ Airmail with brief preliminary teletransmission advice          ☐ Airmail          ☒ Courier

2. Applicant Address:

  W.R. Grace & Co. - Conn

  7500 Grace Drive

  Columbia, MD 21044

  410-531-4000

3. For Account of (Name and address, if different from Applicant):

4. Advising Bank:

5. In favor of (Beneficiary Name and Address):
  See attached format

6. Amount:   Six million dollars          (   $6,000,000   )
                         (in words and figures)

Currency   United States Dollar

Expiration Date. Drafts to be drawn on and presented at Bank of America's Address set forth in the Letter of Credit on or before:   1 year after LC is issued

☐ If this box is marked, Applicant authorizes Bank of America to effect payment of any sums due under this Application and Agreement by
means of debiting Applicant's account with Bank of America set forth below. This authorization does not effect the obligation of Applicant
to pay such sums when due. If there are insufficient funds in such account to make such payment when due, or if Bank of America fails to
debit the account, and this authorization does not affect any setoff rights of Bank of America at law or equity. Applicant's account number
with Bank of America is _____

7. Available by drafts drawn at sight on Bank of America when accompanied by the following documentation:
  1. The original Letter of Credit
  2. The signed statement of the Beneficiary worded as follows (state wording that is to appear in the statement accompanying the draft. Specify if
     such wording must be exact): See attached format.

8.   Special Instructions:

  1 - also fax copy of final documents to attn: Ren Lapidario at fax# 410-531-4461

  2 - part B of this Application and Agreement for Standby Letter of Credit is amended by the attached "Rider to Application
      and Agreement for Standby Letter of Credit made by W. R. Grace & Co. - Conn."

---

**RELEASED**

S. Perez

EP   9 - 15 - 00

Standby - Chicago

**1. Applicant Payments.**

(a) Applicant shall pay Bank of America, on demand, all amounts paid by Bank of America under or in respect of the Letter of Credit.

(b) On each fee payment date, so long as any undrawn amount of the Letter of Credit remains available, Applicant shall pay Bank of America a Letter of Credit fee. The fee payment date(s) shall be the date(s) as Applicant and Bank of America may agree, or in the absence of such agreement, the fee payment date shall be the date on which the Bank of America issues the Letter of Credit. The fee shall be at such rate per annum as Applicant and Bank of America may agree, or in the absence of such agreement, at the rate customarily charged by Bank of America at the time such fee is payable, based upon Applicant's creditworthiness, as determined by Bank of America in its sole discretion. The applicable Letter of Credit fee shall be calculated and payable on the undrawn amount of the Letter of Credit as of each fee payment date, and shall be for the period commencing on such fee payment date and ending on the day preceding the next fee payment date (or the expiration date of the Letter of Credit, as the case may be), both dates inclusive. The Letter of Credit fee will be computed on the basis of a 360-day year and actual days elapsed. Bank of America shall not be required to refund any portion of the Letter of Credit fee paid for any period during which (a) the Letter of Credit expires or otherwise terminates, or (b) the undrawn amount of the Letter of Credit is reduced by drawings or by amendment.

(c) Applicant shall pay Bank of America, on demand, commissions and fees for amendments to, payments under, extensions of or cancellation of the Letter of Credit and other services in the amounts Applicant and Bank of America may agree, or in the absence of such agreement, in the amounts customarily charged by Bank of America on the date of Bank of America's demand.

(d) All payments and deposits by Applicant under this Application and Agreement shall be made at the banking center or other Bank of America branch designated from time to time. Bank of America shall have no obligation to pay Applicant interest on any deposit made by Applicant under this Application and Agreement.

(e) All payments and deposits by Applicant under this Application and Agreement shall be in the currency in which the Letter of Credit is payable, except that Bank of America may, at its option, require payments and deposits by Applicant under this Application and Agreement to be made in U.S. Dollars if the Letter of Credit is payable in a foreign currency.

(f) The amount of each payment and each deposit by Applicant under this Application and Agreement in U.S. Dollars for a Letter of Credit payable in a foreign currency shall be determined by converting the relevant amount in U.S. Dollars at the Conversion Rate in effect:

(A) with respect to each payment under Section 1(a) of this Agreement, on the date the payment is made by Bank of America in respect of its payment obligations under the Letter of Credit, and

(B) with respect to each payment not falling under the preceding clause (A) and each deposit, on the date of Bank of America's demand for such payment or deposit.

(g) If a U.S. Dollar deposit by Applicant under this Application and Agreement for a Letter of Credit payable in a foreign currency becomes less than the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit because of any variation in rates of exchange, Applicant shall deposit with Bank of America, on demand, additional amounts in U.S. Dollars so that the total amount deposited by Applicant under this Application and Agreement is at least equal to the U.S. Dollar equivalent of the undrawn amount of the Letter of Credit, determined by using the Conversion Rate on the date of Bank of America's latest demand.

(h) Applicant shall make the rate charged by Bank of America for the purchase from Bank of America of the relevant foreign currency with U.S. Dollars.

(i) Applicant shall reimburse or compensate Bank of America, on demand, for all costs incurred, losses suffered and payments made by Bank of America which are paid or allocated by Bank of America to the Letter of Credit (as determined by Bank of America) by reason of any and all present or future reserve, capital, deposit, assessment or similar requirements against or in respect of or against the share of or change in or in the amount of taxes or liabilities of, or commitments or extensions of credit by, Bank of America.

(j) Applicant shall pay interest, on demand on any amount not paid when due under this Application and Agreement from the due date until payment in full at a rate per annum equal to the rate of interest publicly announced from time to time by Bank of America as its prime rate, plus three percentage points (not to exceed the maximum rate permitted by applicable law). The prime rate is set by Bank of America based on various factors, including Bank of America's costs and desired return, general economic conditions and other factors, and is used as a reference point for pricing some loans. Bank of America may price credit at, above or below the prime rate. Any change in Bank of America's prime rate shall take effect at the opening of business on the day specified in Bank of America's public announcement of a change in Bank of America's prime rate. Interest will be computed on the basis of a 360-day year and actual days elapsed.

**2. Default Events.** Upon the occurrence of any of the following events, Applicant shall be in default under this Application and Agreement, and at Bank of America's option, Applicant's obligations described in (b) below) and an even security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a) Applicant defaults under any provision of this Application and Agreement;

(b) Any bankruptcy or similar proceeding is commenced with respect to Applicant;

(c) Any default occurs under any other agreement involving the borrowing of money or the extension of credit under which Applicant may be obligated as borrower, maker, guarantor or person, if such default consists of the failure to pay any indebtedness when due or if such default permits or causes the acceleration of any indebtedness or the termination of any commitment to lend or to extend credit;

(d) Applicant or any of its affiliated defaults on any other obligation to Bank of America;

(e) In the opinion of Bank of America, any material adverse change occurs in Applicant's business, operations, financial condition or ability to perform its obligations under this Application and Agreement;

(f) Any guarantee of Applicant's obligations under this Application and Agreement terminates, is revoked or its validity is contested by the guarantor, or any of the events set forth in (b) through (e) above occur with respect to the guarantor rather than the Applicant.

**3. Remedies.**

(a) Any court order, injunction or other legal process is issued restraining or seeking to restrain drawing or payment under the Letter of Credit.

**4. Setoff.**

**5. Depository Accounts.** If Bank of America is unable to debit the account, if any, specified in the Application, Applicant authorizes Bank of America to charge any of Applicant's accounts with Bank of America, or any affiliate of Bank of America, for all amounts then due and payable to Bank of America under this Application and Agreement.

**6. Indemnities.**

(a) Applicant will indemnify and hold Bank of America (which term for purposes of this section 6 affiliate of Bank of America and its and its affiliates' officers, directors, employees and agents) harmless from and against, (i) all loss or damage arising out of the issuance by Bank of America of, or any other action taken by any such indemnified party in connection with, the Letter of Credit (including any loss or damage resulting from the gross negligence of a party seeking indemnification, but excluding any such damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, (ii) all cost and expense (including reasonable attorneys' fees and allocated costs of in-house counsel) of (i) the enforcement of this Agreement or the collection of amounts owed by Applicant hereunder or the enforcement of a right of claim of Bank of America hereunder, including, without limitation, legal proceedings related to any court action, injunction, or other process or decree restraining or seeking to restrain Bank of America from paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America

Name of Applicant
R. Grace & Co. - Conn

Cert M. Tarola                    Title    S.V.P. & C.P.O.

Name of Applicant (if any, co-signing with the Applicant above)

Title

THE SPECIMEN SIGNATURES OF THE APPLICANT NAMED ABOVE ARE NOT ON FILE WITH BANK OF AMERICA, THE FOLLOWING SIGNATURE VERIFICATION IS REQUIRED:

above signature of an officer, partner or agent of such Applicant indicated above confirms to that on file such officer, partner or agent is fully authorized to sign this Agreement for such Applicant.

BANK (Full Name)                    (Bank Address)

Printed Signature/Title (Specimen Signature of the signer that is on file with Bank of America)

---

(continued right column of main body)

that if any, judgment or order is given or made for the payment of any amount due under this Application and Agreement and such award, judgment or order is expressed in a currency other than the currency required under this Application and Agreement, Applicant shall indemnify Bank of America against and hold Bank of America harmless from all loss and damage incurred by Bank of America as a result of any variation in rates of exchange between the date of such award, judgment or order and the date of payment (or, in the case of partial payment, the date of each partial payment thereof) in the required currency.

(c) Each of these indemnities shall constitute an obligation separate and independent from the obligations contained in this Application and Agreement and shall give rise to a separate and independent cause of action, and shall apply irrespective of any indulgence granted by Bank of America from time to time, and shall continue in full force and effect notwithstanding any award, judgment or order for a liquidated sum in respect of an amount due under this Application and Agreement.

**7. Governing Law and Rates.** The Letter of Credit will be subject to, and performance under the Letter of Credit by Bank of America, its correspondents, and the beneficiary will be governed by, the rules of the "International Standby Practices 1998" (ISP98) or such later revision as may be published by the Institute of International Banking Law & Practice, subject to applicable laws. The Letter of Credit and this Application and Agreement shall be governed by and construed under the laws of the state in the United States where Bank of America issues the Letter of Credit, without reference to that state's provisions regarding conflict of laws, or the jurisdiction of which the parties hereto submit, if the Letter of Credit is not issued in any state, the law of the State of California will govern.

**8. Applicant Signers.** The word "Applicant" in this Application and Agreement refers to each signer (other than Bank of America) of this Application and Agreement. If this Application and Agreement is signed by more than one Applicant, their obligations under this Application and Agreement shall be joint and several.

**9. Representations and Warranties.** Applicant represents and warrants to Bank of America that it has the authority to enter into this Application and Agreement and it will not violate or conflict with any of the provisions of its constituent documents or any other agreement or undertaking to which it is a party or to which it is bound.

**10. Miscellaneous.**

(a) No delay, extension of time, renewal, compromise or other indulgence which may occur or be granted by Bank of America shall impair the rights and powers of Bank of America hereunder. Bank of America shall not be deemed to have waived any of its rights hereunder, unless Bank of America shall have signed such waiver in writing.

(b) Applicant from Bank of America to Applicant shall be sent to the address of Applicant set forth on the Application and shall be effective upon receipt by Applicant. Any notice from Applicant to Bank of America shall be sent to the address of Bank of America specified by Bank of America to Applicant and shall be effective upon receipt by Bank of America.

(c) Each provision of this Application and Agreement shall be interpreted in such manner as to be effective and valid under applicable law but if any provision of this Application and Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Application and Agreement.

(d) Any and all payments made to Bank of America hereunder shall be made free and clear of and without deduction for any present or future taxes, levies, imposts, deductions, charges or withholdings, and all liabilities with respect thereto, excluding income or franchise taxes imposed by the United States and any political jurisdictions thereof (such consolidated taxes being herein called "Taxes"). If Applicant shall be required by law to deduct any Taxes from or in respect of any sum payable hereunder, (i) the sum payable shall be increased as may be necessary so that after making all required deductions (including deductions applicable to additional sums payable under this Section 6(d)), Bank of America shall receive an amount equal to the sum Bank of America would have received had no such deductions been made, (ii) Applicant shall make such deductions, and (iii) Applicant shall pay the full amount deducted to the relevant authority in accordance with applicable law. Applicant will indemnify Bank of America for the full amount of Taxes (including, without limitation, any Taxes imposed by any jurisdiction on amounts payable under this Section 6(d)) paid by Bank of America and any liability (including penalties, interest and expenses) arising therefrom or with respect thereto, whether or not such Taxes were correctly or legally asserted. This indemnification shall be made within 30 days from the date Bank of America makes written demand therefor. Within 30 days after the date of any payment of Taxes, Applicant will furnish to Bank of America the original or a certified copy of a receipt evidencing payment thereof.

(e) This Application and Agreement shall be binding upon Applicant, its successors and assigns, and shall inure to the benefit of Bank of America, its successors, transferees and assigns; provided that any assignment by Applicant of any of its rights or obligations under this Application and Agreement without the prior written consent of Bank of America shall be void.

(f) Unless the Applicant has specified in the Application that the wording of the Letter of Credit must be exact, Applicant understands that the final form of the Letter of Credit may vary from the wording specified in the Application, and Applicant authorizes Bank of America to make such changes, not materially inconsistent with the Application, which Bank of America deems necessary or appropriate. Applicant understands that the risk to Applicant is greater if Applicant requests a standby letter of credit which requires only a draft, rather than a standby letter of credit which requires supporting documentation.

(g) In the event of any change or modification to, and the content of Applicant, which consent may be given by any means of submission acceptable to Bank of America, including, without limitation, computer, facsimile or telex, relating to any Letter of Credit or any instrument called for hereunder, including any waiver made or to post forth below if Bank of America by any instrument called for hereunder, including the nonacceptance or noncompliance of any such instruments with the terms of the Letter of Credit, this Application and Agreement shall be binding upon Applicant with regard to the Letter of Credit as so changed or modified, and to any action taken by Bank of America or any of its correspondents relative thereto. No term or provision of this Application and Agreement can be changed orally, but only in writing and signed by Applicant and Bank of America.

(h) Bank of America assumes no liability or responsibility for the consequences arising out of delay and/or loss in transit of any message, letter or documentation, or for delay, mutilation or other error arising in the transmission of any telecommunication. In no event shall Bank of America be liable for any special, indirect, consequential or exemplary damages.

(i) If Applicant included in this Application any language describing events or conditions that would not be permissible for Bank of America to verify solely from the documents required to be presented under the Letter of Credit, Applicant acknowledges and agrees that Bank of America has no obligation to verify compliance with such requirements.

NOTICE OF FINAL AGREEMENT. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

This Application and Agreement is executed by Applicant on        Sep. 13, 00

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| 03-33-05218: ☐ Trade Operations | | Mail Code: | |
| OSBU Branch   ☐ Fee Standard Fee Schedule   ☐ Other | | ☐ Charge Banking Center | |
| ☐ Charge Directly | ☐ Commissions and Charges only | | ☐ Drawings, Commissions and Charges |
| APPROVING OFFICER (Printed Name) | | PHONE # | |
| OFFICER TELEPHONE # | | FAX # | |
| DOA APPLICANT A/C # | | | |
| APPROVING BANK OFFICER SIGNATURE | | | |
| OFFICER - INT'L OFFICE ADDRESS | | | |
| OFFICER NUMBER AND COST CENTER | | | |

Rider to Application and Agreement for
Standby Letter of Credit
made by
W. R. Grace & Co.-Conn.

Part B of the Application and Agreement for Standby Letter of Credit made by W. R. Grace & Co.-Conn. on the date set forth below, is hereby amended by:

1.    deleting Section 2 thereof in its entirety and substituting therefor the following:

"2.    Deposit Events. Upon the occurrence of any of the following events, Applicant shall deposit with Bank of America, on demand (except that such demand shall not be required in the event of an occurrence described in (c) below) and as cash security for Applicant's obligations to Bank of America under this Application and Agreement, an amount equal to the undrawn amount of the Letter of Credit:

(a)    Applicant defaults under Section 1(a) or Section 1(e) of this Application and Agreement;

(b)    Applicant defaults under any provision of this Application and Agreement (other than those referred to in (a) above) and such default continues for a period of 15 days after notice thereof has been given by Bank of America to Applicant;

(c)    Any voluntary bankruptcy or similar proceeding is commenced by Applicant or any involuntary bankruptcy or similar proceeding is commenced with respect to Applicant and, in the case of any such involuntary proceeding, is not withdrawn or dismissed within 60 days after commencement;

(d)    Applicant defaults in the due payment (after giving effect to any applicable grace period not to exceed 30 days) of principal of or interest on, or any other amount payable with respect to, indebtedness for borrowed money in an aggregate principal amount of $10,000,000 or more, or the maturity of any such indebtedness is accelerated by the lender or lenders in the event of any default thereunder; or

(e)    Any court order, injunction or other legal process is issued to restrain drawing or payment under the Letter of Credit, which is not dissolved or dismissed within 60 days after entry or imposition thereof."

2.    deleting Section 3 thereof in its entirety and substituting therefor the following:

"3.    [Intentionally Omitted]"

3.    deleting paragraph (a) of Section 4 thereof in its entirety and substituting therefor the following:

"(a)    Applicant will indemnify and hold Bank of America (such term to include for purposes of this Section 4 affiliates of Bank of America and its and its affiliates' officers, directors, employees and agents) harmless from and against (i) all loss or damage arising out of the issuance by Bank of America of, or any other action taken by any such indemnified party in connection with, the Letter of Credit, excluding any loss or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, and (ii) all costs and expenses (including reasonable fees and disbursements of outside counsel) of all claims or legal proceedings arising out of the issuance by Bank of America of the Letter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of the rights of Bank of America hereunder, including, without limitation, legal proceedings related to any court order, injunction, or other process or decree restraining or seeking to restrain Bank of America from

paying any amount under the Letter of Credit. Additionally, Applicant will indemnify and hold Bank of America harmless from and against all claims, losses, damages, suits, costs or expenses (including reasonable fees and disbursements of outside counsel) arising out of Applicant's failure to timely procure licenses or comply with applicable laws, regulations or rules, or any other conduct or failure of Applicant relating to or affecting the Letter of Credit."

4.    adding the following text at the end of Section 8(e) thereof:

"Other than by operation of law, Bank of America may assign its rights and obligations under this Application and Agreement only to a subsidiary of Bank of America Corporation; provided that Bank of America shall notify Applicant of any such assignment. Any purported assignment by Bank of America that does not comply with the preceding sentence shall be void."

5.    deleting the last sentence of Section 8(h) thereof in its entirety and substituting therefor the following:

"In no event shall Bank of America be liable to Applicant for any special, indirect, consequential or exemplary damages; and in no event shall Applicant be liable to Bank of America for any special, indirect, consequential or exemplary damages."

Date:  9/14/2000

W. R. GRACE & CO.-CONN.

By:
Title:  SENIOR VP : CFO