# **<u>EXHIBIT B</u>**

**NATIONAL UNION**

National Union Fire Insurance Company
of Pittsburgh, Pa.
70 Pine Street
New York, NY 10270

Direct Dial: 212.770. _____

May 31, 2002

Bank of America, N.A. Trade Operations
Mail Code: IL1-231-17-00
231 S. LaSalle Street, 17th Floor
Chicago, IL 60697
Attention: Standby Letter of Credit Department

To Whom It May Concern:

Re: **Letter of Credit Draw Down**
    Applicant: W.R. Grace & Co. - Conn
    Letter of Credit No.: 7404289
    Amount: $ 10,439,830.00

Attached is our original Sight Draft in the amount of $ 9,729,720.00. The funds should be wired to:

The Chase Manhattan Bank
New York, New York
ABA#: 021000021
For the Account of: National Union Fire Insurance Company of Pittsburgh, PA
Bank Account #: 323-160387
Ref: LOC # 7404289 – Letter of Credit Draw Down

If you should have any questions, please contact Josie D. Babia at (212) 770-0881.

Sincerely,

Mark Paffmann
Assistant Comptroller

cc: Donna Joyner

**AIG**

A Member of
American International Group, Inc.

64615 (4/01)