## CERTIFICATE OF SERVICE

I, James R. Adams, hereby certify that on September 12, 2002, I caused copies of the foregoing **Motion of Bank of America, N.A. for Limited Relief from the Automatic Stay to Enable Setoff of Deminimis Deposit Account Balances Against Outstanding Letter of Credit Obligations** to be served upon the attached service list in the manner indicated.

James R. Adams (DE 4066)

RLF1-2271399-1