**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**June 2002**
**MOR-1**

| | Banco de Credito Operating Acct 1931115122058 | | Banco de Credito Operating Acct 1931125963172 | | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 34,562 | (US$) | $227,925 | (US$) | $10,000 | (Soles) | S/. 5,186 | (US$) | $712,510 |
| | | | | | | | | | | |
| Bank Balance | | 34,687 | | 227,437 | | 10,000 | | 5,186 | | 560,879 |
| (+) Deposits in transit | | - | | - | | - | | - | | 151,631 |
| (-) Outstanding checks | | (125) | | - | | - | | - | | - |
| Other | | - | | 488 | | - | | - | | - |
| Adjusted bank balance | | S/. 34,562 | | $227,925 | | $10,000 | | S/. 5,186 | | $712,510 |
| | | | | | | | | | | |
| **Deposits in Transit** | | | | | | | | | 06/28/02 | 21,577 |
| | | | | | | | | | 06/28/02 | 130,054 |
| | | | | | | | | | | |
| **Outstanding Checks** | | | | | | | | | | |
| | 7609498 | (125) | | | | | | | | |

| **Other** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | 488 | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co.**
**Bank Reconciliations**
**June 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323881963 |
|---|---|
| Balance per books | $ - |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Remedium Group, Inc.**
**Bank Reconciliations**
**June 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ | - | | ($141,568) |
| | | | | |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | (201,080) |
| Other | | | | 59,511 |
| Adjusted bank balance | $ | - | | ($141,568) |
| Deposits in Transit | Date | Amount | Date | Amount |
| | | | | |
| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
| | | | detail available | |
| Other | | | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 59,511 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**June 2002**
**MOR-1**

|  | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $2,150,653 |
| Bank Balance | 2,198,159 |
| (+) Deposits in transit |  |
| (-) Outstanding checks | (101,365) |
| Other | 53,858 |
| Adjusted bank balance | $2,150,653 |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
|  | 15376 | (12,203) |
|  | 15461 | (27) |
|  | 15617 | (1,748) |
|  | 15673 | (2,221) |
|  | 15673 | (290) |
|  | 15681 | (65) |
|  | 15696 | (3,496) |
|  | 15699 | (2,274) |
|  | 15700 | (411) |
|  | 15701 | (105) |
|  | 15702 | (33) |
|  | 15703 | (73,795) |
|  | 15704 | (310) |
|  | 15706 | (991) |
|  | 15709 | (150) |
|  | 15712 | (34) |
|  | 15713 | (300) |
|  | 15715 | (40) |
|  | various | (2,872) |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  |  |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  | 193 |
| Unreconciled bank activity |  | 53,666 |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

## CC Partners
## Bank Reconciliations
## June 2002
## MOR-1

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |
| **Deposits in Transit** | |
| | |
| **Outstanding Checks** | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**Kootenai Development Company**
**Bank Reconciliations**
**June 2002**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 33,024 |
| Bank Balance | 29,162 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | 3,862 |
| Adjusted bank balance | $ 33,024 |
| **Deposits in Transit** | |
| **Outstanding Checks** | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | 3,862 |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**Grace Europe, Inc.**
**Bank Reconciliations**
**June 2002**
**MOR-1**

| | Barclays Bank PLC |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Net sales to third parties | $ 74,662,245 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 12,327,196 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 173,571 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,408,510 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,893,551) | 4,029,981 | 723,078 | 19,173 | 846,790 | - | 2,602,915 | - | - |
| Other income | (55,459) | - | - | - | - | - | - | - | - |
| | 82,622,512 | 4,029,981 | 723,078 | 19,173 | 846,790 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 47,042,303 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 8,109,546 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 193,600 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 20,385,722 | - | 6,075 | - | - | 18,067 | - | 3,934 | - |
| Research and development expenses | 3,609,497 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 5,188,941 | - | 2,258 | - | - | - | - | - | - |
| Interest expense | 1,765,499 | - | - | - | - | - | - | - | - |
| | 86,295,108 | - | 8,333 | - | - | 18,067 | - | 3,934 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (3,672,596) | 4,029,981 | 714,745 | 19,173 | 846,790 | (18,067) | 2,602,915 | (3,934) | - |
| Chapter 11 reorganization expenses, net | (1,339,981) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (1,355,985) | (1,410,493) | (250,161) | (6,711) | (296,376) | 6,323 | (911,020) | 1,377 | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (6,368,562) | $2,619,488 | $ 464,584 | $ 12,462 | $ 550,414 | $ (11,744) | $1,691,895 | $ (2,557) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 495,016 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,142,653 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,328,492) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (185,839) | 495,016 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 196,907 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 5,996 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 72,610 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,536 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 283,048 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (185,839) | 211,968 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 24,902 | (74,188) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ (160,937) | $ 137,780 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended July 31, 2002**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 75,157,261 |
| Net sales to non-filing entities | - | - | - | - | - | 12,327,197 |
| Net sales to filing entities | - | - | - | (173,571) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 3,551,163 |
| Interest and royalties from filing entities, net | - | - | - | 106 | - | - |
| Other income | - | - | - | - | - | (55,459) |
| | - | - | - | (173,464) | - | 90,980,162 |
| Cost of goods sold to third parties | - | - | - | - | - | 47,239,210 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 8,109,546 |
| Cost of goods sold to filing entities | - | - | - | (199,595) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 20,486,408 |
| Research and development expenses | - | - | - | - | - | 3,609,497 |
| Depreciation and amortization | - | - | - | - | - | 5,198,735 |
| Interest expense | - | - | - | - | - | 1,765,499 |
| | - | - | - | (199,595) | - | 86,408,896 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 26,131 | - | 4,571,266 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (1,339,982) |
| (Provision for) benefit from income taxes | - | - | - | - | - | (4,272,332) |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 11,215,910 | 11,215,910 |
| Net income | $ - | $ - | $ - | $ 26,131 | $ 11,215,910 | $ 10,174,862 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.