**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

|  | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 30,003,267 | $ - | $ (168,285) | $ - | $ - | $ - |
| Notes and accounts receivable, net | 121,885,408 | - | 143,378 | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 268,523,372 | (388,847,585) | 408,759 | 12,983,819 | (27,821,010) | (9,474,520) |
| Inventories | 81,917,062 | - | - | - | - | - |
| Deferred income taxes | 15,464,983 | - | 3,178,341 | - | - | - |
| Asbestos-related insurance expected to be realized within one year | 8,743,966 | - | - | - | - | - |
| Other current assets | 59,716,306 | - | - | - | - | - |
| Total Current Assets | 586,254,364 | (388,847,585) | 3,562,193 | 12,983,819 | (27,821,010) | (9,474,520) |
| | | | | | | |
| Properties and equipment, net | 378,131,779 | - | 497,127 | - | - | - |
| Goodwill, net | 14,411,798 | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | 86,564,115 | - | - | - | - | - |
| Deferred income taxes | 723,796,664 | - | 44,101,884 | - | - | - |
| Asbestos-related insurance expected to be realized after one year | 274,943,452 | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,049,081,912) | 784,225,013 | 122,043,408 | 4,495,590 | 193,994,393 | - |
| Investment in filing and non-filing entities | 801,411,141 | 241,512,111 | - | - | - | - |
| Other assets | 310,372,815 | - | - | - | - | - |
| **Total Assets** | **$ 2,126,804,216** | **$ 636,889,539** | **$ 170,204,612** | **$ 17,479,409** | **$ 166,173,383** | **$ (9,474,520)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ 1,466,044 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 35,723,343 | - | 7,268 | - | - | - |
| Income taxes payable | (1) | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | (0) | - | - | - | - | - |
| Other current liabilities | 60,650,935 | - | 36,796 | - | 0 | 11,216 |
| Total Current Liabilities | 97,840,321 | - | 44,064 | - | 0 | 11,216 |
| | | | | | | |
| Long-term debt - DIP facility | (438,134) | - | - | - | - | - |
| Deferred income taxes | 210,763,126 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | (0) | - | - | - | - | - |
| Other liabilities | 296,826,765 | 0 | 0 | - | (0) | - |
| Total Liabilities Not Subject to Compromise | 604,992,078 | 0 | 44,065 | - | 0 | 11,216 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 532,829,842 | - | - | - | - | - |
| Accounts payable | 31,305,391 | - | 661,028 | - | - | - |
| Income taxes payable | 167,822,942 | 26,218,919 | 1,306,235 | 45,285 | 8,279,810 | (313,066) |
| Asbestos-related liability | 979,545,376 | - | - | - | - | - |
| Other liabilities | 372,997,799 | 188,091 | 134,736,935 | - | 32,238,829 | - |
| Total Liabilities Subject to Compromise | 2,084,501,350 | 26,407,010 | 136,704,198 | 45,285 | 40,518,639 | (313,066) |
| **Total Liabilities** | 2,689,493,428 | 26,407,010 | 136,748,262 | 45,285 | 40,518,639 | (301,850) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 83,968,960 | 769,612 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 429,352,702 | 9,724,449 | 34,052,467 | 56,011,577 | - |
| (Accumulated deficit)/Retained earnings | (594,878,038) | 317,355,075 | 23,719,678 | (16,619,342) | 69,643,167 | (9,173,671) |
| Treasury stock, at cost | - | (136,994,960) | - | - | - | - |
| Accumulated other comprehensive loss | (194,590,011) | 100 | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (562,689,212) | 610,482,529 | 33,456,350 | 17,434,124 | 125,654,744 | (9,172,671) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 2,126,804,216** | **$ 636,889,539** | **$ 170,204,612** | **$ 17,479,409** | **$ 166,173,383** | **$ (9,474,520)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 2,332,962 | $ - |
| Notes and accounts receivable, net | - | 79,067 | - | - | 2,393,183 | - |
| Receivables from/(payables to) filing and non-filing entities, net | (388,499,848) | 5,819,978 | 140,472,269 | (73,251,785) | (469,895) | (5,156,177) |
| Inventories | - | (0) | - | - | 200,059 | - |
| Deferred income taxes | - | 71,749 | - | - | 17,655 | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | 2,219 | - |
| **Total Current Assets** | (388,499,848) | 5,970,794 | 140,472,269 | (73,251,785) | 4,476,184 | (5,156,177) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 825,243 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | 38,161 | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 445,515,183 | (3,442,311) | - | (16,840,073) | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | 54,000 | - | - | 166,304 | 1,137,188 |
| **Total Assets** | $ 57,015,335 | $ 2,620,644 | $ 140,472,269 | $ (31,422,394) | $ 5,467,730 | $ (4,018,988) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | (0) | - | - | 111,385 | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 349,787 | (5,613) | - | 190,281 | - |
| **Total Current Liabilities** | - | 349,786 | (5,613) | - | 301,666 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 141,872 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 349,787 | (5,613) | - | 443,538 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | 21,256 | - | - | 133,907 | - |
| Income taxes payable | 17,309,383 | (676,569) | (47,122) | (5,090,296) | 642,070 | (175) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 204,996 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 17,309,383 | (450,317) | (47,122) | (5,090,296) | 775,977 | (175) |
| **Total Liabilities** | 17,309,383 | (100,530) | (52,735) | (5,090,296) | 1,219,516 | (175) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 44,767,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 68,972,250 | (424,010) | 115,166,011 | (33,328,648) | 4,247,215 | (4,293,619) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | 3,144,184 | - | (37,771,939) | - | - |
| **Total Shareholders' Equity (Deficit)** | 39,705,952 | 2,721,174 | 140,525,004 | (26,332,098) | 4,248,215 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 57,015,335 | $ 2,620,644 | $ 140,472,269 | $ (31,422,394) | $ 5,467,730 | $ (4,018,988) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (85) | - | - | (50) | (160) | (496) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (85) | - | - | (50) | (160) | (496) |
| **Total Liabilities** | (85) | - | - | (50) | (160) | (496) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,510,488 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,010,488 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 33,024 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | (26,718,392) | 57,347,191 | (7,288,696) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | 33,024 | (26,718,392) | 57,347,191 | (7,288,696) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 1,630,940 | - | - | - | - | - |
| **Total Assets** | $ 1,663,964 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 551,649 | 5,000 | - | - | - | - |
| Total Current Liabilities | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (104,565) | 10,346,794 | (5,100) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | - | (104,565) | 10,346,794 | (5,100) | - | - |
| Total Liabilities | 551,649 | (99,565) | 10,346,794 | (5,100) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | 7,361 | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | (99,212) | - | - | - |
| Total Shareholders' Equity (Deficit) | 1,112,315 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,663,964 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,344 | (102,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,344 | (101,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,344 | $ (7,966) | $ (1,119,043) | $ 10,284,334 | $ 540 | $ (2,417,464) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (50) | - | (50) | (350) | (350) | (200) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (50) | - | (50) | (350) | (350) | (200) |
| **Total Liabilities** | (50) | - | (50) | (347) | (350) | (200) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,344 | $ (7,966) | $ (1,119,043) | $ 10,284,334 | $ 540 | $ (2,417,464) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,534) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,534) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 1,184,871 |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,534) | $ (3,350,574) | $ (2,509,789) | $ 900 | $ (45,727) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (419) | (50) | (150) | (50) | (15) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (419) | (50) | (150) | (50) | (15) |
| **Total Liabilities** | - | (419) | (50) | (150) | (50) | (15) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,534) | $ (3,350,574) | $ (2,509,789) | $ 900 | $ (45,727) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,687 | 25,045 | (73,001) | (12,559,443) | 174,205 | (19,464,242) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,687 | 25,045 | (73,001) | (12,559,443) | 174,205 | (19,463,742) |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,443) | $ 612,650 | $ (19,459,676) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| Long-term debt - DIP facility | - | - | - | - | 438,134 | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 438,333 | 4,066 |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (449) | - | (50) | (190) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (449) | - | (50) | (190) | - | - |
| **Total Liabilities** | (449) | - | (50) | (190) | 438,333 | 4,066 |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,443) | $ 612,650 | $ (19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

|  | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,749 | 6,345,536 | 810,350 | (59,581,487) | (100) | (86,661) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,749 | 6,345,536 | 810,350 | (59,581,487) | (100) | (86,661) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,479,749 | $ 6,345,536 | $ 810,350 | $ (59,581,487) | $ (100) | $ (86,661) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (399) | (125) | (250) | (255) | (100) | (50) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (399) | (125) | (250) | (255) | (100) | (50) |
| **Total Liabilities** | (399) | (125) | (250) | (255) | (100) | (50) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,749 | $ 6,345,536 | $ 810,350 | $ (59,581,487) | $ (100) | $ (86,661) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,759 | 4,384,362 | (15,750,664) | 5,297,049 | 875,519 | (5,104) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,759 | 4,384,362 | (15,750,664) | 5,297,049 | 875,519 | (5,104) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,846 | $ (9,751,363) | $ (15,750,664) | $ 5,297,049 | $ 875,519 | $ (5,104) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | (5,310) | - | - | - | - |
| **Total Current Liabilities** | - | (5,310) | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | (5,310) | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (59) | (50) | - | (150) | (150) | (50) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (59) | (50) | - | (150) | (150) | (50) |
| **Total Liabilities** | (59) | (5,360) | - | (150) | (150) | (50) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,846 | $ (9,751,363) | $ (15,750,664) | $ 5,297,049 | $ 875,519 | $ (5,104) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 108,290 | 130,478,268 | 145,501,866 | (81,114,843) | 47,407,856 | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 108,290 | 130,478,268 | 145,501,866 | (81,114,843) | 47,407,856 | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 108,290 | $ 130,478,268 | $ 145,501,866 | $ (81,114,843) | $ 47,407,856 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 28,415,346 | 28,415,346 | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 28,415,346 | 28,415,346 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (150) | 874,850 | 874,950 | (210) | (50) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (150) | 874,850 | 874,950 | (210) | (50) | - |
| **Total Liabilities** | (150) | 29,290,196 | 29,290,296 | (210) | (50) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | - |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,290 | $ 130,478,268 | $ 145,501,866 | $ (81,114,843) | $ 47,407,856 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (8,909,234) |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - |
| Other current assets | - | - | - | - | - |
| **Total Current Assets** | - | - | - | - | (8,909,234) |
| | | | | | |
| Properties and equipment, net | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (267,735,690) |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | (1,315,702,717) | 15,833,424 | - |
| Other assets | - | - | (1,104,954) | - | - |
| **Total Assets** | $ - | $ - | $ (1,316,807,671) | $ 15,833,424 | $ (276,644,924) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - |
| Other current liabilities | - | - | - | - | (19,609,234) |
| **Total Current Liabilities** | - | - | - | - | (14,609,234) |
| | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (267,735,690) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - |
| Other liabilities | - | - | - | - | (75,100,000) |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (357,444,924) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - |
| Other liabilities | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - |
| **Total Liabilities** | - | - | - | - | (357,444,924) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | - | - | - | - | - |
| Common Stock | - | - | (86,493,960) | - | - |
| Paid in capital | - | - | (1,192,373,672) | - | - |
| (Accumulated deficit)/Retained earnings | - | - | (37,940,039) | 63,684,779 | 75,100,000 |
| Treasury stock, at cost | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | (47,851,354) | 5,700,000 |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,316,807,671) | 15,833,424 | 80,800,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,316,807,671) | $ 15,833,424 | $ (276,644,924) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.