*Chart 4*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**July 31, 2002**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 32,202,468 |
| Notes and accounts receivable, net | 124,501,037 |
| Receivables from/(payables to) filing and non-filing entities, net | 37,673,728 |
| Inventories | 82,117,120 |
| Deferred income taxes | 9,823,494 |
| Asbestos-related insurance expected to be realized within one year | 8,743,966 |
| Other current assets | 59,718,525 |
| **Total Current Assets** | 354,780,338 |
| | |
| Properties and equipment, net | 381,077,464 |
| Goodwill, net | 14,411,798 |
| Cash value of company owned life insurance, net of policy loans | 86,564,115 |
| Deferred income taxes | 500,201,019 |
| Asbestos-related insurance expected to be realized after one year | 274,943,452 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 430,870,444 |
| Investment in filing and non-filing entities | 194,439,504 |
| Other assets | 312,260,359 |
| **Total Assets** | **$ 2,549,548,494** |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Short-term debt | $ 1,466,044 |
| Accounts payable | 35,846,062 |
| Income taxes payable | 4,999,999 |
| Asbestos-related liability expected to be disbursed within one year | (0) |
| Other current liabilities | 42,175,709 |
| **Total Current Liabilities** | 84,487,814 |
| | |
| Long-term debt - DIP facility | 0 |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | (0) |
| Other liabilities | 221,726,766 |
| **Total Liabilities Not Subject to Compromise** | 306,214,580 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 532,829,842 |
| Accounts payable | 32,121,582 |
| Income taxes payable | 227,479,133 |
| Asbestos-related liability | 979,545,376 |
| Other liabilities | 540,366,650 |
| **Total Liabilities Subject to Compromise** | 2,312,342,583 |
| **Total Liabilities** | 2,618,557,163 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 772,288 |
| Paid in capital | 433,064,848 |
| (Accumulated deficit)/Retained earnings | (94,382,725) |
| Treasury stock, at cost | (136,994,960) |
| Accumulated other comprehensive loss | (271,468,231) |
| **Total Shareholders' Equity (Deficit)** | (69,008,669) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 2,549,548,494** |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

*Chart 5*

**W. R. Grace & Co. - Conn**
**Status of Postpetition Taxes**
**MOR-4**
**July 2002**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 177,953 | $ 2,700,993 | $ (2,686,644) | $ 192,302 |
| FICA - Employee | 13,941 | 1,234,571 | (1,240,910) | 7,602 |
| FICA and payroll- Employer | 1,919,539 | 1,206,606 | (861,654) | 2,264,491 |
| Unemployment | - | 18,984 | (18,984) | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ 2,111,433 | $ 5,161,154 | $ (4,808,192) | $ 2,464,395 |
| **State and Local** | | | | |
| Withholding | $ 7,359 | $ 854,013 | $ (868,567) | $ (7,195) |
| Sales & Use | 1,562,790 | 504,299 | (430,438) | 1,636,651 |
| Property Taxes | 1,539,140 | 928,757 | (224,407) | 2,243,490 |
| Other | - | - | - | - |
| Total State and Local | $ 3,109,289 | $ 2,287,069 | $ (1,523,412) | $ 3,872,946 |
| Total Taxes | $ 5,220,722 | $ 7,448,223 | $ (6,331,604) | $ 6,337,341 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

## Remedium Group, Inc.
## Status of Postpetition Taxes
## MOR-4
## July 2002

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 14,350 | $ 13,845 | $ (28,195) | $ - |
| FICA - Employee | - | 5,484 | (5,484) | - |
| FICA and payroll- Employer | - | 5,484 | (5,484) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ 14,350 | $ 24,813 | $ (39,163) | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ 569 | $ (569) | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ 569 | $ (569) | $ - |
| Total Taxes | $ 14,350 | $ 25,382 | $ (39,732) | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

**Grace Washington, Inc.**
**Status of Postpetition Taxes**
**MOR-4**
**July 2002**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ (2,288) | $ 13,528 | $ (13,528) | $ (2,288) |
| FICA - Employee | (751) | 596 | (596) | (751) |
| FICA and payroll- Employer | (2,622) | 596 | (596) | (2,622) |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ (5,661) | $ 14,720 | $ (14,720) | $ (5,661) |
| **State and Local** | | | | |
| Withholding | $ 1,425 | $ 2,313 | $ (2,313) | $ 1,425 |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ 1,425 | $ 2,313 | $ (2,313) | $ 1,425 |
| Total Taxes | $ (4,236) | $ 17,033 | $ (17,033) | $ (4,236) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

## L B Realty, Inc.
## Status of Postpetition Taxes
## MOR-4
## July 2002

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ (5,964) | $ - | $ - | $ (5,964) |
| FICA - Employee | (2,542) | - | - | (2,542) |
| FICA and payroll- Employer | (2,542) | - | - | (2,542) |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ (11,048) | $ - | $ - | $ (11,048) |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ (11,048) | $ - | $ - | $ (11,048) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

**Darex Puerto Rico, Inc.**
**Status of Postpetition Taxes**
**MOR-4**
**July 2002**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | 234 | 937 | (937) | 234 |
| FICA and payroll- Employer | 1,657 | 937 | (656) | 1,938 |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ 1,891 | $ 1,874 | $ (1,593) | $ 2,172 |
| **State and Local** | | | | |
| Withholding | $ (32) | $ 1,569 | $ (1,569) | $ (32) |
| Sales & Use | - | - | - | - |
| Property Taxes | 101,126 | 3,469 | - | 104,595 |
| Other | - | - | - | - |
| Total State and Local | $ 101,094 | $ 5,038 | $ (1,569) | $ 104,563 |
| Total Taxes | $ 102,985 | $ 6,912 | $ (3,162) | $ 106,735 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

**W. R. Grace & Co. - Conn**
**Accounts Receivable Reconciliation and Aging**
**MOR-5**
**July 2002**

| **Trade Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, beginning of month, gross | $ 116,890,924 |
| Amounts billed during the period | 74,662,245 |
| Amounts collected during the period | (80,201,403) |
| Other | 4,117,452 |
| Trade accounts receivable at the end of month, gross | $ 115,469,218 |
| **Trade Accounts Receivable Aging** | |
| Current | $ 80,358,902 |
| 1-30 days past due | 24,014,757 |
| 31-60 days past due | 8,133,047 |
| +61 days past due | 2,962,512 |
| Trade accounts receivable, gross | 115,469,218 |
| Allowance for doubtful accounts | (1,437,793) |
| Trade accounts receivable, net | $ 114,031,425 |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ 114,031,425 |
| Customer notes and drafts receivable | 514,296 |
| Pending customer credit notes | (344,013) |
| Advances and deposits | 5,929,383 |
| Nontrade receivables, net | 1,754,317 |
| Total notes and accounts receivable, net | $ 121,885,408 |