unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court, and, together with a legal representative of future asbestos claimants (who Grace expects to be appointed by the Bankruptcy Court in the near future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

In November 2001, the Debtors' Chapter 11 Cases, as well as the Chapter 11 Cases of four unrelated companies with asbestos-related claims, were assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. An additional asbestos-related Chapter 11 case was assigned to Judge Wolin in March 2002. Judge Wolin will preside over the asbestos bodily injury matters affecting all six companies and, at his choosing, certain other asbestos-related lawsuits particular to Grace. Judge Judith Fitzgerald, a U.S. Bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware, will preside over the Debtors' other bankruptcy matters.

At a hearing on April 22, 2002, the Bankruptcy Court entered an order establishing a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos property damage claims and medical monitoring claims related to asbestos. The bar date does not apply to asbestos-related bodily injury claims or claims related to Zonolite® attic insulation ("ZAI"), which will be addressed separately. Grace has distributed notices and run media announcements of the bar date under a program approved by the Bankruptcy Court. Rust Counsulting, the court-approved claims handling agent for the Chapter 11 Cases, is maintaining a register of all claims filed. As claims are filed, Grace will be cataloguing and assessing their validity.

In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court set a litigation schedule that would result in a hearing on these issues in the third quarter of 2003.

The Bankruptcy Court has set a September 30, 2002 trial date to determine whether the 1998 transaction involving Grace's former packaging business and Sealed Air Corporation constituted a fraudulent conveyance.

*Impact on Debt Capital* - All of the Debtor's pre-petition debt is now in default due to the Filing. The accompanying Consolidated Balance Sheet as of July 31, 2002 reflects the classification of the Debtors' pre-petition debt within "Liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term expiring in April 2003 and bears interest under a formula based on the London Inter-Bank Offered Rate ("LIBOR") rate plus 2.00 to 2.25 percentage points depending on the level of loans outstanding.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2001 Form 10-K and, when filed, its 2002 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. Potential accounting adjustments discovered during normal reporting and accounting processes are evaluated on the basis of materiality, both

individually and in the aggregate, and are recorded in the accounting period discovered, unless a restatement of a prior period is necessary. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

**Reclassifications**

Certain amounts in prior years' consolidated financial statements have been reclassified to conform to the 2002 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the Consolidated Financial Statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, tax exposures and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and total returns on invested funds.
- Depreciation and amortization periods for long-lived assets including property and equipment, and intangibles.
- Realization value of various assets such as receivables, inventories, goodwill, insurance and tax attributes.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet as of July 31, 2002 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, "Liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through July 31, 2002.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period | $ 2,312.5 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order | -- | (5.7) |
| Trade accounts payable order | -- | (8.4) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs | (2.5) | (106.6) |
| Expense/(income) items: | | |
| Interest on pre-petition debt | 1.2 | 29.5 |
| Current period employment-related accruals | 1.1 | 16.9 |
| Environmental accrual | -- | 11.6 |
| Interest on income tax contingencies | -- | 12.4 |
| Balance sheet reclassifications | -- | (3.4) |
| Balance, end of period | $ 2,312.3 | $ 2,312.3 |

Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | July 31, 2002 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.5; (Filing Date – $0.7) | $ 116.6 | $ 32.3 |
| Other receivables, less allowance of $1.7; (Filing Date – $2.1) | 7.9 | 11.5 |
| | $ 124.5 | $ 43.8 |

| (Dollars in millions) | July 31, 2002 | Filing Date |
|---|---|---|
| **Inventories** | | |
| Raw materials | $ 18.6 | $ 20.3 |
| In process | 21.8 | 16.2 |
| Finished products | 57.4 | 63.8 |
| General merchandise | 10.4 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | (26.1) | (29.3) |
| | $ 82.1 | $ 80.6 |
| **Other Assets** | | |
| Prepaid Pension Costs | $ 235.1 | $ 227.9 |
| Deferred charges | 27.2 | 40.4 |
| Long-term receivables | 1.5 | 1.9 |
| Long-term investments | 2.1 | 2.1 |
| Patents, licenses and other intangible assets, net | 21.6 | 25.2 |
| Intangible asset – pension related | 19.6 | 8.1 |
| Other assets | 5.3 | 2.9 |
| | $ 312.4 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation | $ 18.9 | $ -- |
| Accrued commissions | 5.8 | -- |
| Customer programs | 9.8 | -- |
| Accrued utilities | 0.4 | -- |
| Accrued freight | 3.1 | -- |
| Other accrued liabilities | 4.2 | -- |
| | $ 42.2 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income– nonfiling entities | $ 16.4 | $ 31.8 |
| Pension related | 202.9 | -- |
| Other liabilities | 2.3 | -- |
| | $ 221.6 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits | $ 156.9 | $ 185.4 |
| Environmental remediation | 144.8 | 164.8 |
| Retained obligations of divested businesses | 76.7 | 75.5 |
| Pension Obligation | 78.0 | 70.8 |
| Deferred compensation | 6.1 | 8.2 |
| Accrued compensation | -- | 13.5 |
| Self insurance reserve | 28.0 | 11.8 |
| Other accrued liabilities | 49.9 | 68.6 |
| | $ 540.4 | $ 598.6 |

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,246.9 million and a net cash surrender value of $86.5 million at July 31, 2002. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at July 31, 2002 and Filing Date:

| Components of Net Cash Value | July 31, 2002 | Filing Date |
|---|---|---|
| Gross cash value | $ 464.5 | $ 453.7 |
| Principal – policy loans | (367.4) | (390.3) |
| Accrued interest – policy loans | (10.6) | 0.7 |
| Net cash value | $ 86.5 | $ 64.1 |
| Insurance benefits in force | $ 2,246.9 | $ 2,286.0 |

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On July 31, 2002, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | July 31, 2002 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| Other short-term borrowings | $ 1.4 | $ -- |
| | $ 1.4 | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 1.0 | 1.2 |
| Accrued interest | 31.8 | 2.6 |
| | $ 532.8 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001. As of July 31, 2002 Grace had no outstanding borrowings under the DIP facility.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of July 31, 2002.

# Bank Statements

JPMorganChase
JPMorgan Chase Bank

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

Account No:        910-1-013572
Statement Start Date:   01 JUN 2002
Statement End Date:     28 JUN 2002
Statement Code:         000-USA-21
Statement No:           006
Page 1 of 4

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 2 |
| Total Debits (incl. checks) | 20 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 JUN 2002) | Closing (28 JUN 2002) |
|---|---|---|
| Ledger | 154,735.10 | 110,757.06 |
| Collected | 179,774.88 | 110,757.06 |
| | 0.00 | |

## ENCLOSURES

| | Amount |
|---|---|
| Credits | 85,717.28 |
| Debits | 85,717.28 |
| Checks | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| | | 12JUN | | USD YOUR: TEBC OF 02/06/12 OUR: 0958300163JB | 78,267.41 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| | | 25JUN | | USD YOUR: TEBC OF 02/06/25 OUR: 1269800176JB | 76,467.69 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| **DEBITS** | | | | | | |
| 03JUN | 31MAY | 31MAY | | USD OUR: 0215400097WA | 6,346.20 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 05/31/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 04JUN | 03JUN | 03JUN | | USD OUR: 0215500093WA | 11,254.56 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/03/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 05JUN | 04JUN | 04JUN | | USD OUR: 0215600096WA | 5,530.21 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/04/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

| Date | Closing Balances Amount |
|---|---|
| **LEDGER BALANCES** | |
| 03JUN | 104,410.86 |
| 04JUN | 93,156.30 |
| 05JUN | 87,626.09 |
| 06JUN | 76,841.76 |
| 07JUN | 66,663.17 |
| 10JUN | 60,013.34 |
| 11JUN | 46,732.59 |
| 12JUN | 118,873.15 |
| 13JUN | 106,814.90 |
| 14JUN | 98,679.60 |
| 17JUN | 94,387.95 |
| 18JUN | 83,826.04 |
| 19JUN | 75,107.53 |
| 20JUN | 66,529.15 |
| 21JUN | 57,555.97 |
| 24JUN | 48,532.31 |
| 25JUN | 117,196.74 |
| 26JUN | 105,599.57 |
| 27JUN | 93,609.19 |
| 28JUN | 85,717.28 |
| **COLLECTED BALANCES** | |
| 03JUN | 104,410.86 |
| 04JUN | 93,156.30 |
| 05JUN | 87,626.09 |
| 06JUN | 76,841.76 |
| 07JUN | 66,663.17 |
| 10JUN | 60,013.34 |
| 11JUN | 46,732.59 |

FT CODE:  USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
          USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-21
Statement No: 006
Page 2 of 4

| Closing Balances | |
|---|---|
| Date | Amount |
| 12JUN | 118,873.15 |
| 13JUN | 106,814.90 |
| 14JUN | 98,679.60 |
| 17JUN | 94,387.95 |
| 18JUN | 83,826.04 |
| 19JUN | 75,107.53 |
| 20JUN | 66,529.15 |
| 21JUN | 57,555.97 |
| 24JUN | 48,532.31 |
| 25JUN | 117,196.74 |
| 26JUN | 105,599.59 |
| 27JUN | 93,609.19 |
| 28JUN | 85,717.28 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | |
| 06JUN | 05JUN | 05JUN | USD | OUR: 0215700096WA | 10,784.33 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/05/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07JUN | 06JUN | 06JUN | USD | OUR: 0215800094WA | 10,178.59 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/06/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10JUN | 07JUN | 07JUN | USD | OUR: 0216100094WA | 6,649.83 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/07/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 11JUN | 10JUN | 10JUN | USD | OUR: 0216200094WA | 13,280.75 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/10/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 12JUN | 11JUN | 11JUN | USD | OUR: 0216300094WA | 6,126.85 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/11/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13JUN | 12JUN | 12JUN | USD | OUR: 0216400089WA | 12,058.25 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/12/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14JUN | 13JUN | 13JUN | USD | OUR: 0216500092WA | 8,135.30 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/13/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 17JUN | 14JUN | 14JUN | USD | OUR: 0216800089WA | 4,291.65 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

Account No: 910-1-013572
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-21
Statement No: 006
Page 3 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 18JUN | 17JUN | 17JUN | USD | OUR: 0216900092WA | 10,561.91 | 002-2-416598 FOR WORK OF 06/14/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 19JUN | 18JUN | 18JUN | USD | OUR: 0217000091WA | 8,718.51 | 002-2-416598 FOR WORK OF 06/17/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 20JUN | 19JUN | 19JUN | USD | OUR: 0217100093WA | 8,578.38 | 002-2-416598 FOR WORK OF 06/18/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 21JUN | 20JUN | 20JUN | USD | OUR: 0217200090WA | 8,973.18 | 002-2-416598 FOR WORK OF 06/19/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 24JUN | 21JUN | 21JUN | USD | OUR: 0217500086WA | 9,023.66 | 002-2-416598 FOR WORK OF 06/20/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 25JUN | 24JUN | 24JUN | USD | OUR: 0217600088WA | 7,803.26 | 002-2-416598 FOR WORK OF 06/21/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 26JUN | 25JUN | 25JUN | USD | OUR: 0217700092WA | 11,597.15 | 002-2-416598 FOR WORK OF 06/24/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/25/02 W R GRACE & CO C/O CORPORATE | | |

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA    MD    21044-4098

Account No: 910-1-013572
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-21
Statement No: 006
Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | References | Description | Credit/Debit |
|---|---|---|---|---|---|
| 27JUN | 26JUN | 26JUN USD | OUR: 0217800092WA | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/26/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 11,990.40 |
| 28JUN | 27JUN | 27JUN USD | OUR: 0217900098WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/27/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 7,891.91 |

### CHECKS

*No Activity*