

```
191 Peachtree ST                    03      TAXPAYER ID        13-5114230
Atlanta     GA  30303
```

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

**No Enclosures**  
C  0

June 15, 2002 - June 30, 2002 ( 16 days)

Page 1 of 2

### FOR INFORMATION OR ASSISTANCE CONTACT:
Your Wachovia Banker  
Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $614,000.00 | $.00 | $.00 | $.00 | $.00 | $614,000.00 |

Average Ledger Balance     $614,000.00

### Daily Activity and Balance

There was no activity for this statement period.

18038

**WACHOVIA**

```
191 Peachtree ST                    03      TAXPAYER ID         13-5114230
Atlanta      GA  30303

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044
```

## Checking Statement

No Enclosures       June 1, 2002 - June 14, 2002 ( 14 days)       Page 1 of 2
C    0

**FOR INFORMATION OR ASSISTANCE CONTACT:**

Your Wachovia Banker

Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $614,000.00 | $.00 | $.00 | $.00 | $.00 | $614,000.00 |

Average Ledger Balance       $614,000.00

### Daily Activity and Balance

There was no activity for this statement period.

031



## Commercial Checking

01    2199500021812  036  130      0    0      64,725

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN  CORP ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD  21044-4098

CB

## Commercial Checking

6/01/2002 thru 6/28/2002

Account number: 2199500021812
Account holder(s): W R GRACE AND CO-CONN
GENERAL ACCOUNT

Taxpayer ID Number: 135114230

### Account Summary

| | |
|---|---:|
| Opening balance 6/01 | $5,872,731.83 |
| Deposits and other credits | 3,761,248.56 + |
| Other withdrawals and service fees | 9,420,142.35 - |
| Closing balance 6/28 | $213,838.04 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 6/06 | 427,957.28 | DEPOSIT |
| 6/13 | 4,428.11 | DEPOSIT |
| 6/13 | 24,191.26 | DEPOSIT |
| 6/13 | 283,312.32 | DEPOSIT |
| 6/13 | 402,414.84 | DEPOSIT |
| 6/20 | 1,056,054.45 | DEPOSIT |
| 6/20 | 1,131,372.01 | DEPOSIT |
| 6/27 | 145,518.19 | DEPOSIT |
| 6/27 | 286,000.10 | DEPOSIT |
| Total | $3,761,248.56 | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---:|---|
| 6/03 | 5,232,262.29 | FUNDS TRANSFER  (ADVICE 020603011406) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          06/03/02  10:39AM |
| 6/04 | 630,469.54 | FUNDS TRANSFER  (ADVICE 020604008730) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          06/04/02  11:09AM |

Other Withdrawals and Service Fees continued on next page.

Commercial Checking

01      2079900003615   005   108         14   160        16,717

W R GRACE & CO-CONN
ATTN CINDY LEE                                CB   025
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

# Commercial Checking                     6/01/2002 thru 6/28/2002

Account number:      2079900003615
Account holder(s):   W R GRACE & CO-CONN

Taxpayer ID Number:  133461988

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 2,375,453.12 + |
| Other withdrawals and service fees | 2,375,453.12 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/04 | 2,491.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 2,229.54 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 5,610.93 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 2,147.17 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 423,302.12 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 3,394.27 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 869,475.93 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 4,881.61 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 6,246.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 11,115.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 10,038.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 6,816.17 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 4,260.05 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 6,723.02 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

Deposits and Other Credits continued on next page.



# Commercial Checking

03      2079900003615   005   108      14  160        16,719

## Other Withdrawals and Service Fees  continued

| Date | Amount | Description |
|---|---|---|
| 6/12 | 26,064.01 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 6/12 | 116,562.22 | AUTOMATED DEBIT  GRACE MANAGEMENT PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 6/12 | 721,851.35 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL |
| 6/13 | 4,881.61 | LIST OF DEBITS POSTED |
| 6/13 | 6,246.99 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020613 CCD<br>MISC SETTL NCVCDBATL |
| 6/14 | 11,115.04 | LIST OF DEBITS POSTED |
| 6/17 | 10,038.04 | LIST OF DEBITS POSTED |
| 6/18 | 6,816.17 | LIST OF DEBITS POSTED |
| 6/19 | 1,168.64 | LIST OF DEBITS POSTED |
| 6/19 | 3,091.41 | AUTOMATED DEBIT  BNF CTS       PR TAXES<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-02 579111 |
| 6/20 | 6,723.02 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020620 CCD<br>MISC SETTL NCVCDBATL |
| 6/21 | 1,976.06 | LIST OF DEBITS POSTED |
| 6/25 | 960.42 | LIST OF DEBITS POSTED |
| 6/25 | 3,066.24 | AUTOMATED DEBIT  BNF CTS       PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C2916-00 597659 |
| 6/25 | 12,554.51 | AUTOMATED DEBIT  BNF CTS       PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C4213-00 597694 |
| 6/25 | 361,471.50 | AUTOMATED DEBIT  BNF CTS       PR TAXES<br>CO. ID. 1411902914 020625 CCD<br>MISC C4025-01 597689 |
| 6/26 | 4,998.35 | AUTOMATED DEBIT  GRACE WASHINGTON PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 6/26 | 26,063.96 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 6/26 | 591,540.72 | AUTOMATED DEBIT  W.R. GRACE    PAYROLL<br>CO. ID.        020626 CCD<br>MISC SETTL NCVCDBATL |
| 6/27 | 1,111.47 | LIST OF DEBITS POSTED |
| 6/27 | 1,686.89 | LIST OF DEBITS POSTED |

Other Withdrawals and Service Fees continued on next page.

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI



# Commercial Checking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05 | 2079900003615 | 005 | 108 | 14 | 160 | | 16,721 | |

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



## Commercial Checking

| 01 | 2000006910969 072 130 | 0 32 | 5,283 | | |

```
W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY             CB
7500 GRACE DRIVE
COLUMBIA MD   21044
```

## Commercial Checking

6/01/2002 thru 6/28/2002

Account number: 2000006910969
Account holder(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $3,744.03 |
| **Closing balance 6/28** | **$3,744.03** |



FIRST UNION NATIONAL BANK , CAP MKT INV BKG MD DIVERSIFIED MANUFA        page 1 of 2

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

4 5 0 6

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 06/01/2002 - 06/30/2002

Account Number
318-3343175-6

Financial Advisor
George L Perez
(--22N07J80)

Account Value As Of 06/30/2002
$5,242.85

Dividends
06/01/2002 - 06/30/2002      Year To Date
$8.11                        $5,242.85

> *THE AVERAGE NET ANNUALIZED YIELD FOR*
> *THE MONTH OF JUNE WAS 1.88%.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | $5,234.74 |
| 06/30/2002 | 06/30/2002 | Div Reinvest | $8.11 | $1.00 | $5,242.85 |
|  |  | Ending Balance |  |  | $5,242.85 |

Account Number  318-3343175-6      (page  1 of 1)




MLM..»06 1LO».4487938010.04507.04770.CNSMLM01.INVMWW.........MLM........000078495

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

4 9 3 0

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 06/01/2002 - 06/30/2002

Account Number
318-3323735-8

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 06/30/2002
$27,114,775.38

Dividends
06/01/2002 - 06/30/2002    Year To Date
$33,588.03                 $199,471.81

> *THE AVERAGE NET ANNUALIZED YIELD FOR
> THE MONTH OF JUNE WAS 1.88%.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $15,981,187.35 |
| 06/03/2002 | 06/03/2002 | Shares Purchased By Wire | $4,500,000.00 | $1.00 | $20,481,187.35 |
| 06/04/2002 | 06/04/2002 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $21,781,187.35 |
| 06/06/2002 | 06/06/2002 | Same Day Wire Redemption | $3,500,000.00 | $1.00 | $18,281,187.35 |
| 06/07/2002 | 06/07/2002 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $20,281,187.35 |
| 06/10/2002 | 06/10/2002 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $18,881,187.35 |
| 06/11/2002 | 06/11/2002 | Same Day Wire Redemption | $2,800,000.00 | $1.00 | $16,081,187.35 |
| 06/12/2002 | 06/12/2002 | Shares Purchased By Wire | $300,000.00 | $1.00 | $16,381,187.35 |
| 06/13/2002 | 06/13/2002 | Same Day Wire Redemption | $3,300,000.00 | $1.00 | $13,081,187.35 |
| 06/14/2002 | 06/14/2002 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $14,981,187.35 |
| 06/17/2002 | 06/17/2002 | Shares Purchased By Wire | $15,200,000.00 | $1.00 | $30,181,187.35 |
| 06/18/2002 | 06/18/2002 | Shares Purchased By Wire | $700,000.00 | $1.00 | $30,881,187.35 |
| 06/19/2002 | 06/19/2002 | Shares Purchased By Wire | $300,000.00 | $1.00 | $31,181,187.35 |
| 06/21/2002 | 06/21/2002 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $29,181,187.35 |
| 06/21/2002 | 06/21/2002 | Same Day Wire Redemption | $500,000.00 | $1.00 | $28,681,187.35 |
| 06/21/2002 | 06/21/2002 | Same Day Wire Redemption | $4,200,000.00 | $1.00 | $24,481,187.35 |
| 06/24/2002 | 06/24/2002 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $26,581,187.35 |
| 06/25/2002 | 06/25/2002 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $23,581,187.35 |
| 06/26/2002 | 06/26/2002 | Same Day Wire Redemption | $2,600,000.00 | $1.00 | $20,981,187.35 |

Account Number 318-3323735-8    (page 1 of 2)

**Merrill Lynch** Investment Managers — Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 06/01/2002 - 06/30/2002

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 06/27/2002 | 06/27/2002 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $19,081,187.35 |
| 06/28/2002 | 06/28/2002 | Shares Purchased By Wire | $8,000,000.00 | $1.00 | $27,081,187.35 |
| 06/30/2002 | 06/30/2002 | Div Reinvest | $33,588.03 | $1.00 | $27,114,775.38 |
|  |  | Ending Balance |  |  | $27,114,775.38 |

Account Number   318-3323735-8   (page 2 of 2)




MLM..x30210*.4487938010.04952.05215.CNSMLM01.INVMWW........MLM........000057826