# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

D

Account No: 323-223141
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-22
Statement No: 006
Page 1 of 1

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 723,482.18 |
| Total Debits (incl. checks) | 1 | 723,482.18 |
| Total Checks Paid | 0 | 0.00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### BALANCES

| Opening (01 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS

28JUN | | | | USD YOUR: NC0773228806280201 OUR: 0217900211IN | 723,482.18 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO REPAY YOUR DEPOSIT FR 02052 8 TO 020628 RATE 1.7500

### DEBITS

28JUN | | | | USD YOUR: ND0802731006280201 OUR: 0217901051IN | 723,482.18 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO ESTABLISH YOUR DEPOSIT FR 0 20628 TO 020729 RATE 1.7500

### CHECKS

*No Activity*

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 28JUN | 0.00 |

FT CODE:
USD - SAME DAY FUNDS    USD - ONE DAY FLOAT    USD - THREE DAY FLOAT    USD - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    USD - TWO DAY FLOAT    USD - FOUR DAY FLOAT    USD - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THE ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THE ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorganChase

## Statement of Account

In US Dollars

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | |
|---|---|---|
| Account No: | 016-001257 | |
| Statement Start Date: | 01 JUN 2002 | |
| Statement End Date: | 14 JUN 2002 | |
| Statement Code: | S00-USA-22 | |
| Statement No: | 011 | |

Page 1 of 15

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 30 | 50,727,654.02 |
| Total Debits (incl. checks) | 53 | 50,635,941.47 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 JUN 2002) | | Closing (14 JUN 2002) | |
|---|---|---|---|
| Ledger | 457,537.00 | Ledger | 549,249.55 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 03JUN | 523,732.09 |
| 04JUN | 497,035.96 |
| 05JUN | 3,059,973.75 |
| 06JUN | 499,643.36 |
| 07JUN | 500,252.31 |
| 10JUN | 538,192.98 |
| 11JUN | 453,106.98 |
| 12JUN | 508,343.55 |
| 13JUN | 6,196,460.89 |
| 14JUN | 549,249.55 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 03JUN | | | | USD YOUR: 31Y9830870154<br>OUR: 1541000870ZA | 604.80 | E-AIP/USDP1 INT ACCRUAL TO CUSTOMER<br>CREDIT OF NET AIP INTEREST FOR<br>CURRENT PERIOD AND ANY PRIOR<br>PERIOD ADJUSTMENTS. SEE ENHANCED<br>AIP STATEMENT FOR DETAILS. |
| 03JUN | | 03JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0184807154FF | 2,218,762.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:26<br>IMAD: 0603EAQFTI1A001264 |
| 03JUN | | 03JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0238803154FF | 2,923,429.90 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/12:17<br>IMAD: 0603G1QFGY2C000588 |
| 03JUN | | 03JUN | | USD YOUR: O/B FIRST UNION<br>OUR: 0131107154FF | 5,232,262.29 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021 |

| FT CODE: | USD - SAME DAY FUNDS<br>USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT<br>US2 - TWO DAY FLOAT | US3 - THREE DAY FLOAT<br>US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT<br>USM - MIXED FLOAT |
|---|---|---|---|---|

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorganChase
## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 2 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04JUN | | 04JUN | | USD YOUR: O/B FIRST UNION<br>OUR: 0084201155FF | B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/10:39<br>IMAD: 0603F3QCAA1C000640 | 630,469.54 | | |
| 04JUN | | 04JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0136803155FF | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/11:09<br>IMAD: 0604F3QCAA1C000600 | 1,778,705.00 | | |
| 04JUN | | 04JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0075702155FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:15<br>IMAD: 0604EAQFT11A000997 | 2,946,202.69 | | |
| 05JUN | | 05JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0103403156FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HDWT BBI=/TIME/10:41<br>IMAD: 0604G1QFGY2C000294<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | 520,421.00 | | |

# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 3 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05JUN | | 05JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0107109156FF | 2,118,043.52 | C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:04 IMAD: 0605EAQFTI1A000771 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:54 IMAD: 0605G1QFGY2C000352 | |
| 06JUN | | 06JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0090303157FF | 544,900.13 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:51 IMAD: 0606G1QFGY2C000428 | |
| 06JUN | | 06JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0101209157FF | 1,485,871.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:59 IMAD: 0606EAQFTI1A000845 | |
| 06JUN | | 06JUN | | USD YOUR: MAESTRO OUR: 0349007157FF | 3,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 0606A1Q002GC002035 | |

# JPMorganChase — Statement of Account

In US Dollars

**Account No:** 016-001257
**Statement Start Date:** 01 JUN 2002
**Statement End Date:** 14 JUN 2002
**Statement Code:** S00-USA-22
**Statement No:** 011

Page 4 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | | |
| 07JUN | | 07JUN | | | USD YOUR: O/B BKAM IL CGO OUR: 0147914158FF | 1,361,168.57 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:04 IMAD: 0607G1QFGY2C000516 | | |
| 07JUN | | 07JUN | | | USD YOUR: O/B WACHOVIA WIN OUR: 0176708158FF | 1,503,682.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:32 IMAD: 0607EAQFT11A001068 | | |
| 10JUN | | 10JUN | | | USD YOUR: O/B FIRST UNION OUR: 0106007161FF | 427,957.28 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/11:16 IMAD: 0610F3QCAA1C000582 | | |
| 10JUN | | 10JUN | | | USD YOUR: O/B WACHOVIA WIN OUR: 0140209161FF | 1,006,286.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:58 IMAD: 0610EAQFT11A000936 | | |
| 10JUN | | 10JUN | | | USD YOUR: MAESTRO OUR: 0332913161FF | 1,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN | | |

JPMorganChase
Statement of Account

in US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 5 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/I Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10JUN | | 10JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099914161FF | 2,365,403.57 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0610A1Q002HC001610 | | |
| 11JUN | | 11JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0106107162FF | 1,809,543.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:07<br>IMAD: 0610G1QFGY2C000319 | | |
| 11JUN | | 11JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0082414162FF | 2,415,709.07 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:57<br>IMAD: 0611G1QFGY2C000299 | | |
| 11JUN | | 11JUN | | USD YOUR: MAESTRO<br>OUR: 0289107162FF | 2,800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND | | |

# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 6 of 15

## CREDITS CONTINUED

| Ledger Date | Value Date | F | T | References | Description | Credit/Debit |
|---|---|---|---|---|---|---|
| 12JUN | 12JUN | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0092802163FF | -318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0611A1Q002GC001601<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 0612G1QFGY2C000334 | 1,682,962.52 |
| 12JUN | 12JUN | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0161213163FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:28<br>IMAD: 0612EAQFT11A000952 | 1,836,913.00 |
| 13JUN | 13JUN | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0141701164FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:39<br>IMAD: 0613G1QFGY2C000638 | 650,137.17 |
| 13JUN | 13JUN | | | USD YOUR: O/B FIRSTUNION N<br>OUR: 0262114164FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILADELPHIA<br>/031201467<br>B/O: LEHIGH PORTLAND CEMENT COMPANY<br>ALLENTOWN PA 18195<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRSTUNION N<br>OBI=PAYMENT CLOSING ADJUSTMENT BS<br>F&G RELOCATION/TIME/12:00 | 684,311.22 |
| 13JUN | 13JUN | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0117003164FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO | |

# JPMorganChase

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 JUN 2002 |
| Statement End Date: | 14 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 7 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

| Ledger Date | Adj Ledger Date | Value Date | T | References | Credit/Debit | Description | Closing Balance Date Amount |
|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 13JUN | | | | USD YOUR: MAESTRO<br>OUR: 0380707164FF | 3,300,000.00 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:26<br>IMAD: 0613EAQFTIIA000892 | |
| | | | | | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>BBI=/TIME/11:21<br>IMAD: 0613A1Q002HC001796 | |
| 14JUN | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0126002165FF | 94,324.32 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B FIRST UNION<br>BBI=/TIME/11:21<br>IMAD: 0614F3QCAA1C000764 | |
| 14JUN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0123301165FF | 838,510.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:18<br>IMAD: 0614EAQFTIIA000932 | |
| 14JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0122508165FF | 1,500,271.43 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

# JPMorganChase

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 JUN 2002 |
| Statement End Date: | 14 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 8 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 03JUN | | | | USD OUR: 0033000118XF | 23,343.03 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| **DEBITS** | | | | | | | | |
| 03JUN | | | | USD YOUR: FPRS DEPOSITORY OUR: 1013800154JB | 30,735.71 | FEDWIRE DEBIT VIA: BANKERS NYC /021001033 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 5/24 /02 CPD ONLY IMAD: 0603B1QGC04C004557 | | |
| 03JUN | | | | USD YOUR: SEE WIRE OUR: 1013900154JB | 80,485.12 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 03JUN | | | | USD YOUR: SEE WIRE OUR: 1015200154JB | 124,300.04 | FEDWIRE DEBIT VIA: FW121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7835 REF: /TIME/17:09 IMAD: 0603B1QGC03C004596 | | |
| 03JUN | | | | USD YOUR: SEE WIRE OUR: 0640400154JB | 2,750,000.00 | FEDWIRE DEBIT VIA: FW052001633 /052001633 A/C: W.R. GRACE + CO. - CONN ATTN TERRI POLESKI 410.547.4745 REF: ESCROW ACCOUNT FUNDING IMAD: 0603B1QGC02C003192 | | |
| 03JUN | | | | USD YOUR: HOWT-FUCD OUR: 1014300154JB | 2,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC 0111 79 ATTN P. LAWING 704-374 REF: -3448/TIME/17:10 IMAD: 0603B1QGC07C004737 | | |

# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 9 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| 03JUN | | 03JUN | | USD YOUR: SEE WIRE<br>OUR: 1014800154JB | 4,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/17:22<br>IMAD: 0603B1QGC07C004943 | | |
| 04JUN | | 04JUN | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0768600155JB | 420.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 5/24<br>AND 5/28/02 HOURLY<br>SSN: 0218243 | | |
| 04JUN | | | | USD OUR: 0031050114XF | 10,188.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 | | |
| 04JUN | | 04JUN | | USD YOUR: SEE WIRE<br>OUR: 0768800155JB | 96,481.03 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 04JUN | | 04JUN | | USD YOUR: SEE WIRE<br>OUR: 0302100155JB | 874,983.81 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:43<br>IMAD: 0604B1QGC05C001660 | | |
| 04JUN | | 04JUN | | USD YOUR: SEE WIRE<br>OUR: 0769000155JB | 1,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:38<br>IMAD: 0604B1QGC08C003595 | | |
| 04JUN | | 04JUN | | USD YOUR: HOWT-FUCD<br>OUR: 0769100155JB | 3,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219 | | |

# JPMorganChase
## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 JUN 2002 |
| Statement End Date: | 14 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 10 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | | | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 05JUN | | | | USD OUR: 0032250114XF | 150.00 | A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374-3448/TIME/15:38 IMAD: 0604B1QGC08C003594 |
| 05JUN | | | | USD YOUR: SEE WIRE OUR: 1246200156JB | 75,376.73 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 3 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 0059800157JB | 2,579.45 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: BANK OF AMERICA - LONDON 37/60564 BEN: GRACE COLLECTION INC. X REF: PYMT OWED TO THE GCI USD ACCOU NT FOR THE BANK FEES. SSN: 0141381 |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 1006400157JB | 41,710.40 | FEDWIRE DEBIT VIA: BANKERS NYC /021001033 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE  DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PREPAYMENT OF IN VOICE1341 IMAD: 0606B1QGC04C003871 |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 1006900157JB | 73,067.10 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 06JUN | | | | USD YOUR: FPRS DEPOSITORY OUR: 1005200157JB | 173,744.57 | FEDWIRE DEBIT VIA: BANKERS NYC /021001033 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 6/3/ 02 CPD/DAVISON |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 11 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | 06JUN | USD | YOUR: HOWT-FUCD<br>OUR: 1005800157JB | 7,800,000.00 | IMAD: 0606B1QGC07C004143<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:13 | | |
| | | 07JUN | USD | OUR: 0031350114XF | 51.00 | IMAD: 0606B1QGC01C004225<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 3 | | |
| | | 07JUN | USD | YOUR: FPRS DEPOSITORY<br>OUR: 1047300158JB | 370.00 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 6/3/02 | | |
| | | 07JUN | USD | YOUR: ACH OF 02/06/07<br>OUR: 0007700158HP | 9,091.00 | IMAD: 0607B1QGC06C004208<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| | | 07JUN | USD | YOUR: SEE WIRE<br>OUR: 0877300158JB | 54,729.62 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | | 07JUN | USD | YOUR: HOWT-FUCD<br>OUR: 0877500158JB | 800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:08<br>IMAD: 0607B1QGC08C004144 | | |
| | | 07JUN | USD | YOUR: SEE WIRE<br>OUR: 0877400158JB | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: W/O W.R. GRACE + CO - CONN<br>ATTN: MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:08 | | |

# JPMorganChase

## Statement of Account

In US Dollars

**Account No:** 016-001257
**Statement Start Date:** 01 JUN 2002
**Statement End Date:** 14 JUN 2002
**Statement Code:** S00-USA-22
**Statement No:** 011

Page 12 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | T | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|---|
| 10JUN | | | | | USD OUR: 0031390114XF | 190.00 | IMAD: 0607B1QGC04C003666 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388l963 |
| 10JUN | | | | | USD YOUR: SEE WIRE OUR: 1058400161JB | 166,558.06 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 10JUN | | | | | USD YOUR: SEE WIRE OUR: 0284300161JB | 2,494,958.12 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: SALARIED PAYROLL/TIME/11:32 IMAD: 0610B1QGC04C001747 |
| 10JUN | | | | | USD YOUR: HOWT-FUCD OUR: 1058500161JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:21 IMAD: 0610B1QGC05C003901 |
| 11JUN | | | | | USD YOUR: SEE WIRE OUR: 0965600162JB | 7,169.57 | FEDWIRE DEBIT VIA: FLEET NATL CONN /011900445 A/C: HARTFORD LIFE INSURANCE REF: INTEREST PAYMENT ON CASE MB038 TRANSACTION NUMBERS 39930 + 39859 IMAD: 0611B1QGC06C003773 |
| 11JUN | | | | | USD YOUR: SEE WIRE OUR: 0965400162JB | 37,635.48 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 11JUN | | | | | USD OUR: 0029690114XF | 45,791.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388l963 |
| 11JUN | | | | | USD YOUR: SEE WIRE OUR: 0146900162JB | 819,741.35 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL/TIME/11:14 IMAD: 0611B1QGC06C001375 |

# JPMorganChase

## Statement of Account

In US Dollars

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 13 of 15

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | 11JUN | | | USD YOUR: HOWT-FUCD OUR: 0965300162JB | 6,200,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:13 IMAD: 0611B1QGC01C004050 | | |
| 12JUN | | | | | USD OUR: 0030890114XF | 1,648.33 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388l963 | | |
| 12JUN | | | | | USD YOUR: FPRS DEPOSITORY OUR: 0956900163JB | 4,120.81 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 6/7/ 02 SALARIED WITH CORRECTIONS FROM P SSN: 0229904 | | |
| 12JUN | | | | | USD YOUR: SEE WIRE OUR: 0957200163JB | 57,276.94 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 12JUN | | | | | USD YOUR: HOWT-CHASE OUR: 0958300163JB | 78,267.41 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT | | |
| 12JUN | | | | | USD YOUR: SEE WIRE OUR: 0958000163JB | 156,696.00 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: AS HANSAPANK SWIFT CODE HABA EE 2X BEN: AS SILMET X REF: GRACE DAVISON PAYMENT OF 52099 52161-65, 52185 SSN: 0229880 | | |
| 12JUN | | | | | USD YOUR: SEE WIRE OUR: 0956400163JB | 300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND N/O W.R. GRACE + CO - CONN | | |