PMorgan Chase Bank

JP MorganChase

# Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| | | |
|---|---|---|
| Account No: | | 016-001257 |
| Statement Start Date: | | 01 JUN 2002 |
| Statement End Date: | | 14 JUN 2002 |
| Statement Code: | | S00-USA-22 |
| Statement No: | | 011 |

Page 14 of 15

| Ledger Date | Adj Ledger Date | Value Date | F I T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 12JUN | | 12JUN | | USD YOUR: FPRS DEPOSITORY OUR: 0957600163JB | 866,629.46 | ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:52 /MAD: 0612B1QGC05C003407 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 6/7/ 02 SALARIED SSN: 0029871 | | |
| 12JUN | | 12JUN | | USD YOUR: HOWT-FUCD OUR: 0955800163JB | 2,000,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /055000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:52 /MAD: 0612B1QGC01C003706 | | |
| 13JUN | | | | USD OUR: 0031490114XF | 97,134.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 14JUN | | | | USD OUR: 0032490114XF | 4,143.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 14JUN | | 14JUN | | USD YOUR: ACH OF 02/06/14 OUR: 000890016SHP | 6,096.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634-- | | |
| 14JUN | | 14JUN | | USD YOUR: SEE WIRE OUR: 0944600165JB | 31,922.09 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 14JUN | | 14JUN | | USD YOUR: SEE WIRE OUR: 0073400165JB | 34,232.25 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 14JUN | | 14JUN | | USD YOUR: SEE WIRE OUR: 0080000165JB | 40,324.38 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: DOW CHEMICAL CO. X REF: ROYALTY PAYMENT JAN - MARCH 20 02 SSN: 0185906 | | |

PMorgan Cha⬤ank

🚩 JP⬤organChase                    Statement of Account

In US Dollars

Account No:        016-001257
Statement Start Date:    01 JUN 2002
Statement End Date:      14 JUN 2002
Statement Code:         S00-USA-22
Statement No:           011
Page 15 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 14JUN | | 14JUN | | USD YOUR: FPRS DEPOSITORY OUR: 0944700165JB | 163,598.57 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 06/1 0/2002 HOURLY SSN: 0264818 | | |
| 14JUN | | 14JUN | | USD YOUR: HOWT-FUCD OUR: 0944800165JB | 300,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:21 IMAD: 0614B1QGC07C004351 | | |
| 14JUN | | 14JUN | | USD YOUR: SEE WIRE OUR: 0945200165JB | 1,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:20 IMAD: 0614B1QGC02C004165 | | |
| 14JUN | | 14JUN | | USD YOUR: HOWT-FUCD OUR: 0073500165JB | 5,600,000.00 | FEDWIRE DEBIT /053000219 A/C: W.R GRACE AND CO. CHARLOTTE NC VIA: FIRT UNION NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/09:28 IMAD: 0614B1QGC07C001018 | | |

**CHECKS**

*No Activity*

JPMorgan Chase Bank

**JP organ Chase**    Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 1 of 19

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 48 | 92,325,764.30 |
| Total Debits (incl. checks) | 59 | 92,367,515.00 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (15 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | 549,249.55 | Ledger | 507,498.85 |

## Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 17JUN | 524,083.46 |
| 18JUN | 575,688.14 |
| 19JUN | 603,144.58 |
| 20JUN | 3,485,578.97 |
| 21JUN | 508,552.69 |
| 24JUN | 517,547.64 |
| 25JUN | 481,359.46 |
| 26JUN | 4,978,490.44 |
| 27JUN | 496,497.86 |
| 28JUN | 507,498.85 |

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|

## CREDITS

17JUN · USD · YOUR: O/B FIRST UNION · OUR: 011540218FF · 619,328.25
FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B FIRST UNION
BBI=/TIME/10:35
IMAD: 0617F5QCAA1C000498

17JUN · USD · YOUR: O/B WACHOVIA WIN · OUR: 031220718FF · 1,791,866.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/14.04
IMAD: 0617EAQFTI1A001231

17JUN · USD · YOUR: O/B BKAM IL C60 · OUR: 017100116BFF · 6,022,817.16
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B BKAM IL C60

FT CODE:
USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Cha▪Bank

**JP▪organChase**     Statement o▪Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 2 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 17JUN | | 17JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0374114168FF | 8,717,010.20 | OBI=HOWT BBI=/TIME/11:45<br>IMAD: 0617810FGY2C000497<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160012S7 RFB=O/B WACHOVIA WIN | | |
| 18JUN | | 18JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0131101169FF | 2,200,411.00 | BBI=/TIME/15:14<br>IMAD: 0617EAQFTIIA001422<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160012S7 RFB=O/B WACHOVIA WIN | | |
| 18JUN | | 18JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0079713169FF | 2,653,911.33 | BBI=/TIME/11:51<br>IMAD: 0618EAQFTIIA000894<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160012S7 RFB=O/B BKAM IL CGO | | |
| 19JUN | | 19JUN | | USD YOUR: O/B BANK ONE NA<br>OUR: 0144803170FF | 126,069.24 | OBI=HOWT BBI=/TIME/10:32<br>IMAD: 0618Q1QFGY2C000274<br>FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160012S7 RFB=O/B BANK ONE NA | | |
| 19JUN | | 19JUN | | USD YOUR: 12672757<br>OUR: 0088803170FF | 179,377.53 | BBI=/TIME/12:04<br>IMAD: 0619Q1QH052C001575<br>FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK | | |

JPMorgan Chase Bank

**JP●organChase**                    Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 3 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 19JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0095303170FF | 650,994.00 | /011500010 B/O: HARTFORD LIFE COLI HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=1272757 OBI=DEA TH CLAIMS FOR MB038 BBI=/TIME/10:51 IMAD: 0619A1QF148CC02152 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:02 | | |
| 19JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0097713170FF | 1,398,702.79 | IMAD: 0619EAQFT11A000749 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:57 IMAD: 0619G1QFGY2C000311 | | |
| 20JUN | | | | USD OUR: 1715501014TC | 207.76 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020618 ORIG ID:9020571072 DESC DATE:020620 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000025501014 EED:020620 IND ID:GR10000000094620 IND NAME:GRACE CORP BENEFITS DE | | |
| 20JUN | | | | USD YOUR: 600817112509001 OUR: 0976900171FC | 12,041.51 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=GRACE COLLECTION INC.OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY | | |

JPMorgan Cha●Bank



# JP●organChase

# Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 4 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 20JUN | | 20JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0187202171FF | 1,343,842.00 | SSN: 0060790 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100049 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:38 IMAD: 0620EAQFTIIA001208 | | |
| 20JUN | | 20JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0131714171FF | 1,923,813.82 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:37 IMAD: 0620G1QFGY2C000633 | | |
| 21JUN | | 21JUN | | USD YOUR: MAESTRO OUR: 0167013172FF | 500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=MAESTRO OBI=FUND -3|8=P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 0621A1Q002BC000627 | | |
| 21JUN | | 21JUN | | USD YOUR: O/B FIRST UNION OUR: 0062702172FF | 714,616.95 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/09:57 IMAD: 0621F3QCAA1C000335 | | |
| 21JUN | | 21JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0095714172FF | 756,353.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 | | |

Case 01-01139-AMC   Doc 2587-8   Filed 09/10/02   Page 7 of 15

PMorgan Cha●Bank



**JP●organChase**   Statement o● ●ccount

In US Dollars
016-001257
15 JUN 2002
28 JUN 2002
S00-USA-22
012
Page 5 of 19

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F t | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 21JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0091513172FF | | 962,474.21 | B/O: W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN B-0T-01IME/11:02 IMAD: 0621EAØFTIIA000815 FEDWIRE CREDIT VIA: BANK OF AMERICA VI100039 |
| 21JUN | | USD YOUR: MAESTRO OUR: 0377709172FF | | 2,000,000.00 | B/O: W R GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257/RFB=O/B BKAM IL CGO OBI:HOWI BBI/TIME/10:49 IMAD: 0621GIGIFGY2C000334 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 COLUMBIA MD 21044-4009 |
| 21JUN | | USD OUR: 0015160114XF | | 2,300,000.00 | B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=MAESTRO OBI=FUND -318-P I-S I ML PREMIER FUND BBI=-/T IMAD: 0621AIQ02GC001904 AUTOMATIC DDLLAR/FLOAT TRANSFER FROM ACCOUNT 00032315652H |
| 21JUN | | USD YOUR: MAESTRO OUR: 0048507172FF | | 4,200,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=MAESTRO OBI=FUND -318-P I-S I ML PREMIER FUND BBI=-/T IMAD: 0621AIQ002HC000043 |
| 21JUN | | USD YOUR: 600816912546001 OUR: 094940012FC | | 7,117,297.90 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO |

PMorgan Chase Bank

**JPMorganChase** Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 6 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21JUN | | | | | USD YOUR: O/B FIRT UNION N<br>OUR: 0084901172FF | 7,200,000.00 | LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0058933<br>FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BANK<br>/053000219<br>B/O: W R GRACE & COMPANY<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7RFB=O/B FIRT UNION N<br>/BBI=/TIME/10:45<br>IMAD: 0621E5QPAAIC000521 | | |
| 24JUN | | | | | USD OUR: 17526533B6TC | 721.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020620<br>ORIG ID:902057172 DESC DATE:020624<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022653386 EED:020624<br>IND ID:GRN00000000004624<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 24JUN | | | | | USD OUR: 0031500114XF | 1,905.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00032388196 | | |
| 24JUN | | | | | USD YOUR: 600817112510000 1<br>OUR: 0938400175FC | 3,687.82 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0060290 | | |
| 24JUN | | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0145209175FF | 1,407,317.28 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O:W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125 7 RFB=O/B FIRST UNION<br>BBI=/TIME/11:57<br>IMAD: 0624F3QCAAIC000743 | | |

JPMorgan Chase Bank

**JP***organ***Chase**

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 7 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 24JUN | | 24JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0108801175FF | 2,701,895.76 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00801601257 RFB=O/B BKAM IL CGO OBI=HDWT BBI=/TIME/11:12 IMAD: 0624GI0FGYZC000311 | | |
| 24JUN | | 24JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0122309175FF | 3,682,435.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00801601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:25 IMAD: 0624EAQFTIA000889 | | |
| 25JUN | | | | USD OUR: 0015360114XF | 10,581.63 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00352136524 | | |
| 25JUN | | | | USD YOUR: TEBC OF 02/06/25 OUR: 1116300176JB | 67,510.30 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140 REF: GIHI 2002Q3 INTEREST TO CONN | | |
| 25JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0162009176FF | 2,188,491.36 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00801601257 RFB=O/B BKAM IL CGO OBI=HDWT BBI=/TIME/11:41 IMAD: 0625GI0FGYZC000450 | | |
| 25JUN | | | | USD YOUR: TEBC OF 02/06/25 OUR: 1240000176JB | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: GRACE DE TO GRACE CONN | | |
| 25JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0076501176FF | 2,961,997.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO | | |



JPMorgan, Cha●Bank

🙂 JP●organChase    Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:    15 JUN 2002
Statement End Date:    28 JUN 2002
Statement Code:      S00-USA-22
Statement No:        012

Page 8 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 25JUN | | | | USD YOUR: MAESTRO OUR: 0378309176FF | COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:18 IMAD: 0625EAQFTI1A000593 | 3,000,000.00 | | |
| 26JUN | | | | USD YOUR: 0/B WACHOVIA WIN OUR: 0087809177FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001001257 RFB=MAESTRO OBI=FUND -318-P1-S.1 ML PREMIER FUND BBI=/T IMAD: 0625AIQ002CC001895 | 294,069.00 | | |
| 26JUN | | | | USD YOUR: 0/B BKAM IL CGO OUR: 0100614177FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:44 IMAD: 0626EAQFTI1A000760 | 1,885,984.87 | | |
| 26JUN | | | | USD YOUR: MAESTRO OUR: 0332713177FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:03 IMAD: 0626IQF6Y2C000353 | 2,600,000.00 | | |
| 26JUN | | | | | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001001257 RFB=MAESTRO OBI=FUND | | | |

JPMorganChase Bank

**JP❱organChase**                    Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:            016-001257
Statement Start Date:  15 JUN 2002
Statement End Date:    28 JUN 2002
Statement Code:        S00-USA-22
Statement No:          012

Page 9 of 19

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 27JUN | | 27JUN | USD YOUR: 628317881221 0201 OUR: 2572700178FC | | 44,108.91 | -318-P I-S 1 ML PREMIER FUND BBI=/T IMAD: 0626A1Q002CC001691 CHIPS CREDIT/ VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-000001600125 7,ORG=/000018101/COLUMBIA, MD 2104 4-4098 BANK OF AMERICA NT SA (N SSN: 0149629 | | |
| 27JUN | | 27JUN | USD YOUR: MAESTRO OUR: 0340013178FF | | 1,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000001600125 7 RFB=MAESTRO OBI=FUND -3)8-P I-S 1 ML PREMIER FUND BBI=/T IMAD: 0627A1Q002GC001666 | | |
| 27JUN | | 27JUN | USD YOUR: O/B BKAM IL CGO OUR: 0111108178FF | | 1,934,371.39 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-P00001600125 7 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:08 IMAD: 0627G1QFGY2C000597 | | |
| 27JUN | | 27JUN | USD YOUR: O/B WACHOVIA WIN OUR: 0142307178FF | | 3,152,336.05 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000001600125 7 RFB=O/B WACHOVIA WIN BBI=/TIME/11:44 IMAD: 0627EAQFTI1A000964 | | |
| 28JUN | | | USD OUR: 1793297790TC | | 53.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020626 | | |

JPMorganChase Bank

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012
Page 10 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Add Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 28JUN | | USD OUR: 1793297791TC | 53.00 | ORIG ID:9020571072 DESC DATE:020628 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023097628 EED:020628 IND ID:GRACE CORP BENEFITS DE IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUND TRANSFER |
| 28JUN | | USD YOUR: O/B FIRST UNION OUR: 0258107179FF | 228,005.25 | ORIG CO NAME:EBS C-3N 020626 ORIG ID:9020571072 DESC DATE:020628 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023297791 EED:020628 IND ID:GWQ0000000094628 IND NAME:GRACE CORP BENEFITS DE FEDWIRE CREDIT VIA:FIRST UNION NATIONAL BK OF FLO /063000021 B/O:W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-9001601001257 RFB=O/B FIRST UNION BBI=/TIME/12:21 IMAD: 0628F3QCAA1C001229 |
| 28JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0155401179FF | 1,110,058.19 | FEDWIRE CREDIT VIA:BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:58 IMAD: 0628G1QFGY2C000501 |
| 28JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0193113179FF | 2,033,653.00 | FEDWIRE CREDIT VIA:WACHOVIA BANK AND TRUST CO /053100494 B/O:W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:40 IMAD: 0628EAQFTIIA001301 |



JPMorgan Chase Bank

**JPMorganChase**  Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:   15 JUN 2002
Statement End Date:    28 JUN 2002
Statement Code:       S00-USA-22
Statement No:         012

Page 11 of 19

| Ledger Date | Value Date | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

28JUN    USD YOUR: TEBC OF 02/06/28    5,437,716.83    BOOK TRANSFER CREDIT
         OUR: 116990017 9JB                            B/O GRACE INTERNATIONAL HOLDINGS,I
                                                       CAMBRIDGE MA 02140-
                                                       REF: REPAYMENT OF LOAN TO CONN

**DEBITS**

17JUN    USD OUR: 0032880114XF    9,014.91    AUTOMATIC DOLLAR/FLOAT TRANSFER
                                              TO ACCOUNT 0003238B1963

17JUN    USD YOUR: SEE WIRE       67,173.69   BOOK TRANSFER DEBIT
         OUR: 1140700168JB                     A/C: W R GRACE & CO CONN (UHC FUNDI
                                               COLUMBIA MD 21044-
                                               REF: UHC PAYMENTS

17JUN    USD YOUR: HOWT-FUCD    1,900,000.00   FEDWIRE DEBIT
         OUR: 1140600168JB                     VIA: FIRT UNION NC
                                               /053000219
                                               A/C: W.R. GRACE AND CO.
                                               CHARLOTTE NC
                                               REF: 0111 79 ATTN P. LAWING 704-374
                                               -3448/TIME/16:42
                                               IMAD: 0617BIQGC01C004463

17JUN    USD YOUR: SEE WIRE    15,200,000.00   FEDWIRE DEBIT
         OUR: 1140800168JB                     VIA: STATE ST BOS
                                               /011000028
                                               A/C: MERRILL LYNCH PREMIER INSTITUT
                                               FUND
                                               BEN: N/O W.R. GRACE + CO - CONN
                                               ATTN  MERRILL GROUP
                                               REF: TRANSFER FUNDS/TIME/16:42
                                               IMAD: 0617BIQGC08C005016

18JUN    USD OUR: 0030940114XF    3,375.52    AUTOMATIC DOLLAR/FLOAT TRANSFER
                                              TO ACCOUNT 0003238B1963

18JUN    USD YOUR: SEE WIRE       59,241.31   BOOK TRANSFER DEBIT
         OUR: 0805000169JB                     A/C: W R GRACE & CO CONN (UHC FUNDI
                                               COLUMBIA MD 21044-
                                               REF: UHC PAYMENTS

18JUN    USD YOUR: SEE WIRE      700,000.00   FEDWIRE DEBIT
         OUR: 0804900169JB                     VIA: STATE ST BOS
                                               /011000028
                                               A/C: MERRILL LYNCH PREMIER INSTITUT
                                               FUND
                                               BEN: N/O W.R. GRACE + CO - CONN
                                               ATTN  MERRILL GROUP
                                               REF: TRANSFER FUNDS/TIME/15:26
                                               IMAD: 0618BIQGC05C003250

JP Morgan Chase Bank

**J.P. Morgan Chase**    Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 12 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 18JUN | | 18JUN | USD | YOUR: SEE WIRE OUR: 0148600169JB | 840,118.92 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/11:05 IMAD: 0618B1QGC04C001378 |
| 18JUN | | 18JUN | USD | YOUR: HOWT-FUCD OUR: 0804800169JB | 3,300,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111/79 ATTN P. LAWING 704-374 -3448/TIME/15:26 IMAD: 0618B1QGC01C003427 |
| 19JUN | | 19JUN | USD | OUR: 003139011 4XF | 271.69 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238 1963 |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE OUR: 0801500170JB | 32,513.16 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 19JUN | | 19JUN | USD | YOUR: ACH OF 02/06/19 OUR: 0037600170HP | 81,844.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE OUR: 0801600170JB | 83,039.27 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: DEUTSCHE BANK AG, AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PREPAYMENT OF IN VOICE1344,1345 SSN: 0237019 |
| 19JUN | | 19JUN | USD | YOUR: SEE WIRE OUR: 0801300170JB | 300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:02 IMAD: 0619B1QGC05C003494 |

JPMorgan Cha●Bank

**U● JP●organChase**          Statement o●Account

in US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012
Page 13 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19JUN | | 19JUN | | USD YOUR: HOWT-FUCD OUR: 0801400170JB | 1,700,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 011 79 ATTN P. LAWING 704-374 -3648/TIME/16:02 IMAD: 0619B1QGC05C03491 | | |

| 20JUN | | 20JUN | | USD OUR: 0032210114XF | 5,788.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 | | |

| 20JUN | | 20JUN | | USD YOUR: SEE WIRE OUR: 1162800171JB | 25,878.68 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

| 20JUN | | 20JUN | | USD YOUR: FPRS DEPOSITORY OUR: 0768500171JB | 167,127.66 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 06/1 7/02 - HOURLY SSN: 024092I | | |

| 20JUN | | 20JUN | | USD YOUR: SEE WIRE OUR: 1162700171JB | 228,675.96 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: /D50000000016439 X BEN: W R GRACE + CO. REF: MARILYN RAMJOHN - CMG/BSG VA32 7I/TIME/17:33 IMAD: 0620B1QGC08C005025 | | |

| 21JUN | | 21JUN | | USD YOUR: ACH OF 02/06/21 OUR: 0008300172HP | 1,482.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |

| 21JUN | | 21JUN | | USD OUR: 0031550114XF | 1,712.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 | | |

| 21JUN | | 21JUN | | USD YOUR: SEE WIRE OUR: 1061100172JB | 50,192.43 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |