JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA   MD   21044

D

In US Dollars

Account No: 323-223141
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-22
Statement No: 006
Page 1 of 1

## TRANSACTIONS

| | | Value Date | F |
|---|---|---|---|
| Total Credits | 1 | 723,482.18 | |
| Total Debits (incl. checks) | 1 | 723,482.18 | |
| Total Checks Paid | 0 | 0.00 | |

## BALANCES

| Opening (01 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | 723,482.18 | Ledger | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS

28JUN     USD YOUR: NC0773228806280201     723,482.18   NASSAU DEPOSIT TAKEN
          OUR: 0217790021IIN                            B/O: WR GRACE & COMPANY
                                                        JERSEY CITY, NJ 07310
                                                        REF: TO REPAY YOUR DEPOSIT FR 02052
                                                        8 TO 020628 RATE 1.7500

LEDGER BALANCES
28JUN                                                                         0.00

## DEBITS

28JUN     USD YOUR: ND0802731006280201     723,482.18   NASSAU DEPOSIT TAKEN
          OUR: 0217901051IN                             A/C: WR GRACE & COMPANY
                                                        JERSEY CITY, NJ 07310
                                                        REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                        20628 TO 020729 RATE 1.7500

## CHECKS

*No Activity*

FT CODE:

USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS. ACCOUNTS ARE INFORMED. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHANGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JP●organChase                                Statement of Account

Morgan Chase Bank

In US Dollars

Account No:            016-001257
Statement Start Date:  01 JUN 2002
Statement End Date:    14 JUN 2002
Statement Code:        -S00-USA-22
Statement No:          011

Page 1 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BUNDHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 30 | 50,727,654.02 |
| Total Debits (incl. checks) | 53 | 50,635,941.47 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 JUN 2002) | Closing (14 JUN 2002) |
|---|---|---|
| Ledger | 457,537.00 Ledger | 549,249.55 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 03JUN | 523,732.09 |
| 04JUN | 497,035.96 |
| 05JUN | 3,059,973.75 |
| 06JUN | 499,843.36 |
| 07JUN | 500,252.31 |
| 10JUN | 538,192.98 |
| 11JUN | 453,106.98 |
| 12JUN | 508,343.55 |
| 13JUN | 6,196,460.85 |
| 14JUN | 549,249.55 |

## TRANSACTIONS

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 03JUN | | | | | 604.80 | E-AIP/USDPI INT ACCRUAL TO CUSTOMER CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED AIP STATEMENT FOR DETAILS. |
| 03JUN | | | | USD YOUR: 31Y9830870154 OUR: 1541000870ZA | 2,218,762.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF CHASE NYC/CTR/BNF=W.R. GRACE A NEF COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:26 IMAD: 0603E4QFTI1A001264 |
| 03JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0184607154FF | | |
| 03JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0238803154FF | 2,923,429.90 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:17 IMAD: 0603SIQFGY2C00058B |
| 03JUN | | | | USD YOUR: O/B FIRST UNION OUR: 0131107154FF | 5,232,262.29 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 |

## FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND/OR THE TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPAIR LIABILITY OF THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

# JP❍organChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 2 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 04JUN | | | | USD YOUR: O/B FIRST UNION OUR: 0084201155FF | | B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B FIRST UNION<br>BBI=/TIME/10:39<br>IMAD: 0603F53CAA1C000640 | | |
| 04JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0136803155FF | 630,469.54 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B FIRST UNION<br>BBI=/TIME/11:09<br>IMAD: 0604F53CAA1C000600 | | |
| 04JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0075702155FF | 1,778,705.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:15<br>IMAD: 0604EAQFT11A000997 | | |
| 05JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0103403156FF | 2,946,202.69 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600125T RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:41<br>IMAD: 0604G1QFGY2C000294 | | |
| | | | | | 520,421.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W R GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | |

JPMorgan Cha●Bank

●JP●organChase    Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 3 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 05JUN | | 05JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0107109156FF | 2,118,043.52 | C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:04 IMAD: 0605EAQFTI1A000771 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10.54 IMAD: 0605Q1QFGY2C000352 | | |
| 06JUN | | 06JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0090303157FF | 544,900.13 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10.51 IMAD: 0606Q1QFGY2C000428 | | |
| 06JUN | | 06JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0101209157FF | 1,485,871.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10.59 IMAD: 0606EAQFTI1A000845 | | |
| 06JUN | | 06JUN | | USD YOUR: MAESTRO OUR: 0349007157FF | 3,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P I-5 1 ML PREMIER FUND BBI=/T IMAD: 0606A1Q0026C02035 | | |

PMorgan Cha●Bank

◯ JP●organChase        Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date: 01 JUN 2002
Statement End Date:   14 JUN 2002
Statement Code:       S00-USA-22
Statement No:         011

Page 4 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 07JUN | | 07JUN | | USD YOUR: O/B BKAM IL CGO OUR: 014791415BFF | 1,361,168.57 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:04 IMAD: 0607G1QFGY2C000516 | | |
| 07JUN | | 07JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 017670815BFF | 1,503,682.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:32 IMAD: 0607EAQFTIIA001068 | | |
| 10JUN | | 10JUN | | USD YOUR: O/B FIRST UNION OUR: 010600716IFF | 427,957.28 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FIRST UNION BBI=/TIME/11:16 IMAD: 0610F3QCAAIC000582 | | |
| 10JUN | | 10JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 014020916IFF | 1,006,286.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:58 IMAD: 0610EAQFTIIA000936 | | |
| 10JUN | | 10JUN | | USD YOUR: MAESTRO OUR: 033291316IFF | 1,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN | | |

JPMorgan Chase Bank

**J.P. Morgan Chase**

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 5 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F X | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0099914161FF | | COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0610A1Q002HC001610 |
| 10JUN | | | | | 2,365,403.57 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:17<br>IMAD: 0610G1QFGY2C000319 |
| 11JUN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0106107162FF | 1,809,543.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:20<br>IMAD: 0611EAQFTI1A000738 |
| 11JUN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0082414162FF | 2,415,709.07 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:57<br>IMAD: 0611G1QFGY2C000299 |
| 11JUN | | | | USD YOUR: MAESTRO OUR: 0289107162FF | 2,800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND |

JPMorgan Chase Bank

**JPMorganChase**

# Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 6 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit & Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0092802163FF | 1,682,962.52 | -318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0611A1Q002GC001601<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 0612G1QFGY2C000334 | | |
| 12JUN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0161213163FF | 1,836,913.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND-COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:28<br>IMAD: 0612EAQFTI1A000952 | | |
| 13JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0141701164FF | 650,137.17 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:39<br>IMAD: 0613G1QFGY2C000638 | | |
| 13JUN | | | | USD YOUR: O/B FIRSTUNION N<br>OUR: 0262114164FF | 684,311.22 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA PHILADELPHIA<br>/031201467<br>B/O: LEHIGH PORTLAND CEMENT COMPANY<br>ALLENTOWN PA 18195<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE/A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B FIRSTUNION N<br>OBI=PAYMENT CLOSING ADJUSTMENT SB<br>IMAD: 0613G1QFGY2C003682 | | |
| 13JUN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0117003164FF | 1,150,903.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO | | |

JPMorgan Chase Bank

JP MorganChase

# Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 7 of 15

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credits/Debits | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 13JUN | | 13JUN | | USD YOUR: MAESTRO OUR: 0380707164FF | | /053100494 | | |
| | | | | | | B/O: W R GRACE & CO | | |
| | | | | | | COLUMBIA MD 21044 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-00001601257 RFB=O/B WACHOVIA WIN | | |
| | | | | | | BBI=/TIME/11:26 | | |
| | | | | | 3,300,000.00 | IMAD: 0613EAQFTIIA000892 | | |
| | | | | | | FEDWIRE CREDIT | | |
| | | | | | | VIA: STATE STREET BANK & TRUST COMP | | |
| | | | | | | /011000028 | | |
| | | | | | | B/O: W R GRACE & CO - CONN | | |
| | | | | | | COLUMBIA MD 21044-4009 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-00001601257 RFB=MAESTRO DBI=FUND | | |
| | | | | | | -318-P 1-S 1 ML PREMIER FUND BBI=/T | | |
| | | | | | | IMAD: 0613A1002HC001796 | | |
| 14JUN | | 14JUN | | USD YOUR: O/B FIRST UNION OUR: 0126002165FF | | FEDWIRE CREDIT | | |
| | | | | | | VIA: FIRST UNION NATIONAL BK OF FLO | | |
| | | | | | | /063000021 | | |
| | | | | | | B/O: W R GRACE AND CO CONN | | |
| | | | | | | COLUMBIA, MD 21044-4098 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-00001601257 RFB=O/B FIRST UNION | | |
| | | | | | 94,324.32 | BBI=/TIME/11:21 | | |
| | | | | | | IMAD: 0614F3QCAA1C000764 | | |
| 14JUN | | 14JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0123301165FF | | FEDWIRE CREDIT | | |
| | | | | | | VIA: WACHOVIA BANK AND TRUST CO | | |
| | | | | | | /053100494 | | |
| | | | | | | B/O: W R GRACE & CO | | |
| | | | | | | COLUMBIA MD 21044 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-00001601257 RFB=O/B WACHOVIA WIN | | |
| | | | | | 838,510.00 | BBI=/TIME/11:18 | | |
| | | | | | | IMAD: 0614EAQFTIIA000932 | | |
| 14JUN | | 14JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0122508165FF | | FEDWIRE CREDIT | | |
| | | | | | | VIA: BANK OF AMERICA | | |
| | | | | | | /011000039 | | |
| | | | | | | B/O: W.R. GRACE & CO. | | |
| | | | | | | CAMBRIDGE MA 02140 | | |
| | | | | | 1,500,271.43 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JP MorganChase Bank

**JP MorganChase**     Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Ent Code: S00-USA-22
Statement No: 011
Page 8 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

03JUN    USD OUR: 0033000118XF    29,343.03   ND COMPANY COLUMBIA MD 21044-4098/A
AUTOMATIC DOLLAR/FLOAT TRANSFER
C-00001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:15
IMAD: 0614G1QFGY2C000448

**DEBITS**

03JUN    USD YOUR: FPRS DEPOSITORY   OUR: 1013800154JB    30,735.71   TD ACCOUNT 00323881963
FEDWIRE DEBIT
VIA: BANKERS NYC
/021001033
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEK ENDING 5/24
/02 CPD ONLY
IMAD: 0603B1QGC04C004557

03JUN    USD YOUR: SEE WIRE   OUR: 1013900154JB    80,485.12   BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

03JUN    USD YOUR: SEE WIRE   OUR: 1015200154JB    124,300.04   FEDWIRE DEBIT
VIA: FW21000358
/121000358
A/C: BANK AMERICA BUSINESS CREDIT,
SONIA ROSADO PHONE 212-503-7835
REF: /TIME/17:09
IMAD: 0603B1QGC03C004596

03JUN    USD YOUR: SEE WIRE   OUR: 0640400154JB    2,750,000.00   FEDWIRE DEBIT
VIA: FW052001633
/052001633
A/C: W.R. GRACE + CO.- CONN
ATTN TERRI POLESKI 410.547.4745
REF: ESCROW ACCOUNT FUNDING
IMAD: 0603B1QGC02C003192

03JUN    USD YOUR: HOWT-FUCD   OUR: 1014300154JB    2,800,000.00   FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/17:10
IMAD: 0603B1QGC07C004737

JPMorgan Chase Bank

**JPMorganChase**

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 9 of 15

| Ledger Date | Adj Ledger Date | Value Date | F X | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 03JUN | | 03JUN | | USD YOUR: SEE WIRE OUR: 1014800154JB | 4,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/17:22 IMAD: 0603B1QGC07C004943 | | |
| 04JUN | | | | USD YOUR: FPRS DEPOSITORY OUR: 0768600155JB | 420.00 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 5/24 AND 5/28/02 HOURLY SSN: 0218243 | | |
| 04JUN | | | | USD OUR: 003105011AXF | 10,188.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER TB ACCOUNT 0003238B1963 | | |
| 04JUN | | | | USD YOUR: SEE WIRE OUR: 0768800155JB | 96,481.03 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 04JUN | | | | USD YOUR: SEE WIRE OUR: 0302100155JB | 874,983.81 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/11:43 IMAD: 0604B1QGC05C001660 | | |
| 04JUN | | | | USD YOUR: SEE WIRE OUR: 0769000155JB | 1,300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:38 IMAD: 0604B1QGC08C003595 | | |
| 04JUN | | | | USD YOUR: HOWT-FUCD OUR: 0769100155JB | 3,100,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 | | |

PMorgan Cha●ank

🗋 JP●organChase

Statement o● Account

┌
│ W.R. GRACE AND COMPANY
│ SYRACUSE FUNDING ACCOUNT
│ ATT:MARY BOUCHARD
│ 62 WHITTEMORE AVENUE
│ CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 10 of 15

| Ledger Date | Adj Ledger Date | Value Date | F S | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:38 | | |
| 05JUN | | | | USD OUR: 0032250114XF | 150.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER /MAD: 0604B1QGC08C003594 TO ACCOUNT 0003238B1963 | | |
| 05JUN | | | | USD YOUR: SEE WIRE OUR: 1246200156JB | 75,376.73 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 0059800157JB | 2,579.45 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: BANK OF AMERICA - LONDON 37/60564 BEN: GRACE COLLECTION INC. X REF: PYMT OWED TO THE GCI USD ACCOU NT FOR THE BANK FEES. SSN: 0141381 | | |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 1006400157JB | 41,710.40 | FEDWIRE DEBIT VIA: BANKERS NYC /021001033 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PREPAYMENT OF IN VOICE1341 /MAD: 0606B10GC04C003871 | | |
| 06JUN | | | | USD YOUR: SEE WIRE OUR: 1006900157JB | 73,067.10 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 06JUN | | | | USD YOUR: FPRS DEPOSITORY OUR: 1005200157JB | 173,744.57 | FEDWIRE DEBIT VIA: BANKERS NYC /021001033 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 6/3/ 02 CPD/DAVISON | | |

JPMorgan Chase Bank

JP⬤organChase    Statement of Account

in US Dollars

Account No:           016-001257
Statement Start Date: 01 JUN 2002
Statement End Date:   14 JUN 2002
Statement Code:       S00-USA-22
Statement No:         011
Page 11 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 06JUN | | 06JUN | | USD YOUR: HOWT-FUCD<br>OUR: 1005800157JB | 7,800,000.00 | IMAD: 060611QGC07C004143<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:13 | | |
| 07JUN | | | | USD OUR: 0031350114XF | 51.00 | IMAD: 060611QGC01C004225<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 | | |
| 07JUN | | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 1047300158JB | 370.00 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 6/5/02 | | |
| 07JUN | | | | USD YOUR: ACH OF 02/06/07<br>OUR: 000770015BHP | 9,091.00 | IMAD: 060781QGC06C004208<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 07JUN | | | | USD YOUR: SEE WIRE<br>OUR: 0877300158JB | 54,729.62 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 07JUN | | | | USD YOUR: HOWT-FUCD<br>OUR: 0877500158JB | 800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:08 | | |
| 07JUN | | | | USD YOUR: SEE WIRE<br>OUR: 0877400158JB | 2,000,000.00 | IMAD: 060781QGC08C004144<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN: MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:08 | | |

JPMorganChase

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011

Page 12 of 15

## DEBITS (CONTINUED)

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|
| 10JUN | | | | USD OUR: 0031390114XF | 190.00 | IMAD: 0607B1QGC04C003666 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 10JUN | | | | USD YOUR: SEE WIRE OUR: 1058400161JB | 166,558.06 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 10JUN | | | | USD YOUR: SEE WIRE OUR: 0284300161JB | 2,494,958.12 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: SALARIED PAYROLL/TIME/11:32 IMAD: 0610B1QGC04C001747 | | |
| 10JUN | | | | USD YOUR: HOWT-FUCD OUR: 1058500161JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:21 IMAD: 0610B1QGC05C003901 | | |
| 11JUN | | | | USD YOUR: SEE WIRE OUR: 0965600162JB | 7,169.57 | FEDWIRE DEBIT VIA: FLEET NATL CONN /011900445 A/C: HARTFORD LIFE INSURANCE REF: INTEREST PAYMENT ON CASE MB038 TRANSACTION NUMBERS 39930 + 39859 IMAD: 0611B1QGC06C003773 | | |
| 11JUN | | | | USD YOUR: SEE WIRE OUR: 0965400162JB | 37,635.48 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 11JUN | | | | USD OUR: 0029690114XF | 45,791.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 11JUN | | | | USD YOUR: SEE WIRE OUR: 0146900162JB | 819,741.35 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL/TIME/11:14 IMAD: 0611B1QGC06C001375 | | |

PMorgan Cha●ank

**JP●organChase**    Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 JUN 2002
Statement End Date: 14 JUN 2002
Statement Code: S00-USA-22
Statement No: 011
Page 13 of 15

| Ledger Date | A/L Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS (CONTINUED)**

11JUN — 11JUN — USD YOUR: HOWT-FUCD OUR: 0965300162JB — 6,200,000.00
FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
/3448/TIME/17:13
/MAD: 0611B1QGC01C004050

12JUN — USD OUR: 003089011XF — 1,648.33
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032388196 3

12JUN — 12JUN — USD YOUR: FPRS DEPOSITORY OUR: 0956900163JB — 4,120.81
CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEK ENDING 6/7/
02 SALARIED WITH CORRECTIONS FROM P
/SSN: 0229904

12JUN — 12JUN — USD YOUR: SEE WIRE OUR: 0957200163JB — 57,276.94
BOOK TRANSFER DEBIT
A/C: W.R. GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

12JUN — 12JUN — USD YOUR: HOWT-CHASE OUR: 0958300163JB — 78,267.41
BOOK TRANSFER DEBIT
A/C: W.R. GRACE & CO
COLUMBIA MD 21044-4098
REF: HOWT

12JUN — 12JUN — USD YOUR: SEE WIRE OUR: 0958000163JB — 156,696.00
CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: AS HANSAPANK
SWIFT CODE: HABA EE 2X
BEN: AS SILMET
X
REF: GRACE DAVISDN PAYMENT OF 52099
52161-165    52185
/SSN: 0229880

12JUN — 12JUN — USD YOUR: SEE WIRE OUR: 0956400163JB — 300,000.00
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND N/O W.R. GRACE + CO - CONN
BEN: N/O W.R. GRACE + CO - CONN