# JPMorganChase

## Statement of Account

In US Dollars

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 01 JUN 2002 |
| Statement End Date: | 14 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 14 of 15

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | 12JUN | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0957600163JB | 866,629.46 | ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:52<br>IMAD: 0612B1QGC05C003407<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 6/7/<br>02 SALARIED<br>SSN: 0229871 | | |
| 12JUN | | 12JUN | | | USD YOUR: HOWT-FUCD<br>OUR: 0955800163JB | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:52<br>IMAD: 0612B1QGC01C003706 | | |
| 13JUN | | | | | USD OUR: 0031490114XF | 97,134.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 | | |
| 14JUN | | | | | USD OUR: 0032490114XF | 4,143.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 | | |
| 14JUN | | | | | USD YOUR: ACH OF 02/06/14<br>OUR: 0008900165HP | 6,096.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 14JUN | | | | | USD YOUR: SEE WIRE<br>OUR: 0944600165JB | 31,922.09 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 14JUN | | | | | USD YOUR: SEE WIRE<br>OUR: 0073400165JB | 34,232.25 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 14JUN | | | | | USD YOUR: SEE WIRE<br>OUR: 0080000165JB | 40,324.38 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: DOW CHEMICAL CO.<br>X<br>REF: ROYALTY PAYMENT JAN - MARCH 20<br>02<br>SSN: 0185906 | | |

# JPMorganChase

## Statement of Account

In US Dollars

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 JUN 2002 |
| Statement End Date: | 14 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 011 |

Page 15 of 15

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 14JUN | 14JUN | USD YOUR: FPRS DEPOSITORY OUR: 0944700165JB | 163,598.57 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 06/1<br>0/2002 HOURLY<br>SSN: 0264818 |
| 14JUN | 14JUN | USD YOUR: HOWT-FUCD OUR: 0944800165JB | 300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:21<br>IMAD: 0614B1QGC07C004351 |
| 14JUN | 14JUN | USD YOUR: SEE WIRE OUR: 0945200165JB | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:20<br>IMAD: 0614B1QGC02C004165 |
| 14JUN | 14JUN | USD YOUR: HOWT-FUCD OUR: 0073500165JB | 5,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/09:28<br>IMAD: 0614B1QGC07C001018 |

### CHECKS

*No Activity*

# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012
Page 1 of 19

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 48 | 92,325,764.30 |
| Total Debits (incl. checks) | 59 | 92,367,515.00 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (15 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | 549,249.55 | Ledger | 507,498.85 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F r | References | Description | Credit / Debit |
|---|---|---|---|---|---|---|

### CREDITS

| 17JUN | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0115402168FF | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/10:35<br>IMAD: 0617F3QCAA1C000498 | 619,328.25 |
| 17JUN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0312207168FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/14:04<br>IMAD: 0617EAQFT1IA001231 | 1,791,866.00 |
| 17JUN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0171001168FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO | 6,022,817.16 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 17JUN | 524,082.56 |
| 18JUN | 475,669.14 |
| 19JUN | 633,144.58 |
| 20JUN | 3,485,578.97 |
| 21JUN | 508,752.69 |
| 24JUN | 517,547.64 |
| 25JUN | 481,359.46 |
| 26JUN | 4,978,490.44 |
| 27JUN | 496,497.86 |
| 28JUN | 507,498.85 |

FT CODE:  USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
          USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.


JPMorgan Chase Bank

# JPMorganChase

## Statement of Account

In US Dollars

```
Account No:           016-001257
Statement Start Date: 15 JUN 2002
Statement End Date:   28 JUN 2002
Statement Code:       S00-USA-22
Statement No:         012
                      Page 2 of 19
```

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 17JUN | | 17JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0374114168FF | 8,717,010.20 | OBI=HOWT BBI=/TIME/11:45 IMAD: 0617G1QFGY2C000497 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/15:14 IMAD: 0617EAQFT1IA001422 | | |
| 18JUN | | 18JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0131101169FF | 2,200,411.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:51 IMAD: 0618EAQFT1IA000894 | | |
| 18JUN | | 18JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0079713169FF | 2,653,911.33 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:32 IMAD: 0618G1QFGY2C000274 | | |
| 19JUN | | 19JUN | | USD YOUR: O/B BANK ONE NA OUR: 0144803170FF | 126,069.24 | FEDWIRE CREDIT VIA: BANK ONE CHICAGO /071000013 B/O: GODWINS BOOKE AND DICKENSON TP CHICAGO IL USA REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BANK ONE NA BBI=/TIME/12:04 IMAD: 0619G1QH052C001575 | | |
| 19JUN | | 19JUN | | USD YOUR: 12672757 OUR: 0088803170FF | 179,377.53 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK | | |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 3 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 19JUN | | 19JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0095303170FF | /011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=12672757 OBI=DEA<br>TH CLAIMS FOR MB038 BBI=/TIME/10:51<br>IMAD: 0619A1QF148C002152 | 650,994.00 | | |
| 19JUN | | 19JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0097713170FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:02<br>IMAD: 0619EAQFT11A000749 | 1,398,702.79 | | |
| 20JUN | | | | USD OUR: 1715501014TC | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:57<br>IMAD: 0619G1QFGY2C000311 | 207.76 | | |
| 20JUN | | | | USD YOUR: 6008171125090001<br>OUR: 0976900171FC | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME: EBS C-3N   020618<br>ORIG ID: 902057072 DESC DATE: 020620<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#: 021000025501014 EED:020620<br>IND ID:GRI000000094620<br>IND NAME:GRACE CORP BENEFITS DE<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-000016001257 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY | 12,041.51 | | |



# JPMorganChase — Statement of Account

in US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 4 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 20JUN | | 20JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0187202171FF | 1,343,842.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:38<br>IMAD: 0620EAQFT11A001208 SSN: 0060790 |
| 20JUN | | 20JUN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0131714171FF | 1,923,813.82 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:37<br>IMAD: 0620G1QFGY2C000633 |
| 21JUN | | 21JUN | | USD YOUR: MAESTRO<br>OUR: 0167013172FF | 500,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0621AIQ002BC000627 |
| 21JUN | | 21JUN | | USD YOUR: O/B FIRST UNION<br>OUR: 0062702172FF | 714,616.95 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/09:57<br>IMAD: 0621F3QCAA1C000335 |
| 21JUN | | 21JUN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0095714172FF | 756,353.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 |



# JPMorganChase

## Statement of Account

JPMorgan Chase Bank

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 5 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Amount | Date |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 21JUN | 21JUN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0091513172FF | 962,474.21 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:49<br>IMAD: 0621GIQFGY2C000334 |
| 21JUN | 21JUN | USD YOUR: MAESTRO<br>OUR: 0377709172FF | 2,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0621AIQ002GC001904 |
| 21JUN | | USD OUR: 0015160114XF | 2,300,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00032313 6524 |
| 21JUN | 21JUN | USD YOUR: MAESTRO<br>OUR: 0048507172FF | 4,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0621AIQ002HC000043 |
| 21JUN | 21JUN | USD YOUR: 6008169125460001<br>OUR: 0949400172FC | 7,117,297.90 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO |

Case 01-01139-AMC    Doc 2607-10    Filed 09/10/02    Page 8 of 15

# JPMorganChase
## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY  
SYRACUSE FUNDING ACCOUNT  
ATT: MARY BOUCHARD  
62 WHITTEMORE AVENUE  
CAMBRIDGE MA 02140

Account No: 016-001257  
Statement Start Date: 15 JUN 2002  
Statement End Date: 28 JUN 2002  
Statement Code: S00-USA-22  
Statement No: 012  
Page 6 of 19

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 21JUN | | | | | USD YOUR: O/B FIRT UNION N OUR: 0084901172FF | 7,200,000.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BANK /053000219 B/O: W R GRACE & COMPANY COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B FIRT UNION N BBI=/TIME/10:45 SSN: 0058933 IMAD: 0621E3QPAA1C000521 | | |
| 24JUN | | | | | USD OUR: 17526533861C | 721.78 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME: EBS  C-3N  020620 ORIG ID:9020571072 DESC DATE:020624 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022653386 EED:020624 IND ID:GRN000000094624 IND NAME:GRACE CORP BENEFITS DE AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 000323881963 | | |
| 24JUN | | | | | USD OUR: 0031580114XF | 1,905.05 | | | |
| 24JUN | | | | | USD YOUR: 6008171125100001 OUR: 0938400175FC | 3,687.82 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-000016001257 ORG=GRACE COLLECTION INC. OGB=BANK OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0060290 | | |
| 24JUN | | | | | USD YOUR: O/B FIRST UNION OUR: 0145209175FF | 1,407,317.28 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098/AC-000016001257 RFB=O/B FIRST UNION BBI=/TIME/11:57 IMAD: 0624F3QCAA1C000743 | | |



JPMorganChase Bank

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date: 15 JUN 2002
Statement End Date:  28 JUN 2002
Statement Code:      S00-USA-22
Statement No:        012
Page 7 of 19

| Ledger Date | Adj Ledger Date | Value Date | F | I | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 24JUN | | 24JUN | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0108801175FF | 2,701,895.76 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:12<br>IMAD: 0624G1QFGY2C000311 | |
| 24JUN | | 24JUN | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0122309175FF | 3,682,435.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044 | |
| 25JUN | | | | | USD OUR: 0015360114XF | 10,581.63 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 000323136524 | |
| 25JUN | | 25JUN | | | USD YOUR: TEBC OF 02/06/25<br>OUR: 1116300176JB | 67,510.30 | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: GIHI 2002Q3 INTEREST TO CONN | |
| 25JUN | | 25JUN | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0162009176FF | 2,188,491.36 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:41<br>IMAD: 0625G1QFGY2C000450 | |
| 25JUN | | 25JUN | | | USD YOUR: TEBC OF 02/06/25<br>OUR: 1240000176JB | 2,287,677.20 | BOOK TRANSFER CREDIT<br>B/O: W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140-<br>REF: GRACE DE TO GRACE CONN | |
| 25JUN | | 25JUN | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0076501176FF | 2,961,997.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO | |

# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 8 of 19

### CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| 25JUN | | 25JUN | | USD YOUR: MAESTRO OUR: 0378309176FF | 3,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:18 IMAD: 0625EAQFTIIA000593 | |
| 26JUN | | 26JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0087809177FF | 294,069.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 0625AIQ002CC001895 | |
| 26JUN | | 26JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0100614177FF | 1,885,984.87 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:03 IMAD: 0626EAQFTIIA000760 | |
| 26JUN | | 26JUN | | USD YOUR: MAESTRO OUR: 0332713177FF | 2,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND | |



JPMorgan Chase Bank

# JPMorganChase

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 9 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 27JUN | | 27JUN | | USD YOUR: 62831788122l0201 OUR: 2572700178FC | 44,108.91 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=/000618l017 COLUMBIA, MD 2104 4-4098 OGB=BANK OF AMERICA NT SA (N SSN: 0149629 | | |
| 27JUN | | 27JUN | | USD YOUR: MAESTRO OUR: 0340013178FF | 1,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S I ML PREMIER FUND BBI=/T IMAD: 0627A1Q002GC001666 | | |
| 27JUN | | 27JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0111108178FF | 1,934,371.39 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:08 IMAD: 0627G1QFGY2C000597 | | |
| 27JUN | | 27JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0142307178FF | 3,152,336.05 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:44 IMAD: 0627EAQFT11A000964 | | |
| 28JUN | | | | USD OUR: 1793297790TC | 53.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020626 | | |

# JPMorganChase Bank

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 10 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit Amount | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 28JUN | | USD OUR: 1793297791TC | 53.00 | ORIG ID:902057l072 DESC DATE:020628 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023297790 EED:020628 IND ID:GRI000000094628 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020626 ORIG ID:9020571072 DESC DATE:020628 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023297791 EED:020628 IND ID:GWQ000000094628 IND NAME:GRACE CORP BENEFITS DE |
| 28JUN | | USD YOUR: O/B FIRST UNION OUR: 0258107179FF | 228,005.25 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000l601257 RFB=O/B FIRST UNION BBI=/TIME/12:21 IMAD: 0628F3QCAA1C001229 |
| 28JUN | | USD YOUR: O/B BKAM IL CGO OUR: 0155401179FF | 1,110,058.19 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000l601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:58 IMAD: 0628G1QFGY2C000501 |
| 28JUN | | USD YOUR: O/B WACHOVIA WIN OUR: 0193113179FF | 2,033,653.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531004g4 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0000l601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:40 IMAD: 0628EAQFTI1A001301 |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 11 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 28JUN | | 28JUN | | USD OUR: TEBC OF 02/06/28<br>OUR: 1169900179JB | 5,437,716.83 | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: REPAYMENT OF LOAN TO CONN | | |
| **DEBITS** | | | | | | | | |
| 17JUN | | 17JUN | | USD OUR: 0032880114XF | 9,014.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003232881963 | | |
| 17JUN | | 17JUN | | USD YOUR: SEE WIRE<br>OUR: 1140700168JB | 67,173.69 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 17JUN | | 17JUN | | USD YOUR: HOWT-FUCD<br>OUR: 1140600168JB | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:42<br>IMAD: 0617B1QGC01C004463 | | |
| 17JUN | | 17JUN | | USD YOUR: SEE WIRE<br>OUR: 1140800168JB | 15,200,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:42<br>IMAD: 0617B1QGC08C005016 | | |
| 18JUN | | 18JUN | | USD OUR: 0030940114XF | 3,375.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003232881963 | | |
| 18JUN | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 0805000169JB | 59,241.31 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 18JUN | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 0804900169JB | 700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:26<br>IMAD: 0618B1QGC05C003250 | | |

**JPMorganChase** — Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 12 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 18JUN | | 18JUN | | USD YOUR: SEE WIRE<br>OUR: 0148600169JB | 840,118.92 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:05<br>IMAD: 0618B1QGC04C001378 | |
| 18JUN | | 18JUN | | USD YOUR: HOWT-FUCD<br>OUR: 0804800169JB | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:26<br>IMAD: 0618B1QGC01C003427 | |
| 19JUN | | 19JUN | | USD OUR: 0031390114XF | 271.69 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388l963 | |
| 19JUN | | 19JUN | | USD YOUR: SEE WIRE<br>OUR: 0801500170JB | 32,513.16 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 19JUN | | 19JUN | | USD YOUR: ACH OF 02/06/19<br>OUR: 0037600170HP | 81,844.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | |
| 19JUN | | 19JUN | | USD YOUR: SEE WIRE<br>OUR: 0801600170JB | 83,039.27 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG, AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PREPAYMENT OF IN<br>VOICE1344,1345<br>SSN: 0237019 | |
| 19JUN | | 19JUN | | USD YOUR: SEE WIRE<br>OUR: 0801300170JB | 300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:02<br>IMAD: 0619B1QGC05C003494 | |



# JPMorganChase

## Statement of Account

in US Dollars

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 13 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|
| | | | | **DEBITS CONTINUED** | | | |
| 19JUN | | 19JUN | | USD YOUR: HOWT-FUCD OUR: 0801400170JB | 1,700,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:02 IMAD: 0619B1QGC05C003491 | |
| 20JUN | | 20JUN | | USD OUR: 0032210114XF | 5,788.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | |
| 20JUN | | 20JUN | | USD YOUR: SEE WIRE OUR: 1162800171JB | 25,878.68 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 20JUN | | 20JUN | | USD YOUR: FPRS DEPOSITORY OUR: 0768500171JB | 167,127.66 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X X BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 06/1 7/02 - HOURLY SSN: 024092 1 | |
| 20JUN | | 20JUN | | USD YOUR: SEE WIRE OUR: 1162700171JB | 228,675.96 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: /D50000000016439 X X BEN: W R GRACE + CO. REF: MARILYN RAMJOHN - CMG/BSG VA32 71/TIME/17:33 IMAD: 0620B1QGC08C005025 | |
| 21JUN | | 21JUN | | USD YOUR: ACH OF 02/06/21 OUR: 0008300172HP | 1,482.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | |
| 21JUN | | 21JUN | | USD OUR: 0031550114XF | 1,712.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | |
| 21JUN | | 21JUN | | USD YOUR: SEE WIRE OUR: 1061100172JB | 50,192.43 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |



JPMorgan Chase Bank