P.Morgan Chase Bank

**J P organ Chase**          Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 14 of 19

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21JUN | | 21JUN | | USD YOUR: SEE WIRE OUR: 1061300172JB | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVIA SCOTIA MISSISSAUGA, ONTARIO CANADA TRANSIT BEN: MONEY MOBILIZATION DIV. - CAMB ATTN TONY SKIFFINGTON REF: CAMBRIDGE GPC MONEY MOBILIZATI ON TOCANADA SSN: 025101B | 758,508.51 | | |
| 21JUN | | | | USD YOUR: HOWT-FUCD OUR: 1061600172JB | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:27 IMAD: 0621B1QGC06C004218 | 800,000.00 | | |
| 21JUN | | | | USD YOUR: SEE WIRE OUR: 1133200172JB | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: BANCO CITIBANK S.A. SAO PAULO, BRAZIL BEN: GRACE BRASIL LTDA REF: WORKING CAPITAL LOAN/BNF/ATTN YR BRANCH 745-0001 IMAD: 0621B1QGC01C004433 | 2,300,000.00 | | |
| 21JUN | | | | USD YOUR: SEE WIRE OUR: 1124900172JB | BOOK TRANSFER DEBIT A/C: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: EQUITY CONTRIBUTION FROM CONN FOR LOAN TO BRAZIL | 2,300,000.00 | | |
| 21JUN | | | | USD YOUR: SEE WIRE OUR: 0523900172JB | GIFI FEDWIRE DEBIT VIA: FLEET NATL CONN /011900445 A/C: HARTFORD FIRE INSURANCE X REF: PYMT OF AUTO + WC INSURANCE PR EMIUMFOR POLICY PERIOD 6/30/02 - 6/ 30/03 IMAD: 0621B1QGC06C002439 | 3,857,256.00 | | |
| 21JUN | | | | USD YOUR: 001822510200B3A OUR: 1061500172JB | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 | 4,258,417.40 | | |

**P.Morgan Cha●Bank**

**JP●organChase**

# Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

Page 15 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21JUN | | USD | | YOUR: HOWT-FUCD<br>OUR: 0061600172JB | 7,200,000.00 | A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>SSN: 0251013<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/09:22<br>IMAD: 0621B1Q6C02C000898 | | |
| 21JUN | | USD | | YOUR: HOWT-FUCD<br>OUR: 1162600171JB | 7,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/09:17<br>IMAD: 0621B1Q6C06C001101 | | |
| 24JUN | | USD | | YOUR: FRPS DEPOSITORY<br>OUR: 0464700175JB | 410.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 6/17<br>/2002HOURLY<br>SSN: 0230033 | | |
| 24JUN | | USD | | YOUR: SEE WIRE<br>OUR: 0991700175JB | 60,850.91 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 24JUN | | USD | | YOUR: ACH OF 02/06/24<br>OUR: 0010700175HP | 192,006.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>FEDWIRE DEBIT | | |
| 24JUN | | USD | | YOUR: SEE WIRE<br>OUR: 0979700175JB | 2,100,000.00 | VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT | | |



P Morgan Cha Bank

# JP Morgan Chase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012
Page 16 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 24JUN | | USD YOUR: SEE WIRE OUR: 0465000175JB | 2,535,900.81 | FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:10 IMAD: 0624B1Q6C01C004039 FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: SALARIED PAYROLL/TIME/11:56 IMAD: 0624B1Q6C03C002069 | | |
| | | 24JUN | | USD YOUR: HOWT-FUCD OUR: 0979600175JB | 2,900,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3648/TIME/16:10 IMAD: 0624B1Q6C01C004038 | | |
| | | 25JUN | | USD YOUR: ACH OF 02/06/25 OUR: 0019400176HP | 7,050.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| | | 25JUN | | USD YOUR: SEE WIRE OUR: 1269900176JB | 13,988.40 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: SPECTERA, INC | | |
| | | 25JUN | | USD YOUR: SEE WIRE OUR: 1269700176JB | 66,571.29 | REF: JUNE 2002 FEES/TIME/17:34 IMAD: 0625B1Q6C07C004779 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUND) COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| | | 25JUN | | USD YOUR: SEE WIRE OUR: 0647100176JB | 67,510.30 | BOOK TRANSFER DEBIT A/C: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: GRACE CONN TO GIHI FOR 2002Q2 INTEREST | | |
| | | 25JUN | | USD YOUR: HOWT-CHASE OUR: 1269800176JB | 76,467.69 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT | | |

JPMorgan Chase Bank

**J P** organ Chase   Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

| Ledger Date | Adj.Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 25JUN | | 25JUN | | USD YOUR: SEE WIRE<br>OUR: 1269400176JB | 144,651.30 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO<br>X<br>REF: CR100390-1 W000007579 JUNE 20<br>02 FEES/TIME/17:34<br>IMAD: 0625B1QGC07C00478 | | |
| 25JUN | | 25JUN | | USD YOUR: SUPP. PENSION<br>OUR: 0647000176JB | 365,315.89 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN :MR BRUCE HENIKEN<br>REF: SUPPLEMENTAL PENSION PAYMENT F<br>OR THE MONTH OF JULY 2002./TIME/13:<br>IMAD: 0625B1QGC04C002465 | | |
| 25JUN | | 25JUN | | USD YOUR: 2400-24<br>OUR: 1269500176JB | 681,614.80 | BOOK TRANSFER DEBIT<br>A/C: D00225D680<br>XXALLAY77D820-7742, GRPGUL<br>REF: 6/02 PREMIUMS, 4/01 INSURED PR<br>EMS. 5/01,6/01,INS PREMS + 6/02 DEN<br>TAL F | | |
| 25JUN | | 25JUN | | USD YOUR: SEE WIRE<br>OUR: 0522900176JB | 841,598.80 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:50<br>IMAD: 0625B1QGC05C002106 | | |
| 25JUN | | 25JUN | | USD YOUR: SEE WIRE<br>OUR: 1201600176JB | 1,200,000.00 | BOOK TRANSFER DEBIT<br>A/C: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: FOR WORKING CAPITAL LOAN TO CH<br>TLE | | |
| 25JUN | | 25JUN | | USD YOUR: SEE WIRE<br>OUR: 0647200176JB | 2,287,677.20 | BOOK TRANSFER DEBIT<br>A/C: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: GRACE CONN TO GIHI FOR 200202<br>/GIHINTEREST PYMT TO REMEDIUM} | | |
| 25JUN | | 25JUN | | USD YOUR: HOWT-FUCD<br>OUR: 1269600176JB | 4,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO. | | |

PMorgan Chase Bank

**JPMorganChase**

Statement of Account

Account No: 016-001257
Statement Start Date: 15 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: S00-USA-22
Statement No: 012

In US Dollars
Page 18 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/17:36
IMAD: 0625B1QGC02C004623

| 26JUN | | 26JUN | | USD YOUR: 2400-24 OUR: 1038100177JB | 2,584.34 | BOOK TRANSFER DEBIT XKALLAY (708)820-7742, GRPGUL A/C: D0022430680 REF: EMPLOYEE GUL CONTRIBUTIONS FOR 5/02 | | |

| 26JUN | | 26JUN | | USD YOUR: SEE WIRE OUR: 1037800177JB | 80,338.55 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

| 26JUN | | 26JUN | | USD YOUR: SEE WIRE OUR: 0191200177JB | 200,000.00 | BOOK TRANSFER DEBIT A/C: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: FOR WORKING CAPITAL LOAN TO CH ILE (PART II) | | |

| 27JUN | | 27JUN | | USD OUR: 003205014XF | 13,552.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003288196 | | |

| 27JUN | | 27JUN | | USD YOUR: SEE WIRE OUR: 0950700178JB | 199,256.41 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

| 27JUN | | 27JUN | | USD YOUR: HOWT-FUCD OUR: 0083100178JB | 4,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/09:21 IMAD: 0627B1QGC03C000918 | | |

| 27JUN | | 27JUN | | USD YOUR: HOWT-FUCD OUR: 0950600178JB | 6,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:48 IMAD: 0627B1QGC03C003997 | | |

| 28JUN | | 28JUN | | USD OUR: 003875014XF | 29,224.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003288196 | | |

| 28JUN | | 28JUN | | USD YOUR: SEE WIRE OUR: 1170200179JB | 69,313.48 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI | | |

JP Morgan Chase Bank

# JP●organChase    Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 JUN 2002 |
| Statement End Date: | 28 JUN 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 012 |

Page 19 of 19

| Ledger Date | Adj Ledger Date | Value Date | F | R | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28JUN | | | | | USD YOUR: HOWT-FUCD OUR: 1986900179JB | 700,000.00 | COLUMBIA MD 21044- REF: UHC PAYMENTS FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:50 IMAD: 0628B1QGC06C005692 | | |
| 28JUN | | | | | USD YOUR: SEE WIRE OUR: 1985300179JB | 8,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:50 IMAD: 0628B1QGC07C005796 | | |

## CHECKS

*No Activity*

**Bank of America**

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188003115
D 01 01 145 01 M0000 E#        0
Last Statement:   05/31/2002
This Statement:   06/28/2002

Customer Service
1-800-699-7188

W.R. GRACE & CO.
DEWEY AND ALMY CHEMICAL DIVISION
IMPREST ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Page    1 of   1

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 06/01/2002 - 06/28/2002 | Statement Beginning Balance | 8,154.01 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 8,154.01 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 28 | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 8,154.01 | 8,154.01 | 06/28 | 8,154.01 | 8,154.01 |

# Bank of America

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:   05/31/2002
This Statement:   06/28/2002

Customer Service
1-800-699-7188

W.R. GRACE & CO.
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page     1 of     4

# ANALYZED CHECKING (BLOCKED THIRD PARTY)

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 06/01/2002 - 06/28/2002 | | Statement Beginning Balance | 1,234,820.91 |
| Number of Deposits/Credits | 40 | Amount of Deposits/Credits | 41,842,401.14 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 25 | Amount of Other Debits | 41,646,750.18 |
| | | Statement Ending Balance | 1,430,471.87 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 28 | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/ | | 1,120,892.39 | Zero Balance Transfer | TRSF FR 8188903106 | 00722190409 |
| 06/03 | | 3,061,441.36 | Zero Balance Transfer | TRSF FR 8188703107 | 00722190103 |
| 06/04 | | 285,696.60 | Zero Balance Transfer | TRSF FR 8188903106 | 00722131525 |
| 06/04 | | 2,219,489.66 | Zero Balance Transfer | TRSF FR 8188703107 | 00722131261 |
| 06/05 | | 114,211.14 | Zero Balance Transfer | TRSF FR 8188903106 | 00722115624 |
| 06/05 | | 800,789.98 | Zero Balance Transfer | TRSF FR 8188703107 | 00722115355 |
| 06/06 | | 127,999.08 | Zero Balance Transfer | TRSF FR 8188903106 | 00722118210 |
| 06/06 | | 1,139,773.72 | Zero Balance Transfer | TRSF FR 8188703107 | 00722117929 |
| 06/07 | | 315,203.75 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119152 |
| 06/07 | | 720,407.73 | Zero Balance Transfer | TRSF FR 8188703107 | 00722118862 |
| 06/10 | | 383,480.06 | Zero Balance Transfer | TRSF FR 8188903106 | 00722185923 |
| 06/10 | | 3,530,832.80 | Zero Balance Transfer | TRSF FR 8188703107 | 00722185618 |
| 06/11 | | 191,253.63 | Zero Balance Transfer | TRSF FR 8188903106 | 00722126249 |
| 06/11 | | 1,338,338.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125979 |
| 06/12 | | 47,253.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722113707 |
| 06/12 | | 713,388.07 | Zero Balance Transfer | TRSF FR 8188703107 | 00722113436 |
| 06/13 | | 290,072.29 | Zero Balance Transfer | TRSF FR 8188903106 | 00722116575 |
| 06/13 | | 1,085,693.80 | Zero Balance Transfer | TRSF FR 8188703107 | 00722116302 |
| 06/14 | | 1,942,373.37 | Zero Balance Transfer | TRSF FR 8188903106 | 00722118254 |
| 06/14 | | 2,627,576.71 | Zero Balance Transfer | TRSF FR 8188703107 | 00722117969 |
| 06/17 | | 783,863.65 | Zero Balance Transfer | TRSF FR 8188903106 | 00722187002 |
| 06/17 | | 3,469,001.82 | Zero Balance Transfer | TRSF FR 8188703107 | 00722186692 |
| 06/18 | | 68,012.57 | Zero Balance Transfer | TRSF FR 8188903106 | 00722124303 |
| 06/18 | | 1,513,621.90 | Zero Balance Transfer | TRSF FR 8188703107 | 00722124021 |
| 06/19 | | 220,032.42 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114063 |
| 06/19 | | 1,600,528.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722113796 |
| 06/20 | | 218,818.93 | Zero Balance Transfer | TRSF FR 8188903106 | 00722115719 |
| 06/20 | | 688,167.56 | Zero Balance Transfer | TRSF FR 8188703107 | 00722115434 |
| 06/21 | | 130,579.97 | Zero Balance Transfer | TRSF FR 8188903106 | 00722117379 |
| 06/21 | | 1,432,168.90 | Zero Balance Transfer | TRSF FR 8188703107 | 00722117097 |
| 06/24 | | 340,938.20 | Zero Balance Transfer | TRSF FR 8188903106 | 00722192121 |
| 06/24 | | 3,035,652.11 | Zero Balance Transfer | TRSF FR 8188703107 | 00722191822 |
| 06/25 | | 202,812.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722125477 |
| 06/25 | | 1,284,645.69 | Zero Balance Transfer | TRSF FR 8188703107 | 00722125189 |
| 06/ | | 1,035,738.49 | Zero Balance Transfer | TRSF FR 8188903106 | 00722112432 |
| 06/26 | | 1,208,172.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722112148 |
| 06/27 | | 128,510.63 | Zero Balance Transfer | TRSF FR 8188903106 | 00722116208 |
| 06/27 | | 1,000,086.89 | Zero Balance Transfer | TRSF FR 8188703107 | 00722115929 |
| 06/28 | | 246,669.30 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119198 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   05/31/2002
This Statement:   06/28/2002

Customer Service
1-800-699-7188

W.R. GRACE & CO.

Page    2 of    4

# ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/28 | | 1,178,210.53 | Zero Balance Transfer        TRSF FR 8188703107 | 00722118894 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/03 | | 2,923,429.90 | WIRE TYPE:WIRE OUT DATE:060302 TIME:1117 CT TRN:020603025565 FDREF/SEQ:020603025565/000588 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370025565 |
| 06/04 | | 2,946,202.69 | WIRE TYPE:WIRE OUT DATE:060402 TIME:0940 CT TRN:020604012622 FDREF/SEQ:020604012622/000294 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370012622 |
| 06/05 | | 2,118,043.52 | WIRE TYPE:WIRE OUT DATE:060502 TIME:0953 CT TRN:020605014524 FDREF/SEQ:020605014524/000352 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370014524 |
| 06/06 | | 330,804.19 | Foreign Exchange Debit        FX DRAW DRFX082957 330804.19 USD  @ 0.0 ON 20020605 | 01790300099 |
| 06/06 | | 544,900.13 | WIRE TYPE:WIRE OUT DATE:060602 TIME:0951 CT TRN:020606014544 FDREF/SEQ:020606014544/000428 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370014544 |
| 06/07 | | 1,361,168.57 | WIRE TYPE:WIRE OUT DATE:060702 TIME:1104 CT TRN:020607022912 FDREF/SEQ:020607022912/000516 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 06370022912 |
| 06/10 | | 2,365,403.57 | WIRE TYPE:WIRE OUT DATE:061002 TIME:1007 CT TRN:020610015808 FDREF/SEQ:020610015808/000319 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370015808 |
| 06/11 | | 2,415,709.07 | WIRE TYPE:WIRE OUT DATE:061102 TIME:0957 CT TRN:020611013838 FDREF/SEQ:020611013838/000299 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370013838 |
| 06/12 | | 1,682,962.52 | WIRE TYPE:WIRE OUT DATE:061202 TIME:0953 CT TRN:020612013996 FDREF/SEQ:020612013996/000334 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370013996 |
| 06/13 | | 1,600.00 | Foreign Exchange Debit        FX DRAW DRFX564603 2864.80 SGD  @ 1.7905 ON 20020313 | 01790300045 |
| 06/13 | | 2,000.00 | Foreign Exchange Debit        FX DRAW DRFX564602 3581.00 SGD  @ 1.7905 ON 20020313 | 01790300048 |
| 06/13 | | 4,491.25 | Foreign Exchange Debit        FX DRAW DRFX564944 4736.11 EUR  @ 0.9483 ON 20020313 | 01790300099 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#       0
Last Statement:    05/31/2002
This Statement:    06/28/2002

Customer Service
1-800-699-7188

W.R. GRACE & CO.

Page    3 of    4

# ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/13 | | 650,137.17 | WIRE TYPE:WIRE OUT DATE:061302 TIME:1039 CT TRN:020613020175 FDREF/SEQ:020613020175/000638 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370020175 |
| 06/14 | | 1,500,271.43 | WIRE TYPE:WIRE OUT DATE:061402 TIME:1015 CT TRN:020614019673 FDREF/SEQ:020614019673/000448 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370019673 |
| 06/17 | | 6,022,817.16 | WIRE TYPE:WIRE OUT DATE:061702 TIME:1044 CT TRN:020617020181 FDREF/SEQ:020617020181/000497 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370020181 |
| 06/18 | | 2,653,911.33 | WIRE TYPE:WIRE OUT DATE:061802 TIME:0932 CT TRN:020618011829 FDREF/SEQ:020618011829/000274 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370011829 |
| 06/19 | | 1,398,702.79 | WIRE TYPE:WIRE OUT DATE:061902 TIME:0957 CT TRN:020619014302 FDREF/SEQ:020619014302/000311 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370014302 |
| 06/20 | | 17,105.29 | Foreign Exchange Debit        FX DRAW DRFX087434 17105.29 USD  @ 0.0 ON 20020619 | 01790300048 |
| 06/20 | | 1,923,813.82 | WIRE TYPE:WIRE OUT DATE:062002 TIME:1037 CT TRN:020620021076 FDREF/SEQ:020620021076/000633 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370021076 |
| 06/21 | | 962,474.21 | WIRE TYPE:WIRE OUT DATE:062102 TIME:0949 CT TRN:020621015609 FDREF/SEQ:020621015609/000334 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370015609 |
| 06/24 | | 2,701,895.76 | WIRE TYPE:WIRE OUT DATE:062402 TIME:1011 CT TRN:020624016114 FDREF/SEQ:020624016114/000311 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370016114 |
| 06/25 | | 2,188,491.36 | WIRE TYPE:WIRE OUT DATE:062502 TIME:1041 CT TRN:020625012030 FDREF/SEQ:020625012030/000450 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370012030 |
| 06/26 | | 1,885,984.87 | WIRE TYPE:WIRE OUT DATE:062602 TIME:1002 CT TRN:020626016738 FDREF/SEQ:020626016738/000353 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370016738 |
| 06/27 | | 1,934,371.39 | WIRE TYPE:WIRE OUT DATE:062702 TIME:1008 CT TRN:020627019640 FDREF/SEQ:020627019640/000597 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370019640 |

H