# Bank of America

BANK OF AMERICA, N.A.  
231 S. LASALLE STREET  
CHICAGO, IL  60697

Account Number    8188203114  
01 01 142 01 M0000 E#         0  
Last Statement:   05/31/2002  
This Statement:   06/28/2002

Customer Service  
1-800-699-7188

W.R. GRACE & CO.

Page    4 of    4

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 06/28 | | 1,110,058.19 | WIRE TYPE:WIRE OUT DATE:062802 TIME:0957 CT TRN:020628023738 FDREF/SEQ:020628023738/000501 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370023738 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 0●1   | 1,234,820.91 | 2,223.44     | 06/17 | 2,673,913.86 | 108,812.67 |
| 06/03 | 2,493,724.76 | 19,287.25    | 06/18 | 1,601,637.00 | 64,837.13 |
| 06/04 | 2,052,708.33 | 5,102.19     | 06/19 | 2,023,494.63 | 151,222.17 |
| 06/05 | 849,665.93   | 44,600.00    | 06/20 | 989,562.01   | 29,582.10 |
| 06/06 | 1,241,734.41 | 226,580.35   | 06/21 | 1,589,836.67 | 114,394.02 |
| 06/07 | 916,177.32   | 61,227.97-   | 06/24 | 2,264,531.22 | 79,186.56 |
| 06/10 | 2,465,086.61 | 457,258.82-  | 06/25 | 1,563,498.13 | 114,542.28 |
| 06/11 | 1,578,970.10 | 153,714.84   | 06/26 | 1,921,424.10 | 740,323.09 |
| 06/12 | 656,649.23   | 17,705.32    | 06/27 | 1,115,650.23 | 197,797.01 |
| 06/13 | 1,374,186.90 | 433,449.34   | 06/28 | 1,430,471.87 | 233,461.15 |
| 06/14 | 4,443,865.55 | 2,029,519.57 | | | |



# Commercial Checking

01    2000000282172  001  130         0   34        1,507

W.R. GRACE & COMPANY
ATTN: PAUL MILLIKEN                    CB
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

## Commercial Checking                                     6/01/2002 thru 6/28/2002

Account number:      2000000282172
Account holder(s):   W.R. GRACE & COMPANY

Taxpayer ID Number:  133461988

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $2,539,271.91 |
| Deposits and other credits | 72,912,336.67 + |
| Other withdrawals and service fees | 73,488,989.99 - |
| Closing balance 6/28 | $1,962,618.59 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 2,800,000.00 | FUNDS TRANSFER  (ADVICE 020603041429) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/03 OBI=0111 79 ATTN P. LAWI REF=1014300154JB    06/03/02  05:10PM |
| 6/04 | 30.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005600 W R GRACE & CO |
| 6/04 | 3,100,000.00 | FUNDS TRANSFER  (ADVICE 020604028743) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/04 OBI=0111 79 ATTN P. LAWI REF=0769100155JB    06/04/02  03:38PM |
| 6/06 | 7,800,000.00 | FUNDS TRANSFER  (ADVICE 020606032178) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/06 OBI=0111 79 ATTN P. LAWI REF=1005800157JB    06/06/02  05:13PM |
| 6/07 | 800,000.00 | FUNDS TRANSFER  (ADVICE 020607031743) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/07 OBI=0111 79 ATTN P. LAWI REF=0877500158JB    06/07/02  04:08PM |
| 6/10 | 613.79 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 6/10 | 2,500,000.00 | FUNDS TRANSFER  (ADVICE 020610031032) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/10 OBI=0111 79 ATTN P. LAWI REF=1058500161JB    06/10/02  04:20PM |
| 6/11 | 11,279.45 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005231 W.R. GRACE & CO |

Deposits and Other Credits continued on next page.



# Commercial Checking

02    2000000282172  001  130         0    34        1,508

## Deposits and Other Credits  continued

| Date | Amount | Description |
|---|---|---|
| 6/11 | 6,200,000.00 | FUNDS TRANSFER (ADVICE 020611031227) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/11 OBI=0111 79 ATTN P. LAWI REF=0965300162JB  06/11/02  05:13PM |
| 6/12 | 2,000,000.00 | FUNDS TRANSFER (ADVICE 020612027515) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/12 OBI=0111 79 ATTN P. LAWI REF=0955800163JB  06/12/02  04:04PM |
| 6/14 | 300,000.00 | FUNDS TRANSFER (ADVICE 020614034224) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/14 OBI=0111 79 ATTN P. LAWI REF=0944800165JB  06/14/02  04:20PM |
| 6/14 | 5,600,000.00 | FUNDS TRANSFER (ADVICE 020614006480) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/14 OBI=0111 79 ATTN P. LAWI REF=0073500165JB  06/14/02  09:28AM |
| 6/17 | 1,900,000.00 | FUNDS TRANSFER (ADVICE 020617033768) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/17 OBI=0111 79 ATTN P. LAWI REF=1140600168JB  06/17/02  04:41PM |
| 6/18 | 3,300,000.00 | FUNDS TRANSFER (ADVICE 020618026705) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/18 OBI=0111 79 ATTN P. LAWI REF=0804800169JB  06/18/02  03:26PM |
| 6/19 | 1,700,000.00 | FUNDS TRANSFER (ADVICE 020619028815) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/19 OBI=0111 79 ATTN P. LAWI REF=0801400170JB  06/19/02  04:02PM |
| 6/21 | 800,000.00 | FUNDS TRANSFER (ADVICE 020621031322) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/21 OBI=0111 79 ATTN P. LAWI REF=1061600172JB  06/21/02  04:27PM |
| 6/21 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 020621005342) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/20 OBI=0111 79 ATTN P. LAWI REF=1162600171JB  06/21/02  09:17AM |
| 6/21 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 020621005614) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/21 OBI=0111 79 ATTN P. LAWI REF=0061600172JB  06/21/02  09:22AM |
| 6/24 | 13.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2079920005761 W R GRACE AND C |

Deposits and Other Credits continued on next page.



# Commercial Checking

03    2000000282172    001    130         0    34         1,509

## Deposits and Other Credits  continued

| Date | Amount | Description |
|---|---|---|
| 6/24 | 2,900,000.00 | FUNDS TRANSFER (ADVICE 020624029998) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/24 OBI=0111 79 ATTN P. LAWI REF=0979600175JB    06/24/02  04:10PM |
| 6/25 | 400.04 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 6/25 | 4,800,000.00 | FUNDS TRANSFER (ADVICE 020625034556) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/25 OBI=0111 79 ATTN P. LAWI REF=1269600176JB    06/25/02  05:34PM |
| 6/27 | 4,500,000.00 | FUNDS TRANSFER (ADVICE 020627006010) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/27 OBI=0111 79 ATTN P. LAWI REF=0083100178JB    06/27/02  09:21AM |
| 6/27 | 6,800,000.00 | FUNDS TRANSFER (ADVICE 020627032720) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/27 OBI=0111 79 ATTN P. LAWI REF=0950600178JB    06/27/02  03:48PM |
| 6/28 | 700,000.00 | FUNDS TRANSFER (ADVICE 020628046340) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/06/28 OBI=0111 79 ATTN P. LAWI REF=1984900179JB    06/28/02  03:50PM |

| Total | $72,912,336.67 | |
|---|---|---|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 451.87 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/03 | 21,382.84 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/03 | 66,679.25 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/03 | 69,533.76 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/03 | 434,437.59 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/03 | 631,735.82 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/03 | 685,661.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/04 | 70.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |

Other Withdrawals and Service Fees continued on next page.

**Commercial Checking**

04    2000000282172    001    130    0    34    1,510

## Other Withdrawals and Service Fees  continued

| Date | Amount | Description |
|---|---|---|
| 6/04 | 2,491.64 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/04 | 7,530.55 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/04 | 15,330.21 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/04 | 616,948.19 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/04 | 1,367,723.07 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/04 | 1,421,229.90 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/05 | 279.03 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/05 | 2,229.54 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/05 | 15,346.73 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/05 | 39,819.58 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/05 | 696,617.73 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/05 | 1,055,290.89 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/05 | 1,288,509.14 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/06 | 496.30 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/06 | 1,933.10 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/06 | 5,610.93 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/06 | 8,919.83 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/06 | 9,567.28 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/06 | 16,518.84 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/06 | 34,788.18 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/06 | 190,565.56 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/06 | 256,064.21 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/06 | 535,673.16 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |

Other Withdrawals and Service Fees continued on next page.

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI



## Commercial Checking

05        2000000282172  001  130           0    34         1,511

---

## Other Withdrawals and Service Fees    continued

| Date | Amount | Description |
|---|---:|---|
| 6/06 | 738,607.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/07 | 153.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/07 | 237.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/07 | 2,147.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/07 | 3,815.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/07 | 15,673.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/07 | 201,523.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/07 | 279,195.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/07 | 1,706,093.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
|  | 2,633,978.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/10 | 77.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/10 | 580.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/10 | 678.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/10 | 912.18 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/10 | 7,263.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/10 | 64,026.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/10 | 329,415.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/10 | 425,188.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/11 | 391.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/11 | 1,825.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/11 | 10,424.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/11 | 423,302.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/11 | 739,050.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |

Other Withdrawals and Service Fees continued on next page.

---

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI



# Commercial Checking

06          2000000282172   001   130            0    34           1,512

---

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|---|---|---|
| 6/11 | 866,958.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/11 | 908,814.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/11 | 1,587,688.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/12 | 311.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/12 | 3,394.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/12 | 13,994.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/12 | 20,558.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/12 | 42,955.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/12 | 130,103.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/12 | 394,398.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/12 | 869,475.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/12 | 983,820.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/12 | 1,255,295.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/12 | 1,564,341.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/13 | 2,799.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/13 | 3,408.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/13 | 3,468.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/13 | 4,881.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/13 | 6,246.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/13 | 7,616.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/13 | 16,488.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/13 | 138,678.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/13 | 353,802.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

Other Withdrawals and Service Fees continued on next page.



# Commercial Checking

07    2000000282172  001  130      0  34    1,513

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---:|---|
| 6/13 | 365,062.41 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/14 | 168.26 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/14 | 3,065.71 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/14 | 3,573.80 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/14 | 11,115.04 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/14 | 15,251.92 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/14 | 36,820.12 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/14 | 121,681.37 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/14 | 153,192.21 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| | 1,796,014.29 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/14 | 2,886,001.32 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/17 | 540.14 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/17 | 1,354.35 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/17 | 10,038.04 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/17 | 36,563.89 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/17 | 61,618.32 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/17 | 302,420.34 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/17 | 442,550.53 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/18 | 152.64 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/18 | 373.91 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/18 | 820.98 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/18 | 6,816.17 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/18 | 15,478.76 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |

Other Withdrawals and Service Fees continued on next page.



# Commercial Checking

08   2000000282172   001   130      0   34      1,514

## Other Withdrawals and Service Fees   continued

| Date | Amount | Description |
|---|---|---|
| 6/18 | 29,995.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/18 | 407,477.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/18 | 1,089,620.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/18 | 1,202,575.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/19 | 407.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/19 | 4,260.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/19 | 25,575.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/19 | 42,929.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/19 | 47,540.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/19 | 126,212.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/19 | 387,498.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/19 | 1,091,303.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/19 | 1,582,711.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/20 | 329.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/20 | 494.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/20 | 631.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/20 | 6,723.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/20 | 9,700.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/20 | 17,630.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/20 | 141,818.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/20 | 145,177.78 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/20 | 1,514,068.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/21 | 347.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

09   2000000282172   001   130        0   34      1,515

## Other Withdrawals and Service Fees   continued

| Date | Amount | Description |
|---|---|---|
| 6/21 | 1,976.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/21 | 4,614.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/21 | 14,489.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/21 | 16,533.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/21 | 249,126.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/21 | 511,610.18 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/21 | 2,575,048.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/21 | 2,802,187.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/21 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 020621008784)<br>SENT TO JPMORGAN CHASE BA/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=           06/21/02 10:45AM |
| 6/24 | 313.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/24 | 3,003.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/24 | 8,574.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/24 | 68,760.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/24 | 259,969.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/24 | 463,759.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/25 | 547.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/25 | 12,878.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/25 | 378,052.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/25 | 435,087.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/25 | 802,137.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/25 | 862,457.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/25 | 2,074,469.15 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

Other Withdrawals and Service Fees continued on next page.



## Commercial Checking

| | | | | | |
|---|---|---|---|---|---|
| 10 | 2000000282172  001  130 | 0  34 | 1,516 | | |

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|---|---|---|
| 6/26 | 622,603.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/26 | 836,556.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/26 | 1,493,762.53 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 6/26 | 1,577,627.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/27 | 45.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/27 | 54.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 6/27 | 230.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/27 | 1,686.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/27 | 6,781.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/27 | 11,088.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/27 | 11,734.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/27 | 27,487.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/27 | 248,642.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/27 | 265,380.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/27 | 485,038.78 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/27 | 546,325.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/27 | 1,521,027.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/28 | 407.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 6/28 | 667.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 6/28 | 1,234.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 6/28 | 17,759.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 6/28 | 23,400.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 6/28 | 277,764.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*