

# Commercial Checking

11   2000000282172   001   130        0   34        1,517

---

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|---|---|---|
| 6/28 | 378,716.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/28 | 2,605,942.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 6/28 | 3,372,225.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| Total | $73,488,989.99 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 3,429,389.38 | 6/12 | 2,025,087.52 | 6/21 | 1,966,406.68 |
| 6/04 | 3,098,095.82 | 6/13 | 1,122,633.84 | 6/24 | 4,062,039.66 |
| 6/05 | 3.18 | 6/14 | 1,995,749.80 | 6/25 | 4,296,809.34 |
| 6/06 | 6,001,258.37 | 6/17 | 3,040,664.19 | 6/26 | 233,740.00 |
| 6/07 | 1,958,440.49 | 6/18 | 3,587,352.84 | 6/27 | 7,940,738.45 |
| 6/10 | 3,630,912.56 | 6/19 | 1,978,913.60 | 6/28 | 1,962,618.59 |
| 6/11 | 5,303,737.21 | 6/20 | 142,339.20 | | |



# Commercial Checking

| 12 | 2000000282172 | 001 | 130 | 0 | 34 | 1,518 | | |

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD  (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI



## Commercial Checking

01  2079900016741  005  109      0    0    3,155

W R GRACE & CO - CONN
ATTN PAUL MILLIKEN
62 WHITTEMORE AVENUE
CAMBRIDGE, MA  02140

CB  008

## Commercial Checking

6/01/2002 thru 6/28/2002

Account number:     2079900016741
Account holder(s):  W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---:|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 5,245,879.22 + |
| Checks | 309,301.48 - |
| Other withdrawals and service fees | 4,936,577.74 - |
| Closing balance 6/28 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 6/03 | 21,382.84 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 15,330.21 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 15,346.73 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 8,919.83 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 9,567.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 3,815.74 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 7,263.63 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 866,958.90 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 13,994.63 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 1,564,341.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 7,616.66 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 16,488.66 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 36,820.12 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

Deposits and Other Credits continued on next page.



# Commercial Checking

02      2079900016741   005   109        0      0          3,156

## Deposits and Other Credits  continued

| Date | Amount | Description |
|------|--------|-------------|
| 6/17 | 36,563.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 29,995.67 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 1,272.26 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/19 | 42,929.28 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 9,700.51 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 17,630.05 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 4,614.02 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/24 | 8,574.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 862,457.65 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/26 | 4,691.66 | AUTOMATED CREDIT W.R. GRACE    REVERSAL<br>CO. ID.         020626 CCD<br>MISC SETTL NCVCDBATL |
| 6/26 | 1,577,627.20 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 11,088.58 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 27,487.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 23,400.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| Total | $5,245,879.22 | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 62906 | 746.11 | 6/27 | 63484* | 746.11 | 6/27 | 63548* | 1,030.95 | 6/12 |
| 63073* | 790.08 | 6/03 | 63498* | 595.31 | 6/04 | 63550* | 2,355.39 | 6/10 |
| 63195* | 660.42 | 6/03 | 63503* | 746.11 | 6/27 | 63556* | 1,055.44 | 6/05 |
| 63214* | 1,233.81 | 6/27 | 63506* | 352.51 | 6/03 | 63557 | 1,164.42 | 6/05 |
| 63218* | 1,013.10 | 6/03 | 63508* | 1,618.82 | 6/03 | 63563* | 1,077.77 | 6/04 |
| 63343* | 746.11 | 6/27 | 63513* | 473.14 | 6/03 | 63564 | 2,042.07 | 6/06 |
| 63349* | 1,183.74 | 6/03 | 63517* | 215.09 | 6/04 | 63571* | 1,494.62 | 6/04 |
| 63363* | 746.11 | 6/27 | 63522* | 1,239.33 | 6/05 | 63573* | 794.15 | 6/03 |
| 63368* | 1,155.30 | 6/03 | 63526* | 1,521.52 | 6/04 | 63575* | 1,240.68 | 6/03 |
| 63463* | 2,109.74 | 6/06 | 63534* | 2,288.34 | 6/04 | 63581* | 2,496.01 | 6/04 |

\* Indicates a break in check number sequence

Checks continued on next page



## Commercial Checking

03          2079900016741   005   109          0      0          3,157

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 63583* | 1,359.38 | 6/03 | 63658 | 487.22 | 6/27 | 63704 | 2,674.98 | 6/17 |
| 63591* | 1,886.07 | 6/14 | 63659 | 352.51 | 6/12 | 63705 | 2,636.36 | 6/27 |
| 63600* | 1,275.93 | 6/03 | 63660 | 274.16 | 6/10 | 63706 | 1,079.42 | 6/20 |
| 63602* | 1,671.77 | 6/04 | 63661 | 17.49 | 6/12 | 63707 | 1,222.72 | 6/18 |
| 63603 | 294.09 | 6/06 | 63663* | 452.79 | 6/11 | 63708 | 837.58 | 6/19 |
| 63604 | 2,721.87 | 6/06 | 63664 | 695.38 | 6/12 | 63709 | 1,207.32 | 6/19 |
| 63606* | 1,996.03 | 6/03 | 63666* | 274.16 | 6/11 | 63710 | 690.07 | 6/14 |
| 63607 | 1,644.18 | 6/03 | 63667 | 296.03 | 6/25 | 63711 | 1,129.78 | 6/14 |
| 63608 | 1,887.95 | 6/05 | 63668 | 391.80 | 6/11 | 63712 | 1,030.49 | 6/17 |
| 63609 | 1,800.28 | 6/03 | 63669 | 517.16 | 6/11 | 63713 | 1,174.46 | 6/19 |
| 63610 | 2,521.98 | 6/07 | 63670 | 683.27 | 6/07 | 63714 | 1,162.93 | 6/21 |
| 63611 | 1,598.37 | 6/03 | 63671 | 151.51 | 6/07 | 63715 | 1,187.08 | 6/19 |
| 63615* | 2,412.59 | 6/10 | 63672 | 275.51 | 6/13 | 63716 | 1,231.85 | 6/14 |
| 63617* | 870.83 | 6/06 | 63673 | 32.43 | 6/14 | 63717 | 1,298.91 | 6/17 |
| 63620* | 1,796.04 | 6/03 | 63674 | 475.43 | 6/10 | 63718 | 1,745.48 | 6/19 |
| 63627* | 384.60 | 6/04 | 63675 | 441.60 | 6/11 | 63719 | 1,305.97 | 6/17 |
| 63628 | 367.52 | 6/10 | 63676 | 468.65 | 6/12 | 63721* | 2,042.06 | 6/19 |
| 63629 | 367.52 | 6/05 | 63677 | 585.45 | 6/12 | 63722 | 1,195.30 | 6/13 |
| 63630 | 940.13 | 6/04 | 63678 | 2,334.31 | 6/21 | 63723 | 2,862.84 | 6/13 |
| 63631 | 813.05 | 6/04 | 63680* | 466.40 | 6/14 | 63724 | 1,087.44 | 6/20 |
| 63632 | 214.95 | 6/18 | 63681 | 1,158.69 | 6/13 | 63726* | 1,289.45 | 6/14 |
| 63633 | 230.82 | 6/04 | 63682 | 3,637.35 | 6/18 | 63727 | 1,252.39 | 6/14 |
| 63634 | 352.50 | 6/03 | 63683 | 3,555.06 | 6/18 | 63728 | 1,534.25 | 6/14 |
| 63635 | 339.37 | 6/06 | 63684 | 1,296.17 | 6/14 | 63729 | 999.77 | 6/13 |
| 63636 | 27.99 | 6/11 | 63685 | 1,521.52 | 6/17 | 63730 | 1,494.62 | 6/14 |
| 63638* | 541.86 | 6/06 | 63686 | 2,249.91 | 6/14 | 63731 | 1,516.79 | 6/17 |
| 63639 | 695.38 | 6/04 | 63687 | 1,643.02 | 6/17 | 63732 | 742.63 | 6/14 |
| 63640 | 458.98 | 6/07 | 63688 | 923.97 | 6/14 | 63733 | 1,066.52 | 6/13 |
| 63642* | 517.02 | 6/04 | 63689 | 1,454.65 | 6/13 | 63734 | 1,123.15 | 6/17 |
| 63643 | 388.78 | 6/04 | 63690 | 1,515.02 | 6/13 | 63735 | 1,272.26 | 6/19 |
| 63644 | 336.71 | 6/05 | 63691 | 16.55 | 6/17 | 63736 | 925.76 | 6/28 |
| 63645 | 517.16 | 6/10 | 63693* | 3,327.37 | 6/18 | 63737 | 596.20 | 6/17 |
| 63648* | 278.19 | 6/03 | 63694 | 1,126.76 | 6/20 | 63738 | 808.98 | 6/17 |
| 63649 | 64.49 | 6/10 | 63695 | 1,017.86 | 6/14 | 63739 | 1,161.02 | 6/13 |
| 63650 | 561.27 | 6/05 | 63696 | 290.25 | 6/13 | 63740 | 1,239.60 | 6/17 |
| 63651 | 499.98 | 6/11 | 63697 | 716.94 | 6/14 | 63741 | 1,251.25 | 6/17 |
| 63652 | 296.69 | 6/10 | 63698 | 676.55 | 6/17 | 63742 | 2,496.01 | 6/20 |
| 63653 | 296.68 | 6/10 | 63699 | 702.35 | 6/13 | 63743 | 1,670.27 | 6/17 |
| 63654 | 683.24 | 6/11 | 63700 | 1,640.72 | 6/18 | 63744 | 1,359.37 | 6/17 |
| 63655 | 468.39 | 6/11 | 63701 | 1,569.59 | 6/19 | 63745 | 1,206.72 | 6/13 |
| 63656 | 468.39 | 6/11 | 63702 | 1,035.23 | 6/14 | 63746 | 760.38 | 6/17 |
| 63657 | 746.11 | 6/27 | 63703 | 1,030.95 | 6/20 | 63747 | 755.16 | 6/17 |

* indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

04          2079900016741   005   109         0    0         3,158

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 63748 | 794.21 | 6/17 | 63790 | 1,996.04 | 6/20 | 63835 | 281.84 | 6/14 |
| 63749 | 1,088.05 | 6/17 | 63791 | 1,644.18 | 6/19 | 63836 | 398.30 | 6/14 |
| 63750 | 1,645.86 | 6/14 | 63792 | 1,887.94 | 6/19 | 63837 | 32.44 | 6/20 |
| 63751 | 1,633.37 | 6/14 | 63793 | 1,800.28 | 6/19 | 63838 | 284.81 | 6/18 |
| 63752 | 1,886.06 | 6/14 | 63794 | 2,521.97 | 6/24 | 63839 | 400.99 | 6/18 |
| 63753 | 1,025.18 | 6/19 | 63795 | 1,598.37 | 6/28 | 63840 | 565.38 | 6/19 |
| 63754 | 1,201.87 | 6/19 | 63796 | 1,800.94 | 6/19 | 63841 | 488.72 | 6/19 |
| 63755 | 1,082.97 | 6/18 | 63797 | 2,778.50 | 6/17 | 63842 | 377.33 | 6/24 |
| 63756 | 1,254.93 | 6/18 | 63798 | 3,001.27 | 6/17 | 63843 | 184.32 | 6/25 |
| 63757 | 1,151.53 | 6/17 | 63799 | 2,412.59 | 6/27 | 63846* | 519.49 | 6/27 |
| 63758 | 1,397.42 | 6/17 | 63800 | 870.81 | 6/25 | 63848* | 746.11 | 6/27 |
| 63759 | 1,075.71 | 6/24 | 63801 | 1,275.99 | 6/19 | 63849 | 730.54 | 6/25 |
| 63760 | 1,245.09 | 6/24 | 63802 | 1,485.93 | 6/18 | 63850 | 1,052.18 | 6/25 |
| 63761 | 1,005.95 | 6/19 | 63803 | 1,796.05 | 6/19 | 63851 | 763.73 | 6/25 |
| 63762 | 1,179.58 | 6/19 | 63805* | 1,117.01 | 6/18 | 63852 | 763.73 | 6/24 |
| 63763 | 1,060.51 | 6/14 | 63806 | 1,294.56 | 6/18 | 63853 | 43.38 | 6/25 |
| 63764 | 1,233.69 | 6/14 | 63807 | 377.32 | 6/18 | 63854 | 210.57 | 6/ |
| 63765 | 896.13 | 6/17 | 63808 | 367.53 | 6/17 | 63855 | 230.83 | 6/ |
| 63766 | 955.42 | 6/14 | 63809 | 374.17 | 6/17 | 63856 | 343.72 | 6/24 |
| 63767 | 1,115.25 | 6/14 | 63810 | 245.46 | 6/19 | 63857 | 459.13 | 6/25 |
| 63768 | 1,009.97 | 6/14 | 63811 | 714.67 | 6/19 | 63859* | 482.81 | 6/27 |
| 63769 | 1,186.78 | 6/14 | 63812 | 746.11 | 6/27 | 63860 | 813.75 | 6/27 |
| 63770 | 1,009.97 | 6/14 | 63813 | 235.12 | 6/19 | 63861 | 550.87 | 6/27 |
| 63771 | 1,189.68 | 6/14 | 63814 | 269.91 | 6/20 | 63863* | 444.47 | 6/25 |
| 63772 | 192.02 | 6/20 | 63815 | 1,188.91 | 6/20 | 63866* | 517.02 | 6/25 |
| 63773 | 1,613.81 | 6/19 | 63816 | 1,244.07 | 6/20 | 63867 | 489.75 | 6/25 |
| 63774 | 213.14 | 6/19 | 63817 | 101.15 | 6/17 | 63868 | 517.16 | 6/25 |
| 63775 | 1,956.81 | 6/18 | 63818 | 219.34 | 6/25 | 63869 | 424.14 | 6/21 |
| 63776 | 1,290.46 | 6/18 | 63819 | 249.03 | 6/14 | 63870 | 286.04 | 6/21 |
| 63777 | 149.44 | 6/18 | 63820 | 352.50 | 6/18 | 63871 | 404.80 | 6/21 |
| 63778 | 1,053.22 | 6/17 | 63821 | 343.72 | 6/19 | 63873* | 258.04 | 6/24 |
| 63779 | 1,154.77 | 6/19 | 63822 | 459.14 | 6/18 | 63874 | 638.53 | 6/27 |
| 63780 | 1,418.73 | 6/13 | 63824* | 541.86 | 6/18 | 63875 | 585.46 | 6/27 |
| 63781 | 1,181.29 | 6/13 | 63825 | 695.38 | 6/18 | 63878* | 290.26 | 6/28 |
| 63782 | 1,351.23 | 6/14 | 63826 | 446.48 | 6/20 | 63881* | 702.34 | 6/28 |
| 63783 | 1,113.76 | 6/14 | 63827 | 468.65 | 6/19 | 63906* | 296.33 | 6/28 |
| 63784 | 1,333.35 | 6/17 | 63828 | 361.11 | 6/19 | 63909* | 1,534.26 | 6/28 |
| 63785 | 1,275.93 | 6/19 | 63830* | 517.02 | 6/27 | 63910 | 999.79 | 6/28 |
| 63786 | 1,757.62 | 6/24 | 63831 | 330.80 | 6/25 | 63912* | 1,516.79 | 6/28 |
| 63787 | 1,749.91 | 6/18 | 63832 | 489.75 | 6/19 | 63913 | 745.48 | 6/28 |
| 63788 | 2,721.89 | 6/20 | 63833 | 517.16 | 6/25 | 63914 | 1,049.77 | 6/28 |
| 63789 | 1,697.28 | 6/18 | 63834 | 511.58 | 6/14 | 63915 | 824.66 | 6/28 |

*Indicates a break in check number sequence*

Checks continued on next page

FIRST UNION NATIONAL BANK, CAP MKTS INV BKG DIV MFG FRANCHI



# Commercial Checking

05            2079900016741   005   109          0    0        3,159

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 63916 | 593.69 | 6/28 | 63930 | 1,633.37 | 6/28 | 64007 | 385.67 | 6/28 |
| 63917 | 854.55 | 6/28 | 63968* | 466.40 | 6/28 | 900510* | 206.20 | 6/18 |
| 63918 | 1,161.03 | 6/27 | 63972* | 2,249.91 | 6/27 | 900511 | 203.52 | 6/10 |
| 63919 | 1,239.62 | 6/28 | 63973 | 1,938.98 | 6/28 | 900512 | 175.04 | 6/12 |
| 63922* | 1,677.34 | 6/28 | 63974 | 962.33 | 6/28 | 900575* | 978.22 | 6/17 |
| 63924* | 1,206.73 | 6/27 | 63975 | 1,533.82 | 6/27 | 900576 | 2,717.71 | 6/20 |
| 63925 | 760.37 | 6/28 | 64004* | 500.70 | 6/28 | **Total** | **$309,301.48** | |
| 63929* | 1,645.87 | 6/28 | 64006* | 258.19 | 6/28 | | | |

*Indicates a break in check number sequence*

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 6/05 | 1,230.86 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020605 CCD<br>MISC C4025-07 525305 | PR TAXES |
| 6/05 | 7,503.23 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020605 CCD<br>MISC C4025-10 525308 | PR TAXES |
| 6/06 | 9,567.28 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.        020606 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/11 | 118,811.05 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020611 CCD<br>MISC C4025-06 543764 | PR TAXES |
| 6/11 | 743,922.35 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020611 CCD<br>MISC C4025-05 543763 | PR TAXES |
| 6/12 | 1,211.71 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020612 CCD<br>MISC C4025-07 545954 | PR TAXES |
| 6/12 | 9,457.45 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020612 CCD<br>MISC C4025-10 545957 | PR TAXES |
| 6/12 | 1,564,341.00 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.        020612 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/13 | 7,616.66 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.        020613 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/19 | 1,255.14 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-07 579112 | PR TAXES |
| 6/19 | 9,122.38 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-10 579115 | PR TAXES |
| | 1,272.26 | POSTING EQUAL NOTIFICATION REVERSAL | |

*Handwritten annotations: val. 1,545,580.17 / 1,239.17*

Other Withdrawals and Service Fees continued on next page.



**Commercial Checking**

06    2079900016741   005   109           0      0           3,160

## Other Withdrawals and Service Fees  continued

| Date | Amount | Description | |
|---|---|---|---|
| 6/20 | 8,428.25 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         020620 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/25 | 113,219.49 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020625 CCD<br>MISC C4025-06 597691 | PR TAXES |
| 6/25 | 741,591.77 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020625 CCD<br>MISC C4025-05 597690 | PR TAXES |
| 6/26 | 1,582,318.86 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         020626 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/27 | 2,002.54 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020626 CCD<br>MISC C4025-07 599987 | PR TAXES |
| 6/27 | 6,715.70 | AUTOMATED DEBIT  W.R. GRACE<br>CO. ID.         020627 CCD<br>MISC SETTL NCVCDBATL | PAYROLL |
| 6/27 | 6,989.76 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 020626 CCD<br>MISC C4025-10 599990 | PR TAXES |
| **Total** | **$4,936,577.74** | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | | Amount |
|---|---|---|---|---|---|
| 6/03 | 0.00 | 6/12 | 0.00 | | 0.00 |
| 6/04 | 0.00 | 6/13 | 0.00 | | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | | 0.00 |
| 6/06 | 0.00 | 6/17 | 0.00 | | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | | 0.00 |
| 6/10 | 0.00 | 6/19 | 0.00 | | 0.00 |
| 6/11 | 0.00 | 6/20 | 0.00 | | |

## Commercial Checking

07   2079900016741  005  109        0    0        3,161

## Customer Service Information

For questions about your statement
or billing errors, contact us at:

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD  (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



# Commercial Checking

01   2079900005600   005   108        18   184        16,775

W R GRACE & CO - CONN
GRACE CONSTRUCTION PRODUCTS         CB   025
ATTEN: JIM HANSON
P O BOX 464
DUNCAN SC  28334

## Commercial Checking

6/01/2002 thru 6/28/2002

Account number: 2079900005600
Account holder(s): W R GRACE & CO - CONN
GRACE CONSTRUCTION PRODUCTS

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---:|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 5,926.04 + |
| Other withdrawals and service fees | 5,926.04 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| | Amount | Description |
|---|---:|---|
|  | 451.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 30.00 | AE ADJCASE#  0000039610001<br>TO ADJUST FOR CHECK POSTING TWICE<br>CHECK #00000007239<br>POSTED ON 05/30/2002 AND 05/20/2002 |
| 6/04 | 70.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 279.03 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 496.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 153.72 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 580.14 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 391.25 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 311.60 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 168.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 540.14 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 373.91 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
|  | 407.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

Deposits and Other Credits continued on next page.



# Commercial Checking

02    2079900005600  005  108        18  184        16,776

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|---|---|---|
| 6/20 | 329.97 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 347.02 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/24 | 313.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 45.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 230.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 407.24 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$5,926.04** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 451.87 | LIST OF DEBITS POSTED |
| 6/04 | 30.00 | ZBA TRANSFER DEBIT TRANSFER TO 2000000282172 W.R. GRACE & CO |
| 6/04 | 70.00 | LIST OF DEBITS POSTED |
| 6/05 | 279.03 | LIST OF DEBITS POSTED |
| 6/06 | 496.30 | LIST OF DEBITS POSTED |
| 6/07 | 153.72 | LIST OF DEBITS POSTED |
| 6/10 | 580.14 | LIST OF DEBITS POSTED |
| 6/11 | 391.25 | LIST OF DEBITS POSTED |
| 6/12 | 311.60 | LIST OF DEBITS POSTED |
| 6/14 | 168.26 | LIST OF DEBITS POSTED |
| 6/17 | 540.14 | LIST OF DEBITS POSTED |
| 6/18 | 373.91 | LIST OF DEBITS POSTED |
| 6/19 | 407.48 | LIST OF DEBITS POSTED |
| 6/20 | 329.97 | LIST OF DEBITS POSTED |
| 6/21 | 347.02 | LIST OF DEBITS POSTED |
| 6/24 | 313.11 | LIST OF DEBITS POSTED |
| 6/27 | 45.00 | LIST OF DEBITS POSTED |
| 6/27 | 230.00 | LIST OF DEBITS POSTED |
| 6/28 | 407.24 | LIST OF DEBITS POSTED |
| **Total** | **$5,926.04** | |