

# Commercial Checking

03   2079900005600   005   108      18   184       16,777

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 0.00 | 6/11 | 0.00 | 6/20 | 0.00 |
| 6/04 | 0.00 | 6/12 | 0.00 | 6/21 | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | 6/24 | 0.00 |
| 6/06 | 0.00 | 6/17 | 0.00 | 6/27 | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | 6/28 | 0.00 |
| 6/10 | 0.00 | 6/19 | 0.00 | | |



# Commercial Checking

04 2079900005600 005 108 18 184 16,778

## Customer Service Information

| For questions about your statement or billing errors, contact us at: | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

________ 2. Write in the closing balance shown on the front of account statement.

________ 3. Write in any deposits you have made since the date of this statement.

________ 4. Add together amounts listed above in steps 2 and 3.

________ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

________ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

CITY NATIONAL BANK

This statement: June 28, 2002
Last statement: May 31, 2002

Page 1
0447002779
( 0)

447 0830N
W R GRACE & COMPANY
ATTN PAUL MILLIKEN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

Direct inquiries to:
800 773-7100

San Leandro Banking Office
2251 Alvarado ST
San Leandro CA 94577-4300

AT CITY NATIONAL, CALIFORNIA'S PREMIER PRIVATE AND BUSINESS BANK, WE ARE DEDICATED TO PROVIDING QUALITY SERVICE AND COMPLETE FINANCIAL SOLUTIONS FOR CALIFORNIANS, THEIR FAMILIES AND THEIR BUSINESSES ON THE WAY UP.

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 0447002779 | Beginning balance | $20,162.62 |
| Minimum balance | $20,162.62 | Total credits | .00 |
| Average balance | $20,162.62 | Checks paid | .00 |
| Avg collected balance | $20,162.00 | Other debits | .00 |
| | | Total debits | .00 |
| | | Ending balance | $20,162.62 |

** No activity this statement period **

Thank you for banking with San Leandro Banking Office



STATEMENT OF ACCOUNTS

PAGE 1 OF 1

005121-7666

STATEMENT DATE
06/28/02
Questions?
Call our Business
Banking Center at
1-800-FLEET-BIZ
(1-800-353-3824)

156

#BWNHNBL
W R GRACE & CO
CONSTRUCTION PRODUCTS DIVISION
ZERO BALANCE HOURLY PAYROLL A/
ATTN WILLIAMS PORCELLO
55 HAYDEN AVE
LEXINGTON MA 02421

CY

0 ENCLOSED ITEMS

Cash Reserve Payment

Please remit to:
FLEET BANK
Cash Reserve
PO Box 150452
Hartford, CT. 06115-045

detach

| CHECKING | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | CHECKS, WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 005121-7666 | 2633.74 | .00 | .00 | .00 | .00 | 2633.74 |

ACCOUNT NO. 005121-7666 COMMERCIAL CHECKING PERIOD 06/01/02 THROUGH 06/28/02
BUSINESS BANKING CENTER ACCESS CODE 4230

NO ACTIVITY THIS STATEMENT PERIOD

Notice: See reverse side for important information



# Commercial Checking

01 2079900065006 005 145 61 0 751

W R GRACE & CO - CONN
ATTN: DEBBIE DAVIES
7500 GRACE DRIVE
COLUMBIA, MD 21044

CB

# Commercial Checking

6/01/2002 thru 6/28/2002

Account number: 2079900065006
Account holder(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 127,812.72 + |
| Checks | 127,812.72 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| *Date* | *Amount* | *Description* |
|---|---|---|
| [illegible] | 16,518.84 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 34,788.18 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 237.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 912.18 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 1,825.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 20,558.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 3,468.27 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 3,573.80 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 1,354.35 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 820.98 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 25,575.96 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 631.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

# Commercial Checking

03 2079900065006 005 145 61 0 753

## Customer Service Information

| For questions about your statement or billing errors, contact us at: | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

_____ 2. Write in the closing balance shown on the front of account statement.

_____ 3. Write in any deposits you have made since the date of this statement.

_____

_____

_____

_____ 4. Add together amounts listed above in steps 2 and 3.

_____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

_____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



# Commercial Checking

01 2079920005761 005 109 3027 0 1,951

W R GRACE AND CO
ATTN MARY BOUCHARD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

CB 004

# Commercial Checking

6/01/2002 thru 6/28/2002

Account number: 2079920005761
Account holder(s): W R GRACE AND CO

Taxpayer ID Number:

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 34,016,480.87 + |
| Checks | 15,857,339.72 - |
| Other withdrawals and service fees | 18,159,141.15 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/03 | 66,679.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/03 | 685,661.40 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 6.25 | POST=NOTIF STOP HIT REVERSAL |
| 6/04 | 67.00 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 020604 CCD MISC SETTL CHRETIRE |
| 6/04 | 1,367,723.07 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 1,421,229.90 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 486.60 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/05 | 1,556.44 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/05 | 39,819.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 1,288,509.14 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 118.13 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/06 | 535,673.16 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 738,607.42 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 279,195.21 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 2,633,978.03 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



FIRST UNION

**Commercial Checking**

02 2079920005761 005 109 3027 0 1,952

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 6/10 | 678.09 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 329,415.35 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 908,814.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 1,587,688.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 42,955.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 983,820.02 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 135.00 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/13 | 2,799.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 353,802.42 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 121,681.37 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 2,886,001.32 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 302,420.34 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 68.00 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 020618 CCD MISC SETTL CHRETIRE |
| 6/18 | 1,089,620.04 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 1,202,575.49 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 47,540.19 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 1,091,303.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 1,514,068.67 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 511,610.18 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 2,802,187.34 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/24 | 215.29 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/24 | 463,759.94 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 5,544.00 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 020625 CCD MISC SETTL CHRETIRE |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

03 2079920005761 005 109 3027 0 1,953

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 6/25 | 802,137.24 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 2,074,469.15 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/26 | 836,556.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 485,038.78 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 1,521,027.34 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 4,577.39 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 020628 CCD MISC SETTL CHRETIRE |
| 6/28 | 378,716.98 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 2,605,942.52 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$34,016,480.87** | |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 5308 | 77,396.04 | 6/03 | 339668* | 303.00 | 6/27 | 342409* | 400.95 | 6/03 |
| 323958* | 1,000.00 | 6/13 | 339690* | 380.00 | 6/11 | 342443* | 803.03 | 6/06 |
| 333170* | 5,130.00 | 6/06 | 339724* | 6,304.48 | 6/19 | 342529* | 11.73 | 6/04 |
| 334583* | 85.00 | 6/04 | 340286* | 2.79 | 6/10 | 342786* | 110.23 | 6/06 |
| 334765* | 29.50 | 6/03 | 340410* | 500.00 | 6/18 | 342821* | 148.28 | 6/03 |
| 335216* | 6,000.00 | 6/19 | 340581* | 47,190.15 | 6/03 | 342860* | 500.00 | 6/07 |
| 336107* | 12,553.91 | 6/24 | 340931* | 735.00 | 6/06 | 342890* | 260.00 | 6/27 |
| 336509* | 110.73 | 6/04 | 341033* | 34.67 | 6/18 | 342897* | 254.00 | 6/17 |
| 336810* | 7,938.99 | 6/24 | 341158* | 500.00 | 6/27 | 342998* | 220.97 | 6/03 |
| 337814* | 69,714.00 | 6/12 | 341173* | 2,088.00 | 6/03 | 343187* | 2,817.00 | 6/03 |
| 337994* | 63.00 | 6/27 | 341198* | 142.00 | 6/27 | 343212* | 714.50 | 6/21 |
| 338384* | 2,925.00 | 6/06 | 341324* | 145.07 | 6/10 | 343228* | 184.26 | 6/06 |
| 338414* | 500.00 | 6/19 | 341743* | 4,413.20 | 6/20 | 343253* | 510.21 | 6/06 |
| 338676* | 3,680.00 | 6/03 | 341815* | 180.00 | 6/27 | 343330* | 6,150.00 | 6/06 |
| 338719* | 15.00 | 6/12 | 341927* | 137.39 | 6/03 | 343382* | 15.00 | 6/04 |
| 338720 | 15.00 | 6/12 | 341995* | 52.00 | 6/27 | 343390* | 3,150.00 | 6/06 |
| 338740* | 1,935.55 | 6/06 | 342042* | 409.00 | 6/11 | 343468* | 95.60 | 6/03 |
| 338816* | 773.00 | 6/18 | 342043 | 537.38 | 6/03 | 343504* | 80.00 | 6/14 |
| 338818* | 63.00 | 6/12 | 342053* | 100.00 | 6/12 | 343533* | 4,572.67 | 6/06 |
| 338841* | 65.00 | 6/27 | 342226* | 775.92 | 6/06 | 343548* | 85.00 | 6/03 |
| 338911* | 5,400.00 | 6/04 | 342378* | 1,246.00 | 6/12 | 343551* | 69.23 | 6/10 |

*licates a break in check number sequence*

*Checks continued on next page*



## Commercial Checking

04 2079920005761 005 109 3027 0 1,954

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 343556* | 18,986.38 | 6/20 | 344028* | 6,579.00 | 6/27 | 344491 | 5,880.08 | 6/03 |
| 343557 | 459.85 | 6/12 | 344047* | 85.00 | 6/04 | 344493* | 123.60 | 6/10 |
| 343558 | 91.25 | 6/06 | 344057* | 54.00 | 6/03 | 344494 | 48.00 | 6/06 |
| 343559 | 57.69 | 6/12 | 344062* | 20,310.00 | 6/14 | 344495 | 119.77 | 6/06 |
| 343560 | 137.39 | 6/07 | 344115* | 250.00 | 6/03 | 344496 | 107.00 | 6/10 |
| 343561 | 86.77 | 6/06 | 344120* | 584.48 | 6/24 | 344497 | 61.20 | 6/06 |
| 343563* | 40.00 | 6/12 | 344137* | 694.41 | 6/06 | 344507* | 50.00 | 6/06 |
| 343564 | 31.25 | 6/12 | 344147* | 573.00 | 6/03 | 344508 | 29.91 | 6/07 |
| 343565 | 25.00 | 6/12 | 344194* | 3,128.00 | 6/04 | 344509 | 85.00 | 6/12 |
| 343566 | 123.60 | 6/10 | 344196* | 3,944.50 | 6/10 | 344516* | 121.33 | 6/06 |
| 343567 | 7,893.83 | 6/06 | 344212* | 151.08 | 6/03 | 344517 | 56.25 | 6/06 |
| 343568 | 48.00 | 6/06 | 344246* | 431.92 | 6/04 | 344518 | 33.72 | 6/06 |
| 343569 | 119.77 | 6/06 | 344260* | 124.02 | 6/06 | 344519 | 41.54 | 6/06 |
| 343570 | 107.00 | 6/06 | 344265* | 258.55 | 6/13 | 344520 | 68.68 | 6/06 |
| 343571 | 61.20 | 6/06 | 344268* | 157.56 | 6/06 | 344522* | 95.00 | 6/12 |
| 343581* | 70.00 | 6/07 | 344271* | 144.96 | 6/10 | 344523 | 139.00 | 6/10 |
| 343583* | 600.00 | 6/25 | 344297* | 4,700.00 | 6/03 | 344524 | 125.00 | 6/04 |
| 343593* | 95.00 | 6/07 | 344301* | 250.00 | 6/03 | 344537* | 617.45 | 6/13 |
| 343594 | 139.00 | 6/10 | 344303* | 1,520.00 | 6/03 | 344541* | 223.13 | 6/03 |
| 343595 | 125.00 | 6/04 | 344342* | 190.74 | 6/03 | 344551* | 99.00 | 6/27 |
| 343622* | 350.00 | 6/06 | 344347* | 400.00 | 6/03 | 344556* | 578.00 | 6/17 |
| 343647* | 17,585.29 | 6/03 | 344385* | 630.00 | 6/03 | 344558* | 1,540.00 | 6/06 |
| 343686* | 146.00 | 6/27 | 344386 | 800.00 | 6/28 | 344568* | 126.94 | 6/06 |
| 343690* | 118.00 | 6/10 | 344409* | 1,150.00 | 6/03 | 344578* | 256.89 | 6/06 |
| 343710* | 200.00 | 6/11 | 344410 | 1,020.00 | 6/03 | 344589* | 1,853.00 | 6/03 |
| 343711 | 10,116.00 | 6/03 | 344414* | 8,240.00 | 6/04 | 344591* | 60.00 | 6/03 |
| 343713* | 201.00 | 6/04 | 344421* | 684.26 | 6/03 | 344596* | 69,514.00 | 6/03 |
| 343715* | 257.00 | 6/13 | 344447* | 125.00 | 6/03 | 344598* | 160.00 | 6/03 |
| 343730* | 180.00 | 6/06 | 344460* | 135.00 | 6/04 | 344604* | 14.00 | 6/18 |
| 343739* | 700.00 | 6/03 | 344461 | 216.16 | 6/07 | 344610* | 8,852.00 | 6/03 |
| 343790* | 105.08 | 6/06 | 344470* | 85.00 | 6/03 | 344621* | 2,346.00 | 6/03 |
| 343811* | 10,533.33 | 6/06 | 344475* | 69.23 | 6/10 | 344623* | 30.00 | 6/06 |
| 343818* | 9,122.33 | 6/04 | 344478* | 30.00 | 6/10 | 344629* | 8,228.23 | 6/03 |
| 343824* | 9,020.00 | 6/10 | 344479 | 91.25 | 6/06 | 344642* | 1,354.81 | 6/03 |
| 343835* | 2,278.00 | 6/12 | 344480 | 459.85 | 6/12 | 344643 | 184.80 | 6/03 |
| 343837* | 9,585.00 | 6/06 | 344481 | 57.69 | 6/12 | 344644 | 1,395.25 | 6/03 |
| 343847* | 307.50 | 6/06 | 344482 | 150.13 | 6/10 | 344649* | 11,708.12 | 6/03 |
| 343883* | 400.00 | 6/03 | 344483 | 86.77 | 6/06 | 344650 | 127.58 | 6/03 |
| 343903* | 58,484.15 | 6/10 | 344484 | 250.00 | 6/10 | 344652* | 328.38 | 6/03 |
| 343992* | 4,500.00 | 6/11 | 344488* | 40.00 | 6/12 | 344655* | 369.60 | 6/03 |
| 344008* | 1,760.00 | 6/06 | 344489 | 25.00 | 6/12 | 344657* | 2,419.31 | 6/06 |
| 344019* | 1,863.00 | 6/04 | 344490 | 31.25 | 6/12 | 344661* | 7,237.34 | 6/06 |

** Indicates a break in check number sequence*

*Checks continued on next page*



# Commercial Checking

05 2079920005761 005 109 3027 0 1,955

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 344667* | 3,954.08 | 6/04 | 344840 | 12.32 | 6/03 | 344952 | 82.28 | 6/06 |
| 344668 | 517.65 | 6/03 | 344841 | 115.20 | 6/06 | 344953 | 12,343.05 | 6/06 |
| 344669 | 184.03 | 6/03 | 344842 | 76.03 | 6/03 | 344954 | 18,593.48 | 6/06 |
| 344673* | 361.22 | 6/10 | 344846* | 4,500.00 | 6/12 | 344955 | 404.46 | 6/06 |
| 344674 | 211.07 | 6/04 | 344851* | 365.00 | 6/03 | 344961* | 22.26 | 6/04 |
| 344677* | 170.00 | 6/24 | 344852 | 481.00 | 6/12 | 344962 | 50,976.90 | 6/05 |
| 344678 | 1,500.00 | 6/03 | 344854* | 540.86 | 6/03 | 344963 | 29,238.42 | 6/05 |
| 344681* | 1,676.20 | 6/06 | 344855 | 1,020.00 | 6/13 | 344964 | 30,924.01 | 6/10 |
| 344687* | 24.50 | 6/03 | 344856 | 1,155.00 | 6/24 | 344965 | 6,833.27 | 6/06 |
| 344692* | 523.21 | 6/03 | 344857 | 250.00 | 6/24 | 344966 | 1,479.02 | 6/06 |
| 344694* | 320.88 | 6/03 | 344858 | 58.47 | 6/03 | 344967 | 927.69 | 6/06 |
| 344697* | 821.34 | 6/04 | 344865* | 220.00 | 6/27 | 344968 | 5,250.36 | 6/06 |
| 344700* | 619.75 | 6/04 | 344868* | 83.14 | 6/03 | 344972* | 151.40 | 6/03 |
| 344706* | 2,067.00 | 6/06 | 344871* | 3,697.00 | 6/03 | 344976* | 70.00 | 6/03 |
| 344716* | 239.63 | 6/06 | 344874* | 1,070.17 | 6/04 | 344978* | 2,069.33 | 6/03 |
| 344725* | 462.50 | 6/06 | 344883* | 1,048.52 | 6/06 | 344979 | 82.61 | 6/06 |
| 344728* | 250.00 | 6/03 | 344884 | 5,059.00 | 6/07 | 344981* | 276.62 | 6/03 |
| 344730* | 2,916.00 | 6/03 | 344886* | 266.40 | 6/06 | 344982 | 5,964.14 | 6/03 |
| 344731 | 210.97 | 6/06 | 344890* | 355.00 | 6/03 | 344983 | 1,000.00 | 6/03 |
| 344735* | 557.40 | 6/06 | 344894* | 335.00 | 6/03 | 344985* | 425.00 | 6/03 |
| 344749* | 1,650.00 | 6/10 | 344910* | 80.00 | 6/19 | 344990* | 4.20 | 6/13 |
| 344751* | 200.00 | 6/03 | 344912* | 75.00 | 6/06 | 344994* | 833.55 | 6/03 |
| 344755* | 1,000.00 | 6/17 | 344914* | 1,891.23 | 6/04 | 344999* | 200.00 | 6/06 |
| 344774* | 121.00 | 6/03 | 344923* | 1,003.82 | 6/03 | 345000 | 88.40 | 6/11 |
| 344775 | 600.00 | 6/03 | 344924 | 45.61 | 6/03 | 345007* | 471.36 | 6/06 |
| 344785* | 572.86 | 6/03 | 344926* | 125.91 | 6/03 | 345009* | 192.87 | 6/04 |
| 344795* | 1,489.56 | 6/12 | 344930* | 6,452.50 | 6/04 | 345025* | 58.14 | 6/03 |
| 344801* | 1,663.23 | 6/10 | 344932* | 91.46 | 6/03 | 345026 | 383.88 | 6/03 |
| 344802 | 1,628.00 | 6/04 | 344934* | 149.06 | 6/03 | 345029* | 169.00 | 6/03 |
| 344807* | 360.00 | 6/17 | 344935 | 801.71 | 6/06 | 345034* | 2,420.07 | 6/03 |
| 344815* | 14,143.51 | 6/03 | 344940* | 30,896.85 | 6/03 | 345039* | 156.93 | 6/27 |
| 344820* | 161.90 | 6/03 | 344941 | 5,101.43 | 6/04 | 345047* | 30.24 | 6/07 |
| 344821 | 60.74 | 6/04 | 344942 | 18,156.54 | 6/04 | 345055* | 350.00 | 6/12 |
| 344823* | 540.30 | 6/03 | 344943 | 77.68 | 6/03 | 345066* | 130.00 | 6/06 |
| 344831* | 26.00 | 6/28 | 344944 | 34.92 | 6/06 | 345070* | 21,866.07 | 6/03 |
| 344833* | 50,318.15 | 6/12 | 344945 | 77.74 | 6/03 | 345072* | 67.00 | 6/12 |
| 344834 | 219.77 | 6/06 | 344946 | 67.61 | 6/03 | 345073 | 6,955.20 | 6/27 |
| 344835 | 19.95 | 6/03 | 344947 | 3,200.26 | 6/03 | 345074 | 387.55 | 6/06 |
| 344836 | 20.58 | 6/03 | 344948 | 3,966.10 | 6/03 | 345078* | 32.47 | 6/03 |
| 344837 | 46.44 | 6/03 | 344949 | 13,486.93 | 6/05 | 345079 | 1,675.00 | 6/03 |
| 344838 | 93.58 | 6/03 | 344950 | 864.10 | 6/06 | 345083* | 50.00 | 6/03 |
| 344839 | 28.65 | 6/03 | 344951 | 159.22 | 6/06 | 345088* | 14,000.00 | 6/07 |

*ates a break in check number sequence*

*Checks continued on next page*

