

# Commercial Checking

21        2079920005761  005  109        3027     0         1,971

---

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 347262 | 19,492.20 | 6/21 | 347306 | 3,583.33 | 6/19 | 347351 | 154.00 | 6/28 |
| 347263 | 4,347.61 | 6/20 | 347307 | 7,511.68 | 6/20 | 347352 | 2,138.00 | 6/19 |
| 347264 | 96.30 | 6/19 | 347308 | 2,165.57 | 6/20 | 347354* | 6,549.16 | 6/18 |
| 347265 | 600.00 | 6/18 | 347309 | 2,957.49 | 6/19 | 347355 | 17,000.00 | 6/25 |
| 347266 | 46,195.90 | 6/19 | 347310 | 6,028.88 | 6/20 | 347357* | 166.00 | 6/18 |
| 347267 | 618.56 | 6/25 | 347311 | 663.90 | 6/19 | 347359* | 1,000.00 | 6/25 |
| 347269* | 1,778.61 | 6/20 | 347312 | 1,856.20 | 6/20 | 347361* | 199.75 | 6/20 |
| 347270 | 150.00 | 6/20 | 347313 | 13,310.04 | 6/21 | 347363* | 741.00 | 6/19 |
| 347271 | 8,100.60 | 6/20 | 347314 | 115.29 | 6/24 | 347364 | 4,240.91 | 6/18 |
| 347272 | 1,317.87 | 6/20 | 347315 | 31,490.16 | 6/19 | 347365 | 400.00 | 6/19 |
| 347273 | 10.77 | 6/19 | 347316 | 82.23 | 6/19 | 347366 | 267.00 | 6/20 |
| 347275* | 11,992.73 | 6/19 | 347317 | 1,816.50 | 6/19 | 347367 | 355.00 | 6/21 |
| 347276 | 45.31 | 6/20 | 347318 | 11,282.14 | 6/19 | 347368 | 859.50 | 6/28 |
| 347277 | 129.89 | 6/21 | 347319 | 1,691.80 | 6/25 | 347372* | 2,300.00 | 6/18 |
| 347278 | 300.00 | 6/27 | 347320 | 895.93 | 6/19 | 347374* | 335.00 | 6/20 |
| 347279 | 565.83 | 6/19 | 347321 | 675.00 | 6/18 | 347375 | 1,676.22 | 6/18 |
| 347280 | 356.14 | 6/20 | 347322 | 490.00 | 6/19 | 347376 | 290.00 | 6/19 |
| 347281 | 670.00 | 6/18 | 347323 | 1,475.22 | 6/19 | 347377 | 162.37 | 6/18 |
| 347282 | 4,269.03 | 6/19 | 347324 | 200.10 | 6/19 | 347378 | 175.00 | 6/24 |
| 347283 | 327.98 | 6/19 | 347325 | 245.65 | 6/19 | 347382* | 180.00 | 6/24 |
| 347284 | 2,240.00 | 6/25 | 347326 | 4,977.64 | 6/20 | 347392* | 86.67 | 6/19 |
| 347285 | 3,000.00 | 6/19 | 347327 | 455.00 | 6/24 | 347396* | 510.00 | 6/20 |
| 347286 | 293.90 | 6/19 | 347328 | 375.00 | 6/19 | 347397 | 200.00 | 6/27 |
| 347287 | 130.00 | 6/21 | 347329 | 1,350.00 | 6/24 | 347398 | 5.00 | 6/18 |
| 347288 | 1,855.00 | 6/18 | 347330 | 16,443.00 | 6/27 | 347399 | 86.00 | 6/18 |
| 347289 | 3,084.79 | 6/18 | 347331 | 16,500.00 | 6/19 | 347404* | 421.50 | 6/19 |
| 347290 | 2,202.18 | 6/20 | 347332 | 434.33 | 6/21 | 347406* | 92.09 | 6/20 |
| 347291 | 408.95 | 6/19 | 347333 | 49.95 | 6/19 | 347407 | 359.55 | 6/18 |
| 347292 | 216.00 | 6/20 | 347334 | 446.00 | 6/20 | 347408 | 488.25 | 6/19 |
| 347293 | 84.80 | 6/21 | 347335 | 559.50 | 6/21 | 347409 | 650.00 | 6/27 |
| 347294 | 22,248.14 | 6/21 | 347336 | 87,983.94 | 6/24 | 347410 | 182.50 | 6/24 |
| 347295 | 7,498.22 | 6/18 | 347337 | 110.00 | 6/19 | 347417* | 95.70 | 6/20 |
| 347296 | 238.91 | 6/20 | 347338 | 2,066.00 | 6/19 | 347419* | 156.00 | 6/19 |
| 347297 | 4,329.58 | 6/19 | 347340* | 1,672.24 | 6/19 | 347422* | 375.00 | 6/20 |
| 347298 | 100.53 | 6/20 | 347341 | 1,883.62 | 6/25 | 347429* | 250.00 | 6/20 |
| 347299 | 1,914.00 | 6/27 | 347342 | 1,438.76 | 6/21 | 347439* | 134.72 | 6/24 |
| 347300 | 720.00 | 6/21 | 347343 | 131.19 | 6/24 | 347442* | 238.33 | 6/19 |
| 347301 | 29,375.00 | 6/19 | 347345* | 5,000.00 | 6/28 | 347443 | 475.59 | 6/18 |
| 347302 | 5,487.02 | 6/20 | 347346 | 2,641.80 | 6/27 | 347445* | 400.00 | 6/19 |
| 347303 | 200.00 | 6/19 | 347347 | 276.12 | 6/25 | 347446 | 411.00 | 6/20 |
| 347304 | 400.00 | 6/19 | 347349* | 246.42 | 6/21 | 347448* | 247,753.77 | 6/18 |
| 347305 | 5,106.00 | 6/18 | 347350 | 485.00 | 6/21 | 347449 | 24,581.41 | 6/19 |

* ates a break in check number sequence

Checks continued on next page

---




# Commercial Checking

22     2079920005761   005   109     3027    0     1,972

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 347451* | 312,105.20 | 6/20 | 347505 | 971.96 | 6/24 | 347556 | 1,379.26 | 6/27 |
| 347452 | 125,718.63 | 6/20 | 347506 | 2,820.00 | 6/20 | 347557 | 1,208.00 | 6/19 |
| 347453 | 35,900.59 | 6/20 | 347507 | 2,110.00 | 6/21 | 347558 | 591.00 | 6/20 |
| 347454 | 113,330.92 | 6/21 | 347508 | 666.00 | 6/20 | 347560* | 2,242.00 | 6/24 |
| 347455 | 396,033.20 | 6/20 | 347509 | 519.00 | 6/20 | 347561 | 100.00 | 6/21 |
| 347456 | 63,561.84 | 6/18 | 347511* | 277.44 | 6/21 | 347566* | 950.00 | 6/28 |
| 347457 | 107,969.92 | 6/18 | 347512 | 67.00 | 6/24 | 347567 | 75.00 | 6/27 |
| 347458 | 164,052.82 | 6/19 | 347514* | 440.45 | 6/18 | 347569* | 1,308.16 | 6/18 |
| 347459 | 58,506.67 | 6/19 | 347516* | 44.00 | 6/19 | 347570 | 6,718.56 | 6/17 |
| 347460 | 20,736.45 | 6/20 | 347517 | 120.86 | 6/21 | 347571 | 1,029.91 | 6/20 |
| 347461 | 11,289.85 | 6/24 | 347518 | 112.59 | 6/21 | 347572 | 664.92 | 6/20 |
| 347462 | 140,631.92 | 6/20 | 347520* | 356.00 | 6/19 | 347574* | 5,559.40 | 6/18 |
| 347463 | 1,350.00 | 6/20 | 347521 | 1,035.86 | 6/20 | 347576* | 5,298.54 | 6/18 |
| 347464 | 28,167.64 | 6/18 | 347522 | 270.00 | 6/19 | 347578* | 401.25 | 6/19 |
| 347465 | 33,269.09 | 6/20 | 347524* | 1,099.00 | 6/25 | 347579 | 760.33 | 6/20 |
| 347466 | 7,769.66 | 6/18 | 347525 | 997.00 | 6/27 | 347580 | 342.60 | 6/19 |
| 347467 | 46,971.27 | 6/19 | 347526 | 448.00 | 6/27 | 347581 | 35,908.87 | 6/19 |
| 347468 | 17,170.73 | 6/18 | 347527 | 717.00 | 6/24 | 347582 | 24,344.93 | 6/ |
| 347471* | 13,256.18 | 6/18 | 347528 | 661.00 | 6/27 | 347583 | 3,882.94 | 6/19 |
| 347473* | 1,590.00 | 6/17 | 347529 | 9.00 | 6/24 | 347584 | 54.14 | 6/20 |
| 347474 | 4,500.00 | 6/24 | 347530 | 84.00 | 6/27 | 347585 | 170.74 | 6/20 |
| 347476* | 649.00 | 6/20 | 347531 | 65.00 | 6/25 | 347586 | 49.46 | 6/19 |
| 347477 | 56.28 | 6/21 | 347532 | 1,494.00 | 6/19 | 347587 | 65.88 | 6/20 |
| 347478 | 357.20 | 6/19 | 347533 | 722.01 | 6/18 | 347588 | 582.28 | 6/18 |
| 347480* | 221.35 | 6/21 | 347534 | 20.00 | 6/20 | 347589 | 1,393.88 | 6/19 |
| 347483* | 1,072.00 | 6/27 | 347535 | 115.00 | 6/27 | 347590 | 390.85 | 6/20 |
| 347484 | 315.31 | 6/28 | 347536 | 2,835.00 | 6/19 | 347591 | 341.93 | 6/21 |
| 347485 | 1,097.44 | 6/21 | 347537 | 44.92 | 6/19 | 347592 | 1,024.05 | 6/18 |
| 347486 | 290.00 | 6/27 | 347539* | 69.00 | 6/28 | 347593 | 957.56 | 6/18 |
| 347487 | 894.00 | 6/27 | 347542* | 644.75 | 6/20 | 347594 | 738.60 | 6/20 |
| 347488 | 2,426.00 | 6/18 | 347543 | 660.00 | 6/25 | 347595 | 719.56 | 6/19 |
| 347489 | 961.00 | 6/24 | 347544 | 685.45 | 6/17 | 347596 | 75.39 | 6/20 |
| 347491* | 286.89 | 6/19 | 347545 | 1,439.00 | 6/19 | 347597 | 807.44 | 6/19 |
| 347492 | 296.00 | 6/19 | 347546 | 146.14 | 6/20 | 347598 | 221.61 | 6/19 |
| 347493 | 335.55 | 6/21 | 347547 | 419.00 | 6/21 | 347599 | 137.22 | 6/20 |
| 347494 | 511.00 | 6/18 | 347548 | 72.00 | 6/24 | 347600 | 466.24 | 6/19 |
| 347495 | 646.00 | 6/24 | 347549 | 823.00 | 6/19 | 347601 | 92.47 | 6/21 |
| 347496 | 45.00 | 6/27 | 347550 | 955.00 | 6/19 | 347602 | 83.87 | 6/21 |
| 347500* | 509.00 | 6/24 | 347552* | 550.00 | 6/24 | 347603 | 53.04 | 6/21 |
| 347501 | 152.00 | 6/25 | 347553 | 3,725.00 | 6/20 | 347604 | 16.75 | 6/21 |
| 347502 | 143.00 | 6/19 | 347554 | 22.00 | 6/19 | 347605 | 19.74 | 6/21 |
| 347504* | 937.00 | 6/25 | 347555 | 401.00 | 6/19 | 347606 | 215.10 | 6/19 |

*Indicates a break in check number sequence*

Checks continued on next page



# Commercial Checking
23   2079920005761   005   109        3027     0        1,973

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 347607 | 3,963.25 | 6/21 | 347651 | 45,639.38 | 6/21 | 347698 | 19,936.59 | 6/27 |
| 347608 | 2,126.61 | 6/19 | 347652 | 35,466.22 | 6/21 | 347700* | 356.99 | 6/27 |
| 347609 | 51.08 | 6/19 | 347653 | 877.07 | 6/21 | 347702* | 76.56 | 6/27 |
| 347610 | 5,253.56 | 6/21 | 347654 | 1,399.90 | 6/21 | 347703 | 4,500.00 | 6/27 |
| 347611 | 317.65 | 6/21 | 347655 | 4,967.53 | 6/21 | 347704 | 896.51 | 6/27 |
| 347612 | 718.65 | 6/21 | 347656 | 595.36 | 6/20 | 347705 | 403.24 | 6/25 |
| 347613 | 854.13 | 6/24 | 347657 | 297.00 | 6/18 | 347706 | 127.25 | 6/27 |
| 347614 | 25.08 | 6/21 | 347658 | 73.09 | 6/20 | 347707 | 566.30 | 6/27 |
| 347615 | 1,035.90 | 6/19 | 347659 | 15.69 | 6/20 | 347708 | 333.55 | 6/27 |
| 347617* | 70.34 | 6/20 | 347660 | 17.56 | 6/21 | 347710* | 7,956.16 | 6/24 |
| 347618 | 1,861.80 | 6/21 | 347661 | 2.95 | 6/20 | 347711 | 820.00 | 6/27 |
| 347619 | 88.25 | 6/19 | 347662 | 472.47 | 6/20 | 347712 | 34,270.84 | 6/25 |
| 347620 | 826.98 | 6/24 | 347663 | 198.77 | 6/20 | 347713 | 10,888.00 | 6/27 |
| 347621 | 489.50 | 6/21 | 347664 | 240.13 | 6/24 | 347714 | 189.70 | 6/25 |
| 347622 | 637.66 | 6/24 | 347665 | 365.96 | 6/20 | 347715 | 375.00 | 6/27 |
| 347623 | 34.02 | 6/24 | 347666 | 26.20 | 6/21 | 347716 | 6,945.00 | 6/27 |
| 347624 | 56.43 | 6/21 | 347667 | 531.20 | 6/19 | 347717 | 549.24 | 6/25 |
| 347625 | 148.95 | 6/20 | 347668 | 630.09 | 6/20 | 347722* | 110.00 | 6/27 |
| 347626 | 1,560.32 | 6/20 | 347669 | 22,431.48 | 6/19 | 347723 | 10,825.00 | 6/28 |
| 347628* | 1,752.20 | 6/20 | 347670 | 339.66 | 6/21 | 347724 | 455.04 | 6/25 |
| 347629 | 132.03 | 6/20 | 347671 | 1,424.45 | 6/21 | 347725 | 18,335.04 | 6/27 |
| 347630 | 124.54 | 6/24 | 347672 | 62.03 | 6/20 | 347726 | 637.81 | 6/27 |
| 347631 | 10,982.56 | 6/20 | 347673 | 104.91 | 6/20 | 347727 | 84.80 | 6/25 |
| 347632 | 297.69 | 6/21 | 347674 | 1,501.99 | 6/18 | 347729* | 943.00 | 6/27 |
| 347633 | 808.43 | 6/20 | 347675 | 947.24 | 6/21 | 347731* | 1,168.20 | 6/27 |
| 347634 | 10.41 | 6/20 | 347676 | 417.01 | 6/20 | 347732 | 5,896.63 | 6/25 |
| 347635 | 654.04 | 6/20 | 347677 | 5,534.88 | 6/20 | 347733 | 898.00 | 6/27 |
| 347636 | 1,134.36 | 6/20 | 347678 | 87.30 | 6/24 | 347735* | 3,723.00 | 6/25 |
| 347637 | 4.14 | 6/20 | 347679 | 33.34 | 6/20 | 347737* | 1,443.07 | 6/27 |
| 347638 | 73.50 | 6/20 | 347682* | 141.91 | 6/27 | 347738 | 813.16 | 6/27 |
| 347639 | 125.75 | 6/20 | 347683 | 1,335.13 | 6/28 | 347739 | 136.50 | 6/25 |
| 347640 | 478.70 | 6/21 | 347684 | 30.20 | 6/27 | 347740 | 5,145.00 | 6/25 |
| 347641 | 504.15 | 6/21 | 347685 | 483.55 | 6/25 | 347741 | 7,044.25 | 6/27 |
| 347642 | 19,497.13 | 6/20 | 347686 | 360.00 | 6/25 | 347743* | 568.57 | 6/27 |
| 347643 | 10.17 | 6/20 | 347687 | 988.05 | 6/27 | 347744 | 171.00 | 6/25 |
| 347644 | 1,074.95 | 6/20 | 347688 | 1,372.70 | 6/27 | 347745 | 258.16 | 6/25 |
| 347645 | 16,563.94 | 6/21 | 347689 | 298.00 | 6/27 | 347746 | 3,018.00 | 6/27 |
| 347646 | 2,916.57 | 6/18 | 347691* | 130.73 | 6/28 | 347747 | 811.03 | 6/25 |
| 347647 | 14.30 | 6/20 | 347693* | 6,942.42 | 6/25 | 347748 | 1,327.50 | 6/27 |
| 347648 | 15.63 | 6/20 | 347695* | 52.58 | 6/27 | 347749 | 7,794.38 | 6/27 |
| 347649 | 647.99 | 6/20 | 347696 | 125.00 | 6/27 | 347750 | 218.35 | 6/27 |
| 347650 | 49,351.05 | 6/21 | 347697 | 414.89 | 6/27 | 347751 | 5,294.02 | 6/25 |

*icates a break in check number sequence

Checks continued on next page







## Commercial Checking

24     2079920005761   005   109     3027    0     1,974

### Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 347753* | 15,111.00 | 6/27 | 347803 | 4,330.00 | 6/27 | 347850* | 82,335.13 | 6/25 |
| 347754 | 16,104.25 | 6/27 | 347804 | 2,800.00 | 6/25 | 347851 | 8,079.00 | 6/27 |
| 347755 | 4,497.54 | 6/27 | 347805 | 189.80 | 6/27 | 347852 | 805.00 | 6/28 |
| 347756 | 129,322.79 | 6/27 | 347806 | 14,024.10 | 6/27 | 347854* | 650.00 | 6/28 |
| 347757 | 18,491.74 | 6/27 | 347807 | 29,213.95 | 6/25 | 347856* | 2,076.00 | 6/27 |
| 347758 | 2,804.40 | 6/25 | 347808 | 12,530.00 | 6/25 | 347858* | 576.00 | 6/27 |
| 347759 | 13,040.40 | 6/25 | 347809 | 35,247.23 | 6/27 | 347859 | 793.94 | 6/27 |
| 347761* | 1,028.20 | 6/27 | 347810 | 1,291.28 | 6/28 | 347860 | 18,357.20 | 6/27 |
| 347762 | 2,027.74 | 6/25 | 347811 | 175.00 | 6/27 | 347861 | 472.00 | 6/27 |
| 347763 | 7,267.00 | 6/27 | 347812 | 1,137.00 | 6/28 | 347862 | 636.10 | 6/27 |
| 347764 | 2,882.02 | 6/27 | 347813 | 58.85 | 6/25 | 347863 | 88.36 | 6/25 |
| 347765 | 23,124.30 | 6/28 | 347814 | 3,303.00 | 6/27 | 347864 | 1,153.22 | 6/24 |
| 347766 | 201,564.33 | 6/25 | 347815 | 574.08 | 6/27 | 347865 | 2,777.59 | 6/27 |
| 347768* | 1,203.42 | 6/27 | 347816 | 1,676.00 | 6/27 | 347866 | 5,387.53 | 6/27 |
| 347769 | 1,980.00 | 6/27 | 347817 | 1,503.00 | 6/25 | 347869* | 1,627.00 | 6/27 |
| 347770 | 116.49 | 6/27 | 347819* | 246.00 | 6/27 | 347870 | 15.92 | 6/27 |
| 347772* | 3,517.99 | 6/25 | 347820 | 1,440.53 | 6/27 | 347871 | 291.06 | 6/25 |
| 347774* | 53.20 | 6/27 | 347821 | 13.04 | 6/27 | 347872 | 436.99 | 6/2 |
| 347775 | 720.00 | 6/27 | 347823* | 583.64 | 6/25 | 347873 | 199.06 | 6/28 |
| 347776 | 256.25 | 6/25 | 347824 | 711.00 | 6/25 | 347876* | 13,365.78 | 6/27 |
| 347777 | 132,214.97 | 6/27 | 347825 | 3,374.89 | 6/27 | 347878* | 17,840.50 | 6/27 |
| 347778 | 1,800.00 | 6/25 | 347826 | 727.02 | 6/25 | 347879 | 67.50 | 6/25 |
| 347779 | 850.00 | 6/25 | 347827 | 438.89 | 6/27 | 347880 | 1,238.63 | 6/27 |
| 347780 | 386.56 | 6/27 | 347828 | 1,710.00 | 6/25 | 347881 | 38.40 | 6/27 |
| 347782* | 38.80 | 6/27 | 347829 | 766.05 | 6/27 | 347882 | 47.44 | 6/27 |
| 347784* | 8,947.77 | 6/28 | 347830 | 28,081.38 | 6/27 | 347883 | 112.31 | 6/25 |
| 347785 | 332.00 | 6/27 | 347831 | 4,231.63 | 6/25 | 347884 | 1,276.00 | 6/25 |
| 347786 | 453.20 | 6/27 | 347832 | 7,821.00 | 6/27 | 347886* | 985.55 | 6/25 |
| 347788* | 3,216.17 | 6/27 | 347833 | 3,173.73 | 6/27 | 347887 | 90.02 | 6/27 |
| 347789 | 5,399.00 | 6/27 | 347834 | 2,307.60 | 6/25 | 347890* | 2,481.65 | 6/27 |
| 347790 | 828.83 | 6/25 | 347835 | 1,064.55 | 6/27 | 347891 | 318.20 | 6/27 |
| 347791 | 50.43 | 6/25 | 347836 | 378.81 | 6/27 | 347892 | 348.00 | 6/27 |
| 347792 | 182.98 | 6/28 | 347837 | 23,092.88 | 6/27 | 347893 | 15.99 | 6/27 |
| 347793 | 167.95 | 6/25 | 347838 | 2,056.25 | 6/25 | 347895* | 26.77 | 6/27 |
| 347795* | 1,151.23 | 6/25 | 347839 | 2,543.40 | 6/25 | 347896 | 567.40 | 6/25 |
| 347796 | 7,724.74 | 6/25 | 347840 | 1,786.36 | 6/25 | 347897 | 9,745.26 | 6/28 |
| 347797 | 5,742.90 | 6/25 | 347841 | 1,990.00 | 6/27 | 347898 | 178.58 | 6/25 |
| 347798 | 13,782.11 | 6/27 | 347842 | 4,036.75 | 6/25 | 347899 | 83.11 | 6/27 |
| 347799 | 767.85 | 6/27 | 347843 | 6,760.65 | 6/27 | 347900 | 1,096.57 | 6/27 |
| 347800 | 824.72 | 6/27 | 347844 | 5,878.13 | 6/25 | 347902* | 8,140.00 | 6/27 |
| 347801 | 150.40 | 6/27 | 347845 | 837.15 | 6/27 | 347903 | 3,750.00 | 6/27 |
| 347802 | 3,000.00 | 6/27 | 347848* | 28.62 | 6/28 | 347904 | 365.00 | 6/27 |

*Indicates a break in check number sequence*

Checks continued on next page



# Commercial Checking
25    2079920005761  005  109     3027    0     1,975

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 347906* | 1,439.75 | 6/27 | 347963 | 10,278.24 | 6/27 | 348018 | 35.99 | 6/27 |
| 347910* | 2,732.89 | 6/27 | 347964 | 3,245.06 | 6/27 | 348019 | 67.50 | 6/25 |
| 347912* | 569.84 | 6/27 | 347965 | 968.84 | 6/27 | 348020 | 2,021.24 | 6/28 |
| 347913 | 15.00 | 6/27 | 347966 | 1,844.55 | 6/25 | 348021 | 13.98 | 6/27 |
| 347914 | 1,533.40 | 6/27 | 347968* | 320.00 | 6/27 | 348022 | 4,250.00 | 6/27 |
| 347915 | 2,860.33 | 6/27 | 347969 | 10,343.33 | 6/27 | 348023 | 541.20 | 6/27 |
| 347916 | 7,003.00 | 6/27 | 347970 | 10,129.19 | 6/27 | 348024 | 933.12 | 6/25 |
| 347917 | 1,312.29 | 6/27 | 347972* | 1,200.00 | 6/27 | 348026* | 187.25 | 6/25 |
| 347918 | 16,742.45 | 6/24 | 347973 | 180.10 | 6/25 | 348028* | 198.72 | 6/27 |
| 347919 | 1,254.75 | 6/28 | 347974 | 505.00 | 6/27 | 348029 | 14,849.50 | 6/27 |
| 347920 | 175.00 | 6/25 | 347977* | 3,189.79 | 6/27 | 348030 | 610.00 | 6/25 |
| 347921 | 1,650.00 | 6/27 | 347979* | 3,997.68 | 6/27 | 348032* | 770.00 | 6/25 |
| 347922 | 233.75 | 6/27 | 347980 | 6,720.00 | 6/25 | 348033 | 12,462.96 | 6/27 |
| 347923 | 137.80 | 6/25 | 347981 | 1,564.32 | 6/27 | 348034 | 228.98 | 6/25 |
| 347924 | 2,227.62 | 6/25 | 347982 | 44.42 | 6/28 | 348035 | 7,500.00 | 6/27 |
| 347925 | 3,100.00 | 6/25 | 347985* | 24,396.11 | 6/27 | 348036 | 5,875.00 | 6/25 |
| 347926 | 1,635.68 | 6/27 | 347986 | 10,000.00 | 6/27 | 348037 | 248.59 | 6/27 |
| 347928* | 337.52 | 6/27 | 347987 | 1,325.00 | 6/25 | 348038 | 784.35 | 6/25 |
| 347929 | 1,530.81 | 6/25 | 347988 | 555.00 | 6/27 | 348039 | 19,840.00 | 6/25 |
| 347930 | 4.99 | 6/27 | 347989 | 1,486.75 | 6/25 | 348040 | 12,865.00 | 6/25 |
| 347931 | 275.00 | 6/27 | 347990 | 11,924.02 | 6/25 | 348041 | 10,486.80 | 6/27 |
| 347932 | 1,648.10 | 6/25 | 347991 | 12,039.68 | 6/25 | 348042 | 550.00 | 6/27 |
| 347934* | 202.86 | 6/25 | 347992 | 89.48 | 6/27 | 348043 | 56.15 | 6/28 |
| 347936* | 1,297.00 | 6/27 | 347993 | 1,227.60 | 6/28 | 348044 | 3,743.10 | 6/25 |
| 347938* | 61.29 | 6/25 | 347994 | 755.75 | 6/27 | 348045 | 5,174.40 | 6/27 |
| 347939 | 410.80 | 6/27 | 347995 | 510.00 | 6/27 | 348046 | 2,666.66 | 6/25 |
| 347940 | 178.78 | 6/28 | 347996 | 90.85 | 6/27 | 348047 | 615.47 | 6/28 |
| 347941 | 500.00 | 6/27 | 347997 | 400.00 | 6/27 | 348048 | 9,429.00 | 6/27 |
| 347942 | 165.00 | 6/25 | 347998 | 1,628.00 | 6/27 | 348050* | 284.94 | 6/27 |
| 347943 | 820.06 | 6/27 | 347999 | 150.00 | 6/27 | 348052* | 3,972.50 | 6/27 |
| 347944 | 592,718.83 | 6/27 | 348001* | 32,890.53 | 6/27 | 348055* | 4,632.20 | 6/25 |
| 347945 | 1,854.19 | 6/27 | 348002 | 59,200.00 | 6/25 | 348057* | 2,671.87 | 6/27 |
| 347948* | 1,394.11 | 6/27 | 348005* | 10,000.00 | 6/27 | 348059* | 2,400.00 | 6/27 |
| 347950* | 7,706.00 | 6/25 | 348007* | 76.50 | 6/28 | 348060 | 438.83 | 6/28 |
| 347951 | 295.69 | 6/25 | 348008 | 777.00 | 6/27 | 348061 | 9,777.75 | 6/27 |
| 347952 | 115.95 | 6/27 | 348009 | 125.56 | 6/27 | 348062 | 17,774.40 | 6/27 |
| 347953 | 1,711.22 | 6/25 | 348010 | 3,428.39 | 6/27 | 348066* | 112.20 | 6/27 |
| 347955* | 262.50 | 6/28 | 348012* | 778.08 | 6/25 | 348067 | 72.00 | 6/28 |
| 347957* | 320.00 | 6/25 | 348013 | 977.87 | 6/25 | 348068 | 4,142.37 | 6/27 |
| 347958 | 655.34 | 6/27 | 348015* | 80,174.51 | 6/28 | 348069 | 8,280.72 | 6/25 |
| 347960* | 658.87 | 6/27 | 348016 | 2,996.25 | 6/27 | 348070 | 383.50 | 6/27 |
| 347962* | 574.00 | 6/25 | 348017 | 935.98 | 6/27 | 348072* | 236.52 | 6/27 |

* cates a break in check number sequence

Checks continued on next page





# Commercial Checking

| 26 | 2079920005761 | 005 | 109 | 3027 | 0 | 1,976 | | |

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 348074* | 2,904.00 | 6/25 | 348136 | 420.00 | 6/28 | 348188 | 4,830.00 | 6/28 |
| 348075 | 577.06 | 6/27 | 348137 | 605.00 | 6/27 | 348189 | 7,767.00 | 6/27 |
| 348076 | 50.10 | 6/27 | 348139* | 4,805.46 | 6/27 | 348190 | 376.00 | 6/25 |
| 348077 | 503.81 | 6/27 | 348140 | 982.70 | 6/27 | 348192* | 10,002.00 | 6/27 |
| 348078 | 2,100.00 | 6/27 | 348141 | 5,106.00 | 6/25 | 348193 | 587.00 | 6/28 |
| 348079 | 26,771.66 | 6/28 | 348142 | 200.00 | 6/28 | 348194 | 871.00 | 6/25 |
| 348080 | 191.48 | 6/27 | 348143 | 475.00 | 6/27 | 348196* | 5.00 | 6/27 |
| 348081 | 272.22 | 6/27 | 348144 | 1,800.00 | 6/27 | 348197 | 3,746.00 | 6/27 |
| 348082 | 1,680.00 | 6/25 | 348146* | 8,240.00 | 6/28 | 348198 | 8,242.00 | 6/28 |
| 348083 | 4,704.00 | 6/25 | 348147 | 136.81 | 6/27 | 348200* | 317.00 | 6/28 |
| 348084 | 617.12 | 6/27 | 348148 | 2,180.00 | 6/27 | 348201 | 3,583.00 | 6/27 |
| 348085 | 19,582.80 | 6/27 | 348149 | 814.00 | 6/27 | 348202 | 11,257.00 | 6/28 |
| 348086 | 161.04 | 6/27 | 348150 | 62.00 | 6/27 | 348205* | 1,141.00 | 6/27 |
| 348087 | 2,087.53 | 6/25 | 348151 | 512.50 | 6/27 | 348206 | 665.00 | 6/27 |
| 348088 | 1,394.38 | 6/27 | 348153* | 95.54 | 6/27 | 348207 | 89.00 | 6/27 |
| 348091* | 107.00 | 6/28 | 348154 | 810.00 | 6/27 | 348208 | 3,481.00 | 6/28 |
| 348093* | 256.37 | 6/28 | 348157* | 11,157.90 | 6/27 | 348209 | 1,325.00 | 6/ |
| 348095* | 594.00 | 6/27 | 348158 | 2,340.00 | 6/27 | 348210 | 3,000.00 | 6/ |
| 348096 | 1,148.16 | 6/28 | 348159 | 8,846.90 | 6/27 | 348212* | 345.00 | 6/27 |
| 348098* | 584.60 | 6/27 | 348160 | 5,775.26 | 6/27 | 348213 | 220.00 | 6/24 |
| 348101* | 1,100.00 | 6/25 | 348161 | 350.00 | 6/27 | 348214 | 1,080.00 | 6/24 |
| 348102 | 1,138.31 | 6/25 | 348162 | 270.00 | 6/28 | 348227* | 80,375.81 | 6/27 |
| 348105* | 550.00 | 6/27 | 348163 | 2,495.00 | 6/25 | 348229* | 98.00 | 6/27 |
| 348106 | 1,819.55 | 6/27 | 348164 | 7,910.57 | 6/27 | 348237* | 800.00 | 6/25 |
| 348108* | 33,555.00 | 6/27 | 348165 | 1,195.27 | 6/27 | 348238 | 180.00 | 6/27 |
| 348109 | 624.00 | 6/27 | 348166 | 836.00 | 6/27 | 348268* | 114,166.78 | 6/24 |
| 348110 | 50.00 | 6/27 | 348167 | 625.00 | 6/27 | 348270* | 42,578.56 | 6/24 |
| 348111 | 1,775.20 | 6/27 | 348168 | 176.83 | 6/28 | 348271 | 7,699.32 | 6/28 |
| 348112 | 1,088.71 | 6/27 | 348169 | 1,045.00 | 6/27 | 348272 | 2,584.00 | 6/25 |
| 348113 | 6,095.87 | 6/27 | 348172* | 300.00 | 6/27 | 348273 | 5,007.00 | 6/27 |
| 348114 | 325.00 | 6/27 | 348173 | 504.72 | 6/25 | 348275* | 837.00 | 6/25 |
| 348119* | 11,731.71 | 6/28 | 348174 | 72.50 | 6/27 | 348276 | 3,380.00 | 6/27 |
| 348120 | 1,550.00 | 6/28 | 348175 | 64.95 | 6/27 | 348277 | 73.54 | 6/27 |
| 348121 | 48.25 | 6/27 | 348176 | 3,420.00 | 6/27 | 348280* | 269.90 | 6/28 |
| 348122 | 4,118.40 | 6/25 | 348178* | 133.77 | 6/27 | 348284* | 1,215.00 | 6/28 |
| 348124* | 5,022.31 | 6/27 | 348179 | 1,417.50 | 6/28 | 348287* | 616.00 | 6/27 |
| 348126* | 350.00 | 6/28 | 348180 | 514.14 | 6/27 | 348288 | 1,124.04 | 6/27 |
| 348127 | 2,919.00 | 6/25 | 348181 | 22,832.44 | 6/24 | 348291* | 212.00 | 6/27 |
| 348128 | 13,501.28 | 6/27 | 348183* | 310.00 | 6/27 | 348296* | 333.00 | 6/27 |
| 348130* | 8.00 | 6/25 | 348184 | 5,159.00 | 6/27 | 348297 | 178.00 | 6/27 |
| 348134* | 2,908.50 | 6/27 | 348186* | 751.00 | 6/27 | 348299* | 220.00 | 6/27 |
| 348135 | 23,118.41 | 6/27 | 348187 | 3,131.00 | 6/28 | 348302* | 4,687.00 | 6/27 |

* Indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

27       2079920005761   005   109        3027      0           1,977

## Checks continued

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 348305* | 1,534.00 | 6/28 | 348351* | 47.30 | 6/28 | 348413* | 130.28 | 6/27 |
| 348306 | 334.00 | 6/25 | 348353* | 47.28 | 6/28 | 348414 | 125.18 | 6/27 |
| 348307 | 595.00 | 6/27 | 348354 | 16.04 | 6/28 | 348415 | 117.04 | 6/28 |
| 348308 | 283.43 | 6/27 | 348355 | 142.01 | 6/28 | 348416 | 633.74 | 6/28 |
| 348310* | 52.00 | 6/25 | 348358* | 17.92 | 6/28 | 348418* | 126.66 | 6/28 |
| 348311 | 1,160.00 | 6/27 | 348359 | 822.79 | 6/28 | 348419 | 200.36 | 6/28 |
| 348318* | 2,689.00 | 6/27 | 348360 | 489.31 | 6/28 | 348422* | 119.33 | 6/28 |
| 348320* | 365.00 | 6/27 | 348362* | 211.51 | 6/28 | 348423 | 75.12 | 6/28 |
| 348321 | 250.00 | 6/27 | 348378* | 518.87 | 6/28 | 348427* | 25.88 | 6/28 |
| 348322 | 193.00 | 6/27 | 348379 | 366.65 | 6/28 | 348428 | 1,235.30 | 6/28 |
| 348323 | 62.00 | 6/27 | 348380 | 34,680.68 | 6/28 | 348439* | 3,561.98 | 6/27 |
| 348324 | 623.00 | 6/27 | 348383* | 33.82 | 6/28 | 348441* | 5,000.00 | 6/27 |
| 348325 | 3,545.00 | 6/28 | 348385* | 313.40 | 6/28 | 348442 | 4,918.90 | 6/28 |
| 348327* | 64.14 | 6/28 | 348386 | 56.48 | 6/27 | 348447* | 8,037.90 | 6/28 |
| 348330* | 106.50 | 6/28 | 348387 | 97.35 | 6/27 | 348449* | 20,650.30 | 6/28 |
| 348331 | 2,489.00 | 6/27 | 348388 | 270.66 | 6/27 | 348450 | 1,072.50 | 6/28 |
| 348332 | 2,103.00 | 6/27 | 348389 | 88.89 | 6/27 | 348451 | 11,365.28 | 6/28 |
| 348333 | 191.00 | 6/27 | 348390 | 270.48 | 6/27 | 348493* | 750.00 | 6/28 |
| 348334 | 210.00 | 6/28 | 348391 | 1,521.52 | 6/27 | 348494 | 6,500.00 | 6/28 |
| 348336* | 2,384.00 | 6/27 | 348392 | 1,155.42 | 6/28 | 363641* | 857.98 | 6/27 |
| 348339* | 6,020.00 | 6/25 | 348393 | 64.76 | 6/28 | **Total** | **$15,857,338.72** | |
| 348344* | 41.92 | 6/28 | 348394 | 14.10 | 6/28 | | | |
| 348345 | 46.60 | 6/27 | 348395 | 56.76 | 6/28 | | | |

\* Indicates a break in check number sequence

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 6.25 | POST=NOTIF STOP HIT ADJUSTMENT |
| 6/03 | 66,673.00 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT CO. ID.      020603 CCD MISC SETTL NCSEDI |
| 6/04 | 486.60 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/04 | 1,420,816.55 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT CO. ID.      020604 CCD MISC SETTL NCSEDI |
| 6/05 | 41,862.62 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT CO. ID.      020605 CCD MISC SETTL NCSEDI |
| 6/06 | 1,556.44 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/07 | 118.13 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/07 | 2,633,859.90 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT CO. ID.      020607 CCD MISC SETTL NCSEDI |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

28         2079920005761   005   109         3027      0        1,978

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 6/10 | 678.09 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020610 CCD<br>MISC SETTL NCSEDI |
| 6/11 | 1,587,688.58 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020611 CCD<br>MISC SETTL NCSEDI |
| 6/12 | 0.60 | CHECK ADJUSTMENT - CHECK NUMBER: 346167<br>REASON: CHECK POSTED FOR WRONG AMOUNT<br>DATE POSTED: 06/11/2002<br>POSTED AS $12723.14<br>SHOULD HAVE BEEN $12723.74 |
| 6/12 | 42,954.97 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020612 CCD<br>MISC SETTL NCSEDI |
| 6/13 | 2,934.61 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020613 CCD<br>MISC SETTL NCSEDI |
| 6/14 | 135.00 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/14 | 2,885,866.32 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020614 CCD<br>MISC SETTL NCSEDI |
| 6/18 | 1,089,688.04 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020618 CCD<br>MISC SETTL NCSEDI |
| 6/19 | 47,540.19 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020619 CCD<br>MISC SETTL NCSEDI |
| 6/21 | 2,802,187.34 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020621 CCD<br>MISC SETTL NCSEDI |
| 6/24 | 13.39 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2000000282172 W.R. GRACE & CO |
| 6/25 | 215.29 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/25 | 2,079,797.86 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020625 CCD<br>MISC SETTL NCSEDI |
| 6/26 | 836,556.58 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020626 CCD<br>MISC SETTL NCSEDI |
| 6/27 | 6,984.89 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020627 CCD<br>MISC SETTL NCSEDI |
| 6/28 | 2,610,519.91 | AUTOMATED DEBIT  W.R. GRACE & CO. EDIPAYMENT<br>CO. ID.          020628 CCD<br>MISC SETTL NCSEDI |
| Total | $18,159,141.15 | |



## Commercial Checking

29    2079920005761  005  109    3027    0    1,979

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 0.00 | 6/12 | 0.00 | 6/21 | 0.00 |
| 6/04 | 0.00 | 6/13 | 0.00 | 6/24 | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | 6/25 | 0.00 |
| 6/06 | 0.00 | 6/17 | 0.00 | 6/26 | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | 6/27 | 0.00 |
| 6/10 | 0.00 | 6/19 | 0.00 | 6/28 | 0.00 |
| 6/11 | 0.00 | 6/20 | 0.00 | | |



# Commercial Checking

| 30 | 2079920005761 | 005 | 109 | 3027 | 0 | 1,980 | | |

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above.

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI    page 30 of 30



## Commercial Checking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 2079900067554 | 005 | 109 | 21 | 0 | 7,319 | |

🌙  ‖‖‖....|.|....‖.|.|..‖‖.....||.|
WR GRACE & CO. CPD & DAREX
HOURLY PAYROLL ACCOUNT          CB    021
C/O DARLENE PARLIN
62 WHITTMORE DRIVE
CAMBRIDGE, MA  02140

---

## Commercial Checking                              6/01/2002 thru 6/28/2002

Account number:      2079900067554
Account holder(s):   WR GRACE & CO. CPD & DAREX
                     HOURLY PAYROLL ACCOUNT

Taxpayer ID Number:  135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 1,447,439.87 + |
| Other withdrawals and service fees | 1,447,439.87 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/?? | 69,533.76 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 7,530.55 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 1,933.10 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 256,064.21 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 15,673.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 64,026.79 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 10,424.10 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 130,103.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 3,408.71 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 138,678.34 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 15,251.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 61,618.32 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 15,478.76 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*its and Other Credits continued on next page.*



## Commercial Checking

02　　　2079900067554　　005　109　　　　21　　0　　　　7,320

## Deposits and Other Credits  continued

| Date | Amount | Description |
|---|---|---|
| 6/19 | 126,212.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 494.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 141,818.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 16,533.84 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/24 | 547.52 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/24 | 68,760.01 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 547.52 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 12,878.83 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 6,781.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 265,380.07 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 17,759.73 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| Total | $1,447,439.87 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 69,533.76 | LIST OF DEBITS POSTED |
| 6/04 | 7,530.55 | LIST OF DEBITS POSTED |
| 6/06 | 1,933.10 | LIST OF DEBITS POSTED |
| 6/06 | 6,565.71 | LIST OF DEBITS POSTED |
| 6/06 | 56,229.05 | AUTOMATED DEBIT BNF CTS PR TAXES CO. ID. 1411902914 020605 CCD MISC C4025-08 525306 |
| 6/06 | 61,443.58 | AUTOMATED DEBIT BNF CTS PR TAXES CO. ID. 1411902914 020605 CCD MISC C4025-09 525307 |
| 6/06 | 131,825.87 | AUTOMATED DEBIT W.R. GRACE PAYROLL CO. ID. 020606 CCD MISC SETTL NCVCDBATL |
| 6/07 | 15,673.57 | LIST OF DEBITS POSTED |
| 6/10 | 64,026.79 | LIST OF DEBITS POSTED |
| 6/11 | 10,424.10 | LIST OF DEBITS POSTED |
| 6/12 | 15,643.18 | LIST OF DEBITS POSTED |

Other Withdrawals and Service Fees continued on next page.

FIRST UNION NATIONAL BANK, CAP MKTS INV BKG DIV MFG FRANCHI

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|---|---:|---|
| 6/12 | 49,288.11 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020612 CCD<br>MISC C4025-08 545955 |
| 6/12 | 65,172.29 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020612 CCD<br>MISC C4025-09 545956 |
| 6/13 | 3,408.71 | LIST OF DEBITS POSTED |
| 6/13 | 138,678.34 | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.            020613 CCD<br>MISC SETTL NCVCDBATL |
| 6/14 | 15,251.92 | LIST OF DEBITS POSTED |
| 6/17 | 61,618.32 | LIST OF DEBITS POSTED |
| 6/18 | 15,478.76 | LIST OF DEBITS POSTED |
| 6/19 | 10,211.90 | LIST OF DEBITS POSTED |
| 6/19 | 50,810.51 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-08 579113 |
| 6/19 | 65,189.70 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020619 CCD<br>MISC C4025-09 579114 |
| 6/ | 494.48 | LIST OF DEBITS POSTED |
| 6/20 | 141,818.92 | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.            020620 CCD<br>MISC SETTL NCVCDBATL |
| 6/21 | 16,533.84 | LIST OF DEBITS POSTED |
| 6/24 | 547.52 | LIST OF DEBITS POSTED |
| 6/24 | 68,760.01 | LIST OF DEBITS POSTED |
| 6/25 | 547.52 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/25 | 12,878.83 | LIST OF DEBITS POSTED |
| 6/27 | 6,781.13 | LIST OF DEBITS POSTED |
| 6/27 | 9,636.32 | LIST OF DEBITS POSTED |
| 6/27 | 50,978.09 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020626 CCD<br>MISC C4025-08 599988 |
| 6/27 | 63,244.00 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 020626 CCD<br>MISC C4025-09 599989 |
| 6/27 | 141,521.66 | AUTOMATED DEBIT  W.R. GRACE     PAYROLL<br>CO. ID.            020627 CCD<br>MISC SETTL NCVCDBATL |
| 6/28 | 17,759.73 | LIST OF DEBITS POSTED |
| Total | $1,447,439.87 | |

Taxes = 402,355.33



## Commercial Checking

04    2079900067554  005  109        21     0        7,322

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 0.00 | 6/12 | 0.00 | 6/20 | 0.00 |
| 6/04 | 0.00 | 6/13 | 0.00 | 6/21 | 0.00 |
| 6/06 | 0.00 | 6/14 | 0.00 | 6/24 | 0.00 |
| 6/07 | 0.00 | 6/17 | 0.00 | 6/25 | 0.00 |
| 6/10 | 0.00 | 6/18 | 0.00 | 6/27 | 0.00 |
| 6/11 | 0.00 | 6/19 | 0.00 | 6/28 | 0.00 |



FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI        page 4 of 5