# Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | 2079900067554  005  109 | 21 | 0 | 7,323 | | |

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

_____   2. Write in the closing balance shown on the front of account statement.

_____   3. Write in any deposits you have made since the date of this statement.

_____   4. Add together amounts listed above in steps 2 and 3.

_____   5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here.

_____   6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.

### List Outstanding Checks and Withdrawals

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



**WACHOVIA**

191 Peachtree ST                    03    **TAXPAYER ID**         13-5114230
Atlanta      GA 30303


W R GRACE & CO-CONN
LOCKBOX 75147
ATTN MACK CARPENTER
7500 GRACE DRIVE
CLARKSVILLE MD 21044

## Checking Statement

June 1, 2002 - June 30, 2002 ( 30 days)                    Page 1 of 8

### FOR INFORMATION OR ASSISTANCE CONTACT:

Your Wachovia Banker

Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 1950-049405

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $332,126.14 | 0.00 | $42,681,985.32 | 0.00 | $41,740,788.20 | $1,195,273.26 |

Average Ledger Balance        $914,763.06

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 06-03 | 9 | 3,557,986.62 | 1 | 2,218,762.00 | 1,671,350.76 |
| 06-04 | 8 | 631,714.67 | 1 | 1,778,703.00 | 524,362.43 |
| 06-05 | 6 | 377,219.60 | 1 | 520,434.00 | 381,150.03 |
| 06-06 | 9 | 2,472,070.18 | 1 | 1,485,671.00 | 1,367,550.21 |
| 06-07 | 8 | 484,656.85 | 1 | 1,503,888.00 | 348,333.06 |
| 06-10 | 9 | 1,015,006.09 | 1 | 1,006,286.00 | 357,053.15 |
| 06-11 | 13 | 3,077,177.76 | 1 | 1,809,543.00 | 1,624,687.91 |
| 06-12 | 7 | 754,883.86 | 1 | 1,836,913.00 | 542,658.77 |
| 06-13 | 9 | 868,836.03 | 1 | 1,150,803.00 | 260,691.80 |
| 06-14 | 6 | 1,295,770.07 | 1 | 838,510.00 | 717,951.87 |
| 06-17 | 14 | 11,749,907.27 | 2 | 10,508,876.20 | 1,958,982.94 |
| 06-18 | 10 | 923,442.17 | 1 | 2,200,411.00 | 682,014.11 |
| 06-19 | 4 | 1,308,042.67 | 1 | 650,394.00 | 1,339,662.78 |
| 06-20 | 4 | 490,203.62 | 1 | 1,343,642.00 | 486,224.40 |
| 06-21 | 7 | 1,410,937.08 | 1 | 756,353.00 | 1,140,808.48 |
| 06-24 | 15 | 3,038,652.31 | 1 | 3,682,435.00 | 497,025.79 |
| 06-25 | 10 | 2,716,495.58 | 1 | 2,961,997.00 | 251,524.37 |
| 06-26 | 7 | 2,927,900.17 | 1 | 294,069.00 | 2,885,355.54 |
| 06-27 | 10 | 2,020,486.04 | 2 | 3,158,612.00 | 1,747,229.58 |
| 06-28 | 9 | 1,479,696.68 | 1 | 2,033,653.00 | 1,193,273.26 |

## Other Credits

| Date | Amount | Description | | |
|---|---|---|---|---|
| 06-03 | 1,709.40 | Edieftpmt 3M COMPANY 020531 E06661 | E06661 | 020021544188507 |
| 06-03 | 52,200.00 | Payments CHEVRON PHILLIPS 020603 2200062293 | 2200062293 | 020021502530567 |
| 06-03 | 122,587.54 | EDI Paymnt Tosco Corporatio 020603 2200001643 | 2200001643 | 020021544273363 |
| 06-03 | 459,720.00 | Payments CHEVRON PHILLIPS 020603 2200064861 | 2200064861 | 020021512990197 |
| 06-03 | 1,496.00 | REF=0206020000001213 Org=samsung Sdi Brasil Ltd | | |
| 06-03 | 278,979.55 | Wholesale Lockbox #0075147 Credits - Charlotte | | |

7338

**WACHOVIA**

191 Peachtree ST
Atlanta    GA 30303

1866-082535

W R GRACE & CO-CONN
LOCKBOX 75147

## Checking Statement
June 1, 2002 - June 30, 2002 ( 30 days)

Page 3 of 6

### Other Credits (Continued)

| Date | Amount | Description | | |
|---|---|---|---|---|
| 06-11 | 36,572.64 | REF=138 OL1 215453 Org=grace Korea Inc | | |
| 06-11 | 49,212.84 | REF=020611066910 Org=refinaria Petroleum Co | | |
| 06-11 | 44,217.81 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-11 | | | | |
| | | | | 020031656735444 |
| | | | | 020031656166601 |
| | | | | 020031650164732 |
| | | | | |
| 06-12 | | | | |
| 06-12 | | | | |
| 06-13 | | | | 061320021150 | 020021651332430 |
| 06-13 | | | | 020031650213343 |
| | | | | |
| 06-13 | 3,426.00 | REF=01626077678 Org=economy Oil Brasil Ltda | | |
| 06-13 | 3,080.00 | REF=LCT23M1523600 Org=ashak Export De Mexico | | |
| 06-13 | 15,184.80 | REF=200206131403168m Org=malerton Sa De CV | | |
| 06-13 | 17,992.80 | Ref=ah Org=exxon Corp | | |
| 06-13 | 113,309.25 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-13 | 582,582.02 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-14 | 38,495.18 | EDI Paym CITGO PETROLEUM 0498882131130 | 061320021130 | 020021652442627 |
| 06-14 | 47,671.20 | EDI Paym CITGO PETROLEUM 0498882131130 | 061320021130 | 020031652442695 |
| 06-14 | 88,585.40 | Pasisoridis 864073 GENERAL CHESIS CASE CODE-1L227 | CASE CODE-1L227 | 020031630943997 |
| 06-14 | 108,150.12 | EDI Paymnt Tesco Corporatio 028611 2100002011 | 8200003011 | 020021652426216 |
| 06-14 | 249,605.41 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-14 | 373,334.06 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-17 | 1,931.48 | EFT Paymt PPG E021650315 E021680315 | E021650315 | 020021652634916 |
| 06-17 | 39,737.73 | EDI Paymnttesco CORPORATIOR205172200083185 | | |
| 06-17 | 41,079.14 | Funh EDI Exxon Mobil CORP0204179006141747 | | |
| 06-17 | 44,554.86 | Payments Held Separate - 020617109582400061409 | | |
| 06-17 | 57,015.00 | Payments CHEVRON PHILLIPS 020617 2200066091 | 2200066091 | 020021652430212 |
| 06-17 | 143,077.66 | PO/Remit Chevron USA R20617 | | |
| 06-17 | 165,764.84 | PO/Remit AMOCO 6481 02061703982823893 | | |
| 06-17 | 15,628.03 | REF=1F19600168Fm Org=colgate Palmolive Comm | | |
| 06-17 | 194,464.05 | REF=01204083177 Org=petrolen Brasileiro S | | |
| 06-17 | 8717,010.20 | REF=020617033259 Org=advanced Refining Tech | | |
| 06-17 | 444,596.33 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-17 | 468,340.18 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-17 | 573,570.97 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-17 | 824,036.88 | Wholesale Lockbox #0075147 Credits - Charlotte | | |
| 06-18 | 19,273.32 | EFT Paymt PPG E021680442 E021680442 | E021680442 | 020021683602367 |
| 06-18 | 38,070.45 | EDI Paymnttosco CORPORATI00206182200003286 | | |
| 06-18 | 47,931.26 | Accts Pay Exxon Acct PAYBL0206180615050192867 | | |
| 06-18 | 51,585.00 | Payments Chevron PHILLIPS0206182200070687 | | |
| 06-18 | 89,813.05 | Payments Held Separate - 020618109582002061709 | | |
| 06-18 | 152,073.29 | PO/Remit AMOCO 6481 0206180300824058 | | |
| 06-18 | 8,583.34 | REF=T44A206144F04 Org=advanced Refining Tech | | |
| 06-18 | 73,853.41 | REF=08834219517 Org=grace Brasil Ltda | | |
| 06-18 | 292,287.14 | REF=020618077266 Org=petrox S.A. Refineria | | |
| 06-18 | 149,971.91 | Wholesale Lockbox #0075147 Credits - Charlotte | | |

WACHOVIA

191 Peachtree ST
Atlanta     GA  30303

1866-082535

W R GRACE & CO-CONN
LOCKBOX 75147

## Checking Statement
### June 1, 2002 - June 30, 2002 ( 30 days)

Page 4 of 4

## Other Credits (Continued)

| Date | Amount | Description |
|------|--------|-------------|
| 06-27 | 68,053.64 | REF=020627001773 Org=farmland Industries In |
| 06-27 | -123,741.50 | REF=020626488002193 Org=johnson Matthey Pty Lt |
| 06-27 | 421,387.88 | |
| | | |
| | | |
| | | |
| | 15,762.69 | |
| | 33,464.00 | |
| 06-28 | 92,311.00 | |
| 06-28 | 283,425.77 | PO/REMIT 3481 028428800832555 |
| 06-28 | 5,711.00 | REF=0902179100161 Org=johnson Matthey Argent |
| 06-28 | 6,830.12 | REF=0941911139967733 Org=almer Internacional L |
| 06-28 | 12,670.00 | REF=FTS0206286731600 Org=engelhard de Pty Ltd. |
| 06-28 | 786,307.10 | Wholesale Lockbox 88075147 Credits - Charlotte |
| 06-28 | 272,195.04 | Foreign Exchange Contract 1304283 |

## Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 06-03 | 2218,762.00 | REF=010215404255 Bnf=wr Grace & Co-Conn |
| 06-04 | 1778,705.00 | REF=010215504167 Bnf=wr Grace & Co-Conn |
| 06-05 | 520,421.00 | REF=010215603024 Bnf=wr Grace & Co-Conn |
| 06-06 | 1485,871.00 | REF=010215703105 Bnf=wr Grace & Co-Conn |
| 06-07 | 1505,688.00 | REF=010215804856 Bnf=wr Grace & Co-Conn |
| 06-10 | 1006,286.00 | REF=010216103882 Bnf=wr Grace & Co-Conn |
| 06-11 | 1809,543.00 | REF=010216202997 Bnf=wr Grace & Co-Conn |
| 06-12 | 1836,915.00 | REF=010216304471 Bnf=wr Grace & Co-Conn |
| 06-13 | 1150,803.00 | REF=010216403648 Bnf=wr Grace & Co-Conn |
| 06-14 | 838,510.00 | REF=010216503900 Bnf=wr Grace & Co-Conn |
| 06-17 | 1791,866.00 | REF=010216805782 Bnf=wr Grace & Co-Conn |
| 06-17 | 8717,010.20 | REF=010216806945 Bnf=wr Grace & Co-Conn |
| 06-18 | 2200,411.00 | REF=010216903742 Bnf=wr Grace & Co-Conn |
| 06-19 | 650,994.00 | REF=010217003037 Bnf=wr Grace & Co-Conn |
| 06-20 | 1343,842.00 | REF=010217104966 Bnf=wr Grace & Co-Conn |
| 06-21 | 756,353.00 | REF=010217203321 Bnf=wr Grace & Co-Conn |
| 06-24 | 3682,435.00 | REF=010217503250 Bnf=wr Grace & Co-Conn |
| 06-25 | 2961,997.00 | REF=010217602416 Bnf=wr Grace & Co-Conn |
| 06-26 | 294,069.00 | REF=010217702888 Bnf=wr Grace & Co-Conn |
| 06-27 | 6,275.95 | REF=010217804398 Bnf=advanced Refining Tech |
| 06-27 | 3152,336.05 | REF=010217804355 Bnf=wr Grace & Co-Conn |
| 06-28 | 2033,653.00 | REF=010217905645 Bnf=wr Grace & Co-Conn |



# Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | 2079900005260 | 005 | 108 | 22 | 184 | 21,581 |

IlmIllmIlmIllmmIdmIIdmIddaIddmIldml
GRACE DAVISON
CURTIS BAY WORKS                                    CB    026
ATTN LARRY BREAUX
PO BOX 3247
LAKE CHARLES LA  70602-3247

---

# Commercial Checking                          6/01/2002 thru 6/28/2002

Account number:           2079900005260
Account holder(s):        GRACE DAVISON
                          CURTIS BAY WORKS

Taxpayer ID Number:       135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $0.00 |
| Deposits and other credits | 7,822,887.14 + |
| Other withdrawals and service fees | 7,822,887.14 - |
| **Closing balance 6/28** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/03 | 631,735.82 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/04 | 616,948.19 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 696,617.73 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/06 | 190,565.56 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 201,523.22 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 77.03 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 425,188.51 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/11 | 739,050.28 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/12 | 394,398.79 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/13 | 3,065.71 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/13 | 365,062.41 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 3,065.71 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 153,192.21 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/17 | 152.64 | POSTING EQUALS NOTIFICATION ADJUST |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02 | 2079900005260 | 005 | 108 | 22 | 184 | 21,582 | | |

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|---|---|---|
| 6/17 | 442,550.53 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 152.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/18 | 407,477.69 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 387,498.79 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/20 | 145,177.78 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 249,126.79 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/24 | 259,969.54 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/25 | 435,087.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 1,234.90 | POSTING EQUALS NOTIFICATION ADJUST |
| 6/27 | 248,642.76 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/27 | 546,325.23 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 1,234.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 277,764.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$7,822,887.14** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/03 | 631,735.82 | LIST OF DEBITS POSTED |
| 6/04 | 616,948.19 | LIST OF DEBITS POSTED |
| 6/05 | 696,617.73 | LIST OF DEBITS POSTED |
| 6/06 | 190,565.56 | LIST OF DEBITS POSTED |
| 6/07 | 201,523.22 | LIST OF DEBITS POSTED |
| 6/10 | 77.03 | DEPOSITED ITEM RETURNED<br>ADV # 638001 |
| 6/10 | 425,188.51 | LIST OF DEBITS POSTED |
| 6/11 | 739,050.28 | LIST OF DEBITS POSTED |
| 6/12 | 394,398.79 | LIST OF DEBITS POSTED |
| 6/13 | 3,065.71 | LIST OF DEBITS POSTED |
| 6/13 | 365,062.41 | LIST OF DEBITS POSTED |
| 6/14 | 3,065.71 | POSTING EQUAL NOTIFICATION REVERSAL |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03 | 2079900005260 | 005 | 108 | 22 | 184 | 21,583 | | |

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 6/14 | 153,192.21 | LIST OF DEBITS POSTED |
| 6/17 | 152.64 | LIST OF DEBITS POSTED |
| 6/17 | 442,550.53 | LIST OF DEBITS POSTED |
| 6/18 | 152.64 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/18 | 407,477.69 | LIST OF DEBITS POSTED |
| 6/19 | 387,498.79 | LIST OF DEBITS POSTED |
| 6/20 | 145,177.78 | LIST OF DEBITS POSTED |
| 6/21 | 249,126.79 | LIST OF DEBITS POSTED |
| 6/24 | 259,969.54 | LIST OF DEBITS POSTED |
| 6/25 | 435,087.30 | LIST OF DEBITS POSTED |
| 6/27 | 248,642.76 | LIST OF DEBITS POSTED |
| 6/27 | 547,560.13 | LIST OF DEBITS POSTED |
| 6/28 | 1,234.90 | POSTING EQUAL NOTIFICATION REVERSAL |
| 6/28 | 277,764.48 | LIST OF DEBITS POSTED |
| **Total** | **$7,822,887.14** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/03 | 0.00 | 6/12 | 0.00 | 6/21 | 0.00 |
| 6/04 | 0.00 | 6/13 | 0.00 | 6/24 | 0.00 |
| 6/05 | 0.00 | 6/14 | 0.00 | 6/25 | 0.00 |
| 6/06 | 0.00 | 6/17 | 0.00 | 6/27 | 0.00 |
| 6/07 | 0.00 | 6/18 | 0.00 | 6/28 | 0.00 |
| 6/10 | 0.00 | 6/19 | 0.00 | | |
| 6/11 | 0.00 | 6/20 | 0.00 | | |



# Commercial Checking

| 01 | 2079900005231 | 005 | 108 | 0 | 184 | 21,577 |
|----|---------------|-----|-----|---|-----|--------|

հահոllllllıոհոհոlılll

W.R. GRACE & CO. CONN: DAVISON-
BALTIMORE                                    CB   026
ATTN: BILL WILLIS
7500 GRACE DRIVE, BUILDING 25
COLUMBIA, MD  21044

---

# Commercial Checking

6/01/2002 thru 6/28/2002

Account number:        2079900005231
Account holder(s):     W.R. GRACE & CO. CONN: DAVISON-
                       BALTIMORE

Taxpayer ID Number:    135114230

## Account Summary

| | | |
|---|---|---|
| Opening balance 6/01 | $0.00 | |
| Deposits and other credits | 15,290,148.08 | + |
| Other withdrawals and service fees | 15,290,148.08 | - |
| Closing balance 6/28 | $0.00 | |

## Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 6/03 | 434,437.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/05 | 1,055,290.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/07 | 1,706,093.32 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/10 | 613.79 | AUTOMATED CREDIT RETURN SETTLE   RETURN<br>CO. ID.      020610 CCD<br>MISC SETTL CHRETIRE |
| 6/11 | 11,279.45 | AUTOMATED CREDIT RETURN SETTLE   RETURN<br>CO. ID.      020611 CCD<br>MISC SETTL CHRETIRE |
| 6/12 | 6,975.00 | AUTOMATED CREDIT RETURN SETTLE   RETURN<br>CO. ID.      020612 CCD<br>MISC SETTL CHRETIRE |
| 6/12 | 1,255,295.40 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/14 | 1,796,014.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/19 | 1,582,711.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/21 | 2,575,048.14 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

# Commercial Checking

02      2079900005231   005   108           0   184        21,578

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 6/25 | 400.04 | AUTOMATED CREDIT RETURN SETTLE   RETURN<br>CO. ID.        020625 CCD<br>MISC SETTL CHRETIRE |
| 6/26 | 1,493,762.53 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 6/28 | 3,372,225.65 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$15,290,148.08** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 6/03 | 434,437.59 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020603 CCD<br>MISC SETTL NCSEDI |
| 6/05 | 1,055,290.89 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020605 CCD<br>MISC SETTL NCSEDI |
| 6/07 | 1,706,093.32 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020607 CCD<br>MISC SETTL NCSEDI |
| 6/10 | 613.79 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2000000282172 W.R. GRACE & CO |
| 6/11 | 11,279.45 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2000000282172 W.R. GRACE & CO |
| 6/12 | 1,262,270.40 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020612 CCD<br>MISC SETTL NCSEDI |
| 6/14 | 1,796,014.29 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020614 CCD<br>MISC SETTL NCSEDI |
| 6/19 | 1,582,711.99 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020619 CCD<br>MISC SETTL NCSEDI |
| 6/21 | 2,575,048.14 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020621 CCD<br>MISC SETTL NCSEDI |
| 6/25 | 400.04 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2000000282172 W.R. GRACE & CO |
| 6/26 | 1,493,762.53 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020626 CCD<br>MISC SETTL NCSEDI |
| 6/28 | 3,372,225.65 | AUTOMATED DEBIT  GRACE DAVISON   DAVISONEFT<br>CO. ID.        020628 CCD<br>MISC SETTL NCSEDI |
| **Total** | **$15,290,148.08** | |



# Commercial Checking

03    2079900005231  005  108        0  184        21,579    ▬▬   ▬▬

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 6/03 | 0.00 | 6/11 | 0.00 | 6/21 | 0.00 |
| 6/05 | 0.00 | 6/12 | 0.00 | 6/25 | 0.00 |
| 6/07 | 0.00 | 6/14 | 0.00 | 6/26 | 0.00 |
| 6/10 | 0.00 | 6/19 | 0.00 | 6/28 | 0.00 |





# Commercial Checking

| 04 | 2079900005231 | 005 | 108 | 0 | 184 | 21,580 |
| --- | --- | --- | --- | --- | --- | --- |

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
| --- | --- | --- |
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC 28288-0851 |
| TDD (For the Hearing Impaired) | 1-800-835-7721 | |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
| --- | --- | --- | --- | --- |
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | Total | | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

 **FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**    page 4 of 4

 **allfirst**

W R GRACE & CO INC
DAVISON CHEMICAL DIVISION
CURTIS BAY HOURLY PAYROLL/EARL HIBBARD
5500 CHEMICAL DRIVE
BALTIMORE MD 21226-1604

*Page    1 of    4*

# Corporate Checking

*June 1, 2002 thru June 28, 2002*

**W R GRACE & CO INC**
**DAVISON CHEMICAL DIVISION**
**CURTIS BAY HOURLY PAYROLL/EARL HIBBARD**

Account Number
00162-9863-1

**For assistance call**
**The Financial Center**
*1-800-220-6004*

### Activity Summary

| | | | |
|---|---|---|---|
| Avg daily ledger balance | $544,493.28 | Balance on 05/31 | $436,183.19 |
| | | 000020 checks/list post | -934,964.27 |
| | | Funds transfers (net) | 908,175.84 |
| | | Other debits | -313.46 |
| | | **Balance on 06/28** | **$409,081.30** |

### Checks/List Post
* Denotes missing sequence number

| Serial Number | | Amount | Date | Reference Number | Serial Number | | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|---|---|
| LP items | 129 | $78,151.54 | 06/03 | | LP items | 196 | $112,626.22 | 06/17 | |
| LP items | 94 | 56,403.60 | 06/04 | | LP items | 84 | 46,865.47 | 06/18 | |
| LP items | 77 | 43,253.46 | 06/05 | | LP items | 21 | 12,339.82 | 06/19 | |
| LP items | 37 | 22,687.04 | 06/06 | | LP items | 10 | 5,008.32 | 06/20 | |
| LP items | 65 | 45,677.44 | 06/07 | | LP items | 72 | 43,240.62 | 06/21 | |
| LP items | 210 | 133,890.31 | 06/10 | | LP items | 175 | 106,700.50 | 06/24 | |
| LP items | 80 | 46,407.01 | 06/11 | | LP items | 79 | 47,496.44 | 06/25 | |
| LP items | 25 | 13,757.80 | 06/12 | | LP items | 26 | 14,376.10 | 06/26 | |
| LP items | 14 | 10,199.75 | 06/13 | | LP items | 19 | 9,766.24 | 06/27 | |
| LP items | 62 | 38,740.51 | 06/14 | | LP items | 77 | 47,376.08 | 06/28 | |
| | | | | | | | $934,964.27 | **Checks Total** | |

 **allfirst**

| W R GRACE & CO INC | Account Number | ❷ For assistance call |
|---|---|---|
| DAVISON CHEMICAL DIVISION | 00162-9863-1 | **The Financial Center** |
| CURTIS BAY HOURLY PAYROLL/EARL HIBBARD | | *1-800-220-6004* |

**Funds Transfers - continued**

| Date | Description | Amount |
|---|---|---|
| 06/19 | WIRE TRANSFER DEBIT 619001906 500004617<br>ALB SEQ = 020619001906;FED REF = 000698;RECE<br>IVING BANK = 071000039;REF FOR BEN = C4025-1<br>2 582054;ORIGINATOR = WR GRACE AND CO INC<br>ATTN: EARL HIBBARD CURTIS | -317,030.87 |
| 06/20 | ACH DEBIT 100010491<br>W.R. GRACE     PAYROLL     E97     01<br>1135114230W.R. GRACE          20021697404650 | -296,615.86 |
| 06/25 | WIRE TRANSFER CREDIT 625001174 500071860<br>ALB SEQ = 020625001174;FED REF = 002106;SEND<br>ING BANK = 021000021;REF FOR BEN = TEBC OF 0<br>2/06/25;ORIGINATOR = W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI = HOURLY PAY<br>ROLL | 841,598.80 |
| 06/26 | WIRE TRANSFER DEBIT 626001988 500099596<br>ALB SEQ = 020626001988;FED REF = 000646;RECE<br>IVING BANK = 071000039;REF FOR BEN = C4025-1<br>2 602624;ORIGINATOR = WR GRACE AND CO INC<br>ATTN: EARL HIBBARD CURTIS | -315,785.07 |
| 06/27 | ACH DEBIT 100009093<br>W.R. GRACE     PAYROLL     E97     01<br>1135114230W.R. GRACE          20021760631895 | -299,581.19 |
| **Funds Transfers Total (net)** | | **$908,175.84** |

**Other Debits**

| Date | Description | Amount |
|---|---|---|
| 06/11 | ANALYSIS FEE 430072444 | -313.46 |
| **Other Debits Total** | | **-313.46** |

*Continued on back*

SUNTRUST BANK, CHATTANOOGA
PO BOX 622227
ORLANDO, FL 32862-2227

Page 1 of 1
66/E00/0680/8 /00
0000000141309
06/30/2002

# SUNTRUST

## Account Statement

Ilulludilllualululululuulllulludululllualludlul
DAVISON SPECIALTY CHEMICAL COMPANY
PAYROLL ACCT
ATTENTION: BILL BRYANT
BILLIE GARDNER
7500 GRACE DR
COLUMBIA MD 21044-4009

Questions? Please call
1-800-786-8787

EFFECTIVE JULY 1 THE CHARGE FOR PREPARING CURRENCY ORDERS AT BRANCH LOCATIONS
WILL BE $1.15 PER PARTIAL STRAP OF CURRENCY, $0.55 PER FULL STRAP OF CURRENCY,
AND $0.40 PER ROLL OF COIN.

**Account Summary**

| Account Type | Account Number | Statement Period | Taxpayer ID |
|---|---|---|---|
| BUSINESS REGULAR CHECKING | 0000141309 | 06/01/2002 - 06/30/2002 | 62-0988234 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $45,291.46 | Average Balance | $45,291.46 |
| Deposits/Credits | $.00 | Average Collected Balance | $45,291.46 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $45,291.46 | | |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 45,291.46 | 45,291.46 | | | |

34

Member FDIC