rporate Business Account Statement 

| | |
|---|---|
| **For the period 06/01/2002 to 06/28/2002** | Account number: 40-0264-1360 |
| | Page 1 of 1 |
| W R GRACE & CO | Number of enclosures: 0 |
| DAVISON CHEMICAL DIVISION | Tax ID Number: 13-5114230 |
| C/O JIM YALE | ☎ For Client Services: |
| 5500 CHEMICAL RD | Call 1-877-824-5001 |
| BALTIMORE MD 21226-1604 | 🖥 Visit us at www.treasury.pncbank.com |
| | ✉ Write to: Client Services |
| | P.O. Box 1198 |
| | Cincinnati, OH 45201 |

## count Summary Information

### ance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 25,000.00 | 0.00 | 0.00 | 25,000.00 |

| osits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| ription | Items | Amount | Description | Items | Amount |
| osits | 0 | 0.00 | Checks | 0 | 0.00 |
| ional Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| H Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| ds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| de Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| estments | 0 | 0.00 | Investments | 0 | 0.00 |
| o Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| ustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| er Credits | 0 | 0.00 | Other Debits | 0 | 0.00 |
| al | 0 | 0.00 | Total | 0 | 0.00 |

### iger Balance

| | Ledger balance |
|---|---|
| '01 | 25,000.00 |

*No activity* (handwritten)

FORM963R



**HIBERNIA**
*Where service matters.*℠

*1

Direct inquiries to Customer Service
(337) 494-3354 or (800) 262-5689

W R GRACE CO
DAVISON CHEMICAL DIVISION
MR L BREAUX-PLANT CONTROLLER
PO BOX 3247
LAKE CHARLES LA   706023247

Page   1

## Account Summary - Commercial Checking Account   101391210

| | | | |
|---|---|---|---|
| Previous balance | $9,829.54 | Statement cycle began | June 1, 2002 |
| + 0 Credits/deposits | $0.00 | Statement cycle ended | June 30, 2002 |
| - 0 Debits/checks | $0.00 | Number of days in cycle | 30 |
| - Service charges | $0.23 | Minimum balance this cycle | $9,829.31 |
| + Interest paid | $0.00 | Average collected balance | $9,829.00 |
| Ending balance | $9,829.31 | Interest paid YTD | $0.00 |

## Service Charges

| Date | Service Description | Number of items | Fee per item | Total |
|---|---|---|---|---|
| 06/30 | Maintenance charge | | | $7.50 |
| 06/30 | Earnings credit | | | $7.27- |
| | Monthly cycle service charge | | | $0.23 |
| | Average investable balance | | | $8,846.10 |

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | $9,829.54 | 06/30 | $9,829.31 | | |

Member FDIC



# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.765.8086 Express Service

Page 1 of 1
Account Number: 0000 0002 2137
E 0   0 C Enclosures 0           54
Statement Period
06/01/02 through 06/30/02      0019798

```
00012541   1 AT   0.292  02    29005  001 SCH999
```
NTL KAOLIN PROD CO W R GRACE
CO DAVISON CHEM PAYROLL ACCT
213 KAOLIN RD
AIKEN SC 29801-9016

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 06/01/02 through 06/30/02 | Statement Beginning Balance | 30,610.02 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | 0.00 |
| Number of Withdrawals/Debits | 0 | Amount of Withdrawals/Debits | 0.00 |
| Number of Deposited Items | 0 | Statement Ending Balance | 30,610.02 |
| Number of Enclosures | 0 | Average Ledger Balance | 30,610.02 |
| Number of Days in Cycle | 30 | Service Charge | 0.00 |

### Daily Ledger Balances

| Date | Balance |
|---|---|
| 06/01 | 30,610.02 |

## Message Center

*Earn US Airways award travel with the Dividend Miles Visa Business Card for small businesses. After your first purchase, you'll earn 5,000 bonus miles. When you and your employees use the card, you'll earn 1 mile per purchase dollar and 2 miles on US Airways purchases. Mileage restrictions apply. Call 1.800.360.5080 today to apply.*

 allfirst

W R GRACE COMPANY INC
DAVISON CHEMICAL DIV
BALT SALARIED PAYROLL/BILLIE GARDNER
7500 GRACE DRIVE
COLUMBIA MD 21044-4009

Page 1 of 4

# Corporate Checking

June 1, 2002 thru June 30, 2002

| W R GRACE COMPANY INC | Account Number | For assistance call |
|---|---|---|
| DAVISON CHEMICAL DIV | 00162-9865-7 | The Financial Center |
| BALT SALARIED PAYROLL/BILLIE GARDNER | | *1-800-220-6004* |

**Activity Summary**

| Avg daily ledger balance | $486,509.39 | Balance on 05/31 | $222,443.08 |
|---|---|---|---|
| Enclosures | 39 | 000039 checks/list post | -53,541.51 |
| | | Funds transfers (net) | 38,474.20 |
| | | **Balance on 06/30** | **$207,375.77** |

**Checks/List Post**
* Denotes missing sequence number

| Serial Number | Amount | Date | Reference Number | Serial Number | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|
| 0000005021 | $607.50 | 06/07 | 012716385 | 0000005062 | $911.27 | 06/13 | 020473550 |
| 0000005022 | 607.50 | 06/06 | 018553563 | 0000005063 | 2,075.75 | 06/12 | 038620466 |
| 0000005023 | 607.50 | 06/06 | 018554395 | 0000005064 | 1,571.99 | 06/14 | 012819119 |
| 0000005028 * | 578.30 | 06/03 | 032550561 | 0000005065 | 1,632.83 | 06/17 | 016047616 |
| 0000005041 * | 1,753.49 | 06/19 | 038861006 | 0000005066 | 872.67 | 06/13 | 020502370 |
| 0000005044 * | 884.47 | 06/04 | 012228258 | 0000005067 | 1,545.88 | 06/14 | 096062972 |
| 0000005050 * | 2,080.30 | 06/21 | 012780035 | 0000005068 | 2,098.37 | 06/19 | 018850478 |
| 0000005051 | 266.40 | 06/13 | 036876112 | 0000005069 | 1,354.34 | 06/14 | 032871584 |
| 0000005052 | 2,451.07 | 06/13 | 036876115 | 0000005070 | 1,562.66 | 06/14 | 012816418 |
| 0000005053 | 1,388.25 | 06/17 | 016896155 | 0000005073 * | 1,278.33 | 06/28 | 056596109 |
| 0000005054 | 607.22 | 06/14 | 012792697 | 0000005074 | 2,617.39 | 06/27 | 012760727 |
| 0000005055 | 1,739.38 | 06/14 | 012792698 | 0000005075 | 598.45 | 06/28 | 012111453 |
| 0000005056 | 1,457.22 | 06/14 | 012792699 | 0000005076 | 1,019.46 | 06/27 | 012690634 |
| 0000005057 | 1,278.33 | 06/13 | 012522811 | 0000005077 | 911.27 | 06/27 | 012722876 |
| 0000005058 | 1,647.03 | 06/13 | 016470121 | 0000005078 | 1,757.07 | 06/28 | 012017392 |
| 0000005059 | 1,369.27 | 06/18 | 014868503 | 0000005079 | 2,312.98 | 06/28 | 012081753 |
| 0000005060 | 667.02 | 06/14 | 012830975 | 0000005080 | 611.15 | 06/27 | 012734486 |
| 0000005061 | 1,019.47 | 06/18 | 014816120 | 0000005083 * | 1,358.98 | 06/28 | 012079657 |

## Checks/List Post - continued

| Serial Number | Amount | Date | Reference Number | Serial Number | Amount | Date | Reference Number |
|---|---|---|---|---|---|---|---|
| 0000005084 | $1,562.67 | 06/28 | 014210735 | 0000100396 | $4,181.67 | 06/18 | 014905342 |
| 0000100395 * | 696.61 | 06/06 | 018569569 | | $53,541.51 | Checks Total | |

## Funds Transfers

| Date | Description | Amount |
|---|---|---|
| 06/06 | ACH INTERNAL CREDIT 100011461<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>     030597000         20021573234067 | $306,375.26 |
| | ACH INTERNAL DEBIT 100011463<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>     030597000         20021573234068 | -306,375.26 |
| 06/10 | WIRE TRANSFER CREDIT 610000930 500070990<br>ALB SEQ=020610000930;FED REF=001747;SEND<br>ING BANK=021000021;REF FOR BEN=TEBC OF 0<br>2/06/10;ORIGINATOR=W.R. GRACE AND COMPAN<br>Y SYRACUSE FUNDING ACCOUN;OBI=SALARIED P<br>AYROLL | 2,494,958.12 |
| 06/11 | WIRE TRANSFER DEBIT 611001970 500079544<br>ALB SEQ=020611001970;FED REF=000727;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>1 544773;ORIGINATOR=WR GRACE AND CO INC<br>DAVISON CHEMICAL DIV BALTI | -895,414.99 |
| 06/12 | ACH INTERNAL CREDIT 100011064<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>     030597000         20021635157422 | 1,590,032.95 |
| | ACH INTERNAL CREDIT 100011068<br>DAVISON CHEMICAL REVERSAL   -SETT-CERIDAT<br>     030597000         20021635157424 | 217.84 |
| | ACH INTERNAL DEBIT 100011066<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT<br>     030597000         20021635157423 | -1,590,032.95 |
| | ACH DEBIT 100011070<br>W.R. GRACE      PAYROLL    E96        01<br>1135114230W.R. GRACE         20021613980616 | -1,590,032.95 |

Continued on next page

 allfirst

Page 3 of 4

**W R GRACE COMPANY INC**
**DAVISON CHEMICAL DIV**
**BALT SALARIED PAYROLL/BILLIE GARDNER**

Account Number
00162-9865-7

For assistance call
The Financial Center
*1-800-220-6004*

## Funds Transfers - continued

| Date | Description | Amount |
|---|---|---:|
| 06/13 | ACH INTERNAL CREDIT 100009861 | $278,433.06 |
| | DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT | |
| |     030597000       20021645669380 | |
| | ACH INTERNAL CREDIT 100009869 | 455.93 |
| | DAVISON CHEMICAL REVERSAL  -SETT-CERIDAT | |
| |     030597000       20021645783762 | |
| | ACH INTERNAL CREDIT 100009865 | 446.31 |
| | DAVISON CHEMICAL REVERSAL  -SETT-CERIDAT | |
| |     030597000       20021645669382 | |
| | ACH INTERNAL CREDIT 100009867 | 200.00 |
| | RETURN SETTLE   RETURN   -SETT-PEP+ | |
| |     RETIRE          20021645783746 | |
| | ACH INTERNAL DEBIT 100009863 | -278,433.06 |
| | DAVISON CHEMICAL PAYROLL   -SETT-CERIDAT | |
| |     030597000       20021645669381 | |
| 06/18 | ACH INTERNAL CREDIT 100009459 | 1,242.27 |
| | RETURN SETTLE   RETURN   -SETT-PEP+ | |
| |     RETIRE          20021697297317 | |
| 06/20 | ACH INTERNAL CREDIT 100010493 | 296,615.86 |
| | DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN | |
| |     030597000       20021718478088 | |
| | ACH INTERNAL DEBIT 100010495 | -296,615.86 |
| | DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN | |
| |     030597000       20021718478089 | |
| 06/24 | WIRE TRANSFER CREDIT 624001222 500066259 | 2,535,900.81 |
| | ALB SEQ=020624001222;FED REF=002069;SENDING BANK=021000021;REF FOR BEN=TEBC OF 02/06/24;ORIGINATOR=W.R. GRACE AND COMPANY SYRACUSE FUNDING ACCOUN;OBI=SALARIED PAYROLL | |

*Page 4 of 4*

## Funds Transfers - continued

| Date | Description | Amount |
|---|---|---|
| 06/25 | WIRE TRANSFER DEBIT 625001994 500071861<br>ALB SEQ=020625001994;FED REF=000764;RECE<br>IVING BANK=071000039;REF FOR BEN=C4025-1<br>1 598832;ORIGINATOR=WR GRACE AND CO INC<br>DAVISON CHEMICAL DIV BALTI | -901,011.60 |
| 06/26 | ACH INTERNAL CREDIT 100010203<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN<br>030597000       20021771127471 | 1,608,488.04 |
|  | ACH INTERNAL DEBIT 100010205<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN<br>030597000       20021771127472 | -1,608,488.04 |
|  | ACH DEBIT 100010207<br>W.R. GRACE      PAYROLL    E96      01<br>1135114230W.R. GRACE       20021759190048 | -1,608,488.04 |
| 06/27 | ACH INTERNAL CREDIT 100009095<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN<br>030597000       20021781769765 | 299,581.19 |
|  | ACH INTERNAL DEBIT 100009097<br>DAVISON CHEMICAL PAYROLL   -SETT-CERIDAN<br>030597000       20021781769766 | -299,581.19 |

**Funds Transfers Total (net)**                              $38,474.20

### End of Day Ledger Balance
Account balances are updated in the section below only on days when transactions posted to this account.

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | $222,443.08 | 06/12 | $226,113.97 | 06/21 | $195,002.35 |
| 06/03 | 221,864.78 | 06/13 | 219,789.44 | 06/24 | 2,730,903.16 |
| 06/04 | 220,980.31 | 06/14 | 209,283.73 | 06/25 | 1,829,891.56 |
| 06/06 | 219,068.70 | 06/17 | 206,262.65 | 06/26 | 221,403.52 |
| 06/07 | 218,461.20 | 06/18 | 200,934.51 | 06/27 | 216,244.25 |
| 06/10 | 2,713,419.32 | 06/19 | 197,082.65 | 06/28 | 207,375.77 |
| 06/11 | 1,818,004.83 | 06/20 | 197,082.65 |  |  |

**Average daily ledger balance**            $486,509.39



# Commercial Checking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 2040000016900 | 072 | 140 | 3 | 33 | 33,755 | |

W R GRACE & CO - CONN
7500 GRACE DR
COLUMBIA MD 21044
ATTN: LISA WILLIAMS

CB

# Commercial Checking  6/01/2002 thru 6/28/2002

Account number: 2040000016900
Account holder(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/01 | $43,232.80 |
| Deposits and other credits | 21,487.06 + |
| Other withdrawals and service fees | 22,471.65 - |
| Closing balance 6/28 | $42,248.21 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 6/19 | 2,463.49 | DEPOSIT |
| 6/26 | 16,699.50 | AUTOMATED CREDIT GRACE DAVISON   EDIPAYMENT<br>CO. ID. 1135114230 020626 CTX<br>MISC 0006PETTY CASH - WRC |
| 6/27 | 400.00 | DEPOSIT |
| 6/27 | 1,924.07 | DEPOSIT |
| Total | $21,487.06 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 6/04 | 8,413.69 | CURRENCY COIN ORDER |
| 6/18 | 10,293.38 | CURRENCY COIN ORDER |
| 6/25 | 3,764.58 | CURRENCY COIN ORDER |
| Total | $22,471.65 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 6/04 | 34,819.11 | 6/19 | 26,989.22 | 6/26 | 39,924.14 |
| 6/18 | 24,525.73 | 6/25 | 23,224.64 | 6/27 | 42,248.21 |

FIRST UNION NATIONAL BANK, CAP MKT INV BKG MD DIVERSIFIED MANUFA

page 1 of 2

## BANCO DE CREDITO

**ESTADO DE CUENTA CORRIENTE   JUNIO   2002**          PAGINA   1 DE 2

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.146 URB.LA CAM
CHORRILLOS-LIMA  PINA
LIMA-09
     000      88888      (PQF*K3
     S208

| CODIGO DE CUENTA | MONEDA |
|---|---|
| 193-1115122-0-58 | SOLES |

EJECUTIVO DE NEGOCIOS: OLIVEROS A. JENNY
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717   CELULAR
E-MAIL:

### AVISOS
IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO. EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.

(*) MED.AT:MEDIO DE ATENCION = VEN:VENTANILLA TLB:TELEBANCO POS:PUNTO DE VENTA CKT:COMUNICATE BIN:BANCA INTERNET TLC:TELECREDITO
                               INT:INTERNO

### RESUMEN DEL MES

| SALDO CONTABLE AL 01/06/2002 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 30/06/2002 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 38,821.18 | 0.00 | 173,026.78 | 75,869.02 | 181,291.52 | 0.00 | 0.00 | 34,687.42 | 53,015.51 |
| A | + | B | + | C | - | D | - | E | + | F | - | G | = | H | |

### ACTIVIDADES

| FECHA PROC | FECHA VALOR | DESCRIPCION | MED AT* | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-06 | 05-06 | PORTES AUTOSOBRE | INT | | 193-000 | 839085 | | | 4981 | 3.50- | 38,817.68 |
| 05-06 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 064135 | 08:52 | TLC018 | 2401 | 100,000.00 | 138,817.68 |
| 05-06 | | ADU118100621750100 | BIN | | 111-031 | 095097 | 09:03 | CICSDF | 4706 | 43,164.00- | 95,653.68 |
| 05-06 | | CHEQUE 07609482 | VEN | AG.CHACARILLA | 194-019 | 000215 | 12:28 | E87409 | 3001 | 7,000.00- | 88,653.68 |
| 06-06 | | CHEQUE 07609484 | INT | | 191-000 | 802276 | | | 3901 | 68.70- | 88,584.98 |
| 06-06 | | CHEQUE 07609483 | INT | | 191-000 | 802277 | | | 3901 | 149.76- | 88,435.22 |
| 06-06 | | CHEQUE 07609486 | INT | | 191-000 | 802278 | | | 3901 | 907.40- | 87,527.82 |
| 06-06 | | CHEQUE 07609485 | INT | | 191-000 | 802279 | | | 3901 | 2,329.68- | 85,198.14 |
| 07-06 | | CHEQUE 07609487 | VEN | AG.CHACARILLA | 194-019 | 000007 | 15:58 | E83441 | 3001 | 1,624.44- | 83,573.70 |
| 07-06 | | PAGO CREDIBANK | INT | | 111-007 | 821844 | | | 4929 | 3,660.07- | 79,913.63 |
| 07-06 | | PAGO CREDIBANK | INT | | 111-007 | 821845 | | | 4929 | 4,981.45- | 74,932.18 |
| 17-06 | | CHEQUE 07609488 | VEN | AG.CHACARILLA | 194-019 | 000136 | 15:36 | E85367 | 3001 | 647.32- | 74,284.86 |
| 18-06 | | ADU118100674890100 | BIN | | 111-031 | 081286 | 13:07 | CICSDF | 4706 | 5,270.00- | 69,014.86 |
| 18-06 | | ADU118100677470100 | BIN | | 111-031 | 081293 | 13:07 | CICSDF | 4706 | 4,411.00- | 64,603.86 |
| 19-06 | | CHEQUE 07609489 | INT | | 191-000 | 808976 | | | 3901 | 309.00- | 64,294.86 |
| 19-06 | | CHEQUE 07609490 | INT | | 191-000 | 808977 | | | 3901 | 3,537.00- | 60,757.86 |
| 19-06 | | CHEQUE 07609492 | INT | | 191-000 | 808978 | | | 3901 | 5,895.00- | 54,862.86 |
| 19-06 | | CHEQUE 07609491 | INT | | 191-000 | 808979 | | | 3901 | 8,874.00- | 45,988.86 |
| 19-06 | | CHEQUE 07609493 | INT | | 191-000 | 808980 | | | 3901 | 19,329.00- | 26,659.86 |
| 20-06 | | CHEQUE 07609494 | INT | | 191-000 | 808514 | | | 3901 | 730.00- | 25,929.86 |
| 20 | | PORTES COMPR.PAGO | INT | | 193-000 | 855958 | | | 4937 | 3.50- | 25,926.36 |
| 21-06 | | CHEQUE 07609495 | VEN | AG.CHACARILLA | 194-019 | 000063 | 10:06 | E83367 | 3001 | 559.00- | 25,367.36 |
| 21-06 | | DE W.R.GRACE & CO.CONN | TLC | | 111-008 | 064990 | 11:12 | TLC021 | 2401 | 40,000.00 | 65,367.36 |
| 21-06 | | ADU118100689740100 | BIN | | 111-031 | 105591 | 12:30 | CICSDF | 4706 | 39,760.00- | 25,607.36 |
| 25-06 | | CHEQUE 07609496 | VEN | AG.CHACARILLA | 194-019 | 000077 | 10:09 | E83367 | 3001 | 2,338.78- | 23,268.58 |
| 25-06 | | ENTREGA C/CHEQUES  PUE | INT | | 000-000 | 800173 | | | 2903 | 33,026.78 | 56,295.36 |
| 25-06 | 26-06 | O/B Local   33,026.78 | | | | | | | | | |
| 25-06 | | CHQ.DEP.07609497 BCP | INT | | 000-000 | 805056 | | | 3902 | 18,752.94- | 37,542.42 |
| 25-06 | 24-06 | PORTES AUTOSOBRE | INT | | 193-000 | 834235 | | | 4981 | 3.50- | 37,538.92 |
| 28-06 | | CHEQUE 07609500 | VEN | AG.CHACARILLA | 194-019 | 000011 | 09:30 | E86612 | 3001 | 2,000.00- | 35,538.92 |
| 28-06 | | CHEQUE 07609499 | VEN | AG.CHACARILLA | 194-019 | 000013 | 09:30 | E86612 | 3001 | 817.00- | 34,721.92 |
| 28-06 | | PORTES CREDIBANK | INT | | 111-007 | 828050 | | | 4903 | 2.50- | 34,719.42 |
| 29-06 | | PORTE ESTADO CUENTA | INT | | 193-000 | 835009 | | | 4991 | 3.50- | 34,715.92 |
| 29-06 | | MANTENIMIENTO | INT | | - | | | | 0101 | 17.50- | 34,698.42 |
| 29-06 | | COMIS.PROCESO DE OPER | INT | | - | | | | 0101 | 11.00- | 34,687.42 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES

| TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|
| 1.CARGOS | 8 | | |
| 2.DEPOSITOS EN EFE | 8 | | |
| 3.OPERAC | 8 | 11 | 11.00 |

Post-it® Transmisión por Fax 7671
FECHA/DATE: Aug.13   N° DE PAGINAS/# OF PAGES: 09
PARA/TO: CINDY LEE
DE/FROM: HUMBERTO CARPIO
COMPAÑIA/CO.:
COMPAÑIA/CO.: GRACE PERU

# BANCO DE CREDITO
R.U.C. 20100047218

| ESTADO DE CUENTA CORRIENTE | JUNIO | 2002 | PAGINA | 2 DE 2 |
|---|---|---|---|---|

| | CODIGO DE CUENTA | MONEDA |
|---|---|---|
| | 193-1115122-0-58 | SOLES |

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.146 URB.LA CAM
CHORRILLOS-LIMA  PINA
LIMA-09
    000    88888    (PQF*K3
    5208

EJECUTIVO DE NEGOCIOS: OLIVEROS A. JENNY
OFICINA: SUC MIRAFLORES
TELÉFONO: 4441717  CELULAR
E-MAIL:

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT.* | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL COMISION | | | | | | | |

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 07609482 | 7,000.00 | 07609483 | 149.76 | 07609484 | 68.70 | 07609485 | 2,329.68 |
| 07609486 | 907.40 | 07609487 | 1,624.44 | 07609488 | 647.32 | 07609489 | 309.00 |
| 07609490 | 3,557.00 | 07609491 | 8,874.00 | 07609492 | 5,895.00 | 07609493 | 19,329.00 |
| 07609494 | 730.00 | 07609495 | 559.00 | 07609496 | 2,338.78 | 07609497 | 18,752.94 |
| 07609499 | 817.00 | 07609500 | 2,800.00 | | | | |

(2/9)


**BANCO DE CREDITO**

| ESTADO DE CUENTA CORRIENTE JUNIO 2002 | PAGINA 1 DE 2 |
|---|---|

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.146 URB.LA CAM
CHORRILLOS-LIMA    PINA
LIMA-09
    000    88888    (PQF*K3
    5209

| CODIGO DE CUENTA | MONEDA |
|---|---|
| 193-1125963-1-72 | DOLARES |

EJECUTIVO DE NEGOCIOS: OLIVEROS A. JENNY
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717  CELULAR
E-MAIL

**AVISOS**
IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO. EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.

(*) MED.AT: MEDIO DE ATENCION = VEN: VENTANILLA TLB: TELEBANCO POS: PUNTO DE VENTA CKT: COMUNICATE BIN: BANCA INTERNET TLC: TELECREDITO
INT: INTERNO

### RESUMEN DEL MES

| SALDO CONTABLE AL 01/06/2002 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 30/06/2002 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 188,550.76 | 1,159.00 | 96,159.16 | 16,308.26 | 42,124.06 | 0.00 | 0.00 | 227,436.60 | 165,478.19 |
| A | + | B | + | C | - | D | - | E | + | F | - | G | = | H | |

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT* | LUGAR | SUC-AGE | NUM.OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-06 | | CHQ.DEP.02912561 BCP | INT | | 000-000 | 803689 | | | 3902 | 409.10- | 188,141.66 |
| 03-06 | | CHQ.DEP.02912558 BCP | INT | | 000-000 | 802004 | | | 3902 | 500.00- | 187,641.66 |
| 03-06 | | LETRAS COBRANZA | INT | | 193-000 | 821466 | | | 2912 | 3,875.80 | 191,517.46 |
| 04-06 | 03-06 | PORTES AUTOSOBRE | INT | | 193-000 | 844757 | | | 4981 | 1.00- | 191,516.46 |
| 05-06 | | A 193 1115122 0 IMP.OP.S/. 100,000.00 | TLC | | 111-008 | 004135 | 08:52 | TLC018 | 4404 | 29,197.08- | 162,319.38 |
| 05-06 | | CHEQUE 02912564 | VEN | AG.CHACARILLA | 194-019 | 000211 | 12:24 | E87409 | 3001 | 477.83- | 161,841.55 |
| 05-06 | | LETRAS COBRANZA | INT | | 193-000 | 818428 | | | 2912 | 4,042.28 | 165,883.83 |
| 06-06 | | CHEQUE 02912563 | INT | | 191-000 | 805714 | | | 3901 | 61.02- | 165,822.81 |
| 06-06 | | CHEQUE 02912562 | INT | | 191-000 | 805715 | | | 3901 | 305.43- | 165,517.38 |
| 07-06 | | LETRAS COBRANZA | INT | | 193-000 | 833412 | | | 2912 | 4,976.91 | 170,494.29 |
| 10-06 | | ENTR.EFEC. 000272 | VEN | AG.CHACARILLA | 194-019 | 000272 | 17:02 | E83367 | 1001 | 1,100.00 | 171,594.29 |
| 10-06 | | CHQ.DEP.02912565 BCP | INT | | 000-000 | 802779 | | | 3902 | 394.82- | 171,199.47 |
| 10-06 | | LETRAS COBRANZA | INT | | 193-000 | 818793 | | | 2912 | 369.73 | 171,569.20 |
| 11-06 | | LETRAS COBRANZA | INT | | 193-000 | 835851 | | | 2912 | 1,569.81 | 173,139.01 |
| 12-06 | | CHQ.DEP.02912570 BCP | INT | | 000-000 | 802342 | | | 3902 | 21.00- | 173,118.01 |
| 12-06 | | CHQ.DEP.02912568 BCP | INT | | 000-000 | 802333 | | | 3902 | 30.00- | 173,088.01 |
| 12-06 | | LETRAS COBRANZA | INT | | 193-000 | 819084 | | | 2912 | 738.01 | 173,826.02 |
| 13-06 | | CHEQUE 02912566 | INT | | 191-000 | 811597 | | | 3901 | 1,722.80- | 172,103.22 |
| 13- | | CHQ.DEP.02912571 BCP | INT | | 000-000 | 801155 | | | 3902 | 585.00- | 171,518.22 |
| 13 | | LETRAS COBRANZA | INT | | 193-000 | 817257 | | | 2912 | 856.97 | 172,375.19 |
| 14-06 | | LETRAS COBRANZA | INT | | 193-000 | 819812 | | | 2912 | 5,181.96 | 177,557.15 |
| 17-06 | | NEXTEL 43955 | INT | | 000-000 | | 01:36 | | 4611 | 780.85- | 176,776.30 |
| 17-06 | | CHEQUE 02912572 | VEN | AG.CHACARILLA | 194-019 | 000135 | 15:35 | E83367 | 3001 | 500.00- | 176,276.30 |
| 17-06 | | CHQ.DEP.02912569 BCP | INT | | 000-000 | 804131 | | | 3902 | 380.00- | 175,896.30 |
| 17-06 | | LETRAS COBRANZA | INT | | 193-000 | 817479 | | | 2912 | 1,617.55 | 177,513.85 |
| 18-06 | | LETRAS COBRANZA | INT | | 193-000 | 835655 | | | 2912 | 2,604.70 | 180,118.55 |
| 19-06 | | LETRAS COBRANZA | INT | | 193-000 | 818725 | | | 2912 | 18,034.88 | 198,153.43 |
| 20-06 | | CHEQUE 02912574 | VEN | SUC SAN ISIDRO | 193-000 | 000010 | 14:03 | E67974 | 3001 | 2,185.20- | 195,968.23 |
| 20-06 | | CHQ.DEP.02912573 BCP | INT | | 000-000 | 801209 | | | 3902 | 173.11- | 195,795.12 |
| 21-06 | | CHEQUE 02912575 | VEN | AG.CHACARILLA | 194-019 | 000064 | 10:06 | E83367 | 3001 | 30.00- | 195,765.12 |
| 21-06 | | A 193 1115122 0 IMP.OP.S/. 40,000.00 | TLC | | 111-008 | 064990 | 11:12 | TLC021 | 4404 | 11,560.69- | 184,204.43 |
| 21-06 | | ENTR.EFEC. 000163 | VEN | AG.ARNALDO MARQUE | 193-017 | 000163 | 17:07 | E87446 | 1001 | 59.00 | 184,263.43 |
| 21-06 | | LETRAS COBRANZA | INT | | 193-000 | 821283 | | | 2912 | 1,530.42 | 185,793.85 |
| 24-06 | | LETRAS COBRANZA | INT | | 193-000 | 816476 | | | 2912 | 45,741.26 | 231,535.11 |
| 25-06 | | CHEQUE 02912580 | VEN | AG.PARQUE DE LA P | 193-077 | 000279 | 17:39 | E84884 | 3001 | 2,809.29- | 228,625.82 |
| 25-06 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000076 | | | 2903 | 23.69 | 228,649.51 |
| 25-06 | | Credito      23.69 | | | | | | | | | |
| 25-06 | | CHQ.DEP.02912579 BCP | INT | | 000-000 | 801844 | | | 3902 | 1,025.42- | 227,624.09 |
| 25-06 | | CHQ.DEP.02912581 BCP | INT | | 000-000 | 801978 | | | 3902 | 1,631.97- | 225,992.12 |
| 25-06 | | CHQ.DEP.02912576 BCP | INT | | 000-000 | 802361 | | | 3902 | 2,160.88- | 223,831.24 |
| 25-06 | 24-06 | PORTES AUTOSOBRE | INT | | 193-000 | 838023 | | | 4981 | 1.00- | 223,830.24 |
| 25-06 | | LETRAS COBRANZA | INT | | 193-000 | 856461 | | | 2912 | 1,924.25 | 225,754.49 |
| 26-06 | | CHQ.DEP.02912577 BCP | INT | | 000-000 | 802414 | | | 3902 | 362.10- | 225,392.39 |
| 26-06 | | LETRAS COBRANZA | INT | | 193-000 | 818078 | | | 2912 | 1,017.61 | 226,410.00 |
| 27-06 | | LETRAS COBRANZA | INT | | 193-000 | 817671 | | | 2912 | 1,066.46 | 227,476.46 |
| 28-06 | | TLC-JUN SHL | INT | | 000-000 | | 03:22 | | 4611 | 80.00- | 227,396.46 |
| 28-06 | | DATOS H H00028648 | INT | | 000-000 | | 03:22 | | 4611 | 488.52- | 226,907.94 |
| 28-06 | | CHEQUE 02912582 | VEN | AG.LOS OLIVOS | 191-094 | 000238 | 15:02 | E86708 | 3001 | 443.29- | 226,464.65 |
| 28-06 | | LETRAS COBRANZA | INT | | 193-000 | 821303 | | | 2912 | 986.87 | 227,451.52 |

(3/9)

**BANCO DE CREDITO**

| ESTADO DE CUENTA CORRIENTE | JUNIO 2002 | PAGINA 2 DE 2 |
|---|---|---|
| | CODIGO DE CUENTA | MONEDA |
| | 193-1125963-1-72 | DOLARES |

W.R.GRACE & CO.CONN.
AV.CONSTELACION AUSTRAL N.146 URB.LA CAM
CHORRILLOS-LIMA   PINA
LIMA-09
000    88888    (PQF*K3
5209

EJECUTIVO DE NEGOCIOS: OLIVEROS A. JENNY
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717   CELULAR
E-MAIL:

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO/ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-06 | | PORTE ESTADO CUENTA | INT | | 193-000 | 869584 | | | 4991 | 1.00- | 227,499.52 |
| 29-06 | | MANTENIMIENTO | INT | | | | | | 0101 | 10.00- | 227,489.52 |
| 29-06 | | COMIS.PROCESO DE OPER | INT | | | | | | 0101 | 3.92- | 227,486.60 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1.CARGOS MANUALES | 4001 4002 4003 4004 4005 4006 4012 | 8 | | |
| 2.DEPOSITOS Y RETIROS EN EFECTIVO | 1001 1009 1012 4007 | 8 | | |
| 3.OPERACIONES CON CHEQUES | 1010 1011 2903 3001 3002 3003 3004 3005 3011 3901 3902 | 8 | 14 | 3.92 |
| TOTAL COMISION | | | | 3.92 |

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 02912558 | 500.00 | 02912561 | 409.10 | 02912562 | 305.45 | 02912563 | 62.42 |
| 02912564 | 477.83 | 02912565 | 394.82 | 02912566 | 1,722.80 | 02912568 | 40.06 |
| 02912569 | 380.00 | 02912570 | 21.00 | 02912571 | 585.00 | 02912572 | 389.46 |
| 02912573 | 173.11 | 02912574 | 2,185.20 | 02912575 | 50.00 | 02912576 | 2,168.58 |
| 02912577 | 362.10 | 02912579 | 1,825.42 | 02912580 | 2,909.29 | 02912581 | 1,265.87 |
| 02912582 | 443.29 | | | | | | |

# BankBoston

BankBoston N.A. Sucursal del Peru
RUC. 20331285251

**ESTADO DE CUENTA**

1 de 1

Del 01 JUN 2002 al 28 JUN 2002

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.: 20102001053

Cuenta N° 0015820
Moneda DOLARES
CCI N° 046-001-000000015820-44
Cliente N° 0015787

| FECHA OP. | FECHA VALOR | DESCRIPCIÓN | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 10,000.00 |
| | | SALDO CIERRE | | | 10,000.00 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 10,000.00 | | | | | 10,000.00 | 10,000.00 |

Nro. 1 en Atención y Servicio
según la encuesta anual de Apoyo.
Agradecemos su preferencia.

(5/9)

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



**BankBoston**
BankBoston N.A. Sucursal del Peru
RUC: 20331285261

**ESTADO DE CUENTA**

1 de 1

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS
D.O.I: 20102001053

Del 01 JUN 2002   al 28 JUN 2002

Cuenta N° 0154519
Moneda SOLES
CCI N° 046-001-000000154519-43
Cliente N° 0015787

| FECHA OP | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 30,017.57 |
| 03JUN02 | | COM CASH MGT PORTES | 10.50 | | 30,007.07 |
| 11JUN02 | 13JUN02 | DEP CH O/BCO | | 1,405.69 | 31,412.76 |
| 24 02 | | DEB. VARIOS LUIS PALOMIN | 4,063.03 | | 27,349.73 |
| 24JUN02 | | DEB. VARIOS BRENDA VINCE | 1,698.08 | | 25,651.65 |
| 24JUN02 | | DEB. VARIOS EDUARDO POSA | 6,358.26 | | 19,293.39 |
| 24JUN02 | | DEB. VARIOS GUILLERMO ES | 410.00 | | 18,883.39 |
| 24JUN02 | | DEB. VARIOS GUSTAVO HERR | 1,562.44 | | 17,320.95 |
| 24JUN02 | | DEB. VARIOS HUMBERTO CAR | 5,821.06 | | 11,499.89 |
| 24JUN02 | | DEB. VARIOS IRIS MARTINE | 1,538.39 | | 9,961.50 |
| 24JUN02 | | DEB. VARIOS ENRNESTO CHA | 410.00 | | 9,551.50 |
| 24JUN02 | | DEB. VARIOS ANGEL HERNAN | 410.00 | | 9,141.50 |
| 24JUN02 | | CH DE GEREN DAVID ERNEST | 637.00 | | 8,504.50 |
| 24JUN02 | | CH DE GEREN ENRIQUE LEON | 815.92 | | 7,688.58 |
| 24JUN02 | | CH DE GEREN CARLOS AUGUS | 1,000.00 | | 6,688.58 |
| 24JUN02 | | CH DE GEREN GUSTAVO PACH | 1,257.72 | | 5,430.86 |
| 24JUN02 | | CH DE GEREN CORPORACION | 245.11 | | 5,185.75 |
| | | SALDO CIERRE | | | 5,185.75 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 30,017.57 | 15 | 26,237.51 | 1 | 1,405.69 | 5,185.75 | 24,731.54 |

Nro. 1 en Atención y Servicio
según la encuesta anual de Apoyo.
Agradecemos su preferencia.

(6/9)

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.