

**BankBoston**
BankBoston N.A. Sucursal del Perú
RUC: 20331285251

**ESTADO DE CUENTA**      1 de 3

Del  01 JUN 2002   al   28 JUN 2002

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS
D.O.I.: 20102001053

Cuenta N°   0154424
Moneda      DOLARES
CCI N°      046-001-000000154424-46
Cliente N°  0015787

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
|  |  | SALDO APERTURA |  |  | 531,950.80 |
| 03JUN02 |  | COM.COB/DESC PAG CH 30/05 | 129.97 |  | 531,820.83 |
| 03JUN02 |  | COB LETRA/FA PAG CH 30/05 |  | 16,329.63 | 548,150.46 |
| 03JUN02 |  | COM.COB/DESC PAG EF 03/06 | 35.69 |  | 548,114.77 |
| 03JUN02 |  | COB LETRA/FA PAG EF 03/06 |  | 10.09 | 548,124.86 |
| 03JUN02 |  | COM CASH MGT BOSTON MAIL | 20.00 |  | 548,104.86 |
| 03JUN02 |  | COM CASH MGT COM.MPAY | 52.00 |  | 548,052.86 |
| 04JUN02 |  | COM.COB/DESC PAG CH 31/05 | 10.00 |  | 548,042.86 |
| 04JUN02 |  | COB LETRA/FA PAG CH 31/05 |  | 652.88 | 548,695.74 |
| 04JUN02 | 03JUN02 | COM CASH MGT PORTES | 18.00 |  | 548,677.74 |
| 04JUN02 | 06JUN02 | DEP CH O/BCO |  | 660.80 | 549,338.54 |
| 05JUN02 |  | COM.COB/DESC PAG CH 03/06 | 75.50 |  | 549,263.04 |
| 05JUN02 |  | COB LETRA/FA PAG CH 03/06 |  | 3,416.32 | 552,679.36 |
| 05JUN02 |  | COM.COB/DESC PAG EF 05/06 | 35.69 |  | 552,643.67 |
| 05JUN02 |  | COB LETRA/FA PAG EF 05/06 |  | 8.06 | 552,651.73 |
| 07JUN02 |  | COM.COB/DESC PAG CH 04/06 | 34.08 |  | 552,617.65 |
| 07JUN02 |  | COB LETRA/FA PAG CH 04/06 |  | 1,559.39 | 554,177.04 |
| 07JUN02 | 11JUN02 | DEP CH O/BCO |  | 498.55 | 554,675.59 |
| 07JUN02 |  | TRANS EXTER COMI..003511 | 35.00 |  | 554,640.59 |
| 07JUN02 |  | TRAN EXTER OP....003511 |  | 16,958.25 | 571,598.84 |
| 10JUN02 |  | COM.COB/DESC PAG CH 05/06 | 21.26 |  | 571,577.58 |
| 10JUN02 |  | COM.COB/DESC PAG CH 05/06 | 43.70 |  | 571,533.88 |
| 10JUN02 |  | COB LETRA/FA PAG CH 05/06 |  | 3,257.22 | 574,791.10 |
| 10JUN02 |  | COB LETRA/FA PAG CH 05/06 |  | 1,885.33 | 576,676.43 |
| 10JUN02 |  | COM.COB/DESC PAG EF 10/06 | 32.37 |  | 576,644.06 |
| 10JUN02 |  | COB LETRA/FA PAG EF 10/06 |  | 381.92 | 577,025.98 |
| 11JUN02 |  | COM.COB/DESC PAG CH 07/06 | 97.71 |  | 576,928.27 |
| 11JUN02 |  | COB LETRA/FA PAG CH 07/06 |  | 16,764.88 | 593,693.15 |
| 12JUN02 |  | COM.COB/DESC PAG CH 10/06 | 35.95 |  | 593,657.20 |
| 12JUN02 |  | COB LETRA/FA PAG CH 10/06 |  | 1,686.95 | 595,344.15 |
| 13JUN02 |  | COM.COB/DESC PAG CH 11/06 | 38.14 |  | 595,306.01 |
| 13JUN02 |  | COB LETRA/FA PAG CH 11/06 |  | 1,545.28 | 596,851.29 |
| 14JUN02 | 18JUN02 | DEP CH O/BCO |  | 18,600.00 | 615,451.29 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 531,950.80 |  |  |  |  |  |  |

Nro. 1 en Atención y Servicio
según la encuesta anual de Apoyo.
Agradecemos su preferencia.

(7/9)

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

# BankBoston

BankBoston N.A. Sucursal del Perú
RUC: 20331285251

**ESTADO DE CUENTA**

2 de 3

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS
D.O.I.: 20102001053

Del 01 JUN 2002 al 28 JUN 2002

Cuenta N° 0154424
Moneda DOLARES
CCI N° 046-001-000000154424-46
Cliente N° 0015787

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 14JUN02 | | COM.COB/DESC PAG EF 14/06 | 87.00 | | 615,364.29 |
| 14JUN02 | | COB LETRA/FA PAG EF 14/06 | | 2,380.60 | 617,744.89 |
| 17JUN02 | | COM.COB/DESC PAG CH 13/06 | 70.59 | | 617,674.30 |
| 17JUN02 | | COB LETRA/FA PAG CH 13/06 | | 3,048.59 | 620,722.89 |
| 18JUN02 | | COM.COB/DESC PAG CH 14/06 | 135.59 | | 620,587.30 |
| 18JUN02 | | COB LETRA/FA PAG CH 14/06 | | 24,349.49 | 644,936.79 |
| 19JUN02 | | COM.COB/DESC PAG CH 17/06 | 13.70 | | 644,923.09 |
| 19JUN02 | | COB LETRA/FA PAG CH 17/06 | | 556.28 | 645,479.37 |
| 20JUN02 | | COM.COB/DESC PAG CH 18/06 | 13.19 | | 645,466.18 |
| 20JUN02 | | COB LETRA/FA PAG CH 18/06 | | 534.60 | 646,000.78 |
| 21JUN02 | | COM.COB/DESC PAG CH 19/06 | 43.32 | | 646,957.46 |
| 21JUN02 | | COB LETRA/FA PAG CH 19/06 | | 1,938.76 | 647,896.22 |
| 21JUN02 | | COM.COB/DESC PAG EF 21/06 | 41.62 | | 647,854.60 |
| 21JUN02 | | COB LETRA/FA PAG EF 21/06 | | 524.87 | 648,379.47 |
| 24JUN02 | | COM.COB/DESC PAG CH 20/06 | 80.01 | | 648,299.46 |
| 24JUN02 | | COB LETRA/FA PAG CH 20/06 | | 15,937.55 | 664,237.01 |
| 24JUN02 | | CH DE GEREN  RUBEN ROJAS | 624.80 | | 663,612.21 |
| 24JUN02 | | CH DE GEREN  TELECOMUNICA | 70.80 | | 663,541.41 |
| 24JUN02 | | CH DE GEREN  DHL INTERNAT | 37.26 | | 663,504.15 |
| 24JUN02 | | CH DE GEREN  FORMATOS TEC | 506.90 | | 662,997.25 |
| 24JUN02 | | CH DE GEREN  CLINITOURS S | 533.36 | | 662,463.89 |
| 24JUN02 | | CH DE GEREN  ADVISE  CON | 388.22 | | 662,075.67 |
| 24JUN02 | | COM.COB/DESC PAG EF 24/06 | 48.06 | | 662,027.61 |
| 24JUN02 | | COB LETRA/FA PAG EF 24/06 | | 669.04 | 662,696.65 |
| 25JUN02 | | COM.COB/DESC PAG CH 21/06 | 23.70 | | 662,672.95 |
| 25JUN02 | | COB LETRA/FA PAG CH 21/06 | | 1,051.75 | 663,724.70 |
| 25JUN02 | | VENTA DE ME  EUR T/C 0.99 | 121,241.05 | | 542,483.65 |
| 25JUN02 | 27JUN02 | DEP CH O/BCO | | 147.50 | 542,631.15 |
| 25JUN02 | | PAG PRES/DOC   2504642 I | 104.27 | | 542,526.88 |
| 25JUN02 | | PAG PRES/DOC   2504642 I | 659.24 | | 541,867.64 |
| 26JUN02 | | COM.COB/DESC PAG CH 24/06 | 180.47 | | 541,687.17 |
| 26JUN02 | | COB LETRA/FA PAG CH 24/06 | | 15,344.88 | 557,032.05 |
| 27JUN02 | | COM.COB/DESC PAG CH 25/06 | 10.00 | | 557,022.05 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 531,950.80 | | | | | | |

Nro. 1 en Atención y Servicio
según la encuesta anual de Apoyo.
Agradecemos su preferencia.

(8/9)

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.



## BankBoston

BankBoston N.A Sucursal del Perú
RUC 20331285251

**ESTADO DE CUENTA**

3 de 3

Del  01 JUN 2002  al  28 JUN 2002

W.R. GRACE & CO. - CONN
AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA
CHORRILLOS
D.O.I.: 20102001053

Cuenta N°   0154424
Moneda      DOLARES
CCI N°      046-001-000000154424-46
Cliente N°  0015787

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 27JUN02 | | COB LETRA/FA PAG CH 25/06 | | 677.10 | 557,699.15 |
| 27JUN02 | | COM.COB/DESC PAG EF 27/06 | 10.00 | | 557,689.15 |
| 27JUN02 | | COB LETRA/FA PAG EF 27/06 | | 157.82 | 557,846.97 |
| 28JUN02 | | COM.COB/DESC PAG CH 26/06 | 54.66 | | 557,792.31 |
| 28JUN02 | | COB LETRA/FA PAG CH 26/06 | | 3,086.41 | 560,878.72 |
| | | SALDO CIERRE | | | 560,878.72 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 531,950.80 | 39 | 125,692.87 | 31 | 154,620.79 | 560,878.72 | 587,005.69 |

Nro. 1 en Atención y Servicio
según la encuesta anual de Apoyo.
Agradecemos su preferencia.

(9/9)

**Importante:**
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

FIRST NATIONAL BANK OF MONTANA
504 MINERAL AVENUE
LIBBY, MONTANA  59923

PHONE: 406-293-0280

**First National Bank** of Montana
CUSTOMER SERVICE CENTER
1-800-824-2692
www.fnbmontana.com

30-2
0
0

KOOTENAI DEVELOPMENT COMPANY
PO BOX 695
LIBBY MT  59923-1055

Business Checking
ACCOUNT:

ACCOUNT STATEMENT
1049097
06/01/02 through 06/28/02
DOCUMENT COUNT

Privacy Notice on Reverse of Statement

OUR TOLL FREE CUSTOMER SERVICE CENTER NUMBER 1-800-824-2692

```
================================================================
                    Business Checking ACCOUNT 1049097
================================================================
    DESCRIPTION                 DEBITS      CREDITS     DATE        BALANCE

BALANCE LAST STATEMENT  ..........................    05/31/02     29,161.67
BALANCE THIS STATEMENT  ..........................    06/28/02     29,161.67

TOTAL CREDITS       (0)         .00   MINIMUM BALANCE             29,161.67
TOTAL DEBITS        (0)         .00   AVG AVAILABLE BALANCE       29,161.67
TAX ID NUMBER             81-0495013   AVERAGE BALANCE            29,161.67
================================================================
                        CERTIFICATES OF DEPOSIT
================================================================
CERTIFICATE  INTEREST  MATURITY  NEXT INT   NEXT INT    INTEREST   CURRENT
  NUMBER      RATE      DATE      DATE      AMOUNT    PAID 2002    BALANCE

   115386    4.3000   11/22/02  08/21/02B    271.76       .00      6,319.95

*TOTAL*      4.3000                                       .00      6,319.95
```

(B) INTEREST WILL BE PAID BY COMPOUNDING

# JPMorganChase

## Statement of Account

In US Dollars

REMEDIUM GROUP INC
ATTN: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 323-883842
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-22
Statement No: 006

Page 1 of 1

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 2,289,582.25 |
| Total Debits (incl. checks) | 2 | 2,289,582.25 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (01 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|---|
| 24JUN | | | | | US1 DEP REF # 650 | 1,905.05 | UN-ENCODED DEPOSIT DEPOSIT REFERENCE NUMBER 000000650 |
| 25JUN | | | | | USD YOUR: TEBC OF 02/06/25 OUR: 1115600176JB | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: GIHI 2002Q3 INTEREST TO REMEDI UM |

### DEBITS

| Ledger Date | | | | | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|---|
| 24JUN | | | | | USD OUR: 0012270114XF | 1,905.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 |
| 25JUN | | | | | USD YOUR: SEE WIRE OUR: 1224700176JB | 2,287,677.20 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: MOVEMENT FROM REMEDIUM TO GRAC E DE (GIHI INTEREST PYMNT TO REMEDI UM) |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 24JUN | 0.00 |
| 25JUN | 0.00 |

### CHECKS

*No Activity*

---

FT CODE:
USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorganChase

## Statement Account

In US Dollars

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

Account No: 601-831985
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-12
Statement No: 006   131
Page 1 of 3

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 16 | 245,580.24 |
| Total Debits (incl. checks) | 47 | 245,580.24 |
| Total Checks Paid | 47 | 245,580.24 |

### BALANCES

| Opening (01 JUN 2002) | | Closing (28 JUN 2002) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Val Date | F/T | Reference | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|
| 01JUN | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 03JUN | | USD | OUR: 020603I985WC | 23,343.03 | | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE PACKAGE LISTING |
| 03JUN | | | | **** Balance **** | 23,343.03 | CLOSING LEDGER BALANCE |
| 03JUN | | USD | OUR: 0311001036PP | | .00 | CDS FUNDING |
| 04JUN | | USD | OUR: 020604I985WC | 10,188.52 | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE PACKAGE LISTING |
| 04JUN | | | | **** Balance **** | 10,188.52 | CLOSING LEDGER BALANCE |
| 04JUN | | USD | OUR: 0411000989PP | | .00 | CDS FUNDING |
| 05JUN | | USD | OUR: 020605I985WC | 150.00 | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE PACKAGE LISTING |
| 05JUN | | | | **** Balance **** | 150.00 | CLOSING LEDGER BALANCE |
| 05JUN | | USD | OUR: 0511000989PP | | .00 | CDS FUNDING |
| 07JUN | | USD | OUR: 020607I985WC | 51.00 | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE PACKAGE LISTING |
| 07JUN | | | | **** Balance **** | 51.00 | CLOSING LEDGER BALANCE |
| 07JUN | | USD | OUR: 0711000975PP | | .00 | CDS FUNDING |
| 10JUN | | USD | OUR: 020610I985WC | 190.00 | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE PACKAGE LISTING |
| 10JUN | | | | **** Balance **** | 190.00 | CLOSING LEDGER BALANCE |
| 10JUN | | USD | OUR: 1011001011PP | | .00 | |

FT CODE:
USD - SAME DAY FUNDS         US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS         US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

# JPMorganChase Statement Account

In US Dollars

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

Account No: 601-831985
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-12
Statement No: 006    131
Page 2 of 3

| Ledger Date | Value Date | Reference | Debit | Credit Balance | Description |
|---|---|---|---|---|---|
| 11JUN | | USD OUR: 0206111985WC | | 45,791.67 | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 11JUN | | | 45,791.67 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 11JUN | | USD OUR: 1111001007PP | | 1,648.33 | CDS FUNDING |
| 12JUN | | USD OUR: 0206121985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 12JUN | | | 1,648.33 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 12JUN | | USD OUR: 1211000979PP | | 97,134.05 | CDS FUNDING |
| 13JUN | | USD OUR: 0206131985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 13JUN | | | 97,134.05 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 13JUN | | USD OUR: 1311000991PP | | 4,143.80 | CDS FUNDING |
| 14JUN | | USD OUR: 0206141985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 14JUN | | | 4,143.80 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 14JUN | | USD OUR: 1411000979PP | | 9,014.91 | CDS FUNDING |
| 17JUN | | USD OUR: 0206171985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 17JUN | | | 9,014.91 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 17JUN | | USD OUR: 1711001015PP | | 3,375.52 | CDS FUNDING |
| 18JUN | | USD OUR: 0206181985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 18JUN | | | 3,375.52 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 18JUN | | USD OUR: 1811000977PP | | 271.69 | CDS FUNDING |
| 19JUN | | USD OUR: 0206191985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 19JUN | | | 271.69 **** Balance **** | | PACKAGE LISTING CLOSING LEDGER BALANCE |
| 19JUN | | USD OUR: 1911001002PP | | 5,788.40 | CDS FUNDING |
| 20JUN | | USD OUR: 0206201985WC | | | MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |

1822* 4/02

**JPMorganChase**

Statement Account

In US Dollars

Account No: 601-831985
Statement Start Date: 01 JUN 2002
Statement End Date: 28 JUN 2002
Statement Code: 000-USA-12
Statement No: 006    131
Page 3 of 3

REMEDIUM GROUP INC
W R GRACE & CO
MARY BOUCHARD
62 WHITMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Value Date | Reference | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|
| 20JUN | | USD OUR: 2011001003PP | 5,788.40 | | PACKAGE LISTING |
| 20JUN | | | **** Balance **** | | CLOSING LEDGER BALANCE |
| 21JUN | | USD OUR: 0206211985WC | | 1,712.00 | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 21JUN | | USD OUR: 2111000963PP | 1,712.00 | | PACKAGE LISTING |
| 21JUN | | | **** Balance **** | | CLOSING LEDGER BALANCE |
| 27JUN | | USD OUR: 0206271985WC | | 13,552.52 | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 27JUN | | USD OUR: 2711000966PP | 13,552.52 | | PACKAGE LISTING |
| 27JUN | | | **** Balance **** | | CLOSING LEDGER BALANCE |
| 28JUN | | USD OUR: 0206281985WC | | 29,224.80 | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED FROM YOUR CMBNY ACCOUNT PER STANDING INSTRUCTIONS ON FILE |
| 28JUN | | USD OUR: 2811000934PP | 29,224.80 | | PACKAGE LISTING |
| 28JUN | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

11822 4/02



```
DAREX PR              0/300153/011      AS OF: 27 JUN 02    PAGE   1 OF   4
                            4704
         DAREX PUERTO RICO INC
         C/O W.R. GRACE & CO.
         ATTN: PAUL MILLIKEN
         62 WHITTEMORE AVE
         CAMBRIDGE, MA              02140

                                                    REGULAR STATEMENT        405493
```

## SUMMARY OF BALANCE - CITIBANK PUERTO RICO

| | | | |
|---|---|---|---|
| **OPENING BALANCE AS OF 25 MAY 02** | | | **3,955,274.13** |
| 66 | DEBITS | | 2,088,785.92 |
| | 60 | CHECKS | 214,083.60 |
| | 6 | NON-CHECKS | 1,874,702.32 |
| 15 | CREDITS | | 331,670.99 |
| | 14 | DEPOSITS | 330,850.99 |
| | 1 | NON-DEPOSITS | 820.00 |
| **CLOSING LEDGER AS OF 27 JUN 02** | | | **2,198,159.20** |

*Handwritten margin:*
214,083.60
(11,455.40)
———————
202,628.20

## DEPOSIT LIST

| DEPOSIT-NO | DATE | AMOUNT | DEPOSIT-NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 05/28 | 9,607.99 | | 05/30 | 4,262.21 |
| | 06/03 | 550.00 | | 06/03 | 16,648.48 |
| | 06/05 | 9,654.74 | | 06/05 | 55,901.45 |
| | 06/12 | 112.50 | | 06/12 | 225.00 |
| | 06/12 | 7,734.06 | | 06/13 | 124,706.28 |
| | 06/17 | 34,876.82 | | 06/18 | 6,493.58 |
| | 06/20 | 21,846.48 | | 06/21 | 38,231.40 |

*Handwritten:* 6/20 adjustment #820.00 = 22,666.48 ✓

## CHECK LIST

| SERIAL-NUM | DATE | AMOUNT | SERIAL-NUM | DATE | AMOUNT |
|---|---|---|---|---|---|
| 15621 | 06/14 | 1,549.72 | 15623 | 05/28 | 197.60 |
| 15626 | 05/31 | 59,221.63 | 15629 | 05/29 | 1,422.47 |
| 15632 | 06/14 | 682.39 | 15636 | 06/04 | 202.08 |
| 15639 | 05/28 | 84.00 | 15644 | 06/05 | 50.00 |
| 15650 | 05/30 | 15,156.00 | 15651 | 06/07 | 3,623.73 |
| 15652 | 05/31 | 16,193.03 | 15653 | 06/05 | 648.00 |



DAREX PR                    0/300153/011        AS OF: 27 JUN 02    PAGE  2 OF  4

# C H E C K   L I S T

| SERIAL-NUM | DATE | AMOUNT | SERIAL-NUM | DATE | AMOUNT |
|---|---|---|---|---|---|
| 15654 | 06/07 | 2,308.57 | 15655 | 06/10 | 125.00 |
| 15656 | 06/10 | 4,750.00 | 15657 | 05/31 | 52.70 |
| 15658 | 06/10 | 3,000.00 | 15659 | 05/29 | 14,454.00 |
| 15660 | 06/06 | 51.75 | 15661 | 06/07 | 8,593.21 |
| 15662 | 06/05 | 300.00 | 15663 | 06/04 | 1,456.00 |
| 15667 | 06/07 | 373.68 | 15671 | 06/14 | 25.26 |
| 15672 | 06/14 | 648.00 | 15674 | 06/17 | 534.63 |
| 15675 | 06/17 | 946.85 | 15677 | 06/19 | 200.00 |
| 15678 | 06/18 | 3,000.00 | 15679 | 06/12 | 168.43 |
| 15680 | 06/14 | 51.75 | 15682 | 06/14 | 68.00 |
| 15683 | 06/19 | 95.58 | 15684 | 06/20 | 84.00 |
| 15685 | 06/19 | 53.32 | 15686 | 06/17 | 770.00 |
| 15687 | 06/27 | 100.00 | 15688 | 06/17 | 300.00 |
| 15689 | 06/13 | 6,026.40 | 15690 | 06/18 | 650.00 |
| 15691 | 06/25 | 40.00 | 15695 | 06/25 | 16,418.22 |
| 15697 | 06/27 | 3,730.47 | 15698 | 06/25 | 16,193.03 |
| 15705 | 06/26 | 200.00 | 15707 | 06/26 | 380.30 |
| 15708 | 06/26 | 11,292.00 | 15710 | 06/27 | 70.00 |
| 15711 | 06/26 | 60.00 | 15714 | 06/26 | 6,026.40 |
| 101240 | 05/28 | 867.96 | 101241 | 06/04 | 1,753.19 |
| 101242 | 05/29 | 1,033.87 | 101243 | 05/30 | 1,119.26 |
| 101244 | 06/17 | 1,054.76 | 101245 | 06/14 | 867.96 |
| 101246 | 06/18 | 1,753.20 | 101247 | 06/19 | 1,119.26 |
| 101248 | 06/27 | 987.50 | 101249 | 06/26 | 898.44 |

# D E S C R I P T I V E   I T E M S

| DATE | TRANSACTION DESCRIPTION | SERIAL-NO | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 05/25 | OPENING BALANCE | | | | 3,955,274.13 |
| 05/28 | TOTAL CHECKS PAID | | 1,149.56 | | |
| 05/28 | TOTAL DEPOSITS | | | 9,607.99 | 3,963,732.56 |
| 05/29 | TOTAL CHECKS PAID | | 16,910.34 | | 3,946,822.22 |
| 05/30 | TOTAL CHECKS PAID | | 16,275.26 | | |
| 05/30 | TOTAL DEPOSITS | | | 4,262.21 | 3,934,809.17 |
| 05/31 | TOTAL CHECKS PAID | | 75,467.36 | | 3,859,341.81 |
| 06/03 | TOTAL DEPOSITS | | | 17,198.48 | 3,876,540.29 |
| 06/04 | TOTAL CHECKS PAID | | 3,411.27 | | 3,873,129.02 |
| 06/05 | CHARGE BACK ITEM NOT RE-DEPOSITED | | 6,776.64 | | |
| | INSUFFICIENT FUNDS | | | | |
| | ACTION: DEBIT | | | | |
| | CHECK NO:    1988  00 | | | | |
| | BANK: B.SANTANDE | | | | |
| | RETURNED TIMES: 1 | | | | |
| 06/05 | TOTAL CHECKS PAID | | 998.00 | | |



```
DAREX PR                    0/300153/011        AS OF: 27 JUN 02      PAGE   3 OF   4
```

## D E S C R I P T I V E   I T E M S

| DATE | TRANSACTION DESCRIPTION | SERIAL-NO | DEBITS | CREDITS | BALANCE |
|------|-------------------------|-----------|--------|---------|---------|
| 06/05 | TOTAL DEPOSITS | | | 65,556.19 | 3,930,910.57 |
| 06/06 | CHARGE BACK ITEM NOT RE-DEPOSITED | | 275.00 | | |
| | INSUFFICIENT FUNDS | | | | |
| | ACTION: DEBIT | | | | |
| | CHECK NO:    553  00 | | | | |
| | BANK: ORIENTAL F | | | | |
| | RETURNED TIMES: 1 | | | | |
| 06/06 | TOTAL CHECKS PAID | | 51.75 | | 3,930,583.82 |
| 06/07 | CHARGE BACK ITEM NOT RE-DEPOSITED | | 3,127.80 | | |
| | INSUFFICIENT FUNDS | | | | |
| | ACTION: DEBIT | | | | |
| | CHECK NO:   1253  00 | | | | |
| | BANK: B.POPULAR | | | | |
| | RETURNED TIMES: 1 | | | | |
| 06/07 | TOTAL CHECKS PAID | | 14,899.19 | | 3,912,556.83 |
| 06/10 | TOTAL CHECKS PAID | | 7,875.00 | | 3,904,681.83 |
| 06/11 | NAME:  BNF CTS | | 1,736.66 | | |
| | ENTRY DESC: PR TAXES | | | | |
| | INDIVIDUAL ID: C3953-00 543757 | | | | 3,902,945.17 |
| 06/12 | TOTAL CHECKS PAID | | 168.43 | | |
| 06/12 | TOTAL DEPOSITS | | | 8,071.56 | 3,910,848.30 |
| 06/13 | TOTAL CHECKS PAID | | 6,026.40 | | |
| 06/13 | TOTAL DEPOSITS | | | 124,706.28 | 4,029,528.18 |
| 06/14 | OUTGOING FUNDS TRANSFER DR | | 1,861,075.26 | | |
| | REF 3021655515 IN FAVOR | | | | |
| | W.R GRACE CO CONN DAREX | | | | |
| | ACCOUNT | | | | |
| | //FW071000039 | | | | |
| | BKAM IL CGO | | | | |
| | TRANSFER FOR OUTSTANDING TRADE INVOICE | | | | |
| 06/14 | TOTAL CHECKS PAID | | 3,893.08 | | 2,164,559.84 |
| 06/17 | TOTAL CHECKS PAID | | 3,606.24 | | |
| 06/17 | TOTAL DEPOSITS | | | 34,876.82 | 2,195,830.42 |
| 06/18 | TOTAL CHECKS PAID | | 5,403.20 | | |
| 06/18 | TOTAL DEPOSITS | | | 6,493.58 | 2,196,920.80 |
| 06/19 | TOTAL CHECKS PAID | | 1,468.16 | | 2,195,452.64 |
| 06/20 | DEPOSIT ADJUSTMENT CR | | | 820.00 | |
| | CR RE: CHECK FOR    820.00 RECEIVED NOT LISTED IN  DEPOSIT.REF# | | | | |
| | , DATED 20020620 FOR   21,846.48 | | | | |
| 06/20 | TOTAL CHECKS PAID | | 84.00 | | |
| 06/20 | TOTAL DEPOSITS | | | 21,846.48 | 2,218,035.12 |
| 06/21 | TOTAL DEPOSITS | | | 38,231.40 | 2,256,266.52 |

*see page 1* (handwritten note)

**CITIBANK®**

```
DAREX PR                    0/300153/011        AS OF: 27 JUN 02      PAGE   4 OF   4
```

## D E S C R I P T I V E   I T E M S

| DATE | TRANSACTION DESCRIPTION | SERIAL-NO | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 06/25 | NAME: BNF CTS | | 1,710.96 | ✓✓ | |
| | ENTRY DESC: PR TAXES | | | | |
| | INDIVIDUAL ID: C3953-00 597684 | | | | |
| 06/25 | TOTAL CHECKS PAID | | 32,651.25 | | 2,221,904.31 |
| 06/26 | TOTAL CHECKS PAID | | 18,857.14 | | 2,203,047.17 |
| 06/27 | TOTAL CHECKS PAID | | 4,887.97 | | 2,198,159.20 |
| 06/27 | CLOSING BALANCE | | | | 2,198,159.20 |

ANY ERROR OR OMISSION ON THIS STATEMENT MUST BE NOTIFIED IN WRITING TO THE ATTENTION OF THE CONTROL DIVISION WITHIN THIRTY (30) DAYS FROM MAILING DATE. FAILURE TO DO SO WILL SIGNIFY THAT THE STATEMENT IS CORRECT.

*[handwritten]* Taxes = 3,447.06 ✓

# Federal Income Tax Returns

| Form **1065** | Department of the Treasury Internal Revenue Service<br>**U.S. Return of Partnership Income** | **2001** | | |
|---|---|---|---|---|
| | ▶ See separate instructions. | | IRS use only — Do not write or staple in this space. | |

For calendar year 2001, or tax year beginning _____ , 2001, and ending _____ , 20 ___ .   OMB No.1545-0099

| A Principal Business Activity | Use the IRS label. Otherwise, print or type. | Name of Partnership<br>Axial Basin Ranch Company | D Employer Identification Number<br>84-1188107 |
|---|---|---|---|
| Real Estate | | Number, Street, and Room or Suite Number. If a P.O. Box, See Instructions.<br>5400 Broken Sound Blvd. NW, Suite 300 | E Date Business Started<br>10/19/91 |
| B Principal Product or Service<br>Holding | | City or Town                        State  ZIP Code<br>Boca Raton                      FL  33487 | F Total Assets (see instrs)<br>$ 2,436,114. |
| C Business Code Number<br>6748 | | | |

G Check applicable boxes: (1) ☐ Initial return (2) ☒ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............ ▶  2

Caution: *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

### INCOME

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | 6 |
| 7 | Other income (loss) (attach schedule) | | 7 |
| 8 | Total income (loss). Combine lines 3 through 7 | | 8 |

### DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 |
| 10 | Guaranteed payments to partners | | 10 |
| 11 | Repairs and maintenance | | 11 |
| 12 | Bad debts | | 12 |
| 13 | Rent | | 13 |
| 14 | Taxes and licenses | | 14 |
| 15 | Interest | | 15 |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 |
| 18 | Retirement plans, etc | | 18 |
| 19 | Employee benefit programs | | 19 |
| 20 | Other deductions (attach schedule) | | 20 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | | 22 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ *Elyse Napt Fila*   Signature of General Partner or Limited Liability Company Member   ▶ 7/12/02  Date

May the IRS discuss this return with the preparer shown below (see instrs)?  ☐ Yes  ☐ No

**Paid Preparer's Use Only**
| Preparer's Signature | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's Name (or yours if self-employed), Address, and ZIP Code ▶ | Self Prepared | | EIN ▶ | |
| | | | Phone No. | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   PTPA0112  12/03/01   Form 1065 (2001)