Schedule K-1 (Form 1065) 2001  Coalgrace, Inc.    22-2192450    Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments & tax preference items (attach sch) | 16e | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive | 17d(1) | |
| | (2) Listed categories (attach schedule) | 17d(2) | |
| | (3) General limitation | 17d(3) | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense | 17e(1) | |
| | (2) Other | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive | 17f(1) | |
| | (2) Listed categories (attach schedule) | 17f(2) | |
| | (3) General limitation | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures: a Type ▶ | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | |
| | 19 Tax-exempt interest income | 19 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 633,922. |
| | 23 Distributions of property other than money | 23 | |
| | 24 Recapture of low-income housing credit: | | |
| | a From Section 42(j)(5) partnerships | 24a | Form 8611, line 8 |
| | b Other than on line 24a | 24b | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

Item J (c) - Capital account adjustments:

**Supplemental Information**

PTPA0312   01/01/02    Schedule K-1 (Form 1065) 2001

| Schedule K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, Etc | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2001 or tax year beginning , 2001, and ending , 20 | **2001** |

| Partner's identifying number ► 58-1969355 | Partnership's identifying number ► 84-1188108 |
|---|---|
| Partner's Name, Address, and ZIP Code<br>Coalgrace II, Inc.<br>5400 Broken Sound Blvd. NW, #300<br>Boca Raton,, FL 33487 | Partnership's Name, Address, and ZIP Code<br>H-G Coal Company<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton,, FL 33487 |

A This partner is a [X] general partner  [ ] limited partner
  [ ] limited liability company member
B What type of entity is this partner? ... ► Corporation
C Is this partner a [X] domestic or a [ ] foreign partner?
D Enter partner's % of:  (i) Before change or termination  (ii) End of year
  Profit sharing ..... 50.00000 %   0.00000 %
  Loss sharing ..... 50.00000 %   0.00000 %
  Ownership of capital .. 50.00000 %   0.00000 %
E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities:
  Nonrecourse ............................. $ _____
  Qualified nonrecourse financing ......... $ _____
  Other ................................... $ _____
G Tax shelter registration number ► _____
H Check here if this partnership is a publicly traded partnership as defined in Section 469(k)(2) ............ [ ]
I Check applicable boxes:  (1) [X] Final K-1  (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -291,708. | | 0. | -291,708. | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities .......... | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities ............... | 2 | | |
| | 3 Net income (loss) from other rental activities ..................... | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest ........................................................ | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends ............................................. | 4b | | Schedule B, Part II, line 5 |
| | c Royalties ...................................................... | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) ............................. | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) ........................... | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) ......................................... | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain ........................................ | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) ................ | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner .................................. | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) ...................................................... | 6 | | |
| | 7 Other income (loss) (attach schedule) ............................ | 7 | | Enter on applicable ln of your return |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) ...... | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction .................................... | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) ......... | 10 | | |
| | 11 Other deductions (attach schedule) ............................... | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships ........................ | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) ................................. | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities ............................................. | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities ....................... | 12c | | |
| | d Credits related to other rental activities ..................... | 12d | | |
| | 13 Other credits .................................................... | 13 | | |

BAA For Paperwork Reduction Act Notice, see instructions for Form 1065.                Schedule K-1 (Form 1065) 2001

Schedule K-1 (Form 1065) 2001  Coalgrace II, Inc.    58-1969355    Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments & tax preference items (attach sch) | 16e | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive | 17d(1) | |
| | (2) Listed categories (attach schedule) | 17d(2) | |
| | (3) General limitation | 17d(3) | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense | 17e(1) | |
| | (2) Other | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive | 17f(1) | |
| | (2) Listed categories (attach schedule) | 17f(2) | |
| | (3) General limitation | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures: a Type ▶ _____ | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | |
| | 19 Tax-exempt interest income | 19 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | -291,708. |
| | 23 Distributions of property other than money | 23 | |
| | 24 Recapture of low-income housing credit: | | |
| | a From Section 42(j)(5) partnerships | 24a | Form 8611, line 8 |
| | b Other than on line 24a | 24b | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

**Supplemental Information**

Item J (c) - Capital account adjustments:

# Form 1065 — U.S. Return of Partnership Income (2001)

Department of the Treasury — Internal Revenue Service
For calendar year 2001, or tax year beginning _____, and ending _____
► See separate instructions.
OMB No. 1545-0099

- **A** Principal business activity: Rental
- **B** Principal product or service: Real Estate
- **C** Business code number: 531120
- **Name of partnership:** MCC Group - Northglenn, Ltd.
- **Number, street, and room or suite no.:** 5400 Broken Sound Blvd. NW, Suite 300
- **City or town:** Boca Raton,    **State:** FL    **ZIP code:** 33487
- **D** Employer identification number: 75-1850181
- **E** Date business started: 7/14/1982
- **F** Total assets: $9,509

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►
**I** Number of Schedules K-1: ► 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 0 |
| 1b | Less returns and allowances | 0 |
| 1c | | 0 |
| 2 | Cost of goods sold (Schedule A, line 8) | 0 |
| 3 | Gross profit. Subtract line 2 from line 1c | 0 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | 0 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 0 |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | 0 |
| 7 | Other income (loss) (attach schedule) | 0 |
| 8 | Total income (loss). Combine lines 3 through 7 | 0 |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 0 |
| 10 | Guaranteed payments to partners | 0 |
| 11 | Repairs and maintenance | 0 |
| 12 | Bad debts | 0 |
| 13 | Rent | 0 |
| 14 | Taxes and licenses | 0 |
| 15 | Interest | 0 |
| 16a | Depreciation (if required, attach Form 4562) | 0 |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | 0 |
| 16c | | 0 |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 0 |
| 18 | Retirement plans, etc. | 0 |
| 19 | Employee benefit programs | 0 |
| 20 | Other deductions (attach schedule) | 0 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 0 |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 0 |

**Sign Here:** Signature of general partner or limited liability company member — [signed] Elyse Kepsh Filo    Date 1/2/02
May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes  ☐ No

**Paid Preparer's Use Only:** Self Prepared Return
Preparer's signature: XXXXXXXXXXXX    Date: XXXXXXXXXXXX    Check if self-employed ☐    Preparer's SSN or PTIN: XXXXXXXXXXXX
Firm's name (or yours if self-employed), address, and ZIP code: XXXXXXXXXXXX    EIN ► XXXXXXXXXXXX    Phone no. XXXXXXXXXXXX    State XX    ZIP code XXXXXXXXXXXX

For Paperwork Reduction Act Notice, see separate instructions.    (HTA)    Form 1065 (2001)

Form 1065 (2001)   MCC Group - Northglenn, Ltd.                              75-1850181              Page 2

### Schedule A — Cost of Goods Sold (see page 18 of the instructions)

| # | Description | Amount |
|---|---|---|
| 1 | Inventory at beginning of year | |
| 2 | Purchases less cost of items withdrawn for personal use | 0 |
| 3 | Cost of labor | 0 |
| 4 | Additional section 263A costs (attach schedule) | 0 |
| 5 | Other costs (attach schedule) | 0 |
| 6 | Total. Add lines 1 through 5 | 0 |
| 7 | Inventory at end of year | 0 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 0 |

9a  Check all methods used for valuing closing inventory:
   (i) [ ] Cost as described in Regulations section 1.471-3
   (ii) [X] Lower of cost or market as described in Regulations section 1.471-4
   (iii) [ ] Other (specify method used and attach explanation) ▶ _____
 b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ [ ]
 c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
 d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? [ ] Yes  [X] No
 e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? [ ] Yes  [X] No
    If "Yes," attach explanation.

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a [ ] Domestic general partnership    b [X] Domestic limited partnership<br>c [ ] Domestic limited liability company    d [ ] Domestic limited liability partnership<br>e [ ] Foreign partnership    f [ ] Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see Designation of Tax Matters Partner below | X | |
| 5 | Does this partnership meet all three of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; and<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | X | |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ _____ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership on page 8 of the instructions | | X |
| 12 | Enter the number of Forms 8865 attached to this return ▶ | | |

### Designation of Tax Matters Partner (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ W.R. Grace & Co. - Conn.        Identifying number of TMP ▶ 13-5114230
Address of designated TMP ▶ 5400 Broken Sound Blvd. NW, Suite 300
Boca Raton, FL 33487

Form 1065 (2001)

Form 1065 (2001)   MCC Group - Northglenn, Ltd.                                75-1850181                Page 3

| Schedule K | | Partners' Shares of Income, Credits, Deductions, etc. | | |
|---|---|---|---|---|
| | | (a) Distributive share items | | (b) Total amount |
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 0 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | 124,293 |
| | 3a | Gross income from other rental activities . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach schedule) . . . 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss):   a Interest income | 4a | |
| | b | Ordinary dividends | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | |
| | | (2) 28% rate gain (loss) ▶ 0  (3) Qualified 5-year gain ▶ | | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions (attach schedule) | 11 | |
| Credits | 12a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | 0 |
| | | (2) Other than on line 12a(1) | 12a(2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 0 |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | 0 |
| | c | Gross nonfarm income | 15c | 0 |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a | Name of foreign country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 17b | |
| | c | Gross income sourced at partner level | 17c | |
| | d | Foreign gross income sourced at partnership level: | | |
| | | (1) Passive _____ (2) Listed categories (attach schedule) _____ (3) General limitation | 17d(3) | |
| | e | Deductions allocated and apportioned at partner level: | | |
| | | (1) Interest expense _____ (2) Other | 17e(2) | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | | (1) Passive _____ (2) Listed categories (attach schedule) _____ (3) General limitation | 17f(3) | |
| | g | Total foreign taxes (check one):   Paid ☐   Accrued ☐ | 17g | |
| | h | Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 | Section 59(e)(2) expenditures:   a Type ▶ _____   b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses | 21 | 0 |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 9,030 |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | |

Form 1065 (2001)

Form 1065 (2001)    MCC Group - Northglenn, Ltd.    75-1850181    Page 4

### Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b . . . . . . . . . . . . . . . . . . . 1 | | | | | 224,233 |
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
| a | General partners | 2,242 | 0 | 0 | 0 | 0 | 0 |
| b | Limited partners | 0 | 0 | 0 | 221,991 | 0 | 0 |

### Schedule L — Balance Sheets per Books (Not required if Question 5 on Sch B is "Yes.")

Check to complete Sch L, M1 and M2

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . | | 0 | | 0 |
| 2a | Trade notes and accounts receivable . . . | 0 | | 0 | |
| b | Less allowance for bad debts . . . . . | 0 | 0 | 0 | 0 |
| 3 | Inventories . . . . . . . . . . . . . . | | 0 | | 0 |
| 4 | U.S. government obligations . . . . . . | | 0 | | 0 |
| 5 | Tax-exempt securities . . . . . . . . . | | 0 | | 0 |
| 6 | Other current assets (attach schedule) . . . | | 0 | | 0 |
| 7 | Mortgage and real estate loans . . . . . | | 0 | | 0 |
| 8 | Other investments (attach schedule) . . . . | | 0 | | 0 |
| 9a | Buildings and other depreciable assets . . | 3,178,795 | | 3,178,795 | |
| b | Less accumulated depreciation . . . . . | 3,178,795 | 0 | 3,178,795 | 0 |
| 10a | Depletable assets . . . . . . . . . . | 0 | | 0 | |
| b | Less accumulated depletion . . . . . . | 0 | 0 | 0 | 0 |
| 11 | Land (net of any amortization) . . . . . | | 0 | | 0 |
| 12a | Intangible assets (amortizable only) . . . | 43,205 | | 43,205 | |
| b | Less accumulated amortization . . . . . | 31,968 | 11,237 | 33,696 | 9,509 |
| 13 | Other assets (attach schedule) . . . . . | | 0 | | 0 |
| 14 | Total assets . . . . . . . . . . . . . | | 11,237 | | 9,509 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable . . . . . . . . . . | | | | 0 |
| 16 | Mortgages, notes, bonds payable in less than 1 yr. . | | | | 0 |
| 17 | Other current liabilities (attach schedule) . . | | 0 | | 0 |
| 18 | All nonrecourse loans . . . . . . . . | | 0 | | 0 |
| 19 | Mortgages, notes, bonds payable in 1 yr or more. . | | 1,688,924 | | 1,491,993 |
| 20 | Other liabilities (attach schedule) . . . . . | | 0 | | 0 |
| 21 | Partners' capital accounts . . . . . . . | | -1,677,687 | | -1,482,484 |
| 22 | Total liabilities and capital . . . . . . . | | 11,237 | | 9,509 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
(Not required if Question 5 on Schedule B is answered "Yes.")

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | 224,233 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | | |
| 2 | Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | 0 | |
| | | 0 | b | _____ | 0 | 0 |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . . . . . . | 0 | 7 | Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): | | a | Depreciation $ _____ | | |
| | | | b | _____ | 0 | |
| a | Depreciation $ _____ | | | | | 0 |
| b | Travel and entertainment $ _____ 0 | | 8 | Add lines 6 and 7 . . . . . . . . . . . | | 0 |
| c | _____ | 0 | 9 | Income (loss) (Analysis of Net Income (Loss), | | |
| 5 | Add lines 1 through 4 . . . . . . . . . | 224,233 | | line 1). Subtract line 8 from line 5 . . . . | | 224,233 |

### Schedule M-2 — Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . | -1,677,687 | 6 | Distributions: a Cash . . . . . . . . . | 29,030 |
| 2 | Capital contributed during year . . . . . | 0 | | b Property . . . . . . . . | 0 |
| 3 | Net income (loss) per books . . . . . . . | 224,233 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | | _____ | 0 |
| | _____ | 0 | 8 | Add lines 6 and 7 . . . . . . . . . . . | 29,030 |
| 5 | Add lines 1 through 4 . . . . . . . . . | -1,453,454 | 9 | Balance at end of year. Subtract line 8 from line 5 . . . | -1,482,484 |

Form 1065 (2001)

| Form **8825** | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** | OMB No. 1545-1186 **2001** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | See instructions on back. Attach to Form 1065, Form 1065-B, or Form 1120S. | |

| Name | Employer identification number |
|---|---|
| MCC Group - Northglenn, Ltd. | 75-1850181 |

**1** Show the kind and location of each property. See page 2 for additional properties.

- **A** MCC Group - Northglenn, Ltd.
  Department Store - 104 Street 7 I-25, Denver, CO
- **B**
- **C**
- **D**

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | A | B | C | D |
| 2 | Gross rents | 2 | 369,972 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 2 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | 144,011 | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) Amortization-20 yr note, in serv 01/01/90, Code 461, Life 25 | 15 | 1,728 | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | 145,739 | 0 | 0 | 0 |

| 17 | Total gross rents. Add gross rents from line 2, columns A through H | 17 | 369,972 |
|---|---|---|---|
| 18 | Total expenses. Add total expenses from line 16, columns A through H | 18 | -145,739 |
| 19 | Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

  b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

| 21 | Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on: FORM 1065 or 1120S: Schedule K, line 2, or FORM 1065-B: Part I, line 4 | 21 | 224,233 |
|---|---|---|---|

For Paperwork Reduction Act Notice, see back of form.                        (HTA)                        Form 8825 (2001)

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. For calendar year 2001 or tax year beginning , 2001, and ending , 20 | **2001** |

| Partner's identifying number ▶ 13-5114230 | Partnership's identifying number ▶ 75-1850181 |
|---|---|
| Partner's name, address, and ZIP code<br>W.R. GRACE & CO. - CONN.<br>5400 BROKEN SOUND BLVD NW, SUITE 300<br>BOCA RATON, FL 33487 | Partnership's name, address, and ZIP code<br>MCC GROUP - NORTHGLENN, LTD.<br>5400 BROKEN SOUND BLVD. NW, SUITE 300<br>BOCA RATON, FL 33487 |

A  This partner is a  [X] general partner   [ ] limited partner
   [ ] limited liability company member
B  What type of entity is this partner? ▶ CORPORATION
C  Is this partner a  [X] domestic or a  [ ] foreign partner?

D  Enter partner's percentage of:
   (i) Before change or termination / (ii) End of year
   Profit sharing .................... VAR % / VAR %
   Loss sharing ..................... VAR % / VAR %
   Ownership of capital ............ VAR % / VAR %
E  IRS Center where partnership filed return: OGDEN, UT

F  Partner's share of liabilities (see instructions):
   Nonrecourse ..................... $ 14,920
   Qualified nonrecourse financing ...... $ _____
   Other .......................... $ _____
G  Tax shelter registration number ... ▶ _____
H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........... [ ]
I  Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 20,477 | | 2,242 | ( ) | 22,719.00 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities ............ | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities ............... | 2 | 2,242 | |
| | 3  Net income (loss) from other rental activities ................... | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest ................................................... | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends ......................................... | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties .................................................. | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) ............................ | 4d | | Sch. D, line 5, col. (f) |
| | e  (1) Net long-term capital gain (loss) .......................... | 4e(1) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) ................................... | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain .................................. | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f  Other portfolio income (loss) (attach schedule) ................. | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner ............................. | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) .... | 6 | | |
| | 7  Other income (loss) (attach schedule) ......................... | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) ........ | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction ............................... | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) .......... | 10 | | |
| | 11 Other deductions (attach schedule) ........................... | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships ......................... | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) ............................... | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities ............................................ | 12b | | |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities ................................... | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d  Credits related to other rental activities ........................ | 12d | | |
| | 13 Other credits ............................................. | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.                                   Schedule K-1 (Form 1065) 2001

ISA
STF FED3405F.1

Schedule K-1 (Form 1065) 2001   Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | |
| | b Adjusted gain or loss | 16b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ _____ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ _____ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

_____
_____
_____
_____
_____
_____
_____

Schedule K-1 (Form 1065) 2001

STF FED3405F.2

**SCHEDULE K-1** (Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.
For calendar year 2001 or tax year beginning _____ , 2001, and ending _____ , 20 _____

OMB No. 1545-0099

**2001**

Partner's identifying number ► 75-1850195
Partnership's identifying number ► 75-1850181

Partner's name, address, and ZIP code
MCC GROUP - NORTHGLENN JV
3838 OAKLAWN, SUITE 810
DALLAS, TX 75219

Partnership's name, address, and ZIP code
MCC GROUP - NORTHGLENN, LTD.
5400 BROKEN SOUND BLVD. NW, SUITE 300
BOCA RATON, FL 33487

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member
B What type of entity is this partner? ► PARTNERSHIP
C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:
|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VAR % | VAR % |
| Loss sharing | VAR % | VAR % |
| Ownership of capital | VAR % | VAR % |

E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities (see instructions):
Nonrecourse .................. $ 1,477,073
Qualified nonrecourse financing .... $ _____
Other ....................... $ _____

G Tax shelter registration number ... ► _____

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ............ ☐

I Check applicable boxes: (1) ☐ Final K-1   (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| (1,698,164) |  | 221,991 | ( 29,030 ) | (1,505,203.00) |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1  Ordinary income (loss) from trade or business activities | 1 |  | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities | 2 | 221,991 | |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8  Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d  Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

ISA
STF FED3405F.1

Schedule K-1 (Form 1065) 2001 — Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 29,030 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

Schedule K-1 (Form 1065) 2001

STF FED3405F.2