IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 7, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 10, 2002

Bill Number  45852
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through July 31, 2002

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/02 | RAM | Conference with MTM re: locating a document referred to by R. Vining in his testimony (.1). Telephone conference with in-house counsel re: R. Vining's testimony on market share (.2). Read email from in-house counsel and conference with MTM re: privileged documents that are being transferred from Hoyle Morris to our custody (.1). | 0.40 Hrs | $84.00 |
| 07/01/02 | MTM | Work on wind up of document review at Winthrop Square (5.8). Review and respond to email regarding Vining documents/market share in Europe from Reed Smith paralegal (.1); conference with RAM re: same (.1). Receipt and review of memo from R. Finke re: downtown Libby air sampling (.1). Revise inventories of Orange & Blue boxes and Recordkeeper boxes at Winthrop Square (.6). Review email and conference with RAM re: various types of privileged documents to be sent to Winthrop Square for long term storage (.1). | 6.80 Hrs | $1,224.00 |
| 07/01/02 | ARA | Oversee wrap up of document review (5.3). Meeting with MTM and temporary paralegals re: preparing inventory of boxes reviewed and scanned (1.5); answer questions and give instructions re: same (2.0). | 8.80 Hrs | $704.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/02 | JKW | Update bankruptcy court docket entries for RAM (.2); download and print selected documents filed in bankruptcy court for RAM (.3). | 0.50 Hrs | $40.00 |
| 07/01/02 | GRB | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.00 Hrs | $640.00 |
| 07/01/02 | FAO | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 7.50 Hrs | $600.00 |
| 07/01/02 | EDK | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.70 Hrs | $696.00 |
| 07/01/02 | EKL | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 7.50 Hrs | $600.00 |
| 07/02/02 | RAM | Telephone conference with in-house counsel re: sending memoranda and testimony re: market share to Kirkland Ellis attorney. | 0.10 Hrs | $21.00 |
| 07/02/02 | MTM | Work on wind up of document review at Winthrop Square (7.5). Telephone call to Reed Smith paralegal re: status of scanning at Onsite (.2). | 7.70 Hrs | $1,386.00 |
| 07/02/02 | ARA | Oversee wrap up of document review (4.5). Discussions with MTM and temporary paralegals re: inventory of boxes (.7). Quality control Onsite's inventory list (1.5). | 6.70 Hrs | $536.00 |
| 07/02/02 | GRB | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.00 Hrs | $640.00 |
| 07/02/02 | FAO | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.50 Hrs | $680.00 |
| 07/02/02 | EDK | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.00 Hrs | $640.00 |
| 07/02/02 | EKL | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 7.50 Hrs | $600.00 |
| 07/03/02 | RAM | Review report of jury verdicts prepared by in-house counsel (.3). telephone conference with in-house counsel re: his wanting me to check whether any verdict was omitted (.2). Review partial transcripts of R. Vining's testimony (.6); send letter to Kirkland Ellis attorney with same (.1). | 1.20 Hrs | $252.00 |
| 07/03/02 | MTM | Work on wind up of document review at Winthrop Square. | 6.20 Hrs | $1,116.00 |
| 07/03/02 | ARA | Oversee wrap up of document review. | 5.80 Hrs | $464.00 |
| 07/03/02 | GRB | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
      with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/03/02 | FAO | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 6.00 Hrs | $480.00 |
| 07/03/02 | EDK | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 6.60 Hrs | $528.00 |
| 07/03/02 | EKL | Prepare an inventory of all boxes of documents at Winthrop Square indicating the source of boxes. | 6.00 Hrs | $480.00 |
| 07/08/02 | RAM | Review my historical desk diaries to determine if any asbestos bodily injury verdicts should be added to in-house counsel's list (2.8). Conferences with MTM re: status of document review windup (.1), receipt of privileged documents from Hoyle Morris (.1), and F. Eaton documents (.1). | 3.10 Hrs | $651.00 |
| 07/08/02 | MTM | Work on wind up of document review at Winthrop Square (7.3); conference with RAM re: same (.1). Review files called back from off-site storage for original inventories of Libby Storage Boxes and Orange & Blue boxes shipped to Winthrop Square prior to commencement of current document review (.2). Telephone call from in-house counsel re: search for documents re: stack emission test results from Libby (.3); conference with RAM re: same (.1). Review index of Eaton boxes re: references to stack emission tests at Libby (.2); conference with RAM re: same (.1). | 8.30 Hrs | $1,494.00 |
| 07/08/02 | ARA | Oversee wrap up of document review (4.5). Meeting with MTM and paralegals re: inventory of boxes of documents at repository (1.0). | 5.50 Hrs | $440.00 |
| 07/08/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 07/08/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 07/09/02 | RAM | Complete review of my historical diaries to determine if additional asbestos bodily injury verdicts should be listed (.4); telephone conference with in-house counsel re: same (.3). | 0.70 Hrs | $147.00 |
| 07/09/02 | DBM | Search for documents on stack emissions tests (1.3); draft memo to MTM re: same (.6); conference with MTM re: same (.2) | 2.10 Hrs | $399.00 |
| 07/09/02 | MTM | Work on wind up of document review at Winthrop Square (5.7). Conference with DBM re: stack emission test results from Libby (.2). Telephone call to in-house counsel re: stack emission test results from Libby (.1). Review and respond to email from Holme Roberts paralegal re: Onsite status and box counts at Winthrop Square (.3). | 6.30 Hrs | $1,134.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 07/09/02 | ARA | Oversee wrap up of document review (1.7). Prepare inventory of Onsite box pick-ups at Winthrop Square to track pick-up of boxes (4.3). Search for information re: volume of Phoenix plant boxes at Winthrop Square (1.0). | 7.00 Hrs | $560.00 |
| 07/09/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 07/09/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 07/10/02 | MTM | Work on wind up of document review at Winthrop Square (7.6). Draft letter to Holme Roberts paralegal re: white sheets from Winthrop Square boxes (.1). Draft email to Holme Roberts attorney re: Phoenix plant boxes (.1). | 7.80 Hrs | $1,404.00 |
| 07/10/02 | ARA | Oversee wrap up of document review (2.5). Prepare and review list of deliveries by Onsite (2.9). | 5.40 Hrs | $432.00 |
| 07/10/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 07/10/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 07/11/02 | MTM | Work on wind up of document review at Winthrop Square (6.7). Receipt and review of list of final boxes at Onsite (.3). Email to D. Croce re: return of various categories of boxes to Cambridge (.2). | 7.20 Hrs | $1,296.00 |
| 07/11/02 | ARA | Oversee wrap up of document review (4.6). Confirm number of Phoenix boxes at Winthrop Square (.3). Prepare for Onsite's delivery of boxes (.3). | 5.20 Hrs | $416.00 |
| 07/11/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 07/11/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 07/12/02 | MTM | Work on wind up of document review at Winthrop Square. | 2.50 Hrs | $450.00 |
| 07/12/02 | ARA | Oversee wrap up of document review (3.6). Prepare for and oversee delivery of boxes to Cambridge by Onsite (4.6). | 8.20 Hrs | $656.00 |
| 07/12/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 07/12/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 07/15/02 | RAM | Read memo re; status of winding up document review; conference with MTM re: same (.1). Read selected documents filed in bankruptcy court (.8). Read updated docket entries to select documents to read (.2). Read correspondence from plaintiffs' counsel re: changing law firms (.1). | 1.20 Hrs | $252.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/15/02 | MTM | Work on wind-up of document review at Cambridge with ARA and other paralegals (7.9); conference with RAM re: same (.1). Receipt and review of email from Holme Roberts attorney requesting various documents for use in fraudulent conveyance case (.3). | 8.30 Hrs | $1,494.00 |
| 07/15/02 | ARA | At Cambridge to oversee the return of documents from Winthrop Square and Onsite (1.5). Quality control and reconcile inventory sheets (5.0); deliver inventory sheets to MTM (.5). | 7.00 Hrs | $560.00 |
| 07/15/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square and/or scanned by Onsite. | 6.00 Hrs | $480.00 |
| 07/15/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square and/or scanned by Onsite. | 6.00 Hrs | $480.00 |
| 07/16/02 | MTM | Work on wind up of document review at Winthrop Square (4.4). Receipt and review of additional information from Holme Roberts attorney re: documents requested for use in fraudulent conveyance case (.3); review various files to locate such documents (.8); telephone call to Holme Roberts attorney re: same (.4). Telephone call to ARA re: details of July 12th list of boxes returned from Cambridge to Winthrop Square in connection with Holme Roberts paralegal's attempts to reconcile boxes to and from Onsite (.1). Conference with DBM re: search for documents requested by Holme Roberts attorney for use in fraudulent conveyance case (.1). | 6.10 Hrs | $1,098.00 |
| 07/16/02 | ARA | Oversee pick-up of boxes and delivery of boxes by Walsh Movers to and from Winthrop Square to Cambridge (2.1); inventory boxes delivered by Walsh (1.5). Conference with MTM re: Onsite boxes (.1). Oversee wrap up of document review (3.2). | 6.90 Hrs | $552.00 |
| 07/16/02 | GRB | Organize boxes of documents at Winthrop Square according to their source of origin. | 7.00 Hrs | $560.00 |
| 07/16/02 | EKL | Organize boxes of documents at Winthrop Square according to their source of origin. | 6.50 Hrs | $520.00 |
| 07/17/02 | MTM | Work on wind up of document review at Winthrop Square (3.4). Receipt and review of emails from Holme Roberts paralegal and Onsite re: 12 missing boxes (.2). Conference with ARA re: emails about 12 missing boxes from Onsite (.1). Conference with ARA re: search for documents requested by Holme Roberts attorney for use in fraudulent conveyance case (.3). | 4.00 Hrs | $720.00 |

David B. Siegel

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/02 | ARA | Oversee wrap up of document review (3.6). Quality control inventory list re: boxes delivered to Winthrop Square (1.0). Locate and fax target sheets requested by Reed Smith paralegal (1.2). Meeting with MTM re: document review re: fraudulent conveyance case (.3); explain procedure to paralegals re: same (.5). Discussion with MTM re: locating boxes scanned by Onsite (.1). | 6.70 Hrs | $536.00 |
| 07/17/02 | JKW | Update bankruptcy court docket entries for RAM (.3); download and print selected documents filed in bankruptcy court for RAM (.9). | 1.20 Hrs | $96.00 |
| 07/17/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (6.0). Search for documents for fraudulent conveyance case (2.0). | 8.00 Hrs | $640.00 |
| 07/17/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (5.5). Search for documents for fraudulent conveyance case (2.0). | 7.50 Hrs | $600.00 |
| 07/18/02 | RAM | Conference with MTM re: potential sources of documents re: air sampling in Libby (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $126.00 |
| 07/18/02 | DBM | Discussion with MTM re: search for documents re: fraudulent transfer litigation. | 0.10 Hrs | $19.00 |
| 07/18/02 | MTM | Work on wind up of document review at Winthrop Square (3.6). Review Eaton boxes for stack emission test results at Libby (2.2). Telephone call from in-house counsel re: Libby air sampling (.3); telephone call to Holme Roberts attorney re: Libby air sampling (.1). Telephone call to in-house counsel re: stack emission test results from Libby (.3); letter to in-house counsel re: same (.1). Conference with RAM re: Libby air sampling (.1). Conference with ARA re: having paralegals review Eaton boxes for Libby air sampling (.1). Review documents found by paralegals that are potentially responsive to Holme Roberts attorney's requests in the fraudulent conveyance case (.2). Letter to Holme Roberts attorney re: search for documents for use in fraudulent conveyance case (.2). Conference with DBM re: search for documents for use in fraudulent conveyance case (.1). | 7.30 Hrs | $1,314.00 |
| 07/18/02 | ARA | Oversee wrap up of document review (5.1). Search Eaton boxes for Libby air sampling documents per MTM's request (1.9). | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/18/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (2.0). Search for documents for fraudulent conveyance case (3.0). Search for Libby air sampling documents (3.0). | 8.00 Hrs | $640.00 |
| 07/18/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (2.0). Search for documents for fraudulent conveyance case (2.5). Search for Libby air sampling documents (3.0). | 7.50 Hrs | $600.00 |
| 07/19/02 | RAM | Read emails and correspondence re: documents requested in fraudulent conveyance case and re: privileged documents received. | 0.10 Hrs | $21.00 |
| 07/19/02 | DBM | Search for documents for fraudulent conveyance case. | 0.80 Hrs | $152.00 |
| 07/19/02 | MTM | Work on wind up of document review at Winthrop Square (4.4). Review various categories of privileged documents received from Hoyle, Morris & Kerr (2.7). | 7.10 Hrs | $1,278.00 |
| 07/19/02 | ARA | Oversee wrap up of document review (5.6). Search for missing Onsite boxes (1.5). Discussion with paralegals re: Eaton box review re: Libby air sampling (.5). | 7.60 Hrs | $608.00 |
| 07/19/02 | GRB | Search for Libby air sampling documents. | 8.00 Hrs | $640.00 |
| 07/19/02 | EKL | Search for Libby air sampling documents. | 7.50 Hrs | $600.00 |
| 07/22/02 | RAM | Read selected documents filed in bankruptcy court (1.0). Read updated docket entries to select documents to read (.3). Read Holme Roberts attorney's memo seeking assistance in locating certain Libby related documents; note to MTM re: same (.2). | 1.50 Hrs | $315.00 |
| 07/22/02 | DBM | Work on search for documents for fraudulent conveyance case (1.2); conference with MTM re: same (.1). | 1.30 Hrs | $247.00 |
| 07/22/02 | MTM | Work on wind up of document review at Winthrop Square (4.90). Receipt and review of 8 boxes of privileged documents from Holme, Roberts & Owen (.5). Work on review of 29 privileged document boxes from Hoyle, Morris & Kerr (1.3). Conference with DBM re: search for documents for use in fraudulent conveyance case (.1). | 6.80 Hrs | $1,224.00 |
| 07/22/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (4.0). Search for Libby air sampling documents (4.0). | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/22/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (3.5). Search for Libby air sampling documents (4.0). | 7.50 Hrs | $600.00 |
| 07/23/02 | RAM | Conference with MTM re: privileged documents sent by Hoyle Morris (.1) and Westbrook's request for database for ZAI documents (.2). Conference call with in-house counsel and Kirkland Ellis attorney re: where we should produce market share documents (.2); conference with MTM re: same (.1); telephone conference with Kirkland Ellis attorney that we will produce documents in Boca (.1). | 0.70 Hrs | $147.00 |
| 07/23/02 | MTM | Work on wind up of document review at Winthrop Square (.7). Conference with DBM re: search for fraudulent conveyance documents requested by Holme Roberts attorney (.1); conference with ARA re: same (.5); email to Holme Roberts attorney re: search for fraudulent conveyance documents (.3). Telephone call from in-house counsel re: plaintiffs counsel's anticipated request for access to document repository databases re: Zonolite Attic Insulation trial (.3); conference with RAM re: same (.2). Conference with RAM re: privileged document collection from Hoyle, Morris & Kerr (.1); continue review of privileged document boxes received from Hoyle Morris (2.1). Receipt and review of additional Winthrop Square inventories (.2); telephone call to ARA re: additional Winthrop Square inventories (.1). Review emails re: reconciliation of Onsite's and Holme Roberts' list of boxes (.2). Telephone call from Kirkland Ellis attorney re: document production in fraudulent conveyance cases (.2); conference with RAM re: same (.1). Telephone call to ARA re: preparing ledgers for shipment to Boca for production in fraudulent conveyance cases (.2). Receipt of email from Holme Roberts attorney requesting copies of documents requested in fraudulent conveyance case (.2); review file re: copies of documents requested by Holme Roberts attorney (.4). Work on gathering fraudulent conveyance documents for production in Boca (2.3). Telephone call to in-house counsel re: document production in fraudulent conveyance cases (.2). | 8.40 Hrs | $1,512.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/23/02 | ARA | Oversee wrap up of document review (2.8). Discuss box inventories with MTM (.1). Conference with MTM re: which documents to search for that were requested by Holme Roberts for fraudulent conveyance case (.5). Per MTM's request, inventory and prepare property damage ledgers for shipment to Boca for production (5.5). | 8.90 Hrs | $712.00 |
| 07/23/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (6.0). Prepare documents to be shipped to Boca (2.0). | 8.00 Hrs | $640.00 |
| 07/23/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there (5.0). Prepare documents to be shipped to Boca (2.5). | 7.50 Hrs | $600.00 |
| 07/24/02 | RAM | Review and select J. Wolter documents to be copied for in-house counsel (.9); arrange for certain J. Wolter documents to be copied for in-house counsel (.2). | 1.10 Hrs | $231.00 |
| 07/24/02 | MTM | Work on wind up of document review at Winthrop Square (4.8). Telephone call from ARA re: message from Onsite requesting assistance at Cambridge to identify certain boxes (.2); telephone call to Reed Smith paralegal re: same (.2); telephone call to Holme Roberts paralegals re: same (.2).; telephone call to Hakeem at Onsite re: same (.2). Receipt and review of letter from Holme Roberts attorney to EPA re: Libby facility audit and search for document in my files (.2). | 5.80 Hrs | $1,044.00 |
| 07/24/02 | ARA | Oversee wrap up of document review (2.4). Telephone calls to and from Onsite (.4) and MTM (.2) re: locating boxes Onsite needs to look at; check my inventory list and locate same (.5); review boxes with Onsite (2.2). Search for documents requested in fraudulent conveyance case (1.0). | 6.70 Hrs | $536.00 |
| 07/24/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 1.40 Hrs | $112.00 |
| 07/24/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 07/24/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/25/02 | RAM | Review and select J. Wolter documents to send to in-house counsel (.5). Telephone conference with in-house counsel re: searching for a document that might refer to market share; search for same; none found (.4). | 0.90 Hrs | $189.00 |
| 07/25/02 | DBM | Search for a document that might refer to market share; none found. | 0.50 Hrs | $95.00 |
| 07/25/02 | MTM | Work on wind up of document review at Winthrop Square. | 0.70 Hrs | $126.00 |
| 07/25/02 | ARA | Oversee wrap-up of document review (1.4). Review list of boxes that Onsite needs to look at and locate them (2.2). Search for and obtain documents re: fraudulent conveyance case (1.8). | 5.40 Hrs | $432.00 |
| 07/25/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all .boxes are located there. | 8.00 Hrs | $640.00 |
| 07/25/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 5.00 Hrs | $400.00 |
| 07/26/02 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $42.00 |
| 07/26/02 | MTM | Work on wind up of document review at Winthrop Square (3.2). Review and reply to email from Holme Roberts paralegal re: status of missing Onsite boxes (.1). Telephone call to Holme Roberts paralegal with questions on unscannable boxes in Cambridge and Winthrop Square and status of Orange & Blue boxes in Boulder (.2). Telephone call from Kirkland Ellis attorney re: privileged list for market share interrogatory documents (.3). Review memo binder to identify privileged documents re: market share (2.0). | 5.80 Hrs | $1,044.00 |
| 07/26/02 | ARA | Oversee wrap up of document review (3.5). Search for and obtain documents re: fraudulent conveyance case (2.1). | 5.60 Hrs | $448.00 |
| 07/26/02 | JKW | Update bankruptcy court docket entries for RAM. | 0.40 Hrs | $32.00 |
| 07/26/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 07/26/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/27/02 | RAM | Telephone calls from and to MTM re: preparing market share document privilege list requested by Kirkland Ellis attorney. | 0.10 Hrs | $21.00 |
| 07/29/02 | RAM | Read documents on market share privilege document list to revise privilege document list (1.5); read emails from/to Kirkland Ellis attorney re: list and email final list to Kirkland Ellis attorney (.3). | 1.80 Hrs | $378.00 |
| 07/29/02 | MTM | Draft privileged list for market share documents in fraudulent conveyance case (2.1). Receipt and review of emails from Onsite re: list of boxes scanned in D.C. vs. New York City re: reconciliation of Onsite's and Holme Roberts' list of outstanding boxes (.2). Work on wind up of document review at Winthrop Square (2.6). | 4.90 Hrs | $882.00 |
| 07/29/02 | ARA | Search for and obtain documents re: fraudulent conveyance case. | 5.40 Hrs | $432.00 |
| 07/29/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 07/29/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 07/30/02 | RAM | Conference with MTM re: privilege document list (.1). Send email to Kirkland Ellis attorney re: typographical error (date) on privilege document list (.1). Read selected documents filed in bankruptcy court (.8). Read updated docket entries to select documents to read (.1). Review privileged documents and send them to Kirkland Ellis attorney (.2). | 1.30 Hrs | $273.00 |
| 07/30/02 | MTM | Review revised privileged list and conference with RAM re: same (.2). Work on wind up of document review at Winthrop Square (5.1). | 5.30 Hrs | $954.00 |
| 07/30/02 | ARA | Search for and obtain documents re: fraudulent conveyance case (6.0). Review list from Onsite to determine location of boxes Onsite needs to look at (2.3). | 8.30 Hrs | $664.00 |
| 07/30/02 | JKW | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $32.00 |
| 07/30/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
   with Ch. 11 Cases

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/30/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 07/31/02 | RAM | Read selected documents filed in bankruptcy court. | 0.70 Hrs | $147.00 |
| 07/31/02 | DBM | Work on other asbestos-containing products white paper. | 0.50 Hrs | $95.00 |
| 07/31/02 | MTM | Conference with ARA re: Onsite trip today to identify boxes processed in Washington D.C. (.1). Conference with RAM re: certain privileged interview forms in connection with answers to interrogatories in fraudulent conveyance case (.1). Telephone call to ARA re: search for set of briefing books to find complete copies of interview forms (.1). Work on wind up of document review at Winthrop Square (4.0). | 4.30 Hrs | $774.00 |
| 07/31/02 | ARA | Search for boxes in Cambridge for information needed by Onsite in order to produce CDs of documents scanned (4.7). Search for and obtain documents re: fraudulent conveyance case (3.7). | 8.40 Hrs | $672.00 |
| 07/31/02 | GRB | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square and/or scanned by Onsite. | 8.00 Hrs | $640.00 |
| 07/31/02 | EKL | Organize boxes of documents returned to Cambridge after being reviewed at Winthrop Square and/or scanned by Onsite. | 7.50 Hrs | $600.00 |
| | | TOTAL LEGAL SERVICES | | $67,408.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 15.70 Hrs | 210/hr | $3,297.00 |
| DONNA B. MACKENNA | 5.30 Hrs | 190/hr | $1,007.00 |
| MATTHEW T. MURPHY | 127.60 Hrs | 180/hr | $22,968.00 |
| ANGELA R. ANDERSON | 136.50 Hrs | 80/hr | $10,920.00 |
| JOSEPH K. WINRICH | 3.90 Hrs | 80/hr | $312.00 |
| GARY R. BELLINGER | 165.00 Hrs | 80/hr | $13,200.00 |
| FRANK O. ASHENUGA | 22.00 Hrs | 80/hr | $1,760.00 |
| EUGENE D. KRASS | 23.30 Hrs | 80/hr | $1,864.00 |
| EDWARD K. LAW | 151.00 Hrs | 80/hr | $12,080.00 |

David B. Siegel

|  |  |
|---|---|
| 650.30 Hrs | $67,408.00 |

TOTAL THIS BILL    $67,408.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 10, 2002

Bill Number  45853
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through July 31, 2002

Re: Special Litigation Counsel - Work In Connection
with Preparation of Fee Applications

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/02 | RAM | Work on May fee application (4.6). Message to MTM to prepare draft response to fee auditor's question re: review of documents; review and revise MTM's draft response (.3). | 4.90 Hrs | $1,029.00 |
| 07/01/02 | MTM | Draft description of document review process for fee auditor. | 0.70 Hrs | $126.00 |
| 07/02/02 | RAM | Work on May fee application; send it to clients to review (.4). Work on responding to fee auditor's questions about quarterly fee application (.9). | 1.30 Hrs | $273.00 |
| 07/03/02 | RAM | Work on email to respond to fee auditor's questions and send email to Mr. Smith (2.5). Fax partial bill and another document to Mr. Smith (.1). | 2.60 Hrs | $546.00 |
| 07/10/02 | RAM | Finalize and send May fee application to D. Carickhoff for filing. | 0.20 Hrs | $42.00 |
| 07/24/02 | RAM | Work on June fee application. | 1.20 Hrs | $252.00 |
| 07/25/02 | RAM | Work on June fee application. | 1.70 Hrs | $357.00 |
| 07/26/02 | RAM | Work on June fee application. | 0.20 Hrs | $42.00 |

David B. Siegel

Re: Special Litigation Counsel - Work In Connection
   with Preparation of Fee Applications

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/29/02 | RAM | Work on June fee application. | 1.10 Hrs | $231.00 |
| 07/30/02 | RAM | Finalize June fee application and send it to clients for review. | 0.20 Hrs | $42.00 |
| | | TOTAL LEGAL SERVICES | | $2,940.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 13.40 Hrs | 210/hr | $2,814.00 |
| MATTHEW T. MURPHY | 0.70 Hrs | 180/hr | $126.00 |
| | 14.10 Hrs | | $2,940.00 |

TOTAL THIS BILL          $2,940.00