**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 10, 2002

Bill Number 45859
File Number 0050000-0000000

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through July 31, 2002

Re: Special Litigation Counsel - Work In Connection
    With General Asbestos Matters

**DISBURSEMENTS**

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 07/17/02 | RECORDKEEPER ARCHIVE - monthly storage fee (7/02) | 388.80 | |
| | | | $388.80 |
| | TOTAL DISBURSEMENTS | | $388.80 |
| | TOTAL THIS BILL | | $388.80 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 10, 2002

Bill Number  45860
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through July 31, 2002

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

**DISBURSEMENTS**

TELEPHONE

| Date | | | Amount |
|------|-----|------------|------|
| 07/02/02 | 329 | 2158518232 | 0.65 |
| 07/03/02 | 308 | 5613621532 | 1.34 |
| 07/09/02 | 308 | 5613621532 | 1.69 |
| 07/10/02 | 329 | 3038660478 | 0.39 |
| 07/11/02 | 329 | 3038660479 | 0.36 |
| 07/12/02 | 329 | 3038660478 | 0.33 |
| 07/15/02 | 399 | 3038660200 | 0.92 |
| 07/16/02 | 329 | 3038660408 | 1.80 |
| 07/17/02 | 399 | 4122883063 | 0.46 |
| 07/18/02 | 329 | 3026525340 | 0.70 |
| 07/18/02 | 358 | 3026525338 | 1.85 |
| 07/23/02 | 329 | 5613621568 | 0.53 |
| 07/24/02 | 329 | 3038617000 | 0.48 |
| 07/24/02 | 329 | 3035239020 | 0.33 |
| 07/26/02 | 329 | 3034178519 | 0.68 |

$12.51

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

EXCESS POSTAGE

| | | |
|---|--:|--:|
| 07/03/02 | 2.21 | |
| 07/10/02 | 5.40 | |
| 07/18/02 | 1.52 | |
| | | $9.13 |

FEDERAL EXPRESS

| | | | |
|---|---|--:|--:|
| 07/01/02 | To in-house counsel from RAM dated June 17, 2002. | 17.29 | |
| 07/19/02 | To Kirkland Ellis attorney from RAM dated July 3, 2002. | 20.98 | |
| 07/19/02 | To in-house counsel from MTM dated June 27, 2002. | 20.52 | |
| 07/25/02 | To Holme Roberts attorney from MTM on 7/18/02 | 12.70 | |
| | | | $71.49 |

PACER ONLINE SEARCH

| | | | |
|---|---|--:|--:|
| 07/31/02 | J. Winrich - searches on 04/22, 04/29, 04/30, 05/09, 05/10,05/20, 05/23, 05/30 & 06/07/02 - Access to Bankruptcy Court Docket and documents. | 63.84 | |
| | | | $63.84 |

OTHER DELIVERY SERVICES

| | | | |
|---|---|--:|--:|
| 07/17/02 | WALSH MOVERS INC. - Ship 600 boxes from WSQ to Cambridge and return 20 to WSQ re: document review on 6/12/02 | 2,766.50 | |
| 07/17/02 | WALSH MOVERS INC. - ship 120 boxes from Cambridge to WSQ on 6/14/02 re: document review wind up | 624.00 | |
| | | | $3,390.50 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|--:|
| 07/17/02 | MERRILL CORPORATION - Copy of deposition transcript requested by in-house counsel. | 23.69 |
| 07/17/02 | MERRILL CORPORATION - copies of advertising category boxes from repository for production to plaintiffs re: interrogatories about market share in fraudulent conveyance case | 363.41 |
| 07/17/02 | MERRILL CORPORATION - 1 copy of CPD Business Plan for Kirkland Ellis attorney | 52.40 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
     with Ch. 11 Cases


## DISBURSEMENTS

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 07/17/02 | MERRILL CORPORATION - 2 copies of CPD Business Plan<br>requested by in-house counsel | 82.58 |

$522.08

PHOTOCOPYING

| | | |
|---|---|---|
| 07/01/02 | 2 copies | 0.24 |
| 07/01/02 | 1 copy | 0.12 |
| 07/01/02 | 1 copy | 0.12 |
| 07/02/02 | 2 copies | 0.24 |
| 07/02/02 | 6 copies | 0.72 |
| 07/02/02 | 15 copies | 1.80 |
| 07/02/02 | 4 copies | 0.48 |
| 07/03/02 | 97 copies | 11.64 |
| 07/03/02 | 1 copy | 0.12 |
| 07/03/02 | 3 copies | 0.36 |
| 07/08/02 | 4 copies | 0.48 |
| 07/08/02 | 119 copies | 14.28 |
| 07/15/02 | 4 copies | 0.48 |
| 07/16/02 | 2 copies | 0.24 |
| 07/16/02 | 1 copy | 0.12 |
| 07/16/02 | 58 copies | 6.96 |
| 07/17/02 | 2 copies | 0.24 |
| 07/18/02 | 60 copies | 7.20 |
| 07/19/02 | 3 copies | 0.36 |
| 07/23/02 | 184 copies | 22.08 |
| 07/23/02 | 3 copies | 0.36 |
| 07/23/02 | 194 copies | 23.28 |
| 07/23/02 | 193 copies | 23.16 |
| 07/23/02 | 18 copies | 2.16 |
| 07/24/02 | 94 copies | 11.28 |
| 07/24/02 | 284 copies | 34.08 |
| 07/24/02 | 160 copies | 19.20 |
| 07/24/02 | 131 copies | 15.72 |
| 07/24/02 | 119 copies | 14.28 |
| 07/24/02 | 6 copies | 0.72 |
| 07/24/02 | 36 copies | 4.32 |

David B. Siegel

Re: Special Litigation Counsel - Work in Connection
    with Ch. 11 Cases

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---:|
| 07/24/02 | 4 copies | 0.48 |
| 07/24/02 | 4 copies | 0.48 |
| 07/24/02 | 1 copy | 0.12 |
| 07/24/02 | 330 copies | 39.60 |
| 07/24/02 | 160 copies | 19.20 |
| 07/24/02 | 201 copies | 24.12 |
| 07/24/02 | 160 copies | 19.20 |
| 07/24/02 | 74 copies | 8.88 |
| 07/24/02 | 592 copies | 71.04 |
| 07/24/02 | 6 copies | 0.72 |
| 07/24/02 | 104 copies | 12.48 |
| 07/24/02 | 270 copies | 32.40 |
| 07/24/02 | 138 copies | 16.56 |
| 07/24/02 | 298 copies | 35.76 |
| 07/24/02 | 33 copies | 3.96 |
| 07/25/02 | 1 copy | 0.12 |
| 07/26/02 | 39 copies | 4.68 |
| 07/29/02 | 3 copies | 0.36 |
| 07/29/02 | 1 copy | 0.12 |
| 07/30/02 | 466 copies | 55.92 |
| 07/30/02 | 20 copies | 2.40 |
| 07/31/02 | 4 copies | 0.48 |
| 07/31/02 | 12 copies | 1.44 |

$567.36

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 07/25/02 | Rent and utilities for document repository at One Winthrop Square - August 2002 | 12,708.73 |

$12,708.73

MISCELLANEOUS

| | | |
|---|---|---:|
| 07/17/02 | RECORDKEEPER ARCHIVE - 6/18/02 retrieve 1984 correspondence, memos, status reports to investigate reason for collection of 6 Fred Eaton boxes at Winthrop Square | 27.00 |

$27.00

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $17,372.64 |
| TOTAL THIS BILL | $17,372.64 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 10, 2002

Bill Number  45861
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through July 31, 2002

Re: Special Litigation Counsel - Work In Connection
with Preparation of Fee Applications

**DISBURSEMENTS**

FEDERAL EXPRESS

| 07/19/02 | To David W. Carickhoff, Jr., Esq. from RAM dated July 10, 2002. | 12.48 | |
|---|---|---|---|
| | | | $12.48 |

PHOTOCOPYING

| 07/10/02 | 137 copies | 16.44 | |
|---|---|---|---|
| | | | $16.44 |

TELEPHONE

| 07/02/02 | 357 | 5613621583 | 3.23 | |
|---|---|---|---|---|
| 07/02/02 | 357 | 5613621583 | 3.23 | |
| 07/03/02 | 357 | 2147220081 | 0.46 | |
| 07/30/02 | 357 | 5613621583 | 2.31 | |
| 07/30/02 | 357 | 5613621583 | 2.31 | |
| | | | | $11.54 |

Page 1

David B. Siegel

TOTAL DISBURSEMENTS          $40.46

TOTAL THIS BILL          $40.46