IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: September 9, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 2566

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Hamilton, Rabinovitz & Alschuler, Inc.'s First Interim Quarterly Fee Application Request For Approval and Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2002 Through June 30, 2002 ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 9, 2002.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

                                              FERRY , JOSEPH & PEARCE, P.A.

                                              /s/ Theodore J. Tacconelli
                                              Michael B. Joseph (#392)
                                              Theodore J. Tacconelli (#2678)
                                              Rick S. Miller (#3418)
                                              824 Market Street, Suite 904
                                              P.O. Box 1351
                                              Wilmington, DE. 19899
                                              (302) 575-1555

                                              -and-

                                          Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                                          Scott L. Baena, Esq.
                                          Jay M. Sakalo, Esq.
                                          2500 First Union Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131-2336

                                          Counsel to the Official Committee of Asbestos
                                          Property Damage Claimants

Dated: September 17, 2002