# EXHIBIT A

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

# REMITTANCE ADVICE

HOMEPLACE OF AMERICA, INC.                                   MAY 14, 2002
3200 POTTERY DRIVE                                           INVOICE   114233
MRYTLE BEACH,   SC   29579                                        FCT


FOR SERVICES THROUGH APRIL 30, 2002

REGARDING:    HO389- 73961
              CORPORATE AND SECURITIES MATTERS

SERVICES TOTAL.................................$         2,189.00

DISBURSEMENTS..................................$            14.82

**TOTAL DUE FOR THIS MATTER**......................................$         2,203.82


PAYMENT DUE UPON RECEIPT

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT**


*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

# PARKER, POE, ADAMS & BERNSTEIN L.L.P.
## THREE WACHOVIA CENTER
### SUITE 3000
### 401 S. TRYON STREET
### CHARLOTTE, NORTH CAROLINA 28202-1935
### 704-372-9000

```
HOMEPLACE OF AMERICA, INC.                          MAY 14, 2002
3200 POTTERY DRIVE                                  INVOICE   114233
MRYTLE BEACH,  SC  29579                                      FCT


FOR PROFESSIONAL SERVICES AND RELATED DISBURSEMENTS RENDERED THROUGH 04/30/02

REGARDING: HO389-73961
           CORPORATE AND SECURITIES MATTERS



SERVICES TOTAL...............................$     2,189.00

DISBURSEMENTS................................$        14.82

TOTAL DUE FOR THIS MATTER....................................$    2,203.82
```

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

# PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

**FILE NUMBER**  H0389-73961                    **DATE** MAY 14, 2002
                                                 **INVOICE** 114233

## DESCRIPTION OF SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/02 | FCT | REVIEW/PREPARATION FOR BOARD COMMITTEE CONFERENCE CALL - OPEN ISSUES | .80 | 385.00 | 308.00 |
| 04/04/02 | FCT | REVIEW AND PREPARATION FOR BOARD COMMITTEE CONFERENCE CALL | .60 | 385.00 | 231.00 |
| 04/04/02 | FCT | TELEPHONE CONVERSATION CONFERENCE WITH BOARD COMMITTEE | 1.00 | 385.00 | 385.00 |
| 04/05/02 | JWP | REVIEW PREBILLS AND REVISE FOR INTERIM (MARCH) FEE APPLICATION | .80 | 275.00 | 220.00 |
| 04/18/02 | JWP | TELEPHONE CONVERSATION WITH MR. WAITE RE: U.S. TRUSTEE'S MOTION FILED IN HOMEPLACE I RE: MONTHLY REPORTS AND UST FEES; CALL TO MS. JONES RE: TRUSTEE'S MOTION | .30 | 275.00 | 82.50 |
| 04/19/02 | FCT | TELEPHONE CONVERSATION CONFERENCES RE: BOARD CONFERENCE - OPEN ISSUES | .50 | 385.00 | 192.50 |
| 04/23/02 | FCT | REVIEW/PREPARATION FOR BOARD CONFERENCE CALL | .70 | 385.00 | 269.50 |
| 04/23/02 | FCT | TELEPHONE CONVERSATION CONFERENCE WITH BOARD COMMITTEE | 1.30 | 385.00 | 500.50 |

## SUMMARY OF TIME

| | | | |
|---|---|---|---|
| FCT | 4.90 | 385.00 | 1,886.50 |
| JWP | 1.10 | 275.00 | 302.50 |
| TOTALS | 6.00 | | 2,189.00 |

FEES TOTAL.............................$         2,189.00

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

CLIENT NAME: HOMEPLACE OF AMERICA, INC.            DATE: MAY 14, 2002
FILE NUMBER   HO389-73961                          INVOICE NO:   114233
                                                   PAGE NO:      2

DESCRIPTION OF DISBURSEMENTS

TELEPHONE                                                          14.82

TOTAL DISBURSEMENTS....................$           14.82

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

# REMITTANCE ADVICE

```
HOMEPLACE OF AMERICA, INC.                         MAY 14, 2002
3200 POTTERY DRIVE                                 INVOICE  114234
MRYTLE BEACH,  SC  29579                                  FCT


FOR SERVICES THROUGH APRIL 30, 2002

REGARDING:    HO389- 73963
              LITIGATION

SERVICES TOTAL..................................$       253.50

DISBURSEMENTS...................................$       101.65

TOTAL DUE FOR THIS MATTER.......................$            355.15
```

PAYMENT DUE UPON RECEIPT

PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

```
HOMEPLACE OF AMERICA, INC.                    MAY 14, 2002
3200 POTTERY DRIVE                            INVOICE  114234
MRYTLE BEACH,  SC  29579                               FCT
```

FOR PROFESSIONAL SERVICES AND RELATED DISBURSEMENTS RENDERED THROUGH 04/30/02

REGARDING: HO389-73963
           LITIGATION

```
SERVICES TOTAL..............................$        253.50

DISBURSEMENTS...............................$        101.65
```

**TOTAL DUE FOR THIS MATTER**..................................$        355.15

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

**PARKER, POE, ADAMS & BERNSTEIN L.L.P.**
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

FILE NUMBER    HO389-73963                          DATE MAY 14, 2002
                                                    INVOICE 114234

DESCRIPTION OF SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/02 | KTF | TELEPHONE CONVERSATION WITH N. FALK RE: SUBPOENA IN J. CARTY WORKERS COMPENSATION MATTER | .20 | 195.00 | 39.00 |
| 03/28/02 | KTF | PREPARE LETTER TO N. FALK RE: SUBPOENA IN J. CARTY WORKERS COMPENSATION MATTER | .30 | 195.00 | 58.50 |
| 03/28/02 | KTF | TELEPHONE CONVERSATION WITH B. PEREZ RE: SUBPOENA IN J. CARTY WORKERS COMPENSATION MATTER | .10 | 195.00 | 19.50 |
| 03/28/02 | KTF | TELEPHONE CONVERSATION WITH D. FROST RE: SUBPOENA IN J. CARTY WORKERS COMPENSATION MATTER | .10 | 195.00 | 19.50 |
| 04/04/02 | KTF | TELEPHONE CONVERSATION WITH S. LAVIN RE: J. CARTY SUBPOENA | .20 | 195.00 | 39.00 |
| 04/04/02 | KTF | PREPARATION OF FAX TO S. LAVIN RE: J. CARTY SUBPOENA | .20 | 195.00 | 39.00 |
| 04/04/02 | KTF | REVIEW DOCUMENTS FROM S. LAVIN RE: J. CARTY SUBPOENA | .20 | 195.00 | 39.00 |

SUMMARY OF TIME

|  | Hours | Rate | Amount |
|---|---|---|---|
| KTF | 1.30 | 195.00 | 253.50 |
| TOTALS | 1.30 |  | 253.50 |

FEES TOTAL.............................$      253.50

DESCRIPTION OF DISBURSEMENTS

TELEPHONE                                           10.26

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

Matter: 73963                                     Date: May 14, 2002
Billing Attorney: FRED C., JR. THOMPSON          INVOICE No: 114234
                                                  PAGE NO:     2

DESCRIPTION OF DISBURSEMENTS (CONT.)

WESTLAW                                                       91.39

        TOTAL DISBURSEMENTS...................$      101.65

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

## REMITTANCE ADVICE

```
HOMEPLACE OF AMERICA, INC.                        JULY 17, 2002
3200 POTTERY DRIVE                                INVOICE   118844
MRYTLE BEACH,  SC  29579                                FCT


FOR SERVICES THROUGH JUNE 30, 2002

REGARDING:    HO389- 73961
              CORPORATE AND SECURITIES MATTERS

SERVICES TOTAL.................................$        4,670.50

DISBURSEMENTS..................................$          138.20

TOTAL DUE FOR THIS MATTER......................$        4,808.70
```

**PAYMENT DUE UPON RECEIPT**

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT**

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

```
HOMEPLACE OF AMERICA, INC.                          JULY 17, 2002
3200 POTTERY DRIVE                                  INVOICE  118844
MRYTLE BEACH,  SC  29579                            FCT
```

FOR PROFESSIONAL SERVICES AND RELATED DISBURSEMENTS RENDERED THROUGH 06/30/02

REGARDING: HO389-73961
           CORPORATE AND SECURITIES MATTERS


SERVICES TOTAL..............................$      4,670.50

DISBURSEMENTS...............................$        138.20

**TOTAL DUE FOR THIS MATTER**...................$      4,808.70

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

# PARKER, POE, ADAMS & BERNSTEIN L.L.P.

THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

FILE NUMBER     H0389-73961                          DATE JULY 17, 2002
                                                     INVOICE 118844

### DESCRIPTION OF SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/24/02 | FCT | REVIEW/PREPARE FOR MEETING | .40 | 385.00 | 154.00 |
| 05/28/02 | FCT | TELEPHONE CONVERSATION CONFERENCE F. BASTAKI RE: BOARD/SHAREHOLDER QUESTIONS | .30 | 385.00 | 115.50 |
| 05/28/02 | EGH | REVIEW BYLAWS AND CORRESPONDENCE WITH F. THOMPSON RE: DOWNSIZING OF BOARD | .30 | 140.00 | 42.00 |
| 05/28/02 | FCT | REVIEW HOMEPLACE OF AMERICA BYLAWS/CHARTER - DELAWARE LAW | 1.50 | 385.00 | 577.50 |
| 05/28/02 | FCT | PREPARATION CORRESPONDENCE - KIA | .40 | 385.00 | 154.00 |
| 05/28/02 | FCT | PREPARATION FOR BOARD COMMITTEE CONFERENCE CALL; REVIEW | .60 | 385.00 | 231.00 |
| 05/28/02 | FCT | TELEPHONE CONVERSATION CONFERENCE WITH BOARD RESTRUCTURING COMMITTEE | 1.00 | 385.00 | 385.00 |
| 06/04/02 | FCT | REVIEW OPEN ISSUES; TELEPHONE CONFERENCES D. FROST | .80 | 385.00 | 308.00 |
| 06/05/02 | FCT | REVIEW CT CORP/SUBPOENA/LAWSUIT | .60 | 385.00 | 231.00 |
| 06/05/02 | CHP | DRAFTING FOURTEENTH MONTHLY FEE APPLICATION | 1.00 | 75.00 | 75.00 |
| 06/05/02 | CHP | PREPARATION EMAIL CORRESPONDENCE TO S. MCFARLAND AT PACHULSKI STANG RE: 4TH AND 5TH QUARTERLY FEE APPLICATIONS | .20 | 75.00 | 15.00 |
| 06/05/02 | CHP | DRAFTING PARKER POE FIFTH QUARTERLY FEE APPLICATION | 1.00 | 75.00 | 75.00 |
| 06/05/02 | CHP | DRAFTING PARKER POE FOURTH QUARTERLY FEE APPLICATION | 1.00 | 75.00 | 75.00 |

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

**PARKER, POE, ADAMS & BERNSTEIN L.L.P.**
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

```
CLIENT NAME:  HOMEPLACE OF AMERICA, INC.        DATE: JULY 17, 2002
FILE NUMBER   HO389-73961                       INVOICE NO:    118844
                                                PAGE NO:     2
```

DESCRIPTION OF SERVICES (CONT.)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/02 | CHP | UPDATE FEE APPLICATION BINDERS | .50 | 75.00 | 37.50 |
| 06/05/02 | CHP | DRAFTING FIFTEENTH MONTHLY FEE APPLICATION | 1.00 | 75.00 | 75.00 |
| 06/10/02 | JWP | REVIEW FIFTEENTH MONTHLY FEE APPLICATION | .20 | 275.00 | 55.00 |
| 06/10/02 | CHP | SCAN IN QUARTERLY FEE APPLICATIONS FOR ELECTRONIC FILING | 1.00 | 75.00 | 75.00 |
| 06/10/02 | CHP | SERVICE OF PARKER POE MONTHLY FEE APPLICATION | .50 | 75.00 | 37.50 |
| 06/10/02 | JWP | REVIEW AND REVISE FOURTH AND FIFTH QUARTERLY FEE APPLICATION | 1.00 | 275.00 | 275.00 |
| 06/10/02 | CHP | TELEPHONE CONVERSATION WITH S. MCFARLAND RE: PARKER POE FEE APPLICATIONS | .20 | 75.00 | 15.00 |
| 06/10/02 | CHP | DRAFTING CORRESPONDENCE TO S. MCFARLAND RE: FEE APPLICATIONS | .50 | 75.00 | 37.50 |
| 06/12/02 | CHP | TELEPHONE CONVERSATION WITH P. CANIFF AT PACHULSKI STANG RE: PARKER POE FEE APPLICATIONS | .20 | 75.00 | 15.00 |
| 06/13/02 | EGH | PREPARATION RESPONSE TO INQUIRY FROM NATIONAL CITY BANK, CLEVELAND, OH | .40 | 140.00 | 56.00 |
| 06/13/02 | CHP | RESEARCH HOMEPLACE FEE HISTORY RE: FEE APPLICATION | .50 | 75.00 | 37.50 |
| 06/18/02 | CHP | TELEPHONE CONVERSATION WITH P. CANIFF RE: PARKER POE FEE APPLICATIONS | .20 | 75.00 | 15.00 |
| 06/20/02 | FCT | REVIEW OPEN ISSUE | .50 | 385.00 | 192.50 |

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

CLIENT NAME: HOMEPLACE OF AMERICA, INC.          DATE: JULY 17, 2002
FILE NUMBER  HO389-73961                          INVOICE NO:  118844
                                                  PAGE NO:     3

DESCRIPTION OF SERVICES (CONT.)

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/02 | FCT | REVIEW LITIGATION; CONFERENCE C. FORD | .50 | 385.00 | 192.50 |
| 06/24/02 | FCT | TELEPHONE CONVERSATION D. FROST RE: BOARD ISSUE | .40 | 385.00 | 154.00 |
| 06/25/02 | FCT | REVIEW AND PREPARE FOR BOARD CALL | .50 | 385.00 | 192.50 |
| 06/25/02 | FCT | TELEPHONE CONVERSATION CONFERENCE B. MILLER RE: BOARD ISSUE | .30 | 385.00 | 115.50 |
| 06/25/02 | FCT | TELEPHONE CONVERSATION D. FROST RE: BOARD | .20 | 385.00 | 77.00 |
| 06/26/02 | FCT | TELEPHONE CONVERSATION CONFERENCE WITH HOMEPLACE BOARD RESTRUCTURING COMMITTEE | .80 | 385.00 | 308.00 |
| 06/26/02 | FCT | PREPARATION FOR BOARD COMMITTEE CALL | .50 | 385.00 | 192.50 |
| 06/26/02 | FCT | TELEPHONE CONVERSATION D. FROST | .20 | 385.00 | 77.00 |

SUMMARY OF TIME

| | Hours | Rate | Amount |
|---|---|---|---|
| CHP | 7.80 | 75.00 | 585.00 |
| EGH | .70 | 140.00 | 98.00 |
| FCT | 9.50 | 385.00 | 3,657.50 |
| JWP | 1.20 | 275.00 | 330.00 |
| TOTALS | 19.20 | | 4,670.50 |

FEES TOTAL............................$     4,670.50

DESCRIPTION OF DISBURSEMENTS

TELEPHONE                                                      23.20
PHOTOCOPIES                                                    37.70

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*

PARKER, POE, ADAMS & BERNSTEIN L.L.P.
THREE WACHOVIA CENTER
SUITE 3000
401 S. TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1935
704-372-9000

**Matter:** 73961
**Billing Attorney:** FRED C., JR. THOMPSON

**Date:** July 17, 2002
**INVOICE No:** 118844
**PAGE NO:** 4

### DESCRIPTION OF DISBURSEMENTS (CONT.)

| | |
|---|---:|
| SEARCH FEE | 66.36 |
| FEDERAL EXPRESS/AIRBORNE | 10.94 |
| TOTAL DISBURSEMENTS.....................$ | 138.20 |

*Statement payable in full upon receipt.*
*We invite you to discuss with us any questions regarding our services or fees.*
*We reserve the right to charge interest on past due amounts at the rate of 1.5% per month.*
*Federal Tax ID # 56-0928467*