IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WACCAMAW'S HOMEPLACE, et al.,[1] | ) | Case No. 01-0181 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

Kathleen Marshall DePhillips, hereby certifies that on the 17th day of September, 2002 she caused a copy of the following documents to be served upon the attached service list in the manner indicated:

1. NOTICE OF SIXTH QUARTERLY APPLICATION OF PARKER POE ADAMS & BERNSTEIN L.L.P. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002; AND

2. SIXTH QUARTERLY APPLICATION OF PARKER POE ADAMS & BERNSTEIN L.L.P. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2002 THROUGH.

Dated: September 17, 2002

Kathleen Marshall DePhillips (Bar No. 4173)

---

[1] The Debtors are the following entities: HomePlace of America, Inc.; HomePlace Management, Inc.; HomePlace Stores, Inc.; and HomePlace Stores Two, Inc.

1

36893-001\DOCS_DE:16410.9