*Home Place Service List*
*(Adversary Core Group &*
*Defendant)*
Document #49499.1-ale
Case No. 01-00181 (PJW)
03 - Hand Delivery
03 – First Class Mail

*(Co-Counsel to Debtors)*
Laura Davis Jones, Esquire
Scottta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*(Parcels)*
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE  19801

*Hand Delivery*
*(U.S. Trustee)*
Maria Giannirakis, Esquire
Office of the United States Trustee
844 King Street Room 2311
Wilmington, DE  19801

*Hand Delivery*
*(Co-Counsel to Committee)*
David M. Fournier, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE  19899-1709

*First Class Mail*
*(Counsel to Debtors)*
James A. Stemple, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
*(Debtors)*
Attention:  David Frost
Home Place of America, Inc.
3926 Wesley Street
Myrtle Beach, SC  29579

*First Class Mail*
*(Counsel for Committee)*
Brett H. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen
230 Park Avenue
New York, NY  10169