**W. R. Grace  Additional Landlord Service List**
Case No. 01-1139 (RJN)
Doc. No. 20466
September 17, 2002
29 - First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esq.
David Carickoff, Esq..
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
Coast Business Credit, a Division of Southern Pacific Bank
12121 Wilshire Blvd., Suite 1111
Los Angeles, CA  90025-1174

*First Class Mail*
General Electric Capital Corporation
1400 Computer Drive
Westborough, MA 01581

*First Class Mail*
Jonathan Neil & Associates, Inc.
c/o Bruce A. Hatkoff, a Law Corporation
18321 Ventura Blvd., Suite 1000
Tarzana, CA  91356

*First Class Mail*
Hamilton Hallmark Electronics
a Division of Avnet, Inc.
c/o Gary Wexler, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA  90025-1516

*First Class Mail*
De Lage Landen Financial Services, Inc.
File #43,024
c/o Cook, Perkiss & Lew, PLC
333 Pine Street, Third Floor
San Francisco, CA  94101

*First Class Mail*
Azlan Akam, N.V.
C/o Charles B. Carey, Law Offices
24012 Calle De La Plata, Suite 230
Laguna Hills, CA  92653-7610

*First Class Mail*
NTFC Capital Corporation
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*First Class Mail*
Comprador Corporation
350 N. Old Woodward Avenue
Suite 200
Birmingham, MI  48009

*First Class Mail*
Comprador Corporation
350 North Woodward Avenue
Suite 200
Birmingham, MI  48009

*First Class Mail*
Safeco Credit Co., Inc.
Safeco Plaza, A-Bldg.
Seattle, WA  98185

*First Class Mail*
Grace Receivables Purchasing, Inc.
501 Elm Street, Suite 410
Dallas, TX  75202-3333

*First Class Mail*
Internal Revenue Service
California Office
1650 Mission St., Ste. 511
San Francisco, CA  94103
Attn: Robert Trujillo

*First Class Mail*
Internal Revenue Service
Central California Area Office
55 S. Market Street
San Jose, CA  95113
Attn: Don Hallenbeck

*First Class Mail*
Modern Handling Equipment, Co.
2501 Durham Road
Bristol, PA  19007

*First Class Mail*
Citicorp Dealer Finance
450 Mamaroneck Avenue
Harrison, NY  10528

*First Class Mail*
Mellon U.S. Leasing Corp.
525 Market Street
#3500
San Francisco, CA  94105

*First Class Mail*
Mitchell Distributing Company
3535 N. Graham Street
Charlotte, NC  28206

*First Class Mail*
Newcourt Communications Finance Corporation
2 Gatehall Drive
Parsippany, NJ  07054

*First Class Mail*
First Access
6400 W. 73rd Street
Bedford Park, IL  60638

*First Class Mail*
Nationsbank, N.A., as Agent
101 N. Tryon St., 15th Floor
Charlotte, NC  28255
Attn: Molly Canup

*First Class Mail*
Torrance Electric Company, Inc.
700 16th Street, NE
Cedar Rapids, IA  52402

*First Class Mail*
Dell Financial Services, LP
14050 Summit Drive
Building A, Suite 101
Austin, TX  78758

*First Class Mail*
Safeco Credit Co. Inc.
DBA Safeline Leasing
10915 Willows Rd. NE
Redmond, WA  98052

*First Class Mail*
Lease Plan U.S.A., Inc.
1165 Sanctuary Pkwy
Alpharetta, GA  30004-4797

*First Class Mail*
The CIT Group/Equipment Financing, Inc.
900 Ashwood Parkway, 6th Floor
Atlanta, GA  30338

*First Class Mail*
BSFS Equipment Leasing
501 Corporate Centre Drive
Suite 600
Franklin, TN  37067

*First Class Mail*
Kirkpatrick & Lockhart LLP
1251 Avenue of the Americas
45th Floor
New York, NY  10020-1104

*First Class Mail*
Butler Leasing Company
P.O. Box 677
Hunt Valley, MD  21030-0677