IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 12, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## NO ORDER REQUIRED
## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 2596

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fourteenth Monthly Fee Application of Pitney, Hardin, Kipp & Szuch LLP ("Pitney Hardin") for Compensation and Reimbursement of Expenses for June 1, 2002 through June 30, 2002 (the "Application"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 12, 2002.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Pitney Hardin $22,722.40 which represents 80% of the fees ($28,403.00), and $3,922.05 which represents 100% of the expenses requested in the Application for the period June 1, 2002 through June 30, 2002, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: September [ ], 2002

        KIRKLAND & ELLIS
        James H.M. Sprayregen, P.C.
        James W. Kapp III
        Christian J. Lane
        Roger J. Higgins
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone:  (312) 861-2000
        Facsimile:  (312) 861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        *Kathleen Marshall DePhillips (4173)*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4173)
        919 N. Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400

        Co-Counsel to Debtors and Debtors-in-Possession