

**CORNELL**  Office of University Counsel and Secretary of the Corporation

300 CCC Building, Garden Avenue
Ithaca, New York 14853-2601

Telephone: 607 255-5124
Facsimile:  607 254-3556
*(not for service of pleadings)*

FILED
2002 SEP 17 PM 12: 05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

September 11, 2002

Laura Davis Jones, Esq. (Attorney for Debtor)
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705

RE:   **Chapter 11 Bankruptcy**
      **W.R. Grace & Co. (and affiliated debtors)**
      **Tax I.D. No. 65-0773649**
      **Case No. 01-01139 (JKF) through 01-01200 (JKF) Jointly Administered**

Dear Ms. Jones:

This office represents Cornell University in regard to the above-referenced bankruptcy case. Please be advised that all future notices and/or documents should be forwarded to my attention at the following address:

> Cornell University
> Office of University Counsel
> 300 CCC Building, Garden Avenue
> Ithaca, New York 14853-2601

If you have any questions, please don't hesitate to contact us. Thank you for your assistance and cooperation in this matter.

Sincerely,

Anthony F. Parise
Associate University Counsel

AFP:cb

cc:   U.S. Bankruptcy Court, D. of Delaware