IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 8, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: November 25, 2002 @ 10:00 a.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Hilsoft Notifications, through undersigned counsel, has filed its First Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of March 13, 2002 through June 30, 2002, in the amounts of $15,735.00 and $28.54 respectively.

You are required to file an objection or response to the attached application on or before October 8, 2002 at 4:00 p.m.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING ON THE APPLICATION WILL BE HELD ON NOVEMBER 25, 2002 AT 10:00 A.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  September 18, 2002        BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
Counsel to the Official Committee of Asbestos Property Damage Claimants
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385
Telephone:  (305) 374-7580
Facsimile: (305) 374-7593

By:    /s/ Jay M. Sakalo
         Jay M. Sakalo (Admitted Pro Hac Vice)

| | |
|---|---|
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street<br>Suite 1600<br>P. O. Box 8705<br>Wilmington, DE 19899-8705 |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street<br>Suite 904<br>P. O. Box 1351<br>Wilmington, DE 19899 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue<br>36th Floor<br>New York, NY 10022 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine, LLC<br>1201 N. Market Street<br>15th Floor<br>Wilmington, DE 19801 | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899 | United States Trustee<br>Attn: Frank J. Perch, Esq.<br>844 King Street, Room 2313<br>Wilmington, DE 19801 |

Warren H. Smith
Warren H. Smith & Associates, P.C.
3400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270