EXHIBIT "B"

SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD

MARCH 13, 2002 THROUGH JUNE 30, 2002

1. Litigation Consulting –57.1 hours ($15,735.00)

During the Application Period, the Applicant completed an analysis of the Debtors' revised notice plan to notify property damage claimants (without Zonolite being a part of the plan), with a substantial focus on the form and design of the notices, as well as the media and dissemination methodology.

The Applicant also studied the timing of the notice appearances leading up to a proposed bar date, to determine whether there was sufficient time to learn about and react and file a claim. Additionally, the Applicant studied, at the PD Committee's request, the importance and potential benefit of TV notice for residential (non-Zonolite) PD Claimants. The Applicant provided critical advice and recommendations to the PD Committee with respect to the plan.