## EXHIBIT "C"

## HILSOFT NOTIFICATIONS
123 East Broad Street
Souderton, PA 18964-0120

**DATE:** 5/21/02      **INVOICE NO.:** 43780

**BILL TO:**

**WR GRACE & COMPANY, ET AL.**

### SUMMARY OF INVOICE

| DATE | TOTAL HOURS | FEES - DESCRIPTION | RATE | TOTAL AMOUNT |
|------|-------------|--------------------|------|--------------|
| April '02 | 21.0 | TH - Todd B. Hilsee - Consulting Fees | $350.00 | $7,350.00 |
| April '02 | 16.9 | Barbara A. Coyle - Professional Fees | $250.00 | $4,225.00 |
| April '02 | 6.7 | GI - Gina M. Intrepido - Professional Fees | $225.00 | $1,507.50 |
| April '02 | 10.9 | AR - Ann B. Renaldi - Professional Fees | $225.00 | $2,452.50 |
| April '02 | 1.6 | NF - Nicole A. Fritz - Direct Staff Services | $125.00 | $200.00 |

**TOTAL FEES: $15,735.00**

| DATE | TOTAL HOURS | EXPENSES - DESCRIPTION | RATE | TOTAL AMOUNT |
|------|-------------|------------------------|------|--------------|
| 3/16/02 | N/A | Long Distance Calls | $15.96 | $15.96 |
| 3/19/02 | N/A | Overnight Courier | $11.06 | $11.06 |
| April '02 | N/A | 38 Photocopies @ .04 | $1.52 | $1.52 |

**TOTAL EXPENSES: $28.54**

**INVOICE TOTAL: $15,763.54**

**DETAIL OF SERVICES PROVIDED**

| Date | Hours | Resp. | Description |
|---|---|---|---|
| 3/13/02 | 4.9 | th | Correspondence with counsel, re: EPA and Zonolite notice; revise ZAI notice; revise affidavit; finalize and execute affidavit. |
| 03/19/02 | 4.1 | th | Phone with Scott Baena, re: status pursuant to hearing; meet with staff on next steps and PD only notice program; outline elements that a PD only notice program could/should entail. |
| 03/20/02 | 0.2 | th | Phone call to M. Dies. |
| 03/26/02 | 3.4 | ar | Review Kinsella notices; study them for communications effectiveness issues; outline notice communications issues. |
| 03/26/02 | 6.4 | bc | Study Debtor's revised Notice plan to determine plan's accuracy, missing elements and possible improvements to attain higher effectiveness; determine the cost and savings that would be generated if Debtor's plan was implemented by Hilsoft Notifications; investigate business publication circulations into Canada; meet with staff to discuss overall findings and outline of summary points for client; phone with client to discuss the findings and prioritize the various recommendations. |
| 03/26/02 | 3.9 | gi | Determine delivery of Kinsella's vs. print plan against adults 35+ and breakdown the reach and coverage of the various targets contained within the 'exec/mgr/admin' target identified by Kinsella. |
| 03/27/02 | 4.9 | ar | Study and analyze Kinsella notices and prepare comments on the content/design attributes that would or would not contribute to effective communication to potential claimants; identify areas of improvement that would help the notices stand out, come to the attention of claimants, and be understood by them. |

| Date | Hours | Init | Description |
|---|---|---|---|
| 03/27/02 | 3.9 | bc | Conduct point-by-point comparison of Debtor's revised notice plan to latest Hilsee affidavit to determine which recommendations were incorporated into the revised plan, and which ones are still missing; draft bullet points of media deficiencies and recommendations for improvement. |
| 03/28/02 | 2.6 | ar | Finalize review of Kinsella's notices and incorporate comments into general review document. |
| 03/28/02 | 5.9 | bc | Research circulations of Libby and Missoula area newspapers to confirm most effective buy to reach Libby residents; calculate cost of Debtor's Canadian newspaper schedule; investigate business publications in Canada to more effectively reach PD claimants there; provide direction to staff, re: Libby household figures (to calculate newspaper penetration) and media plan options to reduce cost while maintaining effective reach levels; edit media bullet points for client memorandum; review "notice design and content" comments; calculate total cost and savings to fund if media plan were to be implemented by Hilsoft Notifications. |
| 03/28/02 | 2.8 | gi | Investigate delivery and cost of different print plan options to determine effectiveness vs. efficiency of Kinsella U.S. print plan. |
| 03/28/02 | 1.6 | nf | Research population and household data in Libby; research circulation data for Missoula, Montana. |
| 03/28/02 | 3.4 | th | Study reply points from staff; study of notice plan deficiencies and edit and revise and add substantive observations and conclusions. |
| 03/29/02 | 3.4 | th | Draft response and summary of analyses for J. Sakalo; revisions and study of our notice content in proposed comparisons to Debtor's. |
| 04/01/02 | 0.7 | bc | Review summary of observations document to prepare for conference call with client. |
| 04/01/02 | 0.2 | th | Phone with J. Sakalo, re: response to Debtor's submission on notice to PD claimants. |

| Date | Hours | Staff | Description |
|---|---|---|---|
| 04/05/02 | 2.7 | th | Phone with J. Sakalo; review latest points of agreement and discuss remaining issues with J. Sakalo including foreign notice, headline of PD notice; revise headline and propose to PD Committee. |
| 04/09/02 | 0.4 | th | Review and respond to email from J. Sakalo, re: foreign notice/claims. |
| 04/16/02 | 1.7 | th | Call with J. Sakalo, re: TV notice for residential; study target and media audience data and determine whether efficiency may dictate TV but not reach objectives or shortfalls. |
| Total | 57.1 | | |

Hilsoft Notifications - Billing Statement - W. R. Grace

th: Todd B. Hilsee = 21.00
bc: Barbara A. Coyle = 16.90
gi: Gina M. Intrepido = 6.70
ar: Anne B. Renaldi = 10.90
nf: Nicole A. Fritz = 1.6
jk: JoAnn King =