IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING AND ALLOWING FIRST
INTERIM QUARTERLY FEE APPLICATION REQUEST OF HILSOFT
NOTIFICATIONS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
PERIOD OF MARCH 13, 2002 THROUGH JUNE 30, 2002**

AND NOW, to wit this _____ day of _____, 2002, the Court having heard the
First Interim Quarterly Fee Application Request of Hilsoft Notifications for Approval and
Allowance of Compensation for Services Rendered and Reimbursement of Expenses as
Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of
March 13, 2002 through June 30, 2002, and the Court having found that the relief sought therein
is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Request is GRANTED

2. The Court approves and allows the legal fees of Hilsoft Notifications in the amount of
$_____ and expenses in the amount of $_____.

_____
UNITED STATES BANKRUPTCY COURT JUDGE