IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO NINTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002 [DOCKET NO. 2609]**

On August 28, 2002, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Ninth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 2609] (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 17, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001 (the "Order"), and upon the entry of the omnibus order approving fees,[1] the Debtors shall be authorized to pay Klett Rooney $2,878.00 which represents eighty percent (80%) of the fees, and $879.97, which represents 100% of the expenses requested in

---

[1] During the August 26, 2002 hearing, the Court directed the Debtors to "make no payments on the monthly fees or expenses starting September 1st and going forward until I get [the omnibus fee order] entered. . . Once I get everything from all parties approving the fees, then the Debtor is permitted to start making monthly payments again." Transcript, August 26, 2002, p. 69.

the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

          KLETT ROONEY LIEBER & SCHORLING
          A Professional Corporation

By: _____
       Teresa K.D. Currier (No. 3080)
       Jeffrey R. Waxman (No. 4159)
       The Brandywine Building
       1000 West St. - Suite 1410
       Wilmington, DE 19801

Co-Counsel to the Official Committee of Equity Holders

Dated: September 18, 2002

WLM 37693.1