IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

AFFIDAVIT OF MARYANN M. ZICKGRAF

STATE OF DELAWARE:
                          SS:
NEW CASTLE COUNTY:

      I, Maryann M. Zickgraf, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that the service of the attached:

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO NINTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002 (DOCKET NO. 2609)**

was made on the following parties on the attached list by First Class Mail.

                                                            _/s/ Maryann M. Zickgraf_
                                                            Maryann M. Zickgraf

SWORN AND SUBSCRIBED before me this 18th day of September 2002.

_/s/ Debra L. Hanby_
NOTARY

[Notary Seal: DEBRA L. HANBY, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES APRIL 17, 2006]

**W.R. GRACE FEE APP.**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
 **(Debtor's counsel)**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
 **(Counsel to Post-Petition Lender)**

W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
 **(Debtor)**

Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202
 **(Fee Auditor)**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
 **(Official Committee of Property**
 **Damage Claimants)**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
 **(Official Committee of Unsecured**
 **Creditors)**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
 **(Official Committee of Personal**
 **Injury Claimants)**

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
 **(Official Committee of Personal**
 **Injury Claimants)**

Matthew G. Zaleski, III, Esquire
Campbell & Levine
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
 **(Official Committee of Personal**
 **Injury Claimants)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
 **(U.S. Trustee)**

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
 **(Official Committee of Unsecured**
 **Creditors)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
 **(Counsel to Post-Petition Lender)**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE 19899-8705
 **(Debtor's counsel)**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899
 **(Official Committee of Property**
 **Damage Claimants)**