IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: October 8, 2002 at 4:00 p.m. |

**QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *April 1, 2002 through and including June 30, 2002* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$73,418.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$5,015.76* |
| This is a(n):   _ monthly   X interim application | |

KL2:2174430.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - APRIL 1, 2002 THROUGH JUNE 30, 2002

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 6/17/02 2228 | $28,794.00 | $2,669.24 | 7/10/02 2356 | $23,035.20 | $2,669.24 | $31,493.24 |
| 8/5/02 2493 | $24,232.00 | $2,299.11 | 9/12/02 2677 | $-0- | -0- | $26,531.11 |
| 9/4/02 2653 | $20,392.50 | $388.61 | Objection Deadline 9/24/02 | $-0- | $-0- | $20,781.11 |
| Total | $73,418.50 | $5,015.76 | | $23,035.20 | $2,669.24 | $78,434.26 |

Currently Unpaid:   Fees        $ 50,383.45
                    Expenses    $  2,687.72

                    TOTAL       $ 53,071.17

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 32.00 | $15,200.00 |
| Becker, Gary M. | 389.00 | 98.75 | $39,500.00 |
| Caton, Amy | 350.00 | 0.30 | $105.00 |
| Clark, Robert | 300.00 | 25.70 | $7,710.00 |
| Mangual, Kathleen | 175.00 | 52.90 | $9,257.50 |
| Lane, Joanne | 180.00 | 2.30 | $414.00 |
| Temp, Paralegal | 160.00 | 7.70 | $1,232.00 |
| Total | | 219.65 | $73,418.50 |

KL2:2174430.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/02 through 6/30/02 | Total Fees for the Period 4/1/02 through 6/30/02 |
|---|---|---|
| Asbestos Claims Issues | 43.65 | $18,540.00 |
| Bankruptcy Motions | 4.10 | $1,655.00 |
| Case Administration | 88.10 | $24,106.00 |
| Committee & Creditor Corresp. | 17.70 | $7,612.50 |
| Fee Applications | 24.60 | $4,305.00 |
| Fraudulent Conveyance Issues | 32.10 | $13,342.50 |
| **Total** | **219.65** | **$73,418.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 4/1/02 through 6/30/02 |
|---|---|
| Telecopier | $18.00 |
| Velobindings | $7.50 |
| Tabs | $4.00 |
| Photocopying | $636.75 |
| Manuscript Service | $249.00 |
| Research Services | $21.00 |
| Document Prep. | $12.00 |
| Postage | $8.59 |
| Long-Distance Tel. | $10.52 |
| Westlaw On-Line Research | $80.65 |
| Lexis / Nexis On-Line Research | $845.50 |
| Messenger Service | $645.87 |
| Legal Search Fees | $224.62 |
| Corp. Doc. & Mat. | $5.41 |
| Cab Fares | $224.79 |
| Meals | $16.09 |
| Out-of-Town-Travel | $2,005.47 |
| **Total** | **$5,015.76** |

KL2:2174430.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period April 1, 2002 through June 30, 2002, it be allowed the total amount of fees of $73,418.50, and disbursements $5,015.76, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: September 13, 2002

- 4 -

KL2:2174430.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 475.00 | 142.50 |
| BECKER, GARY M. | CRED | 24.40 | 400.00 | 9,760.00 |
| CLARK, ROBERT | CRED | 25.70 | 300.00 | 7,710.00 |
| **PARAPROFESSIONALS** | | | | |
| TEMP, PARALEGAL | CRED | 7.70 | 160.00 | 1,232.00 |
| LANE, JOANNE | IMAG | 2.30 | 180.00 | 414.00 |
| MANGUAL, KATHLEEN | CRED | 27.70 | 175.00 | 4,847.50 |
| Subtotal | | 88.10 | | $ 24,106.00 |

### COMMITTEE & CREDITOR CORRESP.

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 7.10 | 475.00 | 3,372.50 |
| BECKER, GARY M. | CRED | 10.60 | 400.00 | 4,240.00 |
| Subtotal | | 17.70 | | $ 7,612.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CRED | 3.90 | 400.00 | 1,560.00 |
| Subtotal | | 4.10 | | $ 1,655.00 |

### FEE APPLICATION PREPARATION - AND RELATED

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.50 | 475.00 | 712.50 |
| CATON, AMY | CRED | 0.30 | 350.00 | 105.00 |
| BECKER, GARY M. | CRED | 7.60 | 400.00 | 3,040.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 24.60 | 175.00 | 4,305.00 |
| Subtotal | | 34.00 | | $ 8,162.50 |

KL4:2057490.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

### ASBESTOS CLAIM ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 14.40 | 475.00 | 6,840.00 |
| BECKER, GARY M. | CRED | 29.25 | 400.00 | 11,700.00 |
| | Subtotal | 43.65 | | $ 18,540.00 |

### FRAUDULENT CONVEYANCE ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 8.50 | 475.00 | 4,037.50 |
| BECKER, GARY M. | CRED | 23.00 | 400.00 | 9,200.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 0.60 | 175.00 | 105.00 |
| | Subtotal | 32.10 | | $ 13,342.50 |
| | Total | 219.65 | | $ 73,418.50 |

KL4:2057490.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 32.00 | 475.00 | 15,200.00 |
| CATON, AMY | ASSOCIATE | 0.30 | 350.00 | 105.00 |
| BECKER, GARY M. | ASSOCIATE | 98.75 | 389.00 | 39,500.00 |
| CLARK, ROBERT | ASSOCIATE | 25.70 | 300.00 | 7,710.00 |
| TEMP, PARALEGAL | PARALEGAL | 7.70 | 160.00 | 1,232.00 |
| LANE, JOANNE | OTHER TKPR | 2.30 | 180.00 | 414.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 52.90 | 175.00 | 9,257.50 |
| | Total | 219.65 | | $73,418.50 |

KL4:2057490.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 18.00 |
| VELOBINDINGS | 7.50 |
| TABS | 4.00 |
| PHOTOCOPYING | 636.75 |
| MESSENGER SERVICE | 645.87 |
| MANUSCRIPT SERVICE | 249.00 |
| RESEARCH SERVICES | 21.00 |
| DOCUMENT PREP. | 12.00 |
| POSTAGE | 8.59 |
| LONG-DISTANCE TEL. | 10.52 |
| WESTLAW ON - LINE RESEARCH | 80.65 |
| LEXIS / NEXIS ON -LINE RESEARCH | 845.50 |
| LEGAL SEARCH FEES | 224.62 |
| CAB FARES | 224.79 |
| MEALS | 16.09 |
| OUT-OF-TOWN TRAVEL | 2,005.47 |
| CORP. SVC./FILING | 5.41 |
| Subtotal | $5,015.76 |

KL4:2057490.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 9.00 |
| PHOTOCOPYING | 339.60 |
| MANUSCRIPT SERVICE | 444.00 |
| CAB FARES | 3.00 |
| Subtotal | $795.60 |

KL4:2057490.1