IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections Deadline: Sept. 18, 2002 |
| | ) | (requested) |
| | ) | Hearing Date: Sept. 23, 2002 @ 10:00 AM |
| | ) | (requested) |

## ZAI CLAIMANTS' MOTION TO COMPEL

Pursuant to Bankruptcy Rule 7037, Fed. R. Civ. P. 37 and Rule 9006-1 of the Local Rules of Bankruptcy Procedure, the ZAI Claimants' respectfully move for an Order compelling discovery. The grounds for the motion are set forth in the accompanying Memorandum in Support.

ZAI counsel has conferred with Grace, as reflected in the attached Memorandum, in a good faith attempt to secure the information requested by this motion, but has been unsuccessful in securing Grace's compliance in supplying the information sought herein.

September 18, 2002

                                                Edward J. Westbrook, Esq.
                                                Robert M. Turkewitz, Esq.
                                                Richardson, Patrick, Westbrook & Brickman
                                                174 East Bay Street
                                                Charleston, SC  29401
                                                Tel. (843) 727-6513

                                                             -and-

                                                Darrell W. Scott, Esq.
                                                Burke D. Jackowich, Esq.
                                                Lukins & Annis PS
                                                717 W. Sprague Ave. Suite 1600
                                                Spokane WA 99201
                                                Telephone: (509) 455-9555

1

-and-

ELZUFON AUSTON REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Counsel for the Zonolite Claimants,
Barbanti, Busch, Prebil, and Price