# ATTACHMENT 2

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: . Chapter 11
.
W.R. Grace & Co., et al., .
.
Debtor(s). . Bankruptcy #01-0113?
(JKF)

.................................................
..

Wilmington, DE
July 22, 2002
9:56 a.m.

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:                David W. Carickhoff, Jr.,
Esq.

                           Pachulski, Stang, Ziehl,
                           Young & Jones
                           919 North Market Street
                           Wilmington, DE 19801

                           James W. Knapp, Esq.
                           Kirkland & Ellis
                           200 E. Randolph Drive
                           Chicago, IL 60601

                           David Bernick, Esq.
                           Kirkland & Ellis
                           200 E. Randolph Drive
                           Chicago, IL 60601

                           Janet S. Baer, Esq.

44

Your Honor is certainly correct that both sides can call their client.

Grace has also had the advantage of people. The Grace submissions indicate that Reed, Smith has had up to 14 lawyers working on this matter in various months since April. And Your Honor, although there've been people discussing these issues on our side, I don't think that anyone could fairly say that we have had the opportunity or have had 14 lawyers from one firm -- any firm -- working on this.

THE COURT: Then you should be grateful, because that will mean that their discovery documents will be in better shape to be able to produce to you expeditiously and they won't incur any portion of their budget by putting them together, because they're already together.

MR. WESTBROOK: Yes.

THE COURT: So you get the advantages just as they did.

MR. WESTBROOK: Well, we're certainly happy to have whatever advantage we can get from Grace, Your Honor. For instance, perhaps they have computerized their documents and they have them on a computerized index. I assume that would be available to us and they wouldn't invoke a work product privilege, then. And we'd be able to get that.

THE COURT: If they're computerized and you can

45

make use of the computers as long as they're restricted to this particular trial on the science issues, I don't see why they can't produce -- be produced in that format.

MR. WESTBROOK: Yes, Your Honor, I think that would certainly help on these --

THE COURT: But I don't know whether they are in that format.

MR. WESTBROOK: I'm just -- from past experience in non-Zonolite cases, Grace has done internal work to computerize its documents --

THE COURT: Fine, if --

MR. WESTBROOK: -- and get them on.

THE COURT: -- that's the case, everybody will benefit from that.

MR. WESTBROOK: There are additional documents, Your Honor, that were produced in connection with this in some EPA proceedings and I -- last I lost track of them they were out in Denver, and I assume those documents have been reviewed by -- by Grace and those documents have been organized and we'll have some access to that to make it more efficient.

THE COURT: I don't know. This isn't a discovery colloquy. As far as I know, you haven't even propounded any yet, because you're not retained as counsel. So --

MR. WESTBROOK: Correct, Your Honor.