# ATTACHMENT 5

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 946028 |
| Invoice Date | 05/24/02 |
| Client Number | 172573 |
| Matter Number | 60026 |

Re: (60026) Special Abestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2002

| Date | Name | | Hours |
|---|---|---|---|
| 04/01/02 | Atkinson | Arrangements to have documents reviewed by associates placed in storage (.4); travel to Boston for document review (1.4). | 1.80 |
| 04/01/02 | Cameron | Review and comment on proposed schedule and multiple e-mails and telephone calls regarding same. | 1.80 |
| 04/01/02 | Flatley | Review D. Cameron e-mails and respond about scheduling. | .50 |
| 04/01/02 | Jones | Review and coding of documents for discovery requests. | 7.60 |
| 04/01/02 | Muha | Revise Grace historical case defense (4.0); research/review new OMB regulations re: data access for publicly funded research (1.0); information quality (.60); draft memo re: regulations (2.5). | 8.10 |
| 04/01/02 | Restivo | Receipt and review of pleadings related to ZAI | 1.00 |
| 04/01/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/02/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.00 |

1

```
172573  W. R. Grace & Co.                          Invoice Number  946028
60026   Special Asbestos Counsel                   Page     2
        May 24, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/02/02 | Cameron | Prepare for and participate in conference call with A. Running and R. Finke regarding discovery issues and e-mails regarding same. | 1.40 |
| 04/02/02 | DeMarchi Sleigh | Preparing documents for review | .50 |
| 04/02/02 | Flatley | Review e-mail and with D. Cameron. | .20 |
| 04/02/02 | Haines | Memo re: On-Site CDs for loading (0.3); memo to Trevelise re: status of document review coding issues (0.5). | .80 |
| 04/02/02 | Jones | Review and coding of documents for discovery requests. | 7.70 |
| 04/02/02 | Muha | Review daily Grace bankruptcy docket entries (.3); draft, revise, edit memo on federal data access and data quality regulations (1.2); revise draft of Grace historical case defense (3.5); discuss revision process with J. Butcher (.5). | 5.50 |
| 04/02/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/03/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.10 |
| 04/03/02 | Cameron | Meet with J. Restivo regarding discovery schedule (.4); Review materials from R. Finke (.8). | 1.20 |
| 04/03/02 | Flatley | E-mail with proposed schedule and commentaries on it. | .30 |
| 04/03/02 | Jones | Review and coding of documents for discovery requests. | 7.50 |
| 04/03/02 | Trevelise | Meeting with Matt Murphy to review status and remaining issues with document review. | 1.00 |
| 04/04/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA. | 8.20 |

2

```
172573 W. R. Grace & Co.                          Invoice Number   946028
60026  Special Abestos Counsel                    Page     3
       May 24, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/04/02 | Butcher | Revise Grace historical defense case. | .30 |
| 04/04/02 | Cameron | E-mails to J. Restivo and L. Flatley regarding schedule and telephone call with R. Finke regarding same (.40); Telephone call with A. Running (.2); Review discovery issues for conference call (.7). | 1.30 |
| 04/04/02 | Cleversy | Communications with M. Atkinson re: status of production. | .20 |
| 04/04/02 | Flatley | Call with W. Sparks and follow up (.30); second call with W. Sparks (.30). | .60 |
| 04/04/02 | Jones | Review and coding of documents for discovery requests. | 7.70 |
| 04/04/02 | Litigation Suppor | Copied CD's WRG 007, 008 and 010 from On-Site to the Litigation Server. | 1.50 |
| 04/04/02 | Muha | Revise and edit Grace Historical Case Story. | 3.40 |
| 04/04/02 | Trevelise | Review correspondence re: status of document review. | .20 |
| 04/05/02 | Atkinson | Reviewing W. R. Grace documents in Boston, MA (5.6); travel from Boston (1.8). | 7.40 |
| 04/05/02 | Cameron | Review and revise letter to ZAI Claimant's Committee (.30); telephone call with R. Finke, A. Running, and D. Bernick re: same (.40); various e-mails re: same (.30); review materials re: meeting with experts (.70); review EPA materials (.80). | 2.50 |
| 04/05/02 | Haines | Multi memos re: On-Site CDs and missing data (0.2); two memos re: return of boxes to On-Site (0.1). | .30 |
| 04/05/02 | Jones | Review and code documents for discovery requests. | 4.70 |

3

| Date | Name | | Hours |
|---|---|---|---|
| 04/05/02 | Jones | Travel from Boston to Philadelphia (W. R. Grace 172573/60026). | 3.00 |
| 04/05/02 | Litigation Suppor | Imported the summaries from CD's 007, 008 and 010 into the Test Load Summation database. Ran queries on the new summaries to see if any data was missing from the DocType and Document Sensitivity fields. | 1.00 |
| 04/05/02 | Muha | Revise Grace historical case story and draft new sections and add to outline. | 5.20 |
| 04/06/02 | Cameron | Review and organize materials relating to science issues | 1.40 |
| 04/07/02 | Cameron | Prepare materials for meeting with consultants in Denver | .70 |
| 04/08/02 | Atkinson | Meeting with D. Cameron re: organization of Grace materials in Washington State Class Action, and beginning same (.7); reviewing boxes, labeling Grace documents that associates' review (2.8). | 3.50 |
| 04/08/02 | Butcher | Revise Grace historical defense case. | 3.70 |
| 04/08/02 | Cameron | Telephone call with R. Finke and e-mails regarding meeting with consultant (.4); Review consultant information for conference call (.8). | 1.20 |
| 04/08/02 | Haines | Multi memos re: review of lab manuals (0.3); conference with Trevelise re: status of document review (0.3); telephone call with M. Atkinson re: document review status (0.3). | .90 |
| 04/08/02 | Muha | Revise Grace historical case defense. | 4.10 |
| 04/08/02 | Restivo | Telephone call with D. Bernick and preparation for 4/22 hearing | 1.00 |

```
172573  W. R. Grace & Co.                           Invoice Number  946028
 60026  Special Abestos Counsel                     Page     5
        May 24, 2002
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/08/02 | Trevelise | Review correspondence re: status of document review (0.2); conference with Susan Haines re: document review issues (0.2). | .40 |
| 04/09/02 | Atkinson | Reviewing boxes, labeling Grace documents that associates reviewed (2.7); preparing inventory of Grace files, binders, boxes collected in connection with Washington State Class Action matter (1.2); e-mails to new associates regarding their collection of Grace documents in connection with analyses of documents (.2). | 4.10 |
| 04/09/02 | Butcher | Revise Grace historical defense case. | 5.30 |
| 04/09/02 | Cameron | Prepare for and participate in conference call with Holme Roberts' attorneys and consultant (2.3); E-mails and memo regarding same (.6); Review draft EPA letter (.7). | 3.60 |
| 04/09/02 | Lord | Review new fee application procedures. | .20 |
| 04/09/02 | Muha | Complete revisions to Grace historical case defense project. | 2.00 |
| 04/10/02 | Antezana | Review and analyze Grace documents for documents concerning witnesses. | 1.70 |
| 04/10/02 | Atkinson | Organizing Barbanti materials (.6); organizing memos copied during document review in Boston (.3). | .90 |
| 04/10/02 | Bentz | Conference with W. Sparks and L. Flatley regarding scheduled meetings (.5); preparation for scheduled meetings (.5); memorandum regarding planning meeting (.25); work on historical case defense (3.5). | 4.75 |

| Date | Name | | Hours |
|------|------|------|------|
| 04/10/02 | Cameron | Review draft EPA letter and telephone call with L. Flatley and R. Finke regarding same (.7); Telephone call with R. Finke and K. Lund regarding meetings and discovery issues (.4); Review materials for fee applications (.4); Prepare for and participate in conference call with A. Running, J. Hughes and consultant and memo regarding same (1.1). | 2.60 |
| 04/10/02 | Flatley | Call with W. Sparks and J. Bentz re: Chicago meetings (.40); review draft letter and discuss comments with D. Cameron (.30). | .70 |
| 04/10/02 | Haines | Telephone call with Murphy re: Hoyle Morris redacted documents and response to EPA requests for information re: expanding plant sites (0.2); conference call re: document review status (1.5); prepare for same (0.3); memo to On-Site re: review of missing data boxes (0.2); conference with Trevelise re: 4/3/02 meeting with Murphy re: document review status (0.1). | 2.30 |
| 04/10/02 | Muha | Meet with J. Bentz and J. Butcher re: Grace historical case defense Project. | .50 |
| 04/10/02 | Restivo | Review R. Finke draft EPA response (0.5); dictate Tasks List (0.5); review collected material (0.5) | 1.50 |
| 04/10/02 | Trevelise | Review materials and conference with Susan Haines regarding preparation for conference call regarding document review status (.4); conference call with HRO and Casner & Edwards regarding document review issues (1.5). | 1.90 |
| 04/11/02 | Antezana | Prepare witness binders. | .60 |

```
172573  W. R. Grace & Co.                              Invoice Number  946028
60026   Special Abestos Counsel                        Page    7
        May 24, 2002
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/11/02 | Bentz | Review correspondence with the EPA (.6); revising memorandum regarding meeting (.25). | .85 |
| 04/11/02 | Butcher | Revise Grace historical defense case. | 1.80 |
| 04/11/02 | Cameron | Review materials relating to discovery issues (.7); Review draft claim forms relating to ZAI claimants (.8); Meet with A. Muha regarding fee applications and e-mails regarding same (.5). | 2.00 |
| 04/11/02 | Haines | Memo to On-Site re: review of missing data boxes (0.1). | .10 |
| 04/11/02 | Muha | Phone call with D. Carickhoff re: Grace Fee Applications and review Bank. Court's Order Appointing Fee Auditor and Proposed (Amended) Order Appointing a Fee Auditor (.90); meet with D. Cameron re: procedures for future fee applications (.50); make revisions to Grace historical case defense (1.8). | 3.20 |
| 04/11/02 | Restivo | Dictate tasks list | .70 |
| 04/12/02 | Atkinson | Search on Summation database for documents to/from/copied to various witnesses (.4); reviewing permanent file index for abatement documents (.3); organizing, labeling additional Grace documents reviewed by associates, for storage (1.1); telephone call with A. Trevelise, S. Haines re: associates' attention to coding in their review of documents, and e-mails to associates with questions re: same (.4); arrangements for travel to Boston week of 4/15 to continue document review (.3); reviewing documents copied during document review and copy of same memo to A. Muha, L. Sleigh DeMarchi (.3). | 2.80 |

| Date | Name | | Hours |
|------|------|---|-------|
| 04/12/02 | Bentz | Preparation of historical case defense (2.0); review of documents in preparation for meeting (1.7). | 3.70 |
| 04/12/02 | Butcher | Revise Grace historical defense case. | 1.00 |
| 04/12/02 | Cameron | Review document repository issues and telephone call with R. Finke regarding same (.7); Review materials for expert meeting (.9). | 1.60 |
| 04/12/02 | Flatley | With J. Bentz re: status of witness preparation issues. | .20 |
| 04/12/02 | Haines | Conference call with Murphy, Trevelise, Tracey re: production of documents in fraudulent transfer action (0.7); telephone call with Atkinson re: attorney review (0.3); conference with Trevelise re: status of document review/production (0.1). | 1.10 |
| 04/12/02 | Muha | Revise and create index for the Grace defense. | 3.80 |
| 04/12/02 | Trevelise | Telephone calls with M. Murphy and B. Tracey re: document review and production; conference call with R. Finke and C. Sullivan (0.3); conference with Susan Haines re: status of document review and issues, and conference call with S. Haines and M. Atkinson re: attorney review procedures (0.5); review correspondence re: attorney review issues (0.1). | .90 |
| 04/13/02 | Cameron | Continue review of materials in preparation for expert meeting. | 1.00 |
| 04/14/02 | Atkinson | Summation search re: witnesses and printing out summary, several documents (.8); e-mail to D. Cameron re: collection of files from Barbanti matter, and collecting updating indices of documents (.8); travel to Boston for document review (1.5). | 3.10 |

```
172573  W. R. Grace & Co.                                    Invoice Number   94602
60026   Special Abestos Counsel                              Page   21
        May 24, 2002
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/29/02 | Lord | Review amended Administrative order and prepare checklist of new fee application procedures. | 1.00 |
| 04/29/02 | Muha | Incorporate documents into historical case defense outline. | 9.30 |
| 04/29/02 | Restivo | Review status of document review | 1.00 |
| 04/29/02 | Trevelise | Review materials and charts regarding remaining document review in preparation for conference call (.3); conference call with K. Coggon, B. Tracey, M. Murphy and S. Haines regarding remaining document review and production issues (2.3); review correspondence regarding document review status and issues (.3). | 2.90 |
| 04/30/02 | Atkinson | Reviewing W.R. Grace documents in Boston, MA. | 9.40 |
| 04/30/02 | Bentz | Preparation of historical case defense. | 1.10 |
| 04/30/02 | Butcher | Grace historical case defense | 4.20 |
| 04/30/02 | Cameron | Telephone call with R. Finke and review materials relating to document review issues (.9); Review consultant materials (.6). | 1.50 |
| 04/30/02 | Haines | Memo re: notice issues (0.2); review database for missing data and code (2.6); memo to On-Site re: same (0.2); multi telephone calls to Sherman re: coding of lab notebooks (0.7); multi telephone calls with Atkinson re: same (0.3); telephone call with Thornton re: status and projected scheduling for scanning (0.5); memos re: same (0.3). | 4.80 |
| 04/30/02 | Muha | Incorporate documents into historical case defense outline. | 6.00 |