# ATTACHMENT 6

STATE OF SOUTH CAROLINA )
) AFFIDAVIT OF LINDA HAMBLETON
COUNTY OF CHARLESTON )

1. I am a paralegal with the law firm of Richardson Patrick Westbrook & Brickman and have been working on Zonolite-related issues for the past 13 months.

2. On September 9, 2002, I arrived at the Grace document repository located at One Winthrop Square in order to participate in a document production by Grace in response to discovery requests served on July 26, 2002. My supervising attorney, Robert M. Turkewitz, and two other paralegals from my firm, Janet Bakst and Kim Carr, also participated in the document production.

3. Upon our arrival at the Grace repository, we were met by attorney Matt Murphy of Casner & Edwards. Mr. Murphy provided us with a tour of the repository, which contains the following records being produced by Grace:

    - Approximately 112 boxes designated as the East Texas set
    - Approximately 105 boxes designated as the Lorrance set
    - Approximately 61 boxes designated as the Notice/Attorney Review set
    - Approximately 28 boxes designated as the PNB set (abbreviated for "Pacific Northwest Bell")
    - Approximately 33 3-ring binders designated as Abatement documents
    - Approximately 8 boxes that had been deprivileged and are being produced
    - Approximately 14 boxes of ledgers
    - Approximately 16 boxes of photographs and videos regarding vermiculite production and products
    - Approximately 46 boxes designated as the 40 million series
    - Approximately 8 boxes of documents relating to asbestos-related workers' compensation claims against Grace
    - Approximately 4 boxes of documents relating to marketing of ZAI

- Approximately 3 boxes of agricultural / horticultural vermiculite-related documents

4. In our initial conversation with Mr. Murphy, we asked for specific files that had been requested in discovery, such as the files of Julie Yang, who was Grace's research manager in charge of vermiculite related research and testing. Mr. Murphy indicated that the individual's files are scattered throughout the repository.

5. We asked Mr. Murphy if Grace had any indices that could assist us in our review. Mr. Murphy indicated that there are various indices that are considered privileged work product and could be produced with a Confidentiality Agreement. We agreed to the Confidentiality Agreement and received the following four (4) indices: (1) The Bentall index (6 boxes); (2) the Attorney Review index (2 boxes); (3) the East Texas index; and (4) the PNB index.

6. Of the indices produced, the Attorney Review index is the only index that provides sufficient information to identify specific documents that may be relevant. It covers only 61 of the 430 plus boxes in the repository.

7. The Attorney Review index only covers the Notice documents up to a certain date by which the documents were placed in the repository. In order to use this index, the following procedure is followed: Each Attorney Review box contains thousands of pages of indices. Sections are bound separately with a cover sheet containing reference numbers. A separate sheet is provided that contains correlating box numbers to these reference numbers. After pulling out the boxes indicated on the translation sheet, one must look at the individual entry and search above it to determine the folder name. Then one must search through all of the boxes pulled for the titled folder, none of which are in order or alphabetized. Furthermore, each folder must be pulled out of the box in order to view the title name, as they are not indicated on the tabs.

8. After attempting this process, I found four (4) of the 140 documents that I had identified from a section of the index. I have found this process to be slow and cumbersome. I asked Mr. Murphy for assistance in locating the documents I was unable to locate. Mr. Murphy informed me that some of the documents may be misfiled or moved somewhere. Mr. Murphy then attempted to search for the first two (2) documents on my list, neither of which he could find.

9. Use of a computer index, to the extent it exists, would make the document review process more efficient and cost effective.

10. We renewed our request for Grace's computer index and were told that any such index would be considered work product, and not produced.

11. We requested permission to take photograph(s) of the boxes to demonstrate the difficulty in sorting through such a voluminous mass. We were told that we would need permission from W.R. Grace in order to take any photographs inside the repository. We were later advised that our request was forwarded to Grace and that it was denied.

FURTHER AFFIANT SAYETH NOT.

*Linda Hambleton*
Linda Hambleton

Sworn to this 6th of September, 2002.

*Vickye B. Connelly*
Notary Public for South Carolina:
Printed Name: Vickye B. Connelly
My Commission Expires: September 29, 2007