# ATTACHMENT 9

W. R. GRACE & CO.
CONSTRUCTION PRODUCTS DIVISION
EXPANDING PLANT OPERATION

01011367

## ORE SOURCE (CURRENT VS. COMPUTER SOLUTION)

| Plant | Conc. Ag. Comp. | Conc. Ag. Now | Masonry Comp. | Masonry Now | Plaster Comp. | Plaster Now | Mono-Kote Comp. | Mono-Kote Now | Attic Comp. | Attic Now |
|---|---|---|---|---|---|---|---|---|---|---|
| ATLANTA | | | | | | | | | | |
| LITTLE ROCK | SC-4 | SC-4&5 | SC-3 | | SC-3 | | SC-4&5 | | L-2 | |
| NEW ORLEANS | SC-4 | | SC-3 | | SC-3 | | SC-4 | | L-2 | |
| NASHVILLE | SC-4 | | SC-3 | | SC-3 | | SC-4 | | L-1 | |
| KEARNEY | SC-4&5 | | SC-3 | | SC-3 | | SC-4&5 | SC-4 | - | |
| TRAVELERS REST | - | | SC-3 | | SC-3 | | - | | L-1 | |
| JACKSONVILLE | SC-4 | | SC-3 | | SC-3 | | - | | L-2 | |
| HIALEAH | - | | - | | | | - | | - | |
| TAMPA | SC-3 | SC-4 | SC-3 | | SC-3 | | SC-3 | | L-2 | |
| BOCA RATON | SC-3 | | SC-3 | | SC-3 | | - | | L-2 | |
| ST. LOUIS | SC-4 | L-3 | L-2 | | SC-3 | L-3 | L-4 | L-3 | L-1 | |
| CHICAGO | L-3 | L-4 | L-2 | L-3 | L-2 | L-3 | L-3 | | L-1 | |
| NEW CASTLE | SC-4 | | L-2 | | SC-3 | | SC-4 | | L-1 | |
| WILDER | SC-4 | | SC-3 | | SC-3 | | SC-4 | | L-1 | |
| DEARBORN | SC-3 | | L-2 | | SC-3 | | SC-3 | | L-1 | |
| TRENTON | SC-4 | | SC-3 | | SC-3 | | SC-4 | | L-1 | |
| WEEDSPORT | SC-3 | SC-4 | L-2 | | SC-3 | | SC-3 | | L-1 | |
| EASTHAMPTON | SC-3 | SC-4 | SC-3 | | SC-3 | | SC-3 | | L-1 | |
| HIGH POINT | SC-4 | | SC-3 | | SC-3 | | - | | L-2 | |
| MUIRKIRK | SC-4 | | SC-3 | | SC-3 | | - | | L-2 | |
| MINNEAPOLIS | L-3 | | L-3 | | L-3 | | L-3 | | L-1 | |
| MILWAUKEE | L-3 | | L-2 | L-3 | L-2 | L-3 | L-3 | | L-1 | |
| DENVER | L-3 | | L-3 | L-2 | L-3 | | L-3 | | L-1 | |
| OMAHA | L-3 | | L-2 | L-3 | L-2 | | L-3 | | L-1 | |
| LOS ANGELES | L-3 | | L-3 | | L-3 | L-2 | L-3 | | L-1 | |
| NEWARK | L-4 | | L-3 | | L-3 | | L-3 | | L-2 | |
| PHOENIX | L-3 | | L-2 | | L-3 | | L-3 | | L-2 | |
| PORTLAND | L-3 | | L-3 | | L-3 | | L-3 | | L-2 | |
| SPOKANE | L-3 | | L-3 | | L-3 | | L-3 | | L-1 | |

Note: Ore usage now column completed only where it is different from computer solution.