**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING ZAI CLAIMANTS MOTION TO COMPEL

Upon consideration of the ZAI Claimants Motion to Compel ("Motion") and Memorandum in Support of the ZAI Claimants Motion to Compel; and any responses filed in opposition to the Motion, and the parties having been heard;

IT IS HEREBY ORDERED that the Motion is GRANTED. Within _____ days of this Order, Debtors shall produce the following:

1. Any existing computer indices for the Boston repository and Grace's collection of vermiculite documents;

2. Any organized set of vermiculite documents;

3. Originals of all documents requested, as well as any set of documents of CD's that may be used for reference;

4. Revised answer to all discovery requests issued by the ZAI claimants to include answers covering vermiculite and expanded vermiculite products without artificial limitation to ZAI; and

5. Answers to all discovery requests concerning personal injury claims from expanded vermiculite.

SO ORDERED THIS ___day of _____, 2002

                                                                           _____  
                                                                           Honorable Judith K. Fitzpatrick  
                                                                           United States Bankruptcy Judge