## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing documents:

- *ZAI Claimants' Motion to Limit and Shorten Notice and for Expediting Hearing*

- *ZAI Claimants' Motion to Compel and Proposed Form of Order*

- *Memorandum in Support of ZAI Claimants' Motion to Compel*

to be served upon those parties identified on the attached service list via facsimile, hand delivery or Federal Express.


Dated: September 18, 2002                                         *William D. Sullivan*
                                                                                       William D. Sullivan