IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re # 2705 |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

The foregoing Motion to Limit and Shorten Notice and for Expedited Hearing is hereby GRANTED.

A hearing on the Zonolite Claimants' Motion to Compel shall be held on September 23, 2002 at 10:00 a.m.

SO ORDERED this __19th__ day of September, 2002.

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge