IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Oct. 10, 2002 at 4:00p.m.** |
| | **Hearing Date :   TDB only if necessary** |

## SUMMARY COVERSHEET TO SIXTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | August 1, 2002 through August 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $43,266.00 for the period August 1, 2002 through August 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,524.85 for the period of August 1, 2002 through August 31, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid in part[1] | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Application Pending | Application Pending |
| 08/02 | 07/01/02 through 07/31/02 | $21,524.00 | $339.61 | Application Pending | Application Pending |

As indicated above, this is the sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Third Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Third Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in May 2002 in the Fifth Interim Quarterly Fee Application.

C:\Documents and Settings\pec\Local Settings\Temporary Internet Files\OLK18\DOCSLIB-154427-v1-Monthly Fee Applciation - Suumary - August 2002.DOC

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 84.90 | $27,592.50 |
| Melissa E. Flax | Partner | $215 | 72.90 | $15,673.50 |

                                                      Total Fees         $43,266.00

                                                      Total Hours         157.80

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $278.35 |
| Westlaw | $25.90 |
| Telephone | $53.24 |
| Faxes | $35.00 |
| FedEx | $67.16 |
| Travel<br>    Car Service<br>    Airfare<br>    Hotel | <br>186.00<br>995.00<br>561.06<br>$1,742.06 |
| Messenger | $42.21 |
| Additional Staff Time | |
| Court Reporter – transcript | |
| Car Service – experts | $78.10 |
| Meals – meetings with experts | $202.83 |
| | |
| Total | $2,524.85 |