IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: October 10, 2002 at 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                              September 10, 2002
Client No.          734680                        Page         3
INVOICE NO.         16878
```

For Professional Services Rendered through    08/31/02

Matter #           734680.1          VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/02 | JMA | Review statute of limitation section of summary judgment opinion; phone conference with MEF, and B. Hughes re: statute of limitations | 1.20 | 390.00 |
| 08/01/02 | MEF | Telephone call with B. Hughes regarding Chapman presentation on Opinion | .40 | 86.00 |
| 08/02/02 | JMA | Phone - C. Marraro re: meetings with experts and summary judgment opinion | .60 | 195.00 |
| 08/02/02 | JMA | Receipt and review fee auditor's final report re: Carella, Byrne fees; conference with MEF re: fee auditor final report; phone - R. Sentfleben re: billing issue | .70 | 227.50 |
| 08/02/02 | MEF | Review Fee Auditor's Final Report regarding Quarterly Fee Application; telephone calls with Smith regarding same | .60 | 129.00 |
| 08/02/02 | MEF | Revise and finalize Fifth Quarterly Fee Application papers | 1.50 | 322.50 |
| 08/03/02 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh; review proposed schedule re: parties' exchange of pretrial order; receipt and review letter from F. Boenning | .60 | 195.00 |
| 08/05/02 | JMA | Receipt and review e-mail to and from B. Hughes and Grace's risk management expert; review materials relating to risk assessment expert (environmental); review materials relating to risk assessment and expert (dermatology); review materials relating to preparation of experts for trial | 3.30 | 1072.50 |
| 08/06/02 | JMA | Attend meeting with C. Marraro, B. Hughes and consultant regarding trial strategy, trial exhibits and trial testimony | 8.00 | 2600.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                      September 10, 2002
Client No.              734680                            Page        4
INVOICE NO.             16878
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/02 | JMA | Review draft trial exhibit list | 1.00 | 325.00 |
| 08/07/02 | JMA | Review memo and cases regarding RCRA issues | 2.40 | 780.00 |
| 08/07/02 | JMA | Phone - C. Marraro re: RCRA issues and trial scheduling; review transcript of 6/21/02 conference with Judge Cavanaugh; letter to Judge Cavanaugh re: trial scheduling | 2.00 | 650.00 |
| 08/08/02 | JMA | Phone - D. Field re: trial schedule; phone - C. Marraro re: trial schedule; begin preparation of Findings of Fact/Conclusions of Law | 3.30 | 1072.50 |
| 08/09/02 | JMA | Phone - C. Marraro re: scheduling; correspondence re: trial schedule; review of and comments to trial exhibits and trial aids re: Grace experts | 2.30 | 747.50 |
| 08/12/02 | JMA | Phone - C. Marraro re: meeting with experts; phone - K. Millian re: scheduling of trial date; phone - M. Sciappa re: scheduling of trial date; phone - Judge Cavanaugh's Clerk | 2.20 | 715.00 |
| 08/13/02 | JMA | Phone - Judge Cavanaugh's chambers; letter to Judge Cavanaugh | .40 | 130.00 |
| 08/13/02 | JMA | Conference with C. Marraro re: trial preparation; conference with C. Marraro, B. Hughes, MEF and experts re: trial preparation; phone - A. Nagy and C. Marraro re: trial preparation; phone - A. Nagy and development professionals re: trial preparation | 8.00 | 2600.00 |
| 08/13/02 | MEF | Review amended fee auditor's report for the Fifth Quarterly Fee Application | .20 | 43.00 |
| 08/13/02 | MEF | Review email from M. Moasser regarding damages chart and documents | .20 | 43.00 |
| 08/13/02 | MEF | Review July 2002 time for preparation of July fee application | .30 | 64.50 |

### CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                September 10, 2002
Client No.          734680                          Page         5
INVOICE NO.         16878
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/13/02 | MEF | Conference with JMA and C. Marraro regarding Chapman powerpoint presentation; telephone call with JMA, C. Marraro, A. Nagy, B. Bowe and H. McGuire regarding Jersey City meeting; conference with JMA, C. Marraro, W. Hughes, P. Goad and Chapman regarding trial testimony | 6.40 | 1376.00 |
| 08/14/02 | JMA | Conference with C. Marraro, MEF, B. Hughes re: preparation of legal issues and stipulations for pretrial order, review summary judgment opinion re: RCRA issues, review RCRA issues | 8.50 | 2762.50 |
| 08/14/02 | MEF | Prepare Fifth Monthly Interim Fee Application for the period July 1, 2002 through July 31, 2002 | 1.40 | 301.00 |
| 08/14/02 | MEF | Conference with JMA, C. Marraro and B. Hughes regarding Final Pretrial Order, legal issues, stipulated facts and court rulings | 8.00 | 1720.00 |
| 08/15/02 | JMA | Phone - C. Marraro re: meeting with client - damage issues | .30 | 97.50 |
| 08/15/02 | JMA | Receipt and review revised pretrial order stipulation of facts; phone conference with C. Marraro, B. Hughes, MEF re: revisions to stipulation | 2.80 | 910.00 |
| 08/15/02 | MEF | Revise final pretrial order - legal issues; legal issues decided, stipulations of fact; prepare list of arguments Honeywell foreclosed from making; outline RCRA issue for trial brief; email to C. Marraro and B. Hughes regarding revised final pretrial order sections | 3.00 | 645.00 |
| 08/15/02 | MEF | Conference call with JMA, C. Marraro and B. Hughes regarding additional revisions to stipulations for final pretrial order; begin revisions | 3.10 | 666.50 |
| 08/16/02 | JMA | Phone - C. Marraro re: topics for conference call | .40 | 130.00 |
| 08/16/02 | JMA | Review and execution of fee application | .40 | 130.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                               September 10, 2002
Client No.              734680                                     Page      6
INVOICE NO.             16878

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/02 | JMA | Review open items list re: Pretrial Order; conference call with C. Marraro, B. Hughes and MEF re: open items for trial, assignment of representatives; conference call with C. Marraro and B. Hughes re: order of proofs; prepare memo re: trial strategy and proof issues | 3.40 | 1105.00 |
| 08/16/02 | MEF | Continue revising stipulations for final pretrial order | 1.60 | 344.00 |
| 08/16/02 | MEF | Review email from M. Moasser regarding interest calculations; telephone call with M. Moasser regarding same; voice mail to M. Moasser | .50 | 107.50 |
| 08/16/02 | MEF | Finalize 5th monthly interim fee application; letter to Carickhoff regarding same | .40 | 86.00 |
| 08/16/02 | MEF | Phone conference with JMA, C. Marraro and B. Hughes regarding open pre-trial and trial items; trial preparation; conference with JMA regarding same | 1.80 | 387.00 |
| 08/17/02 | MEF | Telephone call with M. Moasser regarding expert photos | .20 | 43.00 |
| 08/18/02 | MEF | Review email from M. Moasser regarding expert photos | .20 | 43.00 |
| 08/19/02 | JMA | Phone - C. Marraro re: scheduling of pretrial submissions; phone - C. Marraro and plaintiff's counsel re: scheduling; draft letter to counsel; receive, review and revise schedule of pretrial events; phone - C. Marraro re: schedule; phone - M. Sciappa and C. Marraro re: scheduling of pretrial events; phone - D. Field re: scheduling of pretrial events; phone - C. Marraro re: pretrial scheduling | 5.00 | 1625.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                    September 10, 2002
Client No.           734680                             Page         7
INVOICE NO.          16878
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/19/02 | MEF | Review email from M. Moasser regarding damages; voice mail - M. Moasser; review email from B. Banks regarding pretrial calendar; telephone call with M. Moasser regarding calculation of interest damages, attorney's fees, aerial photos; prepare travel arrangements for D.C. meeting; telephone call with JMA and C. Marraro regarding scheduling expert meeting | 1.70 | 365.50 |
| 08/20/02 | MEF | Telephone call with C. Marraro regarding meeting with experts; meeting with W. Hughes, P. Goad, A. Davis, J. Middlesworth, J. Lappe, K. Brown, D. Kirk, T. Bradshaw, S. Chalnut, J. Valero, D. Belsito, C. Marraro - trial preparation, demonstrative exhibits | 7.10 | 1526.50 |
| 08/21/02 | MEF | Research - regulations regarding sewer and water lines; telephone call with Jersey City Municipality; voice mail - C. Piersa at Jersey City Municipal offices; review draft Risk Assessment demonstrative aid; telephone call with C. Marraro regarding meeting | 2.00 | 430.00 |
| 08/21/02 | MEF | Review fee detail for July 2002; email to W. Smith regarding same | .40 | 86.00 |
| 08/22/02 | JMA | Travel to Washington, DC; attend conference with C. Marraro, B. Hughes and MEF re: preparation of stipulations of fact and trial exhibits for final pretrial order; trial strategy; phone - plaintiffs' counsel | 13.00 | 4225.00 |
| 08/22/02 | MEF | Travel to and attend meeting in Washington D.C. with JMA, C. Marraro and W. Hughes regarding Final Pretrial Stipulations | 13.80 | 2967.00 |
| 08/23/02 | JMA | Attend conference with C. Marraro, B. Hughes and MEF re: preparation of trial exhibit list and stipulations of fact; trial strategy; travel to New Jersey | 13.00 | 4225.00 |
| 08/23/02 | MEF | Meeting with JMA, C. Marraro and W. Hughes regarding final pretrial order stipulations and exhibits; travel to NJ | 14.00 | 3010.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY　　　　　　　　　　　　　　　　September 10, 2002
Client No.　　　　　　　734680　　　　　　　　　　　　Page　　　8
INVOICE NO.　　　　　　16878

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/25/02 | MEF | Revise stipulations of fact per August 22 and 23 meetings; email to C. Marraro and W. Hughes regarding same; review email from M. Moasser regarding photos; email to M. Moasser regarding same | 3.90 | 838.50 |
| 08/26/02 | JMA | Phone - C. Marraro re: scheduling issues; phone - M. Caffrey's secretary | .40 | 130.00 |
| 08/26/02 | MEF | Review email from M. Moasser regarding additional photos | .20 | 43.00 |
| 08/27/02 | JMA | Phone - C. Marraro re: pretrial scheduling | .30 | 97.50 |
| 08/27/02 | JMA | Phone - C. Marraro re: scheduling; phone - M. Caffrey re: scheduling | .40 | 130.00 |
| 08/28/02 | JMA | Phone - C. Marraro re: pretrial scheduling; phone - M. Sciappa re: pretrial scheduling; phone - C. Marraro and plaintiffs' counsel re: pretrial scheduling; phone - C. Marraro and D. Field re: pretrial scheduling | 1.00 | 325.00 |

Total Fees:　　　　　　　　　　　　　　　　　　　　　　　　　　　43,266.00

Disbursements

Travel Expense

| Date | Description | Amount |
|---|---|---|
| 08/20/02 | My Limousine Service to Newark Airpor for Grace Experts | 78.10 |
| 08/22/02 | Metro Limousine Service for JMA & MEF to/from Newark Airport 8/22 & 8/23 | 186.00 |
| 08/22/02 | Continential Airlines 08/22 - 08/23    JMA | 497.50 |
| 08/22/02 | Hotel   08/22 - 08/23    JMA | 280.53 |
| 08/22/02 | Continential Airlines 08/22 - 08/23 MEF | 497.50 |
| 08/22/02 | Hotel   08/22 - 08/23 MEF | 280.53 |
| | SUBTOTAL: | 1820.16 |

Meals

| Date | Description | Amount |
|---|---|---|
| 08/15/02 | Meals JMA (LIV.DELI) 8/13.  Meetings with Experts. | 81.75 |