# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                                September 10, 2002
Client No.              734680                      Page        8
INVOICE NO.             16878
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/25/02 | MEF | Revise stipulations of fact per August 22 and 23 meetings; email to C. Marraro and W. Hughes regarding same; review email from M. Moasser regarding photos; email to M. Moasser regarding same | 3.90 | 838.50 |
| 08/26/02 | JMA | Phone - C. Marraro re: scheduling issues; phone - M. Caffrey's secretary | .40 | 130.00 |
| 08/26/02 | MEF | Review email from M. Moasser regarding additional photos | .20 | 43.00 |
| 08/27/02 | JMA | Phone - C. Marraro re: pretrial scheduling | .30 | 97.50 |
| 08/27/02 | JMA | Phone - C. Marraro re: scheduling; phone - M. Caffrey re: scheduling | .40 | 130.00 |
| 08/28/02 | JMA | Phone - C. Marraro re: pretrial scheduling; phone - M. Sciappa re: pretrial scheduling; phone - C. Marraro and plaintiffs' counsel re: pretrial scheduling; phone - C. Marraro and D. Field re: pretrial scheduling | 1.00 | 325.00 |

Total Fees:                                                43,266.00

Disbursements

Travel Expense

| Date | Description | Amount |
|---|---|---|
| 08/20/02 | My Limousine Service to Newark Airpor for Grace Experts | 78.10 |
| 08/22/02 | Metro Limousine Service for JMA & MEF to/from Newark Airport 8/22 & 8/23 | 186.00 |
| 08/22/02 | Continental Airlines 08/22 - 08/23   JMA | 497.50 |
| 08/22/02 | Hotel   08/22 - 08/23   JMA | 280.53 |
| 08/22/02 | Continental Airlines 08/22 - 08/23 MEF | 497.50 |
| 08/22/02 | Hotel   08/22 - 08/23 MEF | 280.53 |
|  | SUBTOTAL: | 1820.16 |

Meals

| Date | Description | Amount |
|---|---|---|
| 08/15/02 | Meals JMA (LIV.DELI) 8/13. Meetings with Experts. | 81.75 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                              September 10, 2002
Client No.           734680                       Page         9
INVOICE NO.          16878
```

| | | |
|---|---|---|
| 08/21/02 Meals JMA LIV. DELI 8/20. Meeting with Experts. | | 121.08 |
| | SUBTOTAL: | 202.83 |

Photocopies - Outside

| | | |
|---|---|---|
| 08/26/02 Photocopies - Outside DOC EXP 8/16 | | 23.85 |
| | SUBTOTAL: | 23.85 |

Costs Advanced

| | | |
|---|---|---|
| 08/15/02 Costs Advanced - CLERK US DISTRICT COURT | | 2.50 |
| | SUBTOTAL: | 2.50 |

| | |
|---|---|
| 08/31/02 Messenger | 42.21 |
| 08/31/02 Photocopies | 252.00 |
| 08/31/02 Faxes | 35.00 |
| 08/31/02 Telephone | 53.24 |
| 08/31/02 Computer Searches | 25.90 |
| 08/31/02 Federal Express | 67.16 |

Total Costs                                              2,524.85

Total Due this Matter                                   45,790.85
==============

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY                              September 10, 2002
Client No.              734680                    Page       10
INVOICE NO.             16878
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS             FEES
J M AGNELLO                       325.00    84.90         27592.50
M E FLAX                          215.00    72.90         15673.50
                        TOTALS             157.80         43266.00
```

## ATTACHMENT B
## TO FEE APPLICATION
### (August 1, 2002 through August 31, 2002)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 84.90 | $27,592.50 |
| Melissa E. Flax | Partner | $215 | 72.90 | $15,673.50 |

| | |
|---|---|
| Grand Total: | $43,266.00 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | |
| Fee Applications, Applicant | 5.90 | $1,389.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 139.10 | $38,464.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 12.80 | $3,412.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | Westlaw | 25.90 |
| Facsimile (with rates) | | 35.00 ($0.25 per page) |
| Long Distance Telephone | | 53.24 |
| In-House Reproduction | | 252.00 ($0.25 per page) |
| Outside Reproduction | Document Express<br>Clerk, US District Court | 23.85<br><u>2.50</u><br>26.35 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | My Limo (for experts) | 78.10 |
| Out-Of-Town Travel<br>   airfare<br>   car/taxi service<br>   hotel | <br>Continental Airlines<br>Metro Limousine<br>Latham Hotel | <br>995.00<br>186.00<br><u>561.06</u><br>1,742.06 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | 67.16 |
| Postage | | |
| Other (Explain) – Meals for Meetings with Experts | Livingston Deli | 202.83 |
| Messenger | | 42.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 17th day of September, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06