IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 23, 2002 AT 10:00 A.M.

### CONTINUED MATTERS

1.    First Interim Application of Caplin & Drysdale for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 12, 2001 Through June 30, 2001 (Docket No. 747)

   **Response Deadline:** August 17, 2001 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    First Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and
      Allowance of Compensation for Services Rendered and Reimbursement of Expenses as
      Counsel to the Official Committee of Asbestos Property Damage Claimants for the
      Period of April 18, 2001 Through June 30, 2001 (Docket No. 767)

      **Response Deadline:** August 20, 2001 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
              be determined by the Court. The Debtors would like to discuss with the Court
              the scheduling of the hearing for this matter.

3.    First Quarterly Interim Application of FTI Policano & Manzo for Compensation for
      Services and Reimbursement of Expenses as Financial Advisors to the Committee of
      Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from April 20,
      2001 Through June 30, 2001 (Docket No. 776)

      **Response Deadline:** August 20, 2001 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
              be determined by the Court. The Debtors would like to discuss with the Court
              the scheduling of the hearing for this matter.

4.    First Quarterly Interim Application of the Blackstone Group L.P. for Compensation and
      for Reimbursement of Expenses for April 2, 2001, Through June 30, 2001 (Docket No.
      783)

      **Response Deadline:** August 20, 2001 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
              be determined by the Court. The Debtors would like to discuss with the Court
              the scheduling of the hearing for this matter.

5.    First Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for
      Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co.,
      et al., for the Interim Period from April 2, 2001 Through June 30, 2001 (Docket No. 775)

      **Response Deadline:** August 22, 2001 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

6.    First Interim Quarterly Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 9, 2001 Through June 30, 2001 (Docket No. 883)

**Response Deadline:** August 27, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

7.    First Quarterly Interim Application of Stroock & Stroock & Lavan LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Committee of Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from April 12, 2001 Through June 30, 2001 (Docket No. 770)

**Response Deadline:**  August 20, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

8.    Notice of Quarterly Interim Fee Application of Pitney, Hardin, Kipp & Szuch LLP for Services Rendered and Reimbursement of Expenses for the Interim Fee Period April 2, 2001 Through June 30, 2001 (Docket No. 796)

**Response Deadline:** September 3, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

9.    First Interim Application of Duane, Morris & Heckscher, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 17, 2001 Through June 30, 2001 (Docket No. 829)

**Response Deadline:** September 19, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

10.    First Quarterly Interim Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to W. R. Grace & Co., et al., for the Interim Period from April 2, 2001 Through September 30, 2001 (Docket No. 1055)

**Response Deadline:** November 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

11.    Second Interim Fee Application Request of Ferry & Joseph, P.A. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 Through September 30, 2001 (Docket No. 1056)

**Response Deadline:** November 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

12.    Second Quarterly Interim Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2001 Through September 30, 2001 (Docket No. 1068)

**Response Deadline:** November 21, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

13.  Summary of the Second Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses s Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from July 1, 2001 Through September 30, 2001 (Docket No. 1090)

**Response Deadline:** November 27, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

14.  First Quarterly Verified Interim Application of Holme Roberts & Owen LLP for Compensation and Reimbursement of Expenses for April 2, 2001 Through September 30, 2001 (Docket No. 1092)

**Response Deadline:** November 26, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

15.  Second Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2001 Through September 30, 2001 (Docket No. 1105)

**Response Deadline:** November 28, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court.  The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

16.  First Quarterly Interim Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for Compensation and for Reimbursement of Expenses for April 2, 2001 Through June 30, 2001 (Docket No. 1227)

**Response Deadline:** December 6, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

17.   Second Quarterly Interim Application of FTI Policano & Manzo for Compensation for Services and Reimbursement of Expenses as Financial Advisors to the Committee of Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from July 1, 2001 Through September 30, 2001 (Docket No. 1230)

**Response Deadline:** December 13, 2001 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

18.   First Quarterly Interim Verified Application of Wallace King Marraro & Branson, PLLC for Compensation for Services and Reimbursement of Expenses as Special Litigation and Environmental Counsel to W. R. Grace & Co., et al., for the Interim Period from April 2, 2001 Through June 30, 2001 (Docket No. 1301)

**Response Deadline:** December 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

19.   Second Quarterly Interim Application of the Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for July 1, 2001 Through September 30, 2001 (Docket No. 1429)

**Response Deadline:** January 17, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court, the scheduling of the hearing for this matter.

20.   Second Quarterly Interim Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for
      Compensation and for Reimbursement of Expenses for July 1, 2002 Through September
      30, 2002 (Docket No. 1468)

      **Response Deadline:** January 29, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
          be determined by the Court. The Debtors would like to discuss with the Court
          the scheduling of the hearing for this matter.

21.   Verified Application of Pitney Hardin Kipp & Szuch LLP for Compensation for Services
      and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al., for the
      Interim Period from July 1, 2001 Through September 30, 2001 (Docket No. 1481)

      **Response Deadline:** January 29, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
          be determined by the Court. The Debtors would like to discuss with the Court
          the scheduling of the hearing for this matter.

22.   Second Quarterly Interim Verified Application of Wallace King Marraro & Branson,
      PLLC for Compensation for Services and Reimbursement of Expenses as Special
      Litigation and Environmental Counsel to W. R. Grace & Co., et al., for the Interim Period
      from July 1, 2001 Through September 30, 2001 (Docket No. 1543)

      **Response Deadline:** February 15, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

      **Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to
          be determined by the Court. The Debtors would like to discuss with the Court
          the scheduling of the hearing for this matter.

23.   Third Interim Application of Caplin & Drysdale, Chartered, Counsel to the Official
      Committee of Asbestos Personal Injury Claimants of W. R. Grace & Co., et al., for
      Interim Compensation and Reimbursement of Expenses (Docket No. 1557)

      **Response Deadline:** February 18, 2002 at 4:00 p.m.

      **Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

24.  Third Interim Fee Application of Campbell & Levine, LLC for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants for the Period October 1, 2001 Through December 31, 2001 (Docket No. 1576)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

25.  Third Interim Fee Application of L Tersigni Consulting P.C., for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountant and Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants for the Period October 1, 2001 Through December 31, 2001 (Docket No. 1585)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

26.  Third Quarterly Interim Application of the Blackstone Group L.P. for Compensation and for Reimbursement of Expenses for October 1, 2001 Through December 31, 2001 (Docket No. 1591)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

27.  Second Quarterly Interim Verified Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 1610)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

28.    Notice First Interim Fee Application Request of Klett Rooney Lieber & Schorling for the Period of October 26, 2001 Through November 30, 2001 (Docket No. 1612)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

29.    Notice of Second Interim Fee Application Request of Kramer Levin Naftalis & Frankel LLP for the Period of October 1, 2001 Through December 31, 2001 (Docket No. 1613)

**Response Deadline:** February 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

30.    Second (Quarterly) Interim Fee Application of Duane Morris LLP for the Period July 1, 2001 Through and Including September 30, 2001 (Docket No. 1623)

**Response Deadline:** February 25, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

31.    Third Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2001 Through December 31, 2001 (Docket No. 1642)

**Response Deadline:** February 27, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

32.    Summary of the Third Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 1644)

**Response Deadline:** February 27, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

33.    Third Quarterly Interim Application of FTI Policano & Manzo for Compensation for Services and Reimbursement of Expenses as Financial Advisors to the Committee of Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from October 1, 201 Through December 31, 2001 (Docket No. 1647)

**Response Deadline:** February 27, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

34.    Third Quarterly Interim Application of Stroock & Stroock & Lavan LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Committee of Unsecured Creditors of W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 1658)

**Response Deadline:** February 28, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

35.   Fourth Through Sixth Monthly Applications of Duane Morris LLP for compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2001 Through and Including December 31, 2001 (Docket No. 1659)

**Response Deadline:** March 4, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

36.   Third (Quarterly) Interim Fee Application of Duane Morris LLP for the Period October 1, 2001 Through and Including December 31, 2001 (Docket No. 1660)

**Response Deadline:** March 4, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

37.   Second Quarterly Verified Interim Application of Holme Roberts & Owen LLP for Compensation and Reimbursement of Expenses for October 1, 2001 Through December 31, 2001 (Docket No. 1748)

**Response Deadline:** March 18, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

38.   First Quarterly Interim Verified Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Interim Period from September 18, 2001 Through December 31, 2001 (Docket No. 1823)

**Response Deadline:** April 4, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

39.    Verified Application of Pitney, Hardin, Kipp & Szuch LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Col, et al., for the Interim Period October 1, 2001 Through December 31, 2001 (Docket No. 1871)

**Response Deadline:** April 16, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

40.    Third Quarterly Interim Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for Compensation and for Reimbursement of Expenses for October 1, 2001 Through December 31, 2001 (Docket No. 2050)

**Response Deadline:** June 3, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

41.    Third Quarterly Interim Verified Application of Wallace King Marraro & Branson, PLLC for Compensation for Services and Reimbursement of Expenses as Special Litigation and Environmental Counsel to W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 2172)

**Response Deadline:** June 20, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

42.    First Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Interim Period from July 1, 2001 Through September 30, 2001 (Docket No. 2253)

**Response Deadline:** July 9, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

43.    Second Quarterly Application of Steptoe & Johnson LLP for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 2257)

**Response Deadline:** July 9, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

44.    Second Quarterly Interim Verified Application of Nelson Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al., for the Interim Period from July 19, 2001 Through September 30, 2001 (Docket No. 2640)

**Response Deadline:** September 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

45.    Third Quarterly Interim Verified Application of Nelson Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Interim Period from October 1, 2001 Through December 31, 2001 (Docket No. 2642)

**Response Deadline:** September 19, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter is being continued at the suggestion of the Fee Auditor until a date to be determined by the Court. The Debtors would like to discuss with the Court the scheduling of the hearing for this matter.

**UNCONTESTED MATTERS**

46.   Complaint for Declaratory Judgment and Turnover of Non-Estate Property by MCNIC
      Pipeline & Processing Company against W.R. Grace & Co.-Conn. (Docket No. 1003)

      **Related Documents:**  None.

      **Response Deadline:** December 13, 2001 (extended for the Debtors until August 9, 2002)

      **Responses Received:**  None as of the date of this Agenda Notice.

      **Status**: The Debtors will either continue the matter or present a stipulation settling the
            matter at the hearing.

47.   Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending
      Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes
      Thereon (Docket No. 2482)

      **Related Documents:**

      a.      [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors'
              Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes
              Thereon (Docket No. 2482)

      b.      Certification of No Objection Regarding Docket No. 2482 (Docket No. 2584)

      **Response Deadline:** August 20, 2001 at 4:00 p.m.

      **Responses Received:**  None as of the date of this Agenda Notice.

      **Status**: An Order has been entered by the Court granting this Motion.  This matter will
            not be going forward.


**CONTESTED MATTERS**

48.   Motion to Lift Automatic Stay for Cause [filed by Timothy Kane] (Docket No. 2234)

      **Related Documents:**

      a.      Exhibits re: Docket No. 2234 (Docket No. 2235)

      **Response Deadline:**  July 15, 2002 (extended for Debtors to August 9, 2002)

      **Reponses Received:**

      a.      Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause
              (Docket No. 2523)

b.  Response of Timothy Kane to Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2553)

**Status:** This matter will be going forward.

## ADDITIONAL MATTERS

49.  Motion of Carol Gerard, Alfred V. Pennock, et al., and Billie Schull, et al., to Require Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extent Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 121)

**Related Documents:**

a.  [Proposed] Order Respecting Financial Security Under Bankruptcy 7065 (Adv. Pro. No. 01-771, Docket No. 121)

b.  [Proposed] Stipulation Regarding Scheduling of Briefing on Motion of Carol Gerard, et al., to Require Posting of a Bond (Adv. Pro. No. 01-771, Docket No. 132)

**Responses Deadline:** None.

**Responses Received:**

a.  Debtors' Reply to Motion of Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al. to Require Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extend Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 128)

b.  Response and Opposition to Motion of Gerard, et. al., to Require a Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extent Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 130) **(filed by Maryland Casualty Company)**

c.  **Reply of Carol Gerard, Alfred V. Pennock, et al., and Billie Schull, et al., to Objections by Debtors and Maryland Casualty to the Motion to Require Posting of a Bond By Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 134)**

**Status:** This matter will be going forward.

50.  **ZAI Claimants Motion to Compel (Docket No. 2704)**

**Related Documents:**

a.    [Proposed] Order Granting ZAI Claimants Motion to Compel (Docket No. 2704)

b.    Motion to Limit and Shorten Notice and for Expedited Hearing (Docket No. 2705)

c.    [Proposed] Order Granting Motion for Expedited Hearing (Docket No. 2705)

d.    [Signed] Order Granting Motion for Expedited Hearing (Docket No. 2710)

**Response Deadline: September 18, 2002 at 4:00 p.m.**

**Responses Received:**

a.    Debtors intend to file an Objection to ZAI Claimants Motion to Compel (Docket No. TBD)

**Status: This matter will be going forward.**


Dated: September 20 , 2002            KIRKLAND & ELLIS
                                      David M. Bernick, P.C.
                                      James H.M. Sprayregen, P.C.
                                      James W. Kapp III
                                      Janet S. Baer
                                      200 East Randolph Drive
                                      Chicago, Illinois 60601
                                      (312) 861-2000

                                              and

                                      PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                                      *Scotta E. McFarland*

                                      Laura Davis Jones (Bar No. 2436)
                                      Scotta E. McFarland (Bar No. 4184)
                                      919 North Market Street, 16th Floor
                                      P.O. Box 8705
                                      Wilmington, DE 19899-8705 (Courier 19801)
                                      Telephone:  (302) 652-4100
                                      Facsimile:  (302) 652-4400

                                      Co-counsel for Debtors and Debtors in Possession