IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|                                     |   |                                  |
|-------------------------------------|---|----------------------------------|
| In re:                              | ) | Chapter 11                       |
|                                     | ) |                                  |
| W. R. GRACE & CO., et al.,          | ) | Case No. 01-1139 (JKF)           |
|                                     | ) | Jointly Administered             |
| Debtors.                            | ) |                                  |

**CERTIFICATE OF SERVICE**

I, Scotta E. McFarland, hereby certify that on the 20th day of September 2002, I

caused a copy of the following document to be served on the individuals on the attached service

lists in the manner indicated:

1. **AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 23, 2002 AT 10:00 A.M.**

Scotta E. McFarland (DE Bar No. 4184)

91100-001\DOCS_DE:53750.1