**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 01- 01139 |
|  | : | thru 01200 (AMW) |
| W. R. GRACE & CO., et al., | : | Chapter 11 |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES ON BEHALF OF WACHOVIA BANK NATIONAL ASSOCIATION**

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance together with Todd Meyers, Esq. and Kathleen M. O'Connell KILPATRICK STOCKTON LLP, as Attorneys for Wachovia Bank National Association, collectively a creditor of the Debtors and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that it be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served via facsimile upon the both undersigned and the aforementioned Counsel at the following respective addresses:

| | |
|---|---|
| Thomas D. Walsh, Esq. (Del. #3783) | Todd Meyers, Esq. |
| McCARTER & ENGLISH, LLP | Kathleen M. O'Connell, Esq. |
| 919 Market Street, Suite 1800 | KILPATRICK STOCKTON LLP, |
| P.O. Box 111 | 1100 Peachtree Street, Suite 2800 |
| Wilmington, DE 19899 | Atlanta, GA 30309 |
| (302) 984-6300; (302) 984-6399 (fax) | (404) 815-6500; (404) 815-6555 (fax) |

**MCCARTER & ENGLISH LLP**

Dated: September 20, 2002

  /s/ Thomas D. Walsh
Thomas D. Walsh, Esquire (Del. # 3783)
919 North Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Fax: (302) 984-6399

WL1: 70111.01