## CERTIFICATE OF SERVICE

I, Thomas D. Walsh, hereby certify that on September 20, 2002, I caused copies of the

foregoing to be served upon the attached service list in the manner indicated.


_____/s/ Thomas D. Walsh_____
Thomas D. Walsh (Del. #3783)


See attached list.