**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | : | |
|---|---|---|
| In re: | : | Case No. 01- 01139 |
| | : | thru 01200 (AMW) |
| | : | |
| W. R. GRACE & CO., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: Oct. 28, 2002 at 10:00 a.m.** |
| | : | **Objections Due: Oct. 11, 2002 at 4:00 p.m.** |

_____:

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that the **Motion of Wachovia Bank National Association for Relief from the Automatic Stay in Order to Effect Setoff** (the "Motion") has been filed with the United States Bankruptcy Court for the District of Delaware; and

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel so as to be actually received by such counsel not later than **4:00 p.m. on October 11, 2002**. A hearing on the Motion will be held before the Honorable Judith K. Fitzgerald on **October 28, 2002 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES ARE TIMELY FILED, SERVED, AND RECEIVED, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

ATLLIB01 1409852.4

Dated:  September 20, 2002
         Wilmington, Delaware

                        MCCARTER & ENGLISH LLP


                        __/s/ Thomas D. Walsh_____
                        Thomas D. Walsh, Esquire (Del. #3783)
                        919 North Market Street, Suite 1800
                        Wilmington, Delaware 19801
                        Telephone: (302) 984-6300
                        Fax: (302) 984-6399

                        and

                        KILPATRICK STOCKTON LLP
                        Todd C. Meyers
                        Georgia Bar No. 504756
                        Kathleen M. O'Connell
                        Georgia Bar No. 548909
                        1100 Peachtree Street
                        Suite 2800
                        Atlanta, Georgia 30309
                        Telephone: (404) 815-6500
                        Fax: (404) 815-6555

                        Attorneys for Wachovia Bank National Association

ATLLIB01 1409852.4

WL1: 70100.01