**CERTIFICATE OF SERVICE**

  I, Thomas D. Walsh, hereby certify that on September 20, 2002, I caused copies of the foregoing **Motion of Wachovia Bank National Association for Relief from the Automatic Stay in Order to Effect Setoff** to be served upon the attached service list in the manner indicated.

                /s/ Thomas D. Walsh
                Thomas D. Walsh (Del. #3783)

See attached list.

WL1: 70101.01