IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No.  01-01139 (JKF)
                                                (Jointly Administered)

          Debtors


SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH  JULY 31, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $23,895.50): | $19,116.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    473.91 |

This is an:  __X__ interim  _____ final application

The total time expended for fee application preparation is approximately 17.7 hours and corresponding compensation requested is approximately  $5,522.50.  The time expended included approximately 7.1 hours spent on preparation of the fifteenth interim fee application, approximately 6.2 spent on preparation of the fifth quarterly interim fee application and approximately 4.4 hours spent preparing a response to the fee auditor's report.

This is the SIXTEENTH application filed.  Disclosure for prior periods and current period is as follows:

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH  JULY 31, 2002)
ATTACHMENT A
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 5.9 | $3,245.00 |
| S. Cunningham | $440 | 11.7 | $5,148.00 |
| W. Gilligan | $375 | 2.5 | $937.50 |
| L. Hamilton | $350 | 34.6 | $12,110.00 |
| J. Schwendeman | $325 | 1.0 | $325.00 |
| M. Hakoun | $150 | 7.3 | $1,095.00 |
| N. Backer | $ 75 | 13.8 | $1,035.00 |
|  |  |  |  |
| Grand Total: |  | 76.8 | $23,895.50 |
| Blended Rate: | $311 |  |  |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 24.9 | $9,247.50 |
| 3 | Corporate Finance | 7.5 | $3,531.00 |
| 8 | Case Administration | 13.5 | $1,462.50 |
| 9 | Claims Analysis (Asbestos) | 7.0 | $1,470.00 |
| 11 | Creditors Committee | 4.5 | $1,991.00 |
| 12 | Employee Benefits/Pension | 1.7 | $ 671.00 |
| 16 | Fee Applications, Applicant | 17.7 | $5,522.50 |
|  |  |  |  |
|  | Total | 76.8 | $23,895.50 |

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $268.50 |
| Telecommunications | $191.09 |
| Postage, Express Delivery | $14.32 |
| Travel Expenses | $0.00 |
| | |
| Total | $473.91 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period July 1, 2002 through July 31, 2002

|  | Total Hours | Billing Rate | | Amount | |
|---|---|---|---|---|---|
| E. Ordway | 5.9 | $ | 550 | $ | 3,245.00 |
| S. Cunningham | 11.7 | $ | 440 | | 5,148.00 |
| W. Gilligan | 2.5 | $ | 375 | | 937.50 |
| L. Hamilton | 34.6 | $ | 350 | | 12,110.00 |
| J. Schwendeman | 1.0 | $ | 325 | | 325.00 |
| M. Hakoun | 7.3 | $ | 150 | | 1,095.00 |
| N. Backer | 13.8 | $ | 75 | | 1,035.00 |
| TOTAL | 76.8 | | | $ | 23,895.50 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period July 1, 2002 through July 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 3,245.00 | E. Ordway | | $ 990.00 | $ 1,155.00 | $ - | $ 440.00 | $ 55.00 | 110.00 | $ 495.00 | $ 3,245.00 |
| $ 440 | 5,148.00 | S. Cunningham | | 660.00 | 2,376.00 | - | - | 1,936.00 | 176.00 | - | 5,148.00 |
| $ 375 | 937.50 | W. Gilligan | | 937.50 | - | - | - | - | - | - | 937.50 |
| $ 350 | 12,110.00 | L. Hamilton | | 6,335.00 | - | 420.00 | 175.00 | - | 385.00 | 4,795.00 | 12,110.00 |
| $ 325 | 325.00 | J. Schwendeman | | 325.00 | - | - | - | - | - | - | 325.00 |
| $ 150 | 1,095.00 | M. Hakoun | | - | - | 240.00 | 855.00 | - | - | - | 1,095.00 |
| $ 75 | 1,035.00 | N. Backer | | - | - | 802.50 | - | - | - | 232.50 | 1,035.00 |
| | $ 23,895.50 | Totals | | $ 9,247.50 | $ 3,531.00 | $ 1,462.50 | $ 1,470.00 | $ 1,991.00 | 671.00 | $ 5,522.50 | $ 23,895.50 |

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period July 1, 2002 through July 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 3,245.00 | E. Ordway | | 1.8 | 2.1 | 0.0 | 0.8 | 0.1 | 0.2 | 0.9 | 5.9 |
| $ 440 | $ 5,148.00 | S. Cunningham | | 1.5 | 5.4 | 0.0 | 0.0 | 4.4 | 0.4 | 0.0 | 11.7 |
| $ 375 | $ 937.50 | W. Gilligan | | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 |
| $ 350 | $ 12,110.00 | L. Hamilton | | 18.1 | 0.0 | 1.2 | 0.5 | 0.0 | 1.1 | 13.7 | 34.6 |
| $ 325 | $ 325.00 | J. Schwendeman | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 150 | $ 1,095.00 | M. Hakoun | | 0.0 | 0.0 | 1.6 | 5.7 | 0.0 | 0.0 | 0.0 | 7.3 |
| $ 75 | $ 1,035.00 | N. Backer | | 0.0 | 0.0 | 10.7 | 0.0 | 0.0 | 0.0 | 3.1 | 13.8 |
| | $ 23,895.50 | Totals | | 24.9 | 7.5 | 13.5 | 7.0 | 4.5 | 1.7 | 17.7 | 76.8 |

## Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-Jul | 2 | Read and responded to memorandum prepared by counsel regarding fraudulent conveyance issues. | 1.1 |
| | 16 | Read and analyzed memorandum from fee auditor. | 0.7 |
| 8-Jul | 2 | Read and analyzed memorandum prepared by counsel regarding recent motions filed in court. | 0.7 |
| 11-Jul | 11 | Called Committee Chair to discuss near-term work plan. | 0.1 |
| 19-Jul | 9 | Read and analyzed memorandum from counsel regarding asbestos claims activity. | 0.8 |
| 22-Jul | 12 | Read and responded to counsel memorandum regarding KERP objection from other committee. | 0.2 |
| 24-Jul | 3 | Read and analyzed monthly operating items and summarized follow-up issues for Debtors' conference call. | 1.4 |
| 31-Jul | 3 | Read and analyzed most current 10-Q and summarized follow-up issues for Debtors' conference call. | 0.7 |
| | 16 | Prepared fee application. | 0.2 |
| | | **Total Hours - July** | 5.9 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours | N/C Hours |
|------|-----------|-------------|-------|-----------|
| 1-Jul | 2 | Read and analyzed updates regarding fraudulent conveyance and information pertaining to Babcock & Wilcox ruling. | 1.5 | |
| 8-Jul | 3 | Analyzed report on results of operation for May. | 5.4 | |
| 15-Jul | 12 | Discussed PD Committee objection to KERP with Blackstone. | 0.4 | |
| | 11 | Discussed Committee response to objection with counsel. | 0.4 | |
| 16-Jul | 11 | Discussed Committee response to objection with counsel. | 0.7 | |
| | 11 | Reviewed draft response of Committee with counsel and Chair. | 0.8 | |
| 18-Jul | 12 | Attended Asbestos Conference in NYC- Guest Speaker Paul Norris CEO- Grace. | 0.0 | 8.5 |
| 22-Jul | 11 | Discussed bankruptcy issues with Committee Chair including asbestos claim valuation, tax indemnity issues with previous spin offs and EPA issues. | 1.3 | |
| 25-Jul | 11 | Discussed case issues and bankruptcy exit timing with Committee member, including fraudulent conveyance, Zonolite and legacy liabilities. | 1.2 | |
| | | **Total Hours – July** | 11.7 | 8.5 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 25-Jul | 2 | Read and analyzed court ruling, legal arguments and valuations submitted in relation to Debtors' fraudulent transfer case. | 2.5 |
| | | **Total Hours – July** | 2.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jul | 8 | Reviewed latest court docket listing for case. | 0.1 |
| | 2 | Read and analyzed current topical motions and orders. | 0.4 |
| 8-Jul | 12 | Read and analyzed motions related to KERP. | 1.1 |
| | 2 | Read and analyzed current topical motions and orders. | 2.7 |
| | 2 | Read and prepared summary of recent news articles reporting on various issues of Debtors. | 1.8 |
| | 8 | Reviewed latest court docket listing for case. | 0.1 |
| | 2 | Read and analyzed current topical motions and orders. | 0.4 |
| | 9 | Read and summarized asbestos research items. | 0.5 |
| 9-Jul | 2 | Prepared memo summarizing recent fraudulent conveyance issues. | 2.1 |
| 10-Jul | 2 | Continued to prepare memo summarizing recent fraudulent conveyance issues. | 0.3 |
| | 16 | Prepared June fee application. | 1.8 |
| 11-Jul | 16 | Continued to prepare June fee application. | 0.2 |
| 16-Jul | 16 | Continued to prepare June fee application. | 0.9 |
| 17-Jul | 2 | Continued to read and document fraudulent conveyance issues. | 2.9 |
| | 16 | Prepared 5th Quarterly fee application. | 4.2 |
| | 2 | Reviewed documentation and discussed fraudulent conveyance issues with team members. | 0.7 |
| 19-Jul | 16 | Continued to prepare June fee application. | 1.1 |
| | 16 | Continued to prepare 5th Quarterly fee application. | 0.2 |
| 22-Jul | 2 | Continued to read and document fraudulent conveyance issues. | 0.9 |

| 23-Jul | 8  | Reviewed status of projects and revised workplans. | 0.5 |
|--------|----|----------------------------------------------------|-----|
|        | 8  | Reviewed latest court docket listing for case. | 0.5 |
| 25-Jul | 16 | Continued to prepare 5th Quarterly fee application. | 1.8 |
|        | 2  | Read and analyzed Special Master/Judge Wolin's ruling regarding fraudulent conveyance issues. | 3.5 |
| 26-Jul | 2  | Continued to prepare memo summarizing Judge Wolin's ruling regarding fraudulent conveyance issues. | 1.1 |
|        | 2  | Prepared documents related to current issues. | 0.8 |
| 29-Jul | 2  | Continued to prepare memo summarizing Judge Wolin's ruling regarding fraudulent conveyance issues. | 0.5 |
| 30-Jul | 16 | Prepared memo responding to fee audit report. | 3.0 |
|        | 16 | Discussed fee audit report with  case team members and R. Serrette at Stroock. | 0.5 |
|        |    | **Total Hours - July** | 34.6 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 24-Jul | 2 | Read and analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.0 |
| | | **Total Hours - July** | 1.0 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 9 | Gathered recent news and analyst reports regarding the current status of asbestos litigation, and claims settled and outstanding. | 1.5 |
| 2-Jul | 9 | Prepared summary flash report of findings pertaining to asbestos claims and distributed to group members. | 2.3 |
| 9-Jul | 8 | Continued updating virtual database along with printing and distributing selected filings. | 0.5 |
| 11-Jul | 8 | Updated virtual database. | 0.1 |
| 18-Jul | 9 | Researched and analyzed asbestos bankruptcy report with regards to asbestos litigation. | 1.9 |
| 30-Jul | 8 | Updated virtual database, printed and distributed selected docket filings. | 1.0 |
| | | **Total Hours - July** | 7.3 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.8 |
| | 16 | Prepared time descriptions for monthly fee application. | 0.5 |
| | 8 | Updated files for new items. | 1.5 |
| 12-Jul | 16 | Prepared time descriptions for monthly fee application. | 1.0 |
| 15-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 0.9 |
| 16-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.1 |
| | 16 | Prepared time descriptions for monthly fee application. | 0.4 |
| 18-Jul | 16 | Prepared monthly fee application package for distribution. | 1.2 |
| 19-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.5 |
| 25-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.0 |
| 26-Jul | 8 | Prepared report binders including key Committee reports. | 1.9 |
| 29-Jul | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.0 |
| | | **Total Hours – July** | 13.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2002 through July 31, 2002

| | | |
|---|---|---:|
| Copies: | | |
|     Internal | $ | 268.50 |
|     External | | - |
| Telecommunications: | | |
|     Telephone | | 67.87 |
|     Toll Charges | | 122.22 |
|     Facsimile | | 1.00 |
| Postage, Federal Express, Airborne | | 14.32 |
| Travel Expenses: | | |
|     Transportation, lodging, tolls and parking | | - |
|     Meals | | - |
| | | |
| Total Expenses | $ | 473.91 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period July 1, 2002 through July 31, 2002

| | | | | |
|---|---|---|---|---:|
| Copies, Internal | 1,790 | pages @ $0.15/page: | $ | 268.50 |
| Facsimile Charges: | 1 | pages @ $1.00/page: | | 1.00 |
| Telephone Charges: | | | | 67.87 |
| Toll Charges: | Online research fees | | | 122.22 |
| Postage, Federal Express: | Airborne | | | 14.32 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 473.91 |