# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 1, 2002 |
| | : | Hearing Date: November 25, 2002 |

### FEE DETAIL FOR PITNEY, HARDIN, KIPP & SZUCH LLP'S
### FIFTH QUARTERLY FEE APPLICATION FOR THE PERIOD
### FROM APRIL 1, 2002 THROUGH JUNE 30, 2002[2]

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Pursuant to the Fee Auditor's Final Report Regarding the Fourth Interim Quarterly Fee Application of Pitney, Hardin, Kipp & Szuch LLP, efforts have been made by the individual timekeepers to "unlump" time entries. Therefore, entries on this Quarterly Fee Application differ from entries on Pitney, Hardin, Kipp & Szuch LLP's Monthly Fee Applications for April and May 2002.

911094A01090502

## EXHIBIT B

### FEES FOR THE FEE PERIOD
### APRIL 1, 2002 THROUGH JUNE 30, 2002

### FEES FOR THE FEE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

Client: 082910 W.R. GRACE and CO.
Matter: 069254 Carteret Warehouse Subleases


| | | | |
|---|---|---|---|
| 04/02/02 | Review new subtenant's comments on sublease and telephone conference with Finkelstein, Nagy and Honig regarding Gemini. | | |
| | L. Reilly | 0.6 | 201.00 |
| 04/04/02 | Telephone conference with Finkelstein and send fully signed copy of the Gemini termination agreement to Honig. | | |
| | L. Reilly | 0.2 | 67.00 |
| 04/08/02 | Telephone call with client regarding status and follow up with L. Reilly regarding same. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 04/17/02 | Review and analysis of issues related to proposed sublease and landlord's refusal to consent to sublease because proposed sublessee is in bankruptcy, including legal research. | | |
| | S. Zuber | 0.7 | 206.50 |
| 04/17/02 | Discussions with A. Marchetta. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/17/02 | Discussions with L. Reilly. | | |
| | S. Zuber | 0.2 | 59.00 |
| 04/17/02 | Confer A. Marchetta and S. Zuber.  Review prime lease and brief research. | | |
| | L. Reilly | 0.5 | 167.50 |
| 04/17/02 | Telephone call with client and follow up regarding research on lease issue. | | |
| | A. Marchetta | 1.0 | 410.00 |
| 04/17/02 | Legal research concerning whether it is unreasonable for a landlord to withhold consent to tenant subletting property because sublessee is in Chapter 11. | | |
| | S. Sheldon | 1.6 | 256.00 |
| 04/17/02 | Draft memorandum to L. Reilly regarding legal research. | | |
| | S. Sheldon | 1.0 | 160.00 |
| 04/18/02 | Confer with S. Sheldon and review his memo. | | |

| | | | |
|---|---|---|---|
| | L. Reilly | 0.2 | 67.00 |
| 04/18/02 | Telephone conference with Nagy and Finkelstein with A. Marchetta regarding proposed sublease. | | |
| | L. Reilly | 0.5 | 167.50 |
| 04/18/02 | Work with S. Sheldon, L. Reilly and S. Zuber and telephone conference with client regarding issue of landlord "consent." | | |
| | A. Marchetta | 0.9 | 369.00 |
| 04/18/02 | Meeting with L. Reilly to discuss factors to be considered in determining reasonableness of landlord refusing to consent to sublease. | | |
| | S. Sheldon | 0.2 | 32.00 |
| 04/19/02 | Confer with A. Marchetta and draft/transmit clients form of letter to landlord regarding sublease. | | |
| | L. Reilly | 0.6 | 201.00 |
| 04/19/02 | Conference with L. Reilly and follow up regarding letter to landlord; work on letter to landlord with L. Reilly. | | |
| | A. Marchetta | 0.8 | 328.00 |
| 04/19/02 | Telephone call with client regarding letter to Landlord. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/20/02 | Follow up regarding form of letter to landlord. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 04/22/02 | E-mails regarding landlord dispute and conference call. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 04/23/02 | Follow up regarding landlord letter. | | |
| | A. Marchetta | 0.1 | 41.00 |
| 04/24/02 | E-mails regarding letter. | | |
| | A. Marchetta | 0.1 | 41.00 |
| 04/26/02 | Follow up regarding landlord letter. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 04/30/02 | Review letter and conference with L. Reilly regarding same; follow up with client regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 4.40 | 410.00 | 1,804.00 |

| | | | |
|---|---|---|---|
| L. Reilly | 2.60 | 335.00 | 871.00 |
| S. Zuber | 1.20 | 295.00 | 354.00 |
| S. Sheldon | 2.80 | 160.00 | 448.00 |
| TOTALS | 11.00 | | 3,477.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 04/06/02 | Reviewed and updated docket. Continued drafting February Fee Application.<br>K. Jasket | 0.8 | 124.00 |
| 04/06/02 | Reviewed and updated docket. Continued drafting February Fee Application.<br>K. Jasket | 0.3 | 46.50 |
| 04/07/02 | Continued drafting February 2002 Fee Application.<br>K. Jasket | 2.4 | 372.00 |
| 04/08/02 | Responded to email of S. Bruinooge regarding payments.<br>K. Jasket | 0.2 | 31.00 |
| 04/09/02 | Continued drafting Fee Application for February 2002.<br>K. Jasket | 3.8 | 589.00 |
| 04/10/02 | Review and revise February, 2002 monthly fee application.<br>S. Zuber | 0.3 | 88.50 |
| 04/11/02 | Prepared cover letter to D. Carickhoff enclosing February 2002 Fee Application. Updated docket. Attention to filing February 2002 Fee Application with local counsel.<br>K. Jasket | 1.6 | 248.00 |
| 04/12/02 | Review regarding additional expenses to be included in the Fee Applications.<br>K. Jasket | 0.1 | 15.50 |
| 04/17/02 | Conferred with J. Barretti regarding invoices for March 2002.<br>K. Jasket | 0.2 | 31.00 |
| 04/18/02 | Updated docket. Began drafting March 2002 Fee Application.<br>K. Jasket | 4.0 | 620.00 |
| 04/18/02 | Sent letter to D. Carickhoff regarding Certificate of No Objection for | | |

| | | | |
|---|---|---|---|
| | January 2002 Fee Application. | | |
| | K. Jasket | 0.7 | 108.50 |
| 04/19/02 | Prepared March 2002 Fee Application. | | |
| | K. Jasket | 1.2 | 186.00 |
| 04/19/02 | Obtained copies of Certificate of No Objections for November, December, and January and forwarded to S. Zuber and A. Marchetta. | | |
| | K. Jasket | 0.2 | 31.00 |
| 04/29/02 | Conferred with S. Zuber regarding new administrative order entered and March 2002 Fee Application. | | |
| | K. Jasket | 0.4 | 62.00 |
| 04/29/02 | Reviewed Amended Order and prepared memo to A. Marchetta and S. Zuber regarding same. | | |
| | K. Jasket | 2.6 | 403.00 |
| 04/29/02 | Placed call to P. Cuniff regarding Amended Order. | | |
| | K. Jasket | 0.1 | 15.50 |
| 04/30/02 | Conferred with P. Cuniff regarding filing fee applications under Amended Order. | | |
| | K. Jasket | 0.2 | 31.00 |
| 04/30/02 | Prepared documents to be sent to the fee auditor. | | |
| | K. Jasket | 0.5 | 77.50 |
| 04/30/02 | Updated the docket. | | |
| | K. Jasket | 0.2 | 31.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 295.00 | 88.50 |
| K. Jasket | 19.50 | 155.00 | 3,022.50 |
| TOTALS | 19.80 | | 3,111.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 072757 Intercat, Inc. et al.

| | | | |
|---|---|---|---|
| 04/01/02 | Telephone conversation with J. Geron regarding warrant agreement. | | |
| | S. Zuber | 0.4 | 118.00 |

| | | | |
|---|---|---|---|
| 04/01/02 | Correspondence to J. Geron regarding warrant agreement. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/02/02 | Update the case file and database. | | |
| | D. Florence | 2.3 | 207.00 |
| 04/04/02 | Work with S. Zuber regarding final agreement. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 04/04/02 | Receipt, review and analysis of Intercat Inc.'s proposed changes to Escrow Agreement. | | |
| | S. Zuber | 0.9 | 265.50 |
| 04/04/02 | Communications with M. Zelenty regarding Escrow Agreement. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/04/02 | Meeting with A. Marchetta regarding Escrow Agreement. | | |
| | S. Zuber | 0.5 | 147.50 |
| 04/04/02 | Revise Escrow Agreement. | | |
| | S. Zuber | 0.6 | 177.00 |
| 04/08/02 | Telephone conversation with I. Greene regarding Escrow Agreement. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/09/02 | Telephone conversation with G. Overman regarding Escrow Agreement. | | |
| | S. Zuber | 0.2 | 59.00 |
| 04/09/02 | Telephone conversation with R. Talisman regarding Escrow Agreement and post-confirmation issues. | | |
| | S. Zuber | 0.5 | 147.50 |
| 04/09/02 | Further revision of Escrow Agreement. | | |
| | S. Zuber | 0.5 | 147.50 |
| 04/09/02 | Several telephone conversations with J. Geron regarding modifications to Escrow Agreement. | | |
| | S. Zuber | 0.5 | 147.50 |
| 04/11/02 | Receipt and review of various notices regarding B. Roach's request for additional compensation, and telephone conversation with J. Drake regarding same. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/12/02 | Follow up regarding warrants issues. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 04/15/02 | Receipt and review of Trustee's fee application, telephone conversation with | | |

I. Greene regarding same; and prepare correspondence to N. Alt regarding application.

| | | |
|---|---|---|
| S. Zuber | 0.5 | 147.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 | 410.00 | 410.00 |
| S. Zuber | 5.80 | 295.00 | 1,711.00 |
| D. Florence | 2.30 | 90.00 | 207.00 |
| TOTALS | 9.10 | | 2,328.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 04/08/02 | Follow up regarding details on arranging settlement; conference with client and J. Scordo regarding settlement. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 04/09/02 | Follow up with J. Scordo regarding settlement. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/09/02 | Work with A. Marchetta on issues relating to settlement. | | |
| | J. Scordo | 0.3 | 81.00 |
| 04/09/02 | Review documents regarding same. | | |
| | J. Scordo | 0.5 | 135.00 |
| 04/10/02 | Confer with J. Scordo regarding settlement. | | |
| | L. Reilly | 0.1 | 33.50 |
| 04/11/02 | Review lease and sublease. | | |
| | L. Reilly | 0.5 | 167.50 |
| 04/11/02 | Confer J. Scordo regarding lease and sublease. | | |
| | L. Reilly | 0.2 | 67.00 |
| 04/11/02 | Begin to draft termination agreement. | | |
| | L. Reilly | 0.4 | 134.00 |
| 04/11/02 | Review file for materials needed by L. Reilly to document settlement agreement. | | |
| | J. Scordo | 0.7 | 189.00 |

| | | | |
|---|---|---|---|
| 04/11/02 | Confer with L. Reilly regarding settlement agreement. | | |
| | J. Scordo | 0.3 | 81.00 |
| 04/11/02 | Telephone call to A. Frank. | | |
| | J. Scordo | 0.2 | 54.00 |
| 04/12/02 | Draft lease termination agreement. | | |
| | L. Reilly | 1.3 | 435.50 |
| 04/12/02 | Review and revise Termination of Lease and Assignment of Sublease agreement, and prepare memo regarding same. | | |
| | S. Zuber | 0.8 | 236.00 |
| 04/15/02 | Continued work on settlement of litigation, including discussions with A. Marchetta and J. Scordo; and further review of lease termination agreement. | | |
| | S. Zuber | 0.6 | 177.00 |
| 04/15/02 | Conference with S. Zuber regarding rejection of lease issues; work with J. Scordo regarding same. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/15/02 | Work with S. Zuber regarding settlement agreement. | | |
| | J. Scordo | 0.3 | 81.00 |
| 04/15/02 | Review settlement agreement drafted by L. Reilly. | | |
| | J. Scordo | 0.3 | 81.00 |
| 04/15/02 | Review correspondence. | | |
| | J. Scordo | 0.2 | 54.00 |
| 04/15/02 | E-mail to L. Reilly regarding settlement agreement. | | |
| | J. Scordo | 0.2 | 54.00 |
| 04/16/02 | Conference call with J. Scordo and C. Lane of Kirkland and Ellis regarding lease rejection or assumption and assignment. | | |
| | S. Zuber | 0.3 | 88.50 |
| 04/16/02 | Follow up regarding revised agreement. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/16/02 | Conference call with C. Lane and S. Zuber on various documents needed for settlement. | | |
| | J. Scordo | 0.4 | 108.00 |
| 04/16/02 | Leave voicemail for M. Kemp. | | |
| | J. Scordo | 0.1 | 27.00 |
| 04/16/02 | Telephone call to E. Frank. | | |

|            |                                                                      |     |        |
|------------|----------------------------------------------------------------------|-----|--------|
|            | J. Scordo                                                            | 0.3 | 81.00  |
| 04/16/02   | Leave voicemail for L. Reilly.<br>J. Scordo                         | 0.1 | 27.00  |
| 04/16/02   | Additional telephone call to C. Lane.<br>J. Scordo                 | 0.3 | 81.00  |
| 04/17/02   | Confer with J. Scordo.<br>L. Reilly                                 | 0.1 | 33.50  |
| 04/17/02   | Review documents.<br>L. Reilly                                      | 0.2 | 67.00  |
| 04/17/02   | Draft assignment agreement for lease.<br>L. Reilly                 | 0.7 | 234.50 |
| 04/17/02   | Review file and documents for information needed.<br>J. Scordo     | 1.0 | 270.00 |
| 04/17/02   | Draft and revise settlement agreement; e-mails regarding same.<br>J. Scordo | 1.6 | 432.00 |
| 04/17/02   | E-mails regarding settlement agreement.<br>J. Scordo               | 0.4 | 108.00 |
| 04/18/02   | Review draft assignment.<br>L. Reilly                              | 0.1 | 33.50  |
| 04/18/02   | Review assignment of lease and revise.<br>J. Scordo                | 0.4 | 108.00 |
| 04/18/02   | Review complaint.<br>J. Scordo                                     | 0.4 | 108.00 |
| 04/18/02   | Draft and revise settlement agreement.<br>J. Scordo                | 1.3 | 351.00 |
| 04/18/02   | Leave voicemail for L. Reilly.<br>J. Scordo                        | 0.1 | 27.00  |
| 04/18/02   | Confer with A. Marchetta regarding above.<br>J. Scordo             | 0.2 | 54.00  |
| 04/19/02   | Revise and finalize first draft of settlement documents.<br>J. Scordo | 0.9 | 243.00 |
| 04/19/02   | E-mail to C. Nagey, V. Finkelstein, C. Lane.<br>J. Scordo          | 0.3 | 81.00  |

| | | | |
|---|---|---|---|
| 04/20/02 | Review settlement documents. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/25/02 | Follow up regarding settlement. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/26/02 | Review Finkelstein comments on documents. | | |
| | L. Reilly | 0.1 | 33.50 |
| 04/27/02 | Work on issues regarding settlement. | | |
| | A. Marchetta | 0.2 | 82.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 410.00 | 902.00 |
| L. Reilly | 3.70 | 335.00 | 1,239.50 |
| S. Zuber | 1.70 | 295.00 | 501.50 |
| J. Scordo | 10.80 | 270.00 | 2,916.00 |
| TOTALS | 18.40 | | 5,559.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 062416 Prudential, et al.

| | | | |
|---|---|---|---|
| 04/05/02 | Review and forward decision; telephone call to client regarding same. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 04/08/02 | Follow up regarding court opinion with client and USG. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 04/10/02 | Telephone call with client. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 04/10/02 | Telephone call with USG counsel regarding Prudential letter on Rule 84 certification. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 04/10/02 | Correspondence regarding Prudential letter on Rule 84 certification; correspondence regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 04/11/02 | Review supplemental statement from U.S. Minerals and follow up with | | |

|  |  | USG counsel. | | |
|  |  | A. Marchetta | 0.6 | 246.00 |
| 04/12/02 |  | Telephone call with co-counsel regarding Chapter 11 motions to lift stay. | | |
|  |  | A. Marchetta | 0.7 | 287.00 |
| 04/22/02 |  | Calendar and follow up regarding motions. | | |
|  |  | A. Marchetta | 0.4 | 164.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.90 | 410.00 | 1,599.00 |
| TOTALS | 3.90 |  | 1,599.00 |

Client: 082910 W.R. GRACE and CO.
Matter: 065656 Weja, Inc.

| 04/01/02 | Review summation. | | |
|  | R. Rose | 3.0 | 1,050.00 |
| 04/01/02 | Discuss reorganization of summation with W. Hatfield. | | |
|  | R. Rose | 0.8 | 280.00 |
| 04/01/02 | Attend to closing argument issues. | | |
|  | W. Hatfield | 4.0 | 960.00 |
| 04/01/02 | Revise outline for closing argument. | | |
|  | W. Hatfield | 1.0 | 240.00 |
| 04/01/02 | Revise outline for closing argument for chronological purposes. | | |
|  | W. Hatfield | 2.0 | 480.00 |
| 04/02/02 | Review and revise summation and exhibits to be used in summation. | | |
|  | R. Rose | 6.5 | 2,275.00 |
| 04/02/02 | Discuss revised summation and exhibits with W. Hatfield. | | |
|  | R. Rose | 0.5 | 175.00 |
| 04/02/02 | Revise Closing Argument for R. Rose based on comments. | | |
|  | W. Hatfield | 0.5 | 120.00 |
| 04/02/02 | Attend to third to fifth section of closing. | | |

11

|  |  |  |  |
|---|---|---|---|
|  | W. Hatfield | 1.0 | 240.00 |
| 04/02/02 | Meeting with R. Rose on matter.<br>W. Hatfield | 0.7 | 168.00 |
| 04/02/02 | Attend to Table of Contents for outline.<br>W. Hatfield | 0.5 | 120.00 |
| 04/02/02 | Attend to exhibits for trial with R. Rose.<br>W. Hatfield | 2.0 | 480.00 |
| 04/02/02 | Meeting with R. Rose on closing issues and exhibits.<br>W. Hatfield | 0.5 | 120.00 |
| 04/02/02 | Additional revisions to outline of argument.<br>W. Hatfield | 2.5 | 600.00 |
| 04/02/02 | Phone calls to court house regarding exhibits for closing arguments as requested by W. Hatfield.<br>S. Purrington | 0.2 | 18.00 |
| 04/02/02 | Prepare documents for closing arguments.<br>S. Purrington | 2.1 | 189.00 |
| 04/02/02 | Prepare table of contents for W. Hatfield's outline.<br>S. Purrington | 1.3 | 117.00 |
| 04/03/02 | Prepare for closing summation.<br>R. Rose | 5.8 | 2,030.00 |
| 04/03/02 | Attend to closing argument preparations.<br>W. Hatfield | 0.2 | 48.00 |
| 04/03/02 | Revise outline per R. Rose.<br>W. Hatfield | 0.8 | 192.00 |
| 04/03/02 | Attend to supplemental documents and Table of Contents.<br>W. Hatfield | 0.5 | 120.00 |
| 04/03/02 | Review Weja revisions to findings of fact on Overlord issues.<br>W. Hatfield | 1.0 | 240.00 |
| 04/03/02 | Review sustained objections.<br>W. Hatfield | 0.8 | 192.00 |
| 04/03/02 | Edit table of contents for closing argument outline as requested by W. Hatfield.<br>S. Purrington | 1.7 | 153.00 |

| | | | |
|---|---|---|---|
| 04/03/02 | Prepare all exhibits for closing arguments and set them up at Jersey City Court House as requested by W. Hatfield. | | |
| | S. Purrington | 2.1 | 189.00 |
| 04/04/02 | Travel to Hudson County Court House; present closing summation. | | |
| | R. Rose | 7.3 | 2,555.00 |
| 04/04/02 | Appearance in Court - Final Closing Arguments before Judge McLaughlin. | | |
| | W. Hatfield | 7.0 | 1,680.00 |
| 04/04/02 | Pick-up closing arguments exhibits at Jersey City courthouse as requested by W. Hatfield. | | |
| | S. Purrington | 2.9 | 261.00 |
| 04/05/02 | Conference with R. Rose regarding closings; follow up with client. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/05/02 | Discuss closing argument; Weja positions and potential response to attorneys fees letter brief; and settlement issues with R. Rose. | | |
| | W. Hatfield | 0.2 | 48.00 |
| 04/08/02 | Telephone call with client regarding status and closing. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 04/16/02 | Call with B. Miller on case closing arguments. | | |
| | W. Hatfield | 0.3 | 72.00 |
| 04/17/02 | Call with J. Trella on case closing arguments. | | |
| | W. Hatfield | 0.3 | 72.00 |
| 04/19/02 | Review Weja response brief to Court. | | |
| | W. Hatfield | 0.3 | 72.00 |
| 04/22/02 | Review Weja letter brief to court. | | |
| | W. Hatfield | 0.4 | 96.00 |
| 04/22/02 | Research on Weja letter brief to court. | | |
| | W. Hatfield | 1.0 | 240.00 |
| 04/22/02 | Draft reply brief to court. | | |
| | W. Hatfield | 1.3 | 312.00 |
| 04/22/02 | Memo to R. Rose. | | |
| | W. Hatfield | 0.2 | 48.00 |
| 04/24/02 | Attend to filing letter with Court concerning attorney fees and contribution issues. | | |
| | R. Rose | 0.7 | 245.00 |

| | | | | |
|---|---|---|---|---|
| 04/24/02 | Review and revise letter to Court with R. Rose comments - attend to same. | | | |
| | W. Hatfield | | 0.8 | 192.00 |
| 04/25/02 | Attend to R. Rose letter to court. | | | |
| | W. Hatfield | | 0.2 | 48.00 |
| 04/29/02 | Follow up regarding court conference. | | | |
| | A. Marchetta | | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 410.00 | 369.00 |
| R. Rose | 24.60 | 350.00 | 8,610.00 |
| W. Hatfield | 30.00 | 240.00 | 7,200.00 |
| S. Purrington | 10.30 | 90.00 | 927.00 |
| TOTALS | 65.80 | | 17,106.00 |

## FEES FOR THE FEE PERIOD MAY 1, 2002 THROUGH MAY 31, 2002

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | | |
|---|---|---|---|---|
| 04/11/02 | Follow up with M. Waller regarding briefing schedule and arrangements regarding same. | | | |
| | A. Marchetta | | 0.2 | 82.00 |
| 04/11/02 | Respond to e-mail from A. Marchetta regarding status of matter and briefing schedule. | | | |
| | M. Waller | | 0.2 | 56.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 | 410.00 | 82.00 |
| M. Waller | 0.20 | 280.00 | 56.00 |
| TOTALS | 0.40 | | 138.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 05/06/02 | Follow up regarding briefing. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 82.00 |
| 05/09/02 | Follow up regarding information for reply brief. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 05/09/02 | Follow up with A. Marchetta regarding meeting regarding appeal briefing, finalizing the Record On Appeal, and draft memo to K. Helmer and B. Moffitt regarding same. | | |
| | M. Waller | 0.3 | 84.00 |
| 05/13/02 | E-mails and follow up regarding request for extension of time on briefing schedule. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 05/14/02 | Follow up regarding revised briefing schedule. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 05/14/02 | Work with A. Marchetta regarding call from CNA counsel. | | |
| | M. Waller | 0.3 | 84.00 |
| 05/14/02 | Telephone conference with CNA counsel E. DeCristofaro regarding briefing schedule. | | |
| | M. Waller | 0.3 | 84.00 |
| 05/14/02 | Follow up with A. Marchetta regarding same and meeting regarding briefing schedule and finalizing record on appeal. | | |
| | M. Waller | 0.1 | 28.00 |
| 05/15/02 | Follow up with S. Parker and K. Helmer regarding meeting to discuss preparation of joint appendix for appeal and briefing schedule. | | |
| | M. Waller | 0.1 | 28.00 |
| 05/16/02 | Work with M. Waller, D. Buerrosse, and D. Florence and prepare for upcoming effort on reply brief. | | |
| | B. Moffitt | 0.6 | 147.00 |
| 05/17/02 | Work with attorneys regarding scheduling for reply brief and appendix; follow up regarding information to client. | | |
| | A. Marchetta | 0.6 | 246.00 |
| 05/17/02 | Prepare for reply in connection with appeal with A. Marchetta, K. Helmer, B. Moffitt and S. Parker. | | |
| | M. Waller | 0.5 | 140.00 |

| 05/17/02 | Work with A. Marchetta, M. Waller, B. Moffitt regarding appellate briefing issues and schedule. | | |
|---|---|---|---|
| | K. Helmer | 0.3 | 78.00 |
| 05/17/02 | Preparation for joint appendix. | | |
| | B. Moffitt | 0.5 | 122.50 |
| 05/21/02 | Follow up regarding revised briefing schedule. | | |
| | A. Marchetta | 0.5 | 205.00 |
| 05/31/02 | Follow up with A. Marchetta regarding CNA's anticipated motion for leave to file overlength brief. | | |
| | M. Waller | 0.2 | 56.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.30 | 410.00 | 943.00 |
| M. Waller | 1.80 | 280.00 | 504.00 |
| K. Helmer | 0.30 | 260.00 | 78.00 |
| B. Moffitt | 1.10 | 245.00 | 269.50 |
| TOTALS | 5.50 | | 1,794.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 05/01/02 | Review e-mails and review and revise settlement documents. | | |
|---|---|---|---|
| | J. Scordo | 0.5 | 135.00 |
| 05/01/02 | E-mail to M. Kemp and A. Frank. | | |
| | J. Scordo | 0.2 | 54.00 |
| 05/01/02 | E-mail to A Nagy, V. Finkelstein and C. Lane. | | |
| | J. Scordo | 0.1 | 27.00 |
| 05/07/02 | Follow up regarding settlement. | | |
| | A. Marchetta | 0.1 | 41.00 |
| 05/08/02 | Conference with J. Scordo regarding status. | | |
| | A. Marchetta | 0.2 | 82.00 |
| 05/14/02 | Follow up regarding issues with J. Scordo. | | |
| | A. Marchetta | 0.3 | 123.00 |

| 05/22/02 | Review letter of landlord's counsel and suggested revisions. | | |
| | J. Scordo | 0.3 | 81.00 |
| 05/22/02 | Review underlying documents for information needed. | | |
| | J. Scordo | 0.7 | 189.00 |
| 05/24/02 | Conference with J. Scordo regarding settlement; review e-mails regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 05/24/02 | Email to attorney for landlord making certain changes and objecting to other changes suggested. | | |
| | J. Scordo | 0.3 | 81.00 |
| 05/24/02 | Revise settlement agreement, assignment and amendment to lease and email all documents to counsel. | | |
| | J. Scordo | 1.5 | 405.00 |
| 05/31/02 | Review files and obtain materials for V. Finkelstein; phone P. Sharfstein; e-mail to V. Finkelstein. | | |
| | J. Scordo | 0.4 | 108.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 | 410.00 | 410.00 |
| J. Scordo | 4.00 | 270.00 | 1,080.00 |
| TOTALS | 5.00 | | 1,490.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 05/02/02 | Telephone conversation with I. Greene regarding escrow agreement and various post-confirmation issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 05/03/02 | Telephone conversation with I. Greene regarding escrow agreement and various post-confirmation issues. | | |
| | S. Zuber | 0.3 | 88.50 |
| 05/06/02 | Review docket. | | |
| | S. Zuber | 0.2 | 59.00 |

| 05/07/02 | Telephone conversation with J. Geron regarding escrow agreement. | | |
| | S. Zuber | 0.2 | 59.00 |

| 05/07/02 | Telephone conversation with D. Adams regarding various open issues. | | |
| | S. Zuber | 0.2 | 59.00 |

| 05/07/02 | Update pleading board, memoranda file and orders binder. | | |
| | D. Florence | 4.0 | 360.00 |

| 05/14/02 | Review final version of Escrow Agreement. | | |
| | S. Zuber | 1.1 | 324.50 |

| 05/14/02 | Correspondence to R. Talisman regarding Escrow Agreement. | | |
| | S. Zuber | 0.4 | 118.00 |

| 05/14/02 | Correspondence to G. Overman regarding Escrow Agreement. | | |
| | S. Zuber | 0.4 | 118.00 |

| 05/14/02 | Review of revised Escrow Agreement. | | |
| | R. Rutherford | 0.9 | 220.50 |

| 05/15/02 | Review objections to claims and follow up regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |

| 05/15/02 | Final review of Escrow Agreement; revise correspondence; and circulate Agreement for execution. | | |
| | S. Zuber | 0.6 | 177.00 |

| 05/15/02 | Telephone conversation with J. Sylvester regarding post-confirmation issues. | | |
| | S. Zuber | 0.3 | 88.50 |

| 05/15/02 | Review of Intercat, Inc.'s motion to modify claims, including claim of W. R. Grace; and review orders/judgments entered pre-petition in anticipation of responding to objection. | | |
| | S. Zuber | 0.7 | 206.50 |

| 05/15/02 | Correspondence to N. Alt, Esq. regarding  Intercat, Inc.'s motion to modify claims, including claim of W. R. Grace. | | |
| | S. Zuber | 0.3 | 88.50 |

| 05/15/02 | Prepare various memos regarding claims' motion. | | |
| | S. Zuber | 0.4 | 118.00 |

| 05/16/02 | Continued analysis of Intercat's objection to Grace's claim. | | |
| | S. Zuber | 0.3 | 88.50 |

| 05/16/02 | Follow up with S. Zuber regarding objection to claims. | | |

|          |                                                                                  |     |        |
|----------|----------------------------------------------------------------------------------|-----|--------|
|          | A. Marchetta                                                                     | 0.2 | 82.00  |
| 05/20/02 | Follow up regarding claims objection.                                            |     |        |
|          | A. Marchetta                                                                     | 0.2 | 82.00  |
| 05/21/02 | Telephone conversation with N. Alt regarding Grace's position as to Intercat's motion to reduce Grace's claim. |     |        |
|          | S. Zuber                                                                         | 0.2 | 59.00  |
| 05/22/02 | Review bankruptcy docket.                                                        |     |        |
|          | S. Zuber                                                                         | 0.2 | 59.00  |
| 05/23/02 | Receipt and review of numerous final fee applications.                           |     |        |
|          | S. Zuber                                                                         | 0.3 | 88.50  |
| 05/31/02 | Conference with S. Zuber regarding foreign associate fees.                       |     |        |
|          | A. Marchetta                                                                     | 0.3 | 123.00 |

Attorney Summary

| Timekeeper    | Hours | Rate   | Dollars  |
|---------------|-------|--------|----------|
| A. Marchetta  | 1.10  | 410.00 | 451.00   |
| S. Zuber      | 6.40  | 295.00 | 1,888.00 |
| R. Rutherford | 0.90  | 245.00 | 220.50   |
| D. Florence   | 4.00  | 90.00  | 360.00   |
| TOTALS        | 12.40 |        | 2,919.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

|          |                                                                                  |     |        |
|----------|----------------------------------------------------------------------------------|-----|--------|
| 05/01/02 | Telephone conference with Finkelstein.                                           |     |        |
|          | L. Reilly                                                                        | 0.1 | 33.50  |
| 05/01/02 | Follow up and telephone conference with client regarding landlord's letter.      |     |        |
|          | A. Marchetta                                                                     | 0.5 | 205.00 |
| 05/02/02 | Review file and fax parking leases to clients.                                   |     |        |
|          | L. Reilly                                                                        | 0.4 | 67.00  |
| 05/02/02 | Review proposal to Schultz and e-mail Finkelstein.                               |     |        |
|          | L. Reilly                                                                        | 0.2 | 134.00 |
| 05/09/02 | E-mail Finkelstein regarding ISRA.                                               |     |        |

|  |  |  |
|---|---|---|
| L. Reilly | 0.5 | 167.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 410.00 | 205.00 |
| L. Reilly | 1.20 | 335.00 | 402.00 |
| TOTALS | 1.70 |  | 607.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| 05/07/02 | Telephone calls regarding status. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |
| 05/08/02 | Telephone conference with USG counsel. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 05/08/02 | Review order lifting stay and follow up regarding same. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 05/09/02 | Follow up with USG counsel and review regarding same. | | |
| | A. Marchetta | 0.6 | 246.00 |
| 05/10/02 | Telephone calls regarding U.S. Minerals motion to lift stay. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 05/21/02 | Telephone calls regarding U.S. Minerals motion. | | |
| | A. Marchetta | 0.3 | 123.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 410.00 | 902.00 |
| TOTALS | 2.20 |  | 902.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 05/01/02 | Conferred with S. Zuber regarding submissions to fee auditor.  Placed call to P. Cuniff. | | |
| | K. Jasket | 0.2 | 31.00 |
| 05/02/02 | Attention to forwarding prior fee applications to fee auditor by mail and electronic mail.  Updated docket. | | |
| | K. Jasket | 1.5 | 232.50 |
| 05/04/02 | Updated docket.  Revised March 2002 Fee Application to conform to Amended Order.  Forwarded to A. Marchetta and S. Zuber to review. | | |
| | K. Jasket | 1.5 | 232.50 |
| 05/07/02 | Review and revise March, 2002 Fee Application. | | |
| | S. Zuber | 0.3 | 88.50 |
| 05/07/02 | Revised Verification of A. Marchetta.  Revised March 2002 Fee Application per S. Zuber.  Drafted correspondence to D. Carickhoff enclosing same. | | |
| | K. Jasket | 1.0 | 155.00 |
| 05/07/02 | Began drafting Quarterly Fee Application for January - March 2002.  Updated docket. | | |
| | K. Jasket | 1.7 | 263.50 |
| 05/08/02 | Attention to sending March 2002 Fee Application to local counsel.  Updated docket. | | |
| | K. Jasket | 0.3 | 46.50 |
| 05/09/02 | Drafted Quarterly Fee Application for January - March 2002. | | |
| | K. Jasket | 0.9 | 139.50 |
| 05/10/02 | Drafted Quarterly Fee Application fir January - March 2002. | | |
| | K. Jasket | 1.8 | 279.00 |
| 05/13/02 | Follow up regarding Gahrs settlement and disbursement of proceeds. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 05/15/02 | Begin preparing for hearing on interim fee applications. | | |
| | S. Zuber | 0.8 | 236.00 |
| 05/15/02 | Continued drafting Quarterly Fee Application for January - March 2002.  Updated docket. | | |
| | K. Jasket | 2.0 | 310.00 |
| 05/15/02 | Received CNO for February and forwarded to R. Rosen and S. Zuber. | | |
| | K. Jasket | 0.1 | 15.50 |

| 05/15/02 | Conferred with A. Marchetta and S. Zuber regarding May 20th hearing. | | |
| | K. Jasket | 0.4 | 62.00 |

| 05/15/02 | Placed call to P. Cuniff regarding hearing. | | |
| | K. Jasket | 0.1 | 15.50 |

| 05/16/02 | Conferred with S. Zuber regarding May 20th hearing. | | |
| | K. Jasket | 0.2 | 31.00 |

| 05/16/02 | Placed call to D. Carickhoff regarding hearing. | | |
| | K. Jasket | 0.1 | 15.50 |

| 05/16/02 | Reviewed docket for hearing information. | | |
| | K. Jasket | 0.6 | 93.00 |

| 05/17/02 | Placed telephone call to P. Cuniff and D. Carickhoff regarding May 20th hearing.  Telephone conference with P. Cuniff.  Reviewed memo regarding Judge Fitzgerald's Amended Administrative Order. | | |
| | K. Jasket | 0.4 | 62.00 |

| 05/21/02 | Began drafting Monthly Fee Application for April 2002.  Updated docket. | | |
| | K. Jasket | 1.4 | 217.00 |

| 05/23/02 | Updated docket.  Drafted April 2002 Fee Application.  Forwarded to S. Zuber for review. | | |
| | K. Jasket | 1.8 | 279.00 |

| 05/24/02 | Conferred with S. Zuber. | | |
| | K. Jasket | 0.2 | 31.00 |

| 05/24/02 | Revised April 2002 Fee Application and Quarterly Fee Application for January to March 2002 and forwarded to A. Marchetta.  Updated docket. | | |
| | K. Jasket | 0.9 | 139.50 |

| 05/28/02 | Attention to forwarding Quarterly Fee Application for January - March 2002 and April 2002 Fee Application to D. Carickhoff. | | |
| | K. Jasket | 0.3 | 46.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 0.30 | 410.00 | 123.00 |
| S. Zuber | 1.10 | 295.00 | 324.50 |
| K. Jasket | 17.40 | 155.00 | 2,697.00 |
| TOTALS | 18.80 | | 3,144.50 |

## FEES FOR THE FEE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 06/04/02 | Reviewed and updated docket.<br>K. Jasket | 0.2 | 31.00 |
| 06/06/02 | Telephone call with S. Zuber and follow up regarding issues from bankruptcy court.<br>A. Marchetta | 0.4 | 164.00 |
| 06/10/02 | Updated docket.  Placed call to P. Cuniff regarding Quarterly Fee Application for January - March 2002 and April 2002 Fee Application.<br>K. Jasket | 0.3 | 46.50 |
| 06/12/02 | Reviewed and updated docket.  Forwarded CNO for March 2002 to R. Rosen and S. Zuber.<br>K. Jasket | 0.5 | 77.50 |
| 06/19/02 | Telephone conference with P. Cuniff regarding Quarterly Fee Application for January - March 2002.  Updated docket.<br>K. Jasket | 0.4 | 62.00 |
| 06/22/02 | Began drafting May 2002 Fee Application.<br>K. Jasket | 1.6 | 248.00 |
| 06/25/02 | Updated docket.  Drafted May 2002 Fee Application and forwarded to S. Zuber for review.<br>K. Jasket | 0.9 | 139.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 410.00 | 164.00 |
| K. Jasket | 3.90 | 155.00 | 604.50 |
| TOTALS | 4.30 | | 768.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| | | | |
|---|---|---|---|
| 06/04/02 | Update case file and database.<br>D. Florence | 0.5 | 45.00 |
| 06/10/02 | Telephone conversation with R. Talisman regarding Escrow Agreement and fee application hearings.<br>S. Zuber | 0.3 | 88.50 |
| 06/11/02 | Correspondence from J. Sylvester regarding initial distribution to Grace under confirmed plan; correspondence to N. Alt regarding same.<br>S. Zuber | 0.3 | 88.50 |
| 06/12/02 | Several telephone conversations with I. Greene regarding post-confirmation matters, including distributions to Grace and Trustee's final fee application.<br>S. Zuber | 0.4 | 118.00 |
| 06/12/02 | Telephone conversation with N. Alt regarding post-confirmation matters, including distributions to Grace and Trustee's final fee application.<br>S. Zuber | 0.2 | 59.00 |
| 06/12/02 | Correspondence to I. Greene regarding Grace's position on Trustee's final fee application.<br>S. Zuber | 0.2 | 59.00 |
| 06/13/02 | Follow up regarding court hearings.<br>A. Marchetta | 0.5 | 205.00 |
| 06/13/02 | Correspondence to N. Alt regarding U.S. Trustee's objection to Trustee's final fee application.<br>S. Zuber | 0.2 | 59.00 |
| 06/13/02 | Receipt and review of U.S. Trustee's objection to Trustee's final fee application.<br>S. Zuber | 0.3 | 88.50 |
| 06/17/02 | Receipt and review of various notices of hearings, including hearings on numerous fee applications, rejection of D. Clawson's executory contract, and CitiCapital's motion for administrative claim.<br>S. Zuber | 0.3 | 88.50 |
| 06/17/02 | Telephone conversation with J. Murray, in-house attorney for ExxonMobil, regarding escrow agreement.<br>S. Zuber | 0.2 | 59.00 |
| 06/20/02 | Telephone conversation with D. Posner regarding Debtor's objection to Grace's claim and Grace's position respecting same and regarding hearings on June 27, 2002.<br>S. Zuber | 0.2 | 59.00 |

| 06/20/02 | Correspondence to N. Alt regarding Trustee's fee application. | | |
|---|---|---|---|
| | S. Zuber | 0.2 | 59.00 |

| 06/25/02 | Correspondence to R. Talisman and J. Murray regarding escrow agreement. | | |
|---|---|---|---|
| | S. Zuber | 0.2 | 59.00 |

| 06/27/02 | Update case file, database and pleading board. | | |
|---|---|---|---|
| | D. Florence | 1.5 | 135.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.50 | 410.00 | 205.00 |
| S. Zuber | 3.00 | 295.00 | 885.00 |
| D. Florence | 2.00 | 90.00 | 180.00 |
| TOTALS | 5.50 | | 1,270.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 06/03/02 | Telephone call with P. Sharfstein; conference with P. Sharfstein and E. Frank. | | |
|---|---|---|---|
| | J. Scordo | 0.4 | 108.00 |

| 06/13/02 | Review letters from counsel for Pep Boys and landlord. | | |
|---|---|---|---|
| | J. Scordo | 1.5 | 405.00 |

| 06/13/02 | Revise settlement agreements per various requests of attorneys. | | |
|---|---|---|---|
| | J. Scordo | 0.2 | 54.00 |

| 06/13/02 | Draft letter to all attorneys with new versions and attend to service of same. | | |
|---|---|---|---|
| | J. Scordo | 0.3 | 81.00 |

| 06/19/02 | Telephone call with V. Finkelstein regarding settlement documents. | | |
|---|---|---|---|
| | J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Scordo | 2.50 | 270.00 | 675.00 |
| TOTALS | 2.50 | | 675.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 06/24/02 | Telephone call and follow up regarding eviction and collection matter.<br>A. Marchetta | 0.4 | 164.00 |
| 06/25/02 | Work with J. Scordo regarding collection/eviction action.<br>A. Chan | 0.1 | 24.00 |
| 06/25/02 | Begin review of case file materials.<br>A. Chan | 0.8 | 192.00 |
| 06/26/02 | Review sublease and lease.<br>A. Chan | 0.8 | 192.00 |
| 06/26/02 | Prepare outline of claims/remedies under sublease and lease.<br>A. Chan | 0.9 | 216.00 |
| 06/27/02 | Work on draft complaint.<br>A. Chan | 0.9 | 216.00 |
| 06/27/02 | Review case file materials.<br>A. Chan | 0.3 | 72.00 |
| 06/27/02 | Research regarding claims/remedies.<br>A. Chan | 0.7 | 168.00 |
| 06/28/02 | Work with A. Chan and review lease on issue of election of remedies.<br>J. Scordo | 0.9 | 243.00 |
| 06/28/02 | Telephone conference with B. Benjamin, Esq. regarding issues of election of remedies.<br>J. Scordo | 0.2 | 54.00 |
| 06/28/02 | Work on draft complaint.<br>A. Chan | 1.6 | 384.00 |
| 06/28/02 | Research regarding draft complaint.<br>A. Chan | 0.6 | 144.00 |
| 06/28/02 | Work with J. Scordo regarding claims/remedies.<br>A. Chan | 0.3 | 72.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 410.00 | 164.00 |
| J. Scordo | 1.10 | 270.00 | 297.00 |
| A. Chan | 7.00 | 240.00 | 1,680.00 |
| TOTALS | 8.50 | | 2,141.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 06/24/02 | Memo to A. Marchetta on case issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/24/02 | Call with C. Dailey at Pennoni on status of closure for site, wetlands permit issues, contacts with DEP on review of last post-closure report. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 | 96.00 |

| 06/26/02 | Attend to case issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/27/02 | Call with J. Elder on status of Landfill, NJDEP review of closure reports. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/27/02 | Address request for information on status to GNCC from lender of potential purchaser of home at Beckett development. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 | 72.00 |

| 06/27/02 | Memos with J. Elder on NJDEP letter. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/27/02 | Review file regarding NJDEP letter. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/27/02 | Forward memo to J. Elder to client. | | |
|---|---|---|---|
| | W. Hatfield | 0.1 | 24.00 |

| 06/28/02 | Follow up on request for landfill information. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

| 06/28/02 | Memos to J. Elder on request for landfill information. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 | 48.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 2.20 | 240.00 | 528.00 |
| TOTALS | 2.20 | | 528.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 05/31/02 | Follow up regarding briefing and motion with M. Waller | | |
|---|---|---|---|
| | A. Marchetta | 0.2 | 82.00 |
| 06/03/02 | Review motion and follow up with correspondence to court. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 06/03/02 | Review motion papers from CNA for leave to file overlength brief without copy of brief attached. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/03/02 | Follow up with A. Marchetta regarding overlength brief and communications with appeal court. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/03/02 | Telephone conference with Second Circuit regarding CNA's application for overlength brief and opposition to same. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/03/02 | Work with B. Moffitt regarding letter to court and finalize same. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/03/02 | Work with M. Waller regarding issue of CNA's failure to serve brief in page proof form at time it served motion to file overlength brief. | | |
| | B. Moffitt | 0.3 | 73.50 |
| 06/03/02 | Review appellate rule and telephone call with Staff Counsel's office regarding same. | | |
| | B. Moffitt | 0.3 | 73.50 |
| 06/03/02 | Draft letter demanding production of brief. | | |
| | B. Moffitt | 0.8 | 196.00 |
| 06/04/02 | Review letter from CNA regarding motion to file overlength brief and follow up regarding briefing. | | |
| | A. Marchetta | 0.5 | 205.00 |

| 06/04/02 | Telephone call from E. DeCrisrofaro regarding overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.3 | 84.00 |
| 06/04/02 | Confer with A. Marchetta regarding CNA brief. | | |
| | M. Waller | 0.1 | 28.00 |
| 06/04/02 | Work with B. Moffitt to discuss filing briefs and record under seal as raised by CNA counsel. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/04/02 | Work with M. Waller regarding joint appendix and Reply Appellate Brief issues. | | |
| | B. Moffitt | 0.2 | 49.00 |
| 06/04/02 | Update case file, pleading board and letters of submission index. | | |
| | D. Florence | 1.6 | 144.00 |
| 06/05/02 | Review letter and 89 page appellate opposition brief in page proof form from CNA counsel | | |
| | M. Waller | 1.0 | 280.00 |
| 06/05/02 | Discuss CNA's claims regarding confidential information and handling issues and filings under seal with B. Moffitt. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/05/02 | Follow up with A. Marchetta regarding appellate brief received from CNA and developing response to same. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/05/02 | Review brief. | | |
| | A. Marchetta | 0.9 | 369.00 |
| 06/05/02 | Conference with M. Waller regarding brief. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 06/05/02 | Work on developing reply to brief with K. Helmer. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/05/02 | Work with M. Waller regarding joint appendix. | | |
| | B. Moffitt | 0.3 | 73.50 |
| 06/06/02 | Work with staff regarding briefing issues | | |
| | A. Marchetta | 0.9 | 369.00 |
| 06/06/02 | Finish reviewing opposition appeal brief by CNA and follow up with A. Marchetta regarding meeting to discuss same. | | |
| | M. Waller | 0.8 | 224.00 |

| 06/06/02 | Work with A. Marchetta, K. Helmer, B. Moffitt and D. Soutar regarding finalizing deferred appendix, confidentiality issues, developing reply brief and deadlines for drafts. | | |
|---|---|---|---|
| | M. Waller | 1.1 | 308.00 |
| 06/06/02 | Work with D. Soutar regarding brief issues and assigned tasks. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/06/02 | Work with B. Moffitt regarding joint appendix. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/06/02 | Review CNA's brief on appeal. | | |
| | K. Helmer | 2.0 | 520.00 |
| 06/06/02 | Work on appeal schedule and preparing reply brief. | | |
| | K. Helmer | 0.9 | 234.00 |
| 06/06/02 | Read, reviewed and analyzed arguments asserted in appellee's opposition brief. | | |
| | D. Soutar | 1.9 | 342.00 |
| 06/06/02 | Review issues raised in opposition brief and assigned tasks with M. Waller. | | |
| | D. Soutar | 0.3 | 54.00 |
| 06/06/02 | Worked with attorneys to analyze opposition brief and determine strategy for reply. | | |
| | D. Soutar | 0.7 | 126.00 |
| 06/06/02 | Work with S. Parker regarding joint appendix. | | |
| | B. Moffitt | 0.8 | 196.00 |
| 06/06/02 | Work with M. Waller regarding joint appendix. | | |
| | B. Moffitt | 0.2 | 49.00 |
| 06/06/02 | Review CNA's appellate brief for document references and create list of documents cited by CNA. | | |
| | D. Florence | 2.3 | 207.00 |
| 06/07/02 | Work with M. Waller regarding appeal and appendix issues. | | |
| | A. Marchetta | 0.4 | 164.00 |
| 06/07/02 | Work with B. Moffitt regarding briefing scheduling and finalization of joint record. | | |
| | M. Waller | 0.1 | 28.00 |
| 06/07/02 | Follow-up with A. Marchetta regarding finalization of joint record. | | |
| | M. Waller | 0.4 | 112.00 |
| 06/07/02 | Work with M. Waller regarding appellate briefing. | | |

| | | | |
|---|---|---|---|
| | B. Moffitt | 0.1 | 24.50 |
| 06/10/02 | Follow up regarding opposition brief response.<br>A. Marchetta | 0.5 | 205.00 |
| 06/10/02 | Review submission of CNA to Second Circuit of brief and motion to file certain portions of brief and record under seal.<br>M. Waller | 0.6 | 168.00 |
| 06/11/02 | Compared arguments asserted in moving and opposition briefs in preparation for researching issues for reply brief.<br>D. Soutar | 1.9 | 342.00 |
| 06/13/02 | Follow up on briefing issues.<br>A. Marchetta | 0.4 | 164.00 |
| 06/14/02 | Follow up regarding issue in brief regarding statute interpretation.<br>A. Marchetta | 0.5 | 205.00 |
| 06/14/02 | Research regarding fronting policies.<br>K. Helmer | 1.2 | 312.00 |
| 06/17/02 | Work with M. Waller regarding briefing.<br>A. Marchetta | 0.3 | 123.00 |
| 06/17/02 | Reviewing CNA brief and documents cited in same and preparation of outline of arguments in opposition.<br>M. Waller | 0.8 | 224.00 |
| 06/17/02 | Work with B. Moffitt regarding finalizing joint appendix.<br>M. Waller | 0.1 | 28.00 |
| 06/17/02 | Review lists of documents cited by CNA in appellate brief and working with B. Moffitt regarding preparation of joint appendix with documents referenced by CNA.<br>M. Waller | 0.6 | 168.00 |
| 06/17/02 | Review joint appendix with A. Marchetta.<br>M. Waller | 0.2 | 56.00 |
| 06/17/02 | Work with M. Waller regarding joint appendix.<br>B. Moffitt | 0.1 | 24.50 |
| 06/18/02 | Reviewing list of documents cited by CNA in opposition to Grace appeal and compare same to list of documents initially cited by Grace and focus on documents cited by CNA and not Grace.<br>M. Waller | 1.1 | 308.00 |
| 06/18/02 | Review CNA brief regarding contents of joint appendix. | | |

|  |  |  |  |
|---|---|---|---|
|  | B. Moffitt | 5.5 | 1,347.50 |
| 06/18/02 | Work with S. Parker and M. Waller regarding assembling joint appendix.<br>B. Moffitt | 0.7 | 171.50 |
| 06/18/02 | Work with B. Moffitt and M. Waller regarding joint appendix.<br>S. Parker | 0.7 | 63.00 |
| 06/18/02 | Review parties' appellate briefs, check cites in briefs and commenced assembling proposed joint appendix exhibits with B. Moffitt.<br>S. Parker | 5.5 | 495.00 |
| 06/19/02 | Work with B. Moffitt and S. Parker regarding finalizing the joint appendix in light of citations in CNA's opposition brief.<br>M. Waller | 0.7 | 196.00 |
| 06/19/02 | Reviewing and analyzing arguments in opposition brief and materials in case file to determine if any additional documents need to be included in joint appendix.<br>M. Waller | 1.7 | 476.00 |
| 06/19/02 | Updating research regarding retrospective premiums.<br>K. Helmer | 0.7 | 182.00 |
| 06/19/02 | Confer with B. Moffitt regarding documents referenced by CNA.<br>K. Helmer | 0.5 | 130.00 |
| 06/19/02 | Work with M. Waller regarding preparation of Joint Appendix and work with S. Parker regarding assembling same.<br>B. Moffitt | 0.7 | 171.50 |
| 06/19/02 | Confer with K. Helmer regarding documents cited by CNA counsel.<br>B. Moffitt | 0.5 | 122.50 |
| 06/19/02 | Conducted databases searches and reviewed file documents as requested by B. Moffitt regarding preparation of joint appendix.<br>S. Parker | 0.6 | 54.00 |
| 06/20/02 | Working with B. Moffitt regarding finalization of joint appendix on appeal and schedule to file same.<br>M. Waller | 0.2 | 56.00 |
| 06/20/02 | Work with B. Moffitt regarding letters to CNA regarding Choice of law issues.<br>M. Waller | 0.2 | 56.00 |
| 06/20/02 | Review affidavit excerpts cited by CNA counsel and full affidavits to identify additional documents to include in joint appendix.<br>M. Waller | 0.8 | 224.00 |

| 06/20/02 | Review appellate rules regarding appendix contents. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 | 49.00 |

| 06/20/02 | Review schedule regarding submission of joint appendix and confer with S. Parker regarding assembling joint appendix contents. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 | 49.00 |

| 06/20/02 | Work with M. Waller regarding preparation of joint appendix. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 | 49.00 |

| 06/20/02 | Work with M. Waller regarding updating case law on choice of law issue. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 | 49.00 |

| 06/20/02 | Conduct database searches; review and gather file documents regarding preparation of joint appendix. | | |
|---|---|---|---|
| | D. Florence | 2.2 | 198.00 |

| 06/20/02 | Work with M. Pellegrino and S. Parker reviewing proposed joint appendix exhibits to file documents regarding Draft additions and revisions to preparation of joint appendix. | | |
|---|---|---|---|
| | D. Florence | 4.2 | 378.00 |

| 06/20/02 | Draft additions and revisions to list of proposed joint exhibits cited by Grace and CNA with references to citations in brief. | | |
|---|---|---|---|
| | D. Florence | 0.9 | 81.00 |

| 06/20/02 | Worked with M. Pellegrino and D. Florence and reviewed parties' proposed joint appendix exhibits and compared same to filed documents to ensure completeness regarding preparation of joint appendix. | | |
|---|---|---|---|
| | S. Parker | 4.2 | 378.00 |

| 06/20/02 | Reviewed parties' appellate briefs to confirm cites regarding preparation of joint appendix. | | |
|---|---|---|---|
| | S. Parker | 0.7 | 63.00 |

| 06/20/02 | Work with S. Parker and D. Florence and reviewed parties proposed joint appendix exhibits and compared same to file documents to ensure completeness regarding preparation of joint appendix. | | |
|---|---|---|---|
| | M. Pellegrino | 3.3 | 247.50 |

| 06/21/02 | Work with M. Waller regarding briefing and filing initial brief under seal. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 | 123.00 |

| 06/21/02 | Received telephone call from CNA counsel regarding necessity for Grace to file motion to leave to file sections of Grace brief under seal and prepare letter to CNA with B. Moffitt regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.4 | 112.00 |

| | | | |
|---|---|---|---|
| 06/21/02 | Drafting letter to E. DeCristofaro (CNA counsel) regarding timing of Grace's motion for leave to file sections of its brief under seal. | | |
| | M. Waller | 0.5 | 140.00 |
| 06/21/02 | Follow up call to Second Circuit regarding procedures to file brief under seal. | | |
| | M. Waller | 0.1 | 28.00 |
| 06/21/02 | Review with A. Marchetta regarding same. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/21/02 | Work on preparation of motion with B. Moffitt. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/21/02 | Work with M. Waller regarding letter from CNA counsel regarding confidential documents. | | |
| | B. Moffitt | 0.4 | 98.00 |
| 06/21/02 | Work with S. Parker regarding assembling joint appendix. | | |
| | B. Moffitt | 1.5 | 367.50 |
| 06/21/02 | Telephone call with Second Circuit Staff Counsel regarding deadlines and preparation of letter regarding same. | | |
| | B. Moffitt | 0.3 | 73.50 |
| 06/21/02 | Work with M. Waller regarding preparation of correspondence to CNA's counsel concerning joint appendix. | | |
| | B. Moffitt | 0.2 | 49.00 |
| 06/21/02 | Update the case file, pleading board and database. | | |
| | D. Florence | 0.5 | 45.00 |
| 06/21/02 | Prepare documents needed for joint appendix and work with M. Pellegrino and S. Parker. | | |
| | D. Florence | 1.3 | 117.00 |
| 06/21/02 | Worked with D. Florence regarding revisions to proposed joint appendix list. | | |
| | S. Parker | 0.8 | 72.00 |
| 06/21/02 | Review and organization of proposed joint appendix exhibits with B. Moffitt. | | |
| | S. Parker | 1.5 | 135.00 |
| 06/21/02 | Worked with D. Florence and reviewed parties' proposed joint appendix exhibits and compared same to filed documents to ensure completeness regarding preparation of joint appendix. | | |
| | M. Pellegrino | 4.9 | 367.50 |

| | | | |
|---|---|---|---|
| 06/24/02 | Work with B. Moffitt regarding finalization of motion requesting leave to file certain sections of brief under seal. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/24/02 | Work with M. Waller and confer with D. Soutar regarding motion to re-submit initial moving brief under seal. | | |
| | B. Moffitt | 0.3 | 73.50 |
| 06/24/02 | Worked with M. Pellegrino and reviewed set of parties' proposed joint appendix exhibits to be forwarded to the printer and compared same to filed documents to ensure completeness regarding preparation of joint appendix. | | |
| | S. Parker | 4.0 | 360.00 |
| 06/24/02 | Reviewed WR Grace's appellate brief and proposed joint appendix exhibits as requested by B. Moffitt regarding identification of cites to sealed documents regarding preparation of redacted version of brief to be filed. | | |
| | S. Parker | 1.9 | 171.00 |
| 06/24/02 | Worked with S. Parker and reviewed set of parties' proposed joint appendix exhibits to be forwarded to the printer and compared same to filed documents to ensure completeness regarding preparation of joint appendix. | | |
| | M. Pellegrino | 4.0 | 300.00 |
| 06/25/02 | Follow up with M. Waller regarding briefing. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 06/25/02 | Reviewing CNA's opposition brief to Grace appeal and outlining reply brief. | | |
| | M. Waller | 0.4 | 112.00 |
| 06/25/02 | Follow up with A. Marchetta regarding reply brief. | | |
| | M. Waller | 0.3 | 84.00 |
| 06/25/02 | Reviewing CNA's opposition brief to Grace appeal and outlining reply brief. | | |
| | M. Waller | 0.2 | 56.00 |
| 06/25/02 | Research regarding fronting policy issues | | |
| | K. Helmer | 1.6 | 416.00 |
| 06/25/02 | Drafting Second Circuit Motion Information Statement; researching facts related to motion for leave to withdraw brief and re-file under seal; drafting Affidavit in Support. | | |
| | D. Soutar | 3.5 | 630.00 |
| 06/25/02 | Preparing motion regarding sealing initial brief. | | |
| | B. Moffitt | 0.6 | 147.00 |
| 06/25/02 | Telephone call from CNA counsel regarding providing list of proposed | | |

| | | | |
|---|---|---|---|
| | Joint Appendix documents. | | |
| | B. Moffitt | 0.2 | 49.00 |
| 06/26/02 | Follow up regarding briefing. | | |
| | A. Marchetta | 0.3 | 123.00 |
| 06/26/02 | Work with B. Moffitt, D. Soutar and S. Parker regarding Motion to Seal initial brief. | | |
| | M. Waller | 0.4 | 112.00 |
| 06/26/02 | Reviewing CNA's opposition brief to Grace appeal and outlining reply brief. | | |
| | M. Waller | 1.9 | 532.00 |
| 06/26/02 | Review brief on appeal for references to materials that were filed under seal and redactions regarding same. | | |
| | K. Helmer | 1.5 | 390.00 |
| 06/26/02 | Work with M. Waller, S. Parker and D. Soutar regarding motion to seal initial appellate brief. | | |
| | B. Moffitt | 0.4 | 98.00 |
| 06/26/02 | Working with M. Waller and B. Moffitt regarding finalizing motion. | | |
| | D. Soutar | 0.4 | 72.00 |
| 06/26/02 | Drafted affidavit in support of motion to deem brief as filed under seal. | | |
| | D. Soutar | 1.0 | 180.00 |
| 06/26/02 | Completed motion information statement. | | |
| | D. Soutar | 0.3 | 54.00 |
| 06/26/02 | Conducted database searches and reviewed file documents as requested by M. Waller to file initial appellate brief under seal. | | |
| | S. Parker | 0.4 | 36.00 |
| 06/27/02 | Work with K. Helmer regarding finalizing joint appendix and outlining reply brief. | | |
| | M. Waller | 0.4 | 112.00 |
| 06/27/02 | Working with B. Moffitt and S. Parker regarding filing and service of same. | | |
| | M. Waller | 1.4 | 392.00 |
| 06/27/02 | Finalize motion information statement, affidavit in support, certificate of service, and filing letter requesting leave to file certain sections of brief under seal. | | |
| | M. Waller | 1.1 | 308.00 |
| 06/27/02 | Prepare outline of argument for reply brief. | | |
| | K. Helmer | 1.3 | 338.00 |

| | | | |
|---|---|---|---|
| 06/27/02 | Confer with M. Waller regarding joint appendix.<br>K. Helmer | 0.4 | 104.00 |
| 06/27/02 | Preparing motion to seal portions of Grace's Appellate brief with assistance from M. Waller, D. Soutar, and S. Parker.<br>B. Moffitt | 3.0 | 735.00 |
| 06/28/02 | Work with D. Soutar regarding appeal brief point regarding CNA's argument regarding reference to later filed briefs and affidavits in appeal of earlier Order.<br>M. Waller | 0.3 | 84.00 |
| 06/28/02 | Draft memo to A. Marchetta regarding preparing reply brief and finalizing joint appendix<br>M. Waller | 0.1 | 28.00 |
| 06/28/02 | Review CNA opposition brief and brief submitted in support of appeal; Conduct research regarding equitable estoppel, strict compliance with contractual terms, and distinction of NY insurance law.<br>M. Waller | 2.8 | 784.00 |
| 06/28/02 | Telephone conference with printer regarding binder.<br>M. Waller | 0.2 | 56.00 |
| 06/28/02 | Work with B. Moffitt regarding forwarding documents comprising joint appendix (and joint appendix to be sealed) to printer for preparation.<br>M. Waller | 0.4 | 112.00 |
| 06/28/02 | Review of final list of documents to be included in joint appendix (to be sealed and publicly available).<br>M. Waller | 0.2 | 56.00 |
| 06/28/02 | Work with M. Waller and S. Parker regarding joint appendix<br>B. Moffitt | 1.1 | 269.50 |
| 06/28/02 | Conference with M. Waller regarding structure of argument relating to scope of appellate court review and consideration of later filed documents to reverse earlier decision.<br>D. Soutar | 0.3 | 54.00 |
| 06/28/02 | Conform sets of redacted appellate briefs<br>D. Florence | 0.9 | 81.00 |
| 06/28/02 | Update case file and database.<br>D. Florence | 0.4 | 36.00 |
| 06/28/02 | Review and reorganize joint appendix exhibits by sealed/unsealed status.<br>M. Pellegrino | 1.2 | 90.00 |

06/29/02            Review e-mails regarding status of filing and follow up regarding brief.
                    A. Marchetta                                        0.3              123.00

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.50 | 410.00 | 2,665.00 |
| M. Waller | 25.10 | 280.00 | 7,028.00 |
| K. Helmer | 10.10 | 260.00 | 2,626.00 |
| B. Moffitt | 19.30 | 245.00 | 4,728.50 |
| D. Soutar | 10.30 | 180.00 | 1,854.00 |
| D. Florence | 14.30 | 90.00 | 1,287.00 |
| S. Parker | 20.30 | 90.00 | 1,827.00 |
| M. Pellegrino | 13.40 | 75.00 | 1,005.00 |
| TOTALS | 119.30 | | 23,020.50 |