# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002

### EXPENSES FOR THE FEE PERIOD APRIL 1, 2002 THROUGH APRIL 30, 2002

Engagement Costs - Carteret Warehouse Subleases

| | |
|---|---:|
| Computer Assisted Research | $87.99 |
| Postage | $0.91 |
| Telephone | $7.41 |
| Matter Total Engagement Cost | $96.31 |

Engagement Costs – Chapter 11 Administration

| | |
|---|---:|
| Duplicating | $132.02 |
| Express Delivery | $25.48 |
| Telephone | $1.14 |
| Matter Total Engagement Cost | $158.64 |

Engagement Costs – Intercat Inc., et al.

| | |
|---|---:|
| Computer Assisted Research | $10.20 |
| Telephone | $22.32 |
| Matter Total Engagement Cost | $32.52 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---:|
| Telephone | $17.82 |
| Matter Total Engagement Cost | $17.82 |

Engagement Costs - Weja, Inc.

| | |
|---|---:|
| Duplicating | $22.96 |
| Express Delivery | $7.74 |
| Travel and Miscellaneous Expense | $53.26 |
| Vendor: Merrill Corp. for services rendered | $709.14 |
| Vendor: NJ Law Journal | $21.20 |

                        Matter Total Engagement Cost      $814.30

## EXPENSES FOR THE FEE PERIOD
## MAY 1, 2002 THROUGH MAY 31, 2002

Engagement Costs - NY Superfund Action

| | |
|---|---:|
| Document Access Facility - -Annex--April 2002 | 4296.00 |
| Matter Total Engagement Cost | 4,296.00 |

Engagement Costs - NY Superfund Action

| | |
|---|---:|
| Document Access Facility -- Annex -- May 2002 | 2864.00 |
| Duplicating | 2.10 |
| Telephone | 0.60 |
| Matter Total Engagement Cost | 2,866.70 |

Engagement Costs - Intercat, Inc. et al.

| | |
|---|---:|
| Computer Assisted Research | 6.25 |
| Express Delivery | 16.24 |
| Telephone | 9.12 |
| Travel and Miscellaneous Expense | 1619.18 |
| Matter Total Engagement Cost | 1,650.79 |

Engagement Costs - Carteret Warehouse Subleases

| | |
|---|---:|
| Express Delivery | 7.74 |
| Telephone | 1.34 |
| Matter Total Engagement Cost | 9.08 |

Engagement Costs - Chapter 11 Administration

| | |
|---|---:|
| Computer Assisted Research | 13.55 |
| Duplicating | 147.00 |
| Express Delivery | 40.86 |
| Telephone | 6.84 |
| Travel and Miscellaneous Expense | 200.10 |
| Matter Total Engagement Cost | 408.35 |

# EXPENSES FOR THE FEE PERIOD
# JUNE 1, 2002 THROUGH JUNE 30, 2002

Engagement Costs – Chapter 11 Administration

| | |
|---|---|
| Duplicating | $64.40 |
| Express Delivery | $10.78 |
| Telephone | $1.71 |
| Matter Total Engagement Cost | $76.89 |

Engagement Costs- Intercat, Inc. et al.

| | |
|---|---|
| Computer Assisted Research | $5.00 |
| Telephone | $9.22 |
| Matter Total Engagement Cost | $14.22 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---|
| Duplicating | $59.78 |
| Telephone | $8.04 |
| Matter Total Engagement Cost | $67.82 |

Engagement Costs - NY Superfund Action

| | | |
|---|---|---|
| 06/28/02 | Document Access Facility – Annex – June 2002 | $2864.00 |
| | Duplicating | $686.00 |
| | Facility Copying Expense | $212.52 |
| | Telephone | $0.60 |
| | Matter Total Engagement Cost | $3,763.12 |

3