## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:                                  Chapter 11

**W.R. Grace & Co., et al.**            Case No. 01-01139 (JKF)

        Debtors.             Jointly Administered

## SIXTEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2002 – July 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$90,903.27 (80% - $72,722.61)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,250.79 (Stroock)** **$11,996.25 (Chambers)** |

This is an: ☒ interim ☐ final application

The total time expended for the preparation of the Fourteenth Monthly Fee Statement and the Fifteenth Monthly Fee Statement is approximately 7.1 hours and the corresponding compensation requested is approximately $1,765.50.

Attachment A

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |
| July 3, 2002 | 05/01/02-05/31/02 | $71,910.75 | $46,105.12 | $59,918.60 | $46,105.12 |

| August 5, 2002 | 06/01/02 – 06/30/02 | $73,097.75 | $116,720.77 | $58,477.40 | $116,720.77 |
|---|---|---|---|---|---|

SSL-DOCS1 1260037v1

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **W R GRACE & COMPANY** **ATTACHMENT B** **JULY 1, 2002 - JULY 31, 2002** | | | | |
| **Partners** | | | | |
| Greenberg, Mayer | 1.7 | 525 | $ 892.50 | 4 |
| Kruger, Lewis | 6.1 | 695 | $ 4,239.50 | 32 |
| Pasquale, Kenneth | 26.4 | 495 | $13,068.00 | 3 |
| | | | | |
| **Associates** | | | | |
| Brandes, Ronnie H. | 1.7 | 245 | $ 416.50 | 1 |
| Krieger, Arlene | 98.9 | 475 | $46,984.52 | 18 |
| Sasson, Moshe | 46.3 | 395 | $18,288.50 | 8 |
| | | | | |
| **Paraprofessionals** | | | | |
| Defreitas, Vaughn | 6.0 | 100 | $ 600.00 | 14 |
| Mariano, Christine | 26.3 | 155 | $ 4,076.50 | 6 |
| Serrette, Rosemarie | 20.3 | 170 | $ 3,451.00 | 14 |
| | | | | |
| **Subtotal** | 233.7 | | $92,017.02 | |
| | | | | |
| **Less 50% Travel** | (2.30) | | $ (1,113.75) | |
| | | | | |
| **Total** | 231.4 | | $90,903.27 | |

# STROOCK

### COMPENSATION BY PROJECT CATEGORY

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| 0002 | Asbestos: Claims Analysis and Valuations | 31.2 | $ 12,393.50 |
| 0003 | Asbestos: Claims Litigation | 19.2 | $ 9,177.00 |
| 0007 | Asbestos: Other | 6.6 | $ 2,895.00 |
| 0014 | Case Administration | 42.7 | $ 16,008.00 |
| 0017 | Committee Matters and Creditor Meetings | 16.1 | $ 7,443.00 |
| 0018 | Fee Applications of Self | 7.1 | $ 1,765.50 |
| 0019 | Creditor Inquiries | 5.0 | $ 2,009.00 |
| 0020 | Fee Applications of Others | 6.9 | $ 2,240.50 |
| 0021 | Employee Matters | 7.1 | $ 3,416.50 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 2.2 | $ 1,052.02 |
| 0032 | Litigation (Non-Bankruptcy/General) | 1.1 | $ 522.50 |
| 0034 | Litigation/Fraudulent Conveyance | 70.3 | $ 24,964.00 |
| 0035 | Non-Working Travel Time | 4.5 | $ 2,227.50 |
| 0037 | Preparation for and Attendance at Hearings | 13.6 | $ 5,902.00 |
| | **Subtotal** | 233.7 | $ 92,017.02 |
| | **Less: Adjustment for Travel Time** | -2.3 | $ (1,113.75) |
| | **TOTAL** | 231.45 | $ 90,903.27 |

# STROOCK

## INVOICE

| DATE | September 20, 2002 |
|---|---|
| INVOICE NO. | 268954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2002, including:

| RE | Asbestos: Claims Analysis and Valuations |
|---|---|
| | 699843 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/08/2002 | Telephone conference L. Kruger, L. Chambers re p.i. values (.3) | Pasquale, K. | 0.3 |
| 07/15/2002 | T/c L. Chambers re: briefing schedule, issues (.2). | Sasson, M. | 0.2 |
| 07/16/2002 | Outline response to debtors proposed estimation hearings (5.0). | Sasson, M. | 5.0 |
| 07/17/2002 | Begin drafting response to debtors proposed estimation hearings (3.5). | Sasson, M. | 3.5 |
| 07/19/2002 | Attention to recent filings (ZAI counsel response to fee; proposed order; reply motion to compel; letter to Wolin re: discovery) (.5). | Sasson, M. | 0.5 |
| 07/22/2002 | Attention to filing of motion under seal (.2); t/c A. Krieger re: same (.1); research, drafting response to case management proposal (6.0). | Sasson, M. | 6.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/23/2002 | Attention to filings under seal (.2); correspondence re: same (.1). | Sasson, M. | 0.3 |
| 07/24/2002 | T/C L. Chambers office re: estimation brief (.2); T/C A. Krieger re: ACC brief under seal (.1). | Sasson, M. | 0.3 |
| 07/25/2002 | T/C L. Chambers office re: estimation brief (.2); continued drafting response brief to debtors case management proposal (6.0). | Sasson, M. | 6.2 |
| 07/28/2002 | Review ACC brief/affidavit in response to debtors motion (3.0); research cases cited therein (2.0). | Sasson, M. | 5.0 |
| 07/31/2002 | Draft inserts for brief re: PI injury claims (3.5); attention to filings (ZAI Interrogatories) (.2). | Sasson, M. | 3.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.3 | $ 495 | $ 148.50 |
| Sasson, Moshe | 31.0 | 395 | 12,245.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,393.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,393.50 |
|-----------------------|-------------|

# STROOCK

| RE | Asbestos: Claims Litigation |
|----|------------------------------|
|    | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Review, revise and continue to prepare Committee's objection to the PD Committee's motion to retain counsel for the ZAI litigation (1.8); memo to and from T. Maher re Committee objection to PD Committee's motion to retain special counsel (.2); office conference LK re Committee response (.2); office conferences RS re filing and service of Committee response (.2); memo to and from MS re Committee's objection (.1). | Krieger, A. | 2.5 |
| 07/01/2002 | Review objection to ZAI claimants motion to retain special counsel. | Sasson, M. | 0.2 |
| 07/01/2002 | Conference with A. Krieger and M. Lastowski re filing of response to PD motion to retain special counsel (.2); prepare Committee response for filing and service (.4). | Serrette, R. | 0.6 |
| 07/02/2002 | Reviewed amended proofs of claim filed by Barbanti (.2); amended proof of claim filed by Ralph Busch (.1); amended proof of claim filed by Paul Price (.1); amended proof of claim of J&M Prebil (.1); review motion of ZAI claimants Barbanti, Busch, Price Prebil and McMurchie for leave to appeal court's 6/18/02 order (.3); review related correspondence to the Court and order entered by the Court re appeal/briefing on ZAI order (.3); memo to and from J. Baer re Debtors/PD committee meeting to discuss ZAI litigation (.2). | Krieger, A. | 1.3 |
| 07/03/2002 | Telephone call Jan Baer re conference call with PD Asbestos Committee to discuss budget (.2); began to review Debtors' supplemental brief regarding procedures for litigation of personal | Krieger, A. | 1.7 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | injury liability issues (1.5). | | |
| 07/08/2002 | Telephone call J. Baer re Debtors' discussion with ZAI, PD Committee to discuss ZAI litigation (.3); memorandum to LK, KP re above and Committee's response to PD Committee's proposed ZAI budget (.5); office conference LK re same (.1). | Krieger, A. | 0.9 |
| 07/08/2002 | Conference with Judge Wolin regarding issues in asbestos cases and possible strategy to conclude cases (.7); telephone call with L. Chambers regarding asbestos claims (.2). | Kruger, L. | 0.9 |
| 07/08/2002 | Attention to objections to ZAI special counsel retention motion (.6) | Pasquale, K. | 0.6 |
| 07/09/2002 | Attention to debtors' objection to ZAI budget (.3) | Pasquale, K. | 0.3 |
| 07/12/2002 | Complete review of Debtors' supplemental brief regarding procedures for litigation of common personal liability issues (1.5); review debtors response to PD Committee's motion for clarification of the bar date order (.3); review Debtors objection to the PD Committee's proposed ZAI litigation trial budget (.6). | Krieger, A. | 2.4 |
| 07/15/2002 | Review PD Committee's reply to PI Committee objection to Special Counsel retention motion (.3); review ZAI Claimants response to Debtors' objection to ZAI proofs of claim (.8). | Krieger, A. | 1.1 |
| 07/16/2002 | Review Debtors' objection to claimants' motion for leave to appeal court order (1.0); review Debtors' proposed order re schedule for ZAI litigation (.1). | Krieger, A. | 1.1 |
| 07/22/2002 | Review ZAI response to Debtors' proposed budget for ZAI litigation and choice of counsel (.4); ZAI claimants proposed order re litigation schedule (.3); memos to KP re above (.5); office conference LK re court's ruling on special counsel and the ZAI litigation budget | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.1); memo to LK re court's ruling on litigation schedule (.1). | | |
| 07/24/2002 | Memo from and to KP re PI Committee's pleadings in respect of case management proposal (.2); telephone call M. Zaleski re request to file under seal and Committee's access to documents (.3); review PI Committee's pleadings re motion and order (.5); memo to KP, LK re substance of Matt Zaleski discussion (.5); memos to and from J. Baer re transmittal of unredacted pleadings to the Creditors' Committee (.3). | Krieger, A. | 1.8 |
| 07/24/2002 | Attention to P.I. Committee submission on case management issues (2.0) | Pasquale, K. | 2.0 |
| 07/25/2002 | Memo from and to J. Baer re unredacted asbestos PI Committee pleadings and confidential materials to be forwarded (.1); telephone call Jay Sakalo re discussion re unredacted pleadings (.1). | Krieger, A. | 0.2 |
| 07/26/2002 | Office conference MS re preparation of Committee's brief on PI process (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 14.6 | $ 475 | $ 6,935.00 |
| Kruger, Lewis | 0.9 | 695 | 625.50 |
| Pasquale, Kenneth | 2.9 | 495 | 1,435.50 |
| Sasson, Moshe | 0.2 | 395 | 79.00 |
| Serrette, Rosemarie | 0.6 | 170 | 102.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,177.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,177.00 |
|-----------------------|------------|

# STROOCK

PAGE: 6

SSL-DOCS1 1260037v1

# STROOCK

PAGE: 7

| RE | Asbestos: Other<br>699843  0007 |
|----|----------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/03/2002 | Review report issued by the Agency for Toxic Substances and Disease Registry re Libby, MO asbestos levels (1.0) | Krieger, A. | 1.0 |
| 07/08/2002 | Office conference DW re Judge Newsome's decision denying class certification in the Armstrong World Industries case and prepare a memorandum summarizing same (1.5). | Krieger, A. | 1.5 |
| 07/09/2002 | Complete draft of memorandum re Newsome decision and applicability to Grace cases. | Krieger, A. | 0.8 |
| 07/16/2002 | Review statements by Senator Murray re asbestos legislation and legislative information. | Krieger, A. | 0.3 |
| 07/17/2002 | Review PI Committee's prior filing in B&W case and cases cited therein (2.5) | Sasson, M. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.6 | $ 475 | $ 1,710.00 |
| Sasson, Moshe | 3.0 | 395 | 1,185.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,895.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,895.00 |
|---|---|

# STROOCK

| R E | Case Administration |
|-----|---------------------|
|     | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Office conference DW re response to Warren Smith's initial report on SSL quarterly fee application (.1); briefly review W. Smith's initial report and notes thereon (.8); memo to MS re review of initial report and preparation of a response thereto (.1); office conferences RS re preparation of a response to W. Smith (.2). | Krieger, A. | 1.2 |
| 07/01/2002 | Review of fee auditors report (.3). | Serrette, R. | 0.3 |
| 07/02/2002 | Assignment received from Mark Levy and Mayer Greenberg; phone conversation with Arlene Krieger about how to account for questions raised in Fee Auditor's Report. | Brandes, R. | 0.1 |
| 07/02/2002 | Review and cross-reference motion with outline court docket. | Defreitas, V. | 1.5 |
| 07/02/2002 | Memo to M.Levy re preparation of response to fee auditors report (.2); memo to M. Sasson re same (.2); memo to K. Pasquale re same (.1); review agenda notices for hearings referred to in auditor's report and time records in preparation for drafting response (.5); memos to and from V. DeFreitas re new pleadings and objections (.8); office conference R. Brandes re response to Fee Auditor's initial report (.1). | Krieger, A. | 1.9 |
| 07/03/2002 | Drafted response to Fee Auditor's Initial Report regarding Stroock's fees. | Brandes, R. | 0.3 |
| 07/03/2002 | Download recently filed case pleadings. | Defreitas, V. | 0.5 |
| 07/03/2002 | Office conference LK re preparation of amended limited objection clarifying author of | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | comments (.1); review objection (.1); office conference RS re same (.2); memo to and telephone call M. Lastowski re same and cover letter identifying change (.4); office conference RS re Chambers invoices for the Fee Auditor and preparation of SSL's response (.3); memos from and to M. Sasson re response to Fee Auditor (.3). | | |
| 07/03/2002 | Review of fee auditor's report (.3); review time and disbursement entries in question and draft reply (.6). | Serrette, R. | 0.9 |
| 07/08/2002 | Drafted email response to Fee Auditor's Report (0.4); submitted response to M. Greenberg for review (0.1); made M. Greenberg's suggested changes to response for Arlene Krieger (0.2). | Brandes, R. | 0.7 |
| 07/08/2002 | Attention to fee auditor report re KP references (.5) | Pasquale, K. | 0.5 |
| 07/09/2002 | Wrote and sent email response to Arlene Krieger; Mayer Greenberg and Mark Levy (0.3); incorporated Mark Levy's comments into email response to Fee Auditor's Report (.3). | Brandes, R. | 0.6 |
| 07/09/2002 | Research brief re standard of "insolvency" (.5);download and distribute same (.3). | Serrette, R. | 0.8 |
| 07/10/2002 | Review language re fees. | Greenberg, M. | 0.4 |
| 07/10/2002 | Began to prepare draft response to W. Smith, reviewing underlying fee applications and materials in connection therewith (7.5); office conference RS re same (.2). | Krieger, A. | 7.7 |
| 07/11/2002 | Discussion with MAL re: write-up, revisions to same. | Greenberg, M. | 0.5 |
| 07/11/2002 | Continue to prepare draft response to W. Smith; review and revise same (8.0); office conference RS re same (.2); office conference D. Murtha (accounting) re Westlaw charges (.2). | Krieger, A. | 8.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/12/2002 | Complete preparation of response to W. Smith (2.5). | Krieger, A. | 2.5 |
| 07/12/2002 | Review of Fee Auditors Interim Report on Stroock's fees (.6); confs with A. Krieger re response (.2); research re same (.9). | Serrette, R. | 1.7 |
| 07/15/2002 | Review various case file pleadings to assign to file surf database. | Defreitas, V. | 0.7 |
| 07/15/2002 | Memo to and from KP re proposed response to Fee Auditor's initial response on SSL Application (.1); revise SSL response to reflect KP's comments (.8); memo to LK re revised response to Fee Auditor (.1); finalize response and exhibits and forward to W.Smith (.8). | Krieger, A. | 1.8 |
| 07/15/2002 | Attention to draft response to fee examiner (.3) | Pasquale, K. | 0.3 |
| 07/16/2002 | Memos to V. DeFreitas re docketed pleadings to be obtained from the docket (.2); office conference V. DeFreitas re ZAI, Sealed Air fraudulent transfer pleadings (.5); office conference RS re Asbestos Committees' motion regarding choice of law; insolvency standards (.1); review updated general case docket & adversary proceeding docket (.3). | Krieger, A. | 1.1 |
| 07/17/2002 | Conference with counsel (Milberg Weiss) to obtain copy of Special Master's Order and Report (1); review same (.2). | Serrette, R. | 0.3 |
| 07/18/2002 | Confs with A. Krieger re agenda (.2); further review of agenda (.3). | Serrette, R. | 0.5 |
| 07/18/2002 | Conf with A. Krieger to prepare for filing of Response to Compensation (.2); prepare response for filing and service, including e-mails to Duane Morris (.4). | Serrette, R. | 0.6 |
| 07/18/2002 | Review responses filed to various ZAI motions of July 22 calendar (.3). | Serrette, R. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/22/2002 | Download recently filed pleadings into central database. | Defreitas, V. | 0.8 |
| 07/22/2002 | Attended to files (.5). | Krieger, A. | 0.5 |
| 07/24/2002 | Download recently filed pleadings into database. | Defreitas, V. | 0.5 |
| 07/24/2002 | Memo from and to W. Smith re inquiry regarding Chambers' invoices and SSL Fourth Quarterly Application (.1); office conferences RS re same and response (.3); memo to W. Smith re response to inquiry (.1); telephone call W. Smith re SSL response and fee auditor's position on same (.1); memo to LK, RS re substance of telephone conversation with W. Smith (.1); memo to V. DeFreitas, R. Serrette re Peterson affidavit and related pleadings (.2). | Krieger, A. | 0.9 |
| 07/29/2002 | Review Fee Auditors Final Report on SSL fees for the period 1/02 - 3/02 (.3). | Serrette, R. | 0.3 |
| 07/30/2002 | Download recently filed case pleadings. | Defreitas, V. | 1.3 |
| 07/31/2002 | Download recently filed case pleadings. | Defreitas, V. | 0.7 |
| 07/31/2002 | Telephone call with E. Ordway regarding prior role of PWC's restructuring group with WR Grace and disclosure (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 1.7 | $ 245 | $ 416.50 |
| Defreitas, Vaughn | 6.0 | 100 | 600.00 |
| Greenberg, Mayer | 0.9 | 525 | 472.50 |
| Krieger, Arlene | 27.4 | 475 | 13,015.00 |
| Kruger, Lewis | 0.2 | 695 | 139.00 |
| Pasquale, Kenneth | 0.8 | 495 | 396.00 |
| Serrette, Rosemarie | 5.7 | 170 | 969.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,008.00 |
|-------------------------------------------|-------------|

# STROOCK

PAGE: 12

| TOTAL FOR THIS MATTER | $ 16,008.00 |
|---|---|

# STROOCK

RE     Committee Matters and Creditor Meetings
         699843 0017

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Review memo to the Committee Timothy Kane's motion for stay relief (.2); memo to and from C. Lane re Debtors' response to Timothy Kane (.2). | Krieger, A. | 0.4 |
| 07/02/2002 | Draft memo to committee re: debtors' proposed case management. | Sasson, M. | 2.8 |
| 07/09/2002 | Memos from and to T. Maher re dissemination of financial information (.2); prepare memorandum to the Committee re dissemination of financial information to signatories (1.0); memos to and from R. Douglas re signatories to agreement (.3); review memo to the Committee re PD Committee response to Debtors' motion (1.0); memo to LK re memorandum discussing PD Committee's objection to compensation benefits motion (.4). | Krieger, A. | 2.9 |
| 07/10/2002 | Telephone call R. Douglas re confidentiality agreement signatories and Grace acknowledgement. | Krieger, A. | 0.2 |
| 07/11/2002 | Memo from R. Douglas re status of Grace's execution of confidentially agreement, as signed by the Signatory Banks (.1). | Krieger, A. | 0.1 |
| 07/12/2002 | Revise memorandum to the Committee re confidentiality agreement and transmittal of documentation (.2); telephone call S. Cunningham re Committee position on KERP (.1). | Krieger, A. | 0.3 |
| 07/15/2002 | Memo from and to R. Douglas re correspondence from Debtors' counsel | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | confirming Graces agreement and acknowledgement of four Signatory Banks to the Confidentially Agreement (.4); memos from and to KP re Armstrong decision and completion of proposed memo to the Committee discussing same (.1); telephone call R. Douglas re Grace's acknowledgement of transmittal of authority to the Signatory Banks on Schedule A (.1); review and revise memo to the Committee re Committee response to Debtors motion for authorization to implement modified compensation programs (.3) | | |
| 07/15/2002 | Continued draft memo to Committee re: debtors' proposed case management (2.5) | Sasson, M. | 1.4 |
| 07/16/2002 | Correspondence from R. Douglas re Debtors' execution of correspondence to which Schedule A of confidentiality agreement appended (.1). | Krieger, A. | 0.1 |
| 07/17/2002 | Prepare draft response of the Committee in support of the Debtors' motion regarding authority to implement revised compensation programs (3.3); prepare revised memorandum to the Committee re discussing Debtors' compensation programs' motion, and the Committee's response thereto (1.0); memo to LK, S. Cunningham and W. Gilligan re proposed draft Committee response in support of the Debtors' motion (.2); memo to the Committee re compensation motion and subsequent pleadings thereon (.1). | Krieger, A. | 4.6 |
| 07/18/2002 | Telephone call LK re Committee response to Debtors' compensation motion (.1); memos to and from W. Gilligan and S. Cunningham re Committee response (.2); correspondence from R. Douglas re Grace execution of Confidentiality Agreement (.1); memo to R. Douglas re same (.1); memo from and to M. Chehi re Committee's response to Debtors' compensation programs motion (.2); memo to T. Maher re Committee response (.1); finalized | Krieger, A. | 1.2 |

# STROOCK

| PAGE: 15 | | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | response (.1); office conference RS re finalization of response and service of same (.2); memos to and from C. Lane re proposed order (.1). | | |
| 07/24/2002 | Prepare memorandum to the Committee re fraudulent transfer litigation related rulings, reports (.6). | Krieger, A. | 0.6 |
| 07/31/2002 | Review memo to Committee regarding Judge Wolin's decision (.2); telephone calls with creditors - Goldman Sachs (.1), King Street Capital (.2); Lefco (.1) regarding court decision. | Kruger, L. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 11.3 | $ 475 | $ 5,367.50 |
| Kruger, Lewis | 0.6 | 695 | 417.00 |
| Sasson, Moshe | 4.2 | 395 | 1,659.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,443.50 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 7,443.50 | |
|---|---|---|

# STROOCK

PAGE: 16

| RE | Fee Applications of Self<br>699843 0018 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Further edits to May bill (.2) | Serrette, R. | 0.2 |
| 07/02/2002 | Edits to monthly fee application for May (.6); conference with R. Sianni re filing (.1); prepare same for filing and service (.7); service of same (.5). | Serrette, R. | 1.9 |
| 07/08/2002 | Call with RB re tax time; review file | Greenberg, M. | 0.5 |
| 07/09/2002 | Call with RB re memo; review same | Greenberg, M. | 0.3 |
| 07/12/2002 | Initial review of June time entries (.8). | Serrette, R. | 0.8 |
| 07/17/2002 | Further review of June time entries (.4); conference with M. Sasson re entries (.1). | Serrette, R. | 0.5 |
| 07/22/2002 | Further review of time entries and edits to same (.4). | Serrette, R. | 0.4 |
| 07/24/2002 | Office conference RS re review of June 2002 time detail (.1). | Krieger, A. | 0.1 |
| 07/26/2002 | Draft CNO for 14th Interim Fee application (.8); confs with R. Siani re same (.2); prepare same for filing and service (.4). | Serrette, R. | 1.4 |
| 07/28/2002 | Review June 2002 time detail. | Krieger, A. | 0.8 |
| 07/30/2002 | Review A. Krieger's mark of June time entries. | Serrette, R. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 0.8 | $ 525 | $ 420.00 |

SSL-DOCS1 1260037v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.9 | 475 | 427.50 |
| Serrette, Rosemarie | 5.4 | 170 | 918.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,765.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,765.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/19/2002 | Tel conf with creditors (former employees) re POC and pension protection (.4). | Serrette, R. | 0.4 |
| 07/22/2002 | Creditor inquiries from former employees regarding POC package (.4). | Serrette, R. | 0.4 |
| 07/24/2002 | Office conference KP re creditor inquiry on Babcock case, plan terms and on-going docket review (.1) office conference RS re above (.1); memo to KP re above (.1). | Krieger, A. | 0.3 |
| 07/25/2002 | Review Babcock Wilcox 5/20 amended plan in response to creditors inquiries (1.5); prepare memorandum to LK, KP re plan terms (2.0) | Krieger, A. | 3.5 |
| 07/29/2002 | Telephone conference with former employees re pension benefits and bar date notice (.4). | Serrette, R. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.8 | $ 475 | $ 1,805.00 |
| Serrette, Rosemarie | 1.2 | 170 | 204.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,009.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,009.00 |
|-----------------------|-----------|

# STROOCK

| RE | Fee Applications of Others |
|----|---------------------------|
|    | 699843 0020               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Review draft response of FTI P&M to W.Smith's initial report (1.3). | Krieger, A. | 1.3 |
| 07/02/2002 | Complete review of FTI P&M draft response to Fee Auditor (.8); memoranda to and from L. Hamilton re same (.1); office conferences RS re review of FTI P&M draft response (.2); office conference RS re FTI P&M response (.1); telephone call L. Hamilton re comments to FTI P&M response to Fee Auditor (.2). | Krieger, A. | 1.4 |
| 07/02/2002 | Prepare FTI monthly fee application for May for filing and service (.5); review of FTI's response to fee auditors comments (.3); service of same (.5); draft correspondence to Chambers re payment of invoice (.3). | Serrette, R. | 1.6 |
| 07/16/2002 | Review memorandum re initial compensation requests by Special Master Dreier and other consultants appointed by Judge Wolin and office conference DW re same (.3). | Krieger, A. | 0.3 |
| 07/22/2002 | Review Fee Auditors monthly fee and expense invoice (.3); memo to V. DeFreitas re notice for July 2002 services (.1); review Debtors' statement of amounts paid to ordinary course professionals and order entered on another proceeding (.1). | Krieger, A. | 0.5 |
| 07/26/2002 | Draft CNO to 14th interim Fee Application and prepare for e-filing and serve (FTI). | Serrette, R. | 0.8 |
| 07/29/2002 | Conference with S. Hollinghead to prepare CNO on FTI's 13th Interim Fee Application (.2); prepare CNO for e-mailed for filing (.5). | Serrette, R. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/30/2002 | Conf with Libby Hamilton (FTI) re fee auditors final fee report (.3). | Serrette, R. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.5 | $ 475 | $ 1,662.50 |
| Serrette, Rosemarie | 3.4 | 170 | 578.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,240.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,240.50 |
|-----------------------|------------|

# STROOCK

| | |
|---|---|
| RE | Employee Matters<br>699843 0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Telephone call G. Becker re Committee's position on Debtors' motion for approval of revised compensation programs (.2); memo from and to J. Kapp re comments to compensation motion (.1); review of underlying documentation and then telephone call to C. Lane re Committee comments on the compensation programs (.6); memo to S. Cunningham, W. Gilligan re conversation with Debtors' counsel re outstanding points on compensation motion (.2). | Krieger, A. | 1.1 |
| 07/02/2002 | Telephone call C. Lane re order modifications, and outstanding issues on compensation motion (.2) | Krieger, A. | 0.3 |
| 07/03/2002 | Prepared memo to C. Lane re proposed modifications to the memos and form of order approving revised compensation programs (.6); telephone call W. Gilligan re same (.2); memo from C. Lane re proposed revised order (.1). | Krieger, A. | 0.9 |
| 07/08/2002 | Memos from and to W. Gilligan re straight line determination of LTIP awards (.2); review proposed revised form of order (.2); review PD Committee objection to Motion for approval of revised compensation programs, and prepare memorandum to the Committee re same (2.5); memorandum to FTI P&M re same (.1); | Krieger, A. | 3.0 |
| 07/09/2002 | Telephone call S. Cunningham re PD Committee's response to Debtors' revised compensation motion and Committee's response thereto (.4). | Krieger, A. | 0.4 |
| 07/15/2002 | Review memo re KERP. | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/16/2002 | Review Debtors' response to PD Committee's objection to Debtors' motion authorizing implementation of revised compensation programs (.8); memo to S. Cunningham re Debtors' response (.2). | Krieger, A. | 1.0 |
| 07/17/2002 | Memos from and to W. Gilligan re Debtors' compensation motion inquiries (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.9 | $ 475 | $ 3,277.50 |
| Kruger, Lewis | 0.2 | 695 | 139.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,416.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,416.50 |
|-----------------------|-----------|

# STROOCK

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection) 699843 0023 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2002 | Review Carteret prime leases (.9). | Krieger, A. | 0.9 |
| 07/02/2002 | Review proposed order re Debtors' motion re assignment of Carteret Leases (.5); memo to C. Lane re proposed modifications to the order (.3) | Krieger, A. | 0.8 |
| 07/08/2002 | Review revised proposed form of order (.2); memo to C. Lane re additional comment thereto (.1); review Debtors' objection to WESCONN Co. motion for relief from the stay (.2). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.8 | $ 484 | $ 387.02 |
| Krieger, Arlene | 1.4 | 475 | 665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,052.02 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,052.02 |
|-----------------------|-----------|

# STROOCK

RE          Expenses
            699843  0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 55.71 |
| Meals | 68.09 |
| Local Transportation | 74.72 |
| Long Distance Telephone | 482.89 |
| Duplicating Costs-in House | 228.00 |
| Postage | 12.82 |
| Facsimile Charges | 77.00 |
| Travel Expenses - Transportation | 89.95 |
| Westlaw | 131.61 |
| Word Processing - Logit | 30.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,250.79 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,250.79 |
|---|---|

# STROOCK

RE          Litigation (Non-Bankruptcy/General)
            699843  0032

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2002 | Review KPMG motion to compel document production re English and American Insurance Company matter (.1). | Krieger, A. | 0.6 |
| 07/22/2002 | Review Scheme Administrators response to Debtors re Production of documents (.1); review of PRS  Insurance Group case (using Westlaw) re production of documentation notwithstanding confidentiality issues (.4). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 475 | $ 522.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 522.50 | |
|------------------------------------------|----------|--|

| TOTAL FOR THIS MATTER | $ 522.50 | |
|-----------------------|----------|--|

# STROOCK

| RE | Litigation/Fraudulent Conveyance |
|----|----------------------------------|
|    | 699843  0034 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/02/2002 | Reviewed 6/28/02 correspondence from D. Rosenbloom re fraudulent conveyance production (.2); 6/25/02 correspondence to Judge Wolin re Sealed Air/Asbestos Committees' issues (.1); 6/17/02 correspondence to Judge Dreier re "Eye's Only" discovery issues (.9); review Judge Wolin's 5/21/02 protective order and order to compel (.3); opposition to the Motion to compel (.1); review May 14, 2002 correspondence from Milberg Weiss to all counsel re privilege waiver issues (.3); review 6/3/02 correspondence to Judge Dreier (.2); review USA response to Sealed Air Motion on short notice to compel (.2); review PI Committee's objection to PD Committee's motion to retain special counsel (.2); review Debtors' objections to PD Committee's motion to retain special counsel (.4). | Krieger, A. | 2.9 |
| 07/08/2002 | Review Sealed Air's motion to strike USA witness disclosure and related pleadings in connection with USA's intervention and discovery (.5). | Krieger, A. | 0.5 |
| 07/08/2002 | Review recently filed pleadings (1.0); Update file to include all recent decisions and pleadings (1.3) | Mariano, C. | 2.3 |
| 07/08/2002 | Attention to recent discovery correspondence (.4); attention to plaintiffs' brief re solvency standard (1.5) | Pasquale, K. | 1.9 |
| 07/09/2002 | Memo to and from KP re insolvency issue brief (.2); office conferences RS re brief and review of the Adversary Proceeding docket (.3); | Krieger, A. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | review 7/3/02 correspondence from Milberg Weiss to Judge Wolin re Grace discovery issues and request for sanctions (1.2); review Equity Committee motion to intervene (.1); review other discovery-related documents (.7). | | |
| 07/10/2002 | Attention to lengthy Grace letter re discovery issues (.3); attention to solvency briefs (1.1) | Pasquale, K. | 1.4 |
| 07/12/2002 | Office conference RS re asbestos committees' motion to determine the choice of law, insolvency standard (.1); office conference V. DeFreitas re same (.2); review memorandum of asbestos committee in support of motion (1.0). | Krieger, A. | 1.3 |
| 07/12/2002 | Obtain copies of depositions (.4), review (.5) and index all exhibits (.4) - load transcripts into database- Livenote (.4), review for accuracy (.9), compare indexes to find overlapping exhibits (.9), and revise indexes to reflect duplicate exhibits (1.0) | Mariano, C. | 4.5 |
| 07/15/2002 | Complete review of asbestos committee's memorandum of law in support of motion re choice of law standard for insolvency analysis (.6); review Seal Air's response (.7); review asbestos committee's reply memorandum on insolvency standard issues (1.5); review defendants' motion to strike portion of USA's witness disclosure statement and limit expert opinions (.6); review USA's response to Debtors' motion to strike (.3); review plaintiffs' opposition to defendants' motion to strike (.2). | Krieger, A. | 3.9 |
| 07/15/2002 | Conference call with Judge Dreier, all parties re expert witness issues (2.0) | Pasquale, K. | 2.0 |
| 07/15/2002 | Attention to recent filings (answer to USA complaint in intervention; motion to strike US expert disclosure and response thereto; motions re: compensation program; objections to ZAI litigation budget; legal standards in FT action; review motion to intervene under 1109(b); equity committees motion to intervene) and | Sasson, M. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | correspondence related thereto. | | |
| 07/16/2002 | Office conference LK re insolvency standard issues and discovery disputes (.2); memo to and from KP re meeting with LK, KP to discuss Committee's postion on intervention, insolvency standards issues and preparation of correspondence to Judge Wolin (.6); review Judge Wolin's order on objection to Special Masters Order and Report (.1). | Krieger, A. | 0.9 |
| 07/16/2002 | Office conference with K. Pasquale and A. Krieger, telephone call with D. Bernick regarding Judge Wolin's response to Judge Dreier's decision allowing discovery of post Sealed Air transfer facts. | Kruger, L. | 0.4 |
| 07/16/2002 | Obtain pleadings from Bankruptcy (.3), print (.4) and file accordingly (.5) | Mariano, C. | 1.2 |
| 07/16/2002 | Office conference Kruger, Krieger re court's rulings and issues concerning post-transfer information(.5) | Pasquale, K. | 0.5 |
| 07/16/2002 | T/C K. Pasquale re: standards briefs, letter to Wolin (.2); review letter to Wolin (.2). | Sasson, M. | 0.4 |
| 07/17/2002 | Review and revise correspondence to Judge Wolin (.6); office conferences MS re arguments in the brief on insolvency determination standards (.3); memos to and from KP re correspondence to Judge Wolin (.5); review Special Master's Order and Report dated June 13, 2002 (.2); review 7/16/02 correspondence by Sealed Air to Judge Dreier (.2); review 7/15/02 correspondence to Judge Dreier (.4); further revisions to finalize correspondence to Judge Wolin (.2). | Krieger, A. | 2.4 |
| 07/17/2002 | Review of letter to Judge Wolin regarding standard for insolvency in fraudulent transfer issue and impact on claims. | Kruger, L. | 0.3 |
| 07/17/2002 | Obtain copies of transcripts and begin indexing | Mariano, C. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | deposition exhibits. | | |
| 07/17/2002 | Review solvency briefs filed by parties (1.5); t/c A. Krieger re: briefs, letter to Wolin (.3); review Dreier order re: standards (.2). | Sasson, M. | 2.0 |
| 07/18/2002 | Office conference LK re Judge Wolin letter (.1); memo and telephone calls W. Katchen re letter to Judge Wolin (.3); memo to LK and KP re telephone conference with W. Katchen with respect to letter to Judge Wolin (.1); further office conference KP re Wolin letter (.1); memo to KP, LK re Wolin letter (.1); correspondence to W. Katchen re Judge Wolin's order and Judge Dreier's order and report (.1). | Krieger, A. | 0.8 |
| 07/18/2002 | Continue indexing deposition exhibits (1.7) Obtain copies of documents, including pleadings, correspondence and additional exhibits from Moshe Sasson, organize and file (1.9) | Mariano, C. | 3.6 |
| 07/22/2002 | Reviewed Sealed Air's reply in further support of motion to compel USA to produce documents (.1); review correspondence from Travelers Casualty to Judge Wolin re request for entry of order confirming non-binding effect of ruling in the fraudulent transfer litigation (.3); review 6/14/02 transcript from USA motion to intervene, solvency determination issues (1.4). | Krieger, A. | 1.8 |
| 07/22/2002 | Obtain depositions, review, create indexes for all depositions and load transcripts into Livenote. | Mariano, C. | 3.5 |
| 07/23/2002 | Review of W.L. Ross' memo regarding fraudulent transfer. | Kruger, L. | 0.3 |
| 07/23/2002 | Attention to court's 6/17 opinion re solvency issue (.3); attention to supplemental briefs of parties re solvency issue (.8) | Pasquale, K. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/23/2002 | Attention to filings (Wolin order, supplemental briefs re: standards issue (.6); sur-reply re: standards issue; transcript of 7/10 hearing) (.4). | Sasson, M. | 1.0 |
| 07/24/2002 | Office conference LK re Ross expert report (.2); office conference LK re Court hearing on solvency standards (.1);memos to and from KP re solvency brief and hearing (.2); review Judge Wolin's memorandum opinion (.4); review Ross expert report (.5); review asbestos committees' supplemental memorandum of law re solvency standards (5.); review Debtors' supplemental brief (.5); Westlaw review RML case, other (.4); reviewed Sealed Air's sur-reply brief (.6). | Krieger, A. | 3.4 |
| 07/24/2002 | Obtain several e-mails from Bankruptcy dept (.3), review (.5) and print all documents with attachments (1.2), sort documents (.3) and file accordingly (1.2) | Mariano, C. | 3.5 |
| 07/24/2002 | Attention to Ross expert report (1.5) | Pasquale, K. | 1.5 |
| 07/25/2002 | Telephone call S. Cunningham re solvency analysis, asbestos liabilities, WL Ross Expert Report (.5); memo from KP re hearing before Judge Wolin today on solvency issues (.1); memo to LK, KP re discussion with S. Cunningham (.1). | Krieger, A. | 0.7 |
| 07/25/2002 | Obtain copies of e-mails from Bankruptcy (.2), print all documents and attachments (1.0) and file documents (.9) | Mariano, C. | 2.1 |
| 07/25/2002 | Preparation for (1.0) and hearing before Judge Wolin on solvency issue (2.0) | Pasquale, K. | 3.0 |
| 07/26/2002 | Grace: review Ross expert report (.3). | Sasson, M. | 0.3 |
| 07/29/2002 | Review SA memo re: federal law (.2); t/c M. Lyman re: ACC response brief (.2). | Sasson, M. | 0.5 |
| 07/30/2002 | Review of Judge Wolin's decision regarding fraudulent transfer standard. | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/30/2002 | Obtain correspondence from M. Sasson (2.), review (.3), sort (.4) and file (.3) | Mariano, C. | 1.2 |
| 07/31/2002 | Obtain pleadings from Bankruptcy (.3), print (4.), review (.3) and file accordingly (1.7) | Mariano, C. | 2.7 |
| 07/31/2002 | Attention to J. Wolin decision on solvency standard (1.5); memo to Committee re same (.5) | Pasquale, K. | 2.0 |
| 07/31/2002 | Review Wolin opinion/memo to committee re: same. | Sasson, M. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 21.1 | $ 475 | $ 10,022.50 |
| Kruger, Lewis | 1.6 | 695 | 1,112.00 |
| Mariano, Christine | 26.3 | 155 | 4,076.50 |
| Pasquale, Kenneth | 13.4 | 495 | 6,633.00 |
| Sasson, Moshe | 7.9 | 395 | 3,120.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,964.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 24,964.50 |
|-----------------------|-------------|

# STROOCK

| RE | Non-Working Travel Time<br>699843  0035 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/22/2002 | Travel re omnibus hearing (3.0) | Pasquale, K. | 3.0 |
| 07/25/2002 | Travel re court hearing in Newark (1.5) | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 4.5 | $ 495 | $ 2,227.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,227.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,227.50 |
|-----------------------|------------|

# STROOCK

| | |
|---|---|
| R E | Preparation for and Attendance at Hearings<br>699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/09/2002 | Telephone call with W. Katchen regarding court hearing on 7/10/02 (.2); preparation for hearing on issues before court (.2). | Kruger, L. | 0.4 |
| 07/10/2002 | In court before Judge Wolin regarding discovery issues, scheduling and intervention issues. | Kruger, L. | 2.2 |
| 07/16/2002 | Review agenda notice for July 22 hearings before Judge Fitzgerald. | Krieger, A. | 0.7 |
| 07/17/2002 | Memo from KP and then office conference RS re documentation for KP for 7/22/02 hearings before Judge Fitzgerald. | Krieger, A. | 0.2 |
| 07/17/2002 | Review of agenda for 7/22 hearing (.3); conference with A. Krieger and V. DeFreitas re items on agenda (.2); begin preparation of Hearing Binder (3.5). | Serrette, R. | 4.0 |
| 07/18/2002 | Preparation of documents for hearings before Judge Fitzgerald (.5); office conference RS re above (.5); memo to V. DeFreitas re review of docket for hearing preparation (.1); memo to KP re documents for hearing (.2); office conference KP re hearing (.3). | Krieger, A. | 1.6 |
| 07/22/2002 | Preparation for (2.0) and participated in omnibus court hearing (2.5) | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.5 | $ 475 | $ 1,187.50 |

SSL-DOCS1 1260037v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.6 | 695 | 1,807.00 |
| Pasquale, Kenneth | 4.5 | 495 | 2,227.50 |
| Serrette, Rosemarie | 4.0 | 170 | 680.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,902.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,902.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 92,017.02 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# STROOCK

| DATE | September 20, 2002 |
|---|---|
| INVOICE NO. | 268954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period through July 31, 2002:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/24/2002 | VENDOR: Federal Express Corporation; INVOICE#: 4-251-00397; DATE: 6/10/02 - FEDEX LOG   05/20  Herb Mondross  Wilmington DE | 10.42 |
| 07/02/2002 | Federal Express T#814154274936 ROSE SERRETTE to: DAVID SIEGAL COLUMBIA,MD | 9.00 |
| 07/02/2002 | Federal Express T#814154274947 ROSE SERETTE to: WARREN SMITH DALLAS,TX | 10.99 |
| 07/02/2002 | Federal Express T#814154274958 ROSE SERETTE to: FRANK J PERCH WILMINGTON,DE | 9.00 |
| 07/18/2002 | Federal Express T#824841041159 LEWIS KRUGER to: ALFRED M WOLIN NEWARK,NJ | 9.00 |
| 07/30/2002 | FedEx Log 07/02/02 R SERETTE TO WARREN SMITH | 5.83 |
| 07/30/2002 | FedEx Log 07/02/02 R SERETTE TO FRANK J PERCH | 1.47 |
| | **Outside Messenger Service Total** | **55.71** |
| **Meals** | | |
| 07/11/2002 | VENDOR: Harry's Outgoing, Inc.; INVOICE#: 062802; DATE: 6/28/02 - Rose Serrettte 6/25 | 23.11 |
| 07/11/2002 | VENDOR: Harry's Outgoing, Inc.; INVOICE#: 053102; DATE: 5/31/02   05/28  Rose Serrette | 22.49 |
| 07/12/2002 | VENDOR: Harry's Outgoing, Inc.; INVOICE#: 053102; DATE:  R Serrette 5/28 | 22.49 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Meals Total** | | **68.09** |
| **Local Transportation** | | |
| 07/11/2002 | VENDOR: Petty Cash; INVOICE#: 07/02/02; DATE: 7/11/02 - 06/14/02    NY PETTY CASH  L.KRUGER | 7.20 |
| 07/16/2002 | NYC Two Ways Inc. SERRETTE 06/25/02 22:02 M from 180 MAIDEN LA to SOUTH RICHMON | 38.31 |
| 07/24/2002 | NYC Two Ways Inc. KRUGER 07/10/02 14:03 M from W 31 ST M to 180 MAIDEN LA | 19.71 |
| 07/30/2002 | VENDOR: Lewis Kruger; INVOICE#: 07/19/02; DATE: 7/30/02 - 07/08  LUNCH WITH JUDGE WOLIN - TRAIN FARE | 3.00 |
| 07/30/2002 | VENDOR: Lewis Kruger; INVOICE#: 07/19/02; DATE: 7/30/02 - 07/10   ATTEND COURT HEARING IN NEWARK - CAB & TRAIN FARE | 6.50 |
| **Local Transportation Total** | | **74.72** |
| **Long Distance Telephone** | | |
| 07/01/2002 | EXTN.3544, TEL.312-861-2124, S.T.13:24, DUR.01:42 | 0.65 |
| 07/01/2002 | EXTN.5492, TEL.302-654-1888, S.T.11:27, DUR.03:18 | 1.30 |
| 07/01/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:41, DUR.06:00 | 1.94 |
| 07/01/2002 | EXTN.5492, TEL.941-355-3076, S.T.13:16, DUR.25:48 | 8.42 |
| 07/01/2002 | EXTN.5492, TEL.302-657-4918, S.T.15:56, DUR.01:30 | 0.65 |
| 07/01/2002 | EXTN.5492, TEL.302-657-4918, S.T.18:01, DUR.08:18 | 2.92 |
| 07/01/2002 | EXTN.5492, TEL.954-583-0773, S.T.18:14, DUR.04:24 | 1.62 |
| 07/01/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:26, DUR.00:12 | 0.25 |
| 07/02/2002 | EXTN.5492, TEL.302-657-4918, S.T.09:56, DUR.03:48 | 1.30 |
| 07/02/2002 | EXTN.5492, TEL.302-657-4918, S.T.14:48, DUR.05:00 | 1.62 |
| 07/02/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:14, DUR.00:06 | 0.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/02/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:36, DUR.00:12 | 0.25 |
| 07/02/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:58, DUR.00:36 | 0.25 |
| 07/02/2002 | EXTN.5544, TEL.201-556-4021, S.T.14:04, DUR.09:18 | 3.24 |
| 07/03/2002 | EXTN.5492, TEL.757-575-0584, S.T.08:33, DUR.14:24 | 4.86 |
| 07/03/2002 | EXTN.5492, TEL.954-722-1300, S.T.13:23, DUR.05:42 | 1.94 |
| 07/03/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:31, DUR.01:12 | 0.65 |
| 07/03/2002 | EXTN.5492, TEL.954-722-1300, S.T.14:07, DUR.07:12 | 2.59 |
| 07/03/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:16, DUR.02:54 | 0.97 |
| 07/03/2002 | EXTN.5492, TEL.201-384-1279, S.T.16:26, DUR.00:36 | 0.32 |
| 07/03/2002 | EXTN.5544, TEL.201-556-4039, S.T.09:58, DUR.01:30 | 0.65 |
| 07/03/2002 | EXTN.5544, TEL.302-657-4942, S.T.10:48, DUR.01:24 | 0.65 |
| 07/03/2002 | EXTN.5544, TEL.847-668-6695, S.T.12:16, DUR.00:42 | 0.32 |
| 07/08/2002 | EXTN.5430, TEL.202-371-9770, S.T.16:45, DUR.10:36 | 3.56 |
| 07/08/2002 | EXTN.5431, TEL.312-606-5387, S.T.11:02, DUR.02:00 | 0.65 |
| 07/08/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:12, DUR.02:24 | 0.97 |
| 07/08/2002 | EXTN.5492, TEL.868-638-5235, S.T.18:08, DUR.00:24 | 2.77 |
| 07/08/2002 | EXTN.5492, TEL.954-583-0773, S.T.18:54, DUR.32:36 | 8.61 |
| 07/08/2002 | EXTN.5492, TEL.868-632-5235, S.T.21:11, DUR.00:12 | 2.77 |
| 07/08/2002 | EXTN.5492, TEL.301-614-9599, S.T.21:15, DUR.00:12 | 0.25 |
| 07/08/2002 | EXTN.5562, TEL.202-371-9770, S.T.15:53, DUR.06:36 | 2.27 |
| 07/08/2002 | EXTN.5760, TEL.973-424-2000, S.T.10:14, DUR.00:54 | 0.32 |
| 07/08/2002 | EXTN.6605, TEL.570-426-1319, S.T.19:50, DUR.02:24 | 0.74 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09/2002 | EXTN.5492, TEL.868-625-4411, S.T.09:02, DUR.15:36 | 44.31 |
| 07/09/2002 | EXTN.5492, TEL.941-355-3076, S.T.09:19, DUR.00:12 | 0.32 |
| 07/09/2002 | EXTN.5492, TEL.941-355-3076, S.T.09:24, DUR.27:36 | 9.07 |
| 07/09/2002 | EXTN.5492, TEL.757-575-0584, S.T.12:23, DUR.06:24 | 2.27 |
| 07/09/2002 | EXTN.5492, TEL.570-426-1319, S.T.17:29, DUR.01:24 | 0.65 |
| 07/09/2002 | EXTN.5544, TEL.201-556-4040, S.T.12:00, DUR.20:48 | 6.80 |
| 07/10/2002 | EXTN.5492, TEL.570-426-1319, S.T.08:58, DUR.12:24 | 4.21 |
| 07/10/2002 | EXTN.5492, TEL.954-731-1035, S.T.09:31, DUR.24:36 | 8.10 |
| 07/10/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:43, DUR.01:06 | 0.65 |
| 07/10/2002 | EXTN.5492, TEL.757-575-0584, S.T.17:21, DUR.00:54 | 0.32 |
| 07/10/2002 | EXTN.5492, TEL.757-575-0584, S.T.17:24, DUR.00:12 | 0.32 |
| 07/11/2002 | EXTN.5492, TEL.201-384-1279, S.T.08:52, DUR.03:06 | 1.30 |
| 07/11/2002 | EXTN.5492, TEL.570-426-1319, S.T.10:01, DUR.04:12 | 1.62 |
| 07/12/2002 | EXTN.5492, TEL.570-426-1319, S.T.10:37, DUR.01:54 | 0.65 |
| 07/12/2002 | EXTN.5544, TEL.201-556-4040, S.T.10:06, DUR.00:24 | 0.32 |
| 07/12/2002 | EXTN.5544, TEL.214-698-3868, S.T.15:36, DUR.01:30 | 0.65 |
| 07/12/2002 | EXTN.5544, TEL.214-698-3868, S.T.16:57, DUR.02:36 | 0.97 |
| 07/15/2002 | EXTN.6015, TEL.202-371-9770, S.T.17:28, DUR.09:12 | 3.24 |
| 07/16/2002 | VENDOR: Lewis Kruger; INVOICE#: 07/01/02; DATE: 7/16/02 - 06/16/02   TELEPHONE CHARGES | 1.40 |
| 07/16/2002 | EXTN.3430, TEL.312-861-2248, S.T.17:00, DUR.00:06 | 0.32 |
| 07/16/2002 | EXTN.3430, TEL.312-861-2248, S.T.17:10, DUR.06:48 | 2.27 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/16/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:39, DUR.03:06 | 1.30 |
| 07/16/2002 | EXTN.5492, TEL.570-426-1319, S.T.18:52, DUR.05:24 | 1.94 |
| 07/16/2002 | EXTN.5492, TEL.757-575-0584, S.T.19:28, DUR.00:12 | 0.25 |
| 07/16/2002 | EXTN.6682, TEL.404-344-4632, S.T.10:22, DUR.46:24 | 15.23 |
| 07/17/2002 | EXTN.5492, TEL.868-625-4411, S.T.09:28, DUR.00:48 | 2.77 |
| 07/17/2002 | EXTN.5492, TEL.868-638-5235, S.T.09:30, DUR.00:18 | 2.77 |
| 07/18/2002 | EXTN.5492, TEL.201-384-1279, S.T.16:46, DUR.00:06 | 0.32 |
| 07/18/2002 | EXTN.5492, TEL.954-731-1035, S.T.18:10, DUR.11:12 | 3.89 |
| 07/18/2002 | EXTN.5544, TEL.201-556-4039, S.T.10:49, DUR.00:42 | 0.32 |
| 07/18/2002 | EXTN.5544, TEL.973-424-2031, S.T.10:51, DUR.03:00 | 0.97 |
| 07/19/2002 | EXTN.5492, TEL.757-575-0584, S.T.16:39, DUR.00:12 | 0.32 |
| 07/19/2002 | EXTN.5760, TEL.973-424-2031, S.T.12:33, DUR.01:42 | 0.65 |
| 07/22/2002 | EXTN.5492, TEL.201-556-4021, S.T.12:56, DUR.03:06 | 1.30 |
| 07/22/2002 | EXTN.5492, TEL.201-384-1279, S.T.13:00, DUR.06:12 | 2.27 |
| 07/22/2002 | EXTN.5492, TEL.201-384-1279, S.T.14:24, DUR.02:12 | 0.97 |
| 07/22/2002 | EXTN.5492, TEL.570-426-1319, S.T.19:24, DUR.00:30 | 0.25 |
| 07/22/2002 | EXTN.6015, TEL.202-371-9770, S.T.11:01, DUR.03:36 | 1.30 |
| 07/23/2002 | EXTN.5492, TEL.732-341-8253, S.T.13:29, DUR.00:54 | 0.32 |
| 07/24/2002 | VENDOR: At&T Teleconference Services; INVOICE#: 070102; DATE: 7/1/02 - 07/02 Firm Teleconferencing  Ken Pasquale | 271.79 |
| 07/24/2002 | EXTN.5430, TEL.973-424-2031, S.T.16:55, DUR.01:06 | 0.65 |
| 07/24/2002 | EXTN.5431, TEL.973-645-2580, S.T.10:01, DUR.02:12 | 0.97 |
| 07/24/2002 | EXTN.5492, TEL.954-731-1035, S.T.11:50, DUR.08:30 | 2.92 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/24/2002 | EXTN.5492, TEL.954-731-1035, S.T.13:39, DUR.01:48 | 0.65 |
| 07/24/2002 | EXTN.5544, TEL.302-426-1900, S.T.10:42, DUR.01:12 | 0.65 |
| 07/24/2002 | EXTN.6015, TEL.202-371-9770, S.T.14:00, DUR.02:12 | 0.97 |
| 07/25/2002 | EXTN.5431, TEL.973-424-2031, S.T.10:13, DUR.00:18 | 0.32 |
| 07/25/2002 | EXTN.6015, TEL.202-371-9770, S.T.14:47, DUR.01:36 | 0.65 |
| 07/26/2002 | EXTN.6015, TEL.202-371-9770, S.T.16:56, DUR.01:36 | 0.65 |
| 07/29/2002 | EXTN.5492, TEL.201-384-1279, S.T.10:52, DUR.04:48 | 1.62 |
| 07/29/2002 | EXTN.5492, TEL.954-731-1035, S.T.20:23, DUR.02:48 | 0.74 |
| 07/29/2002 | EXTN.5760, TEL.973-424-2031, S.T.16:57, DUR.01:06 | 0.65 |
| 07/30/2002 | EXTN.5492, TEL.201-556-4021, S.T.10:51, DUR.13:48 | 4.54 |
| 07/30/2002 | EXTN.5492, TEL.732-271-1999, S.T.14:43, DUR.10:00 | 3.24 |
| 07/30/2002 | EXTN.5492, TEL.954-722-1445, S.T.14:55, DUR.04:36 | 1.62 |
| 07/31/2002 | EXTN.3430, TEL.201-843-4900, S.T.11:44, DUR.01:12 | 0.65 |
| 07/31/2002 | EXTN.6015, TEL.202-454-6624, S.T.18:54, DUR.06:42 | 2.19 |
| **Long Distance Telephone Total** | | **482.89** |

**Duplicating Costs-in House**

| Date | | Amount |
|------|--|--------|
| 07/01/2002 | | 1.10 |
| 07/02/2002 | | 0.40 |
| 07/02/2002 | | 20.70 |
| 07/03/2002 | | 2.80 |
| 07/09/2002 | | 0.60 |
| 07/10/2002 | | 13.60 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/10/2002 | | 0.10 |
| 07/11/2002 | | 0.60 |
| 07/12/2002 | | 0.10 |
| 07/12/2002 | | 0.80 |
| 07/12/2002 | | 2.30 |
| 07/15/2002 | | 1.50 |
| 07/15/2002 | | 5.20 |
| 07/16/2002 | | 3.60 |
| 07/16/2002 | | 15.10 |
| 07/17/2002 | | 1.80 |
| 07/17/2002 | | 3.60 |
| 07/18/2002 | | 4.60 |
| 07/18/2002 | | 2.20 |
| 07/18/2002 | | 0.90 |
| 07/18/2002 | | 0.60 |
| 07/19/2002 | | 2.20 |
| 07/19/2002 | | 10.60 |
| 07/22/2002 | | 7.20 |
| 07/22/2002 | | 5.20 |
| 07/22/2002 | | 0.50 |
| 07/22/2002 | | 4.30 |
| 07/22/2002 | | 0.30 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/22/2002 | | 6.60 |
| 07/23/2002 | | 6.90 |
| 07/23/2002 | | 24.10 |
| 07/24/2002 | | 0.10 |
| 07/24/2002 | | 4.60 |
| 07/24/2002 | | 0.70 |
| 07/26/2002 | | 48.50 |
| 07/26/2002 | | 12.20 |
| 07/30/2002 | | 8.40 |
| 07/30/2002 | | 2.10 |
| 07/30/2002 | | 0.60 |
| 07/31/2002 | | 0.70 |
| | **Duplicating Costs-in House Total** | **228.00** |

**Postage**

| | | |
|------|-------------|--------|
| 05/13/2002 | Postage Charged by  on 05/06/2002 | 12.45 |
| 07/09/2002 | Postage Charged by  on 07/01/2002 | 0.37 |
| **Postage Total** | | **12.82** |

**Facsimile Charges**

| | | |
|------|-------------|--------|
| 07/12/2002 | FAX # 799-1349 | 24.00 |
| 07/19/2002 | FAX # 868-1229 | 4.00 |
| 07/19/2002 | FAX # 305-374-7593 | 4.00 |
| 07/19/2002 | FAX # 907-463-3567 | 4.00 |
| 07/31/2002 | FAX # 474-3700 | 41.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Facsimile Charges Total** | **77.00** |
| | | |
| | **Travel Expenses - Transportation** | |
| 07/30/2002 | VENDOR: Ken Pasquale; INVOICE#: 07/23/02; DATE: 7/30/02 - 07/22   TRIP TO WILMINGTON, DE FOR COURT HEARINGS - MILEAGE & PARKING CHARGES | 89.95 |
| | | |
| | **Travel Expenses - Transportation Total** | **89.95** |
| | | |
| | **Westlaw** | |
| 07/17/2002 | ; Duration 0:10:01; By SASSON MOSHE | 57.11 |
| | | |
| 07/22/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 45.25 |
| | | |
| 07/24/2002 | ; Duration 0:00:00; By KRIEGER ARLENE G | 29.25 |
| | | |
| | **Westlaw Total** | **131.61** |
| | | |
| | **Word Processing - Logit** | |
| 07/03/2002 | | 30.00 |
| | | |
| | **Word Processing - Logit Total** | **30.00** |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,250.79 |
|------|------|