## EXHIBIT A

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502852 Page 1

| Our Matter # | 02399/06003 | For Services Through 04/30/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| 04/08/02 | Review information concerning revised cost estimates for site and proposal by Owens-Corning to settle out with PRP Group in the bankruptcy process (0.4); forward information to Ms. Duff and Mr. Medler (0.1). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 04/10/02 | Review Beaco Road documents regarding potential for outstanding insurance (0.8); research documented Grace insurance settlement history (0.4); draft response letter to Beaco Road Steering Committee (0.6); e-mail Attorney Hawkins regarding draft response, and factual issues that require further confirmation from Grace (0.4); subsequent telephone discussion with Attorney Hawkins regarding Grace 10-Q information (0.4). | | | |
| | D.M. CLEARY | 2.60 hrs. | 290.00/hr | $754.00 |
| 04/11/02 | Review e-mail and attached draft letter to Ms. Duff regarding insurance availability. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 04/18/02 | Review and comment on newly revised letter to Beaco Road Steering Committee. | | | |
| | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 04/18/02 | Review and revise letter addressing insurance question to be provided to Beaco Road PRP Group. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/19/02 | Revisions to letter responding to insurance question and forward to client (0.4). | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/24/02 | Finalize and forward letter dealing with response on request for information concerning insurance coverage for Beaco Road Site. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |

**Fees for Legal Services**

**$1,365.00**

W. R. Grace & Co.

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.70 | 240.00 | 408.00 |
| D.M. CLEARY | 3.30 | 290.00 | 957.00 |
| TOTAL | 5.00 | $273.00 | $1,365.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/03/2002 | Photocopies 29 Page(s) | 1.45 |
| 04/09/2002 | Photocopies 13 Page(s) | 0.65 |
| 04/30/2002 | Photocopies 3 Page(s) | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred**    **$2.25**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.25 |
| TOTAL | $2.25 |

**Net current billing for this invoice**

**$1,367.25**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| | A/R BALANCE | | $5,821.86 |

W. R. Grace & Co.

May 10, 2002
Invoice 502852  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $1,365.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.25 |
| **Net current billing for this invoice** | **$1,367.25** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| | TOTAL A/R BALANCE | | $5,821.86 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502853  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 04/01/02 | Review Title V permit amendment (0.4); discuss permit amendment with Attorney Hawkins (0.2) | | | |
| | M.E. TERNES | 0.60 hrs. | 220.00/hr | $132.00 |
| 04/17/02 | Review issues with Attorney Carlisle regarding questions raised by DHEC regarding WET history at Enoree facility (0.3); review results of information determined concerning DHEC request (0.2). | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 04/17/02 | Confer with Messrs. O'Connell and Emmet regarding call from Ms. Ramos requesting meeting to discuss whole effluent toxicity testing and oil and grease issue (0.4); confer with environmental team colleagues regarding background information on Ms. Ramos (0.3); follow-up conference with Mr. O'Connell (0.1). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 220.00/hr | $176.00 |
| 04/18/02 | Follow-up conference with Messrs. Emmet and O'Connell to discuss strategy for addressing request for enforcement conference and regarding NOV that has been issued by DHEC (0.3); additional review of file information on toxicity issues (0.3). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |
| 04/23/02 | Review information with Mr. Favorito concerning regulatory site assessment (0.4); review legal issues identified for regulatory site assessment (0.5). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 04/24/02 | Review April 22, 2002 Notice of Violation relating to wastewater discharges from mill (0.2); confer with Mr. O'Connell regarding same (0.4). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |
| 04/25/02 | Confer with Mr. O'Connell regarding scheduling internal meeting to discuss Notice of Violation issues tomorrow (0.1); review outline received today from Mr. O'Connell (0.7). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 220.00/hr | $176.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502853  Page 2

| 04/26/02 | Review Notice of Violation forwarded to Enoree facility (0.4); review facts and approach to response with Attorney Carlisle (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |

| 04/26/02 | Prepare for conference call to discuss data underlying whole effluent toxicity test results (0.9); participate in conference call with Mr. O'Connell, Mr. Balcer, Mr. Scott, Mr. Kelly and other representatives of client and consultants retained by client (0.9). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.80 hrs. | 220.00/hr | $396.00 |

| 04/28/02 | Begin reviewing WET information in preparation for enforcement conference on Thursday. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |

| 04/29/02 | Review file information to identify any additional documents to be included in notebooks to be given to DHEC at Thursday's enforcement conference on water issues (0.5); confer with Mr. O'Connell regarding same (0.2); revise outline on points to be presented to DHEC at conference (1.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.90 hrs. | 220.00/hr | $418.00 |

| 04/29/02 | Discuss materials needed for Enforcement Conference with Attorney Carlisle; locate same. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 1.30 hrs. | 95.00/hr | $123.50 |

| 04/30/02 | Review issues and assignments with Attorney Cleary concerning regulatory site assessment. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

| 04/30/02 | Discussion with Attorney Hawkins regarding assignment (0.2); draft e-mail to Mr. Favorito (0.2). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |

| 04/30/02 | Review documents sent by Mr. O'Connell by Federal Express to be included in notebook for Thursday's enforcement conference with DHEC (0.2); draft response to be included in file (building on document created by Mr. O'Connell (3.1); assign to Paralegal Thomas task of preparing notebooks (0.2); transmit to Mr. O'Connell draft response and re-worked outline of talking points and electronic mail memorandum regarding same (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 3.70 hrs. | 220.00/hr | $814.00 |

| 04/30/02 | Discuss materials needed for enforcement conference with Attorney Carlisle; gather information for enforcement conference per Attorney Carlisle; receive and edit attachments for notebook for enforcement conference; begin to create notebooks for same. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 3.70 hrs. | 95.00/hr | $351.50 |

**Fees for Legal Services**

**$3,587.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.40 | 240.00 | 576.00 |
| D.M. CLEARY | 0.40 | 290.00 | 116.00 |
| M.E. TERNES | 0.60 | 220.00 | 132.00 |
| R.T. CARLISLE | 10.40 | 220.00 | 2,288.00 |
| L.K. THOMAS | 5.00 | 95.00 | 475.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502853  Page 3

| | | | |
|---|---|---|---|
| TOTAL | 18.80 | $190.80 | $3,587.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/17/2002 | Telephone 1-617-498-4594 | 0.10 |
| 04/18/2002 | Telephone 1-617-498-4594 | 0.21 |
| 04/24/2002 | Telephone 1-617-498-4594 | 0.10 |
| 04/30/2002 | Photocopies 18 Page(s) | 0.90 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$1.31**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.90 |
| Telephone | 0.41 |
| TOTAL | $1.31 |

**Net current billing for this invoice**

**$3,588.31**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| | A/R BALANCE | | $26,470.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502853  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $3,587.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.31 |

**Net current billing for this invoice**                **$3,588.31**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| | TOTAL A/R BALANCE | | $26,470.00 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID NO. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                      May 10, 2002
ATTN: Lydia Duff, Esq.                                        Invoice 502854  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06012 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

| | | | | |
|---|---|---|---|---|
| 04/02/02 | Review information concerning "once in, always in" policy in light of amendments to 40 CFR Part 63, Subparts A and B. | | | |
| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |
| 04/05/02 | Discussion with EPA and state representatives (and obtain additional documentation) regarding confirmation on treatment of 112(j) requirements for Part 1 application under revisions of 40 CFR Part 63, Subpart B and regarding impact of "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/21/02 | Work on confirmation position for "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |
| 04/23/02 | Work on draft of letter to EPA confirming position on "once in, always in" rule. | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/24/02 | Complete draft of memorandum to EPA to confirm position on "once in, always in" policy and application of policy in light of amendments to MACT hammer provisions of 40 CFR Part 63, Subpart B. | | | |
| | B.F. HAWKINS | 2.50 hrs. | 240.00/hr | $600.00 |
| 04/29/02 | Discussion with Ms. Duff regarding approach to verification for "once in, always in" guidance (0.3); prepare confirmation document for EPA (0.5); follow-up call to EPA (0.2); review email from Mr. O'Connell concerning impact of Earthjustice suit involving amended 112(j) procedures (0.3); discussion with EPA, state and trade representatives to attempt to determine impact on requirement to submit Part 1 application on May 15 (1.4); review information concerning potential emergency stay of 112(j) regulations and potential implication of same (0.8); research and review possible approaches for satisfying 112(j) requirements with various state and EPA officials (1.2). | | | |
| | B.F. HAWKINS | 4.70 hrs. | 240.00/hr | $1,128.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502854  Page 2

| | | | |
|---|---|---|---|
| 04/30/02 | Research options for responding to requirements to submit case-by-case MACT determination under 112(j) requirements of Clean Air Act (1.6); discussion with Mr. Colyer of EPA concerning how companies could respond to 112(j) requirements in light of lawsuit filed by Earthjustice (0.4); review options based on discussion with Mr. Colyer (0.7); draft response to client (0.4). | | |
| | B.F. HAWKINS | 3.10 hrs.    240.00/hr | $744.00 |

**Fees for Legal Services**

**$3,504.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 14.60 | 240.00 | 3,504.00 |
| TOTAL | 14.60 | $240.00 | $3,504.00 |

**Net current billing for this invoice**

**$3,504.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
| | | A/R BALANCE | $14,699.65 |

W. R. Grace & Co.

May 10, 2002
Invoice 502854  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $3,504.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                    **$3,504.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
| | TOTAL A/R BALANCE | | $14,699.65 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID No. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502855  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06023 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 04/09/02 | Discussion of status of EPA investigation with Mr. Marriam. | | | |
| | D.M. CLEARY | 0.20 hrs. | 290.00/hr | $58.00 |
| 04/11/02 | Review letter to EPA Administrator Whitman regarding attic fill. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**

**$145.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 290.00 | 145.00 |
| TOTAL | 0.50 | $290.00 | $145.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/09/2002 | Telephone 1-901-820-2023 | 3.3 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$3.31**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 3.31 |

W. R. Grace & Co.

TOTAL                                              $3.31

**Net current billing for this invoice**

**$148.31**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |
| | | A/R BALANCE | $52,296.55 |

W. R. Grace & Co.

May 10, 2002
Invoice 502855  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $145.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.31 |

**Net current billing for this invoice**                    **$148.31**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |
| | TOTAL A/R BALANCE | | $52,296.55 |



# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502856  Page 1

| Our Matter # | 02399/06027 | For Services Through 04/30/02 |
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 04/01/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/02/02 | Check docket for any impact on NMRS representation of debtor. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/03/02 | Telephone Mr. Emmett and left message regarding financial assurance. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 04/03/02 | E-mail correspondence to Ms. Gettier, Attorneys Cleary and Hawkins, and Administrative Assistant Johnson regarding the status of the outstanding invoices. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 04/03/02 | Telephone conference with Mr. Emmett regarding financial assurance documents and the metaframe (0.4); meet with Attorney Cleary to report the conversation with Mr. Emmett regarding the financial assurance documents and metaframe (0.3). | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 04/08/02 | Review docket for entries impacting NMRS representation of client; memo on January and February fee applications. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 04/08/02 | Review billing invoices and calculate fees and expenses for fee application; draft fee application for month of January 2002. | | | |
| | K.J. HEISER | 1.60 hrs. | 180.00/hr | $288.00 |
| 04/08/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/09/02 | Revise billing statements and interim fee application for January 2002. | | | |
| | K.J. HEISER | 2.30 hrs. | 180.00/hr | $414.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502856  Page 2

| | | | | |
|---|---|---|---|---|
| 04/10/02 | Review correspondence regarding status of outstanding invoices; prepare correspondence and e-mail same to Ms. Gettier, Ms. Duff, Mr. Emmett, and Attorneys Cleary and Hawkins, and Administrative Assistant Johnson requesting assistance in determining the status of the payment for the outstanding invoices. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/14/02 | Follow up on January Fee Application. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/14/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/15/02 | Check docket for changes that might impact NMRS representation of client. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/15/02 | Prepare correspondence regarding status of October and November approved payment and inquire on the  payment status for July and September which were previously approved by the court and environmental attorneys and e-mail to Ms. Gettier and Attorney Cleary. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 04/17/02 | Review correspondence regarding outstanding invoices. | | | |
| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 04/18/02 | Revise fee application for period of January 2002. | | | |
| | K.J. HEISER | 0.80 hrs. | 180.00/hr | $144.00 |
| 04/18/02 | Review revised spreadsheet of outstanding invoices dating July through December 2001. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/19/02 | Discussion with Attorney Hawkins regarding notification of potential natural resource damages creditors. | | | |
| | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 04/19/02 | Review and revise fee applications. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/19/02 | Make final revisions to fee application for period of January 2002. | | | |
| | K.J. HEISER | 0.40 hrs. | 180.00/hr | $72.00 |
| 04/21/02 | Review docket to check on impact on NMRS representation of debtor. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 04/21/02 | Access PACER online service to obtain case status and monitor deadlines, hearing dates. | | | |
| | D.B. GREEN | 0.10 hrs. | 85.00/hr | $8.50 |
| 04/22/02 | Review final draft of fee application and prepare for filing; draft letter to bankruptcy counsel regarding filing of fee application. | | | |
| | K.J. HEISER | 0.20 hrs. | 180.00/hr | $36.00 |
| 04/22/02 | Telephone conference with Administrative Assistant Johnson regarding the procedures involved prior to the submission of invoices to the court (0.4); review draft letter (0.1); review the 8th month application (0.4); draft memo to Attorney Heiser (0.3); prepare draft letters to Ms. Duff, Mr. Emmett, Attorneys Cleary and Hawkins regarding February 2002 invoices (0.5). | | | |
| | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 04/23/02 | Edit memo to Attorney Heiser regarding fees application for February 2002 invoices (0.2); edit letters to Ms. Duff and Mr. Emmett regarding February 2002 invoices (0.4); telephone conference with Administrative Assistant Johnson regarding preliminary procedures prior to fee application submission (0.4); e-mail draft letters to Attorney Cleary for his review and comments (0.2); prepare correspondence for Attorney Heiser and file (1.0); meet with Administrative Assistant Swider to discuss distribution instructions of correspondence to Ms. Duff, Mr. Emmett and Attorney Heiser (0.2). | | | |
| | K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |
| 04/23/02 | Review correspondence from Attorney Hawkins regarding checks without invoice and/or matter number and discuss with Administrative Assistant Johnson (0.3); e-mail same to Attorney Cleary (0.1); telephone conference with A/R Specialist regarding checks without invoice reference and/or matter number (0.2); meet with Attorney Cleary to discuss same (0.2); review fax from A/R Specialist and prepare correspondence to Ms. Bartley requesting assistance in obtaining the missing information for the two checks (0.3). | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 04/25/02 | Review cover letter of new fee application order. | | | |
| | D.M. CLEARY | 0.20 hrs. | 290.00/hr | $58.00 |
| 04/25/02 | Review administrative order regarding new fee application procedure; review billing invoices for February and March 2002. | | | |
| | K.J. HEISER | 1.40 hrs. | 180.00/hr | $252.00 |

**Fees for Legal Services**

**$2,732.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.40 | 240.00 | 96.00 |
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| G.B. CAUTHEN | 1.10 | 270.00 | 297.00 |
| K.J. HEISER | 6.70 | 180.00 | 1,206.00 |
| K. BROWN | 7.40 | 125.00 | 925.00 |
| D.B. GREEN | 0.40 | 85.00 | 34.00 |
| TOTAL | 16.60 | $164.58 | $2,732.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/29/2002 | Postage | 1.49 |
| 04/03/2002 | Telephone 1-410-531-4000 | 4.81 |
| 04/16/2002 | Telephone 1-410-531-4129 | 0.90 |
| 04/22/2002 | Fed Ex | 12.32 |
| 04/24/2002 | VENDOR: PACER Service Center; INVOICE#: NM0003-4/24/02; DATE: 04/24/2002  -  Access to Court Docket System | 0.84 |
| 04/28/2002 | Photocopies 8 Page(s) | 0.40 |

**Total Charges for Other Services Provided/Expenses Incurred**      **$20.76**

W. R. Grace & Co.

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.40 |
| Fed Ex | 12.32 |
| Outside Services | 0.84 |
| Postage | 1.49 |
| Telephone | 5.71 |
| TOTAL | $20.76 |

**Net current billing for this invoice**

**$2,752.76**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| | A/R BALANCE | | $24,264.06 |

W. R. Grace & Co.

May 10, 2002
Invoice 502856  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---|
| Fees for Professional Services | $2,732.00 |
| Charges for Other Services Provided/Expenses Incurred | $20.76 |
| **Net current billing for this invoice** | **$2,752.76** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| | TOTAL A/R BALANCE | | $24,264.06 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502857  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 04/30/02 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

04/17/02   Review memorandum from Attorney Carlisle regarding analysis of industrial landfill history
(0.5); review analysis with Attorney Carlisle (0.3); message from Mr. Fishel (0.1).
B.F. HAWKINS                    0.90 hrs.    240.00/hr          $216.00

04/17/02   Confer with Attorney Hawkins regarding advice to be given to Mr. Fishel relating to industrial
landfill (0.3); file review in preparation for call with Mr. Fishel (0.1).
R.T. CARLISLE                    0.40 hrs.    220.00/hr          $88.00

04/18/02   Review issues with Attorney Carlisle regarding industrial landfill research (0.3); discussion
with Mr. Fishel regarding same (0.3); review and revise e-mail outlining analysis of landfill
question and proposing options on same (0.6).
B.F. HAWKINS                    1.20 hrs.    240.00/hr          $288.00

04/18/02   Conference with Mr. Fishel and Attorney Hawkins regarding post-closure issues for industrial
waste landfill (0.6); draft electronic mail memorandum to Mr. Fishel for Attorney Hawkins to
forward outlining options for addressing issue (0.5).
R.T. CARLISLE                    1.10 hrs.    220.00/hr          $242.00

04/29/02   Discussion with Ms. Duff regarding industrial landfill question and approaches for same.
B.F. HAWKINS                    0.40 hrs.    240.00/hr          $96.00

**Fees for Legal Services**

$930.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.50 | 240.00 | 600.00 |
| R.T. CARLISLE | 1.50 | 220.00 | 330.00 |
| TOTAL | 4.00 | $232.50 | $930.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502857  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 04/05/2002 | Telephone 1-617-498-2667 | 0.10 |
| 04/18/2002 | Telephone 1-803-648-9575 | 2.05 |
| 04/23/2002 | Telephone 1-617-498-4861 | 1.10 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$3.25**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 3.25 |
| TOTAL | $3.25 |

**Net current billing for this invoice**

**$933.25**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---:|---:|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| 499681 | 04/22/2002 | 1,042.30 | 1,042.30 |
| 502857 | 05/10/2002 | 933.25 | 933.25 |
| | | A/R BALANCE | $3,762.78 |

W. R. Grace & Co.

May 10, 2002
Invoice 502857  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $930.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.25 |
| **Net current billing for this invoice** | **$933.25** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 498382 | 04/13/2002 | 1,765.88 | 1,765.88 |
| 499681 | 04/22/2002 | 1,042.30 | 1,042.30 |
| 502857 | 05/10/2002 | 933.25 | 933.25 |
| | TOTAL A/R BALANCE | | $3,762.78 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          May 10, 2002
ATTN: Lydia Duff, Esq.                          Invoice 502858  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/06032 | For Services Through 04/30/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| 04/01/02 | Review information related to approval of Feasibility Study in light of communication with Ms. Canova (0.4); review status of activity at other sites dealing with similar Feasibility Study issues (0.4); efforts to expedite FOIA requests for information concerning remedial measures taken at other sites referred to by DHEC as support for their remedy selection (0.4). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/01/02 | Draft FOIA requests for Shuron, Inc, Parchem, Dale Owen Property, Bear Property, Calhoun Park; discuss same with Attorney Hawkins. | | | |
| | L.K. THOMAS | 0.90 hrs. | 95.00/hr | $85.50 |
| 04/02/02 | Continue efforts to locate information on Feasibility Study and ROD material in support for positions with DHEC. | | | |
| | B.F. HAWKINS | 1.00 hrs. | 240.00/hr | $240.00 |
| 04/05/02 | Check on status of FOIA request for various sites cited by DHEC as support for its position on remedy selection (0.4); status update to Mr. Bucens (0.2). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 04/08/02 | Review information from Mr. Bucens regarding Feasibility Study issues (0.4); review summaries of cleanup actions and request information regarding same for evaluation of DHEC decisions on remedies and cost of same (0.8). | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 04/09/02 | Receive and review information from Ms. Saucier regarding Shuron, Inc, Para-Chem, Dale Owen Property, Bear Property, Calhoun Park; discuss and forward same to Attorney Hawkins; draft Freedom of Information Request for Helena Chemical. | | | |
| | L.K. THOMAS | 0.70 hrs. | 95.00/hr | $66.50 |
| 04/10/02 | Review file to locate information regarding Helena Chemicals; discuss same with Attorney Hawkins. | | | |
| | L.K. THOMAS | 0.40 hrs. | 95.00/hr | $38.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 2

| | | | | |
|---|---|---|---|---|
| 04/11/02 | Instructions to paralegal concerning what types of documents and information need to be identified and copied from files cited by DHEC as supporting their position on required remedy selection (0.4); review questions regarding information needed (0.3); discussion with paralegal and Mr. Bucens regarding needed information (0.3); follow-up with paralegal on progress of items identified and types of information provided (0.3); forward various documents to client (0.2). | | | |
| | B.F. HAWKINS | 1.50 hrs. | 240.00/hr | $360.00 |
| 04/11/02 | Attend FOIA review for Shuron, Bear Property, Dale Owen Property, ParaChem and Calhoun Park Site. | | | |
| | L.K. THOMAS | 3.80 hrs. | 95.00/hr | $361.00 |
| 04/12/02 | Complete FOIA review for Shuron, Bear Property, Dale Owen Property, ParaChem and Calhoun Park site and gather documents concerning Helena Chemicals for Attorney Hawkins' review. | | | |
| | L.K. THOMAS | 2.30 hrs. | 95.00/hr | $218.50 |
| 04/17/02 | Check on status of collecting information on various sites that might support remedy analysis for Grace. | | | |
| | B.F. HAWKINS | 0.40 hrs. | 240.00/hr | $96.00 |
| 04/18/02 | Discussion with Mr. Bucens regarding collection of documents that could support Grace's position for Feasibility Study and remedy selection (0.3); participate in Beaco Road conference call to gather information about discussions with DHEC that might be useful to support Charleston site (0.6). | | | |
| | B.F. HAWKINS | 0.90 hrs. | 240.00/hr | $216.00 |
| 04/19/02 | Receive, review and distribute documents reviewed at the Freedom of Information office regarding Shuron, Calhoun Park, Dale Owen Property, Bear Property and ParaChem. | | | |
| | L.K. THOMAS | 0.60 hrs. | 95.00/hr | $57.00 |
| 04/21/02 | Review information from other environmental sites that could further support proposed remedial design solution at Charleston site. | | | |
| | B.F. HAWKINS | 2.20 hrs. | 240.00/hr | $528.00 |
| 04/22/02 | Research concerning other potential sites that support Grace's position on remedy selection (2.0); review information forwarded from DHEC on various sites (0.9). | | | |
| | B.F. HAWKINS | 2.90 hrs. | 240.00/hr | $696.00 |
| 04/22/02 | Review and organize materials received from Freedom of Information office and discuss same with Attorney Hawkins. | | | |
| | L.K. THOMAS | 1.30 hrs. | 95.00/hr | $123.50 |
| 04/23/02 | Review information from DHEC regarding sites the Department contends support their position on remedy selection. | | | |
| | B.F. HAWKINS | 1.60 hrs. | 240.00/hr | $384.00 |
| 04/24/02 | Continue review of information addressing various sites and cleanup of those sites as related to selection of remedy for Charleston site (1.2); prepare information form Mr. Bucens (0.2). | | | |
| | B.F. HAWKINS | 1.40 hrs. | 240.00/hr | $336.00 |
| 04/29/02 | Discussion with Mr. Bucens to review possible approaches with DHEC on finalizing Feasibility Study and selection of final remedy. | | | |
| | B.F. HAWKINS | 0.30 hrs. | 240.00/hr | $72.00 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 3

04/30/02   Review natural resource damage rules for appropriate notice parties. (2.2).  discussion with
            Attorney Smith regarding local contacts (0.2); call to US Fish and Wildlife Service to obtain
            local contacts and Trustee information (0.2).
            D.M. CLEARY                              2.60 hrs.    290.00/hr              $754.00

**Fees for Legal Services**

**$5,352.00**

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| B.F. HAWKINS   | 15.20 | 240.00  | 3,648.00 |
| D.M. CLEARY    | 2.60  | 290.00  | 754.00  |
| L.K. THOMAS    | 10.00 | 95.00   | 950.00  |
| TOTAL          | 27.80 | $192.52 | $5,352.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/01/2002 | Photocopies 18 Page(s) | 0.90 |
| 04/01/2002 | Photocopies 2 Page(s) | 0.10 |
| 04/01/2002 | Photocopies 3 Page(s) | 0.15 |
| 04/04/2002 | Photocopies 4 Page(s) | 0.20 |
| 04/05/2002 | Photocopies 1 Page(s) | 0.05 |
| 04/09/2002 | Photocopies 12 Page(s) | 0.60 |
| 04/10/2002 | Photocopies 1 Page(s) | 0.05 |
| 04/25/2002 | Fed Ex | 40.42 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013685-3; DATE: 04/26/2002  - Payment of Invoice #Q013685-3, Request #0204018 | 113.25 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013684-6; DATE: 04/26/2002  - Payment for invoice Q013684-6, Request #0204018 | 86.75 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013683-8; DATE: 04/26/2002  - Payment for Invoice Q013683-8, Request #0204011 | 22.00 |
| 04/26/2002 | VENDOR: Bureau of Finance; INVOICE#: Q013682-0; DATE: 04/26/2002  - Payment for Invoice #Q013682-0, Request #0204018 | 12.75 |
| 04/30/2002 | Photocopies 1119 Page(s) | 55.95 |

**Total Charges for Other Services Provided/Expenses Incurred**

**$333.17**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 58.00 |
| Fed Ex | 40.42 |
| Outside Services | 234.75 |
| TOTAL | $333.17 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 4

**Net current billing for this invoice**

**$5,685.17**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| | | A/R BALANCE | $59,362.55 |

W. R. Grace & Co.

May 10, 2002
Invoice 502858  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $5,352.00 |
| Charges for Other Services Provided/Expenses Incurred | $333.17 |

**Net current billing for this invoice**                    **$5,685.17**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| | TOTAL A/R BALANCE | | $59,362.55 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                       May 10, 2002
ATTN: Robert A. Emmett, Esq.                              Invoice 502859  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06033 | For Services Through 04/30/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Weedsport, NY | |

| | | | | |
|---|---|---|---|---|
| 04/03/02 | Review Weedsport sampling summary.<br>D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |

**Fees for Legal Services**

**$174.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| TOTAL | 0.60 | $290.00 | $174.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 04/04/2002 | Telephone 1-901-820-2023 | 1.66 |

**Total Charges for Other Services Provided/Expenses Incurred**     **$1.66**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.66 |
| TOTAL | $1.66 |

W. R. Grace & Co.

May 10, 2002
Invoice 502859  Page 2

**Net current billing for this invoice**

**$175.66**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464603 | 09/12/2001 | 142.55 | 28.50 |
| 502859 | 05/10/2002 | 175.66 | 175.66 |
| | | A/R BALANCE | $204.16 |

W. R. Grace & Co.

May 10, 2002
Invoice 502859  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06033
Weedsport, NY

| | |
|---|---|
| Fees for Professional Services | $174.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.66 |

**Net current billing for this invoice**                                    **$175.66**

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464603 | 09/12/2001 | 142.55 | 28.50 |
| 502859 | 05/10/2002 | 175.66 | 175.66 |
| | TOTAL A/R BALANCE | | $204.16 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 10, 2002
Invoice 502860  Page 1

Our Matter #        02399/06089                    For Services Through 04/30/02
Name of Matter:     FOIA Request

04/17/02   Telephone conference with Mr. Fulton of Jefferson County Health Department to discuss
           materials previously requested; discuss same with Attorney Hawkins.
           L.K. THOMAS                         0.40 hrs.   95.00/hr              $38.00

**Fees for Legal Services**                                                  **$38.00**

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| L.K. THOMAS  | 0.40  | 95.00   | 38.00   |
| TOTAL        | 0.40  | $95.00  | $38.00  |

**Net current billing for this invoice**                                     **$38.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 499685                  | 04/19/2002   | 112.53      | 112.53      |
| 502860                  | 05/10/2002   | 38.00       | 38.00       |
|                         |              | A/R BALANCE | $150.53     |

W. R. Grace & Co.

May 10, 2002
Invoice 502860  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 04/30/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $38.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                               **$38.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 499685 | 04/19/2002 | 112.53 | 112.53 |
| 502860 | 05/10/2002 | 38.00 | 38.00 |
| | TOTAL A/R BALANCE | | $150.53 |