**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due:  July 21, 2002 at 4:00 p.m. |
| | | Hearing date:  To be scheduled, only if objections are |
| | | timely filed and served. |

**SUMMARY APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD,  FROM MAY 1, 2002 THROUGH MAY 31, 2002, FOR THE QUARTER OF APRIL – JUNE, 2002**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2002 through May 31, 2002** |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          **$21,656.00  (80% of $27,070.00)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                  **$177.64 for the period**

This is a __x__ monthly ___ interim ___ final application.

     The total time expended for the preparation of this application is approximately __6.0__
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $ __900.00__ .

     Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $13,762.50 | $2,155.05 | $11,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | Pending | Pending |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | Pending | Pending |
| June 25, 2002 | September 1, 2001-September 30, 2001 | $31,625.50 | $488.83 | Pending | Pending |
| June 25, 2002 | April 1, 2002- April 30, 2002 | $17,827.00 | $345.71 | Pending | Pending |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $220.00 | 20.40 | $4,488.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | .70 | $189.00 |
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 25.90 | $7,511.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 14.60 | $3,504.00 |
| Newman Jackson Smith | Partner | 23 years | Environmental | $250.00 | 4.80 | $1,200.00 |
| Mary Ellen Ternes | Of-Counsel | 6 years | Environmental | $220.00 | 3.40 | $748.00 |
| Kevin J. Heiser | Associate | 3 years | Bankruptcy | $180.00 | 18.20 | $3,276.00 |

Grand Total for Fees: $20,916.00
Blended Rate:          $237.68

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 42.10 | $5,262.50 |
|---|---|---|---|---|---|---|
| D. B. Green | Paralegal | 2 years | Bankruptcy | $ 85.00 | .60 | $51.00 |
| Laurie K. Thomas | Paralegal | 7 years | Environmental | $ 95.00 | 8.40 | $798.00 |
| Martha V. Waddell | Paralegal | 8 months | Environmental | $ 85.00 | .50 | $42.50 |

Grand Total for Fees: $  6,154.00
Blended Rate:          $  119.26

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road Site | 1.10 | 304.00 |
| 02399/06011 | Enoree Site Management | 45.30 | 10,187.50 |
| 02399/06012 | Owensboro Site Management | 5.90 | 1,456.00 |
| 02399/06023 | Libby, MT – General Environmental | 1.10 | 319.00 |
| 02399/06027 | Project Allen | 63.20 | 9,242.50 |
| 02399/06032 | Charleston | 19.30 | 4,691.00 |
| 02399/06034 | Expanding Plant – Trenton, NJ | .60 | 174.00 |
| 02399/06086 | Libby Expansion Plants – Wilder, KY | .20 | 58.00 |
| 02399/06089 | FOIA Request | .40 | 38.00 |
| 02399/06090 | Vydac, CA | 2.50 | 600.00 |
| TOTAL | | 139.60 | $27,070.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $   22.54 |
| Standard Copies | 86.65 |
| Outside Services | 64.50 |
| Postage | 3.95 |
| Total | $  177.64 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

2.     I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this 26 day of June , 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _____

NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires July 9, 2006

## EXHIBIT A

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 12, 2002
Invoice 507402 Page 1

| Our Matter # | 02399/06089 | For Services Through 05/31/02 |
|---|---|---|
| Name of Matter: | FOIA Request | |

| 05/07/02 | Review and forward documents from Jefferson County Health Department to Mr. O'Connell. | | | |
|---|---|---|---|---|
| | L.K. THOMAS | 0.40 hrs. | 95.00/hr | $38.00 |

**Fees for Legal Services**                                          **$38.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.K. THOMAS | 0.40 | 95.00 | 38.00 |
| TOTAL | 0.40 | $95.00 | $38.0 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/03/2002 | Postage | 3.95 |
|---|---|---|
| 05/06/2002 | Photocopies 135 Page(s) | 6.75 |
| 05/08/2002 | VENDOR: Jefferson County Department of Health; INVOICE#: 0910020048; DATE: 05/08/2002 - Payment for Invoice #0910020048 | 58.50 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$69.20**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 6.75 |
| Outside Services | 58.50 |
| Postage | 3.95 |

W. R. Grace & Co.

June 12, 2002
Invoice 507402  Page 2

TOTAL                                              $69.20

**Net current billing for this invoice**

**$107.20**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 499685 | 04/19/2002 | 112.53 | 112.53 |
| 502860 | 05/10/2002 | 38.00 | 38.00 |
| 507402 | 06/12/2002 | 107.20 | 107.20 |
| | | A/R BALANCE | $257.73 |

W. R. Grace & Co.

June 12, 2002
Invoice 507402  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06089
FOIA Request

| | |
|---|---|
| Fees for Professional Services | $38.00 |
| Charges for Other Services Provided/Expenses Incurred | $69.20 |
| **Net current billing for this invoice** | **$107.20** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 499685 | 04/19/2002 | 112.53 | 112.53 |
| 502860 | 05/10/2002 | 38.00 | 38.00 |
| 507402 | 06/12/2002 | 107.20 | 107.20 |
| | TOTAL A/R BALANCE | | $257.73 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 12, 2002
Invoice 507403 Page 1

| Our Matter # | 02399/06090 | For Services Through 05/31/02 |
| Name of Matter: | Vydac, CA | |

| | | | | |
|---|---|---|---|---|
| 05/14/02 | Review 112(j) issues with Ms. Duff (0.7); review letter to state and EPA addressing 112(j) issues (0.4); further review of 112(j) submission issues (0.4); review comments from consultant (0.2). | | | |
| | B.F. HAWKINS | 1.70 hrs. | 240.00/hr | $408.00 |
| 05/15/02 | Review e-mail regarding proposed 112(j) submission letter (0.4); review same with Ms. Duff (0.4). | | | |
| | B.F. HAWKINS | 0.80 hrs. | 240.00/hr | $192.00 |

**Fees for Legal Services**

**$600.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 2.50 | 240.00 | 600.00 |
| TOTAL | 2.50 | 240.00 | 600.00 |

**Net current billing for this invoice**

**$600.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 507403 | 06/12/2002 | 600.00 | 600.00 |
| | | A/R BALANCE | $600.00 |

W. R. Grace & Co.

June 12, 2002
Invoice 507403  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06090
Vydac, CA

| | |
|---|---|
| Fees for Professional Services | $600.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                                        **$600.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 507403 | 06/12/2002 | 600.00 | 600.00 |
| | TOTAL A/R BALANCE | | $600.00 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 20, 2002
Invoice 507640  Page 1

| Our Matter # | 02399/06027 | For Services Through 05/31/02 |
|---|---|---|
| WR Grace # | 032-KL-288200-12-800209 | |
| Name of Matter: | Project Allen | |

| | | | | |
|---|---|---|---|---|
| 05/01/02 | Check docket for activity that may impact NMRS's representation of debtor. | | | |
| | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 05/01/02 | Discuss status of collections and invoice payments with Paralegal Brown. | | | |
| | D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 05/01/02 | Telephone conference with Administrative Assistant Johnson to discuss the fee application process and to request a copy of Grace's accounting codes. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 05/01/02 | Review correspondence filed and approved by the court to reconcile outstanding approved payments against payments received. | | | |
| | K. BROWN | 1.90 hrs. | 125.00/hr | $237.50 |
| 05/01/02 | Meet with Attorneys Cleary and Smith to discuss the process that will be undertaken to determine the status of other outstanding approved payments. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/01/02 | Prepare spreadsheets reflecting outstanding approved fees for company codes 001, 063, and 032. | | | |
| | K. BROWN | 4.20 hrs. | 125.00/hr | $525.00 |
| 05/01/02 | Review organization charts for company code 032. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/02/02 | Prepare correspondence regarding status of outstanding approved September fees and expenses to Ms. Gettier; and e-mail same. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/02/02 | Meet with Attorney Cleary to discuss reconciling checks received with approved outstanding payments for services rendered in July, September, October, and November. | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |

W. R. Grace & Co.

June 20, 2002
Invoice 507640  Page 2

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 05/03/02 | Gather and review fee details from prior fee applications for processing to fee auditor as mandated by Amended Administrative Order; conference with accounting department regarding same.<br>K.J. HEISER | 2.40 hrs. | 180.00/hr | $432.00 |
| 05/05/02 | Review fee details and prior fee applications to comply with Amended Administrative Order and to forward to appointed fee auditor.<br>K.J. HEISER | 5.40 hrs. | 180.00/hr | $972.00 |
| 05/06/02 | Review docket and check on possible entries that may impact NMRS's representation of debtor (0.2); memo to paralegal on same (0.1).<br>G.B. CAUTHEN | 0.30 hrs. | 270.00/hr | $81.00 |
| 05/06/02 | Review and organize fee detail statement for all prior fee applications (2.8); correspondence with fee auditor regarding transmission of fee details (1.0).<br>K.J. HEISER | 3.80 hrs. | 180.00/hr | $684.00 |
| 05/06/02 | Review A/R excel spreadsheet of outstanding invoices; edit spreadsheet to include columns for 80% of fees, approved expenses, approved fees, and payment information columns.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 05/07/02 | Review Amended Administrative Order and prepare Interim Fee Application for past monthly applications.<br>K.J. HEISER | 2.10 hrs. | 180.00/hr | $378.00 |
| 05/08/02 | Prepare Interim Fee Application in accordance with Amended Administrative Order.<br>K.J. HEISER | 2.40 hrs. | 180.00/hr | $432.00 |
| 05/09/02 | Follow up on Certificate of No Objection.<br>G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 05/09/02 | Review monthly fee applications and calculate various categories for implementation into Interim Fee application.<br>K.J. HEISER | 2.10 hrs. | 180.00/hr | $378.00 |
| 05/09/02 | Review correspondence from Attorney Heiser.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 05/09/02 | Research status of fee applications and confer with Attorney Cauthen regarding same.<br>D.B. GREEN | 0.60 hrs. | 85.00/hr | $51.00 |
| 05/10/02 | Review outstanding invoices spreadsheet against actual invoices.<br>K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |
| 05/13/02 | Continue to compare outstanding invoices spreadsheet to actual invoices.<br>K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 05/14/02 | Meet with Attorney Cleary to discuss the new procedures and to request copies of filed applications and Certificate of No Objections.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/16/02 | Review April 2002 invoices and prepare transmittal letters for Ms. Duff and Mr. Emmett for Attorney Cleary's signature.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

W. R. Grace & Co.

June 20, 2002
Invoice 507640  Page 3

| | | | | |
|---|---|---|---|---|
| 05/16/02 | Meet with Attorney Cleary for his review of the transmittal letters and April 30, 2000 invoices. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/17/02 | Compare actual invoices to outstanding invoices spreadsheet. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 05/17/02 | Draft memorandum for Attorney Cleary to Attorney Heiser regarding prior filed pleadings. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 05/20/02 | Discuss with Attorney Cleary the status of reconciling the outstanding invoices spreadsheet (0.3); telephone conference with Attorneys Cleary and Heiser regarding the bankruptcy filing procedures and locations of various documents (0.4). | | | |
| | K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 05/21/02 | Meet with Attorney Cleary to discuss the status of the collection efforts and reconciliation of outstanding payments. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 05/23/02 | Continue to audit outstanding invoices spreadsheet against actual invoices and fee applications compensation by matters. | | | |
| | K. BROWN | 6.20 hrs. | 125.00/hr | $775.00 |
| 05/24/02 | Telephone conference with Administrative Assistant regarding the final billings and the fee applications. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/24/02 | Meet with Attorney Cleary to discuss the May 1, 2001 through June 30, 2001 fee application submission and July 1, 2001 through July 18, 2001 time detailed printout. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 05/27/02 | Review payment checks and compare with outstanding invoices spreadsheet (1.5); compare payment checks with actual invoices (2.0); edit outstanding invoices spreadsheet (2.6). | | | |
| | K. BROWN | 6.10 hrs. | 125.00/hr | $762.50 |
| 05/28/02 | Meet with Attorney Cleary to discuss the status of the auditing of invoices and payments. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/29/02 | Review docket (0.5); retrieve Certificate of No Objection for the periods November 2001 and January 2002 (0.5); edit outstanding invoices spreadsheet (0.9); list Quarterly Fee Hearings on Vision SQL (0.4); review fee application for the period May 1-June 30, 2001 (2.3). | | | |
| | K. BROWN | 4.60 hrs. | 125.00/hr | $575.00 |
| 05/30/02 | Telephone conference with Attorney Cleary regarding status of September filing and instructed to prepare filing applications for February, March and April, 2002. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 05/30/02 | Meet with Attorney Cleary to discuss the status of the audit assignment. | | | |
| | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 05/30/02 | Compare attachments to fee application and Attorney Heiser's e-mail documents against outstanding invoices spreadsheet. | | | |
| | K. BROWN | 4.80 hrs. | 125.00/hr | $600.00 |
| 05/31/02 | Draft summary of billing status and fee applications listing errors in the procedures and outstanding invoices. | | | |

W. R. Grace & Co.

June 20, 2002
Invoice 507640  Page 4

D.M. CLEARY                          1.20 hrs.   290.00/hr          $348.00

**Fees for Legal Services**

**$9,242.50**

### BILLING SUMMARY

|               | Hours | Rate/Hr | Dollars  |
|---------------|-------|---------|----------|
| D.M. CLEARY   | 1.60  | 290.00  | 464.00   |
| G.B. CAUTHEN  | 0.70  | 270.00  | 189.00   |
| K.J. HEISER   | 18.20 | 180.00  | 3,276.00 |
| K. BROWN      | 42.10 | 125.00  | 5,262.50 |
| D.B. GREEN    | 0.60  | 85.00   | 51.0     |
| TOTAL         | 63.20 | $146.24 | $9,242.50|

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description              |       |
|------------|--------------------------|-------|
| 05/01/2002 | Photocopies 56 Page(s)   | 2.80  |
| 05/01/2002 | Photocopies 32 Page(s)   | 1.60  |
| 05/06/2002 | Photocopies 705 Page(s)  | 35.25 |
| 05/06/2002 | Photocopies 612 Page(s)  | 30.60 |
| 05/06/2002 | Telephone -214-698-3868, | 0.19  |
| 05/06/2002 | Telephone -214-698-3868, | 0.12  |
| 05/07/2002 | Photocopies 55 Page(s)   | 2.75  |
| 05/16/2002 | Photocopies 128 Page(s)  | 6.40  |

**Total Charges for Other Services Provided/Expenses Incurred**      **$79.71**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 79.40   |
| Telephone   | 0.31    |
| TOTAL       | $79.71  |

**Net current billing for this invoice**

**$9,322.21**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 467972                  | 09/27/2001   | 2,568.78    | 50.06       |
| 469789                  | 10/09/2001   | 2,370.08    | 2,370.08    |
| 478651                  | 11/29/2001   | 11,471.22   | 11,471.22   |
| 481799                  | 12/14/2001   | 3,099.03    | 3,099.03    |

W. R. Grace & Co.

June 20, 2002
Invoice 507640  Page 5

| | | | |
|---|---|---|---|
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| 507640 | 06/20/2002 | 9,322.21 | 9,322.21 |
| | | A/R BALANCE | $33,586.27 |

W. R. Grace & Co.

June 20, 2002
Invoice 507640  Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06027
Project Allen

| | |
|---|---:|
| Fees for Professional Services | $9,242.50 |
| Charges for Other Services Provided/Expenses Incurred | $79.71 |
| **Net current billing for this invoice** | **$9,322.21** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 467972 | 09/27/2001 | 2,568.78 | 50.06 |
| 469789 | 10/09/2001 | 2,370.08 | 2,370.08 |
| 478651 | 11/29/2001 | 11,471.22 | 11,471.22 |
| 481799 | 12/14/2001 | 3,099.03 | 3,099.03 |
| 484320 | 01/25/2002 | 1,158.46 | 1,158.46 |
| 493889 | 03/14/2002 | 986.47 | 986.47 |
| 498381 | 04/16/2002 | 1,212.13 | 1,212.13 |
| 499680 | 04/19/2002 | 1,163.85 | 1,163.85 |
| 502856 | 05/10/2002 | 2,752.76 | 2,752.76 |
| 507640 | 06/20/2002 | 9,322.21 | 9,322.21 |
| | TOTAL A/R BALANCE | | $33,586.27 |

# Nelson
### Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 14, 2002
Invoice 508355  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 05/31/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

05/10/02   Review information concerning proposed conference call for Beaco Road (0.2); review response regarding conference call and bar date from Ms. Gettier (0.1).

B.F. HAWKINS                0.30 hrs.    240.00/hr              $72.00

05/16/02   Search PACER and other communications to confirm bar date (0.3); review documents in preparation for committee meeting (0.2); attend Beaco Road Steering Committee meeting (0.3).

D.M. CLEARY                0.80 hrs.    290.00/hr              $232.00

**Fees for Legal Services**

**$304.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.30 | 240.00 | 72.00 |
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 1.10 | $276.36 | $304.00 |

**Net current billing for this invoice**

**$304.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |

W. R. Grace & Co.

June 14, 2002
Invoice 508355  Page 2

| | | | |
|---|---|---|---|
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| | | A/R BALANCE | $6,125.86 |

W. R. Grace & Co.

June 14, 2002
Invoice 508355  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $304.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$304.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 347.00 |
| 481796 | 12/14/2001 | 644.00 | 644.00 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| | TOTAL A/R BALANCE | | $6,125.86 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 20, 2002
Invoice 508357  Page 1

| Our Matter # | 02399/06012 | For Services Through 05/31/02 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

| | | | |
|---|---|---|---|
| 05/02/02 | Check on status of actions by Earthjustice and developments of how anticipated to impact 112(j) deadlines (0.6); discussion with EPA confirming written position documenting "once in, always in" policy, after his discussion with EPA legal counsel  (0.9); review comments from EPA (0.3). | | |
| | B.F. HAWKINS | 1.80 hrs.    240.00/hr | $432.00 |
| 05/06/02 | Forward information to client regarding confirmation of position from EPA on "once in, always in" policy. | | |
| | B.F. HAWKINS | 0.30 hrs.    240.00/hr | $72.00 |
| 05/08/02 | Review materials concerning information to be included in 112(j) application to satisfy Part 1 submission required to be completed by May 15, 2002; forward sample form to client for review. | | |
| | B.F. HAWKINS | 1.10 hrs.    240.00/hr | $264.00 |
| 05/09/02 | Review information relevant to completing 112(j) Part 1 application notice (1.0); draft revisions on application form (0.4); locate EPA example application for chemical facility subject to MON requirements (0.3); forward documents to client (0.2). | | |
| | B.F. HAWKINS | 1.90 hrs.    240.00/hr | $456.00 |
| 05/16/02 | Discussions with Mr. Nagy regarding history of site use by Specialty Paperboard and their past and present obligations regarding the site. | | |
| | D.M. CLEARY | 0.80 hrs.    290.00/hr | $232.00 |

**Fees for Legal Services**

**$1,456.00**

### BILLING SUMMARY

Hours          Rate/Hr          Dollars

W. R. Grace & Co.

June 20, 2002
Invoice 508357  Page 2

| | | | |
|---|---|---|---|
| B.F. HAWKINS | 5.10 | 240.00 | 1,224.00 |
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 5.90 | $246.78 | $1,456.00 |

**Net current billing for this invoice**

**$1,456.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
| 508357 | 06/20/2002 | 1,456.00 | 1,456.00 |
| | | A/R BALANCE | $16,155.65 |

W. R. Grace & Co.

June 20, 2002
Invoice 508357  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $1,456.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                          **$1,456.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 88.00 |
| 484316 | 01/11/2002 | 78.24 | 78.24 |
| 498378 | 04/16/2002 | 4,106.06 | 4,106.06 |
| 499689 | 04/19/2002 | 6,869.35 | 6,869.35 |
| 502854 | 05/10/2002 | 3,504.00 | 3,504.00 |
| 508357 | 06/20/2002 | 1,456.00 | 1,456.00 |
| | TOTAL A/R BALANCE | | $16,155.65 |

# Nelson

### Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 14, 2002
Invoice 508359  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06023 | For Services Through 05/31/02 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 05/02/02 | Review comments to Superfund listing. | | | |
| | D.M. CLEARY | 1.10 hrs. | 290.00/hr | $319.00 |

**Fees for Legal Services**

**$319.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.10 | 290.00 | 319.00 |
| TOTAL | 1.10 | $290.00 | $319.00 |

**Net current billing for this invoice**

**$319.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |

W. R. Grace & Co.

June 14, 2002
Invoice 508359  Page 2

| 508359 | 06/14/2002 | 319.00 | 319.00 |
| --- | --- | --- | --- |
| | | A/R BALANCE | $52,615.55 |

W. R. Grace & Co.

June 14, 2002
Invoice 508359  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $319.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$319.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 7,611.77 |
| 478650 | 11/27/2001 | 31,505.63 | 31,505.63 |
| 481798 | 12/18/2001 | 3,671.71 | 3,671.71 |
| 484319 | 01/25/2002 | 245.80 | 245.80 |
| 498380 | 04/16/2002 | 63.00 | 63.00 |
| 499679 | 04/19/2002 | 496.23 | 496.23 |
| 502855 | 05/10/2002 | 148.31 | 148.31 |
| 508359 | 06/14/2002 | 319.00 | 319.00 |
| | TOTAL A/R BALANCE | | $52,615.55 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                    June 21, 2002
ATTN: Lydia Duff, Esq.                                      Invoice 508364  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06032 | For Services Through 05/31/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

05/03/02   Review recent file materials and forward same to file, create subfiles and update index for
           file.
           L.K. THOMAS                          3.20 hrs.   95.00/hr            $304.00

05/07/02   Telephone conference with Mr. Andrade regarding possible purchaser for portion of
           Charleston site, development of same for warehouse use; discussion with Mr. Andrade
           regarding price per acre discussed with potential purchaser, hold harmless, time frame (0.3);
           office conference with Attorney Cleary regarding details of possible offer, company interest
           in same, plans for response (0.4).
           N.J. SMITH                           0.70 hrs.   250.00/hr           $175.00

05/07/02   Discussion with Attorney Smith regarding potential buyer for property (0.4);  discussion with
           Mr. Nagy (0.3); left message with Mr. Bucens regarding potential buyer and possibility of a
           meeting (0.1); discussion with Mr. Bucens regarding status of DHEC decision-making and to
           set up process for discussions, if desired, with potential buyer (0.3); e-mail to Attorneys
           Smith and Hawkins (0.2).
           D.M. CLEARY                          1.30 hrs.   290.00/hr           $377.00

05/09/02   Discussion with Mr. Bucens regarding status of site cleanup activities and information
           concerning potential purchaser for site (0.3); review and consider questions forwarded from
           Mr. Bucens (0.4).
           B.F. HAWKINS                         0.70 hrs.   240.00/hr           $168.00

05/10/02   Conference call with group to discuss potential purchase of part of site, timing, clean up
           ramifications, market and long term strategy for property.
           N.J. SMITH                           0.50 hrs.   250.00/hr           $125.00

05/10/02   Discussion regarding property sale issues with Grace team.
           D.M. CLEARY                          0.70 hrs.   290.00/hr           $203.00

05/10/02   Conference call to evaluate potential sale of the Charleston site.
           B.F. HAWKINS                         0.60 hrs.   240.00/hr           $144.00

W. R. Grace & Co.

June 21, 2002
Invoice 508364  Page 2

05/14/02   Office conference with Attorney Cleary to coordinate meeting on site and potential sale (0.2); telephone conference with Mr. Andrade regarding meeting, details and schedule (0.1).
N.J. SMITH                         0.30 hrs.    250.00/hr              $75.00

05/14/02   Discussion with Attorney Smith regarding scheduling trip for Mr. Nagy (0.1);  discussion with Mr. Nagy setting schedule for site visit/development discussions (0.2); discussion with Attorney Smith confirming availability of Mr. Andrade, Director of Economic Development, to meet with Mr. Nagy (0.1).
D.M. CLEARY                        0.40 hrs.    290.00/hr             $116.00

05/21/02   Discussion with Mr. Bucens regarding review of information allegedly supporting DHEC' s position on remedy selection, including requirement for post-excavation sampling (0.3); review status of information search with Attorney Carlisle (0.2).
B.F. HAWKINS                       0.50 hrs.    240.00/hr             $120.00

05/28/02   Meet with Mr. Nagy, Attorney Cleary and Attorney Barnhill at site, discuss clean up, stormwater and development issues, view conditions, surrounding industrial development and possible alternatives for clean up, schedule with DHEC.
N.J. SMITH                         0.90 hrs.    250.00/hr             $225.00

05/28/02   Prepare for site visit and meetings with Mr. Nagy and city development director (1.0); site visit with Mr. Nagy (0.9).
D.M. CLEARY                        1.90 hrs.    290.00/hr             $551.00

05/29/02   Office conference with Mr. Andrade, Attorney Cleary and Mr. Nagy regarding potential buyer of site, incentives, assistance with DHEC and related issues, discuss financial and clean up issues following Mr. Andrade's departure.
N.J. SMITH                         2.40 hrs.    250.00/hr             $600.00

05/29/02   Attend meeting with Mr. Nagy and Charleston official regarding development potential of the area, and potential for sale of Charleston property (2.4); related discussions with Mr. Nagy regarding property, clean up status, and other alternative to sale (2.8).
D.M. CLEARY                        5.20 hrs.    290.00/hr           $1,508.00

**Fees for Legal Services**

**$4,691.00**

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| N.J. SMITH   | 4.80  | 250.00  | 1,200.00 |
| B.F. HAWKINS | 1.80  | 240.00  | 432.00   |
| D.M. CLEARY  | 9.50  | 290.00  | 2,755.00 |
| L.K. THOMAS  | 3.20  | 95.00   | 304.00   |
| TOTAL        | 19.30 | $243.06 | $4,691.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/01/2002 | Photocopies 6 Page(s) | 0.30 |
|------------|-----------------------|------|
| 05/01/2002 | Photocopies 3 Page(s) | 0.15 |
| 05/01/2002 | Photocopies 1 Page(s) | 0.05 |

W. R. Grace & Co.

June 21, 2002
Invoice 508364  Page 3

| 05/07/2002 | Telephone 1-410-531-4601 | 0.13 |
| 05/07/2002 | Telephone 1-609-865-3597 | 3.89 |
| 05/07/2002 | Telephone 1-617-498-2667 | 0.42 |
| 05/10/2002 | Telephone 1-601-352-8646 | 3.78 |
| 05/10/2002 | Telephone 1-601-352-8646 | 9.38 |
| 05/21/2002 | Telephone 1-617-967-0413 | 0.97 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$19.07**

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 0.50 |
| Telephone | 18.57 |
| TOTAL | $19.07 |

**Net current billing for this invoice**

**$4,710.07**

| ACCOUNTS RECEIVABLE RECAP | | | |
| --- | --- | --- | --- |
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| | A/R BALANCE | | $64,072.62 |

W. R. Grace & Co.

June 21, 2002
Invoice 508364  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $4,691.00 |
| Charges for Other Services Provided/Expenses Incurred | $19.07 |

**Net current billing for this invoice**                    **$4,710.07**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 14,609.12 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| | TOTAL A/R BALANCE | | $64,072.62 |

# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 14, 2002
Invoice 508365  Page 1

| Our Matter # | 02399/06034 | For Services Through 05/31/02 |
|---|---|---|
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Expanding Plant-Trenton, NJ | |

05/02/02    Discussion with EPA regarding notice letter (0.4); report phone conversation to Mr. Marriam (0.2).

|  | D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |
|---|---|---|---|---|

**Fees for Legal Services**

**$174.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| TOTAL | 0.60 | $290.00 | $174.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/02/2002 | Telephone 1-901-820-2023 | 1.57 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**    **$1.57**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.57 |
| TOTAL | $1.57 |

W. R. Grace & Co.

June 14, 2002
Invoice 508365  Page 2

**Net current billing for this invoice**

**$175.57**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464604 | 09/12/2001 | 114.05 | 22.80 |
| 466691 | 09/21/2001 | 5.50 | 1.10 |
| 508365 | 06/14/2002 | 175.57 | 175.57 |
| | | A/R BALANCE | $199.47 |

W. R. Grace & Co.

June 14, 2002
Invoice 508365  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06034
Expanding Plant-Trenton, NJ

| | |
|---|---|
| Fees for Professional Services | $174.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.57 |

**Net current billing for this invoice**                                    **$175.57**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464604 | 09/12/2001 | 114.05 | 22.80 |
| 466691 | 09/21/2001 | 5.50 | 1.10 |
| 508365 | 06/14/2002 | 175.57 | 175.57 |
| | TOTAL A/R BALANCE | | $199.47 |

# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             June 14, 2002
ATTN: Robert A. Emmett, Esq.                      Invoice 508366  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06086 | For Services Through 05/31/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Wilder, KY | |

05/15/02   Review correspondence relating to EPA information and sampling  demands.
D.M. CLEARY                                0.20 hrs.   290.00/hr              $58.00

**Fees for Legal Services**                                                          **$58.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 290.00 | 58.00 |
| TOTAL | 0.20 | $290.00 | $58.00 |

**Net current billing for this invoice**                                          **$58.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| | | A/R BALANCE | $59.10 |

W. R. Grace & Co.

June 14, 2002
Invoice 508366  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---:|
| Fees for Professional Services | $58.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$58.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| | TOTAL A/R BALANCE | | $59.10 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 20, 2002
Invoice 509402 Page 1

| Our Matter # | 02399/06011 | For Services Through 05/31/02 |
| --- | --- | --- |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
| --- | --- | --- | --- | --- |
| 05/01/02 | Research for regulatory site assessment as requested by Grace (1.4); request information from Attorney Carlisle (0.4). | | | |
| | D.M. CLEARY | 1.80 hrs. | 290.00/hr | $522.00 |
| 05/01/02 | Review and revise response to NOV for Enoree site (0.7); review attachments (0.4); review NOV response with Attorney Carlisle (0.4); review email and emission test information from Mr. O'Connell (0.5). | | | |
| | B.F. HAWKINS | 2.00 hrs. | 240.00/hr | $480.00 |
| 05/01/02 | Confer with Attorney Cleary regarding research for him for regulatory site assessment. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 220.00/hr | $88.00 |
| 05/01/02 | Review electronic mail memorandum from Mr. O'Connell regarding his changes to draft documents for tomorrow's enforcement conference (0.4); revise documents based on his comments (0.8); confer with Paralegal Thomas regarding details of notebooks being compiled (0.3); confer with Mr. O'Connell and Mr. Balcer regarding final revisions to document, attachments, and order of presentation (0.8); confer with Attorney Hawkins (0.4); review Attorney Hawkins' comments on documents (0.2); revise documents based on comments (0.9); review transmitted documents (0.8); confer with Messrs. O'Connell and Balcer regarding same (0.6); transmit revised documents to Mr. O'Connell (0.1). | | | |
| | R.T. CARLISLE | 5.30 hrs. | 220.00/hr | $1,166.00 |
| 05/01/02 | Prepare and organize Notice of Violation letter and various attachments to assist Paralegal Thomas. | | | |
| | M.V. WADDELL | 0.50 hrs. | 85.00/hr | $42.50 |
| 05/01/02 | Continue working on notebooks for enforcement conference. | | | |
| | L.K. THOMAS | 3.90 hrs. | 95.00/hr | $370.50 |
| 05/02/02 | Research and draft letter regarding Regulatory Site Assessment project. | | | |
| | D.M. CLEARY | 5.50 hrs. | 290.00/hr | $1,595.00 |

W. R. Grace & Co.

June 20, 2002
Invoice 509402 Page 2

05/02/02    Review final version of NOV response (0.4); review response strategy with Attorney Carlisle
in light of meeting with DHEC (0.3); review question with Mr. O'Connell regarding air
emission test results and whether or not to pursue further (0.3).
B.F. HAWKINS                1.00 hrs.    240.00/hr                $240.00

05/02/02    Research for Attorney Cleary regarding site assessment review.
R.T. CARLISLE                0.20 hrs.    220.00/hr                 $44.00

05/02/02    Arrange for final compilation of notebooks (0.3); prepare for meeting with Messrs. O'Connell,
Balcer and Kelly (1.1); review with Messrs. O'Connell, Balcer and Kelly talking points, issues
to be covered with respect to WET, analysis of WET results, and the like (1.2); participate in
enforcement conference on behalf of client (1.9); follow-up discussion with Messrs.
O'Connell, Balcer and Kelly regarding next steps (0.3); confer with Attorney Hawkins
regarding strategy for next steps in light of meeting (0.3).
R.T. CARLISLE                5.10 hrs.    220.00/hr              $1,122.00

05/02/02    Finalize notebooks for enforcement conference.
L.K. THOMAS                0.90 hrs.    95.00/hr                 $85.50

05/03/02    Conference with Mr. Foy (DHEC Enforcement) regarding DHEC's decision not to pursue
NOV any further (0.2); relay message to Mr. O'Connell and Attorney Hawkins (0.2).
R.T. CARLISLE                0.40 hrs.    220.00/hr                 $88.00

05/06/02    Complete research and revise memo to Attorney Hawkins regarding Regulatory Site
Assessment.
D.M. CLEARY                2.20 hrs.    290.00/hr                $638.00

05/07/02    Review and respond to comments regarding Site Assessment, perform additional research.
D.M. CLEARY                0.60 hrs.    290.00/hr                $174.00

05/07/02    Review information from Attorney Cleary regarding regulatory evaluation for site (0.5);
review historical information relevant to evaluation and respond to Attorney Cleary (0.5).
B.F. HAWKINS                1.00 hrs.    240.00/hr                $240.00

05/08/02    Electronic mail memorandum following up on research for Attorney Cleary on site
assessment issues.
R.T. CARLISLE                0.20 hrs.    220.00/hr                 $44.00

05/08/02    Research for regulatory site assessment.
R.T. CARLISLE                0.90 hrs.    220.00/hr                $198.00

05/11/02    Research for Attorney Cleary regarding site assessment evaluation.
R.T. CARLISLE                1.40 hrs.    220.00/hr                $308.00

05/13/02    Review legal research question with Attorney Ternes regarding testing issue for NSPS
source.
B.F. HAWKINS                0.40 hrs.    240.00/hr                 $96.00

05/13/02    Conduct legal research regarding regulatory triggers to conduct initial performance test,
retest, as well as EPA's or State Agency authority to require performance testing pursuant to
40 CFR Part 60, Part 70, SCDHEC Air Regulations and Title V permit, as well as EPA's
websites.
M.E. TERNES                0.80 hrs.    220.00/hr                $176.00

05/14/02    Review and finalize site assessment report to Mr. Favorito.

W. R. Grace & Co.

June 20, 2002
Invoice 509402  Page 3

| | D.M. CLEARY | 1.20 hrs. | 290.00/hr | $348.00 |

05/14/02    Conduct legal research regarding regulatory triggers to conduct initial performance test, retest, as well as EPA's or State Agency authority to require performance testing pursuant to 40 CFR Part 60, Part 70, SCDHEC Air Regulations and Title V permit, as well as EPA's websites (continued) (2.2); conference with Attorney Hawkins to discuss conclusions (0.4).

| | M.E. TERNES | 2.60 hrs. | 220.00/hr | $572.00 |

05/14/02    Complete review of information relevant to research for Attorney Cleary on regulatory site assessment.

| | R.T. CARLISLE | 1.20 hrs. | 220.00/hr | $264.00 |

05/15/02    Complete electronic mail memorandum to Attorneys Hawkins and Cleary on research for regulatory site assessment.

| | R.T. CARLISLE | 0.50 hrs. | 220.00/hr | $110.00 |

05/23/02    Begin reviewing draft NPDES permit and stormwater permit for tomorrow's conference call in preparation of comments on same.

| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

05/24/02    Complete review of NPDES permit and stormwater permit and highlight issues related to same (1.1); participate in conference call with Messrs. O'Connell, Balcer, Ben, and Scott to discuss issues highlighted by each and potential comment to DHEC on each (1.5).

| | R.T. CARLISLE | 2.60 hrs. | 220.00/hr | $572.00 |

05/28/02    Review comments on proposed NPDES permit (0.3); review same with Attorney Carlisle (0.2).

| | B.F. HAWKINS | 0.50 hrs. | 240.00/hr | $120.00 |

05/28/02    Review and mark up draft letter to DHEC setting forth comments on draft NPDES permit (1.3); confer with Attorney Hawkins regarding same and revise mark-up to reflect his suggestions (0.2); electronic mail memorandum to Messrs. Scott, O'Connell, Balcer, Arevalo and Spiak regarding suggested changes (0.1).

| | R.T. CARLISLE | 1.60 hrs. | 220.00/hr | $352.00 |

**Fees for Legal Services**

**$10,187.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 4.90 | 240.00 | 1,176.00 |
| D.M. CLEARY | 11.30 | 290.00 | 3,277.00 |
| M.E. TERNES | 3.40 | 220.00 | 748.00 |
| R.T. CARLISLE | 20.40 | 220.00 | 4,488.00 |
| M.V. WADDELL | 0.50 | 85.00 | 42.50 |
| L.K. THOMAS | 4.80 | 95.00 | 456.00 |
| TOTAL | 45.30 | $224.89 | $10,187.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

June 20, 2002
Invoice 509402  Page 4

| Date | Description | Amount |
|------|-------------|-------:|
| 05/01/2002 | Telephone 1-843-982-0606 | 1.95 |
| 05/02/2002 | Telephone 1-800-891-2325 | 0.00 |
| 05/07/2002 | VENDOR: Cafe Maxx; INVOICE#: 316503; DATE: 05/07/2002 - Pre-DHEC meeting refreshments | 6.00 |
| 05/24/2002 | Telephone 1-864-969-3353 | 0.14 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$8.09**


### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|--------:|
| Outside Services | 6.00 |
| Telephone | 2.09 |
| TOTAL | $8.09 |


**Net current billing for this invoice**

**$10,195.59**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| | | A/R BALANCE | $36,665.59 |

W. R. Grace & Co.

June 20, 2002
Invoice 509402  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 05/31/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $10,187.50 |
| Charges for Other Services Provided/Expenses Incurred | $8.09 |
| **Net current billing for this invoice** | **$10,195.59** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 4,221.15 |
| 481797 | 12/18/2001 | 2,009.30 | 2,009.30 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| | TOTAL A/R BALANCE | | $36,665.59 |

---