## EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due:  August 28, 2002 at 4:00 p.m. |
| | | Hearing date:  To be scheduled, only if objections are timely filed and served. |

## SUMMARY APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD,  FROM JUNE 1, 2002 THROUGH JUNE 30, 2002, FOR THE QUARTER OF APRIL – JUNE, 2002

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **June 1, 2002 through June 30, 2002**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:  **$12,397.20  (80% of $15,496.50)**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:  **$178.39 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately __6.0__
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $ __900.00__ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $13,762.50 | $2,155.05 | $11,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001-September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002- April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | Pending | Pending |
| July 2, 2002 | May 1, 2002- May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 18 years | Environmental | $220.00 | 19.40 | $4,268.00 |
| George B. Cauthen | Partner | 25 years | Bankruptcy | $270.00 | .90 | $243.00 |
| David M. Cleary | Partner | 20 years | Environmental | $290.00 | 6.90 | $2,001.00 |
| Bernard F. Hawkins, Jr. | Partner | 11 years | Environmental | $240.00 | 18.80 | $4,512.00 |
| Newman Jackson Smith | Partner | 23 years | Environmental | $250.00 | .40 | $100.00 |
| Karen A. Crawford | Partner | 23 years | Environmental | $275.00 | .20 | $55.00 |

Grand Total for Fees: $11,179.00
Blended Rate:            $239.89

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Karen Brown | Paralegal | 13 years | Environmental | $125.00 | 34.30 | $4,287.50 |
|---|---|---|---|---|---|---|
| Kelly K. Smith | Paralegal | 5 years | Environmental | $100.00 | .30 | $30.00 |

Grand Total for Fees: $ 4,317.50
Blended Rate:            $ 124.78

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01501 | Rock Hill Chemical Superfund Site | .50 | 85.00 |
| 02399/06003 | Beaco Road Site | .30 | 72.00 |
| 02399/06011 | Enoree Site Management | 1.70 | 386/00 |
| 02399/06031 | Li Tungsten | 1.70 | 428.00 |
| 02399/06032 | Charleston | 35.10 | 8,132.00 |
| 02399/06049 | Aqua-Tech | 1.80 | 472.00 |
| 02399/06086 | Libby Expansion Plants – Wilder, KY | .30 | 87.00 |
| 02399/06091 | Fee Applications | 39.80 | 5,834.50 |
| TOTAL | | 81.20 | $15,496.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $  2.13 |
| Standard Copies | 34.85 |
| Outside Services | 56.05 |
| Postage | 2.06 |
| Travel | 83.30 |
| Total | $178.49 |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

David M. Cleary

SWORN to and subscribed before me

this _9th_ day of _Aug_____, 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _1-22-2007_

## EXHIBIT A

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID No. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 17, 2002
Invoice 514203  Page 1

| Our Matter # | 02399/01501 | For Services Through 06/29/02 |
|---|---|---|
| Name of Matter: | Rock Hill Chemical Superfund Site | |

| | | | | |
|---|---|---|---|---|
| 05/31/02 | Review incoming correspondence. | | | |
| | K.K. SMITH | 0.20 hrs. | 100.00/hr | $20.00 |
| 06/17/02 | Sort and organize file documents. | | | |
| | K.K. SMITH | 0.10 hrs. | 100.00/hr | $10.00 |
| 06/21/02 | Telephone conference with Ms. Duff regarding status and expenditure estimates for site remediation. | | | |
| | K.A. CRAWFORD | 0.20 hrs. | 275.00/hr | $55.00 |

**Fees for Legal Services**                                                                    **$85.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K.A. CRAWFORD | 0.20 | 275.00 | 55.00 |
| K.K. SMITH | 0.30 | 100.00 | 30.00 |
| TOTAL | 0.50 | $170.00 | $85.00 |

**Net current billing for this invoice**                                              **$85.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |

W. R. Grace & Co.

July 17, 2002
Invoice 514203  Page 2

| | A/R BALANCE | $464.36 |
|---|---|---|

W. R. Grace & Co.

July 17, 2002
Invoice 514203  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/01501
Rock Hill Chemical Superfund Site

| | |
|---|---|
| Fees for Professional Services | $85.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$85.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 456876 | 07/31/2001 | 50.40 | 50.40 |
| 487271 | 01/31/2002 | 252.95 | 252.95 |
| 504366 | 05/18/2002 | 76.01 | 76.01 |
| 514203 | 07/17/2002 | 85.00 | 85.00 |
| | TOTAL A/R BALANCE | | $464.36 |

# Nelson
###### Nelson Mullins Riley & Scarborough, L.L.P.
# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                        July 23, 2002
ATTN: Lydia Duff, Esq.                        Invoice 514740  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

06/19/02   Review message from Mr. Medler concerning conference call which includes Grace as an
           agenda item.
           B.F. HAWKINS                          0.30 hrs.   240.00/hr              $72.00

**Fees for Legal Services**                                                       **$72.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.30 | 240.00 | 72.00 |
| TOTAL | 0.30 | $240.00 | $72.00 |

**Net current billing for this invoice**                                          **$72.00**

#### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |

W. R. Grace & Co.

| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | | A/R BALANCE | $5,405.06 |

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $72.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$72.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 1,054.50 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 252.99 |
| 493885 | 03/14/2002 | 281.50 | 281.50 |
| 498376 | 04/13/2002 | 546.14 | 546.14 |
| 499688 | 04/19/2002 | 274.59 | 274.59 |
| 502852 | 05/10/2002 | 1,367.25 | 1,367.25 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| | TOTAL A/R BALANCE | | $5,405.06 |

W. R. Grace & Co.

July 23, 2002
Invoice 514740  Page 4

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514741  Page 1

| Our Matter # | 02399/06011 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

06/18/02   Review letter from DHEC addressing issuance of NPDES permit (0.3); review items to be
            addressed in document with Attorney Carlisle (0.3).
            B.F. HAWKINS                                0.60 hrs.    240.00/hr          $144.00

06/18/02   Review electronic mail memorandum from Mr. O'Connell and attached draft letter (0.2);
            confer with Mr. O'Connell regarding communications with DHEC (0.2); review Mr. Amick's
            June 5, 2002 letter to which draft letter is responding (0.1); mark-up of draft response and
            electronic mail memorandum to Mr. O'Connell, Mr. Balcer and Mr. Scott regarding same
            (0.6).
            R.T. CARLISLE                               1.10 hrs.    220.00/hr          $242.00

**Fees for Legal Services**

**$386.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| R.T. CARLISLE | 1.10 | 220.00 | 242.00 |
| TOTAL | 1.70 | $227.06 | $386.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/01/2002 | Late posting for 4/24/02 | 1.72 |
| 05/14/2002 | Telephone 1-856-467-2250 | 0.31 |
| 05/31/2002 | Photocopies 6 Page(s) | 0.30 |
| 06/18/2002 | Photocopies 9 Page(s) | 0.45 |
| 06/18/2002 | Telephone 1-617-498-4594 | 0.24 |
| 06/20/2002 | Photocopies 6 Page(s) | 0.30 |

W. R. Grace & Co.

July 23, 2002
Invoice 514741  Page 2

**Total Charges for Other Services Provided/Expenses Incurred**                    **$3.32**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.05 |
| Postage | 1.72 |
| Telephone | 0.55 |
| TOTAL | $3.32 |

**Net current billing for this invoice**

**$389.32**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | | A/R BALANCE | $32,058.16 |

W. R. Grace & Co.

July 23, 2002
Invoice 514741  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $386.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.32 |

**Net current billing for this invoice**                                    **$389.32**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 5,491.30 |
| 493888 | 03/14/2002 | 190.35 | 190.35 |
| 498377 | 04/13/2002 | 10,838.99 | 10,838.99 |
| 502853 | 05/10/2002 | 3,588.31 | 3,588.31 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | TOTAL A/R BALANCE | | $32,058.16 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                      July 23, 2002
ATTN: Lydia Duff, Esq.                    Invoice 514742  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

06/01/02   Review letter from EPA's Jim Doyle requesting participation with TDY to pay for remediation activities at site (0.4); forward information to Ms. Duff requesting input on specific reference to potential settlement with Grace as a result of bankruptcy process (0.2).
B.F. HAWKINS                           0.60 hrs.    240.00/hr              $144.00

06/01/02   Based on historic file management, review letter from Mr. Doyle (EPA) to recipients of CERCLA Section 106 letters and suggest to Attorneys Hawkins and Cleary alternative approaches for responding to same.
R.T. CARLISLE                          0.30 hrs.    220.00/hr              $66.00

06/21/02   Discussion with Attorney Carlisle regarding potential liability and recommended reserve issues (0.3); review several file documents and cases (0.3).
D.M. CLEARY                            0.60 hrs.    290.00/hr              $174.00

06/21/02   Conferences with Ms. Duff regarding potential liabilities in connection with Li Tungsten and reserve account issues.
R.T. CARLISLE                          0.20 hrs.    220.00/hr              $44.00

**Fees for Legal Services**

**$428.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 0.60 | 240.00 | 144.00 |
| D.M. CLEARY | 0.60 | 290.00 | 174.00 |
| R.T. CARLISLE | 0.50 | 220.00 | 110.00 |
| TOTAL | 1.70 | $251.76 | $428.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514742  Page 2

**Net current billing for this invoice**

**$428.00**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| | | A/R BALANCE | $6,461.32 |

W. R. Grace & Co.

July 23, 2002
Invoice 514742  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $428.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                                **$428.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

---

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464596 | 09/12/2001 | 229.55 | 45.90 |
| 467973 | 09/27/2001 | 11,931.20 | 2,195.40 |
| 469744 | 10/09/2001 | 388.25 | 388.25 |
| 478653 | 11/29/2001 | 2,539.60 | 507.80 |
| 481800 | 12/14/2001 | 662.80 | 132.50 |
| 484322 | 01/29/2002 | 567.58 | 567.58 |
| 493890 | 03/14/2002 | 563.72 | 563.72 |
| 498384 | 04/16/2002 | 1,287.67 | 1,287.67 |
| 499682 | 04/23/2002 | 344.50 | 344.50 |
| 514742 | 07/23/2002 | 428.00 | 428.00 |
| TOTAL A/R BALANCE | | | $6,461.32 |

# Nelson

### Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                  July 23, 2002
ATTN: Lydia Duff, Esq.                                    Invoice 514743  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 06/29/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 06/02/02 | Review information provided by DHEC relating to support for requirement for excavation of landfill. | | | |
| | R.T. CARLISLE | 1.20 hrs. | 220.00/hr | $264.00 |
| 06/03/02 | Review items raised by Mr. Bucens' e-mail with respect to imminent DHEC release of remedy selection and proposal for public hearing on June 20, 2002 (0.3); review items with Mr. Bucens (0.3). | | | |
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |
| 06/03/02 | Review documents provided by DHEC pursuant to Freedom of Information request relating to requirement for landfill excavations and outline results of review. | | | |
| | R.T. CARLISLE | 3.80 hrs. | 220.00/hr | $836.00 |
| 06/04/02 | Continue reviewing documents provided by DHEC pursuant to Freedom of Information request relating to requirement for landfill excavations and outline results of review. | | | |
| | R.T. CARLISLE | 0.70 hrs. | 220.00/hr | $154.00 |
| 06/10/02 | Discussion with Mr. Bucens regarding status of development/sale meetings. | | | |
| | D.M. CLEARY | 0.20 hrs. | 290.00/hr | $58.00 |
| 06/17/02 | Review information regarding DHEC's decision on remedy and ARARs (0.7); review research assignment with Attorney Carlisle to evaluate ARARs versus those provided in Feasibility Study (0.2); review comparison of ARARs provided by RMT (0.3). | | | |
| | B.F. HAWKINS | 1.20 hrs. | 240.00/hr | $288.00 |
| 06/18/02 | Review information regarding public hearing provided by Mr. Bucens (0.3); review ARAR research issue with Attorney Carlisle (0.2); review status of items with Ms. Duff (0.2). | | | |
| | B.F. HAWKINS | 0.70 hrs. | 240.00/hr | $168.00 |
| 06/18/02 | Review public notice, information on differences in ARARs and explanation of selection of alternative 8 as preferred remedy (0.8); review regulations on public comment period to determine whether PRP may comment then (1.1). | | | |
| | R.T. CARLISLE | 1.90 hrs. | 220.00/hr | $418.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743   Page 2

| 06/19/02 | Review information regarding Fact Sheet and remedy selection (1.2); evaluate information on ARAR selection in preparation for public meeting (1.6). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 2.80 hrs. | 240.00/hr | $672.00 |

| 06/19/02 | Continue review of information on sites that DHEC asserts supports the imposition of remedial goals and requirements for this site. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.60 hrs. | 220.00/hr | $132.00 |

| 06/19/02 | Review DHEC information on public hearings (0.8); review ARAR information and compare DHEC's current remedial goals with current surface water and groundwater quality standards (1.3); confer with Attorney Hawkins regarding same (0.4). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 2.50 hrs. | 220.00/hr | $550.00 |

| 06/20/02 | Prepare for and travel to Charleston for public hearing on remedy selection (2.3); meet with Mr. Bucens, Mr. Obradovic and Attorney Cleary to discuss issues for public hearing (1.3); review facts sheet and remedy summary in preparation for hearing (1.1); attend hearing (2.3); follow-up discussion with Mr. Bucens, Mr. Obradovic, Ms. Saucier and Attorney Cleary (0.7); return to Columbia (2.1). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 9.80 hrs. | 240.00/hr | $2,352.00 |

| 06/20/02 | Consultation with client regarding DHEC public meeting. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.00 hrs. | 290.00/hr | $290.00 |

| 06/20/02 | Continue review of documents for sites identified by DHEC as being precedent for decisions made by DHEC affecting this site. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 2.60 hrs. | 220.00/hr | $572.00 |

| 06/21/02 | Office conference with Attorney Cleary regarding public hearing, objections, experience with DHEC on remedy monitoring and required percentages of decrease in constituents of concern, NCP compliance, and outline of objections to preserve arguments when ROD is issued. | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.40 hrs. | 250.00/hr | $100.00 |

| 06/21/02 | Review research issues (0.3); discussion of same with Attorney Cleary (0.3). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS | 0.60 hrs. | 240.00/hr | $144.00 |

| 06/21/02 | Complete review of FOIA'd documents claimed to be pertinent to DHEC's actions with respect to this site. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 2.80 hrs. | 220.00/hr | $616.00 |

| 06/23/02 | Draft memorandum to Attorney Hawkins relating to review of documents for sites identified by DHEC as constituting precedent for clean-up standards required by DHEC at this site. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.70 hrs. | 220.00/hr | $374.00 |

**Fees for Legal Services**

**$8,132.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.40 | 250.00 | 100.00 |
| B.F. HAWKINS | 15.70 | 240.00 | 3,768.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 3

| | | | |
|---|---|---|---|
| D.M. CLEARY | 1.20 | 290.00 | 348.00 |
| R.T. CARLISLE | 17.80 | 220.00 | 3,916.00 |
| TOTAL | 35.10 | $231.68 | $8,132.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/17/2002 | Telephone 1-617-498-4594 | 0.22 |
| 06/03/2002 | Telephone 1-617-498-2667 | 0.99 |
| 06/07/2002 | Photocopies 2 Page(s) | 0.10 |
| 06/10/2002 | Photocopies 15 Page(s) | 0.75 |
| 06/17/2002 | Photocopies 18 Page(s) | 0.90 |
| 06/19/2002 | Photocopies 4 Page(s) | 0.20 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/19/2002 | Photocopies 1 Page(s) | 0.05 |
| 06/23/2002 | Photocopies 3 Page(s) | 0.15 |
| 06/25/2002 | VENDOR: David M. Cleary; INVOICE#: 062102; DATE: 06/25/2002 - Dinner for 4 (Hawkins, Cleary, Bucens, O'Bradovic) | 56.05 |
| 06/25/2002 | VENDOR: Bernard F. Hawkins, Jr.; INVOICE#: 062402; DATE: 06/25/2002 - Mileage reimbursement for trip to Charleston, SC to attend Public Meeting on June 20, 2002 | 83.30 |

**Total Charges for Other Services Provided/Expenses Incurred**

**$142.76**

### DISBURSEMENT SUMMARY

| <ins>Description</ins> | <ins>Dollars</ins> |
|---|---|
| Photocopies | 2.20 |
| Outside Services | 56.05 |
| Telephone | 1.21 |
| Travel | 83.30 |
| TOTAL | $142.76 |

**Net current billing for this invoice**

**$8,274.76**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| <ins>Original Invoice Number</ins> | <ins>Invoice Date</ins> | <ins>Invoice Amt</ins> | <ins>A/R Balance</ins> |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 4

| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
|--------|------------|----------|----------|
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | | A/R BALANCE | $58,262.88 |

W. R. Grace & Co.

July 23, 2002
Invoice 514743  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $8,132.00 |
| Charges for Other Services Provided/Expenses Incurred | $142.76 |

**Net current billing for this invoice**                    **$8,274.76**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 6,696.45 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 12,999.68 |
| 493891 | 03/28/2002 | 9,763.51 | 9,763.51 |
| 498385 | 04/16/2002 | 3,438.49 | 3,438.49 |
| 499683 | 04/19/2002 | 5,483.68 | 5,483.68 |
| 502858 | 05/10/2002 | 5,685.17 | 5,685.17 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| | TOTAL A/R BALANCE | | $58,262.88 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                July 23, 2002
ATTN: Lydia Duff, Esq.                                   Invoice 514744  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06049 | For Services Through 06/29/02 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501211 | |
| Name of Matter: | Aqua-Tech | |

06/21/02    Review request for status update from Ms. Gardner (0.3); request update (0.2); review file
            information (0.3); forward response (0.2).
            B.F. HAWKINS                        1.00 hrs.    240.00/hr        $240.00

06/21/02    Discuss status of cleanup with Attorney Hawkins (0.2); contact EPA (0.1); contact AquaTech
            PRP committee chairman (0.3); respond with updated information to Attorney Hawkins (0.2).
            D.M. CLEARY                         0.80 hrs.    290.00/hr        $232.00

**Fees for Legal Services**

                                                              **$472.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS | 1.00 | 240.00 | 240.00 |
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 1.80 | 262.22 | 472.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 06/21/2002 | Telephone 1-404-562-8793 | 0.17 |
|---|---|---|
| 06/21/2002 | Telephone 1-404-572-4600 | 0.20 |

**Total Charges for Other Services Provided/Expenses Incurred**          **$0.37**

### DISBURSEMENT SUMMARY

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 2

| **Description** | **Dollars** |
|---|---|
| Telephone | 0.37 |
| TOTAL | $0.37 |

**Net current billing for this invoice**

**$472.37**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | | A/R BALANCE | $472.37 |

W. R. Grace & Co.

July 23, 2002
Invoice 514744  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06049
Aqua-Tech

Fees for Professional Services                                    $472.00
Charges for Other Services Provided/Expenses Incurred             $0.37

**Net current billing for this invoice**                         **$472.37**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514744 | 07/23/2002 | 472.37 | 472.37 |
| | TOTAL A/R BALANCE | | $472.37 |

# Nelson

Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514745  Page 1

| Our Matter # | 02399/06086 | For Services Through 06/29/02 |
| WR Grace # | 001-KL-721400-00-800028 | |
| Name of Matter: | Libby Expansion Plants - Wilder, KY | |

| 06/17/02 | Review EPA sampling investigation report. | | | |
| | D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services**                                              **$87.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
| --- | --- | --- | --- |
| D.M. CLEARY | 0.30 | 290.00 | 87.00 |
| TOTAL | 0.30 | $290.00 | $87.00 |

**Net current billing for this invoice**                              **$87.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | A/R BALANCE | | $146.10 |

W. R. Grace & Co.

July 23, 2002
Invoice 514745  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06086
Libby Expansion Plants - Wilder, KY

| | |
|---|---|
| Fees for Professional Services | $87.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice**                    **$87.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466661 | 09/21/2001 | 5.50 | 1.10 |
| 508366 | 06/14/2002 | 58.00 | 58.00 |
| 514745 | 07/23/2002 | 87.00 | 87.00 |
| | TOTAL A/R BALANCE | | $146.10 |



# Nelson
Nelson Mullins Riley & Scarborough, L.L.P.

# Mullins

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 23, 2002
Invoice 514768  Page 1

| Our Matter # | 02399/06091 | For Services Through 06/29/02 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/02/02 | Review memo on past due fee applications (0.1); memo to K&E counsel on same (0.2); memo to Attorney Hawkins on resolution (0.1).<br>G.B. CAUTHEN | 0.40 hrs. | 270.00/hr | $108.00 |
| 06/04/02 | Follow up on fee application contact at K&E.<br>G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |
| 06/10/02 | Prepare March 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare February 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | Prepare April 2002 fee application documents.<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 06/10/02 | E-mail fee applications (February, March and April 2002) documents to Attorney Cleary for his review.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 06/12/02 | Discussion with Mr. Steirer, Auditor regarding information necessary for auditor's quarterly report (0.3); follow up with Paralegal Brown (0.5).<br>D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/13/02 | Assist on fee application issue.<br>G.B. CAUTHEN | 0.10 hrs. | 270.00/hr | $27.00 |
| 06/13/02 | Discussion with Mr. Steirer of WHSmith regarding status of electronic files.<br>D.M. CLEARY | 0.30 hrs. | 290.00/hr | $87.00 |
| 06/13/02 | Revised quarterly and interim fee applications and distribute to Mr. Carickhoff and Mr. Smith.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 06/13/02 | Meet with Attorney Cleary for his review of the quarterly and interim fee applications. | | | |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 2

|  |  | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
|---|---|---|---|---|---|

| 06/14/02 | Compile and draft April 2002 fee application. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 2.80 hrs. | 125.00/hr | $350.00 |

| 06/14/02 | Compile and draft September 2001 fee application. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 3.70 hrs. | 125.00/hr | $462.50 |

| 06/16/02 | Assist on fee application issues. | | | | |
|---|---|---|---|---|---|
|  | G.B. CAUTHEN | 0.20 hrs. | 270.00/hr | $54.00 |

| 06/16/02 | Review and edit April 2002 fee application. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

| 06/16/02 | Review and edit September 2001 fee application documents. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |

| 06/17/02 | Review Grace notice of bankruptcy claims bar date; e-mail Ms. Duff and Mr. Emmett regarding sites which might require notification; review e-mails and data responding to inquiry. | | | | |
|---|---|---|---|---|---|
|  | D.M. CLEARY | 0.60 hrs. | 290.00/hr | $174.00 |

| 06/17/02 | Review and submit fee applications for September 2001 and April 2002 to local counsel. | | | | |
|---|---|---|---|---|---|
|  | D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |

| 06/17/02 | Meet with Attorneys Cleary for his review of fee applications documents. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |

| 06/17/02 | E-mail final September 2001 and April 2002 fee application documents to Mr. Carickhoff, Ms. Cuniff, and Attorney Cleary. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

| 06/23/02 | Prepare May 2002 fee application documents. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |

| 06/24/02 | Telephone conversation with Attorney Cleary regarding the final May 2002 fee application documents (0.3); continue to prepare documents for the Second and Third Quarterly Fee Application filings (2.0). | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |

| 06/24/02 | Meet with Administrative Assistant Swider to discuss distribution of May 2002 invoices and May 2002 fee application once final to Ms. Duff, Mr. Emmett and Mr. Carickhoff. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

| 06/24/02 | Prepare draft documents for Second Quarterly Fee Application for the period July 19, 2001 through September 30, 2001. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |

| 06/24/02 | Prepare e-mail correspondence containing the May 2002 fee application documents and e-mail to Attorney Cleary for his review. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

| 06/24/02 | Review and edit draft May 2002 fee application documents. | | | | |
|---|---|---|---|---|---|
|  | K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 3

06/28/02   Review questions concerning Fourth Quarterly Statement (0.3); review preparation of
response with instructions on same to Attorney Cleary and Attorney Carlisle (0.3).
B.F. HAWKINS                                    0.60 hrs.   240.00/hr        $144.00

06/28/02   Respond to calls regarding audit report (0.3); search for audit report (0.2); e-mail WHSmith
that audit report was not received (0.2); review audit report and commence preparation of
response (0.8).
D.M. CLEARY                                     1.50 hrs.   290.00/hr        $435.00

**Fees for Legal Services**

**$5,834.50**

### BILLING SUMMARY

|                | Hours | Rate/Hr | Dollars  |
|----------------|-------|---------|----------|
| B.F. HAWKINS   | 0.60  | 240.00  | 144.00   |
| D.M. CLEARY    | 4.00  | 290.00  | 1,160.00 |
| G.B. CAUTHEN   | 0.90  | 270.00  | 243.00   |
| K. BROWN       | 34.30 | 125.00  | 4,287.50 |
| TOTAL          | 39.80 | 146.60  | 5,834.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 06/13/2002 | Photocopies 108 Page(s) | 5.40  |
|------------|-------------------------|-------|
| 06/13/2002 | Photocopies 188 Page(s) | 9.40  |
| 06/13/2002 | Photocopies 320 Page(s) | 16.00 |
| 06/14/2002 | Photocopies 2 Page(s)   | 0.10  |
| 06/25/2002 | Photocopies 14 Page(s)  | 0.70  |
| 06/25/2002 | Postage                 | 0.34  |

**Total Charges for Other Services Provided/Expenses Incurred**          **$31.94**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 31.60   |
| Postage     | 0.34    |
| TOTAL       | $31.94  |

**Net current billing for this invoice**

**$5,866.44**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 4

| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
|--------|------------|----------|----------|
| | | A/R BALANCE | $5,866.44 |

W. R. Grace & Co.

July 23, 2002
Invoice 514768  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-2000
TELEPHONE (803) 799-2000

For Services Through 06/29/02

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $5,834.50 |
| Charges for Other Services Provided/Expenses Incurred | $31.94 |

**Net current billing for this invoice**          **$5,866.44**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| | TOTAL A/R BALANCE | | $5,866.44 |