4th Quarter Project Category Summary
**WR GRACE**

| Category | Bilzin Sumberg | | Blackstone Group | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 4,527.50 | 0.00 | 247.46 |
| 03 - Business Operations | 1,275.00 | 9,536.00 | 0.00 | 0.00 |
| 04 - Case Administration | 63,430.50 | 256,644.00 | 41,096.61 | 126,357.18 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 26,250.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 500.00 | 38,504.94 | 42,491.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 6,224.00 | 92,553.50 | 64,421.72 | 286,532.92 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 151,057.83 | 299,435.12 |
| 09 - Employment Applications, Applicant | 12.00 | 2,247.50 | 0.00 | 1,732.21 |
| 10 - Employment Applications, Others | 3,280.00 | 39,885.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,381.00 | 36,932.70 | 6,664.32 | 30,808.96 |
| 12 - Fee Applications, Others | 2,673.50 | 17,610.80 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 8,452.50 | 0.00 | 63,844.26 |
| 14 - Hearings | 14,497.00 | 24,689.50 | 4,442.88 | 9,845.57 |
| 15 - Litigation and Litigation Consulting | 177,979.00 | 634,570.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 212.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 8,145.28 | 11,980.43 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 17,055.00 | 36,430.00 | 9,996.47 | 97,568.78 |
| 21 - Valuation | 0.00 | 0.00 | 5,553.60 | 111,808.64 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 195,116.36 | 1,011,514.86 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **289,807.00** | **1,191,042.50** | **525,000.00** | **2,094,167.66** |
| **TOTAL - EXPENSES** | **79,962.62** | **501,871.05** | **5,743.53** | **59,536.37** |
| **TOTAL FEES AND EXPENSES** | **369,769.62** | **1,692,913.55** | **530,743.53** | **2,153,704.03** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 74.00 | 5,209.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 3,604.50 | 0.00 | 0.00 |
| 03 - Business Operations | 502.50 | 557.50 | 56.00 | 4,412.00 |
| 04 - Case Administration | 5,336.00 | 31,793.00 | 60,043.50 | 187,892.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,066.00 | 13,238.00 | 12,417.50 | 121,468.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,181.00 | 27,781.00 | 67.50 | 21,618.50 |
| 08 - Employee Benefits/Pension | 0.00 | 3,880.00 | 0.00 | 2,650.00 |
| 09 - Employment Applications, Applicant | 0.00 | 2,434.50 | 3,176.00 | 8,214.00 |
| 10 - Employment Applications, Others | 733.50 | 7,065.00 | 6,754.50 | 11,173.50 |
| 11 - Fee Applications, Applicant | 4,882.00 | 10,535.50 | 600.00 | 5,800.50 |
| 12 - Fee Applications, Others | 2,325.50 | 6,362.00 | 0.00 | 179.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 9,284.50 | 16,272.50 | 6,511.00 | 13,538.00 |
| 15 - Litigation and Litigation Consulting | 2,635.00 | 7,667.00 | 175,017.50 | 219,591.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 552.50 | 56.00 | 56.00 |
| 17 - Relief from Stay Proceedings | 29.00 | 881.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 435.00 | 435.00 | 17,353.75 | 23,726.75 |
| 21 - Valuation | 0.00 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **35,484.00** | **138,426.00** | **282,053.25** | **620,319.75** |
| **TOTAL - EXPENSES** | **6,577.30** | **26,446.74** | **27,615.46** | **53,103.35** |
| **TOTAL FEES AND EXPENSES** | **42,061.30** | **164,872.74** | **309,668.71** | **673,423.10** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Carella Byrne | | Casner & Edwards | |
| --- | --- | --- | --- | --- |
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 3,975.00 | 8,120.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 12,292.50 | 12,292.50 | 577,721.50 | 863,492.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,600.00 | 2,600.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | 14,892.50 | 14,892.50 | 581,696.50 | 871,612.50 |
| **TOTAL - EXPENSES** | 1,166.57 | 1,166.57 | 96,031.15 | 109,825.30 |
| **TOTAL FEES AND EXPENSES** | 16,059.07 | 16,059.07 | 677,727.65 | 981,437.80 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Committee: Asbestos Property Damage | |
|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | **0.00** | **0.00** |
| **TOTAL - EXPENSES** | **33,261.55** | **98,788.85** |
| **TOTAL FEES AND EXPENSES** | **33,261.55** | **98,788.85** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Conway Del Genio [1] | | Duane Morris | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 83.00 | 83.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 41.50 | 431.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 11,215.00 | 30,141.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 1,079.00 | 2,385.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 67.50 | 290.00 | 5,189.50 | 11,046.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 475.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 12,745.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 421.00 | 5,756.00 |
| 11 - Fee Applications, Applicant | 16.00 | 83.00 | 3,444.00 | 8,957.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 6,041.00 | 15,487.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,545.00 |
| 14 - Hearings | 9.00 | 9.00 | 6,118.00 | 15,374.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 4,386.00 | 11,631.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 273.00 | 273.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 95.00 | 95.00 |
| 20 - Travel - Non-working | 18.00 | 66.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 12.50 | 86.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 103.50 | 603.50 | 373.50 | 373.50 |
| 27 - Corporate Finance | 472.00 | 1,094.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 36.50 | 494.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **450,000.00** | **1,520,000.00** | **38,759.50** | **119,799.00** |
| **TOTAL - EXPENSES** | **4,809.71** | **23,418.83** | **5,113.59** | **21,690.00** |
| **TOTAL FEES AND EXPENSES** | **454,809.71** | **1,543,418.83** | **43,873.09** | **141,489.00** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 4,427.25 | 29,023.25 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 10,997.50 | 99,762.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,995.00 | 13,760.00 | 14,922.50 | 45,339.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 133,461.50 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,568.00 | 3,618.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,869.00 | 8,718.00 | 27,585.00 | 83,419.00 |
| 12 - Fee Applications, Others | 973.50 | 1,138.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,840.00 | 5,473.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 7,701.25 | 22,342.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 350.00 | 2,172.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 143,632.00 | 425,070.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **22,724.00** | **86,689.50** | **197,137.00** | **787,051.50** |
| **TOTAL - EXPENSES** | **9,421.63** | **25,369.95** | **6,343.22** | **27,970.65** |
| **TOTAL FEES AND EXPENSES** | **32,145.63** | **112,059.45** | **203,480.22** | **815,022.15** |

4th Quarter Project Category Summary

**WR GRACE**

| Category | Hamilton Rabinovitz | | Holme Roberts | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 7,561.50 | 18,759.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 968,560.50 | 1,664,821.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 39,033.50 | 59,217.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **0.00** | **0.00** | **1,015,155.50** | **1,742,797.50** |
| **TOTAL - EXPENSES** | **0.00** | **0.00** | **136,984.52** | **256,376.44** |
| **TOTAL FEES AND EXPENSES** | **0.00** | **0.00** | **1,152,140.02** | **1,999,173.94** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Hilsoft Notifications | | Kirkland & Ellis | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 29,258.00 | 154,008.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 35,612.50 | 105,745.50 |
| 03 - Business Operations | 0.00 | 0.00 | 564.00 | 7,818.00 |
| 04 - Case Administration | 0.00 | 0.00 | 159,413.00 | 742,387.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 125,628.50 | 747,927.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 24,154.50 | 97,119.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 5,529.00 | 147,770.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 10,121.00 | 85,016.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 63,330.50 | 194,711.50 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 28,194.00 | 94,043.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 390.00 | 13,944.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 79,521.00 |
| 14 - Hearings | 0.00 | 0.00 | 130,046.50 | 351,693.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 508,338.50 | 2,363,571.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 2,815.50 | 13,180.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 8,844.00 | 133,349.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 11,333.50 | 71,737.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 96,875.00 | 172,662.50 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 40,781.00 | 129,396.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 473.50 | 145,767.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **0.00** | **0.00** | **1,281,702.50** | **5,851,369.00** |
| **TOTAL - EXPENSES** | **0.00** | **0.00** | **102,514.38** | **424,070.10** |
| **TOTAL FEES AND EXPENSES** | **0.00** | **0.00** | **1,384,216.88** | **6,275,439.10** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Klett Rooney | |
| --- | --- | --- |
| | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 276.50 |
| 02 - Asset Disposition | 948.00 | 948.00 |
| 03 - Business Operations | 190.00 | 861.50 |
| 04 - Case Administration | 12,541.50 | 16,452.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 380.00 | 380.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 111.00 | 190.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,041.00 | 2,673.00 |
| 08 - Employee Benefits/Pension | 118.50 | 118.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,846.00 | 3,901.50 |
| 12 - Fee Applications, Others | 3,693.00 | 4,929.50 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 3,112.00 | 3,112.00 |
| 15 - Litigation and Litigation Consulting | 641.50 | 2,337.00 |
| 16 - Plan and Disclosure Statement | 411.00 | 411.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 80.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | **27,033.50** | **36,671.00** |
| **TOTAL - EXPENSES** | **3,724.25** | **6,693.68** |
| **TOTAL FEES AND EXPENSES** | **30,757.75** | **43,364.68** |

4th Quarter Project Category Summary

**WR GRACE**

| Category | Kramer Levin | | Legal Analysis Systems | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 1,975.00 | 1,975.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 21,362.50 | 100,416.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 20,955.00 | 81,918.50 | 15,092.00 | 15,438.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 11,815.00 | 26,405.00 | 965.00 | 1,715.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,060.00 | 19,041.50 | 1,000.00 | 1,000.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 24,537.50 | 26,757.50 | 0.00 | 600.00 |
| 15 - Litigation and Litigation Consulting | 4,260.00 | 6,472.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 11,157.00 | 56,927.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 800.00 | 800.00 | 1,300.00 | 2,550.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **92,765.00** | **270,658.50** | **29,514.00** | **78,230.50** |
| **TOTAL - EXPENSES** | **6,963.66** | **25,503.30** | **517.49** | **2,518.87** |
| **TOTAL FEES AND EXPENSES** | **99,728.66** | **296,161.80** | **30,031.49** | **80,749.37** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Nelson Mullins[2] | | | Pachulski Stang | |
| --- | --- | --- | --- | --- | --- |
| | 4th Quarter | Cumulative thru 4th Quarter | | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | | 0.00 | 2,764.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | | 2,656.00 | 6,616.50 |
| 03 - Business Operations | 0.00 | 0.00 | | 1,484.00 | 13,771.50 |
| 04 - Case Administration | 0.00 | 0.00 | | 11,837.50 | 63,095.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | | 492.00 | 1,458.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | | 4,183.00 | 22,417.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | | 0.00 | 3,963.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | | 0.00 | 59.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | | 9,053.00 | 27,328.50 |
| 11 - Fee Applications, Applicant | 3,293.50 | 26,582.00 | | 7,791.00 | 22,692.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | | 14,645.00 | 32,830.25 |
| 13 - Financing | 0.00 | 0.00 | | 188.00 | 5,056.00 |
| 14 - Hearings | 0.00 | 0.00 | | 41,264.00 | 91,844.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | | 22,665.50 | 49,645.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | | 596.00 | 1,888.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | | 10,060.00 | 16,913.50 |
| 18 - Tax Issues | 0.00 | 0.00 | | 0.00 | 11.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | | 0.00 | 1,819.00 |
| 20 - Travel - Non-working | 0.00 | 158.10 | | 1,316.00 | 2,687.75 |
| 21 - Valuation | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | | 3,217.00 | 5,232.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 - Other | 59,615.50 | 284,982.00 | | 7,665.00 | 17,652.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTAL - FEES | 62,909.00 | 311,722.10 | | 139,113.00 | 389,745.00 |
| TOTAL - EXPENSES | 322.04 | 4,275.03 | | 93,578.30 | 266,031.45 |
| TOTAL FEES AND EXPENSES | 63,231.04 | 315,997.13 | | 232,691.30 | 655,776.45 |

4th Quarter Project Category Summary

**WR GRACE**

| Category | Pitney Hardin | | Professor E. Warren | |
| --- | --- | --- | --- | --- |
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 3,888.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 4,703.50 | 32,647.00 | 0.00 | 0.00 |
| 04 - Case Administration | 26,332.50 | 92,913.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 6,165.00 | 6,165.00 | 1,687.50 | 1,687.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,871.50 | 17,481.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 295.00 | 825.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 13,736.00 | 32,223.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 68,466.60 | 626,329.10 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 1,947.00 | 41,393.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 185.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **136,517.10** | **854,050.60** | **1,687.50** | **1,687.50** |
| **TOTAL - EXPENSES** | **26,231.48** | **113,306.12** | **0.00** | **0.00** |
| | | | | |
| **TOTAL FEES AND EXPENSES** | **162,748.58** | **967,356.72** | **1,687.50** | **1,687.50** |

4th Quarter Project Category Summary
**WR GRACE**

| | Reed Smith | | Warren Smith & Assoc., P.C | |
| Category | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 430.00 | 430.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 4,924.00 | 36,282.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 4,890.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,081.00 | 13,428.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,770.00 | 1,770.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 350,238.00 | 1,194,486.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,258.50 | 2,803.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 2,889.50 | 2,889.50 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **363,701.50** | **1,254,089.50** | **2,889.50** | **2,889.50** |
| **TOTAL - EXPENSES** | **134,139.09** | **221,523.05** | **0.00** | **0.00** |
| **TOTAL FEES AND EXPENSES** | **497,840.59** | **1,475,612.55** | **2,889.50** | **2,889.50** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Steptoe & Johnson | | Stroock & Stroock[3] | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 8,870.00 | 59,542.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 1,147.50 | 44,921.50 |
| 03 - Business Operations | 0.00 | 0.00 | 3,301.00 | 28,167.00 |
| 04 - Case Administration | 0.00 | 0.00 | 33,069.00 | 247,999.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 41,298.50 | 417,967.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 14,937.50 | 17,152.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 37,550.00 | 343,108.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 329,233.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 9,420.00 | 125,508.50 |
| 11 - Fee Applications, Applicant | 11,480.00 | 14,980.00 | 18,113.50 | 137,881.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,587.50 | 15,891.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 13,170.00 |
| 14 - Hearings | 0.00 | 0.00 | 33,242.50 | 100,639.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 34,679.50 | 34,679.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 902.50 | 17,928.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 25,068.50 | 135,940.50 |
| 19 - Tax Litigation | 79,290.00 | 264,446.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 3,640.00 | 16,950.00 | 7,965.50 | 45,568.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 20,140.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | 94,410.00 | 296,376.00 | 271,153.00 | 2,135,439.50 |
| **TOTAL - EXPENSES** | 8,274.48 | 16,350.49 | 6,149.76 | 116,015.80 |
| **TOTAL FEES AND EXPENSES** | 102,684.48 | 312,726.49 | 277,302.76 | 2,251,455.30 |

4th Quarter Project Category Summary

## WR GRACE

### L. Tersigni

| Category | 4th Quarter | Cumulative thru 4th Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,462.50 | 17,805.50 |
| 08 - Employee Benefits/Pension | 0.00 | 15,955.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,284.00 | 2,600.25 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,235.00 | 2,235.00 |
| 21 - Valuation | 10,880.00 | 11,780.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 16,463.75 | 60,238.75 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 19,015.25 | 43,511.75 |
| **TOTAL - FEES** | **54,340.50** | **154,126.25** |
| **TOTAL - EXPENSES** | **1,239.44** | **7,190.80** |
| **TOTAL FEES AND EXPENSES** | **55,579.94** | **161,317.05** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Wallace King | |
|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,916.00 | 8,704.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 249,443.50 | 1,583,836.40 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | **253,359.50** | **1,592,540.40** |
| **TOTAL - EXPENSES** | **8,576.69** | **324,744.83** |
| **TOTAL FEES AND EXPENSES** | **261,936.19** | **1,917,285.23** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | | TOTAL 4th Quarter | | TOTAL thru | Cumulative 4th Quarter |
|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | $ | 38,285.00 | $ | | 225,771.50 |
| 02 - Asset Disposition | $ | 42,380.50 | $ | | 169,017.46 |
| 03 - Business Operations | $ | 12,076.00 | $ | | 97,770.50 |
| 04 - Case Administration | $ | 450,534.86 | $ | | 1,925,544.43 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ | 242,103.50 | $ | | 1,569,942.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ | 78,786.94 | $ | | 160,907.77 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ | 167,546.72 | $ | | 1,060,525.92 |
| 08 - Employee Benefits/Pension | $ | 161,297.33 | $ | | 874,188.62 |
| 09 - Employment Applications, Applicant | $ | 3,188.00 | $ | | 38,198.71 |
| 10 - Employment Applications, Others | $ | 94,560.50 | $ | | 415,046.50 |
| 11 - Fee Applications, Applicant | $ | 163,892.32 | $ | | 574,386.41 |
| 12 - Fee Applications, Others | $ | 32,624.00 | $ | | 109,197.55 |
| 13 - Financing | $ | 188.00 | $ | | 174,588.76 |
| 14 - Hearings | $ | 291,401.88 | $ | | 693,832.07 |
| 15 - Litigation and Litigation Consulting | $ | 3,165,026.35 | $ | | 9,297,764.75 |
| 16 - Plan and Disclosure Statement | $ | 17,255.50 | $ | | 114,680.50 |
| 17 - Relief from Stay Proceedings | $ | 19,835.50 | $ | | 169,921.00 |
| 18 - Tax Issues | $ | 44,547.28 | $ | | 219,669.93 |
| 19 - Tax Litigation | $ | 176,260.00 | $ | | 439,022.50 |
| 20 - Travel - Non-working | $ | 147,119.72 | $ | | 425,298.88 |
| 21 - Valuation | $ | 16,433.60 | $ | | 123,746.14 |
| 22 - ZAI Science Trial | $ | 3,217.00 | $ | | 5,232.00 |
| 23 - ZAI Science Trial - Expenses | $ | - | $ | | - |
| 24 - Other | $ | 67,754.00 | $ | | 468,541.50 |
| 25 - Accounting/Auditing | $ | 2,889.50 | $ | | 2,889.50 |
| 26 - Business Analysis | $ | 355,585.61 | $ | | 1,497,197.11 |
| 27 - Corporate Finance | $ | - | $ | | - |
| 28 - Data Analysis | $ | 19,015.25 | $ | | 43,511.75 |
| **TOTAL - FEES** | $ | 6,263,804.85 | $ | | 22,416,393.76 |
| **TOTAL - EXPENSES** | $ | 805,261.91 | $ | | 2,733,787.62 |
| **TOTAL FEES AND EXPENSES** | $ | 7,069,066.76 | $ | | 25,150,181.38 |

4th Quarter Project Category Summary
**WR GRACE**

[1] Category amounts for Conway Del Genio are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[2] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[3] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.