<u>**NOTICE OF APPEARANCE**</u><br><u>**AND REQUEST FOR SERVICE OF PAPERS**</u>

September 16, 2002

FILED
SEP 20  AM 11: 02
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, DE 19801

### IN RE W. R. GRACE & CO., et al.
Voluntary Proceedings under Chapter 11 of the Bankruptcy Code
Case Number 01-01139 (JKF)
Jointly Administered

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS TO THE CLERK OF THE COURT, THE DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Citadel Investment Group, L.L.C., party-in-interest in the above-styled case, pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in these cases, and all papers served in these cases be given to and served upon the undersigned at the following address, electronic mail address and/or facsimile number:

> Attn: S. Jay Novatney
> Citadel Investment Group, L.L.C.
> 225 W. Washington Street, 9th Floor
> Chicago, Illinois 60606
> Telephone No.: (312) 696-2100
> Facsimile No.: (312) 384-5658
> Email: jay.novatney@citadelgroup.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request for service of notices and papers includes, without limitation, orders and notices and any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail, delivery, telephone, facsimile or otherwise, filed or made with regard to the above-styled case and which affects the Debtor or the Debtor's estate.

_____
S. Jay Novatney
Citadel Investment Group, L.L.C.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was mailed to the following individuals on September 16, 2002.

**W. R. Grace & Co.**
7500 Grace Drive
Columbia, MD 21044
Attention: David B. Siegel

**Office of the United States Trustee**
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801
Attention: Frank J. Perch III

**Kirkland & Ellis**
200 East Randolph Street
Chicago, IL 60601
Attention: James H.M. Sprayregen
James W. Kapp III

**Pachulski, Stang, Ziehl, Young & Jones**
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Attention: Laura Davis Jones
David W. Carickhoff, Jr.

_____
S. Jay Novatney
Citadel Investment Group, L.L.C.