# Exhibit B

4th Quarter Project Category Summary
WR GRACE

| Category | Bilzin Sumberg | | Blackstone Group | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 4,527.50 | 0.00 | 247.46 |
| 03 - Business Operations | 1,275.00 | 9,536.00 | 0.00 | 0.00 |
| 04 - Case Administration | 63,430.50 | 256,644.00 | 41,096.61 | 126,357.18 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 26,250.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 500.00 | 38,504.94 | 42,491.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 6,224.00 | 92,553.50 | 64,421.72 | 286,532.92 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 151,057.83 | 299,435.12 |
| 09 - Employment Applications, Applicant | 12.00 | 2,247.50 | 0.00 | 1,732.21 |
| 10 - Employment Applications, Others | 3,280.00 | 39,885.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,381.00 | 36,932.70 | 6,664.32 | 30,808.96 |
| 12 - Fee Applications, Others | 2,673.50 | 17,610.80 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 8,452.50 | 0.00 | 63,844.26 |
| 14 - Hearings | 14,497.00 | 24,689.50 | 4,442.88 | 9,845.57 |
| 15 - Litigation and Litigation Consulting | 177,979.00 | 634,570.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 212.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 8,145.28 | 11,980.43 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 17,055.00 | 36,430.00 | 9,996.47 | 97,568.78 |
| 21 - Valuation | 0.00 | 0.00 | 5,553.60 | 111,808.64 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 195,116.36 | 1,011,514.86 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 289,807.00 | 1,191,042.50 | 525,000.00 | 2,094,167.66 |
| TOTAL - EXPENSES | 79,962.62 | 501,871.05 | 5,743.53 | 59,536.37 |
| TOTAL FEES AND EXPENSES | 369,769.62 | 1,692,913.55 | 530,743.53 | 2,153,704.03 |

4th Quarter Project Category Summary
WR GRACE

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 74.00 | 5,209.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 3,604.50 | 0.00 | 0.00 |
| 03 - Business Operations | 502.50 | 557.50 | 56.00 | 4,412.00 |
| 04 - Case Administration | 5,336.00 | 31,793.00 | 60,043.50 | 187,892.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,066.00 | 13,238.00 | 12,417.50 | 121,468.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,181.00 | 27,781.00 | 67.50 | 21,618.50 |
| 08 - Employee Benefits/Pension | 0.00 | 3,880.00 | 0.00 | 2,650.00 |
| 09 - Employment Applications, Applicant | 0.00 | 2,434.50 | 3,176.00 | 8,214.00 |
| 10 - Employment Applications, Others | 733.50 | 7,065.00 | 6,754.50 | 11,173.50 |
| 11 - Fee Applications, Applicant | 4,882.00 | 10,535.50 | 600.00 | 5,800.50 |
| 12 - Fee Applications, Others | 2,325.50 | 6,362.00 | 0.00 | 179.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 9,284.50 | 16,272.50 | 6,511.00 | 13,538.00 |
| 15 - Litigation and Litigation Consulting | 2,635.00 | 7,667.00 | 175,017.50 | 219,591.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 552.50 | 56.00 | 56.00 |
| 17 - Relief from Stay Proceedings | 29.00 | 881.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 435.00 | 435.00 | 17,353.75 | 23,726.75 |
| 21 - Valuation | 0.00 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 35,484.00 | 138,426.00 | 282,053.25 | 620,319.75 |
| TOTAL - EXPENSES | 6,577.30 | 26,446.74 | 27,615.46 | 53,103.35 |
| TOTAL FEES AND EXPENSES | 42,061.30 | 164,872.74 | 309,668.71 | 673,423.10 |

4th Quarter Project Category Summary
WR GRACE

| Category | Carella Byrne | | Casner & Edwards | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 3,975.00 | 8,120.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 12,292.50 | 12,292.50 | 577,721.50 | 863,492.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,600.00 | 2,600.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 14,892.50 | 14,892.50 | 581,696.50 | 871,612.50 |
| TOTAL - EXPENSES | 1,166.57 | 1,166.57 | 96,031.15 | 109,825.30 |
| TOTAL FEES AND EXPENSES | 16,059.07 | 16,059.07 | 677,727.65 | 981,437.80 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Committee: Asbestos Property Damage | |
|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | **0.00** | **0.00** |
| **TOTAL - EXPENSES** | **33,261.55** | **98,788.85** |
| **TOTAL FEES AND EXPENSES** | **33,261.55** | **98,788.85** |

4th Quarter Project Category Summary
WR GRACE

| Category | Conway Del Genio [1] | | Duane Morris | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 83.00 | 83.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 41.50 | 431.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 11,215.00 | 30,141.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 1,079.00 | 2,385.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 67.50 | 290.00 | 5,189.50 | 11,046.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 475.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 12,745.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 421.00 | 5,756.00 |
| 11 - Fee Applications, Applicant | 16.00 | 83.00 | 3,444.00 | 8,957.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 6,041.00 | 15,487.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,545.00 |
| 14 - Hearings | 9.00 | 9.00 | 6,118.00 | 15,374.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 4,386.00 | 11,631.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 273.00 | 273.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 95.00 | 95.00 |
| 20 - Travel - Non-working | 18.00 | 66.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 12.50 | 86.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 103.50 | 603.50 | 373.50 | 373.50 |
| 27 - Corporate Finance | 472.00 | 1,094.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 36.50 | 494.00 | 0.00 | 0.00 |
| TOTAL - FEES | 450,000.00 | 1,520,000.00 | 38,759.50 | 119,799.00 |
| TOTAL - EXPENSES | 4,809.71 | 23,418.83 | 5,113.59 | 21,690.00 |
| TOTAL FEES AND EXPENSES | 454,809.71 | 1,543,418.83 | 43,873.09 | 141,489.00 |

4th Quarter Project Category Summary
WR GRACE

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 4,427.25 | 29,023.25 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 10,997.50 | 99,762.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,995.00 | 13,760.00 | 14,922.50 | 45,339.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 133,461.50 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,568.00 | 3,618.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,869.00 | 8,718.00 | 27,585.00 | 83,419.00 |
| 12 - Fee Applications, Others | 973.50 | 1,138.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,840.00 | 5,473.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 7,701.25 | 22,342.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 350.00 | 2,172.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 143,632.00 | 425,070.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 22,724.00 | 86,689.50 | 197,137.00 | 787,051.50 |
| TOTAL - EXPENSES | 9,421.63 | 25,369.95 | 6,343.22 | 27,970.65 |
| TOTAL FEES AND EXPENSES | 32,145.63 | 112,059.45 | 203,480.22 | 815,022.15 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Hamilton Rabinovitz | | Holme Roberts | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 8,950.00 | 8,950.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 18,995.00 | 18,995.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 7,561.50 | 18,759.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 968,560.50 | 1,664,821.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 39,033.50 | 59,217.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 27,945.00 | 27,945.00 | 1,015,155.50 | 1,742,797.50 |
| TOTAL - EXPENSES | 309.81 | 309.81 | 136,984.52 | 256,376.44 |
| TOTAL FEES AND EXPENSES | 28,254.81 | 28,254.81 | 1,152,140.02 | 1,999,173.94 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Kirkland & Ellis | | Klett Rooney | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 29,258.00 | 154,008.00 | 0.00 | 276.50 |
| 02 - Asset Disposition | 35,612.50 | 105,745.50 | 948.00 | 948.00 |
| 03 - Business Operations | 564.00 | 7,818.00 | 190.00 | 861.50 |
| 04 - Case Administration | 159,413.00 | 742,387.50 | 12,541.50 | 16,452.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 125,628.50 | 747,927.00 | 380.00 | 380.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 24,154.50 | 97,119.00 | 111.00 | 190.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 5,529.00 | 147,770.50 | 2,041.00 | 2,673.00 |
| 08 - Employee Benefits/Pension | 10,121.00 | 85,016.00 | 118.50 | 118.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 63,330.50 | 194,711.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 28,194.00 | 94,043.50 | 2,846.00 | 3,901.50 |
| 12 - Fee Applications, Others | 390.00 | 13,944.00 | 3,693.00 | 4,929.50 |
| 13 - Financing | 0.00 | 79,521.00 | 0.00 | 0.00 |
| 14 - Hearings | 130,046.50 | 351,693.00 | 3,112.00 | 3,112.00 |
| 15 - Litigation and Litigation Consulting | 508,338.50 | 2,363,571.50 | 641.50 | 2,337.00 |
| 16 - Plan and Disclosure Statement | 2,815.50 | 13,180.00 | 411.00 | 411.00 |
| 17 - Relief from Stay Proceedings | 8,844.00 | 133,349.50 | 0.00 | 80.00 |
| 18 - Tax Issues | 11,333.50 | 71,737.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 96,875.00 | 172,662.50 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 40,781.00 | 129,396.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 473.50 | 145,767.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 1,281,702.50 | 5,851,369.00 | 27,033.50 | 36,671.00 |
| TOTAL - EXPENSES | 102,514.38 | 424,070.10 | 3,724.25 | 6,693.68 |
| TOTAL FEES AND EXPENSES | 1,384,216.88 | 6,275,439.10 | 30,757.75 | 43,364.68 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Kramer Levin | | Legal Analysis Systems | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 1,975.00 | 1,975.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 21,362.50 | 100,416.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 20,955.00 | 81,918.50 | 15,092.00 | 15,438.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 11,815.00 | 26,405.00 | 965.00 | 1,715.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,060.00 | 19,041.50 | 1,000.00 | 1,000.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 24,537.50 | 26,757.50 | 0.00 | 600.00 |
| 15 - Litigation and Litigation Consulting | 4,260.00 | 6,472.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 11,157.00 | 56,927.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 800.00 | 800.00 | 1,300.00 | 2,550.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **92,765.00** | **270,658.50** | **29,514.00** | **78,230.50** |
| **TOTAL - EXPENSES** | **6,963.66** | **25,503.30** | **517.49** | **2,518.87** |
| **TOTAL FEES AND EXPENSES** | **99,728.66** | **296,161.80** | **30,031.49** | **80,749.37** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Nelson Mullins[2] | | Pachulski Stang | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 2,764.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 2,656.00 | 6,616.50 |
| 03 - Business Operations | 0.00 | 0.00 | 1,484.00 | 13,771.50 |
| 04 - Case Administration | 0.00 | 0.00 | 11,837.50 | 63,095.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 492.00 | 1,458.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 4,183.00 | 22,417.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 3,963.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 59.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 9,053.00 | 27,328.50 |
| 11 - Fee Applications, Applicant | 3,293.50 | 26,582.00 | 7,791.00 | 22,692.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 14,645.00 | 32,830.25 |
| 13 - Financing | 0.00 | 0.00 | 188.00 | 5,056.00 |
| 14 - Hearings | 0.00 | 0.00 | 41,264.00 | 91,844.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 22,665.50 | 49,645.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 596.00 | 1,888.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 10,060.00 | 16,913.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 11.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 |
| 20 - Travel - Non-working | 0.00 | 158.10 | 1,316.00 | 2,687.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 3,217.00 | 5,232.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 59,615.50 | 284,982.00 | 7,665.00 | 17,652.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **62,909.00** | **311,722.10** | **139,113.00** | **389,745.00** |
| **TOTAL - EXPENSES** | **322.04** | **4,275.03** | **93,578.30** | **266,031.45** |
| **TOTAL FEES AND EXPENSES** | **63,231.04** | **315,997.13** | **232,691.30** | **655,776.45** |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Pitney Hardin | | Professor E. Warren | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 3,888.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 4,703.50 | 32,647.00 | 0.00 | 0.00 |
| 04 - Case Administration | 26,332.50 | 92,913.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 6,165.00 | 6,165.00 | 1,687.50 | 1,687.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,871.50 | 17,481.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 295.00 | 825.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 13,736.00 | 32,223.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 68,466.60 | 626,329.10 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 1,947.00 | 41,393.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 185.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 136,517.10 | 854,050.60 | 1,687.50 | 1,687.50 |
| TOTAL - EXPENSES | 26,231.48 | 113,306.12 | 0.00 | 0.00 |
| TOTAL FEES AND EXPENSES | 162,748.58 | 967,356.72 | 1,687.50 | 1,687.50 |

**WR GRACE**

| Category | Reed Smith | | Warren Smith & Associates, P. C. | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 430.00 | 430.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 4,924.00 | 36,282.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 4,890.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,081.00 | 13,428.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,770.00 | 1,770.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 350,238.00 | 1,194,486.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,258.50 | 2,803.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 2,889.50 | 2,889.50 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 363,701.50 | 1,254,089.50 | 2,889.50 | 2,889.50 |
| TOTAL - EXPENSES | 134,139.09 | 221,523.05 | 0.00 | 0.00 |
| TOTAL FEES AND EXPENSES | 497,840.59 | 1,475,612.55 | 2,889.50 | 2,889.50 |

4th Quarter Project Category Summary
**WR GRACE**

| Category | Steptoe & Johnson | | Stroock & Stroock[3] | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 8,870.00 | 37,996.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 1,147.50 | 20,554.50 |
| 03 - Business Operations | 0.00 | 0.00 | 3,301.00 | 28,167.00 |
| 04 - Case Administration | 0.00 | 0.00 | 33,069.00 | 134,571.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 41,298.50 | 222,773.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 14,937.50 | 15,832.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 37,550.00 | 177,657.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 109,744.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 9,420.00 | 64,627.00 |
| 11 - Fee Applications, Applicant | 11,480.00 | 14,980.00 | 18,113.50 | 76,327.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,587.50 | 9,798.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,390.00 |
| 14 - Hearings | 0.00 | 0.00 | 33,242.50 | 70,461.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 34,679.50 | 34,679.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 902.50 | 7,612.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 25,068.50 | 127,151.00 |
| 19 - Tax Litigation | 79,290.00 | 264,446.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 3,640.00 | 16,950.00 | 7,965.50 | 30,113.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 12,237.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL - FEES** | **94,410.00** | **296,376.00** | **271,153.00** | **1,184,693.50** |
| **TOTAL - EXPENSES** | **8,274.48** | **16,350.49** | **6,149.76** | **62,364.23** |
| **TOTAL FEES AND EXPENSES** | **102,684.48** | **312,726.49** | **277,302.76** | **1,247,057.73** |

4th Quarter Project Category Summary

WR GRACE

| Category | L. Tersigni | | Wallace King | |
|---|---|---|---|---|
| | 4th Quarter | Cumulative thru 4th Quarter | 4th Quarter | Cumulative thru 4th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,462.50 | 17,805.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 15,955.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,284.00 | 2,600.25 | 3,916.00 | 8,704.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 249,443.50 | 1,583,836.40 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,235.00 | 2,235.00 | 0.00 | 0.00 |
| 21 - Valuation | 10,880.00 | 11,780.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 16,463.75 | 60,238.75 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 19,015.25 | 43,511.75 | 0.00 | 0.00 |
| TOTAL - FEES | 54,340.50 | 154,126.25 | 253,359.50 | 1,592,540.40 |
| TOTAL - EXPENSES | 1,239.44 | 7,190.80 | 8,576.69 | 324,744.83 |
| TOTAL FEES AND EXPENSES | 55,579.94 | 161,317.05 | 261,936.19 | 1,917,285.23 |

4th Quarter Project Category Summary
WR GRACE

| Category | TOTAL 4th Quarter | | TOTAL Cumulative thru 4th Quarter |
|---|---|---|---|
| 01 - Asset Analysis and Recovery | $ | 38,285.00 | $ 204,225.50 |
| 02 - Asset Disposition | $ | 42,380.50 | $ 144,650.46 |
| 03 - Business Operations | $ | 12,076.00 | $ 97,770.50 |
| 04 - Case Administration | $ | 459,484.86 | $ 1,821,065.93 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ | 261,098.50 | $ 1,393,743.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ | 78,786.94 | $ 159,587.77 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ | 167,546.72 | $ 895,074.42 |
| 08 - Employee Benefits/Pension | $ | 161,297.33 | $ 654,699.62 |
| 09 - Employment Applications, Applicant | $ | 3,188.00 | $ 38,198.71 |
| 10 - Employment Applications, Others | $ | 94,560.50 | $ 354,165.00 |
| 11 - Fee Applications, Applicant | $ | 163,892.32 | $ 512,832.41 |
| 12 - Fee Applications, Others | $ | 32,624.00 | $ 103,104.55 |
| 13 - Financing | $ | 188.00 | $ 165,808.76 |
| 14 - Hearings | $ | 291,401.88 | $ 663,654.07 |
| 15 - Litigation and Litigation Consulting | $ | 3,165,026.35 | $ 9,297,764.75 |
| 16 - Plan and Disclosure Statement | $ | 17,255.50 | $ 114,680.50 |
| 17 - Relief from Stay Proceedings | $ | 19,835.50 | $ 159,604.50 |
| 18 - Tax Issues | $ | 44,547.28 | $ 210,880.43 |
| 19 - Tax Litigation | $ | 176,260.00 | $ 439,022.50 |
| 20 - Travel - Non-working | $ | 147,119.72 | $ 409,843.88 |
| 21 - Valuation | $ | 16,433.60 | $ 123,746.14 |
| 22 - ZAI Science Trial | $ | 3,217.00 | $ 5,232.00 |
| 23 - ZAI Science Trial - Expenses | $ | - | $ - |
| 24 - Other | $ | 67,754.00 | $ 460,639.00 |
| 25 - Accounting/Auditing | $ | 2,889.50 | $ 2,889.50 |
| 26 - Business Analysis | $ | 355,585.61 | $ 1,497,197.11 |
| 27 - Corporate Finance | $ | - | $ - |
| 28 - Data Analysis | $ | 19,015.25 | $ 43,511.75 |
| TOTAL - FEES | $ | 6,291,749.85 | $ 21,493,592.76 |
| TOTAL - EXPENSES | $ | 805,571.72 | $ 2,680,445.86 |
| TOTAL FEES AND EXPENSES | $ | 7,097,321.57 | $ 24,174,038.62 |

4th Quarter Project Category Summary
**WR GRACE**

[1] Category amounts for Conway Del Genio are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[2] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[3] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Scotta E. McFarland, hereby certify that on the 23[th] day of September 2002, I

caused a copy of the following document to be served on the individuals on the attached service

lists in the manner indicated:

1. **CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER AND RELATED SUMMARY BY THE FEE AUDITOR ON PROFESSIONAL FEES FOR THE FOURTH INTERIM PERIOD**

2. **ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE FOURTH INTERIM PERIOD**

Scotta E. McFarland (DE Bar No. 4184)

91100-001\DOCS_DE:53750.2

W. R. Grace Core Group Service List
Case No. 01-1139 (JJF)
Document Number: 27348
September 23, 2002
07 – Hand Delivery
10 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  7502

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Supplemental Service List
(W.R. Grace Professional Service list)
Case No. 01-01139
Document No. 54264
01 – Email Delivery
09 - Hand Delivery
27 - First Class Mail

**Hand Delivery**
)
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Special Asbestos Products
Liability Defense)
Richard A. Keuler, Jr., Esquire
Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

**Hand Delivery**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE  19801

**Hand Delivery**
)
Kurt Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

**Hand Delivery**
)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**Hand Delivery**
)
Michael R. Lastowski, Esquire
Duane, Morris, & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

**First Class Mail**
)
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Counsel for Special Asbestos Products
Liability Defense)
James J. Restivo
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NY 07663

*First Class Mail*
(Special Litigation Counsel)
Robert A. Murphy, Esquire
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

*First Class Mail*
John M. Agnello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
Six Becker Farm Road
Roseland, NJ 07068-1739

*First Class Mail*
(Accountant and Financial Advisor for the
Official Committee of Asbestos Personal
Injury Claimants)
Loreto T. Tersigni
L. Tersigni Consulting, P.C.
2001 West Main Street, Suite 220
Stamford, CT 06902

*First Class Mail*
Elizabeth K. Flaagan, Esquire
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

*First Class Mail*
Christopher H. Marraro
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 2007

*First Class Mail*
Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
Anthony J. Marchetta, Esquire
Pitney, Hardin, Kipp & Szuch LLp
P.O. Box 1945
Morristown, NJ 07962

*First Class Mail*
Newman Jackson Smith, Esquire
Nelson Mullins Riley & Scarborough, LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
G. Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Arelene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*First Class Mail*
)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
)
David M. Cleary
Karen Brown
Nelson Mullins Riley and Scarborough, LLP
P.O. Box 1806
Charleston, SC 29402-1806

*First Class Mail*
)
Ms. Libby Hamilton
FTI Policano & Manzo
900 Bestgate Road, Suite 100
Annapolis, MD 21401

*First Class Mail*
)
Michael F. Gries
Gregory Boyer
Olympic Tower
Conway, Del Genio, Gries & Co., LLP
645 Fifth Avenue
New York, NY 10022

*First Class Mail*
)
Hamilton, Rabinovitz & Alschuler, Inc.
c/o Jay M. Sakalo
Bilzin, Sumberg, Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

*First Class Mail*
)
Teresa K.D. Currier, Esquire
J. Waxman
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

***First Class Mail***

)
Legal Analysis Systems
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360

***First Class Mail***

)
Professor Elizabeth Warren
c/o Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, NY  10022

***First Class Mail***

)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

***First Class Mail***

)
Carol Henessey
David S. Heller
J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

***First Class Mail***

)
Paul J. Silvern, Partner
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd
Suite 890
Los Angeles, CA  90045