Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                 HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/03/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.3    759.00
#7405     process exposure information and add to analytical     330.00
          files

05/16/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7215     telephone Relles re: Grace data shipment               500.00

05/16/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.2    396.00
#7416     review WR Grace data shipment; reply to Finch email;   330.00
          telephone Peterson (.2) re: same

05/21/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7216     telephone Relles re: cdrom contents, todo list         500.00

05/21/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.8    594.00
#7417     load Grace data from cdroms; telephone Peterson (.2)   330.00
          re: cdrom contents

05/21/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7418     telephone Peterson re: to-do list                      330.00

05/23/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.5    825.00
#7419     organize latest data shipment; develop listings and    330.00
          frequencies; scan data

05/28/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7420     receive another data shipment; organize files and      330.00
          dictionaries; develop listings and frequencies; scan
          data

05/29/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#7421     assemble additional data shipments, compare with       330.00
          old, select newest information

05/30/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.3    150.00
#7218     Telephone Inselbuch; telephone Relles re: work plans   500.00

05/30/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7422     telephone Peterson re: work plans                      330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 2

                   W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/31/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.3    429.00
#7423     review recently received WRG data shipments (four of  330.00
          them); select best information, check to make sure
          not throwing away any information

06/02/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  1.0    500.00
#7220     Prepare for meeting, review analyses              500.00

06/02/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  3.5   1155.00
#7424     build files and compare with data received from ARPC  330.00

06/04/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7223     telephone Relles re: Grace projections            500.00

06/04/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7425     telephone Peterson re: Grace projections          330.00

06/08/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  1.0    240.00
#7701     coder training for assembling jury verdict data    240.00

06/08/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7227     Telephone Relles; review meetings and plan analyses  500.00

06/08/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7429     run several variations of projections; summarize   330.00
          results; telephone Peterson (.4) re: results

06/11/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7435     receive new cdrom; check contents                 330.00

06/13/02  Relles    / (02) Asbestos: Claims Analysis & Valuation  2.0    660.00
#7439     prepare data summaries for Finch                  330.00

06/14/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  4.3   2150.00
#7239     Review materials on claims projections            500.00

06/15/02  Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.8    192.00
#7702     Review jury verdict coded cases                   240.00

06/17/02  Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.6   1300.00
#7244     Analyses of resolved claims; telephone Relles (.2)  500.00
          re: verdicts; correspondence with Finch

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
06/17/02  Relles   / (02) Asbestos: Claims Analysis & Valuation 1.0    330.00
#7447     identify verdicts in WRG databases; telephone      330.00
          Peterson (.2) re: same

06/20/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.5    120.00
#7703     Jury verdict data entry preparation               240.00

06/21/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.2     48.00
#7704     Arrange jury verdict data entry schedule          240.00

06/21/02  Relles   / (02) Asbestos: Claims Analysis & Valuation 0.7    231.00
#7457     examine judgements in Grace databases             330.00

06/22/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 2.5    600.00
#7705     Inventory jury verdict coding forms; ship to data  240.00
          entry; update occupation code list; prepare data
          entry specs

06/24/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.1     24.00
#7706     Respond to jury verdict data entry queries        240.00

06/25/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.1     24.00
#7707     Respond to jury verdict data entry queries        240.00

06/26/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.2     48.00
#7708     Ship current jury verdict cases to data entry     240.00

06/27/02  Brelsford / (02) Asbestos: Claims Analysis & Valuation 0.8   160.00
#7901     archive data and email; develop software to       200.00
          facilitate table preparation

06/27/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 1.5    360.00
#7709     Update jury verdict plaintiff attorney code list;  240.00
          prepare record layout

06/29/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.3     72.00
#7710     Review data file from jury verdict data entry     240.00

06/30/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation 0.5    120.00
#7711     Prepare jury verdict record layouts               240.00

06/30/02  Relles   / (02) Asbestos: Claims Analysis & Valuation 0.6    198.00
#7461     develop dictionaries from Ebener email; organize   330.00
          datasets

Date: 08/05/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
05/07/02  Peterson  / (17) Committee Matters & Creditor Mtgs    4.0   2000.00
#7209     Meeting with attorneys to discuss fraudulent        500.00
          conveyance

05/15/02  Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7213     Meet with attorneys and financial consultants on    500.00
          developments in case

06/03/02  Peterson  / (17) Committee Matters & Creditor Mtgs    0.5    250.00
#7222     Meet with Inselbuch to discuss committee meeting    500.00

06/04/02  Peterson  / (17) Committee Matters & Creditor Mtgs    1.3    650.00
#7224     Review data and prepare for committee meeting       500.00

06/04/02  Peterson  / (17) Committee Matters & Creditor Mtgs    1.7    850.00
#7225     Committee meeting                                   500.00

06/19/02  Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7451     dinner meeting with Finch re: Rourke deposition     330.00

06/20/02  Relles    / (17) Committee Matters & Creditor Mtgs    1.0    330.00
#7453     breakfast meeting with Finch re: Rourke deposition  330.00

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 5

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7401     review Florence report, look for evidence of       330.00
          exposure in WRG data

05/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2     600.00
#7201     Memo to Finch re: KPMG report                      500.00

05/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8    1400.00
#7202     Review KPMG report; memo on issues                 500.00

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.6     198.00
#7402     read Peterson memo on issues in ARPC forecasts     330.00

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5     165.00
#7403     look for evidence of Texas out-of-state cases      330.00
          rejected in the ARPC models

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.0     660.00
#7404     review ARPC SPSS programs, Fortran programs, and   330.00
          data files for information on completeness for
          birthdate, exposure dates, diagnosis dates; review
          how they were imputed

05/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7406     tabulate counts of cases needed in the ARPC models 330.00
          with missing information

05/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0     500.00
#7203     telephone Relles re: ARPC forecasts                500.00

05/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.5    1750.00
#7204     Review Relles' tabulations; review KPMG SPSS       500.00
          programs

05/04/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3     759.00
#7407     prepare summary data descriptions; telephone       330.00
          Peterson (1.0) re: review status of information
          supporting ARPC forecasts

05/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.5    3750.00
#7205     Review and prepare documents for meeting with      500.00
          attorneys re: fraudulent conveyance

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
05/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7206     telephone Relles (several) re: problems with ARPC's 500.00
          use of WRG data, review data summaries

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.9    957.00
#7408     convert all ARPC SPSS save files to ascii and       330.00
          produce summary printouts to help understand what
          ARPC did in their data processing/modeling efforts

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.7    231.00
#7409     identify Texas out of state plaintiffs              330.00

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7410     run LAS projections models for all datasets varying 330.00
          the use of Texas out of state plaintiffs as well as
          most serious disease

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.2   1386.00
#7411     telephone Peterson (several, 1.5) re: potential     330.00
          problems with ARPC's use of WRG data; produce
          various data summaries to illuminate same

05/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.2   2600.00
#7207     Review documents in preparation for meeting;        500.00
          telephone Relles (many)

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7412     telephone Peterson re: review summaries of WRG data 330.00

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.8   1254.00
#7413     prepare several tables for Caplin-Drysdale meeting, 330.00
          fax to Peterson

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7210     telephone Relles re: review tables                  500.00

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.5    250.00
#7211     telephone Relles re: Washington meeting results and 500.00
          future tasks

05/07/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7414     telephone Peterson (.3) re: review tables faxed from 330.00
          previous evening; revise several tables and resend

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 7

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
05/07/02  Relles   / (34) Litigation/Fraudulent Conveyance   0.5   165.00
#7415     telephone Peterson re: Washington meeting results 330.00
          and future tasks

05/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance  0.5   250.00
#7212     Review Stallard forecast                          500.00

05/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance  3.7  1850.00
#7217     Review documents re: fraudulent conveyance        500.00

05/31/02  Peterson  / (34) Litigation/Fraudulent Conveyance  3.8  1900.00
#7219     Review documents re: fraudulent conveyance        500.00

06/06/02  Relles   / (34) Litigation/Fraudulent Conveyance   3.4  1122.00
#7426     read Rourke report, examine the potential effect of 330.00
          CMS entry date on Rourke analysis

06/07/02  Relles   / (34) Litigation/Fraudulent Conveyance   3.4  1122.00
#7427     reproduce ARPC analysis files; process data that  330.00
          supported ARPC analysis; reproduce ARPC report's
          tables

06/07/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.6   858.00
#7428     develop summary tables based on ARPC and latest WRG 330.00
          files; run projections; compare results

06/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance  2.8  1400.00
#7228     Review materials on fraudulent conveyance and     500.00
          analyses, prepare for conference with attorneys

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance  0.7   350.00
#7229     Discuss ARPC analyses and preparation of report with 500.00
          Finch, Swett, Relles

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance  2.5  1250.00
#7230     Review Rourke materials                           500.00

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance  1.0   500.00
#7231     Telephone Fleishman, Finch re: requirements of    500.00
          report

06/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance  2.7  1350.00
#7232     Review data related to KPMG report and analysis;  500.00
          telephone Relles (.9)
```

{D0004128:1 }

Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
06/10/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.2   1056.00
#7430      prepare materials for conf call; telephone Peterson  330.00
           (.9) re: estimation, depositions

06/10/02   Relles   / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7431      conference call with Finch, Peterson re: data,       330.00
           estimation, depositions

06/10/02   Relles   / (34) Litigation/Fraudulent Conveyance    2.7    891.00
#7432      develop additional tables and comparisons of         330.00
           projections for different base years

06/11/02   Peterson / (34) Litigation/Fraudulent Conveyance    0.8    400.00
#7233      Meet with Relles to review Rourke materials          500.00

06/11/02   Peterson / (34) Litigation/Fraudulent Conveyance    0.9    450.00
#7234      Review Rourke materials                              500.00

06/11/02   Peterson / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7235      Review documents re: fraudulent conveyance           500.00

06/11/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7433      meeting Peterson re: Rourke deposition               330.00

06/11/02   Relles   / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7434      review materials for Rourke deposition               330.00

06/12/02   Peterson / (34) Litigation/Fraudulent Conveyance    2.6   1300.00
#7236      Review frequencies in Grace database for variables   500.00
           in Rourke analysis; telephone conference with Relles
           (0.8)

06/12/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7436      telephone Peterson re: review to-do list, Rourke     330.00
           analysis

06/12/02   Relles   / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7437      read Rourke paper, annotate with comments            330.00

06/12/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7438      back up data files                                   330.00

06/13/02   Peterson / (34) Litigation/Fraudulent Conveyance    5.9   2950.00
#7237      Review KPMG May 1997 report; review KPMG April 1997  500.00
           report

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 9

                W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
06/13/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.3   150.00
#7238      telephone Relles re: Rourke analysis issues   500.00

06/13/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.5   825.00
#7440      read Rourke paper and follow-up correspondence among 330.00
           Grace principals, outline areas of inquiry for
           deposition

06/13/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.3    99.00
#7441      telephone Peterson re: Rourke analysis        330.00

06/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.3   650.00
#7240      Telephone Relles re: problems with Rourke analysis; 500.00
           review summary statistics from new dataset

06/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.5   750.00
#7241      Develop questions for deposition of Rourke; review 500.00
           Relles suggested issues for deposition

06/14/02   Relles    / (34) Litigation/Fraudulent Conveyance    3.0   990.00
#7442      compose questions for deposition re: data problems 330.00
           and problems with theoretical models; telephone
           Peterson re: integration of comments

06/15/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.3  1419.00
#7443      compose additional questions for deposition re:  330.00
           empirical results

06/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.9  1450.00
#7242      Review Rourke materials; memo to Finch; telephone 500.00
           Relles

06/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance    6.2  3100.00
#7243      Draft issues and questions for Rourke deposition 500.00

06/16/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.3  1419.00
#7444      compose questions for deposition; obtain empirical 330.00
           results summarizing and describing magnitude of
           problems with ARPC analysis

06/16/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.5   165.00
#7445      telephone Peterson (several) re: memorandum for  330.00
           Finch

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 10

                W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
06/16/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.3   1089.00
#7446      do supporting computations, finish, and send Finch  330.00
           memorandum

06/18/02   Peterson  / (34) Litigation/Fraudulent Conveyance   1.0    500.00
#7245      Review transition from nonspecific to specific      500.00
           diseases in Grace database

06/18/02   Peterson  / (34) Litigation/Fraudulent Conveyance   3.4   1700.00
#7246      Review statistics of filings/payment develop        500.00
           preliminary forecasts; summaries for attorneys

06/18/02   Peterson  / (34) Litigation/Fraudulent Conveyance   1.2    600.00
#7247      Telephone Relles (several) re: analyses and         500.00
           forecasts

06/18/02   Relles   / (34) Litigation/Fraudulent Conveyance    1.2    396.00
#7448      telephone Peterson (several) re: review transition  330.00
           matrix, discuss projections

06/19/02   Peterson  / (34) Litigation/Fraudulent Conveyance   3.7   1850.00
#7248      Review documents to prepare for report              500.00

06/19/02   Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7249      telephone Relles re: Rourke deposition              500.00

06/19/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.7   1221.00
#7449      read Rourke materials; examine data completeness    330.00
           issues; write additional questions

06/19/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7452      telephone Peterson (2 calls) re: Rourke deposition  330.00

06/20/02   Peterson  / (34) Litigation/Fraudulent Conveyance   0.9    450.00
#7250      Review documents to prepare for report              500.00

06/20/02   Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7251      telephone Relles (2 calls) re: Rourke deposition    500.00

06/20/02   Relles   / (34) Litigation/Fraudulent Conveyance    7.0   2310.00
#7454      attend Rourke deposition                            330.00

06/20/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7455      telephone Peterson re: Rourke deposition            330.00

```
Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 11

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.6  1800.00
#7252     Telephone conference with Finch, Swett, Lockwood;    500.00
          prepare for call

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.5  1250.00
#7253     Review documents re: fraudulent conveyance           500.00

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.9  3950.00
#7258     Review documents re: fraudulent conveyance           500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.2  2600.00
#7254     Review Rourke deposition                             500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.6   800.00
#7255     Review documents to prepare for report               500.00

06/23/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.2  2100.00
#7256     Review Rourke deposition                             500.00

06/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1   550.00
#7257     Review judgments; telephone Relles (.3) to discuss   500.00

06/24/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.3    99.00
#7458     telephone Peterson re: judgments                     330.00

06/25/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.0  1000.00
#7259     Review Stallard report and analyses                  500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.4   700.00
#7260     Plan structure of report; telephone Finch            500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.5  1250.00
#7261     Analysis of Grace liability based on judgments;      500.00
          memos to Finch

06/27/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.3  2150.00
#7262     Review Grace Monthly asbestos reports                500.00

06/28/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.8  2900.00
#7263     Review documents provided by KPMG; review documents  500.00
          provided by Grace

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.2  3100.00
#7264     Research Grace and asbestos on internet; compile     500.00
          relevant documents
```

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 12

              W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7265     Develop questions for Stallard deposition          500.00

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.2    100.00
#7266     telephone Relles re: Rourke analysis               500.00

06/29/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.2     66.00
#7459     telephone Peterson re: Rourke analysis             330.00

06/30/02  Peterson  / (34) Litigation/Fraudulent Conveyance    9.3   4650.00
#7267     Review Stallard report; KPMG reports; draft        500.00
          questions for Stallard deposition

06/30/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4    462.00
#7460     review Stallard report, review Peterson questions  330.00
          for Stallard deposition

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.4    200.00
#7268     Telephone Finch to discuss report and analysis     500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4   1200.00
#7269     Review documents for case                          500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.2   1100.00
#7270     Memo to Relles re: analyses for report; telephone  500.00
          Relles (.5)

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4   1200.00
#7271     Work on draft of report                            500.00

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4    462.00
#7462     review Peterson report plans; telephone Peterson   330.00
          (.5) re: same

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7463     construct report tables based on Rourke critique   330.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1    550.00
#7272     Draft issues/questions re: Florence deposition     500.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.4   2200.00
#7273     Review use of asbestos related term in Grace       500.00
          database; review analyses; telephone Relles (1.2)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 13

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.9    950.00
#7274     Review disease transitions in Grace data; telephone 500.00
          Relles (0.5)

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.6   3800.00
#7275     Work on report re: fraudulent transaction           500.00

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7464     attempt to explain meaning of ASR and ultimate      330.00
          resolution of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.2    726.00
#7465     examine matter-id's that give rise to a large number 330.00
          of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.7    561.00
#7466     telephone Peterson (several) re: use of ASR,        330.00
          disposition of ASR cases

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0    500.00
#7276     Review documents and telephone Boyer re: PWC        500.00
          analysis

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.3   1150.00
#7277     Telephone (several) with Relles on projections and  500.00
          analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.6    800.00
#7278     Review analyses of KPMG issues; draft memo to Relles 500.00
          re: further analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.4    700.00
#7279     Review Stallard depo                                500.00

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.4   2700.00
#7280     work on report, develop analysis of KPMG report;    500.00
          review Stallard and KPMG reports

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7281     analysis of resolution codes in Grace database;     500.00
          telephone Relles (0.5)

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 14

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.9  1617.00
#7467     run several variations of projections: ASR mappings 330.00
          to diseases, Texas out of state effects, looking at
          settlement years vs filing years to determine
          settlement values

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.8   594.00
#7468     telephone Peterson (several) re: discuss results of 330.00
          projection variations, tabulations showing how
          parameter estimates vary with ASR allocation
          strategies

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0   330.00
#7469     telephone Peterson re: review design of report      330.00

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.7   891.00
#7470     begin coding up programs to produce report tables   330.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.4  2200.00
#7282     Work on criticisms of KPMG reports                  500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.1  1050.00
#7283     Review ARPC August 1998 report                     500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.1  2050.00
#7284     Review Stallard deposition                         500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.5   250.00
#7285     telephone Relles re: review variation of summary    500.00
          computations across WRG file generations

07/04/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.1  1353.00
#7471     run summary computations on Rourke as well as later 330.00
          files; compare results; telephone Peterson (.5) re:
          initial findings

07/04/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.8   924.00
#7472     run projections based on three separate generations 330.00
          of files; analyze differences in projections

07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.7  1850.00
#7286     Review projections and alternatives;               500.00

07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.5   750.00
#7287     telephone Relles to discuss projections and analyses 500.00
```

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 15

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance   11.0  5500.00
#7288     Work on draft of report                           500.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.6   858.00
#7473     develop a single set of program code to process   330.00
          files and run projections for the three generations
          of files and all variations; debug code

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.1  1023.00
#7474     analyze effects of parameter assumptions          330.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.5   495.00
#7475     telephone Peterson (several) re: review results and 330.00
          assumptions

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.8   924.00
#7476     link with Manville, develop alternative disease   330.00
          estimates; rerun and debug projections

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.5   495.00
#7477     review Peterson report; develop tables and other  330.00
          statistics for report

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5   165.00
#7478     review Florence deposition                        330.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.8  3400.00
#7289     Analyses to understand impact on various assumptions 500.00
          on Grace forecasts; telephone Relles (2.2)

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance    8.4  4200.00
#7290     Draft report                                      500.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.7   350.00
#7291     Telephone Relles to discuss draft of report       500.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.3  1419.00
#7479     compute and enter statistics into Peterson report 330.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.9   957.00
#7480     telephone Peterson (several) re: progress in      330.00
          developing report tables, results of projections

{D0004128:1 }

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 16

              W. R. Grace (continued)


Date/Slip# Description                                 HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
07/06/02  Relles   / (34) Litigation/Fraudulent Conveyance    4.8  1584.00
#7481     rerun projections, summary statistics for report;  330.00
          check results

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.0  1000.00
#7292     Review Relles' draft of section on databases       500.00

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.1   550.00
#7293     Develop analysis of Grace liability based on present 500.00
          data; memo to Relles; telephone Relles (.4) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.9  1450.00
#7294     Review ARPC August 1998 report; develop relevant   500.00
          analyses; memo to Relles; telephone Relles (.3) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.3   650.00
#7295     Review transitions for Grace nonspecific disease   500.00
          categories

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.9  1950.00
#7296     Examine alternative forecast models; telephone     500.00
          Relles (1.0) to discuss

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance   4.8  2400.00
#7297     Draft report                                       500.00

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance    8.3  2739.00
#7482     work on report; run alternative projections,       330.00
          summarize projection results; telephone Peterson
          (several, 1.7) re: same

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance    4.2  1386.00
#7483     construct parts of report; rerun descriptive       330.00
          computations to add to the report

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance   4.3  2150.00
#7298     Review/compare various Grace databases; telephone  500.00
          conferences with Relles (2.0)

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance   6.9  3450.00
#7299     Draft report                                       500.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 17

              W. R. Grace (continued)


Date/Slip# Description                                 HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7300     Research data about claims among defendants circa  500.00
          1998

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7301     Review alternative means to allocate unspecified   500.00
          disease claims

07/08/02  Relles    / (34) Litigation/Fraudulent Conveyance   14.0   4620.00
#7484     work on report: compose text and tables, run various 330.00
          programs to compute descriptive statistics, run
          projections, analyze results; telephone Peterson
          (several, 2.0)

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7302     Review data for 1999 Grace database                500.00

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7303     Review data analyses of KPMG report; memo to Relles 500.00
          re analyses; telephone Relles (several, 1.2) re:
          projections

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    9.3   4650.00
#7304     Draft report                                       500.00

07/09/02  Relles    / (34) Litigation/Fraudulent Conveyance   12.0   3960.00
#7485     work on report, continue derivation of tables,     330.00
          descriptive statistics, projections, and projection
          summaries; telephone Peterson (several, 1.2) re:
          same

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.7    850.00
#7305     Draft report                                       500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    8.1   4050.00
#7306     Review, revise and continue drafting report        500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.1   1050.00
#7307     Review Florence deposition                         500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7308     telephone Relles re: report status                 500.00

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 18

                  W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/10/02  Relles    / (34) Litigation/Fraudulent Conveyance   2.5    825.00
#7486     format report for distribution; put into Word files; 330.00
          send to Finch and Swett

07/10/02  Relles    / (34) Litigation/Fraudulent Conveyance   2.8    924.00
#7487     read and note required changes to report         330.00

07/10/02  Relles    / (34) Litigation/Fraudulent Conveyance   0.3     99.00
#7488     telephone Peterson re: status of report          330.00

07/11/02  Peterson  / (34) Litigation/Fraudulent Conveyance  10.6   5300.00
#7309     Review, revise and continue drafting report;      500.00
          telephone Relles (several, .4) re: report status

07/11/02  Relles    / (34) Litigation/Fraudulent Conveyance   1.6    528.00
#7489     determine pending claims by filing year for various 330.00
          years' databases

07/11/02  Relles    / (34) Litigation/Fraudulent Conveyance   0.4    132.00
#7490     telephone Peterson (several) re: status of report, 330.00
          modeling issues

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   9.7   4850.00
#7310     Review, revise and continue drafting report       500.00

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.1   1050.00
#7311     Analysis of Grace's expenses for defense          500.00

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.2   1600.00
#7312     Review Stallard deposition and report             500.00

07/12/02  Relles    / (34) Litigation/Fraudulent Conveyance   6.5   2145.00
#7491     update computations using 1998 cpi; update defense 330.00
          costs; update discount rate model; update
          projections

07/13/02  Peterson  / (34) Litigation/Fraudulent Conveyance  16.2   8100.00
#7313     Review, revise and continue drafting report;      500.00
          telephone Relles (.5) re: Section 3

07/13/02  Relles    / (34) Litigation/Fraudulent Conveyance   4.2   1386.00
#7492     find information on 6,927 missing 1997 claims;    330.00
          incorporate into 1998 database

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 19

                W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/13/02   Relles    / (34) Litigation/Fraudulent Conveyance     2.6    858.00
#7493      rerun projections, update all submodels, based on   330.00
           incorporation of missing 1997 claims

07/13/02   Relles    / (34) Litigation/Fraudulent Conveyance     2.8    924.00
#7494      begin update of report based on new computations    330.00

07/13/02   Relles    / (34) Litigation/Fraudulent Conveyance     3.5   1155.00
#7495      finish Section 3 of report; telephone Peterson (.5)  330.00
           re: same

07/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance     8.5   4250.00
#7314      Review, revise and continue drafting report;        500.00
           telephone Relles (several) re: progress and status

07/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance     1.2    600.00
#7315      Draft report section on Stallard report             500.00

07/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance     0.2    100.00
#7316      Telephone Aiken re: discount rates                  500.00

07/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance     2.7   1350.00
#7317      examine effects of alternative assumptions;         500.00
           telephone Relles (several, 1.0) re: sensitivity
           analysis results

07/14/02   Relles    / (34) Litigation/Fraudulent Conveyance     2.7    891.00
#7496      examine effects of alternative assumptions;         330.00
           telephone Peterson (several, 1.0) re: sensitivity
           analysis results

07/14/02   Relles    / (34) Litigation/Fraudulent Conveyance     3.1   1023.00
#7497      further revisions and additions to Section 3        330.00

07/14/02   Relles    / (34) Litigation/Fraudulent Conveyance     4.5   1485.00
#7498      work on revisions and additions to Section 2        330.00

07/14/02   Relles    / (34) Litigation/Fraudulent Conveyance     0.5    165.00
#7499      telephone Peterson (several) re: progress and status 330.00
           of report

07/14/02   Relles    / (34) Litigation/Fraudulent Conveyance     0.8    264.00
#7500      review Section 5                                     330.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 20

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/15/02  Peterson  / (34) Litigation/Fraudulent Conveyance   13.6   6800.00
#7318     Review, revise and continue drafting report;       500.00
          telephone Relles (0.9)

07/15/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0    500.00
#7319     Review Aiken fax, memo to Relles re: discount rates; 500.00
          telephone Relles (0.6)

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance    6.8   2244.00
#7501     further revisions to report and supporting          330.00
          computations to complete first draft; telephone
          Peterson (several, 1.5) re: same

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7502     prepare cash flows for report and accountant        330.00

07/15/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.5   1155.00
#7503     produce final version of report; send to Finch et al 330.00

07/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.2   2100.00
#7320     Revise report for fraudulent conveyance             500.00

07/16/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0    500.00
#7322     Work on report; telephone Relles (many) re: report; 500.00
          telephone Finch re: report

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.6    198.00
#7504     telephone Finch re: review draft report, go over    330.00
          additional requirements

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.3     99.00
#7505     telephone Peterson re: draft report                 330.00

07/16/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7506     develop time payment streams for Appendix to report 330.00
          and for accountants; check results of all
          computations to ensure consistency with the report

07/17/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7324     Work on report; telephone Relles (many, 1.2) re:    500.00
          report; telephone Finch re: report

07/17/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.5   1155.00
#7507     finish development of time payment streams;         330.00
          construct appendix to report

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 21

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/17/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.6   858.00
#7508     begin to prepare information for cdrom           330.00

07/17/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.2   396.00
#7509     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance    3.8  1900.00
#7327     Work on report; telephone Relles (many)          500.00

07/18/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.2   396.00
#7510     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3   759.00
#7511     finish preparation of information for cdrom       330.00

07/18/02  Relles    / (34) Litigation/Fraudulent Conveyance    7.0  2310.00
#7512     revise report incorporating Peterson's and Finch's 330.00
          comments; build new tables; import into Word; send
          email

07/19/02  Peterson  / (34) Litigation/Fraudulent Conveyance   14.0  7000.00
#7329     Work on report; telephone Relles (many) re: report; 500.00
          telephone Finch re: report

07/19/02  Relles    / (34) Litigation/Fraudulent Conveyance   12.8  4224.00
#7513     work on report, build appendices, finish documenting 330.00
          cdroms for distribution; telephone Peterson
          (several, 1.5) re: same

07/20/02  Peterson  / (34) Litigation/Fraudulent Conveyance    6.4  3200.00
#7331     Finish and review report; arrange for required     500.00
          distribution; telephone Relles (several); meeting
          with Relles re: distribution of report

07/20/02  Relles    / (34) Litigation/Fraudulent Conveyance    6.3  2079.00
#7514     final revisions to report; final revisions to      330.00
          cdroms; oversee report reproduction; telephone
          Peterson (several, 1.3) re: revisions; meet with
          Peterson re: distribution

07/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.6  1300.00
#7332     Review report; telephone Relles (several) about    500.00
          distribution of report

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 22

                W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.4    132.00
#7515     miscellaneous emails to Finch, Cunningham re: status 330.00
          of report

07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7516     telephone Peterson (several) re: distribution of   330.00
          report

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7517     read final report, note additions/corrections      330.00

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.0    660.00
#7518     organize dictionaries for jury data; obtain        330.00
          frequencies and printouts; review data

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7335     Review Hughes deposition                           500.00

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance    1.8    900.00
#7336     Review fraudulent conveyance report                500.00

07/24/02  Peterson / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7337     Telephone: Finch; financial advisers; re: insurance; 500.00
          review projection models

07/29/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7519     analyze Grace liabilities in the presence of       330.00
          insurance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance    2.3   1150.00
#7338     review J. Wolin's opinion; review LAS report for   500.00
          fraudulent conveyance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance    0.9    450.00
#7339     Telephone Relles (several); Finch(2); email Swett   500.00
          re: sending statlib to defendants

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.6    528.00
#7520     build cdrom with "bin" directory and Statlib manual; 330.00
          document and send

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7521     telephone Peterson (.3) re: review use of insurance 330.00
          projections; revise to include cumulative sums

Date: 08/05/02                Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 23

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
07/31/02   Peterson   / (34) Litigation/Fraudulent Conveyance       2.0   1000.00
#7340      conference call: Inselbuch, Swett re: J. Wolin's       500.00
           opinion

07/31/02   Relles     / (34) Litigation/Fraudulent Conveyance       0.8    264.00
#7522      reply to Menes query at Bates-White                    330.00

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 24

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
05/06/02  Peterson  / (35) Non-Working Travel Time            3.0     750.00
#7208     Travel to Washington                              250.00

05/15/02  Peterson  / (35) Non-Working Travel Time            3.0     750.00
#7214     Travel to Thousand Oaks                           250.00

06/03/02  Peterson  / (35) Non-Working Travel Time            1.0     250.00
#7221     Travel to Chicago                                 250.00

06/07/02  Peterson  / (35) Non-Working Travel Time            1.0     250.00
#7226     Travel to Los Angeles                             250.00

06/19/02  Relles    / (35) Non-Working Travel Time            3.0     495.00
#7450     travel Los Angeles to NYC                         165.00

06/20/02  Relles    / (35) Non-Working Travel Time            6.0     990.00
#7456     travel NYC to Los Angeles                         165.00

07/16/02  Peterson  / (35) Non-Working Travel Time            1.2     300.00
#7321     Travel to New York                                250.00

07/18/02  Peterson  / (35) Non-Working Travel Time            1.2     300.00
#7328     Travel to Thousand Oaks                           250.00

Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 25

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
07/16/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.0    500.00
#7323     Work on affidavit                              500.00

07/17/02  Peterson  / (37) Preparation for & Attendance at Hrgs   2.3   1150.00
#7325     Work on affidavit                              500.00

07/18/02  Peterson  / (37) Preparation for & Attendance at Hrgs   2.6   1300.00
#7326     Revise draft of affidavit, telephone Lauber    500.00

07/19/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.0    500.00
#7330     Review final draft of affidavit                500.00

07/21/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.4    700.00
#7333     Review deposition of Hughes                    500.00

07/23/02  Peterson  / (37) Preparation for & Attendance at Hrgs   0.1     50.00
#7334     Discussion with Hilton                         500.00
---------------------------------------------------------------------------

```
Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 26

              W. R. Grace (continued)

         Summary Of Time Charges, By Month and Activity
                 May 2002 - July 2002


MONTH        ACTIVITY                                HOURS    AMOUNT
----------------------------------------------------------------------
May       - Asbestos: Claims Analysis & Valuations    13.3   4542.00
May       - Committee Matters & Creditor Mtgs           4.5   2250.00
May       - Litigation/Fraudulent Conveyance          55.3  23604.00
May       - Non-Working Travel Time                     6.0   1500.00
May       - Total                                      79.1  31896.00

June      - Asbestos: Claims Analysis & Valuations    27.1   9591.00
June      - Committee Matters & Creditor Mtgs           5.5   2410.00
June      - Litigation/Fraudulent Conveyance         161.8  71822.00
June      - Non-Working Travel Time                    11.0   1985.00
June      - Total                                     205.4  85808.00

July      - Litigation/Fraudulent Conveyance         447.4 190958.00
July      - Non-Working Travel Time                     2.4    600.00
July      - Preparation for & Attendance at Hrgs        8.4   4200.00
July      - Total                                     458.2 195758.00

Total     - Asbestos: Claims Analysis & Valuations    40.4  14133.00
Total     - Committee Matters & Creditor Mtgs          10.0   4660.00
Total     - Litigation/Fraudulent Conveyance         664.5 286384.00
Total     - Non-Working Travel Time                    19.4   4085.00
Total     - Preparation for & Attendance at Hrgs        8.4   4200.00
Total     - Total                                     742.7 313462.00


--------------------------------------------------------------------------------
```

```
Date: 08/05/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 27

                W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     May 2002 - July 2002


MONTH        PERSON                              HOURS    AMOUNT
     -------------------------------------------------------------------
May       - Relles                               36.2  11946.00
May       - Peterson                             42.9  19950.00
May       - Total                                79.1  31896.00

June      - Relles                               74.5  23100.00
June      - Peterson                            122.4  60700.00
June      - Ebener                                7.7   1848.00
June      - Brelsford                             0.8    160.00
June      - Total                               205.4  85808.00

July      - Relles                              192.6  63558.00
July      - Peterson                            265.6 132200.00
July      - Total                               458.2 195758.00

Total     - Relles                              303.3  98604.00
Total     - Peterson                            430.9 212850.00
Total     - Ebener                                7.7   1848.00
Total     - Brelsford                             0.8    160.00
Total     - Total                               742.7 313462.00


------------------------------------------------------------------------------
```

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 28

                   W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                      May 2002 - July 2002

| MONTH | PERSON | HOURS | RATE | AMOUNT |
|-------|--------|-------|------|--------|
| **Asbestos: Claims Analysis & Valuations** | | | | |
| May | - Relles | 12.4 | 330. | 4092.00 |
| May | - Peterson | 0.9 | 500. | 450.00 |
| June | - Relles | 10.1 | 330. | 3333.00 |
| June | - Peterson | 8.5 | 500. | 4250.00 |
| June | - Ebener | 7.7 | 240. | 1848.00 |
| June | - Brelsford | 0.8 | 200. | 160.00 |
| **Committee Matters & Creditor Mtgs** | | | | |
| May | - Peterson | 4.5 | 500. | 2250.00 |
| June | - Relles | 2.0 | 330. | 660.00 |
| June | - Peterson | 3.5 | 500. | 1750.00 |
| **Litigation/Fraudulent Conveyance** | | | | |
| May | - Relles | 23.8 | 330. | 7854.00 |
| May | - Peterson | 31.5 | 500. | 15750.00 |
| June | - Relles | 53.4 | 330. | 17622.00 |
| June | - Peterson | 108.4 | 500. | 54200.00 |
| July | - Relles | 192.6 | 330. | 63558.00 |
| July | - Peterson | 254.8 | 500. | 127400.00 |
| **Non-Working Travel Time** | | | | |
| May | - Peterson | 6.0 | 250. | 1500.00 |
| June | - Relles | 9.0 | 165. | 1485.00 |
| June | - Peterson | 2.0 | 250. | 500.00 |
| July | - Peterson | 2.4 | 250. | 600.00 |
| **Preparation for & Attendance at Hrgs** | | | | |
| July | - Peterson | 8.4 | 500. | 4200.00 |

--------------------------------------------------------------------------------

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 29

              W. R. Grace (continued)


          Total Expenses   $8,965.18

          FedEx (Peterson)          $34.11
          Travel (Peterson)      $6,019.91
          Fedex (Relles)            $80.00
          Travel (Relles)        $2,792.95
          Copying (Ebener)          $38.21


    Travel (Peterson) Thousand Oaks-Washington DC  May 5-7    $1,781.65

          Airfare  (1/2 coach)       $1,252.25
          Hotel                         257.05
          Meals                          91.10
          Cabs, roundtrip Dulles         50.00
          Car service, roundtrip LAX    131.25


    Travel (Peterson) Thousand Oaks-New York, May 14-15    1,490.29

          Airfare  (1/2 coach)       $1,128.75
          Hotel    (1/2)                134.07
          Meals                          46.22
          Cabs, roundtrip JFK Airport    50.00
          Car service, roundtrip LAX    131.25


    Travel (Peterson) Thousand Oaks-Chicago,  June 3-7    $41.85
             (split with several projects)

          Airfare               $  509.46
          Hotel                    241.62
          Telephone                 86.84
          Airfone                    5.09
          Meals                     36.71
          Cabs, O'Hare roundtrip    12.86
          Car service, LAX roundtrip 37.50


--------------------------------------------------------------------------------

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 30

             W. R. Grace (continued)


   Travel (Peterson) Thousand Oaks-New York       July 16-   $1,706.12
             (split with other project)

                  Airfare                $1,212.33
                  Hotel                     344.86
                  Meals                      31.01
                  Telephone                   0.42
                  Cab, from JFK              30.00
                  Car service, LAX roundtrip 87.50


   Travel (Relles) Santa Monica-New York, June 19-20       $2,792.95

        LAX-NYC         half the cost of a Los Angeles to NYC
                        coach fare--had to change for return    1132.50
        NYC taxi        JFK to mid-town hotel                     45.00
        NYC hotel       Hotel Elysee NYC                         281.46
        NYC hotel       Hotel Elysee NYC restaurant charge
                        (dinner meeting with Nate Finch)          58.19
        NYC taxi        One Penn Plaza to JFK                     34.40
        NYC-LAX         return coach fare to Los Angeles        1221.50
        LAX parking     parking LAX                               19.90
```