IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

## ORDER

AND NOW, to wit, this 23 day of Sept, 2002, the Court having heard and considered the MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS (A) FOR CLARIFICATION OF ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS: (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM, (B) TO EXTEND OR ABATE DEADLINES FOR SUBMISSION OF INFORMATION OR CERTIFICATION BY "COUNSEL OF RECORD" UNTIL CLARIFICATION THEREOF AND, (C) FOR MODIFICATION OF THE COURT'S ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE (the "Motion"), IT IS HEREBY ORDERED THAT FOR THE REASONS STATED BY THE COURT AT THE HEARING ON JULY 22, 2002:

1. The Motion is GRANTED; and

\74817\15537\ # 579919 v 1

2. This Court's Bar Date Order[1] dated April 25, 2002 (Dkt. No. 1963) is clarified and the requirements that: (i) "counsel of record" certify to the Debtors that they have contacted or attempted to contact all of their clients whom they represent, provided them with the Bar Date Package and advised them regarding their rights to assert a claim against the Debtors and their need to file their proofs of claim on the court-approved Proof of Claim forms by the deadlines set forth in the Bar Date Order, or (ii) "counsel of record" provide the Debtors with the current names and addresses of their clients who have claims against the Debtors in these cases or who may or might have claims against the Debtors in these cases, within sixty (60) days after the date of entry of the Bar Date Order so that the Debtors will be able to provide their clients with the Bar Date Package no later than ninety (90) days after the date of the Bar Date Order, are hereby abated permanently.

Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] All capitalized terms used, but not defined herein, shall the meanings ascribed thereto in the Motion.
\74817\15537\ # 579919 v 1