IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 2365** |

## ORDER

AND NOW, TO-WIT, this 23 day of Sept, 2002, the Court having determined that the Order Approving and Allowing Fourth Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2002 through March 31, 2002 (the "Order") [Docket No. 2365] entered on July 12, 2002, was entered in error,

IT IS ORDERED that the Order is hereby vacated.

*JK Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court