## **CERTIFICATE OF SERVICE**

  I, Thomas D. Walsh, Esquire hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served upon the persons listed below, in the manner indicated, on this 26th day of September, 2002.

VIA 1st Class U.S. Mail, Postage Pre-Paid
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St., Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705

             /s/ Thomas D. Walsh
             **Thomas D. Walsh, Esq.**

Dated: September 26, 2002