## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

## TENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Name of Applicant:             Klett Rooney Lieber & Schorling, a Professional Corporation

Authorized to Provide
Professional Services to:           The Official Committee of Equity Holders

Date of Retention:           October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:      August 1, 2002 through August 31, 2002

Amount of fees to be approved
as actual, reasonable and necessary:     $9,457.50

Amount of expenses sought as
actual, reasonable and necessary:     $1,172.93

This is a(n):     _x_ interim       ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:37927.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 1/25/02 1548 | 12/1/01 through 12/31/01 | $4,119.50/ $ 940.67 | $3,295.60/ $ 940.67 | 1689 |
| 2/26/02 1720 | 1/1/02 through 1/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 4/3/02 1895 | 2/1/02 through 2/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 5/8/02 2025 | 3/1/02 through 3/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 6/3/02 2145 | 4/1/02 through 4/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 7/2/02 2316 | 5/1/02 through 5/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 8/2/02 2489 | 6/1/02 through 6/3002 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 8/28/02 2609 | 7/1/02 through 7/3102 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------:|:------------------:|-------------------:|
| Teresa K. D. Currier | $395.00 | 8.1 | $3,199.50 |
| Kathleen P. Makowski | $190.00 | 1.8 | $342.00 |
| Jeffrey R. Waxman | $160.00 | 27.7 | $4,432.00 |
| Victoria J.A. Dye | $120.00 | 3.5 | $420.00 |
| Frances A. Panchak | $120.00 | 0.8 | $96.00 |
| Raelena T. Taylor | $120.00 | 6.6 | $792.00 |
| Debra L. Hanby | $80.00 | 2.2 | $176.00 |
| **TOTAL** | | **50.7** | **$9,457.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.1 | $16.00 |
| Case Administration | 8.3 | $1,143.50 |
| Employee Benefits/Pensions | 0.9 | $238.00 |
| Fee/Employment Applications | 4.5 | $663.00 |
| Litigation | 15.2 | $3,442.50 |
| Meetings of Creditors | 0.4 | $158.00 |
| Plan & Disclosure Statement | 0.8 | $245.50 |
| Relief from Stay Proceedings | 0.3 | $48.00 |
| Klett Rooney Fee/Employment Applications | 10.8 | $1,860.00 |
| Hearings | 4.3 | $688.00 |
| Objections to Asbestos Claims | 4.1 | $795.00 |
| ZAI Science Trial | 1.0 | $160.00 |
| **TOTAL** | 50.7 | $9,457.50 |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $251.10 |
| Telecopy expenses | $14.04 |
| Express/Certified Mail | $37.75 |
| Federal Express | $82.03 |
| Messenger Services | $165.00 |
| Duplicating Services | $623.01 |
| **TOTAL** | **$1,172.93** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
    Teresa K. D. Currier (No. 3080)
    Jeffrey R. Waxman (No. 4159)
    1000 West Street, Suite 1410
    Wilmington, DE  19801
    (302) 552-4200

    Co-Counsel to the Official Committee of
    Equity Holders

Dated: September 26, 2002

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-001
                                              INVOICE : 144279

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

       RE:  IN RE: W.R. GRACE & CO., ET AL.


              DESCRIPTION OF EXPENSE ADVANCES                   AMOUNT
              -------------------------------                   ------

08/02/02 REPRODUCTION OF DOCUMENTS                               65.10
08/05/02 REPRODUCTION OF DOCUMENTS                              124.80
08/06/02 REPRODUCTION OF DOCUMENTS                                3.75
08/06/02 REPRODUCTION OF DOCUMENTS                               15.00
08/06/02 TELECOPY EXPENSES                                       14.04
08/14/02 DUPLICATING SERVICES - PACER DUPLICATING                55.30
         SERVICE
08/14/02 DUPLICATING SERVICES - PACER DUPLICATING                  .21
         SERVICE
08/14/02 REPRODUCTION OF DOCUMENTS                               23.40
08/14/02 DUPLICATING SERVICES - PACER DUPLICATING                 8.54
         SERVICE
08/15/02 DUPLICATING SERVICES- PACER                             50.33
08/15/02 DUPLICATING SERVICES- PACER                              8.89
08/15/02 REPRODUCTION OF DOCUMENTS                                1.95
08/20/02 FEDERAL EXPRESS - 4-245-20233 -  FEDERAL                21.48
         EXPRESS CORPORATION
08/20/02 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES         499.74
08/21/02 FEDERAL EXPRESS - 4-295-06052 -  FEDERAL                21.48
         EXPRESS CORPORATION
08/23/02 FEDERAL EXPRESS -  4-342-55139 - FEDERAL                39.07
         EXPRESS CORPORATION
08/23/02 MESSENGER SERVICES -  2138 - TRISTATE COURIER &        112.50
         CARRIAGE
08/25/02 POSTAGE                                                 15.47
08/25/02 MESSENGER SERVICES -  13032 - PARCELS, INC.-D D         52.50
         R
08/25/02 POSTAGE                                                 22.28
08/28/02 REPRODUCTION OF DOCUMENTS                               12.60
08/28/02 REPRODUCTION OF DOCUMENTS                                4.50

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-001
                                              INVOICE : 144279


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.


                         TOTAL EXPENSE ADVANCES :        1,172.93

                         TOTAL DUE  :                    1,172.93

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-003
                                              INVOICE : 144280


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

    RE:  ASSET DISPOSITION



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   --------------------------------                    -----

08/11/02 JRW   REVIEW QUARTERLY REPORT OF DE MINIMUS ASSET          .10
               SALES


                     T I M E   S U M M A R Y
                     -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

    J R WAXMAN               160.00    .10        16.00
                     TOTALS            .10        16.00


                     TOTAL FEES :                      16.00


                     TOTAL DUE  :                      16.00
```

.

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER : W9600-005
                                              INVOICE : 144281


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

      RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/05/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER | .20 |
| 08/06/02 | FAP | E-MAILS TO/FROM KPM RE: FILING AND SERVICE OF BRIEF FOR PROPOSED CASE MANAGEMENT ORDER (.1); TELEPHONE CALL WITH KPM AND VD RE: SAME (.1). | .20 |
| 08/06/02 | FAP | FILE AND SERVE BRIEF REGARDING PROPOSAL FOR CASE MANAGEMENT ORDER | .60 |
| 08/06/02 | TC | REVIEWED DRAFT RESPONSE ON CASE MANAGEMENT ISSUES | .30 |
| 08/07/02 | KPM | FOLLOW UP WITH T. CURRIER RE: PLEADING FILING AND SERVICE ISSUES | .10 |
| 08/07/02 | KPM | T/C WITH T. CURRIER RE: COMMITTEE MEMBERS | .20 |
| 08/13/02 | JRW | REVIEW CERTIFICATION OF COUNSEL AND PROPOSED ORDER MODIFYING CASE MANAGEMENT PROCEDURE | .10 |
| 08/14/02 | RTT | FILE MAINTENANCE | .40 |
| 08/16/02 | JRW | OBTAIN AND REVIEW AGENDA FOR AUGUST 26, 2002 HEARING (.2); EMAIL SAME TO GBECKER (.1) | .30 |
| 08/19/02 | RTT | FILE MAINTENANCE | .40 |
| 08/21/02 | JRW | REVIEW PI COMMITTEE'S PROPOSAL FOR CASE MANAGEMENT | .70 |
| 08/28/02 | RTT | UPDATE DOCKET | .20 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS             DATE :   SEPTEMBER 18, 2002
                                                 MATTER : W9600-005
                                                 INVOICE : 144281


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

      RE:  CASE ADMINISTRATION


08/28/02 RTT    DOWNLOAD AND REVIEW ADMINISTRATIVE ORDER(.3);        .50
                DOWNLOAD AND REVIEW ORDER SCHEDULING OMINBUS
                HEARING DATES(.2)

08/29/02 RTT    FILE MAINTENANCE                                    4.10


                    T I M E   S U M M A R Y
                    -----------------------

                              RATE    HOURS         TOTALS
                              ----    -----         ------

      F A PANCHAK            120.00    .80           96.00
      J R WAXMAN             160.00   1.10          176.00
      K P MAKOWSKI           190.00    .30           57.00
      R T TAYLOR             120.00   5.60          672.00
      T CURRIER              395.00    .30          118.50
      V J DYE                120.00    .20           24.00
                    TOTALS            8.30         1143.50


                  TOTAL FEES :                   1,143.50


                  TOTAL DUE  :                   1,143.50

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-007
                                              INVOICE : 144282


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

      RE:  EMPLOYEE BENEFITS/PENSIONS



   DATE  ATTY  DESCRIPTION OF SERVICES RENDERED                    HOURS
   ----  ----  -------------------------------                    -----

08/19/02 JRW   REVIEW SUPPLEMENTAL OBJECTION OF THE PROPERTY         .20
               DAMAGE COMMITTEES TO THE MOTION TO IMPLEMENT
               REVISED EMPLOYEE COMPENSATION PROCEDURES

08/23/02 JRW   REVIEW DEBTORS RESPONSE TO THE SUPPLEMENTAL           .30
               OBJECTION OF THE ASBESTOS PROPERTY DAMAGE
               COMMITTEE TO THE MOTION TO IMPLEMENT REVISED
               COMPENSATION PROGRAMS

08/28/02 TC    REVIEWED DEBTORS' RESPONSE TO COMMITTEE               .40
               OBJECTION TO SUPPLEMENTAL EMPLOYEE COMPENSATION
               PROGRAM




               T I M E   S U M M A R Y
               -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

   J R WAXMAN           160.00     .50           80.00
   T CURRIER            395.00     .40          158.00
                 TOTALS            .90          238.00


               TOTAL FEES :                       238.00


               TOTAL DUE  :                       238.00
```

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                             MATTER : W9600-008
                                             INVOICE : 144283


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

        RE:  FEE/EMPLOYMENT APPLICATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/02 | JRW | TELEPHONE CALL FROM KATHLEEN (KRAMER) RE: MAY FEE APPLICATION (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.1) | .20 |
| 08/05/02 | DLH | PREPARATION FOR AND ELECTRONICALLY FILE 10TH FEE APP OF KRAMER LEVIN (0.6); EMAIL CORRESPONDENCE TO CORE GROUP RE SAME (0.2); SERVICE OF SAME (0.2) | 1.00 |
| 08/13/02 | JRW | EMAILS TO AND FROM TKDCURRIER RE: ALLOWANCE OF FEES OF COMMITTEE MEMBERS (.3); REVIEW DOCKET RE: SAME (.3); TELEPHONE CALL AND EMAIL FROM KMANUEL RE: SAME (.3); EMAILS AND TELEPHONE CALL TO PSAUS RE: SAME (.3) | 1.20 |
| 08/13/02 | JRW | BRIEFLY REVIEW THIRTEEN (13) OF THE FEE AUDITOR'S FINAL REPORTS | .20 |
| 08/15/02 | JRW | REVIEW REPLY OF REED SMITH TO AUDITOR'S REPORT | .20 |
| 08/19/02 | JRW | OBTAIN AND REVIEW FEE APPLICATION OF WHSMITH & ASSOCIATES | .30 |
| 08/27/02 | JRW | TELEPHONE CALL TO WSMITH RE: NEW FEE CATEGORIES AND COMPLIANCE WITH COURT DIRECTIVES (.1); EMAIL TO TKDCURRIER, VDYE, AND MZICKGRAF RE: AUGUST 26, 2002 HEARING AND NEW FEE CATEGORIES (.5) | .60 |
| 08/27/02 | TC | CONF WITH JEFF WAXMAN RE COURT ORDER REGARDING FEE CATEGORIES | .20 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 144283


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

     RE:  FEE/EMPLOYMENT APPLICATIONS


08/28/02 RTT   E-FILE AND SERVE NINTH APPLICATION OF KRLS,              .60
               CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY
               HOLDERS FOR THE PERIOD JULY 1, 2002 THROUGH
               JULY 31, 2002



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

      D L HANBY          80.00    1.00           80.00
      J R WAXMAN        160.00    2.70          432.00
      R T TAYLOR        120.00     .60           72.00
      T CURRIER         395.00     .20           79.00
                 TOTALS          4.50          663.00


            TOTAL FEES :                    663.00


            TOTAL DUE  :                    663.00

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-011
                                              INVOICE : 144284

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

        RE:  LITIGATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/02 | JRW | REVIEW MOTION OF SEALED AIR FOR LEAVE TO APPEAL JULY 29, 2002 ORDER | .30 |
| 08/01/02 | JRW | REVIEW CORRESPONDENCE RE: DISCOVERY FOR SEALED AIR LITIGATION | .20 |
| 08/02/02 | JRW | REVIEW ORDER EXTENDING TIME TO REMOVE ACTIONS; EMAIL TO TKDCURRIER RE: SAME | .10 |
| 08/07/02 | TC | REVIEWED COMMITTEE REPORT ON SEALED AIR LITIGATION AND JUDGE WOLLIN'S RULING | .50 |
| 08/08/02 | TC | REVIEWED PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO CERTIFY COURT'S JULY 29 OPINION | .50 |
| 08/11/02 | JRW | LETTER TO JUDGE WOLIN FROM HWASSERSTEIN RE: PROPOSED AGENDA FOR AUGUST 16 CONFERENCE (.1); LETTER T0 JUDGE DRIER FROM RFLEISHMAN RE: WAIVER OF PRIVILEGE FOR DISCOVERY (.2) | .30 |
| 08/11/02 | JRW | REVIEW QUARTERLY REPORT OF SETTLEMENTS OF CLAIMS AND CAUSES OF ACTION | .10 |
| 08/12/02 | JRW | REVIEW OCUC STATEMENT IN SUPPORT OF SEALED AIR CORP FOR LEAVE TO APPEAL | .10 |
| 08/12/02 | JRW | REVIEW CORRESPONDENCE AND PLEADINGS REGARDING DISCOVERY IN SEALED AIR LITIGATION, INCLUDING DATES AND TIMES OF DEPOSITIONS, AFFIDAVITS, REVISED SUBPEONA, AND A CONFERENCE SCHEDULED BEFORE JUDGE WOLIN | .30 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER :  W9600-011
                                              INVOICE : 144284


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

     RE:  LITIGATION


08/13/02 JRW    REVIEW BATES EXPERT REPORT ON GRACE'S ASBESTOS          1.80
                LIABILITY

08/13/02 JRW    REVIEW MOTION OF SEALED AIR FOR LEAVE TO APPEAL          .70
                JULY 29, 2002 DECISION (.2); REVIEW SEALED AIR
                REPLY IN FURTHER SUPPORT OF LEAVE TO APPEAL
                (.2); REVIEW SEALED AIR OPPOSITION TO MOTION
                FOR RECONSIDERATION OF JULY 19, 2002 DECISION
                (.1); REVIEW LETTER FROM HWASSERSTEIN TO JUDGE
                WOLIN RE: AFFIDAVIT OF SUPPLEMENTAL WITNESS
                DISCLOSURE (.1); REVIEW LETTER FROM BFRIEDMAN
                RE: REQUEST FOR DEFERED CONSIDERATION OF
                LIABILITY ISSUES (.1)

08/14/02 JRW    REVIEW DEBTORS' REPLY TO GERARD MOTION TO ALTER          .20
                OR RECONSIDER THE COURT'S ORDER DISALLOWING THE
                SUIT AGAINST MARYLAND CAUSUALTY AND CONTINENTAL
                CASUALTY

08/14/02 JRW    REVIEW GRACE-CONN'S JOINDER FOR LEAVE TO APPEAL         1.10
                JULY 29, 2002 DECISION (.1); REVIEW DEBTOR'S
                PROPOSED LITIGATION BUDGET (.1); REVIEW ROSS'
                EXPERT REPORT (.4); REVIEW ORDER DENYING US'
                MOTION FOR RECONSIDERATION OF JULY 24, 2002
                ORDER (.1); REVIEW LETTER OF BFRIEDMAN TO JUDGE
                WOLIN RE: CONFERENCE (.1) REVIEW LETTER FROM
                JUDGE WOLIN RE: CANCELLATION OF CONFERENCE
                (.1); REVIEW VARIOUS CORRESPONDENCE RE:
                DEPOSITIONS, WITNESS LISTS AND INTERROGATORIES
                FOR SEALED AIR LITIGATION (.2)

08/14/02 JRW    REVIEW AUGUST 5, 2002 ORDER OF JUDGE DREIER RE:          .50
                PRIVILEGED LOG (.1); REVIEW PLAINTIFF'S BRIEF
                TO DENY MOTION FOR INTERLOCUTORY APPEAL (.4)

08/14/02 TC     BRIEFLY REVIEWED EXPERT REPORT BY CHARLES BATES          .50

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                             MATTER :  W9600-011
                                             INVOICE : 144284


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

      RE:  LITIGATION


08/15/02 JRW    REVIEW LETTER FROM PBENTLEY RE: PROCEDURE FOR          .20
                RESOLVING PI CLAIMS

08/15/02 JRW    LETTER FORM WASSERSTEIN TO JWOLIN RE: STATUS           .10
                CONFERENCE

08/16/02 JRW    REVIEW MOTION OF SELAED AIR TO STRIKE                  .40
                PLAINTIFFS' EXPERT REPORTS

08/16/02 JRW    REVIEW SEALED AIR'S MOTION TO EXTEND DEADINE           .20
                FOR ENVIRONMENTAL REPORTS

08/16/02 JRW    OBTAIN AND REVIEW OPINION AND ORDER DENYING            .30
                LEAVE TO APPEAL (.2); EMAIL TO GBECKER RE: SAME
                (.1)

08/16/02 TC     REVIEWED MEMORANDUM OPINION                           .50

08/16/02 TC     REVIEWED SUPPLEMENTAL OBJECTION OF OFFICIAL            .60
                COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS

08/19/02 JRW    REVIEW LETTER FROM BFRIEDMAN RE: REQUEST OF            .20
                SEALED AIR FOR EXTENSION OF TIME TO FILE ENVT'L
                REPORTS

08/19/02 JRW    OBTAIN AND REVIEW DEBTORS' OBJECTIONS TO MASTER        .40
                DREIER'S RULING RE: PRIVILEGED DOCUMENTS (.3);
                REVIEW US REPLY IN SUPPORT OF ITS OBJECTION TO
                MASTER DREIER'S ORDER (.1)

08/20/02 JRW    REVIEW OCUC MEMO IN SUPPORT OF DEBTORS' CASE           .20
                MANAGEMENT PROGRAM

08/20/02 JRW    REVIEW MEMO RE: CASE UPDATE JUDGE WOLIN OPINION        .70

08/23/02 JRW    LETTER FROM DFROST TO JUDGE DREIER RE:                 .10

MODIFICATION TO REQUIRE PRODUCTION OF US'
ENVIRONMENTAL EXPERT REPORT

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                             MATTER : W9600-011
                                             INVOICE : 144284

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  LITIGATION


08/26/02 JRW   REVIEW CORRESPONDENCE FROM FROST AND                    .20
               WASSERSTEIN RE: SEALED AIR LITIGATION

08/27/02 JRW   OBTAIN AND REVIEW PLAINTIFFS' OPPOSITION TO             .30
               GRACE'S OBJECTION TO JUDGE DRIER'S DISCOVERY
               RULING

08/27/02 JRW   REVIEW PLEADINGS BY EPA AND SEALED AIR RE:            1.40
               DISPUTE REGARDING THE EPA'S PRODUCTION OF
               DOCUMENTS (.5); REVIEW EXPERT REPORT OF CDG RE:
               VALUATION (.9)

08/27/02 JRW   OBTAIN AND REVIEW ASBESTOS COMMITTEE'S REPLY            .50
               BRIEF REGARDING RESOLUTION OF PI CLAIMS

08/27/02 TC    BRIEFLY REVIEWED SOLVENCY ANALYSIS EXPERT               .80
               REPORT PREPARED FOR MILBERG WEISS BY CDG LLC

08/27/02 TC    REVIEWED REPLY MEMORANDUM OF OFFICIAL COMMITTEE         .50
               OF ASBESTOS PERSONAL INJURY CLAIMANTS

08/30/02 TC    REVIEWED SPECIAL MEMO TO COMMITTEE RE SEALED            .40
               AIR DEVELOPMENT

                    T I M E   S U M M A R Y
                    -----------------------

                              RATE    HOURS          TOTALS
                              ----    -----          ------

     J R WAXMAN              160.00   10.90          1744.00
     T CURRIER               395.00    4.30          1698.50
                    TOTALS            15.20          3442.50


                    TOTAL FEES :                  3,442.50

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER :  W9600-011
                                              INVOICE : 144284


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

     RE:   LITIGATION



                         TOTAL DUE  :                    3,442.50
```

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER :  W9600-012
                                              INVOICE : 144285


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  MEETINGS OF CREDITORS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

08/22/02 TC    REVIEWED COMMITTEE COMMUNICATION RE CASE STATUS        .40
               AND CASE DEVELOPMENTS



                    T I M E   S U M M A R Y
                    -----------------------

                           RATE    HOURS          TOTALS
                           ----    -----          ------

    T CURRIER              395.00    .40          158.00
                    TOTALS           .40          158.00


                    TOTAL FEES :                       158.00


                    TOTAL DUE  :                       158.00
```

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-013
                                              INVOICE : 144286


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  PLAN & DISCLOSURE STATEMENT



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
  ----  ----   -------------------------------                   -----

08/02/02 JRW   REVIEW MOTION TO EXTEND EXCLUSIVITY                   .10

08/07/02 TC    REVIEWED EQUITY COMMITTEE; UPDATE OF CASE             .50

08/16/02 JRW   REVIEW MEMO FROM PBENTLEY RE: RECENT CASE             .20
               DEVELOPMENTS




                 T I M E   S U M M A R Y
                 -----------------------

                      RATE    HOURS         TOTALS
                      ----    -----         ------

  J R WAXMAN         160.00    .30          48.00
  T CURRIER          395.00    .50         197.50
                 TOTALS        .80         245.50


              TOTAL FEES :                      245.50


              TOTAL DUE  :                      245.50
```

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-014
                                              INVOICE : 144287


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  RELIEF FROM STAY PROCEEDINGS



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
   ----  ----   -------------------------------                    -----

08/16/02 JRW   OBTAIN AND REVIEW KANE REPLY TO OBJECTION TO          .30
               MOTION FOR RELIEF


                      T I M E   S U M M A R Y
                      -----------------------

                            RATE    HOURS         TOTALS
                            ----    -----         ------

   J R WAXMAN              160.00    .30          48.00
                   TOTALS           .30          48.00


                     TOTAL FEES :                       48.00


                     TOTAL DUE  :                       48.00
```

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-017
                                              INVOICE : 144288


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

      RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
   ----  ----   -------------------------------                    -----

08/01/02 VJD   REVIEW DOCKET AND KRLS FEE APPLICATIONS FOR          .50
               AMOUNT SAME AS CHECK RECEIVED FROM ACCOUNTING
               (.3); EMAILS WITH L. CONROY REGARDING SAME (.2)

08/02/02 DLH   PREPARATION FOR AND ELECTRONICALLY FILE 8TH FEE     1.20
               APPLICATION OF KLETT ROONEY (0.6); EMAIL
               CORRESPONDENCE TO CORE GROUP RE SAME (0.2);
               SERVICE OF SAME (0.2); CORRESPONDENCE TO WARREN
               SMITH RE SAME (.0.2)

08/02/02 TC    REVIEWED FINAL REPORT ON KLETT ROONEY FEE            .30
               APPLICATIONS FILED BY WARREN SMITH

08/12/02 JRW   CONFERENCE WITH TKDCURRIER RE: FEE AUDITOR'S        1.30
               FINAL REPORT (.1) ; OBTAIN AND REVIEW REPORT
               (.2); EMAIL TO TKDCURRIER RE: DRAFT REPLY (.2);
               BEGIN DRAFTING RESPONSE (.2); TELEPHONE CALLS
               TO AND FROM WSMITH RE: SAME (.3); CONFERENCE
               WITH TKDCURRIER RE: SAME (.1); EMAIL TO WSMITH
               RE: SAME (.2)

08/12/02 TC    CONF WITH JEFF WAXMAN RE PREPARING RESPONSE TO       .30
               FEE AUDITOR REPORT

08/13/02 JRW   REVIEW MONTHLY FEE APPLICATIONS OF KRLS (.1);       1.50
               EMAILS TO AND FROM WSMITH RE: REDUCTION OF FEES
               SOUGHT BY KRLS SECOND INTERIM FEE APPLICATION
               (.2); VOICEMAIL FROM AND TELEPHONE CALLS TO
               WSMITH RE: SAME (.2); EMAIL TO TKDCURRIER RE:
               SAME (.2); DRAFT AND REVISE CERTIFICATION OF
               COUNSEL AND PROPOSED ORDER (.6); CONFERENCES
               WITH TKDCURRIER RE: SETTLEMENT OF FEES AND
               CERTIFICATION OF COUNSEL (.2)

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-017
                                              INVOICE : 144288


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


08/13/02 TC    REVIEWED AND REVISED CERTIFICATION OF COUNSEL          .40
               FOR FEE AUDITOR ISSUES

08/13/02 TC    CONF WITH JEFF WAXMAN RE CONTINUING                    .30
               NEGOTIATIONS WITH FEE AUDITOR

08/21/02 JRW   REVIEW PREBILLS IN PREPARATION FOR KRLS FEE            .20
               APPLICATION

08/23/02 JRW   EMAIL TO AND FROM TDYE RE: FEE APPLICATION             .30
               (.1); REVIEW AND EDIT KRLS FEE APPLICATION (.2)

08/23/02 VJD   REVIEW DOCKET FOR PREVIOUS FEE APPLICATIONS AND       2.80
               CNO'S (.2); PREPARE, REVISE AND FINALIZE NINTH
               MONTHLY FEE APPLICATION OF KRLS (2.6)

08/24/02 JRW   REVIEW DOCKET AND DRAFT CNO RE: KRLS' 7TH              .20
               INTERIM FEE APPLICATION

08/28/02 JRW   REVISE KRLS CNO AND FEE APPLICATION AND                .30
               CONFERENCE WITH RTAYLOR RE: FILING

08/28/02 RTT   E-FILE AND SERVE NO OREDER REQUIRED CERTIFICATE        .40
               OF NO OBJECTION TO KRLS EIGHTH FEE APPLICATION
               FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30,
               2002.

08/28/02 TC    REVIEWED KLETTROONEY FEE APPLICATION                   .30

08/29/02 JRW   REVIEW EMAIL FROM FEE AUDITOR RE: NEW                  .50
               CATEGORIES (.1); EMAIL TO TKDCURRIER RE: SAME
               (.4);

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER :  W9600-017
                                              INVOICE : 144288


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

     RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

     D L HANBY            80.00    1.20         96.00
     J R WAXMAN          160.00    4.30        688.00
     R T TAYLOR          120.00     .40         48.00
     T CURRIER           395.00    1.60        632.00
     V J DYE             120.00    3.30        396.00
                TOTALS           10.80        1860.00


                    TOTAL FEES :              1,860.00


                    TOTAL DUE  :              1,860.00
```

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   SEPTEMBER 18, 2002
                                            MATTER : W9600-018
                                            INVOICE : 144289


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  HEARINGS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                  -----

08/23/02 JRW   TELEPHONE CALL TO GBECKER RE: PREPARATION FOR       .40
               HEARING AND CASE STATUS (.3); EMAIL TO AND FROM
               AND TELEPHONE CALL TO TDYE RE: OBTAINING
               DOCUMENTS IN PREPARATION FOR HEARING (.1)

08/25/02 JRW   PREPARE FOR HEARING                                 .80

08/26/02 JRW   ATTEND OMNIBUS HEARING                             3.10



              T I M E   S U M M A R Y
              -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  J R WAXMAN            160.00    4.30         688.00
                 TOTALS           4.30         688.00


                  TOTAL FEES :                     688.00


                  TOTAL DUE  :                     688.00
```

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-019
                                              INVOICE : 144290


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  OBJECTIONS TO ASBESTOS CLAIMS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

08/06/02 KPM   COORDINATE RECEIPT/REVIEW/EXECUTION/FILING AND        1.00
               SERVICE OF EQUITY COMMITTEE'S RESPONSE TO
               PROPOSALS FOR RESOLUTION OF ASBESTOS CLAIMS

08/06/02 KPM   T/C WITH T. DYE RE: COORDINATING SERVICE/FILING        .20
               OF PLEADINGS (.1); DRAFT E-MAIL TO D. HANBY AND
               F. PANCHAK RE: SAME (.1)

08/06/02 KPM   RETRIEVE VOICE MAIL FROM T. CURRIER AND G.             .30
               BECKER RE: PLEADING FILING (.1); T/C WITH T.
               CURRIER RE: SAME (.1); CONFERENCE WITH D. HANBY
               RE: COORDINATING FILING/SERVICE FOR SAME (.1)

08/06/02 TC    CALL WITH GARY BECKER RE FILING RESPONSE              .20

08/06/02 TC    CALL WITH KITTY MAKOWSKI RE FILING RESPONSE           .20

08/12/02 JRW   REVIEW EQUITY COMMITTEE'S BRIEF REGARDING CASE        .60
               MANAGEMENT ORDER GOVERNING ASBESTOS PI CLAIMS
               (.2); REVIEW UNSECURED CREDITORS COMMITTEE'S
               BRIEF REGARDING CASE MANAGEMENT ORDER GOVERNING
               ASBESTOS PI CLAIMS (.4);

08/14/02 JRW   OBTAIN AND REVIEW AMENDED CERTIFICATION OF            .10
               COUNSEL RE: STIPULATION BETWEEN DEBTORS AND
               ASBESTOS CLAIMS COMMITTEE RE:  PROPOSED ORDER
               REGARDING CLARIFICATION OF ORDER RE: CLAIMS,
               CLAIM BAR DATE, PROOF OF CLAIMS FORMS AND
               NOTICE

08/22/02 JRW   REVIEW PI COMMITTEE'S AND DEBTORS' REPLY FOR         1.10
               LITIGATING PI LIABILITY

08/25/02 JRW   REVIEW BRIEF RE: LITIGATING PI LIABILITY CLAIMS       .40

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 18, 2002
                                              MATTER : W9600-019
                                              INVOICE : 144290


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02    T C

     RE:  OBJECTIONS TO ASBESTOS CLAIMS



               T I M E   S U M M A R Y
               -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

J R WAXMAN                160.00   2.20          352.00
K P MAKOWSKI              190.00   1.50          285.00
T CURRIER                 395.00    .40          158.00
                 TOTALS            4.10          795.00


                  TOTAL FEES :                   795.00


                  TOTAL DUE  :                   795.00

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 18, 2002
                                              MATTER : W9600-020
                                              INVOICE : 144291


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/02   T C

     RE:  ZAI SCIENCE TRIAL



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

08/17/02 JRW   REVIEW PROPOSED ORDER SETTING SCHEDULE FOR           1.00
               LITIGATION RE: ZAI SCIENCE ISSUES (.1); REVIEW
               ZAI CLAIMANTS' REVISED PROPOSED BUDGET FOR ZAI
               LITIGATION (.1); SEALED AIR MOTION TO PRECLUDE
               EVIDENCE RE: ZAI (.2); REVIEW TRANSCRIPT OF
               JULY 10, 2002 HEARING BEFORE JUDGE WOLIN (.5);
               LETTER FROM FROST SCHEDULING TELEPHONIC ORAL
               ARGUMENT BEFORE JUDGE DREIER AND EMAIL TO
               GBECKER RE: SAME (.1)



               T I M E   S U M M A R Y
               -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

   J R WAXMAN           160.00   1.00         160.00
                 TOTALS          1.00         160.00


               TOTAL FEES :                      160.00


               TOTAL DUE  :                      160.00