IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

**AFFIDAVIT OF SERVICE RE: DOCKET NO. 2744**

STATE OF DELAWARE
                           SS:
NEW CASTLE COUNTY

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, I certify further that service of the Order of Court Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Hilsoft Notifications (The Operating Unit of Hilsoft, Inc.) As Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to July 9, 2001 was served on the 2002 Service List, by First-Class Mail or Hand-Delivery, on September 27, 2002.

Theodore J. Tacconelli (No. 2678)

SWORN TO AND SUBSCRIBED before me this 27th day of September, 2002.

NOTARY PUBLIC

TAMMY A. CORRIGAN
NOTARY PUBLIC-DELAWARE
My Commission Expires May 30, 2003

TJT/tmm
F:\Tamara\TJT\WRGraceCommittee\AffServ292702.wpd