IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

**AFFIDAVIT OF SERVICE RE: DOCKET NO. 2745**

STATE OF DELAWARE

SS:

NEW CASTLE COUNTY

    I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, I certify further that service of the Order Granting Motion of the Official Committee of Asbestos Property Damage Claimants (A) for Clarification of Order as to All Non-Asbestos claims, Asbestos Property Damage Claims, and Medical Monitoring Claims; (I) Establishing Bar Date, (II) Approving Proof of Claim Forms and (III) Approving Notice Program, (B) To Extend or Abate Deadlines for Submission of Information or Certification by Counsel of Record Until Clarification Thereof and, (C) For Modification of the Court's Order Establishing Case Management Procedures and Hearing Schedule was served on the 2002 Service List, by First-Class Mail or Hand-Delivery, on September 27, 2002.

                                                             Theodore J. Tacconelli (No. 2678)

SWORN TO AND SUBSCRIBED before me this 27th day of September, 2002.

                                                             NOTARY PUBLIC
                                                             TAMMY A. CORRIGAN
                                                             NOTARY PUBLIC-DELAWARE
                                                             My Commission Expires May 30, 2003

TJT/tmm
F:\Tamara\TJT\WRGraceCommittee\AffServ392702.wpd