IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |

## AFFIDAVIT OF SERVICE RE: DOCKET NO. 2746

STATE OF DELAWARE

               SS:

NEW CASTLE COUNTY

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, I certify further that service of the Order Vacating the Order Approving and Allowing Fourth Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod, LLP for the Period of 1/1/02 through 3/31/02 (the Order Entered on July 12, 2002 was Entered in Error Related to Doc. No. 2365) was served on the 2002 Service List, by First-Class Mail or Hand-Delivery, on September 27, 2002.

Theodore J. Tacconelli (No. 2678)

SWORN TO AND SUBSCRIBED before me this 27th day of September, 2002.

NOTARY PUBLIC

TAMMY A. CORRIGAN
NOTARY PUBLIC-DELAWARE
My Commission Expires May 30, 2003

TJT/tmm
F:\Tamara\TJT\WRGraceCommittee\AffServ492702.wpd