IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO ELEVENTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 31, 2002 [DOCKET NO. 2653]**

The undersigned hereby certifies that as of the date hereof, he has received no formal answer, objection or any other responsive pleading to the Eleventh Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on September 4, 2002 [Docket No. 2653]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections were to be filed and served no later than 4:00 p.m. on September 24, 2002.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $16,314.00 which represents 80% of the fees ($20,392.50) and $388.61, which represents 100% of the expenses, for an aggregate amount of $16,702.61, requested in the Application for the period, June 1, 2002 through June 30, 2002, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

WLM 38007.1

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K.D. Currier (No. 3080)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Counsel to the Official Committee of
Equity Holders

Dated: September 27, 2002

WLM 38007.1                                2