IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**SUPPLEMENTAL AFFIDAVIT OF TERESA K.D. CURRIER IN SUPPORT OF APPLICATION FOR AN ORDER PURSUANT TO SECTION 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION *NUNC PRO TUNC* OF KLETT ROONEY LIEBER & SCHORLING, A PROFESSIONAL CORPORATION, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS [DOCKET NO. 1059]**

STATE OF DELAWARE     )
                      ) SS
COUNTY OF NEW CASTLE  )

TERESA K.D. CURRIER, being duly sworn, does depose and say as follows:

1. I am a shareholder of the firm of Klett Rooney Lieber & Schorling, a Professional Corporation ("Klett Rooney"), and I am duly authorized to make this supplemental affidavit on behalf of Klett Rooney. I submit this Supplemental Affidavit in accordance with Section 329 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the approved application (the "Application") as co-counsel to the Official Committee of Equity Holders (the "Committee") and the Affidavit of Teresa K.D. Currier in support thereof (the "Affidavit") for an order authorizing the retention of Klett Rooney *nunc pro tunc* as co-counsel for the Committee in these bankruptcy proceedings pursuant to Section 327(a) of the Bankruptcy Code.

KRLSWIL:37639.1

## SUPPLEMENTAL DISCLOSURE

2. In connection with its retention in these cases, Klett Rooney has continued to research its client database to determine whether it had or has any relationships with parties in interest not previously identified.

3. In so doing, I have determined that Klett Rooney has formerly represented and currently represents Bank of America in matters unrelated to the above-captioned bankruptcy cases.

4. In so doing, I have also determined that Klett Rooney has either formerly represented or currently represents Wachovia Bank National Association in matters unrelated to the above-captioned bankruptcy cases.

5. I make this Supplemental Affidavit based on Klett Rooney's business records, including its conflict database, and the responses to conflict checks circulated throughout Klett Rooney. I do not have personal knowledge of all of the facts herein, and am relying on information provided to me by others.

6. Except as set forth herein and in my original Affidavit submitted contemporaneously with the Application, I am unaware of any connection between Klett Rooney and the Debtors, any creditor or party in interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

7. Klett Rooney does not represent, has not represented, and will not represent any entity, other than the Committee, in matters related to these chapter 11 cases.

8. Neither I, nor Klett Rooney, nor any shareholder or associate thereof, except as indicated herein, and in my original Affidavit, holds or represents any interest adverse to the Committee in the matters for which Klett Rooney is proposed to be retained. Accordingly, I believe that Klett Rooney is a "disinterested person" as defined in Bankruptcy Code Section 101(14) of the

KRLSWIL:37639.1

Bankruptcy Code.

9.  The Debtors have numerous relationships and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of conflict, including the efforts outlined above, Klett Rooney is unable to state with certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party in interest in these chapter 11 cases. To the extent that any information disclosed herein requires further supplementation, amendment or modification upon Klett Rooney's completion of further analysis or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court.

10. Based upon the foregoing, I believe that Klett Rooney and the professionals it employs are qualified to continue to represent the Committee.

_____
TERESA K.D. CURRIER, ESQUIRE

SWORN TO AND SUBSCRIBED before
me this 30th day of September, 2002.

_____
Notary Public

[Notary Seal: DEBRA L. HANBY, COMMISSION EXPIRES APRIL 17, 2006, NOTARY PUBLIC, STATE OF DELAWARE]

KRLSWIL:37639.1