IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: October 21, 2002 @ 4:00 p.m.** |

**ELEVENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL*. FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $197,381.00 (80% of $246,726.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $24,602.71 |

This is a: __**X**__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | **Pending** | **Pending** |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | **Pending** | **Pending** |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | **Pending** | **Pending** |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | **Pending** | **Pending** |
| **9/30/02** | **08/01/02 through 08/31/02** | $197,381.00 (80% of $246,726.25 | $24,602.71 | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002
<u>CAPLIN & DRYSDALE, CHARTERED</u>**

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 18.4 | $675 | $12,420.00 |
| Peter V. Lockwood (PVL) | Member | 33 | 29.8 | $560 | $16,688.00 |
| Walter B. Slocombe (WBS) | Member | 32 | 1.6 | $500 | $800.00 |

{D0004943:1}    2

| Albert G. Lauber (AGL) | Member | 25 | 19.7 | $445 | $8,766.50 |
|---|---|---|---|---|---|
| Julie W. Davis (JWD) | Member | 22 | .5 | $425 | $212.50 |
| Trevor W. Swett (TWS) | Member | 20 | 125.7/3.9 | $425/212.50 | $54,251.25 |
| Christopher S. Rizek (CSR) | Member | 19 | 22.7 | $345 | $7,831.50 |
| Nathan D. Finch (NDF) | Member | 9 | 210.5/14.7 | $350/175 | $76,247.50 |
| Kimberly N. Brown (KNB) | Of Counsel | 8 | .7 | $300 | $210.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 10.7 | $300 | $3,210.00 |
| Max C. Heerman (MCH) | Associate | 6 | 40.5 | $230 | $9,315.00 |
| Diana R. Hartstein (DRH) | Associate | 4 | 27.5 | $230 | $6,325.00 |
| John P. Cunningham (JPC) | Associate | 1 | 61.8 | $215 | $13,287.00 |
| Brian A. Skretny (BAS) | Associate | 1 | 39.7 | $215 | $8,535.50 |
| Aisling R. O'Shea (ARO) | Summer Associate | 0 | 26.1 | $160 | $4,176.00 |
| Evan A Young (EAY) | Summer Associate | 0 | 15.5 | $160 | $2,480.00 |
| J. Walker Richmond (JWR) | Summer Associate | 0 | 13.2 | $160 | $2,112.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 70.1 | $145 | $10,164.50 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 9.4 | $135 | $1,269.00 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 24.0 | $125 | $3,000.00 |
| Samira A Taylor (SAT) | Paralegal | 2 | 9.5 | $125 | $1,187.50 |
| Indrani E. Gnansire (IEG) | Paralegal | 1 | 33.9 | $125 | $4,237.50 |
| **Total** | | | **830.1** | | **$246,726.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 08/01/02 through 08/31/02 | Total Fees for the Period 08/01/02 through 08/31/02 |
|---|---:|---:|
| Business Operations | .1 | $56.00 |
| Case Administration | 147.0 | $22,305.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 98.7 | $28,365.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.9 | $1,257.50 |
| Employee Benefits/Pension | .1 | $56.00 |
| Fee Applications, Applicant | 13.2 | $3,234.00 |
| Fee Applications, Others | 2.6 | $679.00 |
| Tax Issues | 22.9 | $7,916.50 |
| Travel- Non-Working | 18.6 | $3,401.25 |
| Fraudulent Conveyance Adv. Proceeding | 525.0 | $179,455.50 |
| **Grand totals** | **830.1** | **$246,726.25** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period August 1, 2002 through August 31, 2002 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $8,602.91 |
| In-House Reproduction ($0.15 per page) | | $3,348.90 |
| Facsimile ($0.15 per page) | | $81.30 |
| Federal Express | | $677.20 |
| Long Distance Telephone Calls | | $505.29 |
| Air & Train Transportation | | $5,044.00 |
| Meal Expense | | $161.42 |
| Messenger Service | | $72.11 |
| Local Transportation | | $6.00 |
| Miscellaneous Exp | | $.00 |

| Conference Meals | | $160.95 |
|---|---|---|
| Postage | | $6.09 |
| Research Material | | $.00 |
| Westlaw/Lexis | | $4,205.83 |
| Professional Fees & Expert Witness Fees | | $127.50 |
| Court Reporting/Transcript Service | | $.00 |
| Travel – Ground Transportation | | $981.40 |
| Travel – Hotel Charges | | $613.81 |
| Travel - Miscellaneous | | $8.00 |
| **Total:** | | **$24,602.71** |

                CAPLIN & DRYSDALE, CHARTERED

                /s/ Elihu Inselbuch
                Elihu Inselbuch
                399 Park Avenue
                New York, NY  10022
                (212) 319-7125
                      -and-
                CAPLIN & DRYSDALE, CHARTERED
                Peter Van N. Lockwood
                One Thomas Circle, N.W.
                Washington, D.C.  20005
                (202) 862-5000

                     - and -
                CAMPBELL & LEVINE, LLC
                Mark T. Hurford (I.D. #3299)
                1201 N. Market Street
                15th Floor
                Wilmington, DE  19801
                (302) 426-1900

                Counsel for the Official Committee
                 of Asbestos Personal Injury Claimants

Dated:  September 24, 2002