**EXHIBIT B**

**Business Operations (.1 Hours; $ 56.00)**

   Services rendered in this category pertain to the analysis and administration of the Debtor's business operations.

**Total Task Code .03**     .1

**Case Administration (147.0 Hours; $ 22,305.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**     147.0

**Claim Analysis Objection & Resolution (Asbestos) (98.7 Hours; $ 28,365.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estate.

**Total Task Code .05**     98.7

**Committee, Creditors' Noteholders' or Equity Holders' (1.9 Hours; $ 1,257.50)**

   Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .07**     1.9

**Employee Benefits/Pension (.1 Hours; $ 56.00)**

   Services rendered in this category pertain to the review and analysis of the Debtors' executive compensation and employee benefit plans.

**Total Task Code .08**     .1

- 2 -

**Fee Applications, Applicant (13.2 Hours; $ 3,234.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   13.2**


**Fee Applications, Others (2.6 Hours; $ 679.00)**

   Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13   2.6**


**Tax Issues (22.9 Hours; $ 7,916.50)**

   Services rendered in this category pertain to the analysis of tax issues regarding the Debtor's estate and a potential reorganization plan.

**Total Task Code .19   22.9**


**Non-Working Travel Time (18.6 Hours; $ 3,401.25)**

   Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21   18.6**


**Fraudulent Conveyance Adv. Proceeding (525.0 Hours; $ 179,455.50)**

   Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .30   525.0**

{D0004945:1 }