## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,044.00 |
| Air Freight & Express Mail | 677.20 |
| Conference Meals | 160.95 |
| Database Research | 4,205.83 |
| Local Transportation – DC | 6.00 |
| Long Distance Telephone Chge-Credit Card | 11.05 |
| Long Distance Telephone - Equitrac In-House | 239.62 |
| Meals Related to Travel | 161.42 |
| NYO Long Distance Telephone | 212.16 |
| Outside Duplication Service | 8,602.91 |
| Postage | 6.09 |
| Professional Fees & Expert Witness Fees | 127.50 |
| Telecopier | 81.30 |
| Travel Expenses – Ground Transportation | 981.40 |
| Travel Expenses – Hotel Charges | 613.81 |
| Travel Expenses – LD Calls on Hotel Bill | 42.46 |
| Travel Expenses – Miscellaneous | 8.00 |
| Duplicating | <u>3,348.90</u> |
| Total: | $ 24,602.71 |