```
09/18/2002                                    Prebill Control Report
Page 1
11:59:02

Prebill 000001   Subpage      1
Client: 4642          Matter: 000
_____

Bill Attn To        Attn:

Client 4642                 Grace Asbestos Personal Injury Claimants      Old
Ref:                        Opened: 04/16/01
_____
Client 4642                 Grace Asbestos Personal Injury Claimants      Old
Ref:                        Opened: 04/16/01
Primary Contact


Matter 000                                                               Old
Ref:                        Opened: 04/16/01
_____
Matter 000                                                               Old
Ref:                        Opened: 04/16/01
Disbursements


Bill Cycle: 01  Style: it i1    Start: 04/16/01  Last Billed:    09/17/02
Trans Date Range: 01/01/50 to 08/31/02
Client Retainer Available:          .00    Committed to invoices:         .00
Remaining:         .00
Client Credits  Available:          .00    Committed to invoices:         .00
Remaining:         .00
Matter Retainer Available:          .00    Committed to invoices:         .00
Remaining:         .00
Matter Credits  Available:          .00    Committed to invoices:         .00
Remaining:         .00
Budget Fees        .00                        Billed Fees        .00
Resp Empl: Elihu Inselbuch
Budget Exp         .00                        Billed Exp    127,505.96
Bill Empl: Elihu Inselbuch
Budget Tot         .00                        Total         127,505.96
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                      ----------A C T U A L---------
----------B I L L I N G---------    Value At
Empl Init  Name                          T/E  Avg Rate    Hours      Amount
Avg Rate      Hours       Amount    Calc Rate
Empl Init  Name                          T/E  Avg Rate    Hours      Amount
Avg Rate      Hours       Amount    Calc Rate
_____

_____

0101 RCS   Robert C. Spohn                 E                       7,530.20
7,530.20
```

```
0103 DRH    Diana R. Hartstein           E                        1,813.25
1,813.25
0106 TWS    Trevor W. Swett              E                          260.77
260.77
0120 EI     Elihu Inselbuch              E                           68.46
68.46
0149 JPC    John P. Cunningham           E                           79.48
79.48
0156 SQC    Stacy Q. Cline               E                          997.27
997.27
0187 NDF    Nathan D. Finch              E                        5,528.46
5,528.46
0999 C&D    Caplin &. Drysdale           E                        8,324.82
8,324.82
                            Total Fees:                    .00         .00
.00            .00          .00
                            Total Expenses:                     24,602.71
24,602.71              .00
                            Total Fee+Exp:                 .00   24,602.71
.00    24,602.71          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                                  W/E  Trans. Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans. Work     --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
   Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
_____

_____

1344,660 Federal Express delivery to  E 01 08/01/02 0187 NDF
1.35                   1.35        1.35
         M. Peterson on 7/12
         From Federal Express
         002001 AUDIT *
         AP-0072,787:0007  Date:
         08/01/02
1346,907 Long Distance-Equitrac       E 64 08/01/02 0999 C&D
3.74                   3.74        5.09
         In-House
1347,208 Equitrac - Photocopy         E 54 08/01/02 0999 C&D
49.95                 49.95       55.04
```

{D0004948:1 }

```
09/18/2002                                        Prebill Control Report
Page 2
11:59:07

Prebill 000001   Subpage    2
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

          charges
1347,209 Xeroxing                      E 54 08/01/02 0999 C&D
147.75                       147.75     202.79
1347,210 Xeroxing                      E 54 08/01/02 0999 C&D
21.90                         21.90     224.69
1347,211 Equitrac - Photocopy          E 54 08/01/02 0999 C&D
.60                            .60     225.29
          charges
1347,212 Xeroxing                      E 54 08/01/02 0999 C&D
17.40                         17.40     242.69
1347,213 Xeroxing                      E 54 08/01/02 0999 C&D
1.50                          1.50     244.19
1347,251 Telecopier/Equitrac           E 62 08/01/02 0999 C&D
1.95                          1.95     246.14
1346,329 NDF expenses in NC for        E 21 08/02/02 0187 NDF
36.07                         36.07     282.21
          Beber deposition on 7/30-31
          for lunch and dinner
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,796:0002  Date:
          08/02/02
1346,330 NDF expenses in NC for        E 32 08/02/02 0187 NDF
166.42                       166.42     448.63
          Beber deposition on 7/30-31
          for room for NDF and SQC at
          Holiday Inn hotel
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,796:0003  Date:
          08/02/02
1346,331 NDF expenses in NC for        E 33 08/02/02 0187 NDF
311.33                       311.33     759.96
          Beber deposition on 7/30-31
          for cabs t/f home and
          airport and Hertz car
          rental
```

{D0004948:1 }

```
            From Nathan D. Finch
            000326 AUDIT *
            AP-0072,796:0004  Date:
            08/02/02
1346,332 NDF expenses in NC for      E 35 08/02/02 0187 NDF
15.60                    15.60         775.56
            Beber deposition on 7/30-31
            for phone calls made from
            hotel room
            From Nathan D. Finch
            000326 AUDIT *
            AP-0072,796:0005  Date:
            08/02/02
1346,908 Long Distance-Equitrac      E 64 08/02/02 0999 C&D
6.50                      6.50         782.06
            In-House
1347,214 Xeroxing                    E 54 08/02/02 0999 C&D
46.50                    46.50         828.56
1347,215 Xeroxing                    E 54 08/02/02 0999 C&D
7.20                      7.20         835.76
1347,216 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
8.40                      8.40         844.16
            charges
1347,217 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
.15                        .15         844.31
            charges
1347,218 Xeroxing                    E 54 08/02/02 0999 C&D
54.30                    54.30         898.61
```

```
09/18/2002                                      Prebill Control Report
Page 3
11:59:07

Prebill 000001   Subpage    3
Client: 4642            Matter: 000
_____

                                   W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                   W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl       Rate    Hours
Amount   Rate    Hours      Amount   Cumulative
    Trans Transaction Description      Code  Date   Empl       Rate    Hours
Amount   Rate    Hours      Amount   Cumulative
_____

_____

1347,219 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
18.60                    18.60     917.21
         charges
1347,220 Xeroxing                    E 54 08/02/02 0999 C&D
33.60                    33.60     950.81
1347,222 Xeroxing                    E 54 08/02/02 0999 C&D
3.15                     3.15      953.96
1347,223 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
3.00                     3.00      956.96
         charges
1347,224 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
91.50                    91.50     1,048.46
         charges
1347,253 Equitrac - Fax charges      E 62 08/02/02 0999 C&D
.45                      .45       1,048.91
1347,254 Equitrac - Fax charges      E 62 08/02/02 0999 C&D
3.90                     3.90      1,052.81
1347,255 Telecopier/Equitrac         E 62 08/02/02 0999 C&D
2.10                     2.10      1,054.91
1346,909 Long Distance-Equitrac      E 64 08/05/02 0999 C&D
29.12                    29.12     1,084.03
         In-House
1347,226 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
.45                      .45       1,084.48
         charges
1347,227 Xeroxing                    E 54 08/05/02 0999 C&D
20.55                    20.55     1,105.03
1347,229 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
.15                      .15       1,105.18
         charges
1347,231 Xeroxing                    E 54 08/05/02 0999 C&D
5.40                     5.40      1,110.58
1347,233 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
3.30                     3.30      1,113.88
         charges
1347,235 Xeroxing                    E 54 08/05/02 0999 C&D
9.30                     9.30      1,123.18
```

```
1347,238 Xeroxing                    E 54 08/05/02 0999 C&D
57.90                        57.90    1,181.08
1346,693 Petty Cash; Cabs in         E 33 08/06/02 0156 SQC
13.00                        13.00    1,194.08
         Charlotte, NC for SQC on
         7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0039  Date:
         08/06/02
1346,694 Petty Cash; Miscellaneous   E 34 08/06/02 0156 SQC
3.00                          3.00    1,197.08
         tips for SQC in Charlotte,
         NC on 7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0040  Date:
         08/06/02
1346,695 Petty Cash; Meals in        E 21 08/06/02 0156 SQC
19.77                        19.77    1,216.85
         Charlotte, NC for SQC on
         7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0041  Date:
         08/06/02
1346,696 Petty Cash; Cab home for    E 37 08/06/02 0156 SQC
6.00                          6.00    1,222.85
         SQC on 7/29 from office
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0042  Date:
```

```
09/18/2002                                      Prebill Control Report
Page 4
11:59:07


Prebill 000001   Subpage    4
Client: 4642           Matter: 000
_____
```

| | Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|---|
| | Amount | Rate | Hours | Amount | Cumulative | | |

```
W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
```

W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date   Empl     Rate   Hours
Amount    Rate   Hours     Amount  Cumulative

```
_____
_____
```

```
          08/06/02
1346,910 Long Distance-Equitrac    E 64 08/06/02 0999 C&D
2.35                      2.35   1,225.20
          In-House
1347,240 Equitrac - Photocopy      E 54 08/06/02 0999 C&D
.15                        .15   1,225.35
          charges
1347,242 Xeroxing                  E 54 08/06/02 0999 C&D
96.75                    96.75   1,322.10
1347,245 Xeroxing                  E 54 08/06/02 0999 C&D
45.60                    45.60   1,367.70
1347,247 Equitrac - Photocopy      E 54 08/06/02 0999 C&D
1.80                      1.80   1,369.50
          charges
1347,249 Xeroxing                  E 54 08/06/02 0999 C&D
60.60                    60.60   1,430.10
1347,663 ADA Travel;  SQC business E 15 08/07/02 0156 SQC
915.50                  915.50    2,345.60
          class travel to Charlotte,
          NC on 7/30
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0019  Date:
          08/07/02
1347,664 ADA Travel; AGency fee    E 15 08/07/02 0156 SQC
40.00                    40.00    2,385.60
          charged on SQC 7/30 travel
          to Charlotte, NC
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0020  Date:
          08/07/02
1347,657 ADA Travel; NDF 7/24 travel E 15 08/07/02 0187 NDF
446.00                  446.00    2,831.60
          to New York (coach fare
          $330.00)
          From ADA Travel, Inc.
```

```
          000534 AUDIT *
          AP-0072,815:0013  Date:
          08/07/02
1347,658 ADA Travel; Agency fee on   E 15 08/07/02 0187 NDF
40.00                      40.00    2,871.60
          NDF 7/24 travel to New York
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0014  Date:
          08/07/02
1347,662 ADA Travel; NDF 7/30 travel  E 15 08/07/02 0187 NDF
1,215.50                   1,215.50     4,087.10
          to Charlotte, NC (coach
          fare $915.50)  NOTE: No
          agency fee charged
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0018  Date:
          08/07/02
1347,665 ADA Travel; NDF 7/28 travel  E 15 08/07/02 0187 NDF
1,078.50                   1,078.50     5,165.60
          Las Vegas to Baltimore
          (coach fare $352.50)
          From ADA Travel, Inc.
```

```
09/18/2002                                    Prebill Control Report
Page 5
11:59:07

Prebill 000001   Subpage    5
Client: 4642            Matter: 000
_____
```

| | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

| | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

```
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
```

```
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
```

_____

_____

```
        000534 AUDIT *
        AP-0072,815:0021  Date:
        08/07/02
1,347,666 ADA Travel; AGency fee on   E 15 08/07/02 0187 NDF
40.00                     40.00    5,205.60
        NDF 7/28 travel Las Vegas
        to Baltimore
        From ADA Travel, Inc.
        000534 AUDIT *
        AP-0072,815:0022  Date:
        08/07/02
1,347,687 Red Top Exec Sedan service  E 33 08/07/02 0187 NDF
35.71                     35.71    5,241.31
        for NDF to National airport
        on 7/17
        From Red Top Executive
        Sedan        001899 AUDIT *
        AP-0072,834:0003  Date:
        08/07/02
1,347,829 Long Distance-Equitrac      E 64 08/07/02 0999 C&D
3.65                      3.65    5,244.96
        In-House
1,347,894 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
9.00                      9.00    5,253.96
        charges
1,347,895 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
25.50                    25.50    5,279.46
        charges
1,347,896 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
4.65                      4.65    5,284.11
        charges
1,347,897 Xeroxing                    E 54 08/07/02 0999 C&D
.30                       .30    5,284.41
1,347,898 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
1.35                      1.35    5,285.76
        charges
```

{D0004948:1 }

```
1347,899 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
.60                       .60     5,286.36
         charges
1347,900 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
22.95                     22.95    5,309.31
         charges
1348,021 Long Distance-Equitrac      E 64 08/08/02 0999 C&D
1.99                      1.99     5,311.30
         In-House
1348,087 Equitrac - Photocopy        E 54 08/08/02 0999 C&D
2.40                      2.40     5,313.70
         charges
1348,088 Xeroxing                    E 54 08/08/02 0999 C&D
11.25                    11.25     5,324.95
1348,089 Xeroxing                    E 54 08/08/02 0999 C&D
12.90                    12.90     5,337.85
1348,090 Equitrac - Photocopy        E 54 08/08/02 0999 C&D
1.20                      1.20     5,339.05
         charges
1348,091 Equitrac - Photocopy        E 54 08/08/02 0999 C&D
6.30                      6.30     5,345.35
         charges
1348,092 Equitrac - Photocopy        E 54 08/08/02 0999 C&D
.45                       .45     5,345.80
         charges
1348,549 Federal Express to Matthew  E 01 08/09/02 0120 EI
13.28                    13.28     5,359.08
         Zaleski from EI on 7/26
         From Federal Express
         002001 AUDIT *
         AP-0072,848:0005  Date:
```

09/18/2002                                          Prebill Control Report
Page 6
11:59:08

Prebill 000001   Subpage     6
Client: 4642            Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours     Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours     Amount  Cumulative
_____
_____

         08/09/02
1348,738 Federal Express to Mark     E 01 08/09/02 0187 NDF
29.84                    29.84    5,388.92
         Peterson from NDF on 8/8
         From Federal Express
         002001 AUDIT *
         AP-0072,858:0005  Date:
         08/09/02
1348,571 Long Distance-Equitrac     E 64 08/09/02 0999 C&D
63.39                    63.39    5,452.31
         In-House
1348,627 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
60.60                    60.60    5,512.91
         charges
1348,628 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
87.30                    87.30    5,600.21
         charges
1348,629 Xeroxing                   E 54 08/09/02 0999 C&D
32.85                    32.85    5,633.06
1348,630 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
.30                       .30    5,633.36
         charges
1348,631 Xeroxing                   E 54 08/09/02 0999 C&D
5.40                     5.40    5,638.76
1348,632 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
13.80                    13.80    5,652.56
         charges
1348,633 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
1.05                     1.05    5,653.61
         charges
1348,634 Telecopier/Equitrac        E 62 08/09/02 0999 C&D
1.50                     1.50    5,655.11
1348,635 Equitrac - Fax charges     E 62 08/09/02 0999 C&D
.45                       .45    5,655.56
1348,706 Equitrac - Long Distance   E 64 08/09/02 0999 C&D
.14                       .14    5,655.70

{D0004948:1 }

```
1348,781 Equitrac - Long Distance    E 64 08/11/02 0999 C&D
.05                          .05    5,655.75
1348,761 Federal Express delivery on E 01 08/12/02 0187 NDF
59.03                      59.03    5,714.78
         8/1/02 to E. Leibenstein &
         A. Aizley
         From Federal Express
         002001 AUDIT *
         AP-0072,869:0005  Date:
         08/12/02
1348,773 Federal Express delivery on E 01 08/12/02 0999 C&D
77.98                      77.98    5,792.76
         7/29/02 to T. Floyd, McNew,
         From Federal Express
         002001 AUDIT *
         AP-0072,883:0003  Date:
         08/12/02
1349,062 Long Distance-Equitrac      E 64 08/12/02 0999 C&D
8.18                        8.18    5,800.94
         In-House
1349,116 Equitrac - Photocopy        E 54 08/12/02 0999 C&D
7.80                        7.80    5,808.74
         charges
1349,117 Xeroxing                    E 54 08/12/02 0999 C&D
18.60                      18.60     5,827.34
1349,118 Equitrac - Photocopy        E 54 08/12/02 0999 C&D
3.00                        3.00    5,830.34
         charges
1349,119 Equitrac - Photocopy        E 54 08/12/02 0999 C&D
162.60                    162.60     5,992.94
         charges
1349,301 Long Distance-Equitrac      E 64 08/13/02 0999 C&D
7.95                        7.95    6,000.89
         In-House
```

```
09/18/2002                                    Prebill Control Report
Page 7
11:59:08

Prebill 000001   Subpage      7
Client: 4642           Matter: 000
_____
```

| | | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

| | | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

```
_____
_____

1349,358 Equitrac - Photocopy       E 54 08/13/02 0999 C&D
.75                         .75    6,001.64
         charges
1349,359 Xeroxing                    E 54 08/13/02 0999 C&D
1.80                       1.80    6,003.44
1349,360 Xeroxing                    E 54 08/13/02 0999 C&D
15.45                     15.45    6,018.89
1349,361 Equitrac - Photocopy       E 54 08/13/02 0999 C&D
.30                         .30    6,019.19
         charges
1349,362 Equitrac - Photocopy       E 54 08/13/02 0999 C&D
15.15                     15.15    6,034.34
         charges
1349,363 Xeroxing                    E 54 08/13/02 0999 C&D
8.25                       8.25    6,042.59
1349,364 Xeroxing                    E 54 08/13/02 0999 C&D
10.35                     10.35    6,052.94
1349,365 Xeroxing                    E 54 08/13/02 0999 C&D
30.30                     30.30    6,083.24
1349,366 Xeroxing                    E 54 08/13/02 0999 C&D
3.90                       3.90    6,087.14
1349,367 Xeroxing                    E 54 08/13/02 0999 C&D
231.60                   231.60    6,318.74
1349,368 Equitrac - Postage         E 56 08/13/02 0999 C&D
.37                         .37    6,319.11
1349,369 Equitrac - Fax charges     E 62 08/13/02 0999 C&D
11.70                     11.70    6,330.81
1349,370 Telecopier/Equitrac        E 62 08/13/02 0999 C&D
1.20                       1.20    6,332.01
1349,809 Database Research-Westlaw  E 50 08/14/02 0999 C&D
69.35                     69.35    6,401.36
         research by NDF on 08/01
1349,810 Database Research-Westlaw  E 50 08/14/02 0999 C&D
113.20                   113.20    6,514.56
         research by BAS on 07/30
1349,811 Database Research-Westlaw  E 50 08/14/02 0999 C&D
635.47                   635.47    7,150.03
```

```
                research by RCS on 07/31
1349,993 Long Distance-Equitrac      E 64 08/14/02 0999 C&D
16.62                      16.62    7,166.65
                In-House
1350,056 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
4.50                        4.50    7,171.15
                charges
1350,057 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
6.75                        6.75    7,177.90
                charges
1350,058 Xeroxing                    E 54 08/14/02 0999 C&D
6.60                        6.60    7,184.50
1350,059 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
3.60                        3.60    7,188.10
                charges
1350,060 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
.75                          .75   7,188.85
                charges
1350,061 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
.30                          .30   7,189.15
                charges
1350,062 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
72.30                      72.30    7,261.45
                charges
1350,063 Equitrac - Fax charges      E 62 08/14/02 0999 C&D
2.10                        2.10   7,263.55
1353,567 NYO Long Distance           E 65 08/14/02 0999 C&D
9.17                        9.17   7,272.72
                Telephone-Long distance
                call made in the month of
                July
1353,568 NYO Long Distance           E 65 08/14/02 0999 C&D
1.52                        1.52   7,274.24
                Telephone-Long distance
                call made in the month of
                July
1353,569 NYO Long Distance           E 65 08/14/02 0999 C&D
68.26                      68.26    7,342.50
                Telephone-Grace committee
                meeting on 6/4
```

```
09/18/2002                                    Prebill Control Report
Page 8
11:59:09

Prebill 000001   Subpage     8
Client: 4642           Matter: 000
_____
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description       Code  Date   Empl      Rate   Hours
Amount    Rate    Hours        Amount   Cumulative
   Trans Transaction Description       Code  Date   Empl      Rate   Hours
Amount    Rate    Hours        Amount   Cumulative
_____
_____

1353,570 NYO Long Distance            E 65 08/14/02 0999 C&D
133.21                     133.21    7,475.71
         Telephone-Committe
         conference call made on
         6/25
1350,790 Long Distance-Equitrac       E 64 08/15/02 0999 C&D
7.27                         7.27    7,482.98
         In-House
1350,842 Xeroxing                     E 54 08/15/02 0999 C&D
85.50                       85.50    7,568.48
1350,843 Xeroxing                     E 54 08/15/02 0999 C&D
9.00                         9.00    7,577.48
1350,844 Equitrac - Photocopy         E 54 08/15/02 0999 C&D
.30                           .30   7,577.78
         charges
1350,845 Equitrac - Photocopy         E 54 08/15/02 0999 C&D
3.00                         3.00   7,580.78
         charges
1350,846 Xeroxing                     E 54 08/15/02 0999 C&D
13.35                       13.35    7,594.13
1350,847 Equitrac - Photocopy         E 54 08/15/02 0999 C&D
2.25                         2.25   7,596.38
         charges
1350,848 Equitrac - Photocopy         E 54 08/15/02 0999 C&D
7.80                         7.80   7,604.18
         charges
1350,849 Telecopier/Equitrac          E 62 08/15/02 0999 C&D
4.80                         4.80   7,608.98
1351,163 Tvl to FL on 8/13 for        E 21 08/16/02 0103 DRH
76.63                       76.63    7,685.61
         document review (meals)
         From Diana Hartstein
         003285 AUDIT *
         AP-0072,942:0002  Date:
         08/16/02
1351,164 Tvl to FL on 8/13 for        E 32 08/16/02 0103 DRH
255.99                     255.99    7,941.60
```

```
                  document review (hotel)
                  From Diana Hartstein
                  003285 AUDIT *
                  AP-0072,942:0003  Date:
                  08/16/02
1351,165 Tvl to FL on 8/13 for        E 33 08/16/02 0103 DRH
76.00                        76.00    8,017.60
                  document review (cabs)
                  From Diana Hartstein
                  003285 AUDIT *
                  AP-0072,942:0004  Date:
                  08/16/02
1351,166 Tvl to FL on 8/13 for        E 34 08/16/02 0103 DRH
5.00                          5.00    8,022.60
                  document review
                  From Diana Hartstein
                  003285 AUDIT *
                  AP-0072,942:0005  Date:
                  08/16/02
1351,143 Federal Express delivery to E 01 08/16/02 0120 EI
52.57                        52.57    8,075.17
                  J. Heberling, M. Meyer, S.
                  Kazan & J. Cooney on 8/8
                  From Federal Express
                  002001 AUDIT *
                  AP-0072,924:0006  Date:
                  08/16/02
```

09/18/2002                                          Prebill Control Report
Page 9
11:59:09

Prebill 000001   Subpage    9
Client: 4642          Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

1351,172 Federal Express delivery on  E 01 08/16/02 0149 JPC
41.99                    41.99    8,117.16
         8/14 to M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0072,947:0004  Date:
         08/16/02
1351,169 Federal Express delivery on  E 01 08/16/02 0187 NDF
72.52                    72.52    8,189.68
         8/13 to S. McMillin, D.
         Relles, M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0072,944:0003  Date:
         08/16/02
1350,998 Database Research-Lexis      E 50 08/16/02 0999 C&D
169.20                  169.20    8,358.88
         research by JPC on 08/08
1350,999 Database Research-Lexis      E 50 08/16/02 0999 C&D
225.25                  225.25    8,584.13
         research by JPC/NR on 08/07
1351,132 Database Research-Westlaw    E 50 08/16/02 0999 C&D
7.11                      7.11    8,591.24
         research  by JPC on 08/06
1351,133 Database Research-Westlaw    E 50 08/16/02 0999 C&D
519.01                  519.01    9,110.25
         research by NDF on 08/06,08
1351,134 Database Research-Westlaw    E 50 08/16/02 0999 C&D
1,242.95              1,242.95   10,353.20
         research by BAS on
         08/06,07-09
1351,482 Long Distance-Equitrac       E 64 08/16/02 0999 C&D
2.31                      2.31   10,355.51
         In-House
1351,589 Equitrac - Photocopy         E 54 08/16/02 0999 C&D
11.25                    11.25   10,366.76
         charges

```
1351,590 Xeroxing                    E 54 08/16/02 0999 C&D
27.30                        27.30   10,394.06
1351,591 Xeroxing                    E 54 08/16/02 0999 C&D
28.95                        28.95   10,423.01
1351,592 Equitrac - Photocopy        E 54 08/16/02 0999 C&D
1.80                          1.80   10,424.81
         charges
1351,593 Equitrac - Photocopy        E 54 08/16/02 0999 C&D
.60                            .60   10,425.41
         charges
1351,594 Xeroxing                    E 54 08/16/02 0999 C&D
9.30                          9.30   10,434.71
1351,607 Equitrac - Fax charges      E 62 08/16/02 0999 C&D
.45                            .45   10,435.16
1351,608 Equitrac - Fax charges      E 62 08/16/02 0999 C&D
.30                            .30   10,435.46
1351,609 Equitrac - Fax charges      E 62 08/16/02 0999 C&D
.30                            .30   10,435.76
1351,610 Telecopier/Equitrac         E 62 08/16/02 0999 C&D
4.80                          4.80   10,440.56
1351,778 Equitrac - Long Distance    E 64 08/16/02 0999 C&D
.69                            .69   10,441.25
1351,483 Equitrac - Long Distance    E 64 08/17/02 0999 C&D
.06                            .06   10,441.31
1351,595 Equitrac - Photocopy        E 54 08/17/02 0999 C&D
7.05                          7.05   10,448.36
         charges
1351,596 Equitrac - Photocopy        E 54 08/17/02 0999 C&D
7.05                          7.05   10,455.41
         charges
1351,597 Equitrac - Photocopy        E 54 08/17/02 0999 C&D
.45                            .45   10,455.86
         charges
1351,598 Equitrac - Photocopy        E 54 08/17/02 0999 C&D
.60                            .60   10,456.46
         charges
```

```
09/18/2002                                      Prebill Control Report
Page 10
11:59:09

Prebill 000001   Subpage   10
Client: 4642          Matter: 000
_____
```

| | | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | | |

| | | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

```
_____
_____

1351,484 Long Distance-Equitrac    E 64 08/19/02 0999 C&D
13.80                      13.80   10,470.26
         In-House
1351,599 Equitrac - Photocopy       E 54 08/19/02 0999 C&D
.45                          .45   10,470.71
         charges
1351,600 Xeroxing                   E 54 08/19/02 0999 C&D
35.25                      35.25   10,505.96
1351,601 Equitrac - Photocopy       E 54 08/19/02 0999 C&D
.30                          .30   10,506.26
         charges
1351,602 Equitrac - Photocopy       E 54 08/19/02 0999 C&D
3.45                        3.45   10,509.71
         charges
1351,603 Xeroxing                   E 54 08/19/02 0999 C&D
18.00                      18.00   10,527.71
1351,604 Equitrac - Photocopy       E 54 08/19/02 0999 C&D
4.20                        4.20   10,531.91
         charges
1351,605 Xeroxing                   E 54 08/19/02 0999 C&D
4.50                        4.50   10,536.41
1351,606 Equitrac - Photocopy       E 54 08/19/02 0999 C&D
3.75                        3.75   10,540.16
         charges
1351,611 Equitrac - Fax charges     E 62 08/19/02 0999 C&D
.45                          .45   10,540.61
1351,612 Equitrac - Fax charges     E 62 08/19/02 0999 C&D
4.05                        4.05   10,544.66
1351,843 TWS luncheon for 10 on 7/3 E 22 08/20/02 0106 TWS
160.95                    160.95   10,705.61
         From Catering by Windows
         001895 AUDIT *
         AP-0072,991:0002  Date:
         08/20/02
1351,832 Lasership Delivery to      E 03 08/20/02 0999 C&D
14.92                      14.92   10,720.53
         Gilbert Heintz & Randolph
```

{D0004948:1 }

```
                on 7/24
                From Lasership, Inc
                003253 AUDIT *
                AP-0072,985:0011  Date:
                08/20/02
1352,112 Long Distance-Equitrac     E 64 08/20/02 0999 C&D
1.25                          1.25   10,721.78
                In-House
1352,152 Xeroxing                    E 54 08/20/02 0999 C&D
23.85                        23.85   10,745.63
1352,153 Equitrac - Photocopy        E 54 08/20/02 0999 C&D
3.30                          3.30   10,748.93
                charges
1352,154 Xeroxing                    E 54 08/20/02 0999 C&D
11.55                        11.55   10,760.48
1352,155 Equitrac - Photocopy        E 54 08/20/02 0999 C&D
.75                            .75   10,761.23
                charges
1352,156 Telecopier/Equitrac         E 62 08/20/02 0999 C&D
.60                            .60   10,761.83
1352,157 Equitrac - Fax charges      E 62 08/20/02 0999 C&D
3.15                          3.15   10,764.98
1352,258 Capitol Process; Service of E 08 08/21/02 0187 NDF
127.50                      127.50   10,892.48
                subpoenaes on Bates on 8/13
                From Capitol Process
                Services       001129 AUDIT
                * AP-0073,013:0002  Date:
                08/21/02
1352,252 Database Research-Lexis     E 50 08/21/02 0999 C&D
21.15                        21.15   10,913.63
                research by JPC on 08/15
1352,667 Long Distance-Equitrac      E 64 08/21/02 0999 C&D
18.38                        18.38   10,932.01
                In-House
```

09/18/2002                                         Prebill Control Report
Page 11
11:59:10

Prebill 000001    Subpage    11
Client: 4642            Matter: 000
_____

                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
_____
_____

1352,730 Xeroxing                    E 54 08/21/02 0999 C&D
16.80                        16.80   10,948.81
1352,731 Xeroxing                    E 54 08/21/02 0999 C&D
77.70                        77.70   11,026.51
1352,732 Equitrac - Photocopy        E 54 08/21/02 0999 C&D
28.50                        28.50   11,055.01
         charges
1352,733 Equitrac - Photocopy        E 54 08/21/02 0999 C&D
2.25                         2.25    11,057.26
         charges
1352,828 Long Distance-Equitrac      E 64 08/22/02 0999 C&D
6.51                         6.51    11,063.77
         In-House
1352,890 Equitrac - Photocopy        E 54 08/22/02 0999 C&D
41.40                        41.40   11,105.17
         charges
1352,891 Equitrac - Photocopy        E 54 08/22/02 0999 C&D
2.10                         2.10    11,107.27
         charges
1352,892 Xeroxing                    E 54 08/22/02 0999 C&D
23.40                        23.40   11,130.67
1352,893 Xeroxing                    E 54 08/22/02 0999 C&D
42.90                        42.90   11,173.57
1352,894 Equitrac - Photocopy        E 54 08/22/02 0999 C&D
9.90                         9.90    11,183.47
         charges
1352,895 Equitrac - Photocopy        E 54 08/22/02 0999 C&D
13.50                        13.50   11,196.97
         charges
1352,896 Xeroxing                    E 54 08/22/02 0999 C&D
45.75                        45.75   11,242.72
1352,897 Xeroxing                    E 54 08/22/02 0999 C&D
6.75                         6.75    11,249.47
1352,898 Telecopier/Equitrac         E 62 08/22/02 0999 C&D
15.45                        15.45   11,264.92
1352,899 Equitrac - Fax charges      E 62 08/22/02 0999 C&D
1.65                         1.65    11,266.57

```
1352,995 Federal Express delivery on  E 01 08/23/02 0149 JPC
23.07                      23.07    11,289.64
         8/16 to S. McMillin
         From Federal Express
         002001 AUDIT *
         AP-0073,028:0006  Date:
         08/23/02
1352,997 Federal Express delivery on  E 01 08/23/02 0149 JPC
13.07                      13.07    11,302.71
         8/15 to M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0073,029:0004  Date:
         08/23/02
1352,980 Federal Express delivery on  E 01 08/23/02 0187 NDF
123.60                     123.60   11,426.31
         7/20 from L. Guffey
         From Federal Express
         002001 AUDIT *
         AP-0073,025:0003  Date:
         08/23/02
1353,009 Tvl to Boca Raton for        E 21 08/23/02 0187 NDF
28.95                      28.95    11,455.26
         depositions on 8/20-8/21
         (meals)
         From Nathan D. Finch
         000326 AUDIT *
         AP-0073,041:0002  Date:
         08/23/02
1353,010 Tvl to Boca Raton for        E 32 08/23/02 0187 NDF
191.40                     191.40   11,646.66
         depositions on 8/20-8/21
```

09/18/2002                                      Prebill Control Report
Page 12
11:59:10

Prebill 000001    Subpage    12
Client: 4642            Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description    Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description    Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____
        (Hotel)
        From Nathan D. Finch
        000326 AUDIT *
        AP-0073,041:0003  Date:
        08/23/02
1353,011 Tvl to Boca Raton for      E 33 08/23/02 0187 NDF
135.31                  135.31   11,781.97
        depositions on 8/20-8/21
        (rental car and cab)
        From Nathan D. Finch
        000326 AUDIT *
        AP-0073,041:0004  Date:
        08/23/02
1353,012 Tvl to Boca Raton for      E 35 08/23/02 0187 NDF
26.86                    26.86   11,808.83
        depositions on 8/20-8/21
        From Nathan D. Finch
        000326 AUDIT *
        AP-0073,041:0005  Date:
        08/23/02
1353,069 Long Distance-Equitrac     E 64 08/23/02 0999 C&D
28.00                    28.00   11,836.83
        In-House
1353,126 Equitrac - Photocopy       E 54 08/23/02 0999 C&D
2.10                      2.10  11,838.93
        charges
1353,127 Xeroxing                   E 54 08/23/02 0999 C&D
30.60                    30.60   11,869.53
1353,128 Equitrac - Photocopy       E 54 08/23/02 0999 C&D
49.20                    49.20   11,918.73
        charges
1353,129 Xeroxing                   E 54 08/23/02 0999 C&D
57.30                    57.30   11,976.03
1353,130 Equitrac - Photocopy       E 54 08/23/02 0999 C&D
35.10                    35.10   12,011.13
        charges

```
1353,131 Xeroxing                   E 54 08/23/02 0999 C&D
15.75                      15.75   12,026.88
1353,133 Equitrac - Fax charges     E 62 08/23/02 0999 C&D
.60                          .60   12,027.48
1353,134 Equitrac - Fax charges     E 62 08/23/02 0999 C&D
.75                          .75   12,028.23
1353,070 Long Distance-Equitrac     E 64 08/25/02 0999 C&D
3.27                        3.27   12,031.50
         In-House
1353,132 Equitrac - Photocopy       E 54 08/25/02 0999 C&D
3.00                        3.00   12,034.50
         charges
1353,135 Equitrac - Fax charges     E 62 08/25/02 0999 C&D
.45                          .45   12,034.95
1353,235 DRH travel expenses to Ft. E 33 08/26/02 0103 DRH
131.13                    131.13   12,166.08
         Lauderdale re document
         review on 8/13-14 for Hertz
         car rental
         From Diana Hartstein
         003285 AUDIT *
         AP-0073,060:0002  Date:
         08/26/02
1353,894 Long Distance-Equitrac     E 64 08/26/02 0999 C&D
1.91                        1.91   12,167.99
         In-House
1353,955 Equitrac - Photocopy       E 54 08/26/02 0999 C&D
.15                          .15   12,168.14
         charges
1353,956 Xeroxing                   E 54 08/26/02 0999 C&D
58.80                      58.80   12,226.94
```

09/18/2002                                    Prebill Control Report
Page 13
11:59:10

Prebill 000001   Subpage    13
Client: 4642              Matter: 000
_____

                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

1353,957 Xeroxing                    E 54 08/26/02 0999 C&D
31.35                     31.35   12,258.29
1353,958 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
2.10                      2.10   12,260.39
         charges
1353,959 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
19.05                    19.05   12,279.44
         charges
1353,960 Xeroxing                    E 54 08/26/02 0999 C&D
31.20                    31.20   12,310.64
1353,961 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
.90                       .90   12,311.54
         charges
1353,962 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
3.60                      3.60   12,315.14
         charges
1353,963 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
4.65                      4.65   12,319.79
         charges
1353,964 Xeroxing                    E 54 08/26/02 0999 C&D
8.25                      8.25   12,328.04
1353,965 Equitrac - Photocopy        E 54 08/26/02 0999 C&D
141.00                  141.00   12,469.04
         charges
1353,966 Telecopier/Equitrac         E 62 08/26/02 0999 C&D
4.80                      4.80   12,473.84
1354,240 BostonCoach for NDF         E 33 08/27/02 0187 NDF
113.02                  113.02   12,586.86
         Manhattan, NY to Newark, NJ
         on 7/25
         From BostonCoach
         000077 AUDIT *
         AP-0073,073:0006  Date:
         08/27/02
1354,241 BostonCoach for NDF from    E 33 08/27/02 0187 NDF
126.90                  126.90   12,713.76
         BWI airport on 7/29

{D0004948:1 }

```
          From BostonCoach
          000077 AUDIT *
          AP-0073,073:0007  Date:
          08/27/02
1354,257 Research Associates          E 25 08/27/02 0187 NDF
1,103.00                      1,103.00   13,816.76
          From Research Associates
          001948 AUDIT *
          AP-0073,087:0002  Date:
          08/27/02
1354,278 Velocity Express to Ross     E 03 08/27/02 0999 C&D
8.17                          8.17   13,824.93
          Dixon on 8/2
          From Velocity Express
          002986 AUDIT *
          AP-0073,094:0004  Date:
          08/27/02
1354,279 Velocity Express to          E 03 08/27/02 0999 C&D
16.34                        16.34   13,841.27
          Fulbright & Jaworski on
          7/31
          From Velocity Express
          002986 AUDIT *
          AP-0073,094:0005  Date:
          08/27/02
1354,280 Velocity Express to Wiley    E 03 08/27/02 0999 C&D
16.34                        16.34   13,857.61
          Rein & Fielding on 8/8
```

09/18/2002                                                    Prebill Control Report
Page 14
11:59:11

Prebill 000001    Subpage    14
Client: 4642              Matter: 000
_____

|  |  |  |  |  | W/E | Trans. | Work | --------A C T U A |
|--|--|--|--|--|--|--|--|--|
| L-------- -------------B I L L I N G------------- |
|  |  |  |  |  | W/E | Trans. | Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- |

|  | Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|--|--|--|--|--|--|--|--|
| Amount | Rate | Hours | Amount | Cumulative |
|  | Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |

_____
_____

|  | From Velocity Express |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|
|  | 002986 AUDIT * |
|  | AP-0073,095:0002  Date: |
|  | 08/27/02 |
| 1354,281 | Velocity Express to Wiley |  | E 03 | 08/27/02 | 0999 | C&D |
| 16.34 |  |  | 16.34 | 13,873.95 |
|  | Rein on 8/14 |
|  | From Velocity Express |
|  | 002986 AUDIT * |
|  | AP-0073,096:0002  Date: |
|  | 08/27/02 |
| 1354,322 | Long Distance-Equitrac |  | E 64 | 08/27/02 | 0999 | C&D |
| 1.09 |  |  | 1.09 | 13,875.04 |
|  | In-House |
| 1354,372 | Equitrac - Photocopy |  | E 54 | 08/27/02 | 0999 | C&D |
| 1.35 |  |  | 1.35 | 13,876.39 |
|  | charges |
| 1354,373 | Xeroxing |  | E 54 | 08/27/02 | 0999 | C&D |
| 10.20 |  |  | 10.20 | 13,886.59 |
| 1354,374 | Equitrac - Photocopy |  | E 54 | 08/27/02 | 0999 | C&D |
| 7.20 |  |  | 7.20 | 13,893.79 |
|  | charges |
| 1354,375 | Xeroxing |  | E 54 | 08/27/02 | 0999 | C&D |
| 9.30 |  |  | 9.30 | 13,903.09 |
| 1354,376 | Xeroxing |  | E 54 | 08/27/02 | 0999 | C&D |
| 13.35 |  |  | 13.35 | 13,916.44 |
| 1354,377 | Equitrac - Photocopy |  | E 54 | 08/27/02 | 0999 | C&D |
| .60 |  |  | .60 | 13,917.04 |
|  | charges |
| 1354,378 | Equitrac - Photocopy |  | E 54 | 08/27/02 | 0999 | C&D |
| 1.20 |  |  | 1.20 | 13,918.24 |
|  | charges |
| 1354,379 | Equitrac - Fax charges |  | E 62 | 08/27/02 | 0999 | C&D |
| 1.35 |  |  | 1.35 | 13,919.59 |
| 1354,380 | Telecopier/Equitrac |  | E 62 | 08/27/02 | 0999 | C&D |
| 1.20 |  |  | 1.20 | 13,920.79 |

```
1354,381 Equitrac - Fax charges      E 62 08/27/02 0999 C&D
.45                          .45    13,921.24
1354,469 ImageNet; Heavy Handling     E 25 08/28/02 0101 RCS
222.71                       222.71   14,143.95
         copies
         From ImageNet of Washington
         DC        003527 AUDIT *
         AP-0073,102:0002  Date:
         08/28/02
1354,470 ImageNet; Medium handling    E 25 08/28/02 0101 RCS
107.09                       107.09   14,251.04
         copies
         From ImageNet of Washington
         DC        003527 AUDIT *
         AP-0073,103:0002  Date:
         08/28/02
1354,471 ImageNet; Index tgabs,       E 25 08/28/02 0101 RCS
78.82                         78.82   14,329.86
         medium handling copies
         From ImageNet of Washington
         DC        003527 AUDIT *
         AP-0073,104:0002  Date:
         08/28/02
1354,472 ImageNet; medium handling    E 25 08/28/02 0101 RCS
19.80                         19.80   14,349.66
         copies
         From ImageNet of Washington
         DC        003527 AUDIT *
         AP-0073,105:0002  Date:
```

```
09/18/2002                                    Prebill Control Report
Page 15
11:59:11

Prebill 000001   Subpage   15
Client: 4642           Matter: 000
_____

                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

        08/28/02
1354,473 ImageNet; Custom labels,   E 25 08/28/02 0101 RCS
554.30                   554.30   14,903.96
        medium handling copies,
        color copies and bindings
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,106:0002  Date:
        08/28/02
1354,474 ImageNet; Index tabs and   E 25 08/28/02 0101 RCS
615.53                   615.53   15,519.49
        blowbacks
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,107:0002  Date:
        08/28/02
1354,475 ImageNet; Medium handling  E 25 08/28/02 0101 RCS
107.23                   107.23   15,626.72
        copies
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,108:0002  Date:
        08/28/02
1354,476 ImageNet; Spiral bindings  E 25 08/28/02 0101 RCS
992.46                   992.46   16,619.18
        (GBC), light handling
        copies and color copies
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,109:0002  Date:
        08/28/02
1354,477 ImageNet; Heavy handling   E 25 08/28/02 0101 RCS
411.63                   411.63   17,030.81
        copies
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,110:0002  Date:
```

```
          08/28/02
1354,478 ImageNet; Heavy handling     E 25 08/28/02 0101 RCS
272.68                        272.68   17,303.49
          copies
          From ImageNet of Washington
          DC       003527 AUDIT *
          AP-0073,111:0002  Date:
          08/28/02
1354,479 ImageNet; Spiural bindings   E 25 08/28/02 0101 RCS
222.08                        222.08   17,525.57
          and color copies
          From ImageNet of Washington
          DC       003527 AUDIT *
          AP-0073,112:0002  Date:
          08/28/02
1354,546 ADA Travel Coach fare        E 15 08/28/02 0103 DRH
581.50                        581.50   18,107.07
          traverl for DRH on 8/13 to
          Ft. Lauderdale
          From ADA Travel, Inc.
```

```
09/18/2002                                      Prebill Control Report
Page 16
11:59:11

Prebill 000001   Subpage    16
Client: 4642           Matter: 000
_____

                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

         000534 AUDIT *
         AP-0073,179:0007  Date:
         08/28/02
1354,548 ADA Travel Coach fare      E 15 08/28/02 0103 DRH
687.00                  687.00   18,794.07
         travel for DRH on 8/14 to
         Baltimore
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0073,179:0009  Date:
         08/28/02
1354,562 Federal Express to Matthew  E 01 08/28/02 0120 EI
2.61                      2.61   18,796.68
         Zaleski from EI on 8/22
         From Federal Express
         002001 AUDIT *
         AP-0073,183:0008  Date:
         08/28/02
1354,534 Federal Express to Mark    E 01 08/28/02 0149 JPC
1.35                     1.35   18,798.03
         Peterson from JPC on 8/14
         From Federal Express
         002001 AUDIT *
         AP-0073,173:0008  Date:
         08/28/02
1354,535 Federal Express to Mark    E 01 08/28/02 0187 NDF
4.05                     4.05   18,802.08
         Peterson, Dan Relles from
         NDF on 8/8
         From Federal Express
         002001 AUDIT *
         AP-0073,173:0009  Date:
         08/28/02
1354,482 Federal Express to Jay     E 01 08/28/02 0999 C&D
69.78                   69.78   18,871.86
         Sakaol and Brad Friedman
         from NDF and Elli
```

{D0004948:1 }

```
         Leibenstein and Bert Wolff
         from TWS on 8/26
         From Federal Express
         002001 AUDIT *
         AP-0073,159:0004  Date:
         08/28/02
1354,605 Long Distance-Equitrac    E 64 08/28/02 0999 C&D
4.86                       4.86    18,876.72
         In-House
1354,661 Equitrac - Photocopy      E 54 08/28/02 0999 C&D
5.70                       5.70    18,882.42
         charges
1354,662 Equitrac - Photocopy      E 54 08/28/02 0999 C&D
62.40                     62.40    18,944.82
         charges
1354,663 Equitrac - Photocopy      E 54 08/28/02 0999 C&D
8.55                       8.55    18,953.37
         charges
1354,664 Xeroxing                  E 54 08/28/02 0999 C&D
12.60                     12.60    18,965.97
1354,665 Equitrac - Photocopy      E 54 08/28/02 0999 C&D
1.20                       1.20    18,967.17
         charges
```

```
09/18/2002                                    Prebill Control Report
Page 17
11:59:11

Prebill 000001   Subpage   17
Client: 4642         Matter: 000
_____
```

```
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
```
```
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
```

```
   Trans Transaction Description       Code Date    Empl       Rate    Hours
Amount  Rate   Hours      Amount   Cumulative
```
```
   Trans Transaction Description       Code Date    Empl       Rate    Hours
Amount  Rate   Hours      Amount   Cumulative
```
_____
_____

```
1354,666 Xeroxing                   E 54 08/28/02 0999 C&D
4.95                    4.95   18,972.12
1354,667 Telecopier/Equitrac        E 62 08/28/02 0999 C&D
.75                      .75   18,972.87
1354,668 Equitrac - Fax charges     E 62 08/28/02 0999 C&D
2.40                    2.40   18,975.27
1354,669 Equitrac - Fax charges     E 62 08/28/02 0999 C&D
2.25                    2.25   18,977.52
1354,670 Telecopier/Equitrac        E 62 08/28/02 0999 C&D
4.05                    4.05   18,981.57
1355,495 ImageNet; Index tabs, Velo E 25 08/29/02 0101 RCS
400.05                400.05   19,381.62
          bindings, Heavy handling
          copies
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,199:0002  Date:
          08/29/02
1355,496 ImageNet; Heavy handling   E 25 08/29/02 0101 RCS
216.21                216.21   19,597.83
          copies
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,200:0002  Date:
          08/29/02
1355,554 Database Research-Westlaw  E 50 08/29/02 0999 C&D
71.03                  71.03   19,668.86
          research by JPC on 08/19
1355,555 Database Research-Westlaw  E 50 08/29/02 0999 C&D
1,132.11            1,132.11   20,800.97
          research by MCH on 08/19,20
1355,941 Long Distance-Equitrac     E 64 08/29/02 0999 C&D
3.72                    3.72   20,804.69
          In-House
1355,992 Equitrac - Photocopy       E 54 08/29/02 0999 C&D
1.65                    1.65   20,806.34
          charges
```

```
1355,993 Xeroxing                      E 54 08/29/02 0999 C&D
9.30                        9.30    20,815.64
1355,994 Xeroxing                      E 54 08/29/02 0999 C&D
11.40                       11.40    20,827.04
1355,995 Xeroxing                      E 54 08/29/02 0999 C&D
174.60                      174.60    21,001.64
1355,996 Xeroxing                      E 54 08/29/02 0999 C&D
28.80                       28.80    21,030.44
1355,997 Xeroxing                      E 54 08/29/02 0999 C&D
2.55                        2.55    21,032.99
1355,998 Equitrac - Photocopy          E 54 08/29/02 0999 C&D
.15                         .15    21,033.14
         charges
1355,999 Xeroxing                      E 54 08/29/02 0999 C&D
6.60                        6.60    21,039.74
1356,000 Equitrac - Photocopy          E 54 08/29/02 0999 C&D
76.50                       76.50    21,116.24
         charges
1356,001 Telecopier/Equitrac          E 62 08/29/02 0999 C&D
.90                         .90    21,117.14
1356,441 ImageNet; Bindings, Bates   E 25 08/30/02 0101 RCS
3,279.32                    3,279.32    24,396.46
         labeling, heavy handling
         copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,217:0002  Date:
         08/30/02
1356,446 Federal Express to Bard      E 01 08/30/02 0101 RCS
30.29                       30.29    24,426.75
         Friedman from RCS on 8/27
         From Federal Express
         002001 AUDIT *
         AP-0073,221:0003  Date:
```

```
09/18/2002                                          Prebill Control Report
Page 18
11:59:12


Prebill 000001   Subpage    18
Client: 4642          Matter: 000
_____

                                   W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------
                                   W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
_____
_____
           08/30/02
1356,440 TWS parking expenses at    E 33 08/30/02 0106 TWS
39.00                    39.00   24,465.75
           Reagan National airport,
           cabs from airport to NY
           office on 8/27 for meeting
           with EI, NDF, Mark Peterson
           in New York
           From Trevor W. Swett
           000106 AUDIT *
           AP-0073,216:0002  Date:
           08/30/02
1356,443 Federal Express to Robert  E 01 08/30/02 0106 TWS
60.82                    60.82   24,526.57
           Turken, Brad Friedman from
           TWS and JP Alverez from rcs
           ON 8/29
           From Federal Express
           002001 AUDIT *
           AP-0073,218:0004  Date:
           08/30/02
1356,186 Long Distance              E 52 08/30/02 0999 C&D
11.05                    11.05   24,537.62
           Charges-Credit Cards-Long
           distance call made in the
           month of June
1356,520 Long Distance-Equitrac     E 64 08/30/02 0999 C&D
2.82                      2.82   24,540.44
           In-House
1356,580 Equitrac - Photocopy       E 54 08/30/02 0999 C&D
1.05                      1.05   24,541.49
           charges
1356,581 Equitrac - Photocopy       E 54 08/30/02 0999 C&D
6.00                      6.00   24,547.49
           charges
1356,582 Xeroxing                   E 54 08/30/02 0999 C&D
18.75                    18.75   24,566.24
```

```
1356,583 Xeroxing              E 54 08/30/02 0999 C&D
7.80                   7.80    24,574.04
1356,584 Equitrac - Photocopy  E 54 08/30/02 0999 C&D
1.35                   1.35    24,575.39
         charges
1356,585 Equitrac - Photocopy  E 54 08/30/02 0999 C&D
3.00                   3.00    24,578.39
         charges
1356,586 Equitrac - Photocopy  E 54 08/30/02 0999 C&D
5.40                   5.40    24,583.79
         charges
1356,587 Xeroxing              E 54 08/30/02 0999 C&D
1.65                   1.65    24,585.44
1356,588 Xeroxing              E 54 08/30/02 0999 C&D
11.55                 11.55    24,596.99
1356,590 Equitrac - Postage    E 56 08/30/02 0999 C&D
.37                     .37    24,597.36
1357,242 Postage               E 56 08/31/02 0999 C&D
5.35                   5.35    24,602.71


         Total Expense Cards
24,602.71              24,602.71
         Total Expense Cards
24,602.71              24,602.71




         Matter Total Fee                                     .00
.00             .00     .00
         Matter Total Exp                                     .00
24,602.71               .00    24,602.71
         Matter Total                                         .00
24,602.71               .00    24,602.71
```

```
09/18/2002                                    Prebill Control Report
Page 19
11:59:12

Prebill 000001   Subpage    19
Client: 4642           Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description     Code  Date   Empl      Rate     Hours
Amount   Rate    Hours       Amount   Cumulative
   Trans Transaction Description     Code  Date   Empl      Rate     Hours
Amount   Rate    Hours       Amount   Cumulative
_____
_____
```

```
         Prebill Total Fee                                           .00
.00            .00          .00
         Prebill Total Exp                                           .00
24,602.71           .00    24,602.71
         Prebill Total                                               .00
24,602.71           .00    24,602.71
```

Previous Billings:

| Invoice | Date | Orig. Amount | Late Charge | Credits | Balance Due |
|---------|------|--------------|-------------|---------|-------------|
| 033688 | 10/20/01 | 3,066.39 | .00 | .00 | 3,066.39 |
| 035800 | 04/20/02 | 21,719.11 | .00 | .00 | 21,719.11 |
| 036593 | 07/26/02 | 17,727.41 | .00 | .00 | 17,727.41 |
| 036950 | 08/22/02 | 31,049.93 | .00 | .00 | 31,049.93 |
| 037076 | 09/17/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 033035 | 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 | 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 | 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 | 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034883 | 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |

| | | | | |
|---|---|---|---|---|
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 | 05/25/02 | 120,565.75 | .00 | 96,452.60 | 24,113.15 |
| 036328 | 06/25/02 | 109,667.00 | .00 | 87,733.60 | 21,933.40 |
| 036593 | 07/26/02 | 121,163.25 | .00 | .00 | 121,163.25 |
| 036950 | 08/22/02 | 231,722.75 | .00 | .00 | 231,722.75 |
| 037073 | 09/17/02 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 037074 | 09/17/02 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 037076 | 09/17/02 | 54,682.50 | .00 | .00 | 54,682.50 |

Subtotal:      1,279,056.43          .00    483,193.40    795,863.03

```
09/18/2002                                       Prebill Control Report
Page 20
11:59:13

Prebill 000001   Subpage     20
Client: 4642            Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
_____

_____

         Run Total Fee                                          .00
.00           .00         .00
         Run Total Exp                                          .00
24,602.71        .00   24,602.71
         Run Total                                              .00
24,602.71        .00   24,602.71
```