IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: October 21, 2002 @ 4 p.m.** |

**SIXTH MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $144,621.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $8,463.96 |

This is a: __**X**__ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $00.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $00.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |
| 8/13/02 | May, 2002 through June, 2002 | $117,704.00 | $6,172.23 | $94,163.20 | $6,172.23 |
| 9/24/02 | July, 2002 | $195,758.00 | $2.792.95 | $156,606.40 | $2,792.95 |

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD AUGUST 1, 2002 TO AUGUST 31, 2002**

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 207.6 | $500.00 | $103,800.00 |
| Dan Relles, Statistician, 28+ years | 123.7 | $330.00 | $40,821.00 |
| **Total** | **331.3** |  | **$144,621.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 8/1/02 through 8/31/02 | Total Fees for the Period 8/1/02 through 8/31/02 |
|---|---|---|
| Claims Analysis Objection Resolution & Estimation (Asbestos) | 72.80 | $31,096.00 |

| | | |
|---|---:|---:|
| Committee | 4.0 | $2,000.00 |
| Fee Applications, Applicant | 1.0 | $500.00 |
| Financing | .7 | $350.00 |
| Hearings | 11.0 | $5,500.00 |
| Data Analysis | 228.80 | $98,675.00 |
| Non-working travel | 13.0 | $6,500.00 |
| **Grand totals** | **331.3** | **$144,621.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period August 1, 2002 through August 31, 2002 |
|:---:|:---:|:---:|
| Overnight Courier | Federal Express | $513.49 |
| Meals | | $178.59 |
| Travel | | $7,771.88 |
| **Total:** | | **$8,463.96** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Dated: September 30, 2002