```
Date: 09/16/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 1


                      W. R. Grace, Inc. % Elihu Inselbuch
                      Caplin & Drysdale
                      399 Park Avenue, 27th Floor
                      New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/04/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    150.00
 #8104     Telephone Hilton                                      500.00

 08/05/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    100.00
 #8107     Correspond with Hilton re: meeting to review report   500.00

 08/07/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3   1150.00
 #8109     Review July 22 Report in preparation for meeting      500.00
           with Hilton

 08/07/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0   2000.00
 #8110     Prepare for meeting with Hilton; meeting with Hilton  500.00
           re: discussion of analyses for settlement
           discussions

 08/13/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.8   3400.00
 #8115     Review Bates report (3.8); work on response to Bates  500.00
           report including review of July report (3.0)

 08/13/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3    429.00
 #8306     review Bates testimony                                330.00

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    500.00
 #8116     Review requested confidentiality letter re: Bates     500.00
           report; email to finch re confidentiality;
           correspondence and read revised responses re
           confidentiality

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.0   1500.00
 #8117     Telephone conference with attorneys and Relles re:    500.00
           Bates' report (1.2); telephone Relles (man, re:
           Bates' report and conference with attornies (1.6);
           prepare for conference call (0.2)

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.4   3200.00
 #8118     Review Bates' report and work on response: plan       500.00
           analyses to responde to report and criticisms of
           report

 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0   1320.00
 #8307     review Bates testimony                                330.00

 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    528.00
 #8308     telephone Peterson (several) re: Bates testimony      330.00
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 2

                     W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    396.00
 #8309     conference call with Lockwood, Finch, Swett,          330.00
           Peterson re: Bates testimony

 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8    924.00
 #8310     perform computations to check Bates' claims           330.00

 08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    330.00
 #8311     download Bates files from cdrom; review contents      330.00

 08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7    891.00
 #8312     review Bates' spreadsheet computations; identify      330.00
           drivers of his results

 08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.1    693.00
 #8313     telephone Peterson re: Bates' spreadsheet             330.00

 08/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.6   1518.00
 #8320     review Bates report, parameter assumptions (2.5);     330.00
           plan model variations to estimate effects (1.4);
           produce materials for Peterson meeting (0.7)

 08/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    561.00
 #8321     meet with Peterson to go over Bates assumptions and   330.00
           parameters

 08/18/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    800.00
 #8134     Review forecasts in other asbestos cases              500.00

 08/18/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5    825.00
 #8323     telephone Peterson (several) re: findings about       330.00
           Bates estimates

 08/20/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.2   3600.00
 #8149     Draft Rebuttal report sections responding to Bates'   500.00
           specific criticisms

 08/21/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.4   4200.00
 #8152     Revise and draft Rebuttal report sections responding  500.00
           to Bates' specific criticisms

 08/21/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4    462.00
 #8336     analyze numbers behind Bates Exhibit 9                330.00

 08/21/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5    825.00
 #8339     review Peterson comments re: Bates and develop        330.00
           tabular description of rebuttal criticism
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 3

                        W. R. Grace (continued)


Date/Slip# Description                                           HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 08/29/02  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)   0.4      200.00
 #8168     Telephone Relles re: contents of Bates program disk     500.00

 08/29/02  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)   0.5      165.00
 #8346     review disks and cdrom not previously examined          330.00

 08/29/02  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)   1.3      429.00
 #8347     review Bates' programs, email to Swett describing       330.00
           contents of Bates disk; telephone Peterson (.4) re:
           Bates programs

 08/05/02  Peterson   / (07) Committee, Creditors'                   1.8      900.00
 #8105     Telephone Swett and Finch re: supplementing opinion     500.00

 08/09/02  Peterson   / (07) Committee, Creditors'                   1.7      850.00
 #8112     Conference call, Lockwood, Swett, Finch re: rebuttal    500.00
           report

 08/14/02  Peterson   / (07) Committee, Creditors'                   0.5      250.00
 #8120     Telephone Finch re: Hughes deposition                   500.00

 08/04/02  Peterson   / (11) Fee Applications, Applicant             1.0      500.00
 #8103     Work on billing and fee application                     500.00

 08/02/02  Peterson   / (13) Financing                               0.7      350.00
 #8101     Telephone Finch and Boyer to discuss insurance          500.00
           analysis; telephone Finch and Swett re: J. Wolin's
           decision

 08/03/02  Peterson   / (14) Hearings                                3.5     1750.00
 #8102     Review Beber deposition                                 500.00

 08/25/02  Peterson   / (14) Hearings                                0.5      250.00
 #8164     Telephone Finch re: subpeona                            500.00

 08/27/02  Peterson   / (14) Hearings                                7.0     3500.00
 #8166     Prepare and meet with attorneys re: deposition and      500.00
           testimony

 08/07/02  Peterson   / (20) Travel - Non-working                    2.0     1000.00
 #8108     Travel to Dallas                                        500.00

 08/07/02  Peterson   / (20) Travel - Non-working                    4.0     2000.00
 #8111     Travel to New York                                      500.00

 08/26/02  Peterson   / (20) Travel - Non-working                    3.5     1750.00
 #8165     Travel to New York                                      500.00
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 4

                       W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
08/28/02   Peterson  / (20) Travel - Non-working                   3.5   1750.00
#8167      Travel to Thousand Oaks                              500.00

08/05/02   Peterson  / (28) Data Analysis                          2.1   1050.00
#8106      Review documents to using in supplementing report    500.00
           based on J. Wolins' opinion

08/09/02   Peterson  / (28) Data Analysis                          0.7    350.00
#8113      Telephone Relles (.3); review data to prepare for    500.00
           conference call (.4)

08/09/02   Peterson  / (28) Data Analysis                          3.2   1600.00
#8114      Review data analysis in July report (1.3); plan      500.00
           additional work pursuant to J. Wolins' opinion
           (1.5); telephone Relles (.4) to discuss further work

08/09/02   Relles    / (28) Data Analysis                          0.7    231.00
#8301      telephone Peterson (twice) re: additional lines of   330.00
           analysis, given judge's opinion

08/09/02   Relles    / (28) Data Analysis                          2.2    726.00
#8302      produce several descriptive tables concerning early  330.00
           1998 filings and settlements

08/13/02   Relles    / (28) Data Analysis                          0.3     99.00
#8303      read Chambers' review of ARPC projections            330.00

08/13/02   Relles    / (28) Data Analysis                          0.2     66.00
#8304      review jury verdict data for Finch request           330.00

08/13/02   Relles    / (28) Data Analysis                          0.3     99.00
#8305      review Peterson memo on modeling the effects of      330.00
           early 1998 settlements

08/14/02   Peterson  / (28) Data Analysis                          0.2    100.00
#8119      Review filings by law firm                           500.00

08/15/02   Peterson  / (28) Data Analysis                          2.9   1450.00
#8121      Plan analysis for Rebuttal Report and draft and send 500.00
           memo to Relles on plans

08/15/02   Peterson  / (28) Data Analysis                          3.5   1750.00
#8122      Work on outline of Rebuttal Report                   500.00

08/15/02   Peterson  / (28) Data Analysis                          2.1   1050.00
#8123      Telephone Relles (many) to discuss analysis and      500.00
           planning for Rebuttal Report
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 5

                         W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/15/02   Peterson  / (28) Data Analysis                    7.5      3750.00
 #8124      Draft Rebuttal Report                           500.00

 08/15/02   Relles    / (28) Data Analysis                    4.5      1485.00
 #8314      design analytical files to respond to Bates'    330.00
            criticisms

 08/16/02   Peterson  / (28) Data Analysis                    4.6      2300.00
 #8125      Work on analyses of time and resolutions of claims 500.00
            by Grace

 08/16/02   Peterson  / (28) Data Analysis                    1.2       600.00
 #8126      Review analyses based on J. Wolins' opinion (0.6); 500.00
            review projections for Rebuttal Report (0.6)

 08/16/02   Peterson  / (28) Data Analysis                    8.1      4050.00
 #8127      Draft Rebuttal Report                           500.00

 08/16/02   Peterson  / (28) Data Analysis                    2.3      1150.00
 #8128      Telephone Relles to discuss analyses for Rebuttal 500.00
            report

 08/16/02   Relles    / (28) Data Analysis                    2.3       759.00
 #8315      Telephone Peterson (many) re: discuss analyses for 330.00
            rebuttal report

 08/16/02   Relles    / (28) Data Analysis                    2.7       891.00
 #8316      design analytical files for rebuttal report     330.00

 08/16/02   Relles    / (28) Data Analysis                    2.0       660.00
 #8317      build various tables identified in Peterson memos 330.00

 08/16/02   Relles    / (28) Data Analysis                    1.3       429.00
 #8318      compute dollar figures using methods that correspond 330.00
            to judges' ruling

 08/16/02   Relles    / (28) Data Analysis                    1.8       594.00
 #8319      produce preliminary projections; summarize and  330.00
            compare with previous runs

 08/17/02   Peterson  / (28) Data Analysis                    2.1      1050.00
 #8129      Analyses of timing of settlements by Grace      500.00

 08/17/02   Peterson  / (28) Data Analysis                    2.7      1350.00
 #8130      Analyses of trends in settlement values and outcomes 500.00
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 6

                       W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/17/02  Peterson  / (28) Data Analysis                        2.9    1450.00
 #8131     Review Relles' analyses of diseases and transition; 500.00
           values and trends in values

 08/17/02  Peterson  / (28) Data Analysis                        7.3    3650.00
 #8132     Draft Rebuttal Report                               500.00

 08/17/02  Peterson  / (28) Data Analysis                        1.7     850.00
 #8133     meet with Relles to discuss analyses for Rebuttal   500.00
           report

 08/18/02  Peterson  / (28) Data Analysis                        2.6    1300.00
 #8135     Work on analysis of timing of payments of claims;   500.00
           number of claims resolved over time

 08/18/02  Peterson  / (28) Data Analysis                        0.8     400.00
 #8136     Work on analysis of transition matrices             500.00

 08/18/02  Peterson  / (28) Data Analysis                        1.4     700.00
 #8137     Review effects on outcomes of transition of closed  500.00
           claims

 08/18/02  Peterson  / (28) Data Analysis                        2.5    1250.00
 #8138     Telephone Relles (many) to discuss analyses for     500.00
           Rebuttal report

 08/18/02  Peterson  / (28) Data Analysis                        4.7    2350.00
 #8139     Draft Rebuttal report                               500.00

 08/18/02  Peterson  / (28) Data Analysis                        2.4    1200.00
 #8140     Review forecasts                                    500.00

 08/18/02  Peterson  / (28) Data Analysis                        0.7     350.00
 #8141     Review how Grace settlements change over time       500.00

 08/18/02  Relles    / (28) Data Analysis                        8.3    2739.00
 #8322     produce tables and parameter estimates to compare   330.00
           with Bates (4.2); generate projections for a variety
           of assumptions (4.1)

 08/18/02  Relles    / (28) Data Analysis                        1.0     330.00
 #8324     review Peterson draft outline and Bates report      330.00

 08/19/02  Peterson  / (28) Data Analysis                        1.2     600.00
 #8142     Conference call with Finch, Swett, Relles re: design 500.00
           of report
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 7

                      W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 08/19/02  Peterson  / (28) Data Analysis                     8.8    4400.00
 #8143     Draft Rebuttal report sections responding to Bates'  500.00
           specific criticisms

 08/19/02  Peterson  / (28) Data Analysis                     4.6    2300.00
 #8144     Work on analyses for rebuttal report             500.00

 08/19/02  Peterson  / (28) Data Analysis                     2.7    1350.00
 #8145     Telephone Relles to review analyses for rebuttal 500.00
           report

 08/19/02  Relles    / (28) Data Analysis                     2.6     858.00
 #8325     run new projections, review output and revise    330.00
           projection programs

 08/19/02  Relles    / (28) Data Analysis                     0.7     231.00
 #8326     investigate duplicates flag in 1999 dataset      330.00

 08/19/02  Relles    / (28) Data Analysis                     3.2    1056.00
 #8327     replicate old results (1.1), estimate effects of 330.00
           revised assumptions (2.1)

 08/19/02  Relles    / (28) Data Analysis                     1.0     330.00
 #8328     prepare attorney listings for Finch              330.00

 08/19/02  Relles    / (28) Data Analysis                     2.7     891.00
 #8329     telephone Peterson (several) re: results, design of 330.00
           report

 08/19/02  Relles    / (28) Data Analysis                     1.2     396.00
 #8330     conference call with Finch, Swett, Peterson re:  330.00
           design of report

 08/19/02  Relles    / (28) Data Analysis                     4.7    1551.00
 #8331     update Section 3 of report to use new 1998       330.00
           parameters

 08/20/02  Peterson  / (28) Data Analysis                     1.8     900.00
 #8146     Review revision of analysis of liability based on 500.00
           1998 database

 08/20/02  Peterson  / (28) Data Analysis                     1.4     700.00
 #8147     Work on analysis of transition matrix            500.00

 08/20/02  Peterson  / (28) Data Analysis                     2.9    1450.00
 #8148     Draft rebuttal section on reanalysis of liability 500.00
           based on 1998 database
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
08/20/02   Peterson  / (28) Data Analysis                        2.4   1200.00
#8150      Telephone Relles (many) re: analyses and drafting of 500.00
           sections on revised liability analyses

08/20/02   Relles    / (28) Data Analysis                        3.7   1221.00
#8332      examine sensitivity of assumptions; run alternative  330.00
           projections (all one task)

08/20/02   Relles    / (28) Data Analysis                        2.4    792.00
#8333      telephone Peterson (several calls) re: report,       330.00
           calculations,

08/20/02   Relles    / (28) Data Analysis                        2.8    924.00
#8334      fill in tables for projections based on the 2002     330.00
           dataset

08/21/02   Peterson  / (28) Data Analysis                        5.7   2850.00
#8151      Review and draft Rebuttal report section on analysis 500.00
           of liability based on 2002 database

08/21/02   Peterson  / (28) Data Analysis                        2.2   1100.00
#8153      Telephone Relles (many) to review analyses;          500.00
           discussed drafted Rebuttal sections

08/21/02   Peterson  / (28) Data Analysis                        0.6    300.00
#8154      Draft introduction to Rebuttal report                500.00

08/21/02   Relles    / (28) Data Analysis                        2.1    693.00
#8335      analyze effects of eliminating duplicates            330.00

08/21/02   Relles    / (28) Data Analysis                        2.5    825.00
#8337      set up projections to start April 1998; run          330.00
           projections

08/21/02   Relles    / (28) Data Analysis                        3.0    990.00
#8338      fill in tables for projections based on the 2002     330.00
           dataset

08/21/02   Relles    / (28) Data Analysis                        2.2    726.00
#8340      Telephone Peterson (many) re: review analyses;       330.00
           discussed drafted rebuttal sections

08/22/02   Peterson  / (28) Data Analysis                        3.7   1850.00
#8155      Work on analysis of allocation of unknown disease    500.00
           claims and effects on resolution outcomes
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 9

                       W. R. Grace (continued)


Date/Slip# Description                                         HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
08/22/02   Peterson  / (28) Data Analysis                             4.1  2050.00
#8156      Work on analysis of liability based on 1998             500.00
           database; revise rebuttal report sections on
           analysis using 1998 database

08/22/02   Peterson  / (28) Data Analysis                             6.6  3300.00
#8157      Work on analyses related to Bates' criticisms (2.8);    500.00
           write and revise sections of rebuttal report
           addressing Bates' criticisms (3.8)

08/22/02   Peterson  / (28) Data Analysis                             2.4  1200.00
#8158      Telephone Relles (many) to discuss analyses and         500.00
           drafting of rebuttal report

08/22/02   Relles    / (28) Data Analysis                             7.5  2475.00
#8341      develop supporting tables for report: projection        330.00
           results, summary tables for Sections 2 and 4 (7.2);
           telephone Peterson (several) re: progress (0.3)

08/22/02   Relles    / (28) Data Analysis                             6.5  2145.00
#8342      work on report: read, revise, and format draft          330.00
           Sections 2 and 4

08/22/02   Relles    / (28) Data Analysis                             2.1   693.00
#8343      telephone Peterson (many) re: discuss analyses and      330.00
           drafting of rebuttal report

08/23/02   Peterson  / (28) Data Analysis                             2.0  1000.00
#8159      Organize and revise sections of rebuttal report         500.00

08/23/02   Peterson  / (28) Data Analysis                             1.5   750.00
#8160      Telephone Swett, Finch (many) re: rebuttal report       500.00

08/23/02   Peterson  / (28) Data Analysis                             1.6   800.00
#8161      Telephone Relles (many) re: drafting and production     500.00
           of rebuttal report

08/23/02   Peterson  / (28) Data Analysis                             7.5  3750.00
#8162      Complete Rebuttal report                                500.00

08/23/02   Peterson  / (28) Data Analysis                             2.4  1200.00
#8163      Organize, review and distribute report to Sealed Air   500.00
           and Grace attorneys
```

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                             Page 10

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/23/02  Relles    / (28) Data Analysis                        11.8   3894.00
 #8344     work on report: additional supporting computations   330.00
           and analysis (5.7); review and proofread (3.3);
           telephone Peterson (several 1.6), Finch, and Swett
           (numerous calls, 1.0) re: resolving issues, progress

 08/23/02  Relles    / (28) Data Analysis                         2.2    726.00
 #8345     develop and distribute summary table for Section 3   330.00
           of report
-------------------------------------------------------------------------------
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 11

                       W. R. Grace (continued)

                 Summary Of Time Charges, By Month and Activity
                         August 2002 - August 2002

   MONTH       ACTIVITY                                       HOURS    AMOUNT
   ---------------------------------------------------------------------------
   August   - Claims Anal Objectn/Resolutn (Asbest)            72.8   31096.00
   August   - Committee, Creditors'                             4.0    2000.00
   August   - Fee Applications, Applicant                       1.0     500.00
   August   - Financing                                         0.7     350.00
   August   - Hearings                                         11.0    5500.00
   August   - Travel - Non-working                             13.0    6500.00
   August   - Data Analysis                                   228.8   98675.00
   August   - Total                                           331.3  144621.00

   Total    - Claims Anal Objectn/Resolutn (Asbest)            72.8   31096.00
   Total    - Committee, Creditors'                             4.0    2000.00
   Total    - Fee Applications, Applicant                       1.0     500.00
   Total    - Financing                                         0.7     350.00
   Total    - Hearings                                         11.0    5500.00
   Total    - Travel - Non-working                             13.0    6500.00
   Total    - Data Analysis                                   228.8   98675.00
   Total    - Total                                           331.3  144621.00
```

--------------------------------------------------------------------------------

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 12

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                       August 2002 - August 2002

  MONTH      PERSON                                          HOURS     AMOUNT
  ---------------------------------------------------------------------------
  August    - Relles                                         123.7   40821.00
  August    - Peterson                                       207.6  103800.00
  August    - Total                                          331.3  144621.00

  Total     - Relles                                         123.7   40821.00
  Total     - Peterson                                       207.6  103800.00
  Total     - Total                                          331.3  144621.00


  ---------------------------------------------------------------------------
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                       Page 13

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                      August 2002 - August 2002

MONTH      PERSON                                HOURS   RATE   AMOUNT
------------------------------------------------------------------------
Claims Anal Objectn/Resolutn (Asbest)

August    - Relles                                31.2   330.   10296.00
August    - Peterson                              41.6   500.   20800.00

Committee, Creditors'

August    - Peterson                               4.0   500.    2000.00

Fee Applications, Applicant

August    - Peterson                               1.0   500.     500.00

Financing

August    - Peterson                               0.7   500.     350.00

Hearings

August    - Peterson                              11.0   500.    5500.00

Travel - Non-working

August    - Peterson                              13.0   500.    6500.00

Data Analysis

August    - Relles                                92.5   330.   30525.00
August    - Peterson                             136.3   500.   68150.00

------------------------------------------------------------------------
```

{D0004820:1 }

```
Date: 09/16/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 14

              W. R. Grace (continued)



         Total Expenses, August 2002    $8,463.96


         Fedex (Peterson)   $   281.11
         Fedex (Relles)     $   232.38
         Travel (Peterson)  $7,950.47



  August 7-8, Thousand Oaks-Dallas-New York        $4,019.74

         Airfare          991.50    3,163.00
           (coach fare, 3 leg trip)
         Hotel                        494.64
         Meals                         33.60
         Taxis (JFK roundtrip)         80.00
         Car service (LAX roundtrip)  248.50
           138.70   109.80


  August 26-28, Thousand Oaks-New York             $3,930.73

         Airfare          991.50    2,263.00
         Hotel                      1,034.58
         Meals                        144.99
         Car service (JFK)            144.76
         Car service (Meeting, LAX)   184.70
         Car service (LAX-Thous Oaks) 158.70
```

{D0004820:1 }