IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Case No. 01-01139 (JKF) |
| : | |
| : | Jointly Administered |
| W. R. GRACE & CO., et al., : | |
| : | Chapter 11 |
| : | |
| Debtors. : | Hearing Date: October 28, 2002 at 10:00 a.m. |
| : | Objection Date: September 30, 2002 at 4:00 p.m. |

## NOTICE OF WITHDRAWAL OF CERTIFICATION OF NO OBJECTION
[Re: Docket No. 2766]

PLEASE TAKE NOTICE that on October 1, 2002 Bank of America, NA filed its **Certification of No Objection Regarding the Motion of Bank of America, N.A. for Limited Relief from the Automatic Stay to Enable Setoff of Deminimis Deposit Account Balance Against Outstanding Letter of Credit Obligations [Docket No. 2766]**.

PLEASE TAKE FURTHER NOTICE that Bank of America, NA hereby withdraws its Certification of No Objection.

Dated: October 1, 2002
      Wilmington, Delaware

                                          Mark D. Collins (No. 2981)
                                          James R. Adams (No. 4066)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          Post Office Box 551
                                          Wilmington, Delaware 19899
                                          (302) 651-7700

                                                    -and-

RLF1-2512743-1

David S. Walls
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, 47th Floor
Charlotte, North Carolina 28202-4003
(704) 331-1000

Attorneys for Bank of America, N.A.

RLF1-2503743-2