IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: October 21, 2002 @ 4:00 p.m.** |

**FOURTEENTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,526.40 (80% of $18,158.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,550.58 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0004960:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | Pending | Pending |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002
<u>CAMPBELL & LEVINE, LLC-DELAWARE</u>**

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Matthew G. Zaleski, III (MZ), Member, since 2001 | 16.1 | $290.00 | $4,669.00 |
| Mark T. Hurford (MTH), Associate, since 2002 | 37.6 | $265.00 | $9,964.00 |
| Aileen F. Maguire (AFM), Associate, since 2002 | 4.8 | $200.00 | $960.00 |
| Marla R. Eskin (MRE), Assoate, since 2002 | .1 | $250.00 | $27.50 |
| Stephanie L. Peterson (SLP), Legal Assistant, since 2001 | 6.6 | $90.00 | $594.00 |

{D0004960:1 }    2

| Marnie L. Powell (MLP), Legal Assistant, since 2002 | 15.9 | $90.00 | $1,431.00 |
|---|---|---|---|
| **Total/average** | **81.10** | | **$17,645.50** |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002
### CAMPBELL & LEVINE, LLC-PITTSBURGH

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | .1 | $350.00 | $35.00 |
| Philip E. Milch (PEM), Member, since 1991 | 1.7 | $265.00 | $450.50 |
| Michele Kennedy (MK), Paralegal, since 1999 | .3 | $90.00 | $27.00 |
| **Total/average** | **2.1** | | **$512.50** |
| **Delaware and Pittsburgh Total/average** | **83.20** | | **$18,158.00** |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| **Project Category** | **Total Hours for the Period 08/01/02 through 8/31/02** | **Total Fees for the Period 08/01/02 through 08/31/02** |
|---|---|---|
| Asset Analysis and Recovery | 11.50 | $2,911.00 |
| Asset Disposition | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 10.50 | $1,558.00 |
| Claims Administration and Objections | 8.40 | $2,218.50 |
| Employee Benefits/Pension | 6.60 | $1,754.00 |
| Fee/Employment Applications | 0.00 | $00.00 |
| Fee/Employment Objections | 2.10 | $609.00 |
| Financing | 0.00 | $00.00 |
| Litigation | 10.00 | $2,717.00 |

{D0004960:1}           3

| | | |
|---|---:|---:|
| Plan and Disclosure Statement | 0.30 | $60.00 |
| Relief from Stay Proceedings | 0.30 | $79.50 |
| Valuation | 0.00 | $00.00 |
| Committee Administration | 14.00 | $3,648.00 |
| Applicant's Fee Application | 6.20 | $1,112.00 |
| Fee Application of Others | 13.30 | $1,491.00 |
| Applicant's Retention Application | 0.00 | $00.00 |
| **Grand totals** | **83.20** | **$18,158.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period July 1, 2002 through July 31, 2002 |
|---|:---:|---:|
| In-House Reproduction ($.10 per copy) | | $00.00 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $1,839.38 |
| Facsimile ($0.50 per page) | | $18.50 |
| Document Retrieval/Deliveries | Parcels, Inc. | $60.00 |
| Research | Westlaw | $20.19 |
| Long Distance Telephone Calls | | $24.35 |
| Postage | | $3.87 |
| Overnight Courier | Federal Express | $584.29 |
| **Total:** | | **$2,550.58** |

                    CAMPBELL & LEVINE, LLC

                    /s/ Aileen F. Maguire
                    Aileen F. Maguire (I.D. #3756)
                    800 N. King Street
                    Suite 300
                    Wilmington, DE  19801
                    (302) 426-1900

                    Delaware and Associated Counsel for the Official
                    Committee of Asbestos Personal Injury Claimants

Dated: October 1, 2002