Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      15


Costs and Expenses



        PREVIOUS BALANCE                              $6,725.70



08/02/02 Federal Express to David Bernick and James
         Strayreg on 7/22/02                              23.52
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/22/02                                          11.28
08/02/02 Federal Express to Hamid R. Rafatjoo on 7/22/02  26.75
08/02/02 Federal Express to Scott Baena and Richard Ou on
         7/22/02                                          23.52
08/02/02 Federal Express to Elihu Inselbuch and Rita Tobin
         on 7/22/02                                       15.22
08/02/02 Federal Express to David Bernick and James H.M.
         Spr on 7/23/02                                   13.35
08/02/02 Federal Express to Hamid R. Rafatjoo on 7/23/03  23.75
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/23/03                                          14.06
08/02/02 Federal Express to Lewis Kruger on 7/23/02       14.06
08/02/02 Federal Express to Thomas M. Mayer and Philip
         Bentile on 7/23/02                               14.06
08/02/02 Federal Express to Scott Baena and Richard Dunn
         on 7/23/02                                       20.98
08/02/02 Federal Express to J. Douglas Bacon on 7/23/02   20.98
08/02/02 Federal Express to Elihu Inselbuch on 7/23/03    11.28
08/02/02 Federal Express to Douglas Campbell on 7/23/02   18.21
08/02/02 Federal Express to Elihu Inselbuch on 7/23/02    16.61
08/02/02 Federal Express to Mark C. Meyer on 7/23/02      18.21
08/02/02 Federal Express to Steven T. Baron on 7/23/02    25.37
08/02/02 Federal Express to C. Sanders McNew on 7/23/02   16.61
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/23/02                                          20.76
08/02/02 Federal Express to Steven Kazan on 7/23/02       26.75
08/02/02 Federal Express to Frederick M. Baron on 7/23/02 41.51
08/02/02 Federal Express to John D. Cooney on 7/23/02     23.52
08/02/02 Federal Express to Robert Jacobs on 7/23/02      15.22

```
                                                        Page: 2
         W.R. Grace                                    08/31/02
                                        ACCOUNT NO: 3000-00D
                                        STATEMENT NO:       15

         Costs and Expenses
```

| | | |
|---|---|---:|
| 08/02/02 | Federal Express to Bob Spohn on 7/30/02 | 15.22 |
| 08/05/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 47.30 |
| 08/07/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 354.68 |
| 08/07/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 279.50 |
| 08/07/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 08/07/02 | FAX to FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 08/07/02 | FAX to Robert C. Spohn - 4 pages | 2.00 |
| 08/07/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 08/08/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 64.14 |
| 08/08/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 08/08/02 | FAX to Nathan D. Finch - 3 pages | 1.50 |
| 08/08/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 08/09/02 | Federal Express to Gary Becker on 8/6/02 | 13.99 |
| 08/12/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 116.82 |
| 08/12/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 245.35 |
| 08/14/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 343.31 |
| 08/14/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 224.00 |
| 08/14/02 | Postage | 3.87 |
| 08/16/02 | AT&T Long Distance Phone Calls | 24.35 |
| 08/22/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries (Docket Nos. 2573, 2575, 2576) | 109.48 |
| 08/23/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 08/23/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 08/23/02 | FAX to Robert C. Spohn - 3 pages | 1.50 |
| 08/23/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 08/26/02 | Parcels, Inc. - Delaware Document Retrieval on 8/21/02 | 52.50 |
| 08/26/02 | Parcels, Inc. - Delaware Document Retrieval on 8/22/02 | 7.50 |
| 08/28/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 54.80 |
| 08/29/02 | Westlaw charges for August, 2002 | 20.19 |
| 08/30/02 | Federal Express to Peter Van N. Lockwood on 8/21/02 | 11.22 |
| 08/30/02 | Federal Express to Scott Baena on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to J. Douglas Bacon on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to David Bernick on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to Lewis Kruger on 8/21/02 | 11.22 |
| 08/30/02 | Federal Express to Hamid Rafatjoo on 8/21/02 | 14.78 |

```
                                                       Page: 3
        W.R. Grace                                    08/31/02
                                      ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      15
        Costs and Expenses




08/30/02 Federal Express to Elihu Inselbuch on 8/21/02         11.22
08/30/02 Federal Express to Philip Bentley on 8/21/02          11.22
                                                            --------
         TOTAL EXPENSES                                     2,550.58

         TOTAL CURRENT WORK                                 2,550.58


08/12/02 Payment - Thank you. (April, 2002 - 100%)         -2,186.74
08/12/02 Payment - Thank you. (May, 2002 - 100%)           -1,596.99
                                                           ---------
         TOTAL PAYMENTS                                    -3,783.73

         BALANCE DUE                                       $5,492.55
                                                           =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      15


Asset Analysis and Recovery




        PREVIOUS BALANCE                              $9,458.20



                                             HOURS
08/01/02
     MTH Review report re: pleadings filed July
         31, 2002                              0.10     26.50

08/08/02
     SLP Review Sealed Air and Fresenius adversary
         dockets (.2); preparation and
         distribution of memo re: same (.3);
         update file (.3)                      0.80     72.00

08/15/02
     MTH Review 8/14/02 correspondence from Judge
         Wolin re: 8/16/02 conference, discovery
         issues                                0.10     26.50
     MTH Continue review of Judge Wolin's 7/29/02
         order re: choice of law and legal
         standards                             1.30    344.50
     MTH Review 8/15/02 correspondence from H.
         Wasserstain to Judge Wolin and the
         attached 8/14/02 correspondence to Judge
         Wolin                                 0.20     53.00

08/16/02
     MTH Review notice of deposition of W.
         Corcoran                              0.10     26.50
     MTH Review motion of Sealed Air to extend
         deadline for defendant's expert reports  0.30  79.50

08/19/02
     MTH Review Cryovac's interrogatories and
         request for production to plaintiffs   0.10     26.50
     MTH Review correspondence from D. Frost re:

```
                                                  Page: 2
    W.R. Grace                                    08/31/02
                                    ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      15

    Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | oral argument with Special Master Dreier re: motion to extend defendant's deadline for environmental experts | 0.10 | 26.50 |
| **08/22/02** | | | |
| MRE | Telephone conference with Nathan Finch, MGZ and MTH re: Sealed Air discovery issue | 0.10 | 27.50 |
| MTH | Review correspondence from Nate Finch re: discovery issue in Sealed Air fraudulent transfer matter | 0.10 | 26.50 |
| MTH | Legal research re: discovery issue in Sealed Air fraudulent transfer matter | 2.70 | 715.50 |
| **08/23/02** | | | |
| MTH | Review responses of Sealed Air and Cryovac to the US interrogatories and request for production | 0.30 | 79.50 |
| MTH | Legal research re: discovery issues in Sealed Air matter | 1.00 | 265.00 |
| **08/26/02** | | | |
| MTH | Legal research re: discovery issues in Sealed Air fraudulent transfer litigation | 1.80 | 477.00 |
| MTH | Review 8/23/02 correspondence from D. Frost to Judge Dreier re: environmental expert issues | 0.10 | 26.50 |
| MTH | Review 8/26/02 correspondence from D. Frost to Judge Dreier re: availability of Mr. Guierrez for deposition | 0.10 | 26.50 |
| MTH | Review 8/26/02 correspondence from D. Frost re: two proposed orders re: production of documents of expert reports | 0.20 | 53.00 |
| MTH | Review 8/23/02 correspondence from D. Frost re: oral argument on discovery issues | 0.10 | 26.50 |
| **08/27/02** | | | |
| MTH | Legal research re: discovery issue in Sealed Air matter | 1.30 | 344.50 |
| **08/28/02** | | | |
| MTH | Telephone conference with J. Carroll re: Sealed Air fraudulent transfer matter | 0.10 | 26.50 |
| MTH | Review Judge Wolin's order and opinion re: solvency standard re: questions from J. Carroll | 0.40 | 106.00 |

```
                                                  Page: 3
W.R. Grace                                       08/31/02
                                    ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      15

Asset Analysis and Recovery




                                    HOURS
    MGZ Review correspondence from J. Carroll re:
        inquiry on status of Sealed Air
        litigation                              0.10    29.00
                                               -----  --------
        FOR CURRENT SERVICES RENDERED          11.50 2,911.00

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Matthew G. Zaleski             0.10   $290.00      $29.00
    Stephanie L. Peterson          0.80     90.00       72.00
    Mark T. Hurford               10.50    265.00    2,782.50
    Marla R. Eskin                 0.10    275.00       27.50


        TOTAL CURRENT WORK                          2,911.00



08/12/02 Payment - Thank you. (April, 2002 - 80%)    -2,604.80
08/12/02 Payment - Thank you. (May, 2002 - 80%)        -996.80
                                                    ---------
        TOTAL PAYMENTS                              -3,601.60

        BALANCE DUE                                 $8,767.60
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-02D
                                    STATEMENT NO:      15

Asset Disposition


        PREVIOUS BALANCE                        $1,337.90


08/12/02 Payment - Thank you. (April, 2002 - 80%)     -190.80


        BALANCE DUE                             $1,147.10
                                                =========

                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      10

Business Operations



PREVIOUS BALANCE                                         $588.50



08/12/02 Payment - Thank you. (May, 2002 - 80%)         -381.60


BALANCE DUE                                             $206.90
                                                        =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                  Page: 1
W.R. Grace                                        08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      15
```

Case Administration

```
     PREVIOUS BALANCE                            $13,272.00
```

```
                                            HOURS
08/01/02
     DAC Review trustee letter re: SAC denial    0.10    35.00
     SLP Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)         0.50    45.00

08/06/02
     SLP Review pleadings and electronic filing
         notices for 8/3 and 8/5 (.3); preparation
         and distribution of daily memo (.2);
         docketing (.3)                          0.80    72.00

08/07/02
     MLP Update critical dates calendar (.2);
         update 2002 list (.1)                   0.30    27.00
     SLP Review pleadings and electronic filing
         notices  (.3); preparation and
         distribution of daily memo (.2)         0.50    45.00

08/08/02
     SLP Review pleadings and electronic filing
         notices  (.1); preparation and
         distribution of daily memo (.1)         0.20    18.00

08/12/02
     MTH Review multiple reports re: pleadings
         filed August 3, through 9, 2002         0.20    53.00
     SLP Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30    27.00
```

```
                                                      Page: 2
       W.R. Grace                                    08/31/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      15

       Case Administration




                                            HOURS
08/13/02
       MLP Update critical dates calendar           0.20      18.00

08/14/02
       MLP Update 2002 list                         0.10       9.00

08/20/02
       MTH Review report re: pleadings filed August
           12 through 16, 2002                       0.20      53.00
       SLP Review pleadings and electronic filing
           notices for 8/13 through 8/19 (.3);
           preparation and distribution of daily
           memo (.2); docketing (.3)                 0.80      72.00

08/21/02
       MTH Review report re: pleadings filed August
           20, 2002                                  0.10      26.50
       SLP Review pleadings and electronic filing
           notices (.1); preparation and
           distribution of daily memo (.1)           0.20      18.00

08/22/02
       AFM Review docket re: objections to motion to
           file under seal (.1); draft CNO (.1)      0.20      40.00
       MTH Review report re: pleadings filed August
           21, 2002                                  0.10      26.50
       SLP Review pleadings and electronic filing
           notices (.3); preparation and
           distribution of daily memo (.2);
           docketing (.2)                            0.70      63.00

08/23/02
       SLP Review pleadings and electronic filing
           notices (.2); preparation and
           distribution of daily memo (.1); review
           agenda for 8/26 hearing (.1); preparation
           of hearing notebook (.3)                  0.70      63.00
       MTH Review report re: pleadings filed August
           22, 2002                                  0.10      26.50

08/26/02
       PEM Review Tersigni 2nd quarter financial
           reports                                   0.50     132.50
       SLP Review pleadings and electronic filing
           notices (.3); preparation and
           distribution of daily memo (.2);
           docketing (.3)                            0.80      72.00
```

```
                                                      Page: 3
W.R. Grace                                          08/31/02
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      15
Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review report re: pleadings filed August 23, 2002 | 0.10 | 26.50 |

**08/27/02**

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|---|---|---|---|
| MTH | Review report re: pleadings filed August 26, 2002 | 0.10 | 26.50 |
| MGZ | Telephone conference with W. Smith re: fee matter codes and related issues | 0.30 | 87.00 |

**08/28/02**

| MLP | Update daily memo to Committee | 0.80 | 72.00 |
|---|---|---|---|
| MGZ | Review correspondence from R. Tobin re: fee matter categories | 0.10 | 29.00 |
| MGZ | Draft correspondence to R. Tobin and P. Lockwood re: fee matter categories | 0.10 | 29.00 |
| MGZ | Review correspondence from Lockwood (x2) re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from R. Tobin (x3) re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from W. Smith re: fee matter categories | 0.10 | 29.00 |

**08/29/02**

| MGZ | Review correspondence from W. Smith and attached final fee matter categories sheet | 0.10 | 29.00 |
|---|---|---|---|
| MGZ | Telephone conference with W. Smith re: fee matter category explanations | 0.60 | 174.00 |
| MGZ | Draft correspondence to and review correspondence from W. Smith re: same | 0.10 | 29.00 |
|  | FOR CURRENT SERVICES RENDERED | 10.50 | 1,558.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 0.50 | 265.00 | 132.50 |
| Matthew G. Zaleski | 1.60 | 290.00 | 464.00 |
| Stephanie L. Peterson | 5.80 | 90.00 | 522.00 |
| Aileen F. Maguire | 0.20 | 200.00 | 40.00 |
| Mark T. Hurford | 0.90 | 265.00 | 238.50 |
| Marnie L. Powell | 1.40 | 90.00 | 126.00 |

Page: 4

W.R. Grace                                                 08/31/02
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      15

Case Administration



    TOTAL CURRENT WORK                              1,558.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)      -1,266.00
08/12/02 Payment - Thank you. (May, 2002 - 80%)        -1,494.80
                                                       ---------
    TOTAL PAYMENTS                                     -2,760.80

    BALANCE DUE                                       $12,069.20
                                                      ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310




                                                Page: 1
      W.R. Grace                                08/31/02
      Wilmington  DE                ACCOUNT NO: 3000-05D
                                    STATEMENT NO:      15


      Claims Administration and Objections




         PREVIOUS BALANCE                      $14,168.10



                                           HOURS
      08/01/02
          MTH Review ZAI special counsel response to
              debtors' suggestion of a proposed budget    0.30    79.50

      08/12/02
          MTH Review E. Kellogg's response to debtors'
              objection to her p.o.c., with attached
              medical report, police report and summary
              letter                                      0.80   212.00
          MGZ Review creditors committee's brief on
              case management issues                      0.60   174.00
          MGZ Review equity committee's brief on case
              management issues                           0.40   116.00

      08/13/02
          MTH Review the UCC's memo in support of the
              debtors' case management proposal           1.00   265.00
          MTH Review the Equity Committee's brief re:
              case management proposals for asbestos
              personal injury claims                      0.20    53.00
          MTH Review the unofficial committee of select
              asbestos claimants' memo re: asbestos
              personal injury claims                      1.60   424.00
          MTH Review debtors' revised budget for ZAI
              Science Trial                               0.20    53.00
          MTH Review ZAI claimants revised budget for
              ZAI Science Trial                           0.20    53.00
          MTH Review proposed order for ZAI Science
              Issues                                      0.10    26.50
          MGZ Telephone conference with K. Churchill
              re: claimant's inquiry on bar date
              mailing and case status issues              0.60   174.00
```

W.R. Grace

ACCOUNT NO: 3000-05D
STATEMENT NO:       15

Claims Administration and Objections


|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Draft correspondence to and review correspondence form J. Cooney's office (mult.) re: claimant's inquiry | 0.20 | 58.00 |
| **08/14/02** | | | |
| MTH | Review proposed order re: PD committees motion to clarify bar date order re: certification of counsel | 0.10 | 26.50 |
| **08/19/02** | | | |
| MTH | Review Judge Wolin's order re: the asbestos PD Committee's interlocutory appeal | 0.20 | 53.00 |
| MGZ | Review order denying PD appeal of bar date order | 0.10 | 29.00 |
| MGZ | Draft correspondence to Lockwood re: same | 0.10 | 29.00 |
| **08/20/02** | | | |
| MGZ | Review correspondence from and draft correspondence to A. Lauber re: reply on brief on case management issues | 0.10 | 29.00 |
| MGZ | Meeting with AFM re: same | 0.10 | 29.00 |
| **08/22/02** | | | |
| MLP | Preparation of COS re: CNO re: case management proposal (.1); electronic filing of CNO (.2); hard copy service of same (.2) | 0.50 | 45.00 |
| **08/23/02** | | | |
| MGZ | Review debtors' reply on case management issues | 1.00 | 290.00 |
| | | ---- | -------- |
| | FOR CURRENT SERVICES RENDERED | 8.40 | 2,218.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 3.20 | $290.00 | $928.00 |
| Mark T. Hurford | 4.70 | 265.00 | 1,245.50 |
| Marnie L. Powell | 0.50 | 90.00 | 45.00 |

TOTAL CURRENT WORK                                  2,218.50


08/12/02 Payment - Thank you. (April, 2002 - 80%)        -2,572.40

W.R. Grace

Claims Administration and Objections


08/12/02 Payment - Thank you. (May, 2002 - 80%)                -698.40
                                                            ---------
         TOTAL PAYMENTS                                     -3,270.80

         BALANCE DUE                                      $13,115.80
                                                          ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                            08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      15


Employee Benefits/Pensions




        PREVIOUS BALANCE                            $4,367.50



                                           HOURS
08/15/02
    MGZ Review PD Committee's supplemental
        objection to KERP motion               0.20    58.00

08/16/02
    MTH Begin review of supplemental objection of
        the asbestos pd committee to the debtor's
        motion for revised compensation
        procedures, including reviewing exhibit a
        (transcript of argument and partial
        ruling at previous hearing)            0.70   185.50

08/19/02
    MTH Meeting with MGZ re: supplemental
        objection of the PD Committee re:
        debtors' motion for revised compensation
        procedures                             0.20    53.00
    MTH Review Exhibit B (deposition of Nick
        Bubnovich) to supplemental objection of
        the asbestos PD Committee to the debtor's
        motion for revised compensation
        procedures                             2.00   530.00
    MTH Review Exhibit C (deposition of Paul
        Norris) to supplemental objection of the
        asbestos PD Committee to the debtor's
        motion for revised compensation
        procedures                             1.60   424.00

08/20/02
    MTH Review Exhibit D (deposition of W. Brian
        McGowan) to supplemental objection of the
        asbestos PD Committee to the debtor's

```
                                                    Page: 2
      W.R. Grace                                   08/31/02
                                         ACCOUNT NO: 3000-06D
                                         STATEMENT NO:      15
      Employee Benefits/Pensions
```

```
                                          HOURS
         motion for revised compensation
         procedures                         1.20    318.00

08/23/02
      MTH Review debtors' response to supplemental
          objection of asbestos PD committee re:
          debtors' motion for an order authorizing
          revised compensation programs       0.70    185.50
                                              ----  --------
         FOR CURRENT SERVICES RENDERED         6.60  1,754.00
```

```
                       RECAPITULATION
      TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
      Matthew G. Zaleski           0.20    $290.00     $58.00
      Mark T. Hurford              6.40     265.00   1,696.00


         TOTAL CURRENT WORK                          1,754.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)     -46.40
08/12/02 Payment - Thank you. (May, 2002 - 80%)      -761.60
                                                     -------
         TOTAL PAYMENTS                              -808.00

         BALANCE DUE                               $5,313.50
                                                   =========
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                            08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      15

Fee/Employment Applications

PREVIOUS BALANCE                                  $7,167.40

08/12/02 Payment - Thank you. (April, 2002 - 80%)   -2,034.00

BALANCE DUE                                       $5,133.40
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310




                                                       Page: 1
        W.R. Grace                                    08/31/02
        Wilmington  DE                  ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      14


        Fee/Employment Objections




           PREVIOUS BALANCE                          $15,328.50



                                            HOURS
        08/12/02
            MGZ Review final fee auditor report on
                Pachulski Stang                       0.10      29.00

        08/13/02
            MGZ Review Pachulski Stang fee application 0.20     58.00
            MGZ Review Bilzin response to fee auditor
                report                                0.20      58.00

        08/14/02
            MGZ Review Reed Smith response to fee auditor
                report                                0.10      29.00

        08/15/02
            MGZ Review multiple Blackstone Group fee
                applications                          0.30      87.00
            MGZ Review Bilzin Sumberg fee application 0.20      58.00
            MGZ Review fee auditor report on Kirkland &
                Ellis                                 0.10      29.00

        08/19/02
            MGZ Review Stroock fee application        0.20      58.00
            MGZ Review HR & A fee application         0.10      29.00

        08/20/02
            MGZ Review Kirkland & Ellis response to fee
                auditor                               0.10      29.00

        08/28/02
            MGZ Review correspondence from PEM re:
                results of hearing on fee applications 0.10     29.00
            MGZ Telephone conference with PEM re: same 0.10     29.00
```

{D0004958:1 }

```
                                                   Page: 2
        W.R. Grace                                08/31/02
                                     ACCOUNT NO: 3000-08D
                                     STATEMENT NO:       14

        Fee/Employment Objections




                                             HOURS
        MGZ Review Klett Rooney fee application    0.10    29.00

08/29/02
        MGZ Review Wallace King fee application    0.10    29.00
        MGZ Review Nelson Mullins fee application  0.10    29.00
                                                   ----   ------
            FOR CURRENT SERVICES RENDERED          2.10   609.00

                          RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
        Matthew G. Zaleski           2.10   $290.00    $609.00


            TOTAL CURRENT WORK                            609.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)        -301.60
08/12/02 Payment - Thank you. (May, 2002 - 80%)        -1,266.00
                                                       ---------
            TOTAL PAYMENTS                             -1,567.60

            BALANCE DUE                               $14,369.90
                                                      ==========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              08/31/02
Wilmington  DE                         ACCOUNT NO: 3000-09D
                                       STATEMENT NO:        5


Financing



    PREVIOUS BALANCE                                    $132.50



08/12/02 Payment - Thank you. (April, 2002 - 80%)       -106.00


    BALANCE DUE                                          $26.50
                                                        ======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-10D
                                    STATEMENT NO:     15


Litigation



        PREVIOUS BALANCE                       $11,069.50



                                         HOURS
08/01/02
     MTH Review US's supplemental designation of
         witnesses and individuals with
         discoverable information                0.10     26.50

08/02/02
     MTH Review response to Sealed Air to Cryovac
         to the objections of the US to Jduge
         Dreier's 7/19/02 ruling and 7/23/02 order   0.30     79.50
     MTH Review objections of Sealed Air and
         Cryovac to US interrogatories and RFP   0.30     79.50

08/12/02
     MTH Review 8/2/02 correspondence from D.
         Frost re: depositions of E. Weagle, K.
         McCrann, and J. Graves                  0.10     26.50
     MTH Review correspondence from D. Frost re:
         deposition of K. McCrann; attendance at
         and scope of deposition                 0.10     26.50

08/13/02
     MTH Review notice of correction of filing re:
         Sealed Air                              0.10     26.50
     MTH Review the US' objections to special
         master's 7/24/02 order                  0.50    132.50
     MTH Begin review Judge Wolin's 7/29/02 order
         re: choice of law and legal standards   0.50    132.50

08/14/02
     MTH Review expert report of Charles Bates re:
         Sealed Air adversary                    2.50    662.50
     MTH Review 8/13/02 correspondence from D.

{D0004958:1 }

```
                                                        Page: 2
        W.R. Grace                                     08/31/02
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:        15

        Litigation
```

|  |  | HOURS |  |
|---|---|---|---|
| | Zett re: depositions of R. Marriam, R. Medler and W. Corcoran | 0.10 | 26.50 |
| MTH | Review 8/9/02 correspondence from H. Wasserstein re: agenda for 8/16/02 conference | 0.10 | 26.50 |
| MTH | Review 8/12/02 correspondence from D. Rosenbloom re: potential conflict issues | 0.10 | 26.50 |

**08/21/02**

| | | | |
|---|---|---|---|
| AFM | Review reply brief and prepare for filing | 0.70 | 140.00 |

**08/22/02**

| | | | |
|---|---|---|---|
| MGZ | Review correspondence from N. Finch re: work product issues | 0.10 | 29.00 |
| MGZ | Meeting with MRE and MTH re: same | 0.20 | 58.00 |
| MGZ | Telephone conference with N. Finch, MRE and MTH re: same | 0.10 | 29.00 |

**08/26/02**

| | | | |
|---|---|---|---|
| MGZ | Review debtors' agenda and pending pleadings re: preparation for omnibus hearing | 1.00 | 290.00 |
| MGZ | Attend omnibus hearing | 3.10 | 899.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 10.00 | 2,717.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 4.50 | $290.00 | $1,305.00 |
| Aileen F. Maguire | 0.70 | 200.00 | 140.00 |
| Mark T. Hurford | 4.80 | 265.00 | 1,272.00 |

```
        TOTAL CURRENT WORK                              2,717.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)      -1,322.80
08/12/02 Payment - Thank you. (May, 2002 - 80%)        -1,293.20
                                                       ---------
        TOTAL PAYMENTS                                 -2,616.00

        BALANCE DUE                                   $11,170.50
                                                      ==========
```

                                                   Page: 3
W.R. Grace                                        08/31/02
                                    ACCOUNT NO: 3000-10D
                                    STATEMENT NO:        15

Litigation

                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0004958:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                    Page: 1
       W.R. Grace                                   08/31/02
       Wilmington  DE                 ACCOUNT NO: 3000-11D
                                      STATEMENT NO:      13

       Plan and Disclosure Statement




       PREVIOUS BALANCE                            $226.50


                                        HOURS
08/07/02
     AFM Review debtors' motion to further extend
         exclusive period to file a chapter 11
         plan and to solicit votes thereon          0.30      60.00
                                                    ----     -----
         FOR CURRENT SERVICES RENDERED              0.30      60.00

                        RECAPITULATION
       TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
       Aileen F. Maguire             0.30    $200.00    $60.00


       TOTAL CURRENT WORK                              60.00


       BALANCE DUE                                   $286.50
                                                     =======
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```
{D0004958:1 }

```
                      Campbell & Levine, LLC
                       1700 Grant Building
                       Pittsburgh, PA  15219
                        412-261-0310




                                                      Page: 1
         W.R. Grace                                  08/31/02
         Wilmington  DE                ACCOUNT NO: 3000-12D
                                       STATEMENT NO:      13


         Relief From Stay Proceedings




         PREVIOUS BALANCE                          $745.30



                                            HOURS
08/12/02
     MTH Review debtors' objection to T. Kane's
         motion to lift stay                0.30    79.50
                                            ----    -----
         FOR CURRENT SERVICES RENDERED      0.30    79.50

                         RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE    TOTAL
        Mark T. Hurford            0.30   $265.00     $79.50


         TOTAL CURRENT WORK                          79.50



08/12/02 Payment - Thank you. (April, 2002 - 80%)   -69.60
08/12/02 Payment - Thank you. (May, 2002 - 80%)     -63.60
                                                    -------
         TOTAL PAYMENTS                             -133.20

         BALANCE DUE                               $691.60
                                                   =======




         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                       ACCOUNT NO: 3000-14D
                                     STATEMENT NO:      13

Valuation


    PREVIOUS BALANCE                              $31.50


    BALANCE DUE                                   $31.50
                                                  ======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      08/31/02
Wilmington  DE                            ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      15

Committee Administration

PREVIOUS BALANCE                                    $23,832.30

                                          HOURS

08/01/02
    MTH Telephone conference with PEM re: weekly
        recommendation memo, committee meeting
        minutes                              0.10      26.50
    MTH Correspondence to Lockwood re:  weekly
        recommendation memo                  0.20      53.00
    MTH Review correspondence from PEM re:
        committee meeting minutes            0.10      26.50
    PEM Review UST letter denying appointment of
        additional committee                 0.10      26.50

08/02/02
    MTH Review notice of Hearing Held and agenda
        to assist in preparation of  weekly
        recommendation memo                  0.50     132.50
    MTH Prepare weekly recommendation memo   2.30     609.50
    MTH Meeting with MGZ re: weekly
        recommendation memo                  0.20      53.00
    MTH Correspondence to Lockwood re: weekly
        recommendation memo                  0.20      53.00

08/06/02
    MK  Attention to document organization   0.20      18.00
    PEM Review memo and recommendations to
        committee on pending matters         0.40     106.00

08/07/02
    AFM Update weekly recommendation memo    0.40      80.00
    AFM Review memo re: pleadings filed on 8/3 -
        8/6                                  0.10      20.00

```
                                                          Page: 2
        W.R. Grace                                      08/31/02
                                             ACCOUNT NO: 3000-15D
                                             STATEMENT NO:      15

        Committee Administration




                                                HOURS
08/08/02
        AFM Update weekly recommendation memo       0.30    60.00

08/12/02
        PEM Review recommendation memo from counsel
            to committee re: pending matters        0.40   106.00
        MTH Prepare weekly recommendation memo      1.10   291.50
        MTH Review correspondence from PEM re:
            recommendation memo                     0.10    26.50
        MTH Review report re: pleadings filed in
            Sealed Air/Fresenious                   0.20    53.00
        MGZ Review and finalize weekly recommendation
            memo                                    0.30    87.00

08/15/02
        MK  Attention to document organization      0.10     9.00
        MTH Prepare weekly recommendation memo      1.50   397.50
        MGZ Review and edit weekly recommendation
            memo                                    0.40   116.00

08/19/02
        MTH Prepare weekly recommendation memo      0.10    26.50
        MGZ Review and edit weekly recommendation
            memo                                    0.40   116.00

08/22/02
        MTH Prepare weekly recommendation memo      0.40   106.00
        MGZ Review and edit weekly recommendation
            memo, including brief review of various
            pleadings                               0.60   174.00

08/23/02
        MTH Prepare weekly recommendation memo      0.50   132.50

08/26/02
        MTH Prepare weekly recommendation memo      0.30    79.50

08/27/02
        MTH Prepare weekly recommendation memo      0.20    53.00

08/28/02
        MTH Prepare weekly recommendation memo      1.80   477.00

08/29/02
        PEM Review memo and recommendation to
            committee from counsel re: pending
            motions                                 0.30    79.50
```

```
                                                         Page: 3
      W.R. Grace                                        08/31/02
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      15

      Committee Administration
```

```
                                                HOURS
      MTH Prepare weekly recommendation memo     0.20    53.00
                                                -----  --------
          FOR CURRENT SERVICES RENDERED         14.00  3,648.00
```

```
                        RECAPITULATION
      TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
      Philip E. Milch                 1.20    $265.00    $318.00
      Matthew G. Zaleski              1.70     290.00     493.00
      Michele Kennedy                 0.30      90.00      27.00
      Aileen F. Maguire               0.80     200.00     160.00
      Mark T. Hurford                10.00     265.00   2,650.00


          TOTAL CURRENT WORK                             3,648.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)       -2,317.60
08/12/02 Payment - Thank you. (May, 2002 - 80%)         -2,880.80
                                                        ---------
          TOTAL PAYMENTS                                -5,198.40

          BALANCE DUE                                  $22,281.90
                                                       ==========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                               Page: 1
W.R. Grace                                    08/31/02
Wilmington  DE               ACCOUNT NO: 3000-71D
                             STATEMENT NO:       4


Applicant's Fee Application



        PREVIOUS BALANCE                      $1,425.50



                                         HOURS
08/02/02
    AFM Review fee application of C&L
        (Interim/Feb-June)                1.00    200.00

08/05/02
    MLP Preparation of C&L's 5th interim fee
        application (.9); preparation of COS re:
        same (.1)                         1.00     90.00
    AFM Review fee application for C&L
        (Interim/Apr-June)                0.10     20.00

08/06/02
    MLP Electronic filing of C&L's 5th interim
        fee application (.3); hard copy service
        of same (.2); update status charts (.1)   0.60     54.00

08/13/02
    MGZ Review correspondence from DGS re: copy
        charges                           0.10     29.00

08/19/02
    MGZ Review and edit prebill for July 2002    0.90    261.00

08/21/02
    MLP Review docket re: objections to C&L's
        June, 2002 fee application (.1);
        preparation of CNO re: same (.2);
        preparation of COS re: same (.1);
        electronic filing of same (.2); hard copy
        service of same (.1); update status chart
        (.1)                              0.80     72.00
    AFM Review and sign CNO of C&L (Monthly-June)  0.10     20.00

```
                                                   Page: 2
    W.R. Grace                                     08/31/02
                                     ACCOUNT NO: 3000-71D
                                     STATEMENT NO:        4
    Applicant's Fee Application
```

```
                                         HOURS
08/27/02
    AFM Review and sign CNO of C&L (Monthly -
        June)                                0.10    20.00
    MLP Review docket re: objections to C&L's 5th
        interim fee application (.1); preparation
        of CNO re: same (.1); preparation of COS
        re: same (.1); electronic filing of same
        (.1)                                 0.40    36.00
    AFM Review and sign CNO of C&L (Monthly -
        June)                                0.10    20.00

08/29/02
    MGZ Begin review fee application materials
        re: compliance with new matter categories  1.00   290.00
                                             ----  --------
        FOR CURRENT SERVICES RENDERED        6.20  1,112.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Matthew G. Zaleski          2.00   $290.00    $580.00
    Aileen F. Maguire           1.40    200.00     280.00
    Marnie L. Powell            2.80     90.00     252.00


    TOTAL CURRENT WORK                            1,112.00


08/12/02 Payment - Thank you. (May, 2002 - 80%)    -480.40


    BALANCE DUE                                  $2,057.10
                                                 =========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

{D0004958:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                   Page: 1
W.R. Grace                                        08/31/02
Wilmington  DE                     ACCOUNT NO: 3000-72D
                                   STATEMENT NO:       4
```

Fee Application of Others


PREVIOUS BALANCE                                  $4,871.00


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/02 | | | | |
| | MLP | Review docket re: CNO of Tersigni's 1st interim fee application (.1); preparation of CNO re: same (.1) | 0.20 | 18.00 |
| 08/02/02 | | | | |
| | AFM | Review CNO of Tersigni (Interim/Apr-July) | 0.10 | 20.00 |
| | MLP | Preparation of COS to Tersigni's CNO of first interim fee application (.1); electronic filing of same (.1); hard copy service of same (.1); update status charts (.1) | 0.40 | 36.00 |
| 08/07/02 | | | | |
| | AFM | Telephone conference with E. Strug re: fee applications | 0.10 | 20.00 |
| | AFM | Review and sign CNO of Tersigni (Monthly - May) | 0.10 | 20.00 |
| | AFM | Review and sign fee CNO for C&D (Interim/Apr-June) | 0.10 | 20.00 |
| | MLP | Review docket re: objections to Tersigni's May fee application (.1); preparation of CNO re: same (.1); preparation of COS re: same (.1); electronic filing of same (.2); update status chart (.1) | 0.60 | 54.00 |
| | MLP | Review docket re: objections to Caplin's interim fee application (.1); preparation of CNO re: same (.1); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.70 | 63.00 |

{D0004958:1 }

```
                                                    Page: 2
W.R. Grace                                          08/31/02
                                        ACCOUNT NO: 3000-72D
                                        STATEMENT NO:       4

Fee Application of Others




                                             HOURS
08/08/02
    MLP Review e-mail from D. Relles re: LAS's
        monthly fee application (.1); preparation
        of 4th monthly fee application (.3);
        e-mail to D. Relles for review and
        signature (.1)                           0.50     45.00
    MLP Preparation of Tersigni's 5th interim fee
        application (1.0); e-mail to D. Collins
        for review and signature (.1)            1.10     99.00

08/09/02
    AFM Review and sign fee application of
        Tersigni (Interim/Apr-June)              0.10     20.00
    MLP Preparation of Tersigni's 5th fee
        application for electronic filing (.1);
        preparation of COS re: same (.1);
        preparation of notice of same (.1);
        electronic filing of same (.2); hard copy
        service of same (.1)                     0.60     54.00

08/12/02
    MLP Review LAS' 1st monthly fee applications
        for filing interim (.2); preparation of
        1st interim fee application (2.5); e-mail
        to D. Relles for review and signature
        (.1)                                     2.80    252.00
    MLP Preparation of 2nd fee application (.7);
        e-mail to D. Relles for review and
        signature (.1)                           0.80     72.00

08/13/02
    AFM Review and sign fee application of LAS
        (Monthly/May-June)                       0.30     60.00
    AFM Review and sign fee application of LAS
        (Interim/April 2001-March 2002)          0.20     40.00
    AFM Review and sign fee application of LAS
        (Interim/April - June)                   0.20     40.00
    MLP Revise LAS' May-June monthly fee
        application (.2); e-mail to D. Relles for
        review and signature (.1); preparation of
        COS re: same (.1); preparation of billing
        statement for same (.1); electronic
        filing of fee application (.1);
        electronic service of same (.1); hard
        copy service of same (.2); update status
        chart                                    0.90     81.00
    MLP Preparation of COS for LAS' 1st interim
```

{D0004958:1 }

```
                                                  Page: 3
W.R. Grace                                       08/31/02
                                   ACCOUNT NO: 3000-72D
                                   STATEMENT NO:        4

   Fee Application of Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | fee application (.1); electronic filing of same (.1); hard copy service of same (.2); update status chart (.1) | 0.50 | 45.00 |
| MLP | Preparation of COS for LAS' 2nd interim fee application (.1); electronic filing of same (.1); hard copy service of same (.2); update status chart (.1) | 0.50 | 45.00 |

**08/21/02**

|  |  | HOURS |  |
|---|---|---|---|
| MLP | Review docket re: objections to Tersigni's June, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |
| MLP | Review docket re: objections to Caplin's June, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |
| AFM | Review and sign CNO of C&D (Monthly-June) | 0.10 | 20.00 |
| AFM | Review and sign CNO of Tersigni (Monthly-June) | 0.10 | 20.00 |

**08/29/02**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Telephone conference with R. Tobin and E. Strug re: fee application issues | 0.30 | 87.00 |
| MGZ | Meeting with SLP re: same | 0.20 | 58.00 |
| MGZ | Review memo from R. Tobin re: Warren fee application issues | 0.10 | 29.00 |
| MGZ | Review fee auditor report on Warren fee application | 0.10 | 29.00 |
| | FOR CURRENT SERVICES RENDERED | 13.30 | 1,491.00 |

```
                      RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski              0.70     $290.00    $203.00
Aileen F. Maguire               1.40      200.00     280.00
Marnie L. Powell               11.20       90.00   1,008.00


   TOTAL CURRENT WORK                              1,491.00
```

```
                                                   Page: 4
    W.R. Grace                                     08/31/02
                                    ACCOUNT NO:  3000-72D
                                    STATEMENT NO:        4
    Fee Application of Others
```

```
08/12/02 Payment - Thank you. (May, 2002 - 80%)          -1,305.60


         BALANCE DUE                                     $5,056.40
                                                         =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                08/31/02
Wilmington  DE                           ACCOUNT NO: 3000-73D
                                         STATEMENT NO:      4

Applicant's Retention Application

PREVIOUS BALANCE                                          $795.00

08/12/02 Payment - Thank you. (May, 2002 - 80%)          -636.00

BALANCE DUE                                              $159.00
                                                         =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                      ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-00 Costs and Expenses** | | | | | |
| 6,725.70 | 0.00 | 2,550.58 | 0.00 | -3,783.73 | $5,492.55 |
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 9,458.20 | 2,911.00 | 0.00 | 0.00 | -3,601.60 | $8,767.60 |
| **3000-02 Asset Disposition** | | | | | |
| 1,337.90 | 0.00 | 0.00 | 0.00 | -190.80 | $1,147.10 |
| **3000-03 Business Operations** | | | | | |
| 588.50 | 0.00 | 0.00 | 0.00 | -381.60 | $206.90 |
| **3000-04 Case Administration** | | | | | |
| 13,272.00 | 1,558.00 | 0.00 | 0.00 | -2,760.80 | $12,069.20 |
| **3000-05 Claims Administration and Objections** | | | | | |
| 14,168.10 | 2,218.50 | 0.00 | 0.00 | -3,270.80 | $13,115.80 |
| **3000-06 Employee Benefits/Pensions** | | | | | |
| 4,367.50 | 1,754.00 | 0.00 | 0.00 | -808.00 | $5,313.50 |
| **3000-07 Fee/Employment Applications** | | | | | |
| 7,167.40 | 0.00 | 0.00 | 0.00 | -2,034.00 | $5,133.40 |
| **3000-08 Fee/Employment Objections** | | | | | |
| 15,328.50 | 609.00 | 0.00 | 0.00 | -1,567.60 | $14,369.90 |
| **3000-09 Financing** | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | -106.00 | $26.50 |
| **3000-10 Litigation** | | | | | |
| 11,069.50 | 2,717.00 | 0.00 | 0.00 | -2,616.00 | $11,170.50 |
| **3000-11 Plan and Disclosure Statement** | | | | | |
| 226.50 | 60.00 | 0.00 | 0.00 | 0.00 | $286.50 |

{D0004958:1 }

```
                                                          Page: 2
        W.R. Grace                                        08/31/02
                                         ACCOUNT NO      3000D
```

```
PREVIOUS BALANCE       FEES   EXPENSES   ADVANCES      PAYMENTS       BALANCE

   3000-12 Relief From Stay Proceedings
        745.30      79.50       0.00       0.00       -133.20       $691.60

   3000-14 Valuation
         31.50       0.00       0.00       0.00          0.00        $31.50

   3000-15 Committee Administration
     23,832.30   3,648.00       0.00       0.00     -5,198.40    $22,281.90

   3000-71 Applicant's Fee Application
      1,425.50   1,112.00       0.00       0.00       -480.40     $2,057.10

   3000-72 Fee Application of Others
      4,871.00   1,491.00       0.00       0.00     -1,305.60     $5,056.40

   3000-73 Applicant's Retention Application
        795.00       0.00       0.00       0.00       -636.00       $159.00

     ----------  ---------   --------       ----   ----------  -----------
     115,542.90  18,158.00   2,550.58       0.00  -28,874.53  $107,376.95
                                                               ===========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

{D0004958:1 }