IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: September 30, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: November 25, 2002 @ 10:00 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  2671**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Interim Quarterly Fee Application Request of Bilzin Sumberg Dunn Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2002 through June 30, 2002 (the "Application").   The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 30, 2002. [1]

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

---

[1]  The applicant has received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                                              Bilzin Sumberg Dunn Baena Price & Axelrod LLP
                                              Scott L. Baena, Esq.
                                              Jay M. Sakalo, Esq.
                                              2500 First Union Financial Center
                                              200 South Biscayne Boulevard
                                              Miami, FL 33131-2336
                                              Counsel to the Official Committee of Asbestos
                                              Property Damage Claimants

Dated: October 1, 2002