IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 21, 2002 at 4:00 p.m.**
**Hearing Date: Scheduled if Necessary (Negative Notice)**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2002

Invoice Number  **53409**       **91100**   **00001**        **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated: June 30, 2002 | $214,680.15 |
| Payments received since last invoice, last payment received -- September 3, 2002 | $55,539.94 |
| Net balance forward | $159,140.21 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    **07/31/2002**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **ASSET DISPOSITION [B130]** | | | | | |
| 07/15/02 | DWC | Draft certification of counsel re: Carteret lease assumption (.4) address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 07/30/02 | PEC | Revise and review Debtors' Fourth Quarterly Report of Asset Sales from April 2002 through June 30, 2002 (.2); Draft Certificate of Service (.1); File and serve (.4) | 0.70 | 120.00 | $84.00 |
| | **Task Code Total** | | **1.30** | | **$252.00** |
| **BANKRUPTCY LITIGATION [L430]** | | | | | |
| 07/11/02 | PEC | Revise and review Grace Agenda Notice for 7-22-02 hearing | 1.20 | 120.00 | $144.00 |
| 07/11/02 | PEC | Draft service list for 7/22/02 Agenda Notice | 0.80 | 120.00 | $96.00 |
| 07/15/02 | PEC | Review and revise 7/22/02 Agenda Notice (.8); Draft Certificate of Service and prepare service list (1.1) | 1.90 | 120.00 | $228.00 |
| 07/15/02 | PEC | File and serve Agenda Notice for 7/22/02 hearing | 0.60 | 120.00 | $72.00 |
| 07/15/02 | PEC | Prepare for 7/22/02 hearing | 0.60 | 120.00 | $72.00 |
| | **Task Code Total** | | **5.10** | | **$612.00** |
| **CASE ADMINISTRATION [B110]** | | | | | |
| 07/01/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/01/02 | DWC | Review May monthly operating report (.6) address filing and service thereof (.2) | 0.80 | 280.00 | $224.00 |
| 07/01/02 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/02 | DWC | Review critical dates calendar | 0.30 | 280.00 | $84.00 |
| 07/02/02 | DWC | E-mail to co-counsel re: upcoming deadlines to file objections to various pleadings | 0.20 | 280.00 | $56.00 |
| 07/02/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/02/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/02/02 | PEC | File and serve May Monthly Operating Report (.6); Draft Affidavit of Service (.1) | 0.70 | 120.00 | $84.00 |
| 07/03/02 | CMS | Maintain Document Control. | 0.60 | 40.00 | $24.00 |
| 07/03/02 | CMS | Maintain Document Control. | 2.80 | 40.00 | $112.00 |
| 07/03/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 07/08/02 | DWC | Address critical dates calendar | 0.30 | 280.00 | $84.00 |
| 07/08/02 | DWC | Address critical dates calendar review and revisions | 0.30 | 280.00 | $84.00 |
| 07/08/02 | CMS | Maintain Document Control. | 0.80 | 40.00 | $32.00 |
| 07/08/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/08/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough March 2002 Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Pitney Hardin Kipp & Szuch April 2002 Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/09/02 | PEC | Review docket and update critical dates | 0.60 | 120.00 | $72.00 |
| 07/09/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/10/02 | CMS | Maintain Document Control. | 0.70 | 40.00 | $28.00 |
| 07/10/02 | CMG | Training procedures for file room duties. | 3.50 | 40.00 | $140.00 |
| 07/11/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.80 | 120.00 | $96.00 |
| 07/11/02 | PEC | Update critical dates memo | 1.00 | 120.00 | $120.00 |
| 07/11/02 | PEC | Review docket for updates | 0.40 | 120.00 | $48.00 |
| 07/12/02 | KAC | Maintain document control. | 1.00 | 50.00 | $50.00 |
| 07/12/02 | KAC | Maintain docuemtn control. | 1.00 | 50.00 | $50.00 |
| 07/12/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.60 | 120.00 | $72.00 |
| 07/12/02 | PEC | Update critical dates memo and circulate to the appropriate parties | 1.00 | 120.00 | $120.00 |
| 07/15/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.60 | 120.00 | $72.00 |
| 07/15/02 | PEC | Update critical dates memo | 0.20 | 120.00 | $24.00 |
| 07/15/02 | PEC | Review docket for updates | 0.30 | 120.00 | $36.00 |
| 07/16/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/16/02 | PEC | Telephone call with Jan Baer regarding Response to ZAI Claimants Motion. Respond to request for copy of Motion. | 0.40 | 120.00 | $48.00 |
| 07/17/02 | CMS | Maintain Document Control. | 1.00 | 40.00 | $40.00 |
| 07/17/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/17/02 | PEC | Draft Amended Agenda Notice for 7-17-02 hearing and Certificate of Service (.5); File and serve (.5) | 1.00 | 120.00 | $120.00 |
| 07/17/02 | PEC | Update critical dates | 0.50 | 120.00 | $60.00 |
| 07/18/02 | HDM | Maintain document control. | 1.90 | 60.00 | $114.00 |
| 07/18/02 | PEC | Update critical dates memo | 0.50 | 120.00 | $60.00 |
| 07/18/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/19/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/02 | PEC | Review docket and update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/19/02 | PEC | Coordinate service of various signed orders | 0.20 | 120.00 | $24.00 |
| 07/22/02 | SLP | Maintain document control. | 4.00 | 50.00 | $200.00 |
| 07/22/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/22/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/23/02 | DWC | Review and respond to C. Lane e-mail re: CNO's | 0.20 | 280.00 | $56.00 |
| 07/23/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 07/24/02 | PEC | Update critical dates memo | 0.50 | 120.00 | $60.00 |
| 07/24/02 | PEC | Call to Beth Eller at Grace regarding documents received through daily distribution. | 0.10 | 120.00 | $12.00 |
| 07/25/02 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/25/02 | PEC | Review docket and update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/26/02 | DCC | Maintain document control. | 5.50 | 55.00 | $302.50 |
| 07/26/02 | PEC | Update critical dates memo and circulate | 1.20 | 120.00 | $144.00 |
| 07/26/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/29/02 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |
| 07/29/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/29/02 | PEC | Update critical dates memo | 1.00 | 120.00 | $120.00 |
| 07/30/02 | KAC | Maintain document control. | 1.00 | 50.00 | $50.00 |
| 07/30/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.80 | 120.00 | $96.00 |
| 07/31/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/31/02 | PEC | Update critical dates memo | 0.60 | 120.00 | $72.00 |
| | | **Task Code Total** | **59.50** | | **$5,242.50** |

**CLAIMS ADMIN/OBJECTIONS [B310]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/09/02 | PEC | Prepare Affidavit of Julia Hazenthal for e-filing | 0.30 | 120.00 | $36.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough February Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/11/02 | PEC | Return calls to creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/15/02 | PEC | Return calls to creditors regarding case status | 0.40 | 120.00 | $48.00 |
| 07/16/02 | PEC | Coordinate filing of Declaration of Service of Craig Zink at R.R. Donnelleley regarding service of the Bar Date Notice | 0.30 | 120.00 | $36.00 |
| | | **Task Code Total** | **2.80** | | **$336.00** |

**COMPENSATION PROF. [B160]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/02 | PEC | Prepare Pitney Hardin Kipp and Szuch May 2002 Fee Application for filing and service (.4); Draft Certificate of Service (.2); File and serve (.5) | 1.10 | 120.00 | $132.00 |
| 07/11/02 | LDJ | Review and finalize fourteenth interim fee app (May 2002) | 0.20 | 550.00 | $110.00 |
| 07/12/02 | PEC | File and serve Carella Byrne June Fee Applications (.5); draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/02 | PEC | File and serve Holme Roberts and Owen May Fee Application (.5); Draft Affidavit of Service (.1) | 0.10 | 120.00 | $12.00 |
| 07/12/02 | PEC | File and serve Casner and Edwards May Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 07/17/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| | | **Task Code Total** | **3.40** | | **$494.00** |

### WRG-CLAIM ANALYSIS (ASBESTOS)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/02 | DWC | Review and revise objection to Property Damage Committee's motion to clarify bar date order (1.2); address filing and service thereof (.2) | 1.40 | 280.00 | $392.00 |
| 07/08/02 | DWC | Review and revise objection to Property Damage Committee's motion to clarify bar date order (1.2) address filing and service of same (.2) | 1.40 | 280.00 | $392.00 |
| 07/19/02 | DWC | Review order denying Kellogg Motion (.2); review and revise objection to Kellogg's claim (.4); address filing and service of same (.2) | 0.80 | 280.00 | $224.00 |
| 07/19/02 | PEC | File and Serve Debtors' Objection to Claim of Edythe Kellogg (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| | | **Task Code Total** | **4.10** | | **$1,068.00** |

### WRG CLAIM ANALYSIS NONASBESTOS

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.80 | 120.00 | $96.00 |
| 07/09/02 | DWC | Call with J. Baer re: Bar date appeal motion. | 0.10 | 280.00 | $28.00 |
| 07/16/02 | DWC | Call with counsel for Bank of America re: $200,000 cash collateral in connection with letters of credit drawn in (.2); review e-mail re: same (.2) | 0.40 | 280.00 | $112.00 |
| 07/18/02 | PEC | Return calls to various creditors regarding bar date | 0.20 | 120.00 | $24.00 |
| 07/22/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.40 | 120.00 | $48.00 |
| 07/24/02 | PEC | Return calls to creditors regarding case status and bar date | 0.40 | 120.00 | $48.00 |
| 07/25/02 | PEC | Return calls to creditors regarding bar date notice | 0.30 | 120.00 | $36.00 |
| 07/26/02 | DWC | Review and respond to M. Hunter e-mail re: Bank of America letters of credit | 0.30 | 280.00 | $84.00 |
| 07/26/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/29/02 | DWC | Call with C. Lane and Bank of America set off issue | 0.20 | 280.00 | $56.00 |
| | | **Task Code Total** | **3.60** | | **$592.00** |

### WRG- EMPLOY. APP., OTHERS

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/02 | PEC | Correspond with Sabrina Mitchell regarding 9th Supplemental Affidavit of Jamie Sprayregen | 0.20 | 120.00 | $24.00 |
| 07/19/02 | PEC | File and serve Ninth Supplemental Affidavit of James H.M. Sprayregen under 11 U.S.C Section 3276 and Fed R. Bank. P. 2014 (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/24/02 | PEC | Draft Affidavit of Service regarding Steven Storslee Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/02 | PEC | Draft Affidavit of Service regarding D. Randall King Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Draft Affidavit of Service regarding Kazuo Nakasima Affidavit Under 11 U.S.C. Section 327(3) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Draft Affidavit of Service regarding William J. Bowe Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Prepare service of Affidavits of Disinterestedness for several professionals | 0.20 | 120.00 | $24.00 |
| | | **Task Code Total** | **1.70** | | **$204.00** |

**EMPLOYEE BENEFIT/PENSION- B220**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/02 | DWC | Review Equity Committee response in support of Debtors' motion for revised compensation programs | 0.20 | 280.00 | $56.00 |
| 07/03/02 | DWC | Review Equity Committee response in support of compensation motion | 0.20 | 280.00 | $56.00 |
| 07/08/02 | DWC | Review Property Damage Committee response to Debtors' motion for revised compensation programs | 0.60 | 280.00 | $168.00 |
| 07/08/02 | DWC | Review Property Damage Committee objection to motion for approval of revised compensation programs | 0.60 | 280.00 | $168.00 |
| 07/12/02 | DWC | Review and revise Response to Property Damage Committee objection to motion for approval of revised compensation program (1.2); address filing and service thereof (.4) | 1.60 | 280.00 | $448.00 |
| | | **Task Code Total** | **3.20** | | **$896.00** |

**EXECUTORY CONTRACTS [B185]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/15/02 | PEC | File Certification of Counsel regarding Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors' to Assume and Assign a Prime Lease and the Accompanying Sublease | 0.60 | 120.00 | $72.00 |
| | | **Task Code Total** | **0.60** | | **$72.00** |

**WRG-FEE APPS., APPLICANT**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/02 | HRR | Review and analyze files regarding fee applications (.10); and conference with David W. Carickhoff regarding same (.10). | 0.30 | 330.00 | $99.00 |
| 07/02/02 | WLR | Correspondence to Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/02/02 | LAG | Review administrative order, allowed fees and scheduling regarding status of interim fee applications. | 0.20 | 125.00 | $25.00 |
| 07/03/02 | LAG | Review docket regarding fee application and certificate of no objection. | 0.20 | 125.00 | $25.00 |
| 07/03/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 07/03/02 | WLR | Prepare May 2002 fee application. | 0.70 | 325.00 | $227.50 |
| 07/03/02 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/04/02 | WLR | Correspondence to Liliana Gardiazabal regarding May | 0.20 | 325.00 | $65.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | 2002 fee application. | | | |
| 07/06/02 | WLR | Draft May 2002 fee application. | 0.40 | 325.00 | $130.00 |
| 07/07/02 | WLR | Correspondence to Liliana Gardiazabal regarding timing of fee application. | 0.10 | 325.00 | $32.50 |
| 07/08/02 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/08/02 | WLR | Correspondence to Hamid R. Rafatjoo regarding May 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/09/02 | WLR | Correspondence to MaryRitchie Johnson regarding May 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/09/02 | WLR | Review and revise 14th (May 2002) fee application. | 0.30 | 325.00 | $97.50 |
| 07/09/02 | DWC | Review and revise Pachulski Stang May fee application | 0.30 | 280.00 | $84.00 |
| 07/10/02 | HRR | Review and analyze fee application issues. | 0.20 | 330.00 | $66.00 |
| 07/12/02 | WLR | Review correspondence to Misty Lyles regarding June 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/12/02 | LAG | Email and telephone conferences regarding issues and timing of fee application and payment. | 0.20 | 125.00 | $25.00 |
| 07/12/02 | DWC | Review and revise Pachulski Stang May fee application (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 07/13/02 | WLR | Correspondence to Liliana Gardiazabal regarding June 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/13/02 | WLR | Prepare June 2002 fee application. | 0.50 | 325.00 | $162.50 |
| 07/15/02 | HRR | Draft and review response to email to David W. Carickhoff regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 07/15/02 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/16/02 | WLR | Prepare June 2002 fee application. | 0.40 | 325.00 | $130.00 |
| 07/17/02 | WLR | Correspondence to Hamid R. Rafatjoo regarding 9th (June 2002) fee application. | 0.30 | 325.00 | $97.50 |
| 07/17/02 | WLR | Draft 15th (June 2002) fee application. | 0.30 | 325.00 | $97.50 |
| 07/18/02 | WLR | Review correspondence from Hamid R. Rafatjoo regarding 15th (June 2002) fee application. | 0.10 | 325.00 | $32.50 |
| 07/18/02 | WLR | Correspondence to MaryRitchie Johnson regarding 15th (June 2002) fee application. | 0.20 | 325.00 | $65.00 |
| 07/18/02 | HRR | Review and analyze fee application. | 0.10 | 330.00 | $33.00 |
| 07/19/02 | WLR | Review fee application status and prepare memo to Ira D. Kharasch regarding same. | 0.10 | 325.00 | $32.50 |
| 07/19/02 | DWC | Review and execute Cert. of No objection for Pachulski Stang April fee app. | 0.20 | 280.00 | $56.00 |
| 07/19/02 | PEC | Draft Certification Of No Objection regarding PSZYJ April Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/30/02 | LAG | Email and telephone conferences regarding issues and timing of fee applications and payments. | 0.20 | 125.00 | $25.00 |
| 07/30/02 | HRR | Review and analyze fee issues. | 0.10 | 330.00 | $33.00 |
| | | **Task Code Total** | **8.40** | | **$2,320.50** |

**WRG-FEE APPLICATIONS, OTHERS**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/02 | DWC | Address W. Sparks inquiry re: fee requests of McGovern, Keefe, Dreier, Gross, and Hamlin and e-mail re: same. | 0.60 | 280.00 | $168.00 |
| 07/01/02 | DWC | Review Wallace King May fee application (.3); address filing and service thereof (.2) | 0.50 | 280.00 | $140.00 |
| 07/02/02 | PEC | Prepare Kirkland & Ellis May Fee Application for e-filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/02/02 | PEC | Prepare Nelson Mullins Riley & Scarborough May Fee Application for E-Filing and service (.4); Draft Affidavit | 0.50 | 120.00 | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of Service (.1) | | | |
| 07/02/02 | PEC | Prepare Wallace King Marraro & Branson May Fee Application for e-filing & service (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/03/02 | DWC | Review Pitney Hardin May 2002 fee application and cover letter (.3); address filing and service thereof and Cert. of No Objection filings (.2) | 0.50 | 280.00 | $140.00 |
| 07/03/02 | DWC | Review Pitney Hardin May fee application (.3) address filing and service thereof (.2) | 0.50 | 280.00 | $140.00 |
| 07/03/02 | PEC | Draft Certificate of No Objection and Affidavit of Service regarding Kirkland & Ellis April Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/09/02 | DWC | Review and execute Certs. of no objection for fee applications of Nelson Mullins for February and March (.4); Pitney Hardin for April (.2) | 0.60 | 280.00 | $168.00 |
| 07/10/02 | DWC | Review Holme Roberts May fee application (.4) address filing and service of same (.2) | 0.60 | 280.00 | $168.00 |
| 07/11/02 | DWC | Review Carella Byrne June fee application (.2) address filing and service of same (.2) | 0.40 | 280.00 | $112.00 |
| 07/11/02 | DWC | Review Casner & Edwards May fee application (.3) address filing and service of same (.2) | 0.50 | 280.00 | $140.00 |
| 07/12/02 | DWC | Review and respond to Will Sparks' e-mail re: court advisors fees (.3); call with R. Higgins re: same (.2) | 0.50 | 280.00 | $140.00 |
| 07/16/02 | DWC | Review and execute Cert. of No Objection to Nelson Mullins December fee application | 0.20 | 280.00 | $56.00 |
| 07/18/02 | DWC | Call with W. Smith re: fee application hearing. | 0.20 | 280.00 | $56.00 |
| 07/23/02 | DWC | Review and execute Certs. of no objection re fee applications of Nelson Mullins for May (.2), april (.2) and September (.2); Kirkland and Ellis for April (.2); Carella Byrne May (.2); Wallace King May (.2) | 1.20 | 280.00 | $336.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Nelson, Mullins, Riley and Scarborough LLP's May Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Nelson, Mullins, Riley and Scarborough September 2001 Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough April Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Kirkland & Ellis May Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart and Olstein May Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Wallace King Marraro and Branson May Fee Application and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/25/02 | PEC | Return call to Beth Eller at Grace regarding Milbeig Weiss accounts not filed with the court | 0.20 | 120.00 | $24.00 |
| 07/25/02 | PEC | File and serve Wallace King Marrario and Branson Fee Application (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/25/02 | PEC | File and serve the Blackstone Group's April Fee Application (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/25/02 | DWC | Review Wallace King June fee app (.3); address filing and service of same (.1) | 0.40 | 280.00 | $112.00 |
| 07/30/02 | PEC | Draft Certificate of No Objection and Certificate of Service regarding Pitney Hardin May Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | **Task Code Total** | 13.40 |  | $2,680.00 |
|  |  | **FEE/EMPLOYMENT APPLICATION** |  |  |  |
| 07/11/02 | PEC | File and serve PSZYJ May 2002 Fee Application (.5); Draft Affidavit of Service (.2) | 0.70 | 120.00 | $84.00 |
|  |  | **Task Code Total** | 0.70 |  | $84.00 |
|  |  | **FINANCING [B230]** |  |  |  |
| 07/15/02 | LDJ | Correspondence with David Walls, Esq. re: letter of credit information | 0.10 | 550.00 | $55.00 |
|  |  | **Task Code Total** | 0.10 |  | $55.00 |
|  |  | **WRG-HEARINGS** |  |  |  |
| 07/01/02 | DWC | Address revisions and additions to the preliminary agenda notice for July 22 hearings. | 0.80 | 280.00 | $224.00 |
| 07/01/02 | ARP | Prepared hearing notebook for hearing on July 22. | 3.00 | 40.00 | $120.00 |
| 07/02/02 | DWC | Revise agenda notice for July hearing | 0.40 | 280.00 | $112.00 |
| 07/02/02 | ARP | Prepared hearing notebook for hearing on July 22. | 1.50 | 40.00 | $60.00 |
| 07/03/02 | DWC | Finalize Preliminary Agenda for Judge Fitzgerald (.5) and review hearing binders for July 22 hearing (1.2) | 1.70 | 280.00 | $476.00 |
| 07/03/02 | PEC | Review Preliminary Agenda Notice for 7/22/02 hearing (.3); Serve Preliminary Agenda electronically (.2) | 0.50 | 120.00 | $60.00 |
| 07/03/02 | ARP | Prepared hearing notebook for hearing on July 22. | 3.50 | 40.00 | $140.00 |
| 07/03/02 | DWC | Finalize Prelim agenda notice for July 22 hearing. | 0.40 | 280.00 | $112.00 |
| 07/09/02 | DWC | Address revisions to agenda and delievery of recently filed pleadings to Judge Fitzgerald | 0.40 | 280.00 | $112.00 |
| 07/10/02 | ARP | Prepared hearing notebook for hearing on July 22. | 1.00 | 40.00 | $40.00 |
| 07/12/02 | DWC | Revise agenda for July 22 hearing | 0.20 | 280.00 | $56.00 |
| 07/12/02 | ARP | Prepared hearing notebook for hearing on July 22. | 1.00 | 40.00 | $40.00 |
| 07/12/02 | VEM | Prepare hearing notebook for hearing on July 22. | 0.80 | 50.00 | $40.00 |
| 07/15/02 | DWC | Finalize agenda letter for July 22 hearing. | 0.60 | 280.00 | $168.00 |
| 07/16/02 | DWC | Prepare amended agenda for July 22 hearing (.4); e-mail to J. Sakalo re: same (.2) | 0.60 | 280.00 | $168.00 |
| 07/21/02 | DWC | Prepare for hearing on July 22 | 0.60 | 280.00 | $168.00 |
| 07/22/02 | DWC | Prepare for hearing (1.8); attend hearing (2.2); confer with J. Kapp and J. Baer after hearing to review tasks (.6) | 4.60 | 280.00 | $1,288.00 |
| 07/25/02 | PEC | Review critical dates memo regarding 8/26/02 hearing | 0.20 | 120.00 | $24.00 |
|  |  | **Task Code Total** | 21.80 |  | $3,408.00 |
|  |  | **LITIGATION (NON-BANKRUPTCY]** |  |  |  |
| 07/01/02 | DWC | Review and revise Debtors' Response to KPMG Motion to Compel Discovery (.4); calls with J. Baer re: same (.3); address filing and service thereof (.3) | 1.00 | 280.00 | $280.00 |
| 07/16/02 | HRR | Review and analyze answer to complaint. | 0.10 | 330.00 | $33.00 |
| 07/16/02 | HRR | Review, analyze and respond to emails regarding answer to complaint. | 0.10 | 330.00 | $33.00 |
| 07/16/02 | HRR | Review and analyze files regarding adversary actions. | 0.40 | 330.00 | $132.00 |
| 07/16/02 | HRR | Telephone conference with Laura Davis Jones regarding filing of answer. | 0.10 | 330.00 | $33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 07/16/02 | HRR | Address issues regarding filing and service of answer. | 0.20 | 330.00 | $66.00 |
| 07/17/02 | HRR | Conference with David W. Carickhoff regarding filing and service of answer. | 0.10 | 330.00 | $33.00 |
| 07/23/02 | DWC | Review and execute Cert. of no objection for motion to extend time to remove actions | 0.20 | 280.00 | $56.00 |
| 07/23/02 | PEC | Draft Certificate of No Objection regarding Debtors' Third Motion for an Order Pursuant to 28 U.S.C. Section 1452 and Fed.R.Bankr.P. 9027 and Certificate of Service | 0.40 | 120.00 | $48.00 |
| 07/30/02 | PEC | Revise and review Debtors' Fourth Quarterly Report of Settlements from April 1, 2002 through June 30, 2002 (.2); Draft Certificate of Service (.1); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| | **Task Code Total** | | **3.40** | | **$810.00** |

### PLAN & DISCLOSURE STMT. [B320]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 07/30/02 | DWC | Call with R. Higgins re: exclusivity extension | 0.20 | 280.00 | $56.00 |
| 07/31/02 | DWC | Review and revise exclusivity extension motion (.6); draft notice re: same (.4); address filing and service thereof (.2) | 1.20 | 280.00 | $336.00 |
| 07/31/02 | PEC | File and serve Motion to Extend Time for an Order to Further Extend Debtor's Exclusive Periods in which to File a Chapter 11 Plan and to Solicit Votes Thereon (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| | **Task Code Total** | | **2.00** | | **$464.00** |

### STAY LITIGATION [B140]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 07/03/02 | DWC | Review and revise objection to Wesconn's motion for stay relief (1.2); address filing and service thereof (.2) | 1.40 | 280.00 | $392.00 |
| 07/08/02 | DWC | Review Carol Gerard's Motion for reconsideration of order denying motion to annul the stay. | 1.30 | 280.00 | $364.00 |
| 07/09/02 | DWC | Review Court's order dismissing Gerard Motion for Reconsideration | 0.20 | 280.00 | $56.00 |
| 07/09/02 | DWC | Call with J. Baer re: Gerard motion for reconsideration (.10). | 0.10 | 280.00 | $28.00 |
| | **Task Code Total** | | **3.00** | | **$840.00** |

### WRG-ZAI SCIENCE TRIAL

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 07/01/02 | DWC | Review Judge Fitzgerald's Scheduling Order re: ZAI Claimants' motion for leave to appeal bar date order | 0.20 | 280.00 | $56.00 |
| 07/01/02 | DWC | Review and revise Debtors' objections to Property Damage Committee's Motion to Retain Special Counsel for the ZAI Science Trial (1.2); calls with J. Baer re: same (.2); address filing and service thereof (.2) | 1.60 | 280.00 | $448.00 |
| 07/01/02 | PEC | File and Serve Debtors' Objection to the Property Damage Committe's Motion to Retain Special Counsel for the ZAI Science Trial (.5); Draft Affidavit of Service (.1). | 0.60 | 120.00 | $72.00 |
| 07/02/02 | DWC | Review creditors committee objection to property damage committee's motion to retain special ZAI science trial counsel | 0.30 | 280.00 | $84.00 |
| 07/08/02 | DWC | Review Creditor Committee response to Property Damage Committee's motion to retain special counsel for ZAI science trial | 0.30 | 280.00 | $84.00 |
| 07/08/02 | DWC | Review and revise response to Property Damage | 1.10 | 280.00 | $308.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Committee's budget for ZAI science trial (.9); address filing and service thereof (.2) | | | |
| 07/08/02 | DWC | Review and revise response to Property Damage Committee budget for ZAI science trial (.9) address filing and service of the same (.2) | 1.20 | 280.00 | $336.00 |
| 07/08/02 | DWC | Review Personal Injury Committee response to Property Damage Committee motion to retain special counsel for ZAI Trial | 0.20 | 280.00 | $56.00 |
| 07/09/02 | DWC | Call with J. Baer re: ZAI scheduling order (.10). | 0.10 | 280.00 | $28.00 |
| 07/15/02 | DWC | Call with J. Baer re: response to ZAI claimants' motion for leave to appeal order denying their motion to strike claims (.2); review and revise response to motion for leave to appeal (1.2); address filing and service thereof (.2) | 1.60 | 280.00 | $448.00 |
| 07/15/02 | DWC | Review and revise proposed ZAI scheduling order (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 07/21/02 | DWC | Draft order approving ZAI budget | 0.40 | 280.00 | $112.00 |

**Task Code Total**                                                                    8.20                      $2,200.00

**Total professional services:**                                              146.30                    $22,630.00

**Costs Advanced:**

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 04/01/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.68 |
| 04/01/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $8.26 |
| 04/03/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.91 |
| 04/03/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.91 |
| 04/03/2002 | PAC | DEBK - DOCKET REPORT (01-00181-PJW) | | | $0.98 |
| 04/03/2002 | PAC | DEBK - DOCKET REPORT (00-03897-EIK) | | | $8.19 |
| 04/03/2002 | PAC | DEBK - IMAGE (00-03897-EIK) | | | $0.84 |
| 04/03/2002 | PAC | DEBK - IMAGE (00-03897-EIK) | | | $1.05 |
| 04/03/2002 | PAC | DEBK - IMAGE (00-03897-EIK) | | | $0.14 |
| 04/03/2002 | PAC | DEBK - IMAGE (00-03897-EIK) | | | $0.49 |
| 04/04/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.61 |
| 04/04/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.61 |
| 04/04/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.35 |
| 04/04/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | | | $0.21 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-11341-MFW) | | | $0.49 |
| 04/05/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | | | $0.07 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.14 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.14 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.68 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.68 |
| 04/05/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $0.14 |
| 04/06/2002 | PAC | DEBK - IMAGE (01-10578-AMW) | | | $0.07 |
| 04/06/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.68 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-08839-MFW) | | | $0.07 |
| 04/08/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | | | $0.28 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-08810-JKF) | | | $0.14 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $8.40 |
| 04/08/2002 | PAC | DEBK - IMAGE (01-00771-JKF) | | | $0.21 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-00771-JKF) | | | $0.42 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | | | $0.14 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $8.40 |
| 04/08/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.68 |
| 04/09/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $8.40 |
| 04/09/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $1.54 |
| 04/09/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | | | $8.40 |
| 04/10/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | | | $0.14 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/10/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.49 |
| 04/10/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/10/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/10/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $6.72 |
| 04/10/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $5.67 |
| 04/10/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/10/2002 | PAC | DEBK - DOCKET REPORT (01-00771-JKF) | $0.42 |
| 04/10/2002 | PAC | DEBK - IMAGE (01-00771-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (99-02171-PJW) | $5.53 |
| 04/11/2002 | PAC | DEBK - IMAGE (99-02171-PJW) | $0.14 |
| 04/11/2002 | PAC | DEBK - IMAGE (99-02171-PJW) | $0.14 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.40 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.05 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.21 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.26 |
| 04/11/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-08839-MFW) | $0.07 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $0.56 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $2.10 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $2.10 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $0.28 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $0.14 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $1.96 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-08839-MFW) | $0.07 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.40 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.63 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.47 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $2.73 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $4.69 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.77 |
| 04/11/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $1.61 |
| 04/11/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | $0.14 |
| 04/12/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.40 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01367-JJF) | $0.49 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01367-JJF) | $0.49 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.14 |
| 04/12/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.77 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $2.73 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.14 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/12/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.49 |
| 04/12/2002 | PAC | DEBK - DOCKET REPORT (00-03299-MFW) | $0.98 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-02175-RRM) | $0.84 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.54 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.21 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (00-03299-MFW) | $0.91 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | $0.21 |
| 04/15/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.21 |
| 04/15/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.40 |
| 04/15/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.07 |
| 04/15/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.21 |
| 04/15/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.26 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.47 |
| 04/15/2002 | PAC | DEBK - DOCKET REPORT (01-00771-JKF) | $0.42 |
| 04/17/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | $0.14 |
| 04/17/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.63 |
| 04/17/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.35 |
| 04/17/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.07 |
| 04/17/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $0.21 |
| 04/17/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/17/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $5.25 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.42 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.07 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.07 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.42 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.42 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/17/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.49 |
| 04/17/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.14 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.56 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.21 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (02-01657-JKF) | $0.21 |
| 04/18/2002 | PAC | DEBK - IMAGE (02-01657-JKF) | $1.26 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-08839-MFW) | $0.07 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-08839-MFW) | $1.82 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-08810-JKF) | $0.14 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-08810-JKF) | $2.10 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.54 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.49 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $1.54 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/18/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $1.40 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/18/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.61 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $3.50 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.63 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $1.05 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.91 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.49 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.28 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.63 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $2.10 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $3.50 |
| 04/22/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $1.26 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.61 |
| 04/22/2002 | PAC | DEBK - DOCKET REPORT (01-00771-JKF) | $0.42 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.98 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.91 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.63 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/23/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.07 |
| 04/23/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.35 |
| 04/23/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.07 |
| 04/23/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/23/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.63 |
| 04/23/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.14 |
| 04/24/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $6.58 |
| 04/24/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/24/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $2.10 |
| 04/24/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.40 |
| 04/24/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.61 |
| 04/24/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/24/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.07 |
| 04/24/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (02-02426-MFW) | $0.07 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/25/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/25/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.07 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/25/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.98 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.68 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.68 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.68 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.68 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/25/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.56 |
| 04/25/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/25/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.14 |
| 04/25/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.21 |
| 04/25/2002 | PAC | DEBK - IMAGE (01-01139-JKF) | $0.49 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.47 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.68 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (00-02426-PJW) | $11.90 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/25/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.40 |
| 04/25/2002 | PAC | DEBK - ASSOCIATED CASES (01-01139-JKF) | $0.14 |
| 04/25/2002 | PAC | DEBK - DOCKET REPORT (00-03299-MFW) | $0.98 |
| 04/25/2002 | PAC | DEBK - IMAGE (00-03299-MFW) | $0.63 |
| 04/25/2002 | PAC | DEBK - IMAGE (00-03299-MFW) | $0.91 |
| 04/26/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $1.54 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.63 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.07 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.98 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.91 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.63 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.07 |
| 04/26/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.63 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.35 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.84 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.07 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.98 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.21 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.91 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.63 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/26/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $1.54 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.82 |
| 04/29/2002 | PAC | DEBK - IMAGE (01-00771-JKF) | $0.21 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (00-04211-SLR) | $1.12 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $2.10 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $0.70 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $0.42 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $0.56 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $2.10 |
| 04/29/2002 | PAC | DEBK - IMAGE (00-04211-SLR) | $0.07 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.28 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.14 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.98 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (02-02013-JKF) | $0.21 |
| 04/29/2002 | PAC | DEBK - IMAGE (02-02013-JKF) | $0.56 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.40 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $1.89 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $5.46 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $0.14 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |
| 04/29/2002 | PAC | DEBK - DOCKET REPORT (01-01139-JKF) | $8.75 |