REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      973171
One Town Center Road                     Invoice Date      09/30/02
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Special Asbestos Counsel (Litigation and Litigation Counseling)

    Fees                              82,533.50


                TOTAL BALANCE DUE UPON RECEIPT      $ 82,533.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number       973171 |
| One Town Center Road | Invoice Date       09/30/02 |
| Boca Raton, FL   33486 | Client Number       172573 |
| | Matter Number        60026 |

==========================================================================

Re: (60026)  Special Asbestos Counsel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|---|---|---|---|
| 08/01/02 | Bentz | Preparation of outline and materials for witness interview (1.3). | 1.30 |
| 08/01/02 | Cameron | Prepare while traveling to Washington, DC for meeting with consultants (.8); prepare for and attend meeting with in-house counsel for W.R. Grace and consultant (6.2); Meet with R. Finke regarding discovery issues in cost recovery action (.7); Review Judge Wolin opinion and EPA contract work while traveling home from Washington, DC meeting (.6). | 8.30 |
| 08/01/02 | Haines | Telephone call with Tracy re: database transfer and coding status of documents for production in cost recovery action (0.1); memos re: missing data (0.3). | .40 |
| 08/02/02 | Atkinson | Participate in part of conference call with D. Cameron, R. Finke, M. Murphy, K. Coogan re: production of documents in cost recovery action (0.8). | .80 |
| 08/02/02 | Cameron | Participate in conference call with R. Finke and lawyers from Holme Roberts and Kirkland & Ellis concering document production issues in the EPA cost recovery action (1.4); review Judge Wolin | 4.70 |

172573 W. R. Grace & Co.                          Invoice Number  973171
60026  Special Asbestos Counsel                   Page   2
        September 30, 2002


   Date   Name                                              Hours
-------- -----------                                        -----
                        decision in fraudulent conveyance
                        action and telephone conference
                        with R. Finke re: same (.90);
                        review documents in preparation
                        for deposition prep/meeting for
                        EPA cost recovery action (1.5);
                        prepare outline relating to
                        potential meeting with Grace
                        witness re: EPA cost recovery
                        action (.90).

08/02/02 Haines         Telephone call with Tracy re:        1.80
                        status of ONSS review and
                        microfilm coding (0.5); memos re:
                        missing data and complete data
                        uploads (0.5); memos re: ONSS
                        status  (0.3); memos re: edits to
                        ONSS database for document
                        sensitivity and coordination with
                        HRO/ONSS (0.3); memo to Restivo
                        re: microfilm coding (0.1);
                        conference with Trevelise re: same
                        (0.1).

08/03/02 Atkinson       Organizing Barbanti binders and       .40
                        reviewing and organizing
                        bankruptcy litigation files.

08/03/02 Cameron        Review documents for meeting with    2.30
                        Julie Yang regarding EPA cost
                        recovery deposition (1.10);
                        telephone conference with R. Finke
                        regarding potential conference
                        call to discuss upcoming cost
                        recovery depositions (.30);
                        prepare memo re: issues to address
                        at witness meetings concerning
                        cost recovery discovery (.90).

08/04/02 Atkinson       Copies of documents for D. Cameron   2.20
                        re: San Francisco witness prep
                        (.4); reviewing, organizing Grace
                        files re: bankruptcy litigation
                        matters (1.1); reviewing databases
                        for documents regarding testing in
                        town of Libby re: EPA cost
                        recovery action (.7).

```
172573 W. R. Grace & Co.                          Invoice Number  973171
60026  Special Asbestos Counsel                   Page   3
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/04/02 | Cameron | Continued preparation for meeting with witness regarding cost recovery deposition preparation (1.3); Prepare memo regarding outstanding issues in cost recovery discovery (.4). | 1.70 |
| 08/05/02 | Atkinson | Reviewing and organizing bankruptcy litigation pleadings and files. | 1.30 |
| 08/05/02 | Bentz | Conference with L. Flatley regarding witness interview (.3); preparation for witness interview (.5). | .80 |
| 08/05/02 | Cameron | Continue preparation, reviewing documents and deposition transcripts, for witness meeting in California relating to EPA cost recovery deposition and telephone call with R. Finke regarding same (4.6); Telephone call with L. Flatley regarding meeting in Boston with witness concerning EPA cost recovery discovery (.4); Review recently filed EPA expert reports in cost recovery action and memos regarding same (1.4). | 6.40 |
| 08/05/02 | Flatley | Preparation for conference call on cost recovery action (1.00); conference call with R. Finke, R. Senftleben, G. Graham and J. McCarthy re: EPA cost recovery action (.80); call with W. Sparks re: cost recovery action witness interviews (.40); preparation for cost recovery action witness interview (4.20). | 6.40 |
| 08/05/02 | Muha | Meet with J. Restivo and D. Cameron re: to-do list and open tasks for Grace litigation matters (0.5). | .50 |
| 08/05/02 | Muha | Review budget issues and e-mail to J. Restivo re: same (0.6). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  973171
60026  Special Asbestos Counsel             Page   4
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/06/02 | Atkinson | Telephone calls to HRO re: associates' review of documents for production (.5). | .50 |
| 08/06/02 | Atkinson | Organizing litigation file documents relating to expert witnesses, per D. Cameron's request. | 1.80 |
| 08/06/02 | Cameron | Prepare for and meet with R. Finke regarding EPA cost recovery witness (1.2); Prepare for and meet with R. Finke and EPA cost recovery witness (7.3); Meet with R. Finke after witness meeting (.6). | 9.10 |
| 08/06/02 | Flatley | Meet with J. Restivo re: cost recovery action status (.30); preparation for witness meeting on 8/7 re: cost recovery action (6.70). | 7.00 |
| 08/06/02 | Muha | Read and analyze recent case on class action in bankruptcy and draft memo re: same. | 3.20 |
| 08/06/02 | Restivo | Review, analyze certain of the expert reports filed by EPA and other documents filed recently in EPA cost recovery action | 2.50 |
| 08/07/02 | Bentz | Reviewing and analyzing EPA's cost recovery expert report from expert historian Dr. Quivik and summarizing report (3.0); review of news articles regarding Grace and Libby (.8). | 3.80 |
| 08/07/02 | Cameron | Follow-up meeting with R. Finke regarding meeting with witness in cost recovery matter (1.1); Review notes of meeting and prepare memo regarding same (1.2); Telephone call with J. Restivo and e-mail in response to inquiries regarding EPA cost recovery matter (.9); Review certain of EPA's expert reports in cost recovery action (.7). | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number  973171
60026  Special Asbestos Counsel                   Page   5
       September 30, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 08/07/02 | Flatley | Preparation for witness meeting on cost recovery case (.80); with W. Sparks re: meeting preparation for cost recovery (.50); witness preparation meeting in Cambridge, Mass. with W. Sparks and K. Coggon for cost recovery case and follow up with Sparks and Coggon after meeting (7.70); draft memo on cost recovery witness meeting (2.50). | 11.50 |
| 08/08/02 | Cameron | Meet with J. Restivo re: report on meeting with EPA cost recovery witness (.50); review certain of EPA's cost recovery expert reports and supporting data (1.4); telephone conference with R. Finke re: same (.80). | 2.70 |
| 08/08/02 | Flatley | Reorganizing after Cambridge trip on cost recovery action (.40); drafting and revising memo on cost recovery action witness interview (2.00); call with W. Sparks re: various witness issues (.40); make arrangements for Denver trip re: cost recovery action(.10). | 2.90 |
| 08/09/02 | Atkinson | Telephone call with Brent Tracy (HRO) re: document review for EPA document production, and e-mail to J. Restivo re: same (.3); arrangements for obtaining information from associates in their review of documents for production in cost recovery action (.4). | .70 |
| 08/09/02 | Bentz | Conference with L. Flatley regarding witness interview (.4). | .40 |
| 08/09/02 | Cameron | Revise and finalize memo re: EPA cost witness meeting (1.1); continued review of EPA cost recovery expert reports (1.6). | 2.70 |
| 08/09/02 | Flatley | Memo re:  cost recovery witness meeting revised and circulated (1.1); preparation for Denver witness meeting on cost recovery | 2.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  973171
60026  Special Asbestos Counsel                 Page   6
        September 30, 2002

   Date   Name                                            Hours
 -------- -----------                                     -----
                            case (1.6).

08/09/02 Haines            Multi memos to Raytik re: missing      .30
                           data status.

08/11/02 Atkinson          Reviewing Summation databases re:     8.00
                           providing spreadsheet of revisions
                           to document summaries for
                           production in EPA action.

08/11/02 Haines            Memo re: ONSS edits for HRO in         .10
                           cost recovery case.

08/12/02 Atkinson          E-mails to K. Hindman (PGH), S.        .60
                           Haines (PHL) re: providing
                           spreadsheet of database revisions
                           for cost recovery actions (.3);
                           searches on Summation re:
                           revisions (.3).

08/12/02 Cameron           Review proposed discovery schedule    2.10
                           in EPA cost recovery action and
                           telephone call with R. Finke
                           regarding same (1.1); Meet with J.
                           Restivo regarding summary of
                           certain issues in cost recovery
                           action discovery that require
                           attention of J. Restivo (.6);
                           Finalize memo regarding witness
                           meeting for cost recovery action
                           depo (.4).

08/12/02 Flatley           Review status memoranda and           1.10
                           planning for science trial.

08/12/02 Flatley           Review new correspondence in EPA       .90
                           cost recovery action (0.9).

08/12/02 Haines            Multi memos re: edited data for        .40
                           HRO for cost recovery action.

08/13/02 Cameron           E-mail correspondence with Holme      2.60
                           Roberts regarding document
                           production issues and review
                           spreadsheets regarding same (.9);
                           Review materials for cost recovery
                           action depositions (1.7).
```

```
172573 W. R. Grace & Co.                        Invoice Number  973171
60026  Special Asbestos Counsel                 Page    7
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/13/02 | K. Hindman | Exported Lason and On-Site data from Summation for HRO and imported into Access and email to HRO re: attorney work-product document review project for cost recovery action. | 1.50 |
| 08/14/02 | Atkinson | Telephone call and e-mails to M. Murphy (Casner & Edwards) re: production of documents to EPA (.3); reviewing cost recovery action spreadsheet of edits to database for use in cost recovery action (.5). | .80 |
| 08/14/02 | Bentz | Review of news articles regarding Grace and Libby (.9) | .90 |
| 08/14/02 | Flatley | E-mails concerning cost recovery action  (0.1); call with D. Kushinsky re various issues in cost recovery action (0.4); review memos re witness preparation for cost recovery case (1.4). | 1.90 |
| 08/14/02 | Haines | Telephone call with Murphy re: status of attorney review and ONSS scanning data revisions for production in EPA cost recovery action (0.3); memo re: same (0.1). | .40 |
| 08/14/02 | K. Hindman | Printed the On-Site and Lason Access data emailed to HRO for cost recovery action | .30 |
| 08/15/02 | Cameron | Multiple telephone calls with R.Finke and K. Lund regarding Julie Yang deposition and discovery issues in EPA cost recovery action (1.3); E-mails with Holme Roberts and Grace regarding same (.8); Review document production issues relating to EPA cost recovery action (.8); Review and organize documents for deposition preparation (.9). | 3.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  973171
 60026  Special Asbestos Counsel                Page    8
        September 30, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/16/02 | Flatley | Checking re: deposition for cost recovery action (.20); conference call re: fraudulent conveyance case expert issues and follow up immediately after call (1.70); call with R. Finke re: fraudulent conveyance case (.40); e-mails to W. Sparks and others re: follow up (.50). | 2.80 |
| 08/16/02 | Haines | Memos re: document production to EPA in cost recovery action and data transfer to HRO (0.4); multi telephone calls to Trevelise re: same (0.8); telephone call to Coggon re: same (0.5); telephone calls to Hindman, ONSS re: same (0.8); conference call re: same (0.3). | 3.10 |
| 08/16/02 | Trevelise | Multiple telephone calls with S. Haines re: HRO correspondence and EPA production (0.5): conference call with S. Haines and K. Coggan re: issues raised in connection with EPA production (0.3). | .80 |
| 08/17/02 | Flatley | Reviewing fraudulent converyance witness list to prepare for 8/19/02 conference call relating to certain experts in fraudulent conveyance trial. | .60 |
| 08/18/02 | Cameron | Review materials relating to fraudulent conveyance discovery and upcoming trial (.9); Review materials for deposition preparation and deposition in cost recovery action (1.6). | 2.50 |
| 08/19/02 | Atkinson | E-mails, telephone call with K. Hindman re: providing data to Holme Roberts for production of documents in EPA cost recovery case. | .40 |
| 08/19/02 | Butcher | Letter to C. Sullivan re: revisions to draft Grace historical case defense work-product, with work-product | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  973171
60026  Special Asbestos Counsel             Page   9
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | appendices for fraudulant conveyance action. | |
| 08/19/02 | Flatley | Preparation for conference call re: coverage for depositions for fraudulent conveyance case (.20); review expert material for cost recovery case and send it to D. Kuchinsky (.60); conference call with B. Beber, D. Siegel, R. Finke, et al. re: deposition coverage for fraudulent conveyance case (1.60). | 2.40 |
| 08/19/02 | Haines | Multi memos re: coordinate with HRO for production of documents in cost recovery action (0.8); memos re: missing data (0.4); memo re: August ONSS invoice (0.3). | 1.50 |
| 08/19/02 | K. Hindman | Placed the On-Site Sourcing and Lason database edits onto CD to send via overnight to Brent Tracy at HRO for EPA cost recovery case. | .20 |
| 08/20/02 | Bentz | Review of ATSDR supplemental report in cost recovery action. | 1.30 |
| 08/20/02 | Cameron | Prepare for and participate in meeting with witness in preparation for cost recovery action deposition. | 3.80 |
| 08/20/02 | Flatley | Plans re: trip to Denver for cost recovery depositon (.10); review e-mails and respond re: same (.30); organizing re: conference call on fraudulent conveyance case (.20); conference call with R. Senftleben, W. Sparks, D. Kuchinsky, et al. re: fraudulent conveyance case and follow up to obtain witness list (1.50). | 2.10 |
| 08/20/02 | Haines | Telephone call with ONSS re: scanning issues for production to EPA in cost recovery action(0.2); memo to Tracy re: same (0.1); memos re: missing data (0.4). | .70 |

172573 W. R. Grace & Co.                          Invoice Number  973171
60026  Special Asbestos Counsel                   Page   10
       September 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 08/21/02 | Atkinson | Reviewing, updating Bankruptcy litigation pleadings. | .30 |
| 08/21/02 | Bentz | Conferences with J. Restivo,  and D. Cameron regarding discovery and depositions in fraudulent conveyance action and allocation of responsibility for certain depositions (1.1). | 1.10 |
| 08/21/02 | Cameron | Prepare for and attend deposition of Julie Yang in cost recovery action and meet with witness following deposition (7.7); Participate in portions of conference call relating to asbestos property damage depositions which may be my responsibility to take in fraudulent conveyance action (.5); Meet with Richard Finke regarding cost recovery discovery issues (.5). | 8.70 |
| 08/21/02 | Flatley | Review fraudulent conveyance case issues re: coverage for certain depositions (1.30); e-mails and responses re: fraudulent conveyance case witness lists and exhibits lists (1.20). | 2.50 |
| 08/21/02 | Restivo | Devise strategy for depositions in fraudulent conveyance case and communicate to J. Bentz. | 1.00 |
| 08/22/02 | Atkinson | Reviewing Grace/Solow files and requesting same from storage re: list of trial exhibits in fraudulent conveyance  (.7); e-mails and telephone calls/K. Hindman re: database to Holme Roberts for EPA cost recovery action (.2). | .90 |
| 08/22/02 | Bentz | Review of materials from Grace in preparation for depositions to be taken in fraudulent conveyance action. | 1.90 |

172573 W. R. Grace & Co.                           Invoice Number  973171
60026  Special Asbestos Counsel                    Page  11
       September 30, 2002


   Date  Name                                                     Hours
 -------- -----------                                             -----

 08/22/02 Cameron          Review materials from J. Yang          3.00
                           deposition and begin preparation
                           of deposition summary (1.6);
                           e-mail exchanges re: discovery
                           schedule and expert materials in
                           cost recovery action (.80); review
                           materials relating to certain
                           fraudulent conveyance depositions
                           (.60).

 08/23/02 Atkinson         Telephone call and e-mails to B.         .40
                           Tracy (HRO) re: edits to fields
                           for document coding, for
                           production to EPA  in cost
                           recovery action.

 08/23/02 Bentz            Continued work on preparation for      5.10
                           depositions of certain property
                           damage witnesses in fraudulent
                           conveyance action.

 08/23/02 Cameron          Telephone conference with J. Bentz     1.90
                           re: materials needed for
                           depositions in fraudulent
                           conveyance action (.50); telephone
                           conference with R. Finke re: same
                           (.30); review e-mails and
                           documents relating to cost
                           recovery action depositions (.40);
                           prepare outline for certain
                           witnesses (.70).

 08/23/02 Flatley          Review letter re: fraudulent          1.80
                           conveyance case and discuss it
                           with R. Finke (.60); review
                           documents on various aspects of
                           fraudulent conveyance
                           depositions(1.20).

 08/25/02 Cameron          Prepare and revise memorandum         1.20
                           regarding Julie Yang deposition.

 08/26/02 Atkinson         Reviewing files re:  expert             .70
                           disclosures in prior Grace cases,
                           and provide  copies to L. Flatley.

 08/26/02 Bentz            Review of additional discovery          .90
                           requests to EPA in cost recovery

```
172573 W. R. Grace & Co.                    Invoice Number  973171
60026  Special Asbestos Counsel             Page  12
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | action. | |
| 08/26/02 | Cameron | Review EPA cost recovery deposition issues and documents (.8); revise memo regarding Yang deposition (.9); review materials relating to experts and discovery in fraudulent conveyance action (1.3). | 3.00 |
| 08/26/02 | Flatley | E-mails re: miscellaneous issues and responses relating to fraudulent conveyance depositions (.20); reviewing and commenting on draft discovery requests for cost recovery action (.80); reviewing claimants rebuttal experts' reports from cost recovery action and short outlines of certain of them, Whitehouse, Brody and (partially) Lockey (2.70); reviewing documents from fraudulent conveyance case (1.90); call with W. Sparks re: experts reports for fraudulent conveyance case (.60); follow up with D. Cameron, J. Bentz and M. Atkinson re: locating prior experts' reports (.80). | 7.00 |
| 08/26/02 | Muha | Discuss fraudulent conveyance document production issues with M. Atkinson. | .20 |
| 08/27/02 | Atkinson | Reviewing files of prior Grace cases for Rule 26 expert disclosures for fraudulent conveyance case (1.8); review expert files in Barbanti case for Rule 26 expert disclosures re: same (0.9); reviewing files re: CV's and reliance materials re: same (0.5). | 3.20 |
| 08/27/02 | Bentz | Preparation for asbestos property damage depositions to be taken in fraudulent conveyance actions. | 1.50 |
| 08/27/02 | Cameron | Prepare for and participate in conference call with W.R. Grace | 10.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  973171
60026  Special Asbestos Counsel             Page  13
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | in-house counsel concerning Judge Wolin's order in fraudulent conveyance case to produce Rule 26 expert disclosures in 48 hours and my responsibility of certain witnesses (1.3); Extensive work compiling information for preparation of disclosures for various expert withnesses(Corn, Lee, Morse, Walsh), preparation, review and revisions of multiple disclosures and multiple telephone calls and e-mails with Grace in-house counsel and experts concerning disclosures, C.V.'s, prior testimony and reliance materials for production in fraudulent conveyance action (8.8). | |
| 08/27/02 | Flatley | Working on Dr. Hughson report for fraudulent conveyance case and other reports (4.30); participate in part of conference call with Kirkland & Ellis, B. Beber, R. Finke, R. Senftleben, et al. re: certain experts' reports for fraudulent conveyance case and brief follow up on call (.90). | 5.20 |
| 08/28/02 | Atkinson | Proofreading, revising list of reliance materials for Drs. Lee and Corn, and e-mails re: same to Kirkland & Ellis and R. Finke for fraudulant conveyance action (.8); reviewing expert files for CV's (.4) | 1.20 |
| 08/28/02 | Bentz | Preparation for depositions of claimants' witnesses in fraudulent conveyance action (2.9); reviewing and summarizing news articles on Grace and Libby  (1.0). | 3.90 |
| 08/28/02 | Cameron | Continued review and revisions of Rule 26 disclosures for certain expert witnesses (Morse, Lee, Corn, Walsh) to be filed before end of day in fraudulant conveyance action (4.7); multiple telephone calls and e-mails with | 8.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  973171
60026  Special Asbestos Counsel             Page  14
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| | | experts and Grace counsel concerning disclosures and supporting materials (2.1); Prepare for expert witness | |
| | | preparation meeting for cost recovery action deposition (1.8). | |
| 08/28/02 | Flatley | Various communications with Grace in-house counsel regarding fraudulent conveyance action experts' reports for trial (3.30); review Dr. Lockey medical report from cost recovery action (.60). | 3.90 |
| 08/29/02 | Bentz | Preparation for deposition of claimants' property damage witnesses in fraudulent conveyance action (.7); Summarizing ATSDR supplemental report on liability and news articles re: Libby vermiculite  (2.2). | 2.90 |
| 08/29/02 | Cameron | Prepare for and attend expert witness deposition preparation meeting in cost recovery action. | 8.00 |
| 08/29/02 | Flatley | Review issues re: Dr. Hughson supplemental opinion in fradudulant conveyance action and e-mails from/to R. Senftleben on it (1.10); call with D. Cameron re: status of disclosures (.10); working on supplemental Hughson disclosure (.80). | 2.00 |
| 08/30/02 | Bentz | Preparation for asbestos property damage depositions to be taken in the fraudulent conveyance actions. | .30 |
| 08/30/02 | Cameron | Prepare for and participate in telephone call with counsel in cost recovery action and fraudulent conveyance action concerning pre-trial and discovery requirements (2.1); Telephone call with R. Finke regarding same (.4); Review expert reports in cost recovery action and telephone call with R. Finke regarding same (.8); | 4.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  973171
60026   Special Asbestos Counsel             Page  15
        September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | Prepare summary of expert discovery issues in fraudulent conveyance action for others (.9). | |
| 08/30/02 | Flatley | Reviewing issues related to fraudulent conveyance experts (.60); call with R. Senftleben re: fraudulent conveyance expert issues (.20); e-mails re: fraudulent conveyance expert issues (.40). | 1.20 |
| 08/31/02 | Cameron | Organize materials for certain asbestos property damage depositions in fraudulent conveyance action that are within my responsibility. | 1.80 |

```
                                               ------
                               TOTAL HOURS     243.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Trevelise | .80 | at $ | 360.00 | = | 288.00 |
| James J. Restivo Jr. | 3.50 | at $ | 430.00 | = | 1,505.00 |
| Lawrence E. Flatley | 65.90 | at $ | 400.00 | = | 26,360.00 |
| Douglas E. Cameron | 107.10 | at $ | 385.00 | = | 41,233.50 |
| James W Bentz | 26.10 | at $ | 300.00 | = | 7,830.00 |
| Jayme L. Butcher | .30 | at $ | 185.00 | = | 55.50 |
| Andrew J. Muha | 4.50 | at $ | 185.00 | = | 832.50 |
| M. Susan Haines | 8.70 | at $ | 150.00 | = | 1,305.00 |
| Maureen L. Atkinson | 24.20 | at $ | 120.00 | = | 2,904.00 |
| Karen Hindman | 2.00 | at $ | 110.00 | = | 220.00 |

```
                       CURRENT FEES                      82,533.50


                                                     ------------
                       TOTAL BALANCE DUE UPON RECEIPT  $ 82,533.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      973175
5400 Borken Sound Blvd., N.W.           Invoice Date      09/30/02
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60028


================================================================================

Re: (60028)  Attic Insulation Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| 08/01/02 | Atkinson | Review and revise coding for documents reviewed by associates and determined to be trade secret, privileged, medical confidential (2.8); arrangements for printing of documents for associates' review (.2) and for transcription of coding tapes (.2). | 3.20 |
| 08/01/02 | Bentz | Preparation of and revisions to Grace's historical case defense attorney work-product project (3.7). | 3.70 |
| 08/01/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 6.80 |
| 08/01/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 2.40 |
| 08/01/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing including loading data and images of documents to be reviewed into litigation data base and performing maintenance checks and searched for missing data. | 5.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  973175
60028  Attic Insulation Science Trial           Page   2
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/02 | Atkinson | Reviewing, revising coding for documents reviewed by associates (2.1); information for D. Cameron, A. Muha re: number of CD-Roms, documents in pre- and post-Bankruptcy review (.4); meeting with D. Cameron re: file organization (.4); e-mails to S. Haines re: edits to fields (.3); printing summaries to accompany documents for associates' review (.9). | 4.10 |
| 08/02/02 | Bentz | Work on historical case defense outline and summary (4.25); revising and supplementing outline and summary for meeting with J. Butcher and A. Muha regarding additional tasks necessary for historical case defense attorney work-product project (.5). | 4.75 |
| 08/02/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 8.40 |
| 08/02/02 | Butcher | Meeting with J. Bentz and A. Muha re: additional tasks for Grace historical case defense project. | .70 |
| 08/02/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.00 |
| 08/02/02 | DeMarchi Sleigh | Attorney work product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.80 |
| 08/02/02 | Muha | Meet with J. Bentz and J. Butcher re: additional tasks for Grace historical case defense project(0.7). Work on projections for Grace science trial budget (0.7). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  973175
60028  Attic Insulation Science Trial       Page   3
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 08/05/02 | Atkinson | E-mail to Associates re: information from their review of documents for production in attic insulation document requests. | .50 |
| 08/05/02 | Bentz | Continued revision to historical case defense attorney work-product project (1.6). | 1.60 |
| 08/05/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 8.20 |
| 08/05/02 | Butcher | Attorney work product review and review for production of documents to EPA and in Chapter 11 cases. | 1.80 |
| 08/05/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | .80 |
| 08/05/02 | DeMarchi Sleigh | Attorney work product document review and review for production of documents to EPA and in Chapter 11 cases. | 6.90 |
| 08/05/02 | Haines | Memos re: missing data and complete data uploads (0.3); research re: missing data (0.4); memos re: confidential coding in ONSS database (0.3). | 1.00 |
| 08/05/02 | K. Hindman | Loaded corrected data and images into litigation data base and performed maintenance checks and searched for missing data. | 3.00 |
| 08/05/02 | Muha | Review J. Bentz edits to Grace historical case defense outline (0.7); | .70 |
| 08/05/02 | Raytik | Updated spreadsheet from Onsite with missing data from Summation search. | .80 |
| 08/05/02 | Raytik | Summation research of missing data from spreadsheet received from Onsite. | 2.90 |

172573 W. R. Grace & Co.                          Invoice Number  973175
60028  Attic Insulation Science Trial             Page    4
       September 30, 2002

     Date    Name                                                    Hours
     --------  -----------                                           -----

08/06/02 Atkinson          Participate in part of meeting        .40
                           with J. Restivo, A. Muha re:
                           status of associates' review of
                           documents for discovery responses
                           (.4).

08/06/02 Bentz             Preparation of historical case       5.10
                           defense attorney work-product
                           project including review and
                           analysis of EPA's historian
                           expert's report on the alleged
                           history of vermiculite and Grace's
                           processing and sales of it.

08/06/02 Brady             Attorney work-product document       7.60
                           review and review for production
                           of documents to EPA and in Chapter
                           11 cases.

08/06/02 Butcher           Attorney work product document       3.00
                           review and review for production
                           of documents to EPA and in Chapter
                           11 cases(2.0);  Revise and draft
                           new sections of Grace historical
                           case defense outline (1.0).

08/06/02 Cindrich          Attorney work-product document       8.00
                           review and review for production
                           of documents to EPA and in Chapter
                           11 cases.

08/06/02 DeMarchi Sleigh   Attorney work product document       1.80
                           review and review for production
                           of documents to EPA and in Chapter
                           11 cases.

08/06/02 Haines            Memos re: missing data for            .60
                           documents (0.5); conference with
                           Trevelise re: status of attorney
                           review and microfilm coding (0.1).

08/06/02 K. Hindman        Removed previous data from CD's      1.50
                           received from On-Site Sourcing and
                           loaded replacement data and images
                           into litigation data base and
                           performed maintenance checks and
                           searched for missing data.

172573 W. R. Grace & Co.                                    Invoice Number  973175
60028  Attic Insulation Science Trial                        Page   5
       September 30, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 08/06/02 | Muha | Meeting with J. Restivo and M. Atkinson re: attorney work product document review project status and planning. | 1.00 |
| 08/06/02 | Raytik | Summation research of missing data from spreadsheet received from Onsite. | 2.00 |
| 08/06/02 | Restivo | Review recent correspondence, pleadings and discovery requests and respond to same (2.0); telephone calls with R. Finke and D. Cameron re: discovery issues (0.5). | 2.50 |
| 08/07/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.80 |
| 08/07/02 | Butcher | Revise and draft new sections of Grace historical case defense outline. | 7.40 |
| 08/07/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 8.00 |
| 08/07/02 | DeMarchi Sleigh | Attorney work prpoduct document review and review for production of documents to EPA and in Chapter 11 cases. | 8.10 |
| 08/07/02 | Devine | Attorney-work product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.80 |
| 08/07/02 | Muha | Revise and edit portions of Grace historical case defense project outline. | 7.20 |
| 08/07/02 | Raytik | Summation research of missing data from spreadsheet received from Onsite. | 5.00 |
| 08/07/02 | Restivo | Review ZAI claimants discovery requests. | 1.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  973175
60028  Attic Insulation Science Trial           Page   6
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/08/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 8.50 |
| 08/08/02 | Butcher | Revise and draft new sections of Grace historical case defense outline. | 4.60 |
| 08/08/02 | Cameron | Review ZAI claimants discovery requests. | 1.10 |
| 08/08/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.30 |
| 08/08/02 | DeMarchi Sleigh | Attorney work product document review and review for production of documents to EPA and in Chapter 11 cases. | 6.10 |
| 08/08/02 | Devine | Attorney-work product document review. and review for production of documents to EPA and in Chapter 11 cases. | 4.80 |
| 08/08/02 | Muha | Revise Grace historical case defense outline, and review and incorporate documents into same. | 5.90 |
| 08/08/02 | Restivo | Continued review of ZAI claimants' discovery requests and draft response. | 1.00 |
| 08/09/02 | Bentz | Review of revised historical case defense (1.0). | 1.00 |
| 08/09/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.60 |
| 08/09/02 | Butcher | Revise new sections of Grace historical case defense outline (3.30); Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases (1.50). | 4.80 |

```
172573 W. R. Grace & Co.                      Invoice Number  973175
60028  Attic Insulation Science Trial         Page    7
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/09/02 | Cindrich | Attorney work - product document review and review for production of documents to EPA and in Chapter 11 cases. | 4.50 |
| 08/09/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.80 |
| 08/09/02 | Muha | Revise portions of new sections of Grace historical case defense outline. | 6.70 |
| 08/09/02 | Raytik | Started Summation research of missing data from spreadsheet received from Onsite. | 3.25 |
| 08/12/02 | Bentz | Review of summaries and reports of interviews regarding Grace historical case defense attorney work-product project. | 1.10 |
| 08/12/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.80 |
| 08/12/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 1.00 |
| 08/12/02 | Cameron | Prepare and revise draft responses to certain discovery requests (.8); Review ZAI claimant's revised budget and e-mail regarding same (.3). | 1.10 |
| 08/12/02 | Cindrich | Attorney work - product document review and review for production of documents to EPA and in Chapter 11 cases. | 8.00 |
| 08/12/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.30 |

```
172573 W. R. Grace & Co.                      Invoice Number  973175
60028  Attic Insulation Science Trial         Page   8
        September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/12/02 | Devine | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.80 |
| 08/12/02 | Restivo | Continue preparation of responses to certain of ZAI claimant's discovery requests. | 1.00 |
| 08/13/02 | Atkinson | E-mails to K. Hindman (PGH), S. Haines ((PHL) re: spreadsheet to indicate revisions to Summation database and checking spreadsheet form. | .60 |
| 08/13/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.40 |
| 08/13/02 | Cameron | Review and revise draft discovery responses and e-mails to client regarding same. | 1.20 |
| 08/13/02 | Cindrich | Attorney work - product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.50 |
| 08/13/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.60 |
| 08/13/02 | Devine | Attorney-work product document review and review for production of documents to EPA and in Chapter 11 cases. | 6.50 |
| 08/13/02 | Haines | Multi memos re: missing data (0.6); memos re: data for HRO (0.2). | .80 |
| 08/13/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 2.50 |

```
172573  W. R. Grace & Co.                           Invoice Number  973175
60028   Attic Insulation Science Trial              Page    9
        September 30, 2002


    Date   Name                                                   Hours
   -------- -----------                                           -----
08/13/02 Raytik           Updated spreadsheet from Onsite          2.60
                          with missing data from Summation
                          search (1.3);  e-mails to K.
                          Hindman re: spreadsheet updates
                          (0.1).


08/13/02 Restivo          Continued work on                        1.30
                          answers/objections to ZAI
                          claimants' discovery requests.


08/14/02 Atkinson         Meeting with J. Restivo, D.              1.00
                          Cameron, A. Muha re: reflect on
                          document review status (.5);
                          telephone calls, e-mails re:
                          assistance with document review
                          (.3); e-mails to associates re:
                          status of review (.2).


08/14/02 Bentz            Continued revisions to preparation       4.90
                          of historical case defense (4.0);
                          reviewing draft discovery
                          responses (.9);


08/14/02 Brady            Attorney work-product document           8.70
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.


08/14/02 Butcher          Attorney work product document           2.00
                          review (1.0); revise Grace
                          historical case defense outline
                          (1.0).


08/14/02 Cameron          Meet with J. Restivo regarding my         .80
                          responsibility for document
                          production and discovery response
                          issues.


08/14/02 Cindrich         Attorney work - product document         7.80
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.


08/14/02 DeMarchi Sleigh  Attorney work product document           1.30
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.
```

```
172573 W. R. Grace & Co.                        Invoice Number  973175
60028  Attic Insulation Science Trial           Page  10
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/14/02 | Devine | Attorney-work product document review and review for production of documents to EPA and in Chapter 11 cases. | 4.20 |
| 08/14/02 | Flatley | Review discovery requests from claimants' counsel and preliminary outline of certain responses. | 1.80 |
| 08/14/02 | Muha | Meet with D. Cameron, J. Restivo and M. Atkinson re: status report on Grace document review project. | .80 |
| 08/14/02 | Restivo | Meeting re: Screening remainder of documents subject to discovery. | 1.00 |
| 08/15/02 | Atkinson | Telephone calls to associates re: document coding for ZAI science case discovery. | .40 |
| 08/15/02 | Bentz | Conference call regarding responses to discovery requests, document production issues and draft responses to discovery requests. | 3.00 |
| 08/15/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.80 |
| 08/15/02 | Butcher | Revise Grace historical defense outline. | .30 |
| 08/15/02 | Cameron | Review and revise draft discovery responses and telephone call with R. Finke regarding same (1.4); Participate in portion of conference call with J. Bentz and R. Finke regarding discovery responses (1.1). | 2.50 |
| 08/15/02 | Cindrich | Attorney work - product document review and review for production of documents to EPA and in Chapter 11 cases. | 7.00 |

172573 W. R. Grace & Co.                          Invoice Number  973175
60028  Attic Insulation Science Trial             Page  11
       September 30, 2002


   Date   Name                                              Hours
-------- -----------                                        -----

08/15/02 DeMarchi Sleigh  Attorney work-product document    3.20
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/15/02 Devine           Attorney-work product document    2.00
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/15/02 Restivo          Review, revise and discuss draft   2.00
                          responses to discovery.

08/16/02 Bentz            Continued preparation of responses 6.75
                          to requests for admissions,
                          interrogatories and requests for
                          production in the ZAI Science
                          Trial.

08/16/02 Brady            Attorney work-product document     8.20
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/16/02 Butcher          Attorney work-product document     4.00
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/16/02 Cindrich         Attorney work-product document     3.80
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/16/02 DeMarchi Sleigh  Attorney work-product document     3.60
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/18/02 Brady            Attorney work-product document     2.40
                          review and review for production
                          of documents to EPA and in Chapter
                          11 cases.

08/18/02 Cameron          Review and revise revised draft    1.20
                          comments of discovery responses
                          and e-mail to J. Bentz.

```
172573 W. R. Grace & Co.                        Invoice Number  973175
60028  Attic Insulation Science Trial           Page  12
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/19/02 | Atkinson | Review tapes, documents from associates for coding (.2); refiling documents reviewed/summarized by associates (.8). | 1.00 |
| 08/19/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.80 |
| 08/19/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.60 |
| 08/20/02 | Bentz | Revising draft discovery responses in ZAI science trial consistent with proposed revisions (1.8); correspondence circulating and discussing draft discovery responses (.9). | 2.30 |
| 08/20/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 5.80 |
| 08/20/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.50 |
| 08/20/02 | Flatley | Review of revised draft discovery responses. | 1.60 |
| 08/20/02 | K. Hindman | Loaded data and images into litigation database and performed maintenance checks. | 1.50 |
| 08/20/02 | Raytik | Updated spreadsheet from Onsite with missing data from Summation search (0.9);  e-mail from S. Haines re: spreadsheets (0.1). | 1.00 |
| 08/21/02 | Atkinson | Documents from associates and coding summaries -- arrangements for permanent files. | .40 |

```
172573 W. R. Grace & Co.                          Invoice Number  973175
60028  Attic Insulation Science Trial             Page   13
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/21/02 | Bentz | Review and revised work product on historical case defense attorney work-product project (.75). | .75 |
| 08/21/02 | Bentz | Conference call regarding responses to discovery requests and revising discovery requests (2.9). | 2.90 |
| 08/21/02 | Cameron | Review draft discovery responses and provide comments (.7); Participate in part of conference call with J. Bentz, R. Finke and R. Murphy concerning responses to discovery requests in the ZAI Science litigation (.7). | 1.40 |
| 08/21/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 3.50 |
| 08/21/02 | Flatley | Review revised draft discovery responses and communicate comments (1.30). | 1.30 |
| 08/21/02 | Haines | Memos re: data uploads for Test Load 2 database. | .50 |
| 08/21/02 | K. Hindman | Loaded data and images into litigation database; performed maintenance checks. | 2.00 |
| 08/21/02 | Restivo | Provide comments on revised draft discovery responses. | .50 |
| 08/22/02 | Bentz | Preparation of revised responses to discovery requests. | 2.30 |
| 08/22/02 | Cameron | Review revised discovery responses and e-mail comments re: same. | .70 |
| 08/22/02 | K. Hindman | Loaded data and images into litigation database; and performed maintenance checks. | 1.50 |
| 08/23/02 | Atkinson | Meeting with Legal Network re: additional attorneys (.5); reviewing  summaries of attorneys/resumes (.3). | .80 |

172573 W. R. Grace & Co.                              Invoice Number  973175
60028  Attic Insulation Science Trial                 Page  14
       September 30, 2002

|   Date   | Name       |                                                    | Hours |
|----------|------------|----------------------------------------------------|-------|
| 08/23/02 | Bentz      | Corresponding with client to finalize responses to discovery requests. | .50 |
| 08/23/02 | Butcher    | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 cases. | 1.50 |
| 08/23/02 | Haines     | Memos re: On-Site CD status (0.4); telephone call to Thornton re: remaining CD and mark detect scanning (0.3); memos re: corrections to Lason database (0.3). | 1.00 |
| 08/23/02 | Raytik     | E-mail from Susan Haines regarding spreadsheet for documents. | .10 |
| 08/25/02 | Atkinson   | Search and print summaries for document review. | .80 |
| 08/26/02 | Atkinson   | Meeting with K. Smolar & E. Andelman re: additional attorneys document codes and arrangements for coding guidelines. | 1.30 |
| 08/26/02 | Bentz      | Revising, finalizing and serving discovery responses. | 1.80 |
| 08/26/02 | Haines     | Two memos re: On-Site CD Vol. 79 (0.3); memos re: missing data - Vols. 70, 86, 93 (0.3). | .60 |
| 08/26/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing, including loading data and images into litigation data base, performing maintenance checks and searching for missing data. | 2.50 |
| 08/27/02 | Atkinson   | Arrangements for additional attorney document coders for document review. | .60 |
| 08/27/02 | Bentz      | Conferences with R. Finke and local counsel regarding discovery responses. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  973175
60028 Attic Insulation Science Trial            Page  15
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/27/02 | Raytik | Summation research of missing data from spreadsheet received from Onsite (0.15); e-mail from S. Haines re: missing spreadsheets from onsite (0.10). | .25 |
| 08/28/02 | Haines | Memos re: missing data spreadsheet and data uploads (0.6). | .60 |
| 08/28/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing, loaded data and images into litigation data base and  performed maintenance checks and searched for missing data. | 2.00 |
| 08/28/02 | Raytik | Updated spreadsheet from Onsite with missing data from Summation search (1.0);  research of data missing from database (2.2); e-mail from S. Haines re: same (0.1). | 3.30 |
| 08/29/02 | Restivo | Reviewing collected material from week of 8/26 and analysis of same as part of discovery work. | 1.50 |
| 08/30/02 | Atkinson | Preparing guidance notebooks for attorney document coders to use in review of documents (1.3); arrangements for  attorneys review of ZAI documents (.8). | 2.10 |
| 08/30/02 | Bentz | Reviewing and circulating claimants' counsel's letter re: Grace's discovery responses. | .80 |
| 08/30/02 | Haines | Multi memos to Raytik re: status of missing data spreadsheets. | .20 |

```
                                                   ------
                                 TOTAL HOURS       456.05
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 11.80 | at | $ 430.00 | = | 5,074.00 |
| Lawrence E. Flatley | 4.70 | at | $ 400.00 | = | 1,880.00 |
| Douglas E. Cameron | 10.00 | at | $ 385.00 | = | 3,850.00 |
| James W Bentz | 43.45 | at | $ 300.00 | = | 13,035.00 |

172573 W. R. Grace & Co.                          Invoice Number  973175
  60028  Attic Insulation Science Trial               Page  16
      September 30, 2002


| | | | | |
|---|---|---|---|---|
| Scott W. Brady | 108.80 | at $ 185.00 = | 20,128.00 |
| Scott M. Cindrich | 75.10 | at $ 170.00 = | 12,767.00 |
| Lisa D. DeMarchi Sleigh | 55.10 | at $ 170.00 = | 9,367.00 |
| Bryan C. Devine | 27.10 | at $ 170.00 = | 4,607.00 |
| Jayme L. Butcher | 31.10 | at $ 170.00 = | 5,287.00 |
| Andrew J. Muha | 26.20 | at $ 185.00 = | 4,847.00 |
| M. Susan Haines | 5.30 | at $ 145.00 = | 768.50 |
| Maureen L. Atkinson | 17.20 | at $ 120.00 = | 2,064.00 |
| Carey E. Raytik | 21.20 | at $ 75.00 = | 1,590.00 |
| Karen Hindman | 19.00 | at $ 110.00 = | 2,090.00 |

                    CURRENT FEES                          87,354.50


                                         ------------
                  TOTAL BALANCE DUE UPON RECEIPT      $ 87,354.50
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      973178
One Town Center Road                     Invoice Date      09/30/02
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60030

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 08/14/02 | Muha | Review Delaware Bankruptcy Court procedural rules for hearings to prepare for hearing on fee application (1.0). | 1.00 |
| 08/15/02 | Keuler | Telephone calls and e-messages to chambers re: telephonic appearances (0.2) | .20 |
| 08/19/02 | Keuler | Reviewed and finalized D. Cameron's pro hac vice application (0.1). Telephone calls to court regarding telephonic appearances (0.2). Drafted e-mails to D. Cameron re: several issues relating to hearings  (0.2). | .50 |
| 08/19/02 | Lord | Review and revise pro hac motion per D. Cameron (.2). | .20 |
| 08/20/02 | Keuler | Received v-message from the Court. and telephone call to Debtor's counsel re: appearing telephonically at August 26 hearing. | .20 |
| 08/23/02 | Keuler | Telephone calls with S. Vogel and J. Restivo re: call-in information for telephonic appearance at hearing and pro hac vice motion. | .60 |
| 08/23/02 | Lord | Coordinate e-filing of Cameron pro hac vice admission papers (.3). | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  973178
60030  Hearings                                 Page   2
       September 30, 2002
```

```
     Date   Name                                              Hours
     -------- -----------                                     -----
08/25/02 Keuler         Reviewed agenda letter for hearing      .20
                        and faxed same to D. Cameron.

08/26/02 Cameron        Prepare for and participate in         3.10
                        hearing by telephone regarding fee
                        applications (2.7); Follow up
                        telephone call with Fee Auditor
                        and review of spreadsheet material
                        to send to Fee Auditor per Court's
                        Order at hearing (.4).

08/26/02 Restivo        Review of issues for omnibus           .50
                        hearing

                                                             ------
                                         TOTAL HOURS          6.80
```

```
TIME SUMMARY               Hours         Rate          Value
-------------------------  -----------------------     -------
James J. Restivo Jr.        .50  at  $  430.00  =       215.00
Douglas E. Cameron         3.10  at  $  385.00  =     1,193.50
Andrew J. Muha             1.00  at  $  185.00  =       185.00
Richard A. Jr. Keuler      1.70  at  $  240.00  =       408.00
John B. Lord                .50  at  $  145.00  =        72.50

                           CURRENT FEES                        2,074.00


                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $ 2,074.00
                                                           ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                               Invoice Number      973174
5400 Broken Sound Blvd., N.W.             Invoice Date      09/30/02
Boca Raton, FL 33487                      Client Number       172573
                                          Matter Number        60027
==========================================================================
```

Re: (60027)  Travel

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 08/05/02 | Cameron | Travel to San Francisco for meeting with witness in EPA cost recovery action (one-half time). | 2.00 |
| 08/06/02 | Cameron | Continue travel to San Francisco (one-half time). | 2.25 |
| 08/07/02 | Cameron | Return to Pittsburgh from San Francisco (one-half time). | 3.50 |
| 08/16/02 | Cameron | Travel to California for deposition preparation and depositions in cost recovery action (one-half time). | 3.25 |
| 08/24/02 | Cameron | Return from depositions in California (one-half time). | 3.25 |

```
                                                    ------
                                   TOTAL HOURS       14.25
```

```
TIME SUMMARY             Hours         Rate          Value
-------------------      -----------   ------------  -------
Douglas E. Cameron       14.25  at  $  385.00  =    5,486.25

                         CURRENT FEES                           5,486.25

                                                             ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $ 5,486.25
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      973177
5400 Broken Sound Blvd., N.W.            Invoice Date      09/30/02
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029


===============================================================================

Re: (60029)  Billing Procedures, Fee Petition and Interim
             Compensation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2002

    Date   Name                                            Hours
    -------- -----------                                   -----


08/01/02 Muha          Prepare 12th Monthly and 5th          6.00
                       Quarterly Fee Applications
                       (attention to fee and expense
                       details).

08/02/02 Muha          Compile and draft portions of 12th    3.00
                       Monthly and 5th Quarterly fee
                       applications (3.0).

08/05/02 Keuler        Reviewed monthly fee application       .40
                       for June (0.2); met with J. Lord
                       regarding questions concerning
                       summary information and charts
                       (0.2).

08/05/02 Keuler        Reviewed report of fee examiner        .30
                       (0.2) and sent message to D.
                       Cameron (0.1).

08/05/02 Lord          E-correspondence with P. Lykens       1.50
                       re: fee applications (.2);
                       proofread and edit summary of fee
                       application (.4); discuss same
                       with R. Keuler and A. Muha (.3);
                       prepare service and e-filing for
                       same (.6).

08/05/02 Muha          Review Fee Auditor final report       1.70
                       for 4th Interim Quarterly fee
                       application (0.5); final review
                       and edits to 5th Interim Quarterly
                       application (1.2).

```
172573 W. R. Grace & Co.                        Invoice Number  973177
60029  Billing Procedures, Fee Petition and Interim   Page    2
       Compensation
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/06/02 | Keuler | Reviewed and revised quarterly fee application (1.7).   Telephone and e-messages to D. Cameron and A. Muha regarding changes (0.2). Reviewed changes that J. Lord made (0.1). | 2.80 |
| 08/06/02 | Lord | Proofread and edit notice of filing (.3); prepare service for same (1.0); e-correspondence with P. Lykens re: same (.2); review and revise fee application per R. Keuler's instruction (.9). | 2.40 |
| 08/07/02 | Keuler | Reviewed and responded to e-mail communications regarding fee applications and requests of fee examiner. | .30 |
| 08/07/02 | Lord | Various e-correspondence with A. Muha re: quarterly fee application (.3); research docket and revise fee application narrative and summary totals (1.4). Update 2002 Service List and service labels with appearance/withdrawal information for use in filing fee applications and CNOs (.80). | 2.50 |
| 08/07/02 | Muha | Answer e-mail questions about 5th Quarterly fee application from J. Lord and P. Lykens. | .30 |
| 08/08/02 | Keuler | Met with J. Lord regarding request of fee auditor (0.1) Telephone calls with D. Cameron and A. Muha regarding fee auditor e-mail information and need to provide further information (0.3). Follow up conversation with A. Muha regarding same (0.2). Telephone call to fee auditor to confirm requirements (0.1). | .70 |
| 08/08/02 | Lord | Finalize Quarterly Fee Application per R. Keuler's edits (.7); revise service and coordinate e-filing of same (.6). | 1.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  973177
60029  Billing Procedures, Fee Petition and Interim   Page    3
       Compensation
       September 30, 2002


   Date   Name                                              Hours
-------- -----------                                        -----
08/12/02 Keuler        Telephone call with Debtor's           .40
                       counsel regarding procedures
                       (0.1).  Reviewed fee auditor
                       orders and Judge Fitzgerald's
                       Delaware Chamber procedures (0.3).


08/12/02 Lord          Discussion with R. Keuler re:          .20
                       revisions to chart attached to fee
                       applications and objection to Fee
                       Auditor report


08/12/02 Muha          Review and revise July DBR for        2.50
                       incorporation into 13th Monthly
                       Fee Application.


08/13/02 Keuler        Finalized research regarding         2.60
                       reponse deadlines (0.3).  Reviewed
                       Judge Fitzgerald's new procedures
                       (0.2). Telephone call with A. Muha
                       regarding fee charts, reply to
                       auditor's report and related
                       topics. (0.5).  Telephone call to
                       fee examiner re: requested
                       information (0.2).  Prepared
                       summary chart and sent same (0.5).
                        Drafted letter to Judge
                       Fitzgerald re: fee application and
                       sent same (0.4).  Prepared summary
                       chart and sent same (0.5).


08/13/02 Lord          Compile 5th quarterly fee             .20
                       application to be sent to chambers
                       for upcoming hearing (.2);


08/13/02 Muha          Attention to calls, e-mails           .40
                       to/from R. Keuler re: fee
                       application preparation/interim
                       fee application hearing.


08/14/02 Lord          Prepare certificate of service and   .60
                       service list for same (.4);
                       coordinate service of same (.2)


08/15/02 Lord          Update service list and labels        .70
                       for use in service of Fee
                       Applications per correspondence
                       from Law Offices of D. Balsley
                       (.7).
```

```
172573 W. R. Grace & Co.                          Invoice Number  973177
60029  Billing Procedures, Fee Petition and Interim   Page   4
       Compensation
       September 30, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/20/02 | Muha | Review/revise July DBR for incorporation into 13th monthly fee application. | .60 |
| 08/21/02 | Keuler | Fielded call from fee examiner and met with J. Lord regarding same. Returned call of fee examiner. | .20 |
| 08/26/02 | Muha | Review/revise 13th monthly fee applications. | 2.00 |
| 08/28/02 | Muha | Revise spreadsheets for 13th Monthly Fee Application. | .50 |
| 08/30/02 | Lord | E-correspondence with A. Muha re: status of July fee application (.2); draft CNO for June fee application (.3). | .50 |

```
                                             -------
                                TOTAL HOURS   34.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 17.00 | at $ | 185.00 | = | 3,145.00 |
| Richard A. Jr. Keuler | 7.70 | at $ | 240.00 | = | 1,848.00 |
| John B. Lord | 9.90 | at $ | 145.00 | = | 1,435.50 |

```
                    CURRENT FEES                        6,428.50

                                                      -------------
              TOTAL BALANCE DUE UPON RECEIPT      $    6,428.50
                                                      =============
```