REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      973180
One Town Center Road                     Invoice Date       09/30/02
Boca Raton, FL   33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Special Asbestos Counsel

     Expenses                    18,631.51

              TOTAL BALANCE DUE UPON RECEIPT        $ 18,631.51
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    973180 |
| One Town Center Road | Invoice Date    09/30/02 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

================================================================================

Re: Special Asbestos Counsel

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 39.46 |
| Documentation Charge | 142.70 |
| Duplicating/Printing | 2,492.05 |
| Postage Expense | 15.43 |
| Courier Service | 313.42 |
| Filing Fees | 159.20 |
| Outside Duplicating | 4,942.51 |
| Secretarial Overtime | 3,180.00 |
| Lodging | 1,928.07 |
| Transportation | 261.19 |
| Air Travel Expense | 4,006.00 |
| Rail Travel Expense | 2.00 |
| Automobile  Rental | 144.90 |
| Taxi Expense | 349.00 |
| Mileage Expense | 146.96 |
| Meal Expense | 349.12 |
| Telephone - Outside | 159.50 |

CURRENT EXPENSES                    18,631.51
--------------

TOTAL BALANCE DUE UPON RECEIPT      $ 18,631.51
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      973180
One Town Center Road                     Invoice Date      09/30/02
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

================================================================================

Re: (60026)  Special Asbestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/25/02 | Telephone Expense- M. Atkinson | 7.10 |
| 07/24/02 | 302-652-5340/WILMINGTON, DE/15 | .86 |
| 07/25/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 07/26/02 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 07/26/02 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 07/26/02 | 214-698-3868/DALLAS, TX/3 | .23 |
| 07/29/02 | 312-861-2068/CHICAGO, IL/2 | .11 |
| 07/30/02 | 704-489-9175/DENVER, NC/3 | .23 |
| 07/30/02 | 704-489-9175/DENVER, NC/31 | 1.77 |
| 07/30/02 | 704-489-9175/DENVER, NC/2 | .11 |
| 07/30/02 | 704-489-9175/DENVER, NC/20 | 1.14 |
| 08/02/02 | 561-362-1932/BOCA RATON, FL/2 | .11 |
| 08/02/02 | 561-362-1533/BOCA RATON, FL/13 | .74 |
| 08/05/02 | 302-652-5340/WILMINGTON, DE/24 | 1.37 |
| 08/05/02 | 561-362-1533/BOCA RATON, FL/4 | .29 |
| 08/05/02 | 601-352-8646/JACKSON, MS/32 | 1.82 |
| 08/06/02 | 303-523-9020/DENVER, CO/5 | .34 |
| 08/06/02 | 303-861-7000/DENVER, CO/8 | .51 |

```
172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page   2
       September 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 08/06/02 | Telephone Expense- L. Flatley | 4.92 |
| 08/07/02 | 650-424-0836/PALO ALTO, CA/2 | .17 |
| 08/07/02 | 412-288-3122/PITTSBURGH, PA/2 | 1.21 |
| 08/08/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 08/09/02 | 561-362-1533/BOCA RATON, FL/13 | .74 |
| 08/09/02 | 561-362-1932/BOCA RATON, FL/6 | .34 |
| 08/12/02 | 302-778-7533/WILMINGTON, DE/2 | .11 |
| 08/13/02 | 412-288-7132/PITTSBURGH, PA/3 | 1.21 |
| 08/13/02 | 412-288-7132/PITTSBURGH, PA/10 | 4.04 |
| 08/14/02 | 302-778-7533/WILMINGTON, DE/2 | .11 |
| 08/14/02 | 412-288-7132/PITTSBURGH, PA/1 | .40 |
| 08/15/02 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 08/16/02 | 831-427-3400/SANTA CRUZ, CA/2 | .11 |
| 08/16/02 | 561-362-1533/BOCA RATON, FL/3 | .23 |
| 08/16/02 | 415-391-8719/SAN FRAN, CA/8 | .46 |
| 08/16/02 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 08/16/02 | 303-884-6319/DENVER, CO/1 | .11 |
| 08/21/02 | 214-698-3868/DALLAS, TX/1 | .40 |
| 08/21/02 | 303-861-7000/DENVER, CO/2 | .11 |
| 08/22/02 | 303-866-0409/DENVER, CO/2 | .11 |
| 08/23/02 | 302-778-7533/WILMINGTON, DE/2 | .11 |
| 08/23/02 | 302-778-7533/WILMINGTON, DE/2 | .11 |
| 08/23/02 | 412-288-4291/PITTSBURGH, PA/2 | .81 |
| 08/23/02 | 415-788-1234/SAN FRAN, CA/16 | .91 |
| 08/23/02 | 561-362-1533/BOCA RATON, FL/18 | 1.03 |
| 08/26/02 | 412-288-4104/PITTSBURGH, PA/2 | 1.21 |

```
172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page    3
       September 30, 2002
```

| | | |
|---|---|---:|
| 08/26/02 | 412-288-4104/PITTSBURGH, PA/3 | 1.21 |
| 08/26/02 | 312-861-2000/CHICAGO, IL/1 | .11 |
| 08/27/02 | 858-456-7615/LA JOLLA, CA/1 | .11 |
| 08/27/02 | 312-861-2200/CHICAGO, IL/2 | .17 |
| 08/28/02 | 301-977-1534/GAITHERSBG, MD/2 | .11 |
| 08/16/02 | Documentataion Charge 84 PAGES SCANNED, 3 E-FILINGS PARCELS, INC.-D D R | 126.00 |
| 08/26/02 | Documentation Expense - IMAGENET OF PITTSBURGH OVERSIZE | 16.70 |
| 07/30/02 | ATTY # 0559: 4 COPIES | .60 |
| 07/30/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 07/30/02 | ATTY # 0559: 4 COPIES | .60 |
| 07/31/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0710: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885: 3 COPIES | .45 |
| 07/31/02 | ATTY # 0885: 2 COPIES | .30 |
| 07/31/02 | ATTY # 0885: 3 COPIES | .45 |
| 07/31/02 | ATTY # 0885: 3 COPIES | .45 |
| 07/31/02 | ATTY # 0856: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885: 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885: 2 COPIES | .30 |
| 08/01/02 | ATTY # 0885; 9 COPIES | 1.35 |
| 08/01/02 | ATTY # 0559; 80 COPIES | 12.00 |
| 08/01/02 | ATTY # 0885: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                    Invoice Number  973180
60026  Special Asbestos Counsel             Page   4
       September 30, 2002
```

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/02 | ATTY # 0710: 2 COPIES | .30 |
| 08/02/02 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/03/02 | ATTY # 0559; 241 COPIES | 36.15 |
| 08/04/02 | ATTY # 0559; 123 COPIES | 18.45 |
| 08/04/02 | ATTY # 0856; 226 COPIES | 33.90 |
| 08/04/02 | ATTY # 0856; 196 COPIES | 29.40 |
| 08/05/02 | ATTY # 0701; 1 COPIES | .15 |
| 08/05/02 | ATTY # 0559; 49 COPIES | 7.35 |
| 08/05/02 | ATTY # 0710; 1386 COPIES | 138.60 |
| 08/05/02 | ATTY # 1398; 121 COPIES | 12.10 |
| 08/05/02 | ATTY # 0423; 6 COPIES | .90 |
| 08/05/02 | ATTY # 0710; 426 COPIES | 42.60 |
| 08/05/02 | ATTY # 0710; 312 COPIES | 31.20 |
| 08/05/02 | ATTY # 0701; 50 COPIES | 7.50 |
| 08/05/02 | ATTY # 0710; 725 COPIES | 72.50 |
| 08/05/02 | ATTY # 0559; 7 COPIES | 1.05 |
| 08/05/02 | ATTY # 0856; 150 COPIES | 22.50 |
| 08/05/02 | ATTY # 0559; 144 COPIES | 21.60 |
| 08/05/02 | ATTY # 0559; 5 COPIES | .75 |
| 08/05/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 08/05/02 | ATTY # 0710; 2 COPIES | .20 |
| 08/05/02 | ATTY # 0559; 557 COPIES | 55.70 |
| 08/05/02 | ATTY # 0559; 835 COPIES | 83.50 |
| 08/05/02 | ATTY # 0349; 169 COPIES | 25.35 |
| 08/05/02 | ATTY # 0701; 114 COPIES | 17.10 |
| 08/05/02 | ATTY # 0718; 204 COPIES | 30.60 |

172573 W. R. Grace & Co.                          Invoice Number  973180
60026  Special Asbestos Counsel                   Page    5
       September 30, 2002

08/05/02    ATTY # 0396: 15 COPIES                            2.25

08/05/02    ATTY # 0396: 8 COPIES                             1.20

08/05/02    ATTY # 0559: 42 COPIES                            6.30

08/05/02    ATTY # 0856: 7 COPIES                             1.05

08/05/02    ATTY # 0349: 1 COPIES                              .15

08/05/02    ATTY # 0559: 8 COPIES                             1.20

08/05/02    ATTY # 0559: 16 COPIES                            2.40

08/05/02    ATTY # 0559: 4 COPIES                              .60

08/05/02    ATTY # 0559: 5 COPIES                              .75

08/05/02    ATTY # 0349: 14 COPIES                            2.10

08/05/02    ATTY # 0349: 28 COPIES                            4.20

08/05/02    ATTY # 0349: 11 COPIES                            1.65

08/05/02    ATTY # 0349: 14 COPIES                            2.10

08/05/02    ATTY # 0396: 3 COPIES                              .45

08/05/02    ATTY # 0559: 8 COPIES                             1.20

08/05/02    ATTY # 0559: 4 COPIES                              .60

08/05/02    ATTY # 0559: 4 COPIES                              .60

08/05/02    ATTY # 0559: 4 COPIES                              .60

08/05/02    ATTY # 0559: 4 COPIES                              .60

08/05/02    ATTY # 0559: 14 COPIES                            2.10

08/05/02    ATTY # 0396: 8 COPIES                             1.20

08/05/02    ATTY # 0559: 14 COPIES                            2.10

08/05/02    ATTY # 0710: 1 COPIES                              .15

08/05/02    ATTY # 0396: 15 COPIES                            2.25

08/05/02    ATTY # 0349: 11 COPIES                            1.65

08/05/02    ATTY # 0349: 11 COPIES                            1.65

172573 W. R. Grace & Co.                          Invoice Number  973180
60026  Special Asbestos Counsel                   Page   6
       September 30, 2002


08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 3 COPIES                                    .45

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 3 COPIES                                    .45

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 2 COPIES                                    .30

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/05/02   ATTY # 0887: 1 COPIES                                    .15

08/06/02   ATTY # 0349; 16 COPIES                                  2.40

08/06/02   ATTY # 0349; 1 COPIES                                    .15

08/06/02   ATTY # 0559; 31 COPIES                                  4.65

08/06/02   ATTY # 0349; 2 COPIES                                    .30

08/06/02   ATTY # 0718; 120 COPIES                                18.00

08/06/02   ATTY # 0349: 14 COPIES                                  2.10

08/06/02   ATTY # 0559: 2 COPIES                                    .30

```
172573 W. R. Grace & Co.                    Invoice Number  973180
60026  Special Asbestos Counsel             Page    7
       September 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 08/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 08/06/02 | ATTY # 0349: 8 COPIES | 1.20 |
| 08/06/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 08/06/02 | ATTY # 0349: 28 COPIES | 4.20 |
| 08/06/02 | ATTY # 0349: 1 COPIES | .15 |
| 08/06/02 | ATTY # 0349: 1 COPIES | .15 |
| 08/06/02 | ATTY # 0710: 12 COPIES | 1.80 |
| 08/06/02 | ATTY # 0349: 3 COPIES | .45 |
| 08/06/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 08/06/02 | ATTY # 0349: 7 COPIES | 1.05 |
| 08/06/02 | ATTY # 0349: 4 COPIES | .60 |
| 08/06/02 | ATTY # 0349: 24 COPIES | 3.60 |
| 08/06/02 | ATTY # 0887: 1 COPIES | .15 |
| 08/06/02 | ATTY # 0887: 1 COPIES | .15 |
| 08/06/02 | ATTY # 0685: 30 COPIES | 4.50 |
| 08/06/02 | ATTY # 0718: 13 COPIES | 1.95 |
| 08/06/02 | ATTY # 0718: 8 COPIES | 1.20 |
| 08/06/02 | ATTY # 0685: 36 COPIES | 5.40 |
| 08/07/02 | ATTY # 0885; 20 COPIES | 3.00 |
| 08/07/02 | ATTY # 0559; 21 COPIES | 3.15 |
| 08/07/02 | ATTY # 0559; 1820 COPIES | 182.00 |
| 08/07/02 | ATTY # 0559; 1275 COPIES | 127.50 |
| 08/07/02 | ATTY # 0885: 2 COPIES | .30 |
| 08/07/02 | ATTY # 0885: 5 COPIES | .75 |
| 08/07/02 | ATTY # 0885: 5 COPIES | .75 |
| 08/07/02 | ATTY # 0885: 5 COPIES | .75 |

```
172573 W. R. Grace & Co.                      Invoice Number  973180
60026  Special Asbestos Counsel               Page   8
       September 30, 2002
```

| | | |
|---|---|---|
| 08/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 08/07/02 | ATTY # 0685: 19 COPIES | 2.85 |
| 08/07/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 08/08/02 | ATTY # 0559; 31 COPIES | 4.65 |
| 08/08/02 | ATTY # 0349; 164 COPIES | 24.60 |
| 08/08/02 | ATTY # 0710; 38 COPIES | 5.70 |
| 08/08/02 | ATTY # 0710; 51 COPIES | 7.65 |
| 08/08/02 | ATTY # 0710; 282 COPIES | 42.30 |
| 08/08/02 | ATTY # 0718; 370 COPIES | 55.50 |
| 08/08/02 | ATTY # 0396: 6 COPIES | .90 |
| 08/08/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/08/02 | ATTY # 0559: 4 COPIES | .60 |
| 08/08/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/08/02 | ATTY # 0559: 2 COPIES | .30 |
| 08/08/02 | ATTY # 0396: 6 COPIES | .90 |
| 08/08/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/08/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/08/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/08/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 08/08/02 | ATTY # 0718: 3 COPIES | .45 |
| 08/08/02 | ATTY # 0685: 20 COPIES | 3.00 |
| 08/09/02 | ATTY # 0701; 35 COPIES | 5.25 |
| 08/09/02 | ATTY # 0396; 11 COPIES | 1.65 |
| 08/09/02 | ATTY # 0710; 164 COPIES | 24.60 |
| 08/09/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/09/02 | ATTY # 0710: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page   9
       September 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 08/09/02 | ATTY # 0856: 6 COPIES | .90 |
| 08/09/02 | ATTY # 0701: 120 COPIES | 18.00 |
| 08/09/02 | ATTY # 0396: 14 COPIES | 2.10 |
| 08/09/02 | ATTY # 0396: 14 COPIES | 2.10 |
| 08/09/02 | ATTY # 0396: 7 COPIES | 1.05 |
| 08/09/02 | ATTY # 0885: 11 COPIES | 1.65 |
| 08/09/02 | ATTY # 0396: 7 COPIES | 1.05 |
| 08/09/02 | ATTY # 0701: 119 COPIES | 17.85 |
| 08/09/02 | ATTY # 0885: 15 COPIES | 2.25 |
| 08/09/02 | ATTY # 0701: 119 COPIES | 17.85 |
| 08/12/02 | ATTY # 0559; 30 COPIES | 4.50 |
| 08/12/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/12/02 | ATTY # 0856: 2 COPIES | .30 |
| 08/12/02 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/12/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/12/02 | ATTY # 0559: 18 COPIES | 2.70 |
| 08/12/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/12/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/12/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/12/02 | ATTY # 0856: 2 COPIES | .30 |
| 08/12/02 | ATTY # 0559: 18 COPIES | 2.70 |
| 08/12/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/13/02 | ATTY # 0718; 704 COPIES | 105.60 |
| 08/13/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/13/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/13/02 | ATTY # 0559: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                    Invoice Number  973180
60026  Special Asbestos Counsel             Page  10
       September 30, 2002
```

| | | |
|---|---|---:|
| 08/13/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/13/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/13/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/13/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/13/02 | ATTY # 0559: 9 COPIES | 1.35 |
| 08/13/02 | ATTY # 0559: 2 COPIES | .30 |
| 08/13/02 | ATTY # 3608: 8 COPIES | 1.20 |
| 08/14/02 | ATTY # 0718; 20 COPIES | 3.00 |
| 08/14/02 | ATTY # 0718; 9 COPIES | 1.35 |
| 08/14/02 | ATTY # 0885: 1 COPIES | .15 |
| 08/14/02 | ATTY # 0710: 7 COPIES | 1.05 |
| 08/14/02 | ATTY # 0710: 39 COPIES | 5.85 |
| 08/14/02 | ATTY # 0710: 7 COPIES | 1.05 |
| 08/15/02 | ATTY # 0701; 376 COPIES | 37.60 |
| 08/15/02 | ATTY # 0701; 800 COPIES | 80.00 |
| 08/15/02 | ATTY # 0559; 823 COPIES | 82.30 |
| 08/15/02 | ATTY # 0701; 587 COPIES | 58.70 |
| 08/15/02 | ATTY # 0701; 2 COPIES | .20 |
| 08/15/02 | ATTY # 0559; 2 COPIES | .30 |
| 08/15/02 | ATTY # 0701; 1397 COPIES | 139.70 |
| 08/15/02 | ATTY # 0718; 19 COPIES | 2.85 |
| 08/15/02 | ATTY # 0710: 4 COPIES | .60 |
| 08/15/02 | ATTY # 0701: 238 COPIES | 35.70 |
| 08/15/02 | ATTY # 0710: 4 COPIES | .60 |
| 08/16/02 | ATTY # 0559: 2 COPIES | .30 |
| 08/16/02 | ATTY # 0559: 13 COPIES | 1.95 |

172573 W. R. Grace & Co.                          Invoice Number  973180
60026  Special Asbestos Counsel                   Page  11
       September 30, 2002

08/16/02   ATTY # 0559: 32 COPIES                              4.80

08/16/02   ATTY # 0559: 12 COPIES                              1.80

08/16/02   ATTY # 0559: 28 COPIES                              4.20

08/16/02   ATTY # 0559: 3 COPIES                                .45

08/16/02   ATTY # 0559: 6 COPIES                                .90

08/16/02   ATTY # 0559: 13 COPIES                              1.95

08/16/02   ATTY # 0559: 5 COPIES                                .75

08/16/02   ATTY # 0559: 5 COPIES                                .75

08/18/02   ATTY # 0885: 1 COPIES                                .15

08/19/02   ATTY # 0701; 4 COPIES                                .60

08/19/02   ATTY # 0701; 3 COPIES                                .45

08/19/02   ATTY # 0701: 119 COPIES                            17.85

08/19/02   ATTY # 0396: 1 COPIES                                .15

08/19/02   ATTY # 0701: 2 COPIES                                .30

08/19/02   ATTY # 0710: 4 COPIES                                .60

08/20/02   ATTY # 0369; 14 COPIES                             2.10

08/20/02   ATTY # 0396: 1 COPIES                                .15

08/20/02   ATTY # 0559: 30 COPIES                              4.50

08/20/02   ATTY # 0559: 29 COPIES                              4.35

08/20/02   ATTY # 0396: 2 COPIES                                .30

08/20/02   ATTY # 0887: 1 COPIES                                .15

08/21/02   ATTY # 0396; 4 COPIES                                .60

08/21/02   ATTY # 0396; 461 COPIES                           69.15

08/21/02   ATTY # 0396; 306 COPIES                           45.90

08/21/02   ATTY # 0396; 49 COPIES                             7.35

08/21/02   ATTY # 0396: 1 COPIES                                .15

```
172573 W. R. Grace & Co.                    Invoice Number  973180
60026  Special Asbestos Counsel            Page  12
       September 30, 2002
```

| | | |
|---|---|---:|
| 08/21/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/22/02 | ATTY # 0396; 42 COPIES | 6.30 |
| 08/22/02 | ATTY # 0559: 26 COPIES | 3.90 |
| 08/22/02 | ATTY # 0559: 16 COPIES | 2.40 |
| 08/22/02 | ATTY # 0559: 26 COPIES | 3.90 |
| 08/22/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/23/02 | ATTY # 0396; 157 COPIES | 23.55 |
| 08/23/02 | ATTY # 0856; 51 COPIES | 7.65 |
| 08/23/02 | ATTY # 0718; 3 COPIES | .45 |
| 08/23/02 | ATTY # 0885: 26 COPIES | 3.90 |
| 08/23/02 | ATTY # 0885: 11 COPIES | 1.65 |
| 08/23/02 | ATTY # 0559: 11 COPIES | 1.65 |
| 08/23/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/23/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/23/02 | ATTY # 0559: 11 COPIES | 1.65 |
| 08/23/02 | ATTY # 0885: 5 COPIES | .75 |
| 08/23/02 | ATTY # 0559: 1 COPIES | .15 |
| 08/23/02 | ATTY # 0559: 11 COPIES | 1.65 |
| 08/23/02 | ATTY # 0885: 11 COPIES | 1.65 |
| 08/23/02 | ATTY # 0885: 5 COPIES | .75 |
| 08/25/02 | ATTY # 0559: 2 COPIES | .30 |
| 08/26/02 | ATTY # 0856; 31 COPIES | 4.65 |
| 08/26/02 | ATTY # 0710; 138 COPIES | 20.70 |
| 08/26/02 | ATTY # 0885; 284 COPIES | 42.60 |
| 08/26/02 | ATTY # 0559; 3 COPIES | .45 |
| 08/26/02 | ATTY # 0349: 2 COPIES | .30 |

172573 W. R. Grace & Co.                      Invoice Number  973180
60026  Special Asbestos Counsel              Page  13
       September 30, 2002

08/26/02   ATTY # 0885: 2 COPIES                        .30

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 12 COPIES                      1.80

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 2 COPIES                        .30

08/26/02   ATTY # 0559: 2 COPIES                        .30

08/26/02   ATTY # 0559: 12 COPIES                      1.80

08/26/02   ATTY # 0559: 12 COPIES                      1.80

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0885: 1 COPIES                        .15

08/26/02   ATTY # 0710: 1 COPIES                        .15

08/26/02   ATTY # 0885: 4 COPIES                        .60

08/26/02   ATTY # 0885: 6 COPIES                        .90

08/26/02   ATTY # 0349: 1 COPIES                        .15

08/27/02   ATTY # 0856; 9 COPIES                       1.35

08/27/02   ATTY # 0856; 41 COPIES                      6.15

08/27/02   ATTY # 0396; 10 COPIES                      1.50

08/27/02   ATTY # 0856; 5 COPIES                        .75

08/27/02   ATTY # 0856; 59 COPIES                      8.85

08/27/02   ATTY # 0396: 7 COPIES                       1.05

08/27/02   ATTY # 0856: 4 COPIES                        .60

08/27/02   ATTY # 0396: 7 COPIES                       1.05

08/27/02   ATTY # 0559: 12 COPIES                      1.80

```
172573 W. R. Grace & Co.                    Invoice Number  973180
60026  Special Asbestos Counsel             Page  14
       September 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 08/27/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/27/02 | ATTY # 0396: 4 COPIES | .60 |
| 08/27/02 | ATTY # 0396: 4 COPIES | .60 |
| 08/27/02 | ATTY # 0856: 4 COPIES | .60 |
| 08/27/02 | ATTY # 0856: 4 COPIES | .60 |
| 08/27/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 08/27/02 | ATTY # 0856: 4 COPIES | .60 |
| 08/27/02 | ATTY # 0349: 1 COPIES | .15 |
| 08/27/02 | ATTY # 0887: 6 COPIES | .90 |
| 08/28/02 | ATTY # 0885: 1 COPIES | .15 |
| 08/28/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/28/02 | ATTY # 0559: 5 COPIES | .75 |
| 08/28/02 | ATTY # 0885: 2 COPIES | .30 |
| 08/28/02 | ATTY # 0396: 1 COPIES | .15 |
| 08/28/02 | ATTY # 0885: 10 COPIES | 1.50 |
| 08/28/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/28/02 | ATTY # 0559: 5 COPIES | .75 |
| 08/28/02 | ATTY # 0559: 3 COPIES | .45 |
| 08/28/02 | ATTY # 0856: 5 COPIES | .75 |
| 08/28/02 | ATTY # 0885: 5 COPIES | .75 |
| 08/28/02 | ATTY # 0885: 1 COPIES | .15 |
| 08/28/02 | ATTY # 0887: 3 COPIES | .45 |
| 08/28/02 | ATTY # 0887: 1 COPIES | .15 |
| 08/28/02 | ATTY # 0396; 10 COPIES | 1.50 |
| 08/28/02 | ATTY # 0559; 2 COPIES | .30 |
| 08/28/02 | ATTY # 0559; 3 COPIES | .45 |

172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page  15
       September 30, 2002

08/28/02   ATTY # 0885; 30 COPIES                           4.50

08/28/02   ATTY # 0885; 31 COPIES                           4.65

08/29/02   ATTY # 0885: 3 COPIES                             .45

08/29/02   ATTY # 0885: 5 COPIES                             .75

08/29/02   ATTY # 0349: 3 COPIES                             .45

08/29/02   ATTY # 0885: 3 COPIES                             .45

08/29/02   ATTY # 0885: 2 COPIES                             .30

08/29/02   ATTY # 0885: 1 COPIES                             .15

08/29/02   ATTY # 0885: 2 COPIES                             .30

08/29/02   ATTY # 0885: 2 COPIES                             .30

08/29/02   ATTY # 0349: 1 COPIES                             .15

08/29/02   ATTY # 0885: 1 COPIES                             .15

08/29/02   ATTY # 0885: 2 COPIES                             .30

08/29/02   ATTY # 0885: 2 COPIES                             .30

08/29/02   ATTY # 0885; 36 COPIES                           5.40

08/29/02   ATTY # 0349; 8 COPIES                            1.20

08/29/02   ATTY # 0856; 117 COPIES                         11.70

08/29/02   ATTY # 0396; 576 COPIES                         57.60

08/29/02   ATTY # 0885; 6 COPIES                             .90

08/30/02   ATTY # 0396: 2 COPIES                             .30

08/30/02   ATTY # 0396: 2 COPIES                             .30

08/30/02   ATTY # 0396: 2 COPIES                             .30

08/30/02   ATTY # 0396: 2 COPIES                             .30

08/30/02   ATTY # 0396: 2 COPIES                             .30

08/30/02   ATTY # 0856; 452 COPIES                         45.20

08/30/02   ATTY # 0559; 69 COPIES                          10.35

```
172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page  16
       September 30, 2002
```

| | | |
|---|---|---|
| 08/30/02 | ATTY # 0856; 222 COPIES | 22.20 |
| 08/05/02 | Postage Expense | 4.42 |
| 08/05/02 | Postage Expense | .60 |
| 08/09/02 | Postage Expense | .83 |
| 08/26/02 | Postage Expense | 6.08 |
| 08/28/02 | Postage Expense | .60 |
| 08/30/02 | Postage Expense | 2.90 |
| 05/31/02 | Courier Service parcels inc inv 5/31/02 | 90.00 |
| 07/28/02 | Courier Service parcels inc inv 7/26/02 | 35.00 |
| 08/05/02 | Courier Service UPS | 27.13 |
| 08/12/02 | Courier Service parcels inc inv 8/12/02 | 120.00 |
| 08/19/02 | Courier Service UPS | 16.39 |
| 08/21/02 | Courier Service UPS | 17.21 |
| 08/28/02 | Courier Service FEDEX | 7.69 |
| 08/12/02 | SCANNING SERVICES, 18 PAGES SCANNED, 1 E-FILING #2112, 1 ATTACHMENT (JOHN B. LORD) Filing Fees | 32.70 |
| 08/13/02 | SCANNING SERVICES, 4 PAGES SCANNED, 1 E-FILING #2287, 1 ATTACHMENT (JOHN B. LORD) Filing Fees | 30.60 |
| 08/13/02 | SCANNING SERVICES, 55 PAGES SCANNED, 1 E-FILING #2310, 3 ATTACHMENTS (JOHN B.  LORD) Filing Fees | 48.25 |
| 08/16/02 | E- FILINGS 8/11/02- Filing Fees | 47.65 |
| 08/06/02 | Outside Duplicating -CLICKS PROFESSIONAL COPY SERV. for DOC. PROD. | 2005.14 |
| 08/07/02 | Outside Duplicating - CLICKS PROFESSIONAL COPY SERV. for DOC. PROD. | 1716.59 |
| 08/12/02 | COPY 18 PG DOC 179 TIMES, SERVE LOCALS, POST MAIL, FED-EX PARCELS ACC# COPIED 2/5/02- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 710.03 |

```
172573 W. R. Grace & Co.                      Invoice Number  973180
60026  Special Asbestos Counsel               Page  17
       September 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 08/12/02 | COPY 4 PG DOC 15 TIMES, POST MAIL, COPIED 6/26/02 (JOHN B. LORD) Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 13.15 |
| 08/12/02 | COPY 18 PG DOC 180 TIMES, POST MAIL, SERVE LOCALS, COPIED 5/28/02 (JOHN B. LORD) Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 497.60 |
| 07/22/02 | Secretarial Overtime to Input data into Summation database for Attorney Work-Product Document Review | 150.00 |
| 07/22/02 | Secretarial Overtime Printing summary sheets for review by attorneys | 517.50 |
| 07/25/02 | Secretarial Overtime Typing in summation for attorney work product review | 292.50 |
| 07/29/02 | Secretarial Overtime Summation coding for attorney work product review | 592.50 |
| 07/30/02 | Secretarial Overtime Typing in summation for attorney work product review | 157.50 |
| 08/04/02 | Secretarial Overtime SUMMATION CODING of documents for attorney work-product document review. | 810.00 |
| 08/05/02 | Secretarial Overtime TYPING IN SUMMATION for attorney work-product document review. | 195.00 |
| 08/11/02 | Secretarial Overtime DOCUMENT CODING SUMMATION for documents reviewed by attorneys | 345.00 |
| 08/12/02 | Secretarial Overtime TYPING IN SUMMATION  for documents reviewed by attorneys | 120.00 |
| 08/06/02 | Lodging - MAUREEN ATKINSON BOSTON,MA 6/25-28/02 for document review. | 727.54 |
| 08/06/02 | Lodging Expense -  MAUREEN ATKINSON BOSTON,MA 6/25-28/02 TIPS during document review trip | 11.00 |
| 08/08/02 | Lodging - DOUGLAS E. CAMERON PALO ALTO,CA 8/5-7/02 for witness deposition replacement. | 374.00 |
| 08/14/02 | Lodging - LAWRENCE E. FLATLEY 8/6-7/02, Boston MA, for witness meeting. | 212.53 |
| 08/30/02 | Lodging - DOUGLAS E. CAMERON SAN FRAN 8/16-24/02 | 603.00 |

172573 W. R. Grace & Co.                          Invoice Number  973180
60026  Special Asbestos Counsel                   Page  18
       September 30, 2002


08/02/02   Transportation -S HELBLING - PARKING              3.00

08/02/02   Transportation - S HELBLING - PARKING             3.00

08/05/02   TRAVEL TO NYC (M. SUSAN HAINES) Transportation   140.51
           - for document product meeting

08/06/02   Transportation - MAUREEN ATKINSON BOSTON,MA       23.00
           6/25-28/02 in connection with document review
           trip

08/12/02   Transportation - S HELBLING - PARKING             3.00

08/12/02   Transportation - A HELBLING - PARKING             3.00

08/14/02   Transportation - LAWRENCE E. FLATLEY 8/6-7/02    27.50

08/30/02   Transportation - DOUGLAS E. CAMERONSAN FRAN      58.18
           8/16-24/02

08/05/02   Air Travel Expense - DOUGLAS E. CAMERON FOR     789.50
           MEETING IN WASHINGTON, DC WITH W R GRACE AND
           CONSULTANTS, PLUS SERVICE FEE FOR $25 FOR PAPER
           TICKETS

08/06/02   Air Travel Expense-FLATLEY/LAWRENCE E 06AUG PIT 1084.00
           BOS PIT for witness meeting in Boston

08/08/02   Air Travel Expense - - VENDOR: DOUGLAS E.       2107.50
           CAMERON PALO ALTO,CA 8/5-7/02

08/30/02   Air Travel Expense - DOUGLAS E. CAMERON SAN       25.00
           FRAN 8/16-24/02 TICKET CHARGE

08/06/02   Rail Travel Expense - - VENDOR: MAUREEN            2.00
           ATKINSON BOSTON,MA 6/25-28/02

08/30/02   Automobile  Rental -  DOUGLAS E. CAMERON SAN     144.90
           FRAN 8/16-24/02

08/02/02   Taxi Expense - D. Cameron MEETING WITH W.R.      127.00
           GRACE AND CONSULTANTS IN WASH DC 8/1

08/06/02   Taxi Expense -  MAUREEN ATKINSON BOSTON,MA        33.00
           6/25-28/02 for document review

08/08/02   Taxi Expense - D. Cameron TRIP TO SAN FRAN, CA    90.00
           TO MEET WITH WITNESS IN COST RECOVERY ACTION
           8/5-7/02 PALO ALTO, CA

08/14/02   Taxi Expense -  LAWRENCE E. FLATLEY 8/6-7/02      49.00

```
172573 W. R. Grace & Co.                          Invoice Number  973180
60026  Special Asbestos Counsel                   Page   19
        September 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 08/30/02 | Taxi Expense - DOUGLAS E. CAMERON SAN FRAN 8/16-24/02 | 50.00 |
| 08/02/02 | Mileage Expense - S Helbling - 8/4 | 8.03 |
| 08/02/02 | Mileage Expense - S Helbling - 8/3 | 8.03 |
| 08/06/02 | Mileage Expense -  MAUREEN ATKINSON BOSTON,MA 6/25-28/02 for document review | 11.90 |
| 08/08/02 | Mileage Expense -D. Cameron TRIP TO SAN FRAN, CA TO MEET WITH WITNESS IN COST RECOVERY ACTION 8/5-7/02 PALO ALTO, CA | 63.52 |
| 08/12/02 | Mileage Expense -S HELBLING | 8.03 |
| 08/12/02 | Mileage Expense - S HELBLING | 8.03 |
| 08/14/02 | Mileage Expense - LAWRENCE E. FLATLEY 8/6-7/02 | 21.90 |
| 08/30/02 | Mileage Expense - DOUGLAS E. CAMERONSAN FRAN 8/16-24/02 | 17.52 |
| 08/02/02 | Meal Expense - D. Cameron MEETING WITH W.R. GRACE AND CONSULTANTS IN WASH DC 8/1 1 BREAKFAST | 6.00 |
| 08/02/02 | Meal Expense -  S HELBLING - 8/4 | 5.66 |
| 08/02/02 | Meal Expense -  S HELBLING - LUNCH 8/3 | 5.77 |
| 08/06/02 | Meal Expense -  MAUREEN ATKINSON BOSTON,MA 6/25-28/02 for document review in Boston | 114.49 |
| 08/08/02 | Meal Expense -  DOUGLAS E. CAMERON PALO ALTO,CA 8/5-7/02 | 21.99 |
| 08/08/02 | Meal Expense - D. Cameron TRIP TO SAN FRAN, CA TO MEET WITH WITNESS IN COST RECOVERY ACTION 8/5-7/02 PALO ALTO, CA 1 BREAKFAST, 2 LUNCHES 1 DINNER | 34.04 |
| 08/12/02 | Meal Expense - S HELBLING - LUNCH | 5.34 |
| 08/12/02 | Meal Expense - S HELBLING - LUNCH | 5.00 |
| 08/30/02 | Meal Expense - DOUGLAS E. CAMERON SAN FRAN 8/16-24/02 | 150.83 |
| 08/08/02 | Telephone - Outside -  DOUGLAS E. CAMERON PALO ALTO,CA  8/5-7/02 for witness meeting | 15.43 |

```
172573 W. R. Grace & Co.                        Invoice Number  973180
60026  Special Asbestos Counsel                 Page   20
       September 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 08/30/02 | Telephone - Outside -DOUGLAS E. CAMERON SAN FRAN 8/16-24/02 | 55.07 |
| 08/30/02 | Documentation Expense - DOUGLAS E. CAMERON SAN FRAN 8/16-24/02 FAX CHARGES | 89.00 |

```
                         CURRENT EXPENSES                18,631.51
                                                        ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $ 18,631.51
                                                        ============
```