James G. Damon, Esq., CSB# 115781
Daniel S. Miller, Esq., CSB# 199086
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998
Telephone:  (949) 435-0225
Facsimile:  (949) 435-0226

Attorneys for Creditor DAVID T. BEAUCHAMP,
As Successor Trustee of THE BEAUCHAMP TRUST

FILED
'02 SEP 30 PM 12:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| W. R. GRACE & CO., ET AL., | CASE NO. 01-01139 (JJF)<br>Joint Administered |
| Debtors. | **REQUEST FOR REMOVAL FROM SERVICE LIST** |
| | [No Hearing Required] |

Please remove James G. Damon, Daniel S. Miller and the firm of Voss, Cook, & Thel, LLP from the Service List in the above-captioned matter.

DATED: September 25, 2002

VOSS COOK & THEL LLP

By: _____
James G. Damon, Esq.,
Attorneys for Creditor
David T. Beauchamp, as
Trustee of the Beauchamp
Trust

-1-
REQUEST FOR REMOVAL ON SERVICE LIST

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Request for Removal from Service List was mailed, first class, postage prepaid this 25th day of September, 2002 to:

SEE ATTACHED SERVICE LIST

*Jeanne L. Thompson*
Jeanne L. Thompson

## SERVICE LIST

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX  75670

David T. Biderman
180 Townsend Street
Third Floor
San Francisco, CA  94107-1909

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

Michael S. Davis
575 Lexington Avenue
New York, New York  10022

Stephen Donato
1500 MONY Tower I
P. O. Box 4976
Syracuse, NY  13221-4976

John K. Fiorilla
390 George Street
P. O. Box 1185
New Brunswick, NJ

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ  85004

David K. Foust
3030 W. Grand Boulevard
10th Floor – Suite 200
Detroit, MI  48202

Ben Furth
201 Sansome Street
Suite 1000
San Francisco, CA  94104

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA  94104

REQUEST FOR REMOVAL ON SERVICE LIST

| | |
|---|---|
| 1 | Douglas Gordon<br>607 Market Street<br>Suite 103 |
| 2 | Knoxville, TN  37902 |
| 3 | Ronald D. Gorsline<br>1000 Tallan Building |
| 4 | Two Union Suare<br>Chattanooga, TN  37402-2552 |
| 5 | |
| 6 | Alan Hamilton<br>Four Times Square<br>New York, NY  10036 |
| 7 | |
| 8 | Brian L. Hansen<br>1600 Atlanta Financial Center<br>3343 Peachtree Rd., N.E. |
| 9 | Atlanta, GA  30326 |
| 10 | Edward L. Jacobs<br>26 Audubon Place |
| 11 | P. O. Box 70<br>Fort Thomas, KY  41075-0070 |
| 12 | |
| 13 | Harvey N. Jones<br>999 Westview Drive<br>Hastings, MN  55033 |
| 14 | |
| 15 | Barry D. Kleban<br>1900 Two Penn Center Plaza<br>Philadelphia, PA  19103 |
| 16 | |
| 17 | Courtney M. Labson<br>1300 Wilson Boulevard<br>Suite 400 |
| 18 | Arlington, VA  22209 |
| 19 | Thomas Moers Mayer<br>919 Third Avenue |
| 20 | New York, NY  10022 |
| 21 | Keavin D. McDonald<br>1221 McKinney |
| 22 | Suite 4550<br>Houston, TX  77010 |
| 23 | |
| 24 | Christopher Momjian<br>Attorney General<br>21 S. 12th Street |
| 25 | 3rd Floor<br>Philadelphia, PA  19107 |
| 26 | |
| 27 | Amy J. Murphy<br>77 Broadway<br>Suite 112 |
| 28 | Buffalo, NY  14203-1670 |

-4-
REQUEST FOR REMOVAL ON SERVICE LIST

| | |
|---|---|
| 1 | Elizabeth Weller<br>2323 Bryan Street, Suite 1720<br>Dallas, TX  75201 |
| 2 | |
| 3 | Lewis Kruger<br>Kenneth Pasquale<br>Stroock & Stroock & Lavan LLP |
| 4 | 180 Maiden Lane<br>New York, NY  10038-4982 |
| 5 | |
| 6 | Michael R. Lastowski<br>William S. Katchen<br>Duane Morris LLP |
| 7 | 1100 North Market Street<br>Suite 1200 |
| 8 | Wilmington, DE  19801 |
| 9 | James H.M. Sprayregen, P.C.<br>David M. Bernick, P.C. |
| 10 | James W. Kapp III<br>Janet S. Baer |
| 11 | Robert J. Higgins<br>Kirkland & Ellis |
| 12 | 200 East Randolph Drive<br>Chicago, IL  60601 |

-6-
REQUEST FOR REMOVAL ON SERVICE LIST

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Removal from Service List was electronically mailed this 25th day of September, 2002 to:

SEE ATTACHED SERVICE LIST

_____
Jeanne L. Thompson

Beauchamp/La Mesa/El Torito/Pleadings/Request for Special Notice

| | Name | Email |
|---|---|---|
| 1 | Christopher J. Kayser | christopher.j.kayser@usdoj.gov<br>Eastern.Taxcivil@usdoj.gov |
| 2 | Richard Allen Keuler | rkeuler@reedsmith.com |
| | Steven K. Kortanek | skortanek@klehr.com |
| 3 | Michael R. Lastowski | reorg@duanemorris.com |
| | Nicholas J. LePore | nlepore@schnader.com |
| 4 | Neal J. Levitsky | nlevitsky@aol.com |
| | Joseph Walter Lind | jlind@sierrafunds.com |
| 5 | Aileen F. Maguire | cl@del.camlev.com |
| | Kathleen P. Makowski | kmakowski@klettrooney.com |
| 6 | Mary M. MalneyHuss | debankruptcy@wolfblock.com<br>hbooker@wolfblock.com |
| 7 | Kevin J. Mangan | kmangan@walmon.com |
| | Christina M. Maycen | cmaycen@morrisjames.com |
| 8 | Katharine L. Mayer | kmayer@mccarter.com |
| | Rachel B. Mersky | rmersky@walmon.com |
| 9 | Kathleen M. Miller | kmiller@skfdelaware.com<br>mcm@skfdelaware.com |
| 10 | Rick S. Miller | rmiller@ferryjoseph.com<br>dsacconey@ferryjoseph.com |
| 11 | Mark Minuti | mminuti@saul.com<br>tconnolly@saul.com |
| 12 | Herbert W. Mondros | kgross@rmgglaw.com |
| | Francis J. Murphy | fmurphy@msllaw.com |
| 13 | Francis J. Murphy | hdooley@wc.com |
| | Ricardo Palacio | rplacio@ashby-geddes.com |
| 14 | Joel L. Perrell Jr. | jperrell@milesstockbridge.com |
| | Allison E. Reardon | bankruptcy@state.de.us |
| 15 | Richard W. Riley | reorg@duanemorris.com |
| | Lori Gruver Robertson | austin.bankruptcy@publicans.com |
| 16 | Frederick B. Rosner | frosner@jshllp-de.com |
| | Patrick Scanlon | pjs@delcollections.com |
| 17 | Scott Andrew Shail | sashail@hhlaw.com |
| | Maurie J. Shalmone | maurie@longacrellc.com |
| 18 | Warren Howard Smith | wsmith@whsmithlaw.com |
| 19 | Christopher S. Sontchi | csontchi@ashby-geddes.com |
| | Rosalie L. Spelman | rspelman@pszyj.com |
| 20 | Deborah E. Spivack | rbgroup@rlf.com |
| | William H. Sudell | wsudell@mnat.com |
| 21 | Brian A. Sullivan | baslaw@dca.net<br>baslaw2@dca.net |
| 22 | William David Sullivan | bankruptcyemail@elzufon.com |
| | Theodore J. Tacconelli | ttacconelli@ferryjoseph.com |
| 23 | Sanjay Thapar | sthapar@phks.com |
| | Jeffrey R. Waxman | jwaxman@klettrooney.com |
| 24 | Martin J. Weis | mweis@dilworthlaw.com |
| 25 | Janet M. Weiss | jweiss@gibsondunn.com<br>shaghighi@gibsondunn.com |
| 26 | Thomas G. Whalen Jr. | tgw@stevenslee.com |
| | Patricia A. Widdos | debank@skadden.com |
| 27 | John J. Winter | jwinter@harvpenn.com |
| | Jeffrey C. Wisler | jcw@cblhlaw.com |
| 28 | Matthew G. Zaleski III | cl@del.camlev.com |