IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 22, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45972.1
10/02/02 1:26 PM

-1-

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/02 | James W Kapp | 0.90 | Review and revise Debtors' objection to Kane's motion to lift automatic stay and attend to issues re same (.8); telephone conference with D. Carickhoff re entry of Wesconn order (.1). |
| 8/02/02 | Christian J Lane | 2.40 | Research for and revise objection to Kane motion for relief from stay. |
| 8/04/02 | James W Kapp | 0.90 | Review and revise Debtors' objection to Kane motion to modify the automatic stay and attend to issues re same. |
| 8/05/02 | James W Kapp | 0.30 | Attend to issues re objection to Kane motion to modify automatic stay. |
| 8/06/02 | James W Kapp | 0.60 | Review and revise Kane motion for relief from stay and attend to issues re same. |
| 8/06/02 | Christian J Lane | 3.80 | Prepare for and conduct telephone conferences with counsel for BMW re relief from stay (.5); draft stipulation re same (1.0); Prepare for and conduct telephone conferences with counsel for GE Railcar re relief from stay (.6); draft stipulation re same (1.2); revise objection to Kane motion for relief from stay (.5). |
| 8/07/02 | James W Kapp | 0.60 | Review and revise Kane motion for automatic stay and attend to issues re same. |
| 8/07/02 | Christian J Lane | 0.50 | Correspond with local counsel re automatic stay issues. |
| 8/08/02 | James W Kapp | 1.00 | Review and revise Kane motion for automatic stay and attend to issues re same. |
| 8/08/02 | Christian J Lane | 1.00 | Revise objection to Kane motion for relief. |
| 8/09/02 | James W Kapp | 0.30 | Review and revise objection to Kane motion for relief from stay and attend to issues re same. |
| 8/09/02 | Christian J Lane | 3.50 | Revise and finalize objection to Kane motion for relief from stay (2.7); attend to finalizing GE Railcar stipulation (.8). |
| 8/12/02 | Christian J Lane | 1.20 | Review status of open motions for relief from stay (.4); attend to issues re same (.4); contact opposing counsel re same (.4). |
| 8/13/02 | Christian J Lane | 1.00 | Prepare for and conduct telephone conferences with counsel for GE Railcar and counsel for BMW (.6); attend to various issues re same (.4). |
| 8/15/02 | Christian J Lane | 1.00 | Prepare for and conduct telephone conference re GE Railcar stipulation (.4); attend to matters re same (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/19/02 | James W Kapp | 0.40 | Review Kane response to Debtors' objection to motion for relief from stay. |
| 8/20/02 | Christian J Lane | 0.50 | Draft stipulation re BMW Constructors motion. |
| 8/22/02 | Christian J Lane | 1.10 | Attend to issues related to stipulation resolving BMW motion for relief from stay (.5); attend to issues related to stipulation resolving GE Railcar motion for relief from stay (.6). |
| | Total hours: | 21.00 | |

### Matter 19 - Claim Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/02/02 | Christian J Lane | 1.50 | Review materials related to Bank of America asserted right of setoff. |
| 8/05/02 | James W Kapp | 0.20 | Telephone conference with W. Sparks re Bank of America stipulation and attend to issues re same. |
| 8/09/02 | James W Kapp | 0.50 | Review Kellogg response to objection to claim and attend to issues re same (.2); telephone conference with P. Scanlon re Kellogg proof of claim (.3). |
| 8/12/02 | James W Kapp | 0.50 | Attend to issues re Kellogg proof of claim (.3); review Kellogg objection to claim re same and attend to issues re same (.2). |
| 8/12/02 | Christian J Lane | 1.50 | Review materials related to Bank of America asserted right of offset. |
| 8/14/02 | James W Kapp | 0.10 | Attend to issues re proposed Bank of America stipulation. |
| 8/16/02 | Christian J Lane | 2.00 | Prepare for and participate in telephone conference with client re setoff claims on accounts (1.3); correspond with creditor counsel re same (.3); attend to various issues related to same (.4). |
| 8/19/02 | James W Kapp | 0.20 | Attend to correspondence re Bank of America stipulation from D. Walls and attend to issues re same. |
| 8/21/02 | Sabrina M Mitchell | 0.20 | Respond to request for E. Kellogg proof of claim. |
| 8/22/02 | James W Kapp | 0.10 | Attend to issues re objection to Kellogg proof of claim. |
| 8/22/02 | Christian J Lane | 1.00 | Prepare for and attend office conference re Kellogg claim (.5); prepare for and conduct telephone conference with opposing counsel re Kellogg claim (.5). |
| 8/29/02 | Christian J Lane | 0.50 | Attention to Bank of America request for setoff. |
| 8/30/02 | Christian J Lane | 1.30 | Telephone conference with client re utility provider request for deposit (.5); review and revise letter to utility re deposits (.8). |
|  | Total hours: | 9.60 |  |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/02 | Theodore L Freedman | 1.20 | Review Judge Wolin opinion. |
| 8/01/02 | James W Kapp | 1.00 | Review pleadings and correspondence and attend to issues re same (.7); review motion status chart and attend to issues re same (.1); review Daily Bankruptcy Review article re Judge Wolin opinion (.1); review docket and attend to issues re same (.1). |
| 8/01/02 | Sabrina M Mitchell | 2.30 | Respond to request for exclusivity order (.2); update motion status chart (.4); retrieve and duplicate Bolduc motion (.3); review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (1.1). |
| 8/02/02 | James W Kapp | 0.10 | Telephone conference with R. Farrell re Green River Super fund site. |
| 8/02/02 | Sabrina M Mitchell | 4.60 | Attend to matters re Judge McKelvie hearing transcript (.3); update the case file index with new documents and prepare for inclusion into central files (.6); review the online dockets and distribute (.3); identify new pleadings using the court's website and include the same into central files (3.4). |
| 8/05/02 | James W Kapp | 1.00 | Review pleadings and correspondence and attend to issues re same (.4); review motion status chart and attend to issues re same (.1); telephone conference re outstanding matters with D. Carickhoff (.3); review pleadings and correspondence and distribute same (.2). |
| 8/05/02 | Christian J Lane | 1.00 | Review docket and filings. |
| 8/05/02 | Shirley A Pope | 1.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 8/05/02 | Sabrina M Mitchell | 1.30 | Update motion status chart (.3); attend to matters re July 22, 2002, transcript (.3); respond to request for Tersigni application and order (.2); retrieve and duplicate exclusivity order (.2); review the online dockets and distribute (.3). |
| 8/06/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings (1.0); review correspondence, analyze and distribute correspondence to responsible attorneys for action (1.5); review USG docket re PI Committee's response to USG's CMO and download at attorney request (.5). |
| 8/06/02 | Janet S Baer | 1.20 | Organize case files and pending matters. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/06/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute pleadings for attorney review. |
| 8/07/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute pleadings for attorney review. |
| 8/07/02 | Megan K Coleman | 0.50 | Retrieve and prepare documents re Grace's bankruptcy proceedings for attorney use. |
| 8/08/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute pleadings for attorney review. |
| 8/09/02 | James W Kapp | 0.60 | Review and distribute pleadings and correspondence and attend to issues re same. |
| 8/09/02 | Shirley A Pope | 2.30 | Review, analyze and distribute correspondence to attorneys for action and file same (1.3); review docket for newly filed pleadings and download same (1.0). |
| 8/10/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorneys and file same. |
| 8/12/02 | David M Bernick, P.C. | 1.50 | Prepare for and attend team meeting. |
| 8/12/02 | Michelle H Browdy | 1.80 | Prepare for and attend team call re Grace issues including 9/30 trial and follow up on issues related thereto. |
| 8/12/02 | Theodore L Freedman | 2.50 | Prepare for and attend internal K&E status conferences and attend to matters re same. |
| 8/12/02 | James W Kapp | 2.20 | Review and distribute pleadings and correspondence (.2); attend litigation status meeting and attend to issues re same (2.0). |
| 8/12/02 | Scott A McMillin | 1.50 | Prepare for and attend internal conferences re litigation strategy. |
| 8/12/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action and file same. |
| 8/12/02 | Andrew R Running | 0.70 | Prepare for and participate in internal team telephone conference to review status of litigation assignments. |
| 8/12/02 | Janet S Baer | 2.70 | Review numerous case inquiries and respond to same (.5); review agenda for August omnibus hearing (.3); respond to inquiry on B&W settlement (.3); attend team meeting re status of all pending matters and issues for August omnibus hearing (1.6). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/12/02 | Sabrina M Mitchell | 2.90 | Download Kaiser transcript and corresponding agenda from the court's website (.5); update motion status chart (.2); review the online dockets and distribute (.3); identify new pleadings using the court's website and implement same into central files (1.9). |
| 8/13/02 | James W Kapp | 0.50 | Review pleadings and correspondence and attend to issues re same (.2); review articles re related bankruptcy cases and attend to issues re same (.2); review status chart and attend to issues re same (.1). |
| 8/13/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings (1139) and download same (1.0); review, analyze and distribute correspondence to responsible attorneys for action (1.0). |
| 8/13/02 | Douglas G Smith | 1.00 | Prepare for and attend internal K&E team meeting. |
| 8/13/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute. |
| 8/14/02 | James W Kapp | 0.20 | Review and distribute pleadings and correspondence. |
| 8/14/02 | Rhonda A Bledsoe | 2.50 | Revise and update critical dates (1.0); attend to matters re same (.5); review and analyze docket re same (1.0). |
| 8/14/02 | Sabrina M Mitchell | 0.30 | Review the online dockets and distribute pleadings for attorney review. |
| 8/15/02 | James W Kapp | 0.10 | Review and distribute pleadings and correspondence and attend to issues re same. |
| 8/15/02 | Shirley A Pope | 1.30 | Review, analyze and distribute correspondence for attorney action. |
| 8/15/02 | Charisma J Starr | 0.80 | Review database query writing with project assistant. |
| 8/15/02 | Sabrina M Mitchell | 2.50 | Download Westlaw research re interim fee awards (.8); review the online dockets and distribute (.3); download new e-file documents and distribute (.3); identify new pleadings using the court's website and prepare the same for inclusion into central files (1.1). |
| 8/16/02 | Shirley A Pope | 1.80 | Review docket for newly filed pleadings (.4); download Chakarian adversary proceeding pleadings for attorney review (.4); review, analyze and distribute correspondence for attorney action (1.0). |
| 8/16/02 | Charisma J Starr | 0.20 | Assist project assistant with database query. |
| 8/16/02 | Rhonda A Bledsoe | 2.50 | Retrieve central file documents for attorney review (1.5); review and revise critical dates list (1.0). |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/16/02 | Sabrina M Mitchell | 2.60 | Respond to request for fee auditors report and distribute (.2); update central files order index (.7); update the case file index with new documents and prepare for inclusion into central files (.7); review the online dockets and distribute (.4); download new e-file documents and distribute (.6). |
| 8/18/02 | Shirley A Pope | 1.00 | Review, organize and distribute correspondence for attorney action. |
| 8/19/02 | James W Kapp | 0.40 | Review pleadings and correspondence and distribute same. |
| 8/19/02 | Sabrina M Mitchell | 1.30 | Update central files order index and attend to matters re same (.7); download new e-file documents and distribute same for review (.3); review the online dockets and distribute pleadings for attorney review (.3). |
| 8/20/02 | James W Kapp | 0.10 | Review docket and attend to matters re same. |
| 8/20/02 | Shirley A Pope | 1.00 | Review correspondence (.8); arrange telephone conference (.2). |
| 8/20/02 | Sabrina M Mitchell | 0.80 | Review and update supplemental central file order binders (.3); respond to request for case management order (.2); review the online dockets and distribute pleadings for attorney review (.3). |
| 8/21/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence for attorney action. |
| 8/21/02 | Janet S Baer | 1.60 | Review all pleadings (1.0); review and revise various orders for hearing (.6). |
| 8/21/02 | Sabrina M Mitchell | 0.40 | Review the online dockets and distribute pleadings for attorney review. |
| 8/21/02 | Megan K Coleman | 2.60 | Review, catalog and organize depositions for Grace files and Concordance litigation support system. |
| 8/22/02 | David M Bernick, P.C. | 0.80 | Prepare for and attend team meeting. |
| 8/22/02 | Michelle H Browdy | 0.60 | Prepare for and attend K&E team meeting. |
| 8/22/02 | James W Kapp | 0.80 | Participate in litigation status meeting and prepare for same (.6); review and distribute pleadings and correspondence and attend to issues re same (.2). |
| 8/22/02 | Scott A McMillin | 0.90 | Prepare for and attend litigation strategy meeting. |

A-7

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/22/02 | Shirley A Pope | 2.50 | Prepare for and attend litigation strategy meeting (.5); prepare materials for August 26, 2002, status hearing (1.0); review, analyze and distribute correspondence to attorneys for action (1.0). |
| 8/22/02 | Andrew R Running | 0.60 | Participate in internal Kirkland meeting to review status of litigation matters. |
| 8/22/02 | Douglas G Smith | 0.50 | Prepare for and attend team meeting. |
| 8/22/02 | Christopher B Sullivan | 1.00 | Prepare for and attend internal K&E conference re status of projects and case. |
| 8/22/02 | Janet S Baer | 0.80 | Prepare for and attend internal K&E team meeting on status of all pending matters. |
| 8/22/02 | Sabrina M Mitchell | 0.90 | Download new e-file documents and distribute (.4); download updated docket for adversary case (.2); review the online dockets and distribute pleadings for attorney review (.3). |
| 8/23/02 | Shirley A Pope | 1.00 | Review, analyze and distribute correspondence for attorney action. |
| 8/23/02 | Sabrina M Mitchell | 1.20 | Update the case file index with new documents and prepare for inclusion into central files (.8); review the online dockets and distribute pleadings for attorney review (.4). |
| 8/24/02 | Rhonda A Bledsoe | 2.50 | Review and analyze docket re critical dates (1.7); prepare and update revised critical dates (.8). |
| 8/26/02 | Andrew R Running | 0.40 | Attend to matters re staffing assignments. |
| 8/26/02 | Sabrina M Mitchell | 3.50 | Update the case file index with new documents and prepare for inclusion into central files (.9); identify new pleadings using the court's docket and include the same into central files (2.6). |
| 8/27/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence for attorney review and action (1.0); revise indices to W.R. Grace files (2.0). |
| 8/27/02 | Rhonda A Bledsoe | 2.00 | Office conference re status of critical dates (.5); update and revise same (1.0); review and analyze docket re objections to fee application (.5). |
| 8/27/02 | Janet S Baer | 1.00 | Attend to follow up matters re results of omnibus hearing and organize materials re same. |
| 8/28/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence for attorney review and action. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/28/02 | Rhonda A Bledsoe | 0.70 | Review and analyze docket re signed order (.4); attend to matters re same (.3). |
| 8/28/02 | Janet S Baer | 0.50 | Review newly filed pleadings and circulate to appropriate attorneys. |
| 8/29/02 | Rhonda A Bledsoe | 1.30 | Attend to matters re critical dates (.3); review and revise critical dates re new objection and hearing deadlines (1.0). |
| 8/29/02 | Janet S Baer | 0.80 | Review newly filed pleadings and orders and circulate to appropriate parties and attorneys. |
| 8/30/02 | Sabrina M Mitchell | 0.20 | Retrieve OCP order for attorney review. |
| | Total hours: | 102.10 | |

### Matter 21 - Claim Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/06/02 | James W Kapp | 0.80 | Telephone conference with M. Shelnitz re objections to claims and public disclosure re same and attend to matters re same. |
| 8/06/02 | Janet S Baer | 0.70 | Attend to matters re Volovesek claim and related claims issues (.3); confer with M. Shelnitz re claims process and evaluation of claims (.4). |
| 8/12/02 | Janet S Baer | 1.60 | Attend to matters re claims meetings and bar date status (.5); attend to matters re claims meeting and claims protocol (.3); review and revise bar date order and prepare transmittal re same (.8). |
| 8/13/02 | Janet S Baer | 0.60 | Review claims information from Rust Consulting (.3); review certification of counsel re Bar Date order (.3). |
| 8/15/02 | Janet S Baer | 0.50 | Prepare transmittal re PD Committee's request for claims information and confer with Committee and Rust re same. |
| 8/19/02 | James W Kapp | 0.20 | Review order and memorandum in support denying appeal from bar date order. |
| 8/27/02 | Janet S Baer | 0.60 | Confer with F. Zaremby re upcoming claims meeting (.3); review materials re same (.3). |
| 8/30/02 | Janet S Baer | 1.20 | Review correspondence on Claims Register and prepare correspondence to the Commercial Committee re same (.4); review updates from Rust Consulting and K. Kinsella re notice program (.3); prepare outline for claims meeting and review materials re same (.5). |
|  | Total hours: | 6.20 |  |

### Matter 24 - Committee, Creditors', Noteholders' or Equity Holders' – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/07/02 | Christian J Lane | 0.50 | Attention to issues related to committee confidentiality agreements. |
| 8/09/02 | James W Kapp | 0.20 | Review correspondence from J. Sakalo re payments to ordinary course professionals and attend to matters re same. |
| 8/14/02 | James W Kapp | 0.10 | Review correspondence to A. Krieger re Babcock & Wilcox negotiations. |
|  | Total hours: | 0.80 |  |

## Matter 27 - Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/02 | James W Kapp | 0.50 | Review motion of former employees to compel payment of attorney costs and attend to issues re same. |
| 8/01/02 | Janet S Baer | 0.90 | Attend to matters re collective bargaining issues (.3); review materials re claims Q&A for employees and prepare same (.6). |
| 8/02/02 | James W Kapp | 0.60 | Attend to issues re discovery pertaining to employee retention motion (.4); attend to response re same (.2). |
| 8/04/02 | Janet S Baer | 0.30 | Revise Q&A for employee questions for J. Forgach. |
| 8/05/02 | James W Kapp | 0.20 | Attend to issues re revised employee compensation programs. |
| 8/05/02 | Janet S Baer | 0.30 | Confer with P. Somers re Curtis Bay contract negotiations and IRS issues. |
| 8/07/02 | Christian J Lane | 1.50 | Review deposition transcripts related to revised compensation procedures. |
| 8/12/02 | James W Kapp | 1.80 | Review Kaiser transcript re approval of key employee retention programs and attend to issues re same (1.3); telephone conference with B. McGowan re employee compensation motion (.2); review correspondence to retirees re 2003 re medical rates and attend to issues re same (.3). |
| 8/12/02 | Janet S Baer | 0.90 | Review medical benefit letter, conference re same and prepare transmittal re same (.4); review revised Q&A for employee inquires and confer re same (.6). |
| 8/13/02 | James W Kapp | 1.00 | Attend to issues re revised employee compensation program. |
| 8/13/02 | Janet S Baer | 0.30 | Confer with J. Forgach re Q&A issues on employee claims. |
| 8/14/02 | Christian J Lane | 1.20 | Telephone conferences with client re expected supplemental objection of PD Committee to revised compensation procedures (.6); office conferences re same (.6). |
| 8/15/02 | Christian J Lane | 3.00 | Review and analyze PD Committee supplemental objection to revised compensation programs. |
| 8/16/02 | James W Kapp | 1.40 | Review supplemental objection of Property Damage Committee to revised compensation procedures motion and attend to issues re same. |
| 8/16/02 | Christian J Lane | 5.00 | Draft response to supplemental objection to revised compensation programs. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/17/02 | Christian J Lane | 4.20 | Review depositions in preparation to draft response to supplemental objection to revised compensation programs. |
| 8/18/02 | Christian J Lane | 8.50 | Review PD committee's supplemental objection and depositions (3.3); draft response to supplemental objection to revised compensation programs (5.2). |
| 8/19/02 | James W Kapp | 5.10 | Review and revise supplemental response to Property Damage Committee objection to approve revised employee programs and attend to issues re same (4.8); review comments from N. Bubnovich re response and attend to same (.3). |
| 8/19/02 | Christian J Lane | 10.50 | Revise and supplement response to supplemental objection to revised compensation programs (9.5); telephone conferences re same (1.0). |
| 8/19/02 | Janet S Baer | 0.50 | Attend to matters re response to supplemental objection to employee pension plan motion. |
| 8/20/02 | James W Kapp | 7.80 | Review and revise supplemental response in support of revised employee compensation programs (6.1); telephone conference with P. Zilly re same (.4); participate in conference with P. Zilly, B. McGowan and P. Norris re revised employee compensation plans and attend to issues re same (1.3). |
| 8/20/02 | Christian J Lane | 7.10 | Draft response to supplemental objection to revised compensation programs (6.0); telephone conference with client re same (1.1). |
| 8/20/02 | Janet S Baer | 3.50 | Attend to matters re employee compensation program (.5); review draft response to supplemental objection re same (.5); participate in conference on employee compensation response (1.0); review various documents re compensation program (.5); review and revise draft response on employee compensation motion (1.0). |
| 8/21/02 | James W Kapp | 1.40 | Review and revise supplemental response to revised employment compensation motion (1.0); attend to issues re same (.4). |
| 8/21/02 | Christian J Lane | 9.00 | Revise response to supplemental objection to revised compensation programs (5.8); office conference re same (.7); telephone conferences with client re same (1.0); draft supplemental affidavit (1.5). |

A-13

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/21/02 | Janet S Baer | 1.80 | Attend to matters re executive compensation objection and response (1.0); review and revise Bubnovich affidavit (.3); review various revisions to compensation response (.5). |
| 8/22/02 | James W Kapp | 0.10 | Telephone conference with P. Zilly re supplemental response for employee compensation program. |
| 8/22/02 | Christian J Lane | 6.00 | Revise and finalize response to supplemental objection to revised compensation programs (5.5); attend to various issues related to finalizing response (.5). |
| 8/22/02 | Janet S Baer | 4.80 | Attend to matters re executive compensation plan for upcoming hearing (1.0); review and revise response re objection to same (.5); revise order on compensation plan (.3); review PD Committee objections in light of Response (.5); confer with N. Bubnovich re compensation plan (2.0); confer with B. McGowan re same and response to objection (.5). |
| 8/23/02 | Christian J Lane | 1.80 | Prepare materials for hearing (1.0); prepare for participate in telephone conference re hearing preparations (.8). |
| 8/23/02 | Janet S Baer | 3.00 | Prepare charts on LTIP and Severance program re 8/26 hearing (.8); review pleadings and discovery re Key employee plans (2.2). |
| 8/25/02 | Janet S Baer | 2.20 | Review transcript and deposition transcript re evidence on employee retention programs (1.5); review case law re same (.7). |
| 8/26/02 | Janet S Baer | 0.50 | Review materials in preparation for hearing on employee compensation matter. |
|  | Total hours: | 96.70 |  |

## Matter 28 - Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/02 | David M Bernick, P.C. | 1.30 | Conduct telephone conference with F. McGovern re various litigation issues (.5); conduct telephone conference with D. Siegel re status of litigation (.8). |
| 8/01/02 | Lisa G Esayian | 0.70 | Review Charleston site documents produced by State of South Carolina. |
| 8/01/02 | Mark E Grummer | 5.20 | Review exhibits and prepare to take deposition of F. Micke re Western Minerals-Minneapolis site (1.3); take deposition of F. Micke (3.7); review exhibits and prepare for deposition of S. Vega (.2). |
| 8/01/02 | Christian J Lane | 1.50 | Revise response to Gerard motion for reconsideration (.8); attend to matters re same (.7). |
| 8/01/02 | Andrew R Running | 8.20 | Prepare for Norris and McGowan depositions (1.5); conference with J. Forgach to analyze provisions of the proposed compensation changes (.7); prepare B. McGowan and P. Norris for their depositions (1.5); defend McGowan deposition (2.0); defend Norris deposition (2.5). |
| 8/01/02 | David A Codevilla | 0.70 | Revise interrogatory responses to DOJ. |
| 8/01/02 | Janet S Baer | 0.80 | Confer with Canadian counsel re quarterly report for the Court on case status (.3); final review of Gerard reply and confer with counsel for Continental re same (.5). |
| 8/02/02 | Mark E Grummer | 3.60 | Review exhibits and prepare for deposition of S. Vega (1.1); take deposition of S. Vega re Western Mineral site (2.5). |
| 8/02/02 | Christian J Lane | 1.80 | Revise and finalize response to Gerard motion for reconsideration. |
| 8/02/02 | Andrew R Running | 0.70 | Telephone conference with B. McGowan and P. Norris re follow-up items from their depositions (.2); outline Personal Injury Committee's case management order arguments (.5). |
| 8/02/02 | Janet S Baer | 1.80 | Conference with R. Ferrell re Green River PRP site claim (.3); review Gerard motion re Bond (.5); further review and revise Gerard response re indemnity issues (.5); review CNA's reply on Gerard (.5). |
| 8/04/02 | Lisa G Esayian | 1.70 | Review key Charleston site documents and prepare for deposition of Charleston site project manager (1.5); review and reply to e-mails from M. Grummer re discovery issues (.2). |

A-15

| **Date** | **Name** | **Hours** | **Description** |
| --- | --- | --- | --- |
| 8/04/02 | Janet S Baer | 0.80 | Review correspondence re EAIC matter (.3); review transcript re Bolduc fee matter for applicability to fraudulent conveyance case (.5). |
| 8/05/02 | Lisa G Esayian | 1.00 | Attend to matters re Grace's responses to United States' interrogatories (.5); review newly-produced Woburn site itemized cost summary and conference with L. Duff at Grace re same (.5). |
| 8/05/02 | Mark E Grummer | 7.90 | Review Micke and Vega deposition transcripts and exhibits and draft summaries of same (1.5); K&E conferences re interrogatory answers and other discovery matters (.4); attend to various discovery matters (1.3); review discovery documents to prepare interrogatory answers (.6); K&E conference re discovery issues and deposition results (.4); review, edit, draft and revise draft answers to the United States' interrogatories (3.7). |
| 8/05/02 | Andrew R Running | 2.60 | Review Peterson affidavit and other exhibits filed with the Personal Injury Committee's July 22, 2002, case management order brief (1.3); telephone conversation with J. Hughes re Williams & Connolly inquiry (.1); outline portions of Personal Injury Committee's case management order arguments and our responses (1.2). |
| 8/05/02 | David J Zott | 4.40 | Review opinion re standards (.7); review Env. Expert Report (1.0); review supplemental witness disclosure (.3); conference with team re status of pending projects (.5); conference with D. Frost re expert and discovery issues (.2); work on disclosure and document discovery (.8); review draft interrogatory responses (.5); K&E conference re same (.4). |
| 8/05/02 | Janet S Baer | 1.40 | Respond to inquiries re scheme administrators' matter (.3); follow up re ZAI budget and further revise same (.5); attend to matters re payment of fees to counsel to former employees in litigation (.3); review Maryland's response re Gerard (.3). |
| 8/06/02 | Lisa G Esayian | 3.50 | Review files of South Carolina Department of Environment and Health at their Columbia offices re Grace Charleston site (1.5); outline questions for and review exhibits for deposition of J. Canova of South Carolina DHEC re Charleston site (1.0); attend to matters re various discovery issues (1.0). |
| 8/06/02 | James W Kapp | 0.20 | Attend to issues re Gerard's motion to compel Maryland Casualty to post a bond. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/06/02 | Christian J Lane | 1.80 | Prepare for and conduct telephone conference with counsel for MCNIC (.3); draft stipulation resolving MCNIC adversary proceeding (1.5). |
| 8/06/02 | Andrew R Running | 3.80 | Review transcript of July 22 hearing before Judge Fitzgerald (.8); analyze case management order arguments raised by Personal Injury Committee and prepare outline for D. Bernick re same (2.1); telephone conversation with D. Rourke re Peterson affidavit (.2); review Personal Injury Committee's response to USG case management order proposals (.7). |
| 8/06/02 | David A Codevilla | 4.40 | Draft, revise and edit responses to DOJ interrogatories, and related telephone conferences with Grace personnel re same. |
| 8/06/02 | Janet S Baer | 3.10 | Attend to matters re Maryland/Gerard Bond matter (.5); attend to matters re ZAI revised budget (1.0); review 7/22 transcript re issues for ZAI Budget and related matters (1.0); confer with W. Sparks re counsel issue for testifying witnesses in EPA litigation (.3); follow up with D. Siegel and W. Sparks further re same (.3). |
| 8/07/02 | Michelle H Browdy | 6.40 | Prepare for 8/9 hearing on discovery of Grace post-98 documents (3.0); review and analyze documents re same (3.4). |
| 8/07/02 | Mark E Grummer | 4.20 | Draft and revise interrogatory answers including K&E conferences and client telephone conferences (4.0); attend to other discovery matters (.2). |
| 8/07/02 | Andrew R Running | 1.30 | Telephone conference with counsel for London market insurers re their potential participation in the case management order briefing (.3); review select asbestos claimants' case management order briefs and exhibits (.8); confer with C. Lane re employee compensation motion depositions (.2). |
| 8/08/02 | Shirley A Pope | 1.00 | Prepare ZAI informational briefs for attorney review. |
| 8/08/02 | Andrew R Running | 4.10 | Legal research and analyze authorities cited by Personal Injury Committee in their case management order brief (3.3); confer with D. Smith re same (.2); review B. McGowan deposition transcript in the employee compensation plan dispute (.6). |
| 8/09/02 | Lisa G Esayian | 0.20 | Draft summary of Canova deposition re Charleston site. |
| 8/09/02 | James W Kapp | 0.20 | Review correspondence from M. Davis re National Union Surety Bonds and attend to issues re same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/10/02 | David J Zott | 4.50 | Review documents compiled by M. Grummer re Libby site and factual background re same (3.0); review draft trial outline re same (1.5). |
| 8/11/02 | David M Bernick, P.C. | 1.50 | Review various pleadings. |
| 8/11/02 | Mark E Grummer | 1.70 | Review expert reports prepared for Montana cost recovery action and fraudulent conveyance action by E. Anderson (risk issues), Moolgavkar (risk issues) and Hughson (risk issues). |
| 8/12/02 | David M Bernick, P.C. | 2.20 | Conduct telephone conference with D. Siegel re status of the litigation (.8); conduct telephone conference with J. Baer re fee issues (.3); review of opinion of preparation for Friday hearing (.8); conduct telephone conference with D. Siegel re futures representative (.3). |
| 8/12/02 | Mark E Grummer | 3.50 | Review expert reports for use in cost recovery and fraudulent conveyance actions (1.0); attend to matters re same (.1); prepare letter to J. Ellington of Department of Justice re Libby site discovery issues (.8); telephone conference with K. Coggon of Holme Roberts re Libby discovery issues (.2); attend to various Libby site discovery matters (.6); telephone conference with J. Ellington re discovery issues (.2); prepare follow-up email to team re results of Ellington call (.3); telephone conference with J. Ellington re deposition schedule (.1); revise Libby site outline (.2). |
| 8/12/02 | Elli Leibenstein | 0.60 | Analyze expert opinion (.2); telephone conference with D. Rourke re values (.4). |
| 8/13/02 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with co-defense counsel re Libby. |
| 8/13/02 | Mark E Grummer | 3.80 | Prepare outline of Libby site issues (.4); prepare for and participate in team conference call re Libby trial preparations status and projects (.8); conferences with various team members re specific Libby projects (.2); research re use of 1% standard for asbestos in soil and prepare email to team re same (.4); review Libby discovery documents (.6); review news stories re P. Peronard, EPA's Libby site manager (.3); conference with M. Ang re indemnified sites project (.4); review Western Minerals site air sampling data (.5); review status of various Libby site projects (.2). |