| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/13/02 | Christian J Lane | 2.70 | Draft response to Gerard motion for injunction bond (1.8); office conference re same (.4); attention to status of miscellaneous contested matters (.5). |
| 8/13/02 | Douglas G Smith | 0.50 | Review plaintiffs brief in support of case management order. |
| 8/13/02 | Janet S Baer | 1.90 | Review draft Canadian status report and prepare inserts for same (.5); review Kaiser transcript re exclusivity and employee compensation matters (.4); review Equity, UCC and Unofficial Committee's briefs re Personal Injury case management (1.0). |
| 8/14/02 | David M Bernick, P.C. | 4.00 | Conduct telephone conference with R. Fink re work on Libby issues (.2); conduct telephone conference with Skadden re meeting with the Court (.8); conduct telephone conference with Evans Wohlforth (.5); work on estimation brief in and conferences with A. Running re PI case management order (2.5). |
| 8/14/02 | Mark E Grummer | 0.30 | Review Libby site discovery documents. |
| 8/14/02 | Shirley A Pope | 2.00 | Review, organize and distribute correspondence for attorney action. |
| 8/14/02 | Andrew R Running | 6.60 | Meeting with D. Bernick to analyze reply brief issues for personal injury case management order motion (.5); prepare first draft of reply brief outline (4.5); attend to matters re executive compensation motion briefing (.4); review P. Norris deposition (1.2). |
| 8/14/02 | Janet S Baer | 2.00 | Further revise Canadian status report (.5); attend to matters re all outstanding motions for 8/26 omnibus hearing and related issues (1.0); review draft Gerard response on Bond and confer with counsel for Maryland Casualty re same (.5). |
| 8/15/02 | Andrew R Running | 3.50 | Revise outline of case management order reply brief (.8); review and select potential appendix exhibits for the brief (2.7). |
| 8/15/02 | Janet S Baer | 0.30 | Attend to matters re Gerard Bond motion. |
| 8/16/02 | Andrew R Running | 5.20 | Review testimony and documentary exhibits for potential inclusion in personal injury case management order reply brief (4.3); revise draft outline of the brief and attend to matters re same (.9). |
| 8/16/02 | Janet S Baer | 0.30 | Review supplemental objection on executive compensation program. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/17/02 | Lisa G Esayian | 2.00 | Review Roux Associates' Hatco and Walpole reports (1.0); write outline of key Walpole site facts and trial exhibits (1.0). |
| 8/17/02 | Mark E Grummer | 2.60 | Review draft E. Ram and E. Anderson expert reports re Libby and prepare email memorandum to team with comments re same. |
| 8/17/02 | Andrew R Running | 10.10 | Conference with D. Bernick and D. Smith re drafting of personal injury case management order reply brief (.8); draft sections of the reply brief (8.8); conference with D. Smith re his sections of the brief (.5). |
| 8/17/02 | Douglas G Smith | 10.20 | Draft reply to personal injury committee proposed case management order (9.4); meet with A. Running and D. Bernick re same (.8). |
| 8/18/02 | Lisa G Esayian | 1.10 | Review Roux Associates' Hatco, Curtis Bay and Chattanooga reports. |
| 8/18/02 | Mark E Grummer | 1.30 | Review Bartelt draft expert report re Libby site. |
| 8/18/02 | Elli Leibenstein | 0.50 | Prepare Haas cross-examination. |
| 8/18/02 | Andrew R Running | 3.60 | Draft and revise case management order reply brief. |
| 8/19/02 | Lisa G Esayian | 1.70 | Draft Woburn site trial outline. |
| 8/19/02 | Shirley A Pope | 2.50 | Cite check CMO reply brief (2.0); retrieve documents re exhibits to CMO brief (.5). |
| 8/19/02 | Andrew R Running | 9.60 | Draft and revise case management order reply brief to Judge Wolin (8.4); conference with D. Bernick re revisions to the brief (1.2). |
| 8/19/02 | Douglas G Smith | 5.00 | Draft reply in support of case management order. |
| 8/19/02 | Janet S Baer | 1.60 | Attend to numerous matters re outstanding notices for 8/26 omnibus hearing (.5); review Judge Wolin opinion re motion on bar date order appeal (.4); review Gerard Reply on Motion to Reconsider (.3); review Kane response and confer re same (.4). |
| 8/20/02 | David M Bernick, P.C. | 3.30 | Review and revise reply brief and conduct telephone conference with D. Smith and A. Running re same (2.5); conduct telephone conference with M. Browdy re discovery issues (.8). |
| 8/20/02 | Lisa G Esayian | 1.50 | Write Charleston site trial outline. |
| 8/20/02 | Christian J Lane | 0.50 | Draft letter to Michael Davis re National Union. |
| 8/20/02 | Shirley A Pope | 3.00 | Cite check revised Grace CMO reply brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/02 | Andrew R Running | 9.10 | Continue drafting and making revisions to case management order reply brief to Judge Wolin (7.1); telephone conference with J. Hughes re his comments on the brief (.3); telephone conference with G. Bragg re expert preparation matters (.8); conference with D. Bernick re revisions to the case management order reply brief (.9). |
| 8/20/02 | Douglas G Smith | 1.50 | Revise reply in support of case management proposal. |
| 8/21/02 | David M Bernick, P.C. | 4.20 | Further revisions to the reply brief (.8); prepare Peronard deposition (1.5); conduct telephone conference with A. Running re reply brief (.5); prepare for and participate in telephone conference with local counsel re environmental issues (1.3); conduct telephone conference with D. Siegel re environmental litigation (.1). |
| 8/21/02 | Lisa G Esayian | 2.70 | Assemble key documents for preparation of Grace's D. Williams for deposition re Curtis Bay site and review same (.7); write Curtis Bay site trial outline (2.0). |
| 8/21/02 | Christian J Lane | 0.50 | Draft letter to Michael Davis re National Union adversary proceeding. |
| 8/21/02 | Andrew R Running | 5.50 | Draft and final revisions to case management order reply brief to Judge Wolin (4.4); telephone conference with D. Bernick re same (.5); review Personal Injury Committee's reply brief (.6). |
| 8/21/02 | Rhonda A Bledsoe | 1.00 | Arrange logistics re scheduled depositions (.5); prepare correspondence to N. Aberile re same (.3); telephone conference with N. Aberile re same (.2). |
| 8/21/02 | David A Codevilla | 1.50 | Setup and arrange deposition of EPA witness for Holme Roberts (1.0); confer with Holme Roberts re further arrangements of same (.5). |
| 8/21/02 | Janet S Baer | 1.00 | Respond to inquiry re eyes only documents re claims (.3); attend to matters re Kellogg claim and objection (.5); review BMW Stipulation (.2). |
| 8/22/02 | David M Bernick, P.C. | 6.60 | Preparation for Peronard deposition (.8); conduct telephone conference with F. McGovern (.3); preparation for Grace status conference before Judge Fitzgerald and attend to matters re same (4.0); meet with N. Bubnovich (1.5). |
| 8/22/02 | James W Kapp | 0.30 | Review and revise correspondence to M. Davis re National Union adversary proceedings (.2); telephone conference with L. Jones re fraudulent conveyance issues and pending dates (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/02 | Christian J Lane | 0.40 | Revise letter to Michael Davis. |
| 8/22/02 | Andrew R Running | 3.60 | Meeting with D. Bernick to prepare him for hearing on key employee compensation motion (.5); review Norris, McGowan and Bubnovich depositions to select key testimony and exhibits for D. Bernick's use at the hearing (2.4); telephone conferences with G. Bragg re expert report (.3); review draft reply brief re compensation motion (.4). |
| 8/22/02 | Janet S Baer | 3.30 | Prepare for and attend to matters re Gerard and Kellogg for upcoming hearing (2.0); revise order ZAI science trial budget (.3); prepare documents for entry of 7/22 ZAI order and confer with Delaware counsel re filing (1.0). |
| 8/23/02 | David M Bernick, P.C. | 2.90 | Preparation for Peronard deposition (2.7); attend to matters re same (.2). |
| 8/23/02 | Mark E Grummer | 4.90 | Review E. Ram expert report chapter re Libby, prepare markup of same and forward to D. Bernick (1.0); review list of EPA guidance documents potentially applicable to Libby site and request copies of same from team members (.4); review Libby documents received from Holme Roberts (.5); review news stories re EPA activities at Libby site (.1); review Holme Roberts materials re Libby produced documents (.2); attend to matters re projects to assemble Libby documents and potential exhibits for P. Peronard deposition (.4); assemble and review Libby documents for P. Peronard deposition (.4); review materials re EPA treatment of Zonolite attic insulation in Libby cleanup (.3); review collection of news stories re EPA activities in Libby (1.6). |
| 8/23/02 | Janet S Baer | 8.30 | Review transcripts and case law on Gerard in preparation for 8/26 hearing (3.0); prepare index and chronology re Gerard, Rennock and Schull (2.0); confer with J. Hughes re Libby history (.3); prepare outline and review case law re Gerard and procedural posture of Gerard matter (3.0). |
| 8/24/02 | David M Bernick, P.C. | 1.00 | Preparation for Peronard deposition. |
| 8/24/02 | Mark E Grummer | 1.90 | Review document collection re Libby site received from Holme Roberts in preparation for P. Peronard deposition. |
| 8/25/02 | David M Bernick, P.C. | 11.00 | Preparation for P. Peronard deposition (3.0); preparation for hearing with Judge Fitzgerald (8.0). |
| 8/25/02 | Mark E Grummer | 2.10 | Continue review of Libby document collection and preparation for deposition of P. Peronard. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/25/02 | Janet S Baer | 1.10 | Review case law re Gerard procedural matters (.5); review BMW, GE matters re omnibus hearing and Stipulation (.6). |
| 8/26/02 | David M Bernick, P.C. | 1.00 | Preparation for Peronard deposition. |
| 8/26/02 | Lisa G Esayian | 2.70 | Work on Chattanooga site trial outline and Chattanooga trial exhibits (1.5); attend to matters re Grace's responses to requests for admission (.7); attend to matter re trial exhibits for environmental sites (.5). |
| 8/26/02 | Janet S Baer | 1.00 | Review case law in preparation for hearing on Gerard motion. |
| 8/27/02 | David M Bernick, P.C. | 4.50 | Preparation for P. Peronard deposition (4.0); conduct telephone conference with F. McGovern (.5). |
| 8/27/02 | Mark E Grummer | 5.90 | Review assembled sets of Libby documents in preparation for P. Peronard deposition and listing of trial exhibits (3.4); several conferences with various Holme Roberts attorneys re same, status of discovery and issues in Montana cost recovery case, and other issues related to Libby (1.0); make final preparations and set of potential exhibits for P. Peronard deposition (1.5) |
| 8/27/02 | Andrew R Running | 1.10 | Exchange voicemail messages with W. Sparks re preparation of expert reports (.2); telephone conference with L. Flatley re same (.2); telephone conference with S. McMillin re same (.3); telephone conference with G. Bragg re preparation of supplemental exhibits for his report (.4). |
| 8/27/02 | Janet S Baer | 0.60 | Review materials re issue on ZAI scheduling order (.3); review new ZAI draft order (.3). |
| 8/28/02 | David M Bernick, P.C. | 4.50 | Prepare for and take P. Peronard deposition. |
| 8/28/02 | Lisa G Esayian | 2.50 | Revise and add to Chattanooga trial outline in light of additional documents from Grace and state of Tennessee. |
| 8/28/02 | Mark E Grummer | 3.60 | Review newly-received materials for potential exhibits for P. Peronard deposition (.4); attend P. Peronard deposition and assist D. Bernick at same (3.0); conferences with D. Frost, and K. Lund re various discovery and trial preparation issues related to Libby site (.2). |
| 8/28/02 | Christian J Lane | 1.50 | Attention to issues related to MCNIC adversary proceeding. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/02 | Rhonda A Bledsoe | 0.70 | Telephone conference with N. Aberle re logistics of depositions (.3); arrange same with office services re building passes (.4). |
| 8/28/02 | Janet S Baer | 1.70 | Attend to matters re 7/22/02 ZAI order controversy (.5); confer with counsel for Ohio AG re settlement agreement on Baker & Taylor (.3); confer with D. Biderman re same (.2); prepare draft Gerard Order and transmittal re same (.5); confer with J. Wisler re Gerard order (.2). |
| 8/29/02 | David M Bernick, P.C. | 0.50 | Conduct telephone conference with D. Siegel re mediations. |
| 8/29/02 | Christian J Lane | 1.00 | Attention to issues related to MCNIC adversary proceeding. |
| 8/29/02 | Janet S Baer | 0.30 | Attend to matters re CNA/CIBC litigation and letter of credit. |
| 8/30/02 | David M Bernick, P.C. | 0.10 | Conduct telephone conference with Ellington re stipulations on environmental issue. |
| 8/30/02 | David A Codevilla | 0.20 | Discuss additional EPA deposition arrangements with Holme Roberts. |
| | Total hours: | 295.80 | |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/08/02 | James W Kapp | 0.70 | Review agenda for August 26, 2002, hearing and attend to issues re same. |
| 8/08/02 | Christian J Lane | 0.80 | Review and comment on draft hearing agenda. |
| 8/13/02 | James W Kapp | 0.30 | Attend to issues re August 26, 2002, hearing and prepare for same. |
| 8/14/02 | James W Kapp | 1.30 | Attend status meeting re August 26, 2002, hearing and attend to issues re same. |
| 8/15/02 | Janet S Baer | 0.30 | Review agenda and designate necessary information and pleading for preparation for 8/26 hearing. |
| 8/16/02 | Sabrina M Mitchell | 1.60 | Download and retrieve relevant documents for August 26, 2002, hearing. |
| 8/19/02 | Sabrina M Mitchell | 1.50 | Download documents for attorney review in preparation for July 22, 2002, hearing (1.2); create central file folders for documents relevant to August 26, 2002, hearing (.3). |
| 8/20/02 | Janet S Baer | 0.50 | Attend to matters re 8/26 omnibus hearing. |
| 8/21/02 | Janet S Baer | 0.20 | Attend to matters re preparation for 8/26 omnibus hearing. |
| 8/22/02 | Rhonda A Bledsoe | 2.70 | Retrieve pleadings and exhibits re preparation of hearing (1.7); interoffice conferences re same (1.0). |
| 8/22/02 | Janet S Baer | 1.50 | Attend to matters re 8/26 hearing. |
| 8/23/02 | Shirley A Pope | 1.00 | Assemble documents re August 26, 2002, hearing. |
| 8/23/02 | Sabrina M Mitchell | 0.40 | Prepare pleadings relevant to August 26, 2002, hearing. |
| 8/24/02 | David M Bernick, P.C. | 2.00 | Prepare for 8/26 omnibus hearings. |
| 8/25/02 | Rhonda A Bledsoe | 1.00 | Prepare documents re hearing. |
| 8/26/02 | David M Bernick, P.C. | 9.00 | Preparation for and participating in hearings before Judge Fitzgerald and Judge Wolin. |
| 8/26/02 | Janet S Baer | 4.00 | Attend to matters in preparation for omnibus hearing (1.0); attend 8/26 omnibus hearing re Gerard, executive compensation, ZAI and fees (3.0). |
| | Total hours: | 28.80 | |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/01/02 | Roger J Higgins | 0.30 | Attend to matters re extension of period to reject or assume leases. |
| 8/06/02 | James W Kapp | 0.20 | Review prepetition agreement with American Express re certain programs. |
| 8/12/02 | Christian J Lane | 1.50 | Draft motion to extend time to assume or reject leases. |
| 8/13/02 | Christian J Lane | 1.00 | Review correspondence re Lancaster, PA property (.5); attend to various other real estate issues (.5). |
| 8/14/02 | James W Kapp | 0.10 | Attend to Kent Holding correspondence re issues pertaining to a particular lease. |
| | Total hours: | 3.10 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/07/02 | Sabrina M Mitchell | 2.10 | Download final fee auditor reports and prepare for reprographics (1.4); prepare report binders and include the same into central files (.7). |
| 8/08/02 | Roger J Higgins | 0.50 | Attend to matters re preparation for August 26 hearing on fee application matters. |
| 8/08/02 | Sabrina M Mitchell | 0.40 | Download new fee auditor reports and include into central files. |
| 8/11/02 | Roger J Higgins | 1.50 | Prepare K&E July fee application detail. |
| 8/12/02 | Roger J Higgins | 0.50 | Prepare K&E July fee application detail. |
| 8/14/02 | Roger J Higgins | 4.00 | Prepare K&E July fee application detail. |
| 8/15/02 | James W Kapp | 0.70 | Attend to issues re fee examiner report re quarterly application (.1); attend to issues re final report of fee examiner and develop response thereto (.6). |
| 8/15/02 | Janet S Baer | 0.50 | Review fee examiner report in preparation for hearing on interim fees. |
| 8/15/02 | Sabrina M Mitchell | 0.20 | Review fee auditors final report and attend to matters re same. |
| 8/16/02 | James W Kapp | 1.20 | Attend to issues re response to fee examiner's final report (.5); review final report and address issues re same (.7). |
| 8/16/02 | Janet S Baer | 1.30 | Attend to matters re fee auditor report and response to same (1.0); review draft of response to fee auditor (.3). |
| 8/16/02 | Roger J Higgins | 2.00 | Review final fee auditor report (1.0); prepare response thereto (1.0). |
| 8/16/02 | Sabrina M Mitchell | 0.70 | Respond to request for hearing agendas and fee application detail in preparation for fee auditor response. |
| 8/17/02 | Roger J Higgins | 7.50 | Draft e-mail correspondence to attorneys re timekeeping practices (.5); draft objection to fee auditor final report (6.0); attend to matter related thereto (1.0). |
| 8/19/02 | James W Kapp | 0.80 | Review and revise response to final report of fee auditors and attend to issues re same. |
| 8/19/02 | Janet S Baer | 1.80 | Attend to matters re fee examiner report and response (.8); revise and supplement same (1.0). |
| 8/19/02 | Sabrina M Mitchell | 1.90 | Review July billing information and attend to matters re same. |
| 8/20/02 | Janet S Baer | 1.50 | Revise response to fee auditor's final report and coordinate filing of same (1.0); review and revise motion for leave re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/02 | Roger J Higgins | 1.00 | Draft motion for late response. |
| 8/20/02 | Sabrina M Mitchell | 2.80 | Prepare the fifth quarterly fee application and attend to matters re same. |
| 8/21/02 | Roger J Higgins | 2.10 | Revise July K&E fee application detail. |
| 8/22/02 | Janet S Baer | 0.30 | Revise order on K&E fees. |
| 8/22/02 | Roger J Higgins | 3.80 | Revise July fee application detail (3.3); prepare fifth quarterly fee application for April-June 2002 (.5). |
| 8/22/02 | Sabrina M Mitchell | 0.90 | Attend to matters re preparation of fifth quarterly fee application. |
| 8/23/02 | Sabrina M Mitchell | 1.30 | Prepare quarterly fee application for filing with the court and attend to matters re same. |
| 8/26/02 | Janet S Baer | 0.70 | Review response on fee auditor recommendation (.3); prepare for hearing on fees (.4). |
| 8/27/02 | Rhonda A Bledsoe | 0.50 | Office conference re fee application process and attend to matters re same. |
| 8/27/02 | Janet S Baer | 2.10 | Conference with W. Smith re results of hearing on quarterly fees and issues for fee spreadsheet (.8); follow up re fee categories issues for fee auditor and review memo re same (.3); attend to matters re issues raised by fee auditor at court at first fee hearing (1.0). |
| 8/27/02 | Roger J Higgins | 3.50 | Attend to matters re outcome of 8/26 hearing on fees (.6); telephone conference with W. Smith re same (.3); draft e-mail memoranda to W. Smith re same (.6); prepare for and attend internal K&E meeting re fee application preparation (.3); consider issues re new matter numbers (1.4); draft e-mail to client re same (.3). |
| 8/28/02 | Rhonda A Bledsoe | 2.00 | Review and revise fee application (1.7); office conference re same (.3). |
| 8/28/02 | Janet S Baer | 2.30 | Internal conference re fee examiner issues and practices (.3); prepare memorandum on billing procedures and descriptions for fee applications (1.5); review, revise and circulate same (.5). |
| 8/28/02 | Roger J Higgins | 4.00 | Internal conference re fee application issues and attend to matters re same (1.0); prepare fee application detail (2.5); consider fee application issues re 8/26 hearing outcome (.5). |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 8/29/02 | Rhonda A Bledsoe | 3.00 | Office conference re preparation and submission of new matter numbers (.4); telephone conference with conflicts department re same (.3); prepare and revise index re new matter numbers (1.3); office conference re cost and expense totals for each fee application submitted to court (.4); review and analyze same to preparation of index (.6). |
| 8/29/02 | Roger J Higgins | 3.50 | Revise July fee detail (1.3); revise omnibus order for fourth quarter fees (1.0); attend to matters re realignment of matter numbers (1.2). |
| 8/30/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re professional affidavits for preparation of index to fee auditor (.7);attend to matters re same (.3). |
| 8/31/02 | Rhonda A Bledsoe | 2.00 | Review and analyze spreadsheet re fees and costs from April 2001 through present date. |
|  | Total hours: | 65.90 |  |

## Matter 35 – Fee Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/05/02 | James W Kapp | 0.10 | Attend to issues re quarterly fee applications of particular professionals. |
| 8/05/02 | Roger J Higgins | 0.80 | Telephone conference with W. Sparks re outstanding issues (.3); attend to matters re Tersigni and Bilzin Sumberg compensation issues (.3); telephone conference with D. Carickhoff re same (.2). |
| 8/28/02 | Roger J Higgins | 0.50 | Telephone conference with J. Sakalo re OCP letter (.1); attend to matters re OCP issues (.2); telephone conference with R. Finke re same (.2). |
| 8/30/02 | Roger J Higgins | 1.80 | Attend to matters re development of fees and costs spreadsheet (1.0); attend to matters re ascertaining definitive list of retained professionals (.8). |
|  | Total hours: | 3.20 |  |

## Matter 37 – Plan and Disclosure Statement – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/11/02 | James W Kapp | 0.20 | Attend to issues re exclusivity. |
| 8/12/02 | James W Kapp | 0.10 | Telephone conference with M. Shelnitz and D. Siegel re exclusivity motion. |
| 8/22/02 | James W Kapp | 0.20 | Attend to issues re plan exclusivity and objections to same. |
| | Total hours: | 0.50 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/12/02 | James W Kapp | 0.20 | Attend to issues re Perkins Coie. |
| | Total hours: | 0.20 | |

## Matter 42 – Travel Non-Working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/02 | Mark E Grummer | 2.90 | Travel time (billed at half time). |
| 8/01/02 | Andrew R Running | 1.40 | Travel from Columbia, Maryland to Chicago following Norris and McGowan depositions (billed at half time). |
| 8/02/02 | Mark E Grummer | 1.70 | Travel (billed at half time). |
| 8/19/02 | Mark E Grummer | 0.80 | Travel (Memphis, TN) (billed at half time). |
| 8/20/02 | Mark E Grummer | 1.50 | Travel to Washington, DC (billed at half time). |
| 8/25/02 | David M Bernick, P.C. | 2.00 | Travel to hearing (billed at half time). |
| 8/25/02 | Janet S Baer | 1.00 | Travel from Chicago to Delaware for omnibus hearing (billed at half time). |
| 8/26/02 | David M Bernick, P.C. | 2.00 | Travel to Denver (billed at half time). |
| 8/26/02 | Mark E Grummer | 0.30 | Travel time (billed at half time). |
| 8/26/02 | Janet S Baer | 2.00 | Travel from Delaware back to Chicago after Omnibus hearing (billed at half time). |
| 8/28/02 | David M Bernick, P.C. | 2.00 | Travel to Peronard deposition (billed at half time). |
| 8/28/02 | Mark E Grummer | 2.00 | Travel time (billed at half time). |
| | Total hours: | 19.60 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/02 | Todd F Maynes | 0.50 | Revise Nestor letter and attend to matters re same. |
| 8/01/02 | Pratibha J Shenoy | 2.50 | Draft memorandum re housing issues. |
| 8/01/02 | Nara Sugino | 5.30 | Research on and prepare outline of bankruptcy aspects of employment tax claims. |
| 8/02/02 | Nicholas O Isaacson | 3.00 | Telephone conference with E. Filon re necessity of a tax refund escrow agreement (.5); draft same (2.5). |
| 8/02/02 | Pratibha J Shenoy | 2.50 | Revise draft memorandum re housing issues. |
| 8/02/02 | Nara Sugino | 2.60 | Research on and prepare outline of rules re bankruptcy aspects of employment tax claims. |
| 8/05/02 | Todd F Maynes | 1.00 | Revise Nestor letter and attend to matters re same. |
| 8/05/02 | Nara Sugino | 6.30 | Research on and prepare outline of bankruptcy aspects of employment tax liability. |
| 8/06/02 | Nicholas O Isaacson | 1.00 | Draft escrow and obtaining background information on sharing of NOLs. |
| 8/06/02 | James W Kapp | 0.10 | Attend to issues re creation of escrow agreement re tax refund. |
| 8/06/02 | Todd F Maynes | 0.50 | Revise Nestor letter. |
| 8/06/02 | Nara Sugino | 7.10 | Research on and prepare outline re bankruptcy aspects of IRS employment tax claims. |
| 8/07/02 | Nara Sugino | 4.80 | Research on and prepare outline re bankruptcy aspects of IRS employment tax claim. |
| 8/08/02 | Nicholas O Isaacson | 3.00 | Draft tax refund escrow agreement. |
| 8/09/02 | Nicholas O Isaacson | 1.00 | Draft tax refund escrow agreement. |
| 8/09/02 | Todd F Maynes | 1.00 | Review and revise Nestor letter (.7); telephone conferences with R. Stewart (.3). |
| 8/12/02 | Nicholas O Isaacson | 3.00 | Draft tax refund escrow agreement. |
| 8/12/02 | Todd F Maynes | 1.30 | Prepare letter to Nestor (.5); attend to matters re same (.3); research re priority status of employment taxes (.5). |
| 8/13/02 | Nicholas O Isaacson | 4.00 | Draft tax refund escrow agreement and distribute same. |
| 8/13/02 | Todd F Maynes | 1.50 | Research re priority of employment tax for settlement purposes. |
| 8/14/02 | Todd F Maynes | 0.50 | Research re tax priority status. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/15/02 | Nicholas O Isaacson | 2.00 | Draft tax refund escrow agreement. |
| 8/15/02 | Todd F Maynes | 1.00 | Research re priority status re possible settlement. |
| 8/15/02 | Pratibha J Shenoy | 1.00 | Participate in telephone conference with client and government attorney re settlement and bankruptcy issues (.8); attend to matters re same (.2). |
| 8/15/02 | Janet S Baer | 0.80 | Confer with IRS re COLI issues and status of Grace case. |
| 8/16/02 | Nicholas O Isaacson | 2.50 | Draft tax refund escrow agreement (2.0); participate in conference call with E. Filon re same (.5). |
| 8/16/02 | Todd F Maynes | 1.50 | Research re tax priority status for employment taxes. |
| 8/16/02 | Pratibha J Shenoy | 1.50 | Research bankruptcy tax claim priority issues (1.0); attend to matters re same (.5). |
| 8/19/02 | Todd F Maynes | 0.50 | Attend to matters re priority status of employment taxes. |
| 8/19/02 | Pratibha J Shenoy | 2.00 | Attend to matters re housing issues (.5); review issues re tax claim priority (1.5). |
| 8/20/02 | Todd F Maynes | 1.00 | Attend to matters re priority status (.5); revise Nestor letter (.5). |
| 8/20/02 | Pratibha J Shenoy | 6.50 | Research re priority status of tax claims (4.5); prepare memorandum re same (2.0). |
| 8/21/02 | Pratibha J Shenoy | 0.50 | Attend to matters re priority status of tax claims. |
| 8/22/02 | Pratibha J Shenoy | 0.50 | Attend to matters re priority status of tax claims. |
| 8/23/02 | Todd F Maynes | 1.50 | Research re priority status for employment taxes. |
| 8/26/02 | Pratibha J Shenoy | 4.30 | Prepare spreadsheet illustrating priority of tax claims (3.8); attend to matters re same (.5). |
| 8/26/02 | Linda Potapova | 6.80 | Research Code section 382 provisions re definition of 5% shareholder. |
| 8/27/02 | Todd F Maynes | 2.00 | Prepare memorandum re potential transfer restrictions. |
| 8/27/02 | Pratibha J Shenoy | 3.00 | Finish spreadsheet illustrating priority of tax claims. |
| 8/27/02 | Roger J Higgins | 2.10 | Consider settlement agreement issues raised by E. Filon e-mail (1.7); telephone conferences with E. Filon re same (.4). |
| 8/27/02 | Linda Potapova | 5.50 | Research Code section 382 provisions re definition of 5% shareholder (5.0); conference with T. Maynes re the same (.5). |
| 8/28/02 | Todd F Maynes | 3.00 | Prepare memorandum re need for transfer restrictions. |
| 8/28/02 | Janet S Baer | 0.60 | Attend to matters re COLI and related tax settlement issues (.3); review memo re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/02 | Roger J Higgins | 0.50 | Attend to matters re E. Filon tax settlement e-mail (.2); telephone conference with E. Filon re same (.3). |
| 8/28/02 | Linda Potapova | 2.50 | Research Code section 468(B) provisions re valuation of large blocks of stock. |
| 8/29/02 | Todd F Maynes | 1.00 | Attend to matters re settlement discussions and prospects. |
| 8/29/02 | Linda Potapova | 2.00 | Research provisions re valuation of fair market value of stock in connection with Code section 468(B) transfer. |
| 8/30/02 | Todd F Maynes | 0.80 | Revise memorandum re transfer restrictions. |
|  | Total hours: | 109.40 |  |

## Matter 51 – ZAI Science Trial – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/02 | Timothy S Hardy | 4.50 | Office conference with D. Kuchinsky, D. Cameron et al re low dose issues. |
| 8/01/02 | S Jonathan Silverman | 8.50 | Conference with B. Price and co-counsel (3.0); additional work re epidemiological literature (5.5). |
| 8/01/02 | Christopher B Sullivan | 4.00 | Draft master fact outline for ZAI. |
| 8/02/02 | Christopher B Sullivan | 5.50 | Draft ZAI and Libby fact outline. |
| 8/02/02 | Janet S Baer | 0.80 | Review revised ZAI budget and documents re same. |
| 8/05/02 | Christopher B Sullivan | 6.00 | Draft/edit ZAI fact outline (2.0); review documents for inclusion in outline (4.0). |
| 8/06/02 | S Jonathan Silverman | 4.50 | Review epidemiological literature. |
| 8/06/02 | Christopher B Sullivan | 5.00 | Draft/edit ZAI fact outline (2.0); review documents for inclusion in outline (3.0). |
| 8/07/02 | Timothy S Hardy | 0.50 | Review new ATSDR Libby Mortality Study. |
| 8/07/02 | Christopher B Sullivan | 3.00 | Draft/edit ZAI fact outline (1.0); review documents in support of same (2.0). |
| 8/08/02 | Christopher B Sullivan | 1.10 | Telephone conference with W. Sparks re government deposition of J. Walter (.4); various conferences with Reed Smith re materials and documents reference in ZAI fact outline (.2); organize documents reference in ZAI outline (.5). |
| 8/12/02 | Janet S Baer | 0.40 | Attend to matters re ZAI budget and special counsel. |
| 8/13/02 | Shirley A Pope | 1.00 | Prepare ZAI briefs and transcripts for attorney review. |
| 8/15/02 | David M Bernick, P.C. | 0.80 | Conduct telephone conference with re low dose expert work. |
| 8/15/02 | Janet S Baer | 0.30 | Attend to matters re ZAI claimants calls to #800 and follow-up. |
| 8/16/02 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with A. Running and D. Smith re Grace reply brief on estimation, consider issues and attend to matters re same. |
| 8/19/02 | David M Bernick, P.C. | 2.50 | Revise Grace reply brief on estimation and attend to matters re same. |
| 8/19/02 | Christopher B Sullivan | 3.80 | Review documents for inclusion in ZAI fact outline. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/21/02 | David M Bernick, P.C. | 1.00 | Compilation of low dose exposure studies. |
| 8/23/02 | Christopher B Sullivan | 2.40 | Review/edit Debtors' responses to plaintiffs' interrogatories (1.4); review/edit responses to request for production (.6); review/edit responses to requests for admission (.4). |
| 8/27/02 | Christopher B Sullivan | 1.50 | Draft/edit master fact ZAI outline with incorporation of relevant documents. |
|  | Total hours: | 58.10 |  |

### Matter 54 – Employment Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/02 | Roger J Higgins | 0.30 | Revise tenth Sprayregen supplemental affidavit. |
| | Total hours: | 0.30 | |