## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com
_____

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

September 30, 2002

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   58448

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2002

Atty - SLB

RE:        01- Case Administration

Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 07/02/02 | SLB | 1.90 | 855.00 | Continued research and preparation of memo to  Committee regarding notice program (1.9). |
| 07/02/02 | JMS | 1.20 | 282.00 | Telephone call to E. Patterson regarding PD claims (.3); email from J. Baer regarding extension (.2); telephone conference with K. Allen regarding possible PD claim (.4); email to D. Scott thereon (.3). |
| 07/02/02 | BAB | 0.20 | 12.00 | Update docket (.2). |
| 07/03/02 | BAB | 0.20 | 12.00 | Update docket |
| 07/08/02 | JMS | 0.50 | 117.50 | Review 6/18 hearing transcript (.5). |
| 07/09/02 | JMS | 0.70 | 164.50 | Review docket (.3); review Armstrong opinion denying class certification and email memo thereon (.4). |
| 07/10/02 | JMS | 0.90 | 211.50 | Email update to S. Baena (.3); review docket (.2); review Debtors' response to motion for clarification (.4). |
| 07/11/02 | JMS | 0.20 | 47.00 | Review docket report (.2). |
| 07/12/02 | JMS | 0.20 | 47.00 | Review docket report (.2). |
| 07/13/02 | JMS | 1.30 | 305.50 | Review and analyze Gerard motion for reconsideration and case law cited therein (.8); review Debtors' response to Scheme Administrators (.2); review case docket (.3). |
| 07/16/02 | JMS | 0.40 | 94.00 | Review agenda and emails to D. Carickhoff and P. Cuniff thereon (.4). |
| 07/16/02 | ADB | 0.40 | 40.00 | Research and pull article on "Protecting the Product: A special report; Company's Silence Countered Safety Fears about Asbestos"  dated 7/9/02 for Jay Sakalo. |
| 07/16/02 | BAB | 0.40 | 24.00 | Update docket (.2); download files (.2). |
| 07/17/02 | JMS | 0.90 | 211.50 | Review hearing notebook for 7/22 hearing (.4); emails from/to D. Carickhoff regarding agenda (.5). |
| 07/17/02 | BAB | 5.60 | 336.00 | Create hearing index for July 22, 2002 hearing (.3); prepare, organize, and edit hearing notebook (5.3). |
| 07/18/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 07/18/02 | JMS | 0.20 | 47.00 | Telephone conference with M. Heermann regarding personal injury estimation proceedings (.2). |
| 07/18/02 | BAB | 0.20 | 12.00 | Update docket (.2) |
| 07/21/02 | JMS | 3.10 | 728.50 | Prepare for omnibus hearing, including review of all matters scheduled on agenda, discussions with committee members (3.1). |
| 07/22/02 | SLB | 1.50 | 675.00 | Conference with D. Scott, E. Westbrook, T. Sobol, E. Cabraser and J. Sakalo regarding matters to be heard at 7/22 hearing (1.5). |
| 07/22/02 | JMS | 1.50 | 352.50 | Conference with D. Scott, B. Westbrooks, T. Sobol, E. Cabrases, S. Baena regarding matters to be heard at 7/22 hearing (1.5). |
| 07/23/02 | SLB | 0.30 | 135.00 | Email from and to M. Dies regarding debriefing on 7/22 hearing (.3). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 07/23/02 | JMS | 0.40 | 94.00 | Review docket (.3); telephone conference with M. Zaleski regarding PI response brief (.1). |
| 07/24/02 | JMS | 0.30 | 70.50 | Emails to S. Baena regarding PI estimation brief (.3). |
| 07/24/02 | JMS | 0.10 | 23.50 | Begin preparation of order regarding clarification of bar date and email to R. Miller thereon (.1). |
| 07/25/02 | JMS | 0.60 | 141.00 | Telephone conference with M. Zaleski regarding redacted versions of estimation brief (.1); telephone conference with A. Krieger regarding same (.1); email to committee regarding PI estimation brief (.4). |
| 07/26/02 | SLB | 0.30 | 135.00 | Email to D. Scott regarding revised list of counsel for ZAI claimants (.2); email to M. Zaleski regarding POI charts (.1). |
| 07/26/02 | JMS | 0.70 | 164.50 | Telephone call to J. Kapp regarding PI estimation brief (.1); telephone call from/to D. Mcgara regarding hearings (.4); review docket (.2). |
| 07/27/02 | JMS | 0.20 | 47.00 | Telephone call to J. Kapp regarding PI estimation brief (.2). |
| 07/29/02 | SLB | 2.00 | 900.00 | Email to M. Dies regarding ZAI claimant (.2); review PI committee's brief on estimation and email memorandum to PD committee regarding response (1.8). |
| 07/29/02 | NP | 0.20 | 12.00 | Download copy of Docket for Jay Sakalo (.2) |
| 07/30/02 | JMS | 1.10 | 258.50 | Telephone conference with J. Baer regarding obtaining copies of unredacted copies of PI estimation briefs (.2); telephone conference with D. Scott regarding hearing transcript and follow-up call to R. Miller thereon (.3); emails to/from D. Speights,M. Dies regarding status of pending matters (.6). |
| 07/30/02 | NP | 0.70 | 42.00 | Download copy of Docket (.2); update pleadings (.5) |
| 07/31/02 | JMS | 0.20 | 47.00 | Email to committee regarding 7/22 hearing transcript (.2). |
| 07/31/02 | NP | 0.20 | 12.00 | Download copy of the court docket for Jay Sakalo (.2) |

**PROFESSIONAL SERVICES**                                                                                    $6,715.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/31/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249713 DATE: 6/11/02 | 9.35 |
| 06/18/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249732 DATE: 6/27/02 | 19.68 |
| 06/20/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 429616232 DATE: 6/28/02 | 23.20 |
| 06/26/02 | Photocopies - Outside Service NEW AGE IMAGE, INC.; INVOICE#: 15054; DATE: 6/26/02 | 174.97 |
| 07/01/02 | Photocopies  23.00pgs @ .15/pg | 3.45 |
| 07/01/02 | Photocopies  155.00pgs @ .15/pg | 23.25 |
| 07/01/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/01/02 | Photocopies  2195.00pgs @ .15/pg | 329.25 |
| 07/01/02 | Long Distance Telephone(215) 569-4145 | 11.50 |
| 07/01/02 | Long Distance Telephone(409) 883-4394 | 19.62 |
| 07/01/02 | Long Distance Telephone(302) 575-1555 | 2.71 |
| 07/01/02 | Long Distance Telephone(803) 943-4444 | 9.47 |
| 07/01/02 | Long Distance Telephone(401) 438-5020 | 16.91 |
| 07/01/02 | Long Distance Telephone(214) 698-3868 | 8.12 |
| 07/01/02 | Long Distance Telephone(312) 861-2249 | 2.03 |
| 07/01/02 | Long Distance Telephone(409) 883-4394 | 0.68 |
| 07/01/02 | Long Distance Telephone(409) 882-1731 | 6.09 |
| 07/01/02 | Long Distance Telephone(803) 943-4444 | 5.41 |
| 07/01/02 | Long Distance Telephone(856) 486-6961 | 0.68 |
| 07/01/02 | Long Distance Telephone(408) 437-4631 | 2.71 |
| 07/02/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 07/02/02 | Photocopies  34.00pgs @ .15/pg | 5.10 |
| 07/02/02 | Photocopies  34.00pgs @ .15/pg | 5.10 |
| 07/02/02 | Photocopies  712.00pgs @ .15/pg | 106.80 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 07/02/02 | Long Distance Telephone(901) 384-7016 | 4.06 |
| 07/02/02 | Long Distance Telephone(212) 594-5300 | 0.68 |
| 07/02/02 | Long Distance Telephone(202) 862-5000 | 7.44 |
| 07/02/02 | Long Distance Telephone(202) 862-5000 | 1.35 |
| 07/02/02 | Long Distance Telephone(803) 943-4444 | 4.74 |
| 07/02/02 | Long Distance Telephone(212) 620-4020 | 1.35 |
| 07/02/02 | Long Distance Telephone(214) 698-3868 | 13.53 |
| 07/03/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 07/03/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 07/03/02 | Long Distance Telephone(212) 946-9440 | 2.03 |
| 07/03/02 | Long Distance Telephone(302) 575-1555 | 3.38 |
| 07/03/02 | Long Distance Telephone(212) 872-8010 | 1.35 |
| 07/03/02 | Long Distance Telephone(312) 984-7759 | 2.03 |
| 07/03/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2070712150 | 29.01 |
| 07/03/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2070712150 | 20.10 |
| 07/06/02 | Photocopies  31.00pgs @ .15/pg | 4.65 |
| 07/06/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/08/02 | Photocopies  524.00pgs @ .15/pg | 78.60 |
| 07/08/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/08/02 | Postage | 1.52 |
| 07/08/02 | Long Distance Telephone(409) 883-7136 | 6.09 |
| 07/08/02 | Long Distance Telephone(212) 946-9353 | 4.06 |
| 07/08/02 | Long Distance Telephone(212) 946-9353 | 2.03 |
| 07/08/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 07/08/02 | Long Distance Telephone(409) 883-4394 | 0.68 |
| 07/08/02 | Long Distance Telephone(646) 733-5723 | 0.68 |
| 07/08/02 | Long Distance Telephone(646) 733-5723 | 1.35 |
| 07/09/02 | Photocopies  167.00pgs @ .15/pg | 25.05 |
| 07/09/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 07/09/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/09/02 | Photocopies  1120.00pgs @ .15/pg | 168.00 |
| 07/09/02 | Photocopies  10.00pgs @ .15/pg | 1.50 |
| 07/09/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 07/09/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/09/02 | Postage | 1.48 |
| 07/09/02 | Postage | 5.05 |
| 07/09/02 | Postage | 0.37 |
| 07/09/02 | Long Distance Telephone(202) 862-5000 | 1.35 |
| 07/09/02 | Long Distance Telephone(303) 312-7367 | 3.38 |
| 07/09/02 | Long Distance Telephone(646) 733-5723 | 8.79 |
| 07/09/02 | Long Distance Telephone(310) 645-9000 | 2.03 |
| 07/09/02 | Long Distance Telephone(212) 946-9446 | 1.35 |
| 07/09/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 07/09/02 | Long Distance Telephone(202) 862-5000 | 1.35 |
| 07/09/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 961249750 DATE: 7/19/02 | 53.69 |
| 07/09/02 | Long Distance Telephone(212) 813-1703 | 3.38 |
| 07/10/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/10/02 | Photocopies  448.00pgs @ .15/pg | 67.20 |
| 07/10/02 | Postage | 1.20 |
| 07/10/02 | Long Distance Telephone(212) 594-5300 | 0.68 |
| 07/10/02 | Long Distance Telephone(843) 216-9109 | 2.03 |
| 07/10/02 | Long Distance Telephone(401) 438-5020 | 1.35 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 07/10/02 | Long Distance Telephone(202) 862-5000 | 0.68 |
| 07/10/02 | Long Distance Telephone(409) 883-7136 | 5.41 |
| 07/11/02 | Photocopies  540.00pgs @ .15/pg | 81.00 |
| 07/11/02 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 07/11/02 | Photocopies  81.00pgs @ .15/pg | 12.15 |
| 07/11/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 961249752 DATE: 7/24/02 | 28.62 |
| 07/11/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2071412280 | 16.96 |
| 07/12/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 07/12/02 | Telecopies    18.00pgs @ .50/pg | 9.00 |
| 07/12/02 | Telecopies    20.00pgs @ .50/pg | 10.00 |
| 07/12/02 | Telecopies    14.00pgs @ .50/pg | 7.00 |
| 07/12/02 | Long Distance Telephone(202) 429-3301 | 1.35 |
| 07/12/02 | Long Distance Telephone(212) 813-1703 | 1.35 |
| 07/12/02 | Long Distance Telephone(803) 943-4599 | 3.38 |
| 07/12/02 | Long Distance Telephone(212) 594-5300 | 19.62 |
| 07/12/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 07/12/02 | Long Distance Telephone(803) 943-4444 | 3.38 |
| 07/12/02 | Long Distance Telephone(202) 429-3302 | 1.35 |
| 07/13/02 | Meals PERRICONE'S MARKETPLACE; INVOICE#: CHK86-07/11/02 | 34.97 |
| 07/14/02 | Long Distance Telephone(302) 575-1555 | 2.71 |
| 07/15/02 | Photocopies  255.00pgs @ .15/pg | 38.25 |
| 07/15/02 | Photocopies  10.00pgs @ .15/pg | 1.50 |
| 07/15/02 | Photocopies  13.00pgs @ .15/pg | 1.95 |
| 07/15/02 | Photocopies  3061.00pgs @ .15/pg | 459.15 |
| 07/15/02 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 07/15/02 | Long Distance Telephone(202) 862-7801 | 12.18 |
| 07/15/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249755 DATE: 7/23/02 | 22.45 |
| 07/16/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 07/16/02 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 07/16/02 | Telecopies    2.00pgs @ .50/pg | 1.00 |
| 07/16/02 | Telecopies    2.00pgs @ .50/pg | 1.00 |
| 07/16/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 07/16/02 | Long Distance Telephone(212) 946-9432 | 1.35 |
| 07/16/02 | Long Distance Telephone(312) 984-7759 | 0.68 |
| 07/16/02 | Long Distance Telephone(202) 429-3301 | 0.68 |
| 07/16/02 | Long Distance Telephone(202) 429-3301 | 0.68 |
| 07/16/02 | Long Distance Telephone(770) 499-7127 | 2.03 |
| 07/16/02 | Long Distance Telephone(401) 438-5020 | 2.03 |
| 07/16/02 | Long Distance Telephone(310) 645-9000 | 2.03 |
| 07/16/02 | Long Distance Telephone(212) 813-1703 | 3.38 |
| 07/16/02 | Long Distance Telephone(215) 569-1569 | 18.27 |
| 07/16/02 | Long Distance Telephone(843) 524-5708 | 15.56 |
| 07/16/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 961249757 DATE: 7/23/02 | 36.75 |
| 07/16/02 | Long Distance Telephone-Outside Services AT&T TELECONFERENCE SERVICES; INVOICE#: 08/01/02 | 172.36 |
| 07/17/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/17/02 | Photocopies  140.00pgs @ .15/pg | 21.00 |
| 07/17/02 | Photocopies  111.00pgs @ .15/pg | 16.65 |
| 07/17/02 | Photocopies  610.00pgs @ .15/pg | 91.50 |
| 07/17/02 | Photocopies  445.00pgs @ .15/pg | 66.75 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/17/02 | Photocopies 180.00pgs @ .15/pg | 27.00 |
| 07/17/02 | Photocopies 182.00pgs @ .15/pg | 27.30 |
| 07/17/02 | Photocopies 458.00pgs @ .15/pg | 68.70 |
| 07/17/02 | Photocopies 74.00pgs @ .15/pg | 11.10 |
| 07/17/02 | Photocopies 118.00pgs @ .15/pg | 17.70 |
| 07/17/02 | Photocopies 5.00pgs @ .15/pg | 0.75 |
| 07/17/02 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/17/02 | Long Distance Telephone(212) 594-5300 | 11.50 |
| 07/17/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 07/17/02 | Long Distance Telephone(843) 524-5708 | 32.47 |
| 07/17/02 | Long Distance Telephone(212) 946-9432 | 26.38 |
| 07/17/02 | Long Distance Telephone(843) 524-5708 | 21.65 |
| 07/17/02 | Long Distance Telephone(312) 832-4443 | 4.06 |
| 07/17/02 | Long Distance Telephone(214) 674-9016 | 3.38 |
| 07/18/02 | Photocopies 10.00pgs @ .15/pg | 1.50 |
| 07/18/02 | Photocopies 152.00pgs @ .15/pg | 22.80 |
| 07/18/02 | Photocopies 15.00pgs @ .15/pg | 2.25 |
| 07/18/02 | Photocopies 6.00pgs @ .15/pg | 0.90 |
| 07/18/02 | Photocopies 42.00pgs @ .15/pg | 6.30 |
| 07/18/02 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 07/18/02 | Long Distance Telephone(212) 594-5300 | 8.12 |
| 07/18/02 | Long Distance Telephone(312) 861-2200 | 1.35 |
| 07/18/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 07/18/02 | Long Distance Telephone(202) 862-7828 | 4.74 |
| 07/18/02 | Long Distance Telephone(212) 319-7125 | 3.38 |
| 07/18/02 | Parking CASH; INVOICE#: PCASH-07/31/02; DATE: 7/31/02 | 10.00 |
| 07/18/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 961249759 DATE: 7/24/02 | 11.12 |
| 07/18/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2072112569 | 33.11 |
| 07/19/02 | Photocopies 52.00pgs @ .15/pg | 7.80 |
| 07/19/02 | Photocopies 32.00pgs @ .15/pg | 4.80 |
| 07/19/02 | Photocopies 751.00pgs @ .15/pg | 112.65 |
| 07/19/02 | Photocopies 134.00pgs @ .15/pg | 20.10 |
| 07/19/02 | Photocopies 38.00pgs @ .15/pg | 5.70 |
| 07/19/02 | Long Distance Telephone(302) 594-3100 | 0.68 |
| 07/19/02 | Long Distance Telephone(212) 594-5300 | 10.82 |
| 07/19/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249760 DATE: 7/30/02 | 41.05 |
| 07/19/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249760 DATE: 7/30/02 | 27.03 |
| 07/20/02 | Photocopies 417.00pgs @ .15/pg | 62.55 |
| 07/22/02 | Photocopies 75.00pgs @ .15/pg | 11.25 |
| 07/22/02 | Photocopies 1.00pgs @ .15/pg | 0.15 |
| 07/22/02 | Photocopies 24.00pgs @ .15/pg | 3.60 |
| 07/22/02 | Photocopies 24.00pgs @ .15/pg | 3.60 |
| 07/22/02 | Long Distance Telephone(212) 594-5300 | 13.53 |
| 07/22/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249762 DATE: 8/2/02 | 29.18 |
| 07/23/02 | Photocopies 30.00pgs @ .15/pg | 4.50 |
| 07/23/02 | Photocopies 15.00pgs @ .15/pg | 2.25 |
| 07/23/02 | Photocopies 2.00pgs @ .15/pg | 0.30 |
| 07/23/02 | Photocopies 184.00pgs @ .15/pg | 27.60 |
| 07/23/02 | Photocopies 179.00pgs @ .15/pg | 26.85 |
| 07/23/02 | Photocopies 19.00pgs @ .15/pg | 2.85 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 07/23/02 | Photocopies  134.00pgs @ .15/pg | 20.10 |
| 07/23/02 | Photocopies  47.00pgs @ .15/pg | 7.05 |
| 07/23/02 | Photocopies  37.00pgs @ .15/pg | 5.55 |
| 07/23/02 | Photocopies  268.00pgs @ .15/pg | 40.20 |
| 07/23/02 | Photocopies  60.00pgs @ .15/pg | 9.00 |
| 07/23/02 | Telecopies    10.00pgs @ .50/pg | 5.00 |
| 07/23/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/23/02 | Telecopies    122.00pgs @ .50/pg | 61.00 |
| 07/23/02 | Telecopies    122.00pgs @ .50/pg | 61.00 |
| 07/23/02 | Telecopies    148.00pgs @ .50/pg | 74.00 |
| 07/23/02 | Telecopies    60.00pgs @ .50/pg | 30.00 |
| 07/23/02 | Telecopies    122.00pgs @ .50/pg | 61.00 |
| 07/23/02 | Telecopies    40.00pgs @ .50/pg | 20.00 |
| 07/23/02 | Long Distance Telephone(212) 868-1229 | 3.38 |
| 07/23/02 | Long Distance Telephone(803) 943-8094 | 0.68 |
| 07/23/02 | Long Distance Telephone(302) 426-1900 | 0.68 |
| 07/23/02 | Long Distance Telephone(212) 946-9446 | 1.35 |
| 07/23/02 | Long Distance Telephone(212) 594-5300 | 15.56 |
| 07/23/02 | Long Distance Telephone(310) 645-9000 | 21.65 |
| 07/23/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 40.59 |
| 07/23/02 | Long Distance Telephone(401) 434-1909 | 23.68 |
| 07/23/02 | Long Distance Telephone(310) 337-4140 | 0.68 |
| 07/23/02 | Long Distance Telephone(310) 337-4140 | 36.53 |
| 07/23/02 | Long Distance Telephone(202) 986-0050 | 56.83 |
| 07/23/02 | Long Distance Telephone(401) 434-1909 | 29.77 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 23.00 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(770) 423-7402 | 1.35 |
| 07/23/02 | Long Distance Telephone(212) 813-1703 | 6.09 |
| 07/23/02 | Long Distance Telephone(202) 986-0052 | 3.38 |
| 07/23/02 | Long Distance Telephone(202) 986-0052 | 1.35 |
| 07/23/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249762 DATE: 8/2/02 | 55.26 |
| 07/23/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 0961249762 DATE: 8/2/02 | 45.08 |
| 07/23/02 | Meals MIAMI CITY CLUB; INVOICE#: MAM-07/31/02; DATE: 7/31/02 | 77.99 |
| 07/24/02 | Photocopies  85.00pgs @ .15/pg | 12.75 |
| 07/24/02 | Photocopies  67.00pgs @ .15/pg | 10.05 |
| 07/24/02 | Photocopies  16.00pgs @ .15/pg | 2.40 |
| 07/24/02 | Telecopies    46.00pgs @ .50/pg | 23.00 |
| 07/24/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/24/02 | Telecopies    34.00pgs @ .50/pg | 17.00 |
| 07/24/02 | Telecopies    34.00pgs @ .50/pg | 17.00 |
| 07/24/02 | Long Distance Telephone(202) 986-0050 | 42.62 |
| 07/24/02 | Long Distance Telephone(210) 824-5600 | 41.94 |
| 07/24/02 | Long Distance Telephone(770) 499-7127 | 0.68 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/24/02 | Long Distance Telephone(212) 946-9432 | 14.21 |
| 07/24/02 | Long Distance Telephone(770) 866-3200 | 2.03 |
| 07/24/02 | Long Distance Telephone(312) 861-2000 | 3.38 |
| 07/24/02 | Long Distance Telephone(202) 986-0050 | 2.71 |
| 07/24/02 | Long Distance Telephone(202) 986-0052 | 4.06 |
| 07/24/02 | Long Distance Telephone(202) 986-0052 | 0.68 |
| 07/24/02 | Long Distance Telephone(509) 455-9555 | 4.74 |
| 07/24/02 | Long Distance Telephone(310) 645-9000 | 2.03 |
| 07/24/02 | Long Distance Telephone(509) 242-2225 | 2.03 |
| 07/24/02 | Long Distance Telephone(970) 925-9414 | 0.68 |
| 07/24/02 | Long Distance Telephone(312) 861-2460 | 1.35 |
| 07/24/02 | Long Distance Telephone(212) 946-9432 | 2.03 |
| 07/24/02 | Long Distance Telephone(973) 824-2188 | 12.18 |
| 07/24/02 | Long Distance Telephone(973) 824-2188 | 12.18 |
| 07/24/02 | Long Distance Telephone(212) 813-1703 | 0.68 |
| 07/24/02 | Photocopies - Outside Service NEW AGE IMAGE, INC.; INVOICE#: 15510; DATE: 7/24/02 | 146.64 |
| 07/24/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2072812727 | 20.52 |
| 07/24/02 | Meals MIAMI CITY CLUB; INVOICE#: RMD-07/31/02; DATE: 7/31/02 | 64.51 |
| 07/25/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 07/25/02 | Telecopies    92.00pgs @ .50/pg | 46.00 |
| 07/25/02 | Long Distance Telephone(843) 216-9148 | 3.38 |
| 07/25/02 | Long Distance Telephone(312) 861-2000 | 4.06 |
| 07/25/02 | Long Distance Telephone(212) 813-9774 | 0.68 |
| 07/25/02 | Long Distance Telephone(212) 813-0580 | 1.35 |
| 07/25/02 | Long Distance Telephone(202) 986-0052 | 23.00 |
| 07/25/02 | Long Distance Telephone(803) 943-4444 | 40.59 |
| 07/26/02 | Photocopies  188.00pgs @ .15/pg | 28.20 |
| 07/26/02 | Photocopies  40.00pgs @ .15/pg | 6.00 |
| 07/26/02 | Photocopies  147.00pgs @ .15/pg | 22.05 |
| 07/26/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 07/26/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/26/02 | Photocopies  230.00pgs @ .15/pg | 34.50 |
| 07/26/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/26/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 07/26/02 | Long Distance Telephone(903) 454-3700 | 12.18 |
| 07/26/02 | Long Distance Telephone(212) 946-9432 | 4.74 |
| 07/26/02 | Long Distance Telephone(312) 861-2000 | 4.74 |
| 07/26/02 | Long Distance Telephone(312) 422-9049 | 0.68 |
| 07/26/02 | Long Distance Telephone(970) 925-9414 | 6.09 |
| 07/26/02 | Long Distance Telephone(202) 986-0050 | 20.30 |
| 07/26/02 | Long Distance Telephone(803) 943-4444 | 36.53 |
| 07/26/02 | Long Distance Telephone(803) 943-4444 | 64.27 |
| 07/26/02 | Long Distance Telephone(803) 943-4599 | 1.35 |
| 07/26/02 | Long Distance Telephone(808) 885-6622 | 55.47 |
| 07/26/02 | Long Distance Telephone(412) 394-2584 | 1.35 |
| 07/26/02 | Long Distance Telephone(312) 861-2000 | 1.35 |
| 07/26/02 | Long Distance Telephone(831) 626-8152 | 4.74 |
| 07/26/02 | Long Distance Telephone(412) 394-2584 | 5.41 |
| 07/26/02 | Meals MIAMI CITY CLUB; INVOICE#: RMD-07/31/02; DATE: 7/31/02 | 70.23 |
| 07/27/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/27/02 | Photocopies  97.00pgs @ .15/pg | 14.55 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 07/27/02 | Photocopies  25.00pgs @ .15/pg | 3.75 |
| 07/27/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 07/27/02 | Telecopies    50.00pgs @ .50/pg | 25.00 |
| 07/27/02 | Long Distance Telephone(312) 861-2000 | 2.03 |
| 07/27/02 | Long Distance Telephone(410) 461-6054 | 3.38 |
| 07/27/02 | Long Distance Telephone(704) 377-2536 | 2.03 |
| 07/27/02 | Federal Express FEDERAL EXPRESS CORP. INVOICE#: 429791730 DATE: 8/1/02 | 34.42 |
| 07/28/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/28/02 | Photocopies  30.00pgs @ .15/pg | 4.50 |
| 07/28/02 | Photocopies  48.00pgs @ .15/pg | 7.20 |
| 07/28/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/28/02 | Photocopies  10.00pgs @ .15/pg | 1.50 |
| 07/28/02 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 07/28/02 | Photocopies  53.00pgs @ .15/pg | 7.95 |
| 07/28/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/28/02 | Photocopies  86.00pgs @ .15/pg | 12.90 |
| 07/28/02 | Telecopies   22.00pgs @ .50/pg | 11.00 |
| 07/28/02 | Telecopies    18.00pgs @ .50/pg | 9.00 |
| 07/28/02 | Long Distance Telephone(704) 350-7122 | 1.35 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(409) 883-4814 | 8.79 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(409) 883-4814 | 6.09 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(803) 943-4599 | 0.68 |
| 07/28/02 | Long Distance Telephone(202) 986-0050 | 1.35 |
| 07/28/02 | Meals PERRICONE'S MARKETPLACE; INVOICE#: 07/22/02-08/09/02 | 27.99 |
| 07/29/02 | Photocopies  356.00pgs @ .15/pg | 53.40 |
| 07/29/02 | Photocopies  232.00pgs @ .15/pg | 34.80 |
| 07/29/02 | Photocopies  114.00pgs @ .15/pg | 17.10 |
| 07/29/02 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 07/29/02 | Photocopies  48.00pgs @ .15/pg | 7.20 |
| 07/29/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 07/29/02 | Photocopies  751.00pgs @ .15/pg | 112.65 |
| 07/29/02 | Photocopies  12.00pgs @ .15/pg | 1.80 |
| 07/29/02 | Photocopies  160.00pgs @ .15/pg | 24.00 |
| 07/29/02 | Photocopies  154.00pgs @ .15/pg | 23.10 |
| 07/29/02 | Photocopies  942.00pgs @ .15/pg | 141.30 |
| 07/29/02 | Photocopies  384.00pgs @ .15/pg | 57.60 |
| 07/29/02 | Photocopies  30.00pgs @ .15/pg | 4.50 |
| 07/29/02 | Photocopies  40.00pgs @ .15/pg | 6.00 |
| 07/29/02 | Photocopies  985.00pgs @ .15/pg | 147.75 |
| 07/29/02 | Photocopies  170.00pgs @ .15/pg | 25.50 |
| 07/29/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 07/29/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 07/29/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 07/29/02 | Telecopies    22.00pgs @ .50/pg | 11.00 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 07/29/02 | Telecopies   24.00pgs @ .50/pg | 12.00 |
| 07/29/02 | Long Distance Telephone(803) 943-4599 | 6.09 |
| 07/29/02 | Long Distance Telephone(803) 943-4444 | 4.74 |
| 07/29/02 | Long Distance Telephone(704) 350-7122 | 1.35 |
| 07/29/02 | Long Distance Telephone(803) 943-4444 | 0.68 |
| 07/29/02 | Long Distance Telephone(704) 333-9889 | 4.74 |
| 07/29/02 | Long Distance Telephone(202) 986-0050 | 56.15 |
| 07/29/02 | Long Distance Telephone(202) 862-7801 | 2.03 |
| 07/29/02 | Long Distance Telephone(704) 377-4143 | 2.03 |
| 07/29/02 | Parking CASH; INVOICE#: PCASH-07/31/02; DATE: 7/31/02 | 20.00 |
| 07/29/02 | Meals CROUTONS; INVOICE#: 5011; DATE: 7/31/02 | 25.03 |
| 07/30/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/30/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 07/30/02 | Photocopies  53.00pgs @ .15/pg | 7.95 |
| 07/30/02 | Photocopies  52.00pgs @ .15/pg | 7.80 |
| 07/30/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 07/30/02 | Photocopies  58.00pgs @ .15/pg | 8.70 |
| 07/30/02 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 07/30/02 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 07/30/02 | Telecopies   136.00pgs @ .50/pg | 68.00 |
| 07/30/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 07/30/02 | Telecopies   104.00pgs @ .50/pg | 52.00 |
| 07/30/02 | Telecopies   118.00pgs @ .50/pg | 59.00 |
| 07/30/02 | Telecopies   52.00pgs @ .50/pg | 26.00 |
| 07/30/02 | Long Distance Telephone(312) 861-2000 | 1.35 |
| 07/30/02 | Long Distance Telephone(312) 861-2200 | 0.68 |
| 07/30/02 | Long Distance Telephone(212) 868-1229 | 5.41 |
| 07/30/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 07/30/02 | Long Distance Telephone(704) 377-2536 | 1.35 |
| 07/30/02 | Long Distance Telephone(704) 377-2536 | 1.35 |
| 07/30/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 07/30/02 | Long Distance Telephone(704) 378-4000 | 8.79 |
| 07/30/02 | Long Distance Telephone(202) 986-0050 | 2.71 |
| 07/30/02 | Long Distance Telephone(212) 506-2999 | 27.74 |
| 07/30/02 | Long Distance Telephone(202) 986-0052 | 4.74 |
| 07/30/02 | Long Distance Telephone(202) 986-0050 | 33.15 |
| 07/31/02 | Photocopies  454.00pgs @ .15/pg | 68.10 |
| 07/31/02 | Photocopies  1048.00pgs @ .15/pg | 157.20 |
| 07/31/02 | Photocopies  853.00pgs @ .15/pg | 127.95 |
| 07/31/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 07/31/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 07/31/02 | Telecopies   80.00pgs @ .50/pg | 40.00 |
| 07/31/02 | Long Distance Telephone(212) 813-1687 | 23.00 |
| 07/31/02 | Long Distance Telephone(212) 946-9440 | 5.41 |
| 07/31/02 | Long Distance Telephone(202) 986-0052 | 9.47 |
| 07/31/02 | Long Distance Telephone(202) 986-0050 | 1.35 |
| 07/31/02 | Long Distance Telephone(202) 986-0050 | 110.95 |
| 07/31/02 | Long Distance Telephone(202) 986-0050 | 50.74 |
| 07/31/02 | Meals GRUNBERG'S DELI RESTAURANT; INVOICE#: 7/15/02-7/31/02 | 13.38 |

**TOTAL COSTS ADVANCED**                                                    $7,154.58

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Baena, Scott L | 6.00 | 450.00 | $2,700.00 |
| Sakalo, Jay M | 14.90 | 235.00 | $3,501.50 |
| Box, Anthony D | 0.40 | 100.00 | $40.00 |
| Baena, Brad | 6.80 | 60.00 | $408.00 |
| Pelleya, Nicolas | 1.10 | 60.00 | $66.00 |
| *TOTAL* | *29.20* | | *$6,715.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $3,424.20 |
| Photocopies - Outside Service | $321.61 |
| Telecopies | $785.00 |
| Federal Express | $436.88 |
| Long Distance Telephone | $1,541.11 |
| Long Distance Telephone-Outside Services | $292.06 |
| Meals | $314.10 |
| Parking | $30.00 |
| Postage | $9.62 |
| TOTAL | $7,154.58 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$13,870.08**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE**:**   02 - Debtors' Business Operations                    Client No. 74817/15538

| 07/02/02 | SLB | 0.20 | 90.00 | Conference with J. Sakalo concerning committee's position on revised KERP (.2). |
| 07/02/02 | JMS | 3.70 | 869.50 | Continue draft of objection to KERP and research thereon (3.7). |
| 07/03/02 | JMS | 2.30 | 540.50 | Finalize draft of KERP objection (2.0); telephone conferences with G. Boyer regarding same (.3). |
| 07/13/02 | JMS | 1.10 | 258.50 | Review reply KERP objection (.8); review list of payments to ordinary course professionals (.3). |
| 07/18/02 | JMS | 0.70 | 164.50 | Continue analysis of KERP issues (.7). |
| 07/21/02 | JMS | 0.30 | 70.50 | Review unsecured creditors' response in support of KERP (.3). |
| 07/26/02 | JMS | 1.10 | 258.50 | Conference with A. Lodish regarding preparation for depositions regarding KERP (.5); review company financial results and email memo thereon (.6). |
| 07/29/02 | JMS | 0.30 | 70.50 | Finalize documents for deposition of N. Bubnovish (.3). |
| 07/31/02 | SJA | 1.30 | 130.00 | Research and obtain stock information for several companies for A. Lodish in preparation for depositions on KERP (1.3). |

**PROFESSIONAL SERVICES**                                        $2,452.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 450.00 | $90.00 |
| Sakalo, Jay M | 9.50 | 235.00 | $2,232.50 |
| Anderson, Silvia J | 1.30 | 100.00 | $130.00 |
| *TOTAL* | *11.00* | | *$2,452.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**              **$2,452.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 07/11/02 | JMS | 0.90 | 211.50 | Prepare for committee call and participate in same (.9). |
| 07/11/02 | MPC | 1.00 | 350.00 | Prepared for and participated with PD Committee conference call. |
| 07/11/02 | BG | 0.90 | 126.00 | W.R. Grace Weekly Meeting. |
| 07/12/02 | BG | 0.50 | 70.00 | Draft minutes to W. R. Grace Creditors Committee Meeting. |
| 07/17/02 | SLB | 0.50 | 225.00 | Conference with J. Sakalo to prepare for 7/18 committee meeting (.5). |
| 07/17/02 | JMS | 0.80 | 188.00 | Conference with S. Baena to prepare for 7/18 committee meeting (.5); email to committee regarding 7/22 hearing (.3). |
| 07/18/02 | SLB | 1.10 | 495.00 | Pre-meeting call with M. Dies, D. Speights and J. Sakalo regarding agenda, etc. (.5); committee meeting (.6). |

**PROFESSIONAL SERVICES**                                                $1,665.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.60 | 450.00 | $720.00 |
| Coglianese, Matthew P | 1.00 | 350.00 | $350.00 |
| Sakalo, Jay M | 1.70 | 235.00 | $399.50 |
| Greenspoon, Brian | 1.40 | 140.00 | $196.00 |
| *TOTAL* | *5.70* | | *$1,665.50* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**               **$1,665.50**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

RE:     08 - Hearings

| | | | | |
|---|---|---|---|---|
| 07/17/02 | SLB | 1.00 | 450.00 | Conference with J. Sakalo to prepare for 7/22 hearing (1.0). |
| 07/17/02 | JMS | 1.00 | 235.00 | Conference with S. Baena to prepare for 7/22 hearing (1.0). |
| 07/21/02 | SLB | 3.00 | 1,350.00 | Travel to Wilmington [work en route preparing for contested matters to be heard on 7/22/02] (3.0). |
| 07/22/02 | SLB | 2.40 | 1,080.00 | Hearing on various motions [S. Baena argued motion to clarify and ZAI issues] (2.4). |
| 07/22/02 | JMS | 4.00 | 940.00 | Prepare for and attend omnibus hearing on various motions (J. Sakalo argued KERP motion) (4.0). |

**PROFESSIONAL SERVICES**                                            $4,055.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 6.40 | 450.00 | $2,880.00 |
| Sakalo, Jay M | 5.00 | 235.00 | $1,175.00 |
| *TOTAL* | *11.40* | | *$4,055.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$4,055.00**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE**:**    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

07/03/02    SLB    0.80    360.00    Conference with J. Sakalo regarding claims register reporting and email to J. Baer regarding same (.8).

**PROFESSIONAL SERVICES**    $360.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 450.00 | $360.00 |
| *TOTAL* | *0.80* | | *$360.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$360.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    10 - Travel                                                                     Client No. 74817/15546

| 07/21/02 | SLB | 1.20 | 540.00 | Travel to Wilmington [time not billed for work en route] (2.40). |
| 07/22/02 | SLB | 2.50 | 1,125.00 | Return to Miami (5.0). |
| 07/22/02 | JMS | 1.50 | 352.50 | Return travel to Miami (3.0). |
| 07/30/02 | ADL | 2.50 | 900.00 | Travel from Miami to Chicago and return for Bubnovitch deposition. (5.0) |

**PROFESSIONAL SERVICES**                                                    $2,917.50

### COSTS ADVANCED

| 06/17/02 | AirfareBALANCE OF TRAVEL TO DELAWARE -  SCOTT L. BAENA 6/17/02 | 183.00 |
| 06/18/02 | Fares, Mileage, ParkingKING LIMOUSINE AND TRANSPORTATION SERVICE 6/18/02 | 71.98 |
| 07/01/02 | Meals JAY M. SAKALO; INVOICE#: JMS-07/01/02; DATE: 7/1/02 | 36.39 |
| 07/21/02 | ParkingAIRPORT -  SCOTT L. BAENA; INVOICE#: SLB-07/21/02 | 42.50 |
| 07/21/02 | AirfareTRAVEL TO PHILA -  SCOTT L. BAENA; INVOICE#: SLB-07/21/02; DATE: 7/21/02 | 792.00 |
| 07/21/02 | LodgingTRAVEL TO PHILA -  SCOTT L. BAENA; INVOICE#: SLB-07/21/02; DATE: 7/21/02 | 214.92 |
| 07/21/02 | MealsTRAVEL TO PHILA -  SCOTT L. BAENA; INVOICE#: SLB-07/21/02 | 73.75 |
| 07/21/02 | LodgingTRAVEL TO BALTIMORE/DELAWARE -  JAY M. SAKALO; INVOICE#: JMS-07/18/02; DATE: 7/18/02 | 243.22 |
| 07/21/02 | Fares, Mileage, ParkingTRAIN FARE - TRAVEL TO BALTIMORE/DELAWARE -  JAY M. SAKALO-07/18/02 | 103.00 |
| 07/21/02 | Fares, Mileage, ParkingTransportation Phila/Wilmington -  KING LIMOUSINE AND TRANSPORTATION SERVICE  7/21/02 | 74.98 |
| 07/22/02 | AirfareTRAVEL FORM PHILA -  SCOTT L. BAENA; INVOICE#: SLB-07/21/02; DATE: 7/21/02 | 743.50 |
| 07/22/02 | Fares, Mileage, ParkingTransportation Wilmington/Phila -  KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 110159R; DATE: 7/22/02 | 71.98 |
| 07/24/02 | Meals JAY M. SAKALO; INVOICE#: JMS-07/18/02; DATE: 7/18/02 | 20.00 |
| 07/30/02 | Travel ExpensesTravel to Chicago -  ALVIN D. LODISH; INVOICE#: ADL-07/30/02; DATE: 7/30/02 | 1,847.28 |
| 07/31/02 | Meals JAY M. SAKALO; INVOICE#: JMS-07/31/02; DATE: 7/31/02 | 26.68 |

**TOTAL COSTS  ADVANCED**                                                    $4,545.18

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lodish, Alvin D | 2.50 | 360.00 | $900.00 |
| Baena, Scott L | 3.70 | 450.00 | $1,665.00 |
| Sakalo, Jay M | 1.50 | 235.00 | $352.50 |
| *TOTAL* | *7.70* | | *$2,917.50* |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,718.50 |
| Fares, Mileage, Parking | $321.94 |
| Lodging | $458.14 |
| Meals | $156.82 |
| Parking | $42.50 |
| Travel Expenses | $1,847.28 |
| TOTAL | $4,545.18 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$7,462.68**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:     14 - Employee Benefits/Pension                    Client No. 74817/15550

| | | | | |
|---|---|---|---|---|
| 07/24/02 | ADL | 3.30 | 1,188.00 | Meet with J. Sakalo regarding hearing on retention and possible deponents; review all pleadings and affidavits and exhibits regarding retention program and expansion in preparation for depositions. |
| 07/25/02 | ADL | 2.00 | 720.00 | Draft initial outline of deposition questions for W.R. Grace deponents; telephone conference with Jan Baer regarding deposition schedule. |
| 07/26/02 | ADL | 3.30 | 1,188.00 | Meet with J. Sakalo regarding Norris and Bubnovitch depositions; review original motion filed for retention and statistics. |
| 07/27/02 | ADL | 3.60 | 1,296.00 | Meet with J. Sakalo regarding Bubnovitch deposition prep.; review methodology and financial terms; review Brian McGowan previous deposition in preparation for his new deposition. |
| 07/28/02 | ADL | 0.40 | 144.00 | Telephone conference with Kirkland & Ellis attorney regarding deposition location and timing; telephone conference with J. Sakalo regarding David Siegel affidavit. |
| 07/29/02 | ADL | 3.60 | 1,296.00 | Review deposition outline, review Grace economic forecast, salaries of key employees, P. Siegel affidavit and incorporate in outline. |
| 07/30/02 | ADL | 6.50 | 2,340.00 | BREAK DOWN                Continue deposition preparation; review compensation of key employees, review standard and business judgment rule; deposition of N. Bubnovitch; review new executive pay summary presented by Bubnovitch; draft outline for McGowan deposition. |
| 07/31/02 | ADL | 4.30 | 1,548.00 | Prepare for McGowan and Norris depositions; meet with J. Sakalo regarding Bubnovitch deposition and Norris and McGowan; review stock history for two years of 14 "peer" companies used by Grace consultant; revise deposition outline for Norris and McGowan. |

**PROFESSIONAL SERVICES**                                                    $9,720.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lodish, Alvin D | 27.00 | 360.00 | $9,720.00 |
| *TOTAL* | *27.00* | | *$9,720.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**            **$9,720.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 27 - Litigation Consulting
Client No. 74817/15563

07/01/02   SLB   0.40   180.00   Review order setting oral argument etc. regarding proofs of claim and letter from Fitzgerald regarding same (.4).

**PROFESSIONAL SERVICES** $180.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 450.00 | $180.00 |
| *TOTAL* | *0.40* | | *$180.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$180.00**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    28 - Relief from Stay                                    Client No. 74817/15564

| 07/13/02 | JMS | 0.60 | 141.00 | Review Westcom motion for relief from stay and Debtors' response thereto (.6). |

**PROFESSIONAL SERVICES**                                                    $141.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | 235.00 | $141.00 |
| *TOTAL* | *0.60* | | *$141.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$141.00**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE:     30 - Fee Application of Others                                                                Client No. 74817/17781

| 07/13/02 | JMS | 0.50 | 117.50 | Review Morgan Lewis May detail (.2); review Cooley Godward brief in response to Fee Auditor's second report (.3). |
| 07/14/02 | JMS | 0.10 | 23.50 | Telephone conference with T. Tacconelli regarding HR&A bills (.1). |
| 07/18/02 | JMS | 0.20 | 47.00 | Telephone conference with P. Silvern regarding fee auditors' report (.2). |
| 07/21/02 | SLB | 0.20 | 90.00 | Review fee auditors report concerning Conway, Del Genio and Gries (.2). |
| 07/23/02 | SLB | 0.40 | 180.00 | Review 9th application of Kramer Levin and email to W. Smith (.4). |
| 07/23/02 | JMS | 0.40 | 94.00 | Telephone conference with G. Boyer regarding auditor's report (.2); email to W. Smith regarding HR&A report (.2). |
| 07/29/02 | LMF | 1.40 | 140.00 | Review professional bills from Hamilton Rabinovitz and other committee members and professionals for processing (.6); research docket to confirm order regarding Hilsoft retention and deadline for objection to fee application (.3); email local counsel regarding same (.2); confirm receipt of payments from Debtor for professionals (.3). |

**PROFESSIONAL SERVICES**                                                                                  $692.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 450.00 | $270.00 |
| Sakalo, Jay M | 1.20 | 235.00 | $282.00 |
| Flores, Luisa M | 1.40 | 100.00 | $140.00 |
| *TOTAL* | *3.20* | | *$692.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                            **$692.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/02 | SLB | 1.90 | 855.00 | Review transcript of June 18th hearing regarding ZAI trial and email to D. Scott et al regarding same (.8); email from and to J. Baer and K. Thompson regarding ZAI meeting with D. Bernick (.5); email to E. Westbrook regarding same (.1); telephone call from Bernick's office regarding same and attention to scheduling conference (.5). |
| 07/01/02 | JMS | 0.90 | 211.50 | Review Debtors', PI's and unsecured' objections to ZAI proposal (.9). |
| 07/02/02 | JMS | 0.20 | 47.00 | Email to D. Scott regarding PI objection to ZAI counsel and telephone conference with D. Scott regarding same (.2). |
| 07/02/02 | MPC | 0.20 | 70.00 | Review e-mail memorandum from S. Baena regarding "science trial" conference call. |
| 07/03/02 | ASD | 0.40 | 96.00 | Pull case regarding previous Grace arguments in various state litigations. |
| 07/03/02 | SLB | 2.20 | 990.00 | Telephone conference with D. Bernick, D. Siegel, J. Baer, J. Restivo, T. Sobol, D. Scott, J. Sakalo, M. Coghavin regarding ZAI science trial (.8); telephone conference with D. Scott, T. Sobol, J. Sakalo and M. Coghavin regarding response to objections in ZAI science trial (.3); memo to PD committee regarding response to PI committee objection (.3); memo to D. Speights regarding jurisdictional issues (.8). |
| 07/03/02 | JMS | 2.80 | 658.00 | Telephone conference with S. Baena, M. Coglianese, D. Bernick, T. Sobol, D. Scott regarding discussion of budget, scope and counsel selection for ZAI science trial (.8); trial (.8); telephone conference with S. Baena, D. Scott, T. Sobol regarding follow up discussion, strategy (.9); conference with S. Baena regarding PI objections to motion to retain special counsel (.3). |
| 07/03/02 | MPC | 0.80 | 280.00 | Telephone conference with D. Bernick, D. Scott and T. Sobol regarding scope of Zonolite"science trial". |
| 07/03/02 | MPC | 0.90 | 315.00 | Telephone conference with D. Scott and T. Sobol regarding Zonolite science  trial. |
| 07/03/02 | MPC | 0.30 | 105.00 | Conference with S. Baena and J. Sakalo regarding Zonolite science trial. |
| 07/08/02 | JMS | 0.60 | 141.00 | Review amended objection to ZAI special counsel of unsecured creditors (.3); draft letter to J. Fitzgerald regarding appeal of ZAI order (.3). |
| 07/09/02 | JMS | 1.00 | 235.00 | Receive and review Debtors' objection to ZAI budget (.3); telephone conference with J. Wills regarding Armstrong liability trial, including structure, counsel issues (.5); email to T. Sobol, D. Scott regarding filing deadline (.2). |
| 07/10/02 | JMS | 0.30 | 70.50 | Telephone conference with E. Westbrook regarding filing response to ZAI objections (.3). |
| 07/11/02 | JMS | 4.10 | 963.50 | Begin draft of reply to PI objection to motion for special counsel (2.5); review and analyze response of ZAI claimants to Debtors' objection to claims (.8); review file in preparation for 7/22 hearing (.8). |
| 07/12/02 | JMS | 1.50 | 352.50 | Finalize reply to PI committee objection to ZAI motion, including telephone conference with T. Tacconelli thereon and telephone conference with D. Speights thereon (1.1); telephone conference with D. Speights regarding ZAI claimants responses to objections to claims (.4). |
| 07/16/02 | JMS | 3.90 | 916.50 | Review Debtors' response to ZAI claimants' motion for leave to |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|  |  |  |  | appeal (.4); telephone conference with A. McGarvey regarding reply to PI objection and email thereon (.5); analysis of ZAI response to Debtors' objections and implications thereof, including conferences with R. Turken thereon (3.0). |
|---|---|---|---|---|
| 07/17/02 | JMS | 1.00 | 235.00 | Telephone conference with E. Westbrook regarding ZAI science trial (.7); follow up email thereon to E. Westbrook (.3). |
| 07/21/02 | JMS | 0.40 | 94.00 | Review ZAI proposed order submission (.4). |

**PROFESSIONAL SERVICES**                                                                                    $6,635.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.10 | 450.00 | $1,845.00 |
| Coglianese, Matthew P | 2.20 | 350.00 | $770.00 |
| Danzeisen, Allyn S | 0.40 | 240.00 | $96.00 |
| Sakalo, Jay M | 16.70 | 235.00 | $3,924.50 |
| *TOTAL* | *23.40* |  | *$6,635.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                        **$6,635.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lodish, Alvin D | 29.50 | 360.00 | $10,620.00 |
| Danzeisen, Allyn S | 0.40 | 240.00 | $96.00 |
| Baena, Scott L | 23.80 | 450.00 | $10,710.00 |
| Sakalo, Jay M | 51.10 | 235.00 | $12,008.50 |
| Coglianese, Matthew P | 3.20 | 350.00 | $1,120.00 |
| Greenspoon, Brian | 1.40 | 140.00 | $196.00 |
| Flores, Luisa M | 1.40 | 100.00 | $140.00 |
| Box, Anthony D | 0.40 | 100.00 | $40.00 |
| Baena, Brad | 6.80 | 60.00 | $408.00 |
| Anderson, Silvia J | 1.30 | 100.00 | $130.00 |
| Pelleya, Nicolas | 1.10 | 60.00 | $66.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**                    **$35,534.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,718.50 |
| Photocopies | $3,424.20 |
| Photocopies - Outside Service | $321.61 |
| Fares, Mileage, Parking | $321.94 |
| Telecopies | $785.00 |
| Federal Express | $436.88 |
| Long Distance Telephone | $1,541.11 |
| Long Distance Telephone-Outside Services | $292.06 |
| Lodging | $458.14 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| Meals | $470.92 |
| Parking | $72.50 |
| Postage | $9.62 |
| Travel Expenses | $1,847.28 |

**TOTAL COSTS ADVANCED THIS PERIOD**              **$11,699.76**

**TOTAL AMOUNT DUE THIS PERIOD**                **$47,234.26**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

**CLIENT SUMMARY**

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 07/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 6,715.50 | 7,154.58 | 13,870.08 |
| 02 - Debtors' Business Operations/15538 | 2,452.50 | 0.00 | 2,452.50 |
| 03 - Creditors Committee/15539 | 1,665.50 | 0.00 | 1,665.50 |
| 08 - Hearings/15544 | 4,055.00 | 0.00 | 4,055.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 360.00 | 0.00 | 360.00 |
| 10 - Travel/15546 | 2,917.50 | 4,545.18 | 7,462.68 |
| 14 - Employee Benefits/Pension/15550 | 9,720.00 | 0.00 | 9,720.00 |
| 27 - Litigation Consulting/15563 | 180.00 | 0.00 | 180.00 |
| 28 - Relief from Stay/15564 | 141.00 | 0.00 | 141.00 |
| 30 - Fee Application of Others/17781 | 692.00 | 0.00 | 692.00 |
| 38 - ZAI Science Trial/17905 | 6,635.50 | 0.00 | 6,635.50 |
| Client Total | $35,534.50 | $11,699.76 | $47,234.26 |