IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 2708 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 2708**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for August 1, 2002 through August 30, 2002 filed on September 19, 2002. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than August 28. 2002. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

October 4, 2002                                         **WARREN H. SMITH & ASSOCIATES**

                                                   By: _____
                                                         Warren H. Smith
                                                         State Bar No. 18757050

                                                   900 Jackson Street
                                                   120 Founders Square
                                                   Dallas, Texas 75202
                                                   (214) 698-3868
                                                   (214) 722-0081 (FAX)
                                                   **FEE AUDITOR**

WRGraceCNO.8.02.rtf