**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

September 25, 2002

**Invoice No. 09602**

Marla Rosoff Eskin, Esq.
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE. 19801

# RE: W.R. Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2002 through August 31, 2002 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni - Managing Director | 9.40 | $3,995.00 |
| Bradley Rapp - Managing Director | 61.00 | $25,925.00 |
| Brian Cavanaugh - Managing Director | 30.00 | $12,750.00 |
| Michael Berkin - Managing Director | 26.60 | $11,305.00 |
| Peter Rubsam - Director | 39.50 | $12,640.00 |
| Susan Plotzky - Director | 3.10 | $992.00 |
| Christopher Curti - Senior Manager | 2.00 | $580.00 |
| Elizabeth Tersigni - Senior Consultant | 8.30 | $1,535.50 |
| Dottie-Jo Collins - Manager | 6.10 | $1,464.00 |

| Expenses (see Schedule C) | |
|---|---|
| Federal Express, Telephone, Research and Xerox | $550.89 |
| **TOTAL** | **$71,737.39** |

Please Note: Schedule B (attached) reflects Professional Services Summary by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

September 25, 2002

**Invoice No. 09602**

Marla Rosoff Eskin, Esq.
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE. 19801

# RE: W.R. Grace

Summary of Professional Services Rendered: August 1 -31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 9.40 | $3,995.00 |
| Bradley Rapp | Schedule A | $425 | 61.00 | $25,925.00 |
| Brian Cavanaugh | Schedule A | $425 | 30.00 | $12,750.00 |
| Michael Berkin | Schedule A | $425 | 26.60 | $11,305.00 |
| Peter Rubsam | Schedule A | $320 | 39.50 | $12,640.00 |
| Susan Plotzky | Schedule A | $320 | 3.10 | $992.00 |
| Christopher Curti | Schedule A | $290 | 2.00 | $580.00 |
| Elizabeth Tersigni | Schedule A | $185 | 8.30 | $1,535.50 |
| Dottie-Jo Collins | Schedule A | $240 | 6.10 | $1,464.00 |
| Total Professional Services- Schedule A: | | | 186.00 | $71,186.50 |
| Total Out of Pocket Expenses- Schedule C: | | | | $550.89 |
| **TOTAL DUE THIS INVOICE** | | | | $71,737.39 |

Please Note: Schedule B (attached) reflects Professional Services Summary by Billing Matter Category.

# W.R. Grace

Schedule A

Services Rendered during the Period: August 1-31, 2002.

## Loreto Tersigni - Managing Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/7/02 | LT | Review of 2nd Quarter 2002 financial reports produced by debtor | 29 | 1.90 | $425.00 | $807.50 |
| 8/8/02 | LT | Conference call with representatives of debtor to discuss 2nd Quarter 2002 operating results and financial condition | 29 | 0.80 | $425.00 | $340.00 |
| 8/9/02 | LT | Analysis of pre-petition debt, requested by counsel to ACC | 7 | 1.00 | $425.00 | $425.00 |
| 8/11/02 | LT | Engagement status review | 29 | 0.30 | $425.00 | $127.50 |
| 8/12/02 | LT | Review of report dated 8/5/02 prepared by Conway Del Genio regarding issues related to fraudulent transfer litigation | 22 | 2.50 | $425.00 | $1,062.50 |
| 8/19/02 | LT | Preparation of memorandum summarizing 2nd Quarter 2002 operating results and financial condition | 7 | 0.80 | $425.00 | $340.00 |
| 8/22/02 | LT | Review of monthly fee application for July 2002 | 12 | 0.30 | $425.00 | $127.50 |
| 8/29/02 | LT | Review of report and exhibits prepared by Golden and Associates regarding solvency issues at March 31, 1998 | 22 | 1.80 | $425.00 | $765.00 |
| | | Sub-Total | | 9.40 | | $3,995.00 |

## Bradley Rapp - Managing Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/02 | BR | Conference call w/ Nate Finch-ACC Counsel to discuss current fair market value of Grace and the current debt capacity of Sealed Air | 7 | 0.30 | $425.00 | $127.50 |
| 8/12/02 | BR | Review of expert opinion of Conway Del Genio Gries for purpose of providing advice to counsel for the ACC with respect to the conclusions and methodology contained in the opinion | 7 | 3.20 | $425.00 | $1,360.00 |
| 8/12/02 | BR | Review of work schedule to be completed regarding the debt capacity of Sealed Air | 22 | 0.20 | $425.00 | $85.00 |
| 8/12/02 | BR | Review and discuss update to the debt capacity analysis for Sealed Air as well as methodology to be used in estimating the current value of Grace | 22 | 0.30 | $425.00 | $127.50 |
| 8/12/02 | BR | Research on Sealed Air Corp on Hoover's Online for purpose of debt capacity analysis | 22 | 1.50 | $425.00 | $637.50 |
| 8/12/02 | BR | Research on Sealed Air Corp on Multex Investor website for purpose of debt capacity analysis | 22 | 2.40 | $425.00 | $1,020.00 |
| 8/12/02 | BR | Research on Sealed Air Corp on Yahoo Finance website for purpose of debt capacity analysis | 22 | 0.60 | $425.00 | $255.00 |
| 8/13/02 | BR | Analysis of Sealed Air Corp. preliminary debt capacity analysis | 22 | 1.60 | $425.00 | $680.00 |
| 8/13/02 | BR | Review of Sealed Air Corp preliminary debt capacity analysis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Research on industrial bond yield spreads for purpose of Sealed Air Corp. debt capacity analysis | 22 | 1.20 | $425.00 | $510.00 |
| 8/13/02 | BR | Analyze bond yields to be used for Sealed Air Corp debt capacity analysis | 22 | 0.50 | $425.00 | $212.50 |
| 8/13/02 | BR | Review of 2001 10-K and 1st quarter 2002 10-Q of Sealed Air for purposes of debt capacity analysis | 22 | 2.80 | $425.00 | $1,190.00 |
| 8/13/02 | BR | Analysis of historical capital structure of Sealed Air for purposes of debt capacity analysis | 22 | 1.50 | $425.00 | $637.50 |
| 8/13/02 | BR | Review and analysis of the revised debt capacity analysis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Preparation of notes for conference call to discuss conclusions with respect to the Sealed Air debt capacity analyis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Analyze preliminary conclusions with respect to the debt capacity analysis for Sealed Air System | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Define revisions to be made to the Sealed Air debt capacity analysis | 22 | 0.30 | $425.00 | $127.50 |
| 8/13/02 | BR | Review of revisions to the Sealed Air debt capacity analysis and the preliminary market multiples valuation of W.R. Grace | 22 | 1.50 | $425.00 | $637.50 |
| 8/14/02 | BR | Define additional revisions to be made to the Sealed Air debt capacity analysis and the W.R. Grace market multiples valuation | 22 | 0.30 | $425.00 | $127.50 |
| 8/14/02 | BR | Existing debt structure analysis of Sealed Air for purpose of preparation of debt capacity analysis | 22 | 2.10 | $425.00 | $892.50 |
| 8/14/02 | BR | Drafting portion of memorandum to counsel re debt capacity analysis of Sealed Air Systems | 7 | 2.90 | $425.00 | $1,232.50 |
| 8/14/02 | BR | Drafting of portion of memorandum to counsel re current enterprise value of W.R. Grace | 7 | 0.60 | $425.00 | $255.00 |
| 8/14/02 | BR | Revisions to exhibits, to memorandum regarding debt capacity analysis of Sealed Air Systems | 7 | 0.70 | $425.00 | $297.50 |
| 8/14/02 | BR | Final revisions to memorandum addressing Sealed Air debt capacity and W.R. Grace enterprise valuation | 7 | 0.80 | $425.00 | $340.00 |
| 8/15/02 | BR | Review of Certificate of Designation for Class A Preferred Shares for purpose of determining possible constraints on Sealed Air debt capacity | 22 | 1.20 | $425.00 | $510.00 |
| 8/15/02 | BR | Research on Edgar database for indentures and other information relating to Sealed Air's three tranches of senior notes | 22 | 1.70 | $425.00 | $722.50 |

# W.R. Grace

Schedule A

Services Rendered during the Period: August 1 -31, 2002.

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/15/02 | BR | Analysis of impact of reducing credit rating from investment grade to speculative grade on the debt capacity of Sealed Air | 22 | 2.90 | $425.00 | $1,232.50 |
| 8/15/02 | BR | Conference call w/ Nate Finch, counsel, to discuss the Sealed Air debt capacity analysis and the current enterprise valuation of W.R. Grace | 7 | 0.50 | $425.00 | $212.50 |
| 8/15/02 | BR | Internet research and retrieval of Sealed Air second quarter 10-Q for purposes of debt capacity analysis | 22 | 0.30 | $425.00 | $127.50 |
| 8/15/02 | BR | Review and financial analysis of Sealed Air operations for the first half of 2002 and comparison of operating results to the 1999-2000 period | 22 | 1.90 | $425.00 | $807.50 |
| 8/15/02 | BR | Preparation of spreadsheet addendums to the Sealed Air debt capacity analysis | 22 | 1.60 | $425.00 | $680.00 |
| 8/27/02 | BR | Conference call w/ Rachel Fleishman, counsel, regarding status of open items | 27 | 0.20 | $425.00 | $85.00 |
| 8/27/02 | BR | Review of LTC memo re operating results of 2Q2002 for purpose of updating the ACC due diligence binder | 7 | 0.80 | $425.00 | $340.00 |
| 8/28/02 | BR | Research regarding use of control premiums in solvency analyses | 22 | 1.80 | $425.00 | $765.00 |
| 8/28/02 | BR | Analysis of annual working capital requirements for purposes of DCF valuation | 22 | 0.90 | $425.00 | $382.50 |
| 8/28/02 | BR | Analysis of annual capital expenditure requirements for purposes of DCF valuation | 22 | 1.20 | $425.00 | $510.00 |
| 8/28/02 | BR | Analysis of depreciation expense for purposes of financial projections and DCF valuation | 22 | 0.80 | $425.00 | $340.00 |
| 8/28/02 | BR | Research of accounting and valuation literature re appropriate discount rates to be applied for determining environmental and asbestos liabilities | 22 | 2.70 | $425.00 | $1,147.50 |
| 8/28/02 | BR | Analysis of operating ratios of Grace Chemco for 1997 for purpose of determining access to credit markets | 22 | 1.30 | $425.00 | $552.50 |
| 8/28/02 | BR | Analysis of "Other Income" for 1997 for purpose of determining normalized levels of EBITDA and EBIT | 22 | 1.40 | $425.00 | $595.00 |
| 8/28/02 | BR | Analysis of historical EBITDA and EBIT for Grace business segments for purposes of market multiples valuation | 22 | 1.10 | $425.00 | $467.50 |
| 8/29/02 | BR | Research on control premiums for the period near March 31, 1998 for the chemical industry for purposes of market multiples valuation | 22 | 1.90 | $425.00 | $807.50 |
| 8/29/02 | BR | Analysis of comparable company transaction data for purpose of transaction multiples valuation | 22 | 1.00 | $425.00 | $425.00 |
| 8/29/02 | BR | Analysis of equity component of the weighted average cost of capital utilizing the capital asset pricing model for purposes of DCF valuation | 22 | 0.40 | $425.00 | $170.00 |
| 8/29/02 | BR | Analysis of revenue growth by segment attributable to volume, price and impact of foreign exchange rates | 22 | 1.60 | $425.00 | $680.00 |
| 8/29/02 | BR | Review of World Economic Outlook projections of growth for purposes of DCF valuation | 22 | 0.40 | $425.00 | $170.00 |
| 8/29/02 | BR | Review of selected portions of the Kline Guide to U.S. Chemical Industry for purposes of DCF valuation | 22 | 0.50 | $425.00 | $212.50 |
| 8/29/02 | BR | Conference call w/ Rachel Fleishman, counsel, regarding status of open items and further work to be done | 27 | 0.40 | $425.00 | $170.00 |
| 8/29/02 | BR | Preparation and discussion of appropriate discount rate to be applied in determining present value of asbestos liability | 22 | 1.50 | $425.00 | $637.50 |
| 8/30/02 | BR | Research and preparation of memo re discount rates for asbestos claims at request of counsel | 7 | 2.90 | $425.00 | $1,232.50 |
| | | Sub-Total | | 61.00 | | $25,925.00 |

## Brian Cavanaugh - Managing Director

| 8/8/02 | BC | Review of CDG Solvency Opinion for Chemco | 22 | 3.00 | $425.00 | $1,275.00 |
|---|---|---|---|---|---|---|
| 8/12/02 | BC | Review and analysis of Debt Capacity analysis of Sealed Air Systems outline | 22 | 1.50 | $425.00 | $637.50 |
| 8/14/02 | BC | Status review of Debt Capacity of Sealed Air Systems and Enterprise Valuation of WR Grace | 22 | 0.80 | $425.00 | $340.00 |
| 8/19/02 | BC | Review of Ginsberg Opinion and Golding Associates Presentation and opinion regarding valuation of Grace's packaging business | 22 | 3.00 | $425.00 | $1,275.00 |
| 8/19/02 | BC | Review of WRG Monthly Financial Report to Creditors, dated June 30, 2002 | 29 | 1.50 | $425.00 | $637.50 |
| 8/28/02 | BC | Review and analysis of Goldin Associates report | 22 | 3.80 | $425.00 | $1,615.00 |
| 8/29/02 | BC | Review and analysis of the market multiple valuation section | 22 | 3.90 | $425.00 | $1,657.50 |
| 8/29/02 | BC | Review and analysis of the acquistion multiple valuation section | 22 | 1.80 | $425.00 | $765.00 |
| 8/29/02 | BC | Review and analysis of the market multiple valuation section | 22 | 3.30 | $425.00 | $1,402.50 |
| 8/30/02 | BC | Analysis of appropriate discount rate for discounting asbestos and environmental liability | 22 | 1.40 | $425.00 | $595.00 |
| 8/30/02 | BC | Review and analysis of the DCF portion of Goldin report | 22 | 3.70 | $425.00 | $1,572.50 |

# W.R. Grace

## Schedule A

Services Rendered during the Period: August 1 -31, 2002.

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/30/02 | BC Review and analysis of Goldin's analysis of liabilities | 22 | 2.30 | $425.00 | $977.50 |
| | Sub-Total | | 30.00 | | $12,750.00 |

### Michael Berkin - Managing Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/02 | MB Review and analysis of ART Acquisition | 29 | 1.50 | $425.00 | $637.50 |
| 8/6/02 | MB Status meeting to discuss open issues | 29 | 0.30 | $425.00 | $127.50 |
| 8/7/02 | MB Review of 2002 2Q consolidated financial statements in preparation for conference call with debtor | 29 | 1.80 | $425.00 | $765.00 |
| 8/7/02 | MB Review of 2002 2Q combined Ch 11 filing entities in preparation for conference call with debtor | 29 | 1.20 | $425.00 | $510.00 |
| 8/7/02 | MB Review of 2002 2Q consolidated sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.90 | $425.00 | $807.50 |
| 8/8/02 | MB Review of 2002 2Q Davison sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.60 | $425.00 | $680.00 |
| 8/8/02 | MB Review of 2002 2Q Performance Chemicals sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.70 | $425.00 | $722.50 |
| 8/8/02 | MB Conference call with Grace management to discuss second quarter operating results | 29 | 0.70 | $425.00 | $297.50 |
| 8/8/02 | MB Compilation of financials for 2Q review | 29 | 1.50 | $425.00 | $637.50 |
| 8/9/02 | MB Review 8/2/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/15/02 | MB Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 7 | 1.20 | $425.00 | $510.00 |
| 8/15/02 | MB Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/15/02 | MB Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/15/02 | MB Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/16/02 | MB Review 8/9/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/16/02 | MB Preparation and analysis of regional income statement for use in operating review memorandum to ACC | 7 | 0.50 | $425.00 | $212.50 |
| 8/16/02 | MB Preparation of memorandum to ACC counsel related 2002 second quarter core operations | 7 | 3.00 | $425.00 | $1,275.00 |
| 8/16/02 | MB Preparation of memorandum to ACC counsel related 2002 second quarter noncore operations | 7 | 1.30 | $425.00 | $552.50 |
| 8/16/02 | MB Preparation of memorandum to ACC counsel related 2002 second quarter cash flow results | 7 | 1.20 | $425.00 | $510.00 |
| 8/19/02 | MB Revisions to memorandum to ACC counsel related to 2002 second quarter | 7 | 1.50 | $425.00 | $637.50 |
| 8/23/02 | MB Review 8/16/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/28/02 | MB Preparation of status report highlighting current issues for meeting with ACC counsel | 7 | 0.60 | $425.00 | $255.00 |
| 8/28/02 | MB Review 8/23/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| | Sub-Total | | 26.60 | | $11,305.00 |

### Peter Rubsam - Director

| Date | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/8/02 | PR Review Del Genio solvency analysis of WR Grace | 22 | 0.50 | $320.00 | $160.00 |
| 8/12/02 | PR Prepare LTM, 3 and 5 year average financial data for comparables in debt capacity valuation | 22 | 2.80 | $320.00 | $896.00 |
| 8/12/02 | PR Review Manufacturing-Packaging & Containers industry for comparable companies for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR Review Basic Materials-Packaging & Containers industry for comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR Remove non-recurring items for Bemis Company from financial statements for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR Remove non-recurring items for Pactiv Corp. from financial statements for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR Calculate Debt to EBITDA and Debt to Capitalization ratios for comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR Calculate EBITDA to interest and EBITDA less Capex to interest ratios for comparable companies for debt capacity analysis | 22 | 1.00 | $320.00 | $320.00 |

# W.R. Grace

Schedule A

Services Rendered during the Period: August 1-31, 2002.

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/02 | PR | Remove non-recurring items for Jefferson Smurfit Corp. from financial statements for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR | Remove non-recurring items for Sonoco Products Corp. from financial statements for debt capacity analysis | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Status review of debt capacity of Sealed Air and valuation of W.R.Grace | 22 | 0.70 | $320.00 | $224.00 |
| 8/13/02 | PR | Review Specialty Chemicals industry for comparable companies to use for WR Grace 2002 valuation | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Remove non-recurring items for Rohm & Haas Company from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Remove non-recurring items for Albemarle. from financial statements for valuation | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Review 1998 valuation for comparable companies to update for 2002 valuation | 22 | 1.10 | $320.00 | $352.00 |
| 8/13/02 | PR | Remove non-recurring items for Cytec Company from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Engelhard Company from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Lubrizol from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Hercules from financial statements for valuation | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Remove non-recurring items for Crompton Corp. from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Remove non-recurring items for Great Lakes from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Prepare LTM, 3 and 5 year average financial data for comparables for WR Grace 2002 valuation | 22 | 1.80 | $320.00 | $576.00 |
| 8/14/02 | PR | Research the internet for Sealed Air public debt documents and review data | 22 | 1.00 | $320.00 | $320.00 |
| 8/14/02 | PR | Review B.Rapp memorandum for debt capacity and valuation | 22 | 0.70 | $320.00 | $224.00 |
| 8/14/02 | PR | Calculate EBITDA, EBIT and revenue multiples for WR Grace valuation | 22 | 2.50 | $320.00 | $800.00 |
| 8/14/02 | PR | Contact S&P for credit ratings for comparable companies being used in the debt capacity analysis | 22 | 0.50 | $320.00 | $160.00 |
| 8/14/02 | PR | Identify non-investment grade comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/14/02 | PR | Calculate WR Grace EBIT, EBIT and revenue for LTM and 3 year average for valuation | 22 | 1.70 | $320.00 | $544.00 |
| 8/14/02 | PR | Review Conway Del Genio expert report on Grace solvency for 2002 valuation analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/19/02 | PR | Review Ginsburg Expert Report regarding taxation during spin off with Sealed Air | 22 | 2.50 | $320.00 | $800.00 |
| | | Sub-Total | | 39.50 | | $12,640.00 |

### Susan Plotzky - Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/02 | SP | Summarize secured and unsecured debt as of the petition date for counsel's review and valuation of outstanding obligations | 22 | 3.10 | $320.00 | $992.00 |
| | | Sub-Total | | 3.10 | | $992.00 |

### Christopher Curti - Senior Manager

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/19/02 | CC | Research on the Building Materials Sector: Economic Outlook for 2002; List summary of information available on topic | 22 | 2.00 | $290.00 | $580.00 |
| | | Sub-Total | | 2.00 | | $580.00 |

### Elizabeth Tersigni - Senior Consultant

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/02 | ET | Contacted Thomson Financials, ordered a copy of the 2001 Sealed Air Annual Report to Shareholders. | 29 | 0.20 | $185.00 | $37.00 |
| 8/29/02 | ET | Reviewed April 2002 monthly operating report for WR Grace and Chapter 11 companies, in order to determine set-up of month-over-month comparison matrixes. | 29 | 0.60 | $185.00 | $111.00 |

# W.R. Grace

**Schedule A**

Services Rendered during the Period: August 1-31, 2002.

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/29/02 | ET | Create month-over-month income statement comparison matrix (April vs May 2002) for WR Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, cumulative filing since petition date numbers and 2002 year-to-date as May 2002. Calculated month-over-month dollar and percent changes. | 29 | 0.80 | $185.00 | $148.00 |
| 8/29/02 | ET | Create month-over-month cash flow statement comparison matrix (April vs May 2002) for WR-Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, May 2002 year-to-date numbers, and cumulative since filing date numbers. Calculated month-over-month dollar and percent change. | 29 | 1.50 | $185.00 | $277.50 |
| 8/29/02 | ET | Create month-over-month balance sheet comparison matrix (April vs May 2002) for WR-Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, and December 2001. Calculated month-over-month dollar and percent change. | 29 | 1.00 | $185.00 | $185.00 |
| 8/30/02 | ET | Contacted the Kline & Group in order to obtain a copy of the 1998 Kline Report on chemicals/specialty chemicals. | 29 | 0.20 | $185.00 | $37.00 |
| 8/30/02 | ET | Created month-over-month comparison (April vs May 2002) matrix for accounts receivable reconciliation and aging for WR Grace & Co - Conn, Remedium Group, Inc, Darex Puerto Rico Inc, and Grace Europe. Entered April and May 2002 numbers, calculated month-over-month dollar change and trade accounts receivable percent to total. | 29 | 1.50 | $185.00 | $277.50 |
| 8/30/02 | ET | Created month-over-month comparison matrix (May vs June 2002) for WR Grace & Co, for income statement, balance sheet, cash flow and unpaid post-petition debt. Entered May and June 2002 numbers. | 29 | 1.50 | $185.00 | $277.50 |
| 8/30/02 | ET | Created month-over-month comparison matrix for WR Grace and Chapter 11 Filing Companies (June vs July 2002). | 29 | 1.00 | $185.00 | $185.00 |
| | | **Sub-Total** | | 8.30 | | $1,535.50 |

### Dottie-Jo Collins - Manager

| 8/30/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 4.50 | $240.00 | $1,080.00 |
| 8/30/02 | DC | Assignment of Monthly Billing Categories | 12 | 1.60 | $240.00 | $384.00 |
| | | **Sub-Total** | | 6.10 | | $1,464.00 |

| | | **TOTAL Schedule A:** | | 186.00 | | $71,186.50 |

# W.R. Grace

Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/02 | LT | Analysis of pre-petition debt, requested by counsel to ACC | 7 | 1.00 | $425.00 | $425.00 |
| 8/12/02 | BR | Conference call w/ Nate Finch-ACC Counsel to discuss current fair market value of Grace and the current debt capacity of Sealed Air | 7 | 0.30 | $425.00 | $127.50 |
| 8/12/02 | BR | Review of expert opinion of Conway Del Genio Gries for purpose of providing advice to counsel for the ACC with respect to the conclusions and methodology contained in the opinion | 7 | 3.20 | $425.00 | $1,360.00 |
| 8/14/02 | BR | Drafting portion of memorandum to counsel re debt capacity analysis of Sealed Air Systems | 7 | 2.90 | $425.00 | $1,232.50 |
| 8/14/02 | BR | Drafting of portion of memorandum to counsel re current enterprise value of W.R. Grace | 7 | 0.60 | $425.00 | $255.00 |
| 8/14/02 | BR | Revisions to exhibits, to memorandum regarding debt capacity analysis of Sealed Air Systems | 7 | 0.70 | $425.00 | $297.50 |
| 8/14/02 | BR | Final revisions to memorandum addressing Sealed Air debt capacity and W.R. Grace enterprise valuation | 7 | 0.80 | $425.00 | $340.00 |
| 8/15/02 | BR | Conference call w/ Nate Finch, counsel, to discuss the Sealed Air debt capacity analysis and the current enterprise valuation of W.R. Grace | 7 | 0.50 | $425.00 | $212.50 |
| 8/15/02 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 7 | 1.20 | $425.00 | $510.00 |
| 8/15/02 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/15/02 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/15/02 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 7 | 1.30 | $425.00 | $552.50 |
| 8/16/02 | MB | Preparation and analysis of regional income statement for use in operating review memorandum to ACC | 7 | 0.50 | $425.00 | $212.50 |
| 8/16/02 | MB | Preparation of memorandum to ACC counsel related 2002 second quarter core operations | 7 | 3.00 | $425.00 | $1,275.00 |
| 8/16/02 | MB | Preparation of memorandum to ACC counsel related 2002 second quarter noncore operations | 7 | 1.30 | $425.00 | $552.50 |
| 8/16/02 | MB | Preparation of memorandum to ACC counsel related 2002 second quarter cash flow results | 7 | 1.20 | $425.00 | $510.00 |
| 8/19/02 | LT | Preparation of memorandum summarizing 2nd Quarter 2002 operating results and financial condition | 7 | 0.80 | $425.00 | $340.00 |
| 8/19/02 | MB | Revisions to memorandum to ACC counsel related to 2002 second quarter | 7 | 1.50 | $425.00 | $637.50 |
| 8/27/02 | BR | Review of LTC memo re operating results of 2Q2002 for purpose of updating the ACC due diligence binder | 7 | 0.80 | $425.00 | $340.00 |
| 8/28/02 | MB | Preparation of status report highlighting current issues for meeting with ACC counsel | 7 | 0.60 | $425.00 | $255.00 |
| 8/30/02 | BR | Research and preparation of memo re discount rates for asbestos claims at request of counsel | 7 | 2.90 | $425.00 | $1,232.50 |
| | | **TOTAL Category 7: Committee Matters** | | 27.70 | | $11,772.50 |
| 8/22/02 | LT | Review of monthly fee application for July 2002 | 12 | 0.30 | $425.00 | $127.50 |
| 8/30/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 4.50 | $240.00 | $1,080.00 |
| 8/30/02 | DC | Assignment of Monthly Billing Categories | 12 | 1.60 | $240.00 | $384.00 |
| | | **TOTAL Category 12: Fee Application-Applicant** | | 6.40 | | $1,591.50 |
| 8/8/02 | BC | Review of CDG Solvency Opinion for Chemco | 22 | 3.00 | $425.00 | $1,275.00 |
| 8/8/02 | PR | Review Del Genio solvency analysis of WR Grace | 22 | 0.50 | $320.00 | $160.00 |
| 8/9/02 | SP | Summarize secured and unsecured debt as of the petition date for counsel's review and valuation of outstanding obligations | 22 | 3.10 | $320.00 | $992.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/02 | LT | Review of report dated 8/5/02 prepared by Conway Del Genio regarding issues related to fraudulent transfer litigation | 22 | 2.50 | $425.00 | $1,062.50 |
| 8/12/02 | BR | Review of work schedule to be completed regarding the debt capacity of Sealed Air | 22 | 0.20 | $425.00 | $85.00 |
| 8/12/02 | BR | Review and discuss update to the debt capacity analysis for Sealed Air as well as methodology to be used in estimating the current value of | 22 | 0.30 | $425.00 | $127.50 |
| 8/12/02 | BR | Research on Sealed Air Corp on Hoover's Online for purpose of debt capacity analysis | 22 | 1.50 | $425.00 | $637.50 |
| 8/12/02 | BR | Research on Sealed Air Corp on Multex Investor website for purpose of debt capacity analysis | 22 | 2.40 | $425.00 | $1,020.00 |
| 8/12/02 | BR | Research on Sealed Air Corp on Yahoo Finance website for purpose of debt capacity analysis | 22 | 0.60 | $425.00 | $255.00 |
| 8/12/02 | BC | Review and analysis of Debt Capacity analysis of Sealed Air Systems outline | 22 | 1.50 | $425.00 | $637.50 |
| 8/12/02 | PR | Prepare LTM, 3 and 5 year average financial data for comparables in debt capacity valuation | 22 | 2.80 | $320.00 | $896.00 |
| 8/12/02 | PR | Review Manufacturing-Packaging & Containers industry for comparable companies for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR | Review Basic Materials-Packaging & Containers industry for comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR | Remove non-recurring items for Bemis Company from financial statements for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR | Remove non-recurring items for Pactiv Corp. from financial statements for debt capacity analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/12/02 | PR | Calculate Debt to EBITDA and Debt to Capitalization ratios for comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR | Calculate EBITDA to interest and EBITDA less Capex to interest ratios for comparable companies for debt capacity analysis | 22 | 1.00 | $320.00 | $320.00 |
| 8/12/02 | PR | Remove non-recurring items for Jefferson Smurfit Corp. from financial statements for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/12/02 | PR | Remove non-recurring items for Sonoco Products Corp. from financial statements for debt capacity analysis | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | BR | Analysis of Sealed Air Corp. preliminary debt capacity analysis | 22 | 1.60 | $425.00 | $680.00 |
| 8/13/02 | BR | Review of Sealed Air Corp preliminary debt capacity analysis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Research on industrial bond yield spreads for purpose of Sealed Air Corp. debt capacity analysis | 22 | 1.20 | $425.00 | $510.00 |
| 8/13/02 | BR | Analyze bond yields to be used for Sealed Air Corp debt capacity analysis | 22 | 0.50 | $425.00 | $212.50 |
| 8/13/02 | BR | Review of 2001 10-K and 1st quarter 2002 10-Q of Sealed Air for purposes of debt capacity analysis | 22 | 2.80 | $425.00 | $1,190.00 |
| 8/13/02 | BR | Analysis of historical capital structure of Sealed Air for purposes of debt capacity analysis | 22 | 1.50 | $425.00 | $637.50 |
| 8/13/02 | BR | Review and analysis of the revised debt capacity analysis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Preparation of notes for conference call to discuss conclusions with respect to the Sealed Air debt capacity analyis | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Analyze preliminary conclusions with respect to the debt capacity analysis for Sealed Air System | 22 | 0.70 | $425.00 | $297.50 |
| 8/13/02 | BR | Define revisions to be made to the Sealed Air debt capacity analysis | 22 | 0.30 | $425.00 | $127.50 |
| 8/13/02 | BR | Review of revisions to the Sealed Air debt capacity analysis and the preliminary market multiples valuation of W.R. Grace | 22 | 1.50 | $425.00 | $637.50 |
| 8/13/02 | PR | Status review of debt capacity of Sealed Air and valuation of W.R.Grace | 22 | 0.70 | $320.00 | $224.00 |
| 8/13/02 | PR | Review Specialty Chemicals industry for comparable companies to use for WR Grace 2002 valuation | 22 | 1.00 | $320.00 | $320.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/02 | PR | Remove non-recurring items for Rohm & Haas Company from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Remove non-recurring items for Albemarle. from financial statements for valuation | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Review 1998 valuation for comparable companies to update for 2002 valuation | 22 | 1.10 | $320.00 | $352.00 |
| 8/13/02 | PR | Remove non-recurring items for Cytec Company from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Engelhard Company from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Lubrizol from financial statements for valuation | 22 | 1.30 | $320.00 | $416.00 |
| 8/13/02 | PR | Remove non-recurring items for Hercules from financial statements for valuation | 22 | 1.00 | $320.00 | $320.00 |
| 8/13/02 | PR | Remove non-recurring items for Crompton Corp. from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Remove non-recurring items for Great Lakes from financial statements for valuation | 22 | 1.20 | $320.00 | $384.00 |
| 8/13/02 | PR | Prepare LTM, 3 and 5 year average financial data for comparables for WR Grace 2002 valuation | 22 | 1.80 | $320.00 | $576.00 |
| 8/14/02 | BR | Define additional revisions to be made to the Sealed Air debt capacity analysis and the W.R. Grace market multiples valuation | 22 | 0.30 | $425.00 | $127.50 |
| 8/14/02 | BR | Existing debt structure analysis of Sealed Air for purpose of preparation of debt capacity analysis | 22 | 2.10 | $425.00 | $892.50 |
| 8/14/02 | BC | Status review of Debt Capacity of Sealed Air Systems and Enterprise Valuation of WR Grace | 22 | 0.80 | $425.00 | $340.00 |
| 8/14/02 | PR | Research the internet for Sealed Air public debt documents and review data | 22 | 1.00 | $320.00 | $320.00 |
| 8/14/02 | PR | Review B.Rapp memorandum for debt capacity and valuation | 22 | 0.70 | $320.00 | $224.00 |
| 8/14/02 | PR | Calculate EBITDA, EBIT and revenue multiples for WR Grace valuation | 22 | 2.50 | $320.00 | $800.00 |
| 8/14/02 | PR | Contact S&P for credit ratings for comparable companies being used in the debt capacity analysis | 22 | 0.50 | $320.00 | $160.00 |
| 8/14/02 | PR | Identify non-investment grade comparable companies for debt capacity analysis | 22 | 1.50 | $320.00 | $480.00 |
| 8/14/02 | PR | Calculate WR Grace EBIT, EBIT and revenue for LTM and 3 year average for valuation | 22 | 1.70 | $320.00 | $544.00 |
| 8/14/02 | PR | Review Conway Del Genio expert report on Grace solvency for 2002 valuation analysis | 22 | 1.30 | $320.00 | $416.00 |
| 8/15/02 | BR | purpose of determining possible constraints on Sealed Air debt capacity | 22 | 1.20 | $425.00 | $510.00 |
| 8/15/02 | BR | Research on Edgar database for indentures and other information relating to Sealed Air's three tranches of senior notes | 22 | 1.70 | $425.00 | $722.50 |
| 8/15/02 | BR | Analysis of impact of reducing credit rating from investment grade to speculative grade on the debt capacity of Sealed Air | 22 | 2.90 | $425.00 | $1,232.50 |
| 8/15/02 | BR | Internet research and retrieval of Sealed Air second quarter 10-Q for purposes of debt capacity analysis | 22 | 0.30 | $425.00 | $127.50 |
| 8/15/02 | BR | Review and financial analysis of Sealed Air operations for the first half of 2002 and comparison of operating results to the 1999-2000 period | 22 | 1.90 | $425.00 | $807.50 |
| 8/15/02 | BR | Preparation of spreadsheet addendums to the Sealed Air debt capacity analysis | 22 | 1.60 | $425.00 | $680.00 |
| 8/19/02 | BC | Review of Ginsberg Opinion and Golding Associates Presentation and opinion regarding valuation of Grace's packaging business | 22 | 3.00 | $425.00 | $1,275.00 |
| 8/19/02 | PR | Review Ginsburg Expert Report regarding taxation during spin off with Sealed Air | 22 | 2.50 | $320.00 | $800.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/19/02 | CC | Research on the Building Materials Sector: Economic Outlook for 2002; List summary of information available on topic | 22 | 2.00 | $290.00 | $580.00 |
| 8/28/02 | BR | Research regarding use of control premiums in solvency analyses | 22 | 1.80 | $425.00 | $765.00 |
| 8/28/02 | BR | Analysis of annual working capital requirements for purposes of DCF valuation | 22 | 0.90 | $425.00 | $382.50 |
| 8/28/02 | BR | Analysis of annual capital expenditure requirements for purposes of DCF valuation | 22 | 1.20 | $425.00 | $510.00 |
| 8/28/02 | BR | Analysis of depreciation expense for purposes of financial projections and DCF valuation | 22 | 0.80 | $425.00 | $340.00 |
| 8/28/02 | BR | rates to be applied for determining environmental and asbestos liabilities | 22 | 2.70 | $425.00 | $1,147.50 |
| 8/28/02 | BR | Analysis of operating ratios of Grace Chemco for 1997 for purpose of determining access to credit markets | 22 | 1.30 | $425.00 | $552.50 |
| 8/28/02 | BR | Analysis of "Other Income" for 1997 for purpose of determining normalized levels of EBITDA and EBIT' | 22 | 1.40 | $425.00 | $595.00 |
| 8/28/02 | BR | Analysis of historical EBITDA and EBIT for Grace business segments for purposes of market multiples valuation | 22 | 1.10 | $425.00 | $467.50 |
| 8/28/02 | BC | Review and analysis of Goldin Associates report | 22 | 3.80 | $425.00 | $1,615.00 |
| 8/29/02 | LT | Review of report and exhibits prepared by Golden and Associates regarding solvency issues at March 31, 1998 | 22 | 1.80 | $425.00 | $765.00 |
| 8/29/02 | BR | Research on control premiums for the period near March 31, 1998 for the chemical industry for purposes of market multiples valuation | 22 | 1.90 | $425.00 | $807.50 |
| 8/29/02 | BR | Analysis of comparable company transaction data for purpose of transaction multiples valuation | 22 | 1.00 | $425.00 | $425.00 |
| 8/29/02 | BR | Analysis of equity component of the weighted average cost of capital utilizing the capital asset pricing model for purposes of DCF valuation | 22 | 0.40 | $425.00 | $170.00 |
| 8/29/02 | BR | Analysis of revenue growth by segment attributable to volume, price and impact of foreign exchange rates | 22 | 1.60 | $425.00 | $680.00 |
| 8/29/02 | BR | Review of World Economic Outlook projections of growth for purposes of DCF valuation | 22 | 0.40 | $425.00 | $170.00 |
| 8/29/02 | BR | Review of selected portions of the Kline Guide to U.S. Chemical Industry for purposes of DCF valuation | 22 | 0.50 | $425.00 | $212.50 |
| 8/29/02 | BR | Preparation and discussion of appropriate discount rate to be applied in determining present value of asbestos liability | 22 | 1.50 | $425.00 | $637.50 |
| 8/29/02 | BC | Review and analysis of the market multiple valuation section | 22 | 3.90 | $425.00 | $1,657.50 |
| 8/29/02 | BC | Review and analysis of the acquistion multiple valuation section | 22 | 1.80 | $425.00 | $765.00 |
| 8/29/02 | BC | Review and analysis of the market multiple valuation section | 22 | 3.30 | $425.00 | $1,402.50 |
| 8/30/02 | BC | Analysis of appropriate discount rate for discounting asbestos and environmental liability | 22 | 1.40 | $425.00 | $595.00 |
| 8/30/02 | BC | Review and analysis of the DCF portion of Goldin report | 22 | 3.70 | $425.00 | $1,572.50 |
| 8/30/02 | BC | Review and analysis of Goldin's analysis of liabilities | 22 | 2.30 | $425.00 | $977.50 |
| | | TOTAL Category 22: Valuation | | 125.10 | | $48,424.50 |
| 8/9/02 | MB | Review 8/2/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/16/02 | MB | Review 8/9/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/23/02 | MB | Review 8/16/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |

# W.R. Grace

## Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/02 | BR | Conference call w/ Rachel Fleishman, counsel, regarding status of open items | 27 | 0.20 | $425.00 | $85.00 |
| 8/28/02 | MB | Review 8/23/02 Calendar of Critical Events supplied by counsel | 27 | 0.30 | $425.00 | $127.50 |
| 8/29/02 | BR | Conference call w/ Rachel Fleishman, counsel, regarding status of open items and further work to be done | 27 | 0.40 | $425.00 | $170.00 |
| | | **TOTAL Category 27: Business Analysis** | | **1.80** | | **$765.00** |
| 8/1/02 | MB | Review and analysis of ART Acquisition | 29 | 1.50 | $425.00 | $637.50 |
| 8/6/02 | MB | Status meeting to discuss open issues | 29 | 0.30 | $425.00 | $127.50 |
| 8/7/02 | LT | Review of 2nd Quarter 2002 financial reports produced by debtor | 29 | 1.90 | $425.00 | $807.50 |
| 8/7/02 | MB | Review of 2002 2Q consolidated financial statements in preparation for conference call with debtor | 29 | 1.80 | $425.00 | $765.00 |
| 8/7/02 | MB | Review of 2002 2Q combined Ch 11 filing entities in preparation for conference call with debtor | 29 | 1.20 | $425.00 | $510.00 |
| 8/7/02 | MB | Review of 2002 2Q consolidated sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.90 | $425.00 | $807.50 |
| 8/8/02 | LT | Conference call with representatives of debtor to discuss 2nd Quarter 2002 operating results and financial condition | 29 | 0.80 | $425.00 | $340.00 |
| 8/8/02 | MB | Review of 2002 2Q Davison sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.60 | $425.00 | $680.00 |
| 8/8/02 | MB | Review of 2002 2Q Performance Chemicals sales, EBIT and operating results analyses in preparation for conference call with debtor | 29 | 1.70 | $425.00 | $722.50 |
| 8/8/02 | MB | Conference call with Grace management to discuss second quarter operating results | 29 | 0.70 | $425.00 | $297.50 |
| 8/8/02 | MB | Compilation of financials for 2Q review | 29 | 1.50 | $425.00 | $637.50 |
| 8/11/02 | LT | Engagement status review | 29 | 0.30 | $425.00 | $127.50 |
| 8/13/02 | ET | Contacted Thomson Financials, ordered a copy of the 2001 Sealed Air Annual Report to Shareholders. | 29 | 0.20 | $185.00 | $37.00 |
| 8/19/02 | BC | Review of WRG Monthly Financial Report to Creditors, dated June 30, 2002 | 29 | 1.50 | $425.00 | $637.50 |
| 8/29/02 | ET | Reviewed April 2002 monthly operating report for WR Grace and Chapter 11 companies, in order to determine set-up of month-over- | 29 | 0.60 | $185.00 | $111.00 |
| 8/29/02 | ET | Create month-over-month income statement comparison matrix (April vs May 2002) for WR Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, cumulative filing since petition date numbers and 2002 year-to-date as May 2002. Calculated month-over-month dollar and percent changes. | 29 | 0.80 | $185.00 | $148.00 |
| 8/29/02 | ET | Create month-over-month cash flow statement comparison matrix (April vs May 2002) for WR-Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, May 2002 year-to-date numbers, and cumulative since filing date numbers. Calculated month-over-month dollar and percent change. | 29 | 1.50 | $185.00 | $277.50 |
| 8/29/02 | ET | Create month-over-month balance sheet comparison matrix (April vs May 2002) for WR-Grace and Chapter 11 Filing Entities. Entered April and May 2002 numbers, and December 2001. Calculated month-over-month dollar and percent change. | 29 | 1.00 | $185.00 | $185.00 |
| 8/30/02 | ET | Contacted the Kline & Group in order to obtain a copy of the 1998 Kline Report on chemicals/specialty chemicals. | 29 | 0.20 | $185.00 | $37.00 |

# W.R. Grace

Schedule B

Services Rendered during the Period: August 1-31, 2002.

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/30/02 | ET | Created month-over-month comparison (April vs May 2002) matrix for accounts receivable reconciliation and aging for WR Grace & Co - Conn, Remedium Group, Inc, Darex Puerto Rico Inc, and Grace Europe. Entered April and May 2002 numbers, calculated month-over-month dollar change and trade accounts receivable percent to total. | 29 | 1.50 | $185.00 | $277.50 |
| 8/30/02 | ET | Created month-over-month comparison matrix (May vs June 2002) for WR Grace & Co, for income statement, balance sheet, cash flow and unpaid post-petition debt. Entered May and June 2002 numbers. | 29 | 1.50 | $185.00 | $277.50 |
| 8/30/02 | ET | Created month-over-month comparison matrix for WR Grace and Chapter 11 Filing Companies (June vs July 2002). | 29 | 1.00 | $185.00 | $185.00 |
| | | TOTAL Category 29: Data Analysis | | 25.00 | | $8,633.00 |
| | | **TOTAL Schedule B:** | | 186.00 | | $71,186.50 |

# W. R. Grace

# Schedule C

Summary of Expenses Incurred by L Tersigni Consulting P.C.
Accountant and Financial Advisor

| Descriptions | | Category | Amount |
|---|---|---|---|
| Annual Report ordered '2001 Sealed Air Systems' from Disclosure/Thomson Financials utilized in valuation | | 11 | $39.00 |
| **Federal Express: ( 5 packages )** | | | |
| | 8360-8882-5728 | 11 | $12.03 |
| | 8360-8882-5875 | 11 | $13.38 |
| | 8360-8882-5717 | 11 | $15.34 |
| | 8360-8882-5783 | 11 | $14.66 |
| | 8360-8882-5772 | 11 | $16.50 |
| Xerox:   ( 2,673 x $0.10 per page) | | 11 | $267.30 |
| FAX:   ( 49 x $0.50 per page- OUTBOUND ONLY) | | 11 | $24.50 |
| Postage for mailing of 2nd Qtr'02 Due Diligience update ( 16 mailings) | | 11 | $21.92 |
| Telephone | | 11 | $126.26 |
| **Total Expenses incurred from  August 1 -31, 2002** | | 11 | $550.89 |