UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: October 28, 2002 at 4:00 p.m.** **Hearing Date: TBD only if necessary** |

**SUMMARY COVERSHEET TO SEVENTEENTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $94,828.80 for the period August 1, 2002 through August 31, 2002 (80% of $118,536.00 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $23,851.10 for the period August 1, 2002 through August 31, 2002. |

This is a: Monthly interim application.

91100-001\DOCS_DE:45785.1
10/08/02 12:56 PM

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 80% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 80% Paid | 100% Paid |

| | | | | | |
|---|---|---|---|---|---|
| | through 3/31/02 | | | | |
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 80% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the seventeenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 121.9 | $53,636.00 |
| Alec Zacaroli | Associate | $210 | 3.8 | $798.00- |
| William Hughes | Counsel | $350 | 180.6 | $63,210.00 |
| Steven C. Dubuc | Associate | $270 | .5 | $135.00 |
| Tamara Parker | Associate | $270 | 79.9 | $21,573.00 |
| Rebecca Mitchell | Paralegal | $120 | .3 | $36.00 |
| Barbara Banks | Paralegal | $135 | 208.4 | $28,134.00 |
| Natasha Bynum | Legal Clerk | $100 | 104.1 | $10,400.00 |
| Mahmoude Moasser | Paralegal | $135 | 111.6 | $15,066.00 |
| | | | | |

| | |
|---|---|
| Total Fees | $192,988.00 |
| Less 40% Discount for Allied | $( 74,462.00) |
| Balance Due | $118,536.00 |

| Total Hours | 811.1 |
| --- | --- |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| | |
| Air Fares | $4,955.00 |
| Auto Rentals | $1,186.63 |
| Copies- Internal and Outside | $3,901.90 |
| Facsimile | $179.25 |
| Telephone | $530.03 |
| Lexis/Westlaw Costs | $5,653.57 |
| FedEx | $314.79 |
| Overtime Meals | $15.50 |
| Overtime Transportation | $853.22 |
| Secretarial Overtime | $89.01 |
| Car Service | $231.38 |
| Hotels | $3,026.01 |
| Meals on Trips | $257.25 |
| Postage | $3.85 |
| Parking on Trips | $304.00 |
| Certified Copy of Documents | $21.00 |
| Meals for Meetings - DC, Miami, NYC | $2,196.09 |
| Overtime Meals - Attorney/Paralegals | $132.62 |
| | |
| Total | $23,851.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Wallace King Marraro & Branson, PLLC and I am a member in good standing of the bars of the State of New Jersey and District of Columbia.

2. I have personally performed certain of, and overseen the legal services rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 25th day of September 2002.

Notary Public

My Commission Expires: July 14, 2006.