IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 28, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 23, 2002
Invoice 523725  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 08/31/02 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/07/02 | Receive voice message from Mr. Emmett (0.1); discuss historical issues regarding site tracking and reserves with Mr. Emmett (0.3).<br>D.M. CLEARY | 0.40 hrs. | 290.00/hr | $116.00 |
| 08/27/02 | Review issues with Attorney Willis concerning EPA request for verification that payment was made at Hardin Superfund Site in York County (0.2); review research assignment with paralegal (0.3).<br>B.F. HAWKINS, JR. | 0.50 hrs. | 240.00/hr | $120.00 |
| 08/29/02 | Discussion with Attorney Cleary concerning verifying status of payments made to EPA in Hinson Chemical Site in response to inquiries by EPA (0.3); discuss document review with paralegal (0.2).<br>B.F. HAWKINS, JR. | 0.50 hrs. | 240.00/hr | $120.00 |

**Fees for Legal Services**..................................................................................................... **$356.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 | 240.00 | 240.00 |
| D.M. CLEARY | 0.40 | 290.00 | 116.00 |
| TOTAL | 1.40 | $254.29 | $356.00 |

**Net current billing for this invoice**....................................................................................... **$356.00**

W. R. Grace & Co.

September 23, 2002
Invoice 523725  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $356.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................ | **$356.00** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 494.50 |
| 478642 | 11/27/2001 | 855.05 | 169.00 |
| 481795 | 12/14/2001 | 684.31 | 129.80 |
| 484313 | 01/25/2002 | 143.70 | 28.30 |
| 493884 | 03/20/2002 | 8,099.83 | 1,605.72 |
| 498375 | 04/16/2002 | 1,574.72 | 314.70 |
| 499687 | 04/19/2002 | 1,055.69 | 206.30 |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| | TOTAL A/R BALANCE | | $5,033.32 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                    September 18, 2002
ATTN: Lydia Duff, Esq.                               Invoice 523726  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003              For Services Through 08/31/02
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

08/14/02    Review agenda and calendar Steering Committee meeting.
            D.M. CLEARY                 0.10 hrs.   290.00/hr           $29.00

08/15/02    Attend Beaco Road Steering Committee Meeting.
            D.M. CLEARY                 0.30 hrs.   290.00/hr           $87.00

**Fees for Legal Services**...................................................................................... **$116.00**

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| D.M. CLEARY  | 0.40  | 290.00  | 116.00  |
| TOTAL        | 0.40  | $290.00 | $116.00 |

**Net current billing for this invoice**................................................................. **$116.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 464915                  | 09/13/2001   | 1,101.45    | 219.99      |
| 466678                  | 09/21/2001   | 3,669.70    | 833.90      |
| 469740                  | 10/09/2001   | 1,054.50    | 194.70      |
| 478644                  | 11/27/2001   | 347.00      | 69.40       |
| 481796                  | 12/14/2001   | 644.00      | 128.80      |
| 484314                  | 01/25/2002   | 252.99      | 48.40       |
| 493885                  | 03/14/2002   | 281.50      | 56.30       |
| 498376                  | 04/13/2002   | 546.14      | 109.20      |
| 499688                  | 04/19/2002   | 274.59      | 53.70       |
| 502852                  | 05/10/2002   | 1,367.25    | 293.00      |
| 508355                  | 06/14/2002   | 304.00      | 304.00      |
| 514740                  | 07/23/2002   | 72.00       | 72.00       |
| 523726                  | 09/18/2002   | 116.00      | 116.00      |
|                         |              | A/R BALANCE | $2,499.39   |

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $116.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice...............................................................** | **$116.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 194.70 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 48.40 |
| 493885 | 03/14/2002 | 281.50 | 56.30 |
| 498376 | 04/13/2002 | 546.14 | 109.20 |
| 499688 | 04/19/2002 | 274.59 | 53.70 |
| 502852 | 05/10/2002 | 1,367.25 | 293.00 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| | TOTAL A/R BALANCE | | $2,499.39 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 18, 2002
Invoice 523727  Page 1

Our Matter #            02399/06012                        For Services Through 08/31/02
WR Grace #             001-KL-721200-00-100128
Name of Matter:       Owensboro Site Management

08/27/02    Review settlement agreement between Sierra Club and EPA with reference to 112(j)
            applicability and potential impacts of decision on first compliance date of MON requirements
            (0.5); discussions with various counsel involved in litigation to determine if submission of
            Startup, Shutdown and Malfunction plans will change first applicability date (0.8).
            B.F. HAWKINS, JR.                          1.30 hrs.    240.00/hr              $312.00

**Fees for Legal Services**............................................................................................... **$312.00**

### BILLING SUMMARY

|                      | Hours | Rate/Hr  | Dollars  |
|----------------------|-------|----------|----------|
| B.F. HAWKINS, JR.    | 1.30  | 240.00   | 312.00   |
| TOTAL                | 1.30  | $240.00  | $312.00  |

**Net current billing for this invoice**..................................................................... **$312.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|-------------------------|--------------|-------------|-------------|
| 464582                  | 09/12/2001   | 0.10        | 0.10        |
| 464597                  | 09/12/2001   | 84.20       | 16.50       |
| 466681                  | 09/21/2001   | 187.00      | 37.40       |
| 469742                  | 10/09/2001   | 88.00       | 17.60       |
| 484316                  | 01/11/2002   | 78.24       | 15.30       |
| 498378                  | 04/16/2002   | 4,106.06    | 820.80      |
| 499689                  | 04/19/2002   | 6,869.35    | 4,954.80    |
| 502854                  | 05/10/2002   | 3,504.00    | 700.80      |
| 508357                  | 06/20/2002   | 1,456.00    | 1,456.00    |
| 523727                  | 09/18/2002   | 312.00      | 312.00      |
|                         |              | A/R BALANCE | $8,331.30   |

W. R. Grace & Co.

September 18, 2002
Invoice 523727  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06012
Owensboro Site Management

| | |
|---|---|
| Fees for Professional Services | $312.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice.................................................................** **$312.00**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464582 | 09/12/2001 | 0.10 | 0.10 |
| 464597 | 09/12/2001 | 84.20 | 16.50 |
| 466681 | 09/21/2001 | 187.00 | 37.40 |
| 469742 | 10/09/2001 | 88.00 | 17.60 |
| 484316 | 01/11/2002 | 78.24 | 15.30 |
| 498378 | 04/16/2002 | 4,106.06 | 820.80 |
| 499689 | 04/19/2002 | 6,869.35 | 4,954.80 |
| 502854 | 05/10/2002 | 3,504.00 | 700.80 |
| 508357 | 06/20/2002 | 1,456.00 | 1,456.00 |
| 523727 | 09/18/2002 | 312.00 | 312.00 |
| | TOTAL A/R BALANCE | | $8,331.30 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 18, 2002
Invoice 523728  Page 1

Our Matter #        02399/06018                    For Services Through 08/31/02
WR Grace #          001-KL-721490-01-501660
Name of Matter:     Western Mineral Products Site

| 07/31/02 | Discussion with Mr. Marriam regarding questions from bankruptcy counsel concerning EPA activities at the site (0.3); discussion with bankruptcy counsel regarding costs and standards used by EPA in preparation for upcoming depositions (0.7). | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 1.00 hrs. | 290.00/hr | $290.00 |

**Fees for Legal Services**.................................................................................................. **$290.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.00 | 290.00 | 290.00 |
| TOTAL | 1.00 | $290.00 | $290.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/28/2002 | VENDOR: Genesys Conferencing, Inc.; INVOICE#: 1-2961; DATE: 08/28/2002 - Conference call re: Western Minerals | 25.50 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**................................... **$25.50**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone - Out | 25.50 |
| TOTAL | $25.50 |

**Net current billing for this invoice**...................................................................................... **$315.50**

W. R. Grace & Co.

September 18, 2002
Invoice 523728  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06018
Western Mineral Products Site

| | |
|---|---|
| Fees for Professional Services | $290.00 |
| Charges for Other Services Provided/Expenses Incurred | $25.50 |
| **Net current billing for this invoice...............................................................** | **$315.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466683 | 09/27/2001 | 6,245.89 | 1,246.60 |
| 469521 | 10/09/2001 | 22.40 | 4.40 |
| 469787 | 10/09/2001 | 1,188.10 | 235.00 |
| 478909 | 11/29/2001 | 5,392.50 | 1,070.40 |
| 523728 | 09/18/2002 | 315.50 | 315.50 |
| | TOTAL A/R BALANCE | | $2,871.90 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 18, 2002
Invoice 523729  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 08/31/02 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

08/16/02    Review Title V compliance certification issues with Mr. Fishel (0.4); research and review information concerning permit terms and conditions related to periodic monitoring and pressure drop ranges and how these ranges are being treated in other context (2.8).

B.F. HAWKINS, JR.                              3.20 hrs.    240.00/hr           $768.00

08/16/02    Research for information regarding pressure drop readings for Attorney Hawkins' review (0.8); discuss findings of document review with Attorney Hawkins (0.4).

L.K. THOMAS                                   1.20 hrs.    95.00/hr            $114.00

08/19/02    Research on legal significance to pressure drop readings that are outside of ranges designated in Title V permit.

B.F. HAWKINS, JR.                              2.10 hrs.    240.00/hr           $504.00

08/30/02    Work on language to add to Title V compliance certification addressing pressure drop readings.

B.F. HAWKINS, JR.                              0.60 hrs.    240.00/hr           $144.00

**Fees for Legal Services**.................................................................................................... **$1,530.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 5.90 | 240.00 | 1,416.00 |
| L.K. THOMAS | 1.20 | 95.00 | 114.00 |
| TOTAL | 7.10 | $215.49 | $1,530.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

08/21/2002    Telephone 1-803-648-9575                                              0.17

**Total Charges for Other Services Provided/Expenses Incurred**.................................... **$0.17**

W. R. Grace & Co.

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.17 |
| TOTAL | $0.17 |

**Net current billing for this invoice**......................................................................................   **$1,530.17**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 523729 | 09/18/2002 | 1,530.17 | 1,530.17 |
| | | A/R BALANCE | $1,551.52 |

W. R. Grace & Co.

September 18, 2002
Invoice 523729  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

---

| | |
|---|---|
| Fees for Professional Services | $1,530.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.17 |

**Net current billing for this invoice**................................................................ **$1,530.17**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 523729 | 09/18/2002 | 1,530.17 | 1,530.17 |
| | TOTAL A/R BALANCE | | $1,551.52 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 23, 2002
Invoice 523730  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 08/31/02 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

---

07/30/02　Review e-mail correspondence regarding Record of Decision questions posed by client (0.2); discuss the applicable law and regulations, and existing Consent Agreement with Attorney Hawkins to assist him in formulating response (0.9).
D.M. CLEARY　　　　　　　　　　　　　1.10 hrs.　290.00/hr　　　$319.00

07/30/02　Review and analyze e-mail from Mr. Bucens regarding status of DHEC's issuance of ROD for Charleston site and issues concerning execution of new Consent Order (0.5); review e-mail and review with Attorney Cleary (0.9); respond to Mr. Bucens (0.3).
B.F. HAWKINS, JR.　　　　　　　　　　1.70 hrs.　240.00/hr　　　$408.00

08/02/02　Review legal research assignment with Attorney Carlisle regarding locating language in recent Consent Orders or Administrative Orders utilized by DHEC to implement Record of Decision to be reviewed for purposes of analysis of conditions requiring implementation of Record of Decision for Charleston site.
B.F. HAWKINS, JR.　　　　　　　　　　0.40 hrs.　240.00/hr　　　$96.00

08/02/02　Conference call with Mr. Bucens, Mr. Obradovic, Ms. Saucier and Ms. Duff to review issues for proceeding with DHEC in light of anticipated issuance of Record of Decision.
B.F. HAWKINS, JR.　　　　　　　　　　0.80 hrs.　240.00/hr　　　$192.00

08/02/02　Confer with Attorney Hawkins regarding changes in consent orders for DHEC-lead CERCLA clean-ups (0.4); determine availability of recent DHEC consent orders within firm (0.3).
R.T. CARLISLE　　　　　　　　　　　　0.70 hrs.　220.00/hr　　　$154.00

08/05/02　Review e-mailed comments by DHEC regarding our objections to the remedy.
D.M. CLEARY　　　　　　　　　　　　　0.20 hrs.　290.00/hr　　　$58.00

08/05/02　Review e-mail from Mr. Bucens regarding Ms. Canova's response to discussion on preparation of ROD and position on Consent Order (0.3); review status of obtaining information on form language used in recent DHEC Consent Orders with Attorney Carlisle (0.2); review Ms. Canova's response to questions in light of comments and formal comments submitted by Grace on proposed remedy (0.4).
B.F. HAWKINS, JR.　　　　　　　　　　0.90 hrs.　240.00/hr　　　$216.00

W. R. Grace & Co.

September 23, 2002
Invoice 523730  Page 2

| 08/05/02 | Review recent Superfund case files to review potentially relevant consent order language (0.6); confer with Attorney Hawkins regarding same (0.2); inquiries of other attorneys concerning same (0.3); verify unavailability through DHEC web site and Lexis (0.4); draft Freedom of Information request for recent consent orders (0.1); electronic mail memorandum to Attorney Hawkins regarding same (0.1); review electronic mail memorandum from Mr. Bucens regarding remedy selection issues and offer comments and suggestions to Attorney Hawkins regarding strategic implications (0.3). | | | |
| | R.T. CARLISLE | 2.00 hrs. | 220.00/hr | $440.00 |

| 08/07/02 | Confer with Attorney Hawkins regarding sample consent orders and draft Freedom of Information request to obtain same. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |

| 08/10/02 | Review 1989 Consent Order and sample 2001 Consent Order and highlight differences. | | | |
| | R.T. CARLISLE | 0.90 hrs. | 220.00/hr | $198.00 |

| 08/12/02 | Outline features likely to be considered by DHEC for inclusion in current consent agreements and consent orders (0.3); review list of state-lead Superfund sites and highlight those to request file review under FOIA (0.3); draft FOIA request for same (0.2). | | | |
| | R.T. CARLISLE | 0.80 hrs. | 220.00/hr | $176.00 |

| 08/19/02 | Discussion with Mr. Truesdale of DHEC to review issues associated with possible ways to move forward with execution of Record of Decision without need for appeal (0.6); provide update on status of discussions (0.3). | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 240.00/hr | $216.00 |

| 08/23/02 | Review files at DHEC pursuant to Freedom of Information Act involving sites at which groundwater not remediated despite burial of waste in groundwater. | | | |
| | R.T. CARLISLE | 2.80 hrs. | 220.00/hr | $616.00 |

| 08/28/02 | Confer with DHEC FOIA office regarding scheduling further review of files for DHEC-lead sites. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |

| 08/29/02 | Review files for consent orders and clean-up requirements at DHEC pursuant to FOIA request. | | | |
| | R.T. CARLISLE | 4.10 hrs. | 220.00/hr | $902.00 |

**Fees for Legal Services.......................................................................................................** **$4,057.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 4.70 | 240.00 | 1,128.00 |
| D.M. CLEARY | 1.30 | 290.00 | 377.00 |
| R.T. CARLISLE | 11.60 | 220.00 | 2,552.00 |
| TOTAL | 17.60 | $230.51 | $4,057.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/22/2002 | Courier charge | 12.00 |
|---|---|---|
| 07/22/2002 | Courier charge | 12.00 |
| 08/02/2002 | Telephone 1-601-352-8646 | 16.64 |
| 08/06/2002 | Photocopies 33 Page(s) | 1.65 |

W. R. Grace & Co.

September 23, 2002
Invoice 523730  Page 3

| Date | Description | Amount |
|------|-------------|-------:|
| 08/09/2002 | Photocopies 75 Page(s) | 3.75 |
| 08/09/2002 | Photocopies 1 Page(s) | 0.05 |
| 08/10/2002 | Photocopies 14 Page(s) | 0.70 |
| 08/12/2002 | Photocopies 52 Page(s) | 2.60 |
| 08/13/2002 | Telephone 1-617-498-2667 | 0.97 |
| 08/15/2002 | Photocopies 2 Page(s) | 0.10 |
| 08/15/2002 | VENDOR: SC DHEC; INVOICE#: Q014138-2; DATE: 08/15/2002 - Documents from FOIA request | 10.00 |
| 08/16/2002 | Photocopies 1 Page(s) | 0.05 |
| 08/20/2002 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred...................................** **$60.61**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|--------:|
| Photocopies | 9.00 |
| Courier - In | 24.00 |
| Service | 10.00 |
| Telephone | 17.61 |
| TOTAL | $60.61 |

**Net current billing for this invoice....................................................................** **$4,117.61**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 1,334.10 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 2,509.60 |
| 493891 | 03/28/2002 | 9,763.51 | 1,947.10 |
| 498385 | 04/16/2002 | 3,438.49 | 679.30 |
| 499683 | 04/19/2002 | 5,483.68 | 1,095.70 |
| 502858 | 05/10/2002 | 5,685.17 | 1,070.40 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| | | A/R BALANCE | $37,007.46 |

W. R. Grace & Co.

September 23, 2002
Invoice 523730  Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06032
Charleston

---

Fees for Professional Services                                    $4,057.00
Charges for Other Services Provided/Expenses Incurred             $60.61

**Net current billing for this invoice.................................................................**        **$4,117.61**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 1,334.10 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 2,509.60 |
| 493891 | 03/28/2002 | 9,763.51 | 1,947.10 |
| 498385 | 04/16/2002 | 3,438.49 | 679.30 |
| 499683 | 04/19/2002 | 5,483.68 | 1,095.70 |
| 502858 | 05/10/2002 | 5,685.17 | 1,070.40 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| | TOTAL A/R BALANCE | | $37,007.46 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 18, 2002
Invoice 523731  Page 1

| Our Matter # | 02399/06091 | For Services Through 08/31/02 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/29/02 | Review Mr. Port's correspondence and edit outstanding invoices spreadsheet.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 07/29/02 | Review PACER for recent filings.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/01/02 | Review PACER for recent filings.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/02/02 | Review PACER for recent filings.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/05/02 | Review PACER for recent filings (0.3); review and edit quarterly filings (September 2001 and December 2001) documents (2.0); e-mail revised documents to Attorney Cleary for review and distribution (0.3); review invoices and prepare June 2002 Monthly Fee Application documents (1.4).<br>K. BROWN | 4.00 hrs. | 125.00/hr | $500.00 |
| 08/06/02 | Prepare final June 2002 monthly filing fee documents (2.7); e-mail documents to Attorney Cleary and Administrative Assistant Swider for review and distribution (0.3).<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 08/07/02 | Prepare correspondence regarding posting of payment and e-mail to A/R Specialists.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/07/02 | Review Mr. Port's detailed payment spreadsheet and edit the outstanding invoices database.<br>K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
| 08/09/02 | Review, edit, and send June fee application to Delaware counsel.<br>D.M. CLEARY | 1.30 hrs. | 290.00/hr | $377.00 |
| 08/19/02 | Search for recent filings on PACER (8-5-02 through 8-16-02) and review findings.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 08/19/02 | Review billing report and modify per recent filings  (1.4); prepare correspondence containing the revised billing report and e-mail to Attorneys Cleary and Hawkins for review (0.3).<br>K. BROWN | 1.70 hrs. | 125.00/hr | $212.50 |

W. R. Grace & Co.

September 18, 2002
Invoice 523731  Page 2

| 08/20/02 | Review correspondence regarding July 2002 invoices (0.3); draft correspondence regarding July 2002 invoices (0.3); organize and file invoices (0.4). | | | |
|---|---|---|---|---|
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 08/21/02 | Meet with Attorney Cleary to discuss the status of recent filings of CNOs per the Amended Order (0.4); review and revise September 2001 2nd quarterly filing documents (2.6); review and revise December 2001 3rd quarterly filing documents (2.3); review invoices, compile and create July 2002 monthly fee application documents (2.1). | | | |
| | K. BROWN | 7.40 hrs. | 125.00/hr | $925.00 |
| 08/22/02 | Meet with Attorney Cleary for his review of the final September 2001 quarterly filing, December 2001 quarterly filing, July 2002 fee application and July 2002 fee application correspondence to Ms. Duff (1.0); modify outstanding invoices database (1.0); prepare final documents for Mr. Carickhoff and Mr. Smith (0.7). | | | |
| | K. BROWN | 2.70 hrs. | 125.00/hr | $337.50 |
| 08/22/02 | Review, scan and organize the September 2001 quarterly filing, December 2001 quarterly filing, July 2002 fee application and July 2002 invoices correspondence to Ms. Duff. | | | |
| | K. BROWN | 1.60 hrs. | 125.00/hr | $200.00 |
| 08/23/02 | Burn CD containing September 2001 Quarterly Filing and December 2001 Quarterly Filing and federal express to Mr. Carickhoff, Jr. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 08/28/02 | Review correspondence from Mr. Smith regarding new categories. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 08/28/02 | Meet with Attorney Cleary to discuss Mr. Smith's new categories and how do they apply to Nelson, Mullins. | | | |
| | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**......................................................................................................  **$3,702.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.30 | 290.00 | 377.00 |
| K. BROWN | 26.60 | 125.00 | 3,325.00 |
| TOTAL | 27.90 | 132.69 | 3,702.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/06/2002 | Telephone 1-617-498-4402 | 0.23 |
|---|---|---|
| 08/22/2002 | VENDOR: Federal Express; INVOICE#: 647088495; DATE: 08/22/2002 - 07/15/02 | 20.28 |
| 08/22/2002 | Photocopies 1260 Page(s) | 63.00 |

**Total Charges for Other Services Provided/Expenses Incurred**...................................  **$83.51**

W. R. Grace & Co.

September 18, 2002
Invoice 523731  Page 3

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 63.00 |
| Federal Express | 20.28 |
| Telephone | 0.23 |
| TOTAL | $83.51 |

**Net current billing for this invoice**.................................................................................... **$3,785.51**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| 523731 | 09/18/2002 | 3,785.51 | 3,785.51 |
| | | A/R BALANCE | $18,279.52 |

W. R. Grace & Co.

September 18, 2002
Invoice 523731  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/31/02

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $3,702.00 |
| Charges for Other Services Provided/Expenses Incurred | $83.51 |
| **Net current billing for this invoice.................................................................** | **$3,785.51** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| 523731 | 09/18/2002 | 3,785.51 | 3,785.51 |
| | TOTAL A/R BALANCE | | $18,279.52 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

    3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this _26_ day of _September_ , 2002

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _2/21/2012_