**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x
In re:

      W.R. GRACE & CO., et al.

      Debtor.

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

-------------------------------------------------------x

STATE OF NEW YORK    )
                               ) ss .:
COUNTY OF NASSAU    )

      **HEIDI ORTMANN,** being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER HOFFMAN LLP.

      On October 7, 2002 deponent served the **Objection of Motion of the Debtors for an Order Extending Time to Assume, Assign and Reject Unexpired Leases of Non-Residential Real Property** by regular mail and via facsimile to the parties attached hereto, at the addresses listed below, at the facsimile numbers listed below, said addresses and facsimile numbers being designated for that purpose, by faxing same and depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    SEE ATTACHED

                                                             **/s/ Heidi Ortmann**
                                                             **HEIDI ORTMANN**

Sworn to before me this
8th day of October, 2002

                                  Leandra Conde
**/s/ Leandra Conde**       Notary Public, State of New York
Notary Public                No. 01CO6061789
                                  Qualified in Suffolk County
                                  Term Expires July 21, 2005

**SERVICE LIST**

James H.M. Sparyregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax No. (312) 861-2200

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
Fax No. (302) 652-4400

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, New York 10038-4982
Fax No. (212) 806-6006

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 North Market Street, Ste. 1200
Wilmington, DE 19801-1246
Fax No. (302) 657-4901

Scott L. Baena, Esq./Member
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131
Fax No. (305) 374-7593

Ferry & Joseph, PA
824 Market Street, Ste. 904
P.O. Box 1351
Wilmington, DE 19899
Attn: Michael B. Joseph, Esq.
Fax No. (302) 575-1714

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, New York 10022
Fax No. (212) 644-6755

Matthew G. Zaleski, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Ste. 1500
Wilmington, DE 19801
Fax No. (302) 426-9947

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Ste. 5800
Chicago, IL 60606
Fax No. (312) 993-9767

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Ste. 900
P.O. Box 25130
Wilmington, DE 19899
Fax No. (302) 658-6395

Frank J. Perch, Esq.
Office of the US Trustee
601 Walnut Street, Curtis Center
Suite 950 West
Philadelphia, PA 19106
Fax No. (302) 573-6497

Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
Attn: Thomas Moers Mayer, Esq.
Fax No. (212) 715-8000

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Ste. 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Fax No. (302) 552-4220

Doc#263652/WRGrace