W. R. Grace 2002 Service List
Case No. 01-1139 (JKF)
Doc. No. 22588
029– Hand Delivery
208 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
)
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
)
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
)
Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

*Hand Delivery*
)
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

***Hand Delivery***
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

***Hand Delivery***
(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

***Hand Delivery***
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

***Hand Delivery***
)
Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE 19899-8989

***Hand Delivery***
(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

***Hand Delivery***
)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

***Hand Delivery***
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

**Hand Delivery**
(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

**First Class Mail**
 (Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

**First Class Mail**
 (Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

**First Class Mail**
 (W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**First Class Mail**
 (Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

**First Class Mail**
 (Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**First Class Mail**
 (Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

**First Class Mail**
 (Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

**First Class Mail**
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**First Class Mail**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson &
Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
District Director
IRS
409 Silverside Road
Wilmington, DE  19809

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
)
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

*First Class Mail*
)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*

)
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY  10176

*First Class Mail*

)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

*First Class Mail*

)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*

)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*

)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*

)
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

*First Class Mail*

)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

*First Class Mail*

)
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

*First Class Mail*

)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

*First Class Mail*

)
Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

*First Class Mail*

(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

*First Class Mail*
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

*First Class Mail*
)
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*
)
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

*First Class Mail*
)
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

*First Class Mail*
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
)
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

*First Class Mail*
)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

*First Class Mail*
)
Keavin D. McDonald
Wilshire Scott & Dyer, P.C.
1221 McKinney, Suite 3000
Houston, TX  77010

*First Class Mail*
)
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

*First Class Mail*
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*
)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

*First Class Mail*
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*

)
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

*First Class Mail*

)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*

)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

*First Class Mail*

)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

*First Class Mail*

)
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

*First Class Mail*

)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

*First Class Mail*

)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

*First Class Mail*

)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

*First Class Mail*

)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*First Class Mail*

)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

*First Class Mail*

)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*

)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

*First Class Mail*
)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, NY  10022

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
)
Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
)
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  43085-2323

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY  10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

*First Class Mail*
)
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

*First Class Mail*
)
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, NC  28202-4010

*First Class Mail*
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

*First Class Mail*
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

*First Class Mail*
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

*First Class Mail*
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

*First Class Mail*
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
(Counsel to  Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*
(Counsel to Delco Development Company)
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178

*First Class Mail*
(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

*First Class Mail*
(Counsel to Commissioner of Revenue)
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*
)
Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA  94111

*First Class Mail*
)
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*)
(Counsel to Rupple K. Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

*First Class Mail*
(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

*First Class Mail*
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

*First Class Mail*
)
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

*First Class Mail*
)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ  85004

*First Class Mail*
)
Coudert Brothers
Attn:  Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY  10036

*First Class Mail*
)
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

*First Class Mail*
(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA  99201-0466

*First Class Mail*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
Eluzfon Austin Reardon Tarlov & Mondell,
PA
300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE  19899

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA  71207

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(U.S. Postal Service)
Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN  38166-0170

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

*First Class Mail*
(Mars Music)
David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL  33301

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA  19102-1799

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

*First Class Mail*
)
Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY  14203-2884

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

*First Class Mail*
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY  10167

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*
)
Marsha A. Penn
P.O. Box 3725
Houston, TX  77253-3725

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

*First Class Mail*
(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA 02109

*First Class Mail*
(Counsel to Louis S. Robles, Esquire and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
(Counsel to the Unofficial Committee of
Select Asbestos Claimants)
Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer, Rebmann Maxwell & Hippel,
LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
)
DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

*First Class Mail*
(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

*First Class Mail*
(Counsel to the City of Knoxville)
Douglas Gordon
Linebarger, Goggan, Blair, Pena &
Sampson, LLP
P.O. Box 460
Knoxville, TN  37901-0460

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY  14604

*First Class Mail*
)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

*First Class Mail*
(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

*First Class Mail*
(Counsel to Daleen Technologies, Inc.)
Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA  30326

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

*First Class Mail*
)
Jenny J. Hyun
Associate Counsel
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

*First Class Mail*
(Counsel to Corpus Christi Gasket &
Fastener, Inc.)
Timothy P. Dowling, Esquire
Gary, Thomasson, Hall & Marks P.C.
210 S. Carancahua
Corpus Christi, TX  78401

*First Class Mail*
)
Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10019-5639

***First Class Mail***
(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

***First Class Mail***
(Counsel to Richards Packaging, Inc.)
Tara J. Schleicher
Farleigh, Wada & Witt, P.C.
121 S. W. Morrison, Suite 600
Portland, OR  97204

***First Class Mail***
(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

***First Class Mail***
(Counsel to Carrollton-Farmers Branch
Independent School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

***First Class Mail***
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

***First Class Mail***
(Counsel to Citadel Investment Group, LLC)
S. Jay Novatney, Esquire
Citadel Investment Group, L.L.C.
225 W. Washington Street, 9th Floor
Chicago, IL  60606

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

~~W. R. Grace 2002 Service List~~
~~Case No. 01-1139 (JKF)~~
~~Doc. No. 22588~~
~~029 - Hand Delivery~~
~~208 - First Class Mail~~

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

~~(Counsel to Debtors and Debtors in Possession)~~
~~Laura Davis Jones, Esquire~~
~~David Carickhoff, Esquire~~
~~Pachulski, Stang, Ziehl, Young & Jones~~
~~919 North Market Street, 16th Floor~~
~~P.O. Box 8705~~
~~Wilmington, DE 19899-8705~~

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE  19801

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
)
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
)
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
(United States Trustee)
Frank J. Perch, Esquire
Office o f the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

Hand Delivery
)
Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis -Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
)
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE  19899-1709

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
)
Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE  19899-8989

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

Hand Delivery
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
 (Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
District Director
IRS
409 Silverside Road
Wilmington, DE  19809

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Keavin D. McDonald
Wilshire Scott & Dyer, P.C.
1221 McKinney, Suite 3000
Houston, TX  77010

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Peter A. Chapman
24 Perdicaris Place
Trenton, NJ  08618

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, CA  94111

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Tennessee Department of Environment and Conservation –
Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, NY  10022

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  43085-2323

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, NC  28202-4010

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to  Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Dow Chemical Company, Hampshire Chemical
Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Delco Development Company)
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Commissioner of Revenue)
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA  94111

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail)
(Counsel to Rupple K. Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Amalgamated Industries and Service Workers
Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit
Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing Corporation)
One North Central Avenue
Phoenix, AZ  85004

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Coudert Brothers
Attn:  Joseph D. Farrell, Esquire and Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY  10036

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
Eluzfon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE  19899

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(U.S. Postal Service)
Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN  38166-0170

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Attorney General of PA(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Mars Music)
David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL  33301

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R.
Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA  19102-1799

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL  33316-1186

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY  14203-2884

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY  10167

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Heard Go ggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Marsha A. Penn
P.O. Box 3725
Houston, TX  77253-3725

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Kaneb Pipe Line Operating Partnership LP and
Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Louis S. Robles, Esquire and Robles Law
Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to the Unofficial Committee of Select Asbestos
Claimants)
Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer, Rebmann Maxwell & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
DACA V, LLC
Attn:  Julie Bubnack
2120 W. Washington Street
San Diego, CA  92110

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to National Union Fire Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to The Burlington Northern and Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Crossroads Industrial Park, Inc. and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to the City of Knoxville)
Douglas Gordon
Linebarger, Goggan, Blair, Pena & Sampson, LLP
P.O. Box 460
Knoxville, TN  37901-0460

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO  80202

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Daleen Technologies, Inc.)
Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA  30326

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Jenny J. Hyun
Associate Counsel
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Corpus Christi Gasket & Fastener, Inc.)
Timothy P. Dowling, Esquire
Gary, Thomasson, Hall & Marks P.C.
210 S. Carancahua
Corpus Christi, TX  78401

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
)
Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to James Grau, Anna Grau and Harry Grau &
Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD,
Cameron County, Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Richards Packaging, Inc.)
Tara J. Schleicher
Farleigh, Wada & Witt, P.C.
121 S. W. Morrison, Suite 600
Portland, OR  97204

(22588) 91100.001

---

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

---

*TO*

First Class Mail
(Counsel to Carrollton-Farmers Branch Independent School
District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

(22588) 91100.001

**Pachulski, Stang, Ziehl, Young & Jones**
A PROFESSIONAL CORPORATION
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*TO*

First Class Mail
(Counsel to Citadel Investment Group, LLC)
S. Jay Novatney, Esquire
Citadel Investment Group, L.L.C.
225 W. Washington Street, 9th Floor
Chicago, IL  60606

(22588) 91100.001

HAND DELIVERY
(Counsel to Timothy Kane)
Neal J. Levitsky, Esquire
Agostini, Levitsky, Isaacs & Kulesza
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE  19899-2323