IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 30, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**SUMMARY OF FIFTEENTH MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF JULY 1, 2002 THROUGH JULY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2002 through June 30, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $4,837.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $1,939.53 |

This is a:  __X__ monthly  _____ interim  _____ final application

**Prior Monthly Applications:**

|  |  | Requested |  | Authorized |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/10/01 #577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 (80% of $1,476.00) | $26.00 |
| 7/10/01 #578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 (80% of $6,276.50) | $2,708.31 |
| 7/30/01 #768 | 6/1/01-6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 (80% of $11,251.00) | $1,643.75 |
| 09/05/01 #879 | 7/1/01 - 07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 (80% of $11,833.00) | $2,538.98 |
| 10/01/01 #979 | 08/01/01 - 08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 (80% of $6,068.00) | $1,391.31 |
| 10/30/01 #1039 | 09/01/01 - 09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 (80% of $6,048.00) | $2,258.87 |
| 01/02/02 #1436 | 10/01/01 - 11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 (80% of $16,325.00) | $4,495.30 |
| 01/21/02 #1533 | 12/01/01-12/31/01 | $4,689.00 | $885.80 | $3,751.20 (80% of $4,689.00) | $885.80 |
| 03/07/02 #1773 | 01/01/02-01/31/02 | $6,980.00 | $1,280.38 | $5,584.00 (80% of $6,980.00) | $1,280.38 |
| 05/01/02 #2000 | 02/01/02-02/28/02 | $6,306.00 | $2,071.17 | $5,044.80 (80% of $6,306.00) | $2,071.17 |
| 05/01/02 #2001 | 03/01/02-03/31/02 | $9,438.00 | $6,070.08 | $7,550.40 (80% of $9,438.00) | $6,070.08 |
| 06/28/02 #2295 | 04/01/02-04/30/02 | $8,470.50 | $5,198.73 | $6,776.40 (80% of $8,470.50) | $5,198.73 |
| 07/03/02 #2326 | 05/01/02-05/31/02 | $11,446.00 | $1,098.56 | $9,156.80 (80% of $11,446.00) | $1,098.56 |
| 09/12/02 #2678 | 06/01/02-06/30/02 | $6,196.50 | $4,697.48 | $4,957.20 (80% of $6,196.50) | $4,697.48 |