## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax: (302) 575-1714

WR Grace PD Committee

July 1, 2002 - July 31, 2002
File #:    WR
Inv #:    5007

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 5.10 | 929.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.60 | 492.50 |
| B18 | Fee Applications, Others | 8.20 | 1,432.50 |
| B25 | Fee Applications, Applicant - | 4.50 | 552.00 |
| B32 | Litigation and Litigation Consulting - | 5.20 | 1,008.50 |
| B37 | Hearings - | 2.30 | 402.50 |
| B40 | Employment Applications, Others - | 0.10 | 20.00 |
| | **Total** | **28.00** | **$4,837.50** |
| | **Grand Total** | **28.00** | **$4,837.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 80.00 | 5.00 | 400.00 |
| Rick S. Miller | 175.00 | 6.50 | 1,137.50 |
| Theodore J. Tacconelli | 200.00 | 16.50 | 3,300.00 |
| **Total** | | **28.00** | **$4,837.50** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 1,939.53 |
|---|---|---|
| | **Total Disbursements** | **$1,939.53** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-02 | *Case Administration* - Prepare e-mail to J. Sakalo re: 6/18/02 transcript | 0.10 | TJT |
| | *Case Administration* - Download and review Campbell & Levine May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Download and review Caplin Drysdale May 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleadings re: Debtors Third Motion for Order Extending Time to Remove Actions | 0.10 | TJT |
| Jul-02-02 | *Case Administration* - Review docket for outstanding Fee Applications and Motions | 0.40 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: Scheduling matters re: Response to Revised Employee Compensation Program | 0.30 | RSM |
| Jul-03-02 | *Case Administration* - Confer with T. Tacconelli re: filing of objection to Revised Employee Compensation Program | 0.20 | RSM |
| Jul-04-02 | *Case Administration* - Review miscellaneous MPHV Orders | 0.10 | TJT |
| Jul-08-02 | *Case Administration* - - Review pleading re: Reed Smith 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Responses to Administrators Motion to Compel | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Objection to Wesconn's Motion for Relief from Stay | 0.10 | TJT |
| | *Case Administration* - Review monthly operating report for May 2002 | 0.10 | TJT |
| | *Case Administration* - - Review pleading re: Stroock May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - - Review pleading re: Nelson Mullins May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZYJ April 2002 Fee Application | 0.10 | TJT |
| Jul-09-02 | *Case Administration* - Review pleading re: Carol Gerard's Motion for Reconsideration | 0.10 | TJT |
| | *Case Administration* - Review K&E May 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin May 2002 Fee Application | 0.10 | TJT |
| Jul-11-02 | *Case Administration* - Review ZAI response to Debtors' objection to ZAI claims | 0.20 | RSM |
| | *Case Administration* - E-mail to Mr. Sakalo re: ZAI response to Debtors' objection to ZAI claims | 0.10 | RSM |
| Jul-16-02 | *Case Administration* - Review agenda for 7/22/02 hearing | 0.10 | TJT |
| Jul-17-02 | *Case Administration* - Review hearing agenda for 7/22/02 hearing | 0.20 | RSM |
| Jul-18-02 | *Case Administration* - Review L. Tersigni May 2002 Fee Application | 0.10 | TJT |
| Jul-22-02 | *Case Administration* - Review pleading re: Debtors Statement of Amounts Paid to Ordinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - Review pleadings re: 9th Supplemental Affidavit of J. Sprayragen | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Scheme Administrators Reply to Debtors Response to Motion to Compel | 0.10 | TJT |
| | *Case Administration* - Review pleading re: C. Gerard's Motion for Leave to File Exhibits Under Seal | 0.10 | TJT |
| Jul-24-02 | *Case Administration* - E-mail correspondence with Mr. Sakalo re: Motion for | 0.20 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Clarification of Bar Date Order | | |
| Jul-25-02 | *Case Administration* - Review pleading re: PI Committees' PI Case Management Brief | 0.30 | TJT |
| | *Case Administration* - Review pleading re: Miscellaneous Affidavits of Professional Persons Employed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review letter from D. Balsey, Esquire re: Removal from 2002 Service List | 0.10 | TJT |
| Jul-30-02 | *Case Administration* - Teleconference with Mr. Sakalo re transcript of 7/22/02 hearing | 0.10 | RSM |
| | *Case Administration* - Teleconference with T. Tacconelli re: transcript of 7/22/02 hearing | 0.10 | RSM |
| Jul-31-02 | *Case Administration* - E-mail to Mr. Sakalo re: fee auditor report on CDG | 0.10 | RSM |
| | *Case Administration* - E-mail correspondence with Mr. Sakalo re: transcript of 7/22/02 hearing | 0.20 | RSM |
| Jul-11-02 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.50 | TJT |
| Jul-18-02 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.60 | TJT |
| Jul-25-02 | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.40 | TJT |
| Jul-02-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2185 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2276 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2296 and Certificate of Service | 0.20 | LLC |
| Jul-03-02 | *Fee Applications, Others* - Review e-mail from J. Sakalo re: Certificate of No Objection re: 4th interim request | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2077 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Revise Certificate of No Objection re: docket no. 2185 | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 2185 | 0.50 | LLC |
| Jul-08-02 | *Fee Applications, Others* - Teleconference with J. Sakalo re: Certificate of No Objection re: Bilzin's Fourth Quarter 2001 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Revise Certificate of No Objection re: Bilzin's Fourth Quarter 2001 Fee Application | 0.30 | TJT |
| | *Fee Applications, Others* - Revise Certificate of Service re: Certificate of No Objection re: Bilzin's Fourth Quarter 2001 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin's Fourth Quarter 2001 Fee Application | 0.20 | TJT |
| | *Fee Applications, Others* - File and serve Certificate of No Objection re: Bilzin's Fourth Quarter 2001 Fee Application | 0.30 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Certificate of No Objection re: Hilsoft First Fee Application | 0.10 | TJT |
| Jul-09-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Bilzin's Fourth Quarterly 2001 Fee Application | 0.10 | TJT |
| Jul-14-02 | *Fee Applications, Others* - Teleconference with J. Sakalo re: Rabinovitz Fee Application | 0.10 | TJT |
| Jul-16-02 | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin 10th Interim Fee Application | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Prepare Certificate of No Objection for e-filing re: Bilzin 10th Interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Certificate of Service re: Certificate of No Objection re: Bilzin 10th Interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - File and serve Certificate of No Objection re: Bilzin 10th Interim Fee Application | 0.20 | TJT |
|  | *Fee Applications, Others* - Review HRA second Interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare HRA second Fee Application for e-filing | 0.30 | TJT |
|  | *Fee Applications, Others* - Prepare Certificate of Service for HRA second Interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - File and serve HRA second Interim Fee Application | 0.50 | TJT |
|  | *Fee Applications, Others* - Review HRA third interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare HRA third Interim Fee Application for e-filing | 0.30 | TJT |
|  | *Fee Applications, Others* - Prepare Certificate of Service re: HRA third Interim Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - File and serve HRA third Interim Fee Application | 0.50 | TJT |
| Jul-17-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Bilzin 10th Interim Fee Application | 0.10 | TJT |
| Jul-18-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: HRA second and third Interim Fee Applications | 0.10 | TJT |
| Jul-19-02 | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Committees 8th Interim Request for Reimbursement | 0.10 | TJT |
|  | *Fee Applications, Others* - File and serve Committee's 8th Interim Request for Reimbursement | 0.20 | TJT |
|  | *Fee Applications, Others* - Review correspondence re: original fee's report from fee auditor regarding CDG 4th Quarterly 2001 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Teleconference with G. Boyer re: Fee Auditors Report re: CDG's 4th Quarterly 2001 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Teleconference with J. Sakalo re: Fee Auditors Report re: CDG's 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| Jul-21-02 | *Fee Applications, Others* - Prepare letter to G. Boyer re: Fee Auditors Report re: CDG's 4th 2001 Quarterly Fee Application | 0.10 | TJT |
| Jul-22-02 | *Fee Applications, Others* - Review pleading re: W. Smiths 4th Interim Fee Application | 0.10 | TJT |
| Jul-24-02 | *Fee Applications, Others* - Review Caplan Drysdale April 2002 - June 2002 Fee Application | 0.30 | TJT |
| Jul-29-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Hilsoft Notifications Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare e-mail to L. Flores re: Hilsoft Notifications Fee Application | 0.10 | TJT |
| Jul-31-02 | *Fee Applications, Others* - Review fee auditors report on CDG | 0.10 | RSM |
|  | *Fee Applications, Others* - Prepare and file Bilzin's 11th Monthly Fee Application | 1.00 | RSM |
|  | *Fee Applications, Others* - Review letter from G. Boyer to W. Smith re: CDG's 4th Quarter 2001 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Review e-mail from W. Smith to G. Boyer re: Fee Auditor's Report re: CDG's 4th Quarter 2001 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with R. Miller re: Filing Ferry, Joseph & Pearce 11th Fee Application Interim | 0.10 | TJT |
| Jul-11-02 | *Employment Applications, Others* - Telephone call to R. Bello re: Hilsoft | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Retention Order | | |
| Jul-01-02 | *Litigation and Litigation Consulting* - Review court order re: ZAI litigation | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Discuss court order with T. Tacconelli re: ZAI claims litigation | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to Mr. Sakalo re: ZAI litigation court order | 0.10 | RSM |
| Jul-02-02 | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena and J. Sakalo re: Debtors Objection to ZAI Special Counsel Motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena and J. Sakalo re: Unsecured Creditor Committee's Objection to ZAI Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from D. Speights to S. Baena re: Notice Program | 0.10 | TJT |
| Jul-03-02 | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: objection to Revised Compensation Programs | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Objection to Revised Compensation Programs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with paralegal re: Objection to Revise Compensation Programs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re: PI Committee's Objection to Motion to Retain Special Counsel | 0.10 | TJT |
| Jul-04-02 | *Litigation and Litigation Consulting* - Review correspondence and e-mail from J. Sakalo re: Objection to Revised Compensation Programs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Objection to Revised Compensation Programs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Objection to Revised Compensation Programs | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Lastowski re: Amended Limited Objection to Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Amended Limited Objection of Unsecured Creditors Committee to Motion to Retain Special Counsel | 0.10 | TJT |
| Jul-05-02 | *Litigation and Litigation Consulting* - Review and revise Objection to Revised Compensation Programs | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Objection to Revised Compensation Programs for e-filing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: Objection to Revised Compensation Programs | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - File and serve Objection to Revised Compensation Programs | 0.50 | TJT |
| Jul-06-02 | *Litigation and Litigation Consulting* - Prepare letter to J. Sakalo re: Objection to Revised Compensation Programs | 0.10 | TJT |
| Jul-08-02 | *Litigation and Litigation Consulting* - Review pleading re: Debtors Objection to PD's ZAI Special Counsel Motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Limited Objection of Unsecured Creditors Committee to PD ZAI Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Objection by PI Committee to PD's ZAI Motion to Retain Special Counsel | 0.10 | TJT |
| Jul-09-02 | *Litigation and Litigation Consulting* - Review pleading re: Debtors Objection | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | to PD ZAI Trial Budget | | |
| | *Litigation and Litigation Consulting* - Review pleading re: Debtor Response to Motion for Clarification of Bar Date Order | 0.10 | TJT |
| Jul-12-02 | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Reply to P.I. Objection to Motion to Retain Special Counsel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Certificate of Service | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - File and serve Reply to P.I. Objection to Motion to Retain Special Counsel | 0.30 | TJT |
| Jul-15-02 | *Litigation and Litigation Consulting* - Prepare letter to J. Sakalo re: reply to PI's objection to motion to retain Special counsel | 0.10 | TJT |
| Jul-22-02 | *Litigation and Litigation Consulting* - Review pleadings re: ZAI Claimants Response to Debtors Objection to Proofs of Claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleadings re: ZAI Special Counsels' Response to Debtors Proposed Budget | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleadings re: Unsecured Creditors Committees' Response to Debtors Motion to Implement Revised Compensation Programs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleadings re: Debtors Objection to ZAI Claimants Motion for Leave to Appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Debtors Response to PD Committees Objection to Motion to Implement Revised Compensation Programs | 0.10 | TJT |
| Jul-26-02 | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from J. Sakalo re: PI Committees Estimation Brief | 0.10 | TJT |
| Jul-30-02 | *Litigation and Litigation Consulting* - Review correspondence; re: e-mail from S. Baena to Committee re: Response to PI CMO Proposals | 0.10 | TJT |
| Jul-31-02 | *Litigation and Litigation Consulting* - Review Order re: ZAI Appeal | 0.10 | TJT |
| Jul-22-02 | *Hearings* - Attend Court hearing | 2.30 | RSM |
| Jul-02-02 | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 2295 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare fee detail for 13th monthly Fee Application | 0.80 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce May 2002 Fee Detail | 0.50 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re: Ferry, Joseph & Pearce May 2002 Fee Application | 0.10 | TJT |
| Jul-03-02 | *Fee Applications, Applicant* - Prepare fee detail for 13th monthly Fee Application | 0.60 | LLC |
| | *Fee Applications, Applicant* - Prepare 13th monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - E-file and serve 13th monthly Fee Application | 0.60 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 2326 and Certificate of Service | 0.20 | LLC |
| Jul-19-02 | *Fee Applications, Applicant* - Review docket re: Certificate of No Objection re: Ferry, Joseph & Pearce 12th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - File and serve Certificate of No Objection re: Ferry, Joseph & Pearce 12th Interim Fee Application | 0.20 | TJT |
| Jul-24-02 | *Fee Applications, Applicant* - Review docket re: Certificate of No Objection re: Ferry, Joseph & Pearce 13th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service for e-filing re: Certificate of No Objection re: Ferry, Joseph & Pearce 13th Interim Fee Application | 0.20 | TJT |

|            |                                                                                                                                                     |       |     |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
|            | *Fee Applications, Applicant* - File and serve Certificate of No Objection re: Ferry, Joseph & Pearce 13th Interim Fee Application                  | 0.30  | TJT |
| Jul-29-02  | *Fee Applications, Applicant* - Review pleading re: Fee Auditors Report re: Ferry, Joseph & Pearce 4th Quarter 2001 Fee Application                 | 0.10  | TJT |
|            | **Totals**                                                                                                                                          | 28.00 |     |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Jul-01-02 | *Expenses* - TriState Courier & Carriage - delivery service | 77.50 |
|           | *Expenses* - Copying cost | 17.40 |
| Jul-02-02 | *Expenses* - Copying cost | 7.80 |
| Jul-03-02 | *Expenses* - Copying cost | 11.25 |
|           | *Expenses* - Postage | 4.80 |
| Jul-05-02 | *Expenses* - Fax | 11.00 |
| Jul-08-02 | *Expenses* - Reliable Copy Service | 466.60 |
|           | *Expenses* - Elaine M. Ryan - Transcript/Disk | 209.00 |
|           | *Expenses* - Copying cost | 31.95 |
|           | *Expenses* - Copying cost | 4.80 |
| Jul-09-02 | *Expenses* - Copying cost | 3.60 |
|           | *Expenses* - Copying cost | 22.35 |
| Jul-12-02 | *Expenses* - Federal Express | 20.74 |
|           | *Expenses* - Theodore J. Tacconelli - Reimbursement of travel expenses | 215.00 |
|           | *Expenses* - Copying cost | 19.50 |
|           | *Expenses* - Fax | 7.00 |
| Jul-16-02 | *Expenses* - TriState Courier & Carriage - delivery service | 5.00 |
| Jul-19-02 | *Expenses* - Fax | 7.00 |
|           | *Expenses* - Copying cost | 25.20 |
| Jul-22-02 | *Expenses* - Postage | 15.90 |
|           | *Expenses* - Copying cost | 42.30 |
|           | *Expenses* - Fax | 11.00 |
| Jul-23-02 | *Expenses* - Fax | 13.00 |
| Jul-24-02 | *Expenses* - Copying cost | 16.20 |
|           | *Expenses* - Copying cost | 32.85 |
| Jul-25-02 | *Expenses* - Reliable Copy Service | 413.83 |
|           | *Expenses* - Virtual Docket | 39.30 |
|           | *Expenses* - PACER Service Center | 7.56 |
|           | *Expenses* - Fax | 5.00 |
| Jul-29-02 | *Expenses* - TriState Courier & Carriage - delivery service | 125.00 |
| Jul-31-02 | *Expenses* - Copying cost | 28.20 |
|           | *Expenses* - Copying cost | 14.70 |
|           | *Expenses* - Postage | 7.20 |

**Totals** $1,939.53

**Total Fees & Disbursements** $6,777.03

**Balance Due Now** $6,777.03