# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

CHAMBERS OF
ALFRED M. WOLIN
JUDGE

MARTIN LUTHER KING JR. FEDERAL BUILDING
50 WALNUT ST., ROOM 4069
P.O. BOX 999
NEWARK, NJ 07101-0999
(973)645-2580

October 9, 2002

Re: **W.R. Grace Co., et al.**
Case Nos. 01-1139 through 0-1200

**USG Corp., et al.**
Case Nos. 01-2094 through 01-2104

TO ALL COUNSEL:

Given the significant investment of effort by the Court and by counsel in the fraudulent conveyance adversary proceeding in the above-referenced W.R. Grace Chapter 11 case, the Court has adjourned <u>sine</u> <u>die</u> the hearing on proposals for case management of asbestos personal injury claims presently scheduled for October 17-18, 2002 in that case. The hearing on the same issues in the U.S. Gypsum case will go forward on October 17th as scheduled.

Very truly yours,

ALFRED M. WOLIN
U.S.D.J.

AMW:bv