UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE, et al. ) Bankruptcy Case No. 01-01139 (JKF)
)
       Debtors. ) Jointly Administered
)

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

William H. Sudell, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, respectfully moves the admission *pro hac vice* of Milton B. Hyman and Elliot G. Freier of the law firm of Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 (the "Admittees") to represent National Medical Care, Inc. and Fresenius Medical Care Holdings, Inc., *et al.* in the captioned case. The Admittees are admitted, practicing and in good standing in the State of California.

/s/ William H. Sudell
William H. Sudell, Jr. (No. 463)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Attorneys For National Medical Care

The Admittees certify that they are eligible for admission *pro hac vice* to this Court, are admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and are generally familiar with such Rules.

/s/ Elliot G. Freier
Elliot G. Freier
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

/s/ Milton B. Hyman
Milton B. Hyman
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Date: 10/5/02

_____
United States Bankruptcy Judge

313722