IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, a member of Campbell & Levine, LLC, hereby certify that on October 10, 2002, I caused a copy of the foregoing to be served upon the 2002 Service List via First Class U.S. Mail.

        /s/ Mark T. Hurford
        Mark T. Hurford

Dated: October 10, 2002

{D0004570:1 }