UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE [re: D.I. 2795]

I, Christopher M. Winter, hereby certify that on October 9, 2002 a copy of the

**Motion And Order For Admissions Pro Hac Vice** (D.I. 2795) was served upon the parties

listed below as indicated:

| **VIA HAND DELIVERY** | |
|---|---|
| Laura Davis Jones, Esquire<br>Pachulski Stang Ziehl Young & Jones<br>919 N. Market St.<br>16th Floor<br>Wilmington, DE 19801 | David R. Hurst, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. BOX 636<br>Wilmington, DE 19899-0636 |
| Theodore J. Tacconelli, Esquire<br>Ferry & Joseph<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19801 | United States Trustee<br>Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 |
| Mark T. Hurford, Esquire<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 10, 2002 | MORRIS, NICHOLS, ARSHT & TUNNELL<br><br>   */s/ Christopher M. Winter*<br>William H. Sudell, Jr. (No. 463)<br>Christopher M. Winter (No. 4163)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br><br>Counsel to National Medical Care, Inc. and Fresenius Medial Care Holdings, Inc. |

313948