# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                    INVOICE
                  #HRA20020924
                September 24, 2002
```

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of August, 2002.

**CURRENT FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 0.80 hours @ $ 400 per hour | $      320.00 |
| James E. Hass | |
| 22.30 hours @ $ 400 per hour | 8,920.00 |
| Paul J. Silvern | |
| 3.40 hours @ $ 350 per hour | 1,190.00 |
| Robert H. Sims | |
| 5.10 hours @ $ 300 per hour | 1,530.00 |
| Jeremy D. Cohen | |
| 1.00 hours @ $ 125 per hour | 125.00 |
| Total Current Fees: | $ 12,085.00 |

**CURRENT EXPENSES** (Receipt copies attached.)

| | |
|---|---:|
| Courier | 42.33 |

**TOTAL CURRENT FEES & EXPENSES:**   **$  12,127.33**

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of August, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | Robert H. Sims | Jeremy Cohen |
|---|---|---|---|---|---|
| 08/01/2002 | | 3.20 | | | |
| 08/02/2002 | | 5.70 | | | |
| 08/03/2002 | | | | | |
| 08/04/2002 | | | | | |
| 08/05/2002 | | | | | |
| 08/06/2002 | | 3.80 | | | |
| 08/07/2002 | | 2.10 | | | |
| 08/08/2002 | | | 0.40 | | |
| 08/09/2002 | 0.10 | 1.50 | | | |
| 08/10/2002 | | | | | |
| 08/11/2002 | | | | | |
| 08/12/2002 | | | 1.50 | 0.80 | |
| 08/13/2002 | | | | 1.00 | |
| 08/14/2002 | | | | 0.60 | |
| 08/15/2002 | | | 0.10 | 2.70 | |
| 08/16/2002 | | | 0.30 | | |
| 08/17/2002 | 0.70 | | | | |
| 08/18/2002 | | | | | |
| 08/19/2002 | | 3.10 | | | 1.00 |
| 08/20/2002 | | | | | |
| 08/21/2002 | | 2.50 | | | |
| 08/22/2002 | | 0.40 | 0.40 | | |
| 08/23/2002 | | | | | |
| 08/24/2002 | | | | | |
| 08/25/2002 | | | | | |
| 08/26/2002 | | | | | |
| 08/27/2002 | | | | | |
| 08/28/2002 | | | 0.20 | | |
| 08/29/2002 | | | 0.50 | | |
| 08/30/2002 | | | | | |
| 08/31/2002 | | | | | |
| Hours | 0.80 | 22.30 | 3.40 | 5.10 | 1.00 |
| Rate | $400 | $400 | $350 | $300 | $125 |
| | $320.00 | $8,920.00 | $1,190.00 | $1,530.00 | $125.00 |
| | | | | TOTAL HOURS: | 32.60 |
| | | | | TOTAL FEES: | $12,085.00 |

```
AUGUST 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE          TIME    TASK

                      Case Administration

08/09/02       0.1    Listen to update message from Paul J. Silvern
                      re: Property Damage Committee weekly call.
Subtotal       0.1


                      Claims Analysis and Valuation (Asbestos)

08/17/02       0.7    Talk to Scott Baena and Robert H. Sims re:
                      asbestos claims notice program.

Subtotal       0.7


TOTAL          0.8
```

AUGUST 2002, TIME LOG OF JAMES E. HASS (JEH)

| DATE | TIME | TASK |
|---|---|---|
|  |  | <u>Case Administration</u> |
| 08/01/02 | 3.2 | Case conference call, and follow up. |
| 08/02/02 | 5.7 | Review Procedures Order, Sealed Air Response and KPMG BI estimates. |
| 08/06/02 | 3.8 | Review Case Management Order Proposal of ACC. |
| 08/07/02 | 2.1 | Administrative file management getting files organized. |
| 08/09/02 | 1.5 | Read UCC response to ACC Case Management Order (CMO) proposal. |
| 08/19/02 | 3.1 | Read CMO filings by PD Committee and Sealed Air. |
| 08/21/02 | 2.5 | Prepare files for subpoena request. |
| 08/22/02 | 0.4 | PD Committee weekly conference call. |
| TOTAL: | 22.3 |  |

AUGUST 2002, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>          <u>TIME</u>      <u>TASK</u>

<u>Case Administration</u>

08/08/02        0.4       Participate in Property Damage (PD) Committee call re: case status.

08/15/02        0.1       Participate in PD Committee call re: case status.

08/22/02        0.4       Participate in PD Committee call re: case status.

08/29/02        <u>0.4</u>       Participate in PD Committee call re: case status.

Subtotal        1.3

<u>Compensation of Professionals</u>

08/12/02        1.5       Work on 1st Quarterly Fee Application.

08/16/02        0.3       Complete 1st Quarterly Fee Application.

08/28/02        0.2       Review communications from Fee Auditor re: revised billing categories per direction from Judge Fitzgerald.

08/29/02        <u>0.1</u>       Review additional communications from Fee Auditor re: revised billing categories.

Subtotal        2.1

TOTAL           3.4

AUGUST 2002, TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|------|------|------|
|      |      | <u>Claims Analysis and Valuation (Asbestos)</u> |
| 08/12/02 | 0.8 | Review e-mails from Francine F. Rabinovitz (FFR) on Notice Campaign and conduct related Internet search for mass tort notice campaign information. |
| 08/13/02 | 1.0 | Review James E. Hass' Property Damage expert report in light of notice campaign issues. |
| 08/14/02 | 0.6 | Continue review of James E. Hass' expert report and conduct Internet search of mass tort claim sites. |
| 08/15/02 | 1.7 | Review Grace and U.S. Gypsum notice campaign materials in FedEx from James E. Hass. |
|          | <u>1.0</u> | Conference call with Francine F. Rabinovitz and Scott Baena re: notice campaign. |
| Subtotal | 5.1 | |
| TOTAL | 5.1 | |

AUGUST 2002, TIME LOG OF JEREMY D. COHEN (JDC)

| <u>DATE</u> | <u>TIME</u> | <u>TASK</u> |
|---|---|---|
| | | <u>Claims Analysis and Valuation (Asbestos)</u> |
| 08/19/02 | <u>1.0</u> | Online ordering of documents relevant to project. |
| Subtotal | 1.0 | |
| TOTAL | 1.0 | |