IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:  TBD.** |
| | ) | **Hearing Date:    TBD.** |
| | ) | |

## <u>NOTICE OF MOTION</u>

TO:    All Parties on the Attached 2002 Service List

PLEASE TAKE NOTICE, that on October 11, 2002, the Official Committee of Asbestos

Personal Injury Claimants (the "P.I. Committee") filed and served **The Official Committee of**

**Asbestos Personal Injury Claimants' Motion for an Order Appointing A Trustee for W.R.**

**Grace & Co. and Other Debtors Pursuant to 11 U.S.C. Section 1104(a)** (the "Motion"), with

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor,

Wilmington, Delaware 19801.  The Motion seeks entry of an Order appointing a Trustee for

W.R. Grace & Company and other Debtors pursuant to 11 U.S.C. § 1104(a).  A true and correct

copy of the Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE, that the undersigned request the Court to schedule

a Hearing on this matter at earliest date and time convenient to the Court.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing

and filed by a date and time to be determined by the Court.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of

the response upon the undersigned counsel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

CAMPBELL & LEVINE, LLC

Marla Rosoff Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY  10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Trevor W. Swett
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel to the Official Committee of
    Asbestos Personal Injury Claimants

Dated:  October 11, 2002