IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et.al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Reference Withdrawn to United States District Judge Alfred M. Wolin By Oral Order Dated October 7, 2002** |

## ORDER

Upon consideration of The Official Committee of Asbestos Personal Injury Claimants' Motion for an Order Appointing a Trustee for W.R. Grace & Co. and Other Debtors Pursuant to 11 U.S.C. § 1104(a), the attached evidentiary materials, any opposition thereto, and the entire record herein, it is this _____ day of October, 2002, hereby ORDERED that, pursuant to 11 U.S.C. § 1104(a), a Trustee will be appointed for W.R. Grace & Co. and the other Debtors in these consolidated proceedings. The selection of the Trustee shall take place as provided in 11 U.S.C. § 1104(b) or (d) and by further Order of this Court.

_____
The Honorable Alfred J. Wolin
United States District Judge

Entered October _____, 2002

{D0005187:1}