# EXHIBIT 2

- 2001

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., ) | Case No. 01-1139 ( ) |
| ) | |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| A-1 BIT & TOOL CO., INC., ) | |
| ) | Case No. 01-1140 ( ) |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| ALEWIFE BOSTON LTD., ) | |
| ) | Case No. 01-1141 ( ) |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| ALEWIFE LAND CORPORATION, ) | |
| ) | Case No. 01-1142 ( ) |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| AMICON, INC., ) | |
| ) | Case No. 01-1143 ( ) |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| CB BIOMEDICAL, INC., ) | |
| ) | Case No. 01-1144 ( ) |
| Debtor, ) | |
| | |
| ) | Chapter 11 |
| CCHP, INC., ) | |
| ) | Case No. 01-1145 ( ) |
| Debtor, ) | |

| | | |
|---|---|---|
| COALGRACE, INC.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1146 ( ) |
| COALGRACE II, INC.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1147 ( ) |
| CREATIVE FOOD 'N FUN COMPANY,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1148 ( ) |
| DAREX PUERTO RICO, INC.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1149 ( ) |
| DEL TACO RESTAURANTS, INC.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1150 ( ) |
| DEWEY AND ALMY, LLC,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1151 ( ) |
| ECARG, INC.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1152 ( ) |
| FIVE ALEWIFE BOSTON LTD.,<br><br>    Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1153 ( ) |

| | | |
|---|---|---|
| G C LIMITED PARTNERS I, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1154 ( ) |
| G C MANAGEMENT, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1155 ( ) |
| GEC MANAGEMENT CORPORATION, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1156 ( ) |
| GN HOLDINGS, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1157 ( ) |
| GPC THOMASVILLE CORP., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1158 ( ) |
| GLOUCESTER NEW COMMUNITIES COMPANY, INC. <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1159 ( ) |
| GRACE A-B INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1160 ( ) |
| GRACE A-B II INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1161 ( ) |

| | | |
|---|---|---|
| GRACE CHEMICAL COMPANY OF CUBA,<br><br>Debtor, | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1162 (  ) |
| GRACE CULINARY SYSTEMS, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1163 (  ) |
| GRACE DRILLING COMPANY,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1164 (  ) |
| GRACE ENERGY CORPORATION,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1165 (  ) |
| GRACE ENVIRONMENTAL, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1166 (  ) |
| GRACE EUROPE, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1167 (  ) |
| GRACE H-G INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1168 (  ) |
| GRACE H-G II INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1169 (  ) |

| | | |
|---|---|---|
| GRACE HOTEL SERVICES CORPORATION, <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1170 ( ) |
| GRACE INTERNATIONAL HOLDINGS, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1171 ( ) |
| GRACE OFFSHORE COMPANY, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1172 ( ) |
| GRACE PAR CORPORATION, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1173 ( ) |
| GRACE PETROLEUM LIBYA INCORPORATED, <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1174 ( ) |
| GRACE TARPON INVESTORS, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1175 ( ) |
| GRACE VENTURES CORP., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1176 ( ) |
| GRACE WASHINGTON, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1177 ( ) |

| | |
|---|---|
| W. R. GRACE CAPITAL CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1178  ( ) |
| W. R. GRACE & CO.-CONN.,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1179  ( ) |
| W. R. GRACE LAND CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1180  ( ) |
| GRACOAL, INC.,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1181  ( ) |
| GRACOAL II, INC.,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1182  ( ) |
| GUANICA-CARIBE LAND DEVELOPMENT CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1183  ( ) |
| HANOVER SQUARE CORPORATION,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1184  ( ) |
| HOMCO INTERNATIONAL, INC.,<br><br>Debtor, | Chapter 11<br><br>Case No. 01- 1185  ( ) |

| | | |
|---|---|---|
| KOOTENAI DEVELOPMENT COMPANY,<br><br>Debtor, | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1136 ( ) |
| L B REALTY, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1187 ( ) |
| LITIGATION MANAGEMENT, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1138 ( ) |
| MONOLITH ENTERPRISES, INCORPORATED,<br><br>Debtor, | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1189 ( ) |
| MONROE STREET, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1190 ( ) |
| MRA HOLDINGS CORP.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1191 ( ) |
| MRA INTERMEDCO, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1192 ( ) |
| MRA STAFFING SYSTEMS, INC.,<br><br>Debtor, | )<br>)<br>)<br>) | Chapter 11<br><br>Case No. 01-1193 ( ) |

| | | |
|---|---|---|
| REMEDIUM GROUP, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1194 ( ) |
| SOUTHERN OIL, RESIN & FIBERGLASS, INC., <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1195 ( ) |
| WATER STREET CORPORATION, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1196 ( ) |
| AXIAL BASIN RANCH COMPANY, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1197 ( ) |
| CC PARTNERS, <br><br> Debtor, | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1198 ( ) |
| HAYDEN-GULCH WEST COAL COMPANY, <br><br> Debtor, | ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1199 ( ) |
| H-G COAL COMPANY, <br><br> Debtor. | ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 01-1200 ( ) |

## ORDER, UNDER FED. R. BANKR. P. 1015(b), GRANTING JOINT ADMINISTRATION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order granting the joint administration of such cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and after due deliberation and cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' respective captioned and numbered cases are consolidated for procedural purposes only, and shall be jointly administered in accordance with Bankruptcy Rule 1015(b); and it is further

---

[2] Capitalized terms not defined herein shall have the same meaning as in the Motion.

ORDERED that the caption of the jointly administered cases is to read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-0___ (___) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

and it is further

ORDERED that a docket entry shall be made in each of the Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of W. R. Grace & Co.'s chapter 11 case and the chapter 11 cases of A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc., CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC, Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc., G C Management, Inc.,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace & Co. – Conn., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp., MRA Intermedco, Inc., MRA Staffing Systems, Inc., Remedium Group, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners, Hayden-Gulch West Coal Company, H-G Coal Company and that all further pleadings and other papers are filed in, and all further docket entries are made in Case No. 01-1139; and it is further

ORDERED that a creditor filing a proof of claim against any of the Debtors shall file said proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

ORDERED that this order is effective immediately upon its entry and the clerk of the Court is hereby directed to enter this Order on the docket in each Debtor's chapter 11 case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: *April 2*, 2001

_____
Judge