**EXHIBIT 20**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>　　　　　　　　　　　Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>　　　　　　　　　　　Defendants. | Adv. No. 02-2211<br><br><br><br><br><br><br><br><br><br>**ORDER** |

The Court having held a hearing concerning Grace's Motion to Intervene in the adversary proceeding titled <u>Official Committee of Asbestos Personal Injury Claimants et al. v. Sealed Air Corp., et al.</u> at which counsel for all interested parties were present,

It is on this 12th day of June, 2002

ORDERED that Grace's Motion To Intervene is hereby denied, without prejudice.

ALFRED M. WOLIN, U.S.D.J.