# EXHIBIT 21

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | : | |
| Debtors. | : | |
| OFFICIAL COMMITTEE OF | : | Adv. No. 02-2210 |
| ASBESTOS PERSONAL INJURY | : | **[LEAD DOCKET]** |
| CLAIMANTS and OFFICIAL | : | |
| COMMITTEE OF ASBESTOS | : | |
| PROPERTY DAMAGE | : | |
| CLAIMANTS OF W.R. GRACE & | : | |
| CO., suing in behalf of | : | |
| the Chapter 11 Bankruptcy | : | |
| Estate of W.R. GRACE & | : | |
| CO., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| SEALED AIR CORPORATION | : | |
| and CRYOVAC, INC., | : | |
| Defendants. | : | |
| OFFICIAL COMMITTEE OF | : | Adv. No. 02-2211 |
| ASBESTOS PERSONAL INJURY | : | |
| CLAIMANTS and OFFICIAL | : | |
| COMMITTEE OF ASBESTOS | : | |
| PROPERTY DAMAGE | : | |
| CLAIMANTS OF W.R. GRACE & | : | |
| CO., suing in behalf of | : | |
| the Chapter 11 Bankruptcy | : | |
| Estate of W.R. GRACE & | : | |
| CO., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| FRESENIUS MEDICAL CARE | : | |
| HOLDINGS, INC. and | : | |
| NATIONAL MEDICAL CARE, | : | |
| INC., | : | **DISCOVERY ORDER** |
| Defendants. | : | |

The Court having held a case management conference in the above-captioned consolidated matters at which counsel for all interested parties were present; and the Court having set a schedule for discovery and for trial of these matters in its Order dated March 12, 2002; and certain parties having requested the relief set forth herein and the Court having heard the arguments of counsel in opposition to the relief; and it appearing that the Court may avoid unnecessary effort and expense to the debtor's estate by adjusting the sequence of the issues to be tried in this matter and granting other relief as set forth in this Order; and for good cause shown

It is on this 17th day of April, 2002

ORDERED that the first issue to be tried by the Court shall be the issue of constructive fraudulent conveyance with respect to the transfer alleged in paragraph two of the complaint in Adversary Proceeding No. 02-2210, (the "Sealed Air Transfer") and it is further

ORDERED that, subject to further Order of the Court, discovery in this matter shall be limited to information and materials that are relevant to the issue of constructive fraudulent conveyance with respect to the Sealed Air Transfer, and it is further

ORDERED that, without limitation of the foregoing, no discovery shall be had with respect to the parties' intent during the time periods relevant to the litigation, nor with respect to

the transfer alleged in paragraph 2 of the complaint in Adversary Proceeding No. 02-2211, (the "Fresinius Transfer") provided however that any information or material made non-discoverable by this paragraph that is also relevant to the allegations of constructive fraudulent conveyance in connection with the Sealed Air Transfer shall nonetheless be discoverable as provided elsewhere in this Order, and it is further

ORDERED that the deadline of April 15, 2002, set forth in the Court's Order of March 12, 2002, for the designation of designation of witnesses, et cetera, is hereby extended to April 22, 2002, and it is further

ORDERED that all prior Orders of the Court shall remain in full force and effect, except as expressly modified by this Order.

ALFRED M. WOLIN, U.S.D.J.

3