# EXHIBIT 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS AND | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS | ) | |
| OF W.R. GRACE & CO., suing in behalf | ) | |
| of The Chapter 11 Bankruptcy Estate of | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-02210 |
| | ) | [LEAD DOCKET] |
| -v- | ) | |
| | ) | |
| SEALED AIR CORPORATION, | ) | |
| and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS AND | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | Adv. No. 02-02211 |
| PROPERTY DAMAGE CLAIMANTS | ) | |
| OF W.R. GRACE & CO., suing in behalf | ) | |
| of The Chapter 11 Bankruptcy Estate of | ) | |
| W.R. GRACE & CO., et al., | ) | **ORDER GRANTING** |
| | ) | **THE UNITED STATES' MOTION** |
| Plaintiffs, | ) | **TO INTERVENE** |
| | ) | |
| -v- | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | [Affects Docket 02-02210] |
| HOLDINGS, INC. and | ) | |
| NATIONAL MEDICAL CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER having come before the Court on the United States' Motion to Intervene in Adv. No. 02-02210, and related papers, the Court hereby

GRANTS the United States' Motion to Intervene, and FURTHER ORDERS that the United States, as a party, is authorized to: (a) assist Plaintiffs in preparing a case as to the fair valuation of the environmental liabilities of W.R. Grace & Co. -- Conn. ("Grace-Conn.") or its parent corporation at the time of the allegedly fraudulent transfers, and (b) brief related legal issues for the benefit of the Court.

Dated: JUNE 14, 2002        By: _____

Alfred M. Wolin
United States District Judge

2