# EXHIBIT 25

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              :    Chapter 11
                                    :    Case Nos. 01-1139 through 01-1200
W.R. GRACE & CO., et al.,:
                                    :
          Debtors.        :
-------------------------
OFFICIAL COMMITTEE OF     :    Adv. No. 02-2210
ASBESTOS PERSONAL INJURY  :    **[LEAD DOCKET]**
CLAIMANTS and OFFICIAL    :
COMMITTEE OF ASBESTOS      :
PROPERTY DAMAGE            :
CLAIMANTS OF W.R. GRACE &:
CO., suing in behalf of   :
the Chapter 11 Bankruptcy:
Estate of W.R. GRACE &    :
CO., et al.,              :
                          :
          Plaintiffs,     :
v.                        :
                          :
SEALED AIR CORPORATION    :
and CRYOVAC, INC.,        :
                          :
          Defendants.     :
-------------------------
OFFICIAL COMMITTEE OF     :    Adv. No. 02-2211
ASBESTOS PERSONAL INJURY  :
CLAIMANTS and OFFICIAL    :
COMMITTEE OF ASBESTOS      :
PROPERTY DAMAGE            :
CLAIMANTS OF W.R. GRACE &:
CO., suing in behalf of   :
the Chapter 11 Bankruptcy:
Estate of W.R. GRACE &    :
CO., et al.,              :
                          :
          Plaintiffs,     :
v.                        :
                          :
FRESENIUS MEDICAL CARE    :
HOLDINGS, INC. and        :
NATIONAL MEDICAL CARE,    :    **ORDER GRANTING DEBTORS'**
INC.,                     :    **MOTION TO INTERVENE**
                          :
          Defendants.     :

.

This matter having been opened before the Court upon the debtors' Renewed Motion to Intervene; and for the reasons set forth on the record at the hearing held June 6, 2002 on debtors' original Motion to Intervene; and it appearing that debtors have satisfied the conditions set forth by the Court for their intervention by filing a proper pleading pursuant to Federal Rule of Civil Procedure 24(c); and good cause appearing

It is on this 24th day of June, 2002

ORDERED that debtors' motion to intervene in the above-captioned adversary proceedings is granted.

ALFRED M. WOLIN, U.S.D.J.