# EXHIBIT 28

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>　　　　　　　　　　　　Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>　　　　　　　　　　　　Defendants. | Adv. No. 02-2211<br><br><br><br><br><br>**ORDER**<br><br><br>This Document Pertains to Adv. No. 02-2210 |

In accordance with the Court's Bench Memorandum filed September 18, 2002,

It is on this 20th day of September, 2002

ORDERED that the debtor's motion to withdraw from this adversary proceeding is denied and that the motion in the alternative by the defendants Sealed Air Corporation and Cryovac, Inc. for a continuance is denied as moot.

ALFRED M. WOLIN, U.S.D.J.