IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | |
| | : | |
| Debtors. | : | Bankruptcy No. 01-1139 (JKF) |
| | : | Jointly Administered |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS | : | |
| PERSONAL INJURY CLAIMANTS and | : | Adv. No. 02-2210 |
| OFFICIAL COMMITTEE OF ASBESTOS | : | |
| PROPERTY DAMAGE CLAIMANTS, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| SEALED AIR CORPORATION and | : | |
| CRYOVAC, INC., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 11th day of October, 2002, the foregoing United States Trustee's Supplemental Memorandum with Respect to the Parties' Anticipated Motions Addressing the Impact of the *Cybergenics* Decision was caused to be served by facsimile to the following:

David Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899

Fax (302) 652-4400

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Fax: (305) 374-7593

Michael Lastowski, Esquire
Duane Morris & Heckscher
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Fax 302-657-4901

Henry Wasserstein, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax 212-735-2000

Jerel Ellington, Esquire
James Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, Suite 945 North Tower
Denver, CO 80202
(via e-mail)

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801
Fax: (302) 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
Fax: (212) 644-6755

Marla Eskin, Esquire
Campbell & Levine
1201 Market Street, Suite 1500
Wilmington, DE 19801
Fax: (302) 426-9947

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Fax 212-806-6006

   /s/ Frank J. Perch, III
Frank J. Perch, III