CERTIFICATE OF SERVICE

      I, Rick S. Miller, Esquire, hereby certify that on this 11th day of October 2002, I caused one copy of the foregoing Motion to Reset Trial and Disqualify and Prohibit Participation By W.R. Grace & Co.-Conn. and Its Counsel, and Opposition to Motions to Dismiss, for Appointment of an Examiner, and for Appointment of a Trustee to be served upon the following parties in the manner indicated :

      SEE ATTACHED SERVICE LIST

      Upon penalty of perjury I declare that the foregoing is true and correct.

      /s/ Theodore J. Tacconelli
      Theodore J. Tacconelli (#2678)

## **SERVICE LIST**

*By Hand Delivery & Facsimile*
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

*By Express Mail & Facsimile*
Henry Wassenstein, Esq.
Bert Wolf, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*By Express Mail & Facsimile*
Kenneth Pasquale, Esq.
Arlene Krieger, Esq.
Moshe Sasson, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

*By Hand Delivery & Facsimile*
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

*By Express Mail & Facsimile*
Philip Bentley, Esq.
Gary Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*By Hand Delivery & Facsimile*
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

*By Express Mail & Facsimile*
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

*By Hand Delivery & Facsimile*
Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*By Hand Delivery & Facsimile*
Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*By Express Mail & Facsimile*
David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*By Express Mail & Facsimile*
Nathan D. Finch, Esq.
Trevor W. Swett, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*By Hand Delivery & Facsimile*
William H. Sudell, Jr., Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

***By Express Mail & Facsimile***
David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

***By Express Mail & Facsimile***
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

***By Express Mail & Facsimile***
Brad N. Friedman, Esq.
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY  10119

***By Express Mail & Facsimile***
Jerel Ellington, Esq.
Senior Counsel, U.S. Dept. of Justice
Environmental Enforcement Section
999 18th Street, Suite 945- North Tower
Denver, CO 80202

***By Hand Delivery & Facsimile***
Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

***By Express Mail & Facsimile***
William S. Katchen, Esq.
Duane Morris & Heckscher LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

***By Express Mail & Facsimile***
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982