IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                         SS:
NEW CASTLE COUNTY:

I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on October 11, 2002. I certify further that the service of the attached:

**BRIEF OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF W.R. GRACE & CO. REGARDING POTENTIAL APPOINTMENT OF A TRUSTEE OR EXAMINER [DOCKET NO. 320]**

was made on the following parties on the attached list via Facsimile.

_____
Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 14th day of October 2002.

_____
NOTARY

KRLSWIL:37147.1

| NAME | FIRM/COMPANY | FACSIMILE NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Michelle Browdy, Esq. David Bernick, Esq. | Kirkland & Ellis | 312.861.2200 | 312.861.2000 |
| Shiela Birnbaum, Esq. Henry Wasserstein, Esq. Bert Wolf, Esq. | Skadden Arps Slate Meagher & Flom LLP | 212.735.2000 | 212.735.3000 |
| Brad N. Friedman, Esq. Rachel S. Fleishman, Esq. | Milberg Weiss Bershad Hynes & Lerach | 212.868.1229 | 212.594.5300 |
| Elihu Inselbuch, Esq. | Caplin & Drysdale, Chartered | 212.644.6755 | 212.319.7125 |
| Peter Lockwood, Esq. | Caplin & Drysdale, Chartered | 202.429.3301 | 202.862.5000 |
| Scott L. Baena, Esq. Robert W. Turken, Esq. | Bilzin Sumberg Dunn Baena Price & Alexrod LLP | 305.374.7593 | 305.374.7580 |
| Theodore J. Taconelli, Esq. Michael B. Joseph, Esq. | Ferry & Joseph, P.A. | 302.515.1714 | 302.575.1555 |
| Laura Davis Jones, Esq. David W. Carickhoff, Jr. Esq. | Pachulski, Stang, Ziehl, Young & Jones | 302.652.4400 | 302.652.4100 |
| Frank J. Perch, Esq. | Office of the United States Trustee | 302.573.6497 | 302.5736491 |
| William S. Katchen, Esq. | Duane Morris & Heckscher LLP | 973.424.2001 | 973.424.2031 |
| Michael R. Lastowski, Esq. | Duane Morris & Heckscher LLP | 302.657.4901 | 302.657.4900 |
| Lewis Kruger, Esq. Kenneth Pasquale, Esq. Moshe Sassoon, Esq. | Strook & Strook & Lavan, LLP | 212.806.6006 | 212.806.5400 |
| Mark S. Chehi, Esq. | Skadden Arps Slate Meagher & Flom LLP | 302.651.3001 | 302.429.9200 |
| David Rosenbloom, Esq. | McDermott, Will & Emery | 312.984.7700 | 312.372.2000 |
| Thomas Mayer, Esq. Phil Bentley, Esq. Gary Becker, Esq. | Kramer Levin Naftalis & Frankel LLP | 212.688.2119 | 212.715.9100 |