IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 01-01139 (JKF) |
| | : | |
| | : | Jointly Administered |
| W. R. GRACE & CO., et al., | : | |
| | : | Chapter 11 |
| | : | |
| Debtors. | : | Hearing Date: October 28, 2002 at 10:00 a.m. |
| | : | Objection Date: September 30, 2002 at 4:00 p.m. |

## CERTIFICATION OF NO OBJECTION [Re: Docket No. 2683]

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the **Motion of Bank of America, N.A. for Limited Relief from the Automatic Stay to Enable Setoff of Deminimis Deposit Account Balance Against Outstanding Letter of Credit Obligations** (the "Motion") filed on September 12, 2002. The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in these cases. Pursuant to the Notice of Motion, any objection or response to the Motion was to be filed and served no later than September 30, 2002, and that deadline was extended by Bank of America, N.A. to October 11, 2002 for the Debtors, the Official Committee of Unsecured Creditors and Official Committee of Asbestos Personal Injury Claimants.

It is hereby respectfully requested that the Order with respect to the Motion be entered at the Court's earliest convenience.

RLF1-2512663-1

Dated: October 14, 2002
      Wilmington, Delaware

                            Mark D. Collins (No. 2981)
                            James R. Adams (No. 4066)
                            RICHARDS, LAYTON & FINGER, P.A.
                            One Rodney Square
                            Post Office Box 551
                            Wilmington, Delaware 19899
                            (302) 651-7700

                                      -and-

                            David S. Walls
                            MOORE & VAN ALLEN, PLLC
                            100 North Tryon Street, 47th Floor
                            Charlotte, North Carolina 28202-4003
                            (704) 331-1000

                            Attorneys for Bank of America, N.A.