## **CERTIFICATE OF SERVICE**

        I, Christopher M. Winter, hereby certify that a copy of the **RESPONSE AND LIMITED OBJECTION OF FRESENIUS MEDICAL CARE HOLDINGS, INC. TO DEBTORS' MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A SETTLEMENT AGREEMENT WITH THE INTERNAL REVENUE SERVICE IN CONNECTION WITH INTEREST DEDUCTIONS CLAIMED WITH RESPECT TO CORPORATE OWNED LIFE INSURANCE [D.I. #2737]** was served this 14th day of October, 2002 on the parties on the attached list in the manner indicated.

                                                          /s/ Christopher M. Winter
                                                            Christopher M. Winter (#4163)

314357v1