UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Case No. 01- 01139 |
| | : | thru 01200 (AMW) |
| | : | |
| W. R. GRACE & CO., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 2714**

On September 20, 2002, Wachovia Bank National Association ("Wachovia") its **Motion of Wachovia Bank National Association for Relief from the Automatic Stay in Order to Effect Setoff [D.I. 2714]** (the "Motion"). Responses to the Motion were due to be filed with this Court and served upon the undersigned counsel no later than October 11, 2002 at 4:00 p.m.

The undersigned hereby certifies that no other answer, objection or any responsive pleading with respect to the Motion has been received and that no other answer, objection or any responsive pleading with respect to the Motion has been filed with the Court.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**McCARTER & ENGLISH, LLP**

Dated: October 15, 2002

    /s/ Thomas D. Walsh
Thomas D. Walsh (DE. # 3783)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300; 302-984-6399 (fax)

Attorneys for Wachovia Bank National Association

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

I, Thomas D. Walsh, hereby certify that a true and correct copy of the foregoing Certificate of No Objection to the Motion of Wachovia Bank National Association for Relief from the Automatic Stay in Order to Effect Setoff [D.I. 2714] was served upon the persons listed on the attached 2002 Service list via 1st class, U.S. Mail, Postage pre-paid on this 15th day of October 2002.

      /s/ Thomas D. Walsh_____
      Thomas D. Walsh, Esq.