UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In Re: W.R. GRACE & CO., et al., Debtors, | Chapter 11<br>Bankruptcy No. 01-01139 (JFK)<br>(Jointly Administered) |
|---|---|

**NOTICE OF SERVICE OF ZAI CLAIMANTS' SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEBTORS**

PLEASE TAKE NOTICE, that on this 16th day of October, 2002, a copy of ZAI Claimants' Second Set of Interrogatories and Second Set of Requests for Production to Debtors, was served on counsel for the Debtors as set forth below:

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

David M. Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

DATED: October 16, 2002

Edward J. Westbrook
WESTBROOK & BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
Facsimile: (843) 727-6688

And

Darrell W. Scott, WSBA# 20241
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

And

ELZUFON AUSTIN REARDON, TARLOW
& MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan (#2820)
Charles J. Brown, III (#3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

G:\Docs\CLIENT\220305\11221\pleading\00142359.DOC

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on October 16, 2002, servi :e of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated: October 16, 2002

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 15, 2002 |
| | ) | Hearing Date: TBD only if necessary |

**ZAI CLAIMANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEBTORS**

1. All material safety data sheets for ZAI and any expanded vermiculite that was used for ZAI.

2. All consumer inquiries regarding ZAI and responses thereto.

3. The following specific documents:

   1. August 8, 1986 Wolter – Schippereit Memo

   2. July 23, 1986 McCaig – Wolter Memo

   3. P.J. Walsh May 20, 1983 Memo to District Managers concerning questions regarding attic insulation

   4. The file known as "Wolter Binder Development Program I"

   5. The file known as "Wolter Binder Development Program II"

   6. The file known as "Binder Development Program 1981 – 1983" (consisting of documents with a bates stamp range 756886 – 756953)

   7. The file entitled, "T&As Sampling 1980 I" apparently consisting of documents bates stamped 757860 – 758113

   8. The file entitled, "Strategy Plans 1982"

   9. The document entitled, "Meeting of January 27, 1977 on the Effects of Tremolite"

   10. The file entitled, "Slot Screen Attic Insulation – Simulated Attic Tests"

11. The April 21, 1987 Memo L. Locke to S. Venuti regarding removal and rebagging of AI

12. March 31, 1986 Letter from D. Carlson to General Motors regarding MSDS for AI

13. February 20, 1986 Memo from R. Ericson to File regarding allergic reaction to ZAI

14. March 28, 1986 Letter from S. Venuti to A. Latham (College Park, Maryland) regarding tremolite in AI

15. September 6, 1967 Memo from Upchurch to Bjorklund regarding attic insulation

16. November 30, 1965 article, "New Insulation Service Offered to Homeowners"

17. February 12, 1968 Letter from John D. Enloe to Zonolite regarding request for vermiculite information

18. February 23, 1973 Memo from Skyles to McDougall regarding attic insulation – plastic bags

19. The folder marked "Asbestos" containing vermiculite and tremolite studies, memos as to levels, testing and percentages

4. All documents from the Washington Research Center regarding attic insulation.

5. Documents comprising the file "Tremolite Guidelines" beginning with bates number 15103459 and apparently running through bates number 15103912.

6. All bags or containers for ZAI.

7. All photographs of bags or containers for ZAI.

DATED: October 16, 2002

Edward J. Westbrook
WESTBROOK & BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
Facsimile: (843) 727-6688

And

Darrell W. Scott, WSBA# 20241
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

And

ELZUFON AUSTIN REARDON, TARLOV
& MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (#2820)
Charles J. Brown, III (#3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on October 16, 2002, service of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated: October 16, 2002

*/s/ William D. Sullivan*
**William D. Sullivan**

G:\Docs\CLIENT\220305\11221\pleading\00142354.DOC

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 15, 2002 |
| | ) | Hearing Date: TBD only if necessary |

## ZAI CLAIMANTS' SECOND SET OF INTERROGATORIES TO DEBTORS

1. Did the Washington Research Center play any role in testing or evaluating attic insulation for asbestos content, dust release or potential health hazard? If so, please describe that role, the individuals within the Washington Research Center who were involved and the dates of the Washington Research Center's involvement.

2. Please give the last known address, including phone number, and status (living or deceased) if known to Grace for the following individuals, and state whether Grace represents these individuals:

    1. J.W. Wolter
    2. H. A. Eisenbach
    3. Julie C. Yang
    4. R.J. Bettachi
    5. H.C. Duecker
    6. R.C. Ericson
    7. F.W. Eaton
    8. R.J. Kujawa
    9. W.J. McCaig
    10. R.L. Oliverio
    11. J.W. Ransone

12. R.W. Vinion

13. D.D. Walczyk

14. E.S. Wood

15. S. Venuti

16. J.H. Wilson

17. R.H. Locke

18. Gray Winey

19. W.R. Hanlon

3. Did ZAI bags contain any code or other identifying data from which the date of manufacture of the bag, the date it was filled or its date of shipment from the plant can be determined? If so, please explain the code and the information that can be derived from the code.

4. Did the size, shape, color, design or writing on ZAI bags change over time? If so, please state the date of each change and describe the change.

DATED: October 16, 2002

Edward J. Westbrook
WESTBROOK & BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
Facsimile: (843) 727-6688

And

Darrell W. Scott, WSBA# 20241
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Cntr
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

And

ELZUFON AUSTIN REARDON, TARLOV
& MONDELL, P.A.

_/s/ William D. Sullivan_____________
William D. Sullivan (#2820)
Charles J. Brown, III (#3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on October 16, 2002, serv :e of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' SECOND SET OF INTERROGATORIES TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated: October 16, 2002

*/s/ William D. Sullivan*
**William D. Sullivan**

G:\Docs\CLIENT\220305\11221\pleading\00142350.DOC

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886