

# Commercial Checking

01     2000006910969  072  130          0   32          5,669

hlhlhllllhllhllhllhll
W R GRACE & CO - CONN
ATTN: PATTY ELLIOT-GRAY
7500 GRACE DRIVE
COLUMBIA MD  21044

CB

---

## Commercial Checking

6/29/2002 thru 7/31/2002

Account number:        2000006910969
Account holder(s):     W R GRACE & CO - CONN

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 6/29 | $3,744.03 |
| **Closing balance 7/31** | **$3,744.03** |

*\*\*EFFECTIVE 09/03/02 ACCOUNTS CLOSED IN OVERDRAFT STATUS WILL BE
ASSESSED A $30 COLLECTION FEE.
\*\*FOR ALL ACCOUNTS OPENED PRIOR TO 09/03/02 THE FEE FOR THE CHECK
RETURN STATEMENT AS REFERENCED IN THE ENCLOSED MISCELLANEOUS
FEE SCHEDULE WILL NOT APPLY.*

---

**Merrill Lynch**  Investment Managers

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

2 2 3 2

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2002 - 07/31/2002

Account Number
318-3343175-6

Financial Advisor
George L Perez
(--22N07J80)

Account Value As Of 07/31/2002
$5,251.08

Dividends
07/01/2002 - 07/31/2002        Year To Date
$8.23                          $5,251.08

> ON MONDAY, SEPTEMBER 2, MERRILL LYNCH
  FUNDS FOR INSTITUTIONS WILL BE CLOSED
  IN OBSERVANCE OF LABOR DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
  MONTH OF JULY WAS 1.85%. TRADING DEADLINES
  ON AUGUST 30 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | $5,242.85 |
| 07/31/2002 | 07/31/2002 | Div Reinvest | $8.23 | $1.00 | $5,251.08 |
|  |  | Ending Balance |  |  | $5,251.08 |

Account Number  318-3343175-6          (page  1 of  1)




# Merrill Lynch
Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

4 5 7 9

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4009

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2002 - 07/31/2002

Account Number
318-3323735-8

Financial Advisor
George L Perez
(--22N07G86)

Account Value As Of 07/31/2002
$31,860,486.48

Dividends
07/01/2002 - 07/31/2002        Year To Date
$45,711.10                     $245,182.91

> ON MONDAY, SEPTEMBER 2, MERRILL LYNCH
  FUNDS FOR INSTITUTIONS WILL BE CLOSED
  IN OBSERVANCE OF LABOR DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
  MONTH OF JULY WAS 1.85%. TRADING DEADLINES
  ON AUGUST 30 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $27,114,775.38 |
| 07/01/2002 | 07/01/2002 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $29,114,775.38 |
| 07/02/2002 | 07/02/2002 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $30,914,775.38 |
| 07/03/2002 | 07/03/2002 | Same Day Wire Redemption | $4,600,000.00 | $1.00 | $26,314,775.38 |
| 07/08/2002 | 07/08/2002 | Shares Purchased By Wire | $4,000,000.00 | $1.00 | $30,314,775.38 |
| 07/09/2002 | 07/09/2002 | Shares Purchased By Wire | $1,100,000.00 | $1.00 | $31,414,775.38 |
| 07/10/2002 | 07/10/2002 | Shares Purchased By Wire | $1,100,000.00 | $1.00 | $32,514,775.38 |
| 07/11/2002 | 07/11/2002 | Same Day Wire Redemption | $7,200,000.00 | $1.00 | $25,314,775.38 |
| 07/12/2002 | 07/12/2002 | Shares Purchased By Wire | $500,000.00 | $1.00 | $25,814,775.38 |
| 07/15/2002 | 07/15/2002 | Shares Purchased By Wire | $1,100,000.00 | $1.00 | $26,914,775.38 |
| 07/16/2002 | 07/16/2002 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $29,514,775.38 |
| 07/17/2002 | 07/17/2002 | Shares Purchased By Wire | $5,600,000.00 | $1.00 | $35,114,775.38 |
| 07/18/2002 | 07/18/2002 | Same Day Wire Redemption | $4,500,000.00 | $1.00 | $30,614,775.38 |
| 07/19/2002 | 07/19/2002 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $32,014,775.38 |
| 07/22/2002 | 07/22/2002 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $34,714,775.38 |
| 07/23/2002 | 07/23/2002 | Same Day Wire Redemption | $300,000.00 | $1.00 | $34,414,775.38 |
| 07/24/2002 | 07/24/2002 | Same Day Wire Redemption | $4,600,000.00 | $1.00 | $29,814,775.38 |
| 07/24/2002 | 07/24/2002 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $26,614,775.38 |
| 07/25/2002 | 07/25/2002 | Same Day Wire Redemption | $6,400,000.00 | $1.00 | $20,214,775.38 |

Account Number   318-3323735-8        (page  1 of  2)




MLM_x7918D×.4626934009.04584.04872.CNSMLM01.INVMWW.........MLM....000057826

**Merrill Lynch** Investment Managers                    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2002 - 07/31/2002

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 07/26/2002 | 07/26/2002 | Shares Purchased By Wire | $8,300,000.00 | $1.00 | $28,514,775.38 |
| 07/29/2002 | 07/29/2002 | Shares Purchased By Wire | $2,500,000.00 | $1.00 | $31,014,775.38 |
| 07/30/2002 | 07/30/2002 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $29,814,775.38 |
| 07/31/2002 | 07/31/2002 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $31,814,775.38 |
| 07/31/2002 | 07/31/2002 | Div Reinvest | $45,711.10 | $1.00 | $31,860,486.48 |
| | | Ending Balance | | | $31,860,486.48 |

519575




MLM.=79210=4629934009.04585.04873.CNSMLM01.INVMWW........MLM.......000057826

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

D

Account No: 323-223141
Statement Start Date: 29 JUN 2002
Statement End Date: 31 JUL 2002
Statement Code: 000-USA-22
Statement No: 007

Page 1 of 1

## ENCLOSURES
| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS
| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

## BALANCES
| | Opening (29 JUN 2002) | Closing (31 JUL 2002) |
|---|---|---|
| Ledger | 724,572.43 | .00 Ledger |
| | 724,572.43 | |
| | 0.00 | |

| | | |
|---|---|---|
| | Closing Balances | Amount |
| Date | | |

LEDGER BALANCES
29JUL                                    0.00

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS
29JUL

USD YOUR: NC0802731007290201
    OUR: 0221000023IN

724,572.43   NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
JERSEY CITY, NJ 07311
REF: TO REPAY YOUR DEPOSIT FR 02062
8 TO 020729 RATE 1.7500

### DEBITS
29JUL

USD YOUR: ND0827605607290201
    OUR: 0221000083IN

724,572.43   NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO ESTABLISH YOUR DEPOSIT FR 0
20729 TO 020829 RATE 1.7200

### CHECKS
*No Activity*

FT CODE:

USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

In US Dollars

Account No:        016-001257
Statement Start Date:  29-JUN-2002
Statement End Date:    15-JUL-2002
Statement Code:        S00-USA-22
Statement No:          013

Page 1 of 24

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 72 | 52,529,171.79 |
| Total Debits (incl. checks) | 62 | 52,515,566.71 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (29 JUN 2002) | Closing (15 JUL 2002) |
|---|---|
| Ledger 507,498.85 | Ledger 521,103.93 |

## LEDGER BALANCES

| Date | Amount |
|---|---|
| 01JUL | 545,372.91 |
| 02JUL | 491,284.85 |
| 03JUL | 502,911.38 |
| 05JUL | 1,159,610.14 |
| 08JUL | 527,866.76 |
| 09JUL | 534,610.87 |
| 10JUL | 477,559.49 |
| 11JUL | 529,941.93 |
| 12JUL | 403,592.50 |
| 15JUL | 521,103.93 |

## CREDITS

| Ledger Date | Value Date | $ | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 1JUL | | | USD OUR: 1828348745TC | 2.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020621<br>ORIG ID.902057107Z DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348745 EED:020701<br>IND ID:GWQ00000093701<br>IND NAME:GRACE CORP BENEFITS DE |
| 1JUL | | | USD OUR: 1828348746TC | 12.05 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020621<br>ORIG ID.902057107Z DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348746 EED:020701<br>IND ID:GWQ00000092701<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | | | USD OUR: 1828348750TC | 15.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020621<br>ORIG ID.902057107Z DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348750 EED:020701<br>IND ID:GWS00000093701<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | | | USD OUR: 1828348748TC | 24.96 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020621<br>ORIG ID.902057107Z DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348748 EED:020701<br>IND ID:GWR00000092701<br>IND NAME:GRACE CORP BENEFITS DE |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND/OR TO THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN 60 DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.



W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA   02140

Account No:          016-001257
Statement Start Date: 29 JUN 2002
Statement End Date:   15 JUL 2002
Statement Code:       S00-USA-22
Statement No:         013
Page 2  of  24

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | P/E | T/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01JUL | | | | | USD OUR: 182834875311C | 37.29 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348753 EED:020701<br>IND ID:GW100000009270I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834876411C | 52.99 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C- 3N 020621<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348764 EED:020701<br>IND ID:GW000000009470I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834876711C | 66.70 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348767 EED:020701<br>IND ID:NQS00000009370I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834875111C | 81.18 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C- 3S 020621<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348751 EED:020701<br>IND ID:GWS00000009270I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834874311C | 88.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348743 EED:020701<br>IND ID:GW000000009470I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834877111C | 105.83 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:902057107Z DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348771 EED:020701<br>IND ID:GR000000009370I<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | | USD OUR: 182834873711C | 105.97 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621 | | |

Morgan Chase Bank

JP Morgan Chase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013
Page 3 of 24

| Ledger Date | Adj. Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 01JUL | USD OUR: 18283487754TC | 118.92 | ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348707 EED:020701<br>IND ID:GRF000000094707<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01JUL | USD OUR: 18283487772TC | 131.95 | ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348794 EED:020701<br>IND ID:GNT000000092701<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01JUL | USD OUR: 18283487758TC | 158.96 | ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348772 EED:020701<br>IND ID:NOV000000002701<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01JUL | USD OUR: 18283487766TC | 284.35 | ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348758 EED:020701<br>IND ID:GVD000000009701<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01JUL | USD OUR: 18283487756TC | 317.92 | ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348766 EED:020701<br>IND ID:NQS000000009470I<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01JUL | USD OUR: 18283487755TC | 321.22 | ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD |

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 29 JUN 2002 |
| Statement End Date: | 15 JUL 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 013 |

Page 4 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *CREDITS: CONTINUED* | | | | | | | | |
| 01JUL | | | | USD OUR: 182834876OTC | 431.68 | TRACE#:021000028348755 EED:020701<br>IND ID:GNY000000094701<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348740 EED:020701<br>IND ID:GVG000000094701<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | USD OUR: 182834877OTC | 451.18 | TRACE#:021000028348755 EED:020701<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348777 EED:020701<br>IND ID:NOV000000094701<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | USD OUR: 182834873STC | 476.88 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348735 EED:020701<br>IND ID:GRD000000094701<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | USD YOUR: 31Y9830889182<br>OUR: 1821000889ZA | 1,077.42 | V-AIP/USP1MT ACCRUAL TO CUSTOMER<br>CREDIT OF NET AIP INTEREST FOR<br>CURRENT PERIOD AND ANY PRIOR<br>PERIOD ADJUSTMENTS. SEE ENHANCED<br>STATEMENT FOR DETAILS. | | |
| 01JUL | | | | USD OUR: 182834876ITC | 1,165.73 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348761 EED:020701<br>IND ID:GYR000000094701<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01JUL | | | | USD OUR: 182834876STC | 1,304.62 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9020571072 DESC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348763 EED:020701<br>IND ID:GYT000000094701<br>IND NAME:GRACE CORP BENEFITS DE | | |

Morgan Chase Bank

JPMorganChase

Statement of Account

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

In US Dollars

Page 5 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | Tr | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01JUL | USD OUR: 1828348757TC | 1,571.48 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N DESC:020621<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348757 EED:020701<br>IND ID:6YC000000009470<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348736TC | 2,175.31 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C- 3N 020621<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348736 EED:020701<br>IND ID:GNS000000009470<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348762TC | 2,215.76 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348762 EED:020701<br>IND ID:6YG000000009470<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348749TC | 2,616.67 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C- 3N 020621<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348749 EED:020701<br>IND ID:6YS000000009470<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348768TC | 3,140.52 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020624<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348768 EED:020701<br>IND ID:NQS000000009270<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348759TC | 3,753.49 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621<br>ORIG ID:9205710723SC DATE:020701<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028348759 EED:020701<br>IND ID:6YE000000009470<br>IND NAME:GRACE CORP BENEFITS DE |
| 01JUL | USD OUR: 1828348747TC | 8,884.42 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020621 |



Morgan Chase Bank

JPMorganChase

Statement Account

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

Page 6 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj. Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 01JUL | | | | USD OUR: 182834874ITC | 13,818.85 | ORIG ID:902057107Z DESC DATE:020701 CD ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000028348747 EED:020701 IND ID:GWR000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER | | |
| 01JUL | | | | USD OUR: 182834875ZTC | 17,391.85 | ORIG CD NAME:EBS C-3N 02062I ORIG ID:902057107Z DESC DATE:020701 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:02100002834874I EED:020701 IND ID:GRK000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 02062I | | |
| 01JUL | | | | USD OUR: 182834874ZTC | 31,605.16 | ORIG ID:902057107Z DESC DATE:020701 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:02100002834875Z EED:020701 IND ID:GWT000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CD NAME:EBS C-3N 02062I | | |
| 01JUL | | | | USD OUR: 1828348744TC | 38,070.84 | ORIG ID:902057107Z DESC DATE:020701 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:02100002834874Z EED:020701 IND ID:GRN000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 02062I | | |
| 01JUL | | | | USD OUR: 1828348734TC | 42,610.49 | ORIG ID:902057107Z DESC DATE:020701 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000028348744 EED:020701 IND ID:GWO000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 02062I | | |
| 01JUL | | | | USD OUR: 182834873BTC | 60,349.61 | ORIG ID:902057107Z DESC DATE:020701 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000028348734 EED:020701 IND ID:GRA000000009470I IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 02062I | | |

Morgan Chase Bank

JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

Page 7 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Description | Credit / Debit |
|---|---|---|---|
| 01JUL | USD OUR: 1828348739TC | TRACE#:021000028348738 EED:020701<br>IND ID:GRG0000000094701<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS-C-3N 020621<br>ORIG ID:902057102 DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348739 EED:020701<br>IND ID:GRI0000000094701 | 86,829.40 |
| 01JUL | USD OUR: 1828348740TC | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS-C-3N 020621<br>ORIG ID:902057102 DESC DATE:020701<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028348740 EED:020701<br>IND ID:GRJ0000000094701<br>IND NAME:GRACE CORP BENEFITS DE | 105,331.01 |
| 01JUL | USD YOUR: O/B FIRST UNION<br>OUR: 0251607182FF | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B FIRST UNION<br>BBI=/TIME/12:00 | 203,838.04 |
| 01JUL | USD YOUR: O/B BKAM IL CGO<br>OUR: 0206091182FF | IMAD: 0701F3QCAA1C000998<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:28 | 2,829,474.00 |
| 01JUL | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0579530218FF | IMAD: 0701GIQFGY2C000519<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | 3,532,716.00 |

JPMorganChase

Morgan Chase Bank

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

Page 8 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 02JUL | | USD OUR: 18353I186TC | 412.70 | C-0001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:16 IMAD: 0702EAQFII1A001241 ELECTRONIC FUNDS TRANSFER ORIG ID:9025571072 DESC DATE:020628 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000025531186 EED:020702 IND NAME:GRACE CORP BENEFITS DE | | |
| | | 02JUL | | USD YOUR: 6008183125110001 OUR: 1025800183FC | 4,611.29 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI N8DM CR9 6BY SSN: 0066017 | | |
| | | 02JUL | | USD YOUR: O/B WACHOVIA WIN OUR: 0090603183FF | 1,575,441.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:53 IMAD: 0702EAQFTI1A000692 | | |
| | | 02JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0092508183FF | 3,059,427.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:56 IMAD: 0702G1QFGY2C000392 | | |
| | | 03JUL | | USD OUR: 0032340114XF | 9,449.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00032588I963 | | |
| | | 03JUL | | USD YOUR: O/B WACHOVIA WIN OUR: 0175901184FF | 494,578.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO | | |

Morgan Chase Bank

JPMorganChase

Statement of Account

Account No:            016-001257
Statement Start Date:  29 JUN 2002
Statement End Date:    15 JUL 2002
Statement Code:        S00-USA-22
Statement No:          013
Page 9 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03JUL | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0132414184FF | 1,528,631.58 | /053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:20<br>IMAD: 0703EAQFTI1A001103 | | |
| 03JUL | | | | USD YOUR: MAESTRO<br>OUR: 0307313184FF | 4,600,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W R GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:31<br>IMAD: 0703GIQF6Y2C000640 | | |
| 03JUL | | | | USD OUR: 1867842301TC | 392.39 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-318-07=ML PREMIER FUND BBI=/T<br>IMAD: 0703AIQ802DC001499 | | |
| 05JUL | | | | | | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C 3M 020702<br>ORIG ID:9020571072 DESC DATE:020705<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000027842301 EED:020705<br>IND ID:GRI000000009470S<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 05JUL | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0126409186FF | 770,746.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:18 | | |

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013
Page 10 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140



| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 05JUL | | 05JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0128509186FF | 926,684.10 | IMAD: 0705EAQFT11A000852 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:22 IMAD: 0705EAQFT11A000852 | | |
| 08JUL | | 08JUL | | USD YOUR: SWF OF 02/07/05 OUR: 3273000186FS | 1,862.29 | BOOK TRANSFER CREDIT B/O: BANCO BRASIL S.A NOSTRO ACC RIO DE JANEIRO BRAZIL 20560-030 ORG: GRACE BRASIL LTDA GUITA CORRETORA-SP OGB: BANCO DO BRASIL S.A. RUA ANTONIO AGU 860 RGA: COURSE/AND CONGRESS FATURA 16 OGB:/021196CHGS/USD15,00/ | | |
| 08JUL | | 08JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0104108189FF | 2,929,115.69 | IMAD: 0705IQ9CHGS/USD15,,00/ FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:13 IMAD: 0708GIQFGY2C000283 | | |
| 08JUL | | 08JUL | | USD YOUR: O/B WACHOVIA WIN OUR: 0121309189FF | 3,784,112.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:39 IMAD: 0708EAQFT11A000911 | | |
| 09JUL | | 09JUL | | USD YOUR: O/B CITIBANK NYC OUR: 3662400190FC | 26,048.03 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: EASTMAN CHEMICAL COMPANY | | |



Morgan Chase Bank

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 29 JUN 2002 |
| Statement End Date: | 15 JUL 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 013 |

Page 11 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 09JUL | | | USD | YOUR: 600819012508000I<br>OUR: 0849700190FC | 49,249.84 | KINGSPORT TN 37662<br>LUMBIA MF=W.R. GRACE AND COMPANY CO<br>7 0RG=W1044-4098/AC-0001600125<br>LUMBIA MD/10634446 KINGSPORT TN 37662<br>OB=F0LJ0EFIN TECHNOLOGY MARKETING<br>SSN: 0207889<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959 | | |
| 09JUL | | | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0125903190FF | 1,226,710.00 | B/O: GRACE COLLECTION INC.<br>REF:ABNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0001600125<br>K OF AMERICA COLLECTION INC.<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM 00542JBY<br>SSN: 00542JBY<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 | | |
| 09JUL | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0104002190FF | 3,317,276.16 | W.R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001600125Z RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:58<br>MAD: 0709EAQFIT1A000739<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140 | | |
| 10JUL | | | USD | YOUR: O/B FIRST UNION<br>OUR: 0079307191FF | 1,007,152.31 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001600125Z RFB=0/B BKAM IL CGO<br>OB1=HDWT BBI=/TIME/11:18<br>MAD: 0709G1QFGY2C000306<br>FEDWIRE CREDIT<br>VIA:FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O:W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001600125Z RFB=0/B FIRST UNION | | |

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                016-001257
Statement Start Date:      29 JUN 2002
Statement End Date:        15 JUL 2002
Statement Code:            S00-USA-22
Statement No:              013

Page 12 of 24

| Ledger Date | Adj.Ledger Date | Value Date | Reference | F T | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 10JUL | | 10JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0139414191FF | | 1,658,943.00 | BBI=/TIME/10:15<br>IMAD: 0710FSQCAAIC000374<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=0/B WACHOVIA WIN<br>OBI=/TIME/11:57 | | |
| 10JUL | | 10JUL | USD YOUR: O/B BKAM IL CGO OUR: 0111113191FF | | 2,095,970.77 | BBI=/TIME/11:57<br>IMAD: 0710EQFTIIA000890<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=0/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:20 | | |
| 11JUL | | 11JUL | USD YOUR: O/B FIRST UNION OUR: 0061801192FF | | 123,820.51 | IMAD: 0710GIQFGY2C000434<br>FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=0/B FIRST UNION<br>BBI=/TIME/09:58 | | |
| 11JUL | | 11JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0122514192FF | | 894,495.00 | IMAD: 0711F3QCAAIC000312<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND/COMPANY COLUMBIA MD 21044-4098/A<br>C/0001601257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:31 | | |
| 11JUL | | 11JUL | USD YOUR: O/B BKAM IL CGO OUR: 0111809192FF | | 917,600.95 | IMAD: 0711EQFTIIA000789<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA | | |



JPMorganChase          Statement of Account

Account No:           016-001257
Statement Start Date: 29 JUN 2002
Statement End Date:   15 JUL 2002
Statement Code:       S00-USA-22
Statement No:         013
Page 13 of 24

Morgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 11JUL | USD YOUR: MAESTRO<br>OUR: 0334013192FF | 7,200,000.00 | /071000039<br>B/O:W R GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=D/B BKAM IL CGO<br>O-B=HQWT BBI=/TIME/11:20<br>IMAD: 0711I1GIFGY2C000528<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O:W R GRACE & CO - CONN |
| 12JUL | USD YOUR: 0004006866<br>OUR: 3984700193FC | 170,000.00 | COLUMBIA MD 21044-4009<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P1-S-ML PREMIER FUND BBI=/T<br>IMAD: 0711A1Q002GC001696<br>CHIPS CREDIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>B/O: GRACE CANADA INC.<br>BEO: RBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0000160012S<br>7 N DRG=/SOFD GRACE CANADA INC. OGB=B<br>N S HIGHWAY 10 AND MATHESON MISSIS<br>AUGA, ONTARIO CANADAL4Z2Y5 OBI=RE: G<br>VSSN: 0223519 |
| 12JUL | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0157714193FF | 1,056,874.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600 1257 RFB=0/B WACHOVIA WIN<br>/BBI=/TIME/12:24<br>IMAD: 0712EAQFTI1A001143 |
| 12JUL | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0131909193FF | 1,681,236.47 | FEDWIRE CREDIT<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A |



JPMorganChase

Morgan Chase Bank

Statement of Account

Account No:         016-001257
Statement Start Date:   29 JUN 2002
Statement End Date:     15 JUL 2002
Statement Code:         S00-USA-22
Statement No:           013

Page 14 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

In US Dollars

| Ledger Date | A/C Ledger Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 15JUL | | | USD OUR: 1966420243TC | 466.86 | ND COMPANY COLUMBIA MD 2104-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOW?OBI=/TIME/11:41<br>IMAD:0712G1QFGY2C000540<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020711<br>ORIG ID:9025571072 DESC DATE:020715<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022642043 EED:020715<br>IND ID:GR000000009715<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 15JUL | | | USD YOUR: O/B WACHOVIA WIN OUR: 0154008196FF | 1,576,256.00 | VEDWIRE CREDIT<br>VIA:WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O:W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 2104-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:26<br>IMAD:0715EAQFTIIA000911 | | |
| 15JUL | | | USD YOUR: O/B BKAM IL CGO OUR: 0148103196FF | 2,848,380.26 | VEDWIRE CREDIT<br>VIA:BANK OF AMERICA<br>/071000039<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 2104-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOW? BBI=/TIME/11:23<br>IMAD:0715G1QFGY2C000435 | | |

## DEBITS

| 01JUL | | | USD YOUR: FPRS DEPOSITORY OUR: 1528200182JB | 5,190.81 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 6/21<br>/02 AND 6/24/02 SALARIED AND HOURLY<br>SSN: 0259309 | | |

Account No: 016-00157
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

Page 15 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *DEBITS CONTINUED* | | |
| 01JUL | | 01JUL | | | USD OUR: 0033360118XF | 40,692.19 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0032381963 | | |
| 01JUL | | 01JUL | | | USD YOUR: SEE WIRE OUR: 1529200182JB | 91,902.66 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 01JUL | | 01JUL | | | USD YOUR: SEE WIRE OUR: 1528800182JB | 100,831.74 | FEDWIRE DEBIT VIA: FW121000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, SONIA ROSADO PHONE 212-503-7855 REF: MONTHLY SERVICE FEES FOR JUNE 2002 PAID 7/02/TIME/15:08 IMAD: 0701B1QGC02C004514 | | |
| 01JUL | | 01JUL | | | USD YOUR: FPRS DEPOSITORY OUR: 1528500182JB | 1,016,735.95 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X X BEN: WR GRACE + CO. | | |
| 01JUL | | 01JUL | | | USD YOUR: SEE WIRE OUR: 1527600182JB | 2,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:08 IMAD: 0701B1QGC01C004614 | | |
| 01JUL | | 01JUL | | | USD YOUR: HOWT-FUCD OUR: 1527800182JB | 3,700,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111-71 ATTN P. LAWING 704-374 -3448/TIME/15:08 IMAD: 0701B1QGC01C004613 | | |
| 02JUL | | 02JUL | | | USD YOUR: SEE WIRE OUR: 1367300183JB | 37,162.80 | FEDWIRE DEBIT VIA: NORTHERN INTL NYC /026001122 | | |

REF: REFER TO WIRE WEEK ENDING 6/21
/02 AND 6/24/02 SALARIED AND PAYROL
SSN: 0259283

Morgan Chase Bank

JP Morgan Chase

Statement of Account

In US Dollars

Account No:          016-001257
Statement Start Date:   29 JUN 2002
Statement End Date:    15 JUL 2002
Statement Code:       S00-USA-22
Statement No:         013

Page 16 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| | 02JUL | USD OUR: 0030880114XF | | A/C: FORTIS BANK (NEDERLAND) N.V. AMSTERDAM NETHERLANDS BEN: MECOMIN DEVELOPMENT LTD CAROLINE YATES REF: GRACE DAVISON PAYMENT OF INVOI CE 439701 /TIME/17.48 IMAD: 07028IQGC01C005053 |
| 02JUL | 02JUL | USD YOUR: SEE WIRE OUR: 1049100183JB | 40,097.36 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU LIMA /1936590735129 PETROPOLIS S.A. |
| 02JUL | 02JUL | USD YOUR: SEE WIRE OUR: 1049600183JB | 44,718.55 | REF:/BNF/JUNE FEES AND SERVICES BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 02JUL | 02JUL | USD YOUR: SEE WIRE OUR: 0374300183JB | 49,009.42 | FEDWIRE DEBIT VIA: ALLIS FIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/12:07 IMAD: 0702B1QGC03C002044 |
| 02JUL | 02JUL | USD YOUR: SEE WIRE OUR: 1050200183JB | 822,992.19 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:22 IMAD: 0702B1QGC01C004297 |
| 02JUL | 02JUL | USD YOUR: HOWT-FUCD OUR: 1048600183JB | 1,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:22 IMAD: 0702B1QGC08C004598 |
| 02JUL | | | 1,900,000.00 | |

JPMorgan Chase

Statement of Account    In US Dollars

Account No:              016-001257
Statement Start Date:    29 JUN 2002
Statement End Date:      15 JUL 2002
Statement Code:          S00-USA-22
Statement No:            013

Page 17 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | C | References | Credit /Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 03JUL | USD YOUR: FPRS DEPOSITORY<br>OUR: 0521900184JB | 350,000 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103 FPRS DEPOSITORY<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE GRACE PYMT FOR W<br>K ENDING /28-7/1 HOURLY CPD + DAVI<br>SSN: 0226632 |
| 03JUL | USD YOUR: SEE WIRE<br>OUR: 0521800184JB | 57,466.34 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 03JUL | USD YOUR: FPRS DEPOSITORY<br>OUR: 0522000184JB | 163,216.62 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103 FPRS DEPOSITORY<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE GRACE PYMT WK EN<br>DING 6/28-7/1<br>SSN: 0226677 |
| 03JUL | USD YOUR: HOWT-FUCD<br>OUR: 0903600184JB | 6,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:12 |
| 05JUL | USD OUR: 0031860114XF | 1,446.68 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963<br>TMAD: 0703B1Q6C01C003860 |
| 05JUL | USD YOUR: SEE WIRE<br>OUR: 0776800186JB | 39,677.05 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 05JUL | USD YOUR: HOWT-FUCD<br>OUR: 0776900186JB | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374 |



Morgan Chase Bank

# J.P. Morgan Chase
## Statement of Account

in US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013
Page 18 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS/CONTINUED

| 08JUL | | | | USD OUR: 0029590114XF | | -3448/TIME/13:39<br>IMAD: 0705B1QGC07C003572<br>AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 08JUL | | | | USD YOUR: SEE WIRE<br>OUR: 0546000189JB | 996.00 | TO ACCOUNT 0032388i963<br>CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: PREPAYMENT OF INV 10855<br>SSN: 0229947 | | |
| 08JUL | | | | USD YOUR: SEE WIRE<br>OUR: 0545900189JB | 20,694.80 | | | |
| 08JUL | | | | | 27,547.56 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 08JUL | | | | USD YOUR: SEE WIRE<br>OUR: 0546100189JB | 97,595.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: PREPAYMENT OF INV 1376 + 1375<br>SSN: 0229946 | | |
| 08JUL | | | | USD YOUR: HOWT-FUCD<br>OUR: 0844100189JB | 3,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:45<br>IMAD: 0708B1QGC02C003659 | | |
| 08JUL | | | | USD YOUR: SEE WIRE<br>OUR: 0844200189JB | 4,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:45<br>IMAD: 0708B1QGC02C003658 | | |

JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
29 JUN 2002
Statement Start Date: 15 JUL 2002
Statement End Date: S00-USA-22
Statement Code: 013
Statement No: Page 19 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | E T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

09JUL  USD OUR: 0029170114XF
32.61 AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032381963

09JUL  USD OUR: 190679567ZTC
66.70 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020624
ORIG ID:9020571072 DESC DATE:020701
CO ENTRY DESCR:REVERSAL SEC:PPD
TRACE#:021000026795672 EED:020709
IND ID:NQS0000000093701
IND NAME:GRACE CORP BENEFITS DE

09JUL  USD OUR: 190679567ATC
105.83 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020624
ORIG ID:9020571072 DESC DATE:020701
CO ENTRY DESCR:REVERSAL SEC:PPD
TRACE#:021000026795674 EED:020709
IND ID:NQV0000000093701
IND NAME:GRACE CORP BENEFITS DE

09JUL  USD OUR: 190679567OTC
284.35 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020624
ORIG ID:9020571072 DESC DATE:020701
CO ENTRY DESCR:REVERSAL SEC:PPD
TRACE#:021000026795670 EED:020709
IND ID:NQS0000000094701
IND NAME:GRACE CORP BENEFITS DE

09JUL  USD OUR: 190679567STC
451.18 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020624
ORIG ID:9020571072 DESC DATE:020701
CO ENTRY DESCR:REVERSAL SEC:PPD
TRACE#:021000026795673 EED:020709
IND ID:NQV0000000094701
IND NAME:GRACE CORP BENEFITS DE

09JUL  USD YOUR: SEE WIRE
       OUR: 0743700190JB
1,518.00 CHIPS DEBIT
VIA: CITIBANK
/0008
A/C: ICI AMERICAS, INC
X
REF: PAYMENT FOR 2001Q4 ICI MATERIA
L ACCOUNT 27900025
SSN: 0223832

09JUL  USD YOUR: ACH OF 02/07/09
       OUR: 0018500190HP
15,857.00 BOOK TRANSFER DEBIT
A/C: CB/EFTS PRE-FUNDING CLEARING A
TAMPA FL 33634-

09JUL  USD YOUR: SEE WIRE
       OUR: 0743600190JB
27,421.30 BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-

JPMorganChase

Statement of Account

in US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013
Page 20 of 24

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 09JUL | | | | USD YOUR: SEE WIRE OUR: 0410700190JB | 866,802.95 | REF: UHC PAYMENTS FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/11:42 /IMAD: 0709B1Q6C01C001743 | | |
| 09JUL | | | | USD YOUR: SEE WIRE OUR: 0743400190JB | 1,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND N/O W.R. GRACE + CO - CONN BEN: MERRILL GROUP ATTN TRANSFER FUNDS/TIME/14:55 REF: /IMAD: 0709B1Q6C01C003028 | | |
| 09JUL | | | | USD YOUR: HOWT-FUCD OUR: 0743500190JB | 2,600,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC ATTN P. LAWING 704-374 -3448/TIME/14:55 REF: /IMAD: 0709B1Q6C01C003027 | | |
| 10JUL | | | | USD YOUR: SEE WIRE OUR: 0743200191JB | 4,707.84 | FEDWIRE DEBIT VIA: WACHOVIA WINSTON /053100494 A/C: NORFOLK SOUTHERN RAILWAY ATTN RICH HARRIS REF: GRACE DAVISON PAYMENT FOR SERI AL NO. 2891178482 /IMAD: 0710B1Q6C06C003129 | | |
| 10JUL | | | | USD YOUR: SEE WIRE OUR: 0721600191JB | 60,616.84 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 10JUL | | | | USD OUR: 0030930114XF | 116,250.96 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 10JUL | | | | USD YOUR: FPRS DEPOSITORY OUR: 0721500191JB | 171,381.91 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X | | |

morgan Chase Bank

JP morganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013
Page 21 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

|  |  |  |  |  |  | BEN: WR GRACE + CO. |  |  |
|  |  |  |  |  |  | X |  |  |
|  |  |  |  |  |  | REF: REFER TO WIRE WEEK ENDING 7/8/ |  |  |
|  |  |  |  |  |  | 02 HOURLY CPD AND DAV |  |  |
|  |  |  |  |  |  | SSN: 0245096 |  |  |
| 10JUL |  |  |  | USD YOUR: HOWT-FUCD OUR: 0721400191JB | 900,000.00 | FEDWIRE DEBIT |  |  |
|  |  |  |  |  |  | VIA:FIRT UNION NC |  |  |
|  |  |  |  |  |  | /053000219 |  |  |
|  |  |  |  |  |  | A/C: W.R. GRACE AND CO. |  |  |
|  |  |  |  |  |  | CHARLOTTE NC |  |  |
|  |  |  |  |  |  | REF: 0111E 79 ATTN P. LAWING 704-374 |  |  |
|  |  |  |  |  |  | -3448/TIME/14:45 |  |  |
|  |  |  |  |  |  | IMAD: 0710B1Q6C08C003359 |  |  |
| 10JUL |  |  |  | USD YOUR: SEE WIRE OUR: 0721300191JB | 1,100,000.00 | FEDWIRE DEBIT |  |  |
|  |  |  |  |  |  | VIA: STATE ST BOS |  |  |
|  |  |  |  |  |  | /011000028 |  |  |
|  |  |  |  |  |  | A/C: MERRILL LYNCH PREMIER INSTITUT |  |  |
|  |  |  |  |  |  | FUND |  |  |
|  |  |  |  |  |  | BEN: N/O W.R. GRACE + CO - CONN |  |  |
|  |  |  |  |  |  | ATTN MERRILL GROUP |  |  |
|  |  |  |  |  |  | REF: TRANSFER FUNDS/TIME/14:45 |  |  |
|  |  |  |  |  |  | IMAD: 0710B1Q6C07C003396 |  |  |
| 10JUL |  |  |  | USD YOUR: SEE WIRE OUR: 0481600191JB | 2,466,159.91 | FEDWIRE DEBIT |  |  |
|  |  |  |  |  |  | VIA: AL FIRST BANK |  |  |
|  |  |  |  |  |  | /052000113 |  |  |
|  |  |  |  |  |  | A/C: GRACE DAVISON |  |  |
|  |  |  |  |  |  | X |  |  |
|  |  |  |  |  |  | REF: SALARIED PAYROLL/TIME/11:57 |  |  |
|  |  |  |  |  |  | IMAD: 0710B1Q6C03C001870 |  |  |
| 11JUL |  |  |  | USD OUR: 0030850114XF | 25,335.07 | AUTOMATIC DOLLAR/FLOAT TRANSFER |  |  |
|  |  |  |  |  |  | TO ACCOUNT 0003238I963 |  |  |
| 11JUL |  |  |  | USD YOUR: SEE WIRE OUR: 0997100192JB | 58,198.95 | BOOK TRANSFER DEBIT |  |  |
|  |  |  |  |  |  | A/C: W R GRACE & CO CONN (UHC FUNDI |  |  |
|  |  |  |  |  |  | COLUMBIA MD 21044- |  |  |
|  |  |  |  |  |  | REF: UHC PAYMENTS |  |  |
| 11JUL |  |  |  | USD YOUR: HOWT-FUCD OUR: 0997000192JB | 9,000,000.00 | FEDWIRE DEBIT |  |  |
|  |  |  |  |  |  | VIA: FIRT UNION NC |  |  |
|  |  |  |  |  |  | /053000219 |  |  |
|  |  |  |  |  |  | A/C: W.R. GRACE AND CO. |  |  |
|  |  |  |  |  |  | CHARLOTTE NC |  |  |
|  |  |  |  |  |  | REF: 0111 79 ATTN P. LAWING 704-374 |  |  |
|  |  |  |  |  |  | -3448/TIME/16:45 |  |  |
|  |  |  |  |  |  | IMAD: 0711B1Q6C04C003737 |  |  |

JP Morgan Chase

Statement of Account

In US Dollars

Account No:              016-001257
Statement Start Date:    29 JUN 2002
Statement End Date:      15 JUL 2002
Statement Code:          S00-USA-22
Statement No:            013

Page 22 of 24

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

| Value Date | | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| | USD OUR: 0032210114XF | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 12JUL | | | | 14,128.92 | TO ACCOUNT 0003238l963 |
| 12JUL | USD YOUR: SEE WIRE | | OUR: 0872000193JB | 39,860.68 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 12JUL | USD YOUR: SEE WIRE | | OUR: 1081900193JB | 125,145.26 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUE POPULAIRES PARIS CEDEX15 300 FRANCE 75427- BEN: /3002ES300304094ll50l476 RHODIA TERRES RARERS REF: GRACE DAVISON ROYALTY PAYMENT 2ND QTR 2002- 29400000 |
| 12JUL | USD YOUR: SEE WIRE | | OUR: 0871200193JB | 500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:29 IMAD: 0712B1QGC06C003659 |
| 12JUL | USD YOUR: FPRS DEPOSITORY | | OUR: 0871800193JB | 855,325.04 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 07/0 9/2002 SALARIED SSN: 0259902 |
| 12JUL | USD YOUR: HOWT-FUCD | | OUR: 0871900193JB | 1,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC 0111 79 ATTN P. LAWING 704-374 REF: -3448/TIME/15:29 IMAD: 0712B1QGC06C003658 |
| 15JUL | USD YOUR: SEE WIRE | | OUR: 1026300196JB | 1,324.30 | CHIPS DEBIT VIA: THE NORTHERN TRUST INTL BKING /0112 A/C: FORTIS BANK (NEDERLAND) N.V. |

JPMorganChase

Statement of ACCOUNT

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement Code: S00-USA-22
Statement No: 013

Page 23 of 24

JPMorganChase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JUL | 15JUL | | USD YOUR: SEE WIRE OUR: 0968600196JB | 7,627.00 | 1000 AG AMSTERDAM, NETHERLANDS<br>BEN: MECOMIN DEVELOPMENT LTD<br>ATTN CAROLINE YATES<br>REF: GRACE DAVISON PAYMENT OF INVOI<br>CE 4392068<br>SSN: 0294471<br>FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: NORTHERN TRUST<br>X<br>BEN: W.R.GRACE + CO. SHORT TERM ACC<br>REF: W.R.GRACE + CO./TIME/15:11<br>/MAD:071510GC01C004263<br>AMAD.0TC:DOLLAR/FLOAT TRANSFER | | |
| 5JUL | | | USD OUR: 0032670114XF | 9,306.34 | AUTOMATIC PAYMENT OF<br>TO ACCOUNT 00032388I963 | | |
| 5JUL | | | USD YOUR: SEE WIRE OUR: 0969900196JB | 41,898.39 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PREPAYMENT OF IN<br>VOICE137680<br>SSN: 0289480 | | |
| 15JUL | | | USD YOUR: SEE WIRE OUR: 0969000196JB | 47,435.66 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044--<br>REF: UHC PAYMENTS | | |
| 15JUL | | | USD YOUR: SEE WIRE OUR: 0703001963B 001802866016A | 300,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: THE BANK OF BERMUDA LTD.<br>SWIFT CODE BDAMIM<br>BEN: MARSH + MCLENNAN GLOBAL BROKIN<br>X<br>REF. EXCESS LIABILITY PREMIUM MARSH<br>INVOICE NO. 167868<br>SSN: 0289468 | | |
| 15JUL | | | USD YOUR: SEE WIRE OUR: 0971100196JB | 1,100,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028 | | |

JPMorganChase

Statement

In US Dollars

Account No: 016-001257
Statement Start Date: 29 JUN 2002
Statement End Date: 15 JUL 2002
Statement End Code: S00-USA-22
Statement No: 013
Page 24 of 24

the Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| ACH Ledger Date | Value Date | F. | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

ITS CONTINUED

| | 15JUL | USD YOUR: HOWT-FUCD | 2,800,000.00 | A/C: MERRILL LYNCH PREMIER INSTITU |
|---|---|---|---|---|

OUR: 0969500196JB

A/C: MERRILL LYNCH PREMIER INSTITU
FUND N/O W.R. GRACE + CO - CONN
BEN: N/O W.R. GRACE GROUP
ATTN MERRILL FUNDS/TIME/15:10
REF: TRANSFER 0715B1QGC02C004328
IMAD: 0715B1QGC02C004328
FEDWIRE DEBIT
VIA: FIRST UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
79 ATTN P. LAWING 704-374
REF: 0111 /TIME/15:10
-3448/TIME/15:10
IMAD: 0715B1QGC03C004073

CHECKS

No Activity