# JPMorganChase

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 1 of 20

### TRANSACTIONS

| | |
| --- | --- |
| Total Credits | 44 |
| Total Debits (incl. checks) | 62 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (16 JUL 2002) | Closing (31 JUL 2002) |
| --- | --- | --- |
| Ledger | 84,258,700.13 | 521,103.93 Ledger |
| | 84,283,179.86 | |
| | 0.00 | |

### ENCLOSURES

| | |
| --- | --- |
| Credits | 0 0 |
| Debits | 0 0 |
| Checks | 0 |

Closing Balances Amount: 496,624.20

### LEDGER BALANCES

| Date | Amount |
| --- | --- |
| 16JUL | 547,054.67 |
| 17JUL | 582,884.03 |
| 18JUL | 473,569.85 |
| 19JUL | 864,613.87 |
| 22JUL | 486,559.19 |
| 23JUL | 474,027.02 |
| 24JUL | 511,360.91 |
| 25JUL | 522,022.65 |
| 26JUL | 528,504.32 |
| 29JUL | 524,149.70 |
| 30JUL | 581,079.43 |
| 31JUL | 496,624.20 |

### CREDITS

| Ledger Date | Value Date | Adj Ledger Date | F | T | References | Credit/Debit | Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 16JUL | | | | | USD OUR: 19705606851C | 211.96 | ELECTRONIC FUNDS TRANSFER |

ORIG CO NAME:EBS C-3N 020712
ORIG ID:9005771072 DESC DATE:020716
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000020560685 EED:020716
IND ID:GRJ000000009716
IND NAME:GRACE CORP BENEFITS DE

| Ledger Date | References | Credit/Debit | Description |
| --- | --- | --- | --- |
| 16JUL | USD YOUR: 0/B FIRST CITZ R OUR: 024701197FF | 198,148.99 | FEDWIRE CREDIT |

VIA: FIRST CITIZENS BANK & TRUST CO
/053100300
B/O: DANIEL VAUGHAN MEDLEY & SMITHE
DANVILLE, VA 24543-0720
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
C-000016001257 RFB=0/B FIRST CITZ A
ND COMPANY COLUMBIA MD 21044-4098/A
OBI=CONTACT ROSEMARY KEYES OR BOB
IMAD: 0716S3QP0AIC000177

| Ledger Date | References | Credit/Debit | Description |
| --- | --- | --- | --- |
| 16JUL | USD YOUR: 0/B FIRST UNION OUR: 0061508197FF | 815,029.28 | FEDWIRE CREDIT |

VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=0/B FIRST UNION
BBI=/TIME/10:04
IMAD: 0716F3QCAA1C000339

T CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN THE IMPROPER CHARGE TO THE ACCOUNT AS REPRESENTED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account in US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 2 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

16JUL

16JUL — USD YOUR: O/B WACHOVIA WIN
OUR: 0164307197FF

1,199,702.00 — FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE
C-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/12:30
IMAD: 0716EAQFTIIA000996

16JUL — USD YOUR: O/B BKAM IL CGO
OUR: 0148813197FF

4,032,439.72 — FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
C-000016001257 RFB=O/B BKAM IL CGO
OBI=HDWT BBI=/TIME/12:13
IMAD: 07166lQFGY2C000463

17JUL — USD YOUR: 28594
OUR: 0319707198FF

2,098.06 — FEDWIRE CREDIT
VIA: BANK OF AMERICA, NA
/053000196
B/O: GRACE COLLECTIONS INC
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=28594 OBI=FB0 GC
I CD BBI=/TIME/15:56
IMAD: 0717LIB7031C000531

7JUL — USD OUR: 0015660114XF

107,763.17 — AUTOMATIC DOLLAR/FLOAT TRANSFER
FROM ACCOUNT 00032313652

7JUL — USD YOUR: O/B FIRST UNION
OUR: 0059208198FF

910,086.70 — FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B FIRST UNION
BBI=/TIME/15.56

JUL — USD YOUR: O/B BKAM IL CGO
OUR: 0087901198FF

1,714,999.47 — FEDWIRE CREDIT
VIA: BANK OF AMERICA
BBI=/TIME/09:52
IMAD: 0717F3QCAAIC000246

JPMorganChase

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | | | |
|---|---|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUL 2002 |
| Statement End Date: | 31 JUL 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 014 |
| Page 3 of 20 | In US Dollars |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CREDITS CONTINUED** | | |
| 17JUL | | 17JUL | | USD YOUR: O/B WACHOVIA WIN OUR: 0159613198FF | 4,717,064.00 | /071000039 B/O: W. W. R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:45 IMAD: 0717G1QFGY2C000278 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:19 | | |
| 18JUL | | 18JUL | | USD YOUR: O/B WACHOVIA WIN OUR: 0178102199FF | 898,259.00 | IMAD: 0717EAQFTIIA000931 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:52 | | |
| 18JUL | | 18JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0148113199FF | 1,206,334.88 | IMAD: 0718EAQFTIIA001076 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W. W. R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:09 IMAD: 0718G1QFGY2C000605 | | |
| 18JUL | | 18JUL | | USD YOUR: MAESTRO OUR: 0335903199FF | 4,500,000.00 | FEDWIRE CREDIT /011000028 VIA: STATE STREET BANK & TRUST COMP COLUMBIA MD 21044-4009 B/O: W R GRACE & CO - CONN REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

CHASE

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 4 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 19JUL | USD YOUR: O/B BARCLAYS PLC<br>OUR: 0100900200FC | 9,387.00 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-3J8-P 1-S 1 ML PREMIER FUND BBI=/0<br>/0257<br>IMAD: 0718AIQ002DC001440<br>CHIPS CREDIT<br>VIA: BARCLAYS BANK PLC<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-0000160O125<br>7 ORG=INEOS SILICAS LIMITED OGB=BAR<br>CLAYS BANK PLC LONDON ENGLAND EC3 N<br>HJ OBI=INV-ROYALTY PAYMENT-QTR 2 BB |
| 19JUL | USD YOUR: 13047058<br>OUR: 0289303200FF | 385,786.53 | SSN: 0007183<br>FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>C-000016001257 RFB=13047058 OBI=DEA<br>TH CLAIMS FOR MB038 BBI=/TIME/15:09<br>IMAD: 0719AIQF148C006070 |
| 19JUL | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0144813200FF | 1,586,956.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:00<br>IMAD: 0719EAQFTIIA001093 |
| 19JUL | USD YOUR: O/B BKAM IL CGO<br>OUR: 0092603200FF | 2,350,685.40 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53<br>IMAD: 0719GIQFGY2C000556 |

Case 01-01139-AMC   Doc ...

JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 5 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

22JUL
USD OUR: 2037893540TC
766.78 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020718
ORIG ID.9920571072 DESC DATE:020722
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027893540 EED:020722
IMD ID:GRG000000094722

22JUL   USD YOUR: O/B WACHOVIA WIN
OUR: 0125302203FF
1,825,744.00 IMD NAME:GRACE CORP BENEFITS DE
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:46

22JUL   USD YOUR: O/B BKAM IL CGO
OUR: 0081202203FF
3,048,239.72 MAD: 0722EAQFTI1A000877
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/10:40

23JUL   USD YOUR: 628352048080040201
OUR: 2409200204FC
2,516.78 MAD: 0722G1QFGY2C000252
CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0959
B/O: W R GRACE AND CO.
COLUMBIA, MD 21044-4098
REF: NBNF=W.R. GRACE AND COMPANY CO
LUMBIA MD 21044-4098/AC-00001600125
7 ORG=/000618101 COLUMBIA, MD 21104
4/4098 OGB=BANK OF AMERICA NT SA CN
SSN: 013519I

23JUL   USD YOUR: O/B BANK ONE NA
OUR: 0152201204FF
132,311.95 FEDWIRE CREDIT
VIA: BANK ONE CHICAGO
/071000013
B/O: GODWINS BOOKE AND DICKENSON TP
CHICAGO IL USA
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A

JPMorganChase

JP Morgan Chase Bank

Statement of Account

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014
Page 6 of 20

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | IF T | Value Date | References | Description | Credit / Debit | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 23JUL | | | 23JUL | USD YOUR: MAESTRO<br>OUR: 0283602204FF | C-00001601257 RFB=O/B BANK ONE NA<br>BBI=/TIME/12:24<br>IMAD: 0723SGIQH051C001945<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-3&8-P 1-S 1 ML PREMIER FUND BBI=/O | 300,000.00 | | | |
| 23JUL | | | 23JUL | USD YOUR: 0/B BKAM IL C60<br>OUR: 0105501204FF | IMAD: 0723AIQ002DC001535<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CG0<br>OBI=HOWT BBI=/TIME/11:25 | 2,007,951.06 | | | |
| 23JUL | | | 23JUL | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0118508204FF | IMAD: 0723GIQFGY2C000365<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0,0001601257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:41 | 3,130,054.00 | | | |
| 24JUL | | | 24JUL | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0154602205FF | IMAD: 0723EAQFTI1A000873<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/12:20<br>IMAD: 0724EAQFTI1A000909 | 830,047.00 | | | |



# J.P.Morgan Chase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 7 of 20

Morgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

24JUL — USD YOUR: MAESTRO
OUR: 0102108205FF — 3,200,000.00 — FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/0

24JUL — USD YOUR: MAESTRO
OUR: 0368013205FF — 4,600,000.00 — /MAD: 0724A1Q002BC000350
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4009
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/0

25JUL — USD YOUR: O/B FIRST UNION
OUR: 0326908206FF — 326,262.04 — /MAD: 0724A1Q002DC001916
FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B FIRST UNION
BBI=/TIME/14:34

25JUL — USD YOUR: O/B WACHOVIA WIN
OUR: 0208408206FF — 798,324.00 — IMAD: 0725F3SCAA1C001380
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN

25JUL — USD YOUR: O/B BKAM IL CGO
OUR: 0200709206FF — 3,522,341.21 — IMAD: 0725EAQFT11A001070
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
BBI=/TIME/12:17

J.P.Morgan Chase

J.P.Morgan Chase Bank

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 8 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 25JUL | USD YOUR: MAESTRO OUR: 0428307206FF | 6,400,000.00 | CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257/TRF=O/B BKAM IL CGO<br>OBI:HONT2B1QF6YZC000641<br>IMAD:0726B1QF6YZC000641<br>FEDWIRE CREDIT<br>VIA:STATE STREET BANK & TRUST COMP |
|---|---|---|---|

| 26JUL | USD YOUR: O/B BKAM IL CGO OUR: 0114003207FF | 1,113,318.31 | /0110028<br>B/O:W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P1-S1 ML PREMIER FUND BBI=/O<br>IMAD:072SA1002CC002055<br>FEDWIRE CREDIT<br>VIA:BANK OF AMERICA |
|---|---|---|---|

| 26JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0094903207FF | 1,134,601.00 | /0110039<br>B/O:W R GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257/TRF=O/B BKAM IL CGO<br>OBI:HONT2B1QF6YZC000435<br>IMAD:0726B1QF6YZC000435<br>FEDWIRE CREDIT<br>VIA:WACHOVIA BANK AND TRUST CO |
|---|---|---|---|

| 26JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0290114207FF | 1,763,612.00 | /0531O0494<br>B/O:W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:54<br>IMAD:0726AQFTIIA000782<br>FEDWIRE CREDIT<br>VIA:WACHOVIA BANK AND TRUST CO<br>/0531O0494<br>B/O:W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN |
|---|---|---|---|

Chase Bank

Statement of Account
In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014
Page 9 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj.Ledger Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| JUL | 26JUL | USD YOUR: 6008204125320001 OUR: 1283700207FC | 11,452,512.77 | BBI=/TIME/15:04 IMAD: 0726EAQFTI1A001422 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0061556 | |
| JUL | 29JUL | USD YOUR: O/B BKAM IL CGO OUR: 0106713210FF | 2,381,944.32 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001600125 RFB=O/B BKAM IL CGO OBI=HOW? BBI=/TIME/10:57 IMAD: 0729GLQFGY2C000338 | |
| JUL | 29JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0111008210FF | 2,561,045.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=O/B WACHOVIA WIN BBI=/TIME/11:07 IMAD: 0729EAQFTI1A000795 | |
| JUL | 30JUL | USD YOUR: O/B WACHOVIA WIN OUR: 0158508211FF | 36,394.55 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125 RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 0730EAQFTI1A000891 | |
| JUL | 30JUL | USD YOUR: MAESTRO OUR: 0355407211FF | 1,200,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP | |

JP Morgan Chase Bank

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 10 of 20

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | 30JUL | | | USD YOUR: O/B BKAM IL CGO  OUR: 0111713211FF | 2,170,173.32 | /011000028  B/O: W R GRACE & CO - CONN  COLUMBIA MD 21044-4009  REF:CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=MAESTRO OB1=FUND  -3X8-P-S-S ML PREMIER FUND BBI=/O  MAD: 0730AIQ002BC001603 | | |
| | | 30JUL | | | USD YOUR: O/B WACHOVIA WIN  OUR: 0140401211FF | 2,318,930.45 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B BKAM IL CGO  OBI=HDWT BBI=/TIME/11:14  MAD: 0730IQFGV2C000421 | | |
| | | 31JUL | | | USD YOUR: O/B WACHOVIA WIN  OUR: 0184402212FF | 1,219,494.45 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B WACHOVIA WIN  BBI=/TIME/11:56  MAD: 0730EAQFTI1A000831 | | |
| | | 31JUL | | | USD YOUR: O/B BKAM IL CGO  OUR: 0123102212FF | 2,147,163.30 | FEDWIRE CREDIT  VIA: WACHOVIA BANK AND TRUST CO  /053100494  B/O: W R GRACE & CO  COLUMBIA MD 21044  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY COLUMBIA MD 21044-4098/A  C-000016001257 RFB=O/B WACHOVIA WIN  BBI=/TIME/12.08  MAD: 0731EAQFTI1A001140 | | |
| | | | | | | | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO.  CAMBRIDGE MA 02140  REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JP Morgan Chase

Statement of Account

Account No:          016-001257
Statement Start Date:  16 JUL 2002
Statement End Date:    31 JUL 2002
Statement Code:        S00-USA-22
Statement No:          014
Page 11 of 20
In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Led Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JUL | | | USD OUR: 0030570114XF | 295.00 | ND COMPANY COLUMBIA MD 21044-4098/A AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 C-000160012S7 RF=0/B BKAM IL C60 OBI=HOWT BBI=/TIME/11.00 IMAD: 0731G1QFGY2C000417 | | |

**DEBITS**

| | | | | | |
|---|---|---|---|---|---|
| JUL | 16JUL | | USD YOUR: FPRS DEPOSITORY OUR: 0717500197JB | 5,080.81 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 7/8 AND 7/9 SSN: 0234091 |
| JUL | 16JUL | | USD YOUR: SEE WIRE OUR: 0717800197JB | 21,275.22 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| JUL | 16JUL | | USD YOUR: SEE WIRE OUR: 0309100197JB | 792,930.14 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/11:52 IMAD: 0716B1QGC08C002009 |
| JUL | 16JUL | | USD YOUR: SEE WIRE OUR: 0717600197JB | 2,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:11 IMAD: 0716B1QGC08C003497 |
| JUL | 16JUL | | USD YOUR: HOWT-FUCD OUR: 0717700197JB | 2,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 |



The Chase Bank

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014
Page 12 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 17JUL | | USD | YOUR: SEE WIRE | 54,065.50 | | |

-3448/TIME/15:11
IMAD: 0716B1QGC05C003097
/BOOK TRANSFER DEBIT
A/C: WR GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

| | | 17JUL | | USD | YOUR: SEE WIRE  OUR: 0792200198JB | | | |

/CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO
ATTN FPRS (HOURLY)
REF: GRACE PYMT FOR WEEK ENDING 7/1
5/02

| | | 17JUL | | USD | YOUR: SEE WIRE  OUR: 0738400198JB | 162,116.54 | | |

SSN: 0245569
/FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/15:51
IMAD: 0717B1QGC01C003585

| | | 17JUL | | USD | YOUR: HOWT-FUCD  OUR: 0791800198JB | 1,600,000.00 | | |

/FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
ATTN MERRILL GROUP
REF: TRANSFER FUNDS/TIME/15:52
IMAD: 0717B1QGC05C003306

| | | 17JUL | | USD | YOUR: SEE WIRE  OUR: 0791300198JB | 5,600,000.00 | | |

/CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO
ATTN FPRS (HOURLY)
REF: GRACE PYMT WEEK ENDING 7/15/02
SSN: 0266305

| | | 18JUL | | USD | YOUR: SEE WIRE  OUR: 0941600199JB | 390.00 | | |

AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032381963

| | | | | USD | OUR: 0032310114XF | 4,089.93 | | |

JPMorganChase

The Chase Bank

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 13 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | 18JUL | USD | YOUR: SEE WIRE<br>OUR: 0941400199JB | 9,428.13 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | 18JUL | USD | YOUR: HOWT-FUCD<br>OUR: 0941500199JB | 6,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:24<br>IMAD: 0718B1QGC01C003951 | | |
| | | USD | OUR: 0031910114XF | 20,701.62 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388196 | | |
| | 19JUL | USD | YOUR: SEE WIRE<br>OUR: 0906300200JB | 108,329.96 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | 19JUL | USD | YOUR: SEE WIRE<br>OUR: 0913800200JB | 147,832.00 | BOOK TRANSFER DEBIT<br>A/C: SAMPO BANK PLC<br>HELSINKI 00007 FINLAND<br>REF: GRACE DAVISON PYT OF INV IN800 | | |
| | 19JUL | USD | YOUR: ACH OF 02/07/19<br>OUR: 0007500200HP | 237,981.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>05087 | | |
| | 19JUL | USD | YOUR: HOWT-FUCD<br>OUR: 0906200200JB | 800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:19<br>IMAD: 0719B1QGC06C003873 | | |
| | 19JUL | USD | YOUR: SEE WIRE<br>OUR: 0906400200JB | 1,226,926.33 | CHIPS DEBIT<br>VIA: THE BANK OF NOVIA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVIA SCOTIA<br>MISSISSAUGA, ONTARIO CANADA TRANSIT<br>BEN: MONEY MOBILIZATION DIV. - CAMB<br>ATTN TONY SKIFFINGTON<br>REF: CAMBRIDGE WRGRACE CANADIAN MON<br>EY MOBILIZATION<br>SSN: 0271681 | | |

Statement of Account    In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**DITS CONTINUED**

| | 19JUL | | USD YOUR: SEE WIRE OUR: 0906500200JB | 1,400,000.00 | FEDWIRE DEBIT VIA:STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:17 IMAD: 0719B1QGC03C003917 | | |
| | | | USD OUR: 0030770114XF | 1,607.05 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 | | |
| | 22JUL | | USD YOUR: SEE WIRE OUR: 0740500203JB | 51,198.13 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| | 22JUL | | USD YOUR: HOWT-FUCD OUR: 0740600203JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:04 IMAD: 0722B1QGC04C003470 | | |
| | 22JUL | | USD YOUR: SEE WIRE OUR: 0740700203JB | 2,700,000.00 | FEDWIRE DEBIT VIA:STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:06 IMAD: 0722B1QGC01C003333 | | |
| | | | USD OUR: 0029890114XF | 514.45 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I963 | | |
| | 23JUL | | USD YOUR: SEE WIRE OUR: 0877800204JB | 53,345.93 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| | 23JUL | | USD YOUR: SEE WIRE OUR: 0412400204JB | 831,505.58 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/12:01 | | |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014
Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARTY BUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

### BITS CONTINUED

| Adj Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| JL | 23JUL | USD YOUR: HOWT-FUCD<br>OUR: 0877700204JB | 4,700,000.00 | IMAD: 0723B1QGC04C001782<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:08<br>IMAD: 0723B1QGC03C003367 |
| JL | | USD OUR: 0031070114XF | 266.36 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| UL | 24JUL | USD YOUR: SEE WIRE<br>OUR: 1080700205JB | 4,753.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION FL<br>/065000171<br>A/C: RODRIGO AVERRE<br>FROM WR GRACE PAYMENT FOR Q32002<br>IMAD: 0724B1QGC06C004142 |
| UL | 24JUL | USD YOUR: SEE WIRE<br>OUR: 1080000205JB | 49,922.79 | FEDWIRE DEBIT<br>VIA: BANKERS NYC<br>/021001033<br>A/C: DEUTSCHE BANK AG, AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X |
| JUL | 24JUL | USD YOUR: SEE WIRE<br>OUR: 1079900205JB | 93,999.26 | IMAD: 0724B1QGC02C003946<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| JUL | 24JUL | USD YOUR: 0018201109996B<br>OUR: 0594000205JB | 647,391.09 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: WR GRACE + CO-CONN<br>X<br>REF: HOWT<br>IMAD: 0724B1QGC04C001848 |
| JUL | 24JUL | USD YOUR: HOWT-FUCD<br>OUR: 1081600205JB | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:15<br>IMAD: 0724B1QGC08C004611 |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 16 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BURCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj-Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing/Balances Date | Amount |
|---|---|---|---|---|---|---|---|

*DITS CONTINUED*

| JL | 24JUL | USD | YOUR: SEE WIRE<br>OUR: 0594200205JB | 2,538,497.60 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11:42<br>IMAD: 0724B1QGC01C001988 | | |
| JL | 24JUL | USD | YOUR: 0018225102003A<br>OUR: 1079800205JB | 2,957,883.01 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE<br>LD SETTLEMENT<br>IMAD: 0724B1QGC04C004101 | | |
| JL | 25JUL | USD | YOUR: SEE WIRE<br>OUR: 1153100206JB | 36,265.51 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| JUL | 25JUL | USD | YOUR: HOWT-FUCD<br>OUR: 1152700206JB | 11,000,000.00 | FEDWIRE DEBIT<br>VIA: UHC UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 7G ATTN P. LAWING 704-374<br>-3448/TIME/16:50<br>IMAD: 0725B1QGC01C004521 | | |
| JUL | 26JUL | USD | YOUR: SEE WIRE<br>OUR: 0563400207JB | 13,652.80 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: SPECTERA, INC<br>WIRE<br>REF: JULY 2002 FEES/TIME/12:00<br>IMAD: 0726B1QGC05C002074 | | |
| JUL | 26JUL | USD | YOUR: SEE WIRE<br>OUR: 0562200207JB | 33,135.85 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| GJUL | 26JUL | USD | YOUR: SEE WIRE<br>OUR: 0562900207JB | 142,848.24 | FEDWIRE DEBIT<br>VIA: BANK ONE NA CHGO<br>/071000013<br>A/C: UNITED HEALTHCARE INSURANCE CO | | |



JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 17 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Adj Ledger Date | Value Date | F Tr | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

### BITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|

JL · 26JUL · USD YOUR: FPRS DEPOSITORY OUR: 0563900207JB · 160,992.67

X
REF: JULY 2002 FEES/TIME/11:59
CHIPS DEBIT
IMAD: 0726B1QGC04C002070
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEKENDING 7/22/
02 CPD/DAVISON
SSN: 0237364

JL · 26JUL · USD YOUR: 240009 OUR: 0562600207JB · 332,639.40

BOOK TRANSFER DEBIT
A/C: D0022430680
X
REF: MET LIFE PREM. 7/02 SUP.DEP.LT
D,LVGA,INSURED,DENTALPREMIUMS/FEES

JL · 26JUL · USD YOUR: SUPP. PENSION OUR: 0564000207JB · 362,349.45

FEDWIRE DEBIT
VIA: NORTHERN CHGO
/071000152
A/C: W.R GRACE + CO. RETIREMENT PLA
ATTN  MR. BRUCE HENIKEN
REF: SUPPLEMENTAL PENSION PAYMENT F
OR THE MONTH OF AUGUST 2002/TIME/11
:59
IMAD: 0726B1QGC07C002157

JUL · 26JUL · USD YOUR: SEE WIRE OUR: 0562500207JB · 1,311,944.00

CHIPS DEBIT
VIA: BANK OF NEW YORK
/0001
A/C: MARSH
NEW YORK, NY
REF: PREMIUM PYMT FOR FOREIGN LIABI
LITY 6/30/02-6/30/03 POLICY PERIOD.
SSN: 0237553

JUL · 26JUL · USD YOUR: HOWT-FUCD OUR: 0561700207JB · 4,800,000.00

FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/11:59
IMAD: 0726B1QGC01C002245

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 JUL 2002
Statement End Date:    31 JUL 2002
Statement Code:        S00-USA-22
Statement No:          014
Page 18 of 20

| Adj|Ledger Date | Value Date | F/I | References | Credit/Debit | Description | Closing/Balances Date | Amount |
|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

| | 26JUL | | USD YOUR: SEE WIRE<br>OUR: 1065900207JB | 8,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:59<br>IMAD: 0726B1QGC01C004069 | | |
| | 29JUL | | USD YOUR: SEE WIRE<br>OUR: 0855600210JB | 103,683.30 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | 29JUL | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0856300210JB | 843,660.64 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE<br>SSN: 0280327 | | |
| | 29JUL | | USD YOUR: HOWT-FUCD<br>OUR: 0855900210JB | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:30<br>IMAD: 0729B1QGC03C003796 | | |
| | 29JUL | | USD YOUR: SEE WIRE<br>OUR: 0856100210JB | 2,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:29<br>IMAD: 0729B1QGC04C003840 | | |
| | 30JUL | | USD YOUR: 240009<br>OUR: 0933000211JB | 2,590.08 | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>X<br>REF: MET LIFE PREM. EMPLOYEE GUL CO<br>NTRIBUTIONS FOR JUNE 2002 | | |

JPMorganChase

## Statement of Account

En US Dollars

Account No: 016-001257
Statement Start Date: 16 JUL 2002
Statement End Date: 31 JUL 2002
Statement Code: S00-USA-22
Statement No: 014

Page 19 of 20

Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj/Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**BITS CONTINUED**

| JL | 30JUL | | USD YOUR: FPRS DEPOSITORY OUR: 0933500211JB | 4,790.81 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 7/22 /02 AND 7/23/02 HOURLY AND SALARY C SSN: 0275666 | | |

| JL | 30JUL | | USD YOUR: SEE WIRE OUR: 0933800211JB | 55,856.68 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

| UL | 30JUL | | USD YOUR: SEE WIRE OUR: 0489000211JB | 805,331.02 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/12:03 IMAD: 0730B1QGC06C002131 | | |

| UL | 30JUL | | USD YOUR: HOWT-FUCD OUR: 0932600211JB | 4,800,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:31 IMAD: 0730B1QGC07C004356 | | |

| UL | 31JUL | | USD YOUR: SEE WIRE OUR: 1345500212JB | 43,189.55 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |

| UL | 31JUL | | USD YOUR: SEE WIRE OUR: 1345900212JB | 51,571.43 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PREPAYMENT OF IN V1406 SSN: 0312141 | | |

## JPMorganChase

### Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUL 2002 |
| Statement End Date: | 31 JUL 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 014 |
| | Page 20 of 20 |

Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

UL | 31JUL | USD YOUR: ACH OF 02/07/31 OUR: 000740021ZHP | 56,352.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634-

UL | 31JUL | USD YOUR: HOWT-FUCD OUR: 1344700212JB | 1,300,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:46 IMAD: 0731B1QGC07C005305

UL | 31JUL | USD YOUR: SEE WIRE OUR: 1345100212JB | 2,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:46 IMAD: 0731B1QGC02C005175

**CHECKS**

*No Activity*

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188003115
D 01 01 145 01 M0000 E#      0
Last Statement:   06/28/2002
This Statement:   07/31/2002

Customer Service
1-800-699-7188

W.R. GRACE & CO.
DEWEY AND ALMY CHEMICAL DIVISION
IMPREST ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVENUE
CAMDRIDGE MA  02140

Page      1 of   1

# ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 06/29/2002 - 07/31/2002 | Statement Beginning Balance | 8,154.01 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 8,154.01 |
| Number of Enclosures | 0 | | |
| Number of Days in Cycle | 33 | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/28 | 8,154.01 | 8,154.01 | 07/31 | 8,154.01 | 8,154.01 |

# Bank of America

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

| | |
|---|---|
| Account Number | 8188203114 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 06/28/2002 |
| This Statement: | 07/31/2002 |

**Customer Service**
1-800-262-2726

W.R. GRACE & CO.
ATTN CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

Page     1 of     4

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 06/29/2002 - 07/31/2002 | Statement Beginning Balance | 1,430,471.87 |
| Number of Deposits/Credits | 45 | Amount of Deposits/Credits | 47,500,616.74 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 24 | Amount of Other Debits | 48,167,056.35 |
| | | Statement Ending Balance | 764,032.26 |

| | | |
|---|---|---|
| Number of Enclosures | 0 | |
| Number of Days in Cycle | 33 | Service Charge     .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 07/01 | | 614,732.10 | Zero Balance Transfer | TRSF FR 8188903106 | 0072218808 |
| 07/01 | | 3,107,548.51 | Zero Balance Transfer | TRSF FR 8188703107 | 0072218777 |
| 07/02 | | 457,002.42 | Zero Balance Transfer | TRSF FR 8188903106 | 0072212996 |
| 07/02 | | 1,696,668.04 | Zero Balance Transfer | TRSF FR 8188703107 | 0072212962 |
| 07/03 | | 394,258.36 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211791 |
| 07/03 | | 828,193.90 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211764 |
| 07/05 | | 169,298.77 | Zero Balance Transfer | TRSF FR 8188903106 | 0072214620 |
| 07/05 | | 1,430,473.39 | Zero Balance Transfer | TRSF FR 8188703107 | 0072214595 |
| 07/08 | | 1,004,690.36 | Zero Balance Transfer | TRSF FR 8188903106 | 0072219150 |
| 07/08 | | 3,319,313.87 | Zero Balance Transfer | TRSF FR 8188703107 | 0072219123 |
| 07/09 | | 245,935.31 | Zero Balance Transfer | TRSF FR 8188903106 | 0072212603 |
| 07/09 | | 2,060,947.40 | Zero Balance Transfer | TRSF FR 8188703107 | 0072212579 |
| 07/10 | | 73,747.07 | Zero Balance Transfer | TRSF FR 8188903106 | 007221141 |
| 07/10 | | 629,434.80 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211384 |
| 07/11 | | 137,021.66 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211673 |
| 07/11 | | 1,729,426.40 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211648 |
| 07/12 | | 287,173.37 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211831 |
| 07/12 | | 1,014,345.62 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211804 |
| 07/15 | | 961,298.06 | Zero Balance Transfer | TRSF FR 8188903106 | 0072218640 |
| 07/15 | | 4,541,147.26 | Zero Balance Transfer | TRSF FR 8188703107 | 0072218615 |
| 07/16 | | 279,770.84 | Zero Balance Transfer | TRSF FR 8188903106 | 0072212610 |
| 07/16 | | 1,619,702.81 | Zero Balance Transfer | TRSF FR 8188703107 | 0072212585 |
| 07/17 | | 102,296.76 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211337 |
| 07/17 | | 921,373.63 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211301 |
| 07/18 | | 398,107.81 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211650 |
| 07/18 | | 2,044,845.21 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211626 |
| 07/19 | | 86,800.23 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211703 |
| 07/19 | | 1,260,345.63 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211672 |
| 07/22 | | 270,992.83 | Zero Balance Transfer | TRSF FR 8188903106 | 0072219240 |
| 07/22 | | 3,439,451.14 | Zero Balance Transfer | TRSF FR 8188703107 | 0072219218 |
| 07/23 | | 436,389.88 | Zero Balance Transfer | TRSF FR 8188903106 | 0072212528 |
| 07/23 | | 1,280,987.98 | Zero Balance Transfer | TRSF FR 8188703107 | 0072212495 |
| 07/24 | | 88,435.49 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211288 |
| 07/24 | | 647,391.09 | WIRE TYPE:WIRE IN DATE: 072402 TIME:1042 CT TRN:020724019477 FDREF/SEQ:0594000205JB/001848 ORIG:W.R. GRACE AND COMPANY ID:000016001257 SND BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:T EBC OF 02/07/24HOWT | | 6412003700194 |
| 07/24 | | 1,359,310.43 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211251 |

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

| Account Number | 8188203114 |
|---|---|
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 06/28/2002 |
| This Statement: | 07/31/2002 |

**Customer Service**
1-800-262-2726

Page 2 of 4

W.R. GRACE & CO.

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 07/25 | | 113,981.71 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211725 |
| 07/25 | | 562,665.11 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211697 |
| 07/26 | | 737,078.76 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211655 |
| 07/26 | | 852,539.76 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211627 |
| 07/29 | | 910,143.32 | Zero Balance Transfer | TRSF FR 8188903106 | 0072218633 |
| 07/29 | | 2,410,281.67 | Zero Balance Transfer | TRSF FR 8188703107 | 0072218602 |
| 07/30 | | 203,970.28 | Zero Balance Transfer | TRSF FR 8188903106 | 0072212639 |
| 07/30 | | 2,063,804.38 | Zero Balance Transfer | TRSF FR 8188703107 | 0072212612 |
| 07/31 | | 57,559.24 | Zero Balance Transfer | TRSF FR 8188903106 | 0072211657 |
| 07/31 | | 649,734.08 | Zero Balance Transfer | TRSF FR 8188703107 | 0072211629 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/01 | | 2,829,474.00 | WIRE TYPE:WIRE OUT DATE:070102 TIME:1028 CT TRN:020701023202 FDREF/SEQ:020701023202/000519 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037002320 |
| 07/02 | | 3,059,427.27 | WIRE TYPE:WIRE OUT DATE:070202 TIME:0955 CT TRN:020702016049 FDREF/SEQ:020702016049/000392 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037001600 |
| 07/03 | | 1,528,631.58 | WIRE TYPE:WIRE OUT DATE:070302 TIME:1031 CT TRN:020703021292 FDREF/SEQ:020703021292/000640 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037002127 |
| 07/05 | | 18,138.36 | Foreign Exchange Debit FX DRAW DRFX634445 18514.20 EUR @ 0.9797 ON 20020703 | 0179030011 |
| 07/05 | | 926,684.10 | WIRE TYPE:WIRE OUT DATE:070502 TIME:1021 CT TRN:020705024535 FDREF/SEQ:020705024535/000454 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037002450 |
| 07/08 | | 2,929,115.69 | WIRE TYPE:WIRE OUT DATE:070802 TIME:1013 CT TRN:020708015535 FDREF/SEQ:020708015535/000283 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037001550 |
| 07/09 | | 3,317,276.16 | WIRE TYPE:WIRE OUT DATE:070902 TIME:1017 CT TRN:020709015167 FDREF/SEQ:020709015167/000306 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037001510 |
| 07/10 | | 2,095,970.77 | WIRE TYPE:WIRE OUT DATE:071002 TIME:1020 CT TRN:020710017491 FDREF/SEQ:020710017491/000434 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 0037001740 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   06/28/2002
This Statement:   07/31/2002

W.R. GRACE & CO.

**Customer Service**
1-800-262-2726

# ANALYZED CHECKING

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 07/11 | | 917,600.95 | WIRE TYPE:WIRE OUT DATE:071102 TIME:1019 CT TRN:020711017586 FDREF/SEQ:020711017586/000528 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001758 |
| 07/12 | | 1,681,236.47 | WIRE TYPE:WIRE OUT DATE:071202 TIME:1040 CT TRN:020712021634 FDREF/SEQ:020712021634/000540 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037002163 |
| 07/15 | | 2,848,380.26 | WIRE TYPE:WIRE OUT DATE:071502 TIME:1022 CT TRN:020715019617 FDREF/SEQ:020715019617/000435 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001961 |
| 07/16 | | 4,032,439.72 | WIRE TYPE:WIRE OUT DATE:071602 TIME:1112 CT TRN:020716021172 FDREF/SEQ:020716021172/000463 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037002117 |
| 07/17 | | 1,714,999.47 | WIRE TYPE:WIRE OUT DATE:071702 TIME:0945 CT TRN:020717013735 FDREF/SEQ:020717013735/000278 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001373 |
| 07/18 | | 525.00 | Zero Balance Transfer          TRSF TO 8188703107 Effective Date is 07/11/2002 | 0072200609 |
| 07/18 | | 1,206,334.88 | WIRE TYPE:WIRE OUT DATE:071802 TIME:1108 CT TRN:020718022318 FDREF/SEQ:020718022318/000605 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037002231 |
| 07/19 | | 2,350,685.40 | WIRE TYPE:WIRE OUT DATE:071902 TIME:0953 CT TRN:020719016129 FDREF/SEQ:020719016129/000356 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001612 |
| 07/22 | | 3,048,239.72 | WIRE TYPE:WIRE OUT DATE:072202 TIME:0940 CT TRN:020722014674 FDREF/SEQ:020722014674/000252 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001467 |
| 07/23 | | 2,007,951.06 | WIRE TYPE:WIRE OUT DATE:072302 TIME:1024 CT TRN:020723016293 FDREF/SEQ:020723016293/000365 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001629 |
| 07/25 | | 319,004.97 | Foreign Exchange Debit         FX DRAW DRFX099162 319004.97 USD  @ 0.0 ON 20020724 | 0179030008 |
| 07/25 | | 3,522,341.21 | WIRE TYPE:WIRE OUT DATE:072502 TIME:1110 CT TRN:020725024928 FDREF/SEQ:020725024928/000641 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037002492 |
| 07/26 | | 1,113,318.31 | WIRE TYPE:WIRE OUT DATE:072602 TIME:1025 CT TRN:020726019536 FDREF/SEQ:020726019536/000435 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001953 |

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

Account Number     8188203114
01 01 142 01 M0000 E#       0
Last Statement:    06/28/2002
This Statement:    07/31/2002

**Customer Service**
1-800-262-2726

W.R. GRACE & CO.

# ANALYZED CHECKING

## Withdrawals and Debits

ther Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 7/29 | | 2,381,944.32 | WIRE TYPE:WIRE OUT DATE:072902 TIME:0957 CT TRN:020729016106 FDREF/SEQ:020729016106/000338 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001610 |
| 7/30 | | 2,170,173.32 | WIRE TYPE:WIRE OUT DATE:073002 TIME:1014 CT TRN:020730018935 FDREF/SEQ:020730018935/000421 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037001893 |
| 7/31 | | 2,147,163.30 | WIRE TYPE:WIRE OUT DATE:073102 TIME:0959 CT TRN:020731020779 FDREF/SEQ:020731020779/000417 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 0037002077 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/28 | 1,430,471.87 | 233,461.15 | 07/17 | 1,156,372.72 | 7,566.25 |
| 07/01 | 2,323,278.42 | 25,620.95 | 07/18 | 2,392,990.86 | 79,798.31 |
| 07/02 | 1,417,521.61 | 104,726.61 | 07/19 | 1,389,451.32 | 167,371.74 |
| 07/03 | 1,111,342.29 | 87,483.39 | 07/22 | 2,051,655.57 | 21,521.40 |
| 07/05 | 1,766,291.99 | 163,752.91 | 07/23 | 1,761,082.37 | 173,531.22 |
| 07/08 | 3,161,180.53 | 39,034.26 | 07/24 | 3,856,219.38 | 2,588,526.73 |
| 07/09 | 2,150,787.08 | 131,714.10 | 07/25 | 691,520.02 | 17,813.18- |
| 07/10 | 757,998.18 | 8,785.55 | 07/26 | 1,167,820.23 | 50,100.87 |
| 07/11 | 1,706,320.29 | 26,166.12 | 07/29 | 2,106,300.90 | 506,135.90 |
| 07/12 | 1,326,602.81 | 118,302.93 | 07/30 | 2,203,902.24 | 18,546.07 |
| 07/15 | 3,980,667.87 | 58,367.71 | 07/31 | 764,032.26 | 128,301.36 |
| 07/16 | 1,847,701.80 | 1,248.25 | | | |



# Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | 2000000282172 | 001 | 130 | 0   34 | 1,475 | |

Ill...ulu.lllll...lhl
W.R. GRACE & COMPANY
ATTN: PAUL MILLIKEN            CB
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

---

# Commercial Checking                                    6/29/2002 thru 7/31/2002

Account number:          2000000282172
Account holder(s):       W.R. GRACE & COMPANY

Taxpayer ID Number:      133461988

## Account Summary

| | |
|---|---|
| Opening balance 6/29 | $1,962,618.59 |
| Deposits and other credits | 77,800,193.41 + |
| Other withdrawals and service fees | 77,749,983.26 - |
| **Closing balance 7/31** | **$2,012,828.74** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 1.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079920005761 W R GRACE AND C |
| 7/01 | 5.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 7/01 | 3,700,000.00 | FUNDS TRANSFER  (ADVICE 020701038557)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/07/01 OBI=0111 79 ATTN P. LAWI<br>REF=1527800182JB     07/01/02  03:08PM |
| 7/02 | 3.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 7/02 | 1,900,000.00 | FUNDS TRANSFER  (ADVICE 020702034982)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/07/02 OBI=0111 79 ATTN P. LAWI<br>REF=1048600183JB     07/02/02  04:22PM |
| 7/03 | 10.68 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 7/03 | 6,400,000.00 | FUNDS TRANSFER  (ADVICE 020703032245)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/07/03 OBI=0111 79 ATTN P. LAWI<br>REF=0903600184JB     07/03/02  03:12PM |
| 7/05 | 1,000,000.00 | FUNDS TRANSFER  (ADVICE 020705022857)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/07/05 OBI=0111 79 ATTN P. LAWI<br>REF=0776900186JB     07/05/02  01:38PM |
| 7/08 | 0.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079920005761 W R GRACE AND C |

*Deposits and Other Credits continued on next page.*

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/08 | 3,200,000.00 | FUNDS TRANSFER  (ADVICE 020708028921) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/08 OBI=0111 79 ATTN P. LAWI REF=0844100189JB     07/08/02  03:45PM |
| 7/09 | 2,600,000.00 | FUNDS TRANSFER  (ADVICE 020709024252) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/09 OBI=0111 79 ATTN P. LAWI REF=0743500190JB     07/09/02  02:55PM |
| 7/10 | 900,000.00 | FUNDS TRANSFER  (ADVICE 020710025513) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/10 OBI=0111 79 ATTN P. LAWI REF=0721400191JB     07/10/02  02:45PM |
| 7/11 | 9,000,000.00 | FUNDS TRANSFER  (ADVICE 020711031717) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/11 OBI=0111 79 ATTN P. LAWI REF=0997000192JB     07/11/02  04:43PM |
| 7/12 | 1,500,000.00 | FUNDS TRANSFER  (ADVICE 020712029250) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/12 OBI=0111 79 ATTN P. LAWI REF=0871900193JB     07/12/02  03:28PM |
| 7/15 | 2,800,000.00 | FUNDS TRANSFER  (ADVICE 020715031098) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/15 OBI=0111 79 ATTN P. LAWI REF=0969500196JB     07/15/02  03:10PM |
| 7/16 | 2,800,000.00 | FUNDS TRANSFER  (ADVICE 020716025952) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/16 OBI=0111 79 ATTN P. LAWI REF=0717700197JB     07/16/02  03:11PM |
| 7/17 | 171.79 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900003615 W R GRACE & CO- |
| 7/17 | 1,600,000.00 | FUNDS TRANSFER  (ADVICE 020717028205) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/17 OBI=0111 79 ATTN P. LAWI REF=0791800198JB     07/17/02  03:51PM |
| 7/18 | 6,700,000.00 | FUNDS TRANSFER  (ADVICE 020718030091) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/18 OBI=0111 79 ATTN P. LAWI REF=0941500199JB     07/18/02  04:21PM |
| 7/19 | 800,000.00 | FUNDS TRANSFER  (ADVICE 020719032360) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/19 OBI=0111 79 ATTN P. LAWI REF=0906200200JB     07/19/02  04:17PM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

03    2000000282172  001  130          0   34        1,477    ▬▬    ▬▬

▬▬

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 7/22 | 2,500,000.00 | FUNDS TRANSFER  (ADVICE 020722025300) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/22 OBI=0111 79 ATTN P. LAWI REF=0740600203JB    07/22/02  03:04PM |
| 7/23 | 4,700,000.00 | FUNDS TRANSFER  (ADVICE 020723028629) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/23 OBI=0111 79 ATTN P. LAWI REF=0877700204JB    07/23/02  04:07PM |
| 7/24 | 2,300,000.00 | FUNDS TRANSFER  (ADVICE 020724031760) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/24 OBI=0111 79 ATTN P. LAWI REF=1081600205JB    07/24/02  05:14PM |
| 7/25 | 11,000,000.00 | FUNDS TRANSFER  (ADVICE 020725032830) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/25 OBI=0111 79 ATTN P. LAWI REF=1152700206JB    07/25/02  04:48PM |
| 7/26 | 4,800,000.00 | FUNDS TRANSFER  (ADVICE 020726015655) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/26 OBI=0111 79 ATTN P. LAWI REF=0561700207JB    07/26/02  11:59AM |
| 7/29 | 1,500,000.00 | FUNDS TRANSFER  (ADVICE 020729029426) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/29 OBI=0111 79 ATTN P. LAWI REF=0855900210JB    07/29/02  03:29PM |
| 7/30 | 4,800,000.00 | FUNDS TRANSFER  (ADVICE 020730034246) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/30 OBI=0111 79 ATTN P. LAWI REF=0932600211JB    07/30/02  04:30PM |
| 7/31 | 1,300,000.00 | FUNDS TRANSFER  (ADVICE 02073104290 4) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/07/31 OBI=0111 79 ATTN P. LAWI REF=1344700212JB    07/31/02  04:45PM |

| Total | $77,800,193.41 |
|---|---|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 7/01 | 175.99 | ZBA TRANSFER DEBIT TRANSFER  TO  2079900005600 W R GRACE & CO |
| 7/01 | 634.90 | ZBA TRANSFER DEBIT TRANSFER  TO  2079900065006 W R GRACE & CO |
| 7/01 | 1,293.21 | ZBA TRANSFER DEBIT TRANSFER  TO  2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



**Commercial Checking**

04        2000000282172   001   130        0   34        1,478

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/01 | 11,001.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/01 | 32,784.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/01 | 61,710.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/01 | 782,190.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/01 | 794,357.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/02 | 180.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/02 | 548.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/02 | 6,156.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/02 | 9,270.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/02 | 35,853.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/02 | 126,426.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/02 | 493,684.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/02 | 954,456.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/02 | 2,014,170.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/03 | 444.86 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/03 | 520.15 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/03 | 6,478.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/03 | 8,970.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/03 | 9,773.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/03 | 22,687.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/03 | 25,322.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/03 | 134,047.53 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/03 | 270,130.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI



# Commercial Checking

05      2000000282172  001  130        0    34        1,479    ▬▬  ▬▬

▬▬

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/03 | 595,107.26 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/03 | 780,081.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/05 | 639.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/05 | 4,254.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/05 | 4,587.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/05 | 8,753.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/05 | 20,033.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/05 | 306,799.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/05 | 708,499.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/05 | 895,716.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/05 | 3,850,333.85 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/08 | 418.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/08 | 4,671.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/08 | 7,648.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/08 | 11,800.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/08 | 55,831.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/08 | 279,845.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/08 | 462,597.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/09 | 334.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/09 | 444.86 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/09 | 4,970.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/09 | 12,151.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/09 | 567,977.41 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*



**Commercial Checking**

06      2000000282172   001   130          0   34          1,480

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/09 | 615,960.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/09 | 2,354,575.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/10 | 225.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/10 | 687.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/10 | 1,774.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/10 | 4,432.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/10 | 27,535.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/10 | 28,488.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/10 | 113,214.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/10 | 246,579.86 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/10 | 518,668.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/10 | 1,356,058.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/11 | 31.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/11 | 261.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/11 | 2,744.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/11 | 4,453.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/11 | 5,419.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/11 | 16,526.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/11 | 83,941.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/11 | 133,044.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/11 | 435,143.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/11 | 645,301.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/11 | 870,550.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

07          2000000282172  001  130          0    34          1,481          ▬▬  ▬▬

                                                                        ▬▬

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/12 | 200.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/12 | 248.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/12 | 583.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/12 | 1,686.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/12 | 8,764.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/12 | 18,945.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/12 | 243,048.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/12 | 804,965.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/12 | 833,989.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/12 | 1,613,975.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/12 | 1,975,274.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/12 | 2,804,166.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/15 | 246.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/15 | 9,811.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/15 | 20,821.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/15 | 32,014.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/15 | 36,335.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/15 | 51,560.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/15 | 436,367.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/15 | 810,105.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/16 | 333.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/16 | 682.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/16 | 1,090.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---

**Commercial Checking**

08        2000000282172   001   130        0   34        1,482

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/16 | 1,171.8A | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/16 | 9,309.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/16 | 12,816.85 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/16 | 51,654.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/16 | 331,332.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/16 | 463,005.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/16 | 681,276.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/16 | 1,120,024.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/17 | 499.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/17 | 11,765.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/17 | 17,834.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/17 | 37,738.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/17 | 47,318.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/17 | 126,444.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/17 | 290,843.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/17 | 1,042,052.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/17 | 1,533,664.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/18 | 268.70 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/18 | 290.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/18 | 2,330.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/18 | 6,104.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/18 | 7,480.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/18 | 8,516.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

09        2000000282172  001  130        0    34        1,483        ▬▬  ▬▬

▬▬

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/18 | 13,228.81 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/18 | 19,020.51 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/18 | 145,026.50 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/18 | 222,368.48 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/18 | 1,874,648.84 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/19 | 0.03 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/19 | 310.93 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/19 | 2,666.14 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/19 | 11,641.72 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/19 | 19,951.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/19 | 56,097.17 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/19 | 192,915.97 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/19 | 481,055.52 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/19 | 2,076,153.92 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/19 | 2,371,239.24 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/22 | 234.72 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/22 | 1,167.75 | ZBA TRANSFER DEBIT TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/22 | 2,866.96 | ZBA TRANSFER DEBIT TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/22 | 6,668.00 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/22 | 8,724.87 | ZBA TRANSFER DEBIT TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/22 | 56,713.40 | ZBA TRANSFER DEBIT TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/22 | 265,559.49 | ZBA TRANSFER DEBIT TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/22 | 907,615.55 | ZBA TRANSFER DEBIT TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*

FIRST UNION®

## Commercial Checking

10      2000000282172   001   130          0   34          1,484

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/23 | 1.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/23 | 426.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/23 | 1,976.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/23 | 9,873.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/23 | 10,577.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/23 | 698,940.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/23 | 717,201.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/23 | 1,311,607.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/24 | 708.70 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/24 | 1,406.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/24 | 2,624.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/24 | 20,406.41 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/24 | 127,347.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/24 | 355,542.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/24 | 862,224.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/24 | 1,785,486.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/24 | 2,369,515.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/25 | 67.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/25 | 276.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/25 | 4,733.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/25 | 6,457.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/25 | 12,029.78 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/25 | 152,613.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

11          2000000282172  001  130          0    34          1,485

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/25 | 226,791.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/25 | 393,287.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/25 | 847,670.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/25 | 1,520,642.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/26 | 69.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/26 | 1,686.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/26 | 4,724.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/26 | 9,336.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/26 | 14,974.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/26 | 395,098.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 7/26 | 617,924.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/26 | 1,592,625.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/26 | 2,389,136.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 7/26 | 3,451,521.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/26 | 4,161,789.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/29 | 266.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 7/29 | 910.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 7/29 | 10,062.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 7/29 | 21,057.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 7/29 | 56,500.18 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 7/29 | 70,343.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/29 | 417,359.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 7/29 | 873,710.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*