IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO TENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002 [DOCKET NO. 2751]**

On September 26, 2002, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Tenth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 2751] (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 16, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001, the Debtors are authorized to pay Klett Rooney $7,566.00 which represents eighty percent (80%) of the fees, and $1,172.93, which represents 100% of the expenses requested in the Application upon the filing of this Certification

and without the need for entry of a Court order approving the Application.

                    KLETT ROONEY LIEBER & SCHORLING
                    A Professional Corporation

By: _____
     Teresa K.D. Currier (No. 3080)
     Jeffrey R. Waxman (No. 4159)
     The Brandywine Building
     1000 West St. - Suite 1410
     Wilmington, DE 19801

     Co-Counsel to the Official Committee of Equity Holders

Dated: October 17, 2002

WLM 38923.1