IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, a member of Campbell & Levine, LLC, hereby certify that on October 17, 2002, I caused a copy of the foregoing to be served upon the attached service list via First Class U.S. Mail unless otherwise indicated.

Mark T. Hurford

Dated: October 17, 2002

{D0004570:1}

**W.R. Grace 2002 Service List**

**Hand Delivery**
Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Hand Delivery**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Henry Wasserstein, Esq.
Sheila Birnbaum, Esq.
Bert Wolf, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**Hand Delivery**
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**Hand Delivery**
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**Hand Delivery**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

**Hand Delivery**
Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

**Hand Delivery**
Frank Perch, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

**Hand Delivery**
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
William S. Katchen, Esq
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

**Hand Delivery**
Selinda A. Melnik
Buchanan Ingersoll, P.C.
1201 N. Market Street, Suite 1501
Wilmington, DE 19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
   McGarvey PC
745 South Main Street
Kalispel, MT 59901

{D0005179:1}

**Hand Delivery**
David S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY 10020

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger
 & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Jonathan W. Young
T.Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
 & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX 78520

**Hand Delivery**
David M. Bernick, Esq.
Michelle Browdy, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY 10006

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

**Hand Delivery**
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

**Hand Delivery**
Scott L. Baena, Esq., Robert Turken, Esq.
Mitchell E. Widom, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH 43506

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 West Green Avenue
Orange, TX 77630

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can. Tower
Sun Life Center, 200 Kint Street West
**Toronto, Ontario M5H 3T4**
**CANADA**

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Ness Motley Loadholt Richardson & Poole
151 Meeting Street, Suite 600
P.O. Box 1137
Charleston, SC 29402

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Peter A. Chapman
24 Perdicaris Place
Trenton, NJ 08618

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064

{D0005179 1}

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Todd C. Meyers, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

**Hand Delivery**
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Moshe Sassoon, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York 10022

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Randall A. Rios, Esq.
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX 77002

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA 98104-7078

Kevin D. McDonald
Wilshire Scott & Dyer, PC
One Houston Center
1221 McKinney, Suite 4550
Houston, TX 77010

Christopher Beard, Esq.
Beard & Beard
306 North Market Street
Frederick, MD 21701

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah 83536-9229

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

{D0005179:1}

Peter S. Goodman, Esq.
Andrews & Kurth
805 Third Avenue
New York, NY 10022

Deirdre Woulfe Pacheo, Esq.
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ 07095

David W. Baddey, Esquire
Greenberg Traurig LLP
515 E. Las Olas Boulevard, Suie 1500
Fort Lauderdale, FL 33301

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Philip J. Ward, Esquire
Victoria Radd Rollins, Esquire
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Janet M. Weiss, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Allan M. McGarvey, Esquire
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell, MT 59901

John G. Stoia, Jr., Esuiqre
Timothy G. Blood, Esquire
Milberg Weiss Bershad Hynes & Lerach, LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT 84101

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX 77253

**Hand Delivery**
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Peninsula Capital, L.P.
404B East Main Street, 2nd Floor
Charlottesville, VA 22902
Attn: Ted Weschler

Vahe Melkonian, Pres.
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Craig A. Slater, Esq.
Harter Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884

Robert S. Hertzberg, Esq.
Michael I. Zousmer, Esq.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183

**Hand Delivery**
Thomas Moers Mayer, Esq.
Phil Bentley, Esq.
Gary Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**Hand Delivery**
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19801

Darrell W. Scott, Esquire
Michael G. Black, Esquire
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

**Hand Delivery**
Thomas G. Whalen, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Jordan N. Malz, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Christopher R. Momjian, Esq.
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ 07095

**Hand Delivery**
Jerel L. Ellington, Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, Suite 945 North Tower
Denver, CO 80202

Theresa L. Wasser, Esq.
Burns White & Hickton LLC
120 Fifth Avenue, Suite 2400
Pittsburgh PA 15222

Tara J. Schleicher
Farleigh, Wada & Witt, P.C.
Bank of America Financial Center
121 SW Morrison Street, Suite 600
Portland, Oregon 97204

{D0005179;}