**EXHIBIT "A"**

| 07/20/01 | Bailey | 1 | Internal meeting to prepare agenda and consider issues for 2-day client meeting. |
|---|---|---|---|
| 07/23/01 | Bailey | 8 | All-day meeting with client to consider case preparation issues, venue and litigation strategy. |
| 07/23/01 | Bailey | .5 | Preparation for meeting. |
| 07/24/01 | Bailey | 4 | Attend and participate in half-day litigation planning meeting with client. |
| 07/20/01 | Johnson | 1 | Attend litigation strategy meeting to prepare for client meeting. |
| 07/23/01 | Johnson | 8 | Participate in all-day litigation strategy meeting with client. |
| 07/24/01 | Johnson | 4 | Half-day litigation preparation and strategy meeting with client. |
| 07/17/01 | Serling | 1.2 | Review notes of W.R. Grace to prepare for meeting with client. |
| 07/22/01 | Serling | .2 | Prepare for meeting with clients. |
| 07/23/01 | Serling | .8 | Review legal issues to prepare for client meeting. |
| 07/23/01 | Serling | 8 | All-day meeting with client regarding litigation strategy. |
| 07/17/01 | Moran | 3.3 | Prepare for meeting and attend pre-meeting for July 23. |
| 07/20/01 | Moran | 1 | Have internal meeting in preparation for meeting Monday, July 23. |
| 07/22/01 | Moran | 1.9 | Prepare for meeting on July 23 by reviewing memos. |
| 07/23/01 | Moran | 8 | Attend all-day meeting re litigation strategy with client. |
| 07/24/01 | Moran | 4 | Attend half-day litigation planning meeting. |
| 07/20/01 | Kaufman | 1 | Meeting with A. Moran, A. Bailey, and W. Johnson re: COLI litigation, venue issues, and agenda for meeting on 7/23/01. |
| 07/23/01 | Kaufman | 7.5 | All-day meeting with W.R. Grace officers and attorneys re: COLI litigation. |
| 07/24/01 | Kaufman | 3 | Half-day meeting with W.R. Grace officers and attorneys re: COLI litigation. |
| | | 66.4 | |

**EXHIBIT "A"**

| 09/07/01 | Bailey  | 3   | Prepare for document review by review of files at Steptoe re COLI purchase. |
|----------|---------|-----|-----------------------------------------------------------------------------|
| 09/10/01 | Bailey  | 2.5 | Prepare for meeting at Grace offices for document review.                   |
| 09/10/01 | Bailey  | 3   | Travel to Grace for document review.                                        |
| 09/11/01 | Bailey  | 8   | Document review and strategy meetings at Grace.                             |
| 09/12/01 | Bailey  | 8   | Document review and strategy meetings at Grace.                             |
| 09/13/01 | Bailey  | 8   | Travel from Florida to Washington by car.                                   |
| 09/07/01 | Johnson | 5   | Organize factual materials to prepare for document review.                  |
| 09/10/01 | Johnson | 3   | Review documents.                                                           |
| 09/10/01 | Johnson | 3   | Travel to Florida for document review.                                      |
| 09/11/01 | Johnson | 8   | Document review and strategy meetings at Grace.                             |
| 09/12/01 | Johnson | 8   | Document review and strategy meetings at Grace.                             |
| 09/13/01 | Johnson | 8   | Travel from Florida to Washington DC by car.                                |
| 09/10/01 | Moran   | 3   | Travel to Grace for document review.                                        |
| 09/11/01 | Moran   | 2.5 | Review of documents and strategy meetings at W.R. Grace.                    |
| 09/12/01 | Moran   | 8   | Review documents and meeting on forum, strategy.                            |
| 09/13/01 | Moran   | 8   | Travel back to DC from Florida by car.                                      |

89

| 10/26/01 | Kaufman | 2 | Meeting re Grace settlement issues. |
|----------|---------|---|-------------------------------------|
| 10/26/01 | Johnson | 2 | Meeting re settlement issues.       |
| 10/26/01 | Moran   | 2 | Meeting re settlement options.      |

6

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| 11/05/01 | B. Kaufman | 0.30 | Phone conference with A. Moran, C. Finke and E. Filon (Grace) re appeals settlement procedure. |
| 11/05/01 | A.E. Moran | 0.30 | Phone conference with B. Kaufman and Grace re settlement issues. |
| 11/05/01 | B. Kaufman | 0.20 | Prepare for meeting with A. Moran re settlement issues. |

.8

| | | | |
|---|---|---|---|
| 11/15/01 | J.W. Johnson | 2.00 | Call with client re case strategy. |
| 11/15/01 | B. Kaufman | 2.00 | Conference call with A. Bailey, W. Johnson, A. Moran, E. Filon, C. Finke, and T. Borders re: COLI litigation and settlement issues. |
| 11/15/01 | A.L. Bailey | 2.00 | Conference call with Grace/Tom Borders re settlement issues. |
| 11/15/01 | A.E. Moran | 2.00 | Telephone conference with C. Finke and Borders re litigation. |

8

| | | | |
|---|---|---|---|
| 12/03/01 | B. Kaufman | 0.20 | Telephone conference with C. Finke re new events in Grace bankruptcy case. |
| 12/03/01 | A.E. Moran | 0.50 | Telephone conference with C. Finke re settlement, bankruptcy status. |

.7