**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Chapter 11** |
| **W.R. GRACE & CO., et al** | § | **Jointly Administered** |
| | § | **Case No. 01-1139 (JJF)** |
| **Debtors** | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**INTERIM APPLICATION OF KLETT ROONEY LIEBER AND SCHORLING**
**FOR THE FIRST INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates ("Smith"), acting in its capacity

as fee auditor in the above-captioned bankruptcy proceedings, regarding the First Interim

Application of Klett Rooney Lieber and Schorling (the "Application").

**BACKGROUND**

1.      Klett Rooney Lieber and Schorling ("Klett") was retained as Co-Counsel to the

Official Committee of Equity Holders.  In the Application, Klett seeks approval of fees totaling

$9,637.50 and expenses totaling $2,969.43 for its services from October 1, 2001 through

December 31, 2001.

2.       In conducting this audit and reaching the conclusions and recommendations

contained herein, we reviewed in detail the Application in its entirety, including each of the time

entries included in the exhibits to the Application, for compliance with the Local Rule 2016-2 of

the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January

30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United

States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals. We served on Klett an initial report

based on our review, and received a response from Klett, portions of which are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report we noted that the Application did not state the per-page copy

and facsimile costs.  Thus we asked Klett to please provide this information in the future.  Klett

responded that its per-page copy charge is $.15 and its outgoing facsimile charge is $.75 per

page.  Both of these charges are within the limits provided by the Guidelines.

### Specific Time and Expense Entries

4.      In our initial report we noted that Klett professional TC billed 2.0 hours for a cost

to the bankruptcy estate of $395 for attending a committee meeting.  Although the fee amount

was not significant, Kramer Levin Naftalis & Frankel, LLP (Klett's co-counsel) also had

professionals in attendance.  Thus we asked Klett to please advise why it was necessary to attend

the committee meeting which was already covered by Kramer.  Klett responded as follows:

> Separately, Phil Bentley of Kramer Levin specifically asks me to attend each and
> every Committee meeting, although we have relatively few of them, in order to
> share my Delaware expertise gleaned from appearing before these judges
> regularly, as well as my perspective from other asbestos bankruptcy cases that I
> handle. Phil and the Committee request my participation for this "value added," as
> well as for the Delaware counsel requirement.

We believe this explanation adequately addresses our concern.

## CONCLUSION

5.      Thus, we recommend approval of fees totaling $9,637.50 and expenses totaling

$2,969.43 for Klett's services from October 1, 2001 through December 31, 2001.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES**

By: _____

Warren H. Smith
State Bar No. 18757050

900 Jackson Street
120 Founders Square
Dallas, Texas  75202
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 18th day of October, 2002.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801