# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2002 THROUGH JUNE 30, 2002 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.00 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $ 4,600.88 | $45,830.40 | $ 4,600.88 | $ 11,457.60 |
| 08/23/02 | 06/01/02 - 06/30/02 | $32,015.00 | $ 2,634.28 | $25,612.00 | $ 2,634.28 | $ 6,403.00 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 04 | Case Administration | 0 | 0 |
| 11 | Fee Application, Applicant | 41.20 | $15,412.50 |
| 12 | Other Fee Applications | 0 | 0 |
| 14 | Hearings | 0 | 0 |
| 18 | Tax Issues | 0 | 0 |
| 19 | Tax Litigation | 265.10 | $ 93,410.00 |
| 20 | Travel (1/2 total hours billed) | 0 | 0 |
| | **Total** | **306.30** | **$108,822.50** |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 155.42 |
| Copies – Matter 11 (Fee Applications) | $ 48.90 |
| Copies – Matter 19 (Tax Litigation) | $ 337.35 |
| Computer Database Research | $ 6,468.21 |
| Local Messenger | $ 108.44 |
| Federal Express/Overnight Messenger | $ 221.49 |
| Facsimile | $ 27.00 |
| Publications | $ 47.59 |
| Local Transportation | $ 19.00 |
| Travel Meals & Expenses | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| **Total** | **$ 7,433.20** |

Doc. #1165751 v.1 10/2/02 02:33 PM