## **Exhibit C**
May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #2600 under Case No. 01-01139.  Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

Doc. #1165751 v.2 10/2/02 12:36 PM