# EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number 46581
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: Special Litigation Counsel - Litigation and
    Litigation Consulting

## DISBURSEMENTS

### FEDERAL EXPRESS

| Date | Description | Amount | |
|---|---|---|---|
| 08/20/02 | To Kirkland Ellis attorney from RAM on 7/30/02 | 23.52 | |
| 08/20/02 | To in-house counsel from MTM on 7/23/02 | 48.89 | |
| 08/20/02 | To Holme Roberts attorney from MTM on 8/7/02 | 26.16 | |
| 08/20/02 | To Grace in-house counsel from MTM on 8/7/02 | 9.64 | |
| | | | $108.21 |

### OUTSIDE PHOTOCOPYING

| Date | Description | Amount | |
|---|---|---|---|
| 08/15/02 | MERRILL CORPORATION - 1 copy of CPD business plan to be sent to in-house counsel on 7/23/02 with other materials for production to plaintiffs | 39.14 | |
| | | | $39.14 |

### PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 08/05/02 | 9 copies. | 1.08 |
| 08/13/02 | 12 copies. | 1.44 |
| 08/13/02 | 4 copies. | 0.48 |

David B. Siegel

Re: Special Litigation Counsel - Litigation and
Litigation Consulting

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---:|
| 08/16/02 | 48 copies. | 5.76 |
| 08/16/02 | 2 copies. | 0.24 |
| 08/21/02 | 11 copies. | 1.32 |
| 08/22/02 | 2 copies. | 0.24 |
| 08/22/02 | 4 copies. | 0.48 |
| 08/22/02 | 2 copies. | 0.24 |
| 08/26/02 | 1 copy. | 0.12 |
| 08/26/02 | 2 copies. | 0.24 |
| 08/29/02 | 399 copies. | 47.88 |
| 08/30/02 | 5 copies. | 0.60 |
| | | $60.12 |

TELEPHONE

| | | | |
|---|---|---|---:|
| 05/22/02 | 308 | 19414348847 | 0.46 |
| 05/28/02 | WSQ | 2158518250 | 0.68 |
| 05/28/02 | WSQ | 4122887776 | 0.68 |
| 05/28/02 | WSQ | 4122887776 | 0.68 |
| 05/28/02 | WSQ | 3038660645 | 0.68 |
| 06/03/02 | WSQ | 3038660645 | 0.68 |
| 06/03/02 | WSQ | 3038660645 | 2.03 |
| 06/03/02 | WSQ | 3038660645 | 1.36 |
| 06/05/02 | WSQ | 3034178515 | 1.36 |
| 06/05/02 | WSQ | 3038660645 | 0.68 |
| 06/05/02 | WSQ | 3034178515 | 7.45 |
| 06/05/02 | WSQ | 3034445955 | 2.03 |
| 06/05/02 | WSQ | 3034178515 | 1.36 |
| 06/06/02 | WSQ | 3034178515 | 2.03 |
| 06/06/02 | WSQ | 2122529700 | 4.74 |
| 06/06/02 | WSQ | 4122887776 | 0.68 |
| 06/06/02 | WSQ | 3038660478 | 0.68 |
| 06/06/02 | WSQ | 4122887776 | 0.68 |
| 06/06/02 | WSQ | 2158518232 | 1.36 |
| 06/06/02 | WSQ | 3038660408 | 0.68 |
| 06/06/02 | WSQ | 3034178515 | 2.71 |
| 06/06/02 | WSQ | 3038660408 | 1.36 |
| 06/06/02 | WSQ | 2158518232 | 2.71 |

David B. Siegel

Re: Special Litigation Counsel - Litigation and
    Litigation Consulting

**DISBURSEMENTS**

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 06/07/02 | WSQ | 2158518232 | 1.36 |
| 06/07/02 | WSQ | 3038660478 | 2.03 |
| 06/10/02 | WSQ | 3038660478 | 1.36 |
| 06/10/02 | WSQ | 3038660478 | 0.68 |
| 06/11/02 | WSQ | 3038660478 | 0.68 |
| 06/11/02 | WSQ | 3038846319 | 6.09 |
| 06/11/02 | WSQ | 3026525340 | 0.68 |
| 06/14/02 | WSQ | 3035239020 | 1.36 |
| 06/18/02 | WSQ | 3038660478 | 4.06 |
| 06/18/02 | WSQ | 3038660478 | 8.80 |
| 06/19/02 | WSQ | 2152417925 | 4.06 |
| 06/19/02 | WSQ | 3038660478 | 0.68 |
| 06/19/02 | WSQ | 2152417125 | 0.68 |
| 06/20/02 | WSQ | 3038660478 | 7.45 |
| 06/20/02 | WSQ | 3038660478 | 6.09 |
| 06/21/02 | WSQ | 3034178515 | 1.36 |
| 06/24/02 | WSQ | 2122529700 | 2.03 |
| 06/24/02 | WSQ | 3038660478 | 2.71 |
| 08/12/02 | 329 | 3038660479 | 0.67 |
| 08/12/02 | 329 | 2122529700 | 0.36 |
| 08/13/02 | 329 | 2122529700 | 0.35 |
| 08/14/02 | 329 | 3038660479 | 0.81 |
| 08/14/02 | 329 | 2158518232 | 0.83 |
| 08/16/02 | 357 | 01185223153969 | 0.48 |
| 08/16/02 | 357 | 5613621538 | 0.46 |
| 08/16/02 | 357 | 01185223153969 | 47.52 |
| 08/16/02 | 357 | 5613621538 | 1.38 |
| 08/22/02 | 329 | 3038660408 | 0.63 |
| 08/28/02 | 357 | 3038660200 | 0.46 |
| 08/28/02 | 357 | 3038660200 | 4.15 |
| 08/28/02 | 357 | 5613621583 | 2.31 |
| 08/30/02 | 399 | 5613621583 | 1.85 |

                                                                                                                                                                                                     $152.18

RENT REIMBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 08/30/02 | Rent and utilities for document repository at One Winthrop Square - September 2002. | 13,045.67 |

                                                                                     $13,045.67

David B. Siegel

Re: Special Litigation Counsel - Litigation and
    Litigation Consulting

**DISBURSEMENTS**

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/15/02 | WALSH MOVERS INC. - Shipping for 75 boxes WSQ to Cambridge and return 77 from Cambridge to WSQ on 7/16/02 | 1,022.00 | |
| 08/15/02 | RECORDKEEPER ARCHIVE - 5/10/02 box retrieval | 27.00 | |
| 08/15/02 | RECORDKEEPER ARCHIVE - 7/2/02 retrieval of 1 box re: document review (Box 2550) | 27.00 | |
| 08/15/02 | RECORDKEEPER ARCHIVE - Monthly storage fee (8/02) | 388.80 | |
| | | | $1,464.80 |
| | TOTAL DISBURSEMENTS | | $14,870.12 |
| | TOTAL THIS BILL | | $14,870.12 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number 46582
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through August 31, 2002

Re: Special Litigation Counsel - Work In Connection
    with Preparation of Fee Applications

**DISBURSEMENTS**

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 08/07/02 | 357 | 2146983868 | 0.39 | |
| | | | | $0.39 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/20/02 | To David W Carickhoff, Jr. from RAM on 8/2/02 | 12.48 | |
| | | | $12.48 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/02/02 | 137 copies. | 16.44 | |
| 08/02/02 | 93 copies. | 11.16 | |
| | | | $27.60 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $40.47 |
| TOTAL THIS BILL | $40.47 |