IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x    Chapter 11.
In Re:                                                   )
                                                         )    Case No. 01-01139 (JKF)
    W.R. GRACE & CO., et al.                             )
                                                         )
            Debtors.                                     )    (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF NOTICE APPEARANCE
AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE WITHDRAW the appearance of Credit Lyonnais, also referred to as Credit Lyonnais New York Branch. Credit Lyonnais is a creditor of the Debtors and hereby requests that no further notices be served upon the office address set forth below, and that the undersigned be deleted from the official address matrix maintained in this proceeding by the Clerk of the Court.

> Credit Lyonnais
> New York Branch
> 1301 Avenue of the Americas
> New York, New York 10019

Dated: October 18, 2002

WALSH, MONZACK AND MONACO, P.A.

*[signature]*
Francis A. Monaco, Jr. #2078
1201 Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

AND

ANDERSON KILL & OLICK, P.C.
Jeffrey L. Glatzer, Esq.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

Document #: 17328    Notice of Withdrawal (Credit Lyonnais)

## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on October 18, 2002 upon:

## SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.

_10/18/02_         _Heidi E. Sasso_
Date                    Heidi E. Sasso

Document #: 370

## SERVICE LIST

**HAND DELIVERY**
Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801