# EXHIBIT A-5

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 191 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/14/02 | 36 | Photocopy | 5.40 |
| 08/14/02 | 480 | Photocopy | 72.00 |
| 08/14/02 | 1,093 | Photocopy | 163.95 |
| 08/14/02 | 677 | Photocopy | 101.55 |
| 08/14/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 08/14/02; DATE: 8/14/2002  -  Denver, 8/8-8/13/02, Atlanta, GA, To Take Depositions of S. Dearwent, J. Lybarger and D. Middleton, Travel Expenses | 1,003.20 |
| 08/14/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 082102; DATE: 8/21/2002  -  Travel expenses - Libby, MT for Witness interview on 08/13-08/14/02 - Hotel | 81.12 |
| 08/14/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 082102; DATE: 8/21/2002  -  Travel expenses - Libby, MT for Witness interview on 08/13-08/14/02- Meals | 24.95 |
| 08/14/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 082102; DATE: 8/21/2002  -  Travel expenses - Libby, MT for Witness interview on 08/13-08/14/02 - Taxis/Tips | 40.00 |
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Hotel | 81.12 |
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Meals | 233.81 |
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Taxis/tips | 20.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 192 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Personal mileage | 10.95 |
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Parking | 14.00 |
| 08/14/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302A; DATE: 9/18/2002  -  Travel expenses to Libby and Kalispell, Montana on August 13 and 14, 2002 to attendy Libby mine tour with KJCoggon, David Siegel, Bill Corcoran and Betty Anderson/Tolls | 3.25 |
| 08/15/02 | 2 | Facsimile | 2.00 |
| 08/15/02 | 18 | Facsimile | 18.00 |
| 08/15/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 08/15/02 | | Long Distance Telephone: 2063894221 | 0.13 |
| 08/15/02 | | Long Distance Telephone: 7036840123 | 0.38 |
| 08/15/02 | | Long Distance Telephone: 5613621532 | 2.15 |
| 08/15/02 | | Long Distance Telephone: 5613621533 | 2.28 |
| 08/15/02 | | Long Distance Telephone: 5613621533 | 2.40 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002  -  Courier, Acct. 0802-0410-8 08-06; Robert Emmett Columbia, Md | 9.57 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002  -  Courier, Acct. 0802-0410-8 08-01; Dori Anne Kuchinsky Washington, DC | 29.72 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002  -  Courier, Acct. 0802-0410-8 08-06; Matthew T Murphy Boston, Ma | 28.35 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 193 |
| Invoice No.: | 611518 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-06; Matthew T Murphy Boston, Ma | 28.35 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-06; Matthew T Murphy Boston, Ma | 19.39 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-07; John D McCarthy Atlanta, Ga | 53.25 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-12; Elizabeth Anderson Alexandria, Va | 13.39 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-12; Richard Finke Boca Raton, Fl | 13.39 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-12; Dr Rich Lee Monroeville, Pa | 12.99 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-12; Robert Emmett Columbia, Md | 13.39 |
| 08/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-58260; DATE: 8/15/2002 - Courier, Acct. 0802-0410-8 08-12; Ruddy Clarkson Baton Rouge, La | 59.42 |
| 08/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7144224; DATE: 8/15/2002 - Courier, Acct. HO7068 08-05; ARCADIS | 21.15 |
| 08/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7144224; DATE: 8/15/2002 - Courier, Acct. HO7068 08-05; From XACT Duplicating to Frank Johns DDS | 24.75 |
| 08/15/02 | 103 | Photocopy | 15.45 |
| 08/15/02 | 305 | Photocopy | 45.75 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 194 |
| Invoice No.: | | 611518 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/15/02 | 6 | Photocopy | 0.90 |
| 08/15/02 | 6 | Photocopy | 0.90 |
| 08/15/02 | 1 | Photocopy | 0.15 |
| 08/15/02 | 731 | Photocopy | 109.65 |
| 08/15/02 | 47 | Photocopy | 7.05 |
| 08/15/02 | 91 | Photocopy | 13.65 |
| 08/15/02 | 1 | Photocopy | 0.15 |
| 08/15/02 | 595 | Photocopy | 89.25 |
| 08/15/02 | 426 | Photocopy | 63.90 |
| 08/15/02 | 296 | Photocopy | 44.40 |
| 08/15/02 | 2 | Photocopy | 0.30 |
| 08/16/02 | 68 | Color Photocopy: 68 Color Photocopies | 44.20 |
| 08/16/02 | 34 | Color Photocopy: 34 Color Photocopies | 22.10 |
| 08/16/02 | 31 | Color Photocopy: 31 Color Photocopies | 20.15 |
| 08/16/02 | 10 | Color Photocopy: 10 Color Photocopies | 6.50 |
| 08/16/02 | 2 | Facsimile | 2.00 |
| 08/16/02 | 2 | Facsimile | 2.00 |
| 08/16/02 | 3 | Facsimile | 3.00 |
| 08/16/02 | 2 | Facsimile | 2.00 |
| 08/16/02 | 6 | Facsimile | 6.00 |
| 08/16/02 | 3 | Facsimile | 3.00 |
| 08/16/02 | | Long Distance Telephone: 2025145474 | 0.10 |
| 08/16/02 | | Long Distance Telephone: 7036840123 | 0.45 |
| 08/16/02 | | Long Distance Telephone: 7036840123 | 0.31 |
| 08/16/02 | | Long Distance Telephone: 7036840123 | 0.09 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 195 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/16/02 | | Long Distance Telephone: 2028283542 | 0.08 |
| 08/16/02 | | Long Distance Telephone: 4065232500 | 0.18 |
| 08/16/02 | | Long Distance Telephone: 5613621533 | 1.16 |
| 08/16/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 43191; DATE: 8/16/2002 - Denver, Catering for August, 2002, Lunch, 8/16/02, E. Stevenson | 16.13 |
| 08/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-75933; DATE: 8/16/2002 - Courier, Acct. 0802-0410-8 08-12; Eric J Chatfield Mississauga, On | 20.53 |
| 08/16/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-75933; DATE: 8/16/2002 - Courier, Acct. 0802-0410-8 08-13; Eric J Chatfield Mississauga, On | 20.53 |
| 08/16/02 | | Photocopy | 13.00 |
| 08/16/02 | | Photocopy | 10.00 |
| 08/16/02 | 7 | Photocopy | 1.05 |
| 08/16/02 | 398 | Photocopy | 59.70 |
| 08/16/02 | 277 | Photocopy | 41.55 |
| 08/16/02 | 4 | Photocopy | 0.60 |
| 08/16/02 | 1 | Photocopy | 0.15 |
| 08/16/02 | 1 | Photocopy | 0.15 |
| 08/16/02 | 57 | Photocopy | 8.55 |
| 08/16/02 | 1 | Photocopy | 0.15 |
| 08/16/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19062; DATE: 8/16/2002 - Airfare, 8/16/02, Denver Seattle, W. Hurley deposition | 130.00 |
| 08/16/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |
| 08/16/02 | 1 | Velo Binding: 1 Velo Binding | 1.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 196 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/17/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325332; DATE: 8/17/2002 - Courier, Shipper# 80932 08-14; no info | 12.64 |
| 08/18/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 89931COR; DATE: 8/21/2002 - Temporary services week ending 08/18/02 - W. R. Grace - Stephen Haraldson - 40.00 hours | 525.00 |
| 08/19/02 | 1 | Lexis | 0.00 |
| 08/19/02 | | Lexis | 81.57 |
| 08/19/02 | | Lexis | 105.99 |
| 08/19/02 | | Long Distance Telephone: 2023717244 | 0.29 |
| 08/19/02 | | Long Distance Telephone: 3128612148 | 0.01 |
| 08/19/02 | | Long Distance Telephone: 7036840123 | 0.10 |
| 08/19/02 | | Long Distance Telephone: 4065232543 | 2.16 |
| 08/19/02 | | Long Distance Telephone: 3128618717 | 0.09 |
| 08/19/02 | | Long Distance Telephone: 3124254103 | 0.04 |
| 08/19/02 | | Long Distance Telephone: 2122529700 | 0.48 |
| 08/19/02 | | Long Distance Telephone: 4105314203 | 0.03 |
| 08/19/02 | | Long Distance Telephone: 2028795925 | 0.09 |
| 08/19/02 | 18 | Photocopy | 2.70 |
| 08/19/02 | 11 | Photocopy | 1.65 |
| 08/19/02 | 9 | Photocopy | 1.35 |
| 08/19/02 | 3 | Photocopy | 0.45 |
| 08/19/02 | 2 | Photocopy | 0.30 |
| 08/19/02 | 17 | Photocopy | 2.55 |
| 08/19/02 | 1,092 | Photocopy | 163.80 |
| 08/19/02 | 40 | Photocopy | 6.00 |
| 08/20/02 | 20 | Color Photocopy: 20 Color Photocopies | 13.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 197 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/20/02 | 20 | Color Photocopy: 20 Color Photocopies | 13.00 |
| 08/20/02 | 22 | Facsimile | 22.00 |
| 08/20/02 | 20 | Facsimile | 20.00 |
| 08/20/02 | 22 | Facsimile | 22.00 |
| 08/20/02 | 22 | Facsimile | 22.00 |
| 08/20/02 | 20 | Facsimile | 20.00 |
| 08/20/02 | 22 | Facsimile | 22.00 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.02 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.90 |
| 08/20/02 | | Long Distance Telephone:  4065232500 | 0.08 |
| 08/20/02 | | Long Distance Telephone:  4065232500 | 0.17 |
| 08/20/02 | | Long Distance Telephone:  4065232543 | 0.27 |
| 08/20/02 | | Long Distance Telephone:  4065232543 | 0.95 |
| 08/20/02 | | Long Distance Telephone:  3124254103 | 0.24 |
| 08/20/02 | | Long Distance Telephone:  8478648403 | 0.12 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.02 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.90 |
| 08/20/02 | | Long Distance Telephone:  4065232500 | 0.08 |
| 08/20/02 | | Long Distance Telephone:  4065232500 | 0.17 |
| 08/20/02 | | Long Distance Telephone:  4065232543 | 0.27 |
| 08/20/02 | | Long Distance Telephone:  4065232543 | 0.95 |
| 08/20/02 | | Long Distance Telephone:  3124254103 | 0.24 |
| 08/20/02 | | Long Distance Telephone:  8478648403 | 0.12 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.02 |
| 08/20/02 | | Long Distance Telephone:  4105314203 | 0.90 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 198 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.08 |
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.17 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.27 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.95 |
| 08/20/02 | | Long Distance Telephone: 3124254103 | 0.24 |
| 08/20/02 | | Long Distance Telephone: 8478648403 | 0.12 |
| 08/20/02 | | Long Distance Telephone: 4105314203 | 0.02 |
| 08/20/02 | | Long Distance Telephone: 4105314203 | 0.90 |
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.08 |
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.17 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.27 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.95 |
| 08/20/02 | | Long Distance Telephone: 3124254103 | 0.24 |
| 08/20/02 | | Long Distance Telephone: 8478648403 | 0.12 |
| 08/20/02 | | Long Distance Telephone: 4105314203 | 0.02 |
| 08/20/02 | | Long Distance Telephone: 4105314203 | 0.90 |
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.08 |
| 08/20/02 | | Long Distance Telephone: 4065232500 | 0.17 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.27 |
| 08/20/02 | | Long Distance Telephone: 4065232543 | 0.95 |
| 08/20/02 | | Long Distance Telephone: 3124254103 | 0.24 |
| 08/20/02 | | Long Distance Telephone: 8478648403 | 0.12 |
| 08/20/02 | | Long Distance Telephone: 7036840123 | 1.05 |
| 08/20/02 | 668 | Photocopy | 100.20 |
| 08/20/02 | 1,038 | Photocopy | 155.70 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 199 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/20/02 | 4 | Photocopy | 0.60 |
| 08/20/02 | 142 | Photocopy | 21.30 |
| 08/20/02 | 272 | Photocopy | 40.80 |
| 08/20/02 | 91 | Photocopy | 13.65 |
| 08/20/02 | 19 | Photocopy | 2.85 |
| 08/20/02 | 668 | Photocopy | 100.20 |
| 08/20/02 | 1,038 | Photocopy | 155.70 |
| 08/20/02 | 4 | Photocopy | 0.60 |
| 08/20/02 | 142 | Photocopy | 21.30 |
| 08/20/02 | 272 | Photocopy | 40.80 |
| 08/20/02 | 91 | Photocopy | 13.65 |
| 08/20/02 | 19 | Photocopy | 2.85 |
| 08/20/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 18797; DATE: 8/20/2002 - Airfare, 8/20-8/23/02, Denver Washington Washington Denver, E. Stevenson | 320.00 |
| 08/21/02 | 38 | Facsimile | 38.00 |
| 08/21/02 | 7 | Facsimile | 7.00 |
| 08/21/02 | 2 | Facsimile | 2.00 |
| 08/21/02 | 2 | Facsimile | 2.00 |
| 08/21/02 | 2 | Facsimile | 2.00 |
| 08/21/02 | 9 | Facsimile | 9.00 |
| 08/21/02 | | Long Distance Telephone: 2022204151 | 0.13 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.05 |
| 08/21/02 | | Long Distance Telephone: 2066674273 | 0.19 |
| 08/21/02 | | Long Distance Telephone: 3123439882 | 0.23 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.34 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 200 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/21/02 | | Long Distance Telephone: 3124254103 | 3.78 |
| 08/21/02 | | Long Distance Telephone: 2027308800 | 1.49 |
| 08/21/02 | | Long Distance Telephone: 2022204151 | 0.13 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.05 |
| 08/21/02 | | Long Distance Telephone: 2066674273 | 0.19 |
| 08/21/02 | | Long Distance Telephone: 3123439882 | 0.23 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.34 |
| 08/21/02 | | Long Distance Telephone: 3124254103 | 3.78 |
| 08/21/02 | | Long Distance Telephone: 2027308800 | 1.49 |
| 08/21/02 | | Long Distance Telephone: 2022204151 | 0.13 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.05 |
| 08/21/02 | | Long Distance Telephone: 2066674273 | 0.19 |
| 08/21/02 | | Long Distance Telephone: 3123439882 | 0.23 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.34 |
| 08/21/02 | | Long Distance Telephone: 3124254103 | 3.78 |
| 08/21/02 | | Long Distance Telephone: 2027308800 | 1.49 |
| 08/21/02 | | Long Distance Telephone: 2022204151 | 0.13 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.05 |
| 08/21/02 | | Long Distance Telephone: 2066674273 | 0.19 |
| 08/21/02 | | Long Distance Telephone: 3123439882 | 0.23 |
| 08/21/02 | | Long Distance Telephone: 7243871869 | 0.34 |
| 08/21/02 | | Long Distance Telephone: 3124254103 | 3.78 |
| 08/21/02 | | Long Distance Telephone: 2027308800 | 1.49 |
| 08/21/02 | | Long Distance Telephone: 7037298543 | 5.24 |
| 08/21/02 | | Long Distance Telephone: 5613621532 | 5.10 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 201 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/21/02 | | Long Distance Telephone:  7037298543 | 5.16 |
| 08/21/02 | | Long Distance Telephone:  4844319962 | 5.00 |
| 08/21/02 | | Long Distance Telephone: ward E. Ste    1/02; DATE: 8/21/2 | 32.35 |
| 08/21/02 | | Other Expense: VENDOR: Karen L. Kinnear; INVOICE#: 082102; DATE: 8/21/2002  -  Personal mileage to deliver copies of documents relating to Paul Peronard to Lisa Schuh Decker in the Denver office from the Boulder office | 21.90 |
| 08/21/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 08/21/02; DATE: 8/21/2002  -  Denver, 8/12-8/15/02, Boston, MA, Deposition of Timothy Wall (CDM), Meals | 182.31 |
| 08/21/02 | 21 | Photocopy | 3.15 |
| 08/21/02 | 67 | Photocopy | 10.05 |
| 08/21/02 | 1 | Photocopy | 0.15 |
| 08/21/02 | 1 | Photocopy | 0.15 |
| 08/21/02 | 40 | Photocopy | 6.00 |
| 08/21/02 | 40 | Photocopy | 6.00 |
| 08/21/02 | 5 | Photocopy | 0.75 |
| 08/21/02 | 5 | Photocopy | 0.75 |
| 08/21/02 | 39 | Photocopy | 5.85 |
| 08/21/02 | 209 | Photocopy | 31.35 |
| 08/21/02 | 87 | Photocopy | 13.05 |
| 08/21/02 | 84 | Photocopy | 12.60 |
| 08/21/02 | 228 | Photocopy | 34.20 |
| 08/21/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19114; DATE: 8/21/2002  -  Airfare, 9/3-9/7/02, Denver Chicago Chicago Denver, E. Stevenson | 492.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 202 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/21/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 08/21/02; DATE: 8/21/2002 - Denver, 8/12-8/15/02, Boston, MA, Deposition of Timothy Wall (CDM), Travel Expenses | 678.17 |
| 08/22/02 | 2 | Facsimile | 2.00 |
| 08/22/02 | 2 | Facsimile | 2.00 |
| 08/22/02 | 1 | Lexis | 46.32 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 08/22/02 | | Long Distance Telephone: 4122884048 | 0.30 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 2.02 |
| 08/22/02 | | Long Distance Telephone: 4065232500 | 0.24 |
| 08/22/02 | | Long Distance Telephone: 2025145474 | 0.01 |
| 08/22/02 | | Long Distance Telephone: 4105314203 | 1.12 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 08/22/02 | | Long Distance Telephone: 4122884048 | 0.30 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 2.02 |
| 08/22/02 | | Long Distance Telephone: 4065232500 | 0.24 |
| 08/22/02 | | Long Distance Telephone: 2025145474 | 0.01 |
| 08/22/02 | | Long Distance Telephone: 4105314203 | 1.12 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 08/22/02 | | Long Distance Telephone: 4122884048 | 0.30 |
| 08/22/02 | | Long Distance Telephone: 7243871869 | 2.02 |
| 08/22/02 | | Long Distance Telephone: 4065232500 | 0.24 |
| 08/22/02 | | Long Distance Telephone: 2025145474 | 0.01 |
| 08/22/02 | | Long Distance Telephone: 4105314203 | 1.12 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-13547; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-15; Eric J Chatfield Mississauga, On | 15.30 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 203 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-02; Dori Anne Kuchinsky Washington, DC | 23.46 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-15; Dori Anne Kuchinsky Leesburg, Va | 21.22 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-16; Alan Stringer Libby, Mt | 28.55 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-16; Gary L Graham Missoula, Mt | 21.88 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-15; Dr Ed Ilgren Bryn Mawr, Pa | 20.97 |
| 08/22/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-98150; DATE: 8/22/2002 - Courier, Acct. 0802-0410-8 08-16; Dr Ed Ilgren Bryn Mawr, Pa | 32.57 |
| 08/22/02 | 1 | Photocopy | 0.15 |
| 08/22/02 | 1 | Photocopy | 0.15 |
| 08/22/02 | 8 | Photocopy | 1.20 |
| 08/22/02 | 9 | Photocopy | 1.35 |
| 08/22/02 | 3 | Photocopy | 0.45 |
| 08/22/02 | 16 | Photocopy | 2.40 |
| 08/22/02 | 4 | Photocopy | 0.60 |
| 08/22/02 | 2 | Photocopy | 0.30 |
| 08/22/02 | 59 | Photocopy | 8.85 |
| 08/22/02 | 131 | Photocopy | 19.65 |
| 08/22/02 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 204 |
| Invoice No.: | 611518 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/22/02 | 138 | Photocopy | 20.70 |
| 08/22/02 | 4 | Photocopy | 0.60 |
| 08/22/02 | 3 | Photocopy | 0.45 |
| 08/22/02 | 129 | Photocopy | 19.35 |
| 08/22/02 | 1 | Photocopy | 0.15 |
| 08/22/02 | 1,373 | Photocopy | 205.95 |
| 08/22/02 | 392 | Photocopy | 58.80 |
| 08/22/02 | 104 | Photocopy | 15.60 |
| 08/22/02 | 49 | Photocopy | 7.35 |
| 08/22/02 | 72 | Photocopy | 10.80 |
| 08/22/02 | 513 | Photocopy | 76.95 |
| 08/22/02 | 4 | Photocopy | 0.60 |
| 08/22/02 | 2 | Photocopy | 0.30 |
| 08/22/02 | 5 | Photocopy | 0.75 |
| 08/22/02 | 397 | Photocopy | 59.55 |
| 08/22/02 | 37 | Photocopy | 5.55 |
| 08/22/02 | 260 | Photocopy | 39.00 |
| 08/22/02 | 253 | Photocopy | 37.95 |
| 08/22/02 | 71 | Photocopy | 10.65 |
| 08/22/02 | 26 | Photocopy | 3.90 |
| 08/22/02 | 155 | Photocopy | 23.25 |
| 08/22/02 | 140 | Photocopy | 21.00 |
| 08/22/02 | 46 | Photocopy | 6.90 |
| 08/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19130; DATE: 8/22/2002  -  Airfare, 8/27-8/30/02, Denver Goston Boston Denver, E. Stevenson | 837.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 205 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/22/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 082202; DATE: 8/22/2002 - Meeting with Elizabeth Anderson @ Geranio Ristorante | 57.76 |
| 08/22/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 082202; DATE: 8/22/2002 - Metrofare to/from Alexandria Virginia | 4.10 |
| 08/22/02 | | Travel Expense: VENDOR: Hertz Corporation; INVOICE#: 257062606; DATE: 9/18/2002 - Auto Rental for 08/22/02-09/10/02 | 217.47 |
| 08/23/02 | 2 | Facsimile | 2.00 |
| 08/23/02 | 3 | Facsimile | 3.00 |
| 08/23/02 | 5 | Facsimile | 5.00 |
| 08/23/02 | 9 | Facsimile | 9.00 |
| 08/23/02 | 9 | Facsimile | 9.00 |
| 08/23/02 | 5 | Facsimile | 5.00 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.10 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.07 |
| 08/23/02 | | Long Distance Telephone: 2028283542 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 4046397448 | 0.06 |
| 08/23/02 | | Long Distance Telephone: 5095364050 | 0.01 |
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.12 |
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 7196301186 | 0.55 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.10 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.07 |
| 08/23/02 | | Long Distance Telephone: 2028283542 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 4046397448 | 0.06 |
| 08/23/02 | | Long Distance Telephone: 5095364050 | 0.01 |
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.12 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 206 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 7196301186 | 0.55 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.10 |
| 08/23/02 | | Long Distance Telephone: 2025145474 | 0.07 |
| 08/23/02 | | Long Distance Telephone: 2028283542 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 4046397448 | 0.06 |
| 08/23/02 | | Long Distance Telephone: 5095364050 | 0.01 |
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.12 |
| 08/23/02 | | Long Distance Telephone: 5093250001 | 0.04 |
| 08/23/02 | | Long Distance Telephone: 7196301186 | 0.55 |
| 08/23/02 | 75 | Photocopy | 11.25 |
| 08/23/02 | 380 | Photocopy | 57.00 |
| 08/23/02 | 277 | Photocopy | 41.55 |
| 08/23/02 | 33 | Photocopy | 4.95 |
| 08/23/02 | 4 | Photocopy | 0.60 |
| 08/23/02 | 60 | Photocopy | 9.00 |
| 08/23/02 | 10 | Photocopy | 1.50 |
| 08/23/02 | 16 | Photocopy | 2.40 |
| 08/23/02 | 31 | Photocopy | 4.65 |
| 08/23/02 | 22 | Photocopy | 3.30 |
| 08/23/02 | 244 | Photocopy | 36.60 |
| 08/23/02 | 678 | Photocopy | 101.70 |
| 08/23/02 | 20 | Photocopy | 3.00 |
| 08/23/02 | 343 | Photocopy | 51.45 |
| 08/23/02 | 230 | Photocopy | 34.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 207 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/23/02 | 221 | Photocopy | 33.15 |
| 08/23/02 | 126 | Photocopy | 18.90 |
| 08/23/02 | 894 | Photocopy | 134.10 |
| 08/23/02 | 427 | Photocopy | 64.05 |
| 08/23/02 | 16 | Photocopy | 2.40 |
| 08/23/02 | 66 | Photocopy | 9.90 |
| 08/23/02 | 159 | Photocopy | 23.85 |
| 08/23/02 | 4 | Photocopy | 0.60 |
| 08/23/02 | 688 | Photocopy | 103.20 |
| 08/23/02 | 54 | Photocopy | 8.10 |
| 08/23/02 | 79 | Photocopy | 11.85 |
| 08/23/02 | 167 | Photocopy | 25.05 |
| 08/23/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19150; DATE: 8/23/2002  - Denver,  Airfare, 9/5-9/7/02, Denver Spokane Spokane Denver, J. McCarthy | 326.50 |
| 08/23/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19156; DATE: 8/23/2002  - Denver,  Airfare, 8/28-8/29/02, Denver Chicago Chicago Pittsburgh Pittsburgh Chicago Chicago Denver, K. Coggon | 1,573.50 |
| 08/23/02 | 10 | Velo Binding: 10 Velo Binding | 10.00 |
| 08/25/02 | | Long Distance Telephone:  3124254103 | 1.51 |
| 08/25/02 | | Long Distance Telephone:  3124254103 | 1.51 |
| 08/25/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 89968COR; DATE: 8/28/2002  -  Temporary services week ending 08/25/02 - W. R. Grace - Stephen Haraldson - 40.00 hours | 525.00 |
| 08/26/02 | 3 | Facsimile | 3.00 |
| 08/26/02 | 1 | Facsimile | 1.00 |
| 08/26/02 | 3 | Facsimile | 3.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 208 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/26/02 | | Long Distance Telephone:  6503471555 | 0.08 |
| 08/26/02 | | Long Distance Telephone:  3124254103 | 10.58 |
| 08/26/02 | | Long Distance Telephone:  2028283542 | 1.41 |
| 08/26/02 | | Long Distance Telephone:  7036840123 | 2.07 |
| 08/26/02 | | Long Distance Telephone:  2066674273 | 1.00 |
| 08/26/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 089102; DATE: 8/26/2002  -  Charges to locate, obtain, copy and deliver to HRO references cited in the expert reports of Lockey and Brody. | 5,304.40 |
| 08/26/02 | | Other Expense: VENDOR: A & A Attorney Services, Inc.; INVOICE#: 00040236; DATE: 8/26/2002  -  Service of subpoena to Dr. Alan Whitehouse | 36.00 |
| 08/26/02 | 195 | Photocopy | 29.25 |
| 08/26/02 | 4 | Photocopy | 0.60 |
| 08/26/02 | 2 | Photocopy | 0.30 |
| 08/26/02 | 571 | Photocopy | 85.65 |
| 08/26/02 | 1,337 | Photocopy | 200.55 |
| 08/26/02 | 149 | Photocopy | 22.35 |
| 08/26/02 | 143 | Photocopy | 21.45 |
| 08/26/02 | 63 | Photocopy | 9.45 |
| 08/26/02 | 3 | Photocopy | 0.45 |
| 08/26/02 | 1,407 | Photocopy | 211.05 |
| 08/26/02 | 52 | Photocopy | 7.80 |
| 08/26/02 | 2 | Photocopy | 0.30 |
| 08/26/02 | 4 | Photocopy | 0.60 |
| 08/26/02 | 874 | Photocopy | 131.10 |
| 08/26/02 | 1,239 | Photocopy | 185.85 |
| 08/26/02 | 3 | Photocopy | 0.45 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 209 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/26/02 | 2 | Photocopy | 0.30 |
| 08/26/02 | 2 | Photocopy | 0.30 |
| 08/27/02 | 3 | Facsimile | 3.00 |
| 08/27/02 | 48 | Facsimile | 48.00 |
| 08/27/02 | 48 | Facsimile | 48.00 |
| 08/27/02 | | Long Distance Telephone:  9058967611 | 2.46 |
| 08/27/02 | | Long Distance Telephone:  7036840123 | 0.10 |
| 08/27/02 | | Long Distance Telephone:  7036840123 | 0.13 |
| 08/27/02 | | Long Distance Telephone:  7036840123 | 3.67 |
| 08/27/02 | | Long Distance Telephone:  2025145474 | 0.12 |
| 08/27/02 | | Long Distance Telephone:  2023717422 | 0.09 |
| 08/27/02 | | Long Distance Telephone:  4048768979 | 0.14 |
| 08/27/02 | | Long Distance Telephone:  6172278600 | 0.18 |
| 08/27/02 | | Long Distance Telephone:  7243871869 | 1.02 |
| 08/27/02 | | Long Distance Telephone:  4256371977 | 5.43 |
| 08/27/02 | | Long Distance Telephone:  4105314203 | 1.89 |
| 08/27/02 | | Long Distance Telephone: earOne Comm    163474-000; DATE: | 1.95 |
| 08/27/02 | | Other Expense: VENDOR: Environmental Chemical Corporation; INVOICE#: 082702; DATE: 8/27/2002  -  Hotel and parking bill for Bill Hurley re August 16 deposition. KBunning. | 109.09 |
| 08/27/02 | | Outside Courier | 6.50 |
| 08/27/02 | 26 | Photocopy | 3.90 |
| 08/27/02 | 5 | Photocopy | 0.75 |
| 08/27/02 | 5 | Photocopy | 0.75 |
| 08/27/02 | 46 | Photocopy | 6.90 |
| 08/27/02 | 121 | Photocopy | 18.15 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 210 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/27/02 | 31 | Photocopy | 4.65 |
| 08/27/02 | 15 | Photocopy | 2.25 |
| 08/27/02 | 62 | Photocopy | 9.30 |
| 08/27/02 | 126 | Photocopy | 18.90 |
| 08/27/02 | 3 | Photocopy | 0.45 |
| 08/27/02 | 103 | Photocopy | 15.45 |
| 08/27/02 | 6 | Photocopy | 0.90 |
| 08/27/02 | 31 | Photocopy | 4.65 |
| 08/27/02 | 31 | Photocopy | 4.65 |
| 08/27/02 | 153 | Photocopy | 22.95 |
| 08/28/02 | | Long Distance Telephone: 3124254103 | 0.28 |
| 08/28/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 08/28/02; DATE: 8/28/2002 - Denver, 8/20-8/23/02, Washington DC, Deposition of Charles Young (FCC), Meals | 213.42 |
| 08/28/02 | | Parking: VENDOR: Edward E. Stevenson; INVOICE#: 08/28/02; DATE: 8/28/2002 - Denver, 8/20-8/23/02, Washington DC, Deposition of Charles Young (FCC), Parking | 53.00 |
| 08/28/02 | 490 | Photocopy | 73.50 |
| 08/28/02 | 341 | Photocopy | 51.15 |
| 08/28/02 | 26 | Photocopy | 3.90 |
| 08/28/02 | 12 | Photocopy | 1.80 |
| 08/28/02 | 635 | Photocopy | 95.25 |
| 08/28/02 | 107 | Photocopy | 16.05 |
| 08/28/02 | 204 | Photocopy | 30.60 |
| 08/28/02 | 107 | Photocopy | 16.05 |
| 08/28/02 | 3 | Photocopy | 0.45 |
| 08/28/02 | 15 | Photocopy | 2.25 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

Page        211
Invoice No.:  611518
Client  No.:  04339
Matter  No.:  00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/28/02 | 132 | Photocopy | 19.80 |
| 08/28/02 | 98 | Photocopy | 14.70 |
| 08/28/02 | 14 | Photocopy | 2.10 |
| 08/28/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 08/28/02; DATE: 8/28/2002 - Denver, 8/20-8/23/02, Washington DC, Deposition of Charles Young (FCC), Travel Expenses | 623.92 |
| 08/29/02 | 5 | Facsimile | 5.00 |
| 08/29/02 | | Long Distance Telephone:  2066674273 | 0.07 |
| 08/29/02 | | Long Distance Telephone:  7036840123 | 0.11 |
| 08/29/02 | | Long Distance Telephone:  7036840123 | 0.12 |
| 08/29/02 | | Long Distance Telephone:  3124254103 | 0.50 |
| 08/29/02 | | Long Distance Telephone:  3124254103 | 0.42 |
| 08/29/02 | | Long Distance Telephone:  9058967611 | 1.23 |
| 08/29/02 | | Long Distance Telephone:  2023717422 | 0.10 |
| 08/29/02 | | Long Distance Telephone:  2028795160 | 0.29 |
| 08/29/02 | | Long Distance Telephone:  6174984861 | 0.05 |
| 08/29/02 | | Long Distance Telephone:  2023717432 | 0.20 |
| 08/29/02 | | Long Distance Telephone:  2023717422 | 0.87 |
| 08/29/02 | | Long Distance Telephone:  3124254103 | 0.52 |
| 08/29/02 | | Long Distance Telephone:  7038378683 | 4.09 |
| 08/29/02 | | Long Distance Telephone:  7038378683 | 4.05 |
| 08/29/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 094302; DATE: 9/13/2002 - Document delivery August - September 13, 2002 | 600.70 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002 - Courier, Acct. 0802-0410-8 08-21; Robert Emmett Columbia, Md | 15.12 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 212 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-21; Matthew Murphy Boston, Ma | 54.57 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-20; Suresh Moolgavkar Bellevue, Wa | 10.49 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-20; Elizabeth Anderson Alexandria, Va | 13.39 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-21; Gary L Graham Missoula, Mt | 31.16 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-22; Robert Emmett Columbia, Md | 19.62 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-22; Matthew T Murphy Boston, Ma | 19.62 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-23; Matthew T Murphy Boston, Ma | 9.57 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-23; Robert Emmett Columbia, Md | 9.57 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-24; Dr William C Hughson La Jolla, Ca | 56.64 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002  -  Courier, Acct. 0802-0410-8 08-26; Robert Emmett Columbia, Md | 13.39 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 213 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002 - Courier, Acct. 0802-0410-8 08-26; Dr Rich Lee Monroeville, Pa | 9.14 |
| 08/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-37100; DATE: 8/29/2002 - Courier, Acct. 0802-0410-8 | 72.42 |
| 08/29/02 | 6 | Photocopy | 0.90 |
| 08/29/02 | 9 | Photocopy | 1.35 |
| 08/29/02 | 90 | Photocopy | 13.50 |
| 08/29/02 | 22 | Photocopy | 3.30 |
| 08/29/02 | 46 | Photocopy | 6.90 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Hotel | 169.86 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Meals | 77.43 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Taxis/tips | 7.00 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Personal Mileage | 21.90 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Parking | 30.00 |
| 08/29/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202A; DATE: 10/2/2002 - Travel expense to Pittsburgh, PA 08/28-08/29/02 for deposition of R. Lee/Late cancellation fee of J. McGuiggin August 25, 2002 deposition | 145.00 |
| 08/30/02 | 2 | Facsimile | 2.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 214 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/30/02 | 1 | Facsimile | 1.00 |
| 08/30/02 | 2 | Facsimile | 2.00 |
| 08/30/02 | 5 | Facsimile | 5.00 |
| 08/30/02 | 4 | Facsimile | 4.00 |
| 08/30/02 | 4 | Facsimile | 4.00 |
| 08/30/02 | 5 | Facsimile | 5.00 |
| 08/30/02 | 5 | Facsimile | 5.00 |
| 08/30/02 | 1 | Lexis | 118.86 |
| 08/30/02 | | Long Distance Telephone:  7036840123 | 0.19 |
| 08/30/02 | | Long Distance Telephone:  3124254103 | 0.63 |
| 08/30/02 | | Long Distance Telephone:  3124254103 | 0.17 |
| 08/30/02 | | Long Distance Telephone:  8478648403 | 0.04 |
| 08/30/02 | | Long Distance Telephone:  7036840123 | 0.49 |
| 08/30/02 | | Long Distance Telephone:  3124254103 | 0.09 |
| 08/30/02 | | Long Distance Telephone:  5613621533 | 0.09 |
| 08/30/02 | | Long Distance Telephone:  3124254103 | 0.40 |
| 08/30/02 | | Long Distance Telephone:  7036840123 | 0.08 |
| 08/30/02 | | Long Distance Telephone:  9058967611 | 1.23 |
| 08/30/02 | | Long Distance Telephone:  9058967611 | 3.69 |
| 08/30/02 | | Long Distance Telephone:  3124254103 | 0.44 |
| 08/30/02 | | Long Distance Telephone:  2028795000 | 0.20 |
| 08/30/02 | | Long Distance Telephone:  4062933964 | 0.11 |
| 08/30/02 | | Long Distance Telephone:  7036840123 | 0.14 |
| 08/30/02 | | Long Distance Telephone:  5613621533 | 0.07 |
| 08/30/02 | | Long Distance Telephone:  4068837254 | 0.05 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 215 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/30/02 | | Long Distance Telephone:  4105314203 | 3.10 |
| 08/30/02 | | Long Distance Telephone:  5613621533 | 1.56 |
| 08/30/02 | | Other Expense: INVOICE#: 0810502; DATE: 8/30/2002  -  Charges to locate, obtain, and copy more then 200 separate references cited in the expert reports of Lockey, Brody, killett, Meeker, Quivik and Whitehouse, and transmit same by hand delivery or telefax to HRO. | 3,418.90 |
| 08/30/02 | 11 | Photocopy | 1.65 |
| 08/30/02 | 2 | Photocopy | 0.30 |
| 08/30/02 | 32 | Photocopy | 4.80 |
| 08/30/02 | 140 | Photocopy | 21.00 |
| 08/30/02 | 32 | Photocopy | 4.80 |
| 08/30/02 | 35 | Photocopy | 5.25 |
| 08/30/02 | 35 | Photocopy | 5.25 |
| 08/30/02 | 1 | Photocopy | 0.15 |
| 08/30/02 | 20 | Photocopy | 3.00 |
| 08/30/02 | 77 | Photocopy | 11.55 |
| 08/30/02 | 250 | Photocopy | 37.50 |
| 08/30/02 | 26 | Photocopy | 3.90 |
| 08/30/02 | 285 | Photocopy | 42.75 |
| 08/30/02 | 55 | Photocopy | 8.25 |
| 08/30/02 | 26 | Tab Stock | 1.30 |
| 08/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19232; DATE: 8/30/2002  -  Denver, Airfare, 9/22-9/28/02, Denver Washington Washington Denver, L. Brown | 520.00 |
| 08/31/02 | | Legal Assistant Overtime: LA overtime  8/15/02  JS | 292.50 |
| 08/31/02 | | Legal Assistant Overtime: LA overtime  8/15/02  JW | 165.00 |
| 08/31/02 | | Legal Assistant Overtime: LA overtime  8/31/2002  NA | 701.25 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 216 |
| Invoice No.: | | 611518 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-23; ARCADIS | 24.75 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-23; EPA | 8.25 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-23; Frank Johns | 18.50 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-26; ARCADIS | 21.15 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-26; U S Dept. of Justice | 8.25 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-28; EPA | 6.55 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-29; ARCADIS | 14.35 |
| 08/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7146098; DATE: 8/31/2002  -  Courier, Acct. HO7068 08-30; U S Dept. of Justice | 8.25 |

**Total Disbursements:**      $   35,621.90

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 217 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 71.00 |
| Photocopy | | 6,205.55 |
| Facsimile | | 447.00 |
| Long Distance Telephone | | 545.61 |
| Outside Courier | | 2,626.22 |
| Travel Expense | | 10,227.99 |
| Lexis | | 1,076.91 |
| Other Meal Expense | | 704.49 |
| Other Expense | | 12,153.73 |
| Legal Assistant Overtime | | 1,158.75 |
| Oversize/Map Charge | | 28.00 |
| Color Photocopy | | 363.35 |
| Velo Binding | | 12.00 |
| Tab Stock | | 1.30 |
| **Total Disbursements:** | **$** | **35,621.90** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577764 | 10/30/01 | Bill | | 5,425.00 |
| | | *Outstanding Balance on Invoice 577764:* | *$* | *5,425.00* |
| 577905 | 10/31/01 | Bill | | 64,445.24 |
| | | *Outstanding Balance on Invoice 577905:* | *$* | *64,445.24* |
| 579873 | 11/20/01 | Bill | | 35,721.27 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | August | Total Comp |
|------|----------|-------------|--------|------------|
| Kinnear, Karen | Paralegal | $ 125.00 | 16.3 | $ 2,037.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 1.3 | $ 162.50 |
| Street, Loraine | Paralegal | $ 85.00 | 3 | $ 255.00 |
| | | | | |
| Total | | | 20.60 | $ 2,455.00 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ 89.00 |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 270.77 |
| Travel Expense | $ 160.53 |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ 458.25 |
| Other Meal Expenses | $ 27.31 |
| Word Processing | $ - |
| **Total** | $ 1,005.86 |