# EXHIBIT A-6

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 226 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr Task | Description | Hours | | Value |
|---|---|---|---|---|---|
| 08/01/02 | LCS | Telephone conferences with document scanning vendor re scanning issues | 1.00 | $ | 85.00 |
| 08/07/02 | LCS | Prepare Boulder review boxes for warehousing | 0.50 | | 42.50 |
| 08/08/02 | LCS | Telephone conference  with document scanning vendor re scanning issues (.50); Input and QC data in the Boulder Box Tracking Database (1.00) | 1.50 | | 127.50 |
| 08/14/02 | JLS | Conference with Matt Murphy re status of Boulder document production (.50); conference with scanning vendor and review of Hoyle Morris & Kerr boxes re HRO/RSSM numbering issues in database (.80). | 1.30 | | 162.50 |
| 08/15/02 | KLK 028 | Review and code documents related to EPA information requests and consumer product case issues. | 4.00 | | 500.00 |
| 08/28/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (3.7). | 3.70 | | 462.50 |
| 08/29/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (3.6). | 3.60 | | 450.00 |
| 08/30/02 | KLK | Review and code document related to EPA information request and consumer product case issues (5.0). | 5.00 | | 625.00 |

**Total Fees Through August 31, 2002:**    **20.60**   **$**   **2,455.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KLK | Karen L Kinnear | Paralegal | $ 125.00 | 16.30 | $ | 2,037.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 227 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L Sherman | Paralegal | 125.00 | 1.30 | 162.50 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 3.00 | 255.00 |
| | | **Total Fees:** | | **20.60** | **$  2,455.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/30/02 | | Other Meal Expense: VENDOR: Keith Trammell; INVOICE#: 7/30/02; DATE: 7/30/2002  -  Denver, 6/26-6/27/02, Boulder, CO, Hotel and Food Expenses | $ | 27.31 |
| 07/30/02 | | Travel Expense: VENDOR: Keith Trammell; INVOICE#: 7/30/02; DATE: 7/30/2002  -  Denver, 6/26-6/27/02, Boulder, CO, Hotel and Food Expenses | | 160.53 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | | 22.44 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | | 18.70 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | | 18.70 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | | 18.70 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | | 18.70 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 228 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | 18.70 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | 18.70 |
| 08/01/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-81879; DATE: 8/1/2002  -  Courier, Acct. 0802-0410-8 07-19; Matthey T Murphy Boston, Ma | 18.70 |
| 08/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-19836; DATE: 8/8/2002  -  Courier, Acct. 0802-0410-8 07-31; Eric Moeller Inverness, Ca | 40.20 |
| 08/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-19836; DATE: 8/8/2002  -  Courier, Acct. 0802-0410-8 07-31; Eric Moeller Inverness, Ca | 77.23 |
| 08/21/02 | 79 | Photocopy | 15.80 |
| 08/21/02 | 195 | Photocopy | 39.00 |
| 08/21/02 | 171 | Photocopy | 34.20 |
| 08/28/02 | | Other Expense: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0028; DATE: 8/28/2002  -  Temporary services week ending 08/25/02 for W. R. Grace - Louise Taylor - 23.50 hours | 458.25 |

**Total Disbursements:**        $    1,005.86

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 229 |
| Invoice No.: | | 611518 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00370 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 89.00 |
| Outside Courier | | 270.77 |
| Travel Expense | | 160.53 |
| Other Meal Expense | | 27.31 |
| Other Expense | | 458.25 |
| **Total Disbursements:** | **$** | **1,005.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$  12,656.44* |
| 589414 | 02/28/02 | Bill | 648.00 |
| | 04/18/02 | Cash Receipt | -509.62 |
| | *Outstanding Balance on Invoice 589414:* | | *$    138.38* |
| 591827 | 03/25/02 | Bill | 13,920.16 |
| | 05/20/02 | Cash Receipt | -11,138.16 |
| | *Outstanding Balance on Invoice 591827:* | | *$   2,782.00* |
| 593727 | 04/16/02 | Bill | 26,030.82 |
| | 06/18/02 | Cash Receipt | -20,862.52 |
| | *Outstanding Balance on Invoice 593727:* | | *$   5,168.30* |
| 597443 | 05/28/02 | Bill | 1,812.50 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total  Comp |
|------|----------|-------------|--------|-------------|
| Flaagan, Elizabeth K. | Partner | $       275.00 | 6.20 | $       1,705.00 |
| Haag, Susan | Paralegal | $       105.00 | 24.7 | $       2,593.50 |
|  |  |  |  |  |
| Total |  |  | 30.90 | $       4,298.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $    317.70 |
| Facsimiles | $    - |
| Long Distance Telephone | $    - |
| Outside Courier | $    30.38 |
| Tab Stock | $    - |
| Lexis | $    - |
| Westlaw | $    - |
| Meal Expenses | $    - |
| Research Services | $    27.23 |
| Word Processing | $    - |
| **Total** | $    375.31 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 232 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/04/02 | SH | Begin calculating charts for fourth quarter fee application. | 2.70 | $  283.50 |
| 08/05/02 | SH | Continue calculating figures and charts for fourth quarterly fee application. | 5.00 | 525.00 |
| 08/06/02 | SH | Continue calculating charts for fourth quarterly fee application. | 2.70 | 283.50 |
| 08/07/02 | SH | Finalize figures and draft fourth quarter fee application summary. | 3.70 | 388.50 |
| 08/08/02 | EKF | Review and revise fifth quarterly fee application and supporting documents (.8); review fee auditor's final report on HRO's fourth interim fee application (.2). | 1.00 | 275.00 |
| 08/08/02 | SH | Draft fee application, order and verification (1.00); compile exhibits (.50). | 1.50 | 157.50 |
| 08/09/02 | EKF | Review corrected final fifth interim quarterly fee application and supporting documents. | 0.30 | 82.50 |
| 08/09/02 | SH | Revise fifth quarterly fee application (.70); research payment history (N/C). | 0.70 | 73.50 |
| 08/12/02 | EKF | Review and revise fifth interim quarterly fee application (.2). | 0.20 | 55.00 |
| 08/12/02 | SH | Compile fifth quarter fee application (1.10); research Pacer for certificate of no objection to May fees (.20); review pre-bill for July's fee application (1.80). | 3.10 | 325.50 |
| 08/19/02 | EKF | Draft e-mail to David Carickhoff re fourth quarterly fee application hearing and fee auditor's final report (.2). | 0.20 | 55.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 233 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/20/02 | EKF | Review e-mail from David Carickhoff re fee hearing (.1); draft order granting fourth interim quarterly application (.3); review, revise and exercise billing judgment on July 2002 pre-bills (1.5). | 1.90 | 522.50 |
| 08/21/02 | EKF | Review debtor's notice of agenda of matters for hearing on 8/26/02 for information on fee applications (.1); review, revise and exercise billing judgment with respect to July pre-bills (1.1); e-mails to and from KJBates re July fee application (.1). | 1.30 | 357.50 |
| 08/22/02 | EKF | Review and respond to numerous e-mails from KWLund, KJBates, JLSherman and WEPayne re July time entries (.4). | 0.40 | 110.00 |
| 08/26/02 | SH | Set up charts for July monthly fee application (1.00); update pleading tracking chart (N/C). | 1.00 | 105.00 |
| 08/28/02 | SH | Calculate and draft monthly fee application for the month of July. | 2.10 | 220.50 |
| 08/29/02 | EKF | Review various e-mails from Warren Smith re project categories for fee application (.30); conference with SHaag re same (.20); review and revise July 2002 monthly fee application (.40). | 0.90 | 247.50 |
| 08/29/02 | SH | Compile July fee application (1.2); format July fee detail and send to fee auditor (1.0). | 2.20 | 231.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through August 31, 2002:** | **30.90 $** | **4,298.50** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 6.20 $ | 1,705.00 |
| SH | Susan Haag | Paralegal | 105.00 | 24.70 | 2,593.50 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees:** | **30.90 $** | **4,298.50** |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 234 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/10/02 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 7/10/02; DATE: 7/10/2002  -  Denver, Cust #JJ0001, Dial-Up Transactions for 4/1-6/30/02 | $ | 27.23 |
| 07/18/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-303-07210; DATE: 7/18/2002  -  Courier, Acct. 0802-0410-8 07-08; Vi W Carickhoff Wilmington, De | | 15.19 |
| 08/08/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-346-19836; DATE: 8/8/2002  -  Courier, Acct. 0802-0410-8 07-30; David W Carickhoff Wilmington, De | | 15.19 |
| 08/12/02 | 1,550 | Photocopy | | 232.50 |
| 08/29/02 | 3 | Photocopy | | 0.45 |
| 08/29/02 | 565 | Photocopy | | 84.75 |
| | | **Total Disbursements:** | $ | **375.31** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 317.70 |
| Outside Courier | | 30.38 |
| Research Service | | 27.23 |
| **Total Disbursements:** | $ | **375.31** |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | August | Total Comp |
|------|----------|-------------|--------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 15.1 | $ 4,152.50 |
| Tracy, Brent | Associate | $ 240.00 | 63.2 | $ 15,168.00 |
| Latuda, M. Carla | Paralegal | $ 125.00 | 33.5 | $ 4,187.50 |
| Street, Loraine C. | Paralegal | $ 85.00 | 53.5 | $ 4,547.50 |
| | | | | |
| Total | | | 165.30 | 28,055.50 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $         - |
| Photocopies | $      6.00 |
| Facsimile | $         - |
| Long Distance Telephone | $     12.97 |
| Outside Courier | $         - |
| Travel Expense | $         - |
| Lexis | $         - |
| Temporary Services | $  1,759.25 |
| Meal Expenses | $         - |
| Overtime | $         - |
| Tab Stock | $         - |
| Other Expenses | $         - |
| **Total** | $  1,778.22 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 237 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/01/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.30); address inquiries and issues re document databases (0.10); e-mail exchange with LCStreet re scanning progress (0.20). | 0.60 | $  165.00 |
| 08/01/02 | BAT | Telephone message to Susan Haines re reconciling databases (.10); telephone conference with WEPayne re status of loading ONSS data and images (.10). | 0.20 | 48.00 |
| 08/01/02 | MCL | Telephone conference with Angela Anderson of Casner & Edwards re location and scanning status of seven boxes (.30); research master spreadsheet of scanned boxes and Box Database to determine location of same pursuant to Angela Anderson's request (1.50); draft e-mail to Angela Anderson re same (.20); read and respond to e-mails re status of Historical database review and clean-up of same (.20). | 2.20 | 275.00 |
| 08/01/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 08/02/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.60); telephone conference with R. Finke and counsel re production to EPA (0.60); telephone conference with E. Moeller re return of documents (0.20). | 1.40 | 385.00 |
| 08/02/02 | BAT | Telephone conference with Susan Haines re logistics to update and coordinate databases and re additional EH&S archive documents (.40); conference with WBrown re steps to coordinate databases and status of database update from ONSS (.30); review and respond to e-mails re ONSS database updates (.30). | 1.00 | 240.00 |
| 08/02/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 6.50 | 552.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 238 |
| Invoice No.: | 611518 |
| Client   No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/05/02 | KJC | Address inquiries and issues re document databases (0.10). | 0.10 | 27.50 |
| 08/05/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 5.50 | 467.50 |
| 08/06/02 | KJC | Telephone conference with KWLund re production issues (0.80). | 0.80 | 220.00 |
| 08/06/02 | BAT | Review e-mail transmission re production issues (0.2); telephone conference with Maureen Atkinson of Reed Smith re database issues (0.2). | 0.40 | 96.00 |
| 08/06/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 9.50 | 807.50 |
| 08/07/02 | BAT | Conference with MThompson re microfilm scanning issues (0.1); review microfilm rolls to confirm responsive documents were properly imaged (0.2); review responsive lists of microfilmed documents to confirm images (0.8). | 1.10 | 264.00 |
| 08/07/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.00 | 680.00 |
| 08/08/02 | KJC | Address inquiries and issues re document databases (0.20); telephone conference with BATracy re production (0.20). | 0.40 | 110.00 |
| 08/08/02 | BAT | Conference with KWLund re production schedules (0.2); conference with KJCoggon re production issues (0.2); review additional microfilm rolls to confirm responsive documents were properly imaged (0.5). | 0.90 | 216.00 |
| 08/08/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.00 | 680.00 |
| 08/09/02 | KJC | Conference with BATracy re production to EPA (0.30); review and revise cover letter for production (0.20). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 239 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/09/02 | BAT | Import and filter production test data for internal review (1.6); telephone conference with Maureen Atkinson re database issues (0.1); draft cover letter for production for internal review (0.6); conference with KJCoggon re data production limitations (0.3); conference with MThompson re updating database (0.2); review filtering searches for production (0.3). | 3.10 | 744.00 |
| 08/09/02 | LCS | QC, input and maintain data in the Cambridge/Winthrop Box Tracking Database | 8.50 | 722.50 |
| 08/12/02 | KJC | Revise draft cover letter and draft e-mail sending same to counsel (0.80). | 0.80 | 220.00 |
| 08/12/02 | BAT | Telephone conference with Matt Murphy re cover letter for EPA production and additional boxes to be scanned (.20); telephone conference with CCotts re filtering searches for EPA production (.10); review prior search logic for changes based on current decisions (.20). | 0.50 | 120.00 |
| 08/13/02 | MCL | Review and edit Historical database re responsiveness of documents (6.80). | 6.80 | 850.00 |
| 08/14/02 | BAT | Telephone conference with Matt Murphy re image counts for his responses to discovery (.20); telephone conference with CCotts re image database issues (.10). | 0.30 | 72.00 |
| 08/14/02 | MCL | Telephone conference with Angela Anderson re outstanding issues concerning status of ONSS scanning and location of boxes at Cambridge facility (.50) | 0.50 | 62.50 |
| 08/15/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (2.50); e-mail exchanges with counsel re production to EPA (0.60); draft e-mails to client re status and strategy for production to EPA (0.80). | 3.90 | 1,072.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 240 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/15/02 | BAT | Review documents for final quality control prior to production to EPA (2.10); conferences with Information Technologies personnel re management of database issues in preparing to produce documents to EPA (.40). | 2.50 | 600.00 |
| 08/16/02 | KJC | Follow up with counsel and Information Technologies personnel re production to EPA (1.10). | 1.10 | 302.50 |
| 08/16/02 | BAT | Review documents for final quality control prior to production to EPA (8.10). | 8.10 | 1,944.00 |
| 08/16/02 | MCL | Conference with KWLund and BATracy re scanned images and data received from ONSS (.90). | 0.90 | 112.50 |
| 08/17/02 | KJC | E-mail exchange with counsel and Information Technologies personnel re production to EPA (0.40). | 0.40 | 110.00 |
| 08/17/02 | BAT | Review EPA production database for first production batch to ensure proper document screening (.90); draft memo re steps to properly screen documents for EPA production (.80). | 1.70 | 408.00 |
| 08/18/02 | KJC | Address EPA production issues including telephone conferences with CCotts and WBrown (0.60). | 0.60 | 165.00 |
| 08/18/02 | BAT | Telephone conference with WBrown and CCotts re filtering searches and database entry for production (.40); review EPA production database to ensure proper document screening is accomplished (.80). | 1.20 | 288.00 |
| 08/19/02 | KJC | Conferences and e-mail exchanges with BATracy and Information Technologies personnel re preparation of documents for production to EPA and various technical difficulties (0.70); revise cover letter (0.20); voice mail exchange with M. Cohn re production (0.20). | 1.10 | 302.50 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 241 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/19/02 | BAT | Review documents in final quality control check prior to production (5.60); revise transmittal letter to EPA for produced documents (.20); telephone conference with KJCoggon re same (.20); manage production process to ensure proper filtering processes performed (.60). | 6.60 | 1,584.00 |
| 08/20/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (1.70). | 1.70 | 467.50 |
| 08/20/02 | BAT | Review documents in final quality control check prior to production (1.10); conferences with Information Technology personnel re database issues (.80). | 1.90 | 456.00 |
| 08/21/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 08/21/02 | BAT | Review documents in final quality control check prior to production (1.70); manage Information Technology personnel working on logistics of production (1.60). | 3.30 | 792.00 |
| 08/22/02 | BAT | Review documents in final quality control check prior to production (4.50); manage Information Technology personnel working on logistics of production (2.30). | 6.80 | 1,632.00 |
| 08/23/02 | BAT | Review documents in final quality control check prior to production (3.40); manage Information Technology personnel working on logistics of production (2.80). | 6.20 | 1,488.00 |
| 08/23/02 | MCL | Conferences with BATracy, CCotts and MThompson re status of "cleanup" of historical database (.40). | 0.40 | 50.00 |
| 08/26/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 08/26/02 | BAT | Perform final quality control review of documents before they are produced to EPA (2.10); manage Information Technologies personnel in process of document production (.70). | 2.80 | 672.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 242 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/26/02 | MCL | Review and research Boston Box Database, Boston Box Tracking Lists, and Scanning Status Spreadsheets to determine location, responsiveness, and scanning status of numerous Winthrop Square boxes pursuant to a request from Angela Anderson of Casner & Edwards (5.20); telephone conference with Angela Anderson re same (.30). | 5.50 | 687.50 |
| 08/26/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 2.00 | 170.00 |
| 08/27/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.60); telephone conference K. Land re production to EPA (0.20). | 0.80 | 220.00 |
| 08/27/02 | BAT | Perform final quality control review of documents before production to EPA (5.00); telephone conference with WEPayne re problems with EH&S image production and re-doing the same (.30); conference with MThompson re preparing imaged microfilm for review (.30). | 5.60 | 1,344.00 |
| 08/27/02 | MCL | Telephone conference with David Croce of W.R. Grace re box tracking database (.30); edit same re box locations pursuant to David Croce's request (4.50). | 4.80 | 600.00 |
| 08/28/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 08/28/02 | BAT | Perform final quality control review of documents before production to EPA (4.70); conference with MThompson and CCotts re Lason data update (.90). | 5.60 | 1,344.00 |
| 08/28/02 | MCL | Edit Grace box tracking database pursuant to David Croce's request (6.40). | 6.40 | 800.00 |
| 08/29/02 | BAT | Telephone conference with MCLatuda re coding imaged microfilm (.20); review re-numbered microfilm images for possible errors (.30); conference with MThompson re review fields for microfilm images and renumbering issues (.30). | 0.80 | 192.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 243 |
| Invoice No.: | 611518 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/29/02 | MCL | Conference with BATracy re Cambridge EH&S microfilm documents coding project (.20); draft coding checklist re same (.40); edit Grace box tracking database pursuant to David Croce's request (5.40). | 6.00 | 750.00 |
| 08/30/02 | BAT | Review and code imaged microfilm documents (1.10); draft spreadsheet for imaged documents to be split (.50); telephone conferences with DHengemuhle and CCotts re insuring Lason update import operates properly (.60); conferences with MThompson re final database issues for reviewing imaged microfilm (.40). | 2.60 | 624.00 |

**Total Fees Through August 31, 2002:** **165.30** **$ 28,055.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J Coggon | Special Counsel | $ 275.00 | 15.10 | $  4,152.50 |
| BAT | Brent A Tracy | Associate | 240.00 | 63.20 | 15,168.00 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 33.50 | 4,187.50 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 53.50 | 4,547.50 |

**Total Fees:** **165.30** **$ 28,055.50**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/14/02 | | Temporary Service: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0022; DATE: 7/17/2002  -  Temporary services for week ending 07/14/02 - Louise Taylor - 15.50 hours | $ | 248.00 |

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 244 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/28/02 | | Temporary Service: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0024; DATE: 7/31/2002  -  Temporary services - week ending 07/28/02 - Louise Taylor - 39.00 hous | 760.50 |
| 08/01/02 | | Long Distance Telephone:  2158518232 | 0.24 |
| 08/01/02 | | Long Distance Telephone:  5613621552 | 0.09 |
| 08/02/02 | | Long Distance Telephone:  2158518232 | 2.40 |
| 08/02/02 | | Long Distance Telephone:  2013688542 | 3.85 |
| 08/04/02 | | Temporary Service: VENDOR: Aegis Staffing Services, Inc.; INVOICE#: 1167-0025; DATE: 8/7/2002  -  Temporary Services week ending 08/07/02 - Louise Taylor - 38.50 hours | 750.75 |
| 08/07/02 | 2 | Photocopy | 0.30 |
| 08/08/02 | | Long Distance Telephone:  6175423025 | 0.29 |
| 08/09/02 | | Long Distance Telephone:  4122883094 | 0.76 |
| 08/16/02 | | Long Distance Telephone:  2159010759 | 1.43 |
| 08/16/02 | | Long Distance Telephone:  2159010759 | 0.05 |
| 08/16/02 | | Long Distance Telephone:  2152751377 | 0.09 |
| 08/23/02 | | Long Distance Telephone:  4122883131 | 1.46 |
| 08/23/02 | | Long Distance Telephone:  6175423025 | 0.05 |
| 08/23/02 | | Long Distance Telephone:  4122883131 | 1.46 |
| 08/23/02 | | Long Distance Telephone:  6175423025 | 0.05 |
| 08/23/02 | 38 | Photocopy | 5.70 |
| 08/26/02 | | Long Distance Telephone:  6175423025 | 0.03 |
| 08/27/02 | | Long Distance Telephone:  6177999071 | 0.13 |
| 08/28/02 | | Long Distance Telephone:  6175423025 | 0.43 |
| 08/28/02 | | Long Distance Telephone:  6173508700 | 0.16 |

**Total Disbursements:**                    $    1,778.22

Holme Roberts & Owen LLP

October 16, 2002

W.R. Grace

| | |
|---|---|
| Page | 245 |
| Invoice No.: | 611518 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 6.00 |
| Long Distance Telephone | | 12.97 |
| Temporary Service | | 1,759.25 |
| **Total Disbursements:** | **$** | **1,778.22** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | *Outstanding Balance on Invoice 583055:* | | *$  17,487.80* |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | *Outstanding Balance on Invoice 585053:* | | *$  19,636.67* |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | 04/18/02 | Cash Receipt | -143,440.28 |
| | 05/20/02 | Cash Receipt | -2,000.00 |
| | 06/18/02 | Cash Receipt | -2,279.20 |
| | *Outstanding Balance on Invoice 589414:* | | *$  24,491.13* |
| 591827 | 03/25/02 | Bill | 248,819.54 |
| | 05/20/02 | Cash Receipt | -208,241.94 |