IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: November 11, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. Grace & Company                              October 16, 2002
Client No.       734680                           Page   1
Invoice No.                    ******
```

         For Professional Services Rendered through   09/30/02

Matter #         734680.1         VS. ALLIED SIGNAL

**LITIGATION AND LITIGATION CONSULTING**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/02 | JMA | Phone - C. Marraro re: trial strategy; phone - C. Marraro re: scheduling; receipt and review letter from K. Millian to Judge Cavanaugh; phone - C. Marraro re: scheduling | 1.00 | 325.00 |
| 09/03/02 | MEF | Review revised stipulations; telephone call with C. Marraro regarding meeting topics | .90 | 193.50 |
| 09/03/02 | MEF | Memo regarding travel expenses on August 22 and 23 | .20 | 43.00 |
| 09/04/02 | JMA | Conference with C. Marraro re: trial strategy re: witnesses | .50 | 162.50 |
| 09/04/02 | MEF | Conference with C. Marraro regarding photos and damage documents | 1.50 | 322.50 |
| 09/04/02 | MEF | Telephone call with W. Hughes regarding damage documents and exhibit list and stipulations | .30 | 64.50 |
| 09/04/02 | MEF | Continue reviewing stipulations | 1.50 | 322.50 |
| 09/05/02 | JMA | Phone - C. Marraro re: scheduling | .20 | 65.00 |
| 09/05/02 | MEF | Telephone calls with C. Marraro regarding damage documents | .40 | 86.00 |
| 09/05/02 | MEF | Telephone call with S. German regarding final pretrial dates | .20 | 43.00 |
| 09/05/02 | MEF | Review amended notice of agenda; review docket (bankruptcy) for May 1, 2002 to present | .50 | 107.50 |
| 09/05/02 | MEF | Prepare memo to D. Garvey regarding damage documents | 1.40 | 301.00 |
| 09/05/02 | MEF | Voice mail - D. Garvey | .10 | 21.50 |
| 09/05/02 | MEF | Emails to/from M. Moasser regarding damage documents | .20 | 43.00 |
| 09/06/02 | JMA | Receipt and review letter from F. Boenning | .30 | 97.50 |
| 09/06/02 | JMA | Review revised Stipulation of Facts for Pretrial Order | 1.40 | 455.00 |
| 09/06/02 | MEF | Review email from B. Hughes regarding damage chart; email to B. Hughes regarding same; review emails from M. Moasser regarding damage chart; emails to M. Moasser regarding same | .40 | 86.00 |
| 09/06/02 | MEF | Trial Prep - Review bills regarding application | .70 | 150.50 |

| | |
|---|---|
| W.R. Grace & Company | October 16, 2002 |
| Client No.     734680 | Page   2 |
| Invoice No.         ****** | |

| | | | | |
|---|---|---|---|---|
| | | for attorney's fees if successful at trial | | |
| 09/06/02 | MEF | Continue reviewing revised stipulations | .50 | 107.50 |
| 09/06/02 | MEF | Telephone call with D. Garvey regarding damage documents | .20 | 43.00 |
| 09/06/02 | MEF | Telephone call with S. German regarding adjournment of Final Pretrial Order; telephone call with J. Kelly regarding same | .20 | 43.00 |
| 09/06/02 | MEF | Revise stipulations | .30 | 64.50 |
| 09/06/02 | MEF | Email to C. Marraro and B. Hughes regarding revisions to stipulations | .10 | 21.50 |
| 09/09/02 | JMA | Receipt and review Scheduling Order from Judge Cavanaugh; review file for meeting; attend meeting with C. Marraro, A. Nagy, etc. re: development issues; conference with C. Marraro re: trial strategy | 4.00 | 1300.00 |
| 09/09/02 | MEF | Review Order rescheduling Final Pretrial Conference  and service/filing of Findings of Fact/Conclusions of Law; email from B. Hughes regarding damage chart - Dames & Moore; telephone call with S. German's office regarding order | .40 | 86.00 |
| 09/10/02 | MEF | Review letter from M. Moasser regarding photos; review additional photos | .60 | 129.00 |
| 09/10/02 | MEF | Review email from B. Banks regarding schedule; review revised October calendar - Final Pretrial deadlines | .20 | 43.00 |
| 09/11/02 | JMA | Phone - C. Marraro re: trial strategy | .30 | 97.50 |
| 09/12/02 | JMA | Receipt and review letter from F. Boenning; receipt and review Order scheduling pretrial conference; receipt and review email re: expert testimony; conference with MEF re: trial exhibits | .80 | 260.00 |
| 09/13/02 | JMA | Review of and revisions to trial exhibit list; review damage exhibits | 2.80 | 910.00 |
| 09/13/02 | MEF | Review emails from B. Banks regarding chart of removed invoices; review chart; revise chart; email to B. Banks regarding correlation between chart and binder of documents; email to B. Hughes and C. Marraro regarding removed damage items; email to B. Hughes regarding amending chart; emails to/from M. Moasser regarding revisions to chart | .80 | 172.00 |
| 09/16/02 | JMA | Phone - C. Marraro re: trial strategy; review | 2.50 | 812.50 |

```
W.R. Grace & Company                                    October 16, 2002
Client No.        734680                                Page   3
Invoice No.                  ******
```

|            |     |                                                                                                                                                              |       |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | of and revisions to trial exhibit list                                                                                                                       |       |        |
| 09/17/02   | JMA | Phone - C. Marraro re: scheduling; phone - C. Marraro re: trial strategy; phone - C. Marraro re: trial exhibits                                               | 1.00  | 325.00 |
| 09/18/02   | JMA | Phone - C. Marraro re: trial issues; phone conference with C. Marraro and investigator re: photos                                                             | .50   | 162.50 |
| 09/19/02   | JMA | Receipt and review letter from M. Caffrey; phone - C. Marraro re: scheduling issues                                                                           | .40   | 130.00 |
| 09/19/02   | MEF | Telephone call with D. Garvey regarding damage documents; telephone call with C. Marraro regarding same; telephone call with D. Garvey regarding Route 440 litigation | .30   | 64.50  |
| 09/20/02   | JMA | Notice of agenda for 9/23/02 bankruptcy court hearing                                                                                                         | .20   | 65.00  |
| 09/20/02   | MEF | Review fax from C. Marraro regarding review ICO response to Grace proposed stipulations for final pretrial order; review Millian letter regarding objections and additional stipulations | .80   | 172.00 |
| 09/21/02   | MEF | Review email from B. Hughes regarding ICO comments on stipulation                                                                                             | .20   | 43.00  |
| 09/21/02   | MEF | Review email from R. Tobin to L. Ferdinand regarding draft order allowing fees; review email from S. Baina to L. Ferdinand regarding same                     | .20   | 43.00  |
| 09/23/02   | MEF | Review email from M. Caffrey regarding Honeywell stipulations for final pretrial order                                                                        | 2.60  | 559.00 |
| 09/23/02   | MEF | Telephone call with C. Marraro regarding meeting regarding trial preparation; telephone call with C. Marraro and B. Hughes regarding ICO stipulations and Honeywell Stipulations | .30   | 64.50  |
| 09/23/02   | MEF | Voice mail - M. Schiappa regarding final pretrial order                                                                                                       | .20   | 43.00  |
| 09/23/02   | MEF | Review email from B. Hughes regarding Grace revised stipulations                                                                                              | .20   | 43.00  |
| 09/23/02   | MEF | Letter to M. Caffrey regarding Grace Stipulations                                                                                                             | .20   | 43.00  |
| 09/23/02   | MEF | Email to M. Caffrey regarding Grace Stipulations                                                                                                              | .10   | 21.50  |
| 09/23/02   | MEF | Telephone call with M. Caffrey regarding stipulations                                                                                                         | .10   | 21.50  |

```
W.R. Grace & Company                                    October 16, 2002
Client No.       734680                                 Page   4
Invoice No.                ******
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/02 | JMA | Letter to Jim Dunn re: obtaining information relating to site | .20 | 65.00 |
| 09/24/02 | JMA | Meeting with C. Marraro and MEF re: preparation of Grace response to Honeywell's 623 proposed stipulated facts | 8.00 | 2600.00 |
| 09/24/02 | JMA | Receipt and review email re: meeting with clients re: trial strategy | .20 | 65.00 |
| 09/24/02 | JMA | Receipt and review letter form M. Schiappa | .10 | 32.50 |
| 09/24/02 | MEF | Meeting with C. Marraro and JMA regarding review of and response to Honeywell's 623 proposed stipulations of fact for determination as to which facts to stipulate/contest for final pretrial order | 9.00 | 1935.00 |
| 09/25/02 | JMA | Meeting with C. Marraro and MEF re: preparation of Grace responses to Honeywell proposed stipulated facts for final pretrial order; phone conference with C. Marraro, MEF, A. Nagy, J. McFarland re: trial issues; phone conference with C. Marraro, MEF, plaintiffs' attorney re: plaintiffs' proposed stipulated facts for final pretrial order | 9.50 | 3087.50 |
| 09/25/02 | MEF | Conference with JMA and C. Marraro regarding continue reviewing and responding to Honeywell's 623 proposed stipulated facts for Final Pretrial Order | 10.00 | 2150.00 |
| 09/25/02 | MA | Telephone call with Jersey City Library, NJ re articles on Valley Fair Building. and Roosevelt drive-in closing | .20 | 15.00 |
| 09/26/02 | JMA | Meeting with C. Marraro and MEF re: complete preparation of Grace responses to Honeywell proposed stipulated facts for final pretrial order, review exhibits and continue preparation of Grace exhibit list for final pretrial order, discuss trial strategy and applicable law on liability and damage issues | 7.80 | 2535.00 |
| 09/26/02 | JMA | Phone - J. Dunn re: photos and other information relating to site | .30 | 97.50 |
| 09/26/02 | MEF | Review and revise responses to Honeywell's Proposed Stipulated Facts | .50 | 107.50 |
| 09/26/02 | MEF | Conference with JMA and C. Marraro regarding Grace Defendants' exhibits and exhibit list, Honeywell's privilege log, plaintiff's proposed stipulated facts; telephone call with JMA, C. Marraro, A. Nagy regarding ICO stipulated fact; | 7.80 | 1677.00 |

```
W.R. Grace & Company                                    October 16, 2002
Client No.      734680                                  Page   5
Invoice No.                  ******
```

|  |  |  |  |
|---|---|---|---|
| | | telephone with JMA, C. Marraro and K. Millian regarding same | |
| 09/27/02 | JMA | Review factual information on witnesses, proposed stipulation of fact and documents re: preparation of Grace defendants' witness list; prepare vendor witness list re: Honeywell invoices; phone - C. Marraro and MEF re: trial strategy issues | 4.40   1430.00 |
| 09/27/02 | MEF | Telephone call C. Marraro and B. Hughes regarding Final Pretrial Order - expert summary qualifications | .20     43.00 |
| 09/27/02 | MEF | Telephone call with C. Marraro regarding response to Honeywell's proposed stipulated facts; telephone call with JMA and C. Marraro regarding same | .80    172.00 |
| 09/27/02 | MEF | Revise response to Honeywell's proposed stipulated facts | 2.00    430.00 |
| 09/27/02 | MEF | Email to P. Goad regarding summary of expert qualifications for Final Pretrial Order; email from P. Goad regarding same | .20     43.00 |
| 09/27/02 | MA  | File correspondence with Jersey City Library, New Jersey Room re articles on the closing of Valley Fair Building and Roosevelt Drive-In - follow up; prepare memo to MEF | .50     37.50 |
| 09/28/02 | JMA | Review file for conference call; conference call with C. Marraro and B. Hughes re: Grace defendants' trial fact witness list and trial expert witness list; prepare witness lists | 5.50   1787.50 |
| 09/28/02 | MEF | Review, revise and finalize Grace defendants' response to Honeywell's 623 proposed stipulated facts | 1.00    215.00 |
| 09/28/02 | MEF | Review email from M. Aponte regarding Valley Fair and Roosevelt Drive-In | .20     43.00 |
| 09/29/02 | MEF | Review 87th street owners corporate decision regarding RCRA claims | .40     86.00 |
| 09/30/02 | JMA | Phone - C. Marraro re: Grace witness lists | .30     97.50 |
| 09/30/02 | JMA | Review and revise Grace witness list for final pretrial order | 1.00    325.00 |
| 09/30/02 | JMA | Phone - C. Marraro and B. Hughes re: authentication of trial exhibits | .40    130.00 |
| 09/30/02 | MEF | Telephone call with C. Marraro regarding current version of Grace stipulated facts | .20     43.00 |

```
W.R. Grace & Company                                    October 16, 2002
Client No.        734680                                Page   6
Invoice No.                 ******
```

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 09/30/02 | MEF | Review email from C. Marraro regarding deposition designations; email to C. Marraro regarding same | .20 | 43.00 |
| 09/30/02 | MEF | Final pretrial order - review aerials, photographs and deeds; update trial exhibit list regarding same; review memo of option agreement | 4.00 | 860.00 |
| 09/30/02 | MEF | Telephone call with C. Marraro regarding exhibit list and photos | .10 | 21.50 |
| 09/30/02 | MEF | Letter to C. Marraro regarding updated exhibit documents, deeds, 11/66 memo of option agreement | .50 | 107.50 |
| 09/30/02 | MEF | Review email from C. Marraro regarding final Grace stipulations of fact; review additional stipulation of fact | .50 | 107.50 |
| 09/30/02 | MA | Conduct corporate search for Great Eastern Mills, Inc., Great Eastern of Jersey City, Little Falls and Plainfield | 1.10 | 82.50 |

**FEE APPLICATIONS, APPLICANT**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/02 | MEF | Review August billing in preparation of interim fee application | .40 | 86.00 |
| 09/06/02 | MEF | Review revised fee detail | .30 | 64.50 |
| 09/09/02 | MEF | Review email from W. Smith regarding deficiencies in summaries of time; telephone call with W. Smith's office (message) | .30 | 64.50 |
| 09/09/02 | MEF | Telephone call with W. Smith regarding fee categories - product summary; review letter to professionals | .40 | 86.00 |
| 09/09/02 | MEF | Prepare revised project and expense category charts for (1) 4th Quarterly Interim Fee Application; and (2) 5th Quarterly Interim Fee Application; email to W. Smith forwarding same | 1.80 | 387.00 |
| 09/09/02 | MEF | Email to P. Cuniff regarding copies of letters to professionals | .20 | 43.00 |
| 09/09/02 | MEF | Voice mail from Laverne at W. Smith's office; telephone call with W. Smith's office regarding revised project/expense charts | .20 | 43.00 |
| 09/10/02 | MEF | Revise project/expense categories for the 4th and 5th Quarterly Interim Fee Applications per voice mail from Laverne at W. Smith's office | .80 | 172.00 |
| 09/11/02 | MEF | Review email from Laverne Ferdinand at W. | .20 | 43.00 |

```
W.R. Grace & Company                                       October 16, 2002
Client No.      734680                                     Page   7
Invoice No.                    ******
```

| | | | | |
|---|---|---|---|---|
| | | Smith's office regarding Project Category Summaries | | |
| 09/12/02 | JMA | Fee applications - receipt and review correspondence from P. Galbraith re: compensation of professionals; review MEF e-mails to Fee Auditor; conference with MEF re: compliance with fee auditor requests | 1.00 | 325.00 |
| 09/17/02 | JMA | Fee Application - review monthly fee application for August 2002, conference with MEF, execution of fee application | .60 | 195.00 |
| 09/17/02 | MEF | Preparation of sixth monthly interim fee application; email to P. Cuniff regarding no objection certificate and sixth fee application | 1.90 | 408.50 |
| 09/19/02 | MEF | Review email from P. Cuniff regarding no order required; telephone call with K. DePhillips office regarding same; voice mail - S. McFarlan; voice mail - P. Cuniff; voice mail from P. Galbraith regarding fee application and CNO; voice mail - P. Galbraith regarding same | .70 | 150.50 |
| 09/20/02 | MEF | Voice mail from P. Galbraith regarding August summary coversheet; revise August summary coversheet; email to P. Galbraith regarding same | .40 | 86.00 |
| 09/20/02 | MEF | Review email from L. Ferdinand (fee auditor) regarding 4th quarterly project category spreadsheet; review spreadsheet; review email from L. Ferdinand regarding draft order allowing fees; review draft order | .50 | 107.50 |
| 09/24/02 | MEF | Fee application review fee auditor's initial report regarding Carella Byrne 5th Interim Quarterly Application; begin drafting response to fee auditor's initial report | .50 | 107.50 |
| 09/25/02 | JMA | Fee Application - Review Fee Auditor's Initial Report - 5th Interim Quarterly Fee Application; prepare notes re: response | .60 | 195.00 |
| 09/26/02 | JMA | Fee Application - conference with MEF re: preparation of response to Fee Auditor Initial Report - 5th Quarterly Interim Fee application | 1.00 | 325.00 |
| 09/26/02 | MEF | Fee application conference with JMA regarding Fee Auditor's initial report on 5th Quarterly Interim fee application and response | 1.00 | 215.00 |
| 09/27/02 | MEF | Telephone call with W. Smith regarding Fee Auditor's report on 5th Quarterly Fee Application; Carella Byrne's response | .20 | 43.00 |
| 09/28/02 | MEF | Draft response to Fee Auditor's Initial Report | 1.30 | 279.50 |

```
W.R. Grace & Company                                    October 16, 2002
Client No.       734680                                 Page  8
Invoice No.                     ******
```

       for Carella Byrne's Fifth Quarterly Interim Fee
       Application

```
09/28/02 MEF Review fee detail for August 2002 time; email    .50    107.50
             to W. Smith regarding same

09/30/02 JMA Fee Application - conference with MEF re:       2.00    650.00
             review and revise Carella Byrne response to Fee
             Auditor Initial Report regarding Fifth
             Quarterly Fee Application

09/30/02 MEF Fee application - conference with JMA regarding 2.00    430.00
             review and revise Carella, Byrne response to
             Fee Auditor Initial Report regarding 5th
             quarterly interim fee application

09/30/02 MEF Fee application - revise response to fee        1.00    215.00
             auditor's initial report regarding 5th
             quarterly interim fee application
```

**TRAVEL NON-WORK**

```
09/24/02 MEF Travel -  (non-work) To Washington, D.C.        1.60    344.00

09/25/02 JMA Travel - non-work - New Jersey to Washington,   2.40    780.00
             DC, for meeting with C. Marraro

09/26/02 MEF Travel to NJ (non-work)                         2.00    430.00

09/26/02 JMA Travel - non-work - Washington, DC to New       2.50    812.50
             Jersey return from meeting
```

                                                                                 --------------

Total Fees:                                                        36,446.50


       Disbursements


Travel Expense

```
09/24/02 Continental Airline   JMA  9/25-9/26                523.00
09/24/02 Continental Airline   MEF 9/24-9/26                 548.50
09/30/02 The Mayflower Hotel   MEF 9/24 - 9/25               525.56
09/30/02 The Latham Hotel   MEF   09/25 - 09/26              280.53
09/30/02 Meals - Working dinner with M. Moasser               78.48
09/30/02 The Latham Hotel JMA  09/25 - 09/26                 316.02
09/30/02 Travel Expense   MEF (MY LIMO) #117130 9/24          63.10
09/30/02 Travel Expense   JMA  (MY LIMO) 9/25                 63.10
09/30/02 Travel Expense JMA (MY LIMO) # 117373 9/26           63.10

                                        SUBTOTAL:   2461.39

09/30/02 Photocopies                                         228.75
09/30/02 Telephone                                            92.82
09/30/02 Federal Express                                      68.41
```

```
W.R. Grace & Company                                    October 16, 2002
Client No.       734680                                 Page   9
Invoice No.                  ******

09/30/02 Messenger - In House                              75.00



W.R. GRACE & COMPANY                                    October 11, 2002
Client No.       734680                                 Page     13
INVOICE NO.      17386
                                                        --------------
Total Costs                                                   2,926.37
                                                        --------------
Total Due this Matter                                        39,372.87
=============
```

```
W.R. GRACE & COMPANY                                    October 11, 2002
Client No.       734680                                 Page     14
```

```
W.R. Grace & Company                                    October 16, 2002
Client No.       734680                                 Page   10
Invoice No.                    ******

INVOICE NO.              17386


SUMMARY OF FEES:

    *----------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS              FEES
     J M AGNELLO                      325.00   63.70          20702.50
     M E FLAX                         215.00   72.60          15609.00
     MICHAEL APONTE                    75.00    1.80            135.00
                            TOTALS            138.10          36446.50
```

#157495 v1 - W.R. Grace Bill Invoice 17386
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700