# EXHIBIT B

W.R. Grace & Company                                    October 16, 2002
Client No.      734680                                  Page  8
Invoice No.                    ******

          for Carella Byrne's Fifth Quarterly Interim Fee
          Application

09/28/02 MEF Review fee detail for August 2002 time; email      .50    107.50
          to W. Smith regarding same

09/30/02 JMA Fee Application - conference with MEF re:         2.00    650.00
          review and revise Carella Byrne response to Fee
          Auditor Initial Report regarding Fifth
          Quarterly Fee Application

09/30/02 MEF Fee application - conference with JMA regarding   2.00    430.00
          review and revise Carella, Byrne response to
          Fee Auditor Initial Report regarding 5th
          quarterly interim fee application

09/30/02 MEF Fee application - revise response to fee          1.00    215.00
          auditor's initial report regarding 5th
          quarterly interim fee application

**TRAVEL NON-WORK**

09/24/02 MEF Travel -  (non-work) To Washington, D.C.          1.60    344.00

09/25/02 JMA Travel - non-work - New Jersey to Washington,     2.40    780.00
          DC, for meeting with C. Marraro

09/26/02 MEF Travel to NJ (non-work)                           2.00    430.00

09/26/02 JMA Travel - non-work - Washington, DC to New         2.50    812.50
          Jersey return from meeting

                                                            -------------
Total Fees:                                                   36,446.50


          Disbursements


Travel Expense

09/24/02 Continental Airline  JMA  9/25-9/26              523.00
09/24/02 Continental Airline  MEF 9/24-9/26               548.50
09/30/02 The Mayflower Hotel  MEF 9/24 - 9/25             525.56
09/30/02 The Latham Hotel  MEF  09/25 - 09/26             280.53
09/30/02 Meals - Working dinner with M. Moasser            78.48
09/30/02 The Latham Hotel JMA  09/25 - 09/26              316.02
09/30/02 Travel Expense  MEF (MY LIMO) #117130 9/24        63.10
09/30/02 Travel Expense  JMA  (MY LIMO) 9/25               63.10
09/30/02 Travel Expense JMA (MY LIMO) # 117373 9/26        63.10

                              SUBTOTAL:   2461.39

09/30/02 Photocopies                                      228.75
09/30/02 Telephone                                         92.82
09/30/02 Federal Express                                   68.41

W.R. Grace & Company                           October 16, 2002
Client No.        734680                       Page  9
Invoice No.              ******

09/30/02 Messenger - In House                          75.00


W.R. GRACE & COMPANY                           October 11, 2002
Client No.            734680                   Page     13
INVOICE NO.           17386

                                                    -------------
Total Costs                                            2,926.37
                                                    -------------
Total Due this Matter                                 39,372.87
==============

W.R. GRACE & COMPANY                           October 11, 2002
Client No.            734680                    Page     14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 14th day of October, 2002

_____
Notary Public

My Commission Expires:
**LOIS ISAACSON**
**A Notary Public of New Jersey**
**My Commission Expires 6/19/06**