# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JULY 1, 2002 THROUGH JULY 31, 2002

Engagement Costs – Chapter 11 Administration

| | |
|---|---:|
| Duplicating | 18.20 |
| Express Delivery | 7.74 |
| Telephone | 0.57 |
| Travel and Miscellaneous Expense[3] | 92.00 |
| Matter Total Engagement Cost | 118.51 |

Engagement Costs - Fraud Case: Discovery/Insurance Information

| | |
|---|---:|
| Express Delivery | 39.06 |
| Facility Copying Expense | 622.72 |
| Matter Total Engagement Cost | 661.78 |

Engagement Costs - Lampetr Joint Venture/WRG

| | |
|---|---:|
| Duplicating | 31.78 |
| Telephone | 9.12 |
| Matter Total Engagement Cost | 40.90 |

Engagement Costs - NY Superfund Action

| Date | Description | Amount |
|---|---|---:|
| 07/09/02 | Paid Echo Appellate for service rendered # 10501 S#3362[4] | 11889.90 |
| 07/31/02 | Duplicating (408 copies @ $0.14 per copy) | 57.12 |
| | Computer Assisted Research[5] | 1681.66 |
| | Document Access Facility -- Annex -- July 2002 | 2864.00 |
| | Express Delivery | 62.82 |
| | Facility Copying Expense | 99.12 |
| | Telephone | 37.88 |

---

[3] See Engagement Cost Report and Business Development Charge Report attached hereto as Exhibit "1."
[4] See Echo Appellate Press, Inc. Invoice attached hereto as Exhibit "2."
[5] The Computer Assisted Research charges were incurred as part of the research conducted to draft W.R. Grace's reply brief in further support of its appeal in the Second Circuit. In addition to research, these charges reflect checking the quotations and citations that were used in W. R. Grace's reply brief, as well as reviewing the cases cited by CNA in its brief in opposition. Additionally, see Disbursement Subsidiary Report attached hereto as Exhibit "3."

1

|  |  |  |
|---|---|---:|
|  | Matter Total Engagement Cost | 16,692.50 |

Engagement Costs - Prudential, et al.

|  |  |  |
|---|---|---:|
| Duplicating |  | 16.10 |
|  | Matter Total Engagement Cost | 16.10 |

Engagement Costs - Tahari, Ltd.

|  |  |  |
|---|---|---:|
| Computer Assisted Research |  | 68.25 |
| Duplicating |  | 37.80 |
| Express Delivery |  | 25.48 |
| Telephone |  | 9.81 |
|  | Matter Total Engagement Cost | 141.34 |

Engagement Costs - Intercat, Inc. et al.

|  |  |  |
|---|---|---:|
| Computer Assisted Research |  | 2.50 |
| Telephone |  | 14.25 |
|  | Matter Total Engagement Cost | 16.75 |

Engagement Costs – Channel Home Centers

|  |  |  |
|---|---|---:|
| Charge New Jersey Treasury from Deposit Account for filing |  | 5.00 |
|  | Matter Total Engagement Cost | 5.00 |

2

# EXHIBIT 1

9/26/02 Pitney, Hardin, Kipp & Szuch, LLP (_PHDSB02JB)
11:15 AM Req'd By: KANDOLAB
Engagement Cost Report
Includes: Hard, Billed Currency: USD

Periods: 200206 To 200208   Dates: 1/1/02 To 8/31/02

Matter: 095992  Chapter 11 Administration

Client: 082910  W.R. GRACE & CO.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/15/02 | TVLEXP | PD AMEX FOR TRAVEL EXPENSE;SAZ;CK# 235801 | 1502209 | WRG.24 | 1997142 | 8/21/02 | $40.00 | $40.00 | $40.00 |
| 5/21/02 | TVLEXP | PD AMEX FOR TRAVEL EXPENSE;SAZ;CK# 235801 | 1502210 | WRG.24 | 1997142 | 8/21/02 | $52.00 | $52.00 | $52.00 |
| **Matter 095992 Totals:** | | | | | | | $92.00 | $92.00 | $92.00 |
| **Client 082910 Totals:** | | | | | | | $92.00 | $92.00 | $92.00 |
| **Report Totals** | | | | | | | $92.00 | $92.00 | $92.00 |

Page: 1

**NAME: SCOTT A. ZUBER**

| | | | | | |
|---|---|---|---|---|---|
| 659136 | 101 | CARD NUMBER 3782-906600-71862 | | | |
| 659142 | 102 | TRAVEL AGENCY SERVICE CORAL GABLES FL<br>TKT# 8901962130326                              05/15 | | 40.00 | 082910. |
| 495136 | 103 | TRAVEL AGENCY SERVICE CORAL GABLES FL<br>TKT# 8901962130365                              05/21 | | 52.00 | 095992 |
| 700141 | 104 | AMTRAK                     CORAL GABLES FL<br>TKT# 5547254340379                         05/15 | | ~~302.00~~ | |
| | | AMTRAK                     CORAL GABLES FL<br>TKT# 5547254340379     VOIDED TKT  05/15 | | | ~~302.00~~ |

# EXHIBIT 2

# ECHO APPELLATE PRESS, INC.

30 West Park Avenue
Long Beach, NY 11561
516.432.3601
FED. I.D. NO 11-2436537

# Invoice

| DATE | Job # |
|---|---|
| 7/9/2002 | 12293 |

| BILL TO |
|---|
| PITNEY, HARDIN, KIPP & SZUCH, LLP |
| PO BOX 1945 |
| MORRISTOWN, NEW JERSEY 07962-1945 |

| CASE / COURT |
|---|
| MARYLAND CASUALTY V |
| W.R. GRACE |
| US COURT OF APPEALS |
| 2ND CIRCUIT |

PAID TO: *Michael Waller*
APPROVED.....
VENDOR NO..... 03758
CHECK NO..... 23756 ♂
CHARGE / 0501

| DESCRIPTION | AMOUNT |
|---|---|
| Reproduction Services, Filing etc for Joint Appendix on Appeal consisting of 4 Volumes | 11,889.90T |
|  | 0.00T |
| YOU MAY DEDUCT $320.00 FROM THIS INVOICE IF PAID BY JULY 29, 2002 | |
| Out-of-state sale, exempt from sales tax | 0.00 |

**Total**  $11,889.90

ALL INVOICES ARE PAYABLE UPON RECEIPT
THANK YOU FOR DOING BUSINESS WITH
ECHO APPELLATE PRESS

7-22-02
OK to pay
*Michael Waller*
082913.000009

# EXHIBIT 3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/26/02 | | | Pitney, Hardin, Kipp & Szuch, LLP | | | | | | Report: DISB02 |
| 11:49 AM | | | **Disbursement Subsidiary Report** | | | | | | Req'd By: KANDOLAB |
| Includes: Hard,Soft,Billed,Unbilled | | | Period: 200205 to 200209   Date: 5/1/02 to 9/26/02 | | | | | | Currency: USD |

| Tran Date | Code | Description | Inv/Chk Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | | |
| Matter: 000009  NY Superfund Action | | | | | | | | | | |
| 7/31/02 | CAR | Computer Assisted Res | | 1504271 | | 1997711 | 8/22/02 | $24.67 | $24.67 | $24.67 |
| 7/31/02 | CAR | Computer Assisted Res | | 1504272 | | 1997711 | 8/22/02 | $117.00 | $117.00 | $117.00 |
| 7/31/02 | CAR | Computer Assisted Res | | 1504388 | | 1997711 | 8/22/02 | $32.20 | $32.20 | $32.20 |
| 7/31/02 | CAR | Computer Assisted Res | | 1504389 | | 1997711 | 8/22/02 | $670.27 | $670.27 | $670.27 |
| 7/31/02 | CAR | Computer Assisted Res | | 1504390 | | 1997711 | 8/22/02 | $676.97 | $676.97 | $676.97 |
| 7/31/02 | CAR | Computer Assisted Res | | 1504391 | | 1997711 | 8/22/02 | $160.55 | $160.55 | $160.55 |
| Matter Total:  000009 | | | | | | | | $1,681.66 | $1,681.66 | $1,681.66 |
| Client Total:  082913 | | | | | | | | $1,681.66 | $1,681.66 | $1,681.66 |
| Report Total: | | | | | | | | $1,681.66 | $1,681.66 | $1,681.66 |

Start Time: 11:49 AM
End Time: 11:49 AM

Page: 1

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 11, 2002 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

935799A01101102

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: October 14, 2002

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2