## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 01- 01139 thru 01200 (AMW) |
| W. R. GRACE & CO., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING WACHOVIA BANK NATIONAL ASSOCIATION RELIEF FROM THE AUTOMATIC STAY IN ORDER TO EFFECT SETOFF PURSUANT TO 11 U.S.C. § 553

THIS MATTER having come before the Court upon the Motion of Wachovia Bank National Association ("Wachovia") for Relief from the Automatic Stay in Order to Effect Setoff (the "Motion"), wherein Wachovia has sought relief from the automatic stay in order to setoff a certain pre-petition deposit account balance owned by Debtor W. R. Grace & Co.-Conn. ("Grace-Conn") against amounts owed to Wachovia by Grace-Conn under certain pre-petition letters of credit issued by Wachovia for the account of Grace-Conn; and upon consideration of the pleadings and exhibits filed in this matter, and the arguments of counsel; and a hearing having been held on October 28, 2002; and due and sufficient notice of the Motion have been given; and after due deliberation thereon, and good and sufficient case appearing therefore,

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Motion is granted; and

2. The Court shall retain jurisdiction to interpret, enforce, and implement the terms

2714
9/20/02

and provisions of this Order and to resolve any disputes arising hereunder.

Dated: __Oct. 24__, 2002
   Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

WL1: 70103.01