FILED

02 OCT 17 AM 10: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tara J. Schleicher, OSB #95402
Farleigh, Wada & Witt, P.C.
121 S.W. Morrison, Suite 600
Portland, OR 97204
Telephone: (503) 228-6044

Of Attorneys for Richards Packaging, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE |
| | ) | (Richards Packaging, Inc. and Farleigh, Wada & Witt, P.C.) |

Farleigh, Wada & Witt, P.C., counsel for Richards Packaging, Inc., hereby (1) withdraws its request for special notice of all matters which must be noticed to creditors, any Creditors Committee, and any other parties of interest, whether sent by the Court, the Debtor, or any other party, and (2) requests that Farleigh, Wada & Witt, P.C. and Richards Packaging, Inc. be removed from the special notice list in this case.

DATED this 10th day of October, 2002.

FARLEIGH, WADA & WITT, P.C.

_____
Tara J. Schleicher, OSB #95402
Attorneys for Richards Packaging, Inc.

Page 1 -    WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE
(Richards Packaging, Inc. and Farleigh, Wada & Witt, P.C.)
H:\Client\RPI\11645\Withdrow.rsn

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

# CERTIFICATE OF SERVICE

I hereby certify that on October 16th, 2002, I served the foregoing WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE (Richards Packaging, Inc. and Farleigh, Wada & Witt, P.C.) on the following individuals by mailing to said individuals a true copy thereof, addressed to his/her last known regular address and deposited in the Post Office at Portland, Oregon:

Frank J. Perch, III
Office of the US Trustee
844 King St., Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Barry D. Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103
    Attorneys for AON Consulting

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
    Attorneys for Abner Defendants

Jonathan C. Hantke
Pamela H. Wlaters
14910 Aldine-Westfield Rd.
Houston, TX 77032
    Attorneys for Aldine Independent School District

Joseph Grey
Stevens & Lee
300 Delaware Ave., 8th Floor
Suite 800
Wilmington, DE 19801
    Attorneys for American Real Estate Holdings, LP

Amroc Investments, LLC
535 Madison Ave., 15th Floor
New York, NY 10022

Keavin D. McDonald
1221 McKinney, Suite 4550
Houston, TX 77010
    Attorneys for Asbestos Claimants

Avenue Capital Management
Attn: Andrew E. Shirley
535 Madison Ave.
New York, NY 10022

Neil J. Levitsky
Agostini, Levitsky, Isaacs, & Kulesza
824 N. Market St., Suite 810
P.O. Box 2323
Wilmington, DE 19899-2323
    Attorneys for BMW Constructors, Inc.; Timothy Kane

Richard B. Specter
Mark M. Monachino
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92612-1086
    Attorneys for William C. Baker; Eber E. Jaques; Bradford H. Miller; Montgomery R. Fisher; Sharon R. Ormsbee; Marilyn Rea; The Fisher Trust

Scott Baldwin, Jr.
Baldwin & Baldwin, LLP
400 W. Houston St.
Marshall, TX 75670
    Attorneys for Baldwin & Baldwin

William David Sullivan
Elzufon, Austin, et al
300 Delaware Ave., Suite 1700
Wilmington, DE 19801
    Attorneys for Marco Barbanti; Ralph Busch; John & Margery Prebil; Paul Price

Bear, Stearns & Co., Inc.
Attn: Bryan Shapiro
245 Park Ave.
New York, NY 10167

James G. Damon
Daniel S. Miller
Voss, Cook & Thel, LLP
895 Dove St., Suite 450
Newport Beach, CA 92660-2998
    Attorneys for David T. Beauchamp

Jonathan D. Berger
1622 Locust St.
Philadelphia, PA 19103-6365

**FARLEIGH, WADA & WITT, P.C.**
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | William B. Butler<br>Law Offices of Beirsdorf & Associates, P.A. | Christopher Momjian<br>Attorney General |
| 2 | 4100 City Center<br>33 South Sixth St. | 21 S. 12th St., 3rd Floor<br>Philadelphia, PA 19107 |
| 3 | Minneapolis, MN  55402 |     Attorneys for Commonwealth of Pennsylvania<br>    Dept. of Revenue |
| 4 | Gerard T. Bukowski<br>VP and General Counsel | Contrarian Capital Management, LLC |
|   | Burns & McDonnell Engineering | 411 West Putnam Ave., Suite 225 |
| 5 | 9400 Ward Parkway<br>Kansas City, MO  64114-3319 | Greenwich, CT  06830 |
| 6 | Patrick J. Lamb | Contrarian Capital Trade Claims, LP<br>Attn: Alisa Minsch |
|   | Butler Rubin Saltarelli & Boyd | 411 West Putnam Ave., Suite 225 |
| 7 | Three First National Plaza<br>70 West Madison St., Suite 1800 | Greenwich, CT  06830 |
| 8 | Chicago, IL  60602 | Timothy P. Dowling<br>Gary, Thomasson, Hall & Marks, P.C. |
| 9 | Matthew G. Zaleski, III<br>Mark T. Hurford | 210 S. Carancahua<br>Corpus Christi, TX  78401 |
|   | Aileen F. Maguire |     Attorneys for Corpus Christi Gasket & Fastener, |
| 10 | Campbell & Levine, LLC<br>1201 N. Market St., 15th Floor |     Inc. |
| 11 | Wilmington, DE  19801<br>    Attorneys for Caplin & Drysdale, Chartered; | Elizabeth Weller<br>2323 Bryan St., Suite 1720 |
|   |     Legal Analysis Systems, Inc.; Official | Dallas, TX |
| 12 |     Committee of Asbestos Personal Injury<br>    Claimants |     Attorneys for County of Dallas, Texas |
| 13 | Richard M. Meth | Faith Matuschek, Deputy Tax Collector<br>Orange County Tax Collector |
|   | Herrick, Feinstein, LLP | P.O. Box 1438 |
| 14 | 2 Penn Plaza, 11th Floor<br>Newark, NJ  07105 | Santa Ana, CA  92702-1438 |
| 15 |     Attorneys for Carteret Venture | Martha E. Romero<br>7743 S. Painter Ave., Suite E |
| 16 | Brett Fallon<br>Christina M. Maycen | Whittier, CA  90602<br>    Attorneys for County of San Diego, California |
|   | Morris, James, Hitchens and Williams | |
| 17 | 222 Delaware Ave., 10th Floor<br>Wilmington, DE  19801 | Stephen Donato<br>1500 MONY Tower 1 |
| 18 |     Attorneys for Caterpillar Financial Services<br>    Corp. | P.O. Box 4976<br>Syracuse, NY  13221-4976 |
| 19 | Deborah E. Spivack |     Attorneys for Crossroads Industrial Park, Inc. |
|   | Richards, Layton & Finger | Brian L. Hansen |
| 20 | One Rodney Square<br>P.O. Box 551 | 1600 Atlanta Financial Center<br>3343 Peachtree Rd., NE |
| 21 | Wilmington, DE  19899<br>    Attorneys for Chase Manhattan Bank | Atlanta, GA  30326<br>    Attorneys for Dalcen Technologies, Inc. |
| 22 | William H. Sudell, Jr. | Debt Acquisition Co. of America V, LLC |
|   | Morris, Nichols, Arsht & Tunnell | 2120 West Washington St. |
| 23 | 1201 N. Market Street<br>P.O. Box 1347 | San Diego, CA  92110 |
| 24 | Wilmington, DE  19899<br>    Attorneys for Chevron USA, Inc. | Allison E. Reardon<br>Delaware Division of Revenue |
|   | | 820 N. French St., 8th Floor |
| 25 | Douglas Gordon<br>607 Market St., Suite 103 | Wilmington, DE  19801<br>    Attorneys for Delaware Division of Revenue |
| 26 | Knoxville, TN  37902<br>    Attorneys for City of Knoxville | |

Page 2  CERTIFICATE OF SERVICE
H:\Client\RPT\11645\cos

*FARLEIGH, WADA & WITT, P.C.*
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | William K. Harrington<br>Michael R. Lastowski | Sanjay Thapar<br>Pitney Hardin Kipp & Szuch, LLP |
| 2 | Duane Morris, LLP<br>1100 North Market St., Suite 1200 | 711 3rd Ave., 20th Floor<br>New York, NY 10017 |
| 3 | Wilmington, DE 19801<br>    Attorneys for Duane Morris, LLP; FTI Polcano |     Attorneys for General Electric Capital Corp. |
| 4 |     & Manzo; Official Committee of Unsecured<br>    Creditors; Official Committee of Unsecured | David W. Carickhoff, Jr.<br>Pachulski, Stang, Ziehl Young & Jones |
| |     Creditors of W.R. Grace & Co., et al. | 919 N. Market St., 16th Floor |
| 5 | John D. Demmy | Wilmington, DE 19899-8705<br>    Attorneys for Pitney Hardin Kipp & Szuch, LLP |
| 6 | Stevens & Lee, P.C.<br>300 Delaware Ave., Suite 800 | Mary M. Maloney Huss |
| | Wilmington, DE 19801 | Wolf, Block, Schorr & Solis-Cohen, LLP |
| 7 |     Attorneys for First Union Commercial Corp. | Wilmington Trust Center<br>1100 N. Market St., Suite 1001 |
| 8 | Florida Dept. of Revenue<br>Attn: Debra Pilgrim, Revenue Specialist | Wilmington, DE 19801<br>    Attorneys for General Electric Co. |
| 9 | P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Martin J. Weis |
| 10 | | Dilworth Paxson, LLP<br>1735 Market St. |
| | Craig A. Slater | 3200 Mellon Bank Center |
| 11 | One HSBC Center, Suite 3550<br>Buffalo, NY 14203-2884 | Philadelphia, PA 19103<br>    Attorneys for General Electric Railcar Services |
| 12 |     Attorneys for GTE Operations Support, Inc. |     Corp. |
| | Selinda A. Melnik | Oscar B. Fears, III |
| 13 | Buchanan Ingersoll, P.C.<br>Chase Manhattan Centre | Assistant Attorney General<br>40 Capitol Square SW |
| 14 | 1201 N. Market St., Suite 1501<br>Wilmington, DE 19801 | Atlanta, GA 30334<br>    Attorneys for Georgia Dept. of Natural |
| 15 |     Attorneys for Gamma Holding NV |     Resources; Georgia Dept. of Revenue |
| | Jeffrey T. Wegner | Georgia Pacific Corporation |
| 16 | 1650 Farnam St.<br>Omaha, NE 68102-2186 | Attn: Larry A. Feind<br>133 Peachtree Street N.E., 7th Floor |
| 17 |     Attorneys for Gelco Corporation, dba GE<br>    Capital Fleet Services | Atlanta, GA 30303 |
| 18 | Kevin J. Mangan | Edward L. Jacobs<br>26 Audubon Place |
| | Walsh Monzack & Monaco, PA | P.O. Box 70 |
| 19 | 1201 Orange St., Suite 400<br>Wilmington, DE 19801 | Fort Thomas, KY 41075-0070<br>    Attorneys for James and Anna Grau; Harry Grau |
| 20 |     Attorneys for General Electric Capital Corp.;<br>    Honeywell International, Inc. |     & Sons, Inc. |
| 21 | Mark C. Goldenberg | Thomas G. Whalen, Jr.<br>Steven & Lee |
| | Elizabeth V. Heller | 300 Delaware Ave., Suite 800 |
| 22 | Goldenberg, Miller, Heller & Antognoli, P.C.<br>2227 S. State Route 157 | Wilmington, DE 19801<br>    Attorneys for HanMar Associates, MLP |
| 23 | P.O. Box 959<br>Edwardsville, IL 62025 | Ben Furth |
| 24 | Frederick B. Rosner | 201 Sansome St., Suite 1000<br>San Francisco, CA 94104 |
| | Cozen O'Connor |     Attorneys for William Pat Harris |
| 25 | 1201 N. Market St., 14th Floor<br>Wilmington, DE 19801 | |
| |     Attorneys for Honeywell International, Inc. | |
| 26 | | |

Page 3   CERTIFICATE OF SERVICE
H:\Client\RPI\11645\cos

*FARLEIGH, WADA & WITT, P.C.*
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | |
|---|---|
| Barbara Fruehauf<br>Cattie & Fruehauf<br>1201 Orange St., Suite 502<br>Wilmington, DE 19801<br>    Attorneys for Hartford Accident & Indemnity<br>    Co., et al | Ronald D. Gorsline<br>1000 Tallan Building<br>Two Union Square<br>Chattanooga, TN 37402-2552<br>    Attorneys for Lawson Electric Co., Inc. |
| Scott Andrew Shail<br>Hogan & Hartson<br>555 Thirteenth St., NW<br>Washington, DC 20004<br>    Attorneys for Hartford Accident & Indemnity<br>    Co., et al | Edward Leddick<br>44E Eillow Street<br>Central Islip, NY 11722 |
| Rick S. Miller<br>Theodore J. Tacconelli<br>Ferry & Joseph<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>    Attorneys for W.D. Hilton, Jr.; Official Committee of Asbestos Property Damage Claimants | Maurie J. Shalmone<br>Longacre Master Fund, LTD<br>1700 Broadway, Suite 1403<br>New York, NY 10019<br>    Attorneys for Longacre Master Fund, Ltd. |
| Gerard G. Pecht<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010-3095<br>    Attorneys for Kaneb Pipe Line Operating Partnership, LP and Support Terminal Services, Inc. | Harvey N. Jones<br>999 Westview Drive<br>Hastings, MN 55033<br>    Attorneys for James and Doris McMurchie |
| | David W. Baddley<br>Greenberg Traurig, P.A.<br>515 East Las Olas Blvd., Suite 1500<br>Fort Lauderdale, FL 33301<br>    Attorneys for MARS Music |
| Robert F. Stewart, Jr.<br>Dilworth Paxson, LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801<br>    Attorneys for Anne Marie P. Kelley | Greenberg Traurig, P.A.<br>The Brandywine Bldg, Suite 1540<br>1000 West Street<br>Wilmington, DE 19801<br>    Attorneys for MARS Music |
| Patrick Scanlon<br>Law Offices of Patrick Scanlon<br>203 NE Front St., Suite 101<br>Milford, DE 19963<br>    Attorneys for Edythe Kellogg | Charles J. Brown<br>Katharine L. Mayer<br>William David Sullivan<br>Elzufon, Austin, Reardon, Tarlov & Mondell<br>300 Delaware Ave., 17th Floor<br>P.O. Box 1630<br>Wilmington, DE 19899<br>    Attorneys for Mechanic's Lien Claimants;<br>    Zonolite Attic Insulation Class Plaintiffs |
| Kerr-McGee Corporation<br>Attn: Myron Cunningham, Esq.<br>Kerr-McGee Center<br>Oklahoma City, OK 73125 | Mohawk Finishing Products, Inc.<br>Attn: Jayne Porter<br>P.O. Box 22000<br>Hickory, N.C. 28603-0200 |
| James H.M. Sprayregen<br>James W. Kapp, III<br>Samuel A. Schwartz<br>Roger J. Higgins<br>Kirkland & Ellis<br>200 East Randolph Dr.<br>Chicago, IL 60601<br>    Attorneys for Debtors | Carol A. Mugford<br>44 Westend Ave.<br>Brentwood, NY 11717 |
| | Francis J. Murphy<br>Murphy, Spadaro & Landon<br>824 N. Market St., Suite 700<br>Wilmington, DE 19899 |
| | Michael S. Davis<br>575 Lexington Ave.<br>New York, NY 10022<br>    Attorneys for National Union Fire Insurance Co. |

**FARLEIGH, WADA & WITT, P.C.**
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | | |
|---|---|---|
| 1 | Ricardo Palacio | John J. Winter |
| | Christopher S. Sontchi | Harvey Pennington Cabot Griffith |
| 2 | Ashby & Geddes, PA | 1835 Market St., 29th Floor |
| | 222 Delaware Ave., 17th Floor | Philadelphia, PA  19103 |
| 3 | Wilmington, DE  19801 |     Attorneys for PPG Industries |
| |     Attorneys for Nation Union Fire Insurance Co.; | |
| |     Official Committee of Asbestos Personal Injury | Richard Allen Keuler, Jr. |
| 4 |     Claimants | Kurt F. Gwynne |
| | | James J. Restivo |
| 5 | Margaret A. Holland | Reed Smith, LLP |
| | Attorney General of New Jersey | 1201 Market St., Suite 1500 |
| | R. J. Hughes Justice Complex | Wilmington, DE  19801 |
| 6 | 25 Market St. |     Attorneys for Reed Smith, LLP; Special |
| | P.O. Box 106 |     Asbestos Products Liability Defense Counsel |
| 7 | Trenton, NJ  08626-0106 | |
| |     Attorneys for New Jersey Director, Division of | Nicholas J. LePore, III |
| 8 |     Taxation | Schnader Harrison Segal & Lewis LLP |
| | | 1600 Market St., Suite 3600 |
| | Barbara Billet | Philadelphia, PA  19103 |
| 9 | Deputy Commissioner & Counsel |     Attorneys for Louis S. Robles |
| | Department of Taxation and Finance | |
| 10 | 340 E. Main St. | Mark Minuti |
| | Rochester, NY  14604 | 222 Delaware Ave., Suite 1200 |
| |     Attorneys for New York State Dept. of Taxation | P.O. Box 1266 |
| 11 |     and Finance | Wilmington, DE  19899 |
| | |     Attorneys for Saul Ewing, LLP |
| 12 | Joel L. Perrell, Jr. | |
| | Miles & Stockbridge, P.C. | Robert L. Eisenbach, III |
| | 10 Light Street | Cooley Godward LLP |
| 13 | Baltimore, MD  21202 | One Maritime Plaza, 20th Floor |
| |     Attorneys for Niro, Inc. | San Francisco, CA  94111-3580 |
| 14 | |     Attorneys for Siebel Systems, Inc. |
| | Noel C. Burnham | |
| 15 | Montgomery McCracken Walker & Rhoads, LLP | Joseph Walter Lind |
| | 300 Delaware Ave., Suite 750 | Sierra Asset Management |
| | Wilmington, DE  19801 | 2699 White Road, Suite 255 |
| 16 |     Attorneys for Novak Landfill RD/RA Group | Irvine, CA  92614 |
| | |     Attorneys for Sierra Asset Management |
| 17 | Teresa K.D. Currier | |
| | Kathleen P. Makowski | Janet M. Weiss |
| 18 | Jeffrey R. Waxman | Gibson, Dunn & Crutchter, LLP |
| | Klett Rooney Lieber & Schorling | 200 Park Ave. |
| | 1000 West St., Suite 1410 | New York, NY  10166 |
| 19 | Wilmington, DE  19801 |     Attorneys for Snack, Inc. |
| |     Attorneys for Official Committee of Equity | |
| 20 |     Holders; Official Committee of Equity Security | Snack, Inc. |
| |     Holders; Sealed Air Corporation; | Attn: Vahe Melkonian |
| | | 6320 Canoga Ave., Suite 1430 |
| 21 | Thomas Moers Mayer | Woodland Hills, CA  91367 |
| | 919 Third Ave. | |
| 22 | New York, NY  10022 | State of Minnesota |
| |     Attorneys for Official Committee of Equity | Attorney General's Office |
| |     Holders | 445 Minnesota St., Suite 1200 |
| 23 | | St. Paul, MN  55101 |
| | Official Committee of Equity Security Holders | |
| 24 | Rosenthal, Monhait, Gross & Goddess, PA | David Earl Flowers |
| | 1401 Mellon Bank Center | Minnesota Attorney General's Office |
| 25 | Wilmington, DE  19801 | 445 Minnesota St., Suite 1100 |
| | | St. Paul, MN  5510 |
| | |     Attorneys for State of Minnesota |
| 26 | | |

Page 5   CERTIFICATE OF SERVICE
H:\Client\RPI\11645\cos

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

| | |
|---|---|
| Amy J. Murphy<br>77 Broadway, Suite 112<br>Buffalo, NY 14203-1670<br>   Attorneys for State of NY Dept. of Taxation and Finance | David W. Carickhoff, Jr.<br>Peter James Duhig<br>Laura Davis Jones<br>Christopher James Lhulier<br>Rosalie L. Spelman<br>Rachel Sarah Lowy<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 N. Market St., 16th Floor<br>Wilmington, DE 19899<br>   Attorneys for W.R. Grace & Co., Debtor;<br>   Wallace King Marraro & Branson; |
| John K. Fiorilla<br>390 George St.<br>P.O. Box 1185<br>New Brunswick, NJ 08903<br>   Attorneys for The Burlington Northern and Santa Fe Railway Co. | Warren Howard Smith<br>Warren H. Smith and Associates, P.C.<br>900 Jackson St.<br>120 Founders Square<br>Dallas, TX 75202<br>   Attorneys for Warren H. Smith and Associates, P.C. |
| Kristi J. Doughty<br>Whittington & Aulgur<br>313 N. Dupont Hwy, Suite 110<br>Odessa, DE 19730<br>   Attorneys for Toyota Motor Credit Corp. | Stephen Donato<br>1500 MONY Tower I<br>P.O. Box 4976<br>Syracuse, NY 13221-4976<br>   Attorneys for Weedsport Associates, LLC |
| Michael G. Busenkell<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899<br>   Attorneys for Travelers Casualty and Surety Co.; Travelers Indemnity Insurance Co. | William W. Erhart<br>300 Delaware Ave., Suite 1130<br>P.O. Box 234<br>Wilmington, DE 19899-0234<br>   Attorneys for Wesconn Co., Inc. |
| Rachel B. Mersky<br>Walsh, Monazak & Monaco, PA<br>1201 Orange St., Suite 400<br>Wilmington, DE 19801<br>   Attorneys for Union Tank Car Co. | Don C. Fletcher<br>The Cavanaugh Firm, P.A.<br>1850 N. Central Ave., Suite 2400<br>Phoenix, AZ 85004<br>   Attorneys for Westcor |
| Christopher J. Kayser<br>US Dept. of Justice, Tax Division<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br>   Attorneys for US Internal Revenue Service | Francis J. Murphy<br>Murphy, Spadaro & Landon<br>824 N. Market St., Suite 700<br>Wilmington, DE 19899<br>   Attorneys for KPMG |
| James Donald Freeman<br>US Dept. of Justice<br>999 18t Street, Suite 945N<br>Denver, CO 80202<br>   Attorneys for USA | Edward L. Manchur<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>   Attorneys for Edward M. Lindholm; John Sufnarowski |
| Steven T. Davis<br>Obermayer, Rebmann Maxwell & Hippell, LLP<br>716 Tatnall St.<br>Wilmington, DE 19899<br>   Attorneys for Unofficial Committee of Select Asbestos Claimants | Scott Baena<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>   Attorneys for Official Committee of Asbestos Property Damage Claimants |

Page 6  CERTIFICATE OF SERVICE
H:\Client\RPI\11645\cos

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
131 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

Case 01-01139-AMC   Doc 2871   Filed 10/17/02   Page 8 of 9

| | |
|---|---|
| 1 | |

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
    Attorneys for the Official Committee
    of Unsecured Creditors

Alice Graham Smolker
Law Offices of Smolker & Graham
Suite 280
4720 Lincoln Blvd.
Marina Del Rey, CA 90292-6977
    Attorneys for Alice and Gary Smolker

State of California
State Board of Equalization
Attn: Philip Spielman
450 N. Street
Sacramento, CA 94279-000

State of Louisiana
Dept. of Revenue
Attn: Martha Posada
P.O. Box 66658
Baton Rouge, LA 70896-9988

Rachel Jeanne Lehr, Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market St.
P.O. Box 093
Trenton, NJ 08625
    Attorneys for New Jersey Dept. of
    Environmental Protection

Marvin E. Clements, Jr., Asst. Attorney General
Tennessee Dept. of Labor & Workforce
Bankruptcy and Collections Division
P.O. Box 20207
Nashville, TN 37202-0207

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

Ted N. Pettit
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
727 Bishop St., Suite 2600
Honolulu, HI 96813
    Attorneys for William B. Dunbar

Mary Wurts
P.O. Box 27
Apache Junction, AZ 85217

Xerox Capital Services, LLC
Attn: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

Mark D. Collins
James R. Adams
Richards Layton & Finger
PO Box 551
Wilmington, DE 19899-0551
    Attorneys for Bank of America, N.A.

Lori Gruver Robertson
Linebarger Goggan
PO Box 17428
Austin, TX 78760
    Attorneys for Ben Bolt-Palito_Blanco ISD

Campbell & Levine, LLC
c/o Aileen F. Maguire
1201 N. Market St., 15th Floor
Wilmington, DE 19801

Aileen F. Maguire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Campbell, Cherry, Harrison, Davis & Dove, P.C.
5 Ritchie Rd.
PO Drawer 21387
Waco, TX 76702-1387

Stephanie Ann Fox
Klehr Harrison Harvey Branzburg & Ellers
919 Market St., Suite 1000
Wilmington, DE 19801
    Attorneys for Carol Gerard; Alfred Pennock

Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205
    Attorneys for Carrollton-Farmers Branch ISD

Casner & Edwards, LLP
303 Congress St., 2nd Floor
Boston, MA 02210

Scotta Edelen McFarland
Pachulski Stang Ziehl Young & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
    Attorney for Casner & Edwards, LLP

Anthony F Parise
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853
    Attorney for Cornell Office of University
    Counsel and Secretary of the Corporation

Frederick B. Rosner
Jaspen Schlesinger Hoffman
1201 N. Orange St., Suite 1001
Wilmington, DE 19801

Page 7   CERTIFICATE OF SERVICE
H:\Client\RPJ\11645\cos

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741

```
 1   Timothy Kane                              Richard Allen Keuler, Jr.
     Agostini Levitsky Isaacs & Kulesza        Reed Smith LLP
 2   824 N. Market St., Suite 810              1201 Market St., Suite 1500
     Wilmington, DE 19899-2323                 Wilmington, DE 19801
 3
     L. Jason Cornell                          Scotta Edelen McFarland
 4   Fox Rothschild O'Brien & Frankel          Pachulski Stang Ziehl Young & Jones
     824 N. Market St., Suite 810              10100 Santa Monica Blvd., 11th Floor
     PO Box 2323                               Los Angeles, CA 90067
 5   Wilmington, DE 19899-2323
                                               Thomas D. Walsh
 6   Courtney M. Labson                        McCarter & English, LLP
     1300 Wilson Blvd., Suite 400              919 North Market St., Suite 700
     Arlington, VA 22209                       Wilmington, DE 19801-0302
 7
     Jeffrey R. Waxman
 8   Klett Rooney
     The Brandywine Bldg.
 9   1001 West St., Suite 1410
     PO Box 1397
     Wilmington, DE 9801
10
     W.R. Grace & Co.
11   7500 Grace Drive
     Columbia, MD 21044

12

13           DATED this 10th day of October, 2002.

14

15                                             _____
                                               Tara J. Schleicher, OSB #95402
16                                             Of Attorneys for Richards Packaging, Inc.

17

18

19

20

21

22

23

24

25

26
```

Page 8   CERTIFICATE OF SERVICE
H:\Client\RPI\11645\cos

FARLEIGH, WADA & WITT, P.C.
Attorneys at Law
Bank of America Financial Center
121 SW Morrison Street
Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Telecopier: (503) 228-1741