Exhibit C

| 9/05/01 | Atkinson | 1.10 | Review Summation database and printing sample documents(.6)... |
|---------|----------|------|---------------------------------------------------------------|
| 9/11/01 | Atkinson | 3.80 | ... printing sample documents for associates review of summation(1.8). |
| 9/12/01 | Atkinson | 1.50 | ...printing documents from database(1.0). |
| 9/13/01 | Atkinson | 3.60 | ...printing and organizing documents for review by associates(2.2). |
| 9/14/01 | Atkinson | .50  | Printing out database documents for associates to review(.3)... |
| 9/15/01 | Atkinson | 1.30 | Printing documents from Summation database for associates to review. |
| 9/17/01 | Atkinson | 1.70 | Printing and organizing documents from Summation for associates to review and summarize. |
| 9/18/01 | Atkinson | 1.80 | Printing documents from summation database for associates to review(1.5)... |
| 9/19/01 | Atkinson | 2.40 | ...printing images from summation (.4). |
| 9/20/01 | Atkinson | 3.80 | ...organizing, printing documents from summation (2.7). |
| 9/21/01 | Atkinson | 2.40 | reviewing summation database and printing summaries and images for attorney review (2.2)... |
| 9/22/01 | Atkinson | 2.20 | Reviewing summation database and printing summaries and images for attorney review. |
| 9/23/01 | Atkinson | .80  | Review Summation database and print summaries an d images fro attorney review. |
| 9/24/01 | Atkinson | 2.60 | ...reviewing Summation database and printing images for attorney review(2.3). |

| 9/25/01 | Atkinson | 3.70 | ...reviewing summation database and printing Summation documents for associate review(3.0). |
|---|---|---|---|
| 9/26/01 | Atkinson | 2.60 | ...reviewing, printing summation imaged documents to review(2.0). |
| 9/27/01 | Atkinson | 2.70 | ...printing, reviewing Summary Sheets printed from Summation(1.8). |
| 9/28/01 | Atkinson | 1.80 | ...printing additional documents for associate review(.7). |
| 9/29/01 | Atkinson | 1.20 | Printing Summation documents for associate attorneys to review(.8)... |
| 10/01/01 | Atkinson | 3.30 | Reviewing and printing summaries images from Summation database of documents for attorney review(2.9)... |
| 10/02/01 | Atkinson | 2.60 | Reviewing and printing summaries and documents from Summation for attorney review. |
| 10/03/01 | Atkinson | 3.70 | Reviewing, printing summaries for attorney review(3.3)... |
| 10/08/01 | Atkinson | 2.80 | Printing documents from Summation re: attorney review (2.0)... |
| 10/09/01 | Atkinson | 6.30 | ...printing documents from Summation for attorney review (5.4). |
| 10/10/01 | Atkinson | 4.60 | ...printing documents from Summation for attorney review (4.1). |
| 10/11/01 | Atkinson | 3.80 | Reviewing and printing documents from Summation for attorney review. |
| 10/12/01 | Atkinson | 1.75 | ...printing documents from Summation database for attorney review (2.9). |
| 10/13/01 | Atkinson | 2.40 | Printing documents from Summation for attorney review. |
| 10/15/01 | Atkinson | .40 | Checking on document review and printing documents from Summation. |

| 10/16/01 | Atkinson | 1.20 | Reviewing and printing summaries from database for attorney review. |
| 10/17/01 | Atkinson | 1.70 | Reviewing, printing summaries from Summation database for attorney review. |
| 10/18/01 | Atkinson | 2.60 | Reviewing and printing summaries from database for attorney review. |
| 10/19/01 | Atkinson | 1.30 | Reviewing, printing summaries from Summation database for attorney review. |
| 10/20/01 | Atkinson | 1.60 | Printing documents from Summation database for attorney review. |
| 10/21/01 | Atkinson | 1.80 | Printing documents from Summation database for attorney review. |
| 10/22/01 | Atkinson | .50 | Printing missing Summation documents for attorney review. |
| 10/23/01 | Atkinson | 1.30 | Reviewing, printing documents from Summation for attorney review. |
| 10/24/01 | Atkinson | 1.60 | Reviewing, printing documents from Summation for attorney review. |
| 10/26/01 | Atkinson | 1.80 | ...printing documents from Summation for attorney review (1.2). |
| 10/27/01 | Atkinson | 2.30 | Reviewing printing documents from Summation for attorney review. |
| 10/28/01 | Atkinson | 2.60 | Reviewing, printing documents from Summation for attorney review. |
| 10/29/01 | Atkinson | 1.60 | Reviewing, printing documents form Summation for attorney review. |
| 10/30/01 | Atkinson | 4.80 | Reviewing, printing documents from Summation for attorney review (3.8)... |
| 10/31/01 | Atkinson | 1.30 | Reviewing, printing documents from Summation for attorney review. |

| 11/01/01 | Atkinson | 5.10 | Reviewing, printing documents from Summation for attorney review. |
| --- | --- | --- | --- |
| 11/03/01 | Atkinson | 2.80 | Reviewing, printing documents from Summation database. |
| 11/04/01 | Atkinson | 2.90 | Reviewing, printing documents from Summation database. |
| 11/06/01 | Atkinson | 2.80 | ...reviewing and printing documents from Summation for attorney review (2.2). |
| 11/07/01 | Atkinson | 2.90 | Reviewing and printing documents from Summation for attorney review (1.8)... |
| 11/11/01 | Atkinson | 2.10 | Reviewing and printing summaries from Summation for attorneys' review. |
| 11/12/01 | Atkinson | 3.60 | ...reviewing, printing documents from Summation for attorney review (3.2). |
| 11/17/01 | Atkinson | 1.60 | Reviewing, printing documents from Summation for attorneys' review. |
| 11/19/01 | Atkinson | 2.00 | Reviewing, printing documents form Summation (1.7)... |
| 11/20/01 | Atkinson | 2.80 | Reviewing, printing documents from Summation for attorneys' review (2.1)... |
| 11/21/01 | Atkinson | 1.80 | Reviewing, printing documents from Summation for attorneys' review. |
| 11/24/01 | Atkinson | 1.70 | Printing documents from Summation for attorneys' review. |
| 11/26/01 | Atkinson | 3.30 | Reviewing, printing documents from Summation database for attorneys' review. |
| 12/09/01 | Atkinson | 2.80 | Reviewing, printing documents from Summation for associates review. |
| 12/11/01 | Atkinson | 1.20 | Reviewing, printing documents from Summation for associates review. |

| | | | |
|---|---|---|---|
| 12/26/01 | Atkinson | 1.30 | Printing documents from Summation for associates review. |
| 12/27/01 | Atkinson | 3.10` | Reviewing lists and printing documents from Summation for associates review (2.8)... |
| 12/29/01 | Atkinson | 1.60 | Printing documents from Summation for associates review. |
| 12/31/01 | Atkinson | 2.50 | Reviewing Summaries and printing documents from Summation for associates review. |
| Total | | 149.05 | |