## Exhibit A Ministerial

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/24/2001 | Melvin | Open pleadings and correspondence files for this case. | 0.5 | $55.00 |
| 4/26/2001 | Katchen | Coordinate filing pleadings with Delaware. | 0.1 | $45.00 |
| 4/27/2001 | Melvin | Duplicate and forward a filed copy of the Motion for Preliminary Injunction to R. Serrette via facsimile. | 0.2 | $22.00 |
| 5/2/2001 | Melvin | Forward correspondence in this case to M. Lastowski for W. Katchen. | 0.3 | $33.00 |
| 5/4/2001 | Hollinghead | Copies of motion re: retention/reconsideration/amended appearance to M. Melvin. | 0.2 | $22.00 |
| 5/17/2001 | Hollinghead | Prepare FedEx labels for service. | 0.7 | $77.00 |
| 5/18/2001 | Hollinghead | Verify service from Lason. | 0.1 | $11.00 |
| 5/24/2001 | Hollinghead | Update 2002 service list/labels; edit and reformat 2002 list/labels per M. Lastowski. | 2.2 | $242.00 |
| 5/25/2001 | Hollinghead | Continued reformatting/creation of service list/labels. | 1.6 | $176.00 |
| 5/31/2001 | Melvin | Prepare file folders for W.R. Grace documents; organize and assemble documents into file. | 1 | $110.00 |
| 5/31/2001 | Melvin | Integrate correspondence into the main file. | 0.5 | $55.00 |
| 6/1/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.8 | $88.00 |
| 6/1/2001 | Hollinghead | Created short service list and short labels; made corrections to 2002 list and labels. | 1.2 | $132.00 |
| 6/4/2001 | Hollinghead | Setup file for pleadings/correspondence/misc items. Research docket for pleading numbers and file pleadings already received. File all other items as well. | 2.9 | $319.00 |
| 6/7/2001 | Melvin | Prepare pleadings board and index for the main case and the adversary proceeding. | 2.5 | $275.00 |
| 6/8/2001 | Melvin | Integrate pleadings chronologically into the pleadings clip. | 0.3 | $33.00 |
| 6/8/2001 | Hollinghead | Organize e-mails from A. Krieger to M. Lastowski; put in correspondence file. | 0.1 | $11.00 |
| 6/11/2001 | Melvin | Integrate correspondence into the main file. | 0.2 | $22.00 |
| 6/11/2001 | Hollinghead | Create/open notebook for case matters. | 0.1 | $11.00 |
| 6/13/2001 | Hollinghead | Review docket and file pleadings received in mail. | 0.5 | $55.00 |
| 6/26/2001 | Hollinghead | Refile pleadings into file for later retrieval. | 0.1 | $11.00 |
| 6/26/2001 | Hollinghead | Copy of administrative order for interim compensation for J. Weiss. | 0.1 | $11.00 |
| 7/3/2001 | Hollinghead | . . .; place in file. | 0.1 | $11.00 |
| 7/5/2001 | Hollinghead | File pleadings returned from Parcels. | 0.1 | $11.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/5/2001 | Hollinghead | . . .; place copy in file; . . . | 0.3 | $33.00 |
| 7/8/2001 | Melvin | integrate correspondence into the main file. | 0.3 | $33.00 |
| 7/12/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.4 | $44.00 |
| 7/12/2001 | Hollinghead | Review list/labels to ensure accuracy, print labels; . . . | 1 | $110.00 |
| 7/13/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.6 | $66.00 |
| 7/16/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.4 | $44.00 |
| 7/19/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.2 | $22.00 |
| 7/30/2001 | Melvin | Integrate pleadings and correspondence into the main file. | 0.3 | $33.00 |
| 7/30/2001 | Hollinghead | Refile pleadings for future retrieval. | 0.1 | $11.00 |
| 8/2/2001 | Melvin | Integrate pleadings into the main file. | 0.4 | $44.00 |
| 8/2/2001 | Melvin | Update service list. | 0.3 | $33.00 |
| 8/3/2001 | Hollinghead | File original pleading for future retrieval. | 0.1 | $11.00 |
| 8/9/2001 | Hollinghead | . . .; organize/file pleadings. | 0.2 | $22.00 |
| 8/13/2001 | Melvin | Integrate pleadings into main file. | 0.6 | $66.00 |
| 8/13/2001 | Melvin | Integrate correspondence into the main file. | 0.3 | $33.00 |
| 9/6/2001 | Hollinghead | Copy first quarterly application for compensation for DM&H; first monthly application for compensation for DM&H, Fourth application for compensation for Stroock; and Second Committee Application for Expenses and forward to R. Serrette and M. Melvin. | 1 | $110.00 |
| 10/2/2001 | Hollinghead | . . .; prepare list/labels (.4). | 0.4 | $44.00 |
| 10/31/2001 | Hollinghead | Prepare service list/labels for Sixth Fee Application of Stroock & Stroock. | 0.2 | $22.00 |
| 11/1/2001 | Hollinghead | Prepare list/labels for service of Second Quarterly Fee Application of Stroock & Stroock. | 0.2 | $22.00 |
| 11/18/2001 | Hollinghead | Reviewing and maintenance of interoffice pleadings. | 0.5 | $55.00 |
| 11/19/2001 | Hollinghead | Review 1st day binders and dispose of secondary copy of pleadings. | <u>0.3</u> | <u>$33.00</u> |
| | | | 24.5 | $2,729.00 |

## Exhibit B Conflicts

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/30/2001 | Melvin | Print conflicts check from Stroock and Stroock, received by e-mail, for W. Katchen's review. | 0.1 | $11.00 |
| 5/1/2001 | Melin | Input names (approximately 1000 names) to run a conflicts check on the W.R. Grace & Co., et al bankruptcy case for W. Katchen | 6.5 | $715.00 |
| 5/1/2001 | Rowan | Prepare conflict search for W. Katchen re: WR Grace litigation. | 2.5 | $275.00 |
| 5/4/2001 | Melvin | Begin to review conflict check | 1.3 | $143.00 |
| 5/7/2001 | Mako | Conference with W. Greenhalgh and B. Katchen re conflicts of interest check for WR Grace; review conflict of interest report; telephone calls to assigned attorneys re same. | 5 | $900.00 |
| 5/7/2001 | Melvin | Continue reviewing conflicts check and calling attorneys whose clients came up as a potential conflict to obtain their approval of our representation of the Official Committee of Unsecured Creditors. | 6.5 | $715.00 |
| 5/8/2001 | Mako | Telephone calls from assigned attorneys re WR Grace involvement; conference with W. Greenhalgh re same. | 1.9 | $342.00 |
| 5/8/2001 | Melvin | Continue to work on conflicts check for W.R. Grace & Co., et al. by telephoning attorneys for clients that showed up in the firm's conflicts memo. | 4 | $440.00 |
| 5/9/2001 | Mako | Review conflict of interest report; telephone call to assigned attorneys regarding potential conflicts of interest | 3.7 | $666.00 |
| 5/9/2001 | Melvin | Work on telephoning attorneys whose names and clients turned up in the conflicts check to screen potential conflicts in this case. | 4 | $440.00 |
| 5/9/2001 | Melvin | Telephone call to M. Lastowski re: the conflicts issue. | 0.2 | $22.00 |
| 5/9/2001 | Melvin | Telephone call to D. Abrams re: the conflicts check on W.R. Grace. | 0.2 | $22.00 |
| 5/10/2001 | Mako | Telephone call from assigned and billing attorneys re conflict check. | 2 | $360.00 |
| 5/10/2001 | Melvin | Continue to work on conflicts check on the W.R. Grace case; telephone attorneys whose clients came up in the conflicts check as a hit to discern if there is a conflict or not. | 5.2 | $572.00 |
| 5/11/2001 | Mako | Review conflict of interest report; conference with W. Katchen and M. Melvin re same; preparation of affidavit. | 7.5 | $1,350.00 |
| 5/11/2001 | Melvin | Continue to perform conflicts check by calling attorneys whose clients turned up as a potential conflict. | 6.5 | $715.00 |
| 5/14/2001 | Melvin | Continue working on the conflicts check and making calls to attorneys within the firm who may have potential conflicts. | 2 | $220.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/14/2001 | Melvin | Review e-mails from DM&H attorneys on the W.R. Grace conflicts check; discuss with W. Katchen as to which list their clients fall under in the categories of the conflicts check. | 0.4 | $44.00 |
| 5/15/2001 | Melvin | Multiple revisions to the affidavit of W. Katchen and application of pleadings for the retention of Duane Morris and continued review of conflicts check. | 4.5 | $495.00 |
| 5/16/2001 | Mako | Conference with M. Melvin re conflict check; review conflict of interest report; preparation of list of active and non-active clients. | 1.9 | $342.00 |
| 5/16/2001 | Melvin | Continue to go through the conflicts check for this bankruptcy case. | <u>2.5</u> | <u>$275.00</u> |
|  |  |  | 68.4 | $9,064.00 |

## Exhibit C Proofing

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/14/2001 | Melvin | Forward various drafts of W. Katchen's affidavit to D. Sykes at DM&H in Philadelphia for review and comment; forward revised draft of the application for the retention of DM&H to D. Sykes for review and comment. | 0.8 | $88.00 |
| 5/15/2001 | Melvin | Forward revised affidavit of W. Katchen and application for retention of Duane Morris to D. Sykes for review and comment. | 0.2 | $22.00 |
| 5/15/2001 | Melvin | Forward draft copy of W. Katchen's affidavit to L. Kruger, R. Raskin and K. Kelley for review and comment. | 0.4 | $44.00 |
| 5/16/2001 | Melvin | . . .; forward revised draft affidavit to R. Raskin, L. Kruger, A. Krieger and K. Kelley for review and comment (.4); forward same to D. Sykes and M. Lastowski for review and comment (.3); forward the application, notice of application and order to the parties for review and comment (.6) . . . | 1.3 | $143.00 |
| 5/16/2001 | Lastowski | Review retention application. | 0.3 | $112.50 |
| 5/17/2001 | Melvin | . . .; forward pleadings several times to T. Maher, A, Krieger, M. Lastowski, K. Kelley for review and comment or approval (1.0). | 1 | $110.00 |
| 5/17/2001 | Lastowski | Review and revised retention papers. | 0.5 | $187.50 |
| 5/17/2001 | Lastowski | Review and revise retention application. | 0.2 | $75.00 |
| 7/18/2001 | Melvin | Forward supplemental affidavit of W. Katchen re: the retention of DM&H to A. Krieger, M. Reed and T. Gewertz for review and approval or comment. | 0.4 | $44.00 |
| 7/18/2001 | Melvin | Forward supplemental affidavit of W. Katchen re: the retention of DM&H to A. Krieger, M. Reed and C. Maccallum for review and approval or comment. | <u>0.4</u> | <u>$44.00</u> |
| | | | 5.5 | $870.00 |