UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W. R. GRACE & CO., et al.,

        Debtors.

Case No. 01-01139
thru 01200 (AMW)

Chapter 11

Jointly Administered

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Thomas D. Walsh, Esq., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Kathleen M. O'Connell, Esq. (the "Admittee") to represent Wachovia Bank National Association in this action. The Admittee is admitted, practicing, and in good standing in Georgia.

Thomas D. Walsh, Esq. (Del. # 3783)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300

    The Admittee certifies that he or she is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Kathleen M. O'Connell
Georgia Bar No. 548909
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6500
Fax: (404) 815-6555

Motion granted.

Date: 10/17/02

BY THE COURT:

United States Bankruptcy Judge
DISTRICT

ATLLIB01 1414048.1

70206.01