# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: November 14, 2002 |

## THIRTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *August 1, 2002 through and including August 31, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$33,598.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$7,190.62*

This is a(n):   **x**   monthly         __   interim application

KL2:2180323.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | pending |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,237.00 $21,299.11 | pending |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | pending |
| October 23, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 27.40 | $13,015.00 |
| Mayer, Thomas Moers | 590.00 | 0.30 | $177.00 |
| Trachtman, Jeffrey S. | 485.00 | 0.30 | $145.50 |
| Becker, Gary M. | 400.00 | 44.30 | $17,720.00 |
| Caton, Amy | 350.00 | 0.20 | $70.00 |
| Tadelis, Jamie | 210.00 | 2.10 | 441.00 |
| Mangual, Kathleen | 175.00 | 11.30 | $1,977.50 |
| Fontein, Lauren | 175.00 | 0.30 | $52.50 |
| **Total** | | **86.20** | **$33,598.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/1/02 through 8/31/02 | Total Fees for the Period 8/1/02 through 8/31/02 |
|---|---|---|
| Case Administration | 13.60 | $4,022.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 46.30 | $20,108.50 |
| Creditor Committee | 4.10 | $1,630.00 |
| Fee Applications, Applicant | 10.20 | $2,910.00 |
| Hearings | 4.90 | $5,160.00 |
| Litigation | 5.10 | $2,167.50 |
| Travel/Non-Working | 2.00 | $5,200.00 |
| **Total** | **86.20** | **$33,598.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 8/1/02 through 8/31/02 |
|---|---|
| Telecopier | $145.00 |
| Tabs | $32.00 |
| Photocopying | $486.60 |
| Research Services | $28.00 |
| Postage | $14.41 |
| Long-Distance Tel. | $1,064.94 |
| Westlaw On-Line Research | $468.56 |
| Lexis / Nexis On-Line Research | $41.00 |
| Messenger Service | $58.55 |
| Cab Fares | $117.90 |
| Meals | $31.51 |
| Out-of-Town-Travel | $265.00 |
| Court Rept's Cost | $4,437.15 |
| **Total** | **$7,190.62** |

KL2:2180323.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: October 23, 2002