# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 7.30 | 400.00 | 2,920.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 6.00 | 175.00 | 1,050.00 |
| FONTEIN, LAUREN | CRED | 0.30 | 175.00 | 52.50 |
| | Subtotal | 13.60 | $ | 4,022.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| CATON, AMY | CRED | 0.20 | 350.00 | 70.00 |
| BECKER, GARY M. | CRED | 3.90 | 400.00 | 1,560.00 |
| | Subtotal | 4.10 | $ | 1,630.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 475.00 | 142.50 |
| BECKER, GARY M. | CRED | 4.60 | 400.00 | 1,840.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 5.30 | 175.00 | 927.50 |
| | Subtotal | 10.20 | $ | 2,910.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| TRACHTMAN, JEFFREY S. | LITI | 0.30 | 485.00 | 145.50 |
| BENTLEY, PHILIP | CRED | 25.40 | 475.00 | 12,065.00 |
| MAYER, THOMAS MOERS | CRED | 0.30 | 590.00 | 177.00 |
| BECKER, GARY M. | CRED | 18.20 | 400.00 | 7,280.00 |
| TADELIS, JAMIE | CRED | 2.10 | 210.00 | 441.00 |
| | Subtotal | 46.30 | $ | 20,108.50 |

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 4.90 | 400.00 | 1,960.00 |
| | Subtotal | 4.90 | $ | 1,960.00 |

**LITIGATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 1.70 | 475.00 | 807.50 |
| BECKER, GARY M. | CRED | 3.40 | 400.00 | 1,360.00 |
| | Subtotal | 5.10 | $ | 2,167.50 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 2.00 | 400.00 | 800.00 |
| | Subtotal | 2.00 | $ | 800.00 |
| | Total | 86.20 | $ | 33,598.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| TRACHTMAN, JEFFREY S. | PARTNER | 0.30 | 485.00 | 145.50 |
| BENTLEY, PHILIP | PARTNER | 27.40 | 475.00 | 13,015.00 |
| MAYER, THOMAS MOERS | PARTNER | 0.30 | 590.00 | 177.00 |
| CATON, AMY | ASSOCIATE | 0.20 | 350.00 | 70.00 |
| BECKER, GARY M. | ASSOCIATE | 44.30 | 400.00 | 17,720.00 |
| TADELIS, JAMIE | ASSOCIATE | 2.10 | 210.00 | 441.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 11.30 | 175.00 | 1,977.50 |
| FONTEIN, LAUREN | PARALEGAL | 0.30 | 175.00 | 52.50 |
| | Total | 86.20 | | $33,598.50 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 145.00 |
| TABS | 32.00 |
| PHOTOCOPYING | 486.60 |
| RESEARCH SERVICES | 28.00 |
| POSTAGE | 14.41 |
| LONG-DISTANCE TEL. | 1,064.94 |
| WESTLAW ON-LINE RESEARCH | 468.56 |
| LEXIS/NEXIS ON-LINE RESEARCH | 41.00 |
| MESSENGER SERVICE | 58.55 |
| CAB FARES | 117.90 |
| MEALS | 31.51 |
| OUT-OF-TOWN TRAVEL | 265.00 |
| COURT REPT'S COSTS | 4,437.15 |
| Subtotal | $7,190.62 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 72.50 |
| PHOTOCOPYING | 259.52 |
| MANUSCRIPT SERVICE | 852.00 |
| Subtotal | $1,184.02 |

KL4:2059487.1

```
alp_132c: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 10/22/2002 12:31:47                                     *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                 PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:   01/01/1901                    TO:   09/30/2002
            UNBILLED DISB FROM:   01/01/1901                    TO:   09/30/2002

                                            FEES                                       COSTS
                                       -------------                              -------------
GROSS BILLABLE AMOUNT:                    33,598.50                                    7,190.62
AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    DISB RETAINER:
       AMOUNT BILLED:
          THRU DATE:           09/30/2002
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:                                                      09/30/2002

BILLING PARTNER APPROVAL:
                                                         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:


                                                    BILLING HISTORY

                         FEES:                     UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:    192,516.55                    PAID FEE RETAINER:             0.00
      FEE RETAINER:       0.00                       PAID DISB RETAINER:            0.00
     DISB RETAINER:       0.00                       TOTAL AVAILABLE FUNDS:         0.00
   TOTAL OUTSTANDING:  205,425.69                    TRUST BALANCE:
                                                   LAST PAYMENT DATE:        09/13/02
            DATE OF LAST BILL:     10/21/02       FEES BILLED TO DATE:      432,226.00
            LAST BILL NUMBER:       359721
            LAST BILL THRU DATE:   09/30/02

ACCOUNTS RECEIVABLE TOTALS                                              UNAPPLIED CASH
                         FEES:     12,909.14
                         DISB:          0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

alp_132c: Billed Charges Analysis
Run Date & Time: 10/22/2002 12:31:51

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

### B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Amount |
|--------|---------------|-------|--------------|--------------|-------------|--------|
| 01459 | TRACHTMAN, JEFFREY S. | PARTNER | 08/05/02 | 08/05/02 | 0.30 | 145.50 |
| 02495 | BENTLEY, PHILIP | PARTNER | 08/15/02 | 08/31/02 | 27.40 | 13,015.00 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 08/02/02 | 08/02/02 | 0.30 | 177.00 |
| 04418 | CATON, AMY | ASSOCIATE | 08/13/02 | 08/13/02 | 0.20 | 70.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 08/30/02 | 08/30/02 | 44.30 | 17,720.00 |
| 05375 | TADELIS, JAMIE | ASSOCIATE | 08/01/02 | 08/30/02 | 2.10 | 441.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 08/01/02 | 08/30/02 | 11.30 | 1,977.50 |
| 05625 | FONTEIN, LAUREN | PARALEGAL | 08/15/02 | 08/15/02 | 0.30 | 52.50 |
| | Total: | | | | 86.20 | 33,598.50 |

### B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0815 | TELECOPIER | 08/05/02 | 08/30/02 | 145.00 |
| 0817 | TABS | 08/15/02 | 08/15/02 | 32.00 |
| 0820 | PHOTOCOPYING | 08/01/02 | 08/27/02 | 486.60 |
| 0840 | MANUSCRIPT SERVICE | 08/01/02 | 08/28/02 | 0.00 |
| 0841 | RESEARCH SERVICES | 08/05/02 | 08/30/02 | 28.00 |
| 0880 | POSTAGE | 08/07/02 | 08/20/02 | 14.41 |
| 0885 | LONG-DISTANCE TEL. | 04/18/02 | 08/30/02 | 11.29 |
| 0910 | LONG DIST. TELE. | 08/13/02 | 08/13/02 | 1,053.65 |
| 0917 | WESTLAW ON - LINE RESEARCH | 08/01/02 | 08/30/02 | 468.56 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 08/05/02 | 08/05/02 | 41.00 |
| 0930 | MESSENGER/COURIER | 08/02/02 | 08/05/02 | 58.55 |
| 0940 | CAB FARES | 08/27/02 | 08/30/02 | 117.90 |
| 0942 | MEALS/IN-HOUSE | 08/29/02 | 08/30/02 | 16.00 |
| 0943 | IN-HOUSE/MEALS | 08/06/02 | 08/06/02 | 15.51 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/13/02 | 08/13/02 | 265.00 |
| 0965 | COURT REPT'S COSTS | 08/29/02 | 08/29/02 | 4,437.15 |
| | Total | | | 7,190.62 |
| | Grand Total | | | 40,789.12 |

### A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 10/22/02 12:31:51)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 09/27/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 | | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 32,073.50 | 5,945.49 | | 31,375.29 | 09/13/02 | 6,643.70 |
| 11/27/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 | | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 | | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 | | 28,312.23 | 09/13/02 | 6,493.50 |

alp_132c: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:51

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

A C C O U N T S   R E C E I V A B L E          (Reflects Payments As of 10/22/02 12:31:51)

| | | Billed ------- | | Applied | ---- Collections ---- | | |
|---|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| 02/27/02 | 01/31/02 | 340586 | 23,807.50 | 1,961.58 | | 21,007.58 | 09/13/02 | 4,761.50 |
| 03/27/02 | 02/28/02 | 348979 | 36,382.50 | 2,894.44 | | 32,000.44 | 09/13/02 | 7,276.50 |
| 04/30/02 | 03/31/02 | 347464 | 32,575.00 | 2,107.94 | | 28,167.64 | 09/13/02 | 6,515.30 |
| 05/31/02 | 04/30/02 | 352100 | 24,594.00 | 2,669.24 | | 25,704.44 | 09/13/02 | 1,558.80 |
| 06/10/02 | | 352100 | 7,600.00 | .00 | | .00 | | 7,600.00 |
| 06/18/02 | 05/31/02 | 352980 | 19,412.00 | 2,299.11 | | .00 | | 21,711.11 |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | | .00 | | 4,820.00 |
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | .00 | | 20,781.11 |
| 08/19/02 | 07/31/02 | 356269 | 28,083.50 | 1,121.59 | | .00 | | 29,205.09 |
| 09/30/02 | | 358460 | 33,598.50 | 7,190.62 | | .00 | | 40,789.12 |
| 10/21/02 | 09/30/02 | 359721 | 23,067.00 | 1,761.46 | | .00 | | 24,828.46 |
| Total: | | | 425,723.50 | 40,813.45 | | 261,111.26 | | 205,425.69 |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1

Run Date & Time: 10/22/2002 12:31:42                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                  Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:     1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
                                             PRE-BILLING SUMMARY REPORT

                                                       FEES                                      COSTS

    UNBILLED TIME FROM:  08/01/2001                              TO:  08/30/2002
    UNBILLED DISB FROM:  04/18/2002                              TO:  08/30/2002

                                             -----                                      --------
GROSS BILLABLE AMOUNT:                        4,022.50                                    1,169.59
AMOUNT WRITTEN DOWN:
       PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
       THRU DATE:                                             08/30/2002
CLOSE MATTER/FINAL BILLING?       YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                             BILLING HISTORY

                         ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

       FEES:                    23,775.00        UNIDENTIFIED RECEIPTS:              0.00
    DISBURSEMENTS:               5,729.82           PAID FEE RETAINER:               0.00
    FEE RETAINER:                    0.00           PAID DISB RETAINER:              0.00
    DISB RETAINER:                   0.00        TOTAL AVAILABLE FUNDS:              0.00
    TOTAL OUTSTANDING:          29,504.82           TRUST BALANCE:

                                                                                         LAST PAYMENT DATE:       09/13/02
    DATE OF LAST BILL:          10/21/02           FEES BILLED TO DATE:        137,527.50
    LAST BILL NUMBER:             359721
    LAST BILL THRU DATE:        09/30/02

FOR ACCT'S USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____
```

alp 132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:42

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M                     1602136

Status   : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

|  |  | Oldest | Latest | Total Billed Hours | Billed Amount |
|---|---|---|---|---|---|
| Emp Id | Employee Name | Group |  |  |  |
| 05292 | BECKER, GARY M. | CRED | 08/07/02 | 08/30/02 | 7.30 | 2,920.00 |

PARAPROFESSIONALS

| 05208 | MANGUAL, KATHLEEN | CRED | 08/01/02 | 08/01/02 | 6.00 | 1,050.00 |
| 05625 | FONTEIN, LAUREN | CRED | 08/15/02 | 08/15/02 | 0.30 | 52.50 |

Total: 13.60    4,022.50

Sub-Total Hours :   0.00 Partners   0.00 Counsels   7.30 Associates   6.30 Legal Assts   0.00 Others

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Hours | Total Amount |
|---|---|---|---|---|---|
| 0815 | TELECOPIER | 08/05/02 | 08/05/02 |  | 24.00 |
| 0817 | TABS | 08/15/02 | 08/15/02 |  | 32.00 |
| 0820 | PHOTOCOPYING | 08/01/02 | 08/27/02 |  | 478.80 |
| 0840 | MANUSCRIPT SERVICE | 08/01/02 | 08/28/02 |  | 0.00 |
| 0841 | RESEARCH SERVICES | 08/05/02 | 08/05/02 |  | 14.00 |
| 0880 | POSTAGE | 08/07/02 | 08/20/02 |  | 14.41 |
| 0885 | LONG-DISTANCE TEL. | 04/18/02 | 08/30/02 |  | 11.29 |
| 0910 | LONG DIST. TELE. | 08/13/02 | 08/13/02 |  | 451.56 |
| 0917 | WESTLAW ON - LINE RESEARCH | 08/05/02 | 08/05/02 |  | 9.22 |
| 0930 | MESSENGER/COURIER | 08/02/02 | 08/05/02 |  | 58.55 |
| 0940 | CAB FARES | 08/29/02 | 07/30/02 |  | 59.76 |
| 0942 | MEALS/IN-HOUSE | 08/29/02 | 08/29/02 |  | 16.00 |

Total    1,169.59

Grand Total    5,192.09

## A C C O U N T S   R E C E I V A B L E

(Reflects Payments As of 10/22/2002 12:31:42)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 35,884.50 | 4,154.07 |  | 40,038.57 | 11/30/01 |  |
| 10/29/01 | 09/30/01 | 341359 | 15,920.50 | 1,491.63 |  | 17,412.13 | 09/13/02 |  |
| 11/27/01 | 10/31/01 | 342994 | 10,001.50 | 1,059.00 |  | 11,060.50 | 01/22/02 |  |
| 12/27/01 | 11/30/01 | 344503 | 9,230.00 | 1,455.48 |  | 10,685.48 | 03/05/02 |  |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 |  | 9,151.54 | 09/13/02 |  |
| 02/27/02 | 01/31/02 | 340586 | 5,370.00 | 1,638.70 |  | 7,008.70 | 09/13/02 |  |
| 03/27/02 | 02/28/02 | 348979 | 6,595.00 | 909.36 |  | 7,504.36 | 09/13/02 | .00 |
| 04/30/02 | 03/31/02 | 347464 | 8,760.00 | 876.66 |  | 9,636.66 | 09/13/02 |  |
| 05/31/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 |  | 15,463.97 | 09/13/02 |  |
| 06/18/02 | 05/31/02 | 352980 | 6,262.00 | 2,100.00 |  | .00 |  | 8,362.07 |

alp_132z: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 10/22/2002 12:31:42

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 10/22/02 12:31:42)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | .00 | | 4,202.91 |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | .00 | | 6,342.89 |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 | | .00 | | 5,192.09 |
| 10/21/02 | 09/30/02 | 359721 | 3,645.50 | 1,759.36 | | .00 | | 5,404.86 |

| | | Total: | 137,527.50 | 19,939.23 | | 127,961.91 | | 29,504.82 |

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
Run Date & Time: 10/22/2002 12:31:42                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE
```

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/07/02 | Screen new pleadings (0.4); conf. with Bentley re various new issues (0.2) | 0.60 | 240.00 | 4274041 | 08/12/02 |
| BECKER, GARY M. | 08/12/02 | Screen new pleadings, including review of case management proposals | 0.80 | 320.00 | 4277712 | 08/15/02 |
| BECKER, GARY M. | 08/13/02 | Screen new pleadings (.3) | 0.30 | 120.00 | 4277703 | 08/15/02 |
| BECKER, GARY M. | 08/14/02 | Screen new pleadings (0.5) | 0.50 | 200.00 | 4277697 | 08/15/02 |
| BECKER, GARY M. | 08/16/02 | Screen new pleadings (0.5); conf. with Bentley re various case issues (0.4) | 0.90 | 360.00 | 4283303 | 08/21/02 |
| BECKER, GARY M. | 08/20/02 | Screen new pleadings (0.4). | 0.40 | 160.00 | 4284559 | 08/22/02 |
| BECKER, GARY M. | 08/21/02 | Screen new pleadings. | 0.50 | 200.00 | 4286999 | 08/26/02 |
| BECKER, GARY M. | 08/23/02 | Screen new pleadings (1.0); prepare for 8/26 hearing (0.5); conf. with local counsel re matters on for 8/26 hearing (0.4). | 1.50 | 600.00 | 4292635 | 08/29/02 |
| BECKER, GARY M. | 08/27/02 | Conf. with Bentley re various case issues (0.4); screen multiple new pleadings (0.7). | 1.10 | 440.00 | 4292657 | 08/29/02 |
| BECKER, GARY M. | 08/28/02 | Conf. with Bentley re various case issues (0.3). | 0.30 | 120.00 | 4296480 | 08/31/02 |
| BECKER, GARY M. | 08/30/02 | Screen new pleadings (0.4) | 0.40 | 160.00 | 4303964 | 09/03/02 |
| **Total For BECKER G - 05292** | | | **7.30** | **2,920.00** | | |
| FONTEIN, LAUREN | 08/15/02 | Update pleadings index & files (0.2); file new correspondence (0.1) | 0.30 | 52.50 | 4280839 | 08/19/02 |
| **Total For FONTEIN L - 05625** | | | **0.30** | **52.50** | | |
| MANGUAL, KATHLEEN | 08/01/02 | review docket for KL Interim Order and recent pleadings (.60); | 0.60 | 105.00 | 4273272 | 08/09/02 |
| MANGUAL, KATHLEEN | 08/03/02 | obtain and dup Judge Wolin's opinion on adv pro per P. Bentley (.30) | 0.30 | 52.50 | 4268726 | 08/07/02 |
| MANGUAL, KATHLEEN | 08/05/02 | attend to retrieval of committee by-laws and confidentiality agmt (.20); attend to fax of same to J. Baer (.10); review docket for recent pleadings, retrieval of such (.80) | 1.10 | 192.50 | 4293915 | 08/30/02 |
| MANGUAL, KATHLEEN | 08/15/02 | retrieval of Disclosure Statement re: Babcock per G. Becker (.70) | 0.70 | 122.50 | 4281733 | 08/20/02 |
| MANGUAL, KATHLEEN | 08/22/02 | organization of pleadings and correspondence for purpose of indexing, update pleadings index (1.6) | 1.60 | 280.00 | 4304666 | 09/03/02 |
| MANGUAL, KATHLEEN | 08/28/02 | disc/w GB re: new matters, re-naming of old and other changes per fee auditor (.30); review changes w/ accounting (.20) | 0.50 | 87.50 | 4304012 | 09/03/02 |

alp_132r: Billed Charges Analysis
Run Date & Time: 10/22/2002 12:31:43

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     1602136
Bill Frequency: M

Status     : ACTIVE

## B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 08/29/02 | obtain invoices in word format from accounting and email same to W. Smith (.30) | 0.30 | 52.50 | 4303658 | 09/03/02 |
| MANGUAL, KATHLEEN | 08/30/02 | disc/w T. Jackson re: drafting form to open new matters (.20); disc/w accounting re: other changes to matters and time entries, review of such (.70) | 0.90 | 157.50 | 4299671 | 09/03/02 |
| Total For MANGUAL K - 05208 | | | 6.00 | 1,050.00 | | |
| **Fee Total** | | | **13.60** | **4,022.50** | | |

## B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| TELECOPIER 12 660 0362 | 0815 | MANGUAL, K M | 08/05/02 | 24.00 | 5687455 | 81139 | 09/03/02 |
| 0815 TELECOPIER Total : | | | 24.00 | | | |
| TABS | | | | | | |
| Brandon Cato | 0817 | MANGUAL, K M | 08/15/02 | 32.00 | 5702138 | 81650 | 08/16/02 |
| 0817 TABS Total : | | | 32.00 | | | |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | 0820 | MANGUAL, K M | 08/01/02 | 3.00 | 5685553 | 81131 | 08/06/02 |
| PHOTOCOPYING | | MANGUAL, K M | 08/01/02 | 1.50 | 5685554 | 81131 | 08/06/02 |
| PHOTOCOPYING | | BENTLEY, P | 08/01/02 | 0.45 | 5685307 | 81132 | 08/06/02 |
| PHOTOCOPYING | | MANGUAL, K M | 08/02/02 | 6.00 | 5685308 | 81132 | 08/06/02 |
| PHOTOCOPYING | | MANGUAL, K M | 08/02/02 | 0.75 | 5686309 | 81132 | 08/06/02 |
| PHOTOCOPYING | | MANGUAL, K M | 08/02/02 | 7.20 | 5686310 | 81132 | 08/06/02 |
| PHOTOCOPYING | | BENTLEY, P | 08/02/02 | 7.20 | 5686311 | 81132 | 08/06/02 |
| PHOTOCOPYING | | MANGUAL, K M | 08/02/02 | 0.90 | 5686312 | 81132 | 08/06/02 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
Run Date & Time: 10/22/2002 12:31:43                      *PRIVILEGED AND CONFIDENTIAL*

Matter No.: 056772-00001                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:        1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee        Date        Amount      Index#    Batch No   Batch Date
-----------------------------

PHOTOCOPYING                 MANGUAL, K M     08/03/02      28.50     5686313    81132     08/06/02
MANGUAL, KATHLEEN
PHOTOCOPYING                 BENTLEY, P       08/03/02      45.45     5686314    81132     08/06/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/03/02       6.30     5686315    81132     08/06/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/05/02       2.10     5686316    81132     08/06/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/05/02       7.35     5686317    81132     08/06/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/05/02      22.50     5686318    81132     08/06/02
BENTLEY PHILIP
PHOTOCOPYING                 MANGUAL, K M     08/05/02       3.60     5686319    81132     08/06/02
MANGUAL, KATHLEEN
PHOTOCOPYING                 BENTLEY, P       08/05/02       3.60     5688924    81262     08/07/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/07/02      30.30     5690944    81262     08/08/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/09/02       2.70     5694128    81369     08/12/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/12/02      13.65     5695928    81440     08/13/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/15/02      16.05     5700511    81612     08/16/02
BENTLEY PHILIP
PHOTOCOPYING                 MANGUAL, K M     08/15/02     124.50     5704098    81747     08/20/02
MANGUAL, KATHLEEN
PHOTOCOPYING                 BENTLEY, P       08/20/02      82.20     5706217    81815     08/21/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/20/02       9.60     5706216    81815     08/21/02
BENTLEY PHILIP
PHOTOCOPYING                 BENTLEY, P       08/23/02      36.00     5711405    82020     08/26/02
BENTLEY PHILIP
PHOTOCOPYING                 MANGUAL, K M     08/23/02       2.85     5711406    82020     08/26/02
MANGUAL, KATHLEEN
PHOTOCOPYING                 BENTLEY, P       08/26/02      11.40     5713578    82074     08/27/02
BENTLEY PHILIP
PHOTOCOPYING                 MAYER, T M       08/27/02       3.15     5715236    82152     08/28/02
MAYER THOMAS MOERS
                                     0820 PHOTOCOPYING Total :     478.80

MANUSCRIPT SERVICE           SEAWRIGHT, J     08/01/02       0.00     5684194    81091     08/05/02
08/01/2002
MANUSCRIPT SERVICE           SEAWRIGHT, J     08/02/02       0.00     5684195    81091     08/05/02
08/02/2002

0840
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 10/22/2002 12:31:43

Matter No: 056772-00001                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 08/03/2002 | SEAWRIGHT, J | 08/03/02 | 0.00 | 5684196 | 81091 | 08/05/02 |
| MANUSCRIPT SERVICE 08/05/2002 | SEAWRIGHT, J | 08/05/02 | 0.00 | 5688108 | 81151 | 08/06/02 |
| MANUSCRIPT SERVICE 08/05/2002 | SEAWRIGHT, J | 08/05/02 | 0.00 | 5688109 | 81151 | 08/06/02 |
| MANUSCRIPT SERVICE 08/06/2002 | SEAWRIGHT, J | 08/06/02 | 0.00 | 5690105 | 81231 | 08/07/02 |
| MANUSCRIPT SERVICE 08/06/2002 | SEAWRIGHT, J | 08/06/02 | 0.00 | 5690108 | 81231 | 08/07/02 |
| MANUSCRIPT SERVICE 08/07/2002 | SEAWRIGHT, J | 08/07/02 | 0.00 | 5693441 | 81336 | 08/09/02 |
| MANUSCRIPT SERVICE 08/07/2002 | SEAWRIGHT, J | 08/07/02 | 0.00 | 5693442 | 81336 | 08/09/02 |
| MANUSCRIPT SERVICE 08/08/2002 | SEAWRIGHT, J | 08/08/02 | 0.00 | 5699862 | 81590 | 08/15/02 |
| MANUSCRIPT SERVICE 08/09/2002 | SEAWRIGHT, J | 08/09/02 | 0.00 | 5699863 | 81590 | 08/15/02 |
| MANUSCRIPT SERVICE 08/14/2002 | SEAWRIGHT, J | 08/14/02 | 0.00 | 5702214 | 81657 | 08/16/02 |
| MANUSCRIPT SERVICE 08/15/2002 | SEAWRIGHT, J | 08/15/02 | 0.00 | 5702953 | 81686 | 08/19/02 |
| MANUSCRIPT SERVICE 08/16/2002 | SEAWRIGHT, J | 08/16/02 | 0.00 | 5705600 | 81774 | 08/20/02 |
| MANUSCRIPT SERVICE 08/19/2002 | SEAWRIGHT, J | 08/19/02 | 0.00 | 5707749 | 81870 | 08/22/02 |
| MANUSCRIPT SERVICE 08/20/2002 | HALLMAN, M E | 08/20/02 | 0.00 | 5708535 | 81923 | 08/22/02 |
| MANUSCRIPT SERVICE 08/20/2002 | SEAWRIGHT, J | 08/20/02 | 0.00 | 5708536 | 81923 | 08/22/02 |
| MANUSCRIPT SERVICE 08/21/2002 | SEAWRIGHT, J | 08/21/02 | 0.00 | 5711099 | 82013 | 08/26/02 |
| MANUSCRIPT SERVICE 08/23/2002 | SEAWRIGHT, J | 08/23/02 | 0.00 | 5719442 | 82280 | 08/29/02 |
| MANUSCRIPT SERVICE 08/26/2002 | SEAWRIGHT, J | 08/26/02 | 0.00 | 5716405 | 82172 | 08/28/02 |
| MANUSCRIPT SERVICE 08/27/2002 | SEAWRIGHT, J | 08/27/02 | 0.00 | 5718988 | 82271 | 08/29/02 |
| MANUSCRIPT SERVICE 08/28/2002 | SEAWRIGHT, J | 08/28/02 | 0.00 | | | |

0840 MANUSCRIPT SERVICE Total :    0.00

| RESEARCH SERVICES 08/05/2002 | RAPHAEL, D R | 08/05/02 | 14.00 | 5700035 | 81596 | 08/15/02 |

0841 RESEARCH SERVICES Total :    14.00

| POSTAGE Hector Cuadrado | 0880 | BECKER, G M | 08/07/02 | 1.06 | 5693549 | 81341 | 08/09/02 |

alp.132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

| | | | | | Proforma Number: | 1602136 |
|---|---|---|---|---|---|---|

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1602136
Bill Frequency: M

Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| POSTAGE | | | | | | | |
| Marie Hook | | | | | | | |
| POSTAGE | 0885 | BENTLEY, P | 08/20/02 | 13.35 | 5707358 | 81847 | 08/21/02 |
| | | **0880 POSTAGE Total :** | | **14.41** | | | |
| LONG-DISTANCE TEL. | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 04/18/02 | 0.30 | 5726716 | 82441 | 09/04/02 |
| 312861236 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 04/18/02 | 0.30 | 5726717 | 82441 | 09/04/02 |
| 312252928 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 05/03/02 | 0.30 | 5533331 | 76073 | 05/07/02 |
| 302552421 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 05/08/02 | 1.18 | 5537939 | 76190 | 05/09/02 |
| 302552421 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 05/17/02 | 0.30 | 5726718 | 82441 | 09/04/02 |
| 312861200 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 06/03/02 | 0.30 | 5726721 | 82441 | 09/04/02 |
| 302651770 | | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 06/18/02 | 0.30 | 5595126 | 78244 | 06/19/02 |
| 312861246 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 07/01/02 | 0.30 | 5726723 | 82441 | 09/04/02 |
| 302552420 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 07/01/02 | 0.59 | 5726724 | 82441 | 09/04/02 |
| 312946300 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 07/09/02 | 0.30 | 5726725 | 82441 | 09/04/02 |
| 302552420 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 07/10/02 | 0.59 | 5726726 | 82441 | 09/04/02 |
| 302651770 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 08/01/02 | 0.30 | 5687190 | 81137 | 08/06/02 |
| 312382537 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 08/05/02 | 0.30 | 5726727 | 82441 | 09/04/02 |
| 302426190 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 08/05/02 | 0.30 | 5726728 | 82441 | 09/04/02 |
| 312861200 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 08/05/02 | 0.30 | 5726729 | 82441 | 09/04/02 |
| 302552420 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 08/13/02 | 1.48 | 5697828 | 81511 | 08/14/02 |
| 302552420 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 08/23/02 | 1.18 | 5726730 | 82441 | 09/04/02 |
| 312696467 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 08/26/02 | 1.18 | 5713973 | 82074 | 08/27/02 |
| 214691366 | | | | | | | |
| LONG-DISTANCE TEL. | | MANGUAL, K M | 08/26/02 | 0.89 | 5713974 | 82074 | 08/27/02 |
| 302552433 | | | | | | | |
| LONG-DISTANCE TEL. | | BECKER, G M | 08/27/02 | 0.30 | 5726731 | 82441 | 09/04/02 |
| 312861200 | | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 10/22/2002 12:31:43

Matter No: 056772-00001                          Orig Prnt : CRED. RGTS - 06975              Proforma Number:  1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prnt : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prnt : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. | | | | | | |
| 3128612000 | | | | | | |
| | 0885 LONG-DISTANCE TEL. Total : | | 11.29 | | | |
| LONG DIST. TELE. | | | | | | |
| DERAVENTURES, INC. | BENTLEY, P | 08/13/02 | 451.56 | 5697263 | 81491 | 08/13/02 |
| LONG DIST. TELE. - VENDOR-DERAVENTURES, INC. | | | | | | |
| | 0910 LONG DIST. TELE. Total : | | 451.56 | | | |
| WESTLAW ON - LINE RE | | | | | | |
| WESTLAW ON - LINE RE | RAPHAEL, D R | 08/05/02 | 9.22 | 5693182 | 81323 | 08/09/02 |
| | 0917 WESTLAW ON - LINE RE Total : | | 9.22 | | | |
| MESSENGER/COURIER | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 08/02/02 | 10.61 | 5689647 | 81194 | 08/07/02 |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 08/05/02 | 12.29 | 5689901 | 81194 | 08/07/02 |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 08/05/02 | 11.68 | 5689802 | 81194 | 08/07/02 |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 08/05/02 | 12.29 | 5689803 | 81194 | 08/07/02 |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 08/05/02 | 11.68 | 5689804 | 81194 | 08/07/02 |
| | 0930 MESSENGER/COURIER Total : | | 58.55 | | | |
| CAB FARES | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 08/29/02 | 10.00 | 5719620 | 82279 | 08/29/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 08/03/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 08/29/02 | 11.00 | 5719622 | 82279 | 08/29/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 08/05/02 | | | | | | |
| EXECUTIVE CHARGE, INC. | DAISLEY, A S | 08/30/02 | 38.76 | 5722526 | 82349 | 08/30/02 |
| CAB FARES - VENDOR-EXECUTIVE CHARGE, INC. | | | | | | |
| 7/17/02 | | | | | | |
| | 0940 CAB FARES Total : | | 59.76 | | | |
| MEALS/IN-HOUSE | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 08/29/02 | 10.00 | 5719619 | 82279 | 08/29/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER 08/03/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 08/29/02 | 6.00 | 5719621 | 82279 | 08/29/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER 08/05/02 | | | | | | |
| | 0942 MEALS/IN-HOUSE Total : | | 16.00 | | | |

Costs Total :                                                                              1,169.59

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 10/22/2002 12:31:44

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:        1602136
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|

BECKER, GARY M.                    7.30          2,920.00

MANGUAL, KATHLEEN                  6.00          1,050.00

FONTEIN, LAUREN                    0.30             52.50

     **Total:**                   13.60          4,022.50

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 24.00 | | | | | |
| 0817 | TABS | 32.00 | | | | | |
| 0820 | PHOTOCOPYING | 478.80 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0841 | RESEARCH SERVICES | 14.00 | | | | | |
| 0880 | POSTAGE | 14.41 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 11.29 | | | | | |
| 0910 | LONG DIST. TELE. | 451.56 | | | | | |
| 0917 | WESTLAW ON - LINE RESEARC | 9.22 | | | | | |
| 0930 | MESSENGER/COURIER | 58.55 | | | | | |
| 0940 | CAB FARES | 59.76 | | | | | |
| 0942 | MEALS/IN-HOUSE | 16.00 | | | | | |

     Costs Total :        1,169.59

alp_132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1602137
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | | FEES | COSTS |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 08/13/2002 | | TO: | 08/30/2002 | |
| UNBILLED DISB FROM: | 08/05/2002 | | TO: | 08/30/2002 | |

GROSS BILLABLE AMOUNT:            1,630.00            121.00
AMOUNT WRITTEN DOWN:

    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                        08/30/2002
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH

| FEES: | 14,019.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 139.71 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 14,159.21 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:      10/21/02      LAST PAYMENT DATE:      09/13/02
LAST BILL NUMBER:       359721        FEES BILLED TO DATE:    41,024.50
LAST BILL THRU DATE:    09/30/02

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:44

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

| | | |
|---|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1602137 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 04418 | CATON, AMY | CRED | 08/13/02 | 08/13/02 | 0.20 | 70.00 |
| 05292 | BECKER, GARY M. | CRED | 08/16/02 | 08/30/02 | 3.90 | 1,560.00 |
| | Total: | | | | 4.10 | 1,630.00 |

BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 08/05/02 | 08/30/02 | 121.00 |
| | Total | | | 121.00 |
| | Grand Total | | | 1,751.00 |

Sub-Total Hours :    0.00 Partners    0.00 Counsels    4.10 Associates    0.00 Legal Assts    0.00 Others

ACCOUNTS RECEIVABLE    (Reflects Payments As of 10/22/02 12:31:44)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total Collections | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 5,226.00 | 997.34 | | 6,223.34 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 1,300.00 | | | 1,300.00 | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 3,507.50 | 434.03 | | 3,941.53 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 1,080.00 | 197.20 | | 1,277.20 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 02/27/02 | 01/31/02 | 340586 | 3,602.50 | | | 3,602.50 | 09/13/02 | |
| 03/27/02 | 02/28/02 | 348979 | 4,045.00 | | 1,423.03 | 5,468.03 | 09/13/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,167.50 | 93.26 | | 4,260.76 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 3,895.00 | .12 | | .00 | | 3,895.12 |
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | .00 | | 3,721.50 |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | .00 | | 1,302.09 |
| 09/30/02 | 08/31/02 | 358460 | 1,630.00 | 121.00 | | .00 | | 1,751.00 |
| 10/21/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | .00 | | 3,489.50 |
| | | Total: | 41,024.50 | 3,612.56 | | 30,477.85 | | 14,159.21 |

```
alp_132z: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE   13
Run Date & Time: 10/22/2002 12:31:44                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:       1602137
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

Employee Name            Work Date    Description                                    Hours    Amount     Index#    Batch Date
-------------            ---------    -----------                                    -----    ------     ------    ----------

BECKER, GARY M.          08/16/02   Research and prepare memo to committee re         1.40    560.00     4283304   08/21/02
                                    recent events
BECKER, GARY M.          08/20/02   Revise and send to equity committee memo re       0.50    200.00     4284558   08/22/02
                                    recent events in case (0.5).
BECKER, GARY M.          08/30/02   Prepare and circulate memo to Equity Committee    2.00    800.00     4303962   09/03/02
                                    re recent developments in case (1.6), conf.
                                    with Bentley re same (0.4)

   Total For BECKER G - 05292                                                         3.90  1,560.00

CATON, AMY               08/13/02   emails to T Currier, Bentley re: expense          0.20     70.00     4305079   09/04/02
                                    reimbursements

   Total For CATON A - 04418                                                          0.20     70.00

                                       Fee Total                                      4.10  1,630.00


B I L L E D   C O S T S   D E T A I L

Description/Code                    Employee         Date     Amount     Index#    Batch No  Batch Date
----------------                    --------         ----     ------     ------    --------  ----------

TELECOPIER
  0815                              BENTLEY, P       08/05/02   50.00    5687456   81139     08/06/02
52 457 5078
TELECOPIER                         BECKER, G M      08/20/02   67.00    5707153   81819     08/21/02
road cast to 6 nu
TELECOPIER                         BECKER, G M      08/30/02    4.00    5723840   82370     09/03/02
road cast to 5 nu

                             0815 TELECOPIER Total :                     121.00


   Costs Total :                                                         121.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    14
Run Date & Time: 10/22/2002 12:31:44                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        1602137
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                          Bill          W/o / W/u      Transfer To      Clnt/Mtr     Carry Forward
Employee Name                    Hours       Amount          Bill          W/o / W/u      Transfer To      Clnt/Mtr     Carry Forward
CATON, AMY                        0.20        70.00
BECKER, GARY M.                   3.90      1,560.00
          Total:                  4.10      1,630.00

B I L L E D   C O S T S   S U M M A R Y                                        Bill          W/o / W/u      Transfer To      Clnt/Mtr     Carry Forward
Code Description                             Amount
0815 TELECOPIER                             121.00

          Costs Total :                     121.00
```

alp_132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:11:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   15

Matter No: 056772-00004                                   Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET DISPOSITION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status   : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                              TO:
UNBILLED DISB FROM:                              TO:

                              FEES                         COSTS

GROSS BILLABLE AMOUNT:        0.00                         0.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                              ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                 FEES:              0.00         UNIDENTIFIED RECEIPTS:        0.00
     DISBURSEMENTS:                 1.50            PAID FEE RETAINER:         0.00
     FEE RETAINER:                  0.00           PAID DISB RETAINER:         0.00
     DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                  1.50              TRUST BALANCE:
                                                                              0.00

                                          BILLING HISTORY

DATE OF LAST BILL:       07/12/02        LAST PAYMENT DATE:       09/13/02
LAST BILL NUMBER:        352980          FEES BILLED TO DATE:     1,975.00
LAST BILL THRU DATE:     05/31/02

FOR ACCTS USE ONLY:                  Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee          (6) Summer Associate
   (2) Late Time & Costs Posted    (7) Fixed Fee
   (3) Pre-arranged Discount       (8) Premium
   (4) Excessive Legal Time        (9) Rounding
   (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____       DATE OF BILL:_____     Processed by:_____     FRC:_____     CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/22/2002 12:31:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Matter No: 056772-00004                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ASSET DISPOSITION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 10/22/02 12:31:44)

| Bill Date | Thru Date | Bill# | ----- Billed ----- | | Applied | ---- Collections ---- | Balance |
| | | | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|-------|----------|--------------|---------|-------|------|---------|
| 03/27/02 | 02/28/02 | 348979 | 1,975.00 | .00 | | 1,975.00 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | .00 | 1.50 | | .00 | | 1.50 |
| | Total: | | 1,975.00 | 1.50 | | 1,975.00 | | 1.50 |