```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    17
Run Date & Time: 10/22/2002 12:31:44                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                  PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                             TO:
UNBILLED DISB FROM:                             TO:

                                          FEES              COSTS
                                        --------          --------
GROSS BILLABLE AMOUNT:                     0.00              0.00
AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                   ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

      FEES:                    95.00           UNIDENTIFIED RECEIPTS:             0.00
DISBURSEMENTS:                 198.00           PAID FEE RETAINER:                0.00
FEE RETAINER:                    0.00           PAID DISB RETAINER:               0.00
DISB RETAINER:                   0.00           TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:             293.00           TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
DATE OF LAST BILL:           10/21/02           LAST PAYMENT DATE:             09/13/02
LAST BILL NUMBER:              359721           FEES BILLED TO DATE:             732.50
LAST BILL THRU DATE:         09/30/02

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   18
Run Date & Time: 10/22/2002 12:31:44

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                             Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E     (Reflects Payments As of 10/22/02 12:31:44)
                                             Billed   --------         ---- Collections ----        Balance
Bill Date  Thru Date  Bill#         Fee & OA         Disbursement      Applied From OA   Total  Date     Due
-----------------------------       --------         ------------      -----------------------------  --------
02/27/02   01/31/02   340586          637.50               .00                            637.50  09/13/02
08/19/02   07/31/02   356269             .00            198.00                               .00              198.00
10/21/02   09/30/02   359721           95.00               .00                               .00               95.00
                                    --------         ------------                         --------         --------
              Total:                  732.50            198.00                            637.50              293.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  19
Run Date & Time: 10/22/2002 12:31:44

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1602138
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:    08/01/2002                   TO:    08/28/2002
     UNBILLED DISB FROM:                                 TO:

                                 FEES                           COSTS
                               --------                      ---------
     GROSS BILLABLE AMOUNT:     2,910.00                         0.00
     AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
           THRU DATE:          08/28/2002
     CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:

     BILLING COMMENTS:          BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

     FEES:                           16,824.50   UNIDENTIFIED RECEIPTS:          0.00
     DISBURSEMENTS:                      23.11   PAID FEE RETAINER:              0.00
     FEE RETAINER:                        0.00   PAID DISB RETAINER:             0.00
     DISB RETAINER:                       0.00   TOTAL AVAILABLE FUNDS:          0.00
     TOTAL OUTSTANDING:              16,847.61   TRUST BALANCE:
                                                 BILLING HISTORY
                                              --------------------
     DATE OF LAST BILL:              10/21/02      LAST PAYMENT DATE:         09/13/02
     LAST BILL NUMBER:                359721       FEES BILLED TO DATE:       38,343.50
     LAST BILL THRU DATE:             09/30/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee                (6) Summer Associate
     (2) Late Time & Costs Posted          (7) Fixed Fee
     (3) Pre-arranged Discount             (8) Premium
     (4) Excessive Legal Time              (9) Rounding
     (5) Business Development             (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    20
Run Date & Time: 10/22/2002 12:31:44                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr  : CRED. RGTS   - 06975             Proforma Number:   1602138
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status   : ACTIVE

  B I L L E D   T I M E    S U M M A R Y     ------------------- Total Billed -------------------
Emp Id  Employee Name                        Group         Oldest       Latest         Hours              Amount
-----------------------------------------------------------------------------------------------------------------
02495   BENTLEY, PHILIP                      CRED          08/03/02     08/27/02        0.30              357.50
05292   BECKER, GARY M.                      CRED          08/01/02     08/28/02        4.60            1,840.00
05208   MANGUAL, KATHLEEN                    CRED          08/01/02     08/28/02        5.30              927.50

                Total:                                                                 10.20            2,910.00

Sub-Total Hours :    0.30 Partners    0.00 Counsels    4.60 Associates    5.30 Legal Assts    0.00 Others


A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 10/22/02 12:31:44)
                                          ----------- Billed ----------   ---- Collections ----    Balance
Bill Date  Thru Date  Bill#               Fee & OA      Disbursement       Applied  From OA  Total Date    Due

09/27/01   08/31/01   339400                 357.50              .00                                              357.50 11/30/01
10/29/01   09/30/01   341359               3,919.00            76.11                                            3,995.11 09/13/02
11/27/01   10/31/01   342994               3,356.00            51.69                                            3,407.69 01/22/02
12/27/01   11/30/01   344503               2,532.50            63.68                                            2,596.18 03/05/02
01/18/02   12/31/01   345477               1,816.50            29.58                                            1,846.08 09/13/02
02/27/02   01/31/02   340586               3,877.50            94.17                                            3,971.67 09/13/02
03/27/02   02/28/02   348979               1,712.50             3.00                                            1,715.50 09/13/02
04/30/02   03/31/02   347464               1,470.00             3.70                                            1,473.70 09/13/02
05/31/02   04/30/02   352100               2,477.50            29.58                                            2,507.08 09/13/02
06/18/02   05/31/02   352980               4,370.00            21.01            .00                             4,391.01
08/15/02   06/30/02   357518               1,315.00              .00            .00                             1,315.00
08/19/02   07/31/02   356269               1,922.50              .00            .00                             1,922.50
09/30/02   08/31/02   358460               2,910.00              .00            .00                             2,910.00
10/21/02   09/30/02   359721               6,307.00             2.10            .00                             6,309.10

                Total:                    38,343.50           374.62                                           21,870.51        16,847.61
```

```
alp_132r: Billed Charges Analysis                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    21
Run Date & Time: 10/22/2002 12:31:44                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                      Orig Prtnr : CRED. RGTS      - 06975                             Proforma Number:    1602138
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP  - 02495                             Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                    Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/03/02 | Review fee examiner's report. | 0.10 | 47.50 | 4304327 | 09/03/02 |
| BENTLEY, PHILIP | 08/27/02 | Discs. GB re fee procedures; review monthly fee app. | 0.20 | 95.00 | 4304418 | 09/03/02 |
| Total For BENTLEY P - 02495 | | | 0.30 | 142.50 | | |
| BECKER, GARY M. | 08/01/02 | Review fee auditor report (0.3); conf. with K. Mangual re various fee issues (0.3). | 0.60 | 240.00 | 4268741 | 08/07/02 |
| BECKER, GARY M. | 08/02/02 | Review and revise June fee application (0.6). | 0.60 | 240.00 | 4268746 | 08/07/02 |
| BECKER, GARY M. | 08/15/02 | Review and revise June invoice (0.5). | 1.00 | 400.00 | 4284554 | 08/22/02 |
| BECKER, GARY M. | 08/27/02 | Attention to fee auditor communication re preliminary review of July invoice (0.5). | 1.30 | 520.00 | 4292663 | 08/29/02 |
| BECKER, GARY M. | 08/28/02 | Respond to email from fee auditor re new categories (0.3); review new email from fee auditor (0.2); conf. with K. Mangual re recharacterization of time and renaming of matters to match fee auditor directions (0.6). | 1.10 | 440.00 | 4296481 | 08/31/02 |
| Total For BECKER G - 05292 | | | 4.60 | 1,840.00 | | |
| MANGUAL, KATHLEEN | 08/01/02 | review fee auditors final report re: KL Interim fees/expenses (.40); coordinate w/ accounting re: coordinate w/ accounting re: time details for KL third interim (.30); draft June monthly (.60); committee expense (.20); disc/w L. Speith re: committee expense (.20); disc/w Klett Rooney re: same (.20) | 2.00 | 350.00 | 4273273 | 08/09/02 |
| MANGUAL, KATHLEEN | 08/02/02 | t/c/w J. Waxman re: KL monthly fee app (.20); draft ltr to T. Currier re: same, attend to service (.30) | 0.50 | 87.50 | 4276589 | 08/14/02 |
| MANGUAL, KATHLEEN | 08/13/02 | disc/w J. Waxman re: committee expense (.30) | 0.30 | 52.50 | 4281755 | 08/20/02 |
| MANGUAL, KATHLEEN | 08/14/02 | review of time detail for July and coordinate w/ accounting re: such (.80); revision of June monthly per GB comments (.40) | 1.20 | 210.00 | 4281741 | 08/20/02 |
| MANGUAL, KATHLEEN | 08/26/02 | disc/w G. Becker re: interim fee hearing (.20) | 0.20 | 35.00 | 4294076 | 08/30/02 |
| MANGUAL, KATHLEEN | 08/28/02 | final revision of June monthly fee application (.80); attend to distrib to local counsel for filing (.30) | 1.10 | 192.50 | 4303954 | 09/03/02 |
| Total For MANGUAL K - 05208 | | | 5.30 | 927.50 | | |
| Fee Total | | | 10.20 | 2,910.00 | | |

```
alp_132r: Billed Charges Analysis                                                                                                PAGE    22
Run Date & Time: 10/22/2002 12:31:44

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   1602138
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name            Work Date      Description                              Hours       Amount    Index#   Batch Date
---------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP             0.30                                                            142.50
BECKER, GARY M.             4.60                                                          1,840.00
MANGUAL, KATHLEEN           5.30                                                            927.50
                           -----                                                         ---------
              Total:       10.20                                                          2,910.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   23
Run Date & Time: 10/22/2002 12:31:44

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:    1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

                                         FEES                    COSTS
                                         ----                    -----
    UNBILLED TIME FROM:    08/01/2002   TO:  08/31/2002
    UNBILLED DISB FROM:    08/01/2002   TO:  08/30/2002

GROSS BILLABLE AMOUNT:                  20,108.50               1,404.74
AMOUNT WRITTEN DOWN:
                PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                08/31/2002              08/30/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                            BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                 ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

            FEES:            61,385.45    UNIDENTIFIED RECEIPTS:          0.00
   DISBURSEMENTS:             1,623.05    PAID FEE RETAINER:              0.00
   FEE RETAINER:                  0.00    PAID DISB RETAINER:             0.00
   DISB RETAINER:                 0.00    TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:           63,008.50    TRUST BALANCE:
                                          BILLING HISTORY

DATE OF LAST BILL:               10/21/02              LAST PAYMENT DATE:        09/13/02
LAST BILL NUMBER:                 359721               FEES BILLED TO DATE:      115,953.00
LAST BILL THRU DATE:             09/30/02

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (6)  Summer Associate
    (2) Late Time & Costs Posted     (7)  Fixed Fee
    (3) Pre-arranged Discount        (8)  Premium
    (4) Excessive Legal Time         (9)  Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   24
Run Date & Time: 10/22/2002 12:31:44                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00012                                                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                         Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status   : ACTIVE
```

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | --- Total --- | | |
|---|---|---|---|---|---|
| | | | Billed Hours | Billed Amount | |
| 01459 | TRACHTMAN, JEFFREY S. | LITI | 0.30 | 145.50 | |
| 02495 | BENTLEY, PHILIP | CRED | 25.40 | 12,065.00 | |
| 03976 | MAYER, THOMAS MOERS | CRED | 0.30 | 177.00 | |
| 05292 | BECKER, GARY M. | CRED | 18.20 | 7,280.00 | |
| 05375 | TADELIS, JAMIE | CRED | 2.10 | 441.00 | |

| | Total: | | 46.30 | 20,108.50 |

Sub-Total Hours : 26.00 Partners   0.00 Counsels   20.30 Associates   0.00 Legal Assts   0.00 Others

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/05/02 | 08/05/02 | 7.80 |
| 0841 | RESEARCH SERVICES | 08/30/02 | 08/30/02 | 14.00 |
| 0910 | LONG DIST. TELE. | 08/13/02 | 08/13/02 | 602.09 |
| 0917 | WESTLAW ON - LINE RESEARCH | 08/01/02 | 08/30/02 | 459.34 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 08/05/02 | 08/05/02 | 41.00 |
| 0943 | IN-HOUSE/MEALS | 08/06/02 | 08/06/02 | 15.51 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/13/02 | 08/13/02 | 265.00 |

| | Total | | | 1,404.74 |

| | Grand Total | | | 21,513.24 |

### ACCOUNTS RECEIVABLE            (Reflects Payments As of 10/22/02 12:31:44)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Fee & OA Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 16,485.50 | 46.22 | | 5,639.52 | 11/30/01 | 10,892.20 |
| 10/29/01 | 09/30/01 | 341359 | 10,564.00 | 4,230.00 | | 8,668.05 | 09/13/02 | 6,125.95 |
| 11/27/01 | 10/31/01 | 342994 | 9,720.00 | 119.17 | | 4,522.17 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 7,256.50 | 1,315.26 | | 4,551.96 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 16,937.50 | 871.96 | | 13,535.96 | 09/13/02 | 4,273.50 |
| 02/27/02 | 01/31/02 | 340586 | 4,160.00 | 228.71 | | 4,388.71 | 09/13/02 | |
| 03/27/02 | 02/28/02 | 344979 | 6,957.50 | 559.05 | | 7,516.55 | 09/13/02 | |
| 04/30/02 | 03/31/02 | 347464 | 9,837.50 | 1,134.32 | | 10,971.82 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 3,277.50 | 1,123.85 | | 4,401.35 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 3,845.00 | 176.41 | | .00 | | 4,021.41 |
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | .00 | | 3,199.40 |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | .00 | | 3,456.00 |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | .00 | | 21,513.24 |
| 10/21/02 | 09/30/02 | 359721 | 190.00 | .00 | | .00 | | 190.00 |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   25
Run Date & Time: 10/22/2002 12:31:44

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 10/22/02 12:31:44)
                                     ------- Billed --------    Applied   ---- Collections ----    Balance
Bill Date Thru Date Bill#            Fee & OA    Disbursement    From OA   Total         Date        Due
-------------------------            ---------   ------------    -------   -----         ----        ---

                     Total:         115,953.00      11,251.59               64,196.09              63,008.50
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    26
Run Date & Time: 10/22/2002 12:31:44                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:  1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                      Hours     Amount    Index#     Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/02/02 | Discs. GB re recent developments. | 0.30 | 142.50 | 4304322 | 09/03/02 |
| BENTLEY, PHILIP | 08/03/02 | Prepare memo to Committee re recent developments, and review documents re same. | 5.10 | 2,422.50 | 4304326 | 09/03/02 |
| BENTLEY, PHILIP | 08/04/02 | Review PI Committee's case management proposal, outline points for our brief in response, and discs. GB re same. | 4.70 | 2,232.50 | 4304329 | 09/03/02 |
| BENTLEY, PHILIP | 08/05/02 | Additional review of Grace's and PI Committees case management proposal work on brief and response to same, confs. GB re same, and review related pleadings. | 6.20 | 2,945.00 | 4304330 | 09/03/02 |
| BENTLEY, PHILIP | 08/06/02 | Work on case management brief, and confs. GB and TM re same. | 3.20 | 1,520.00 | 4304337 | 09/03/02 |
| BENTLEY, PHILIP | 08/07/02 | Discs. TW re recent developments; review recent pleadings. | 0.60 | 285.00 | 4304346 | 09/03/02 |
| BENTLEY, PHILIP | 08/08/02 | Review papers. | 0.10 | 47.50 | 4304360 | 09/03/02 |
| BENTLEY, PHILIP | 08/09/02 | Additional review of pleadings re personal injury case management issues. | 1.10 | 522.50 | 4304367 | 09/03/02 |
| BENTLEY, PHILIP | 08/14/02 | Discs. GB re case management issues. | 0.20 | 95.00 | 4304382 | 09/03/02 |
| BENTLEY, PHILIP | 08/16/02 | Review additional case management pleadings, review and edit memo to Committee re same, and discs. GB re same. | 1.90 | 902.50 | 4304397 | 09/03/02 |
| BENTLEY, PHILIP | 08/26/02 | Review recent pleadings. | 0.10 | 47.50 | 4304409 | 09/03/02 |
| BENTLEY, PHILIP | 08/27/02 | Review recent pleadings. | 0.20 | 95.00 | 4304413 | 09/03/02 |
| BENTLEY, PHILIP | 08/28/02 | Review pleadings. | 0.10 | 47.50 | 4304426 | 09/03/02 |
| BENTLEY, PHILIP | 08/31/02 | Review recent brief re personal injury case management issues. | 1.60 | 760.00 | 4304561 | 09/03/02 |
| Total For BENTLEY P - 02495 | | | 25.40 | 12,065.00 | | |
| MAYER, THOMAS MOERS | 08/02/02 | Conferences G. Becker, P. Bentley re new opinion by Wolin on determination of asbestos liabilities of W.R. Grace at time of Sealed Air spinoff ("Sealed Air Opinion"). | 0.30 | 177.00 | 4274499 | 08/12/02 |
| Total For MAYER T - 03976 | | | 0.30 | 177.00 | | |
| TRACHTMAN, JEFFREY S. | 08/05/02 | Consult/PB re estimation strategy | 0.30 | 145.50 | 4267779 | 08/06/02 |
| Total For TRACHTMAN J - 01459 | | | 0.30 | 145.50 | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    27
Run Date & Time: 10/22/2002 12:31:45                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:  1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

     B I L L E D    T I M E    D E T A I L
Employee Name                Work Date    Description                                                      Hours       Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---:|---:|---|---|
| BECKER, GARY M. | 08/01/02 | Research and prepare response to proposals re resolution of personal injury claims (1.8); memo to and conf. with Tadelis re further research in support of pleading (0.6). | 2.40 | 960.00 | 4268739 | 08/07/02 |
| BECKER, GARY M. | 08/02/02 | Research and prepare pleading in response to proposals for case management orders (2.5); conf. with Bentley re pleading (0.4). | 2.90 | 1,160.00 | 4268747 | 08/07/02 |
| BECKER, GARY M. | 08/03/02 | Conf. with Bentley re pleading in response to case management proposals | 0.20 | 80.00 | 4268750 | 08/07/02 |
| BECKER, GARY M. | 08/04/02 | Conf. with Bentley re pleading in response to case management proposals (0.5); prepare pleading re case management proposals (3.5). | 4.00 | 1,600.00 | 4268776 | 08/05/02 |
| BECKER, GARY M. | 08/05/02 | Revise pleading re case management (0.9); various conf. with P. Bentley re case management pleading (1.0); research re certain issues arising in case management pleading (0.7); conf. with PI Committee and Debtor's counsel re redaction of PI case management proposal (0.5). | 3.10 | 1,240.00 | 4268731 | 08/07/02 |
| BECKER, GARY M. | 08/06/02 | Research and revise pleading re case management pleading (0.8); conf. with Bentley re case management pleading (0.5); multiple conf. with local counsel refiling case management pleading (0.5); review plaintiff's solvency expert report (1.0). | 2.80 | 1,120.00 | 4274049 | 08/12/02 |
| BECKER, GARY M. | 08/09/02 | Review Creditor Committee pleading re case management proposals (0.4); conf. with Bentley re asbestos issues (0.2) | 0.60 | 240.00 | 4274027 | 08/12/02 |
| BECKER, GARY M. | 08/14/02 | Research re certain asbestos issues and conf. with Bentley re same | 0.90 | 360.00 | 4277695 | 08/15/02 |
| BECKER, GARY M. | 08/16/02 | Review briefs on case management proposals filed by creditors' committee and select asbestos committee | 1.30 | 520.00 | 4283302 | 08/21/02 |
| **Total For BECKER G - 05292** | | | **18.20** | **7,280.00** | | |
| TADELIS, JAMIE | 08/01/02 | Westlaw research on Rule 9014 (0.8). | 0.80 | 168.00 | 4271022 | 08/08/02 |
| TADELIS, JAMIE | 08/02/02 | Additional Westlaw research regarding section 502(c) & (b) and Rule 9014. Review of caselaw. | 1.30 | 273.00 | 4271019 | 08/08/02 |
| **Total For TADELIS J - 05375** | | | **2.10** | **441.00** | | |

```
                                                                        Fee Total          46.30     20,108.50
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    28
Run Date & Time: 10/22/2002 12:31:45                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS  - 06975                   Proforma Number:    1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status       : ACTIVE

          B I L L E D   C O S T S   D E T A I L

Description/Code                            Employee                    Date        Amount         Index#    Batch No   Batch Date
------------------                          --------                    ----        ------         ------    --------   ----------

PHOTOCOPYING                0820
     PHOTOCOPYING                           BECKER, G M                 08/05/02      7.80         5688925     81190    08/07/02

                                       0820 PHOTOCOPYING Total :                      7.80

RESEARCH SERVICES           0841
     08/30/2002                             SNAGGS, S                   08/30/02     14.00         5727600     82802    09/06/02

                                       0841 RESEARCH SERVICES Total :                14.00

LONG DIST. TELE.            0910
     DERAVENTURES, INC.                     BENTLEY, P                  08/13/02    602.09         5697260     81491    08/13/02
     LONG DIST. TELE. - VENDOR-DERAVENTURES, INC.

                                       0910 LONG DIST. TELE. Total :                602.09

WESTLAW ON - LINE RE        0917
     WESTLAW ON - LINE RE                   TADELIS, J T                08/01/02    157.69         5693183     81323    08/09/02
     WESTLAW ON - LINE RE                   TADELIS, J T                08/02/02    266.44         5693184     81323    08/09/02
     WESTLAW ON - LINE RE                   SNAGGS, S                   08/30/02     35.21         5740588     83012    09/11/02

                                       0917 WESTLAW ON - LINE RE Total :            459.34

LEXIS / NEXIS ON -L         0921
     LEXIS / NEXIS ON -L                    BECKER, G M                 08/05/02     41.00         5697988     81515    08/14/02
     LEXIS / NEXIS ON -LINE RESEARCH

                                       0921 LEXIS / NEXIS ON -L Total :              41.00

IN-HOUSE/MEALS              0943
     IN-HOUSE/MEALS                         TADELIS, J T                08/06/02     15.51         5689949     81207    08/07/02

                                       0943 IN-HOUSE/MEALS Total :                   15.51

OUT-OF-TOWN TRAVEL          0950
     CITICORP DINERS CLUB                   BECKER, G M                 08/13/02    265.00         5696925     81455    08/13/02
     OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
     CLUB 6/18/02 Wilmington

                                       0950 OUT-OF-TOWN TRAVEL Total :              265.00

                           Costs Total :                                          1,404.74
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    29
Run Date & Time: 10/22/2002 12:31:45

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:   1602139
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE


              B I L L E D   T I M E   S U M M A R Y
Employee Name                        Hours        Amount          Bill          W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward
----------------------------------   ------       ----------      ----          ---------        -----------    --------     -------------
TRACHTMAN, JEFFREY S                   0.30           145.50
BENTLEY, PHILIP                       25.40        12,065.00
MAYER, THOMAS MOERS                    0.30           177.00
BECKER, GARY M.                       18.20         7,280.00
TADELIS, JAMIE                         2.10           441.00
                                     ------       ----------
              Total:                  46.30        20,108.50


              B I L L E D   C O S T S   S U M M A R Y
Code Description                              Amount              Bill          W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward
----------------------------------            ----------          ----          ---------        -----------    --------     -------------
0820 PHOTOCOPYING                                   7.80
0841 RESEARCH SERVICES                             14.00
0910 LONG DIST. TELE.                             602.09
0917 WESTLAW ON - LINE RESEARC                    459.34
0921 LEXIS / NEXIS ON -LINE R                      41.00
0943 IN-HOUSE/MEALS                                15.51
0950 OUT-OF-TOWN TRAVEL                           265.00
                                              ----------
              Costs Total :                     1,404.74
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    30
Run Date & Time: 10/22/2002 12:31:45                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:
===============================================================================================================================
                                            PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                         TO:
              UNBILLED DISB FROM:                         TO:

                                     FEES                         COSTS
                                     ----                         -----

GROSS BILLABLE AMOUNT:               0.00                         0.00
AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
           THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                                  BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


===============================================================================================================================
                                    ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                    FEES:                      29,756.30          UNIDENTIFIED RECEIPTS:            0.00
                    DISBURSEMENTS:                 698.66          PAID FEE RETAINER:                0.00
                    FEE RETAINER:                    0.00          PAID DISB RETAINER:               0.00
                    DISB RETAINER:                   0.00          TOTAL AVAILABLE FUNDS:            0.00
                    TOTAL OUTSTANDING:          30,454.96          TRUST BALANCE:
                                                                   BILLING HISTORY
                                                              ---------------------
                    DATE OF LAST BILL:         10/21/02            LAST PAYMENT DATE:             09/13/02
                    LAST BILL NUMBER:            359721            FEES BILLED TO DATE:          36,722.50
                    LAST BILL THRU DATE:       09/30/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee        (6) Summer Associate
      (2) Late Time & Costs Posted  (7) Fixed Fee
      (3) Pre-arranged Discount     (8) Premium
      (4) Excessive Legal Time      (9) Rounding
      (5) Business Development     (10) Client Arrangement


BILL NUMBER: _____      DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                                PAGE   31
Run Date & Time: 10/22/2002 12:31:45

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 10/22/02 12:31:45)
                                 -------- Billed --------       ---- Applied ----    ---- Collections ----      Balance
Bill Date  Thru Date  Bill#      Fee & OA        Disbursement        From OA           Total        Date           Due
---------  ---------  -----      --------        ------------    -------------       ---------    ---------     ---------
09/27/01   08/31/01   339400      2,212.50           242.00                             242.00    11/30/01      2,212.50
10/29/01   09/30/01   341359            .00          147.75                                .00    09/13/02        147.75
03/27/02   02/28/02   348979      4,260.00              .00                           4,260.00    09/13/02            -.00
05/31/02   04/30/02   352100      4,265.00              .00                           2,706.20    09/13/02      1,558.80
06/18/02   05/31/02   352980      1,040.00              .00                                .00                  1,040.00
08/15/02   06/30/02   357518      4,037.50             9.80                                .00                  4,047.30
08/19/02   07/31/02   356269     11,567.50           541.11                                .00                 12,108.61
10/21/02   09/30/02   359721      9,340.00              .00                                .00                  9,340.00
                                 ---------        ---------                          ---------                ---------
              Total:             36,722.50           940.66                           7,208.20                 30,454.96
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   32
Run Date & Time: 10/22/2002 12:31:45

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

Special Billing Instructions:

--------------------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                        TO:
           UNBILLED DISB FROM:                        TO:

                                        FEES                COSTS
                                        ----                -----
           GROSS BILLABLE AMOUNT:       0.00                0.00
           AMOUNT WRITTEN DOWN:
                        PREMIUM:
               ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:
      CLOSE MATTER/FINAL BILLING?       YES OR NO
    EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              BILLING COMMENTS:


--------------------------------------------------------------------------------------------------------------------------
                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                    FEES:              1,310.00       UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:                  0.00       PAID FEE RETAINER:           0.00
           FEE RETAINER:                   0.00       PAID DISB RETAINER:          0.00
          DISB RETAINER:                   0.00       TOTAL AVAILABLE FUNDS:       0.00
       TOTAL OUTSTANDING:              1,310.00       TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ---------------
      DATE OF LAST BILL:        08/19/02              LAST PAYMENT DATE:
      LAST BILL NUMBER:           356269              FEES BILLED TO DATE:       1,310.00
      LAST BILL THRU DATE:      07/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (6) Summer Associate
       (2) Late Time & Costs Posted    (7) Fixed Fee
       (3) Pre-arranged Discount       (8) Premium
       (4) Excessive Legal Time        (9) Rounding
       (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE   33
Run Date & Time: 10/22/2002 12:31:45

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status     : ACTIVE

A C C O U N T S     R E C E I V A B L E      (Reflects Payments As of 10/22/02 12:31:45)
                                -------- Billed --------       ---- Collections ----      Balance
Bill Date  Thru Date  Bill#     Fee & OA       Disbursement    Applied        Total       Due
                                                               From OA        Date
08/15/02   06/30/02   357518         95.00             .00          .00         .00            95.00
08/19/02   07/31/02   356269      1,215.00             .00          .00         .00         1,215.00
           Total:                 1,310.00             .00                      .00         1,310.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   34
Run Date & Time: 10/22/2002 12:31:45

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975      Proforma Number:   1602140
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status    : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:  08/26/2002                 TO:  08/26/2002
    UNBILLED DISB FROM:  08/27/2002                 TO:  08/27/2002

                                          FEES                         COSTS

GROSS BILLABLE AMOUNT:                1,960.00                          58.14
AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:    08/26/2002                     08/27/2002
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

    FEES:                         37,613.30    UNIDENTIFIED RECEIPTS:    0.00
    DISBURSEMENTS:                    58.14    PAID FEE RETAINER:        0.00
    FEE RETAINER:                      0.00    PAID DISB RETAINER:       0.00
    DISB RETAINER:                     0.00    TOTAL AVAILABLE FUNDS:    0.00
    TOTAL OUTSTANDING:            37,671.44    TRUST BALANCE:

                                          BILLING HISTORY

    DATE OF LAST BILL:     09/30/02       LAST PAYMENT DATE:        09/13/02
    LAST BILL NUMBER:        358460       FEES BILLED TO DATE:      44,397.50
    LAST BILL THRU DATE:   08/31/02

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```