```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   35
Run Date & Time: 10/22/2002 12:31:45                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   1602140
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE
```

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 08/26/02 | 08/26/02 | 4.90 | 1,960.00 |
| | Total: | | | | 4.90 | 1,960.00 |

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0940 | CAB FARES | 08/27/02 | 08/27/02 | 58.14 |
| | Total | | | 58.14 |
| | Grand Total | | | 2,018.14 |

Sub-Total Hours :  0.00 Partners   0.00 Counsels   4.90 Associates   0.00 Legal Assts   0.00 Others

## ACCOUNTS RECEIVABLE   (Reflects Payments As of 10/22/02 12:31:45)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 345477 | 2,220.00 | .00 | .00 | | | 2,220.00 |
| 02/27/02 | 01/31/02 | 340586 | 6,160.00 | .00 | 1,398.50 | 09/13/02 | | 4,761.50 |
| 03/27/02 | 02/28/02 | 348979 | 10,837.50 | .00 | 3,561.00 | 09/13/02 | | 7,276.50 |
| 04/30/02 | 03/31/02 | 347464 | 8,340.00 | .00 | 1,824.70 | 09/13/02 | | 6,515.30 |
| 06/10/02 | 04/30/02 | 352100 | 3,200.00 | .00 | .00 | | | 3,200.00 |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | .00 | | | 4,820.00 |
| 08/15/02 | 06/30/02 | 357518 | 4,200.00 | .00 | .00 | | | 4,200.00 |
| 08/19/02 | 07/31/02 | 356269 | 2,660.00 | .00 | .00 | | | 2,660.00 |
| 09/30/02 | 08/31/02 | 358460 | 1,960.00 | 58.14 | .00 | | | 2,018.14 |
| | Total: | | 44,397.50 | 58.14 | 6,784.20 | | | 37,671.44 |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    36
Run Date & Time: 10/22/2002 12:31:45

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1602140
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

        B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                      Hours    Amount       Index#    Batch Date

BECKER, GARY M.            08/26/02     Prepare for and appear at omnibus hearing in      4.90    1,960.00    4344864    09/13/02
                                        Wilmington (4.9).

                                                         Fee Total                        4.90    1,960.00

Total For BECKER G - 05292                                                                4.90    1,960.00


        B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee               Date        Amount        Index#    Batch No   Batch Date

CAB FARES                    0940
 DIAL CAR INC.                                MANGUAL, K M           08/27/02     27.54        5714401   82093      08/27/02
 CAB FARES  - VENDOR-DIAL CAR INC. 7/17/02
 DIAL CAR INC.                                MANGUAL, K M           08/27/02     30.60        5714402   82093      08/27/02
 CAB FARES  - VENDOR-DIAL CAR INC. 7/17/02
                                                                 0940 CAB FARES Total :  58.14

                                                                 Costs Total :           58.14
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   37
Run Date & Time: 10/22/2002 12:31:45

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                             Orig Prtnr : CRED. RGTS  - 06975     Proforma Number:   1602140
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : HEARINGS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                               Status     : ACTIVE


   B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours        Amount          Bill         W/o / W/u       Transfer To  Clnt/Mtr    Carry Forward

BECKER, GARY M.             4.90      1,960.00
   Total:                   4.90      1,960.00


   B I L L E D    C O S T S    S U M M A R Y
Code Description                       Amount          Bill         W/o / W/u       Transfer To  Clnt/Mtr    Carry Forward

0940 CAB FARES                          58.14
          Costs Total :                 58.14
```

```
alp_132r: Billed Charges Analysis                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    38
Run Date & Time: 10/22/2002 12:31:45                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                                      Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:  1602141
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                              Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : LITIGATION                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                                     Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

                                                            FEES                                    COSTS
                                                            ----                                    -----
         UNBILLED TIME FROM:   08/01/2002              TO:  08/30/2002
         UNBILLED DISB FROM:   08/29/2002              TO:  08/29/2002

GROSS BILLABLE AMOUNT:                           2,167.50                                   4,437.15
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:                              08/30/2002                                 08/29/2002
CLOSE MATTER/FINAL BILLING?           YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                           BENTLEY PHILIP - 02495                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                               ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
                                               --------------------------                                 --------------
                   FEES:                       2,167.50            UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                      4,437.15            PAID FEE RETAINER:            0.00
           FEE RETAINER:                           0.00            PAID DISB RETAINER:           0.00
          DISB RETAINER:                           0.00            TOTAL AVAILABLE FUNDS:        0.00
       TOTAL OUTSTANDING:                      6,604.65            TRUST BALANCE:
                                                                   BILLING HISTORY
                                                                   ---------------
       DATE OF LAST BILL:    10/21/02                             LAST PAYMENT DATE:
       LAST BILL NUMBER:                                          FEES BILLED TO DATE:      2,167.50
       LAST BILL THRU DATE:  09/30/02

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

          (1)  Exceeded Fixed Fee             (6)  Summer Associate
          (2)  Late Time & Costs Posted       (7)  Fixed Fee
          (3)  Pre-arranged Discount          (8)  Premium
          (4)  Excessive Legal Time           (9)  Rounding
          (5)  Business Development          (10)  Client Arrangement

BILL NUMBER:                      DATE OF BILL:                Processed by:                 FRC:                      CRC:
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    39
Run Date & Time: 10/22/2002 12:31:45

                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                      Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:  1602141
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 06975         Bill Frequency: M
Matter Name : LITIGATION                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                               Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y ------------------------------------- Total -----------------------------
Emp Id Employee Name                    Group            Oldest       Latest      Hours       Amount

02495  BENTLEY, PHILIP                  CRED            08/09/02     08/30/02      1.70       807.50
05292  BECKER, GARY M.                  CRED            08/01/02     08/30/02      3.40     1,360.00

                         Total:                                                    5.10     2,167.50

Sub-Total Hours :   1.70 Partners    0.00 Counsels    3.40 Associates    0.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y -------------------- Total Billed -----------------
Code  Description                        Oldest       Latest       Total
                                          Entry        Entry       Amount

0965  COURT REPT'S COSTS                08/29/02     08/29/02     4,437.15

                         Total                                    4,437.15

                  Grand Total                                     6,604.65
                                                                 ==========

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 10/22/02 12:31:45)
                                 ------- Billed -------         Applied      ---- Collections ----      Balance
Bill Date Thru Date   Bill#      Fee & OA   Disbursement         From OA           Total     Date         Due

09/30/02 08/31/02   358460       2,167.50     4,437.15             .00              .00                  6,604.65

           Total:                2,167.50     4,437.15             .00              .00                  6,604.65
```


```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   40
Run Date & Time: 10/22/2002 12:31:45                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                          Orig Prtnr : CRED. RGTS - 06975                 Proforma Number:  1602141
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : LITIGATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/09/02 | Review pleadings re motion for leave to appeal. | 0.30 | 142.50 | 4304373 | | 09/03/02 |
| BENTLEY, PHILIP | 08/13/02 | Review motion for leave to appeal. | 0.10 | 47.50 | 4304377 | | 09/03/02 |
| BENTLEY, PHILIP | 08/30/02 | Review and edit memo to Committee re recent developments in sealed air suit, and confs. GB and TM re same; review recent pleadings in sealed air suit. | 1.30 | 617.50 | 4304442 | | 09/03/02 |

**Total For BENTLEY P - 02495**            1.70    807.50

| BECKER, GARY M. | 08/01/02 | Prepare memo to committee re Sealed Air decisions on standards (1.5). | 1.50 | 600.00 | 4268740 | | 08/07/02 |
| BECKER, GARY M. | 08/14/02 | Review letter exchange re case management conference (0.5); call S. Birnbaum re same (0.1). | 0.60 | 240.00 | 4277696 | | 08/15/02 |
| BECKER, GARY M. | 08/27/02 | Conf. with debtors counsel re 8/26 hearing before Judge Wolin (0.3); conf. with Bentley re same (0.2). | 0.50 | 200.00 | 4292660 | | 08/29/02 |
| BECKER, GARY M. | 08/30/02 | Conf. with plaintiffs' counsel re conference on September 3 (0.3); call debtors counsel re September 3 conference (0.1); conf. with Bentley re September 3 conference (0.4) | 0.80 | 320.00 | 4303965 | | 09/03/02 |

**Total For BECKER G - 05292**            3.40   1,360.00

**Fee Total**                             5.10   2,167.50

### BILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| COURT REPT'S COSTS | 0965 | | | | | | |
| JANE ROSE REPORTING INC. | | BECKER, G M | 08/29/02 | 933.15 | 5719753 | 82282 | 08/29/02 |
| COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | | | | | | | |
| JANE ROSE REPORTING INC. | | BECKER, G M | 08/29/02 | 2,127.10 | 5719754 | 82282 | 08/29/02 |
| COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | | | | | | | |
| JANE ROSE REPORTING INC. | | BECKER, G M | 08/29/02 | 1,376.90 | 5719755 | 82282 | 08/29/02 |
| COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | | | | | | | |

**0965 COURT REPT'S COSTS Total :**           4,437.15

```
alp_132r: Billed Charges Analysis                                                                              PAGE   41
Run Date & Time: 10/22/2002 12:31:45

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1602141
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status     : ACTIVE

 B I L L E D   C O S T S   D E T A I L
Description/Code                   Employee            Date         Amount         Index#   Batch No   Batch Date
-----------------                  --------            ----         ------         ------   --------   ----------


            Costs Total :                                         4,437.15
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  42
Run Date & Time: 10/22/2002 12:31:45

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1602141
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount          Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP             1.70         807.50
BECKER, GARY M.             3.40       1,360.00
      Total:                5.10       2,167.50

    B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount          Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------
0965 COURT REPT'S COSTS              4,437.15

             Costs Total :            4,437.15
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE  43
Run Date & Time: 10/22/2002 12:31:45                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                 Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                               PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                     TO:
       UNBILLED DISB FROM:                     TO:

                                FEES                            COSTS
                                ----                            -----
       GROSS BILLABLE AMOUNT:          0.00                           0.00
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:
       CLOSE MATTER/FINAL BILLING?     YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                  ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

           FEES:                    370.00         UNIDENTIFIED RECEIPTS:    0.00
           DISBURSEMENTS:              0.00        PAID FEE RETAINER:        0.00
           FEE RETAINER:               0.00        PAID DISB RETAINER:       0.00
           DISB RETAINER:              0.00        TOTAL AVAILABLE FUNDS:    0.00
           TOTAL OUTSTANDING:        370.00        TRUST BALANCE:
                                                   BILLING HISTORY
           DATE OF LAST BILL:     10/29/01         LAST PAYMENT DATE:
           LAST BILL NUMBER:        341359         FEES BILLED TO DATE:    370.00
           LAST BILL THRU DATE:   09/30/01

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee            (6) Summer Associate
        (2) Late Time & Costs Posted      (7) Fixed Fee
        (3) Pre-arranged Discount         (8) Premium
        (4) Excessive Legal Time          (9) Rounding
        (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                   PAGE  44
Run Date & Time: 10/22/2002 12:31:45

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 10/22/02 12:31:45)
                                    ------------- Billed -------------     Applied   ---- Collections ----   Balance
Bill Date  Thru Date  Bill#         Fee & OA        Disbursement           From OA     Total       Date        Due
----------- --------- ------        --------        ------------           -------   -------     --------    --------
10/29/01   09/30/01   341359         370.00             .00                  .00       .00                   370.00

                        Total:       370.00             .00                  .00       .00                   370.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   45
Run Date & Time: 10/22/2002 12:31:45

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:  1602158
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:    08/26/2002                 TO:   08/26/2002
     UNBILLED DISB FROM:                               TO:

                                   FEES                    COSTS
                                  ------                  ------
GROSS BILLABLE AMOUNT:             800.00                    0.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:           08/26/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                 BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                              ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                  FEES:           5,200.00      UNIDENTIFIED RECEIPTS:            0.00
         DISBURSEMENTS:               0.00      PAID FEE RETAINER:                0.00
         FEE RETAINER:                0.00      PAID DISB RETAINER:               0.00
        DISB RETAINER:                0.00      TOTAL AVAILABLE FUNDS:            0.00
     TOTAL OUTSTANDING:            5,200.00     TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
   DATE OF LAST BILL:       09/30/02            LAST PAYMENT DATE:
   LAST BILL NUMBER:          358460            FEES BILLED TO DATE:         5,200.00
   LAST BILL THRU DATE:     09/30/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee               (6) Summer Associate
    (2) Late Time & Costs Posted         (7) Fixed Fee
    (3) Pre-arranged Discount            (8) Premium
    (4) Excessive Legal Time             (9) Rounding
    (5) Business Development            (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    46
Run Date & Time: 10/22/2002 12:31:45

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1602158
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOBRS - 03976
Matter Opened : 10/04/2002                                                                        Status     : ACTIVE

   B I L L E D   T I M E    S U M M A R Y   ------------------------------  Total  Billed   ------------------------
Emp Id Employee Name                       Group           Oldest     Latest           Hours  Amount
05292 BECKER, GARY M.                      CRED          08/26/02   08/26/02            2.00    800.00

              Total:                                                                    2.00    800.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    2.00 Associates    0.00 Legal Assts    0.00 Others


A C C O U N T S    R E C E I V A B L E     (Reflects Payments As of 10/22/02 12:31:45)
                                  -------- Billed --------   ---- Collections ----
Bill Date Thru Date Bill#         Fee & OA     Disbursement   Applied    From OA          Balance
                                                              Total       Date            Due
06/10/02 04/30/02  352100         4,400.00            .00          .00       .00          4,400.00
09/30/02 09/30/02  358460           800.00            .00          .00       .00            800.00

              Total:              5,200.00            .00          .00       .00          5,200.00
```

```
alp_132r: Billed Charges Analysis                                                                                         PAGE   47
Run Date & Time: 10/22/2002 12:31:45

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1602158
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status      : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date       Description                                     Hours        Amount    Index#   Batch Date
---------------          ---------       -----------                                     -----        ------    ------   ----------
BECKER, GARY M.          08/26/02        non-working travel time: bill at 1/2 normal      2.00        800.00    4292638  08/29/02
                                         rate (2.0).

                                                                           Fee Total      2.00        800.00

Total For BECKER G - 05292                                                                2.00        800.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    48
Run Date & Time: 10/22/2002 12:31:45

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:  1602158
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                             Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                     Bill          W/o / W/u     Transfer To    Clnt/Mtr  Carry Forward
Employee Name                    Hours       Amount
BECKER, GARY M.                   2.00       800.00

           Total:                 2.00       800.00
```

```
alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 10/22/02 12:31:51                            *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE              Work Thru : 08/31/02

 Matter                                                                                                    
 Number    Name                       Hours        Fees       Disbursements  Total Charges   Resp Partners          Class  Freq Stat
 ------    ----                       -----        ----       -------------  -------------   -------------          -----  ---- ----
 00001     CASE ADMINISTRATION        13.60     4,022.50           1,169.59       5,192.09   BENTLEY PHILIP - 02495    M     B
 00002     CREDITOR COMMITTEE          4.10     1,630.00             121.00       1,751.00   BENTLEY PHILIP - 02495    M     B
 00004     ASSET DISPOSITION           0.00         0.00               0.00           0.00   BENTLEY PHILIP - 02495    M     B
 00005     BANKR. MOTIONS              0.00         0.00               0.00           0.00   BENTLEY PHILIP - 02495    M     B
 00008     FEE APPLICATIONS, APPLIC   10.20     2,910.00               0.00       2,910.00   BENTLEY PHILIP - 02495    M     B
 00012     CLAIM ANALYSIS OBJECTION   46.30    20,108.50           1,404.74      21,513.24   BENTLEY PHILIP - 02495    M     B
 00013     FRAUDULENT CONVEYANCE AD    0.00         0.00               0.00           0.00   BENTLEY PHILIP - 02495    M     B
 00017     EMPLOYEE BENEFITS/PENSIO    0.00         0.00               0.00           0.00   BENTLEY PHILIP - 02495    M     B
 00019     HEARINGS                    4.90     1,960.00              58.14       2,018.14   BENTLEY PHILIP - 02495    M     B
 00020     LITIGATION                  5.10     2,167.50           4,437.15       6,604.65   BENTLEY PHILIP - 02495    M     B
 00021     RELIEF FROM STAY PROCEED    0.00         0.00               0.00           0.00   BENTLEY PHILIP - 02495    M     B
 00028     TRAVEL\NON-WORKING          2.00       800.00               0.00         800.00   BENTLEY PHILIP - 02495    M     B

 Client Total                         86.20    33,598.50           7,190.62      40,789.12
```

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE