UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: )
 )  CHAPTER 11
W. R. GRACE & CO. ET AL., )
 )  JOINTLY ADMINISTERED
 )  CASE NO. 01-01139 (JKF)
          DEBTORS. )
 )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Assistant Attorney General for the State of North Carolina will appear on behalf of claimant Superfund Section of the Division of Waste Management of the North Carolina Department of Environment and Natural Resources in the above-captioned chapter 11 matter. All pleadings, notices, calendars, or other documents relating to this claimant should be directed to the attention of the undersigned. The undersigned specifically requests that he be provided with (1) a copy of the Debtors' Schedules (2) a proof of claim form for non-asbestos claims and instructions for completing the proof of claim form and (3) a copy of the Notice of the Commencement of the Case.

Respectfully submitted, this the 21st day of October, 2002.

ROY COOPER
Attorney General

*/s/ W. Wallace Finlator, Jr.*
W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
NC State Bar No. 14197
Phone: (919) 716-6600
Fax:   (919) 716-6939

-2-

## CERTIFICATE OF SERVICE

I, W. Wallace Finlator, Jr., hereby certify that I have served the foregoing Notice of Appearance upon the claims processing agent by depositing one copy of same in an official depository of the United States Postal Service, first-class postage prepaid, and addressed as follows:

Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

This the 21st day of October, 2002.

*[signature]*
W. Wallace Finlator, Jr.
Assistant Attorney General