## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: November 14, 2002 at 4:00 p.m.**

## ELEVENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:

Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:

The Official Committee of Equity Holders

Date of Retention:

October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:

September 1, 2002 through September 30, 2002

Amount of fees to be approved
as actual, reasonable and necessary:

$14,313.50

Amount of expenses sought as
actual, reasonable and necessary:

$665.71

This is a(n):     __x__ interim          ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:38814.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 1/25/02 1548 | 12/1/01 through 12/31/01 | $4,119.50/ $ 940.67 | $3,295.60/ $ 940.67 | 1689 |
| 2/26/02 1720 | 1/1/02 through 1/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 4/3/02 1895 | 2/1/02 through 2/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 5/8/02 2025 | 3/1/02 through 3/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 6/3/02 2145 | 4/1/02 through 4/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 7/2/02 2316 | 5/1/02 through 5/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 8/2/02 2489 | 6/1/02 through 6/3002 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 8/28/02 2609 | 7/1/02 through 7/3102 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 9/26/2002 2751 | 8/1/02 through 8/31/02 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |

## SUMMARY OF TIME FOR BILLING PERIOD
## SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K. D. Currier | $395.00 | 20.5 | $8,097.50 |
| Jeffrey R. Waxman | $160.00 | 29.2 | $4,672.00 |
| Victoria J.A. Dye | $120.00 | 3.4 | $408.00 |
| Raelena T. Taylor | $120.00 | 9.0 | $1,080.00 |
| Maryann Zickgraf | $80.00 | 0.7 | $56.00 |
| **TOTAL** | | **62.8** | **$14,313.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.6 | $190.00 |
| Business Operations | 0.5 | $197.50 |
| Case Administration | 8.3 | $1,229.00 |
| Claims Administration/Objections | 1.0 | $324.50 |
| Employee Benefits/Pensions | 0.7 | $276.50 |
| Fee/Employment Applications | 4.6 | $741.50 |
| Meetings of Creditors | 3.1 | $1,224.50 |
| Plan & Disclosure Statement | 0.4 | $134.50 |
| Relief from Stay Proceedings | 1.3 | $396.00 |
| Klett Rooney Fee/Employment Applications | 20.1 | $4,355.50 |
| Hearings | 8.1 | $1,554.50 |
| Objections to Asbestos Claims | 0.6 | $96.00 |
| ZAI Science Trial | 2.4 | $948.00 |
| Fraudulent Transfer Litigation | 11.1 | $2,645.50 |
| **TOTAL** | 62.8 | $14,313.50 |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $532.21 |
| Telecopy expenses | $73.34 |
| Express/Certified Mail | $14.44 |
| Federal Express | $26.22 |
| Messenger Services | $19.50 |
| **TOTAL** | **$665.71** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
     Teresa K. D. Currier (No. 3080)
     Jeffrey R. Waxman (No. 4159)
     1000 West Street, Suite 1410
     Wilmington, DE  19801
     (302) 552-4200

     Co-Counsel to the Official Committee of
     Equity Holders

Dated: October 25, 2002

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS   DATE : OCTOBER 10, 2002
                  MATTER : W9600-001
                  INVOICE : 145523


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02 T C

RE:  IN RE: W.R. GRACE & CO., ET AL.


| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 09/03/02 REPRODUCTION OF DOCUMENTS | 9.75 |
| 09/04/02 REPRODUCTION OF DOCUMENTS | 36.30 |
| 09/04/02 REPRODUCTION OF DOCUMENTS | 2.40 |
| 09/05/02 TELECOPY EXPENSES | 11.04 |
| 09/09/02 MESSENGER SERVICES - 13203 -   PARCELS, INC.-D D R | 7.50 |
| 09/09/02 REPRODUCTION OF DOCUMENTS | .90 |
| 09/12/02 REPRODUCTION OF DOCUMENTS | 3.00 |
| 09/12/02 TELECOPY EXPENSES | 11.79 |
| 09/17/02 TELECOPY EXPENSES | 4.92 |
| 09/17/02 REPRODUCTION OF DOCUMENTS | 4.50 |
| 09/17/02 TELECOPY EXPENSES | 13.54 |
| 09/18/02 REPRODUCTION OF DOCUMENTS | 14.40 |
| 09/19/02 FEDERAL EXPRESS - 4-343-68805 -   FEDERAL EXPRESS CORPORATION | 10.14 |
| 09/19/02 MESSENGER SERVICES -  13315 - PARCELS, INC.-D D R | 12.00 |
| 09/19/02 REPRODUCTION OF DOCUMENTS | 10.50 |
| 09/24/02 EXPRESS/CERTIFIED MAIL | 14.44 |
| 09/24/02 FEDERAL EXPRESS - 4-390-03647 -   FEDERAL EXPRESS CORPORATION | 16.08 |
| 09/25/02 REPRODUCTION OF DOCUMENTS | .90 |
| 09/26/02 REPRODUCTION OF DOCUMENTS | 6.15 |
| 09/26/02 REPRODUCTION OF DOCUMENTS | 26.25 |
| 09/27/02 TELECOPY EXPENSES | 12.42 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 1.50 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 1.35 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 151.13 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 36.15 |
| 09/30/02 TELECOPY EXPENSES | 19.63 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 2.55 |
| 09/30/02 REPRODUCTION OF DOCUMENTS | 224.48 |

PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER :  W9600-001
                                              INVOICE : 145523

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.


                        TOTAL EXPENSE ADVANCES :        665.71

                        TOTAL DUE  :                    665.71

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2002
MATTER :  W9600-003
INVOICE : 145524

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/18/02 | TC | REVIEWED MOTION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES | .40 |
| 09/20/02 | JRW | OBTAIN AND REVIEW MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES | .20 |

### T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| J R WAXMAN | 160.00 | .20   | 32.00  |
| T CURRIER  | 395.00 | .40   | 158.00 |
| TOTALS     |        | .60   | 190.00 |

TOTAL FEES :                190.00

TOTAL DUE  :                190.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-004
                                              INVOICE : 145525


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  BUSINESS OPERATIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

09/17/02 TC    REVIEWED MONTHLY OPERATING REPORTS                    .50



                   T I M E   S U M M A R Y
                   -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

   T CURRIER           395.00     .50           197.50
                TOTALS            .50           197.50


                   TOTAL FEES :                      197.50


                   TOTAL DUE  :                      197.50
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2002
MATTER :  W9600-005
INVOICE : 145728

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/03/02 | TC | REVIEWED COMMUNICATION FROM KEVIN GROSS RE CASE MANAGEMENT MOTION THAT EQUITY COMMITTEE JOINED IN | .20 |
| 09/03/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM | .20 |
| 09/04/02 | JRW | OBTAIN AND REVIEW AMENDED SCHEDULES | .30 |
| 09/04/02 | RTT | UPDATE ADVESARY DOCKET/FILE MAINTENANCE FOR NO. 02-2210 AND 02-2211 | .50 |
| 09/05/02 | RTT | DOWNLOAD NOTICE OF CHANGE OF ADDRESS OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS(.1); UPDATE FEE APPLICATION SERVICE LIST(.1); UPDATE 2002(.1) | .30 |
| 09/05/02 | RTT | CONTINUE TO UPDATE ADVESARY DOCKET/FILE MAINTENANCE FOR 02-2210 | 1.30 |
| 09/09/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 09/11/02 | VJD | RETRIEVE UPDATED DOCKET FROM PACER SYSTEM | .20 |
| 09/13/02 | RTT | DOWNLOAD NOTICE OF APPEARANCE OF CAMPELL, CHERRY, HARRISON DAVIS & DOVE P.C. | .10 |
| 09/17/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM | .20 |
| 09/18/02 | JRW | OBTAIN AND REVIEW SUPPLEMENTS TO SCHEDULES | .60 |
| 09/20/02 | RTT | PREPARE DOCUMENTS FOR 9/23/02 AT 10:00 A.M. HEARING(.3); PREPARE HEARING FOLDER FOR J.WAXMAN RE SAME(.6); DISCUSSION WITH J. WAXMAN RE SAME(.1) | 1.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-005
                                              INVOICE : 145728


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

    RE:  CASE ADMINISTRATION


09/20/02 RTT    FILE MAINTENANCE                                    1.50

09/20/02 TC     CONF WITH RAELENA TAYLOR RE PLEADINGS               .20
                MAINTENANCE IN CASE

09/23/02 JRW    CONFERENCE WITH RTAYLOR RE: DOCUMENT RETENTION      .40
                SYSTEM (.3); EMAIL TO TKDCURRIER RE: SAME (.1)

09/23/02 RTT    CONFERENCE WITH J.WAXMAN RE CASE MANAGEMENT         .20

09/23/02 RTT    UPDATE SERVICE LIST                                 .10

09/23/02 RTT    CALENDAR OMNIBUS HEARING DATES                      .20

09/23/02 TC     CONF WITH JEFF WAXMAN RE PLEADINGS MANAGEMENT       .20
                AND FILE MAINTENANCE ISSUES

09/27/02 JRW    REVIEW FAX FROM RHIGGINS RE: SUBMITTING             .20
                INDIVIDUAL FEE ORDERS AND TELEPHONE CALL TO
                RHIGGINS RE: SAME

09/27/02 RTT    UPDATE DOCKET                                       .20
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

    J R WAXMAN           160.00    1.70          272.00
    R T TAYLOR           120.00    5.40          648.00
    T CURRIER            395.00     .60          237.00
    V J DYE              120.00     .60           72.00
                 TOTALS           8.30         1229.00


            TOTAL FEES :                        1,229.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2002
MATTER :  W9600-005
INVOICE : 145728

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  CASE ADMINISTRATION

TOTAL DUE  :                    1,229.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-006
                                              INVOICE : 145729


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

    RE:  CLAIMS ADMINISTRATION & OBJECTIONS



 DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                 HOURS
 ----   ----    -------------------------------                  -----

09/24/02 JRW    REVIEW MOTION TO SETTLE THE IRS CLAIMS ARISING     .30
                FROM COLI

09/24/02 TC     REVIEWED MOTION TO APPROVE COMPROMISE WITH IRS     .40
                FOR CORPORATE DEDUCTIONS

09/26/02 TC     REVIEWED ORDER ON ASBESTOS COMMITTEE MOTION FOR    .30
                CLARIFICATION OF PRIOR ORDER, PROOF OF CLAIM
                FORMS



                 T I M E   S U M M A R Y
                 -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  J R WAXMAN           160.00     .30           48.00
  T CURRIER            395.00     .70          276.50
                TOTALS           1.00          324.50


                 TOTAL FEES :                  324.50


                 TOTAL DUE  :                  324.50
```

---

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-007
                                              INVOICE : 145528


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  EMPLOYEE BENEFITS/PENSIONS



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
   ----  ----   -------------------------------                      -----

09/24/02 TC     REVIEWED MOTION TO ALLOW AMENDMENT OF PAUL            .70
                NORRIS EMPLOYMENT AGREEMENT



                       T I M E   S U M M A R Y
                       ------------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

   T CURRIER            395.00    .70         276.50
                TOTALS           .70          276.50


                     TOTAL FEES :                      276.50


                     TOTAL DUE  :                      276.50
```

---

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2002
MATTER :  W9600-008
INVOICE : 145730

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 09/04/02 | JRW | DRAFT NOTICE OF KRAMER LEVIN FEE APPLICATION | .10 |
| 09/04/02 | JRW | DRAFT NOTICE OF KRAMER LEVIN ELEVENTH FEE APPLICATION | .10 |
| 09/04/02 | RTT | E-FILE AND SERVE ELVENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL, LLP FOR THE PERIOD: 6/1/02 THROUGH 6/30/02. | .70 |
| 09/06/02 | JRW | REVIEW LETTER FROM WSMITH TO JUDGE FITZGERALD RE: FEE APPLICATION HEARING | .10 |
| 09/11/02 | JRW | EMAIL FROM AND TO KMAGUEL RE: CNO FOR KRAMER LEVIN'S TENTH FEE APPLICATION (.1); REVIEW DOCKET AND DRAFT CNO (.2) | .30 |
| 09/12/02 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL'S TENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT(.4); FORWARD SAME TO BENTLEY & SCHMIDT AT KRAMER LEVIN(.1) | .50 |
| 09/17/02 | JRW | TELEPHONE CALL TO LAVERN (W SMITH & ASSOC.) RE: KRLS AND KRAMER'S COMPLIANCE WITH SPREADSHEET REQUIREMENT (.1); EMAILS TO AND FROM KMANGUEL RE: SAME (.2) | .30 |
| 09/17/02 | JRW | EMAILS TO AND FROM KMANGUEL RE: KRAMER LEVIN MONTHLY FEE APPLICATION | .20 |
| 09/18/02 | JRW | REVIEW KRAMER LEVIN INTERIM FEE APPLICATION (.1); TELEPHONE CALL TO KMANGUAL RE: CATEGORIES AND PROPOSED REVISIONS (.1) | .20 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 145730


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  FEE/EMPLOYMENT APPLICATIONS
```

| Date | | Description | Hours |
|------|---|-------------|-------|
| 09/18/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE AND SERVE QUARTERLY FEE APPLICATION ON BEHALF OF KRAMER LEVIN | .40 |
| 09/20/02 | JRW | REVIEW DRAFT ORDER RE: FEES (.1); EMAILS TO AND FROM TKDCURRIER RE: SAME (.1) | .20 |
| 09/20/02 | TC | REVIEWED DRAFT FEE ORDER PREPARED BY FEE AUDITOR | .30 |
| 09/25/02 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO ELEVENTH FEE APPLICATION OF KRAMER LEVIN & NAFTALIS. | .40 |
| 09/26/02 | TC | REVIEWED ORDER ENTITLING ASBESTOS COMMITTEE TO RETAIN HILSOFT NOTIFICATIONS | .20 |
| 09/27/02 | JRW | EMAILS TO AND FROM GBECKER RE:OBJECTIONS TO KRAMER LEVIN'S FEE APPLICATION AND FILING CNO (.1); REVIEW CNO (.1) | .20 |
| 09/27/02 | RTT | E-FILE AND SERVE NO ORDE REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL ELEVNTH FEE APPLICATION | .40 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

     J R WAXMAN          160.00     1.70          272.00
     M M ZICKGRAF         80.00      .40           32.00
     R T TAYLOR          120.00     2.00          240.00
     T CURRIER           395.00      .50          197.50
                 TOTALS             4.60          741.50
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

**A PROFESSIONAL CORPORATION**

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 10, 2002
MATTER : W9600-008
INVOICE : 145730

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS


TOTAL FEES :                     741.50


TOTAL DUE  :                     741.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                                                DATE :   OCTOBER 10, 2002
                                                MATTER : W9600-012
                                                INVOICE : 145531

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  MEETINGS OF CREDITORS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/04/02 | TC | REVIEWED STATUS REPORT SENT TO COMMITTEE MEMBERS ON CASE DEVELOPMENTS | .40 |
| 09/06/02 | TC | REVIEWED COMMITTEE REPORT ON SEALED AIR LITIGATION | .40 |
| 09/10/02 | TC | REVIEWED MATERIALS DISTRIBUTED TO COMMITTEE ON SEALED AIR LITIGATION AND OTHER ISSUES TO PREPARE FOR COMMITTEE MEETING | .60 |
| 09/12/02 | TC | COMMITTEE MEETING BY CALL IN ON STATUS OF CASE | 1.20 |
| 09/19/02 | TC | REVIEWED REPORT TO COMMITTEE RE CASE STATUS AND UPDATE | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 395.00 | 3.10 | 1224.50 |
| TOTALS | | 3.10 | 1224.50 |

TOTAL FEES :                    1,224.50

TOTAL DUE  :                    1,224.50

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-013
                                              INVOICE : 145731


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  PLAN & DISCLOSURE STATEMENT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/17/02 | JRW | OBTAIN AND REVIEW MOTION EXTENDING EXCLUSIVITY | .10 |
| 09/24/02 | TC | REVIEWED RESPONSE TO REORGANIZATION FILED BY PRO SE CLAIMANT | .30 |


                  T I M E   S U M M A R Y
                  -----------------------

|            |        | RATE | HOURS | TOTALS |
|------------|--------|------|-------|--------|
| J R WAXMAN |        | 160.00 | .10 | 16.00 |
| T CURRIER  |        | 395.00 | .30 | 118.50 |
|            | TOTALS |        | .40 | 134.50 |


                    TOTAL FEES :                  134.50


                    TOTAL DUE  :                  134.50

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 10, 2002
                                              MATTER :  W9600-014
                                              INVOICE : 145533

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/13/02 | TC | REVIEWED BANK OF AMERICA MOTION FOR RELIEF FROM STAY TO SETOFF BANK ACCOUNT BALANCES | .40 |
| 09/17/02 | JRW | REVIEW MOTION OF BOA LIMITED RELIEF FROM THE AUTOMATIC STAY TO SETOFF DEMINIMIS DEPOSIT ACCOUNT BALANCES AGAINST LOC OBLIGATIONS | .20 |
| 09/20/02 | JRW | OBTAIN AND REVIEW WACHOVIA MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW SETOFF | .30 |
| 09/20/02 | TC | REVIEWED WACHOVIA BANK MOTION FOR RELIEF FROM STAY TO EFFECT SETOFF | .40 |

              T I M E   S U M M A R Y
              -----------------------

|            |       | RATE | HOURS | TOTALS |
|------------|-------|------|-------|--------|
| J R WAXMAN |       | 160.00 | .50 | 80.00 |
| T CURRIER  |       | 395.00 | .80 | 316.00 |
|            | TOTALS |      | 1.30 | 396.00 |

                  TOTAL FEES :                    396.00


                  TOTAL DUE  :                    396.00

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 10, 2002
MATTER : W9600-017
INVOICE : 145732

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02   T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/27/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER | .20 |
| 09/03/02 | JRW | CONFERENCE WITH TKDCURRIER RE: NEW BILLING CATEGORIES (.1) TELEPHONE CALL TO WSMITH RE: CATEGORIES AND CREATING SPREADSHEET FOR DISTRIBUTION TO THE COURT (.1); EMAIL TO ACCOUNTING RE: SAME (.1); BEGIN CREATING SPREADSHEET (.2) | .50 |
| 09/03/02 | TC | REVIEWED LIST OF NEW CATEGORIES PROPOSED BY FEE AUDITOR | .40 |
| 09/03/02 | TC | CONF WITH JEFF WAXMAN RE CATEGORIES | .20 |
| 09/04/02 | JRW | REVIEW TIME ENTRIES OF ALL KRLS FEE APPLICATIONS AND CREATE SPREADSHEET FOR FEE AUDITOR (1.7); CONFERENCE WITH TKDCURRIER RE: SAME (.2) | 1.90 |
| 09/04/02 | TC | REVIEWED CATEGORIES OF TIME PREPARED AT THE REQUEST OF THE FEE AUDITOR | .40 |
| 09/04/02 | TC | CONF WITH JEFF WAXMAN RE FEE APPLICATION CATEGORIES | .20 |
| 09/05/02 | JRW | FINISH AND REVISE SPREADSHEET (.2); TELEPHONE CALLS AND EMAIL TO AND FROM ACCOUNTING RE: SPREADSHEET AND CREATION OF NEW MATTER FOR CATEGORIES (.1) | .30 |

---

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE**
**PITTSBURGH, PENNSYLVANIA 15219-6498**
**TELEPHONE (412) 392-2000**
**FACSIMILE (412) 392-2128**

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2002
MATTER :  W9600-017
INVOICE : 145732

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 09/06/02 | JRW | REVIEW FEE AUDITOR'S INITIAL REPORT TO KRLS THIRD INTERIM FEE APPLICATION (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.1); DRAFT SPREADSHEET FOR KRLS' FEES FROM THE FOURTH INTERIM PERIOD (.4); EMAILS TO AND FROM WSMITH RE: SAME (.3); REVISE SPREADSHEETS (.1) | 1.00 |
| 09/06/02 | TC | CONF WITH JEFF WAXMAN RE INTERIM FEE REPORT | .20 |
| 09/06/02 | TC | REVIEWED SPREADSHEET OF TIME ENTRIES REQUESTED TO BE PREPARED BY FEE AUDITOR | .20 |
| 09/06/02 | TC | REVIEWED FINAL WRGRACE FEE SPREADSHEET FOR WARREN SMITH | .20 |
| 09/09/02 | JRW | VOICEMAIL FROM AND RETURN TELEPHONE CALL AND SEND EMAIL TO LAVERN RE: SPREADSHEET FOR FOURTH INTERIM PERIOD (.2) ; CONFERENCE WITH TKDCURRIER RE: FEE AUDITOR'S REPORT AND TELEPHONE CALL WITH TKDCURRIER TO WSMITH RE: AUDITOR'S REPORT FOR KRLS 3D INTERM PERIOD (.2) | .40 |
| 09/09/02 | TC | REVIEWED NEW INTERIM REPORT FORWARDED BY WARREN SMITH | .20 |
| 09/09/02 | TC | CALL TO WARREN SMITH RE INTERIM REPORT | .20 |
| 09/09/02 | TC | COMMUNICATION TO WARREN SMITH RE KLETT ROONEY INTERIM FEE REPORT | .40 |
| 09/10/02 | JRW | EMAIL FROM LAVERN RE: FURTHER REQUEST FOR SPREADSHEET | .10 |
| 09/10/02 | TC | REVIEWED FURTHER REQUESTS FROM WARREN SMITH'S OFFICE RE SPREADSHEET CONFIGURATION | .20 |
| 09/11/02 | JRW | REVIEW AND EDIT TIME ENTRIES IN PREPARATION FOR FEE APPLICATION | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 10, 2002
MATTER : W9600-017
INVOICE : 145732

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/11/02 | VJD | REVIEW PREBILLS FOR THE MONTH OF AUGUST 2002 (.2); AND EMAIL TO JRW REGARDING SAME (.1) | .30 |
| 09/14/02 | JRW | REVISE COMPENSATION CHART AND EMAIL TO LAVERN | .70 |
| 09/17/02 | JRW | TELEPHONE CALLS TO AND EMAIL FROM LAVERN (W SMITH & ASSOC.) RE: COMPLIANCE WITH SPREADSHEET REQUIREMENT (.2); EMAILS TO TKDCURRIER AND MZICKGRAF RE: SAME (.2) | .40 |
| 09/17/02 | JRW | EMAIL FROM TKDCURRIER RE: SUPPLEMENTAL AFFIDAVIT OF DISINTERESTEDNESS (.1); DRAFT AFFIDAVIT (.3) | .40 |
| 09/17/02 | TC | CONF WITH JEFF WAXMAN RE SUPPLEMENTAL AFFIDAVIT NEEDED FOR KLETT ROONEY RETENTION | .20 |
| 09/18/02 | JRW | REVIEW DOCKET AND CNO RE: KRLS NINTH INTERIM FEE APPLICATION (.1); OBTAIN AND REVIEW TRANSCRIPT FROM AUGUST 26, 2002 HEARING AND DRAFT CNO REFLECTING DIRECTION OF THE COURT NOT TO ALLOW PAYMENT UNTIL OMNIBUS ORDER IS ENTERED (.8); CONFERENCE WITH TKDCURRIER RE: SAME (.1) | 1.00 |
| 09/18/02 | MMZ | PREPARATION FOR AND ELECTRONICALLY FILE AND SERVE CNO RE 9TH MONTHLY FEE APP. OF KLETT ROONEY | .30 |
| 09/18/02 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS NINTH FEE APPLICATION(.3); FORWARD SAME TO J.WAXMAN(.1) | .40 |
| 09/20/02 | JRW | REVIEW CHART FROM LAVERN (W SMITH ASSOC) RE: CUMULATIVE FEES | .20 |
| 09/22/02 | VJD | PREPARE TENTH MONTHLY FEE APPLICATION | 1.70 |
| 09/23/02 | JRW | REVIEW WSMITH FIRST COMMENTS TO FEE APPLICATION | .20 |

---

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2002
MATTER :  W9600-017
INVOICE : 145732

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 09/23/02 TC | REVIEWED WARREN SMITH INITIAL REPORT TO 5TH INTERIM FEE APPLICATION | | .30 |
| 09/23/02 VJD | FINALIZE FEE APPLICATION (.2); PREPARE ATTACHMENTS TO FEE APPLICATION FOR ELECTRONIC FILING (.2); EMAIL WITH J. WAXMAN TRANSMITTING FEE APPLICATION (.1); CALL WITH J. WAXMAN REGARDING FEE APPLICATION (.1) | | .60 |
| 09/25/02 JRW | REVISE KRLS FEE APPLICATION | | .40 |
| 09/25/02 TC | REVIEWED AND EXECUTED FEE APPLICATION FOR FILING | | .40 |
| 09/26/02 RTT | PREPARE AFFIDAVIT OF SERVICE RE: TENTH MONTHLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING(.1); E-FILE AND SERVE TENTH MONTHLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD AUGUST 1/2002 THORUGH AUGUST 31/2002(.5). | | .60 |
| 09/27/02 JRW | CONFERENCE WITH TKDCURRIER RE: RESPONSE TO INITIAL REPORT OF FEE AUDITOR FOR FIFTH INTERIM PERIOD (.1); DRAFT RESPONSE TO FEE AUDITOR (.9) | | 1.00 |
| 09/27/02 JRW | CONFERENCE WITH TKDCURRIER RE: SUPPLEMENTAL AFFIDAVIT (.1); REVISE SUPPLEMENTAL AFFIDAVIT (.1) | | .20 |
| 09/27/02 TC | CONF WITH JEFF WAXMAN RE 5TH INTERIM REPORT FROM FEE AUDITOR | | .20 |
| 09/27/02 TC | REVIEWED SUPPLEMENTAL AFFIDAVIT OF KLETT ROONEY DISCLOSING BANK OF AMERICA REPRESENTATIONS | | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 10, 2002
MATTER :  W9600-017
INVOICE : 145732

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:   KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 09/30/02 JRW | EMAIL FROM AND CONFERENCE WITH TKDCURRIER RE: REVISIONS TO EMAIL TO WSMITH RE: RESPONSE TO INITIAL REPORT OF KRLS FIFTH FEE APPLICATION (.3); REVIEW DOCKET RE: AGENDAS FILED (.2) | | .50 |
| 09/30/02 RTT | E-FILE AND SERVE SUPPLEMENTAL AFFIDAVIT OF TERESA CURRIER IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION NUNC PRO TUNC OF KRLS AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS. | | .60 |
| 09/30/02 TC | REVIEWED WARREN SMITH FIFTH INTERIM REPORT IN ORDER TO WORK ON RESPONSE TO HIM | | .30 |
| 09/30/02 TC | REVIEWED/REVISED RESPONSE TO WARREN SMITH RE FIFTH INTERIM FEE REQUEST | | .40 |
| 09/30/02 TC | FINAL REVISION TO WARREN SMITH RESPONSE TO INITIAL REPORT ON 5TH FEE APPLICATION | | .30 |
| 09/30/02 TC | FINISHED WORK ON RESPONSE TO WARREN SMITH FIFTH INTERIM REPORT | | .40 |
| 09/30/02 TC | FINALIZED SUPPLEMENTAL AFFIDAVIT OF DISCLOSURE | | .20 |

## T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 9.70 | 1552.00 |
| M M ZICKGRAF | 80.00 | .30 | 24.00 |
| R T TAYLOR | 120.00 | 1.60 | 192.00 |
| T CURRIER | 395.00 | 5.70 | 2251.50 |
| V J DYE | 120.00 | 2.80 | 336.00 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A Professional Corporation

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :     OCTOBER 10, 2002
MATTER :   W9600-017
INVOICE :  145732
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

```
               TOTALS        20.10          4355.50

                   TOTAL FEES :                   4,355.50

                   TOTAL DUE  :                   4,355.50
```

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 10, 2002
MATTER :  W9600-018
INVOICE : 145535

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 09/16/02 | JRW | OBTAIN AND REVIEW AGENDA FOR SEPT 23, 2002 HEARING | .20 |
| 09/17/02 | JRW | TELEPHONE CALLS FROM GBECKER RE: AGENDA AND SEPTEMBER 23, 2002 HEARING AND FAX TO GBECKER RE: SAME (.3); CONFERENCE WITH AND EMAIL TO TKDCURRIER RE: SAME (.2) | .50 |
| 09/17/02 | TC | REVIEWED NOTICE OF AGENDA FOR HEARING 9/23 | .30 |
| 09/20/02 | TC | REVIEWED AMENDED AGENDA NOTICE | .30 |
| 09/23/02 | JRW | PREPARE FOR OMNIBUS HEARING (.7); ATTEND HEARING (2.7) | 3.40 |
| 09/25/02 | JRW | DRAFT MEMO RE: OMNIBUS HEARING | 2.90 |
| 09/25/02 | TC | REVIEWED JWAXMAN MEMO RE HEARING ISSUES | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| J R WAXMAN | 160.00 | 7.00 | 1120.00 |
| T CURRIER | 395.00 | 1.10 | 434.50 |
| TOTALS | | 8.10 | 1554.50 |

TOTAL FEES :                         1,554.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    OCTOBER 10, 2002
                                                    MATTER :  W9600-018
                                                    INVOICE : 145535

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

    RE:  HEARINGS

                        TOTAL DUE  :                          1,554.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

**40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128**

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER : W9600-019
                                              INVOICE : 145536


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

      RE:  OBJECTIONS TO ASBESTOS CLAIMS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/09/02 | JRW | OBTAIN AND REVIEW JUDGE WOLIN'S MEMORANDUM DECISION RE: ZAI MOTION FOR LEAVE TO APPEAL DECISION RE: FILING PROOFS OF CLAIMS | .20 |
| 09/20/02 | JRW | REVIEW ZAI PLAINTIFF'S MOITION TO SHORTEN TIME AND FOR EXPEDITED HEARING (.1); OBTAIN AND REVIEW DEBTORS OBJECTION TO ZAI MOTION TO COMPEL (.2); OBTAIN AND REVIEW ORDER APPROVING ZAI MOTION TO SHORTEN TIME (.1) | .40 |

```
                  T I M E   S U M M A R Y
                  ----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

   J R WAXMAN           160.00     .60            96.00
                TOTALS             .60            96.00


                  TOTAL FEES :                   96.00


                  TOTAL DUE  :                   96.00
```

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 10, 2002
                                              MATTER :  W9600-020
                                              INVOICE : 145733


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

     RE:  ZAI SCIENCE TRIAL
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/04/02 | TC | REVIEWED DEBTORS' REPLY BRIEF ON PROCEDURES FOR LITIGATION | .80 |
| 09/04/02 | TC | REVIEWED DECISION REGARDING ZONOLITE MOTION FOR LEAVE TO APPEAL | .60 |
| 09/04/02 | TC | REVIEWED ORDER GRANTING ZONOLITE'S MOTION FOR LEAVE TO APPEAL | .20 |
| 09/09/02 | TC | REVIEWED MEMORANDUM DECISION FROM JUDGE WOLIN RE ZAI CLAIMANTS' MOTION FOR LEAVE TO APPEAL | .30 |
| 09/13/02 | TC | BRIEFLY REVIEWED MILBERG WEISS EXPERT REPORT IN RESPONSE TO REPORT OF GOLDIN | .50 |

```
              T I M E   S U M M A R Y
              -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

   T CURRIER          395.00   2.40        948.00
               TOTALS          2.40        948.00


               TOTAL FEES :                    948.00


               TOTAL DUE  :                    948.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 10, 2002
MATTER :   W9600-021
INVOICE :  145734

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/03/02 | JRW | EMAIL FROM AND CONFERENCE WITH TKDCURRIER RE: MOTION TO INTERVENE IN SEALED AIR ADVERSARY (.2); REVIEW SEALED AIR  DOCKET (.1); OBTAIN AND REVIEW ORDER ALLOWING EQUITY COMMITTEE'S INTERVENTION IN SEALED AIR ADVERSARY AND EMAIL TO PBENTLEY, GBECKER, AND TKDCURRIER RE: SAME (.2) | .50 |
| 09/03/02 | TC | REVIEWED COURT'S APPROVAL OF INTERVENTION OF EQUITY COMMITTEE | .20 |
| 09/04/02 | JRW | REVIEW JUDGE WOLIN'S ORDER RE: DISCOVERY | .20 |
| 09/04/02 | JRW | REVIEW VARIOUS CORRESPONDENCE RE: SEALED AIR LITIGATION DISCOVERY | .20 |
| 09/10/02 | JRW | OBTAIN AND REVIEW ORDER OF JUDGE WOLIN OVERRULING OBJECTION TO MASTER DREIER'S ORDER (.1); REVIEW CORRESPONDENCE RE: DISCOVERY (.1) | .20 |
| 09/12/02 | TC | CONF WITH PHIL BENTLEY RE LITIGATION STRATEGIES AND TRIAL | .30 |
| 09/14/02 | JRW | OBTAIN AND REVIEW MOTION TO EXCLUDE GUTIRREZ EXPERT REPORT AND TESTIMONY IN SEALED AIR LITIGATION | .60 |
| 09/16/02 | JRW | REVIEW SEALED AIR'S MOTIONS IN LIMINE TO EXCLUDE TESTIMONY AND EXPERT REPORTS | 1.70 |
| 09/17/02 | JRW | OBTAIN AND REVIEW COMMITTEE'S RESPONSE TO MOTION OF DEBTORS TO WITHDRAW FROM SEALED AIR LITIGATION AND MOTION FOR CONTINUE THE TRIAL DATE | .30 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :     OCTOBER 10, 2002
                                                    MATTER :   W9600-021
                                                    INVOICE :  145734

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02    T C

   RE:   FRAUDULENT TRANSFER LITIGATION


| Date | | Description | Hours |
|------|------|-------------|-------|
| 09/17/02 | JRW | OBTAIN AND REVIEW TRANSCRIPT OF AUGUST 26, 2002 HEARING BEFORE JUDGE WOLIN | 1.10 |
| 09/17/02 | JRW | EMAILS FROM PWIDROSS AND BFRIEDMAN RE: SEALED AIR'S OBJECTION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE (.1); OBTAIN AND REVIEW OBJECTION (.2) | .30 |
| 09/18/02 | JRW | OBTAIN AND REVIEW MOTION TO WITHDRAW INTERVENTION IN SEALED AIR LITIGATION (.2); OBTAIN AND REVIEW IN LIMINE MOTION OF US (.4); REVIEW VARIOUS CORRESPONDENCE RE: DISCOVERY IN SEALED AIR LITIGATION (.1) | .70 |
| 09/19/02 | TC | BRIEFLY REVIEWED TRANSCRIPT OF 8/26 HEARING BEFORE JUDGE WOLIN | .80 |
| 09/20/02 | TC | BRIEFLY REVIEWED UNITED STATES' DESIGNATION OF DEPOSITION TESTIMONY FOR SEALED AIR PROCEEDINGS | .30 |
| 09/24/02 | TC | REVIEWED SEALED AIR UPDATE REPORT | .40 |
| 09/25/02 | JRW | OBTAIN AND REVIEW SEALED AIR'S PRETRIAL STATEMENT OF LAW (.3); REVIEW JUDGE WOLIN'S MEMORADUM DENYING MOTION OF DEBTORS TO WITHDRAW INTERVENTION AND APPEAR AS AMICUS (.2) | .50 |
| 09/25/02 | TC | REVIEWED UPDATE REPORT TO COMMITTEE ON CANCELLATION OF SEALED AIR TRIAL AND IMPLICATIONS OF NEW THIRD CIRCUIT LAW | .20 |
| 09/25/02 | TC | REVIEWED SEALED AIR'S STATEMENT TO COURT IN ADVANCE OF TRIAL, RE CYBERGENICS | .40 |
| 09/25/02 | TC | CONF WITH JEFF WAXMAN RE IMPACT OF CYBERGENICS ON SEALED AIR DISPUTE | .30 |

---

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 10, 2002
MATTER : W9600-021
INVOICE : 145734

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/02   T C

RE:  FRAUDULENT TRANSFER LITIGATION


| 09/27/02 JRW | EMAIL FROM TKDCURRIER RE: SEALED AIR STATEMENT OF LAW AND REVIEW DOCKET AND DOWNLOAD STATEMENT OF LAW (.2); EMAIL TO TKDCURRIER RE: SAME (.1) | .30 |
|---|---|---|
| 09/27/02 TC | REVIEWED UNITED STATES RESPONSE TO REQUESTS FOR ADMISSION RE: ENVIRONMENTAL ISSUES | .40 |
| 09/27/02 TC | REVIEWED RESPONSE OF UNITED STATES TO MOTION OF SEALED AIR TO DETERMINE APPROPRIATE STANDARD FOR ENVIRONMENTAL CLAIMS | .40 |
| 09/30/02 JRW | OBTAIN AND REVIEW TRANSCRIPT BEFORE JUDGE WOLIN RE: SEALED AIR LITIGATION (.5); OBTAIN AND REVIEW ORDER ADJOURNING TRIAL SINE DIE (.3) | .80 |


### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 7.40 | 1184.00 |
| T CURRIER | 395.00 | 3.70 | 1461.50 |
| TOTALS |  | 11.10 | 2645.50 |


TOTAL FEES :                    2,645.50

TOTAL DUE  :                    2,645.50


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.