FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

    Debtors.

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

## REQUEST TO BE REMOVED FROM MATRIX

TO:   Clerk of the Court
      United States Bankruptcy Court
      for the District of Delaware
      824 Market Street, 5th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE that Michael I. Zousmer of Hertz, Schram & Saretsky, P.C., as counsel for Rupple K. Perry, individually and on behalf of all others similarly situated (the "Perry Plaintiffs"), hereby requests that Hertz, Schram & Saretsky, P.C., Attn. Michael I. Zousmer, 1760 S. Telegraph Road, Suite 300, Bloomfield Hills, Michigan, 48302 be removed from the Matrix in the above-captioned matter.

HERTZ, SCHRAM & SARETSKY, P.C.

By: _____
Michael I. Zousmer (P47190)
Attorneys for Perry Plaintiffs
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
(248) 335-5000

Dated: October 16, 2002

S:\Staff\Rackley, Tina\MIZ\Perry, Ruppel K\Request to be Removed from Matrix.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

        Debtors.

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

_____/

## CERTIFICATE OF SERVICE

Tina M. Rackley states that she is employed by the law firm of Hertz, Schram & Saretsky, P.C., and that on October 21, 2002, she served a copy of Request to be Removed from Matrix and this Certificate of Service upon the following:

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Ste. 1600
P.O. Box 8705
Wilmington, DE 19899-8705

David Bernick, Esq.
Janet Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60606

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz
1220 Market Street, 8th Floor
Wilmington, DE 19801

Kevin Gross, Esq.
Rosenthal Monhait Gross & Goddess
919 Market Street, Ste. 1401
Wilmington, DE 19801

Stuart M. Brown, Esq.
Buchanan Ingersoll P.C.
1201 Market Street, Ste. 1501
Wilmington, DE 19801

Kathleen Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Ave., 7th Floor
Wilmington, DE 19801

Jayne Jarnigan Robertson, Esq.
Jayne Jarnigan Robertson, P.C.
825 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73112

Richard M. Healy, Esq.
Kline & Kline, PC
Kline Law Building
720 NE 63rd Street
Oklahoma City, OK 73112

Alice Graham Smokler, Esq.
Gary S. Smolker, Esq.
Smokler & Graham
4720 Lincoln Blvd., Ste. 280
Marine Del Ray, CA 90292

Thomas A. Kulick, Esq.
1 Michigan Ave., Ste. 300
Lansing, MI 48909

Elizabeth M. DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer
& Gleser, LLP
Wall Street Plaza
New York, NY 10005-1876

Sherry Ruggiero Fallon, Es.
Tybout, Redfearn & Pell
300 Delaware Ave., Ste. 1100
Wilmington, DE 19801

William B. Baggett, Esq.
Baggett, McCall, Burgess & Watson, P.C.
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70606-7820

William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell PA
300 Delaware Ave.
P.O. Box 1630
Wilmington, DE 19899

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

David K. Foust, Esq.
Assistant Attorney General
3030 West Grand Blvd.
Dept. 10-200
Detroit, MI 48202

David C. Casey, Esq.
Siobhan E. Mcm, Esq.
Mary DeNevi, Esq.
Rheba Rutkowski, Esq.
Bingham & Dana, LLP
150 Federal Street
Boston, MA  02110

Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Ave.
10th Floor
Wilmington, DE 19899

Bruce E. Jameson, Esq.
Prickett, Jones & Elliot
1310 King Street
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph PA
824 Market St., Ste. 904
P.O. Box 1351
Wilmington, DE  19899

Anthony S. Petry, Esq.
Hildebrand, McLeod & Nelson, Inc.
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

2

| | |
|---|---|
| Rheba Rutkowski, Esq.<br>Bingham Dana LLP<br>150 Federal Street<br>Boston, MA 02110 | Stuart M. Brown, Esq.<br>Buchanan Ingersoll, P.C.<br>1201 Market Street, Ste. 1501<br>Wilmington DE 19801 |
| David Foust, Esq.<br>Thomas A. Kulick, Esq.<br>Assistant Attorneys General<br>1200 Sixth Street, Ste. 1500<br>Detroit, MI 48226 | Scott McMillin, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Gerald B. Murphy, Esq.<br>Gary Fagan, Esq.<br>Moulton Billingham Longo & Mather PC<br>Suite 1900 Sheraton Plaza<br>P.O. Box 2559<br>Billings, Montana 59103-2559 | Scott D. Cousins, Esq.<br>William Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Ste. 1540<br>Wilmington, DE 19801 |
| William Sudell, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Scott Baena, Esq.<br>Bilzin Sumberg Dunn Baena<br>Price & Axelrod LLP<br>200 South Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 |
| Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Crescent Court, Ste. 1500<br>Dallas, TX 75201 | Peter Van Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale,<br>399 Park Avenue<br>36th Floor<br>New York, NY 10022 | |

by sending same via first class mail with postage fully prepaid and affixed thereto.

_____
Tina M. Rackley

S:\Staff\Rackley, Tina\MIZ\Perry, Ruppel K\Certiciate of Service.wpd