**EXHIBIT A**

| DATE | PROF. | TIME | FEE | DESCRIPTION |
|---|---|---|---|---|
| 4/16/2001 | WH | 10.7 | $3,263.50 | Preparation for Vasquez deposition; depose M. Vasquez. |
| 4/17/2001 | WH | 11.8 | $3,599.00 | Meeting in NY with investigator. |
| 4/18/2001 | WH | 9.8 | $2,989.00 | Prepare for 30(b)(6) deposition on heaving and geotechnical issues; travel to NJ for same. |
| 4/19/2001 | CHM | 10 | $4,200.00 | Attend and defend deposition of Peter Chapman (7.5); . . . |
| 4/20/2001 | AP | 13.6 | $2,720.00 | . . .; take James deposition (8.6). |
| 4/24/2001 | CHM | 3.8 | $1,596.00 | Site visit with Dr. Davis and Dr. Nye in connection with Davis deposition and prepare Dr. Davis for his deposition. |
| 4/29/2001 | WH | 6.4 | $1,952.00 | Take 30(b)(6) deposition of Honeywell re heaving and geotechnical issues; . . . |
| 4/30/2001 | CHM | 8.5 | $3,570.00 | Defend Dr. Davis' deposition (8.0); confer with Dr. Davis regarding same and questions to be asked of Dr. Walters (Honeywell's groundwater expert) in his deposition (1.4); . . . |
| 4/30/2001 | WH | 10.8 | $3,294.00 | Meeting in NJ with expert (McGuire); . . . |
| 5/1/2001 | CHM | 9.5 | $3,990.00 | Defend Dr. Brown's deposition (6.7); . . . |
| 5/15/2001 | WH | 11.4 | $3,477.00 | Take 30(b)(6) deposition on category c re bases for Grace's alleged liability for response costs under CERCLA and Spill Act; . . . |
| 5/21/2001 | CHM | 9.2 | $3,864.00 | Preparation session with P. Coop (5.5); . . . |
| 5/21/2001 | TP | 8.5 | $2,210.00 | Take Mr. Walerko's deposition; return travel to DC. |
| 5/22/2001 | CHM | 8.5 | $3,570.00 | Defend deposition of Mr. Coop (4.2); . . .; meeting with Mr. McGuire in New Jersey re supplemental expert report (1.5). |
| 5/23/2001 | CHM | 9.5 | $3,990.00 | Meeting with Kanter in New Jersey (1.0); defend Kanter deposition (3.8); attend Mr. Champman preparation session for deposition in New Jersey (3.0); . . . |
| 5/30/2001 | WH | 9.8 | $2,989.00 | Continue 30(b)(6) deposition re chromium contamination in surface water, groundwater, sediments and soil at site; return travel to DC; . . . |
| 5/31/2001 | WH | 10.4 | $3,172.00 | Prepare and attend Wong deposition; . . . |
| 6/6/2001 | CHM | 7.2 | $3,024.00 | Defend McGuire expert deposition in New Jersey (7.2); . . . |
| 6/7/2001 | TP | 7.3 | $1,898.00 | Meeting with investigator in New York on witness issues (4.5); meeting with J. Agnello to plan out next three weeks, go over form of pre-trial order and discuss expert discovery and opposition to Honeywell's motion (4.0); meeting with witness in Connecticut (1.2). |
| 6/10/2001 | CHM | 7.4 | $3,108.00 | Prepared for and participated at Ross deposition (7.3); . . . |
| 6/11/2001 | CHM | 8.5 | $3,570.00 | . . .; prepare Dr. Belsito for deposition in New Jersey (5.0); dinner meeting with Dr. Shelnutt and Dr. Belsito (2.4). |
| 6/12/2001 | TP | 7.1 | $1,846.00 | Attend deposition of J. Wong in New Jersey. |
| 6/18/2001 | WH | 5.20 | $1,586.00 | . . .; prepare for Dr. Brown's deposition and travel to NJ for same (5.2 hrs.). |

| Date | Prof | Hours | Amount | Description |
|---|---|---|---|---|
| 6/19/2001 | AP | 7.9 | $1,580.00 | . . .; depose Honeywell expert, Todd Delaney (7.5); . . . |
| 6/19/2001 | CHM | 7.8 | $3,276.00 | Defend Dr. Belsito's deposition (8.5); . . . |
| 6/19/2001 | WH | 8.6 | $2,623.00 | Attend 30(b)(6) deposition of Honeywell; . . . |
| 6/20/2001 | CHM | 5.5 | $2,310.00 | . . .; attended Bell deposition (7.1); . . . |
| 6/20/2001 | WH | 6.7 | $2,043.50 | Attend ICO's 30(b)(6) deposition of Honeywell; . . . |
| 6/21/2001 | CHM | 5.7 | $2,394.00 | Prepare Kirk Brown for his deposition (8.6); . . . |
| 6/25/2001 | CHM | 7.8 | $3,276.00 | Defend deposition of Dr. Anderson (7.8); . . . |
| 6/26/2001 | AP | 7.5 | $1,500.00 | . . .; attend Rifkin deposition (8.0); . . . |
| 6/27/2001 | WH | 9.4 | $2,867.00 | Attend second day of ICO's 30(b)(6) deposition of Honeywell; . . .; return travel to DC. |
| 6/28/2001 | CHM | 9.7 | $4,074.00 | . . .; attend deposition of Dr. Anderson (7.0); attend deposition preparation of Dr. Brown (.9). **[these 7.9 hours also confirm that multiple professionals took part in this activity].** |
| 6/28/2001 | WH | 9.4 | $2,867.00 | Finish preparing for Honeywell 30(b)(6) deposition; travel to NJ for same. |
| 7/10/2001 | WH | 10.2 | $3,111.00 | Travel to NJ for deposition preparation for Wong 30(b)(6) continuation; . . . |
| 7/11/2001 | CHM | 8.5 | $3,570.00 | Take deposition of Honeywell expert, Mr. Wells (8.5); . . . |
| 7/12/2001 | AP | 7.5 | $1,500.00 | Prepare for and take Gary Walters' deposition in Roseland, NJ (10.2); . . . |
| 7/12/2001 | CHM | 8 | $3,360.00 | Prepare for and take Peter Deming's deposition in NJ (9.6); . . . |
| 7/13/2001 | WH | 8.6 | $2,623.00 | Final preparation for deposition of Bill Hague, conducted deposition and returned home. |
| 7/17/2001 | CHM | 8.5 | $3,570.00 | Take Walsh deposition. |
| 7/24/2001 | WH | 9.6 | $2,928.00 | Travel and meeting in Connecticut re: litigation. |
| 7/26/2001 | AP | 7.5 | $1,500.00 | Attend Rifkin deposition (8.5); . . . |
| ######## | CHM | 7.2 | $3,024.00 | Meeting with three possible trial witnesses in New York. |
| ######## | CHM | 7.5 | $3,150.00 | Meeting with experts in New Jersey. |
| ######## | CHM | 3.5 | $1,470.00 | Site visit to confirm existing conditions. |
| 11/1/2001 | CHM | 8.2 | $3,444.00 | Meeting with experts re development issues in Jersey City. |
| ######## | CHM | 9.4 | $3,948.00 | All-day meeting in New Jersey re trial preparation (8.0) and site visit (1.4). |
| ######## | CHM | 7.3 | $3,066.00 | Meeting with expert in New York (5.2); meeting with investigator (2.1); . . . |
| ######## | CHM | 5.5 | $2,310.00 | Meet with experts in New York. |
| | | 407.9 | $140,862.00 | |