# EXHIBIT A

## 2003 Omnibus Hearing Dates and Filing and Objection Deadlines

| Omnibus Hearing Dates | Filing Deadlines* | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 27, 2003 at 12:00 p.m. | 12/23/03 | 01/10/03 | 01/13/03 | 01/20/03 |
| February 24, 2003 at 12:00 p.m. | 01/20/03 | 02/07/03 | 02/10/03 | 02/17/03 |
| March 18, 2003 at 12:00 p.m. | 02/11/03 | 02/28/03 | 03/03/03 | 03/10/03 |
| April 28, 2003 at 12:00 p.m. | 03/24/03 | 04/11/03 | 04/14/03 | 04/21/03 |
| May 19, 2003 at 12:00 p.m. | 03/14/03 | 05/02/03 | 05/05/03 | 05/12/03 |
| June 17, 2003 at 12:00 p.m. | 05/13/03 | 05/30/03 | 06/3/03 | 06/10/03 |
| July 28, 2003 at 12:00 p.m. | 06/23/03 | 07/11/03 | 07/14/03 | 07/21/03 |
| August 25, 2003 at 12:00 p.m. | 07/21/03 | 08/08/03 | 08/11/03 | 08/18/03 |
| September 22, 2003 at 12:00 p.m. | 08/18/03 | 09/05/03 | 09/08/03 | 09/15/03 |
| October 27, 2003 at 12:00 p.m. | 09/22/03 | 10/10/03 | 10/13/03 | 10/20/03 |
| November 17, 2003 at 12:00 p.m. | 10/13/03 | 10/31/03 | 11/03/03 | 11/10/03 |
| December 15, 2003 at 12:00 p.m. (hearing in Pittsburgh, PA) | 11/10/03 | 11/28/03 | 12/01/03 | 12/08/03 |

---

* The Filing Deadline set forth applies to a motion requiring fifteen (15) days notice and includes three (3) days for service by mail. The Filing Deadline is subject to change depending on the type of motion filed and the means of service of the motion. For example, in the event that the motion being filed requires twenty (20) days notice, the Filing Deadline is twenty days prior to the Objection Deadline with respect to such motion. In the event that a motion being filed requires fifteen (15) days notice and is served by hand delivery on the date of the filing, no additional time need be added for service.