# EXHIBIT A

## W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2002 through September 30, 2002

| Internal Revenue Service | W. R. Grace & Co.-Conn. | On July 17, 2002, the income tax assessment for the 1993-1995 tax years was reduced to zero. |