## EXHIBIT A

## W. R. Grace & Co., et al.

## District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales
### July 1, 2002 through September 30, 2002

**Part I – Sales in excess of $25,000, but less than $250,000.**

1.      July 11, 2002 – Sale to Adventus Intellectual Property Inc., 1345 Fewster Drive, Mississauga, Ontario L4W 2A5 Canada, (a) DARAMEND® and AQUAMEND® trademarks and trademark applications and associated records; (b) DARAMEND® patents and patent applications and associated records; and (c) license rights under AQUAMEND® patents and know-how.  Value:  $170,000.00

2.      July 15, 2002 – Conveyance of 341 Main Street, Danville, VA, which was vested in Earl F. Glock, Trustee, under a land trust, dated May 16, 1996, for the benefit of W.R.Grace & Co.-Conn.  Value: $198,148.95

3.      August 8, 2002 – Conveyance of a small strip of land at the Pompano Beach, FL plant to the Florida D.O.T. (in lieu of condemnation) for a road improvement project. Value:  $235,629.16

**Part II – Sales less than $25,000.**

Total *De Minimis* Asset Sales for the Fifth Quarter:

$20,000.00

91100-001\DOCS_DE:57482.1