## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Alexandra Caskadon, certify that I am not less than 18 years of age, and that service of a copy of the attached **Seventeenth Monthly Fee Application of Stroock & Stroock & Lavan LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2002 Through August 31, 2002** was made October 24, 2002, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date: October 24, 2002

          /s/_____
Alexandra L. Caskadon, Paralegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
Email:   rserrette@stroock.com

SSL-DOCS1 1274070v1

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES  LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mgz@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
jwaxman@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com

SSL-DOCS1 1274070v1

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Federal Express**

David B. Siegal
Senior Vice President
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington DE 19801