IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: November 19, 2002, at 4:00 p.m.** | |
| | **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

### SEVENTEENTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Name of Applicant:   Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  May 3, 2001.

Period for which Compensation and Reimbursement is Sought: August 1, 2002 through August 31, 2002.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $34,536.00.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $45,540.43.

This is a:    xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately 1 hour and the corresponding compensation requested is approximately $400.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

| | | | | | |
|---|---|---|---|---|---|
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | 2.10 | $ 1,155.00 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $480.00 | .20 | $ 96.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2001; Member of CA Bar since 1993 | $395.00 | 23.20 | $ 9,164.00 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $330.00 | .30 | $ 99.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | .70 | $ 262.50 |
| Michael R. Seidl | Associate 2000; Member of DE Bar since 2000; Member of DC Bar since 1996 | $305.00 | .20 | $ 61.00 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $280.00 | 37.90 | $10,612.00 |
| Paula A. Galbraith | Associate 2002; Member of IL Bar since 2000 | $215.00 | 11.00 | $ 2,365.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | .40 | $ 50.00 |

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Karina K. Yee | Paralegal since 1996 | $125.00 | 2.30 | $ 287.50 |
| Patricia E. Cuniff | Paralegal since 1998 | $120.00 | 57.20 | $ 6,864.00 |
| Bruce D. Campbell | Paralegal since 1995 | $120.00 | 3.20 | $ 384.00 |
| Amy L. Espinosa | Paralegal since 1998 | $120.00 | 1.00 | $ 120.00 |
| Timothy M. O'Brien | Paralegal since 1997 | $110.00 | .60 | $ 66.00 |
| Helen D. Martin | Case Management Assistant 2000 | $ 60.00 | 1.60 | $ 96.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 55.00 | 22.80 | $ 1,254.00 |
| Donna C. Crossan | Case Management Assistant 2000 | $ 55.00 | 9.80 | $ 539.00 |
| Kate A. Crossan | Case Management Assistant 2000 | $ 50.00 | 4.50 | $ 225.00 |
| Jason M. Griffith | Case Management Assistant 2001 | $ 40.00 | 2.40 | $ 96.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 40.00 | 1.40 | $ 56.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 40.00 | 17.10 | $ 684.00 |

Total Fees:     $34,536.00

Total Hours:    199.90

Blended Rate: $   172.77

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | .30 | $ 118.50 |
| Bankruptcy Litigation | 1.70 | $ 527.50 |
| Case Administration | 63.30 | $ 6,910.00 |
| Claims Administration/Objections | .30 | $ 64.50 |
| Claims Analysis (Asbestos) | .70 | $ 196.00 |
| Claims Analysis (Non-Asbestos) | 5.00 | $ 735.00 |
| Employee Benefits/Pension | 2.70 | $ 884.50 |
| Fee Applications/Applicant | 4.40 | $ 1,209.50 |
| Fee Applications/Others | 37.70 | $ 8,180.50 |
| Hearings | 69.40 | $11,607.00 |
| Litigation (Non-Bankruptcy) | 4.50 | $ 1,384.50 |
| Plan and Disclosure Statement | 1.10 | $ 214.50 |
| Stay Litigation | 2.70 | $ 818.50 |
| ZAL Science Trial | 4.90 | $ 1,349.50 |
| ZAL Science Trial – Exp. | 1.20 | $ 336.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable)[4] | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $ 1,867.00 |
| Reproduction ($.15 per page) | | $24,562.05 |
| Express Mail | DHL | $ 3,209.84 |
| Delivery/Courier Service | Parcels | $ 1,675.09 |
| Overtime | | $ 869.55 |
| Postage | | $12,108.95 |
| Working Meals | Greenery | $ 123.75 |
| Legal Research | Pacer | $ 1,124.20 |

---

[4] PSZY&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

Dated: 10/29, 2002

                PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                */s/ Laura Davis Jones*
                Laura Davis Jones (Bar No. 2436)
                Hamid R. Rafatjoo (California Bar No. 181564)
                David W. Carickhoff Jr. (Bar No. 3715)
                919 North Market Street, 16th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400

                Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE         :
                                           :
COUNTY OF NEW CASTLE  :

Scotta E. McFarland, after being duly sworn according to law, deposes and says:

a) I am of counsel with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*Scotta E. McFarland* (signature)

Scotta E. McFarland

SWORN AND SUBSCRIBED
before me this 30 day of October, 2002.

*Kathleen M. Wittig* (signature)
Notary Public
My Commission Expires:

KATHLEEN M. WITTIG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 5, 2003