IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection deadline: November 20, 2002 @ 4:00 p.m.** |

**TWELFTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through September 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $58,214.20 (80% of $72,767.75) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $28,256.42 |

This is a: __**X**__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0005851:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | **Pending** | **Pending** |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | **Pending** | **Pending** |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | **Pending** | **Pending** |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | **Pending** | **Pending** |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | **Pending** | **Pending** |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002
<u>CAPLIN & DRYSDALE, CHARTERED</u>**

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | 12.8/3.0 | $675/337.50 | $9,652.50 |
| Peter V. Lockwood (PVL) | Member | 33 | 3.3/.5 | $560/280 | $1,988.00 |

{D0005851:1}    2

| Walter B. Slocombe (WBS) | Member | 32 | 2.8 | $500 | $1,400.00 |
|---|---|---|---|---|---|
| Albert G. Lauber (AGL) | Member | 25 | 24.3 | $445 | $10,813.50 |
| Julie W. Davis (JWD) | Member | 22 | .2 | $425 | $85.00 |
| Trevor W. Swett (TWS) | Member | 20 | .5/7.9 | $425/212.50 | $1,891.25 |
| Christopher S. Rizek (CSR) | Member | 19 | 42.9/1.6 | $345/172.50 | $15,076.50 |
| Kimberly N. Brown (KNB) | Of Counsel | 8 | 4.5 | $300 | $1,350.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 21.9 | $300 | $6,570.00 |
| Max C. Heerman (MCH) | Associate | 6 | 28.4 | $230 | $6,532.00 |
| John P. Cunningham (JPC) | Associate | 1 | 9.2 | $215 | $1,978.00 |
| Brian A. Skretny (BAS) | Associate | 1 | 12.4 | $215 | $2,666.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 49.5 | $145 | $7,177.50 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 7.5 | $135 | $1,012.50 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 23.8 | $125 | $2,975.00 |
| Samira A Taylor (SAT) | Paralegal | 2 | 2.8 | $125 | $350.00 |
| Tracy L. Wantuck (TLW) | Paralegal | 1 | 10.0 | $125 | $1,250.00 |
| **Total** | | | **269.8** | | **$72,767.75** |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 09/01/02 through 09/30/02 | Total Fees for the Period 09/01/02 through 09/30/02 |
|---|---|---|
| Case Administration | 87.4 | $15,278.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 113.8 | $34,055.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | $112.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.8 | $1,094.00 |

| | | |
|---|---:|---:|
| Employee Benefits/Pension | .2 | $112.00 |
| Fee Applications, Applicant | 24.7 | $6,811.00 |
| Fee Applications, Others | .5 | $214.50 |
| Hearings | 6.8 | $4,578.50 |
| Litigation & Litigation Consulting | .1 | $56.00 |
| Tax Issues | 21.3 | $7,348.50 |
| Travel- Non-Working | 13.0 | $3,107.25 |
| **Grand totals** | **269.8** | **$72,767.75** |

### EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period September 1, 2002 through September 30, 2002 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $5,290.11 |
| In-House Reproduction ($0.15 per page) | | $4,999.95 |
| Facsimile ($0.15 per page) | | $121.35 |
| Federal Express | | $1,282.02 |
| Long Distance Telephone Calls | | $1,424.06 |
| Air & Train Transportation | | $2,790.50 |
| Meal Expense | | $524.67 |
| Messenger Service | | $45.36 |
| Local Transportation | | $39.44 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $200.34 |
| Postage | | $11.72 |
| Research Material | | $256.80 |
| Westlaw/Lexis | | $2,761.92 |
| Professional Fees & Expert Witness Fees | | $1,742.60 |
| Court Reporting/Transcript Service | | $1,993.39 |

{D0005851:1}                                    4

| | | |
|---|---|---|
| Travel – Ground Transportation | | $581.25 |
| Travel – Hotel Charges | | $4,190.94 |
| Travel - Miscellaneous | | $.00 |
| **Total:** | | **$28,256.42** |

                                      CAPLIN & DRYSDALE, CHARTERED

                                      /s/ Elihu Inselbuch
                                      Elihu Inselbuch
                                      399 Park Avenue
                                      New York, NY  10022
                                      (212) 319-7125

                                              -and-

                                      CAPLIN & DRYSDALE, CHARTERED
                                      Peter Van N. Lockwood
                                      One Thomas Circle, N.W.
                                      Washington, D.C.  20005
                                      (202) 862-5000

                                            - and -

                                      CAMPBELL & LEVINE, LLC
                                      Mark T. Hurford (I.D. #3299)
                                      800 King Street, Suite 300
                                      Wilmington, DE 19801
                                      (302) 426-1900

                                      Counsel for the Official Committee
                                        of Asbestos Personal Injury Claimants

Dated:  October 23, 2002

{D0005851:1 }                           5