## EXHIBIT A

### Case Administration (87.40 Hours; $ 15,278.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.80 | $675 | 3,240.00 |
| Peter V. Lockwood | 1.00 | $560 | 560.00 |
| Walter B. Slocombe | .10 | $500 | 50.00 |
| Trevor W. Swett | .10 | $425 | 42.50 |
| Rita C. Tobin | .60 | $300 | 180.00 |
| John P. Cunningham | .80 | $215 | 172.00 |
| Robert C. Spohn | 49.50 | $145 | 7,177.50 |
| Elyssa J. Strug | 4.40 | $135 | 594.00 |
| Karen A. Albertelli | 23.30 | $125 | 2,912.50 |
| Samira A. Taylor | 2.80 | $125 | 350.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/02 | EJS | 135.00 | .50 | Updated EI, PVNL, JWD agenda files & EI hearing files. |
| 09/03/02 | RCS | 145.00 | 4.30 | Review and index correspondence and pleadings received 8/30/02 (.3); work with outside vendor to have excel spreadsheets blown back from CD Rom produced by opposing counsel (.4); review additional CD-rom for content and level of work required for blow back (.5); retrieve documents from production sets required by attorney (1.3); call rand corp in CA to order report (.4); update database to include additional docs specified by attorney (1.4) |
| 09/03/02 | SAT | 125.00 | 1.00 | Retrieve and index Grace SEC documents (10-Ks, 10-Qs). |
| 09/03/02 | SAT | 125.00 | .80 | Download, index, and create file folders for Grace 10-ks. |
| 09/03/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/03/02 | KAA | 125.00 | .20 | Updated litigation calendar. |

- 2 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/04/02 | RCS | 145.00 | 3.30 | Review and index pleadings and correspondence received 9/3/02 (.3); scan and prepare cd rom of depositions transcripts and exhibits for forwarding to co-counsel (1.4); prepare master set of documents to be produced and send for reproduction (.7); call co-counsel paralegal and request specific documents not held in this office (.2); download email documents from co-counsel and forward to attorney (.7) |
| 09/04/02 | TWS | 425.00 | .10 | Read correspondence from Lowenstein |
| 09/04/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (02-2210). |
| 09/04/02 | KAA | 125.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 09/04/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/05/02 | EJS | 135.00 | .30 | Searched for court hearing transcript for RCT. |
| 09/05/02 | RCS | 145.00 | 3.20 | Review and index pleadings and correspondence and specific issue documents received 9/4/02 (.5); index fee applications and adversary proceeding 2210 pleadings (2.1); box and label production document set for in-house use (.6) |
| 09/05/02 | KAA | 125.00 | .50 | Archived and indexed Ct & dep transcripts. |
| 09/06/02 | WBS | 500.00 | .10 | Check status of work/review assignments. |
| 09/06/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 09/06/02 | RCS | 145.00 | 2.70 | Review and index pleadings and correspondence received 9/5/02 (.3); review prints from blow backs of cd rom and flag charts and useful data spreadsheets (2.1); bates label and prepare depo sets of a document specified by attorney (.3) |

| 09/06/02 | EI | 675.00 | .20 | Conference L. Tersigni re: all his assignments and status. |
| 09/06/02 | EI | 675.00 | .30 | T/c's Weitz and Baena re: meeting. |
| 09/06/02 | KAA | 125.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/07/02 | EI | 675.00 | .70 | Reviewed 8/26 transcript. |
| 09/08/02 | EI | 675.00 | 3.00 | Conference Peterson/TWS to prepare for XBT, including T/c B. Friedman (2.9); t/c McGovern re: status (.1). |
| 09/09/02 | PVL | 560.00 | .10 | Review 6 miscellaneous filings. |
| 09/09/02 | RCS | 145.00 | 2.80 | Review and index correspondence and pleadings received 9/6/02 (.4); index pleadings and correspondence received in 2210 adversary proceeding (2.1); open and review files contained on CD rom received from opposing counsel (.3) |
| 09/09/02 | EI | 675.00 | .40 | T/c's re: setting up meeting (.2); t/c TWS re: XBT (.2). |
| 09/09/02 | KAA | 125.00 | .40 | Updated Ct doc index (02-2210). |
| 09/09/02 | KAA | 125.00 | 1.00 | Updated Ct dep & transcripts index (02-2210). |
| 09/09/02 | KAA | 125.00 | .90 | Updated Ct doc index (01-1139). |
| 09/09/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/09/02 | KAA | 125.00 | .20 | Updated Ct doc index (02-2211). |
| 09/09/02 | KAA | 125.00 | .20 | Updated Ct doc index (01-771). |
| 09/09/02 | JPC | 215.00 | .80 | Review NDF's correspondence, email and US mail |
| 09/10/02 | RCS | 145.00 | 2.20 | Review and index pleadings and correspondence received 9/10/02 (.5); review in-house files for specific documents requested by attorney (.4); |

|          |     |        |      | check electronic docket for specific motions requested by attorney (.3); email NY office of assistance in recovering documents requested by attorney (.2); index pleadings in main bankruptcy case (.8) |
|----------|-----|--------|------|---|
| 09/10/02 | SAT | 125.00 | .60  | Retrieve specified pleadings and transcripts as per TWS request. |
| 09/10/02 | KAA | 125.00 | .30  | Updated litigation calendar. |
| 09/10/02 | KAA | 125.00 | .30  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/11/02 | EJS | 135.00 | .70  | Updated EI, PVNL & JWD agenda files and EI hearing files. |
| 09/11/02 | RCS | 145.00 | 2.20 | Review and index correspondence and pleadings received 9/10/02 (.3); prepare exhibit sets for depo (.7); search files and production docs for specific documents requested by attorney (1.2) |
| 09/11/02 | SAT | 125.00 | .40  | Retrieve specified pleadings as per TWS request. |
| 09/11/02 | KAA | 125.00 | .10  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/12/02 | EJS | 135.00 | .50  | Updated EI files. |
| 09/12/02 | RCS | 145.00 | 1.30 | Review and index correspondence and pleadings received 9/11/02 (.4); prepare additional documents for deposition (.6); search file indexes for specific documents requested by attorney (.3) |
| 09/12/02 | KAA | 125.00 | .20  | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/12/02 | KAA | 125.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 09/12/02 | KAA | 125.00 | .20  | Updated Ct & Dep transcripts index (02-2210). |
| 09/12/02 | KAA | 125.00 | .50  | Updated Ct doc index (02-2211). |

| 09/13/02 | EJS | 135.00 | .30 | Updated EI Judge Wolin files. |
|---|---|---|---|---|
| 09/13/02 | RCS | 145.00 | 1.00 | Review and index correspondence and pleadings received 9/12/02 (.3); search files for specific documents requested by attorney (.7) |
| 09/13/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/13/02 | KAA | 125.00 | .50 | Updated Ct dep & transcripts index (02-2210). |
| 09/16/02 | RCS | 145.00 | 1.50 | Review and index correspondence and pleadings received 9/13/02 (.5); retrieve documents requested by attorney in preparation for depo (.6); review electronic docket for specific documents requested by attorney (.4) |
| 09/16/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 09/16/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (02-2210). |
| 09/16/02 | KAA | 125.00 | .30 | Updated Ct doc index (01-771). |
| 09/16/02 | KAA | 125.00 | .80 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/17/02 | EJS | 135.00 | .60 | Updated EI, PVNL and JWD agenda files and EI hearing files. |
| 09/17/02 | RCS | 145.00 | 2.60 | Review and index correspondence and pleadings received 9/13/02 (.5); print out and format for depo use, spread sheets for excel files contained on CD rom (2.1) |
| 09/17/02 | KAA | 125.00 | .50 | Updated Ct doc index (01-1139). |
| 09/17/02 | KAA | 125.00 | .20 | Updated Monthly Op Rpt index. |
| 09/17/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/17/02 | KAA | 125.00 | .30 | Updated litigation calendar. |
| 09/17/02 | KAA | 125.00 | .10 | Forwarded L Tersigni Monthly Op Rpt. |

| | | | | |
|---|---|---|---|---|
| 09/18/02 | RCS | 145.00 | 2.90 | Review and index correspondence and pleadings received 9/13/02 (.5); Load and format depo transcripts into summation transcript database (.5); search files for specific expert reports for co-counsel scan and download to CD rom (1.3); search electric files and download material needed for binder re: case management estimation briefs (.6) |
| 09/18/02 | RCS | 145.00 | 4.40 | Review and index correspondence and pleadings received 9/13/02 (.5); search electronic documents and case files for specific documents requested by co-counsel (1.6); prepare duplicate sets of CD ROMs provided during depo (.4); download, review, format and print specified spread sheets from data disk provided during depo (1.3); search files for specific documents requested by co-counsel (.6) |
| 09/18/02 | KAA | 125.00 | 1.00 | Updated Ct doc index (02-2210). |
| 09/18/02 | KAA | 125.00 | .30 | Updated Ct transcripts index (01-1139). |
| 09/18/02 | KAA | 125.00 | 1.00 | Updated Ct & Dep transcripts index (02-2210). |
| 09/18/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/19/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/20/02 | PVL | 560.00 | .60 | Teleconference Eskin (.1); teleconference Bush re status (.5). |
| 09/20/02 | RCT | 300.00 | .20 | Review EI status memo. |
| 09/20/02 | RCS | 145.00 | 5.10 | Review and index correspondence and pleadings received 9/13/02 (.4); search files, in-house databases and electronic court dockets for specific affidavits requested by attorney (2.3); download electronic versions of depo transcripts, format and load into summation (.7); search files for specific documents requested by co-counsel (1.1); |

| | | | | download additional documents for case management estimation binders (.6) |
|---|---|---|---|---|
| 09/20/02 | KAA | 125.00 | .20 | Searched & retrieved Ct docs for RCT. |
| 09/20/02 | KAA | 125.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/20/02 | KAA | 125.00 | 1.00 | Updated Ct & Dep transcripts index (02-2210). |
| 09/23/02 | PVL | 560.00 | .10 | Review 6 miscellaneous filings. |
| 09/23/02 | RCS | 145.00 | 2.80 | Review and index correspondence and pleadings received 9/20/02 (.4); retrieve additional documents to be used in depo (.6); prepare documents sets for use at depo (.8); gather documents to be used during trial prep of witness (.6); transfer documents to cd rom to be used at trial (.4) |
| 09/24/02 | PVL | 560.00 | .10 | Review 9 miscellaneous filings. |
| 09/24/02 | RCT | 300.00 | .20 | Review EI status memo. |
| 09/24/02 | RCS | 145.00 | 2.70 | Review and index correspondence and pleadings received 9/23/02 (.5); review and index depo transcripts received from previous deps (1.3); index production documents previously received and review by attorneys (.9) |
| 09/24/02 | KAA | 125.00 | .50 | Updated Ct Dep & transcripts index (02-2210). |
| 09/24/02 | KAA | 125.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/24/02 | KAA | 125.00 | .20 | Updated litigation calendar. |
| 09/25/02 | RCT | 300.00 | .20 | Review schedules re: upcoming assignments. |
| 09/25/02 | RCS | 145.00 | 2.80 | Review and index correspondence and pleadings received 9/24/02 (.4); retrieve documents to be used at trial (1.2); set up trial folders for exhibits (.9); retrieve |

| | | | | |
|---|---|---|---|---|
| | | | | manuscripts of depo transcripts for attorney (.3) |
| 09/25/02 | KAA | 125.00 | 1.20 | Updated Ct doc & Orders indexes (02-2210). |
| 09/25/02 | KAA | 125.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 09/25/02 | KAA | 125.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 09/26/02 | PVL | 560.00 | .10 | Review Wachovia set-off motion. |
| 09/26/02 | EJS | 135.00 | .50 | Updated EI hearing files. |
| 09/26/02 | EJS | 135.00 | .50 | Reviewed recently received court documents in preparation of indexing/filing. |
| 09/26/02 | RCS | 145.00 | 1.20 | Review and index correspondence and pleadings received 9/25/02 (.4); organize trial exhibit files and box for use when data is determined (.8) |
| 09/29/02 | EI | 675.00 | .10 | Reviewed status and agenda items. |
| 09/30/02 | RCS | 145.00 | .50 | Review and index correspondence and pleadings received 9/26/02 through 9/27/02 |
| 09/30/02 | EI | 675.00 | .10 | Memo to partners re: all agenda matters. |
| 09/30/02 | KAA | 125.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

**Total Task Code .04          87.40**

## Claim Analysis Objection & Resolution (Asbestos)(113.80 Hours; $ 34,055.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $675 | 135.00 |
| Peter V. Lockwood | 1.10 | $560 | 616.00 |
| Walter B. Slocombe | 2.70 | $500 | 1,350.00 |

{D0005852:1 }

| | | | | |
|---|---|---|---|---|
| Albert G. Lauber | 24.30 | | $445 | 10,813.50 |
| Julie W. Davis | .20 | | $425 | 85.00 |
| Christopher S. Rizek | 21.60 | | $345 | 7,452.00 |
| Kimberly N. Brown | 4.50 | | $300 | 1,350.00 |
| Max C. Heerman | 28.40 | | $230 | 6,532.00 |
| John P. Cunningham | 8.40 | | $215 | 1,806.00 |
| Brian A. Skretny | 12.40 | | $215 | 2,666.00 |
| Tracy L. Wantuck | 10.00 | | $125 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/02 | JPC | 215.00 | 1.10 | Research re: challenged claims (.9); email correspondence with KNB re: ARPC motion to compel (.1); discussion with KNB re: same (.1) |
| 09/05/02 | EI | 675.00 | .20 | Memo to KNB re: prep for argument |
| 09/05/02 | JPC | 215.00 | 1.00 | Research re: challenged claims |
| 09/06/02 | PVL | 560.00 | .10 | Review Wolin op. re ZAI claims. |
| 09/09/02 | AGL | 445.00 | .20 | Emails and conference w/KNB re oral argument prep. |
| 09/09/02 | PVL | 560.00 | .30 | Review JPC memo re challenged claims |
| 09/09/02 | KNB | 300.00 | .30 | Confer with EI re argument preparation (.2); e-mail re same (.1) |
| 09/09/02 | JPC | 215.00 | 2.00 | Finish drafting challenged claims memo |
| 09/10/02 | JPC | 215.00 | .30 | Telephone conference with PVNL re: updating pleural memo distinguishing SAC cases (.1); follow up research re: certain cases discussed in challenged claims memo (.2) |
| 09/11/02 | CSR | 345.00 | .90 | Telephone conferences regarding deposition in Florida. |
| 09/11/02 | MCH | 230.00 | .40 | Prepare oral argument materials |
| 09/11/02 | MCH | 230.00 | 1.40 | Research re: diagnosis of asbestosis |
| 09/12/02 | CSR | 345.00 | 8.20 | Prepare for deposition (3.7) and travel to deposition (4.5). |
| 09/12/02 | MCH | 230.00 | .70 | Prepare for oral argument |

| | | | | |
|---|---|---|---|---|
| 09/12/02 | MCH | 230.00 | 1.00 | research re: challenged claims |
| 09/12/02 | JPC | 215.00 | 1.50 | Research re: revisions to memo re: challenged claims (.8); revise memo, including updated info re: lower court and federal cases (.7) |
| 09/13/02 | CSR | 345.00 | 12.50 | Deposition preparation (2.0), 30(b)(6) deposition of Grace regarding taxes (5.5), travel from deposition to office (5.0). |
| 09/13/02 | MCH | 230.00 | .40 | Research re: challenged claims |
| 09/13/02 | JPC | 215.00 | 1.30 | Research for revisions to memo re: challenged claims (.5); finalize revisions to memo (.8) |
| 09/15/02 | WBS | 500.00 | .20 | Rev memos re state treatment of challenged claims |
| 09/16/02 | WBS | 500.00 | .20 | Rev memos re state treatment of challenged claims |
| 09/16/02 | BAS | 215.00 | 1.20 | Researched admissibility of expert testimony for challenged claims (1.2). |
| 09/16/02 | MCH | 230.00 | 1.50 | Draft outline re: oral argument on estimation |
| 09/16/02 | MCH | 230.00 | .30 | Research re: compens of challenged claims |
| 09/17/02 | PVL | 560.00 | .20 | Confer WBS, KNB, BAS and MCH re est. issues. |
| 09/17/02 | WBS | 500.00 | 1.60 | Res re Daubert issues/notes re further work (1.2); re treatment of challenged claims (.4). |
| 09/17/02 | JWD | 425.00 | .20 | Conference re estimation issues |
| 09/17/02 | KNB | 300.00 | .20 | Discussion of estimation issues with litigation group |
| 09/17/02 | BAS | 215.00 | .20 | Discussion of estimation issues (.2). |
| 09/17/02 | BAS | 215.00 | 2.30 | Researched admissibility of expert testimony for challenged claims (2.3). |

| 09/17/02 | MCH | 230.00 | 3.20 | Draft outline for oral argument on estimation (2.8); discussion of same at lit. conf. (.2); research re: compens of challenged claims (.2) |
| 09/18/02 | BAS | 215.00 | 2.10 | Rs admissibility of expert testimony for challenged claims (2.1). |
| 09/18/02 | MCH | 230.00 | 3.50 | Draft outline for oral argument (1.4); research re: challenged claims (.3); review 8/21 reply brief from debtor re: estimation (1.8) |
| 09/19/02 | AGL | 445.00 | 3.00 | Legal research in connection with preparation for oral argument before Judge Wolin on Entry of Case Management Order. |
| 09/19/02 | AGL | 445.00 | .30 | Conference w/MCH re outline for oral argument. |
| 09/19/02 | PVL | 560.00 | .40 | Review MCH memo (.1); review ZAI motion to compel (.3). |
| 09/19/02 | WBS | 500.00 | .70 | Res re applic of Daubert in practice. |
| 09/19/02 | BAS | 215.00 | 2.30 | Rs admissibility of expert testimony for challenged claims (2.3). |
| 09/19/02 | MCH | 230.00 | 4.70 | Conference with AGL re: estimation oral argument (.2); draft outline re: same (2.9); draft memo re: Grace's estimation reply brief (1.1); gather documents for oral argument binders (.5) |
| 09/20/02 | AGL | 445.00 | 4.70 | Legal research in connection with preparation for oral argument before Judge Wolin on case management proposals. |
| 09/20/02 | AGL | 445.00 | .70 | Review MCH draft outline for Oct. 20-21 oral argument. |
| 09/20/02 | PVL | 560.00 | .10 | Review Gerard reply brief. |
| 09/20/02 | BAS | 215.00 | 2.10 | Rs admissibility of expert testimony for challenged claims (2.1). |

{D0005852:1 }

| 09/20/02 | MCH | 230.00 | 2.50 | Draft oral argument outline (2.3); conference with AGL re: estimation (.2) |
| 09/22/02 | KNB | 300.00 | 3.00 | Review claims data in preparation for oral argument and prepare spreadsheets re same |
| 09/23/02 | AGL | 445.00 | 2.80 | Work on revisions to MCH draft outline for EI oral argument before Judge Wolin on Oct. 20-21. |
| 09/23/02 | KNB | 300.00 | 1.00 | Edit oral argument outline for estimation hearings (1.0); memo to EI re tort system statistics (.4) |
| 09/23/02 | BAS | 215.00 | 2.20 | Rs admissibility of expert testimony for challenged claims (2.2). |
| 09/23/02 | MCH | 230.00 | .70 | Prepare for oral argument on estimation |
| 09/24/02 | AGL | 445.00 | 1.50 | Work on revision of MCH draft oral argument outline for Oct. 20-21 hearing. |
| 09/24/02 | MCH | 230.00 | .70 | Prepare for oral argument re: estimation (.7) |
| 09/24/02 | TLW | 125.00 | 2.00 | Index deposition transcripts. |
| 09/25/02 | AGL | 445.00 | 2.40 | Work on outline of oral argument for 10-17-18 hearing before Judge Wolin. |
| 09/25/02 | AGL | 445.00 | 1.10 | Legal research in connection with oral argument preparation. |
| 09/25/02 | MCH | 230.00 | .30 | Research re: challenged claims |
| 09/25/02 | TLW | 125.00 | 4.50 | Prepare deposition binders. |
| 09/26/02 | AGL | 445.00 | 2.10 | Work on revisions to oral argument outline for 10/17-18 hearing before Judge Wolin. |
| 09/26/02 | AGL | 445.00 | .50 | Legal research in connection with oral argument prep. |

| 09/26/02 | MCH | 230.00 | 4.90 | Draft memo re: challenged claims (1.0); draft memo re: powers of examiner (1.9); research re: same (2.0) |
| 09/26/02 | TLW | 125.00 | 3.50 | Prepare fact and expert witness binders. |
| 09/27/02 | AGL | 445.00 | 1.60 | Legal research in connection with argument prep. |
| 09/27/02 | AGL | 445.00 | 2.10 | Work on oral argument outline for 10/17-18 hearing before Judge Wolin. |
| 09/27/02 | MCH | 230.00 | 1.20 | Research re: depo of asbestos disease (.8); research re: challenged claims (.4) |
| 09/27/02 | JPC | 215.00 | 1.20 | Update research re: challenged claims |
| 09/30/02 | AGL | 445.00 | 1.30 | Legal research in connection with revisions to outline of oral argument. |
| 09/30/02 | MCH | 230.00 | .20 | Review oral argument outline re: estimation |
| 09/30/02 | MCH | 230.00 | .80 | Review oral argument outline re: estimation |

**Total Task Code .05      112.45**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 112.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | .20 | $560 | 112.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 09/25/02 | PVL | 560.00 | .20 | Review motion re IRS settlement and email EI et al re same. |

**Total Task Code .06      .20**

**Committee, Creditors', Noteholders' or Equity Holders' (1.80 Hours; $ 1,094.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $675 | 742.50 |
| Peter V. Lockwood | .40 | $560 | 224.00 |
| Trevor W. Swett | .30 | $425 | 127.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/02 | EI | 675.00 | .60 | Memo to Committee (.5); t/c Weitz (.1). |
| 09/10/02 | TWS | 425.00 | .20 | TC re Budd re status and developments |
| 09/19/02 | PVL | 560.00 | .40 | Provide status report to constituency at Mealeys' conference on case. |
| 09/20/02 | TWS | 425.00 | .10 | TC J.Rice |
| 09/30/02 | EI | 675.00 | .50 | Memo to Committee re: status of Sealed Air. |

**Total Task Code .07          1.80**

**Employee Benefits/Pension (.20 Hours; $ 112.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/29/02 | PVL | 560.00 | .20 | Review motion re Norris empl. contract. |

**Total Task Code .08          .20**

**Fee Applications, Applicant (24.70 Hours; $ 6,811.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 21.10 | $300 | 6,330.00 |
| Elyssa J. Strug | 3.10 | $135 | 418.50 |
| Karen A. Albertelli | .50 | $125 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/05/02 | EJS | 135.00 | .10 | P/c w/M.Zaleski re 8/26/02 hearing re fees. |
| 09/06/02 | RCT | 300.00 | .20 | Conference with EI re: status. |
| 09/06/02 | RCT | 300.00 | .60 | Conference with TB/ES re: new categories (.3); memo to attorneys re: new procedures (.3). |
| 09/06/02 | EJS | 135.00 | .30 | Conference call w/RCT & TB re new fee categories per fee auditor & additional apps due 9/18/02. |
| 09/06/02 | KAA | 125.00 | .50 | Updated billing code index per RCt per Fee Auditor memo. |
| 09/09/02 | RCT | 300.00 | 1.20 | Review letter re new category procedures (.4); conference with EI/ES re: same (.2); telecon with TB re: needing organization requirements (31); review fee auditor report (.3). |
| 09/11/02 | RCT | 300.00 | 1.50 | Review and recategorize time. |
| 09/12/02 | RCT | 300.00 | .50 | Review fee audit report and collect data for report. |
| 09/12/02 | RCT | 300.00 | .20 | Conference with ES re: category issue. |
| 09/13/02 | RCT | 300.00 | 2.80 | Recode all time from inception of case at request of fee auditor (2.5); telecon with TB re: procedures for prepay report (.3). |

| 09/16/02 | RCT | 300.00 | 1.70 | Telecon fee auditor re: Grace #'s (.2); telecons and e-mails w/KAA, TB re: reorganization of Graces #'s (1.5). |
| 09/17/02 | RCT | 300.00 | .60 | Telecon TB re: email from fee auditor (.2); telecon with TB and L. Ferdinand (.3); review June 24 order and letter (.1). |
| 09/17/02 | RCT | 300.00 | 1.00 | Review spreadsheet (.3); telecon TB re: same (.2); conference with ES re: E. Warren fees and expenses (.1); review ES summary re: E. Warren (.1); draft letter to fee auditor re: compliance (.3). |
| 09/17/02 | EJS | 135.00 | .40 | Worked on and completed project summary report on behalf of Professor Elizabeth Warren's time in response to Warren Smith's office request. |
| 09/18/02 | RCT | 300.00 | .30 | Conference with TB re: revised spreadsheet (.1); review same (.1); transmit to fee auditor (.1). |
| 09/18/02 | RCT | 300.00 | 1.50 | Collect data for response to fee auditor and reference re: 1st, 2nd and 3rd fee app. |
| 09/20/02 | RCT | 300.00 | .80 | Review draft Order (.2); review 4th interim and fee auditor reports re: discrepancy (.5); telecon TB re: same (.1). |
| 09/20/02 | RCT | 300.00 | .30 | E-mails to TB and W. Smith re: discrepancy (.2); telecon with TB re: same (.1). |
| 09/23/02 | RCT | 300.00 | .60 | Review fee auditors report for fifth interim period (.3); emails to PVNL, NDF & TWS re: same (.3). |
| 09/23/02 | RCT | 300.00 | .50 | Revise category description (.3); review and revise order (.2); e-mail fee auditor (.1). |
| 09/23/02 | RCT | 300.00 | 1.00 | Review monthly fee app; final. |
| 09/23/02 | EJS | 135.00 | .80 | Worked on monthly fee application. |

| 09/24/02 | EJS | 135.00 | .90 | Worked on monthly fee application (edits to exhibits, assemble, sent to local counsel via email and Fed-Ex). |
|---|---|---|---|---|
| 09/25/02 | RCT | 300.00 | 2.00 | Review fee report re: 5th period (.5); obtain info re: response (1.5). |
| 09/25/02 | EJS | 135.00 | .40 | Created October fee schedule. |
| 09/25/02 | EJS | 135.00 | .20 | Updated payment schedule with recently filed fee apps. |
| 09/26/02 | RCT | 300.00 | .90 | Review ES memo re: Grace fee issue (.3); review Wolin order (.3); memo to ES re: fee procedures (.3). |
| 09/27/02 | RCT | 300.00 | .20 | Conference with ES re: fee issue as per J. Fitzgerald Order of 9/23. |
| 09/27/02 | RCT | 300.00 | 2.50 | Collect info for response to fee auditor. |
| 09/30/02 | RCT | 300.00 | .20 | Review fee app schedules for October (.1); conference with ES re: same (.1). |

**Total Task Code .12        24.70**

## Fee Applicants, Others (.50 Hours; $ 214.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $560 | 112.00 |
| Trevor W. Swett | .10 | $425 | 42.50 |
| Rita C. Tobin | .20 | $300 | 60.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/02 | PVL | 560.00 | .10 | Review 4 fee applications. |
| 09/03/02 | RCT | 300.00 | .20 | Conference with EI re: E. Warren fee report/response. |
| 09/04/02 | TWS | 425.00 | .10 | Review Lowenstein memos re fee applications |

| 09/06/02 | PVL | 560.00 | .10 | Review 4 fee opposition notices and 4 CNOs re fees. |

**Total Task Code .13**        **.50**

## Hearings (6.80 Hours; $ 4,578.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.70 | $675 | 4,522.50 |
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/02 | EI | 675.00 | 3.00 | Conference with Judge Wolin (2.2); conference plaintiffs in advance (.5); conference Baena on return trip (.3) |
| 09/06/02 | EI | 675.00 | .20 | Wolin order and organized argument preparation (.2, which is one-half of total time divided between USG and W.R. Grace). |
| 09/24/02 | EI | 675.00 | 3.50 | Sealed Air hearing before Wolin; travel to hearing reading statute and cases. |
| 09/29/02 | PVL | 560.00 | .10 | Review CSR memo re COLI motion. |

**Total Task Code .15**        **6.80**

## Litigation and Litigation Consulting (.10 Hours; $ 56.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $560 | 56.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/17/02 | PVL | 560.00 | .10 | Review Grace brief re ZAI trial. |

**Total Task Code .16**    **.10**

**Tax Issues (21.30 Hours; $ 7,348.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 21.30 | $345 | 7,348.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/02 | CSR | 345.00 | 1.80 | Review COLI documents |
| 09/04/02 | CSR | 345.00 | 2.20 | COLI and tax document review, telephone conference with R. Fleishman. |
| 09/04/02 | CSR | 345.00 | 2.60 | E-mail re: tax impact of COLI (1.8); telephone conferences with G. Boyer regarding tax impact (.8) |
| 09/05/02 | CSR | 345.00 | 4.60 | Document review regarding tax and COLI, e-mails and telephone conferences with G. Boyer. |
| 09/06/02 | CSR | 345.00 | 1.00 | Office conference with TWS, telephone conferences with Rachel F. and Gregory Boyer regarding tax liability. |
| 09/08/02 | CSR | 345.00 | 5.50 | Review COLI and tax documents. |
| 09/09/02 | CSR | 345.00 | 3.60 | Review tax and COLI documents, telephone conferences regarding same. |

**Total Task Code .19**    **21.30**

**Travel - Non-Working (13.00 Hours; $ 3,107.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.00 | $337.50 | 1,012.50 |
| Peter V. Lockwood | .50 | $280.00 | 140.00 |
| Trevor W. Swett | 7.90 | $212.50 | 1,678.75 |
| Christopher S. Rizek | 1.60 | $172.50 | 276.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/02 | EI | 337.50 | 2.00 | Return trip to Newark less other time. |
| 09/09/02 | TWS | 212.50 | 2.80 | Return travel to DC |
| 09/12/02 | TWS | 212.50 | 1.00 | Travel to Richmond for Hayes deposition |
| 09/13/02 | TWS | 212.50 | 1.80 | Return travel to DC |
| 09/13/02 | TWS | 212.50 | .30 | Taxi to Hayes deposition |
| 09/19/02 | PVL | 280.00 | .50 | Travel to and from Philadelphia for Mealeys' conference. |
| 09/20/02 | CSR | 172.50 | 1.60 | Travel to/from Tarola deposition |
| 09/20/02 | TWS | 212.50 | 2.00 | Travel to and from deposition in Columbia, MD |
| 09/24/02 | EI | 337.50 | 1.00 | Return to NY. |

**Total Task Code .21**      **13.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,790.50 |
| Air Freight & Express Mail | 1,282.02 |
| Charge of Cell and/or Home Phone Useage | 331.44 |
| Conference Meals | 200.34 |
| Court Reporting/Transcript Service | 1,993.39 |
| Database Research | 2,761.92 |
| Local Transportation – NY | 39.44 |
| Long Distance Telephone Chge-Credit Card | 150.94 |
| Long Distance Telephone - Equitrac In-House | 110.02 |
| Meals Related to Travel | 524.67 |
| NYO Long Distance Telephone | 551.62 |
| Outside Local Deliveries | 45.36 |
| Outside Duplication Service | 5,290.11 |
| Postage | 11.72 |
| Professional Fees & Expert Witness Fees | 1,742.60 |
| Research Material | 256.80 |
| Telecopier | 121.35 |
| Travel Expenses – Ground Transportation | 581.25 |
| Travel Expenses – Hotel Charges | 4,190.94 |
| Travel Expenses – LD Calls on Hotel Bill | 280.04 |
| Duplicating | 4,999.95 |
| | |
| Total: | $ 28,256.42 |