**EXHIBIT B**

**Case Administration (87.4 Hours; $ 15,278.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          87.4

**Claim Analysis Objection & Resolution (Asbestos) (113.8 Hours; $ 34,055.50**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          113.8

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 112.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estate.

**Total Task Code .06**          .2

**Committee, Creditors' Noteholders' or Equity Holders' (1.8 Hours; $ 1,094.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          1.8

**Employee Benefits/Pension (.2 Hours; $ 112.00)**

Services rendered in this category pertain to the review and analysis of the Debtors' executive compensation and employee benefit plans.

**Total Task Code .08**          .2

- 2 -

**Fee Applications, Applicant (24.7 Hours; $ 6,811.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         24.7**

**Fee Applications, Others (.5 Hours; $ 214.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .5**

**Hearings (6.8 Hours; $ 4,578.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         6.8**

**Litigation and Litigation Consulting (.1 Hours; $ 56.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         .1**

**Tax Issues (21.3 Hours; $ 7,348.50)**

Services rendered in this category pertain to the analysis of tax issues regarding the Debtor's estate and a potential reorganization plan.

**Total Task Code .19         21.3**

**Non-Working Travel Time (13.0 Hours; $ 3,107.25)**

{D0005853:1 }

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        13.0**