**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,790.50 |
| Air Freight & Express Mail | 1,282.02 |
| Charge of Cell and/or Home Phone Useage | 331.44 |
| Conference Meals | 200.34 |
| Court Reporting/Transcript Service | 1,993.39 |
| Database Research | 2,761.92 |
| Local Transportation – NY | 39.44 |
| Long Distance Telephone Chge-Credit Card | 150.94 |
| Long Distance Telephone - Equitrac In-House | 110.02 |
| Meals Related to Travel | 524.67 |
| NYO Long Distance Telephone | 551.62 |
| Outside Local Deliveries | 45.36 |
| Outside Duplication Service | 5,290.11 |
| Postage | 11.72 |
| Professional Fees & Expert Witness Fees | 1,742.60 |
| Research Material | 256.80 |
| Telecopier | 121.35 |
| Travel Expenses – Ground Transportation | 581.25 |
| Travel Expenses – Hotel Charges | 4,190.94 |
| Travel Expenses – LD Calls on Hotel Bill | 280.04 |
| Duplicating | <u>4,999.95</u> |
| Total: | $ 28,256.42 |

{D0005854:1 }