10/14/2002                        Prebill Control Report

Page 1

16:43:58


Prebill 000001  Subpage    1                              Client: 4642        Matter:

000

_____


Bill Attn To        Attn:


Client 4642          Grace Asbestos Personal Injury Claimants      Old Ref:

Opened: 04/16/01

_____

Client 4642          Grace Asbestos Personal Injury Claimants      Old Ref:

Opened: 04/16/01

Primary Contact



Matter 000                                  Old Ref:          Opened: 04/16/01

_____

Matter 000                                  Old Ref:          Opened: 04/16/01

Disbursements



Bill Cycle: 01  Style: it i1    Start: 04/16/01  Last Billed:   09/25/02  Trans Date Range:

01/01/50 to 09/30/02

Client Retainer Available:          .00   Committed to invoices:        .00  Remaining:

.00

Client Credits  Available:        .00   Committed to invoices:        .00  Remaining:        .00

Matter Retainer Available:          .00   Committed to invoices:        .00  Remaining:

.00

Matter Credits  Available:        .00   Committed to invoices:        .00  Remaining:

.00

Budget Fees         .00               Billed Fees        .00   Resp Empl: Elihu Inselbuch

Budget Exp         .00              Billed Exp   152,108.67  Bill Empl: Elihu Inselbuch

Budget Tot         .00              Total      152,108.67  Alt Empl: Elihu Inselbuch


{D0005856:1 }

SUMMARY BY EMPLOYEE

|  |  |  | -----------A C T U A L--------- | ----------B I L L I N G--------- |  |  |  |
|---|---|---|---|---|---|---|---|
| Empl Init  Name | | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours |
| Value At  Amount    Calc Rate | | | | | | | |
| Empl Init  Name | | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours |
| Amount    Calc Rate | | | | | | | |

| Empl Init | Name | T/E | Avg Rate | Hours | Amount | Avg Rate | Hours |
|---|---|---|---|---|---|---|---|
| 0032 RWS | Richard W. Skillman | E | | | 115.53 | | |
| 115.53 | | | | | | | |
| 0083 CSR | Christopher S. Rizek | E | | | 690.53 | | |
| 690.53 | | | | | | | |
| 0101 RCS | Robert C. Spohn | E | | | 5,379.79 | | |
| 5,379.79 | | | | | | | |
| 0106 TWS | Trevor W. Swett | E | | | 2,730.53 | | |
| 2,730.53 | | | | | | | |
| 0120 EI | Elihu Inselbuch | E | | | 1,247.81 | | 1,247.81 |
| 0122 SME | Stacie M. Evans | E | | | 38.28 | | 38.28 |
| 0149 JPC | John P. Cunningham | E | | | 1,371.34 | | |
| 1,371.34 | | | | | | | |
| 0187 NDF | Nathan D. Finch | E | | | 5,108.71 | | |
| 5,108.71 | | | | | | | |
| 0999 C&D | Caplin &. Drysdale | E | | | 11,573.90 | | |
| 11,573.90 | | | | | | | |
| | Total Fees: | | .00 | .00 | | .00 | .00 |
| .00 | | | | | | | |
| | Total Expenses: | | | 28,256.42 | | | 28,256.42 |
| .00 | | | | | | | |
| | Total Fee+Exp: | | .00 | 28,256.42 | | .00 | 28,256.42 |
| .00 | | | | | | | |

DETAIL BY TIME/EXPENSE, EMPLOYEE

                           W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                           W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description      Code Date  Empl    Rate   Hours    Amount
Rate   Hours    Amount  Cumulative
  Trans Transaction Description      Code Date  Empl    Rate   Hours    Amount
Rate   Hours    Amount  Cumulative

_____

_____

1356,589 Xeroxing            E 54 09/02/02 0999 C&D            6.30
6.30     6.30
1356,904 Deposition of Jay Hughes    E 08 09/03/02 0187 NDF        1,677.60
1,677.60   1,683.90
        and John Port on 8/31
        From Veritext, L.L.C.
        003508 AUDIT *
        AP-0073,225:0002  Date:
        09/03/02
1358,194 Long Distance-Equitrac     E 64 09/03/02 0999 C&D          2.16
2.16    1,686.06

10/14/2002                          Prebill Control Report

Page 2

16:44:02


Prebill 000001  Subpage   2                          Client: 4642        Matter:

000

_____


                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


  Trans Transaction Description      Code Date  Empl     Rate   Hours     Amount

Rate   Hours     Amount  Cumulative

  Trans Transaction Description      Code Date  Empl     Rate   Hours     Amount

Rate   Hours     Amount  Cumulative

_____

_____


      In-House

1358,485 Xeroxing              E 54 09/03/02 0999 C&D              8.55

8.55    1,694.61

1358,486 Equitrac - Photocopy      E 54 09/03/02 0999 C&D              .90

.90    1,695.51

        charges

1358,487 Equitrac - Photocopy      E 54 09/03/02 0999 C&D              9.75

9.75    1,705.26

        charges

1358,488 Xeroxing              E 54 09/03/02 0999 C&D              23.10

23.10    1,728.36

1358,489 Xeroxing              E 54 09/03/02 0999 C&D              6.60

6.60    1,734.96

1358,490 Equitrac - Photocopy      E 54 09/03/02 0999 C&D              .30

.30    1,735.26

        charges

1358,491 Xeroxing        E 54 09/03/02 0999 C&D        3.60
3.60   1,738.86

1358,492 Equitrac - Photocopy     E 54 09/03/02 0999 C&D       8.40
8.40   1,747.26
     charges

1358,521 Equitrac - Fax charges    E 62 09/03/02 0999 C&D      1.50
1.50   1,748.76

1357,339 Capitol Process Services;   E 08 09/04/02 0187 NDF     65.00
65.00   1,813.76
     Service of Process
     From Capitol Process
     Services     001129 AUDIT
     * AP-0073,259:0002  Date:
     09/04/02

1358,195 Long Distance-Equitrac    E 64 09/04/02 0999 C&D      4.88
4.88   1,818.64
     In-House

1358,493 Equitrac - Photocopy     E 54 09/04/02 0999 C&D      1.20
1.20   1,819.84
     charges

1358,494 Equitrac - Photocopy     E 54 09/04/02 0999 C&D      3.00
3.00   1,822.84
     charges

1358,495 Xeroxing        E 54 09/04/02 0999 C&D      61.95
61.95   1,884.79

1358,496 Xeroxing        E 54 09/04/02 0999 C&D      10.05
10.05   1,894.84

1358,497 Equitrac - Photocopy     E 54 09/04/02 0999 C&D     22.95
22.95   1,917.79
     charges

1358,498 Xeroxing        E 54 09/04/02 0999 C&D      9.60
9.60   1,927.39

1358,499 Equitrac - Photocopy     E 54 09/04/02 0999 C&D      .60
.60   1,927.99
     charges

1358,500 Xeroxing        E 54 09/04/02 0999 C&D      1.05
1.05   1,929.04

1358,501 Equitrac - Photocopy       E 54 09/04/02 0999 C&D                    28.95
28.95     1,957.99
    charges
1358,519 Equitrac - Postage          E 56 09/04/02 0999 C&D                     .37
.37     1,958.36
1359,108 Equitrac - Long Distance    E 64 09/04/02 0999 C&D                     .87
.87     1,959.23
1358,196 Long Distance-Equitrac      E 64 09/05/02 0999 C&D                    9.35
9.35     1,968.58
    In-House
1358,502 Xeroxing                    E 54 09/05/02 0999 C&D                    3.00
3.00     1,971.58
1358,503 Equitrac - Photocopy        E 54 09/05/02 0999 C&D                   13.05
13.05     1,984.63
    charges
1358,504 Xeroxing                    E 54 09/05/02 0999 C&D                   14.40
14.40     1,999.03
1358,505 Xeroxing                    E 54 09/05/02 0999 C&D                   25.50
25.50     2,024.53
1358,506 Equitrac - Photocopy        E 54 09/05/02 0999 C&D                     .60
.60     2,025.13
    charges
1358,507 Xeroxing                    E 54 09/05/02 0999 C&D                   16.05
16.05     2,041.18
1358,508 Xeroxing                    E 54 09/05/02 0999 C&D                    1.65
1.65     2,042.83

10/14/2002                    Prebill Control Report

Page 3

16:44:03


Prebill 000001  Subpage   3                              Client: 4642        Matter:
000

_____


                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description     Code Date  Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative
  Trans Transaction Description     Code Date  Empl    Rate  Hours    Amount
Rate   Hours    Amount  Cumulative

_____

_____


1358,509 Equitrac - Photocopy    E 54 09/05/02 0999 C&D              13.20
13.20   2,056.03
     charges
1358,520 Equitrac - Postage      E 56 09/05/02 0999 C&D              .60
.60   2,056.63
1358,522 Equitrac - Fax charges    E 62 09/05/02 0999 C&D             .45
.45   2,057.08
1358,523 Telecopier/Equitrac     E 62 09/05/02 0999 C&D              12.75
12.75   2,069.83
1358,524 Telecopier/Equitrac     E 62 09/05/02 0999 C&D              14.25
14.25   2,084.08
1358,197 Long Distance-Equitrac   E 64 09/06/02 0999 C&D              11.84
11.84   2,095.92
     In-House
1358,510 Equitrac - Photocopy    E 54 09/06/02 0999 C&D              .15
.15   2,096.07
     charges


{D0005856:1 }

1358,511 Xeroxing                E 54 09/06/02 0999 C&D                    26.85
26.85    2,122.92
1358,512 Xeroxing                E 54 09/06/02 0999 C&D                    10.35
10.35    2,133.27
1358,513 Equitrac - Photocopy      E 54 09/06/02 0999 C&D                       .75
.75    2,134.02
        charges
1358,514 Xeroxing                E 54 09/06/02 0999 C&D                    56.85
56.85    2,190.87
1358,515 Equitrac - Photocopy      E 54 09/06/02 0999 C&D                      1.05
1.05    2,191.92
        charges
1358,516 Xeroxing                E 54 09/06/02 0999 C&D                     5.70
5.70    2,197.62
1358,525 Equitrac - Fax charges      E 62 09/06/02 0999 C&D                       .30
.30    2,197.92
1358,526 Telecopier/Equitrac      E 62 09/06/02 0999 C&D                     2.25
2.25    2,200.17
1357,730 Duplication costs for      E 25 09/09/02 0149 JPC                  460.00
460.00    2,660.17
        deposition copies of Alen
        Rich
        From Baron & Budd
        000366 AUDIT *
        AP-0073,272:0002  Date:
        09/09/02
1358,517 Xeroxing                E 54 09/09/02 0999 C&D                    15.60
15.60    2,675.77
1358,518 Xeroxing                E 54 09/09/02 0999 C&D                    65.40
65.40    2,741.17
1357,734 Federal Express to Michelle  E 01 09/10/02 0106 TWS                  281.44
281.44    3,022.61
        Browdyu and Bert Wolff from
        TWS on 8/30
        From Federal Express
        002001 AUDIT *
        AP-0073,278:0004  Date:

09/10/02

1359,216 Courier delivery business    E 03 09/10/02 0120 EI                21.90
21.90    3,044.51

    cartons

    From Recall Total

    Information Mgmnt 008058

    AUDIT * AP-0073,312:0003

    Date: 09/10/02

1357,740 Federal Express to Andrew    E 01 09/10/02 0122 SME            19.14
19.14    3,063.65

    King from SME on 7/11

    From Federal Express

    002001 AUDIT *

    AP-0073,290:0008  Date:

    09/10/02

1357,731 Federal Express to Paul    E 01 09/10/02 0999 C&D            138.39
138.39    3,202.04

10/14/2002                           Prebill Control Report

Page 4

16:44:03

Prebill 000001   Subpage    4                              Client: 4642        Matter:
000

_____

                                W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                                W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

   Trans Transaction Description      Code  Date  Empl      Rate   Hours      Amount
Rate    Hours      Amount  Cumulative
   Trans Transaction Description      Code  Date  Empl      Rate   Hours      Amount
Rate   Hours      Amount  Cumulative
_____

_____

        Alvarado from RCP, Mark

        Peterson from TWS and Bert

        Wolff and Michelle Browdy

        from JPC all on 9/4

        From Federal Express

        002001 AUDIT *

        AP-0073,276:0003  Date:

        09/10/02

1359,336 Long Distance-Equitrac      E 64 09/10/02 0999 C&D                   1.15
1.15    3,203.19

        In-House

1359,400 Equitrac - Photocopy       E 54 09/10/02 0999 C&D                   15.45
15.45    3,218.64

        charges

1359,401 Xeroxing              E 54 09/10/02 0999 C&D                   20.40
20.40    3,239.04

1359,402 Equitrac - Photocopy       E 54 09/10/02 0999 C&D              5.40
5.40    3,244.44
        charges
1359,403 Equitrac - Photocopy       E 54 09/10/02 0999 C&D              3.60
3.60    3,248.04
        charges
1359,404 Xeroxing               E 54 09/10/02 0999 C&D              19.80
19.80    3,267.84
1359,405 Equitrac - Photocopy       E 54 09/10/02 0999 C&D              4.80
4.80    3,272.64
        charges
1359,406 Equitrac - Postage       E 56 09/10/02 0999 C&D              .37
.37    3,273.01
1359,526 ImageNet;  BBI blowbacks;   E 25 09/11/02 0101 RCS            1,645.00
1,645.00    4,918.01
        Grace depo prepration
        From ImageNet of Washington
        DC     003527 AUDIT *
        AP-0073,327:0002  Date:
        09/11/02
1359,527 ImageNet; Bates labeling,   E 25 09/11/02 0101 RCS            1,294.38
1,294.38    6,212.39
        heavy handling copies,
        Grace trial prep
        From ImageNet of Washington
        DC     003527 AUDIT *
        AP-0073,328:0002  Date:
        09/11/02
1359,576 Petty Cash; Documents       E 03 09/11/02 0101 RCS            16.00
16.00    6,228.39
        ordered from RAND on 9/5
        From Petty Cash
        005317 AUDIT *
        AP-0073,349:0040  Date:
        09/11/02
1359,531 Red Top Exec. sedan for NDF  E 33 09/11/02 0187 NDF            35.71
35.71    6,264.10

to National airport on 8/20

From Red Top Executive

Sedan       001899 AUDIT *

AP-0073,331:0002  Date:

09/11/02

1359,935 Long Distance-Equitrac      E 64 09/11/02 0999 C&D               1.54

1.54    6,265.64

In-House

1360,006 Xeroxing             E 54 09/11/02 0999 C&D             93.00

93.00    6,358.64

10/14/2002                           Prebill Control Report
Page 5
16:44:03

Prebill 000001  Subpage   5                          Client: 4642       Matter:
000
_____

                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
_____
_____

1360,007 Equitrac - Photocopy     E 54 09/11/02 0999 C&D              .45
.45    6,359.09
        charges
1360,008 Xeroxing              E 54 09/11/02 0999 C&D              19.80
19.80   6,378.89
1360,009 Equitrac - Photocopy     E 54 09/11/02 0999 C&D              4.20
4.20    6,383.09
        charges
1360,010 Equitrac - Photocopy     E 54 09/11/02 0999 C&D              12.30
12.30    6,395.39
        charges
1360,011 Equitrac - Fax charges    E 62 09/11/02 0999 C&D              .45
.45    6,395.84
1360,561 TWS business calls made    E 12 09/12/02 0106 TWS              331.44
331.44   6,727.28
        from North Carolina during
        vacation August 5-10

From Trevor W. Swett

000106 AUDIT *

AP-0073,394:0002  Date:

09/12/02

1360,567 Federal Express to David    E 01 09/12/02 0106 TWS              67.44

67.44   6,794.72

Bernick, Bert Wolff, on 9/6

from TWS

From Federal Express

002001 AUDIT *

AP-0073,398:0004  Date:

09/12/02

1360,432 Long Distance-Equitrac    E 64 09/12/02 0999 C&D              5.25

5.25   6,799.97

In-House

1360,485 Xeroxing              E 54 09/12/02 0999 C&D              22.20

22.20   6,822.17

1360,486 Xeroxing              E 54 09/12/02 0999 C&D              37.95

37.95   6,860.12

1360,487 Xeroxing              E 54 09/12/02 0999 C&D              24.00

24.00   6,884.12

1360,488 Xeroxing              E 54 09/12/02 0999 C&D              4.35

4.35   6,888.47

1360,489 Xeroxing              E 54 09/12/02 0999 C&D              4.95

4.95   6,893.42

1360,490 Xeroxing              E 54 09/12/02 0999 C&D              4.20

4.20   6,897.62

1360,491 Xeroxing              E 54 09/12/02 0999 C&D              56.10

56.10   6,953.72

1360,492 Equitrac - Photocopy      E 54 09/12/02 0999 C&D              5.10

5.10   6,958.82

charges

1360,493 Xeroxing              E 54 09/12/02 0999 C&D              304.20

304.20   7,263.02

1360,494 Telecopier/Equitrac      E 62 09/12/02 0999 C&D              9.00

9.00   7,272.02

1360,555 Global Securities         E 06 09/12/02 0999 C&D            226.14
226.14    7,498.16
    Information usage in August
    From Global Securities
    Information  002192 AUDIT *
    AP-0073,364:0002  Date:
    09/12/02
1360,865 TWS expenses in New York    E 21 09/13/02 0106 TWS            33.30
33.30    7,531.46
    for Peterson deposition on
    9/8-9 for lunch with
    Peterson
    From Trevor W. Swett
    000106 AUDIT *
    AP-0073,428:0002  Date:
    09/13/02

10/14/2002                          Prebill Control Report
Page 6
16:44:04


Prebill 000001   Subpage    6                        Client: 4642        Matter:
000
_____


                         W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I
N G-------------
                         W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I
N G-------------


   Trans Transaction Description      Code Date  Empl     Rate   Hours     Amount
Rate   Hours      Amount  Cumulative
   Trans Transaction Description      Code Date  Empl     Rate   Hours     Amount
Rate   Hours      Amount  Cumulative
_____
_____


1360,866 TWS expenses in New York     E 32 09/13/02 0106 TWS              302.11
302.11    7,833.57
        for Peterson deposition on
        9/8-9 for Hotel Elysee
        From Trevor W. Swett
        000106 AUDIT *
        AP-0073,428:0003  Date:
        09/13/02
1360,867 TWS expenses in New York     E 33 09/13/02 0106 TWS               77.50
77.50    7,911.07
        for Peterson deposition on
        9/8-9 for four seperate
        cabs
        From Trevor W. Swett
        000106 AUDIT *
        AP-0073,428:0004  Date:
        09/13/02

1360,868 TWS expenses in New York    E 35 09/13/02 0106 TWS                15.15
15.15    7,926.22
    for Peterson deposition on
    9/8-9 for business phone
    calls from hotel
    From Trevor W. Swett
    000106 AUDIT *
    AP-0073,428:0005  Date:
    09/13/02
1360,853 Lasership, Inc. to Skadden    E 03 09/13/02 0999 C&D                7.46
7.46    7,933.68
    Arps on 8/21
    From Lasership, Inc
    003253 AUDIT *
    AP-0073,425:0005  Date:
    09/13/02
1361,021 Database Research-Westlaw    E 50 09/13/02 0999 C&D                8.49
8.49    7,942.17
    research by TWS/MLR on
    08/26
1361,307 Long Distance-Equitrac    E 64 09/13/02 0999 C&D                .13
.13    7,942.30
    In-House
1361,396 Equitrac - Photocopy    E 54 09/13/02 0999 C&D                46.05
46.05    7,988.35
    charges
1361,397 Xeroxing                E 54 09/13/02 0999 C&D                11.10
11.10    7,999.45
1361,398 Xeroxing                E 54 09/13/02 0999 C&D                9.00
9.00    8,008.45
1361,399 Equitrac - Photocopy    E 54 09/13/02 0999 C&D                75.00
75.00    8,083.45
    charges
1361,308 Long Distance-Equitrac    E 64 09/14/02 0999 C&D                2.18
2.18    8,085.63
    In-House

1361,400 Xeroxing                    E 54 09/14/02 0999 C&D                    4.50
4.50    8,090.13
1361,401 Telecopier/Equitrac         E 62 09/14/02 0999 C&D                   11.25
11.25    8,101.38
1361,607 Long Distance-Equitrac      E 64 09/16/02 0999 C&D                    7.75
7.75    8,109.13
        In-House
1361,674 Equitrac - Photocopy        E 54 09/16/02 0999 C&D                    4.80
4.80    8,113.93
        charges
1361,675 Xeroxing                    E 54 09/16/02 0999 C&D                   92.70
92.70    8,206.63

10/14/2002                     Prebill Control Report

Page 7

16:44:04

Prebill 000001  Subpage   7                          Client: 4642       Matter:
000

_____

                   W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                   W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description      Code Date  Empl    Rate   Hours     Amount
Rate   Hours      Amount  Cumulative
  Trans Transaction Description      Code Date  Empl    Rate   Hours     Amount
Rate   Hours      Amount  Cumulative

_____
_____

1361,676 Xeroxing              E 54 09/16/02 0999 C&D              13.50
13.50    8,220.13
1361,677 Xeroxing              E 54 09/16/02 0999 C&D              12.60
12.60    8,232.73
1361,678 Equitrac - Photocopy     E 54 09/16/02 0999 C&D                .30
.30    8,233.03
        charges
1361,679 Xeroxing              E 54 09/16/02 0999 C&D              75.75
75.75    8,308.78
1361,680 Equitrac - Photocopy     E 54 09/16/02 0999 C&D              24.00
24.00    8,332.78
        charges
1361,681 Equitrac - Fax charges     E 62 09/16/02 0999 C&D              3.15
3.15    8,335.93
1361,682 Telecopier/Equitrac     E 62 09/16/02 0999 C&D              5.40
5.40    8,341.33

1361,837 CSR expenses to Ft.          E 21 09/17/02 0083 CSR                79.85
79.85    8,421.18
     Lauderdale for deposition
     on 9/12-13 for dinner both
     nights
     From Christopher S. Rizek
     002586 AUDIT *
     AP-0073,489:0002  Date:
     09/17/02
1361,838 CSR expenses to Ft.          E 32 09/17/02 0083 CSR               315.00
315.00    8,736.18
     Lauderdale for deposition
     on 9/12-13 for Boca Raton
     Resort Club hotel
     From Christopher S. Rizek
     002586 AUDIT *
     AP-0073,489:0003  Date:
     09/17/02
1361,839 CSR expenses to Ft.          E 33 09/17/02 0083 CSR                98.32
98.32    8,834.50
     Lauderdale for deposition
     on 9/12-13 for Cab t/f
     National airport and Hertz
     car rental
     From Christopher S. Rizek
     002586 AUDIT *
     AP-0073,489:0004  Date:
     09/17/02
1361,840 CSR expenses to Ft.          E 35 09/17/02 0083 CSR               197.36
197.36    9,031.86
     Lauderdale for deposition
     on 9/12-13 for 27 phone
     calls made from room
     From Christopher S. Rizek
     002586 AUDIT *
     AP-0073,489:0005  Date:
     09/17/02

1361,802 Federal Express to Michelle  E 01 09/17/02 0106 TWS                80.83
80.83     9,112.69

    Browdy, Bert Wolff from TWS

    on 8/23

    From Federal Express

    002001 AUDIT *

    AP-0073,450:0003  Date:

    09/17/02

10/14/2002                         Prebill Control Report

Page 8

16:44:04


Prebill 000001   Subpage   8                          Client: 4642        Matter:

000

_____


                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


  Trans Transaction Description     Code Date Empl    Rate  Hours    Amount

Rate   Hours     Amount  Cumulative

  Trans Transaction Description     Code Date Empl    Rate  Hours    Amount

Rate   Hours     Amount  Cumulative

_____

_____


1361,806 Federal Express to Mark    E 01 09/17/02 0106 TWS             34.98

34.98    9,147.67

       Peterson from TWS on 8/17

       From Federal Express

       002001 AUDIT *

       AP-0073,451:0006  Date:

       09/17/02

1361,842 Copies of deposition      E 25 09/17/02 0149 JPC             194.75

194.75    9,342.42

       transcripts for Cintani

       From Lynch Martin

       003539 AUDIT *

       AP-0073,491:0002  Date:

       09/17/02

1361,796 Federal Express to Mark    E 01 09/17/02 0999 C&D             16.72

16.72    9,359.14

       Peterson and Scott McMillin


{D0005856:1 }

from JPC and TWS on 8/19

From Federal Express

002001 AUDIT *

AP-0073,444:0007  Date:

09/17/02

1362,379 Long Distance-Equitrac        E 64 09/17/02 0999 C&D                33.67
33.67    9,392.81

    In-House

1362,491 Xeroxing                    E 54 09/17/02 0999 C&D                109.80
109.80    9,502.61

1362,492 Xeroxing                    E 54 09/17/02 0999 C&D                44.25
44.25    9,546.86

1362,493 Xeroxing                    E 54 09/17/02 0999 C&D                11.10
11.10    9,557.96

1362,494 Equitrac - Photocopy        E 54 09/17/02 0999 C&D                4.80
4.80    9,562.76

    charges

1362,495 Equitrac - Photocopy        E 54 09/17/02 0999 C&D                .45
.45    9,563.21

    charges

1362,496 Equitrac - Photocopy        E 54 09/17/02 0999 C&D                2.25
2.25    9,565.46

    charges

1362,497 Xeroxing                    E 54 09/17/02 0999 C&D                4.95
4.95    9,570.41

1362,498 Equitrac - Photocopy        E 54 09/17/02 0999 C&D                3.15
3.15    9,573.56

    charges

1362,499 Equitrac - Photocopy        E 54 09/17/02 0999 C&D                204.00
204.00    9,777.56

    charges

1362,500 Equitrac - Postage          E 56 09/17/02 0999 C&D                3.18
3.18    9,780.74

1362,501 Equitrac - Fax charges      E 62 09/17/02 0999 C&D                2.25
2.25    9,782.99

1362,502 Telecopier/Equitrac         E 62 09/17/02 0999 C&D                7.65
7.65    9,790.64

1362,105 Database Research - Lexis    E 50 09/18/02 0999 C&D                88.83
88.83    9,879.47
    search on 8/26 by TWS/MLR
1362,123 Database Research - Lexis    E 50 09/18/02 0999 C&D                10.58
10.58    9,890.05
    search on 9/6 by JPC
1362,136 Database Research - Westlaw  E 50 09/18/02 0999 C&D                58.10
58.10    9,948.15
    search on 9/12 by MCH/NR
1362,137 Database Research - Westlaw  E 50 09/18/02 0999 C&D               103.35
103.35    10,051.50
    search on 9/12 by JPC
1362,149 Database Research - Westlaw  E 50 09/18/02 0999 C&D               182.03
182.03    10,233.53
    search on 9/5, 9/6 by JPC
1362,231 Long Distance              E 52 09/18/02 0999 C&D           150.94
150.94    10,384.47

10/14/2002                          Prebill Control Report
Page 9
16:44:04

Prebill 000001   Subpage   9                          Client: 4642      Matter:
000

_____

                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description      Code Date  Empl      Rate   Hours      Amount
Rate    Hours      Amount  Cumulative
  Trans Transaction Description      Code Date  Empl      Rate   Hours      Amount
Rate   Hours      Amount  Cumulative
_____

_____

      Charges-Credit Cards on
      August 1, 2002 bill for NDF
1362,994 Long Distance-Equitrac     E 64 09/18/02 0999 C&D               1.56
1.56    10,386.03
        In-House
1363,115 Xeroxing              E 54 09/18/02 0999 C&D               266.70
266.70    10,652.73
1363,116 Equitrac - Photocopy     E 54 09/18/02 0999 C&D               3.75
3.75    10,656.48
        charges
1363,117 Xeroxing              E 54 09/18/02 0999 C&D               9.30
9.30    10,665.78
1363,118 Xeroxing              E 54 09/18/02 0999 C&D               17.10
17.10    10,682.88
1363,119 Equitrac - Photocopy     E 54 09/18/02 0999 C&D               3.90
3.90    10,686.78
        charges

1363,120 Equitrac - Photocopy      E 54 09/18/02 0999 C&D                15.75
15.75    10,702.53
    charges

1363,121 Xeroxing                  E 54 09/18/02 0999 C&D                281.70
281.70    10,984.23

1363,128 Equitrac - Postage        E 56 09/18/02 0999 C&D                .37
.37    10,984.60

1362,995 Long Distance-Equitrac    E 64 09/19/02 0999 C&D                2.77
2.77    10,987.37
    In-House

1363,122 Xeroxing                  E 54 09/19/02 0999 C&D                48.90
48.90    11,036.27

1363,123 Xeroxing                  E 54 09/19/02 0999 C&D                15.60
15.60    11,051.87

1363,124 Xeroxing                  E 54 09/19/02 0999 C&D                20.25
20.25    11,072.12

1363,125 Xeroxing                  E 54 09/19/02 0999 C&D                16.65
16.65    11,088.77

1363,126 Equitrac - Photocopy      E 54 09/19/02 0999 C&D                .60
.60    11,089.37
    charges

1363,127 Xeroxing                  E 54 09/19/02 0999 C&D                61.50
61.50    11,150.87

1363,129 Equitrac - Postage        E 56 09/19/02 0999 C&D                .37
.37    11,151.24

1363,354 TWS travel expenses for   E 33 09/20/02 0032 RWS               48.00
48.00    11,199.24
    Hayes deposition in
    Richmond, Va on 9/12-13 for
    cabs
    From Trevor W. Swett
    000106 AUDIT *
    AP-0073,508:0004  Date:
    09/20/02

1363,355 TWS travel expenses for   E 35 09/20/02 0032 RWS               67.53
67.53    11,266.77
    Hayes deposition in

Richmond, Va on 9/12-13 for
phone/fax charges
From Trevor W. Swett
000106 AUDIT *
AP-0073,508:0005  Date:
09/20/02

1363,352 TWS travel expenses for     E 21 09/20/02 0106 TWS                86.81
86.81    11,353.58

Hayes deposition in
Richmond, Va on 9/12-13 for
lunch and dinner
From Trevor W. Swett
000106 AUDIT *
AP-0073,508:0002  Date:
09/20/02

10/14/2002               Prebill Control Report

Page 10

16:44:05


Prebill 000001 Subpage 10                  Client: 4642

Matter: 000

_____


                 W/E Trans. Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                 W/E Trans. Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


   Trans Transaction Description      Code Date Empl     Rate  Hours     Amount

Rate  Hours     Amount Cumulative

   Trans Transaction Description      Code Date Empl     Rate  Hours     Amount

Rate  Hours     Amount Cumulative

_____

_____


1363,353 TWS travel expenses for     E 32 09/20/02 0106 TWS         230.63

230.63   11,584.21

     Hayes deposition in

     Richmond, Va on 9/12-13 for

     The Jefferson hotel

     From Trevor W. Swett

     000106 AUDIT *

     AP-0073,508:0003 Date:

     09/20/02

1363,368 ADA Travel for TWS coach    E 15 09/20/02 0106 TWS         300.15

300.15   11,884.36

     fare to NYC on 8/27

     From ADA Travel, Inc.

     000534 AUDIT *

     AP-0073,514:0010 Date:

     09/20/02

1363,369 ADA Travel agency fee and    E 15 09/20/02 0106 TWS                50.00
50.00    11,934.36
    paper ticket fee for TWS
    8/27 travel to NYC
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0073,514:0011  Date:
    09/20/02

1363,363 ADA Travel for NDF on 8/20    E 15 09/20/02 0187 NDF              2,090.00
2,090.00    14,024.36
    to Miami (no agency fee)
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0073,514:0005  Date:
    09/20/02

1363,366 ADA Travel for NDF coach    E 15 09/20/02 0187 NDF                300.35
300.35    14,324.71
    fare to NYC on 8/27
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0073,514:0008  Date:
    09/20/02

1363,367 ADA Travel agency fee and    E 15 09/20/02 0187 NDF                50.00
50.00    14,374.71
    paper ticket fee for NDF
    8/27 travel to NYC
    From ADA Travel, Inc.
    000534 AUDIT *
    AP-0073,514:0009  Date:
    09/20/02

1363,398 Database Research - Westlaw  E 50 09/20/02 0999 C&D                218.93
218.93    14,593.64
    search on 8/15 by JPC

1363,399 Database Research - Westlaw  E 50 09/20/02 0999 C&D                211.95
211.95    14,805.59
    search on 8/15 by EM/JPC

1363,480 Long Distance-Equitrac      E 64 09/20/02 0999 C&D                    5.06
5.06    14,810.65
          In-House
1363,553 Xeroxing                E 54 09/20/02 0999 C&D                66.90
66.90    14,877.55
1363,554 Xeroxing                E 54 09/20/02 0999 C&D                27.45
27.45    14,905.00
1363,555 Equitrac - Photocopy       E 54 09/20/02 0999 C&D               102.00
102.00    15,007.00

10/14/2002                        Prebill Control Report

Page 11

16:44:05

Prebill 000001   Subpage   11                          Client: 4642

Matter: 000

_____

                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

  Trans Transaction Description     Code Date  Empl    Rate   Hours      Amount

Rate   Hours      Amount  Cumulative

  Trans Transaction Description     Code Date  Empl    Rate   Hours      Amount

Rate  Hours      Amount  Cumulative
_____

_____

     charges

1363,556 Xeroxing              E 54 09/20/02 0999 C&D              13.50

13.50   15,020.50

1363,560 Telecopier/Equitrac      E 62 09/20/02 0999 C&D              15.75

15.75   15,036.25

1363,481 Long Distance-Equitrac    E 64 09/21/02 0999 C&D              3.53

3.53   15,039.78

     In-House

1363,557 Xeroxing              E 54 09/21/02 0999 C&D             162.45

162.45   15,202.23

1363,558 Xeroxing              E 54 09/21/02 0999 C&D              22.20

22.20   15,224.43

1363,561 Telecopier/Equitrac      E 62 09/21/02 0999 C&D              7.50

7.50   15,231.93

1363,482 Equitrac - Long Distance    E 64 09/22/02 0999 C&D              .85

.85   15,232.78

1363,559 Xeroxing            E 54 09/22/02 0999 C&D            45.00
45.00    15,277.78
1364,641 Xeroxing            E 54 09/22/02 0999 C&D            45.00
45.00    15,322.78
1363,970 ImageNet; Color copies,    E 25 09/23/02 0101 RCS            433.58
433.58    15,756.36
    spiral bindings
    From ImageNet of Washington
    DC      003527 AUDIT *
    AP-0073,527:0002  Date:
    09/23/02
1363,988 Federal Express to Paul    E 01 09/23/02 0101 RCS            22.48
22.48    15,778.84
    Alverez from RCP on 9/20
    From Federal Express
    002001 AUDIT *
    AP-0073,552:0002  Date:
    09/23/02
1363,998 Federal Express to Paul    E 01 09/23/02 0101 RCS            12.48
12.48    15,791.32
    alverez from RCS on 9/18
    From Federal Express
    002001 AUDIT *
    AP-0073,555:0006  Date:
    09/23/02
1363,432 Petty Cash; Lunch meeting    E 22 09/23/02 0106 TWS            16.43
16.43    15,807.75
    for TWS with Mr. Relles on
    9/18
    From Petty Cash
    005317 AUDIT *
    AP-0073,515:0036  Date:
    09/23/02
1363,689 Federal Express to    E 01 09/23/02 0106 TWS            82.85
82.85    15,890.60
    Friedman, Baena, Turken,
    Wolff, Bowdy, and Bernick

from TWS on 9/16

From Federal Express

002001 AUDIT *

AP-0073,517:0002  Date:

09/23/02

1363,986 Federal Express to Mark      E 01 09/23/02 0106 TWS                1.35

1.35    15,891.95

Peterson from TWS on 9/4

From Federal Express

002001 AUDIT *

AP-0073,547:0003  Date:

10/14/2002                     Prebill Control Report
Page 12
16:44:05


Prebill 000001  Subpage   12                          Client: 4642
Matter: 000
_____


                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------


   Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
   Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
_____
_____


     09/23/02
1364,005 Federal Express to Russell   E 01 09/23/02 0120 EI            44.62
44.62   15,936.57
     Budd from EI on 9/6
     From Federal Express
     002001 AUDIT *
     AP-0073,557:0006  Date:
     09/23/02
1364,013 Charge & Ride; EI       E 33 09/23/02 0120 EI            200.94
200.94   16,137.51
     transportation t/f Newark
     court for conference before
     Judge Wolin on 9/3
     From Charge & Ride Inc.
     002821 AUDIT *
     AP-0073,559:0005  Date:
     09/23/02

{D0005856:1 }

1363,992 Federal Express to Michael   E 01 09/23/02 0149 JPC                    17.29
17.29   16,154.80

 Gries from JPC on 9/19

 From Federal Express

 002001 AUDIT *

 AP-0073,553:0002  Date:

 09/23/02

1363,426 Petty Cash; NDF New York    E 33 09/23/02 0187 NDF                    50.00
50.00   16,204.80

 cab expenses t/f airport on

 8/27 From Petty Cash

 005317 AUDIT *

 AP-0073,515:0030 Date:

 09/23/02

1363,427 Petty Cash; Dinner, working  E 21 09/23/02 0187 NDF                    13.00
13.00   16,217.80

 late, for NDF on 9/27 From

 Petty Cash

 005317 AUDIT *

 AP-0073,515:0031 Date:

 09/23/02

1363,971 Charge & Ride; Local trans   E 38 09/23/02 0999 C&D                    22.44
22.44   16,240.24

 and taxi for Joe Rice to

 meetings at Weitz &

 Luxenberg on 8/29

 From Charge & Ride Inc.

 002821 AUDIT *

 AP-0073,537:0003  Date:

 09/23/02

1364,010 Charge & Ride; for NDF and   E 33 09/23/02 0999 C&D                    46.92
46.92   16,287.16

 TWS to LaGuardia airport on

 8/27

 From Charge & Ride Inc.

 002821 AUDIT *

 AP-0073,559:0002  Date:

09/23/02

1364,537 Long Distance-Equitrac        E 64 09/23/02 0999 C&D                4.18

4.18    16,291.34

10/14/2002                          Prebill Control Report
Page 13
16:44:06


Prebill 000001  Subpage   13                          Client: 4642
Matter: 000
_____


                      W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                      W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description      Code Date  Empl     Rate  Hours      Amount
Rate   Hours      Amount  Cumulative
  Trans Transaction Description      Code Date  Empl     Rate  Hours      Amount
Rate   Hours      Amount  Cumulative
_____

_____


     In-House
1364,642 Xeroxing            E 54 09/23/02 0999 C&D              44.40
44.40   16,335.74
1364,643 Xeroxing            E 54 09/23/02 0999 C&D              577.80
577.80   16,913.54
1364,644 Xeroxing            E 54 09/23/02 0999 C&D              5.85
5.85   16,919.39
1364,645 Xeroxing            E 54 09/23/02 0999 C&D              6.60
6.60   16,925.99
1364,646 Equitrac - Photocopy      E 54 09/23/02 0999 C&D              10.95
10.95   16,936.94
     charges
1364,647 Xeroxing            E 54 09/23/02 0999 C&D              15.90
15.90   16,952.84
1364,648 Equitrac - Photocopy      E 54 09/23/02 0999 C&D              7.20
7.20   16,960.04
     charges

{D0005856:1 }

1364,538 Long Distance-Equitrac      E 64 09/24/02 0999 C&D                4.78
4.78    16,964.82
     In-House
1364,649 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               43.20
43.20    17,008.02
     charges
1364,650 Xeroxing                    E 54 09/24/02 0999 C&D               8.85
8.85    17,016.87
1364,651 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               51.45
51.45    17,068.32
     charges
1364,652 Xeroxing                    E 54 09/24/02 0999 C&D               .75
.75    17,069.07
1364,653 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               34.95
34.95    17,104.02
     charges
1364,654 Xeroxing                    E 54 09/24/02 0999 C&D               9.30
9.30    17,113.32
1364,655 Xeroxing                    E 54 09/24/02 0999 C&D               8.70
8.70    17,122.02
1364,656 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               2.70
2.70    17,124.72
     charges
1364,657 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               35.85
35.85    17,160.57
     charges
1364,658 Telecopier/Equitrac         E 62 09/24/02 0999 C&D               3.60
3.60    17,164.17
1364,659 Telecopier/Equitrac         E 62 09/24/02 0999 C&D               6.00
6.00    17,170.17
1365,357 Equitrac - Photocopy        E 54 09/24/02 0999 C&D               4.80
4.80    17,174.97
     charges
1364,022 Copies of deposition of     E 25 09/25/02 0101 RCS              1,262.40
1,262.40    18,437.37
     Elaise Filon
     From Veritext, L.L.C.

003508 AUDIT *

AP-0073,568:0002  Date:

09/25/02

1364,045 Red Top for TWS to National  E 33 09/25/02 0106 TWS                    23.86
23.86    18,461.23

airport on 9/10

From Red Top Cab

006004 AUDIT *

AP-0073,586:0002  Date:

09/25/02

1364,029 EI expenses in Chiacago on   E 21 09/25/02 0120 EI                   311.71
311.71    18,772.94

9/18 for dinner conference

with

Budd,Rich,Cooney,Kelley,Marc

is,Rice,Baron and Weitz

(1/3 total expenditure of

$935.13)

10/14/2002                    Prebill Control Report
Page 14
16:44:06

Prebill 000001   Subpage   14                        Client: 4642
Matter: 000
_____

                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

   Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
   Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
_____

_____

     From Elihu Inselbuch
     000120 AUDIT *
     AP-0073,572:0002  Date:
     09/25/02
1364,049 LexisNexis Courtlink done    E 06 09/25/02 0149 JPC              30.66
30.66   18,803.60
     by Library for JPC
     From LexisNexis Courtlink
     Inc.    003463 AUDIT *
     AP-0073,589:0006  Date:
     09/25/02
1364,030 NDF dinner on 9/23 with    E 22 09/25/02 0187 NDF              119.90
119.90   18,923.50
     Mark Petrerson and EI
     (split four ways)
     From Nathan D. Finch
     000326 AUDIT *

{D0005856:1 }

AP-0073,573:0002  Date:
09/25/02

1364,064 Federal Express delivery to  E 01 09/25/02 0999 C&D          250.48
250.48   19,173.98

   M. Peterson & W. Smith on

   9/9 & 9/17

   From Federal Express

   002001 AUDIT *

   AP-0073,619:0005  Date:

   09/25/02

1365,300 Long Distance-Equitrac     E 64 09/25/02 0999 C&D           2.78
2.78   19,176.76

   In-House

1365,358 Xeroxing              E 54 09/25/02 0999 C&D          26.70
26.70   19,203.46

1365,359 Xeroxing              E 54 09/25/02 0999 C&D           2.70
2.70   19,206.16

1365,360 Equitrac - Photocopy      E 54 09/25/02 0999 C&D          49.50
49.50   19,255.66

   charges

1365,361 Equitrac - Photocopy      E 54 09/25/02 0999 C&D           1.35
1.35   19,257.01

   charges

1365,362 Xeroxing              E 54 09/25/02 0999 C&D          44.25
44.25   19,301.26

1365,363 Equitrac - Photocopy      E 54 09/25/02 0999 C&D           4.50
4.50   19,305.76

   charges

1365,364 Equitrac - Photocopy      E 54 09/25/02 0999 C&D           1.35
1.35   19,307.11

   charges

1365,365 Xeroxing              E 54 09/25/02 0999 C&D         487.80
487.80   19,794.91

1365,366 Equitrac - Fax charges     E 62 09/25/02 0999 C&D           1.50
1.50   19,796.41

1364,848 Hotel room cost for 3      E 32 09/26/02 0101 RCS         668.64
668.64   20,465.05

nights for 4 attorneys and
paralegal due to trial
postponement for Robert
Spohn
From Hilton Newark Gateway
003531 AUDIT *
AP-0073,625:0006  Date:
09/26/02
1364,843 Hotel room cost for 3        E 32 09/26/02 0106 TWS              668.64
668.64   21,133.69

10/14/2002                        Prebill Control Report

Page 15

16:44:06


Prebill 000001   Subpage   15                        Client: 4642

Matter: 000

_____


                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                         W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount

Rate   Hours     Amount  Cumulative

  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount

Rate   Hours     Amount  Cumulative

_____

_____


        nights for 4 attorneys and

        1 paralegal due to trial

        postponement for Ted Swett

        From Hilton Newark Gateway

        003531 AUDIT *

        AP-0073,625:0004  Date:

        09/26/02

1364,842 Hotel room cost for 3     E 32 09/26/02 0120 EI            668.64

668.64   21,802.33

        nights for 4 attorneys and

        1 paralegal due to trial

        postponement for Elihu

        Inselbuch

        From Hilton Newark Gateway

        003531 AUDIT *

        AP-0073,625:0003  Date:

        09/26/02

{D0005856:1 }

1364,845 Hotel room cost for 3          E 32 09/26/02 0149 JPC                      668.64
668.64    22,470.97
    nights for 4 attorneys and
    1 paralegal due to trial
    postponement for John
    Cunningham
    From Hilton Newark Gateway
    003531 AUDIT *
    AP-0073,625:0005  Date:
    09/26/02

1364,841 Hotel room cost for 3          E 32 09/26/02 0187 NDF                      668.64
668.64    23,139.61
    nights for 4 attorneys and
    1 paralegal due to trial
    postponement for Nathan
    Finch
    From Hilton Newark Gateway
    003531 AUDIT *
    AP-0073,625:0002  Date:
    09/26/02

1365,934 Long Distance-Equitrac        E 64 09/26/02 0999 C&D                       3.57
3.57    23,143.18
    In-House

1366,004 Xeroxing                      E 54 09/26/02 0999 C&D                       22.65
22.65    23,165.83

1366,005 Xeroxing                      E 54 09/26/02 0999 C&D                       45.15
45.15    23,210.98

1366,006 Equitrac - Photocopy          E 54 09/26/02 0999 C&D                       48.60
48.60    23,259.58
    charges

1366,007 Equitrac - Photocopy          E 54 09/26/02 0999 C&D                       .60
.60    23,260.18
    charges

1366,008 Xeroxing                      E 54 09/26/02 0999 C&D                       25.20
25.20    23,285.38

1366,009 Equitrac - Photocopy          E 54 09/26/02 0999 C&D                       11.70
11.70    23,297.08

charges

1366,010 Xeroxing                   E 54 09/26/02 0999 C&D                  50.55
50.55    23,347.63

1366,011 Telecopier/Equitrac        E 62 09/26/02 0999 C&D                    .90
.90    23,348.53

1366,012 Equitrac - Fax charges     E 62 09/26/02 0999 C&D                   1.50
1.50    23,350.03

1366,013 Telecopier/Equitrac        E 62 09/26/02 0999 C&D                   8.55
8.55    23,358.58

10/14/2002                        Prebill Control Report

Page 16

16:44:06


Prebill 000001  Subpage   16                          Client: 4642

Matter: 000

_____


                          W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------

                          W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


   Trans Transaction Description     Code Date Empl    Rate  Hours    Amount

Rate   Hours    Amount  Cumulative

   Trans Transaction Description     Code Date Empl    Rate  Hours    Amount

Rate  Hours    Amount  Cumulative

_____

_____


1366,149 Federal Express delivery to  E 01 09/27/02 0101 RCS          3.88

3.88   23,362.46

     McNew on 7/29

     From Federal Express

     002001 AUDIT *

     AP-0073,658:0009  Date:

     09/27/02

1366,162 Federal Express delivery to  E 01 09/27/02 0101 RCS          1.35

1.35   23,363.81

     M. Peterson on 9/5

     From Federal Express

     002001 AUDIT *

     AP-0073,667:0003  Date:

     09/27/02

1366,181 Federal Express delivery to  E 01 09/27/02 0101 RCS          19.60

19.60   23,383.41

     A. King on 9/23

From Federal Express
002001 AUDIT *
AP-0073,676:0001  Date:
09/27/02

1366,176 Federal Express delivery to  E 01 09/27/02 0106 TWS          45.62
45.62   23,429.03
Wolin, Wolff, Leibenstein
on 9/26
From Federal Express
002001 AUDIT *
AP-0073,673:0005  Date:
09/27/02

1366,170 Federal Express delivery to  E 01 09/27/02 0122 SME          19.14
19.14   23,448.17
A.King on7/11
From Federal Express
002001 AUDIT *
AP-0073,668:0008  Date:
09/27/02

1366,154 Federal Express delivery to  E 01 09/27/02 0187 NDF          38.51
38.51   23,486.68
NDF on 7/31
From Federal Express
002001 AUDIT *
AP-0073,659:0003  Date:
09/27/02

1365,745 Database Research-Lexis     E 50 09/27/02 0999 C&D          506.54
506.54   23,993.22
research by JPC on 09/16

1366,130 Database Research-Westlaw   E 50 09/27/02 0999 C&D          198.52
198.52   24,191.74
research by BAS/NR on 09/20

1366,131 Database Research-Westlaw   E 50 09/27/02 0999 C&D            6.45
6.45   24,198.19
research by NDF on 09/21

1366,132 Database Research-Westlaw   E 50 09/27/02 0999 C&D          847.81
847.81   25,046.00

research by MCH on 09/18,19

1366,133 Database Research-Westlaw    E 50 09/27/02 0999 C&D          320.34
320.34    25,366.34

research by BAS on

09/17,18,20

1366,142 Esquire Deposition Servcies  E 23 09/27/02 0999 C&D          1,993.39
1,993.39    27,359.73

{D0005856:1 }

10/14/2002                          Prebill Control Report

Page 17

16:44:07


Prebill 000001   Subpage   17                          Client: 4642

Matter: 000

_____


                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I

N G-------------


  Trans Transaction Description     Code Date  Empl     Rate   Hours      Amount

Rate   Hours     Amount  Cumulative

  Trans Transaction Description     Code Date  Empl     Rate   Hours      Amount

Rate   Hours     Amount  Cumulative

_____

_____


     - transcript for M.

     Peterson

     From Esquire Deposition

     Services    002915 AUDIT *

     AP-0073,650:0001  Date:

     09/27/02

1366,159 Federal Express delivery to  E 01 09/27/02 0999 C&D              14.85

14.85   27,374.58

     B. Spohn on 9/4

     From Federal Express

     002001 AUDIT *

     AP-0073,666:0003  Date:

     09/27/02

1366,180 Federal Express delivery to  E 01 09/27/02 0999 C&D              68.58

68.58   27,443.16

     Relles & Peterson on 9/24

     From Federal Express

002001 AUDIT *

AP-0073,675:0001  Date:

09/27/02

1366,200 Equitrac - Long Distance    E 64 09/27/02 0999 C&D                    .06

.06    27,443.22

1366,261 Equitrac - Photocopy        E 54 09/27/02 0999 C&D                  12.00

12.00   27,455.22

      charges

1366,262 Equitrac - Photocopy        E 54 09/27/02 0999 C&D                   2.25

2.25    27,457.47

      charges

1366,263 Xeroxing                    E 54 09/27/02 0999 C&D                   1.05

1.05    27,458.52

1366,264 Equitrac - Photocopy        E 54 09/27/02 0999 C&D                    .45

.45     27,458.97

      charges

1366,907 NYO Long Distance           E 65 09/30/02 0999 C&D                   1.27

1.27    27,460.24

      Telephone-Long distance

      call made in the month of

      August

1366,908 NYO Long Distance           E 65 09/30/02 0999 C&D                  13.29

13.29   27,473.53

      Telephone-Long distance

      call made in the month of

      August

1366,909 NYO Long Distance           E 65 09/30/02 0999 C&D                   2.38

2.38    27,475.91

      Telephone-Long distance

      call made in the month of

      August

1366,910 NYO Long Distance           E 65 09/30/02 0999 C&D                   3.89

3.89    27,479.80

      Telephone-Long distance

      call made in the month of

      August

1366,911 NYO Long Distance        E 65 09/30/02 0999 C&D              515.55
515.55    27,995.35
        Telephone-Long distance
        committee conference call
        made in the month of August
1367,009 NYO Long Distance        E 65 09/30/02 0999 C&D                1.95
1.95    27,997.30
        Telephone-Long distance
        call made in the month of

10/14/2002                              Prebill Control Report
Page 18
16:44:07

Prebill 000001   Subpage   18                              Client: 4642
Matter: 000
_____

                      W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I
N G-------------
                      W/E  Trans.  Work   ---------A C T U A L-------- -------------B I L L I
N G-------------

  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
  Trans Transaction Description     Code Date  Empl     Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
_____

_____

      September
1367,010 NYO Long Distance        E 65 09/30/02 0999 C&D            8.89
8.89   28,006.19
      Telephone-Long distance
      call made in the month of
      September
1367,011 NYO Long Distance        E 65 09/30/02 0999 C&D            4.40
4.40   28,010.59
      Telephone-Long distance
      call made in the month of
      September
1367,175 Long Distance-Equitrac    E 64 09/30/02 0999 C&D             .11
.11   28,010.70
      In-House
1367,249 Equitrac - Photocopy      E 54 09/30/02 0999 C&D             .15
.15   28,010.85
      charges

{D0005856:1 }

1367,250 Equitrac - Photocopy    E 54 09/30/02 0999 C&D    .30
.30   28,011.15
     charges

1367,251 Xeroxing    E 54 09/30/02 0999 C&D    25.95
25.95   28,037.10

1367,252 Equitrac - Photocopy    E 54 09/30/02 0999 C&D    4.50
4.50   28,041.60
     charges

1367,253 Equitrac - Photocopy    E 54 09/30/02 0999 C&D    3.15
3.15   28,044.75
     charges

1367,254 Equitrac - Photocopy    E 54 09/30/02 0999 C&D    1.65
1.65   28,046.40
     charges

1367,255 Xeroxing    E 54 09/30/02 0999 C&D    105.15
105.15   28,151.55

1367,256 Equitrac - Photocopy    E 54 09/30/02 0999 C&D    4.80
4.80   28,156.35
     charges

1367,257 Xeroxing    E 54 09/30/02 0999 C&D    7.20
7.20   28,163.55

1367,258 Postage    E 56 09/30/02 0999 C&D    1.34
1.34   28,164.89

1367,259 Telecopier/Equitrac    E 62 09/30/02 0999 C&D    3.60
3.60   28,168.49

1367,260 Equitrac - Fax charges    E 62 09/30/02 0999 C&D    1.80
1.80   28,170.29

1367,875 Postage    E 56 09/30/02 0999 C&D    5.12
5.12   28,175.41

1368,736 Local Transportation-NY -    E 38 09/30/02 0999 C&D    17.00
17.00   28,192.41
     cab for EI from Perry
     Weitz's office on 8/29 NYO
     PC JE#266

1368,737 Conference Meals - lunch    E 22 09/30/02 0999 C&D    64.01
64.01   28,256.42
     with M. Peterson, TWS, NDF

& EI on 8/27 NYO PC JE#266

| | | |
|---|---|---|
| Total Expense Cards | 28,256.42 | |
| 28,256.42 | | |
| Total Expense Cards | 28,256.42 | |
| 28,256.42 | | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fee | .00 | .00 | .00 | .00 |
| Matter Total Exp | .00 | 28,256.42 | .00 | |
| 28,256.42 | | | | |
| Matter Total | .00 | 28,256.42 | .00 | 28,256.42 |

| | | | | |
|---|---|---|---|---|
| Prebill Total Fee | .00 | .00 | .00 | .00 |
| Prebill Total Exp | .00 | 28,256.42 | .00 | |
| 28,256.42 | | | | |

10/14/2002                          Prebill Control Report
Page 19
16:44:07


Prebill 000001   Subpage   19                          Client: 4642
Matter: 000
_____


                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------
                        W/E  Trans.  Work    ---------A C T U A L-------- --------------B I L L I
N G-------------

  Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours    Amount  Cumulative
  Trans Transaction Description     Code Date  Empl    Rate   Hours     Amount
Rate   Hours    Amount  Cumulative
_____
_____

     Prebill Total                          .00   28,256.42       .00   28,256.42



Previous Billings:



Invoice  Date   Orig. Amount  Late Charge     Credits  Balance Due
_____

033688 10/20/01    3,066.39        .00       .00   3,066.39

035800 04/20/02   21,719.11        .00       .00   21,719.11

036593 07/26/02   17,727.41        .00       .00   17,727.41

| | | | | |
|---|---|---|---|---|
| 036950 08/22/02 | 31,049.93 | .00 | .00 | 31,049.93 |
| 037076 09/17/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 037197 09/25/02 | 24,602.71 | .00 | .00 | 24,602.71 |
| 033035 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034883 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |
| 035306 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 05/25/02 | 120,565.75 | .00 | 96,452.60 | 24,113.15 |
| 036328 06/25/02 | 109,667.00 | .00 | 87,733.60 | 21,933.40 |
| 036593 07/26/02 | 121,163.25 | .00 | .00 | 121,163.25 |
| 036950 08/22/02 | 231,722.75 | .00 | .00 | 231,722.75 |
| 037073 09/17/02 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 037074 09/17/02 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 037076 09/17/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| 037197 09/25/02 | 246,726.25 | .00 | .00 | 246,726.25 |

Subtotal:      1,550,385.39        .00   483,193.40 1,067,191.99

10/14/2002                        Prebill Control Report
Page 20
16:44:08


Prebill 000001   Subpage   20                          Client: 4642
Matter: 000

_____


                    W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I
N G-------------
                    W/E  Trans.  Work     ---------A C T U A L-------- --------------B I L L I
N G-------------


  Trans Transaction Description      Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative
  Trans Transaction Description      Code Date  Empl    Rate   Hours     Amount
Rate   Hours     Amount  Cumulative

_____

_____


     Run Total Fee                        .00      .00      .00      .00
       Run Total Exp                      .00   28,256.42      .00
28,256.42
       Run Total                      .00   28,256.42      .00   28,256.42