IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 19, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

### Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/02/02 | James W Kapp | .20 | Review order denying Wesconn motion for relief from stay entered on August 26, 2002, and attend to issues re same. |
| 9/03/02 | James W Kapp | 1.10 | Receive status report re negotiations of potential Bank of America stipulation re cash accounts and develop strategies re same. |
| 9/03/02 | Christian J Lane | 2.80 | Prepare for and participate in telephone conference with client re Bank of America and Wachovia setoff assertions (1.0); research re same (1.8). |
| 9/04/02 | Janet S Baer | .20 | Conference re Bank of America claim/letter of credit issues. |
| 9/04/02 | James W Kapp | 1.00 | Attend to issues re Kellogg action re individual employee and review preliminary injunction re same (.3); review and respond to D. Siegel's correspondence re same (.4); attend to issues re setoff and Bank of America stipulation and develop strategies re same (.3). |
| 9/04/02 | Christian J Lane | 1.00 | Research re letter of credit and setoff issues. |
| 9/05/02 | James W Kapp | 1.40 | Review correspondence to New England Construction Co. re claims against the Debtors (.1); review correspondence re extending stay to encompass particular employee and attend to issues re same (.2); telephone conference with M. Hunter and M. Shelnitz re strategies re Bank of America stipulation (.8); attend to follow-up issues arising from same (.3). |
| 9/05/02 | Christian J Lane | 5.00 | Prepare for and participate in telephone conferences with client re Bank of America setoff assertions (1.5); attend to matters re same (.8); research re same (2.7). |
| 9/06/02 | Christian J Lane | 2.60 | Prepare for and participate in telephone conferences with Bank of America counsel re Bank of America setoff assertions (1.0); research and attend to matters re same (1.6). |
| 9/09/02 | Christian J Lane | 1.00 | Telephone conference with client re Bank of America's assertion of setoff right (.6); attend to matters re same (.4). |
| 9/10/02 | James W Kapp | .10 | Attend to issues re Bank of America stipulation and status reports re negotiations with Bank of America. |
| 9/12/02 | James W Kapp | .90 | Review Bank of America motion for relief from stay (.5); develop strategy for responding to same (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/02 | Janet S Baer | 1.10 | Review memo re Commerce settlement, stay and settlement issues (.3); confer with S. Ahern re same (.2); review further correspondence from Commerce Department re same (.3); confer with M. Favorito and S. Ahern further re same (.3). |
| 9/18/02 | Janet S Baer | .30 | Conference with counsel in Canada re case status for extension of stay in Canada. |
| 9/19/02 | James W Kapp | .20 | Address response to lawsuit filed in violation of automatic stay. |
| 9/20/02 | Janet S Baer | .20 | Attend to matters re Wachovia Bank stay/setoff/letter of credit issues. |
| 9/20/02 | James W Kapp | .70 | Attend to issues re potential response to Bank of America motion for relief from stay (.2); review Wachovia motion for relief from automatic stay to effect setoff (.5). |
| 9/23/02 | James W Kapp | .40 | Develop response to Wachovia motion for relief from automatic stay to set off accounts (.2); review correspondence from B. Harsh re same (.1); respond to same (.1). |
| 9/24/02 | James W Kapp | .10 | Review Gerard's notice of appeal re motion to modify automatic stay. |
| 9/27/02 | Janet S Baer | .50 | Prepare order on Kane matter and revise same. |
| 9/30/02 | Aletheia V Anderson | .80 | Analyze docket and pleadings re various motions pertaining to relief from stay and retrieve same for attorney review. |
| 9/30/02 | Roger J Higgins | 3.00 | Telephone conferences with J. Sakalo re grounds for objection to Bank of America setoff motion (.5); legal research re same (2.0); review and analyze motion re same (.5). |
| 9/30/02 | James W Kapp | 1.90 | Attend to issues re Gerard appeal from order denying relief from the automatic stay (.8); telephone conference with J. Sakalo re Bank of America motion for relief from automatic stay (.2); telephone conference with A. Krieger re same (.3); telephone conference with M. Collins re same (.3); telephone conference with M. Shelnitz re same (.2); review Bank of America motion for relief from automatic stay (.1). |
|  | Total hours: | 26.50 |  |

## Matter 19 - Claim Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/03/02 | James W Kapp | .10 | Receive status report re Kellogg claim and objection thereto and develop strategies re same. |
| 9/03/02 | Christian J Lane | .20 | Telephone conference with LSI re claims status. |
| 9/10/02 | Christian J Lane | 1.00 | Prepare for and attend meeting with BMC re claims management system. |
| 9/18/02 | Janet S Baer | .50 | Attend to matters re employee issues for bar dates and proofs of claim (.3); confer with J. Forgach re same (.2). |
| 9/20/02 | James W Kapp | .20 | Review and revise objections to Wesconn Co. |
| 9/23/02 | James W Kapp | .30 | Revise objections to Wesconn claims. |
| 9/30/02 | Aletheia V Anderson | .20 | Analyze and prepare claims for distribution. |
| 9/30/02 | Rhonda A Bledsoe | 1.50 | Review and analyze proof of claim and claim reports (1.0); telephone conference with BMC re B-Linx software and installation (.3); attend to matters re same (.2). |
|  | Total hours: | 4.00 | |

## Matter 20 – Case Administration -- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/02 | S Jonathan Silverman | 1.00 | Prepare and participate in team call re strategy. |
| 8/30/02 | Miriam Geraghty | 1.50 | Retrieve documents from central files and send materials to attorney for action. |
| 9/02/02 | James W Kapp | .40 | Review critical dates memorandum and attend to issues re same (.3); review correspondence from M. Wiederrecht re status of chapter 11 cases (.1). |
| 9/02/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and organize for database entry. |
| 9/03/02 | Rhonda A Bledsoe | .50 | Review and analyze docket re ZAI Order. |
| 9/03/02 | Janet S Baer | 1.30 | Attend to matters re newly filed pleadings and discuss same with appropriate attorneys (1.0); follow up with W. Sparks re various administrative issues (.3). |
| 9/03/02 | Miriam Geraghty | .90 | Retrieve docket from Court calendar and distribute for attorney review. |
| 9/03/02 | James W Kapp | .40 | Review and distribute pleadings and correspondence filed in chapter 11 cases. |
| 9/03/02 | Christian J Lane | 2.50 | Review summaries of pleadings filed with court (1.0); review critical dates list (.8); review file for open matters (.7). |
| 9/03/02 | Shirley A Pope | 2.30 | Review, analyze and distribute correspondence and pleadings to attorneys for action. |
| 9/04/02 | Rhonda A Bledsoe | 1.30 | Telephone conference with local counsel re status of CNO (.3); review and revise index re contact information of all retained professionals to be submitted to fee auditor (1.0). |
| 9/04/02 | Miriam Geraghty | 1.00 | Review docket and retrieve documents re professional contact information. |
| 9/04/02 | James W Kapp | .20 | Review and distribute pleadings and correspondence filed in chapter 11 cases. |
| 9/04/02 | Shirley A Pope | 4.00 | Review, analyze and distribute correspondence to responsible for action (2.0); review docket for newly filed pleadings, download and prepare same for attorney review (2.0). |
| 9/05/02 | James W Kapp | .40 | Telephone conference with A. Boyer re status of chapter 11 cases (.1); review pleadings and correspondence filed in chapter 11 cases and distribute same (.3). |
| 9/05/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/07/02 | Shirley A Pope | 1.30 | Locate, review and distribute hearing transcripts re science trial for attorney use. |
| 9/08/02 | Shirley A Pope | 2.30 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/09/02 | Aletheia V Anderson | 1.10 | Review and analyze pleadings from docket and update central files re same (.9); retrieve and review dockets (.2). |
| 9/09/02 | James W Kapp | .50 | Review pleadings and correspondence filed in chapter 11 cases and distribute same (.4); telephone conference with A. Boyer re status of chapter 11 cases (.1). |
| 9/09/02 | Shirley A Pope | 4.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/10/02 | Aletheia V Anderson | .80 | Review pleadings and corporate documents and update central files re same (.7); retrieve and review docket (.1). |
| 9/10/02 | Rhonda A Bledsoe | .30 | Attention to creditor call re status of bar date. |
| 9/10/02 | James W Kapp | .90 | Attend status meeting re various outstanding issues and attend to issues re same (.6); review pleadings and correspondence and distribute same (.3). |
| 9/10/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorneys for action (2.0); review, analyze and organize documents for entry in Concordance litigation support system (1.0). |
| 9/11/02 | Aletheia V Anderson | 1.10 | Review and organize various documents and update central files re same. |
| 9/11/02 | Janet S Baer | .60 | Respond to numerous and lengthy questions from bank creditor re status of all matters. |
| 9/11/02 | Christian J Lane | .50 | Telephone conference with client re retention of separate file for post-petition contract amendments. |
| 9/12/02 | Aletheia V Anderson | 1.60 | Analyze and review pleadings and update central files re same (1.0); retrieve and review docket (.1); analyze and amend contact list (.1); analyze docket and retrieve pleadings for attorney review (.4). |
| 9/12/02 | Rhonda A Bledsoe | 1.60 | Prepare and revise critical dates (.7); review and analyze docket re same (.5); attend to matters re same (.4). |
| 9/12/02 | Janet S Baer | .30 | Review critical dates lists and attend to matters re same. |
| 9/12/02 | Miriam Geraghty | 2.00 | Retrieve docket and locate pleadings for central files. |
| 9/12/02 | James W Kapp | .40 | Review pleadings and correspondence and distribute same. |
| 9/12/02 | Christian J Lane | .50 | Review summaries of court filings. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same for attorney review (1.0); review, catalog and organize pleadings for Concordance litigation support system database entry (1.0). |
| 9/13/02 | Aletheia V Anderson | 1.30 | Review and analyze pleadings and corporate documents and update central files re same. |
| 9/13/02 | Miriam Geraghty | 3.00 | Retrieve docket and locate pleadings for central files (2.0); retrieve orders from docket and update binders re same (1.0). |
| 9/13/02 | James W Kapp | .40 | Review and distribute pleadings and correspondence. |
| 9/13/02 | James W Kapp | .30 | Review article in the Daily Deal pertaining to potential settlement of fraudulent conveyance action. |
| 9/15/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re critical dates (1.0); update and revise same (.5). |
| 9/16/02 | Aletheia V Anderson | 2.10 | Various conferences re contact information project (.2); retrieve information re same and correspondence re same (.2); prepare pleadings for filing and correspondence re same (.3); retrieve and review docket (.1); analyze and organize pleadings and update central files re same (1.3). |
| 9/16/02 | Rhonda A Bledsoe | 2.00 | Attend to matters re pertinent contact information for contact list (.3); prepare, update and revise contact list (1.0); research names and contact information of all professionals (.7). |
| 9/16/02 | Miriam Geraghty | 4.00 | Update order binder, index newly entered orders, and distribute same to attorneys (1.0); review pleadings, correspondence and hearing transcripts and enter into electronic file database (2.0); update and organize central files (1.0). |
| 9/16/02 | James W Kapp | .80 | Review docket (.2); review and distribute pleadings and correspondence (.5); review critical dates list (.1). |
| 9/16/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/17/02 | Aletheia V Anderson | 1.50 | Attend to matters re retrieval of S. Schwartz memorandum re fee auditor issues (.1); search files and correspondence re same (.5); retrieve and review dockets (.1); review and analyze pleadings and corporate documents and update central files re same (.8). |
| 9/17/02 | Charisma J Starr | 1.50 | Alter database security. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/02 | Rhonda A Bledsoe | 2.00 | Review and analyze docket re all professionals and committee members for incorporation into internal contact list. |
| 9/17/02 | Miriam Geraghty | 2.80 | Review and retrieve docket in order to locate pleading docket numbers (.8); review correspondence and enter into electronic database (1.0); review pleadings and update central files with same (1.0). |
| 9/17/02 | James W Kapp | .20 | Review and distribute pleadings and correspondence filed in chapter 11 cases. |
| 9/17/02 | Shirley A Pope | 1.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/18/02 | Aletheia V Anderson | 2.10 | Retrieve and review docket for newly filed pleadings (.6); analyze pleadings and corporate documents and update central files re same (1.5). |
| 9/18/02 | Rhonda A Bledsoe | 1.00 | Attend to matters re contact list (.3); review and analyze same (.2); return creditor call re bar date (.3); prepare suggestion of bankruptcy (.2). |
| 9/18/02 | Janet S Baer | 1.20 | Prepare Grace timeline of significant events (.7); review recent case filings for states and determine appropriate parties for review (.5). |
| 9/18/02 | Miriam Geraghty | 1.50 | Retrieve pleadings and enter into electronic file database (1.0); retrieve new orders from docket (.5). |
| 9/19/02 | Aletheia V Anderson | 1.80 | Assist with retrieval and review of various exhibits for memorandum re fee auditor report (.5); analyze docket and update motion status chart re same (1.3). |
| 9/19/02 | Rhonda A Bledsoe | .50 | Prepare affidavit for filing with court (.4); attend to matters re same (.1). |
| 9/19/02 | Janet S Baer | .50 | Confer with local counsel re filing and service issues and procedures. |
| 9/19/02 | Miriam Geraghty | .50 | Update and organize central files. |
| 9/19/02 | James W Kapp | 1.30 | Review pleadings and correspondence and distribute same (.4); telephone conference with S. McFarland and P. Galbraith re status of bankruptcy matters (.9). |
| 9/20/02 | Aletheia V Anderson | .70 | Research on-line re various pleadings and issues and attend to matters re same (.2); retrieve and review docket (.2); revise motion status chart and conferences and correspondence re same (.3). |
| 9/20/02 | Rhonda A Bledsoe | .50 | Retrieve pleadings re CNO (.3); office conference re same (.2). |
| 9/20/02 | Miriam Geraghty | 2.00 | Update order binder and index re same (.5); review pleadings and correspondence and update central files re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 9/21/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/23/02 | Aletheia V Anderson | 1.80 | Retrieve and review docket (.2); analyze contact list and various other sources of contact and update contact list re same (.8); analyze pleadings and corporate documents and update central files re same (.8). |
| 9/23/02 | Rhonda A Bledsoe | 2.60 | Attend to matters re filing of motion to compromise (.4); telephone conference with local counsel re same (.5); prepare revisions and exhibits re same (.5); review and revise interoffice contact list and send same to local counsel (1.2). |
| 9/23/02 | Miriam Geraghty | 1.10 | Review docket and retrieve docket numbers for update of central files (1.0); distribute order binders to attorneys (.1). |
| 9/23/02 | James W Kapp | .40 | Review pleadings and correspondence and distribute same. |
| 9/24/02 | Aletheia V Anderson | 1.60 | Retrieve various settlement and contract documents for attorney and client review (.4); retrieve and review docket (.2); analyze pleadings and corporation documents and update central files re same (1.0). |
| 9/24/02 | James W Kapp | .20 | Review and distribute pleadings and correspondence filed in chapter 11 cases. |
| 9/25/02 | Rhonda A Bledsoe | .50 | Prepare pleading for filing with court (.3); telephone conference with local counsel re same (.2). |
| 9/25/02 | Miriam Geraghty | .30 | Review and retrieve docket and distribute to attorneys. |
| 9/25/02 | James W Kapp | .30 | Review and distribute pleadings and correspondence filed in chapter 11 cases. |
| 9/25/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorneys for action. |
| 9/26/02 | Aletheia V Anderson | .50 | Retrieve orders from docket for attorney review (.2); analyze pleadings and update central files re same (.3). |
| 9/26/02 | Rhonda A Bledsoe | 2.00 | Review and analyze contact list re committees and professionals (.7); review and analyze documents re incorporation into central file (.3); review and analyze motion status chart re upcoming deadlines (.6); attend to matters re same (.4). |
| 9/26/02 | Miriam Geraghty | .80 | Review and retrieve docket and distribute same for attorney review. |
| 9/26/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/26/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorney for action. |
| 9/27/02 | Aletheia V Anderson | 1.10 | Search central files re various agreements for attorney review (.3); retrieve and review dockets (.1); analyze pleadings and corporate documents and update central files re same (.7). |
| 9/27/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re hearing date and signed order (.4); revise and update critical dates list and attend to matters related thereto (1.1). |
| 9/27/02 | Miriam Geraghty | 2.00 | Review and retrieve docket and locate document numbers for central files (.5); update and organize central files (1.0); locate documents re OCP and distribute same to attorney (.5). |
| 9/27/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same. |
| 9/27/02 | Shirley A Pope | 1.80 | Review, analyze and distribute correspondence to responsible attorney for action. |
| 9/29/02 | Shirley A Pope | .50 | Review, analyze and distribute correspondence to responsible attorney for action. |
| 9/30/02 | Aletheia V Anderson | 2.50 | Research on-line re California statutes and retrieve case precedent for attorney review (.6); attend to matters re same (.3); revise contact list and attend to matters re same (.6); analyze pleadings and corporate documents and update central files re same (1.0). |
| 9/30/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re critical dates (.6); attend to matters re same (.4). |
| 9/30/02 | Miriam Geraghty | 1.00 | Review and retrieve docket and distribute to attorneys (.5); analyze pleadings to be updated in electronic filing database (.5). |
| 9/30/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |
| | Total hours: | 119.60 | |

A-9

## Matter 21 - Claim Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/03/02 | Janet S Baer | 1.80 | Revise claims meeting outline re asbestos-related claims (.3); attend to matters re upcoming claims meeting re asbestos-related claims (.5); confer with M. Daslin re claims register and related issue (.5); confer with Rust Consulting, BMC and F. Zaremby re claims issues for upcoming client meeting (.5). |
| 9/03/02 | James W Kapp | .60 | Review claim review protocol outline in preparation for September 6, 2002, meeting with Company (.3); communicate revisions re same (.3). |
| 9/04/02 | Janet S Baer | 1.40 | Confer with S. Ahern re claims meeting and approach to claims issues (.4); review various claims materials for upcoming claims meeting (.5); confer with K. Kinsella re status, notice program and PI bar date issues (.3); attend to matter re ZAI claims questions (.2). |
| 9/05/02 | Janet S Baer | 6.30 | Organize documents for claim meetings and revise materials re same (1.0); revise ZAI 800 number response (.3); review completed examples of Medical Monitoring and Property Damage Claim forms for upcoming claims meeting (1.5); attend to matters re agenda for 9/06 meeting with clients and discuss strategy re same (.5); review claims reports, pleadings, documents re claims/litigation protocol (2.0); confer with F. Zaremby and J. Hasenzahl re claims issues and strategy for claims meetings (1.0). |
| 9/05/02 | James W Kapp | 6.00 | Review materials in preparation of claim resolution meeting and attend to issues re same (4.0); attend preparation meeting with F. Zaremby and representatives of BMC (2.0). |
| 9/06/02 | Janet S Baer | 6.50 | Attend to matters re preparation for claims meeting, especially re reporting issues on claims, review materials re same and meet with J. Kapp re same (1.0); attend client claims meeting and discuss claims process to upper client management (5.5). |
| 9/06/02 | James W Kapp | 8.60 | Participate in claim resolution meeting with B. Tarola, S. Ahern, M. Shelnitz, D. Siegel, T. Dahlbruge, J. McFarland, F. Zaremby, J. Hughes, R. Finke and attend to issues re same (8.0); preparation meeting with J. Baer re same and attend to issues re same (.6). |
| 9/09/02 | Rhonda A Bledsoe | .60 | Retrieve documents re claims and filing dates. |
| 9/09/02 | Janet S Baer | .70 | Follow up re client claims meeting (.5); confer with BMC re B-Linx issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/02 | Rhonda A Bledsoe | .70 | Conference with BMC re software program to monitor all filed claims. |
| 9/10/02 | Janet S Baer | .80 | Confer with BMC representatives re B-linx and claims reconciliation matters (.5); review correspondence from J. Hasenzahl and M. Shelnitz re claims issues (.3). |
| 9/10/02 | James W Kapp | .20 | Review correspondence from J. Hagenzahl re sample claims reporting and attend to issues re same. |
| 9/11/02 | Janet S Baer | .80 | Attend to matters re division of labor at Grace re claims analysis (.3); attend to matters re Rust Consulting Protocols (.2); confer with F. Zaremby re various claims protocol issues (.3). |
| 9/12/02 | James W Kapp | .20 | Review correspondence from F. Zaremby and M. Shelnitz re claim resolution procedures. |
|  | Total hours: | 35.20 |  |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/02 | Christian J Lane | .50 | Telephone conference with client re customer issue (.3); attend to matters re same (.2). |
| 9/24/02 | James W Kapp | .30 | Review correspondence from F. Duarte re Grace line (.2); telephone conference with M. Shelnitz re issues pertaining to foreign operations and Grace line (.1). |
| | Total hours: | 0.80 | |

## Matter 27 - Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/02/02 | James W Kapp | .40 | Review order approving revised compensation programs and attend to issues re same (.3); attend to issues re motion to renew CEO's employment agreement (.1). |
| 9/03/02 | James W Kapp | .20 | Receive status report re motion to extend CEO employment agreement and develop strategies re same. |
| 9/04/02 | Christian J Lane | .60 | Review materials related to Norris contract amendment. |
| 9/08/02 | Christian J Lane | 4.00 | Review materials and draft motion re amendment to Norris employment agreement. |
| 9/09/02 | Christian J Lane | 2.40 | Draft and revise motion to amend Norris contract. |
| 9/10/02 | Janet S Baer | .80 | Confer with J. Forgach (several times) re concerns re employee claims and advise re same (.5); attend to matters re same (.3). |
| 9/10/02 | James W Kapp | .30 | Attend to issues re retention of separate counsel to assist employees in the bankruptcy process. |
| 9/10/02 | Christian J Lane | 3.80 | Draft and revise motion to amend Norris contract. |
| 9/11/02 | Christian J Lane | 5.50 | Draft and revise motion to amend Norris contract (3.5); telephone conferences with client re factual information for Norris amendment motion (1.0); draft Akers affidavit (1.0). |
| 9/12/02 | James W Kapp | 1.80 | Review and revise motion authorizing amendment of CEO employment agreement. |
| 9/13/02 | James W Kapp | 2.50 | Review and revise modified motion to amend CEO employment agreement. |
| 9/13/02 | Christian J Lane | 3.30 | Draft and revise motion to amend Norris employment agreement. |
| 9/16/02 | Janet S Baer | .90 | Confer with J. Forgach re employee claim issues (.2); review draft motion re Norris contract (.4); follow up re counsel for employees on claims (.3). |
| 9/16/02 | Christian J Lane | 3.00 | Draft and revise motion to amend Norris contract. |
| 9/17/02 | James W Kapp | .10 | Address specific revision to motion seeking approval of CEO employment agreement. |
| 9/17/02 | Christian J Lane | 4.50 | Draft and revise motion to amend Norris contract (2.8); draft related affidavits (1.7). |
| 9/18/02 | James W Kapp | 2.10 | Attend to issues re potential survey of employees re bankruptcy concerns and develop strategies re same (.4); review and revise motion to amend employment agreement of CEO and accompanying affidavits (1.7). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/02 | Christian J Lane | 7.00 | Draft and revise motion to amend Norris contract (3.5); telephone conferences with client and committee professionals re same (1.0); attend to matters re same (.5); draft and revise related affidavits (2.0). |
| 9/19/02 | James W Kapp | 1.10 | Review and revise revised motion to approve CEO amended employment agreement. |
| 9/19/02 | Christian J Lane | 6.00 | Draft and revise motion to amend Norris contract (3.2); telephone conferences re same (.8); attend to matters re same (.7); draft and revise related affidavits (1.3). |
| 9/20/02 | James W Kapp | .60 | Revise Bubnovich affidavit in support of CEO amended employment agreement. |
| 9/20/02 | Christian J Lane | 3.70 | Draft and revise motion to amend Norris contract and related affidavits (2.8); telephone conferences with client re same (.6); attend to matters re same (.3). |
| 9/23/02 | James W Kapp | .50 | Review revised Bubnovich affidavit in support of amended CEO employment agreement. |
| 9/23/02 | Christian J Lane | 3.10 | Finalize motion to amend Norris contract (1.0); telephone conferences with local counsel re same (.7); telephone conferences with client re same (.5); attend to matters re same (.4); attention to finalizing Bubnovich affidavit (.5). |
|  | Total hours: | 58.20 |  |

## Matter 28 - Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/09/02 | S Jonathan Silverman | 2.20 | Meet with consulting expert (.4); additional analysis of scientific literature re same (1.8). |
| 8/26/02 | Mark E Grummer | 6.00 | Review discovery documents and select potential Libby trial exhibits and exhibits for P. Peronard deposition, assemble chronological document sets by issue and arrange for shipment of assembled document sets to Holme Roberts (3.8); review chronological document sets and prepare outline of issues and potential questions for P. Peronard deposition (2.2). |
| 9/01/02 | Lisa G Esayian | 3.20 | Review DOJ trial exhibits and witnesses for environmental sites and assess strategy for responding re Hatco, Acton, Woburn, Blackburn/Walpole, Cambridge, Chattanooga, Curtis Bay and Charleston sites (.5); add to trial outline for Hatco site (1.5); draft requests for admission to United States for Hatco, Woburn, Blackburn/Walpole, Charleston, Curtis Bay and Chattanooga sites (1.2). |
| 9/02/02 | James W Kapp | .10 | Review correspondence to M. Davis re National Union adversary proceeding. |
| 9/03/02 | Rhonda A Bledsoe | 1.00 | Attend to arrangements of depositions with Holmes, Roberts & Owens. |
| 9/03/02 | Janet S Baer | 1.50 | Review correspondence re Gerling English proceedings (1.0); review pleadings re same (.5). |
| 9/03/02 | Lisa G Esayian | 1.40 | Review Curtis Bay and Chattanooga environmental audit reports for any information relevant to this case (.2); draft portions of Cambridge site trial outline (.5); analyze issues re Walpole site environmental reserve and conference with M. Obradovic at Remedium re same (.2); conference with L. Duff at Grace re issues re Hatco site documents (.1); revise and add to Grace's requests for admission to United States re Hatco, Walpole, Woburn, Charleston, Chattanooga and Curtis Bay and draft requests for admission for Cambridge and Acton sites (.4). |
| 9/03/02 | James W Kapp | .60 | Develop strategy re National Union adversary complaint pertaining to January 23, 2002 (.2); receive status report re MCNIC negotiations and develop strategies to file motion to dismiss adversaries (.4). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/02 | Janet S Baer | 1.10 | Respond and comment on Gerling/EAIC letter/Statement (.4); confer re McNick Stipulation and procedure re same (.2); confer with S. Kortaneck re Gerard order (.2); confer and attend to matters re Kellogg and injunction issues (.3). |
| 9/04/02 | James W Kapp | .40 | Review correspondence from D. Catagnier re payment to claims from settlement funds (.1); review Judge Wolin's order denying ZAI claimants appeal of science trial order and distribute same (.3). |
| 9/04/02 | Christian J Lane | 3.60 | Review insurance policy re Kellogg v. Nussbaum (.4); telephone conferences with client re insurance policy (.3); attend to issues related to Kellogg litigation (.5); review status of MCNIC adversary proceeding (.8); attend to issues re same (.4); consider issues in National Union adversary proceeding (1.2). |
| 9/05/02 | Janet S Baer | .30 | Review Stipulation on Gerard motion re Bond and confer re same. |
| 9/05/02 | James W Kapp | .10 | Review and revise MCNIC stipulation to resolve turnover complaint. |
| 9/05/02 | Christian J Lane | 2.10 | Draft and revise proposed stipulation settling MCNIC adversary proceeding (1.5); attend to matters re same (.6). |
| 9/06/02 | Christian J Lane | 3.00 | Review status of National Union adversary proceeding issues (.6); multiple telephone conference with client re same (.9); telephone conference with National Union counsel re same (.4); attend to matters re same (.5); attend to miscellaneous issues re same (.6). |
| 9/09/02 | Janet S Baer | 2.80 | Review materials re Kentucky, Detroit and Woodbury New Jersey sites (.8); attend to matters re revised Gerard order (.3); attend to matters re ZAI scheduling order controversy (1.2); review and revise Gerard response re Maryland Bond and attend to matters re same (.5). |
| 9/09/02 | Mark E Grummer | .10 | Review materials re Wilder and Reclamation Oil sites. |
| 9/09/02 | James W Kapp | .40 | Telephone conference with M. Shelnitz re asserting derivative claims and impact upon automatic stay re same. |
| 9/09/02 | Christian J Lane | 2.50 | Revise objection to Gerard's motion for payment of bond related to preliminary injunction (1.5); attention to filing of objection (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/02 | Janet S Baer | 4.10 | Attend to matters re revised Gerard order (.4); attend to matters re ZAI scheduling order issues (.3); review 8/26 transcript and related material re same (.5); prepare and revise objection re ZAI scheduling order (2.0); confer with M. Grummer re Kentucky site issues (.3); attend to matters re Woodbury New Jersey matter (.3); review correspondence on Detroit site matter (.3). |
| 9/10/02 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with Skadden re environmental stipulation. |
| 9/10/02 | Mark E Grummer | .60 | Attend to matters re various sites, including review of Environmental Protection Agency request to enter into consent order re Wilder site (.4); telephone conferences with J. Baer re same (.2). |
| 9/10/02 | James W Kapp | .40 | Address issues pertaining to particular letter of credit (.3); review correspondence to M. Chen re MICNIC stipulation (.1).. |
| 9/10/02 | Christian J Lane | 3.00 | Attention to issues related to MCNIC adversary proceeding (.8); office conference re Kellogg claim and California litigation (.7); telephone conference with client re same (.5); telephone conference with client re automobile insurance (.4); review insurance policy in files (.6). |
| 9/10/02 | Andrew R Running | .80 | Review transcript of August 26, 2002, hearing before Judge Fitzgerald (.6); attend to matters re National Union discovery issues (.2). |
| 9/10/02 | Christopher B Sullivan | .50 | Review additional ZAI documents for purposes of ZAI master fact outline. |
| 9/12/02 | Janet S Baer | .80 | Review draft Kentucky site response letter and prepare comments to same (.3); review other parties' comments to same (.2); respond to inquiries re EPA claims (.3). |
| 9/12/02 | Mark E Grummer | .30 | Attend to matters re Grace response to EPA notification re Wilder KY site. |
| 9/12/02 | Christian J Lane | 1.80 | Review and analyze auto insurance policy re Kellogg v. Nussbaum state court action. |
| 9/12/02 | Christopher B Sullivan | 1.00 | Review responses to ZAI claimants' first discovery requests (.3); draft master fact outline for ZAI and Libby (.7). |
| 9/13/02 | Mark E Grummer | .30 | Review notice letter from Environmental Protection Agency re Reclamation Oil site and Grace draft letter responding to same. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/02 | James W Kapp | .30 | Review correspondence from S. Ahern re document retention policies and attend to issues re same. |
| 9/16/02 | Janet S Baer | .30 | Respond to inquires re several environmental sites, including Samson sites. |
| 9/16/02 | Christopher B Sullivan | 2.50 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/17/02 | Janet S Baer | 1.10 | Review Gerard Reply on Maryland Bond issues (.3); review various correspondence from counsel in London re Gerling/EAIC action (.5); confer with W. Sparks re stay issues on numerous non-asbestos cases (.3). |
| 9/17/02 | Andrew R Running | .30 | Telephone conversation with W. Sparks re expert invoices. |
| 9/17/02 | Christopher B Sullivan | 2.30 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/18/02 | Janet S Baer | .90 | Conference re Kellogg matter against Grace employee (.3); prepare memo re procedures for resolving Department of Commerce (BIS) matter (.6). |
| 9/18/02 | Christopher B Sullivan | 1.20 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/20/02 | Christian J Lane | 1.00 | Attention to issues related to MCNIC adversary proceeding (.5); telephone conferences re same (.5). |
| 9/20/02 | S Jonathan Silverman | 1.30 | Discuss epidemiology issues with B. Price and analyze literature re same. |
| 9/20/02 | Christopher B Sullivan | 1.30 | Draft/edit ZAI master fact outline and review documents re same (1.2); respond to S. McMillan re background on subpoena and discovery request (.1). |
| 9/24/02 | Janet S Baer | 1.10 | Review Gerard notice of appeal and confer with Maryland Casualty's counsel re same (.4); review procedural rules re interlocutory appeal issues (.3); review draft Department of Commerce Settlement Agreement with client changes and revise same (.4). |
| 9/24/02 | Christopher B Sullivan | 1.40 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| 9/25/02 | Janet S Baer | .30 | Follow up re Kane matter and insurance coverage. |
| 9/25/02 | Christopher B Sullivan | 1.40 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| 9/26/02 | Christopher B Sullivan | 1.60 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| 9/27/02 | Janet S Baer | .30 | Review Department of Commerce letter and proposed settlement agreement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/30/02 | Janet S Baer | 6.30 | Attend to matters re Gerard appeal and interlocutory nature of such matter (1.0); prepare response re Notice of Appeal (1.5); review case law, revise response on notice of appeal and supplement re case law on same (3.6); confer with K. Lund re Montana contamination issues (.2). |
| 9/30/02 | Christopher B Sullivan | 1.50 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| | Total hours: | 73.40 | |

### Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/02 | James W Kapp | .40 | Review and revise September 23, 2002, hearing agenda. |
| 9/10/02 | James W Kapp | .10 | Review hearing transcript for August 26, 2002, hearing. |
| 9/11/02 | David J Zott | 3.00 | Prepare for and argue hearing on requests for admission (1.0); argue hearing on Gutierrez report (1.0); prepare order re hearing on RFA and conference with J. Ellington re same (1.0). |
| 9/13/02 | James W Kapp | .20 | Review agenda for September 23, 2002, hearing and attend to issues re same. |
| 9/17/02 | Janet S Baer | .50 | Review final agenda for 9/23 omnibus hearing (.2); respond to inquiries re same and ZAI order (.3). |
| 9/20/02 | Janet S Baer | 1.80 | Assemble and review all contested matters for omnibus hearing and attend to matters re status of same (1.6); confer with W. Smith re fee auditor matters for omnibus hearing (.2). |
| 9/20/02 | James W Kapp | .40 | Attend status meeting in preparation for September 23, 2002, hearing. |
| 9/22/02 | Janet S Baer | 1.30 | Review T. Kane materials for omnibus hearing (.8); review materials re ZAI scheduling order re 7/22 order controversy and motion to compel (.5). |
| 9/23/02 | Janet S Baer | 4.20 | Prepare for and attend September omnibus hearing (3.5); follow up with client and local counsel re matters to attend to from omnibus hearing (.7). |
| 9/24/02 | Janet S Baer | 1.00 | Follow up re matters from September omnibus hearing and confer re same. |
| 9/24/02 | James W Kapp | .60 | Attend to issues arising from September 23, 2002, hearing. |
|  | Total hours: | 13.50 |  |

### Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/02/02 | James W Kapp | .10 | Review orders approving stipulations with General Electric Railcar Services and BMW Constructors Inc. |
| 9/03/02 | Christian J Lane | .50 | Telephone conference with client re payment related to settlement of motion to compel. |
| 9/06/02 | Christian J Lane | 1.10 | Telephone conference with client re Town of Acton land use issues (.8); telephone conference with client re extension of time to assume or reject leases (.3). |
| 9/09/02 | Roger J Higgins | .50 | Draft third lease extension motion. |
| 9/09/02 | Christian J Lane | 1.60 | Telephone conference with client re Acton, MA property (.8); telephone conference with client re extension of period to assume or reject leases (.4); attention to issues re same (.4). |
| 9/12/02 | Janet S Baer | .30 | Review draft motion for extension of time to assume or reject leases and revise provisions therein re ZAI science trial and PI CMO status. |
| 9/12/02 | Roger J Higgins | .60 | Revise lease rejection period extension motion (.2); review Debtors' intervention withdrawal motion for effect on lease rejection period extension motion (.4). |
| 9/13/02 | Roger J Higgins | .50 | Revise lease rejection period motion. |
| 9/13/02 | James W Kapp | .60 | Revise motion to extend rejection/assumption period for leases and attend to issues re same. |
| 9/16/02 | Rhonda A Bledsoe | .50 | Prepare and revise unexpired lease motion for filing with court. |
| 9/17/02 | Aletheia V Anderson | .20 | Attend to matters re non-debtor parties to unexpired leases. |
| 9/26/02 | James W Kapp | .10 | Attend to particular issues re Knoxville lease. |
| 9/26/02 | Christian J Lane | 2.50 | Telephone conferences with client re Town of Acton issues (.2); research re same (1.3); telephone conference with client re Knoxville, TN lease issues (.2); attend to matters re same (.3); telephone conference with client re computer warranty issue (.2); attend to matters re same (.3). |
| | Total hours: | 9.10 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/29/02 | Miriam Geraghty | 1.40 | Create fee application spreadsheet. |
| 9/02/02 | Rhonda A Bledsoe | 1.50 | Review and revise index re fees and costs for fee auditor's review. |
| 9/02/02 | Miriam Geraghty | 4.00 | Prepare spreadsheet of fees and expenses. |
| 9/02/02 | James W Kapp | .30 | Review memorandum re time entries in light of August 26, 2002, hearing (.2); review correspondence on August 27 and August 28, 2002, from W. Smith re proposed payment categories (.1). |
| 9/03/02 | Toni L Wallace | 5.00 | Review Grace omnibus order re fees and expenses (.4); review docket for fourth quarterly fee applications filed by other professionals and review same (2.5); complete attachment to omnibus order with information from fourth quarterly fee applications (2.1). |
| 9/03/02 | Rhonda A Bledsoe | .70 | Revise fees and costs spreadsheet (.4); prepare for and participate in internal K&E conference re same (.3). |
| 9/03/02 | Janet S Baer | .70 | Attend to matters re fee application and billing issues (.5); review para-professional memo re same (.2). |
| 9/03/02 | Roger J Higgins | 1.00 | Prepare for and participate in internal K&E conference re timekeeping procedures and attend to matters re same (.7); prepare July fee application (.3). |
| 9/03/02 | Miriam Geraghty | 4.00 | Revise fee application spreadsheet (2.5); locate professionals' contact information re fee auditor's request and create index re same (1.5). |
| 9/03/02 | James W Kapp | .30 | Review status report re revisions to fee applications based upon comments arising from August 26, 2002, hearing. |
| 9/04/02 | Rhonda A Bledsoe | 2.50 | Review and analyze revisions of July fee statement (1.0); attend to matters re same (.3); telephone conference with S. Mag re status of same (.2); office conference re status of fee and cost index (.4); review and analyze same (.6). |
| 9/04/02 | Roger J Higgins | 1.00 | Exchange e-mails with W. Smith re matter categories (.3); revise matter fee and expense summaries (.7). |
| 9/04/02 | Miriam Geraghty | 4.50 | Revise fee application spreadsheet (1.5); revise fees and cost index (1.5); review fee statements to ensure all numbers are consistent and correct (1.5). |
| 9/05/02 | Toni L Wallace | 3.00 | Prepare July fee application and exhibits to same. |
| 9/05/02 | Rhonda A Bledsoe | .30 | Office conference re status and filing date of July fee statement. |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/02 | Roger J Higgins | .50 | Attend to matters re preparation of July fee application (.2); attend to matter re summary of fees and expenses and email same to fee auditor (.3). |
| 9/05/02 | James W Kapp | .10 | Revise chart summarizing quarterly fees by matter number. |
| 9/06/02 | Toni L Wallace | .40 | Attend to matters re fee application (.3); forward same to local counsel for filing (.1). |
| 9/09/02 | Toni L Wallace | 2.50 | Prepare fee detail for K&E's fifth quarterly fee application and forward same to fee auditor (1.0); review and revise summary of fees billed from April 2001 through June 2002 (1.5). |
| 9/09/02 | Rhonda A Bledsoe | .70 | Attend to matters re revised fee and expense report re fee auditor's request (.3); review and revise same (.4). |
| 9/09/02 | Miriam Geraghty | 3.00 | Review documents and create summary of fees and expenses re fee application. |
| 9/10/02 | Toni L Wallace | 2.10 | Continued review and revision of spreadsheet of summary of fees and expenses billed from April 2001 through June 2002 (2.0); forward same to fee auditor (.1). |
| 9/10/02 | Aletheia V Anderson | .10 | Review J. Baer billing memorandum. |
| 9/10/02 | Rhonda A Bledsoe | 1.30 | Review and revise matter descriptions re fee auditor requirements (1.0); attend to matters re status of same (.3). |
| 9/10/02 | Roger J Higgins | 4.80 | Prepare August fee detail (4.3); attend to matters re fee auditor's query re Science Trial expenses (.5). |
| 9/10/02 | Miriam Geraghty | .80 | Revise summary of fee and expenses chart. |
| 9/11/02 | Aletheia V Anderson | 2.60 | Review August fee application financial summaries revise same. |
| 9/11/02 | Rhonda A Bledsoe | 1.00 | Review and analyze fee statement re revised matter numbers. |
| 9/11/02 | Roger J Higgins | 6.30 | Prepare August K&E fee application detail. |
| 9/12/02 | Aletheia V Anderson | .40 | Search files and retrieve initial report re fees for attorney review. |
| 9/12/02 | Janet S Baer | .90 | Attend to matters re fee auditors report on 2001 fee bills and questions re categorization for 2002 (.4); review new fee auditor report (.5). |
| 9/12/02 | Roger J Higgins | 5.60 | Attend to matters re scheduling of fee application hearings (.9); review fee auditor initial report on first three quarters (2.5); prepare response to initial report (2.2). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/02 | Toni L Wallace | 1.30 | Review monthly fee applications and update tracking charts of fees and expenses in preparation for sixth quarterly fee application. |
| 9/13/02 | Aletheia V Anderson | .70 | Retrieve and review various fee documents and conferences re same. |
| 9/13/02 | Janet S Baer | .50 | Attend to matters re response to fee auditor report on 2001 fees. |
| 9/13/02 | Roger J Higgins | 4.30 | Draft internal correspondence re fee auditor's 2002 initial report (.2); attend to matters re same (.1); draft response to fee auditor's initial report (4.0). |
| 9/13/02 | James W Kapp | .20 | Review fee auditor's initial report for first, second and third interim periods. |
| 9/14/02 | Mark E Grummer | 1.20 | Review fee auditor's initial report and prepare response to same. |
| 9/16/02 | Toni L Wallace | 1.10 | Review fee detail for claims matter and select and categorize into "Claims (Asbestos)" and "Claims (Non-Asbestos)" matters in response to fee auditor request. |
| 9/16/02 | Rhonda A Bledsoe | 1.00 | Search docket re CNO and fee application (.4); prepare and analyze fee application documents re cost and expenses (.6). |
| 9/16/02 | Janet S Baer | 2.30 | Respond to fee auditor's initial report on 1st-3rd period fee applications. |
| 9/16/02 | Roger J Higgins | 5.10 | Draft response to fee auditor's initial report (4.5); internal conferences re same (.6). |
| 9/16/02 | James W Kapp | 1.20 | Review fee auditor's initial report re first, second and third interim periods (.5); internal conferences re strategy for responding to same (.7). |
| 9/16/02 | Andrew R Running | 2.90 | Review fee auditor's initial report concerning 2001 interim fee periods (.5); internal conferences re same (.6); draft portions of the response to that report (1.8). |
| 9/17/02 | Toni L Wallace | 2.50 | Review fee detail for claims matter and select and categorize into "Claims (Asbestos)" and "Claims (Non-asbestos)" matters in response to fee auditor request. |
| 9/17/02 | Rhonda A Bledsoe | 1.00 | Review docket re CNO for fee application (.6); attend to matters re same (.3) telephone conference with local counsel re same (.1). |
| 9/17/02 | Janet S Baer | 2.00 | Review draft response to fee auditor's initial report and draft sections of same. |
| 9/17/02 | Roger J Higgins | 6.50 | Draft response to fee auditor's initial report. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/02 | Rhonda A Bledsoe | 1.00 | Office conference re preparation of response to fee auditor (.3); prepare exhibits re same (.7). |
| 9/18/02 | Roger J Higgins | 5.00 | Draft response to fee auditor initial report. |
| 9/19/02 | Toni L Wallace | 3.30 | Continued review and categorization of fee detail for claims matter (2.3); update summary chart of fees previously forwarded to fee auditor (1.0). |
| 9/19/02 | Rhonda A Bledsoe | 1.50 | Search adversary and bankruptcy dockets re retrieval of exhibits re response to fee auditor. |
| 9/19/02 | Roger J Higgins | 2.60 | Draft response to fee auditor initial report. |
| 9/19/02 | Miriam Geraghty | 3.50 | Locate various documents and prepare as exhibits for response to fee auditor's initial report. |
| 9/19/02 | Andrew R Running | .50 | Comment on draft response to fee auditor's initial report concerning 2001 interim fee periods. |
| 9/20/02 | Toni L Wallace | 3.00 | Review and revise August fee detail (2.0); office conference with billing department re same (1.0). |
| 9/20/02 | Rhonda A Bledsoe | .50 | Review and analyze docket re filed CNO for fee application (.3); office conference re same (.2). |
| 9/20/02 | Janet S Baer | 1.00 | Review and revise portions of response to fee auditor on 1st-3rd quarterly applications. |
| 9/20/02 | Roger J Higgins | 1.30 | Draft response to fee auditor initial report. |
| 9/20/02 | Miriam Geraghty | 2.00 | Prepare exhibits for response to fee auditor's initial report. |
| 9/23/02 | Toni L Wallace | 2.50 | Review and revise fee and expense detail for August fee application. |
| 9/23/02 | Janet S Baer | 1.00 | Review draft response to fee auditor on 1st-3rd fee applications. |
| 9/23/02 | Roger J Higgins | 3.80 | Revise August fee application detail (3.3); attend to matters re filing of fees order (.5). |
| 9/23/02 | Miriam Geraghty | .50 | Locate documents for response to fee application exhibits. |
| 9/24/02 | Janet S Baer | 1.10 | Follow up re directions from Court at September omnibus hearing (.5); confer with W. Smith re fee hearing status (.3); further conferences with counsel re same (.3). |
| 9/24/02 | Roger J Higgins | 3.80 | Revise August K&E fee application detail (2.0); revise response to fee auditor initial report (1.8). |
| 9/24/02 | James W Kapp | 1.40 | Review response to fee auditor's request for first, second and third interim periods. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/02 | Rhonda A Bledsoe | 2.00 | Review and analyze fee statements re discrepancies (1.0); attend to matters re same (.3); review and analyze docket re filed dates of fee applications (.7). |
| 9/25/02 | Roger J Higgins | 2.90 | Revise K&E response to fee auditor's initial report (2.6); draft letter to professionals re compensation order (.3). |
| 9/25/02 | Miriam Geraghty | 2.10 | Locate various fee applications for attorney review (.1); review July and August, 2001 fee applications and compare to fee auditor's report re same (2.0). |
| 9/25/02 | James W Kapp | 1.20 | Review and revise response to fee auditor's initial report for first, second and third periods. |
| 9/26/02 | Aletheia V Anderson | .10 | Attend to matter re exhibits for response to fee auditor's initial report. |
| 9/26/02 | Roger J Higgins | .50 | Revise K&E response to fee auditor initial report. |
| 9/26/02 | Miriam Geraghty | 1.20 | Attend to matters re exhibits for fee auditor's initial report (.2); locate and organize exhibits for same (1.0). |
| 9/27/02 | Miriam Geraghty | .50 | Prepare exhibits re response to fee auditor's report. |
| 9/29/02 | Toni L Wallace | 1.70 | Review and revise August fee detail. |
| 9/30/02 | Roger J Higgins | .50 | Attend to matters re preparation of August fee application. |
|  | Total hours: | 149.10 |  |

## Matter 35 – Fee Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/05/02 | Miriam Geraghty | 2.00 | Locate contact information of professionals applying for compensation. |
| 9/06/02 | Miriam Geraghty | 1.50 | Review docket and service lists and locate professionals' contact information. |
| 9/09/02 | Miriam Geraghty | .50 | Retrieve contact information of certain professionals per attorney's request. |
| 9/09/02 | James W Kapp | .30 | Review correspondence from P. Galbraith re interim compensation procedures (.2); review correspondence from D. Blechman re fee auditor reports (.1). |
| 9/10/02 | Roger J Higgins | .80 | Telephone conference with R. Finke re ordinary course professionals (.3); draft letter to J. Sakalo re same (.5). |
| 9/11/02 | Roger J Higgins | .30 | Telephone conference with J. Sakalo re fee auditor issues. |
| 9/13/02 | Roger J Higgins | .50 | Draft correspondence to J. Sakalo re OCPs and attend to matters related thereto. |
| 9/13/02 | James W Kapp | .50 | Review and revise response to J. Sakalo re payments to Perkins Coie and Casner & Edwards. |
| 9/19/02 | James W Kapp | .10 | Review correspondence from D. Cameron re payment of post-petition fees. |
|  | Total hours: | 6.50 |  |

## Matter 38 – Employment Applications, Others -- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/09/02 | Janet S Baer | .60 | Attend to matters re procedural issues on several fee issues (.4); review correspondence from and re fee examiner procedures (.2). |
| 9/10/02 | James W Kapp | .30 | Telephone conference with M. Shelnitz re supplemental affidavit of Pelicano & Manzo and attend to issues re same (.2); prepare correspondence to P. Zilly re same (.1). |
| 9/10/02 | Christian J Lane | .80 | Telephone conference with local counsel re retention of ordinary course professionals (.4); attend to issues re same (.4). |
| 9/12/02 | James W Kapp | .40 | Revise tenth supplemental affidavit in support of retentions and attend to issues re same. |
| 9/16/02 | Aletheia V Anderson | .50 | Research re special affidavits and motions. |
| 9/16/02 | Janet S Baer | .50 | Review correspondence re Houlihan Lokey and attend to matters re same. |
| 9/16/02 | James W Kapp | .50 | Review Houlihan Lokey retention agreement (.3); review expert retention order re same (.2). |
| 9/26/02 | James W Kapp | .30 | Telephone conference with M. Zabin re retention of Deloitte & Touche. |
| 9/27/02 | Aletheia V Anderson | .20 | Retrieve OCP affidavits and search files for form of same. |
| 9/27/02 | James W Kapp | .10 | Review second supplemental affidavit of FTI Pelicano Manzo. |
| | Total hours: | 4.20 | |

## Matter 41 – Tax Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/22/02 | Natalie H Keller | .30 | Review E. Filon memorandum re bankruptcy tax issues. |
| 9/04/02 | Pratibha J Shenoy | 2.30 | Review client memorandum in preparation for conference call (.5); participate in conference call to discuss research re transfers of claims (.3); conduct research re same (1.5). |
| 9/04/02 | Janet S Baer | .30 | Confer with tax attorneys re section 524(g) issues, merger and dilution. |
| 9/04/02 | Todd F Maynes | 1.00 | Preparation of claims memorandum. |
| 9/05/02 | Pratibha J Shenoy | 6.50 | Continue research re transfers of claims and trust status. |
| 9/06/02 | Pratibha J Shenoy | 5.00 | Complete research on transfers of claims and trust status (2.5); prepare and revise memorandum re same (2.5). |
| 9/06/02 | Todd F Maynes | 1.50 | Revise memorandum re transfer of claims under 382(l)(5) and attend to matters re same. |
| 9/07/02 | Todd F Maynes | .80 | Revisions to memorandum re transfer of claims and 524(g) issues. |
| 9/09/02 | Pratibha J Shenoy | 1.80 | Attend to matters re claims transfers (.8); participate in client conference call re same (1.0). |
| 9/09/02 | Janet S Baer | 2.30 | Review memo re Chapter 11 reorganization tax issues (.8); review further memos re same and attend to matters re qualified creditor exception re NOL's (.7); participate in conference call with client and consultants re tax issues for section 524(g) plan (.8). |
| 9/09/02 | Todd F Maynes | 1.50 | Telephone conferences re use of 382(l)(5) with E. Filon (.7); research re application of 382 when there are tort creditors (.8). |
| 9/10/02 | Todd F Maynes | 1.00 | Conference call with E. Filon re bankruptcy tax issues. |
| 9/12/02 | Christian J Lane | .20 | Conference call with client re Massachusetts tax return issue. |
| 9/26/02 | James W Kapp | .20 | Attend to issues re sewer assessment tax by town of Acton. |
| | Total hours: | 24.70 | |

## Matter 42 – Travel Non-Working – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 9/05/02 | Janet S Baer | 1.50 | Travel to Baltimore for claims meetings with clients and BMC (billed at half time). |
| 9/06/02 | Janet S Baer | 2.00 | Travel from BWI to Chicago after claims meeting (billed at half time). |
| 9/22/02 | Janet S Baer | 1.80 | Travel from Chicago to Wilmington for omnibus hearing (billed at half time). |
| 9/23/02 | Janet S Baer | 2.00 | Travel from Delaware back to Chicago after omnibus hearing (billed at half time). |
| | Total hours: | 7.30 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/13/02 | Natalie H Keller | 1.10 | Telephone conference with E. Filon, C. Finke, R. Finke and T. Maynes re settlement issues (.8); attend to matters re same (.3). |
| 8/21/02 | Natalie H Keller | 1.50 | Review P. Shenoy's memorandum and C. Finke's e-mail re bankruptcy priority of employment taxes (.7); attend to matters re same (.8). |
| 8/22/02 | Natalie H Keller | 2.50 | Research bankruptcy priority of employment taxes (2.0); attend to matters re same (.5). |
| 8/23/02 | Natalie H Keller | 3.50 | Research issues re bankruptcy priority of employment taxes (3.0); attend to matters re same (.5). |
| 8/26/02 | Natalie H Keller | 1.00 | Conference call with E. Filon, C. Finke and T. Maynes re bankruptcy priority of employment taxes (.5); attend to matters re same (.5). |
| 8/28/02 | Natalie H Keller | .30 | Review E. Filon e-mail re bankruptcy issues (.2); review P. Shenoy spreadsheet re priority issues (.1). |
| 9/02/02 | James W Kapp | .70 | Review correspondence from E. Filon re Internal Revenue Service/COLI settlement and attend to issues re same (.4); review correspondence from E. Filon re issues pertaining to 1993-1996 audit and need for court approval of settlement (.3). |
| 9/03/02 | Pratibha J Shenoy | .50 | Review revisions to rules for Court of Federal Claims. |
| 9/03/02 | Roger J Higgins | 1.00 | Prepare for and participate in teleconference re settlement issues in COLI and other tax disputes. |
| 9/03/02 | Michelle H Browdy | .40 | Telephone conferences with client re COLI issues (attend portion only). |
| 9/03/02 | James W Kapp | 1.10 | Participate in telephone conference with P. Norris, E. Filon, P. Zilly, D. Siegel re COLI tax settlement and to develop strategies re same (1.0); review correspondence from E. Filon re same (.1). |
| 9/11/02 | Todd F Maynes | .50 | Telephone conferences with R. Stewart re settlement negotiation. |
| 9/12/02 | Roger J Higgins | 1.30 | Draft COLI settlement agreement motion (.7); attend to matters related thereto (.3); telephone conference with E. Filon re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/02 | James W Kapp | .70 | Review correspondence from E. Filon re COLI settlement agreement (.1); prepare correspondence in response to same (.1); attend to preparation of motion approving stipulation with Internal Revenue Service and develop strategy re same (.4); review correspondence from E. Filon re Internal Revenue Service Appeals coordinator (.1). |
| 9/16/02 | Pratibha J Shenoy | 1.00 | Telephone conference with government attorney re joint status report (.2); discuss same with T. Maynes (.2) and begin preparing joint status report (.6). |
| 9/16/02 | Janet S Baer | .30 | Attend to matters re Fresenius tax refund issues. |
| 9/16/02 | Roger J Higgins | .80 | Telephone conference with E. Filon re IRS settlement on COLI. |
| 9/16/02 | James W Kapp | 1.40 | Attend to issues re COLI tax settlement and strategy for motion (.2); review correspondence from E. Filon re IRS refund issue (.2); respond to same (.9); address issues re IRS stipulation (.1). |
| 9/17/02 | Pratibha J Shenoy | 1.70 | Complete joint status report and discuss same with T. Maynes (1.1); forward to government attorney (.1); discuss same with government attorney and revise per his comments (.5). |
| 9/17/02 | Janet S Baer | .40 | Attend to matters re Fresenius tax matters. |
| 9/17/02 | James W Kapp | 1.20 | Telephone conference with P. Zilly, M. Shelnitz, E. Filon re IRS settlement and bankruptcy consequence re same (.6); supplement correspondence to E. Filon re tax refund (.5); telephone conference with E. Filon re Federal income tax settlement and discuss same with Fresenius and Sealed Air (.1). |
| 9/18/02 | Pratibha J Shenoy | 1.00 | Finish final revisions to joint status report and send to government attorney. |
| 9/18/02 | James W Kapp | .20 | Telephone conference with E. Filon re Federal income tax settlement. |
| 9/18/02 | Todd F Maynes | 1.30 | Telephone conferences with IRS re possible settlement. |
| 9/19/02 | Pratibha J Shenoy | .70 | Conference calls with government attorney re settlement (.6); attend to matters re same (.1). |
| 9/19/02 | Roger J Higgins | 5.80 | Telephone conference with E. Filon re settlement issues (2.5); revise draft COLI 80/20 motion (3.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/19/02 | James W Kapp | 3.30 | Telephone conference with D. Rosenbloom re Internal Revenue Service tax settlement (.9); telephone conference with E. Filon re same (.8); review and revise COLI 80/20 settlement (1.1); telephone conference with T. Border and D. Rosenbloom re same (.5). |
| 9/19/02 | Todd F Maynes | 1.00 | Research re asbestos bankruptcies for purposes of settlement. |
| 9/20/02 | Pratibha J Shenoy | 1.60 | Research timing of bankruptcy filings and attend to matters re same. |
| 9/20/02 | Roger J Higgins | 7.30 | Prepare for and participate in telephone conference with E. Filon and D. Siegel re COLI 80/20 settlement proposal motion (1.3); draft motion re same (4.5); telephone conference with D. Rosenbloom re same (.5); telephone conferences with T. Borders re same (1.0). |
| 9/20/02 | James W Kapp | 2.60 | Review notes of conversation with D. Rosenbloom in preparation of telephone conference with Company (.3); telephone conference with C. Fink, P. Zilly, D. Siegel, M. Shelnitz, E. Filon re COLI 80/20 tax settlement (.9); telephone conference with D. Rosenbloom re same (.3); telephone conference with D. Siegel re same (.1); review and revise modified COLI settlement motion (1.0). |
| 9/20/02 | Todd F Maynes | 1.00 | Review memorandum re bankruptcies (.5); revise same (.5). |
| 9/21/02 | Roger J Higgins | 1.50 | Telephone conference with E. Filon re COLI 80/20 settlement motion (.4); telephone conference with D. Lopo re same (.4); attend to matters re same (.7). |
| 9/22/02 | Roger J Higgins | 3.00 | Telephone conference with E. Filon re COLI 80/20 settlement motion (.8); revise same (1.5); telephone conference with D. Rosenbloom and T. Borders re same (.7). |
| 9/23/02 | Pratibha J Shenoy | .30 | Attend to matters re joint status report. |
| 9/23/02 | Roger J Higgins | 2.00 | Draft order for COLI 80/20 settlement motion (.7); telephone conference with P. Zilly, E. Filon, R. Tarola et al re same (.7); telephone conference with T. Borders re same (.2); revise motion and prepare for filing (.4). |
| 9/23/02 | James W Kapp | 1.00 | Review and revise COLI 80/20 settlement motion. |
| 9/24/02 | Roger J Higgins | 1.00 | Telephone conference with M Shelnitz re COLI motion (.2); telephone conference with E. Filon re same and re agency question (.2); consider issues re agency question (.6). |

A-33

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/24/02 | Todd F Maynes | 1.00 | Telephone conferences with Court re joint status report issue; Telephone conferences with IRS to correct IRS mistake. |
| 9/25/02 | Roger J Higgins | .60 | Consider refund issues (.3); telephone conference with E. Filon re same (.3). |
| 9/25/02 | Todd F Maynes | 1.30 | Telephone conference re status report issue (.4); telephone conferences re settlement issues (.9). |
| 9/26/02 | Pratibha J Shenoy | 1.50 | Review September 26, 2002, memorandum prepared by E. Filon re audit issues (.7); attend to matters re same (.2); conduct research re same (.6). |
| 9/26/02 | Todd F Maynes | 1.00 | Consider issues re Fresenius/Sealed Air situation. |
| 9/27/02 | Pratibha J Shenoy | 1.50 | Research issues related to bankruptcy estate attributes and fiduciary obligations. |
| 9/27/02 | James W Kapp | .80 | Review memorandum re tax refund (.4); telephone conference with J. Novotney re COLI tax settlement issues (.4). |
| 9/27/02 | Todd F Maynes | .80 | Consider issues re Fresenius/Sealed Air situation. |
| 9/30/02 | James W Kapp | .70 | Telephone conference with M. Shelnitz re refund issues and COLI settlement (.5); review correspondence from D. Rosenbloom re COLI settlement (.2). |
|  | Total hours: | 66.70 |  |

## Matter 51 – ZAI Science Trial – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/07/02 | S Jonathan Silverman | 5.90 | Analyze scientific literature in preparation for meeting with consulting expert. |
| 8/08/02 | S Jonathan Silverman | 8.00 | Meet with D. Kuchinsky and consulting expert and additional work re same. |
| 8/09/02 | S Jonathan Silverman | 2.30 | Meet with consulting expert (.4); and additional analysis of scientific literature re same (1.9). |
| 8/13/02 | S Jonathan Silverman | 4.50 | Analyze draft expert reports. |
| 8/14/02 | S Jonathan Silverman | 2.50 | Telephone conference with B. Harding re preparation of expert and additional work re same. |
| 9/03/02 | Lisa G Esayian | 1.30 | Review Curtis Bay and Chattanooga environmental audit reports for any information relevant to this case (.2); draft portions of Cambridge site trial outline (.5); analyze issues re Walpole site environmental reserve and conference with M. Obradovic at Remedium re same (.1); conference with L. Duff at Grace re issues re Hatco site documents (.1); revise and add to Grace's requests for admission to United States re Hatco, Walpole, Woburn, Charleston, Chattanooga and Curtis Bay and draft requests for admission for Cambridge and Acton sites (.4). |
| 9/04/02 | S Jonathan Silverman | .90 | Plan work for expert consultant and discuss same with B. Harding. |
| 9/05/02 | Janet S Baer | .50 | Review response from ZAI claimants re ZAI science trial order and attend to matters re same. |
| 9/06/02 | Christopher B Sullivan | 1.00 | Prepare materials for response to response of ZAI claimants with respect to order on scope of science trial. |
| 9/09/02 | Christopher B Sullivan | 1.40 | Draft/edit response to ZAI claimants proposed revised scheduling order (1.2); attend to matters re same (.2). |
| 9/10/02 | Mark E Grummer | .60 | Attend to matters re various sites, including review of Environmental Protection Agency request to enter into consent order re Wilder site (.4); telephone conferences with J. Baer re same (.2). |
| 9/10/02 | Christopher B Sullivan | 1.10 | Draft/edit response to ZAI claimants proposed revised scheduling order (.6); review additional ZAI documents for purposes of ZAI master fact outline (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/11/02 | Janet S Baer | 5.40 | Revise ZAI order re Daubert issue (.8); revise and supplement objection re ZAI order to reflect comments from all counsel; review exhibits and prepare for filing (4.6). |
| 9/11/02 | Christopher B Sullivan | .70 | Draft/edit response to ZAI claimants proposed revised scheduling order. |
| 9/12/02 | S Jonathan Silverman | .10 | Telephone conference with nontestifying consultant re preparation of work product. |
| 9/12/02 | Christopher B Sullivan | 1.00 | Review responses to ZAI claimants' first discovery requests (.2); draft master fact outline for ZAI and Libby (.8). |
| 9/16/02 | Christopher B Sullivan | 2.50 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/17/02 | S Jonathan Silverman | .10 | Telephone conference with nontestifying consultant re preparation of work product. |
| 9/17/02 | Christopher B Sullivan | 2.20 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/18/02 | Janet S Baer | 1.50 | Review motion to compel discovery, exhibits re ZAI science trial. |
| 9/18/02 | Christopher B Sullivan | 1.30 | Draft/edit ZAI master fact outline and review documents re same. |
| 9/19/02 | Janet S Baer | 3.50 | Attend to matters re motion to compel discovery (.5); confer with D. Cameron and J. Bentz re Motion to compel and related matters (.5); prepare objection to motion to expedite on motion to compel (2.5). |
| 9/20/02 | Janet S Baer | 2.00 | Attend to matters re ZAI motion to compel (.5); review draft response, revise same and correspond re related matters (1.5). |
| 9/20/02 | S Jonathan Silverman | 1.20 | Discuss epidemiology issues with B. Price and analyze literature re same. |
| 9/20/02 | Christopher B Sullivan | 1.50 | Draft/edit ZAI master fact outline and review documents re same (1.3); respond to S. McMillan re background on subpoena and discovery request (.2). |
| 9/24/02 | Christopher B Sullivan | 1.40 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| 9/25/02 | Christopher B Sullivan | 1.50 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| 9/26/02 | Christopher B Sullivan | 1.60 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/30/02 | Christopher B Sullivan | 1.50 | Review CPD documents and annotate same for inclusion in ZAI master fact outline. |
| | Total hours: | 59.00 | |

A-37

### Matter 53 – Valuation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/03/02 | Linda Potapova | 3.80 | Research Code section 468(B) provisions re valuation of large blocks of stock, prepare memorandum re the same. |
| 9/05/02 | Linda Potapova | 3.00 | Research Code section 468(B) provisions re valuation of large blocks of stock, prepare memorandum re the same. |
| 9/10/02 | Linda Potapova | 4.20 | Research Code section 468(B) provisions re valuation of large blocks of stock, prepare memorandum re the same. |
| | Total hours: | 11.00 | |