# EXHIBIT B

## Matter 42 – Travel Non-Working – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $40.43 |
| Travel Expense | $2,326.86 |
| Airfare | $6,544.18 |
| Transportation to/from airport | $601.50 |
| Travel Meals | $227.73 |
| **Total** | **$9,740.70** |

## **Matter 42 – Travel Non-Working – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 8/20/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 8/26/02 | 125.00 | ELLI LEIBENSTEIN - Airfare Expense, Washington, D.C. 6.30.02 (Meet w/Expert) Supplemental |
| 8/26/02 | 64.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 8/30/02 | 770.98 | S JONATHAN SILVERMAN - Travel Expense, Washington, DC 7.31.02 - 8.2.02 (Meet with Consulting expert) |
| 8/30/02 | 641.17 | S JONATHAN SILVERMAN - Airfare Expense, Washington, DC 7.31.02 - 8.2.02 (Meet with Consulting expert) |
| 8/30/02 | 37.93 | S JONATHAN SILVERMAN - Meals Expense, Washington, DC 7.31.02 - 8.2.02 (Meet with Consulting expert) |
| 9/05/02 | 58.40 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 9/09/02 | 929.06 | DAVID M BERNICK, P.C. - Travel Expense, Wilmington,DE/Denver,CO, 8.25 to 8.28.02, (Pre-Trial Hearing & Depos) |
| 9/09/02 | 216.80 | JANET BAER - Travel Expense, Baltimore,MD, 9.05 to 9.09.02, (Mtgs) |
| 9/09/02 | 2,250.85 | DAVID M BERNICK, P.C. - Airfare Expense, Wilmington,DE/Denver,CO, 8.25 to 8.28.02, (Pre-Trial Hearing & Depos) |
| 9/09/02 | 1,120.18 | JANET BAER - Airfare Expense, Baltimore,MD, 9.05 to 9.09.02, (Mtgs) |
| 9/09/02 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 9/09/02 | 158.15 | DAVID M BERNICK, P.C. - Meal Expense, Wilmington,DE/Denver,CO, 8.25 to 8.28.02, (Pre-Trial Hearing & Depos) |
| 9/24/02 | 312.12 | JANET BAER - Travel Expense, Wilmington,DE, 9.22 to 9.23.02, (Hearing) |
| 9/24/02 | 1,116.20 | JANET BAER - Airfare Expense, Wilmington,DE, 9.22 to 9.23.02, (Hearing) |
| 9/24/02 | 13.00 | JANET BAER - Meal Expense, Wilmington,DE, 9.22 to 9.23.02, (Hearing) |
| 9/25/02 | 97.90 | JAMES W KAPP - Travel Expense, Columbia,MD, 9.05 to 9.09.02, (Attend Mtg) |
| 9/25/02 | 1,290.78 | JAMES W KAPP - Airfare Expense, Columbia,MD, 9.05 to 9.09.02, (Attend Mtg) |
| 9/25/02 | 18.65 | JAMES W KAPP - Meal Expense, Columbia,MD, 9.05 to 9.09.02, (Attend Mtg) |
| 9/26/02 | 40.43 | JANET BAER - Telephone Expense, VZairf on Visa Stmt dtd 9.16.02 |
| 9/26/02 | 137.44 | JANET BAER - Trans. to/from airport, Boston Coach 8.27.02, (Supplement) |
| 9/26/02 | 100.94 | JANET BAER - Trans. to/from airport, Boston Coach 9.09.02 (Supplement) |
| 9/26/02 | 123.72 | JANET BAER - Trans. to/from airport, Boston Coach 9.09.02 (Supplement) |

## Matter 50 – ZAI Science Trial (Travel) – Expenses

| Service Description | Amount |
| --- | --- |
| Travel Expense | $378.26 |
| Airfare | $1,053.88 |
| Travel Meals | $66.44 |
| **Total** | **$1,498.58** |

B-3

## Matter 50 – ZAI Science Trial (Travel) – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/19/02 | 378.26 | S JONATHAN SILVERMAN - Travel Expense, Washington, DC 8.8.02 - 8.9.02 (Meeting w/consulting expert Re: Epidemiological issues) |
| 9/19/02 | 1,053.88 | S JONATHAN SILVERMAN - Airfare Expense, Washington, DC 8.8.02 - 8.9.02 (Meeting w/consulting expert Re: Epidemiological issues) |
| 9/19/02 | 66.44 | S JONATHAN SILVERMAN - Meals Expense, Washington, DC 8.8.02 - 8.9.02 (Meeting w/consulting expert Re: Epidemiological issues) |

## Matter 51 – ZAI Science Trial – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $51.74 |
| Fax Telephone Charge | $9.57 |
| Fax Charge | $124.50 |
| Standard Copies | $32.50 |
| **Total** | **$218.31** |

## Matter 51 – ZAI Science Trial – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/07/02 | 51.74 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, 8/15/02, T Maynes |
| 9/11/02 | 2.70 | Fax phone charge to 302-652-4400 |
| 9/11/02 | 34.50 | Fax page charge to 302-652-4400 |
| 9/11/02 | 2.30 | Standard Copies |
| 9/11/02 | 4.70 | Standard Copies |
| 9/18/02 | 4.32 | Fax phone charge to 412-288-3063 |
| 9/18/02 | 2.55 | Fax phone charge to 412-288-3063 |
| 9/18/02 | 58.50 | Fax page charge to 412-288-3063 |
| 9/18/02 | 30.75 | Fax page charge to 412-288-3063 |
| 9/18/02 | 11.70 | Standard Copies |
| 9/18/02 | 13.80 | Standard Copies |
| 9/20/02 | .75 | Fax page charge to 412-288-3063 |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $223.87 |
| Fax Telephone Charge | $14.06 |
| Fax Charge | $244.50 |
| Standard Copies | $2,578.90 |
| Binding | $8.75 |
| Tabs/Indexes/Dividers | $18.00 |
| Color Copies | $126.00 |
| Scanned Images | $61.05 |
| Postage | $0.37 |
| Overnight Delivery | $87.73 |
| Overnight Delivery - Refund | $(10.66) |
| Outside Messenger Services | $8.46 |
| Local Transportation | $5.00 |
| Court Reporter Fee/Deposition | $1,065.90 |
| Calendar/Court Services | $10.00 |
| Witness Fees | $(47.30) |
| Outside Paralegal Assistance | $19.80 |
| Working Meals/K&E and Others | $148.00 |
| Information Broker Doc/Svcs | $221.27 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $1,330.13 |
| Overtime Transportation | $143.10 |
| Overtime Meals | $87.00 |
| Overtime Meals - Attorney | $47.99 |
| Secretarial Overtime | $3,006.60 |
| Miscellaneous Office Expenses | $16.38 |
| **Total** | **$9,424.90** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 6/05/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 6/10/02 | 18.66 | THOMPSON,SU. - Prep, copy and fax correspondence |
| 6/11/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 6/12/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 6/14/02 | 55.98 | THOMPSON,SU. - Letter to opposing counsel, copy, f |
| 6/14/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 6/14/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 6/15/02 | 12.00 | Overtime Meals    SOLIS,ROBERTA K |
| 6/15/02 | 111.96 | SOLIS,RO. - Revise documents |
| 6/15/02 | 37.32 | SOLIS,RO. - Work with documents |
| 6/15/02 | 74.64 | SOLIS,RO. - Work on documents |
| 6/16/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 6/16/02 | 233.25 | CRABB,BA. - Prepare documents. |
| 6/17/02 | 55.98 | THOMPSON,SU. - Revise briefs and prep for distribu |
| 6/17/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 6/18/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 6/18/02 | 18.66 | THOMPSON,SU. - Revisions to 23(f) Petition |
| 6/18/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 6/19/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 6/21/02 | 37.32 | THOMPSON,SU. - Coordination, tcs and faxes re cour |
| 6/21/02 | 37.32 | THOMPSON,SU. - Misc. faxing, tcs re court hearing |
| 7/28/02 | 5.15 | VIRTUALDOCKET.COM - TA(4.86) Computer Database Research, 7/02 Usage for A. Groesch. |
| 7/31/02 | 103.63 | REED ELSEVIER, INC. - Computer Database Research - 7/2002 |
| 8/01/02 | 4.00 | Standard Copies |
| 8/01/02 | 22.50 | Standard Copies |
| 8/01/02 | 2.40 | Standard Copies |
| 8/01/02 | .80 | Standard Copies |
| 8/01/02 | 6.38 | West Publishing-TP,Database Usage  8.02 |
| 8/02/02 | .90 | Standard Copies |
| 8/02/02 | 10.20 | Standard Copies |
| 8/02/02 | 8.10 | Standard Copies |
| 8/02/02 | .79 | West Publishing-TP,Database Usage  8.02 |
| 8/05/02 | 9.70 | Standard Copies |
| 8/05/02 | 8.10 | Standard Copies |
| 8/05/02 | 22.20 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/05/02 | 4.05 | West Publishing-TP,Database Usage 8.02 |
| 8/05/02 | 82.76 | West Publishing-TP,Database Usage 8.02 |
| 8/05/02 | 36.75 | West Publishing-TP,Database Usage 8.02 |
| 8/06/02 | 21.54 | West Publishing-TP,Database Usage 8.02 |
| 8/07/02 | 53.19 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, T Hardy, 7/15/02 |
| 8/07/02 | 111.40 | Standard Copies |
| 8/07/02 | 5.00 | Tabs/Indexes/Dividers |
| 8/07/02 | 8.44 | UPS Dlvry to:US Court of Federal Claims Washington,DC from:Susan Polk |
| 8/08/02 | 5.20 | Standard Copies |
| 8/08/02 | .75 | Scanned Images |
| 8/08/02 | 3.13 | West Publishing-TP,Database Usage 8.02 |
| 8/09/02 | .60 | Standard Copies |
| 8/09/02 | 4.20 | Standard Copies |
| 8/09/02 | 15.40 | Standard Copies |
| 8/09/02 | 1.80 | Standard Copies |
| 8/12/02 | 4.50 | Standard Copies |
| 8/12/02 | 12.90 | Standard Copies |
| 8/12/02 | .10 | Standard Copies |
| 8/12/02 | 7.50 | Standard Copies |
| 8/12/02 | 37.90 | Standard Copies |
| 8/12/02 | 5.00 | Standard Copies |
| 8/12/02 | 76.20 | Standard Copies |
| 8/12/02 | 22.80 | Standard Copies |
| 8/12/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 8/13/02 | .40 | Standard Copies |
| 8/13/02 | .50 | Standard Copies |
| 8/13/02 | 1.00 | Standard Copies |
| 8/13/02 | .10 | Standard Copies |
| 8/13/02 | .30 | Standard Copies |
| 8/13/02 | 5.70 | Standard Copies |
| 8/13/02 | 9.20 | Standard Copies |
| 8/13/02 | 4.40 | Standard Copies |
| 8/13/02 | 49.05 | West Publishing-TP,Database Usage 8.02 |
| 8/14/02 | 4.00 | Standard Copies |
| 8/14/02 | 11.80 | Standard Copies |
| 8/14/02 | 20.80 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/14/02 | 18.40 | Standard Copies |
| 8/14/02 | 3.00 | Standard Copies |
| 8/14/02 | 5.10 | Standard Copies |
| 8/14/02 | 61.20 | Standard Copies |
| 8/14/02 | 31.70 | Standard Copies |
| 8/14/02 | 7.80 | Standard Copies |
| 8/14/02 | 9.80 | Standard Copies |
| 8/14/02 | 1.20 | Standard Copies |
| 8/14/02 | 41.40 | Standard Copies |
| 8/14/02 | .20 | Standard Copies |
| 8/14/02 | 126.00 | Color Copies |
| 8/14/02 | 75.36 | West Publishing-TP,Database Usage 8.02 |
| 8/15/02 | 12.20 | Standard Copies |
| 8/15/02 | 5.80 | Standard Copies |
| 8/15/02 | 16.19 | West Publishing-TP,Database Usage 8.02 |
| 8/16/02 | 2.60 | Standard Copies |
| 8/16/02 | 51.40 | Standard Copies |
| 8/16/02 | 5.50 | Standard Copies |
| 8/16/02 | 12.50 | Standard Copies |
| 8/16/02 | 8.20 | Standard Copies |
| 8/16/02 | .30 | Standard Copies |
| 8/16/02 | 12.20 | Standard Copies |
| 8/16/02 | 15.60 | Standard Copies |
| 8/16/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 8/17/02 | .40 | Standard Copies |
| 8/17/02 | 100.55 | West Publishing-TP,Database Usage 8.02 |
| 8/17/02 | 6.00 | Overtime Meals    CRABB,BARBARA L |
| 8/17/02 | 149.28 | CRABB,BA. - Prepare documents. |
| 8/18/02 | 1.90 | Standard Copies |
| 8/18/02 | 6.48 | West Publishing-TP,Database Usage 8.02 |
| 8/19/02 | 18.30 | Standard Copies |
| 8/19/02 | .20 | Standard Copies |
| 8/19/02 | 4.80 | Standard Copies |
| 8/19/02 | 1.10 | Standard Copies |
| 8/19/02 | 57.00 | Standard Copies |
| 8/19/02 | .20 | Standard Copies |
| 8/19/02 | 1.10 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 8/19/02 | 90.10 | West Publishing-TP,Database Usage 8.02 |
| 8/19/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 8/20/02 | 14.00 | Standard Copies |
| 8/20/02 | 15.20 | Standard Copies |
| 8/20/02 | 3.20 | Standard Copies |
| 8/20/02 | .90 | Standard Copies |
| 8/20/02 | 11.50 | Standard Copies |
| 8/20/02 | 6.80 | Standard Copies |
| 8/20/02 | .70 | Standard Copies |
| 8/20/02 | 5.70 | Standard Copies |
| 8/20/02 | 48.54 | West Publishing-TP,Database Usage 8.02 |
| 8/20/02 | 60.22 | West Publishing-TP,Database Usage 8.02 |
| 8/20/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 8/21/02 | .60 | Standard Copies |
| 8/21/02 | 7.90 | Standard Copies |
| 8/21/02 | 4.90 | Standard Copies |
| 8/21/02 | 27.60 | Standard Copies |
| 8/21/02 | 16.50 | Standard Copies |
| 8/21/02 | .20 | Standard Copies |
| 8/21/02 | 2.80 | Standard Copies |
| 8/21/02 | 49.90 | Standard Copies |
| 8/21/02 | -47.30 | ED WESTBROOK - Witness Fees and mileage for E. Westbrook deposition, 8.21.02 |
| 8/21/02 | 1.24 | West Publishing-TP,Database Usage 8.02 |
| 8/21/02 | .85 | West Publishing-TP,Database Usage 8.02 |
| 8/22/02 | 9.40 | Standard Copies |
| 8/22/02 | 4.60 | Standard Copies |
| 8/22/02 | .40 | Standard Copies |
| 8/22/02 | 22.60 | Standard Copies |
| 8/22/02 | .10 | Standard Copies |
| 8/22/02 | 8.70 | Standard Copies |
| 8/22/02 | .90 | Scanned Images |
| 8/22/02 | 27.03 | Fed Exp to:LEE A. HILLARD, CPA,DENVER,CO from:DAVID CODEVILLA |
| 8/22/02 | 27.03 | Fed Exp to:LEE A. HILLARD, CPA,DENVER,CO from:DAVID CODEVILLA |
| 8/22/02 | 40.49 | West Publishing-TP,Database Usage 8.02 |
| 8/22/02 | 4.20 | West Publishing-TP,Database Usage 8.02 |

| Date | Amount | Description |
|------|--------|-------------|
| 8/22/02 | 6.15 | West Publishing-TP,Database Usage 8.02 |
| 8/22/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 8/23/02 | 4.90 | Standard Copies |
| 8/23/02 | 17.30 | Standard Copies |
| 8/23/02 | 34.20 | Standard Copies |
| 8/23/02 | 9.60 | Standard Copies |
| 8/23/02 | 2.10 | Standard Copies |
| 8/23/02 | 31.50 | Standard Copies |
| 8/23/02 | 12.40 | Standard Copies |
| 8/23/02 | 6.70 | Standard Copies |
| 8/23/02 | .60 | Standard Copies |
| 8/23/02 | 10.61 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 8/23/02 | 22.00 | EUREST - Working Meals/K&E and Others, Conf Rm/Food, Serv For 1 person, E. Leibenstein, 8/16/02 |
| 8/23/02 | 30.00 | EUREST - Working Meals/K&E and Others, Conf Rm/Food, Serv For 2 ppl, E. Leibenstein, 8/16/02 |
| 8/23/02 | 10.00 | Library Document Procurement - NTIS Documents - Superfund Removal Procedures. |
| 8/23/02 | 31.97 | West Publishing-TP,Database Usage 8.02 |
| 8/23/02 | 1.31 | West Publishing-TP,Database Usage 8.02 |
| 8/23/02 | 117.44 | West Publishing-TP,Database Usage 8.02 |
| 8/23/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 8/24/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |
| 8/24/02 | 177.27 | CRABB,BA. - Prepare documents. |
| 8/26/02 | .62 | Telephone call to: SOUTH WEST,FL 941-363-2609 |
| 8/26/02 | .83 | Telephone call to: STATE OF,DE 302-425-6400 |
| 8/26/02 | 3.03 | West Publishing-TP,Database Usage 8.02 |
| 8/26/02 | 65.31 | CRABB,BA. - Prepare documents and distribute same. |
| 8/26/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 8/27/02 | 1.04 | Telephone call to: DALLAS,TX 214-698-3868 |
| 8/27/02 | .62 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 8/27/02 | .40 | Standard Copies |
| 8/27/02 | 3.30 | Standard Copies |
| 8/27/02 | 6.40 | Standard Copies |
| 8/27/02 | 101.10 | Standard Copies |
| 8/27/02 | 36.00 | Standard Copies |
| 8/27/02 | .80 | Standard Copies |
| 8/27/02 | 1.30 | Standard Copies |

| Date | Amount | Description |
|------|-------|-------------|
| 8/27/02 | 1.00 | Standard Copies |
| 8/27/02 | 49.68 | West Publishing-TP,Database Usage  8.02 |
| 8/27/02 | 10.44 | West Publishing-TP,Database Usage  8.02 |
| 8/27/02 | 47.99 | RYAN NADICK - Overtime Meals for J. Kapp, C. Lane, 8.18.02 |
| 8/27/02 | 37.32 | GILMER,VA. - Numerous revisions to Norton's Chap. |
| 8/28/02 | .62 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 8/28/02 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 8/28/02 | 2.91 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 8/28/02 | .90 | Standard Copies |
| 8/28/02 | 1.00 | Standard Copies |
| 8/28/02 | 13.00 | Standard Copies |
| 8/28/02 | 3.40 | Standard Copies |
| 8/28/02 | 5.20 | Standard Copies |
| 8/28/02 | 1.50 | Standard Copies |
| 8/28/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 8/29/02 | .83 | Telephone call to:  WASHINGTON,DC 202-216-1145 |
| 8/29/02 | 4.99 | Telephone call to:  WASHINGTON,DC 202-216-1156 |
| 8/29/02 | 2.29 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 8/29/02 | 2.29 | Telephone call to:  WASHINGTON,DC 202-216-1156 |
| 8/29/02 | .20 | Standard Copies |
| 8/30/02 | 2.29 | Telephone call to:  MOSINEE,WI 715-693-2813 |
| 8/30/02 | 1.04 | Telephone call to:  DALLAS,TX 214-509-0924 |
| 8/30/02 | 3.75 | Fax page charge to 410-531-4133 |
| 8/30/02 | 8.10 | Standard Copies |
| 8/30/02 | 31.80 | Standard Copies |
| 8/30/02 | 94.30 | Standard Copies |
| 8/30/02 | 3.20 | Standard Copies |
| 8/30/02 | .10 | Standard Copies |
| 8/30/02 | 1.60 | Standard Copies |
| 8/30/02 | .50 | Standard Copies |
| 8/30/02 | 7.29 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 8/31/02 | 160.85 | REED ELSEVIER, INC. - Computer Database Research - 8/2002 |
| 8/31/02 | 16.38 | CORPORATE EXPRESS, INC. - TA(15.20) 10 Redropes Expansion files, letter size |
| 9/02/02 | 1,065.90 | JANE ROSE REPORTING SERVICE INC. - Court Reporter Fee/Deposition, Depositions of Paul Norris, 8/1/02 and W.Brian McGowan, 8/1/02 |
| 9/03/02 | 1.25 | Telephone call to:  WILMINGTON,DE 302-652-5340 |

B-13

| Date | Amount | Description |
|------|--------|-------------|
| 9/03/02 | 1.25 | Telephone call to: NORTH EAST,NJ 201-968-0001 |
| 9/03/02 | 4.99 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 9/03/02 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4075 |
| 9/03/02 | 10.18 | Telephone call to: MADISON,WI 608-250-9675 |
| 9/03/02 | .30 | Standard Copies |
| 9/03/02 | 44.70 | Standard Copies |
| 9/03/02 | 28.80 | Standard Copies |
| 9/03/02 | 6.60 | Standard Copies |
| 9/03/02 | 32.00 | EUREST - Working Meals/K&E and Others, Conf Rm/Food Serv For 4 ppl, E. Leibenstein, 8/29/02 |
| 9/03/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 9/04/02 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/04/02 | .62 | Telephone call to: E BAY,CA 925-937-3363 |
| 9/04/02 | 6.00 | Fax page charge to 410-531-4783 |
| 9/04/02 | 6.00 | Fax page charge to 410-531-4545 |
| 9/04/02 | 4.50 | Fax page charge to 561-362-1583 |
| 9/04/02 | 4.50 | Fax page charge to 412-288-3063 |
| 9/04/02 | 5.60 | Standard Copies |
| 9/04/02 | 3.40 | Standard Copies |
| 9/04/02 | .60 | Standard Copies |
| 9/04/02 | 3.20 | Standard Copies |
| 9/04/02 | 60.60 | Standard Copies |
| 9/04/02 | .50 | Standard Copies |
| 9/05/02 | 1.60 | Standard Copies |
| 9/05/02 | 5.10 | Standard Copies |
| 9/05/02 | .10 | Standard Copies |
| 9/05/02 | 1.00 | Standard Copies |
| 9/05/02 | 86.40 | Crown Coach - Overtime Transportation, Roberta K Solis |
| 9/05/02 | 12.00 | Overtime Meals    SOLIS,ROBERTA K |
| 9/05/02 | 65.31 | CRABB,BA. - Prepare documents and distribute same. |
| 9/05/02 | 74.64 | SOLIS,RO. - Revisions to objection to Examiner Mot |
| 9/05/02 | 74.64 | SOLIS,RO. - Professionals list for distributions r |
| 9/06/02 | 4.57 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 9/06/02 | 3.53 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 9/06/02 | 3.75 | Fax page charge to 410-531-4783 |
| 9/06/02 | 3.70 | Standard Copies |
| 9/08/02 | 19.80 | AD PERSONNEL, INC. - Outside Paralegal Assistance - Jackson, Dorian w/e 09/08/02 |

B-14

| Date | Amount | Description |
|------|--------|-------------|
| 9/08/02 | 12.00 | Overtime Meals    SOLIS,ROBERTA K |
| 9/08/02 | 93.30 | SOLIS,RO. - Revisions to Fee Examiner Objection Mo |
| 9/09/02 | 11.02 | Telephone call to:  JACKSON,MS 601-352-8646 |
| 9/09/02 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 9/09/02 | 1.50 | Fax page charge to 410-531-4783 |
| 9/09/02 | 141.30 | Standard Copies |
| 9/09/02 | 5.30 | Standard Copies |
| 9/09/02 | 4.40 | Standard Copies |
| 9/09/02 | 3.90 | Standard Copies |
| 9/10/02 | 3.33 | Telephone call to:  EASTERN,MD 410-336-0713 |
| 9/10/02 | .62 | Telephone call to:  ENGLEWOOD,NJ 201-567-5050 |
| 9/10/02 | 1.25 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 9/10/02 | .79 | Fax phone charge to 212-735-2000 |
| 9/10/02 | .79 | Fax phone charge to 202-429-3301 |
| 9/10/02 | .79 | Fax phone charge to 212-868-1229 |
| 9/10/02 | .79 | Fax phone charge to 305-374-7593 |
| 9/10/02 | .79 | Fax phone charge to 561-362-1584 |
| 9/10/02 | .79 | Fax phone charge to 410-531-4545 |
| 9/10/02 | .79 | Fax phone charge to 303-312-7331 |
| 9/10/02 | 1.50 | Fax page charge to 212-583-5707 |
| 9/10/02 | 9.75 | Fax page charge to 212-735-2000 |
| 9/10/02 | 9.75 | Fax page charge to 202-429-3301 |
| 9/10/02 | 9.75 | Fax page charge to 212-868-1229 |
| 9/10/02 | 9.75 | Fax page charge to 305-374-7593 |
| 9/10/02 | 9.75 | Fax page charge to 561-362-1584 |
| 9/10/02 | 9.75 | Fax page charge to 410-531-4545 |
| 9/10/02 | 9.75 | Fax page charge to 303-312-7331 |
| 9/10/02 | .60 | Standard Copies |
| 9/10/02 | 1.80 | Standard Copies |
| 9/10/02 | 160.00 | Standard Copies |
| 9/10/02 | 64.00 | EUREST - Working Meals/K&E and Others, Conf Rm/Food Serv For 8 ppl, J. Baer, 9/4/02 |
| 9/11/02 | 1.04 | Telephone call to:  E CENTRAL,FL 561-362-1568 |
| 9/11/02 | 1.87 | Telephone call to:  DALLAS,TX 214-698-3868 |
| 9/11/02 | 8.40 | Standard Copies |
| 9/11/02 | 10.00 | Standard Copies |
| 9/11/02 | 8.20 | Standard Copies |

B-15

| Date | Amount | Description |
|------|--------|-------------|
| 9/11/02 | 1.10 | Standard Copies |
| 9/11/02 | .20 | Standard Copies |
| 9/11/02 | 3.50 | Standard Copies |
| 9/11/02 | 8.46 | ALPHA MAIL DELIVERY, INC. - Outside Messenger Services - 8/23/2002 |
| 9/11/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 9/12/02 | .62 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 9/12/02 | 1.45 | Telephone call to:  MOSINEE,WI 715-693-2912 |
| 9/12/02 | 2.08 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 9/12/02 | .83 | Telephone call to:  DALLAS,TX 214-698-3868 |
| 9/12/02 | .83 | Fax phone charge to 561-362-1583 |
| 9/12/02 | 9.00 | Fax page charge to 561-362-1583 |
| 9/12/02 | 3.75 | Fax page charge to 410-531-4461 |
| 9/12/02 | 3.75 | Fax page charge to 410-531-4783 |
| 9/12/02 | 2.25 | Fax page charge to 561-362-1323 |
| 9/12/02 | 3.00 | Standard Copies |
| 9/12/02 | .20 | Standard Copies |
| 9/12/02 | 6.20 | Standard Copies |
| 9/12/02 | 5.20 | Standard Copies |
| 9/12/02 | 1.60 | Standard Copies |
| 9/12/02 | 18.40 | Standard Copies |
| 9/12/02 | 3.00 | Standard Copies |
| 9/12/02 | 1.50 | Standard Copies |
| 9/12/02 | 21.90 | Standard Copies |
| 9/12/02 | 1.30 | Standard Copies |
| 9/12/02 | 6.00 | Standard Copies |
| 9/12/02 | 1.20 | Standard Copies |
| 9/12/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 9/13/02 | 1.80 | Standard Copies |
| 9/13/02 | .70 | Standard Copies |
| 9/13/02 | 7.80 | Standard Copies |
| 9/13/02 | 45.00 | Standard Copies |
| 9/13/02 | 3.50 | Binding |
| 9/13/02 | 4.90 | Tabs/Indexes/Dividers |
| 9/13/02 | 39.70 | ROBERTA K SOLIS - Overtime Transportation, 9.8.02 |
| 9/13/02 | 9.00 | Overtime Meals    CRABB,BARBARA L |
| 9/13/02 | 65.31 | CRABB,BA. - Prepare documents. |

| Date | Amount | Description |
|------|-------:|-------------|
| 9/16/02 | 7.90 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 9/16/02 | .62 | Telephone call to: WASHINGTON,DC 202-307-6493 |
| 9/16/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 9/16/02 | .40 | Standard Copies |
| 9/16/02 | 3.60 | Standard Copies |
| 9/16/02 | 30.70 | Standard Copies |
| 9/16/02 | .50 | Standard Copies |
| 9/17/02 | 4.78 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 9/17/02 | .83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/17/02 | .62 | Telephone call to: LARCHMONT,NY 914-834-1238 |
| 9/17/02 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/17/02 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 9/17/02 | .20 | Standard Copies |
| 9/17/02 | .20 | Standard Copies |
| 9/17/02 | 2.30 | Standard Copies |
| 9/17/02 | 2.80 | Standard Copies |
| 9/17/02 | 4.10 | Standard Copies |
| 9/17/02 | 1.60 | Standard Copies |
| 9/17/02 | 20.33 | VON HERBULIS,JO. - Meet participants in deposition |
| 9/18/02 | 4.16 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 9/18/02 | 2.25 | Fax page charge to 305-374-7593 |
| 9/18/02 | .75 | Fax page charge to 409-833-8236 |
| 9/18/02 | .75 | Fax page charge to 561-362-1583 |
| 9/18/02 | .20 | Standard Copies |
| 9/18/02 | .70 | Standard Copies |
| 9/18/02 | 1.00 | Standard Copies |
| 9/18/02 | .10 | Standard Copies |
| 9/18/02 | .60 | Scanned Images |
| 9/18/02 | .37 | Postage |
| 9/18/02 | 7.33 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 9/18/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 9/18/02 | 37.32 | SOLIS,RO. - Revise response to fee auditor |
| 9/19/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 9/19/02 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 9/19/02 | 1.25 | Telephone call to: HACKENSACK,NJ 201-368-6900 |
| 9/19/02 | 7.27 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 9/19/02 | .10 | Standard Copies |

B-17

| Date | Amount | Description |
|------|-------:|-------------|
| 9/19/02 | 20.20 | Standard Copies |
| 9/19/02 | .90 | Standard Copies |
| 9/19/02 | 5.10 | Standard Copies |
| 9/19/02 | .90 | Standard Copies |
| 9/19/02 | 46.40 | Standard Copies |
| 9/19/02 | 1.80 | Tabs/Indexes/Dividers |
| 9/19/02 | 220.36 | NATHANAEL F MEYERS - Information Broker Doc/Svcs/Electronic Court Document Retrieval, 4/1/02 - 6/30/02 |
| 9/19/02 | .91 | NATHANAEL F MEYERS - Information Broker Doc/Svcs/Electronic Court Document Retrieval, 4/1/02 - 6/30/02 |
| 9/19/02 | 30.49 | PHILPOTT,LI. - Making edits to letter; preparing F |
| 9/20/02 | 2.70 | Telephone call to:  NEWYORKCTY,NY 212-735-3475 |
| 9/20/02 | 1.87 | Telephone call to:  LANSING,MI 517-371-8132 |
| 9/20/02 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 9/20/02 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 9/20/02 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 9/20/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY 212-506-1732 |
| 9/20/02 | 1.04 | Fax phone charge to 561-362-1323 |
| 9/20/02 | 1.04 | Fax phone charge to 410-531-4783 |
| 9/20/02 | 1.04 | Fax phone charge to 561-362-1323 |
| 9/20/02 | 9.75 | Fax page charge to 561-362-1323 |
| 9/20/02 | 9.75 | Fax page charge to 410-531-4783 |
| 9/20/02 | 3.75 | Fax page charge to 212-878-8375 |
| 9/20/02 | 11.25 | Fax page charge to 561-362-1323 |
| 9/20/02 | 1.20 | Standard Copies |
| 9/20/02 | 2.10 | Standard Copies |
| 9/20/02 | .30 | Standard Copies |
| 9/20/02 | .50 | Standard Copies |
| 9/20/02 | 5.40 | Standard Copies |
| 9/20/02 | .40 | Standard Copies |
| 9/20/02 | 1.40 | Standard Copies |
| 9/20/02 | 55.95 | Scanned Images |
| 9/20/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 9/23/02 | 12.54 | DAVID M BERNICK, P.C. - Telephone Expense, Verizon Wireless stmt dtd 8.16.02 |
| 9/23/02 | .83 | Telephone call to:  WASHINGTON,DC 202-307-6493 |
| 9/23/02 | 1.87 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 9/23/02 | 2.08 | Telephone call to:  E CENTRAL,FL 561-362-1568 |

B-18

| Date | Amount | Description |
|------|--------|-------------|
| 9/23/02 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/23/02 | .83 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/23/02 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/23/02 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/23/02 | 27.00 | Standard Copies |
| 9/23/02 | .90 | Standard Copies |
| 9/23/02 | 2.85 | Scanned Images |
| 9/23/02 | -10.66 | Overnight Delivery - Refund |
| 9/23/02 | 10.16 | PHILPOTT,LI. - Edits, preparing Fed Ex and faxing |
| 9/23/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 9/24/02 | .83 | Telephone call to: NEWYORKCTY,NY 212-735-3533 |
| 9/24/02 | 1.04 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 9/24/02 | .62 | Telephone call to: STATE OF,DE 302-778-6401 |
| 9/24/02 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 9/24/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 9/24/02 | .62 | Telephone call to: HAMMONTON,NJ 609-567-1700 |
| 9/24/02 | 9.15 | Telephone call to: WESTERN,TN 901-861-6875 |
| 9/24/02 | 2.08 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/24/02 | 1.25 | Fax phone charge to 202-879-5200 |
| 9/24/02 | 1.25 | Fax phone charge to 202-879-5200 |
| 9/24/02 | 1.25 | Fax phone charge to 202-408-7838 |
| 9/24/02 | .83 | Fax phone charge to 202-879-5200 |
| 9/24/02 | 12.75 | Fax page charge to 202-879-5200 |
| 9/24/02 | 12.75 | Fax page charge to 202-879-5200 |
| 9/24/02 | 9.00 | Fax page charge to 202-408-7838 |
| 9/24/02 | 6.75 | Fax page charge to 202-879-5200 |
| 9/24/02 | 1.50 | Fax page charge to 212-878-8375 |
| 9/24/02 | 10.00 | Standard Copies |
| 9/24/02 | 10.00 | Standard Copies |
| 9/24/02 | 8.00 | Standard Copies |
| 9/24/02 | 8.20 | Standard Copies |
| 9/24/02 | 18.80 | Standard Copies |
| 9/24/02 | .40 | Standard Copies |
| 9/24/02 | 2.50 | Standard Copies |
| 9/24/02 | .30 | Standard Copies |
| 9/24/02 | .30 | Standard Copies |
| 9/24/02 | 5.00 | JANET BAER - Local Trans. to train with documents 9.20.02 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/24/02 | 50.82 | PHILPOTT,LI. - typing edits to brief; faxing |
| 9/25/02 | 2.70 | Telephone call to:  HEMPSTEAD,NY 516-489-3300 |
| 9/25/02 | 1.45 | Telephone call to:  KAUFMAN,TX 214-932-2878 |
| 9/25/02 | .75 | Fax page charge to 908-722-0755 |
| 9/25/02 | .75 | Fax page charge to 212-735-2000 |
| 9/25/02 | .75 | Fax page charge to 212-868-1229 |
| 9/25/02 | 4.20 | Standard Copies |
| 9/25/02 | .80 | Standard Copies |
| 9/25/02 | 1.60 | Standard Copies |
| 9/25/02 | 13.40 | Standard Copies |
| 9/25/02 | 17.00 | Overtime Transportation, C. Lane, 8/19/02 |
| 9/25/02 | 30.49 | VON HERBULIS,JO. - meet parties for deposition |
| 9/26/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 9/26/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 9/26/02 | .75 | Fax page charge to 973-645-4549 |
| 9/26/02 | .75 | Fax page charge to 410-531-4783 |
| 9/26/02 | 3.00 | Fax page charge to 212-583-5707 |
| 9/26/02 | 1.50 | Fax page charge to 305-374-7593 |
| 9/26/02 | .75 | Fax page charge to 302-657-4901 |
| 9/26/02 | .75 | Fax page charge to 302-426-9947 |
| 9/26/02 | 2.25 | Fax page charge to 212-644-6755 |
| 9/26/02 | .75 | Fax page charge to 973-994-1744 |
| 9/26/02 | .75 | Fax page charge to 617-426-8810 |
| 9/26/02 | 1.50 | Fax page charge to 212-813-0580 |
| 9/26/02 | 1.50 | Fax page charge to 302-575-1714 |
| 9/26/02 | .75 | Fax page charge to 303-866-0200 |
| 9/26/02 | .75 | Fax page charge to 805-499-7126 |
| 9/26/02 | .75 | Fax page charge to 214-722-0081 |
| 9/26/02 | 1.50 | Fax page charge to 803-256-7500 |
| 9/26/02 | .75 | Fax page charge to 302-652-4400 |
| 9/26/02 | .75 | Fax page charge to 973-966-1550 |
| 9/26/02 | .75 | Fax page charge to 201-843-8044 |
| 9/26/02 | .75 | Fax page charge to 302-778-7575 |
| 9/26/02 | .75 | Fax page charge to 202-429-3902 |
| 9/26/02 | 1.50 | Fax page charge to 212-806-6006 |
| 9/26/02 | .75 | Fax page charge to 203-569-9098 |
| 9/26/02 | .75 | Fax page charge to 202-204-1001 |

| Date | Amount | Description |
|------|-------:|-------------|
| 9/26/02 | .75 | Fax page charge to 212-644-6755 |
| 9/26/02 | 1.50 | Fax page charge to 212-715-8000 |
| 9/26/02 | 2.25 | Fax page charge to 302-552-4295 |
| 9/26/02 | 2.25 | Fax page charge to 993-9767 |
| 9/26/02 | .75 | Fax page charge to 310-645-8999 |
| 9/26/02 | .75 | Fax page charge to 302-658-6395 |
| 9/26/02 | 1.10 | Standard Copies |
| 9/26/02 | 2.70 | Standard Copies |
| 9/26/02 | .60 | Standard Copies |
| 9/26/02 | 6.90 | Standard Copies |
| 9/26/02 | 1.75 | Binding |
| 9/26/02 | 12.00 | Overtime Meals    SOLIS,ROBERTA K |
| 9/26/02 | 149.28 | SOLIS,RO. - Prepare merge letter & faxes for distr |
| 9/27/02 | 4.40 | Standard Copies |
| 9/27/02 | 15.00 | Standard Copies |
| 9/27/02 | 79.90 | Standard Copies |
| 9/27/02 | 3.50 | Binding |
| 9/27/02 | 6.30 | Tabs/Indexes/Dividers |
| 9/30/02 | .62 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 9/30/02 | .83 | Telephone call to:  CHARLOTTE,NC 704-331-1000 |
| 9/30/02 | 1.25 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 9/30/02 | 1.25 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 9/30/02 | 3.00 | Fax page charge to 410-531-4545 |
| 9/30/02 | 3.00 | Fax page charge to 203-351-4535 |
| 9/30/02 | .75 | Fax page charge to 410-531-4545 |
| 9/30/02 | 3.00 | Fax page charge to 973-645-4549 |
| 9/30/02 | 19.00 | Standard Copies |
| 9/30/02 | 1.10 | Standard Copies |
| 9/30/02 | 17.50 | Standard Copies |
| 9/30/02 | 6.60 | Standard Copies |
| 9/30/02 | 45.20 | Standard Copies |
| 9/30/02 | 6.00 | Standard Copies |
| 9/30/02 | 1.60 | Standard Copies |
| 9/30/02 | 10.00 | Calendar/Court Services 9/02 |
| 9/30/02 | 191.81 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis Database Usage, 9/1/02 to 9/30/02 |