IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  November 19, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 20, 2002
Invoice 528959 Page 1

Our Matter #         02399/06000                          For Services Through 09/30/02
WR Grace #          063-KL-721490-01-501251
Name of Matter:     General

| 09/03/02 | Review site reserve figures with Ms. Duff. D.M. CLEARY | 0.80 hrs. | 290.00/hr | $232.00 |
|---|---|---|---|---|

**Fees for Legal Services**.................................................................................... **$232.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.80 | 290.00 | 232.00 |
| TOTAL | 0.80 | $290.00 | $232.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/03/2002 | Telephone 1-410-531-4210 | 0.13 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred**.................................... **$0.13**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.13 |
| TOTAL | $0.13 |

**Net current billing for this invoice**.................................................................................... **$232.13**

W. R. Grace & Co.

October 20, 2002
Invoice 528959  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $232.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.13 |

**Net current billing for this invoice**.............................................................. **$232.13**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 467882 | 09/27/2001 | 2,489.37 | 489.60 |
| 469520 | 10/09/2001 | 6,207.89 | 1,239.40 |
| 469786 | 10/09/2001 | 2,536.03 | 494.50 |
| 478642 | 11/27/2001 | 855.05 | 169.00 |
| 481795 | 12/14/2001 | 684.31 | 129.80 |
| 484313 | 01/25/2002 | 143.70 | 28.30 |
| 493884 | 03/20/2002 | 8,099.83 | 1,605.72 |
| 498375 | 04/16/2002 | 1,574.72 | 314.70 |
| 499687 | 04/19/2002 | 1,055.69 | 206.30 |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| | TOTAL A/R BALANCE | | $5,033.32 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 20, 2002
Invoice 528960  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 09/30/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

09/19/02   Monitor conference call meeting of Steering Committee (0.4); electronic mail memorandum
to Attorneys Cleary and Hawkins regarding discussions in meeting (0.1).
R.T. CARLISLE                      0.50 hrs.    220.00/hr              $110.00

**Fees for Legal Services**..........................................................................................................  **$110.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.50 | 220.00 | 110.00 |
| TOTAL | 0.50 | $220.00 | $110.00 |

**Net current billing for this invoice**...................................................................................  **$110.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 194.70 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 48.40 |
| 493885 | 03/14/2002 | 281.50 | 56.30 |
| 498376 | 04/13/2002 | 546.14 | 109.20 |
| 499688 | 04/19/2002 | 274.59 | 53.70 |
| 502852 | 05/10/2002 | 1,367.25 | 293.00 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| | | A/R BALANCE | $2,499.39 |

W. R. Grace & Co.

October 20, 2002
Invoice 528960  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06003
Beaco Road Site

---

| | |
|---|---|
| Fees for Professional Services | $110.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice.................................................................** | **$110.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 194.70 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 48.40 |
| 493885 | 03/14/2002 | 281.50 | 56.30 |
| 498376 | 04/13/2002 | 546.14 | 109.20 |
| 499688 | 04/19/2002 | 274.59 | 53.70 |
| 502852 | 05/10/2002 | 1,367.25 | 293.00 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| | TOTAL A/R BALANCE | | $2,499.39 |



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                    October 20, 2002
ATTN: Robert A. Emmett, Esq.                              Invoice 528961  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 09/30/02 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| | | | | |
|---|---|---|---|---|
| 09/23/02 | Call to Mr. O'Connell regarding Enoree Title V Compliance Certification. | | | |
| | B.F. HAWKINS, JR. | 0.20 hrs. | 240.00/hr | $48.00 |
| 09/27/02 | Discussion with Mr. O'Connell concerning Title V compliance certification issues and concerning potential trespass on property. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 240.00/hr | $96.00 |

**Fees for Legal Services**........................................................................................................ **$144.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.60 | 240.00 | 144.00 |
| TOTAL | 0.60 | $240.00 | $144.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/23/2002 | Telephone 1-617-498-4594 | 0.18 |
| 09/27/2002 | Telephone 1-617-498-4594 | 2.74 |

**Total Charges for Other Services Provided/Expenses Incurred**.................................... **$2.92**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.92 |
| TOTAL | $2.92 |

**Net current billing for this invoice**........................................................................................ **$146.92**

W. R. Grace & Co.

October 20, 2002
Invoice 528961  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $144.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.92 |

**Net current billing for this invoice.................................................................**   **$146.92**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 464916 | 09/13/2001 | 326.73 | 65.00 |
| 466680 | 09/21/2001 | 328.40 | 65.60 |
| 478646 | 11/29/2001 | 4,221.15 | 837.50 |
| 481797 | 12/18/2001 | 2,009.30 | 396.20 |
| 484315 | 01/31/2002 | 5,491.30 | 1,095.50 |
| 493888 | 03/14/2002 | 190.35 | 37.20 |
| 498377 | 04/13/2002 | 10,838.99 | 2,161.20 |
| 502853 | 05/10/2002 | 3,588.31 | 717.40 |
| 509402 | 06/20/2002 | 10,195.59 | 10,195.59 |
| 514741 | 07/23/2002 | 389.32 | 389.32 |
| | TOTAL A/R BALANCE | | $15,960.51 |



## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 20, 2002
Invoice 528962  Page 1

Our Matter #            02399/06030                        For Services Through 09/30/02
WR Grace #            032-KL-721400-00-5250472
Name of Matter:      Aiken-Title V Permit App. Iss

09/03/02    Draft explanation to accompany identification of pressure drop deviations for Title V
            compliance certification (0.8); review assignment with Attorney Ternes to look at issue of
            significance of pressure drop readings in light of emission standards issue (0.4); review
            research results in amendments to explanation to pressure drops (0.3); review status of
            pressure drop readings with Mr. Fishel and discuss need to address readings as required in
            Title V compliance certification language (0.4); review issue with Mr. Fishel regarding visible
            emission readings (0.3); review documents forwarded by Mr. Fishel (0.5); assignment to
            Attorney Ternes to draft response to pressure drop readings issue and to visible emission
            readings issue that tracks format of required DHEC certification document (0.3); review
            potential significance of noted visible emission readings in light of permit conditions (0.8).
            B.F. HAWKINS, JR.                          3.80 hrs.    240.00/hr            $912.00

09/03/02    Attend meeting regarding form of Title V Compliance Certification Submittal to understand
            specifics of research project (0.3); review permit materials (0.7); draft format for submittal
            (0.8).
            M.E. TERNES                                1.80 hrs.    220.00/hr            $396.00

09/04/02    Review draft disclosure document for Title V compliance certification (0.4); discussions with
            Mr. Fishel regarding additional deviations that need to be addressed in Title V compliance
            certification (0.4); review and research exceptions to items identified by Mr. Fishel based
            upon language included in prior clarification documents prepared by DHEC (1.3); revise Title
            V compliance certification response (0.7); message for Ms. Duff addressing Title V
            certification issue (0.1); prepare e-mail for Mr. Fishel and Ms. Duff to provide draft
            documents for review (0.4).
            B.F. HAWKINS, JR.                          3.30 hrs.    240.00/hr            $792.00

09/08/02    Research Title V permit compliance certification issues with reference to proper basis for
            declaring deviation based upon visible emission readings from Unit 660 baghouse,
            implementation of logging procedures for visible emission readings, and pressure drop
            readings for Unit 1065 (1.8); review start-up, shutdown, malfunction defense for proper use
            in instance of bag failure and precautionary replacement of all bags (0.8); draft e-mail
            summarizing conclusions to Attorney Hawkins (0.7).
            M.E. TERNES                                3.30 hrs.    220.00/hr            $726.00

09/09/02    Telephone conference with Mr. Fishel regarding comments on Title V permit compliance
            certification draft submittal (0.7); summarize telephone conference for Attorney Hawkins
            (0.3).

W. R. Grace & Co.

October 20, 2002
Invoice 528962  Page 2

|  | M.E. TERNES | 1.00 hrs. | 220.00/hr | $220.00 |

09/10/02    Review results of research assignment on malfunction, startup and shutdown defense as available to items raised in preparation of Title V compliance certification, and concerning applicability of various provisions in the Title V permit concerning process for conducting visual emission inspections to incorporate into Compliance Certification qualifications.

|  | B.F. HAWKINS, JR. | 0.60 hrs. | 240.00/hr | $144.00 |

09/10/02    Teleconference with Mr. Fishel regarding discussion of comments regarding Title V permit compliance certification issues (0.5); review Mr. Fishel's e-mail correspondence (0.3); discuss with Attorney Hawkins summary of resolution of identified issues (0.3).

|  | M.E. TERNES | 1.10 hrs. | 220.00/hr | $242.00 |

09/11/02    Discussion with Mr. Fishel, Mr. Emmett and Attorney Ternes to recommend strategy for responding to DHEC on Title V compliance certification issues, to provide insight on how agencies are likely to respond to legal positions researched, including specific legal research questions addressed by Attorney Ternes on NSPS requirements and malfunction, upset, startup and shutdown events, and to discuss interpretation of permit conditions based on historic involvement in negotiations with DHEC (0.5); review and revise response to DHEC on Title V compliance certification (0.4).

|  | B.F. HAWKINS, JR. | 0.90 hrs. | 240.00/hr | $216.00 |

09/11/02    Conference call with Mr. Emmett, Mr. Fishel, Attorney Hawkins to answer specific NSPS, visible emission logging and observation requirements, and permit provision ambiguity questions regarding research on Title V compliance certification (0.5); review NSPS provisions regarding same issues (0.6); revise text of compliance certifications (0.8).

|  | M.E. TERNES | 1.90 hrs. | 220.00/hr | $418.00 |

09/13/02    Follow-up concerning submission of Title V compliance certification with qualifications.

|  | B.F. HAWKINS, JR. | 0.30 hrs. | 240.00/hr | $72.00 |

09/13/02    Contact Mr. Fishel to discuss Title V compliance certification.

|  | M.E. TERNES | 0.50 hrs. | 220.00/hr | $110.00 |

**Fees for Legal Services**........................................................................................................ **$4,248.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 8.90 | 240.00 | 2,136.00 |
| M.E. TERNES | 9.60 | 220.00 | 2,112.00 |
| TOTAL | 18.50 | $229.62 | $4,248.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/03/2002 | Telephone 1-803-648-9575 | 0.16 |
|---|---|---|
| 09/03/2002 | Telephone 1-803-648-9575 | 1.57 |
| 09/03/2002 | Telephone 1-803-648-9575 | 0.17 |
| 09/04/2002 | Telephone 1-410-531-4210 | 0.19 |
| 09/11/2002 | Telephone 1-410-531-4751 | 4.41 |
| 09/11/2002 | Telephone 1-803-648-9575 | 4.47 |

**Total Charges for Other Services Provided/Expenses Incurred**.................................... **$10.97**

W. R. Grace & Co.

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Telephone | 10.97 |
| TOTAL | $10.97 |

**Net current billing for this invoice**.................................................................................... **$4,258.97**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 523729 | 09/18/2002 | 1,530.17 | 1,530.17 |
| | | A/R BALANCE | $1,551.52 |

W. R. Grace & Co.

October 20, 2002
Invoice 528962  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | | |
|---|---|---|
| Fees for Professional Services | $4,248.00 | |
| Charges for Other Services Provided/Expenses Incurred | $10.97 | |
| **Net current billing for this invoice.............................................................** | | **$4,258.97** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464912 | 09/13/2001 | 3,298.40 | 10.35 |
| 466688 | 09/21/2001 | 55.30 | 11.00 |
| 523729 | 09/18/2002 | 1,530.17 | 1,530.17 |
| | TOTAL A/R BALANCE | | $1,551.52 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 20, 2002
Invoice 528963  Page 1

| Our Matter # | 02399/06032 | For Services Through 09/30/02 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

09/03/02   Review files of State-lead CERCLA sites for consent orders and clean-up standards at
DHEC pursuant to Freedom of Information request.
R.T. CARLISLE                          5.60 hrs.   220.00/hr          $1,232.00

**Fees for Legal Services.....................................................................................................   $1,232.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 5.60 | 220.00 | 1,232.00 |
| TOTAL | 5.60 | $220.00 | $1,232.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/16/2002 | VENDOR: Bureau of Finance; INVOICE#: Q014253-9; DATE: 09/16/2002 - FOIA Copy charge | 112.50 |
|---|---|---|
| 09/16/2002 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred....................................   $112.55**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| Outside Services | 112.50 |
| TOTAL | $112.55 |

**Net current billing for this invoice.......................................................................   $1,344.55**

W. R. Grace & Co.

October 20, 2002<br>Invoice 528963  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $1,232.00 |
| Charges for Other Services Provided/Expenses Incurred | $112.55 |

**Net current billing for this invoice...............................................................**      **$1,344.55**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 1,334.10 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 2,509.60 |
| 493891 | 03/28/2002 | 9,763.51 | 1,947.10 |
| 498385 | 04/16/2002 | 3,438.49 | 679.30 |
| 499683 | 04/19/2002 | 5,483.68 | 1,095.70 |
| 502858 | 05/10/2002 | 5,685.17 | 1,070.40 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| | TOTAL A/R BALANCE | | $37,007.46 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 22, 2002
Invoice 528964  Page 1

Our Matter #               02399/06091                     For Services Through 09/30/02
Name of Matter:            Fee Applications

| | | | | |
|---|---|---|---|---|
| 09/03/02 | Review current filings on PACER (.03); edit outstanding invoices database (0.5); review billing report (0.3). | | | |
| | K. BROWN | 1.10 hrs. | 125.00/hr | $137.50 |
| 09/04/02 | Meet with Attorney Cleary to discuss the status of the outstanding payments (0.5); telephone conference with Administrative Assistant Johnson regarding CMS Cash Receipt Alert (0.3). | | | |
| | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 09/06/02 | Review fee auditors' report and confer with Attorney Hawkins regarding response to issues relating to our meeting in Greenville on the Charleston Site in September 2001. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 09/08/02 | Review and edit outstanding invoices database against recent payment received for $49,212.90 from Remedium. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/09/02 | Draft responses to items 6 and 8 of Fee Auditors' Report on Interim Application of Nelson Mullins for the Second and Third Interim Periods (1.0); review orders relating to fee applications for features pertinent to responses to items 6 and 8 (0.6). | | | |
| | R.T. CARLISLE | 1.60 hrs. | 220.00/hr | $352.00 |
| 09/09/02 | Prepare correspondence containing the Fourth Quarterly Interim Fee Application documents and e-mail same to Attorney Cleary for his review and approval. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/09/02 | Modify outstanding invoices database to recent payment received for $49,212.90. | | | |
| | K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/09/02 | Edit the Quarterly Interim Fee Application documents. | | | |
| | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/09/02 | Modify Grace Billing Report. | | | |
| | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/09/02 | Review the Fourth Quarterly Interim Fee Application documents. | | | |
| | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |

W. R. Grace & Co.

09/09/02    Prepare correspondence to Accounting Specialist regarding what invoices to apply the
            recent payment attaching a detailed worksheet and e-mail same to Accounting Specialist.
            K. BROWN                                      0.40 hrs.    125.00/hr         $50.00

09/10/02    Review voice mail message from WHSmith auditors (0.5); review requirements with
            Paralegal Brown (0.5).
            D.M. CLEARY                                   1.00 hrs.    290.00/hr        $290.00

09/10/02    Review Pachulski's September 6, 2002 letter regarding compensation of professionals.
            K. BROWN                                      0.40 hrs.    125.00/hr         $50.00

09/10/02    Review e-mail and correspondence from Ms. Ferdinand (0.2) and Attorney Cleary (0.2).
            K. BROWN                                      0.40 hrs.    125.00/hr         $50.00

09/10/02    Review prior fee applications and prepare draft Project Category Summary Report.
            K. BROWN                                      4.00 hrs.    125.00/hr        $500.00

09/10/02    Meet with Attorney Cleary regarding the category project summary report.
            K. BROWN                                      1.00 hrs.    125.00/hr        $125.00

09/10/02    Prepare correspondence inquiring on the status of payments for May 2002, June 2002 fee
            applications and January 1, 2002 through March 31, 2002 quarterly fee application and e-
            mail same to Mr. Port, Ms. Duff and Attorney Cleary.
            K. BROWN                                      0.50 hrs.    125.00/hr         $62.50

09/10/02    Telephone conference with Ms. Ferdinand regarding the project category summary report
            and June 2002 fee details.
            K. BROWN                                      0.50 hrs.    125.00/hr         $62.50

09/11/02    Review auditor's letter regarding second and third interim quarterly fee applications.
            D.M. CLEARY                                   0.40 hrs.    290.00/hr        $116.00

09/11/02    Review 4th Quarterly Interim Fee Application
            D.M. CLEARY                                   0.50 hrs.    290.00/hr        $145.00

09/11/02    Revise draft response to Fee Auditors' Initial Report Regarding Second and Third Interim
            Quarterly Fee Application of Nelson Mullins (0.2); confer with Attorney Hawkins regarding
            details of response (0.1); revise draft response (0.3); inquire of Attorney Cleary how to
            handle adjustment on travel time (0.1).
            R.T. CARLISLE                                 0.70 hrs.    220.00/hr        $154.00

09/11/02    Prepare correspondence containing electronic version of the Fourth Quarterly Interim Fee
            Application and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary.
            K. BROWN                                      0.50 hrs.    125.00/hr         $62.50

09/11/02    Prepare scanned executed Fourth Interim Quarterly Fee Application (April 1, 2002 through
            June 30, 2002) for transmission to Ms. McFarland, Ms. Cuniff and Attorney Cleary.
            K. BROWN                                      1.00 hrs.    125.00/hr        $125.00

09/11/02    Edit the Project Category Report and e-mail the revised final report to Ms. Ferdinand and
            Attorney Cleary.
            K. BROWN                                      0.80 hrs.    125.00/hr        $100.00

09/11/02    Meet with Attorney Cleary for his review of the revised Project Category Report (July 19,
            2001 through June 30, 2002).
            K. BROWN                                      0.40 hrs.    125.00/hr         $50.00

09/13/02    Review final draft response to Fee Auditors' Report.

W. R. Grace & Co.

October 22, 2002
Invoice 528964  Page 3

|  |  |  |  |  |
|---|---|---|---|---|
|  | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 09/16/02 | Review Docket for current filings.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/17/02 | Review Docket for filing information for 4th Quarterly Interim Fee Application (April 1, 2002 – June 30, 2002).<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/17/02 | Edit Grace Billing Report.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 09/18/02 | Review Docket for recent filings.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 09/19/02 | Telephone conference with Ms. Ferdinand regarding Project Category Report (0.6); review and revise Project Category Report per Ms. Ferdinand's request (0.4).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/19/02 | Review and file draft Category Project Report prepared by Ms. Ferdinand.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/23/02 | Meet with Attorney Cleary to discuss August 2002 invoices (0.3); review correspondence containing electronic invoices (0.2); prepare final electronic August 2002 invoices (0.5).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/24/02 | Prepare correspondence containing draft transmittal letters to Ms. Duff and Mr. Emmett and e-mail to Attorney Cleary for his review and approval.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/24/02 | Continue to prepare August 2002 monthly fee application.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 09/24/02 | Prepare and review draft transmittal letters to Ms. Duff and Mr. Emmett regarding August 2002 billing.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 09/24/02 | Compile final packet together, executed transmittal and invoices for distribution.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/24/02 | Compile data from August 2002 invoices to prepare August 2002 monthly fee application documents.<br>K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 09/25/02 | Research on PACER current filings on docket and review filings from September 4, 2002 through September 24, 2002.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 09/25/02 | Edit Grace Billing Report to reflect current filings on Docket.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 09/25/02 | Edit August 2002 monthly fee application documents to reflect recent filings on Docket (1.2); review information on the fee application documents (0.5); and prepare draft documents for Attorney Cleary's review (0.3).<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 09/26/02 | Review PACER for current filings particularly the Order Approving Quarterly Fee Applications for the Fourth Interim Period. |  |  |  |

W. R. Grace & Co.

| | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
|---|---|---|---|---|

09/26/02  Review correspondence from Mr. Higgins regarding Quarterly Fee Application and form
Orders.

| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
|---|---|---|---|---|

09/26/02  Meet with Attorney Cleary for his review and approval on the final August 2002 fee
application documents (0.5); prepare the executed documents into electronic versions for
Ms. McFarland and Mr. Smith (0.8).

| | K. BROWN | 1.30 hrs. | 125.00/hr | $162.50 |
|---|---|---|---|---|

09/27/02  Review PACER for current filing of the Order for the Approval of the Fourth Interim Quarterly
Application.

| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
|---|---|---|---|---|

**Fees for Legal Services.....................................................................................................  $5,148.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 1.90 | 290.00 | 551.00 |
| R.T. CARLISLE | 2.60 | 220.00 | 572.00 |
| K. BROWN | 32.20 | 125.00 | 4,025.00 |
| TOTAL | 36.70 | 140.27 | 5,148.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/06/2002 | Photocopies 6 Page(s) | 0.30 |
|---|---|---|
| 09/10/2002 | VENDOR: Federal Express; INVOICE#: 647088526; DATE: 09/10/2002 - 08/09/02 | 16.41 |
| 09/10/2002 | VENDOR: Federal Express; INVOICE#: 647088537; DATE: 09/10/2002 - 08/22/02 | 61.67 |
| 09/10/2002 | VENDOR: Federal Express; INVOICE#: 647088539; DATE: 09/10/2002 - 08/23/02 | 12.44 |
| 09/10/2002 | Telephone 1-214-698-3868 | 0.26 |
| 09/10/2002 | Telephone 1-214-698-3868 | 3.12 |
| 09/11/2002 | Telephone 1-214-698-3868 | 0.34 |
| 09/17/2002 | Telephone 1-214-722-0081 | 0.31 |
| 09/19/2002 | Telephone 1-214-698-3868 | 0.47 |

**Total Charges for Other Services Provided/Expenses Incurred....................................  $95.32**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| Federal Express | 90.52 |
| Telephone | 4.50 |
| TOTAL | $95.32 |

W. R. Grace & Co.

October 22, 2002
Invoice 528964  Page 5

**Net current billing for this invoice**.................................................................................. **$5,243.32**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| 523731 | 09/18/2002 | 3,785.51 | 3,785.51 |
| | | A/R BALANCE | $18,279.52 |

W. R. Grace & Co.

October 22, 2002
Invoice 528964  Page 6

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/02

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $5,148.00 |
| Charges for Other Services Provided/Expenses Incurred | $95.32 |

**Net current billing for this invoice..................................................................**   **$5,243.32**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| 523731 | 09/18/2002 | 3,785.51 | 3,785.51 |
| | TOTAL A/R BALANCE | | $18,279.52 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as

follows:

      1.    I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bars of the State of South

Carolina and the State of New York.

      2.    I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

David M. Cleary

SWORN to and subscribed before me

this 23rd day of October, 2002

_____ (L.S.)

Notary Public for South Carolina

My Commission Expires: 2/2/12