Travel & Misc. Expenses

| Invoice No | Dated | Case | Client # 82910 and | Matter # | | 82913 | |
|---|---|---|---|---|---|---|---|
| 1989225 | 5/21/2002 | Weja Inc. | 65656 | | $ 53.26 | S. Parker travel to Jersey City 4/3/02 | |
| 1992319 | 6/21/2002 | Chapter 11 Admin | 95992 | | $ 200.10 | Car service for R.H. Beber of WRG and M. Browdy tt to court for hearing 4/15/02 | |
| 1992316 | 6/21/2002 | Intercat Inc. | 72757 | | $1,619.18 | $1,102.50 | S. Zuber to Savannah 2/20-21,02 |
| | | | | | | $ 25.00 | S. Zuber travel agency fee |
| | | | | | | $ 20.45 | S. Zuber Newark Airport parking |
| | | | | | | $ 55.49 | S. Zuber meals |
| | | | | | | $ 291.74 | S. Zuber Hyatt Regency Savannah |
| | | | | | | $ 124.00 | S. Zuber car service |
| | | | | | | $1,619.18 | |



# ....LL
## COMMUNICATIONS LLC

**Location:** DMS–UNION 654 RAHWAY

Pitney, Hardin, Kipp, Szuch
200 Campus Drive
4th Floor
Florham Park, NJ–07932–9999
US
**Attn:** Sandy Purrington

**Any Inquiries Call: 908–688–7300**

**Invoice #:** 115285
**Invoice Date:** 04–APR–02
**Merrill Order #:** 002–42320
**Client Matter #:** 082910.065656
**Date Received:** 23–MAR–02
**Salesperson:** CRUZ, LIONEL

**TERMS:    DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | W.R.Grace/Weja 082910.065656  3–8.5 x11 documents/2 blown up to 30 x 48(Black & White) & 1 blown up to 30 x 60 (Color) | | |
| 2 | Oversize Impressions, 30 x 48(Black & White) | $90.0000 | $180.00 |
| 1 | Oversize Impressions, 30 x 60(Color) | $250.0000 | $250.00 |

PAID............
APPROVED...........
VENDOR NO. *10400*
CHECK NO. *234685*
CHARGE

082910.065656
OILA P3
WSH 4/8/02
(Bill Hatfield)

|  |  |
|---|---|
| Subtotal: | $430.00 |
| Messenger and Freight: | $.00 |
| Postage: | $.00 |
| Tax: | $25.80 |
| **Total Invoice:** | **$455.80** |

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM–9638
ST. PAUL, MN 55170–9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

Page    1    of    1

# ᴍᴇRRILL
# COMMUNICATIONS LLC



**Location:** DMS–UNION 654 RAHWAY

Pitney, Hardin, Kipp, Szuch
200 Campus Drive
Florham Park,  NJ  07932-9999

**Attn:**  Sandy Purrington

**Any Inquiries Call: 908–688–7300**

**Invoice #:** 110074
**Invoice Date:** 25–MAR–02
**Merrill Order #:** 002–17871
**Client Matter #:** 082190.0656656
**Date Received:** 21–FEB–02
**Salesperson:** CRUZ, LIONEL

**TERMS:**    **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | Weja 082190.0656656 – 2  Color Originals(11 x 17)/Enlarged to 24 x 36 Foamcore<br>Color Origianl Enlarged to 24 x 36 | $119.5000 | $239.00 |
|  | Subtotal: |  | $239.00 |
|  | Messenger and Freight: |  | $.00 |
|  | Postage: |  | $.00 |
|  | Tax: |  | $14.34 |
|  | Total Invoice: |  | $253.34 |

082910. 0656656

4/2/02
OK fr PAY
WSH    (wR9.24)
082910. 065656

⌐VED ............
ᴺᴰᴼR NO. 10460
ᴴᴱCK NO. 234685
ᴬᴾGE 1050 1

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
CM–9638
ST. PAUL, MN 55170–9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)