Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-00D
                                    STATEMENT NO:      16

Costs and Expenses


    PREVIOUS BALANCE                             $5,492.55


    BALANCE DUE                                  $5,492.55
                                                 =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                              Page: 1
W.R. Grace                                                   09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      16

Asset Analysis and Recovery



    PREVIOUS BALANCE                                     $8,767.60


    BALANCE DUE                                          $8,767.60
                                                         =========



                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                        09/30/02
Wilmington  DE                                ACCOUNT NO: 3000-02D
STATEMENT NO:      16


Asset Disposition



PREVIOUS BALANCE                                         $1,147.10


                                                    HOURS
09/19/02
    DBS Review motion to extend time to assume
        leases                                       0.10     35.00
                                                     ----     -----
        FOR CURRENT SERVICES RENDERED                0.10     35.00

                         RECAPITULATION
  TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
  David B. Salzman               0.10    $350.00      $35.00


    TOTAL CURRENT WORK                                      35.00


    BALANCE DUE                                         $1,182.10
                                                        =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-03D
                                    STATEMENT NO:      11

Business Operations


PREVIOUS BALANCE                                    $206.90


BALANCE DUE                                         $206.90
                                                   =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      16

Case Administration



    PREVIOUS BALANCE                          $12,069.20


    BALANCE DUE                               $12,069.20
                                              ==========

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:     16

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                              $13,115.80

                                     HOURS
09/27/02
    MTH Review order clarifying bar date order   0.10    26.50
                                                 ----    -----
        FOR CURRENT SERVICES RENDERED            0.10    26.50

                   RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE       TOTAL
    Mark T. Hurford          0.10    $265.00      $26.50

    TOTAL CURRENT WORK                             26.50

    BALANCE DUE                              $13,142.30
                                            ==========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                                09/30/02
Wilmington  DE                            ACCOUNT NO: 3000-06D
                                          STATEMENT NO:      16


Claims Analysis Objection & Resol. (Non-Asbestos)




PREVIOUS BALANCE                                      $5,313.50


                                          HOURS
09/26/02
    MRE Review of multiple transfers of claims    0.10      27.50
                                                  ----     -----
        FOR CURRENT SERVICES RENDERED             0.10      27.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Marla R. Eskin               0.10   $275.00      $27.50


    TOTAL CURRENT WORK                                  27.50


    BALANCE DUE                                      $5,341.00
                                                     =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      16

Committee, Creditors, Noteholders, Equity Holders


PREVIOUS BALANCE                                     $5,133.40


                                          HOURS
09/03/02
    MTH Review report re: pleadings filed August
        28 through 30, 2002                  0.10    26.50

09/04/02
    MK  Update attorney case calendar (.1);
        attention to file organization (.1)  0.20    18.00
    MLP Update weekly recommendation memorandum  0.20    18.00
    MTH Review report re: pleadings filed
        September 3, 2002                     0.10    26.50

09/05/02
    MTH Prepare weekly recommendation memo    0.20    53.00
    MLP Preparation of notice of change of
        address (.1); preparation of COS re: same
        (.1); electronic filing of same (.1);
        hard copy service of same (.1)        0.40    36.00
    MTH Review report re: pleadings filed
        September 4, 2002                     0.10    26.50

09/06/02
    MTH Prepare weekly recommendation memo    0.60   159.00
    MTH Meeting with MGZ re:  weekly
        recommendation memo                   0.10    26.50
    PEM Review memo and recommendations from
        counsel to committee                  0.40   106.00
    MTH Review report re: pleadings filed
        September 5, 2002                      0.10    26.50
    MLP Update weekly recommendation memorandum  0.30    27.00

09/09/02
    MK  Review committee calendar; update

{D0005871:1 }

```
                                                      Page: 2
        W.R. Grace                                   09/30/02
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      16
        Committee, Creditors, Noteholders, Equity Holders
```

```
                                               HOURS
             attorney case calendar            0.20      18.00
        MK   Attention to document organization 0.10       9.00

09/10/02
        MRE  Review of memo from Elihu Inselbuch to
             the committee re: fraudulent conveyance
             action                            0.10      27.50

09/11/02
        MLP  Update weekly recommendation calendar 0.20   18.00
        MTH  Review report re: pleadings filed 9/6 -
             9/9                               0.10      26.50

09/12/02
        DBS  Review pending matters for upcoming
             hearings                          0.70     245.00
        MTH  Review report re: pleadings filed 9/11/02 0.10 26.50

09/13/02
        MTH  Prepare weekly recommendation memo 0.60     159.00
        MTH  Correspondence to Inselbuch and Lockwood
             re: weekly recommendation memo    0.10      26.50
        PEM  Review memo to committee re:
             recommendations on pending matters 0.30     79.50
        MTH  Review report re: pleadings filed on 9/12 0.10 26.50

09/16/02
        KJC  Docket search for daily memo      0.10       9.50

09/17/02
        MK   Attention to document organization 0.20     18.00
        MK   Review committee calendar and update
             attorney's case calendar          0.10       9.00
        MTH  Prepare weekly recommendation memo 0.50     132.50
        KJC  Review pleadings and electronic filing
             notices (.2); preparation and
             distribution of daily memo (.1)   0.30      28.50

09/18/02
        MTH  Review report re: pleadings filed on 9/17 0.10 26.50
        KJC  Review pleadings and electronic filing
             notices (.2); preparation and
             distribution of daily memo (.1)   0.30      28.50
```

```
                                                        Page: 3
W.R. Grace                                            09/30/02
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      16
Committee, Creditors, Noteholders, Equity Holders
```

```
                                             HOURS
09/19/02
     KJC Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)         0.50      47.50

09/20/02
     MK  Attention to document organization      0.10       9.00
     MTH Prepare weekly recommendation memorandum 1.50     397.50
     MTH Correspondence to E. Inselbuch and P.
         Lockwood re: weekly recommendation
         memorandum                              0.10      26.50
     MTH Correspondence to E. Inselbuch and P.
         Lockwood re: weekly recommendation
         memorandum                              0.10      26.50
     KJC Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30      28.50
     MTH Review correspondence from D. Winnika re:
         proposed revised compensation order     0.10      26.50

09/23/02
     MK  Update attorney's calendar (.1);
         attention to document organization (.1) 0.20      18.00
     PEM Review memo from counsel to committee re:
         pending matters                         0.40     106.00
     KJC Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30      28.50

09/24/02
     KJC Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30      28.50
     MTH Review report re: pleadings filed
         September 23, 2002                       0.10      26.50

09/25/02
     MTH Attend to issues re: Pro Hac admission   0.20      53.00
     MTH Review signed Pro Hac Order;
         correspondence to Elyssa Strug re: same  0.10      26.50
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30      28.50
     MTH Review report re: pleadings filed
         September 24, 2002                       0.10      26.50
```

```
                                                      Page: 4
        W.R. Grace                                    09/30/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      16
        Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **09/26/02** | | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 25, 2002 | 0.10 | 26.50 |
| **09/27/02** | | | |
| MTH | Prepare weekly recommendation memo | 1.60 | 424.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 26, 2002 | 0.10 | 26.50 |
| **09/29/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.70 | 185.50 |
| **09/30/02** | | | |
| PEM | Review memo and recommendations from counsel to committee re: pending matters | 0.40 | 106.00 |
| MK | Review committee calendar and update attorneys calendar | 0.30 | 27.00 |
| DAC | Review memo re: weekly recommendation memo | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| MTH | Correspondence committee members re: weekly recommendation | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed 9/27/02 | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 17.00 | 3,524.50 |

```
                         RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| David B. Salzman | 0.70 | 350.00 | 245.00 |
| Philip E. Milch | 1.50 | 265.00 | 397.50 |
| Michele Kennedy | 1.40 | 90.00 | 126.00 |
| Mark T. Hurford | 8.50 | 265.00 | 2,252.50 |

                                                              Page: 5
          W.R. Grace                                        09/30/02
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:      16
          Committee, Creditors, Noteholders, Equity Holders


          Marla R. Eskin                    0.10     275.00       27.50
          Marnie L. Powell                  1.10      90.00       99.00
          Kathleen J. Campbell              2.10      95.00      199.50
          Dylan A. Davis                    1.50      95.00      142.50


              TOTAL CURRENT WORK                              3,524.50


              BALANCE DUE                                   $8,657.90
                                                            =========


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      15

Employee Benefits/Pension

PREVIOUS BALANCE                                        $14,369.90

                                                    HOURS
09/27/02
     PEM Telephone conference with MTH re: amend
         EE contract (.2); review correspondence
         to Tersigni re: same (.3)                    0.50     132.50
     MTH Review debtors' motion for an order
         authorizing the amendment of employment
         contract with Paul Norris                    0.50     132.50
     MTH Telephone conference with PEM re: Norris
         contract motion                              0.20      53.00

09/30/02
     MTH Correspondence to L. Tersigni re: Norris
         contract motion                              0.10      26.50
     MTH Telephone conference with PEM re: Norris
         contract motion                              0.10      26.50
                                                     ----    ------
         FOR CURRENT SERVICES RENDERED                1.40     371.00

                    RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Philip E. Milch                0.50    $265.00    $132.50
     Mark T. Hurford                0.90     265.00     238.50

         TOTAL CURRENT WORK                                371.00

         BALANCE DUE                                   $14,740.90
                                                      ==========

{D0005871:1 }

```
                                              Page: 2
W.R. Grace                                   09/30/02
                              ACCOUNT NO: 3000-08D
                              STATEMENT NO:       15

Employee Benefits/Pension
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:       6

Employee Applications, Applicant


    PREVIOUS BALANCE                               $26.50


    BALANCE DUE                                    $26.50
                                                   ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                              09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      16

Employment Applications, Others


        PREVIOUS BALANCE                        $11,170.50


        BALANCE DUE                             $11,170.50
                                                ==========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                     09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      14


Expenses



PREVIOUS BALANCE                                            $286.50



09/04/02 Ikon Office Solutions - Envelopes, Postage
         (Docket No. 2634 and 2631)                          58.25
09/05/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket No. 2644)          54.80
09/05/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket Nos. 2647, 2649
         and 2648)                                           73.48
09/05/02 FAX to 4 parties of record - 3 pages                 6.00
09/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage Hand Deliveries (Docket No. 2673)           16.05
09/12/02 FAX to Elyssa Strug - 3 pages                        1.50
09/16/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket No. 3024)         193.65
09/16/02 AT&T Long Distance Phone Calls.                      7.01
09/18/02 FAX to 4 parties of record - 3 pages                 6.00
09/23/02 FAX to Paul Hoffman - 39 pages                      19.50
09/24/02 Postage                                              5.25
09/25/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket Nos. 2740, 2741)   64.14
09/27/02 MGZ - U.S. Air Ticket from Philadelphia, PA to
         O'Hare Field, IL and return on 6/2/02 (1/4)         79.75
09/30/02 Postage - 3 @ $3.95                                 11.85
09/30/02 Photocopying - 21 pages                              2.10
09/30/02 Photocopying - 3 pages 19 copies (fee
         application)                                         5.70
09/30/02 Photocopying - 3 pages 95 copies (fee
         application)                                        28.50
                                                            ------
         TOTAL EXPENSES                                     633.53

         TOTAL CURRENT WORK                                 633.53

```
                                                    Page: 2
W.R. Grace                                        09/30/02
                              ACCOUNT NO:  3000-11D
                              STATEMENT NO:        14

Expenses
```

BALANCE DUE                                      $920.03
                                                 =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                        412-261-0310




                                              Page: 1
   W.R. Grace                                 09/30/02
   Wilmington  DE                  ACCOUNT NO: 3000-12D
                                   STATEMENT NO:      14


   Fee Applications, Applicant




       PREVIOUS BALANCE                          $691.60



                                       HOURS
09/03/02
     MLP Review e-mail from DGS re: July billing
         statement (.1); preparation of billing
         statement for electronic filing (.1);
         preparation of July fee application
         (1.0); preparation of COS re: same (.1);
         electronic filing and service of same
         (.3); update status chart (.1)          1.70    153.00
     AFM Review and sign fee application of C&L
         (Monthly-July)                           0.90    180.00

09/09/02
     MLP Retrieve previously filed interim fee
         applications for re-categorization of
         time per W. Smith                        0.20     18.00
     AFM Prepare recalculation of fees according
         to recatorization of codes (C&L 4th
         interim fee application)                 1.00    200.00
     AFM Prepare recalculation of fees according
         to recatorization of codes (C&L 1st
         interim fee application)                 0.90    180.00
     AFM Prepare recalculation of fees according
         to recatorization of codes (C&L 2nd
         interim fee application)                 0.20     40.00

09/10/02
     MRE Telephone conference with Laverne from
         Warren Smith's office re: electronic data 0.10    27.50
     AFM Prepare recalculation of fees according
         to recatorization of codes (C&L 2nd
         Interim fee application )(con't); meeting
         with MLP re: fee detail (.1)             0.10     20.00
```

```
                                                        Page: 2
    W.R. Grace                                        09/30/02
                                        ACCOUNT NO: 3000-12D
                                        STATEMENT NO:       14

    Fee Applications, Applicant




                                                  HOURS
         AFM Prepare recalculation of fees according
             to recatorization of codes (C&L 3rd
             Interim fee application )               1.00    200.00

09/11/02
         AFM Meeting with MLP re: Warren Smith request
             for 5th interim fee detail             0.10     20.00
         AFM Telephone conference with M. Lopez
             (bankruptcy court) re: C&L 13th monthly
             fee application                         0.10     20.00
         MRE Review of fee auditor's initial report
             regarding first interim application of
             C&L                                     0.10     27.50

09/12/02
         AFM Telephone conference with L. Ferdinand
             (W. Smith) re: submission of
             recalculation of fees                   0.20     40.00
         AFM Prepare recalculation of fees according
             to recategorization of codes (C&L 2nd
             interim fee application ) (con't);
             meeting with MRE and MTH re: same       1.30    260.00
         MTH Attend to issues related to fee
             applications in the work related to the
             Sealed Air/Fresenius fraudulent transfer
             matters                                 0.50    132.50
         MTH Meeting with AFM re: recategorization   0.30     79.50

09/13/02
         AFM Telephone conference with L. Ferdinand
             (W. Smith) re: recategorization of
             interim fees                            0.10     20.00
         AFM Edit spreadsheet re: recategorization of
             interim fees                            1.00    200.00
         AFM E-mail to PEM, MRE and MTH re: same     0.10     20.00
         AFM E-mail to L. Ferdinand (W. Smith) re:
             same (.1); e-mail to PEM, MRE and MTH re:
             same (.1)                               0.20     40.00

09/17/02
         MRE Telephone conference with Ms. Williams
             re: fee auditor's initial report
             regarding application of C&L for the
             first, second and third interim periods 0.10     27.50
         MRE Draft of e-mail to Warren Smith re: fee
```

{D0005871:1 }

```
                                                        Page: 3
W.R. Grace                                            09/30/02
                                        ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      14

Fee Applications, Applicant
```

|  |  | HOURS |  |
|---|---|---|---|
| | auditor's initial report regarding application of C&L for the first, second and third interim periods | 0.20 | 55.00 |
| **09/20/02** | | | |
| AFM | Review omnibus order approving quarterly fee applications for the 4th interim fee period | 0.20 | 40.00 |
| AFM | E-mail from L. Ferdinand re: spreadsheet for 4th interim fee period; meeting with MRE re: same | 0.30 | 60.00 |
| MTH | Review and edit prebill | 0.80 | 212.00 |
| **09/24/02** | | | |
| AFM | Review and sign CNO for C&L (monthly-July) | 0.10 | 20.00 |
| MLP | Review docket re: objections to C&L's July, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |
| **09/30/02** | | | |
| MRE | Review of fee auditors report re: C&L's 5th interim fee application and draft of e-mail to Warren Smith responding | 0.20 | 55.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 12.80 | 2,419.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 7.80 | $200.00 | $1,560.00 |
| Mark T. Hurford | 1.60 | 265.00 | 424.00 |
| Marla R. Eskin | 0.70 | 275.00 | 192.50 |
| Marnie L. Powell | 2.70 | 90.00 | 243.00 |

```
TOTAL CURRENT WORK                                   2,419.50


BALANCE DUE                                         $3,111.10
                                                   =========
```

Page: 4

W.R. Grace

09/30/02

ACCOUNT NO: 3000-12D

STATEMENT NO:       14

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-13D
                                            STATEMENT NO:        1


Fee Applications, Others


                                            HOURS
09/03/02
      MLP Review e-mail from E. Strug re: July
          billing statement (.1); preparation of
          billing statement for electronic filing
          (.3); preparation of COS re: same (.1);
          electronic filing and service of same
          (.3); update status chart (.1)                0.90      81.00
      MLP Review docket for objections to
          Tersigni's 5th interim fee application
          (.1); preparation of CNO re: same (.1);
          preparation of COS re: same (.1)              0.30      27.00
      AFM Review and sign fee application of C&D
          (Monthly-July)                                0.10      20.00

09/04/02
      MLP Electronic filing of Tersigni's CNO re:
          June fee application (.2); hard copy
          service of same (.1); update status chart
          (.1)                                          0.40      36.00
      MLP Review docket re: objections to LAS"
          5/02-6/02 monthly fee application and
          4/01-3/02 and 4/02-6/02 interim fee
          applications (.1); preparation of CNO's
          for each (.3); preparation of COS' re:
          same (.2); electronic filing of same
          (.3); hard copy service of same (.1);
          update status chart (.1)                      1.10      99.00
      AFM Review and sign CNO of Tersigni
          (Interim/April-June)                          0.10      20.00
      AFM Review and sign CNO of LAS
          (Monthly/May-June)                            0.10      20.00
      AFM Review and sign CNO of LAS
          (Monthly/Apr-March)                           0.10      20.00

{D0005871:1 }

W.R. Grace

Fee Applications, Others

                                                    HOURS

09/09/02
     MLP Review e-mail from D. Collins re:
         Tersigni's July, 2002 fee application
         (.1); preparation of July fee application
         (.1); e-mail to D. Collins for review and
         signature (.1)                               0.30      27.00

09/10/02
     MLP Preparation of Tersigni's monthly fee
         application for electronic filing (.2);
         preparation of COS re: same (.1);
         electronic filing of same (.2); hard copy
         service of same (.2); update status chart
         (.1)                                         0.80      72.00
     AFM Review and sign fee application of
         Tersigni  (Monthly-July)                    0.10      20.00

09/11/02
     MRE Review of fee auditor's initial report
         regarding interim application for
         reimbursement of expenses of the official
         committee of asbestos personal injury
         claimants for the first interim period      0.10      27.50

09/12/02
     AFM Telephone conference with E. Strug re:
         fee application for fraudulent transfer
         issues                                       0.20      40.00
     AFM Fax to E. Strug re: e-mail from W. Smith
         re: billing issues                           0.10      20.00

09/16/02
     AFM Various e-mails to L. Fernandez (W.
         Smith) re: LAS recalculation of fees         0.20      40.00

09/17/02
     AFM Meeting with MLP re: LAS recalculation
         and fee detail                               0.10      20.00
     AFM E-mail to L. Ferdinand (W. Smith) re: LAS
         fee detail for April and April-June          0.10      20.00
     AFM Telephone conference with L. Ferdinand
         re: same                                     0.10      20.00
     AFM Review correspondence from S. Kazan re:
         committee member expense reimbursement       0.10      20.00
     MLP Review e-mail from D. Relles re:

W.R. Grace                                                          09/30/02
                                                        ACCOUNT NO: 3000-13D
                                                        STATEMENT NO:        1

Fee Applications, Others


                                                    HOURS
           requirements of recategorization (.1);
           prepare fee detail to send to W. Smith
           (.2)                                      0.30      27.00

09/18/02
    MLP  Review Ferry Joseph June monthly and
         April-June interim fee application          0.10       9.00
    MLP  Review Kirkland & Ellis June monthly fee
         application                                 0.10       9.00
    MLP  Review Holme Roberts & Owen June monthly
         fee application                             0.10       9.00

09/19/02
    MLP  Review Casner & Edwards' July, 2002 fee
         application                                 0.10       9.00

09/20/02
    MLP  Review Kramer Levin April-June, 2002
         interim fee application                     0.10       9.00
    MLP  Review Hilsoft Notifications March-June,
         2002 interim fee application                0.10       9.00
    MRE  Review of e-mail from Rita Tobin to
         Laverne at Warren Smith's office re:
         order for fourth interim application        0.10      27.50

09/23/02
    AFM  Meeting with MLP re: LAS fee application
         (July)                                      0.10      20.00
    MLP  Review e-mail from D. Relles re: August
         2002 billing statement (.1); preparation
         of fee application for July (.5);
         preparation of fee application for August
         (.3)                                        0.90      81.00
    MLP  Review e-mail from D. Relles re: fee
         auditor report of interim payments (.1);
         telephone conference with D. Relles re:
         same (.2)                                   0.30      27.00

09/24/02
    AFM  Review and sign fee application of LAS
         (monthly - July)                            0.20      40.00
    AFM  Review and sign CNO for C&D
         (monthly-July)                              0.10      20.00
    MLP  Preparation of LAS' July monthly fee
         applications for electronic filing (.1);

```
                                                      Page: 4
W.R. Grace                                          09/30/02
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:        1
Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
|  | preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2) | 0.70 | 63.00 |
| MLP | Review docket re: objections to Caplins' July, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |

09/25/02

| MLP | Review Warren H. Smith August fee application | 0.10 | 9.00 |
|---|---|---|---|
| MLP | Review Young Conaway's July fee applications | 0.10 | 9.00 |

09/26/02

| MLP | Review Carella Byrne's August fee application | 0.10 | 9.00 |
|---|---|---|---|
| MLP | Review Pitney, Hardin's April-June interim fee application | 0.10 | 9.00 |
| MLP | Review FTI Policano & Manzo's July fee application | 0.10 | 9.00 |
| MLP | Review Stroock & Stroock's  July fee application | 0.10 | 9.00 |
| MLP | Review Nelson Mullins' April-June interim fee application | 0.10 | 9.00 |

09/30/02

| AFM | Review and sign fee application of LAS (monthly-Aug) | 0.10 | 20.00 |
|---|---|---|---|
| AFM | Review and sign fee application of C&D (monthly-Aug) | 0.10 | 20.00 |
| MLP | Review e-mail from E. Strug re: Lovell's August, 2002 fee application (.1); preparation of fee application for electronic filing (.1); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); update status chart (.1) | 0.90 | 81.00 |
| MLP | Revise LAS' August, 2002 fee application (.1); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); |  |  |

```
                                                    Page: 5
W.R. Grace                                        09/30/02
                                     ACCOUNT NO: 3000-13D
                                     STATEMENT NO:        1
Fee Applications, Others
```

```
                                            HOURS
        update status chart (.1)            0.80      72.00
KJC Search for transcript of hearing during
    which separate fee applications for
    Professor Warren are authorized          1.00      95.00
                                            -----   --------
    FOR CURRENT SERVICES RENDERED           13.00   1,432.00
```

```
                    RECAPITULATION
TIMEKEEPER                 HOURS HOURLY RATE       TOTAL
Aileen F. Maguire           2.00    $200.00     $400.00
Marla R. Eskin              0.20     275.00       55.00
Marnie L. Powell            9.80      90.00      882.00
Kathleen J. Campbell        1.00      95.00       95.00


    TOTAL CURRENT WORK                          1,432.00


    BALANCE DUE                                $1,432.00
                                               =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-14D
                                    STATEMENT NO:      14

Financing


    PREVIOUS BALANCE                                $31.50


    BALANCE DUE                                     $31.50
                                                    ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           09/30/02
Wilmington  DE                       ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      16


Hearings



    PREVIOUS BALANCE                              $22,281.90


                                      HOURS
09/19/02
    MRE Review of agenda for 9/23/02            0.10     27.50

09/23/02
    MTH Attend hearing                          2.60    689.00
    MTH Prepare for hearing                     0.30     79.50
                                                ----   ------
       FOR CURRENT SERVICES RENDERED            3.00    796.00

                       RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          2.90    $265.00   $768.50
    Marla R. Eskin           0.10     275.00     27.50


    TOTAL CURRENT WORK                              796.00


    BALANCE DUE                                  $23,077.90
                                                ==========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-16D
                                    STATEMENT NO:       1


Litigation and Litigation Consulting


                                                  HOURS
09/04/02
     MTH Review correspondence from K. Larson re:
         reports of environmental experts          0.10     26.50

09/05/02
     MTH Review notice of deposition of A.A.
         Gutiereez                                 0.20     53.00
     MTH Review notice of deposition of W.D.
         Hilton                                    0.20     53.00
     PEM Review memo from counsel re: fraudulent
         conveyance litigation                     0.30     79.50

09/06/02
     MTH Review correspondence from J. Jackson re:
         motion re: production of environmental
         expert reports                            0.10     26.50

09/09/02
     DAC Review memo on status of fraudulent
         conveyance case                           0.30    105.00

09/10/02
     MTH Review correspondence from J. Jackson re:
         deposition of A. Gutierez                 0.10     26.50

09/12/02
     MTH Review notice re: cancellation of hearing
         re: Alphonse matter                       0.10     26.50
     MTH Review correspondence from J. Jackson re:
         deposition of A. Alejandro                0.10     26.50

09/17/02
     MTH Review correspondence from S. Napolitano
         to Judge Wolin re: response to asbestos

W.R. Grace

Litigation and Litigation Consulting

| | | HOURS | |
|---|---|---|---|
| | committee's motion to continue trial date | 0.10 | 26.50 |
| MTH | Review correspondence from J. Ellington re: cancel deposition of P. Bucens | 0.10 | 26.50 |
| MTH | Review defendants motion to Limine No. 3 with extensive exhibits not previously reviewed | 1.20 | 318.00 |
| MTH | Review notice of deposition of A. Gutierrez | 0.20 | 53.00 |
| MTH | Review defendants motion in Limine to preclude fact witnesses from providing testimony regarding environmental liabilities | 0.30 | 79.50 |
| MTH | Review defendants' motion in Limine No. 1 | 0.20 | 53.00 |
| MTH | Review defendants' motion in Limine No. 2 | 0.20 | 53.00 |
| MTH | Review motion of defendants' to determine legal standard re: environmental claims | 0.20 | 53.00 |
| MTH | Review correspondence from S. Napolitano re: deposition transcript of M. Gries | 0.10 | 26.50 |

09/20/02

| | | | |
|---|---|---|---|
| MTH | Correspondence to P. Milch re: fraudulent transfer trial | 0.10 | 26.50 |
| MTH | Review correspondence from H. Wasserstein re: order denying Grace's Motion to Withdraw | 0.10 | 26.50 |

09/23/02

| | | | |
|---|---|---|---|
| MTH | Review 3rd Circuit decision in Cybergenics re: fraudulent conveyance matter | 0.40 | 106.00 |
| PEM | Review 3rd circuit decision in Cybergenics and impact on committees right to avoidance actions | 0.40 | 106.00 |
| PEM | Research re: examiner rts on litigation and avoidance actions | 0.80 | 212.00 |
| DAC | Review of Cybergenics decision in 3rd Circuit Court of appeals re: non-standing of committee v. DIP or trustees and analysis of same | 2.00 | 700.00 |
| MTH | Telephone Conference with P. Milch re: Grace fraudulent transfer matter | 0.10 | 26.50 |

09/24/02

| | | | |
|---|---|---|---|
| PEM | Continue research re: examiner and avoidance actions | 1.00 | 265.00 |

```
                                                         Page: 3
        W.R. Grace                                       09/30/02
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:        1
        Litigation and Litigation Consulting
```

```
                                              HOURS
        DAC Review of report on status of pending
            matters and issues and committee's
            position (.5); analysis of Cybergenics
            decision and related code provisions
            (1.0)                               1.50    525.00

09/25/02
        MTH Telephone Conference with E. Strug re:
            fraudulent conveyance, pro hac issues  0.20     53.00
        MTH Review correspondence from J. Jackson re:
            A. Gutierrez deposition               0.10     26.50
                                                ------  --------
            FOR CURRENT SERVICES RENDERED        10.80  3,185.00
```

```
                         RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell           3.80    $350.00  $1,330.00
        Philip E. Milch               2.50     265.00     662.50
        Mark T. Hurford               4.50     265.00   1,192.50


            TOTAL CURRENT WORK                            3,185.00


            BALANCE DUE                                  $3,185.00
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-17D
                                      STATEMENT NO:       1

Plan and Disclosure Statement


                                                 HOURS
09/17/02
      MTH Review order re: extension of exclusive
          filing, solicitation periods              0.10    26.50
                                                    ----   -----
          FOR CURRENT SERVICES RENDERED             0.10    26.50

                      RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
      Mark T. Hurford                0.10    $265.00      $26.50


      TOTAL CURRENT WORK                                   26.50


      BALANCE DUE                                         $26.50
                                                          ======


      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                   09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-18D
                                      STATEMENT NO:       1

Relief from Stay Proceedings


                                                      HOURS
09/17/02
    MTH Review motion of Bank of America for
        limited stay relief to setoff deposit
        account                                        0.30      79.50

09/19/02
    DBS Review BOCA motion for Relief from Stay        0.10      35.00

09/28/02
    MRE Review of Wachovia Relief from Stay            0.20      55.00
                                                       ----    ------
        FOR CURRENT SERVICES RENDERED                  0.60     169.50

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    David B. Salzman                 0.10   $350.00      $35.00
    Mark T. Hurford                  0.30    265.00       79.50
    Marla R. Eskin                   0.20    275.00       55.00


    TOTAL CURRENT WORK                                    169.50


    BALANCE DUE                                          $169.50
                                                         =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  09/30/02
Wilmington  DE                            ACCOUNT NO: 3000-22D
                                          STATEMENT NO:       5


Valuation



   PREVIOUS BALANCE                                    $2,057.10


   BALANCE DUE                                         $2,057.10
                                                       =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             09/30/02
Wilmington  DE                         ACCOUNT NO: 3000-23D
                                       STATEMENT NO:       5


ZAI Science Trial




        PREVIOUS BALANCE                            $5,056.40



                                             HOURS
09/06/02
     MTH Review order and memo opinion from Judge
         Wolin re: ZAI motion for leave to appeal
         and denial thereof                   0.30     79.50

09/10/02
     MTH Review Debtors' Objection to the Response
         of ZAI claimant's re: ZAI scheduling
         order                                0.80    212.00

09/19/02
     MTH Review motion of ZAI claimants to shorten
         notice period                        0.10     26.50
     MTH Review ZAI claimant's motion to compel,
         with memo of law and attachments
         including debtors' responses to request
         for production, interrogatories, and
         request to admit, correspondence between
         ZAI Special counsel and Reed Smith and
         other attachments                    0.80    212.00

09/20/02
     MTH Review Debtors' Response to ZAI
         Claimant's Motion to Compel          0.10     26.50

09/28/02
     MRE Review debtor's objection to ZAI
         claimant's motion to compel          0.10     27.50
                                              ----    ------
        FOR CURRENT SERVICES RENDERED         2.20    584.00


{D0005871:1 }

W.R. Grace                                              09/30/02
                                          ACCOUNT NO: 3000-23D
                                          STATEMENT NO:        5

ZAI Science Trial


                       RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Mark T. Hurford               2.10     $265.00     $556.50
Marla R. Eskin                0.10      275.00       27.50


    TOTAL CURRENT WORK                              584.00


    BALANCE DUE                                  $5,640.40
                                                 =========


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-24D
                                      STATEMENT NO:       5

ZAI Science Trial - Expenses



    PREVIOUS BALANCE                                $159.00


    BALANCE DUE                                     $159.00
                                                    =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005871:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                   09/30/02
Wilmington  DE                          ACCOUNT NO    3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 5,492.55 | 0.00 | 0.00 | 0.00 | 0.00 | $5,492.55 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 8,767.60 | 0.00 | 0.00 | 0.00 | 0.00 | $8,767.60 |
| 3000-02 Asset Disposition | | | | | |
| 1,147.10 | 35.00 | 0.00 | 0.00 | 0.00 | $1,182.10 |
| 3000-03 Business Operations | | | | | |
| 206.90 | 0.00 | 0.00 | 0.00 | 0.00 | $206.90 |
| 3000-04 Case Administration | | | | | |
| 12,069.20 | 0.00 | 0.00 | 0.00 | 0.00 | $12,069.20 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 13,115.80 | 26.50 | 0.00 | 0.00 | 0.00 | $13,142.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 5,313.50 | 27.50 | 0.00 | 0.00 | 0.00 | $5,341.00 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 5,133.40 | 3,524.50 | 0.00 | 0.00 | 0.00 | $8,657.90 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 14,369.90 | 371.00 | 0.00 | 0.00 | 0.00 | $14,740.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 26.50 | 0.00 | 0.00 | 0.00 | 0.00 | $26.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 11,170.50 | 0.00 | 0.00 | 0.00 | 0.00 | $11,170.50 |
| 3000-11 Expenses | | | | | |
| 286.50 | 0.00 | 633.53 | 0.00 | 0.00 | $920.03 |

{D0005871:1 }

```
                                                      Page: 2
     W.R. Grace                                     09/30/02
                                      ACCOUNT NO    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 691.60 | 2,419.50 | 0.00 | 0.00 | 0.00 | $3,111.10 |
| 3000-13 Fee Applications, Others | | | | | |
| 0.00 | 1,432.00 | 0.00 | 0.00 | 0.00 | $1,432.00 |
| 3000-14 Financing | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Hearings | | | | | |
| 22,281.90 | 796.00 | 0.00 | 0.00 | 0.00 | $23,077.90 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 0.00 | 3,185.00 | 0.00 | 0.00 | 0.00 | $3,185.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 0.00 | 26.50 | 0.00 | 0.00 | 0.00 | $26.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 0.00 | 169.50 | 0.00 | 0.00 | 0.00 | $169.50 |
| 3000-22 Valuation | | | | | |
| 2,057.10 | 0.00 | 0.00 | 0.00 | 0.00 | $2,057.10 |
| 3000-23 ZAI Science Trial | | | | | |
| 5,056.40 | 584.00 | 0.00 | 0.00 | 0.00 | $5,640.40 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| 159.00 | 0.00 | 0.00 | 0.00 | 0.00 | $159.00 |
| ---------- | --------- | ------ | ---- | ---- | ----------- |
| 107,376.95 | 12,597.00 | 633.53 | 0.00 | 0.00 | $120,607.48 |
| | | | | | =========== |

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

{D0005871:1 }