```
             SIRGANY/CENTURY
           MIAMI INTERNATIONAL AIRPORT
                  NEWSSTANDS
                  STORE #10

   OPRAH BOOK #39       9780452282825 1395
                                       13.95 *
   NY TIMES DAILY        354613         1.00 *

   SUBTOTAL                           $14.95
   SALES TAX                           $0.98
   TOTAL                              $15.93
   AMERICAN EXPRESS                   $15.93
   371384752032002
   EXPIRY: 06/03 SWIPED
   AUTH.# 565684

   ITEMS 2                          FERNANDO
   04-23-2002  16:53     0010 02 002390 9476

       THANK YOU FOR SHOPPING WITH US.
```

April 23, 2002
MIAMI INT'L AIRPORT MIAMI     FL                                  15.93
GIFT ITEMS
Reference: 074835361

|  |  |  |
|---|---|---|
| **April 22, 2002** <br> MANDARIN ORIENTAL FOMIAMI   FL <br> FOOD/BEVERAGE <br> FOOD/BEV    206.41 <br> Reference: FY000025F | | 206.41 |

est folio



MANDARIN ORIENTAL
MIAMI

| | | |
|---|---|---|
| | | 04/22/02 |
| Rabinovitz, Francine | Arrival date | 04/23/02 |
| 40 East Verdigo Ave. | Departure date | 1 |
| Burbank, CA  91502 | No. in party | M0816 |
| United States | Room number | 329.00 |
| | Rate | 171553 |
| | Account number | |

| Date | Description | | Amount |
|---|---|---|---|
| 04/22/02 | Accommodation | | 329.00 |
| 04/22/02 | Room Tax | | 38.63 |
| 04/23/02 | 371384752032002 | 0603 | -367.63 |

===========

ZERO BALANCE --- THANK YOU!

367.63

**April 23, 2002**
MANDARIN ORIENTAL MIMIAMI        FL
Arrival Date       Departure Date      No of Nights
04/22/02           04/23/02            1
LODGING
Reference: HO000021F

Send account to

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Mandarin Oriental, Miami, 500 Brickell Key Drive, Miami, Florida 33131, USA
Telephone (305) 913-8288, Facsimile (305) 913-8300

Mandarin Oriental Hotel Group
Bangkok • Bermuda • Geneva • Hawaii • Himalayas • Hong Kong
Jakarta • Kuala Lumpur • London • Macau • Manila • Miami • Munich

Oct 29 02 03:05p    Warren H. Smith          214-722-0081                    p.4
           Case 01-01139-AMC   Doc 2916-1   Filed 10/31/02   Page 4 of 5

Guest folio 

**MANDARIN ORIENTAL**
MIAMI

Silvern, Paul
40 east Verdugo Ave
Burbank, CA  91502
United States

|  |  |
|---|---|
| | 04/22/02 |
| Arrival date | 04/23/02 |
| Departure date | 1 |
| No. in party | M0916 |
| Room number | 329.00 |
| Rate | 171555 |
| Account number | |

| Date | Description | Amount |
|---|---|---|
| 04/22/02 | 4552012 (0023) 19:12 | 1.00 |
| 04/22/02 | 4552012 (0003) 23:02 | 1.00 |
| 04/22/02 | Accommodation | 329.00 |
| 04/22/02 | Room Tax | 38.63 |
| 04/23/02 | In-Room Dining  #2463 | 25.32 |
| 04/23/02 | Adjust bjk/wc | -25.32 |
| 04/23/02 | 37283834742100  0205 | -369.63 |

============

ZERO BALANCE --- THANK YOU!

Send account to

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Mandarin Oriental, Miami, 500 Brickell Key Drive, Miami, Florida 33131, USA
Telephone (305) 913-8288, Facsimile (305) 913-8300

Mandarin Oriental Hotel Group
Bangkok • Bermuda • Geneva • Hawaii • Himalayas • Hong Kong
Jakarta • Kuala Lumpur • London • Macau • Manila • Miami • Munich

est folio 

MANDARIN ORIENTAL
MIAMI

|  |  | 04/22/02 |
|---|---|---|
| Sims, Robert | Arrival date | 04/23/02 |
| 40 East Verdugo Ave. | Departure date | 1 |
| Burbank, CA  91502 | No. in party | M1116 |
| United States | Room number | 329.00 |
|  | Rate | 171557 |
|  | Account number |  |

| Date | Description | Amount |
|---|---|---|
| 04/22/02 | 5035359101 (0008) 19:12 | 22.45 |
| 04/22/02 | 5040597 (0001) 19:28 | 1.00 |
| 04/22/02 | Accommodation | 329.00 |
| 04/22/02 | Room Tax | 38.63 |
| 04/23/02 | 5035359101 (0001) 07:55 | 10.29 |
| 04/23/02 | 5035359101 (0001) 07:58 | 10.29 |
| 04/23/02 | Private Bar | 4.34 |
| 04/23/02 | 4888603170171243    1002 | -416.00 |

ZERO BALANCE --- THANK YOU!

Send account to

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Mandarin Oriental, Miami, 500 Brickell Key Drive, Miami, Florida 33131, USA
Telephone (305) 913-8288, Facsimile (305) 913-8300

Mandarin Oriental Hotel Group
Bangkok • Bermuda • Geneva • Hawaii • Himalayas • Hong Kong
Jakarta • Kuala Lumpur • London • Macau • Manila • Miami • Munich