By-Request For Assistance And Consideration,

(Office of The-Clerk)        Date. 10-19-02,

Office of The Bankruptcy-Clerk,
U.S. Bankruptcy-Court, For The
Dist., Of -Delaware/Sixth-Floor,
824 Market Street
Wilmington, Delaware
(19801)

Ref..: W.R. Grace & Co. (et-al)/Ch.-11/Case-No., 01-01139 (JKF)
       Debtors Schedules And Access - Thereto,

Subj...:
       U.S. War-Veteran/College Correctional-Inmate,
Burrell Johnson, Jr., No., 00241395-R, (U.S.-Appeal)
Mailing Return-Address, P.O. Box-4500, Michael-Unit,
Tennessee-Colony, TX (75886), I would Like To Ask, The
Court-Clerk And The-Honorable, Ms. Judith K. Fitzgerald For
Permission/Consideration. In Receiving A-Copy of The Above
And Aforementioned Debtors-Schedules.
                                            (Concerned)

Dear Clerk,
Hello, I am The Above And Aforementioned War-Veteran,
Any Assistance/Consideration Taken In This Matter, Will Be
Deeply-Appreciated.  (Next-Page)

P.-1.

Perjury-Form.

I, Burrell Johnson, Jr., I.D.C.O.I.D. No. 00241395-A, (U.S. Appeal), further Hereby Declare Under Penalty of Perjury Pursuant To Title-18 § 28; U.S.C., Sec.,(s) 287,1001 § 1746. Provides A-Penalty of Not More-Than ($) 10,000 Fine or Not More-Than 5-Years Imprisonment or Both, Under U.S. Code And Texas Res., Civil Practice And Rem., Code-Sec.,(s) 132.001, 2. § 3. That The Statement's And Question's-Made In This (Request) Are True And Correctly-Made By The Above (War-Veteran).

This 19th Day of October-2002, To The-Best of My-Knowledge, Belief And Recollection.

Respectfully-Submitted,

By, U.S. War-Veteran,

Burrell Johnson, Jr.