IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Objection Deadline: November 20, 2002 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WETSBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | July 22, 2002 through September 30, 2002 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 170,069.50 |
| Amount of Expenses Reimbursement: | $ 44,005.38 |

This is a: **X** monthly   __ interim   __ final application

Prior Application filed: No*

\* This is the first application by Richardson Patrick Westbrook & Brickman (RPWB) since its appointment on July 22, 2002 as Special Counsel for the ZAI Science Trial. Accordingly, it covers the 2¼ month period from appointment (July 22, 2002) to September 30, 2002.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 112.4 | $71,760.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 144.3 | $53,660.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 12.3 | $2,952.00 |
| TOTALS | | | | | 269.0 | $128,372.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 78.5 | $8,375.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 178.5 | $20,812.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 32.4 | $4,050 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 2.5 | $187.50 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 122.3 | $8,272.50 |
| TOTALS | | | | | 414.2 | $41,697.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 14-Hearings | 9.0 | $5,225.00 |
| 20-Travel--Non-working | 91.5 | $8,437.50 |
| 22-ZAI Science Trial | 582.7 | $156,407.00 |
| TOTALS | 683.2 | $170,069.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | $56.80 |
| Postage Expense | $52.23 |
| Telephone Expense – Outside | |
| Duplicating / Printing | |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | 13,551.36 |
| Lodging | $6,883.71 |
| Transportation | $191.51 |
| Air Travel Expense | $12,267.13 |
| Rail Travel Expense | |
| Taxi Expense | $329.75 |
| Mileage Expense | $65.71 |
| Travel Meals | $1,335.92 |
| General Expense (Document Scanning) | |
| Parking | $93.00 |
| Expert Services | $9,139.01 |
| Books/Videos | $39.25 |
| Total | $44,005.38 |

Dated: October 31, 2002

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

William D. Sullivan (#2820)
Charles J. Brown, III (#3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(302) 428-3181

and

Edward J. Westbrook
WESTBROOK & BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
Lead Counsel for ZAI Claimants

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on October 31, 2002, service of the foregoing

- **Verified Fee Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel For The Interim Period From July 1, 2002 Through September 30, 2002.**

was made upon the attached Mail Service List via first class mail.

Dated: October 31, 2002

/s/ William D. Sullivan
**WILLIAM D. SULLIVAN**