10/31/2002                                                                                                    1

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:**            **07/22/2002**

| 07/22/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 3.00 | $1,950.00 |
| ewestbrook | 0000 | | 07/22/2002 - Meet with co-counsel regarding hearing on budget, lead counsel, etc., meet after hearing with co-counsel | | | |

| 07/22/2002 | 200106 | Zonolite Science Trial | L109 | $650.00 | 2.00 | $1,300.00 |
| ewestbrook | 0000 | | 07/22/2002 (ewestbrook) - attend hearing | | | |

**Day:**            **07/23/2002**

| 07/23/2002 | 200106 | Zonolite Science Trial | L111 | $650.00 | 3.40 | $2,210.00 |
| ewestbrook | 0000 | | 07/23/2002 - Work on draft discovery, case planning and assignments during return to Charleston | | | |

**Day:**            **07/26/2002**

| 07/26/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 3.00 | $1,950.00 |
| ewestbrook | 0000 | | 07/26/2002 (ewestbrook) - Revise, review and finalize and send first set of discovery to case. | | | |

**Day:**            **08/05/2002**

| 08/05/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 3.20 | $2,080.00 |
| ewestbrook | 0000 | | 08/05/2002 - Conference call with other P.D. Counsel regarding organization of activities, assignments (1.0), work on revised budget and planning, review Grace proposed budget and work on proposed order regarding the budget and science trial (2.2) | | | |

**Day:**            **08/06/2002**

| 08/06/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 1.00 | $650.00 |
| ewestbrook | 0000 | | 08/06/2002  - Work on proposed orders for Court (.5), circulate and review (.25), make changes (.25) | | | |

**Day:**            **08/07/2002**

| 08/07/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 3.60 | $2,340.00 |
| ewestbrook | 0000 | | Work on preparation task list (1.5), discussions with Rob Turkewitz regarding same (.5), work on organization of Zonolite files (.5), begin planning for review of files (.6), review and begin work on dust sampling as method for assessing ZAI in buildings (.5). | | | |

**Day:**            **08/09/2002**

| 08/09/2002 | 200106 | Zonolite Science Trial | L103 | $650.00 | 2.30 | $1,495.00 |
| ewestbrook | 0000 | | 08/09/2002 - Begin review of Grace's documents in-house for ZAI issues(1.5), memos to attorneys regarding projects prompted by memos including the "1%" asbestos issue, history of dust testing, correlation | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

between  measurement methods (.8)

**Day:** 08/13/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 08/13/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 3.10 | $1,240.00 |
| rturkewitz | 0000 | | 08/13/2002 - Telephone conversation with Linda Hambleton regarding reorganization of Zonolite file for upcoming Zonolite Science Trial (.1); reviewed expert testing file (1.5); telephone conversation with experts regarding future testing of homes with Zonolite attic insulation and scheduling of meeting (.5); conference with Ed Westbrook regarding scheduling of meeting (.3); telephone conversations with expert regarding scheduling of testing (.2); telephone conversations with potential witness regarding renovations that can disturb Zonolite attic insulation and recent publication on dust (.5); dictated memo to file regarding conversation with potential witness (.25). | | | |
| 08/13/2002 | 200106 | Zonolite Science Trial | L105 | $75.00 | 0.10 | $7.50 |
| lhambleton | 0000 | | 08/13/2002 (lhambleton) - conversation with R. Turkewitz regarding reorganization of Zonolite files (.1) | | | |
| 08/13/2002 | 200106 | Zonolite Science Trial | L105 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | 08/13/2002 (ewestbrook) - Conference with Robert Turkewitz regarding ZAI | | | |

**Day:** 08/14/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 08/14/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 1.70 | $680.00 |
| rturkewitz | 0000 | | 08/14/2002  - Conducted internet search for information regarding potential experts (1.0); located and reviewed articles by potential expert regarding renovations of homes (.5); called and left messages with point of contact for potential expert (.1); conversation with Ed Westbrook regarding experts (.1) | | | |
| 08/14/2002 | 200106 | Zonolite Science Trial | L103 | $650.00 | 0.80 | $520.00 |
| ewestbrook | 0000 | | 08/14/2002 - Review Rob Turkewitz's memo regarding potential experts and meeting with experts, topics to be covered and respond to same (.5), review Grace's proposed litigation budget (.2), discussions with Rob Turkewitz regarding experts (.1) | | | |

**Day:** 08/15/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 08/15/2002 | 200106 | Zonolite Science Trial | L105 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | 08/15/2002 - Met with Rob Turkewitz regarding our strategy for ZAI projects, meeting with experts (.2); conversation with Lizzie Kerrison regarding ZAI document review project (.1) | | | |
| 08/15/2002 | 200106 | Zonolite Science Trial | L117 | $75.00 | 2.00 | $150.00 |
| lhambleton | 0000 | | organized zonolite boxes containing expert materials, exhibits, depos, etc. in work room for upcoming science trial | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 08/15/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 4.70 | $1,880.00 |
| rturkewitz | 0000 | | 08/15/2002 - Reviewed and organized Zonolite files for Science Trial (2.5); phone conversations with experts regarding scheduling of conference call (.5); telephone with potential witness regarding potential testimony in the Zonolite Science Trial (.5); telephone conversation with potential expert regarding renovation of homes with Zonolite attic insulation (.5); telephone conversations with employees of potential expert regarding availability of potential expert as a consultant in the Zonolite litigation (.5); conference with Ed Westbrook regarding scheduling (.2). | | | |
| 08/15/2002 | 200106 | Zonolite Science Trial | L105 | $125.00 | 0.10 | $12.50 |
| lkerrison | 0000 | | 08/15/2002 (lkerrison) - Conversation with Ed Westbrook regarding ZAI | | | |

**Day:** 08/16/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 08/16/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 4.00 | $1,600.00 |
| rturkewitz | 0000 | | 08/16/2002 - Reviewed testing documents in preparation for conference call (1.5); telephone conference with Ed Westbrook and experts (1.8); telephone conversation with expert regarding upcoming testing and Zonolite issues (.5); dictated memo to file regarding telephone conference call and telephone conversation with potential witness (.2) | | | |
| 08/16/2002 | 200106 | Zonolite Science Trial | L105 | $650.00 | 2.80 | $1,820.00 |
| ewestbrook | 0000 | | 08/16/2002 - Conference call with experts, Rob Turkewitz, Kim Carr and Linda Hambleton to discuss setting up various avenues of investigation of ZAI fiber release including locations, methods, local assistance, logistics, type of testing to be done (1.8), additional work regarding case planning (1.0). | | | |
| 08/16/2002 | 200106 | Zonolite Science Trial | L117 | $75.00 | 3.10 | $232.50 |
| lhambleton | 0000 | | 08/16/2002 (LHAMBLETON) Organized of zonolite documents to be utilized for telephone conference. Distributed to conference attendees (.3); attended telephone conference with experts, Ed Westbrook, Rob Turkewitz & Kim Carr re: upcoming Science Trial (1.8); Searched for Cancer Study on the internet (1.) | | | |
| 08/16/2002 | 200106 | Zonolite Science Trial | L105 | $125.00 | 1.80 | $225.00 |
| kcarr | 0000 | | 08/16/2002 (kcarr) - Participated in conference call regarding setting up various avenues of investigation of ZAI fiber release including locations, methods, local assistance, logistics, type of testing to be done, etc. | | | |

**Day:** 08/19/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 08/19/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 4.60 | $1,840.00 |
| rturkewitz | 0000 | | 08/19/2002 (RTURKEWITZ) - Reviewed file on home renovations (1.0); telephone conversation with potential witness (.1); dictated, proofread and finalized letter to attorney for potential witness (1.5); proofread, revised and finalized memo regarding expert testing (1.5); proofread, revised and finalized memos regarding telephone conversation with potential witnesses (.5) | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **08/20/2002** | | | | |
| 08/20/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>08/20/2002 (RTURKEWITZ) - Reviewing and organizing the Zonolite file for Science Trial (1.5); reviewed meeting notes in preparation for telephone conference call with Darrell Scott (.3); telephone conference call with Darrell Scott (.5); telephone call conversation with potential expert regarding future testing (.5) | $400.00 | 2.80 | $1,120.00 |
| **Day:** | | **08/21/2002** | | | | |
| 08/21/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>08/21/2002 (RTURKEWITZ) - Telephone conversation with attorneys concerning consultation with potential witness (.3); received and reviewed information regarding possible witness for science trial (.5); called and left message for colleague regarding Grace discovery (.1) | $400.00 | 0.90 | $360.00 |
| **Day:** | | **08/22/2002** | | | | |
| 08/22/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>08/22/2002 (RTURKEWITZ) - Received from Ed Westbrook and reviewed the case report regarding property damage verdicts for science trial (.1); prepared and sent memo to Linda Hambleton asking her to retrieve information on verdict as it relates to the Zonolite Science Trial (.1); conversation with Ed Westbrook regarding status of case (.5); called and left messages for two potential witnesses (.2) | $400.00 | 0.90 | $360.00 |
| 08/22/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L108<br>08/22/2002 (LHAMBLETON)<br>Researched ATSDR for dust testing protocols. | $75.00 | 0.30 | $22.50 |
| 08/22/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L117<br>08/22/2002 (ewestbrook) - Continue work on case planning (.5), review draft correspondence and comments regarding same (.5); various calls regarding case (.5); conversation with Rob Turkewitz regarding status of case (.5); conversation with Janet Bakst regarding project (.1) | $650.00 | 2.10 | $1,365.00 |
| 08/22/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L105<br>08/22/2002 (jbakst) - Conversation with Ed Westbrook regarding project | $125.00 | 0.10 | $12.50 |
| **Day:** | | **08/23/2002** | | | | |
| 08/23/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L117<br>08/23/2002 (LHAMBLETON)<br>Organizing zonolite files for upcoming Science Trial. | $75.00 | 5.00 | $375.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>08/23/2002 (ewestbrook) - Conversations with Rob Turkewitz regarding upcoming hearing (.1), prepare for hearing (.8), review agenda (.3), review discovery served (.5), review request to Grace for exposure information (.3), review of outstanding discovery (.5); conference with Rob Turkewitz regarding vermiculite study (.3) | $650.00 | 2.70 | $1,755.00 |
| 08/23/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>08/23/2002 (RTURKEWITZ) - Telephone conversation with potential witness concerning Zonolite attic insulation (.5); telephone conversation with potenal witness relating to the science issues (.5); meeting with Linda Hambleton regarding Barbanti experts (.25); reviewed study of ZAI (.5); conference with Ed Westbrook regarding vermiculite study (.3); telephone conversation Christy Birgland regarding agenda for August 26 meeting (.1); received and reviewed agenda of August 26 meeting (.25); conference with Ed Westbrook regarding agenda (.1) | $400.00 | 1.50 | $600.00 |
| **Day:** | **08/25/2002** | | | | | |
| 08/25/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>08/25/2002 (RTURKEWITZ) - Traveled from Charleston, SC to Wilmington, DE for science trial strategy meeting with Darrell Scott (billed half hourly rate); | $200.00 | 3.80 | $760.00 |
| 08/25/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L105<br>08/25/2002 (RTURKEWITZ) - Strategy conference with Darrell Scott regarding science trial experts and discovery issues (1.5) | $400.00 | 1.50 | $600.00 |
| 08/25/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>08/25/2002 (ewestbrook) - Travel from Charleston to Wilmington for Omnius Hearing. En route, review ZAI proposed budget application, proposed order and ZAI proposed schedule (2.0), Grace proposed schedule (.8), review and compare orders and make notes regarding 7/22 transcript as it relates to those orders (1.0). | $650.00 | 3.80 | $2,470.00 |
| **Day:** | **08/26/2002** | | | | | |
| 08/26/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>08/26/2002 (RTURKEWITZ) - Strategy meeting with Darrell Scoott and Ed Westbrook regarding science trial issues (1.0); Converstion with Ed Westbrook regarding procedures and review same while on plane traveling back from Philadelphia (2 hours - billed full rate). | $400.00 | 3.00 | $1,200.00 |
| 08/26/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116<br>08/26/2002 (RTURKEWITZ) - Non-working portion of travel from Philadelphia to Charleston, SC (billed half rate) | $200.00 | 4.50 | $900.00 |
| 08/26/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>08/27/2002 (ewestbrook) - Meet with Darrell Scott and Rob Turkewitz in preparation for hearing, review status of efforts regarding ZAI (1.0), during return travel review Court's Compensation Orders, sample fee and expense applications and work on planning (4.5), discuss planning | $650.00 | 7.50 | $4,875.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | and procedures with Rob Turkewitz en route to Charleston (2.0). | | | |
| 08/26/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L109 08/26/2002 (rturkewitz) - Attended bankruptcy hearing regarding appointment of counsel and scheduling order for Science trial (2.5); | $400.00 | 2.50 | $1,000.00 |
| 08/26/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L109 08/26/2002 (ewestbrook) - attend hearing in Wilmington (2.5) | $650.00 | 2.50 | $1,625.00 |
| **Day:** | | **08/27/2002** | | | | |
| 08/27/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L105 08/27/2002 (kgarcia) - Attended strategy meeting regarding documents, experts, origination of Zonolite, time and Court's rules | $75.00 | 1.50 | $112.50 |
| 08/27/2002 jbakst | 200106 0000 | Zonolite Science Trial | L117 08/27/2002 (jbakst) - ZAI science trial team conference re: document review strategy (1.5); review and analyze Grace documents (6.0) | $125.00 | 7.50 | $937.50 |
| 08/27/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 08/27/2002 (kcarr) - Attended strategy meeting conducted by Ed Westbrook regarding review and sources of ZAI documents, discussion of experts, discussions regarding other sources of documetns, outline of tasks to be performed, outline of Court's rules regarding time keeping and necessity of adherence to procedures. | $125.00 | 1.50 | $187.50 |
| 08/27/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 08/27/2002 - Strategy meeting with staff regarding review of ZAI documents, sources of ZAI documents, reviewing existing Libby documents, existing document indices, discussion regarding other sources of documents, discussion of experts, discussion of origination of issue from Zonolite mine through processing and into homes, circumstances under which problems can arise, outline of tasks to be performed, outline of discussion of Court's rules regarding time keeping and necessity of adherence to procedures (1.5); work on Zonolite matters thereafter (1.0), discussions with Rob Turkewitz regarding conference call with Darrell Scott and receipt of documents (.2), further case planning work (.5) | $650.00 | 3.20 | $2,080.00 |
| 08/27/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 08/27/2002 (RTURKEWITZ) - Telephone conversation with representative for potential witness regarding availability of consulting for science trial (.5); strategy session regarding Ed Westbrook, Bobby Wood, Janet Bakst, Kim Carr, Lizzie Kerrison (attended portion of the meeting) and Kim Garcia (1.5); reviewed indices of Grace's records (.25); prepared and distributed list of issues for review of documents for Science trial (.75); telephone conversation with Ed Cottingham regarding retrieval of boxes of Grace documents and records (.5); telephone conference call with Darrell Scott, Alan McGarvey and Fabrice Vincent regarding strategy for upcoming Science Trial and discussion of the August 26, 2002 hearing (.8); began reviewing expert background materials (1.0) | $400.00 | 5.30 | $2,120.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 08/27/2002 | 200106 | Zonolite Science Trial | L105 | $240.00 | 1.50 | $360.00 |
| bwood | 0000 | | 08/27/2002 (bwood) - - Attended strategy meeting regarding review of ZAI documents, sources of ZAI documents, reviewing existing Libby documents, existing document indices, discussion regarding other sources of documents, discussion of experts, discussion of origination of issue from Zonolite mine through processing and into homes, circumstances under which problems can arise, outline of tasks to be performed, outline of discussion of Court's rules regarding time keeping and necessity of adherence to procedures. | | | |
| 08/27/2002 | 200106 | Zonolite Science Trial | L105 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | 08/27/2002 (LKERRISON) - Partial participation in conference regarding vermiculite issues and organization. | | | |
| **Day:** | | **08/28/2002** | | | | |
| 08/28/2002 | 200106 | Zonolite Science Trial | L103 | $240.00 | 2.00 | $480.00 |
| bwood | 0000 | | 08/28/2002 (bwood) - Reviewing Grace material and highlighting documents to request for production. | | | |
| 08/28/2002 | 200106 | Zonolite Science Trial | L117 | $75.00 | 3.50 | $262.50 |
| lhambleton | 0000 | | 08/28/2002 (LHAMBLETON) Research regarding cancer studies (1.0); Research on dust testing protocols (1.0); Meeting with Rob Turkewitz and Janet Bakst to clarify the list of items we are looking to tag in the huge volume of documents. Sent update emails to various recipients (Rob, Ed, Janet, Kim G, Kim C, and Bobby) regarding review procedures (1.0); Meeting with Rob, Janet, and Ian regarding computer database (.5) | | | |
| 08/28/2002 | 200106 | Zonolite Science Trial | L103 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | 08/28/2002 (ewestbrook) - Review Grace's answers to interrogatories, requests for productions and requests to admit | | | |
| 08/28/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 4.00 | $1,600.00 |
| rturkewitz | 0000 | | 08/28/2002 (RTURKEWITZ) - Conference with Janet Bakst and Linda Hambleton regarding issues for document review (1.0); letter to potential witness regarding consultation (.75); received and reviewed material regarding renovation of home with asbestos (.75); telephone conversation with potential expert regarding method for analyzing vermiculite and issues regarding testing (1.); conference with staff regarding contemplated database (.5) | | | |
| 08/28/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 6.50 | $812.50 |
| jbakst | 0000 | | 08/28/2002 (jbakst) review and analyze Grace documents (5.0); meet with Rob Turkewitz and Linda Hambleton re: case history and strategy for reviewing documents (1.0); Meeting with Rob Turkewitz, Linda Hambleton and Ian Jones regarding computer database (.5) | | | |
| **Day:** | | **08/29/2002** | | | | |

# Time report

## 07/22/2002 - 09/30/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/29/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L103<br>08/29/2002 (jbakst)<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 08/29/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>08/29/2002 (RTURKEWITZ) - Received and reviewed potential expert CV and vermiculite studies (.5); conference with Ed Westbrook and Lizzie Kerrison regarding Libby situation (.5); called and left message for expert regarding vermiculite science issues (.1); reviewed deposition of expert in the Barbanti case (.4); letter regarding Grace discovery (1.); received and reviewed articles regarding clean up of Zonolite attic insulation in Libby homes and the procedures used (.5) | $400.00 | 3.00 | $1,200.00 |
| 08/29/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L117<br>08/29/2002 - Receipt and review of Grace's certification of counsel with respect to order setting initial schedule for litigation concerning Zonolite Attic Insulation science issues (1.5), research July 26 transcript and related files (1.5), write response to Grace's papers and send to co-counsel for filing (1.0), meeting with Lizzie Kerrison and Rob Turkewitz regarding vermiculite situtation (.5), review Grace's answers to Interrogatories, Requests to Produce and Requests to Admit and prepare correspondence to Grace pointing out deficiencies in same (2.0), work on case planning (.5); Discussions with Lizzie Kerrison regarding Grace vermiculite, Zonolite and Libby documents, organization and review (.5) | $650.00 | 7.50 | $4,875.00 |
| 08/29/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L103<br>08/29/2002 (LHAMBLETON) - Reading through Grace material for documents we want produced (3.5); Prepared for Rob and sent via facsimile documents to co-counsel re: upcoming Science Trial (.8); Prepare material for computer department for document organization (.3); Located specific information requested by Rob Turkewitz (1.); Prepared and sent vermiculite information as requested by Rob Turkewitz (.8) | $75.00 | 6.40 | $480.00 |
| 08/29/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L103<br>08/29/2002 (LKERRISON) - Review boxes to gather all vermiculite documents (1.9); Meeting with Ed Westbrook and Rob Turkewitz regarding vermiculite issues (.5); Review vermiculite testing documents for documents relating to installation testing (3.6); discussion with Ed Westbrook regarding document organization and review (.5). | $125.00 | 6.50 | $812.50 |
| **Day:** | | **08/30/2002** | | | | |
| 08/30/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L104<br>08/30/2002 (bwood) - Research scope of discovery as to whether Grace must produce all vermiculite-based documents or limit to ZAI | $240.00 | 1.00 | $240.00 |
| 08/30/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L117<br>08/30/2002 (LHAMBLETON) - Work on expert issues (1.); Gather and circulate vermiculite articles (.3); Reading Grace material for the upcoming Science Trial (5.) | $75.00 | 6.30 | $472.50 |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/30/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 | $400.00 | 6.30 | $2,520.00 |
| | | | 08/30/2002 (RTURKEWITZ) - Received and reviewed publication on dust dangers (1.0); telephone conversation with expert regarding testing (.8); received and reviewed article discussing testing (.5); conducted internet search for information regarding such testing (1.0); contacted experts regarding testing (.25); reviewed and forwarded Grace's interrogatory answers (.25); received and reviewed air testing standards using direct and indirect methods of analysis (.5); attended conference call regarding future testing of Zonolite atttic insulation (1.5); email to potential witness regarding location (.25); phone conversation with potential witness regarding investigation (.25) | | | |
| 08/30/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 | $125.00 | 6.50 | $812.50 |
| | | | 08/30/02 (jbakst) Review and analyze Grace documents | | | |

**Day:**          **09/03/2002**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/03/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 | $125.00 | 6.50 | $812.50 |
| | | | 09/03/02 (jbakst) Review and analyze Grace documents | | | |
| 09/03/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 | $400.00 | 6.10 | $2,440.00 |
| | | | 09/03/2002 (RTURKEWITZ) - Received and reviewed information regarding testing (.3); conference call with Ed Westbrook regarding testing information (.3); telephone conference call with Zonolite Science Trial experts and Darrell Scott regarding testing issues (1.0); telephone conversation with potential witness (.3); telephone conversation regarding renovation (.3); telephone conversation with Alan McGarvey regarding science trial claimants (.3); telephone conversation regarding testing research (.5); conducted internet search for potential ZAI expert (.5); reviewed web site and copied reports (1.5); forwarded to Ed Westbrook with comment expert information (.1); continued reviewing expert material  for potential use in the science trial (1.0) | | | |
| 09/03/2002 bwood | 200106 0000 | Zonolite Science Trial | L103 | $240.00 | 0.10 | $24.00 |
| | | | 09/03/2002 (bwood) - Reviewing materials and highlightling documents to request for production | | | |
| 09/03/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L103 | $75.00 | 7.50 | $562.50 |
| | | | 09/03/2002 (LHAMBLETON) - Received and reviewed documents re: various cancer studies (.5); Reading Grace material for pertinent docs for the upcoming Science Trial (7.0) | | | |
| 09/03/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 | $650.00 | 1.50 | $975.00 |
| | | | 09/03/2002 (ewestbrook) - Participate in conference call (participated part of the time) with experts regarding potential testing (1.0), review documents concerning testing (.2); Conversation with Rob Turkewitz regarding testing information (.3) | | | |

**Day:**          **09/04/2002**

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/04/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>09/04/2002 (RTURKEWITZ) - Continued reviewing expert material (2.5); telephone conversation with potential expert regarding his perspective on problems with vermiculite (.5); reviewed notes and correspondence regarding FOIA request (.2);  telephone conversation with potential witness regarding science issues concerning Zonolite attic insulation testing (.8) | $400.00 | 4.00 | $1,600.00 |
| 09/04/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117<br>09/03/2002 (LHAMBLETON)<br>Reading Grace material for pertinent docs for the upcoming Science Trial (4.) | $75.00 | 4.00 | $300.00 |
| 09/04/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/04/2002 (jbakst)<br>review and analyze Grace documents | $125.00 | 6.50 | $812.50 |

**Day:**          09/05/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/05/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/05/2002 (jbakst)<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 09/05/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105<br>09/05/2002 (kcarr) - Conference with Ed Westbrook and Rob Turkewitz regarding upcoming document production | $125.00 | 0.50 | $62.50 |
| 09/05/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>09/05/2002 (ewestbrook) - Calls to Grace counsel regarding document production (.5); meeting with Rob Turkewitz and Kim Carr regarding plans for document productions(.5); discussions with staff regarding upcoming document production, issues, etc.(.5); work on organization (1.0); Review outstanding discovery (1.0), calls to defense counsel regarding scheduling of visit to Grace repositories (.2), discussions with Rob Turkewitz regarding status of investigation regarding ZAI fiber levels (.2) | $650.00 | 3.90 | $2,535.00 |
| 09/05/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L105<br>09/05/2002 (RTURKEWITZ) - Discussion with Ed Westbrook regarding status of ZAI fiber levels investigation (.2); Meeting with Ed Westbrook and Kim Carr regarding plans for document production (.5) | $400.00 | 0.70 | $280.00 |

**Day:**          09/06/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/06/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L105<br>09/06/2002 (ewestbrook) - Conference with Rob Turkewitz regarding document production issues | $650.00 | 0.10 | $65.00 |
| 09/06/2002 bwood | 200106 0000 | Zonolite Science Trial | L117<br>09/06/2002 (bwood) - Conversation with Ed Westbrook and organizing | $240.00 | 0.20 | $48.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| | | | the law clerks regarding discovery research issues | | | |
| 09/06/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 4.70 | $1,880.00 |
| rturkewitz | 0000 | | 09/06/2002 (RTURKEWITZ) - Received and reviewed information regarding testing for the Zonolite science trial (.5); forwarded comments to Ed Westbrook (.1); telephone conversation with Jim Bentz regarding Grace's document production for the science trial (.5); dictated, revised and finalized letter to Jim Bentz regarding document production (.1); conference with Ed Westbrook regarding document production at Grace's repository (.1); conferences with Linda Hambleton and Janet Bakst regarding logistics for document production at Grace's repository (1.0); dictated and finalized request regarding testing of Zonolite attic insulation (.3); called and left message for potential witness regarding renovation work in homes with Zonolite attic insulation (.1); reviewed materials regarding renovations (2.0) | | | |
| 09/06/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | 09/06/2002 (jbakst) Review and analyze Grace documents (6.5); conversation with R. Turkewitz and Linda Hambleton regarding document production (1.0) | | | |
| 09/06/2002 | 200106 | Zonolite Science Trial | L105 | $75.00 | 1.00 | $75.00 |
| lhambleton | 0000 | | 09/06/2002 (lhambleton) - conference with Rob Turkewitz and Janet Bakst regarding upcoming document production in Boston | | | |
| **Day:** | | **09/09/2002** | | | | |
| 09/09/2002 | 200106 | Zonolite Science Trial | L116 | $200.00 | 6.00 | $1,200.00 |
| rturkewitz | 0000 | | 09/09/2002 (rturkewitz) - Travel from Charleston to Grace repository at Winthrop Square (billed at half rate) | | | |
| 09/09/2002 | 200106 | Zonolite Science Trial | L116 | $37.50 | 6.00 | $225.00 |
| lhambleton | 0000 | | 09/09/2002 (lhambleton) Travel from Charleston to Boston for document production. (billed at half rate.) | | | |
| 09/09/2002 | 200106 | Zonolite Science Trial | L103 | $75.00 | 6.00 | $450.00 |
| lhambleton | 0000 | | 09/09/2002 (lhambleton) Reviewed documents at 1 Winthrop Square (4); Meeting with Rob Turkewitz and Janet Bakst regarding document search strategy (2) | | | |
| 09/09/2002 | 200106 | Zonolite Science Trial | L116 | $62.50 | 6.00 | $375.00 |
| jbakst | 0000 | | 09/09/2002 (jbakst) travel to boston re document production (billed at half rate) | | | |
| 09/09/2002 | 200106 | Zonolite Science Trial | L116 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | 09/09/2002 (jbakst) Review documents at Grace repository (4); meet with R. Turkewitz and L. Hambleton re: document search strategy (2) | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/09/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>(rturkewitz) - Conference with Matt Murphy regarding organization of repository (1.0); reviewed documents (3.2); phone conversation with Ed Westbrook regarding status of review (.3); meeting with Linda Hambleton and Janet Bakst regarding document search strategy (2) | $400.00 | 6.50 | $2,600.00 |
| 09/09/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>09/09/2002 (ewestbrook) - Discussions with Rob Turkewitz regarding document production situation (.3); review legal memorandum regarding document production responsibility (.5); review correspondence regarding document production (.2); review information regarding testing (.3) | $650.00 | 1.30 | $845.00 |

**Day:** **09/10/2002**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/10/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L310<br>09/10/2002 (ewestbrook) - Work on Motion to Compel regarding discovery issues with respect to Grace's answers to Requests for Production of documents and interrogatories | $650.00 | 2.30 | $1,495.00 |
| 09/10/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>09/10/2002 (RTURKEWITZ) - Reviewed documents in Boston (7.5) | $400.00 | 7.50 | $3,000.00 |
| 09/10/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/10/2002 (jbakst)<br>review documents at Grace repository | $125.00 | 7.50 | $937.50 |
| 09/10/2002 kcarr | 200106 0000 | Zonolite Science Trial | L116<br>09/10/2002 (kcarr) - Travel from Charleston to Boston for document production (charged at half rate) | $62.50 | 5.00 | $312.50 |
| 09/10/2002 kcarr | 200106 0000 | Zonolite Science Trial | L103<br>09/10/2002 (kcarr) - Reviewed documents at 1 Winthrop Square | $125.00 | 6.00 | $750.00 |
| 09/10/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L103<br>09/09/2002 (lhambleton)<br>Reviewed documents at 1 Winthrop Square. | $75.00 | 7.50 | $562.50 |

**Day:** **09/11/2002**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/11/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L103<br>09/11/2002 (lhambleton)<br>Reviewed documents at Winthrop Square. | $75.00 | 7.00 | $525.00 |
| 09/11/2002 kcarr | 200106 0000 | Zonolite Science Trial | L103<br>09/11/2002 (kcarr) - Review documents at 1 Winthrop Square | $125.00 | 7.00 | $875.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/11/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/11/2002 (jbakst)<br>review documents at Grace repository (7); conference with R. Turkewitz re: preparation of affidavit for motion to compel (.5) | $125.00 | 7.50 | $937.50 |
| 09/11/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>09/11/2002 (RTURKEWITZ) - Reviewed documents (7.0); conference with Janet Bakst regarding affidavit and document production (.5); Conference call with Darrell Scott, his associates and Ed Westbrook regarding progress on Zonolite case, discussions regarding possible retention of expert, coordination regarding vermiculite work, discussions regarding available samples of ZAI (2) | $400.00 | 9.50 | $3,800.00 |
| 09/11/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L105<br>09/11/2002 (LKERRISON) - Conference with Ed Westbrook regarding Zonolite project | $125.00 | 0.30 | $37.50 |
| 09/11/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>09/11/2002 (ewestbrook) - Conference call with Darrell Scott, his associates and Rob Turkewitz regarding progress on Zonolite case, discussions regarding possible retention of renovation expert, coordination regarding vermiculite work, discussions regarding available samples of ZAI (2.0); review Rob Turkewitz revisions to planning documents (.5); discussions with Lizzie Kerrison regarding Zonolite project (.3). | $650.00 | 2.80 | $1,820.00 |

**Day:** 09/12/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/12/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L105<br>09/12/2002 (ewestbrook) - Conference with Rob Turkewitz regarding document production | $650.00 | 0.30 | $195.00 |
| 09/12/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>09/12/2002 (RTURKEWITZ) - Conference with Ed Westbrook regarding document production and testing (.3); phone conversation with Linda Hambleton regarding status of review (.5); phone conversation with Darrell Scott regarding testing (.5) | $400.00 | 1.30 | $520.00 |
| 09/12/2002 kcarr | 200106 0000 | Zonolite Science Trial | L103<br>09/12/2002 (kcarr) - Review documents at 1 Winthrop Square | $125.00 | 9.00 | $1,125.00 |
| 09/12/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L103<br>09/11/2002 (lhambleton)<br>Reviewed documents at Winthrop Square (9); Prepared draft of affidavit regarding document review (1.5); Conversation with Rob Turkewitz regarding document production (.5) | $75.00 | 11.00 | $825.00 |
| 09/12/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/12/2002 (jbakst)<br>Review documents at Winthrop Square (9); assist with affidavit for motion to compel by L. Hambleton (1) | $125.00 | 10.00 | $1,250.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/12/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116<br>09/12/2002 (rturkewitz) - Travel from Boston to Charleston (billed at half rate) | $200.00 | 6.00 | $1,200.00 |

**Day:** 09/13/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/13/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L103<br>09/13/2002 (lhambleton)<br>reviewed documents at 1 Winthrop Square. | $75.00 | 2.30 | $172.50 |
| 09/13/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L116<br>09/13/2002 (lhambleton)<br>Travel from Boston to Charleston. (charged at half rate) | $37.50 | 6.00 | $225.00 |
| 09/13/2002 kcarr | 200106 0000 | Zonolite Science Trial | L116<br>09/13/2002 (kcarr) - Travel from Boston to Charleston (billed at half rate) | $62.50 | 6.00 | $375.00 |
| 09/13/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>09/13/2002 (jbakst)<br>Review Documents at Grace repository | $125.00 | 2.30 | $287.50 |
| 09/13/2002 jbakst | 200106 0000 | Zonolite Science Trial | L116<br>09/13/2002 (jbakst)<br>Travel from Boston to SC (billed at half rate) | $62.50 | 6.00 | $375.00 |
| 09/13/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>09/13/2002 (RTURKEWITZ) - Proofread and revise affidavit regarding document review (1.5); reviewed emails regarding renovations of homes (.25); conducted internet search regarding renovations of homes (2.0); began reviewing Julie Yang material (2.5); phone conversation with potential witness regarding location of witnesses (.25); Conversation with Ed Westbrook and Kim Carr regarding discovery, correspondence and legal authorities (.4) | $400.00 | 6.90 | $2,760.00 |
| 09/13/2002 kcarr | 200106 0000 | Zonolite Science Trial | L117<br>09/13/2002 (kcarr) - Conference with Ed Westbrook and Rob Turkewitz regarding correspondence, discovery and legal authorities (.4); Review documents at 1 Winthrop Square (2.3) | $125.00 | 2.70 | $337.50 |
| 09/13/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>09/13/2002 (ewestbrook) - Work on Memorandum in Support of Motion to Compel (6 hours); review discovery, discovery correspondence, legal authorities (1.2 hours); conversation with Rob Turkewitz and Kim Carr regarding same (.4); searching for other cases (.8) | $650.00 | 8.40 | $5,460.00 |

**Day:** 09/14/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/14/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L103<br>09/14/2002 (RTURKEWITZ) - Reviewed draft Motion to Compel and | $400.00 | 1.80 | $720.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | forwarded comments to Ed Westbrook (1.3); continued reviewing Julie Yang material (.5) | | | |

**Day:**       09/16/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/16/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 7.80 | $5,070.00 |
| ewestbrook | 0000 | | 09/16/2002 (ewestbrook) - Continue work on revising Memorandum in Support of Motion to Compel (6 hours); research prior orders regarding discovery (.6); review paralegal affidavit regarding same (.3); work on checking attachments and cross checking against memo (.8); conversation with local counsel regarding procedures for motion (.1) | | | |
| 09/16/2002 | 200106 | Zonolite Science Trial | L104 | $240.00 | 1.50 | $360.00 |
| bwood | 0000 | | 09/16/2002 (bwood) - Legal research for motion to compel on discovery issues and whether a party is required to produce originals versus copies. | | | |

**Day:**       09/17/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/17/2002 | 200106 | Zonolite Science Trial | L112 | $240.00 | 1.50 | $360.00 |
| bwood | 0000 | | 09/17/2002 (bwood) - Final review and changes to the ZAI Claimants Motion to Compel | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 2.40 | $960.00 |
| rturkewitz | 0000 | | 09/17/2002 (RTURKEWITZ) - Researched information regarding renovations in attics (1.2); telephone conference call with Darrell Scott and Alan McGarvey regarding testing of ZAI (1.0); conversation with Ed Westbrook regarding science trial issues. (.2) | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L116 | $62.50 | 6.00 | $375.00 |
| jbakst | 0000 | | 09/17/2002 (jbakst) Travel to Boston for Production of Documents (billed at half rate) | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 5.50 | $687.50 |
| jbakst | 0000 | | 09/17/2002 (jbakst) Review documents at Grace repository | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L116 | $62.50 | 6.00 | $375.00 |
| kcarr | 0000 | | 09/17/2002 (kcarr) - Travel from Charleston to Boston (billed at half rate) | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 5.50 | $687.50 |
| kcarr | 0000 | | 09/17/2002 (kcarr) - Review documents at 1 Winthrop Square | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | 09/17/2002 (lkerrison) - Review vermiculite documents (1 hour); gather and organize boxes containing vermiculite documents (4.5 hours). | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L116 | $37.50 | 6.00 | $225.00 |
| lhambleton | 0000 | | 09/17/2002 (lhambleton) | | | |
| | | | Travel to Boston from Charleston.  (charged at half rate.) | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L103 | $75.00 | 5.50 | $412.50 |
| lhambleton | 0000 | | 09/17/2002 (lhambleton) | | | |
| | | | Reviewed documents at 1 Winthrop Square. | | | |
| 09/17/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 2.20 | $1,430.00 |
| ewestbrook | 0000 | | 09/17/2002 (ewestbrook) - Finalize Motion to Compel and Memo in Support (1.4); conversation with paralegal regarding vermiculite documents and review documents (.6); conversation with Rob regarding Science trial issues (.2) | | | |

| **Day:** | **09/18/2002** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/18/2002 | 200106 | Zonolite Science Trial | L103 | $75.00 | 8.50 | $637.50 |
| lhambleton | 0000 | | 09/17/2002 (lhambleton) | | | |
| | | | Reviewed documents at 1 Winthrop Square. | | | |
| 09/18/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 8.50 | $1,062.50 |
| kcarr | 0000 | | 09/18/2002 (kcarr) - Review documents at 1 Winthrop Square. | | | |
| 09/18/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 8.50 | $1,062.50 |
| jbakst | 0000 | | 09/18/2002 (jbakst) | | | |
| | | | Review documents at Grace repository | | | |
| 09/18/2002 | 200106 | Zonolite Science Trial | L103 | $240.00 | 1.50 | $360.00 |
| bwood | 0000 | | 09/18/2002 (bwood) - Reviewing Grace material to identify documents to request for production. | | | |

| **Day:** | **09/19/2002** | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/19/2002 | 200106 | Zonolite Science Trial | L117 | $240.00 | 2.00 | $480.00 |
| bwood | 0000 | | 09/19/2002 (bwood) - Reviewing Grace materials to identify documents to request for production. | | | |
| 09/19/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 8.50 | $1,062.50 |
| jbakst | 0000 | | 09/19/2002 (jbakst) | | | |
| | | | Review documents at Grace repository | | | |
| 09/19/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 8.50 | $1,062.50 |
| kcarr | 0000 | | 09/19/2002 (kcarr) - Review documents at 1 Winthrop Square | | | |
| 09/19/2002 | 200106 | Zonolite Science Trial | L140 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | 09/19/2002 (lkerrison) - Gather testing documents showing vermiculite grades and percentages (1 hour); gather and organize boxes containing vermiculite documents (5.5 hours) | | | |

10/31/2002

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 09/19/2002 | 200106 | Zonolite Science Trial | L103 | $75.00 | 8.50 | $637.50 |
| lhambleton | 0000 | | 09/17/2002 (lhambleton) Reviewed documents at 1 Winthrop Square. | | | |

**Day:**          **09/20/2002**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/20/2002 | 200106 | Zonolite Science Trial | L103 | $75.00 | 2.50 | $187.50 |
| lhambleton | 0000 | | 09/20/2002 (lhambleton) Reviewed documents at 1 Winthrop Square. | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L116 | $37.50 | 6.00 | $225.00 |
| lhambleton | 0000 | | 09/20/2002 (lhambleton) Travel from Boston to Charleston.  (charged at half rate.) | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L116 | $62.50 | 6.00 | $375.00 |
| kcarr | 0000 | | 09/20/2002 (kcarr) - Travel from Boston back to Charleston (charged at half rate) | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 2.50 | $312.50 |
| kcarr | 0000 | | 09/20/2002 (kcarr) - Review documents at 1 Winthrop Square | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 2.50 | $312.50 |
| jbakst | 0000 | | 09/20/2002 (jbakst) Review documents at Grace repository | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L116 | $62.50 | 6.00 | $375.00 |
| jbakst | 0000 | | 09/20/2002 (jbakst) travel from Boston to SC (billed at half rate) | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 3.60 | $1,440.00 |
| rturkewitz | 0000 | | 09/20/2002 (rturkewitz) - Searched for information re: Dr. Lee's opinions on fiber type (.5); phone conversation with Roger Sullivan re: Grace repository (.2) ; reviewed Grace's response re: Discovery Motion and relayed comments to Ed Westbrook (.5); telephone conversation with Allan McGarvey re: Grace's repository (.2); received and reviewed documents from Allan McGarvey re: Grace repository (.3); Reviewed Grace's response re: Sceduling Order (.3); Researched website for info re: renovations (1.5); Called and left message with Ed Westbrook re: Grace's response (.1) | | | |
| 09/20/2002 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.60 | $1,690.00 |
| ewestbrook | 0000 | | 09/20/2002 (ewestbrook) - Prepare for ZAI hearing, review briefs including Grace response sent by email late afternoon (2.2 hours); call to Grace counsel and return call from Grace counsel regarding attempts to narrow issues (.4) | | | |

**Day:**          **09/22/2002**

# Time report

### 07/22/2002 - 09/30/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/22/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 09/22/2002 (ewestbrook) - Travel from Charleston to Philadelphia/Wilmington for ZAI argument on Motion to Compel, review motion papers and Grace response en route, read cases Bobby got on work product privilege en route, prepare notes en route - 7 hours | $650.00 | 7.00 | $4,550.00 |

**Day:**      **09/23/2002**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/23/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 09/23/2002 (jbakst) Review and analyze Grace documents (7); conference with R. Turkewitz regarding status of review (.1) | $125.00 | 7.10 | $887.50 |
| 09/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 09/23/2002 (ewestbrook) - Prepare for hearing (.5); | $650.00 | 0.50 | $325.00 |
| 09/23/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L101 Telephone conversation with contact regarding investigation of vermiculite (.3); Telephone conversation with Janet Bakst re status of document review (.1) | $400.00 | 0.40 | $160.00 |
| 09/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L103 09/23/2002 (ewestbrook) - Return from Wilmington to Charleston - Review deadlines for production during portion of trip and working on strategy (3 hours) | $650.00 | 3.00 | $1,950.00 |
| 09/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L109 9/23/2002 (ewestbrook) - attend hearing and argue Motion to Compel | $650.00 | 2.00 | $1,300.00 |
| 09/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 9/23/2002 (ewestbrook) - Return from Wilmington to Charleston (4 hours -part of return travel where did not work) | $325.00 | 4.00 | $1,300.00 |

**Day:**      **09/24/2002**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 09/24/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 09/24/2002 (jbakst) Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 09/24/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L140 09/24/2002 (lkerrison) - Gather and organize boxes containing vermiculite subject documents (5 hours); review Grace material for vermiculite issues documents (1.5) | $125.00 | 6.50 | $812.50 |
| 09/24/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 09/24/2002 (rturkewitz) - Dictated memo regarding phone conversation regarding OSHA regulations (.3); Phone call with contact regarding OSHA regulations (.2); Phone call regarding OSHA regulations (.5); Phone conversation with contact re: NIOSH (.1); Phone conversation with contact regarding NIOSH investigation of vermiculite (.3); Drafted | $400.00 | 3.00 | $1,200.00 |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

memo re: phone conversation regarding NIOSH vermiculite work (.3);
Phone conversation with Darrell Scott re: Status of testing (.5); Sent
vermiculite report to contact (.1); Continued call with Darrell Scott and
Allan McGarvey re: testing (.5); reviewed Ed Westbrook's memo re: 9/23
hearing (.2)

**Day:** **09/25/2002**

| 09/25/2002 | 200106 | Zonolite Science Trial | L117 | $400.00 | 3.50 | $1,400.00 |
|------------|--------|------------------------|------|---------|------|-----------|
| rturkewitz | 0000 | | 09/25/2002 (rturkewitz)<br>reviewed file regarding renovation activities in attics (.5); Phone conversation with potential experts re: renovation activities for expert testing (1.0); Dictated memo to file re: phone conversation with potential experts (.3); Gathered background documents to send to potential experts (.5); Dictated letter to potential experts forwarding materials (.1); Phone conversation with potential expert regarding residence with ZAI (.3); Received and reviewed information re: residence with ZAI (.3); memo to Darrell Scott and Allan McGarvey re: residence with ZAI (.1); conversation with Ed Westbrook regarding hearing and Grace's charges for copying documents from production (.4) | | | |

| 09/25/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 2.40 | $1,560.00 |
|------------|--------|------------------------|------|---------|------|-----------|
| ewestbrook | 0000 | | 09/25/2002 (ewestbrook) Conversations with Rob Turkewitz regarding hearing (.2); review memos regarding Grace documents (.3); correspondence to Grace counsel regarding document production (.2); conversations with Rob Turkewitz regarding Grace charges for document production (.2); Conversation with Darrell Scott regarding results at hearing and future plans for discovery, problems with Grace delaying responses, difficulties Grace's delay is going to cause in our case preparation (.4); Case planning, reviewing legal authorities regarding issues likely to arise (1.1) | | | |

| 09/25/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 7.00 | $875.00 |
|------------|--------|------------------------|------|---------|------|----------|
| jbakst | 0000 | | 09/25/2002 (jbakst)<br>Review and analyze Grace documents | | | |

**Day:** **09/26/2002**

| 09/26/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 7.00 | $875.00 |
|------------|--------|------------------------|------|---------|------|----------|
| jbakst | 0000 | | 09/26/2002 (jbakst)<br>Review and analyze Grace documents (6); ZAI team meeting re; document analysis and strategy (1) | | | |

| 09/26/2002 | 200106 | Zonolite Science Trial | L117 | $125.00 | 4.50 | $562.50 |
|------------|--------|------------------------|------|---------|------|----------|
| lkerrison | 0000 | | 09/26/2002 (lkerrison) - Discussions with Ed Westbrook and Kim Carr regarding vermiculite projects and files (1 hour); partial participation in staff meeting regarding Zonolite Science Trial fact discovery, expert issues, legal issues, medical issues and trial issues (.5); highlighting key excerpts from vermiculite documents (3 hours). | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 09/26/2002 | 200106 | Zonolite Science Trial | L105 | $125.00 | 2.00 | $250.00 |
| kcarr | 0000 | | 09/26/2002 (kcarr) - Meeting with Ed Westbrook and Lizzie Kerrison regarding vermiculite projects and files (1); Meeting with Ed Westbrook and others regarding organization and planning (1) | | | |
| 09/26/2002 | 200106 | Zonolite Science Trial | L105 | $240.00 | 1.00 | $240.00 |
| bwood | 0000 | | 09/26/2002 (bwood) - Meeting with Ed Westbrook and others regarding organization and planning. | | | |
| 09/26/2002 | 200106 | Zonolite Science Trial | L105 | $75.00 | 1.00 | $75.00 |
| kgarcia | 0000 | | 09/26/2002 (kgarcia) - Attended meeting regarding planning and organization | | | |
| 09/26/2002 | 200106 | Zonolite Science Trial | L103 | $400.00 | 4.70 | $1,880.00 |
| rturkewitz | 0000 | | 09/26/2002 (rturkewitz) Received and began reviewing  additional information regarding Science Trial Issues (3.5); Conference with Zonolite Science Trial team (1); Received and reviewed Ed Westbrook's memo re: briefing for ZAI Science Trial (.1); Received and reviewed Ed Westbrook's memo re: preparation of expert reports (.1) | | | |
| 09/26/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 2.50 | $1,625.00 |
| ewestbrook | 0000 | | 09/26/2002 (ewestbrook) - Meet with staff regarding organization and planning (1); work on case preparation (.5); Meeting with Lizzie Kerrison and Kim Carr regarding vermiculite projects and files (1.0) | | | |
| **Day:** | **09/27/2002** | | | | | |
| 09/27/2002 | 200106 | Zonolite Science Trial | L117 | $650.00 | 2.00 | $1,300.00 |
| ewestbrook | 0000 | | 09/27/2002 (ewestbrook) - Conversation with Rob Turkewitz regarding case planning and conversations with potential experts regarding testing (1.2); correspondence to Grace counsel regarding document production (.2); review memos from paralegals regarding document production (.4); review memo regarding vermiculite (.2) | | | |
| 09/27/2002 | 200106 | Zonolite Science Trial | L105 | $400.00 | 3.00 | $1,200.00 |
| rturkewitz | 0000 | | 09/27/2002 (rturkewitz) conference with Ed Westbrook re: expert testing of vermiculite (.4); Conference call with potential expert re: testing for ZAI Science Trial (.8) Additional phone conversations re: testing of ZAI experts (1.3); received and briefly canvassed boxes of documents from Grace's repository to see what was sent (.5) | | | |
| 09/27/2002 | 200106 | Zonolite Science Trial | L103 | $125.00 | 7.00 | $875.00 |
| jbakst | 0000 | | 09/27/2002 (jbakst) Review and analyze Grace documents | | | |

# Time report

### 07/22/2002 - 09/30/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/30/2002** | | | | |
| 09/30/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L103<br>09/30/2002 (jbakst)<br>Review and analyze<br>Grace documents | $125.00 | 7.00 | $875.00 |
| 09/30/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L103<br>09/30/2002 (lkerrison) - Highlighting key excerpts from vermiculite documents. | $125.00 | 2.00 | $250.00 |
| 09/30/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L105<br>09/30/2002 (lhambleton)<br>Conference with Rob Turkewitz re: organization and review of documents. | $75.00 | 0.30 | $22.50 |
| 09/30/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>09/30/2002 (rturkewitz)<br>Received and reviewed expert materials (1.3); Telephone conference with potential expert re: testing (.3); Telephone conversations with Darrell Scott re: testing issues and status of discovery (.8); Conference with Ed Westbrook re: review and organization of documents (.3); Conference with Linda Hambleton  re: organization and review of documents (.3); Research to locate ZAI testing by third parties (1.5); Received and reviewed correspondence regarding third party ZAI testing (.1) | $400.00 | 4.60 | $1,840.00 |
| 09/30/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L105<br>09/30/2002 (ewestbrook) - Conversation with Rob Turkewitz regarding organization and document review (.3) | $650.00 | 0.30 | $195.00 |

| | |
|---|---|
| **Grand Total:** | **$170,069.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$170,069.50** |
| **Total Hours/Report:** | **683.20** |
| **Count:** | **168** |