IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Aileen F. Maguire, a member of Campbell & Levine, LLC, hereby certify that on November 1, 2002, I caused a copy of the **Certificate of No Objection Regarding Docket No. 2786** to be served upon the parties on the attached list by U.S. mail, unless otherwise indicated.

                                                             /s/ Aileen F. Maguire
                                                          Aileen F. Maguire

Dated: November 1, 2002

{D0005912:1 }