IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: November 22, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FIFTEENTH MONTHLY INTERIM PERIOD
## FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:                                       Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:                                       July 19, 2001,
effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                                 September 1, 2002 through September 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $205,975.00

This an: X monthly     _ interim     _ final application

Prior Applications filed: Yes

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ⊛N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 10/1/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 22.60 | $9,718.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 48.10 | $19,240.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 126.60 | $48,741.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 63.95 | $19,195.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $240.00 | 1.80 | $432.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $185.00 | 35.70 | $6,604.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 10.40 | $1,529.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 82.10 | $9,852.00 |
| Bruce Campbell | Parapro-fessional | 14 Years | Litigation | $75.00 | 152.25 | $11,418.75 |
| Eric Gompers | Parapro- | 2 Years | Litigation | $75.00 | 154.00 | $11,550.00 |

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| | fessional | | | | | |
| Andrew Kennedy | Parapro-fessional | 4 Years | Litigation | $75.00 | 153.90 | $11,542.50 |
| Caroline Nath | Parapro-fessional | 1 Year | Litigation | $75.00 | 146.50 | $10,987.50 |
| Jamie Paulen | Parapro-fessional | 1 Year | Litigation | $75.00 | 153.00 | $11,475.00 |
| Ryan Peterson | Parapro-fessional | 1 Year | Litigation | $75.00 | 147.90 | $11,092.50 |
| Anana Rice | Parapro-fessional | 2 Years | Litigation | $75.00 | 130.45 | $9,783.75 |
| Joan Turner | Parapro-fessional | 18 Years | Litigation | $75.00 | 144.00 | $10,800.00 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 2.50 | $362.50 |
| Karen Hindman | Lit. Support | 2 Years | Litigation | $110.00 | 2.50 | $275.00 |

Total Fees:  $205,975.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation and Litigation Counseling | 161.05 | $61,471.00 |
| ZAI Science Trial | 1,361.10 | $128,138.00 |
| Hearings | 24.50 | $9,105.00 |
| Non-Working Travel | 3.60 | $1,386.00 |
| Fee Applications | 29.60 | $5,875.00 |
| Total: | 1,581.85 | $205,975.00 |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $10.89 | $17.49 |
| Telephone Expense - Outside | $105.37 | $45.75 |
| Duplicating/Printing | $735.50 | $187.25 |
| Outside Duplicating | $1,359.02 | $2,371.95 |
| Postage Expense | $22.72 | -- |
| Courier Service | $235.42 | $8.92 |
| Filing Fees | $385.50 | -- |
| Color Printing | $10.89 | -- |
| Binding Charge | $6.00 | $3.00 |
| Documentation Charge | $108.01 | -- |
| Secretarial Overtime | | $3,082.50 |
| Transportation | $16.40 | $3.00 |
| Air Travel Expense | $3,743.50 | -- |
| Taxi Expense | -- | $141.00 |
| Mileage Expense | $25.02 | $24.02 |
| Meal Expense | $129.82 | $22.29 |
| SUBTOTAL | $6,903.48 | $5,907.17 |
| TOTAL | | $12,810.65 |

Dated:  November 1, 2002

REED SMITH LLP

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr., Esquire (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: rkeuler@reedsmith.com

and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel