REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | | |
|---|---|---|
| Invoice Number | | 980421 |
| Invoice Date | | 10/30/02 |
| Client Number | | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                                61,471.00

                                TOTAL BALANCE DUE UPON RECEIPT     $ 61,471.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        980421
One Town Center Road                     Invoice Date        10/30/02
Boca Raton, FL    33486                  Client Number         172573
                                         Matter Number          60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

09/02/02 Cameron        Organize and prepare materials for     3.60
                        certain depositions in fraudulent
                        conveyance action and cost
                        recovery action (1.9); Review and
                        revise deposition summary
                        memorandum (.8); Prepare summary
                        of fraudulent conveyance expert
                        issues (.9).

09/03/02 Bentz          Review of correspondence regarding     1.10
                        fraudulent conveyance action, cost
                        recovery action and cancellation
                        of depositions (.5); review of
                        certain expert witness and
                        document submissions in fraudulent
                        conveyance and cost recovery
                        actions (.6).

09/03/02 Cameron        Review exhibit list filed in           3.40
                        fraudulent conveyance action (.7);
                        Review rebuttal expert reports
                        filed in cost recovery action
                        (1.8); E-mail regarding deposition
                        schedule and preparation (.9).

09/03/02 Flatley        Exchanging substantive e-mails re:     5.40
                        fraudulent conveyance action
                        status and issues (.60); call with
                        D. Cameron re: fraudulent
                        conveyance case discovery issues
                        (.20); call with R. Senftleben re:
                        expert addendum for fraudulent
                        conveyance case (.30); preparation
                        for 9/11 witness meeting for cost

```
172573 W. R. Grace & Co.                      Invoice Number  980421
60026  Litigation and Litigation Consulting   Page   2
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | recovery case, including reviewing work product and witness documents (4.00); call with W. Sparks re: depositions for cost recovery case (.30). | |
| 09/03/02 | Restivo | Meeting with D. Cameron re: coverage of cost recovery depositions (0.7); review collected material on cost recovery action (1.0) | 1.70 |
| 09/03/02 | Rossi | Multi memos re: missing data for Holme Roberts document request. | .70 |
| 09/04/02 | Bentz | Conference with L. Flatley regarding preparation of witness for deposition in cost recovery action (.2); review of correspondence regarding witness and deposition schedule in cost recovery and fraudulent conveyance actions (.4). | .60 |
| 09/04/02 | Cameron | Review materials relating to supplemental expert report in cost recovery action and telephone call with R. Finke regarding same (1.9); Review final expert report regarding same and further conversation with R. Finke about report (.8). | 2.70 |
| 09/04/02 | Flatley | Preparation for witness meeting for cost recovery case (2.20); call with W. Sparks and e-mails re: scheduling for meetings with cost recovery case witnesses (.60); call with J. Bentz re: cost recovery witness meetings (.10). | 2.90 |
| 09/04/02 | Rossi | Multi memos re: missing data for Vol. 70 (.3); telephone call with Murphy re: ONSS status (0.1); memos re: cross-referencing of HRO and ONSS box numbers (0.2). | .60 |

172573 W. R. Grace & Co.                              Invoice Number  980421
60026  Litigation and Litigation Consulting          Page   3
       October 30, 2002


    Date   Name                                                    Hours
 -------- -----------                                              -----

 09/05/02 Cameron          Multiple telephone calls with R.         2.60
                           Finke regarding fraudulent
                           conveyance expert issues and
                           review supplemental reports (1.4);
                           Review materials from Holme
                           Roberts regarding discovery issues
                           in EPA cost recovery action (1.2).

 09/05/02 Flatley          Read and review J. Wolin opinion          .30
                           relating to fraudulent conveyance
                           action.

 09/05/02 Flatley          Call with W. Sparks and follow up        1.10
                           re: Philadelphia witness meetings
                           for cost recovery case.

 09/06/02 Cameron          Review materials in preparation         2.90
                           for cost recovery depositions
                           (1.6); Review materials and
                           telephone call with R. Finke
                           regarding fraudulent conveyance
                           action discovery (1.3).

 09/06/02 Flatley          E-mails re: status of witness            .10
                           meetings for cost recovery action.

 09/09/02 Cameron          Review e-mails and telephone calls       .80
                           with Grace regarding EPA cost
                           recovery litigation discovery
                           issues.

 09/09/02 Flatley          Preparation for trip to Denver for      1.60
                           J. Wolter deposition preparation
                           meeting in cost recovery case.

 09/10/02 Cameron          Telephone call with R. Finke            3.40
                           regarding EPA cost recovery expert
                           depositions and discovery schedule
                           (.4); E-mails with Grace in-house
                           lawyers and HRO lawyers regarding
                           discovery issues (.7); Prepare
                           deposition outline for use in cost
                           recovery action depositions and
                           witness preparation (2.3).

 09/10/02 Flatley          Preparing for J. Wolter meetings       10.00
                           for cost recovery and fraudulent
                           conveyance cases in Pittsburgh and

172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting       Page    4
       October 30, 2002

   Date    Name                                               Hours
 --------  -----------                                        -----
                          on trip to Denver (4.50); meeting
                          with W. Sparks in Denver in
                          preparation for J. Wolter meetings

                          for cost recovery and fraudulent
                          conveyance cases (2.00); meetings
                          with W. Sparks and K. Coggon for
                          Wolter meetings in cost recovery
                          and fraudulent conveyance cases
                          (3.00); review Owens deposition
                          for cost recovery case (.50).

 09/11/02 Cameron         Multiple e-mails and telephone        1.70
                          call with R. Finke and HRO lawyers
                          regarding cost recovery action
                          depositions (.9); Review expert
                          reports in cost recovery action
                          (.8).

 09/11/02 Flatley         Preparation for J. Wolter meeting    10.00
                          by reviewing Owens deposition for
                          cost recovery and fraudulent
                          conveyance cases (1.00); with W.
                          Sparks re: preparation for J.
                          Wolter meeting (.50); preparation
                          for J. Wolter deposition in cost
                          recovery and fraudulent conveyance
                          cases with J. Wolter, D. Cockrell,
                          W. Sparks and K. Coggon (8.00);
                          organizing notes and beginning
                          memo on Wolter preparation meeting
                          (.50).

 09/12/02 Bentz          Review of motion to withdraw from      .50
                          fraudulent conveyance action and
                          brief in support.

 09/12/02 Cameron        Multiple e-mails with HRO             1.40
                          regarding EPA comments and review
                          same (.5); Review expert
                          deposition preparation issues (.9).

 09/12/02 Rossi          Memo re: EH&S CD from HRO (0.2);      1.00
                          memos to Hindman re: ONSS
                          databases (0.2); memos to Atkinson
                          re: Lason database images and
                          summaries (0.6).

```
172573 W. R. Grace & Co.                      Invoice Number  980421
 60026  Litigation and Litigation Consulting   Page   5
        October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/13/02 | Cameron | Telephone call with R. Finke regarding comments to NIOSH proposal for treatment of attic insulation (.3); Provide comments to draft letter regarding Versar work (.4); Review materials from Holme Roberts regarding expert depositions for cost recovery action (.9). | 1.60 |
| 09/13/02 | Flatley | Reorganizing after trip to Denver for J. Wolter preparation for cost recovery case (.50); gathering materials and beginning preparation for H. Eschenbach meeting for cost recovery case deposition (1.40); call with R. Finke about preparation for H. Eschenbach meeting for cost recovery case (.30). | 2.20 |
| 09/13/02 | Rossi | Multi memos re: Lason database searches and document production for cost recovery action (0.3); memo re: loading of EHand S document (0.1). | .40 |
| 09/14/02 | Cameron | Prepare for 9/16 meeting with consultants regarding EPA cost recovery deposition (1.5); Review Millette material regarding EPA cost recovery expert depositions (1.0). | 2.50 |
| 09/15/02 | Cameron | Prepare for meeting with expert regarding deposition preparation relating to cost recovery action. | 1.20 |
| 09/16/02 | Cameron | Prepare for and attend deposition preparation session with witness regarding EPA cost recovery action (5.8); Review materials and requests from K&E regarding expert witness reliance materials for fraudulent conveyance trial (.8). | 6.60 |
| 09/16/02 | Flatley | Preparation for H. Eschenbach meeting for cost recovery case deposition. | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number   980421
60026  Litigation and Litigation Consulting       Page   6
       October 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| 09/16/02 | Rossi | Memos to Atkinson re: Lason database (0.1); research re: out-of-synch images and summaries (0.5). | .60 |
| 09/17/02 | Cameron | E-mails and telephone call with counsel for Grace regarding expert disclosure issues for fraudulent conveyance action (.4); Follow-up with K&E lawyers and experts regarding reliance materials (.7). | 1.10 |
| 09/17/02 | Flatley | Call with W. Sparks re: cost recovery depositions preparation. | .50 |
| 09/18/02 | Bentz | Reviewing and summarizing news articles on Grace and Libby developments in cost recovery action. | .85 |
| 09/18/02 | Cameron | Multiple e-mails regarding expert deposition in cost recovery action (.6); Telephone call with R. Finke and e-mail regarding expert reliance materials (.3). | .90 |
| 09/18/02 | Flatley | Respond to K. Lund voice mail concerning cost recovery witness meeting (.10); call with W. Sparks re: cost recovery deposition preparation meeting (.20); preparation for meeting with H. Eschenbach re: cost recovery case deposition (3.70). | 4.00 |
| 09/19/02 | Cameron | Telephone call with R. Finke regarding deposition preparation issues in cost recovery action (.4); Review materials from K. Coggon regarding same (.7); Telephone calls with R. J. Lee Group personnel regarding upcoming deposition (.6). | 1.50 |
| 09/19/02 | Flatley | Preparation for witness preparation meeting for cost recovery case on trip to Philadelphia (1.50); preparation meeting in Philadelphia for cost | 7.50 |

172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting        Page   7
       October 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | recovery case with H. Eschenbach, W. Sparks and (via telephone) K. Lund and C. Nietzel (5.50); follow up on cost recovery witness preparation meeting in Philadelphia (.50). |  |
| 09/19/02 | Rossi | Telephone call with Murphy re: coding of Boulder document production. | .20 |
| 09/20/02 | Cameron | Review reliance materials in preparation for expert witness depositions in EPA cost recovery action the weeks of 9/23 and 9/30. | 3.40 |
| 09/20/02 | Rossi | Memos re: materials for OnSite re: quote for electronic production (0.3); memos to Atkinson re: scanned Lason target sheets (0.3); memo to Latuda re: same (0.1). | .70 |
| 09/22/02 | Cameron | Review administrative record materials from Holme Roberts in cost recovery action (.8); Prepare materials for deposition prep meetings and depositions in cost recovery action (1.3). | 2.10 |
| 09/23/02 | Cameron | Telephone call with R. Finke regarding meetings with witnesses week of 9/23 (.4); Review letter from DOJ regarding Millette deposition and Lee deposition in cost recovery action (.9); Review materials to prepare for meeting with consultant on 9/26 (2.4); Prepare for Millette deposition (1.1). | 4.80 |
| 09/24/02 | Cameron | Telephone call with R. Finke regarding Judge Wolin's decision in Fraudulent Conveyance case (.3); Review new correspondence received in cost recovery action relating to deposition (.6); Review reliance materials for J. Millette in preparation for taking his deposition in Atlanta (1.9). | 2.80 |

```
172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting        Page    8
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/25/02 | Bentz | Review of materials regarding Motion in Limine in EPA action and potential stay of fraudulent conveyance action. | 1.00 |
| 09/25/02 | Cameron | Review materials relating to upcoming Eric Chatfield deposition in cost recovery action (1.2); Review R. J. Lee materials relating to deposition preparation and deposition in cost recovery action (1.9); Prepare for taking Millette deposition in cost recovery action (3.9); Review multiple e-mails and correspondence from Holme Roberts regarding EPA cost recovery discovery issues (.6). | 7.60 |
| 09/25/02 | Flatley | Call with R. Finke and follow up on it with C. Neitzel re: cost recovery case depositions. | .50 |
| 09/26/02 | Cameron | Meet with K. Coggon of HRO regarding expert deposition arrangements and preparation in cost recovery action (1.0); Telephone call with expert regarding deposition preparation arrangements for cost recovery action (.5); Meet with R. Finke and K. Coggon regarding cost recovery expert deposition preparation (1.5); Review reliance materials of J. Millette in preparation for taking Millette deposition in cost recovery action (2.8). | 5.80 |
| 09/27/02 | Cameron | Meet with consultant regarding preparation for depositions in cost recovery action (4.10); continue review of relevant documents in preparation for taking deposition of J. Millette in cost recovery action (4.50); meet with R. Finke and K. Coggon regarding expert deposition preparation and other discovery issues in cost recovery action (2.50) | 11.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  980421
60026  Litigation and Litigation Consulting  Page   9
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 09/28/02 | Cameron | Meet with counsel and expert witness before deposition in cost recovery action (.80); attend portion of expert witness (Rich Lee) deposition in cost recovery action (4.50); prepare for taking Dr. Millette deposition in cost recovery action (2.0); meet with expert witness (Dr. Chatfield) regarding deposition preparation for deposition the next day in cost recovery action (3.50) | 10.80 |
| 09/29/02 | Cameron | Meet with witness before deposition in cost recovery action (.6); Prepare for Millette deposition before leaving for Atlanta (3.6); Meet with R. Finke and K. Coggon regarding expert depositions in cost recovery action (1.6); Prepare for Millette deposition while in Atlanta (2.3). | 8.10 |
| 09/30/02 | Cameron | Prepare for Millette deposition in cost recovery action (2.3); Take deposition of Millette in cost recovery action (5.5); Meet with R. Finke and K. Coggon regarding deposition and other cost recovery issues (.8). | 8.60 |
| 09/30/02 | Flatley | Call with W. Sparks re: cost recovery case deposition. | .40 |

```
                                                        ------
                                    TOTAL HOURS   161.05
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.70 | at $ | 430.00 | = | 731.00 |
| Lawrence E. Flatley | 48.10 | at $ | 400.00 | = | 19,240.00 |
| Douglas E. Cameron | 103.00 | at $ | 385.00 | = | 39,655.00 |
| James W Bentz | 4.05 | at $ | 300.00 | = | 1,215.00 |
| Martha Susan Haines Rossi | 4.20 | at $ | 150.00 | = | 630.00 |

```
                        CURRENT FEES                  61,471.00

                                                    ------------
```

172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting       Page  10
       October 30, 2002


                    TOTAL BALANCE DUE UPON RECEIPT      $ 61,471.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Borken Sound Blvd., N.W.
Boca Raton, FL 33487

Invoice Number      980416
Invoice Date      10/30/02
Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Fees                              128,138.00

                TOTAL BALANCE DUE UPON RECEIPT      $ 128,138.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Borken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 980416 |
| Invoice Date | 10/30/02 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/02 | Atkinson | Completing guidance notebooks for attorneys to use in continuing review of documents. | 1.10 |
| 09/03/02 | Atkinson | Training, supervising additional attorneys re: review of documents and participate in review (3.9); arrangements for documents to code (.4). | 4.30 |
| 09/03/02 | Bentz | Review of correspondence from claimants' counsel regarding discovery responses (1.0); correspondence regarding production of documents (.4). | 1.40 |
| 09/03/02 | Cameron | Review materials relating to outstanding discovery issues in science trial (.9); Review document review and production issues (.7). | 1.60 |
| 09/03/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/03/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                         Page   2
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

09/03/02 Kennedy      Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/03/02 Muha         Prepare for meeting with attorneys   1.50
                      re: document coding project (.3);
                      meet with attorneys re: document
                      coding project (1.2).

09/03/02 Nath         Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/03/02 Paulen       Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/03/02 Peterson     Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/03/02 Rice         Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/03/02 Turner       Attorney work-product review,        8.00
                      organization and coding of
                      documents for production in EPA
                      cost recovery and ZAI Science
                      Trial matters.

09/04/02 Atkinson     Queries of documents for criteria    2.50
                      specified by J. Bentz and e-mail
                      to J. Bentz re: same (.9);
                      additional training, supervision
                      of attorneys re: document review
                      (1.6).

```
172573 W. R. Grace & Co.                        Invoice Number  980416
```

```
60028  ZAI Science Trial                                Page    3
       October 30, 2002

   Date   Name                                                    Hours
   ------ ----------                                              -----

09/04/02 Bentz              Corresponding with ZAI claimants'      1.90
                            counsel regarding production of
                            documents (.2); conferences with
                            M. Murphy and M. Atkinson
                            regarding document production
                            (.5); planning logistics for
                            document production in Science
                            trial (1.2).

09/04/02 Campbell           Attorney work-product review,          8.25
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/04/02 Gompers            Attorney work-product review,          8.50
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/04/02 K. Hindman         Loaded data and images into            1.50
                            litigation data base for attorney
                            document review project.

09/04/02 Kennedy            Attorney work-product review,          9.30
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/04/02 Nath               Attorney work-product review,          8.00
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/04/02 Paulen             Attorney work-product review,          8.00
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/04/02 Peterson           Attorney work-product review,          8.90
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.
```

172573 W. R. Grace & Co.                        Invoice Number  980416

```
60028  ZAI Science Trial                          Page   4
       October 30, 2002

    Date   Name                                            Hours
   ------- -----------                                      -----

09/04/02 Rice          Attorney work-product review,         7.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 Rossi         Telephone call with Bentz re:          .40
                        production of attic insulation
                        documents (0.2); memos to Atkinson
                        re: same (0.2);        .

09/05/02 Atkinson      Training, supervision of attorneys    1.20
                        and review of documents (.7);
                        queries on Summation re: document
                        production of ZAI documents (.5).

09/05/02 Bentz         Conferences with M. Atkinson and      3.10
                        K. Hindman regarding document
                        production and corresponding with
                        claimants' counsel regarding same
                        (1.5); review of documents
                        available for production (1.6).

09/05/02 Campbell      Attorney work-product review,         8.25
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/05/02 Gompers       Attorney work-product review,         8.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/05/02 Kennedy       Attorney work-product review,         8.10
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/05/02 Muha          Meet with attorneys to address         .50
                        document coding issues.

09/05/02 Nath          Attorney work-product review,         8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.
```

```
60028  ZAI Science Trial                           Page    5
       October 30, 2002

    Date   Name                                              Hours
  -------- -----------                                       -----
09/05/02 Paulen           Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

09/05/02 Peterson         Attorney work-product review,       9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

09/05/02 Rice             Attorney work-product review,       6.50
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

09/05/02 Turner           Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

09/06/02 Atkinson         Training, supervision of attorneys  1.90
                          and review of documents (.9);
                          preparing documents/summaries for
                          attorney work-product document
                          review (1.0).

09/06/02 Bentz            Conferences with M. Murphy, M.      2.60
                          Atkinson and counsel for ZAI
                          claimants regarding discovery
                          responses and document production
                          issue (2.2); corresponding with
                          client regarding status of
                          negotiations on discovery
                          responses and document production
                          (.4).

09/06/02 Campbell         Attorney work-product review,       8.25
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

09/06/02 Gompers          Attorney work-product review,       9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
```

172573 W. R. Grace & Co.                        Invoice Number  980416

```
60028  ZAI Science Trial                        Page   6
       October 30, 2002


   Date   Name                                              Hours
 -------- -----------                                       -----

                        Trial matters.  .

09/06/02 Kennedy        Attorney work-product review,        8.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/06/02 Nath           Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/06/02 Paulen         Attorney work-product review,        9.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/06/02 Peterson       Attorney work-product review,        7.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/06/02 Rice           Attorney work-product review,        8.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/06/02 Rossi          Telephone call with Murphy re:        .30
                        production of CDs in science trial
                        (0.2); memo re: same (0.1).

09/06/02 Turner         Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/09/02 Atkinson       Follow-up with attorneys re:         2.80
                        further guidelines provided for
                        coding of documents (.6):
                        reviewing Summation databases,
                        queries, e-mails to J. Bentz and
                        e-mail to HRO re: preparation of
```

172573 W. R. Grace & Co.                      Invoice Number  980416

60028  ZAI Science Trial                          Page    7
       October 30, 2002


    Date   Name                                                Hours
  -------- -----------                                         -----

                           privilege log (1.4); database
                           searches re: categories of
                           privileged documents (.8).

  09/09/02 Atkinson        Reviewing, copies to attorneys of      .80
                           summary sheets for use in coding
                           of documents for production.

  09/09/02 Bentz           Preparation of response to ZAI        3.10
                           claimants' counsel's letter
                           regarding document production
                           (1.1); conference with M. Murphy
                           regarding document production
                           (.4); corresponding with M.
                           Atkinson regarding time frame for
                           producing documents via compact
                           disc (.8); review of potential
                           problems with document production
                           (.8).

  09/09/02 Cameron         Review materials relating to         2.60
                           discovery issues for response to
                           claimants' counsel and for
                           production of documents (.9);
                           Review document production issues
                           relating to Grace historical
                           testing documents (1.7).

  09/09/02 Campbell        Attorney work-product review,        8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

  09/09/02 Gompers         Attorney work-product review,        8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

  09/09/02 Kennedy         Attorney work-product review,        8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

  09/09/02 Muha            Review/revise document coding        4.60
                           summaries completed by attorneys.

172573 W. R. Grace & Co.                      Invoice Number  980416

```
60028  ZAI Science Trial                         Page   8
       October 30, 2002

    Date   Name                                          Hours
  -------- -----------                                    -----
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/09/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/09/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/09/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/09/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/10/02 | Atkinson | Separate meetings with J. Bentz and K. Hindman re: production of documents on CDs (.8); various queries in Summation and e-mailing information to J. Bentz (1.5). | 2.30 |
| 09/10/02 | Bentz | Coordinating document production in ZAI science trial (2.4); letter to ZAI claimants' counsel regarding various document production issues (.9). | 3.30 |
| 09/10/02 | Cameron | Meet with J. Bentz regarding status of document production issues (.3); Review draft correspondence regarding discovery issues in ZAI science trial (.4); E-mail and telephone call with K&E lawyer regarding ZAI science trial scheduling order (.4). | 1.10 |
| 09/10/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.25 |

60028  ZAI Science Trial                          Page    9
       October 30, 2002

    Date   Name                                              Hours
    ------ -----------                                       -----

                             Trial matters.

09/10/02 Gompers              Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Kennedy              Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Muha                Review coded summary sheets done   4.80
                             by document coding group (2.6);
                             draft and revise outlines for
                             additional coding of documents
                             (2.2).

09/10/02 Nath                 Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Paulen               Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Peterson             Attorney work-product review,      9.50
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Rice                 Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/10/02 Turner               Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

172573 W. R. Grace & Co.                     Invoice Number  980416

60028  ZAI Science Trial                           Page   10
       October 30, 2002

     Date    Name                                                  Hours
     --------  -----------                                         -----

09/11/02 Atkinson          Queries, reviews of documents on          1.10
                           databases in connection with
                           response to production of
                           documents request for ZAI Science
                           trial.

09/11/02 Atkinson          Follow-up with attorneys re:               .80
                           coding documents for production

09/11/02 Bentz             Revising letter to ZAI claimants'          .80
                           counsel regarding document
                           production (.25); conference with
                           M. Atkinson regarding document
                           production (.25); review of
                           proposed submission regarding
                           scheduling order (.3).

09/11/02 Cameron           Review final draft of letter             1.00
                           regarding Science trial document
                           production (.3); Review and
                           comment on draft scheduling order
                           (.7).

09/11/02 Campbell          Attorney work-product review,            8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/11/02 Gompers           Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/11/02 Kennedy           Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/11/02 Muha              Meet with document coding group to        .60
                           review rules for document coding
                           project.

09/11/02 Nath              Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

172573 W. R. Grace & Co.                        Invoice Number   980416

60028  ZAI Science Trial                        Page   11
       October 30, 2002

     Date    Name                                           Hours
     -------- -----------                                   -----

09/11/02 Paulen          Attorney work-product review,      8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Peterson        Attorney work-product review,      9.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Rice            Attorney work-product review,      3.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Turner          Attorney work-product review,      8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Atkinson        Discussions with document coding   9.90
                         attorneys re: document coding for
                         production (.3); reviewing
                         database entries for correction of
                         inadvertent scanning and reviewing
                         coding of documents, for document
                         production of attic insulation
                         documents (8.7); separate meetings
                         with J. Bentz and K. Hindman and
                         associates re: document production
                         issues connected with attic
                         insulation trial (.9).

09/12/02 Bentz           Conference with M. Atkinson        2.00
                         regarding resolution of potential
                         technical problems in Science
                         trial document production (.5);
                         work on potential problems with
                         document production (1.5).

09/12/02 Cameron         Multiple telephone calls with R.    .60
                         Finke regarding discovery and
                         trial preparation issues impacting
                         on ZAI litigation.

172573 W. R. Grace & Co.                    Invoice Number  980416

```
60028  ZAI Science Trial                          Page  12
       October 30, 2002

   Date   Name                                              Hours
   ------ -----------                                       -----

09/12/02 Campbell      Attorney work-product review,         8.25
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Gompers       Attorney work-product review,         8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Kennedy       Attorney work-product review,         8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Muha          Discuss document production issues     .20
                       with M. Atkinson.

09/12/02 Nath          Attorney work-product review,         2.50
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Paulen        Attorney work-product review,         8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Peterson      Attorney work-product review,         8.50
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Rice          Attorney work-product review,         2.70
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

09/12/02 Turner        Attorney work-product review,         8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
```

```
172573 W. R. Grace & Co.                          Invoice Number  980416
60028  ZAI Science Trial                          Page   13
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

Trial matters.

| | | | |
|------|------|--|--|
| 09/13/02 | Atkinson | Meeting with J. Bentz, K. Hindman and vendor re: quality control preparation of CDs for production of attic insulation documents (1.2); reviewing documents in Summation for<br><br>coding/responsiveness in preparation for production of attic insulation documents (1.6). | 3.80 |
| 09/13/02 | Atkinson | Checking and coding of documents in Summation in preparation for production of attic documents (2.9). | 2.90 |
| 09/13/02 | Bentz | Meetings with M. Atkinson and vendor regarding work necessary to correct data base and facilitate document production to ZAI claimants (1.0); review of materials regarding problems with data base (1.5); review of options for document production (.7). | 3.20 |
| 09/13/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/13/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing, loaded data and images into litigation data base and performed maintenance checks and searched for missing data. | 1.00 |
| 09/13/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA | 8.00 |

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | cost recovery and ZAI Science Trial matters. | |
| 09/13/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 09/13/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 09/13/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/14/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents. | 3.90 |
| 09/15/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents. | 6.80 |
| 09/16/02 | Atkinson | Supervision and answering questions of document coding group attorneys (.4); reviewing documents on Summation for coding/responsiveness in preparation for production of | 4.90 |

| Date | Name | | Hours |
|------|------|---|-------|

| | | attic insulation documents (2.2); reviewing printing summaries of documents (.7); organizing, reviewing Target Sheets for coding issues for production of documents in Science trial (1.6). | |
| 09/16/02 | Bentz | Work on document production in Science trial and correcting potential problems with production. | 1.10 |
| 09/16/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/16/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.20 |
| 09/16/02 | Restivo | Meeting re document request relating to Science trial with J. Bentz | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page  16
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/16/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 5.00 |
| 09/16/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents (2.1); supervision/training of contract attorneys coding documents for production (.5). | 2.60 |
| 09/17/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/17/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  17
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

09/17/02 Peterson       Attorney work-product review,          9.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/17/02 Rice           Attorney work-product review,         10.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/17/02 Turner         Attorney work-product review,          8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/18/02 Atkinson       Meeting/conference call to discuss     1.40
                        logistics and technical issues for
                        automated document production.

09/18/02 Atkinson       Telephone call with S. Haines and       .60
                        e-mail/HRO re: technical issues
                        for automated document production
                        (.3); supervision, summary sheets
                        to document coding group attorneys
                        (.3).

09/18/02 Bentz          Attending and participating in         1.50
                        portion of meeting/conference call
                        to discuss logistics and technical
                        issues for automated document
                        production in Science trial.

09/18/02 Campbell       Attorney work-product review,          7.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/18/02 Gompers        Attorney work-product review,          8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/18/02 Kennedy        Attorney work-product review,          8.00
                        organization and coding of
                        documents for production in EPA

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  18
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | cost recovery and ZAI Science Trial matters. |  |
| 09/18/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/18/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/18/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.20 |
| 09/18/02 | Restivo | Meeting/conference call to discuss logistics and technical issues for automated document production in Science trial case. | 2.00 |
| 09/18/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 10.00 |
| 09/18/02 | Rossi | Conference call to discuss logistics and technical issues for automated document production (1.6); telephone call with Atkinson re: document production in Science trial (0.1). | 1.70 |
| 09/18/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Atkinson | Reviewing documents on Summation and assisting in analysis of summary forms for attorneys coding project re: production of documents in Science trial and | 4.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page  19
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

other bankruptcy-related cases
(2.3); information concerning
scope of review and guidelines for
review to J. Bentz (.4);
organizing documents reviewed by
coding group attorneys for storage
and production (1.3); supervision,
training of attorneys re: document
review for production and
reviewing coding group attorneys'

summary sheets and arrangements
for coding (.9).

| 09/19/02 Bentz | Meeting with D. Cameron regarding claimants' motion to compel (.6); conference with co-counsel regarding ongoing document production (1.0); work on response to motion to compel (2.9); review of various document production issues and capabilities (1.4). | 5.90 |
|---|---|---|

| 09/19/02 Cameron | Review ZAI claimants motion to Compel and Motion for Emergency Hearing (1.1); Meet with J. Bentz concerning response thereto and division of responsibility for same (.4); Multiple e-mails to K&E regarding procedural issues with motion and response (.8); Telephone call with J. Restivo regarding status of response to motion to shorten time (.3); Review draft response to motion to shorten time (.6). | 3.20 |
|---|---|---|

| 09/19/02 Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
|---|---|---|

| 09/19/02 Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
|---|---|---|

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page  20
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 09/19/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 09/19/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 09/19/02 | Rossi | Two telephone casls with Hindman re: logistics of electronic document production (0.1); memos to Hindman re: same (0.2); telephone call with OnSite re: same (0.3); memo to Atkinson re: numbers of boxes and documents reviewed in Boston and Cambridge for response to emergency motion to compel (0.2) telephone call with Atkinson re: same (0.1) | .90 |
| 09/19/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

172573 W. R. Grace & Co.                          Invoice Number  980416
60028  ZAI Science Trial                          Page  21
       October 30, 2002

     Date   Name                                              Hours
   -------- -----------                                       -----

09/20/02 Atkinson        Collecting, copies made of            3.90
                         documents for J. Bentz, in
                         preparation for Motion to Compel
                         argument relating to Science trial
                         (.8); reviewing attorneys' summary
                         sheets and updating memo to S.
                         Haines re: coding sheets, and
                         e-mails re: same(1.2); organizing
                         documents/summaries reviewed by
                         attorneys and to be reviewed by
                         attorneys (1.7); copy of memo for
                         K. Hindman (Lit. Support) to send
                         to On-Site (.2).

09/20/02 Bentz           Work on opposition to motion for      7.75
                         expedited hearing on motion to
                         compel (2.25); work on opposition
                         to motion to compel (2.5);
                         preparation for hearing on motion
                         to compel and review of various
                         discovery issues (2.5); conference
                         with ZAI claimants' counsel
                         regarding motion to compel. (.5).

09/20/02 Cameron         Review and revise portions of         3.80
                         draft response to motion to
                         expedite hearing on motion to
                         compel (2.9); Multiple e-mails and
                         telephone calls with K&E lawyers
                         concerning revisions to and filing
                         of response (.9).

09/20/02 Campbell        Attorney work-product review,         8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/20/02 Gompers         Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/20/02 Kennedy         Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

172573 W. R. Grace & Co.                              Invoice Number  980416
60028  ZAI Science Trial                              Page  22
       October 30, 2002

     Date   Name                                                    Hours
  --------  -----------                                             -----

09/20/02 Nath              Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/20/02 Paulen            Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/20/02 Peterson          Attorney work-product review,            8.10
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/20/02 Rice              Attorney work-product review,            6.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/20/02 Turner            Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/22/02 Atkinson          Reviewing summaries and copies for       1.20
                           coding group attorneys to review
                           in connection with document
                           production in Science trial.

09/22/02 Cameron           Review materials and conference          1.30
                           call regarding preparation for
                           9/23 argument (.6); Review
                           discovery issues and prepare
                           outline of open issues for science
                           trial (.7).

09/23/02 Cameron           Telephone call with J. Restivo            .80
                           regarding response to motion to
                           compel (.3); Follow-up call with
                           J. Restivo regarding results of
                           hearing on motion to compel (.2);
                           Telephone call to R. Finke
                           regarding report in discovery

| Date | Name | | Hours |
|------|------|--|-------|

dispute (.3).

| 09/23/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/23/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/23/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/23/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/23/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/23/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/23/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 09/23/02 | Rossi | Three telephone calls with Atkinson re: correct version of target sheet for Motion to Compel Argument (0.3); memo re: same (0.1). | .40 |

172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                     Page  24
        October 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

09/23/02 Turner          Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/24/02 Atkinson        Meeting with J. Bentz to discuss      2.80
                         logistics and technical issues for
                         automated document production in
                         Science trial (.5); queries on
                         Summation and telephone call with
                         K. Hindman re: same (.8); meeting
                         with J. Bentz to discuss technical
                         issues for automated document
                         production (1.5).

09/24/02 Atkinson        E-mail to S. Haines (Phl) re:         1.80
                         quote for electronic production of
                         documents (.1); searches on
                         Summation re: responsive documents
                         for production (.4); supervision
                         of coding group attorneys for
                         review of documents for production
                         (.5); reviewing Target Sheet
                         scanning within database, and
                         revising memo on same (.8).

09/24/02 Bentz           Attend portion of meeting             4.30
                         regarding production of index to
                         ZAI documents per hearing before
                         the court (1.00); meeting with M.
                         Atkinson regarding capabilities
                         for producing index and privilege
                         log (.5); review of materials and
                         information available to produce
                         to claimants' counsel (1.5);
                         review of issues regarding
                         compellation of privilege log
                         (1.3).

09/24/02 Cameron         Review materials relating to          1.30
                         discovery disputes for production
                         to ZAI claimants (.5); Telephone
                         call with R. Finke regarding
                         testing data and potential
                         consultant work on testing issues
                         (.8).

09/24/02 Campbell        Attorney work-product review,         8.25
                         organization and coding of

```
172573 W. R. Grace & Co.                          Invoice Number  980416
60028  ZAI Science Trial                          Page   25
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

documents for production in EPA
cost recovery and ZAI Science
Trial matters.

| 09/24/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
|----------|---------|------|------|
| 09/24/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/24/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 09/24/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/24/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 09/24/02 | Restivo | Meeting re "roadways" to documents to be produced in Science trial. | 2.50 |
| 09/24/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 09/24/02 | Rossi | Multi telephone calls with OnSite re: quote for document production technology and logistics (0.4); memos to Hindman, Atkinson re: same (0.3); telephone calls to Hindman re: same (0.2); telephone | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  980416
60028   ZAI Science Trial                    Page  26
        October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | call with Murphy re: privilege log (0.1); memos re: same (0.2). | |
| 09/24/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Atkinson | Training and supervision of coding group attorneys in connection with ongoing Science trial document production (.4); organizing boxes of documents reviewed and reviewing coding in connection with production (.9); arrangements for coding summaries from attorneys' review and reviewing coding (.8). | 2.10 |
| 09/25/02 | Atkinson | Meeting with J. Restivo, J. Bentz to discuss logistics and technical issues for automated document production pursuant to Court Order in attic insulation proceeding (.5). | .50 |
| 09/25/02 | Bentz | Correspond with Grace, co-counsel and claimants' counsel regarding document production (.75); review of privilege issue with J. Restivo and M. Atkinson (.5). | 1.25 |
| 09/25/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/25/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                     Page  27
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

Trial matters.

| 09/25/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Restivo | Meeting with J. Bentz and M. Atkinson re document production in Science trial  (1.0); telephone report on same to R. Finke (0.5) | 1.50 |
| 09/25/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 09/25/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/26/02 | Atkinson | Reviewing and checking coding documents on database re: medical records, in connection with document production requirements in Science trial (2.4); reviewing and organizing boxes of documents from coding group attorneys, review for storage (.9); summaries to attorneys to code and questions re: coding (.9). | 4.20 |

```
172573  W. R. Grace & Co.                          Invoice Number  980416
60028   ZAI Science Trial                          Page  28
        October 30, 2002


   Date   Name                                                    Hours
-------- -----------                                              -----


09/26/02 Atkinson           Meeting with J. Restivo re:            .80
                            logistics and technical issues for
                            automated document production in
                            Science trial (.4); searches on
                            database re: items discussed at
                            meeting (.4).

09/26/02 Bentz              Preparation of correspondence to      4.45
                            client regarding discovery and
                            document production (1.5); meeting
                            with M. Atkinson regarding
                            document production, search
                            capabilities to be provided and
                            privilege log (.9); review of
                            various privilege issues regarding
                            document production (1.3); review
                            of documents to be produced (.75).

09/26/02 Cameron            Meet with R. Finke and potential      4.30
                            consultant concerning ZAI Science
                            Trial issues (2.5); Review
                            credentials and prior work of
                            potential consultant in
                            preparation for meeting (1.8).

09/26/02 Campbell           Attorney work-product review,         8.25
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/26/02 Gompers            Attorney work-product review,         8.00
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/26/02 Kennedy            Attorney work-product review,         8.00
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.

09/26/02 Nath               Attorney work-product review,         8.50
                            organization and coding of
                            documents for production in EPA
                            cost recovery and ZAI Science
                            Trial matters.
```

```
172573  W. R. Grace & Co.                              Invoice Number  980416
60028   ZAI Science Trial                              Page  29
        October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/26/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/26/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 09/26/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 4.25 |
| 09/26/02 | Rossi | Two memos re: On-Site September invoice. | .10 |
| 09/26/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Atkinson | Meeting with J. Bentz re: logistical technical issues for automated document production in Science trial (.4); supervision/training of coding group attorneys re: document production of attic insulation documents, and organization of documents reviewed by attorneys and coding (1.7); e-mails and revising memo re: Target Sheet coding, and telephone call to S. Haines (Phl) re: same (.4). | 2.50 |
| 09/27/02 | Bentz | Corresponding with ZAI claimants' counsel regarding format for document production (.75); meeting with M. Atkinson regarding Science trial document production (.5). | 1.25 |
| 09/27/02 | Campbell | Attorney work-product review, organization and coding of | 7.00 |

```
172573 W. R. Grace & Co.                         Invoice Number  980416
60028  ZAI Science Trial                         Page  30
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | documents for production in EPA cost recovery and ZAI Science Trial matters. | |
|---|---|---|---|
| 09/27/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/27/02 | Rossi | Multi memos re: ONSS scanned target sheets (0.3); telephone call with Atkinson re: same (0.1); research re: same (0.4); telephone call with ONSS re: target sheets. | 1.00 |
| 09/27/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/28/02 | Atkinson | Reviewing workers compensation documents in Summation in connection with electronic | 1.80 |

```
172573  W. R. Grace & Co.                        Invoice Number  980416
60028   ZAI Science Trial                        Page   31
        October 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

production of attic insulation
documents (1.3); queries on
Summation database re: electronic
production of attic insulation
documents (.5).

| 09/30/02 | Muha | Confer with attorney re: attorney document coding project question. | .20 |
| 09/30/02 | Restivo | Telephone call with W. Sparks concerning document production issues for Science trial. | .40 |
| 09/30/02 | Rossi | Memo from Atkinson re: attic/privilege search (0.1); memos to On-Site re: corrections to scanned target sheets (0.1). | .20 |

```
                                        TOTAL HOURS   1363.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 7.40 | at $ | 430.00 | = | 3,182.00 |
| Douglas E. Cameron | 21.60 | at $ | 385.00 | = | 8,316.00 |
| James W Bentz | 48.90 | at $ | 300.00 | = | 14,670.00 |
| Andrew J. Muha | 12.40 | at $ | 185.00 | = | 2,294.00 |
| Martha Susan Haines Rossi | 6.20 | at $ | 145.00 | = | 899.00 |
| Maureen L. Atkinson | 82.10 | at $ | 120.00 | = | 9,852.00 |
| Karen Hindman | 2.50 | at $ | 110.00 | = | 275.00 |
| Bruce Campbell | 152.25 | at $ | 75.00 | = | 11,418.75 |
| Eric Gompers | 154.00 | at $ | 75.00 | = | 11,550.00 |
| Andrew Kennedy | 153.90 | at $ | 75.00 | = | 11,542.50 |
| Caroline Nath | 146.50 | at $ | 75.00 | = | 10,987.50 |
| Jamie Paulen | 153.00 | at $ | 75.00 | = | 11,475.00 |
| Ryan Peterson | 147.90 | at $ | 75.00 | = | 11,092.50 |
| Anana Rice | 130.45 | at $ | 75.00 | = | 9,783.75 |
| Joan Turner | 144.00 | at $ | 75.00 | = | 10,800.00 |

```
                 CURRENT FEES                         128,138.00


                 TOTAL BALANCE DUE UPON RECEIPT    $ 128,138.00
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      980419
One Town Center Road                   Invoice Date      10/30/02
Boca Raton, FL   33486                 Client Number       172573
                                       Matter Number        60030
```

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/19/02 | Restivo | Preparation for omnibus hearing on emergency motion to compel. | 1.50 |
| 09/21/02 | Bentz | Preparation for emergency hearing on motion to compel production in fraudulent conveyance case. | 3.00 |
| 09/22/02 | Restivo | Preparation for hearing on emergency motion to compel. | 4.00 |
| 09/23/02 | Bentz | Preparation for and participation (for argument of certain discovery issues within my area of primary responsibility) at omnibus hearing in Delaware. | 8.00 |
| 09/23/02 | Restivo | Preparation for and participation (for argument of issues within my area of primary responsibility) at omnibus hearing in Delaware. | 8.00 |

```
                                                      ------
                                       TOTAL HOURS     24.50
```

```
TIME SUMMARY              Hours        Rate          Value
-------------------       --------------------       -------
James J. Restivo Jr.      13.50  at  $ 430.00  =     5,805.00
James W Bentz             11.00  at  $ 300.00  =     3,300.00

                      CURRENT FEES                            9,105.00

                                                        ------------
```

172573 W. R. Grace & Co.
60030  Hearings
       October 30, 2002

Invoice Number  980419
Page   2

TOTAL BALANCE DUE UPON RECEIPT          $ 9,105.00
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 980420 |
| Invoice Date | 10/30/02 |
| Client Number | 172573 |
| Matter Number | 60027 |

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 09/29/02 | Cameron | Travel to Atlanta for Millette deposition (one-half time non-working travel). | 1.50 |
| 09/30/02 | Cameron | Travel to airport and return to Pittsburgh from Millette deposition -- non-working travel (one half time). | 2.10 |

TOTAL HOURS    3.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 3.60 | at | $ 385.00 | = | 1,386.00 |

CURRENT FEES                          1,386.00

TOTAL BALANCE DUE UPON RECEIPT        $ 1,386.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        980417
5400 Broken Sound Blvd., N.W.        Invoice Date        10/30/02
Boca Raton, FL 33487                 Client Number         172573
                                     Matter Number          60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/03/02 | Keuler | Revised certificate of no objection to accurately reflect Judge Fitzgerald's instructions (0.4); drafted e-message to D. Cameron regarding how to proceed on certifcate of no objection in light of "no pay" order (0.2). Reviewed fee auditor categories and previous filings in matter (0.2). | .80 |
| 09/03/02 | Lord | Research docket for objections to June fee application (.3); revise draft CNO re: same (.2). | .50 |
| 09/04/02 | Muha | Review and revise 13th Monthly fee application spreadsheets for compliance with Fee Auditor guidelines. | 1.10 |
| 09/05/02 | Muha | Review/revise fee and expense details for 13th Monthly Fee Application and prepare for filing (4.0). | 4.00 |
| 09/08/02 | Cameron | Review and revise DBRs for 14th Monthly Fee Applications. | 1.10 |
| 09/09/02 | Lord | Prepare amended service for twelfth Monthly Fee Application (.3); coordinate service for same (.1); review and supplement Reed Smith thirteenth monthly application (.8); prepare service | 1.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  980417
60029  Fee Applications-Applicant           Page    2
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | for same (.2) e-serve same per amended administrative order (.3). |  |
|---|---|---|---|
| 09/10/02 | Keuler | Reviewed materials provided by Pachulski Stang and telephone call with D. Cameron regarding same. | .20 |
| 09/10/02 | Lord | Prepare correspondence to R. Finke at Grace re: 12th monthly CNO for payment (.3). | .30 |
| 09/10/02 | Muha | Review August DBRs for 14th Monthly Fee Application (1.0). | 1.00 |
| 09/11/02 | Muha | Review and revise fee and expense detail for attachment to 14th Monthly Fee Application (4.2); revise and send summary charts per Fee Auditor's request (1.2). | 5.40 |
| 09/12/02 | Keuler | Responded to v-message from fee examiner and reviewed e-messages from D. Cameron re: time categories to use going forward. | .20 |
| 09/12/02 | Muha | Review fee and expense detail for inclusion in proper categories in fee application. | 3.20 |
| 09/17/02 | Keuler | Reviewed e-messages from A. Muha re: fee auditor's order and comments. | .10 |
| 09/23/02 | Keuler | Reviewed and responded to e-messages from D. Cameron and A. Muha regarding fee auditors' messages. | .20 |
| 09/23/02 | Keuler | Reviewed fee auditor order and motion (0.1). Drafted e-message to A. Muha further responding to his questions regarding fee auditor process (0.2). | .30 |
| 09/23/02 | Muha | Review and revise fee and expense details for inclusion in proper categories in 14th Monthly Fee Application. | 3.00 |

```
172573  W. R. Grace & Co.                    Invoice Number  980417
60029   Fee Applications-Applicant           Page    3
        October 30, 2002
```

```
    Date    Name                                              Hours
  --------  -----------                                       -----

09/24/02 Cameron          Review and provide comments           .90
                          concerning draft fee application.

09/24/02 Muha             Attend meeting re: future fee        1.90
                          application procedures (0.5);
                          revise spreadsheets for 14th
                          monthly fee application (1.4).

09/25/02 Muha             Revise and review 14th Monthly Fee    .50
                          Application spreadsheets.

09/26/02 Muha             Review and revise 14th Monthly Fee   1.90
                          Applications to ensure compliance
                          with Fee Auditor's directive.

09/27/02 Muha             Make final revisions to fee detail  1.30
                          and expense detail for 14th
                          Monthly Fee Application.

                                                              ------
                                        TOTAL HOURS            29.60
```

```
TIME SUMMARY                 Hours        Rate          Value
--------------------------   ----------   -----------   -------
Douglas E. Cameron           2.00  at  $  385.00  =      770.00
Andrew J. Muha              23.30  at  $  185.00  =    4,310.50
Richard A. Jr. Keuler        1.80  at  $  240.00  =      432.00
John B. Lord                 2.50  at  $  145.00  =      362.50

                          CURRENT FEES                          5,875.00

                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $ 5,875.00
                                                            ============
```