REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                     Invoice Number      980422
One Town Center Road                                Invoice Date      10/30/02
Boca Raton, FL    33486                             Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

          Expenses                                  6,903.48

                        TOTAL BALANCE DUE UPON RECEIPT       $ 6,903.48
                                                            ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      980422
One Town Center Road                     Invoice Date      10/30/02
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 10.89 |
| Binding Charge | 6.00 |
| Telephone Expense | 20.31 |
| Documentation Charge | 108.01 |
| Duplicating/Printing | 735.50 |
| Postage Expense | 22.72 |
| Courier Service | 235.42 |
| Filing Fees | 385.50 |
| Outside Duplicating | 1,359.02 |
| Transportation | 16.40 |
| Air Travel Expense | 3,743.50 |
| Mileage Expense | 25.02 |
| Meal Expense | 129.82 |
| Telephone - Outside | 105.37 |

                    CURRENT EXPENSES              6,903.48
                                                - - - - - - - - - - - - -

                    TOTAL BALANCE DUE UPON RECEIPT   $ 6,903.48
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | | |
|---|---|---|
| One Town Center Road | Invoice Number | 980422 |
| Boca Raton, FL   33486 | Invoice Date | 10/30/02 |
| | Client Number | 172573 |
| | Matter Number | 60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/28/02 | Courier Service parcels inc inv 5/28/02 | 95.00 |
| 07/30/02 | CAMERON/DOUGLAS E 16AUG PIT SFO PIT | 413.50 |
| 08/13/02 | 302-778-7533/WILMINGTON, DE/4 | .23 |
| 08/14/02 | 617-426-5900/BOSTON, MA/2 | .11 |
| 08/19/02 | Courier Service parcels inc inv 8/19/02 | 40.00 |
| 08/20/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 08/20/02 | ATTY # 0559: 16 COPIES | 2.40 |
| 08/20/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/20/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 08/21/02 | 303-861-7000/DENVER, CO/4 | .29 |
| 08/21/02 | ATTY # 0396: 3 COPIES | .45 |
| 08/23/02 | 302-778-7533/WILMINGTON, DE/3 | .17 |
| 08/23/02 | Courier Service UPS | 7.71 |
| 08/27/02 | 703-729-8543/LEESBURG, VA/8 | .46 |
| 08/27/02 | 561-362-1533/BOCA RATON, FL/12 | .68 |
| 08/27/02 | 561-362-1551/BOCA RATON, FL/4 | .29 |
| 08/27/02 | 561-362-1551/BOCA RATON, FL/3 | .23 |
| 08/27/02 | 561-362-1533/BOCA RATON, FL/22 | 1.25 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       October 30, 2002

Invoice Number  980422
Page   2

| Date | Description | Amount |
|------|-------------|--------|
| 08/28/02 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/7 | .46 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/4 | .23 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/2 | .17 |
| 08/28/02 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 08/28/02 | 561-712-4777/W PALM BCH, FL/6 | .34 |
| 08/30/02 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/10 | .57 |
| 09/03/02 | ATTY # 0559; 56 COPIES | 5.60 |
| 09/03/02 | ATTY # 0559; 24 COPIES | 3.60 |
| 09/03/02 | ATTY # 0559; 546 COPIES | 54.60 |
| 09/03/02 | ATTY # 0710; 32 COPIES | 4.80 |
| 09/03/02 | ATTY # 0559: 13 COPIES | 1.95 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | ATTY # 0559: 1 COPIES | .15 |
| 09/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | 561-362-1551/BOCA RATON, FL/2 | .17 |
| 09/03/02 | 561-362-1551/BOCA RATON, FL/2 | .11 |
| 09/03/02 | 561-362-1533/BOCA RATON, FL/18 | 1.08 |
| 09/04/02 | ATTY # 0885: 12 COPIES | 1.80 |
| 09/04/02 | ATTY # 0396: 8 COPIES | 1.20 |
| 09/04/02 | ATTY # 0396: 5 COPIES | .75 |
| 09/04/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/04/02 | FLATLEY/LAWRENCE E<br>10SEP PIT DEN PIT | 1795.50 |

```
172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting   Page   3
       October 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 09/04/02 | 302-652-5340/WILMINGTON, DE/20 | 1.20 |
| 09/04/02 | 724-388-2844/INDIANA, PA/1 | .14 |
| 09/04/02 | ATTY # 0885: 61 COPIES | 9.15 |
| 09/04/02 | ATTY # 0396: 14 COPIES | 2.10 |
| 09/05/02 | Telephone - Outside - - DOUGLAS E. CAMERON while in San Francisco for witness meeting on cost recovery action | 45.80 |
| 09/05/02 | Postage Expense | 8.05 |
| 09/05/02 | Postage Expense | 8.50 |
| 09/05/02 | ATTY # 0559; 112 COPIES | 16.80 |
| 09/05/02 | ATTY # 0856; 17 COPIES | 1.70 |
| 09/05/02 | ATTY # 0856; 35 COPIES | 5.25 |
| 09/05/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/05/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/05/02 | ATTY # 0559: 15 COPIES | 2.25 |
| 09/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/05/02 | ATTY # 0559: 5 COPIES | .75 |
| 09/05/02 | 215-851-8202/PHILA, PA/2 | .12 |
| 09/05/02 | 302-652-5340/WILMINGTON, DE/21 | 1.25 |
| 09/06/02 | SCANNING SERVICES, 4 PAGES SCANNED, 1 E-FILING #2441, 1 ATTACHMENT Filing Fees - - VENDOR: PARCELS, INC.-D D R | 30.60 |
| 09/06/02 | 561-362-1533/BOCA RATON, FL/19 | 1.14 |
| 09/09/02 | OUTSIDE DUPLICATING 7/31/02- Outside Duplicating - PARCELS, INC.-D D R | 19.55 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees- PARCELS, INC.-D D R | 15.00 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees - PARCELS, INC.-D D R | 40.35 |

```
172573 W. R. Grace & Co.                            Invoice Number  980422
60026  Litigation and Litigation Consulting    Page   4
       October 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees -  PARCELS, INC.-D D R | 30.00 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees -PARCELS, INC.-D D R | 32.70 |
| 09/09/02 | E-FILINGS 12/23/01- Filing Fees -  PARCELS, INC.-D D R | 32.70 |
| 09/09/02 | E-FILING 12/23/01- Filing Fees -  PARCELS, INC.-D D R | 38.15 |
| 09/09/02 | E-FILINGS 10/31/01- Filing Fees - PARCELS, INC.-D D R | 15.00 |
| 09/09/02 | E-FILINGS 10/31/01- Filing Fees -  PARCELS, INC.-D D R | 7.80 |
| 09/09/02 | E-FILINGS 10/31/01 - Filing Fees - PARCELS, INC.-D D R | 10.00 |
| 09/09/02 | E-FILING 10/31/01- Filing Fees -PARCELS, INC.-D . D R | 15.00 |
| 09/09/02 | OUTSIDE DUPLICATING 10/31/01- Outside Duplicating -  PARCELS, INC.-D D R | 247.75 |
| 09/09/02 | OUTSIDE DUPLICATING 12/31/01- Outside Duplicating - PARCELS, INC.-D D R | 166.32 |
| 09/09/02 | ATTY # 0559; 96 COPIES | 14.40 |
| 09/09/02 | ATTY # 0559; 224 COPIES | 33.60 |
| 09/09/02 | ATTY # 0559; 22 COPIES | 3.30 |
| 09/09/02 | ATTY # 0559; 5 COPIES | .75 |
| 09/09/02 | ATTY # 0718; 12 COPIES | 1.80 |
| 09/09/02 | ATTY # 0718; 225 COPIES | 33.75 |
| 09/09/02 | Meal Expense - CAPITAL SPICE CO., INC./Lunch expense for meetings in Washington, DC with W.R. Grace and consultants in cost recovery action | 112.32 |
| 09/09/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/09/02 | ATTY # 0710: 3 COPIES | .45 |
| 09/09/02 | ATTY # 0710: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting       Page   5
       October 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 09/09/02 | ATTY # 0710: 3 COPIES | .45 |
| 09/09/02 | ATTY # 0710: 7 COPIES | 1.05 |
| 09/09/02 | ATTY # 0718: 10 COPIES | 1.50 |
| 09/09/02 | ATTY # 0718: 24 COPIES | 3.60 |
| 09/09/02 | Postage Expense | 3.96 |
| 09/09/02 | 303-866-0641/DENVER, CO/8 | .46 |
| 09/10/02 | ATTY # 0710; 80 COPIES | 12.00 |
| 09/10/02 | ATTY # 0718; 11 COPIES | 1.65 |
| 09/10/02 | ATTY # 0710: 4 COPIES | .60 |
| 09/10/02 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/10/02 | 302-778-7533/WILMINGTON, DE/9 | .51 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                         Invoice Number  980422
60026  Litigation and Litigation Consulting      Page   6
       October 30, 2002
```

| | | |
|---|---|---:|
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 09/11/02 | ATTY # 0559; 32 COPIES | 4.80 |
| 09/11/02 | ATTY # 0559; 67 COPIES | 10.05 |
| 09/11/02 | 843-689-5509/HILTONHEAD, SC/3 | .17 |
| 09/11/02 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 09/11/02 | 303-866-0408/DENVER, CO/2 | .11 |
| 09/12/02 | ATTY # 0559; 202 COPIES | 20.20 |
| 09/12/02 | ATTY # 0396; 121 COPIES | 18.15 |
| 09/12/02 | ATTY # 0559; 5 COPIES | .75 |
| 09/12/02 | Courier Service UPS | 19.84 |
| 09/12/02 | 724-733-3838/EXPORT, PA/4 | .28 |
| 09/12/02 | 724-387-1869/EXPORT, PA/1 | .14 |
| 09/12/02 | 215-851-8250/PHILA, PA/40 | 2.32 |
| 09/13/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/13/02 | ATTY # 0710: 33 COPIES | 4.95 |
| 09/13/02 | ATTY # 0396; 100 COPIES | 15.00 |
| 09/13/02 | 212-971-0111/NEW YORK, NY/19 | 1.14 |
| 09/13/02 | 303-861-7000/DENVER, CO/3 | .17 |
| 09/13/02 | 561-362-1533/BOCA RATON, FL/33 | 1.88 |
| 09/13/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 09/13/02 | 303-866-0408/DENVER, CO/1 | .11 |
| 09/16/02 | ATTY # 0559; 3 COPIES | .45 |
| 09/16/02 | ATTY # 0710: 4 COPIES | .60 |
| 09/16/02 | ATTY # 0710: 5 COPIES | .75 |

172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting        Page   7
       October 30, 2002

| Date | Description | Amount |
|---|---|---|
| 09/16/02 | ATTY # 0710: 4 COPIES | .60 |
| 09/16/02 | ATTY # 0710: 3 COPIES | .45 |
| 09/16/02 | Courier Service parcels,inc inv 9/16/02 | 35.00 |
| 09/16/02 | FLATLEY/LAWRENCE E<br>19SEP PIT PHL PIT | 511.50 |
| 09/17/02 | COPY 165 PG DOC 18 TIMES, POST MAIL, SERVE LOCALS, COPIED 8/8/02 (JOHN B. LORD) Outside Duplicating - PARCELS, INC.-D D R | 310.80 |
| 09/17/02 | COPY 20 PG DOC 195 TIMES, POST MAIL, SERVE LOCALS, COPIED 8/8/02 (JOHN B. LORD) Outside Duplicating -  PARCELS, INC.-D D R | 583.75 |
| 09/17/02 | COPY 10 PG DOC 19 TIMES, POST MAIL, SERVE LOCALS, COPIED 8/14/02 (JOHN B. LORD) Outside Duplicating - PARCELS, INC.-D D R | 30.85 |
| 09/17/02 | SCANNING SERVICES, 185 PAGES SCANNED, 2 E-FILINGS #'S 2518, 2519, 6 ATTACHMENTS Filing Fees - - VENDOR: PARCELS, INC.-D D R | 92.75 |
| 09/17/02 | ATTY # 0559; 7 COPIES | 1.05 |
| 09/17/02 | Courier Service UPS | 37.87 |
| 09/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/17/02 | ATTY # 0559: 1 COPIES | .15 |
| 09/17/02 | 214-698-3868/DALLAS, TX/2 | .11 |
| 09/18/02 | PACER USAGE FOR MONTH OF JULY - Documentation Charge - - VENDOR: PACER SERVICE CENTER | 19.67 |
| 09/18/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/18/02 | ATTY # 0710: 26 COPIES | 3.90 |
| 09/19/02 | PACER USAGE FOR THE MONTH OF AUGUST - Documentation Charge - - VENDOR: PACER SERVICE CENTER | 52.64 |
| 09/19/02 | PACER USAGE FOR THE MONTH OF AUGUST - Documentation Charge - - VENDOR: PACER SERVICE CENTER | 21.00 |
| 09/19/02 | E- FILINGS - Filing Fees - PARCELS, INC.-D D R | 25.45 |

172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting       Page   8
       October 30, 2002

| | | |
|---|---|---|
| 09/19/02 | Meal Expense -D. Cameron 9/16 MEETING WITH EXPERT FOR COST RECOVERY DEPO PREPARATION 1 BREAKFAST | 5.50 |
| 09/19/02 | Mileage Expense - D. Cameron 9/16 MEETING WITH EXPERT FOR COST RECOVERY ACTION DEPO PREPARATION, 48 MI + PARKING | 25.02 |
| 09/19/02 | Postage Expense 9/19/02 | 2.21 |
| 09/19/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/19/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/19/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/19/02 | Color Printing | 10.89 |
| 09/19/02 | ATTY # 0559; 3 COPIES | .45 |
| 09/19/02 | ATTY # 0559; 174 COPIES | 17.40 |
| 09/19/02 | ATTY # 0559; 48 COPIES | 7.20 |
| 09/19/02 | ATTY # 0559; 42 COPIES | 6.30 |
| 09/19/02 | ATTY # 0559; 79 COPIES | 11.85 |
| 09/19/02 | ATTY # 0559; 155 COPIES | 15.50 |
| 09/19/02 | RESTIVO/JAMES J 23SEP PIT PHL PIT | 511.50 |
| 09/19/02 | BENTZ/JAMES W 23SEP PIT PHL PIT | 511.50 |
| 09/19/02 | 412-288-4148/PITTSBURGH, PA/1 | .12 |
| 09/20/02 | ATTY # 0856: 1 COPIES | .15 |
| 09/20/02 | ATTY # 0856: 2 COPIES | .30 |
| 09/21/02 | ATTY # 0885; 16 COPIES | 2.40 |
| 09/23/02 | Binding Charge | 6.00 |
| 09/23/02 | ATTY # 0559; 20 COPIES | 3.00 |
| 09/23/02 | ATTY # 0559; 42 COPIES | 6.30 |
| 09/23/02 | ATTY # 3608; 52 COPIES | 7.80 |

172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting        Page    9
       October 30, 2002

| 09/23/02 | ATTY # 0710: 55 COPIES | 8.25 |
|----------|------------------------|------|
| 09/24/02 | ATTY # 0559; 11 COPIES | 1.65 |
| 09/24/02 | ATTY # 3600; 9 COPIES | 1.35 |
| 09/24/02 | ATTY # 0856: 1 COPIES | .15 |
| 09/24/02 | ATTY # 0856: 38 COPIES | 5.70 |
| 09/24/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/24/02 | ATTY # 0710: 28 COPIES | 4.20 |
| 09/24/02 | ATTY # 0710: 14 COPIES | 2.10 |
| 09/24/02 | ATTY # 0710: 14 COPIES | 2.10 |
| 09/24/02 | 214-698-3868/DALLAS, TX/1 | .11 |
| 09/25/02 | ATTY # 0559; 11 COPIES | 1.65 |
| 09/25/02 | ATTY # 0559; 181 COPIES | 18.10 |
| 09/25/02 | ATTY # 0559; 29 COPIES | 4.35 |
| 09/25/02 | ATTY # 0559; 265 COPIES | 39.75 |
| 09/26/02 | PACER CHARGES FOR BANKRUPTCY FOR APRIL, MAY & JUNE 2002 - Documentation Charge - - VENDOR: PACER SERVICE CENTER | 14.70 |
| 09/26/02 | Telephone - Outside - CHORUS CALL, INC. 8/21/02 for cost recovery action conference call | 59.57 |
| 09/26/02 | ATTY # 0559; 27 COPIES | 4.05 |
| 09/26/02 | ATTY # 0559; 2 COPIES | .30 |
| 09/26/02 | ATTY # 0559; 9 COPIES | 1.35 |
| 09/26/02 | ATTY # 0559; 3 COPIES | .45 |
| 09/26/02 | ATTY # 0559; 2 COPIES | .30 |
| 09/26/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 09/27/02 | ATTY # 0856: 38 COPIES | 5.70 |
| 09/27/02 | ATTY # 0559; 2 COPIES | .30 |
| 09/27/02 | ATTY # 0559; 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                      Invoice Number  980422
60026  Litigation and Litigation Consulting    Page  10
       October 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 09/27/02 | ATTY # 0559; 357 COPIES | 35.70 |
| 09/27/02 | ATTY # 0559; 65 COPIES | 9.75 |
| 09/28/02 | Transportation - MILEAGE AND PARKING JANET WILSON FOR EXPERT WITNESS PREP. WORK IN COST RECOVERY ACTION | 8.20 |
| 09/28/02 | Meal Expense -  LUNCH JANET WILSON | 6.00 |
| 09/28/02 | ATTY # 0559: 16 COPIES | 2.40 |
| 09/28/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/28/02 | ATTY # 0559; 308 COPIES | 46.20 |
| 09/28/02 | ATTY # 0559; 394 COPIES | 59.10 |
| 09/28/02 | ATTY # 0559; 342 COPIES | 51.30 |
| 09/29/02 | Transportation -  JANET WILSON MILEAGE AND PARKING EXPERT WITNESS PREP. WORK IN COST RECOVERY ACTION | 8.20 |
| 09/29/02 | Meal Expense -  JANET WILSON LUNCH | 6.00 |
| 09/29/02 | ATTY # 0559; 90 COPIES | 13.50 |

```
                        CURRENT EXPENSES              6,903.48
                                                    -------------
                        TOTAL BALANCE DUE UPON RECEIPT  $ 6,903.48
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      980426
5400 Borken Sound Blvd., N.W.                  Invoice Date      10/30/02
Boca Raton, FL 33487                           Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

        Expenses                          5,907.17

                TOTAL BALANCE DUE UPON RECEIPT        $ 5,907.17
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      980426
5400 Borken Sound Blvd., N.W.        Invoice Date      10/30/02
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 3.00 |
| Telephone Expense | 17.49 |
| Duplicating/Printing | 187.25 |
| Courier Service | 8.92 |
| Outside Duplicating | 2,371.95 |
| Secretarial Overtime | 3,082.50 |
| Transportation | 3.00 |
| Taxi Expense | 141.00 |
| Mileage Expense | 24.02 |
| Meal Expense | 22.29 |
| Telephone - Outside | 45.75 |

                    CURRENT EXPENSES              5,907.17
                                                - - - - - - - - - - - - -

                    TOTAL BALANCE DUE UPON RECEIPT    $ 5,907.17
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Borken Sound Blvd., N.W.
Boca Raton, FL 33487

Invoice Number      980426
Invoice Date      10/30/02
Client Number      172573
Matter Number      60028

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/19/02 | Secretarial Overtime input coding information summation for Attorney coding project | 292.50 |
| 08/21/02 | Secretarial Overtime TYPING IN SUMMATION for Attorney coding project | 135.00 |
| 08/27/02 | Duplicating/Printing | 5.10 |
| 08/27/02 | 212-446-4800/NEW YORK, NY/1 | .11 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/18 | 1.03 |
| 08/29/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 30.00 |
| 08/30/02 | Secretarial Overtime INPUT CODING INFORMATION INTO INTO SUMMATION for Attorney coding project | 285.00 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/20 | 1.20 |
| 09/03/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 217.50 |
| 09/03/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/04/02 | 617-426-8810/BOSTON, MA/8 | .46 |
| 09/04/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/04/02 | 617-426-0135/BOSTON, MA/2 | .11 |
| 09/04/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |

```
172573 W. R. Grace & Co.                        Invoice Number  980426
60028  ZAI Science Trial                    Page   2
       October 30, 2002
```

| 09/05/02 | ATTY # 0559; 174 COPIES | 26.10 |
|---|---|---|
| 09/05/02 | 843-727-6513/CHARLESTON, SC/2 | .17 |
| 09/06/02 | 617-426-0135/BOSTON, MA/25 | 1.48 |
| 09/06/02 | 843-727-6672/CHARLESTON, SC/22 | 1.25 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 345.00 |
| 09/10/02 | ATTY # 0559; 218 COPIES | 32.70 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 09/10/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 6 COPIES | .90 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/11/02 | ATTY # 0885; 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  980426
60028   ZAI Science Trial                    Page   3
        October 30, 2002

09/11/02   ATTY # 0885; 12 COPIES                          1.80

09/11/02   Secretarial Overtime INPUT CODING INFORMATION    187.50
           INTO SUMMATION for Attorney coding project

09/11/02   Secretarial Overtime INPUT CODING INFORMATION     97.50
           INTO  SUMMATION for Attorney coding project

09/12/02   561-362-1533/BOCA RATON, FL/14                     .80

09/16/02   Secretarial Overtime INPUT CODING INFORMATION    322.50
           INTO SUMMATION for Attorney coding project

09/17/02   Telephone - Outside -  DOUGLAS E. CAMERON         45.75

09/17/02   Secretarial Overtime INPUT CODING INFORMATION    472.50
           INTO SUMMATION for Attorney coding project

09/18/02   Binding Charge                                    3.00

09/18/02   302-571-6655/WILMINGTON, DE/1                      .11

09/19/02   ATTY # 0349: 2 COPIES                              .30

09/19/02   ATTY # 0885: 1 COPIES                              .15

09/19/02   ATTY # 0885: 3 COPIES                              .45

09/19/02   617-426-8810/BOSTON, MA/6                          .34

09/19/02   ATTY # 0885; 32 COPIES                            4.80

09/19/02   ATTY # 0885; 242 COPIES                          36.30

09/19/02   ATTY # 0885; 4 COPIES                              .60

09/19/02   Courier Service UPS                               8.92

09/19/02   Secretarial Overtime INPUT CODING INFORMATION    165.00
           INTO for Attorney coding project

09/19/02   312-861-2162/CHICAGO, IL/3                         .17

09/20/02   ATTY # 0885: 5 COPIES                              .75

09/20/02   ATTY # 0885: 10 COPIES                            1.50

09/20/02   ATTY # 0885: 1 COPIES                              .15

09/20/02   ATTY # 0885: 5 COPIES                              .75

09/20/02   ATTY # 0885: 3 COPIES                              .45
```

```
172573 W. R. Grace & Co.                        Invoice Number  980426
60028  ZAI Science Trial                        Page   4
       October 30, 2002
```

| | | |
|---|---|---|
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/20/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 09/20/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885; 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885; 315 COPIES | 31.50 |
| 09/20/02 | ATTY # 0856; 120 COPIES | 18.00 |
| 09/20/02 | ATTY # 0856; 7 COPIES | .70 |
| 09/20/02 | ATTY # 0856; 1 COPIES | .10 |
| 09/20/02 | 617-426-0135/BOSTON, MA/10 | .57 |
| 09/20/02 | 302-652-4100/WILMINGTON, DE/3 | .17 |
| 09/20/02 | 617-426-5900/BOSTON, MA/53 | 3.08 |
| 09/20/02 | 843-727-6513/CHARLESTON, SC/20 | 1.20 |
| 09/20/02 | 561-362-1533/BOCA RATON, FL/52 | 2.96 |
| 09/20/02 | 617-426-5900/BOSTON, MA/1 | .11 |
| 09/21/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/21/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/21/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/21/02 | ATTY # 0885; 10 COPIES | 1.50 |
| 09/23/02 | Transportation -  HELBLING | 3.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  980426
60028  ZAI Science Trial                    Page   5
       October 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 09/23/02 | Mileage Expense - S HELBLING | 8.02 |
| 09/23/02 | Meal Expense - S HELBLING - LUNCH | 5.00 |
| 09/24/02 | Meal Expense - J. Bentz  TRAVEL TO DELAWARE FOR GRACE Hearing 9/23 LUNCH AND DINNER | 17.29 |
| 09/24/02 | Taxi Expense - J. Bentz TRAVEL TO DELAWARE FOR GRACE hearing 9/23 | 141.00 |
| 09/24/02 | Mileage Expense -J. Bentz TRAVEL TO DELAWARE GRACE Hearing 9/23  PARKING/TOLLS | 16.00 |
| 09/24/02 | Secretarial Overtime input coding information into summation for attorney coding project | 232.50 |
| 09/24/02 | Secretarial Overtime input coding information into summation for attorney coding project | 300.00 |
| 09/25/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | 561-362-1533/BOCA RATON, FL/22 | 1.31 |
| 09/26/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. DOC. PROD. FROM CD FOR ATTORNEY DOCUMENT REVIEW | 2371.95 |
| 09/26/02 | ATTY # 0856: 1 COPIES | .15 |

```
                        CURRENT EXPENSES                    5,907.17
                                                         -------------
                        TOTAL BALANCE DUE UPON RECEIPT    $ 5,907.17
                                                         =============
```