**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: October 31, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 2802**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Interim Application For Compensation For Services Rendered and Reimbursement of Expenses of Hamilton, Rabinovitz & Alschuler, Inc. ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 31, 2002.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $3,240.00 which represents 80% of the fees ($4,050.00) and $0.00, which represents 100% of the expenses requested in the Application for the period July 1, 2002 through July 31, 2002, upon the filing of this certification and without the need for entry of

a Court order approving the Application.

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Michael B. Joseph (#392)
        Theodore J. Tacconelli (#2678)
        Rick S. Miller (#3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        (302) 575-1555
        Local Counsel to the Official Committee of
        Asbestos Property Damage Claimants

        -and-

        Bilzin Sumberg Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: November 4, 2002