# A-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 2, 2002 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#861020 v1

**Matter 00000 - General**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Brown, Linnea | Partner | $ 400.00 | 1.10 | $ 440.00 |
| Harris, Colin | Partner | $ 350.00 | 2.30 | $ 805.00 |
| Lund, Kenneth | Partner | $ 350.00 | 37.50 | $ 13,125.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 16.90 | $ 5,070.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 12.60 | $ 3,717.00 |
| Baarlaer, Dennis | Special Counsel | $ 275.00 | 4.00 | $ 1,100.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 29 | $ 7,975.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 7.8 | $ 2,184.00 |
| Cooley, Caroline | Contract Attorney | $ 260.00 | 79.5 | $ 20,670.00 |
| Young, Spencer | Associate | $ 250.00 | 9.9 | $ 2,475.00 |
| Cohen, Louie | Associate | $ 225.00 | 10.1 | $ 2,272.50 |
| Barry, Geoffrey | Associate | $ 220.00 | 7.6 | $ 1,672.00 |
| Trammell, Keith | Associate | $ 185.00 | 10.8 | $ 1,998.00 |
| Wall, Douglas | Associate | $ 185.00 | 13.3 | $ 2,460.50 |
| Ochs, Matthew | Associate | $ 180.00 | 1.8 | $ 324.00 |
| Carroll, Ann | Paralegal | $ 125.00 | 28.6 | $ 3,575.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 0.5 | $ 62.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 43.7 | $ 4,807.00 |
| Cheeks, Stephanie | Paralegal | $ 60.00 | 71.5 | $ 4,290.00 |
| Duffus, Deborah | Paralegal | $ 60.00 | 64.2 | $ 3,852.00 |
| Layton, Katherine | Paralegal | $ 60.00 | 26.1 | $ 1,566.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 58 | $ 3,480.00 |
| Patuto, Mary-Jill | Paralegal | $ 60.00 | 3.8 | $ 228.00 |
| Giunta Merz, Trista | Paralegal | $ 60.00 | 75.5 | $ 4,530.00 |
| Reed, Nathaniel | Paralegal | $ 60.00 | 79.4 | $ 4,764.00 |
| Simpson, Lorrie | Paralegal | $ 60.00 | 81.9 | $ 4,914.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 7.9 | $ 711.00 |
| | | | | |
| Total | | | 785.30 | 103,067.50 |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $        457.20 |
| Facsimiles | $         72.00 |
| Long Distance Telephone | $          3.13 |
| Outside Courier | $        809.51 |
| Travel Expense | $      1,258.00 |
| Lexis | $         79.56 |
| Legal Assistant Overtime | $        591.25 |
| Meal Expenses | $            - |
| Temporary Staffing | $      4,730.94 |
| Velo Binding | $          5.00 |
| **Total** | $      8,006.59 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/02 | KWL | (Fraudulent Conveyance) Conference with KJCoggon, LBrown and Gary Graham re strategic issues and case update (1.00); review draft Request for Admission received from Kirkland & Ellis (3.00). | 4.00 | $ 1,400.00 |
| 09/03/02 | CLN | (Fraudulent Conveyance) Coordinate with Sciences International and KJCoggon re rebuttal report (.50); review Sciences report and transmit to Grace lawyer group (2.0). | 2.50 | 750.00 |
| 09/03/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (0.90); research and provide key documents to fraudulent conveyance counsel and expert (0.20). | 1.10 | 302.50 |
| 09/03/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 1,118.00 |
| 09/03/02 | NKA | (Fraudulent Conveyance) Manage and provide substantive review re document coding issues (2.50); conduct training for coding of WRG 10 million series (1.90); Research EPA Production database for ZAI documents per Mark Grummer and KJCoggon's request (1.50). | 5.90 | 649.00 |
| 09/03/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/03/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.80 | 168.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 6 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/03/02 | MJP | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.80 | 228.00 |
| 09/03/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/03/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/03/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/04/02 | KWL | (Fraudulent Conveyance) Review revised Request for Admission received from Kirkland & Ellis (1.80);  review expert depositions received from Kirkland & Ellis (2.20). | 4.00 | 1,400.00 |
| 09/04/02 | CLN | (Fraudulent Conveyance) Conference with D.Cameron and R.Finke re supplemental report (1.30); conference with expert re suppplemental report (1.50) ; conference with JDMcCarthy re supplemental report (.20); work on supplemental expert report (1.0); review revised expert report (1.0); conferences with Grace lawyers re expert report (.50); conferences with R.Finke and D.Cameron and evaluate their comments (1.0). | 6.50 | 1,950.00 |
| 09/04/02 | EES | (Fraudulent Conveyance) Take the deposition of NORC Missy Koppleman (7.80). | 7.80 | 2,184.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/04/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 1,118.00 |
| 09/04/02 | NKA | (Fraudulent Conveyance) Revise WRG 10 Million series issue codes and procedure for same (1.90); Conduct training for review and coding of WRG 10 Millions series (.80); Manage and provide substantive review re document coding issues (1.00). | 3.70 | 407.00 |
| 09/04/02 | AEC | (Fraudulent Conveyance)  Review, locate and compile documents identified on DOJ trial exhibit list (5.2). | 5.20 | 650.00 |
| 09/04/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/04/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/04/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.30 | 138.00 |
| 09/04/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/04/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/04/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/04/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/05/02 | CGH | (Fraudulent Conveyance) Review and highlight Peronard deposition in preparation for next deposition of Peronard. | 2.30 | 805.00 |
| 09/05/02 | CLN | (Fraudulent Conveyance) Conference with M.Grummer re Administrative Record documents (.30);  review Kirkland and Ellis draft requests for admission and conference with M.Grummer and KJCoggon re same (1.70) | 2.00 | 600.00 |
| 09/05/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (0.30); review and respond with comments re proposed requests for admission (1.60); review trial information from hearing on September 3, 2002 (0.40). | 2.30 | 632.50 |
| 09/05/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 1,040.00 |
| 09/05/02 | SBY | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and privilege (3.20). | 3.20 | 800.00 |
| 09/05/02 | AEC | (Fraudulent Conveyance) Identify and transmit Libby Community Advisory Group files to Kirkland & Ellis (1.3). | 1.30 | 162.50 |
| 09/05/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/05/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.30 | 138.00 |
| 09/05/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/05/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.50 | 210.00 |
| 09/05/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/06/02 | CLN | (Fradulent Conveyance) Review of draft Kirkland & Ellis request for admissions (.20); conference with M.Grummer and R.Finke re requests for admission (.30); review additional requests for admission (.70). | 1.20 | 360.00 |
| 09/06/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (0.80). | 0.80 | 220.00 |
| 09/06/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 1,118.00 |
| 09/06/02 | DPW | (Fraudulent Conveyance) Attend meeting re remaining discovery tasks. | 1.00 | 185.00 |
| 09/06/02 | SBY | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and privilege (4.50). | 4.50 | 1,125.00 |
| 09/06/02 | NKA | (Fraudulent Conveyance) Grace team meeting re tasks, deadlines, and assignments (.40); Manage and provide substantive review re document coding issues (1.00). | 1.40 | 154.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/06/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/06/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.30 | 138.00 |
| 09/06/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/06/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/06/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/06/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/07/02 | DPW | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and in preparation for Weis deposition. | 4.30 | 795.50 |
| 09/08/02 | DPW | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and in preparation for Weis deposition. | 1.10 | 203.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/09/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (0.20); review and revise draft responses to Request for Admissions (0.40). | 0.60 | 165.00 |
| 09/09/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 1,118.00 |
| 09/09/02 | SBY | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and privilege (2.20). | 2.20 | 550.00 |
| 09/09/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.40). | 1.40 | 154.00 |
| 09/09/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/09/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/09/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/09/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.00 | 120.00 |
| 09/09/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/09/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/09/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/10/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (0.40). | 0.40 | 110.00 |
| 09/10/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.00 | 520.00 |
| 09/10/02 | DPW | (Fraudulent Conveyance) Review, categorize and code documents produced by EPA in preparation for deposition of Chris Weis. | 6.90 | 1,276.50 |
| 09/10/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.00). | 1.00 | 110.00 |
| 09/10/02 | AEC | (Fraudulent Conveyance)  Review administrative record to locate and compile documents identified on DOJ trial exhibit list (3.5). | 3.50 | 437.50 |
| 09/10/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/10/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.30 | 138.00 |
| 09/10/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/10/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/10/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.80 | 228.00 |
| 09/10/02 | MBF | (Fraudulent Conveyance) Review, categorize and code documents to be produced to EPA for relevance to case issues. | 3.80 | 342.00 |
| 09/11/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/11/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re documents review/coding issues (1.60). | 1.60 | 176.00 |
| 09/11/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/11/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 612649 |
| Client No. | 04339 |
| Matter No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/11/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |
| 09/12/02 | KJC | (Fraudulent Conveyance) Telephone conference with M. Grummer re motion to withdraw intervention, trial issues, and other outstanding obligations (0.70); review motion to withdraw intervention and Sealed Air opposition brief (1.10); leave message for KWLund re details of motion (0.20). | 2.00 | 550.00 |
| 09/12/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.40 | 1,144.00 |
| 09/12/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re documents review/coding issues (1.60). | 1.60 | 176.00 |
| 09/12/02 | AEC | (Fraudulent Conveyance) Review administrative record to locate and compile documents identified on DOJ trial exhibit list (2.8). | 2.80 | 350.00 |
| 09/12/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/12/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.00 | 120.00 |
| 09/12/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/12/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/12/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.50 | 150.00 |
| 09/13/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/13/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.70). | 1.70 | 187.00 |
| 09/13/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.50 | 210.00 |
| 09/13/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.00 | 120.00 |
| 09/13/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/13/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/13/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.30 | 258.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page          16
Invoice No.:   612649
Client  No.:   04339
Matter  No.:   00000

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/16/02 | KWL | (Fraudulent Conveyance) Review Kirkland & Ellis correspondence re trial scheduling issues (.30); review U. S. exhibits in preparation for client meeting (2.00). | 2.30 | 805.00 |
| 09/16/02 | KJC | (Fraudulent Conveyance) Review and respond to email re motions in limine (0.30); telephone conference with KWLund re status of case (0.20). | 0.50 | 137.50 |
| 09/16/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/16/02 | MJO | (Fraudulent Conveyance) Review documents for responsiveness to discovery requests and privilege. | 1.80 | 324.00 |
| 09/16/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (2.50). | 2.50 | 275.00 |
| 09/16/02 | AEC | (Fraudulent Conveyance)  Review administrative record to locate and compile documents identified on DOJ trial exhibit list (2.5); compile deposition transcripts for Kirkland & Ellis (0.8). | 3.30 | 412.50 |
| 09/16/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/16/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.00 | 120.00 |
| 09/16/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/16/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/16/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/17/02 | KJC | (Fraudulent Conveyance) Telephone conferences with M. Grummer and D. Zott re response to motions in limine (1.40); review and draft response (2.80). | 4.20 | 1,155.00 |
| 09/17/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/17/02 | NKA | (Fraudulent Conveyance) Manage and provide substantive review re document coding issues (1.80). | 1.80 | 198.00 |
| 09/17/02 | AEC | (Fraudulent Conveyance) Review administrative record to locate and compile documents identified on DOJ trial exhibit list (3.10). | 3.10 | 387.50 |
| 09/17/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.80 | 168.00 |
| 09/17/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/17/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 612649 |
| Client No. | 04339 |
| Matter No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/17/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/17/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (3.0). | 3.00 | 180.00 |
| 09/18/02 | LB | (Fraudulent Conveyance) Office conference with JDMcCarthy and KJCoggon re fraudulent conveyance case motions in limine and plan for responses (.60). | 0.60 | 240.00 |
| 09/18/02 | DJB | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 1.50 | 412.50 |
| 09/18/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel and expert (1.40); conference with JDMcCarthy re motions in limine (0.40); conferences with JDMcCarthy and LNBrown re motions in limine (0.60); review and address response to motions in limine (1.20); telephone conference with M. Grummer re motions in limine and general case projects (0.40). | 4.00 | 1,100.00 |
| 09/18/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/18/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.40); Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.50). | 2.90 | 319.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 19 |
| Invoice No.: | | 612649 |
| Client No.: | | 04339 |
| Matter No.: | | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/18/02 | AEC | (Fraudulent Conveyance) Compile and transmit deposition transcripts to Kirkland & Ellis (1.5); locate and compile our designated trial exhibits (2.2). | 3.70 | 462.50 |
| 09/18/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/18/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/18/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.50 | 150.00 |
| 09/18/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/18/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/18/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/18/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/19/02 | LB | (Fraudulent Convenyance) Conference with KJCoggon re preparation for fraudulent conveyance trial (.50). | 0.50 | 200.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/19/02 | KWL | (Fraudulent Conveyance) Review U. S. expert reports for purpose of outlining cross-examination (4.30). | 4.30 | 1,505.00 |
| 09/19/02 | KJC | (Fraudulent Conveyance) Follow up on responses to motions in limine (0.90); teleconference with D. Zott (0.40); teleconference with KWLund re case status (0.40); review and revise draft stipulation re liability (0.60); conference with LNBrown re preparation for trial (0.50); | 2.80 | 770.00 |
| 09/19/02 | MWW | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 0.70 | 206.50 |
| 09/19/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.40 | 1,144.00 |
| 09/19/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.00); Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.10). | 2.10 | 231.00 |
| 09/19/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/19/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.60 | 276.00 |
| 09/19/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/19/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/19/02 | JLS | (Fraudulent Conveyance) Conference with LNBrown and KJCoggon re tasks for fraudulent conveyance trial (0.50). | 0.50 | 62.50 |
| 09/19/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.2). | 4.20 | 252.00 |
| 09/20/02 | KWL | (Fraudulent Conveyance) Review U.S. Motion in Limine re Libby experts (3.20); telephone conference with KJCoggon re coordinating response (.20); telephone call to Bill Corcoran re case status and strategy (.40). | 3.80 | 1,330.00 |
| 09/20/02 | KJC | (Fraudulent Conveyance) Conferences with KWLund re HRO role in fraudulent conveyance trial, staffing, and strategies (0.70); draft response to motion in limine (1.40). | 2.10 | 577.50 |
| 09/20/02 | MWW | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.70 | 796.50 |
| 09/20/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 1,040.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/20/02 | NKA | (Fraudulent Conveyance) Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.50); Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.10). | 2.60 | 286.00 |
| 09/20/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/20/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/20/02 | KL | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.80 | 168.00 |
| 09/20/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/20/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/20/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.2). | 4.20 | 252.00 |
| 09/21/02 | KWL | (Fraudulent Conveyance) Prepare cross-examination for Paul Peronard in support of Kirkland & Ellis. | 5.80 | 2,030.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/21/02 | KJC | (Fraudulent Conveyance) Draft summary of HRO participation and anticipated involvement in trial preparation (1.20); draft emails re budget status (0.30); address requests for assistance from Kirkland & Ellis (0.40); draft response to motion in limine (0.60). | 2.50 | 687.50 |
| 09/22/02 | KWL | (Fraudulent Conveyance) Prepare cross examination of Paul Peronard in support of Kirkland & Ellis (3.00); review United States expert reports on environmental matters to be presented at trial (1.60); review EPA supplemental expert reports re Libby cost issues (1.80). | 6.40 | 2,240.00 |
| 09/22/02 | CLN | (Fraudulent Conveyance) Review Kirkland and Ellis requests re exhibits and other documents from Kirkland and Ellis. | 1.00 | 300.00 |
| 09/22/02 | KJC | (Fraudulent Conveyance) Review Peronard references to respond to motion in limine (0.40); draft response to motion in limine and review and respond to email re same (2.10) | 2.50 | 687.50 |
| 09/23/02 | CLN | (Fraudulent Conveyance) Review of US motion in limine and coordinate with KJCoggon re response to Mark Grummer (.5); coordinate with ACarroll re exhibits for Mark Grummer (.2); review Coggon affidavit (.5). | 1.20 | 360.00 |
| 09/23/02 | KJC | (Fraudulent Conveyance) Telephone conferences with H. Eisenberg and M. Grummer re response to motion in limine (0.60); research and revise response to motion in limine (0.80); review and revise opposition to motion in limine (1.40). | 2.80 | 770.00 |
| 09/23/02 | MWW | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.90 | 855.50 |
| 09/23/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page              24
Invoice No.:    612649
Client  No.     04339
Matter  No.:    00000

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/23/02 | GMB | (Fraudulent Conveyance)  Edit introduction to opposition to motion in limine (2.20); review Peronard and Weis deposition transcripts (2.00); expert reports of Anderson, Bartelt, and Moolgavkar (2.20). | 6.40 | 1,408.00 |
| 09/23/02 | NKA | (Fraudulent Conveyance)  Update spreadsheet with new cost recovery documents received from DOJ (1.30); Manage temporary employees and HRO employees re document review/coding issues (1.80). | 3.10 | 341.00 |
| 09/23/02 | AEC | (Fraudulent Conveyance)  Review administrative record and other databases to locate and compile documents identified on Grace trial exhibit list (2.5). | 2.50 | 312.50 |
| 09/23/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/23/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/23/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/23/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/23/02 | NER | (Fraudulent Conveyance)  Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page            25
Invoice No.:    612649
Client   No.:   04339
Matter  No.:    00000

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/23/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.3). | 4.30 | 258.00 |
| 09/24/02 | KWL | (Fraudulent Conveyance) Telephone conference with Bill Corcoran re possible settlement and stay of trial (.60); review Grace response to US motion in Limine (2.00); telephone call to Mark Grummer re same (.30); review US trial exhibits in preparation for expert cross examination (4.00). | 6.90 | 2,415.00 |
| 09/24/02 | CLN | (Fraudulent Conveyance) Edit affidavit (.5); review Grummer's brief re administrative record and provide comments (2.0). | 2.50 | 750.00 |
| 09/24/02 | KJC | (Fraudulent Conveyance) Respond to questions from fraudulent conveyance counsel (0.40). | 0.40 | 110.00 |
| 09/24/02 | MWW | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 1,180.00 |
| 09/24/02 | LAC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 0.50 | 112.50 |
| 09/24/02 | KAT | (Fraudulent Conveyance) Review Bartelt expert report for deposition (.80). | 0.80 | 148.00 |
| 09/24/02 | NKA | (Fraudulent Conveyance) Supervise and manage temporary employees and HRO employees re document  review/coding issues (2.00) | 2.00 | 220.00 |
| 09/24/02 | AEC | (Fraudulent Conveyance)  Review administrative record and other databases to locate and compile documents identified on Grace trial exhibit list (2.2). | 2.20 | 275.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/24/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/24/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/24/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/24/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/24/02 | NER | (Fraudulent Conveyance)  Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/24/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.3). | 4.30 | 258.00 |
| 09/24/02 | MBF | (Fraudulent Conveyance)  Assist ACarroll with obtaining and organizing expert exhibits (2.60). | 2.60 | 234.00 |
| 09/25/02 | MWW | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 2.30 | 678.50 |
| 09/25/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/25/02 | GMB | (Fraudulent Conveyance) Draft motion for protective order (1.20). | 1.20 | 264.00 |
| 09/25/02 | LAC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 1.90 | 427.50 |
| 09/25/02 | KAT | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (2.50). | 2.50 | 462.50 |
| 09/25/02 | NKA | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.00); Supervise and manage temporary employees re document review and coding issues (1.10). | 2.10 | 231.00 |
| 09/25/02 | AEC | (Fraudulent Conveyance) Review administrative record and other databases to locate and compile documents identified on Grace trial exhibit list (1.0) | 1.00 | 125.00 |
| 09/25/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/25/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.50 | 210.00 |
| 09/25/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/25/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/25/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/25/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.5). | 4.50 | 270.00 |
| 09/26/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.00 | 780.00 |
| 09/26/02 | LAC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.20 | 720.00 |
| 09/26/02 | KAT | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.80). | 1.80 | 333.00 |
| 09/26/02 | NKA | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (.90); Supervise and manage temporary employees re document review and coding issues (1.00). | 1.90 | 209.00 |
| 09/26/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/26/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |