**A-2**

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/26/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/26/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/26/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/26/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.80 | 228.00 |
| 09/27/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/27/02 | LAC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 3.00 | 675.00 |
| 09/27/02 | KAT | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (2.00). | 2.00 | 370.00 |
| 09/27/02 | NKA | (Fraudulent Conveyance) Supervise and manage temporary employees re document review and coding issues (1.70). | 1.70 | 187.00 |
| 09/27/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/27/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/27/02 | LAM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/27/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/27/02 | NER | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/27/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.0). | 4.00 | 240.00 |
| 09/28/02 | DJB | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 1.30 | 357.50 |
| 09/28/02 | KAT | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (2.70). | 2.70 | 499.50 |
| 09/29/02 | KAT | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.00). | 1.00 | 185.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/30/02 | DJB | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 1.20 | 330.00 |
| 09/30/02 | CCC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 1,170.00 |
| 09/30/02 | LAC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 1.50 | 337.50 |
| 09/30/02 | NKA | (Fraudulent Conveyance) Supervise and manage temporary employees and HRO employees re document review/coding issues (1.20); Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.50). | 2.70 | 297.00 |
| 09/30/02 | SDC | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/30/02 | DD | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.00 | 240.00 |
| 09/30/02 | TGM | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation. | 4.50 | 270.00 |
| 09/30/02 | LS | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (4.3). | 4.30 | 258.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/30/02 | MBF | (Fraudulent Conveyance) Review, categorize and code on an expedited basis documents produced for relevance to various case issues and in support of discovery and trial preparation (1.50). | 1.50 | 135.00 |

**Total Fees Through September 30, 2002:**  **785.30**  **$ 103,067.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 400.00 | 1.10 | $    440.00 |
| CGH | Colin G Harris | Partner | 350.00 | 2.30 | 805.00 |
| KWL | Kenneth W Lund | Partner | 350.00 | 37.50 | 13,125.00 |
| CLN | Charlotte L Neitzel | Partner | 300.00 | 16.90 | 5,070.00 |
| MWW | Mark W Weakley | Special Counsel | 295.00 | 12.60 | 3,717.00 |
| DJB | Dennis J. Baarlaer | Special Counsel | 275.00 | 4.00 | 1,100.00 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 29.00 | 7,975.00 |
| EES | Edward E Stevenson | Senior Counsel | 280.00 | 7.80 | 2,184.00 |
| CCC | Caroline C. Cooley | Contract Attorney | 260.00 | 79.50 | 20,670.00 |
| SBY | Spencer B. Young | Associate | 250.00 | 9.90 | 2,475.00 |
| LAC | Louie A Cohen | Associate | 225.00 | 10.10 | 2,272.50 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 7.60 | 1,672.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 10.80 | 1,998.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 13.30 | 2,460.50 |
| MJO | Matthew J. Ochs | Associate | 180.00 | 1.80 | 324.00 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 28.60 | 3,575.00 |
| JLS | Joan L Sherman | Paralegal | 125.00 | 0.50 | 62.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 43.70 | 4,807.00 |
| SDC | Stephanie D. Cheeks | Paralegal | 60.00 | 71.50 | 4,290.00 |
| DD | Deborah Duffus | Paralegal | 60.00 | 64.20 | 3,852.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KL | Katherine Layton | Paralegal | 60.00 | 26.10 | 1,566.00 |
| LAM | Lisa A. Martel | Paralegal | 60.00 | 58.00 | 3,480.00 |
| MJP | Patuto Mary-Jill | Paralegal | 60.00 | 3.80 | 228.00 |
| TGM | Trista Giunta Merz | Paralegal | 60.00 | 75.50 | 4,530.00 |
| NER | Nathaniel E Reed | Paralegal | 60.00 | 79.40 | 4,764.00 |
| LS | Lorrie Simpson | Paralegal | 60.00 | 81.90 | 4,914.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 7.90 | 711.00 |
| | | **Total Fees:** | | **785.30** | **$ 103,067.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/01/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90002COR; DATE: 9/4/2002  -  Temporary services - week ending 09/01/02 - Stephen Haraldson | $ | 525.00 |
| 09/03/02 | 18 | Facsimile | | 18.00 |
| 09/03/02 | 411 | Photocopy | | 61.65 |
| 09/03/02 | 4 | Photocopy | | 0.60 |
| 09/03/02 | 11 | Photocopy | | 1.65 |
| 09/03/02 | 2 | Velo Binding | | 2.00 |
| 09/04/02 | | Long Distance Telephone:  4105314751 | | 1.89 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-26; Don J Frost Washington, DC | | 16.25 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Don J Frost Washington, DC | | 19.62 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; Don J Frost Washington, DC | 9.57 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; Doug Cameron Philadelphia, Pa | 19.62 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; Doug Cameron Philadelphia, Pa | 9.57 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; Mark E Grummer Washington, DC | 272.46 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; Don J Frost Washington, DC | 30.37 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-28; From Halkeen Shaheed New York, NY to Don J Frost Washington, DC | 10.32 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-24; From George Thornton New York, NY to Don J Frost Washington, DC | 47.18 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002 - Courier, Acct. 0802-0410-8 08-24; From George Thornton New York, NY to KJCoggon Denver, Co | 60.44 |
| 09/05/02 | 1 | Photocopy | 0.15 |
| 09/06/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19290; DATE: 9/6/2002 - Denver, Airfare, 9/15-9/17/02, Denver San Diego San Diego Denver, C. Neitzel | 488.50 |
| 09/07/02 | 29 | Photocopy | 4.35 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 35 |
| Invoice No.: | | 612649 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00000 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/09/02 | 3 | Facsimile | 3.00 |
| 09/09/02 | 291 | Photocopy | 43.65 |
| 09/09/02 | 3 | Velo Binding | 3.00 |
| 09/10/02 | 10 | Facsimile | 10.00 |
| 09/10/02 | 10 | Facsimile | 10.00 |
| 09/10/02 | 3 | Facsimile | 3.00 |
| 09/11/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90034; DATE: 9/11/2002  -  Temporary Services for week-ending 09/08/02 - Stephen Haraldson | 413.44 |
| 09/12/02 | | Long Distance Telephone:  2028795160 | 0.07 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-03; David Kaplin New York, NY | 78.67 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-04; Don J Frost Washington, DC | 9.61 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-04; Mark E Grummer Washington, DC | 35.31 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-30; David Zott Chicago, IL | 21.88 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-03; Doug Cameron Philadelphia, Pa | 24.52 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-04; Doug Cameron Philadelphia, Pa | 9.61 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-30; Don J Frost Washington, DC | 24.40 |
| 09/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19370; DATE: 9/13/2002  -  Denver, Airfare, 9/16-9/18/02, Denver San Diego San Diego Denver, C. Neitzel | 316.00 |
| 09/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19379; DATE: 9/13/2002  -  Denver, Airfare, 9/29-10/2/02, Denver New York City New York City Denver, K. Lund | 323.50 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-04; U S Dept. of Justice | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-06; U S Dept. of Justice | 8.25 |
| 09/17/02 | 1 | Lexis | 79.56 |
| 09/17/02 | 1,946 | Photocopy | 291.90 |
| 09/18/02 | 2 | Facsimile | 2.00 |
| 09/18/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90064; DATE: 9/18/2002  -  Temporary services for week-ending 09/15/02 | 525.00 |
| 09/19/02 | | Long Distance Telephone:  3128612000 | 0.17 |
| 09/19/02 | | Long Distance Telephone:  3128612428 | 0.15 |
| 09/19/02 | | Other Expense: VENDOR: Absolute Reporters; INVOICE#: 091902; DATE: 9/19/2002  -  Deposition transcripts for Missy Koppleman and Cathy Kirkland. NAberle. | 3,267.50 |
| 09/23/02 | 20 | Facsimile | 20.00 |
| 09/23/02 | 4 | Facsimile | 4.00 |
| 09/23/02 | | Long Distance Telephone:  2023717155 | 0.85 |
| 09/23/02 | 55 | Photocopy | 8.25 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/23/02 | 11 | Photocopy | 1.65 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-17; Mark Grummer Washington, DC | 19.72 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-17; Don J Frost, Jr Washington, DC | 19.72 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-18; Lauren Hibbe Chicago, IL | 15.90 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-19; Don J Frost, Jr Washington, DC | 13.46 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-23; Charles Evans Libby, Mt | 11.75 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-19; Doug Cameron Pittsburgh, Pa | 13.06 |
| 09/26/02 | 133 | Photocopy | 19.95 |
| 09/26/02 | 52 | Photocopy | 7.80 |
| 09/27/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19558; DATE: 9/27/2002  -  Denver, Airfare, 9/29-10/1/02, Denver New York City New York City Denver, K. Lund | 130.00 |
| 09/30/02 | 2 | Facsimile | 2.00 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime 9/30/02 NA | 178.75 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime 9/3/02 NA | 412.50 |
| 09/30/02 | 104 | Photocopy | 15.60 |

**Total Disbursements:**          $   **8,006.59**

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 457.20 |
| Facsimile | | 72.00 |
| Long Distance Telephone | | 3.13 |
| Outside Courier | | 809.51 |
| Travel Expense | | 1,258.00 |
| Lexis | | 79.56 |
| Other Expense/Temporary Services | | 4,730.94 |
| Legal Assistant Overtime | | 591.25 |
| Velo Binding | | 5.00 |
| **Total Disbursements:** | **$** | **8,006.59** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | | *Outstanding Balance on Invoice 577748:* | $ | *4,651.11* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | | *Outstanding Balance on Invoice 579873:* | $ | *0.12* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | 02/28/02 | Cash Receipt | | -398.10 |
| | | *Outstanding Balance on Invoice 583055:* | $ | *86.70* |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Neitzel, Charlotte | Partner | $      300.00 | 8.80 | $      2,640.00 |
| Coggon, Katheryn | Special Counsel | $      275.00 | 0.70 | $         192.50 |
| Payne, William | Information Specialist | $        85.00 | 31.1 | $      2,643.50 |
|  |  |  |  |  |
| Total |  |  | 40.60 | 5,476.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $       - |
| Photocopies | $     1,475.40 |
| Facsimiles | $       57.00 |
| Long Distance Telephone | $       2.13 |
| Outside Courier | $     439.46 |
| Lexis | $       - |
| Travel Expense | $       - |
| Meal Expenses | $       - |
| Overtime | $       - |
| Other Expenses | $       - |
| Velo Binding | $       2.00 |
| Tab Stock | $       0.10 |
| Color Copies | $       52.65 |
| **Total** | $     2,028.74 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 41 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | KJC | Telephone conferences with KWLund and R. Emmett re Grace billing matters (0.40). | 0.40 | $ 110.00 |
| 09/07/02 | CLN | Prepare to defend W.Hughson including review of his articles. | 4.30 | 1,290.00 |
| 09/08/02 | CLN | Prepare to defend W.Hughson including review of his articles and prior testimony. | 4.50 | 1,350.00 |
| 09/09/02 | WEP | Export new documents from Document Director for production #206 to EPA | 1.40 | 119.00 |
| 09/11/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes (6.00);  Review and revise bates ranges for documents specified by JSherman, and load into Document Director (1.3) | 7.30 | 620.50 |
| 09/12/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes  (3.7) | 3.70 | 314.50 |
| 09/13/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes | 4.60 | 391.00 |
| 09/16/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes (2.20);  export coding and images from Document Director and create 3 CDs of "First Supplemental Production in Response to U.S. Discovery Requests" (3.80). | 6.00 | 510.00 |
| 09/17/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes | 2.30 | 195.50 |
| 09/18/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 3.10 | 263.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/02 | KJC | Address issues re U.S. certification of Administrative record (0.30). | 0.30 | 82.50 |
| 09/19/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes (2.70). | 2.70 | 229.50 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through September 30, 2002:** | **40.60** | **$  5,476.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L Neitzel | Partner | $ 300.00 | 8.80 | $  2,640.00 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 0.70 | 192.50 |
| WEP | William E. Payne | Information Specialist | 85.00 | 31.10 | 2,643.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Total Fees:** | **40.60** | **$  5,476.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/05/02 | 15 | Color Photocopy | $        9.75 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 29.68 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 26.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 26.50 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 26.50 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 26.50 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-21; Dori Anne Kuchinsky Leesburg, Va | 26.50 |
| 09/05/02 | 4,371 | Photocopy | 655.65 |
| 09/06/02 | 3 | Facsimile | 3.00 |
| 09/06/02 | 3 | Facsimile | 3.00 |
| 09/06/02 | 4 | Facsimile | 4.00 |
| 09/06/02 | 13 | Photocopy | 1.95 |
| 09/06/02 | 13 | Photocopy | 1.95 |
| 09/09/02 | 6 | Color Photocopy | 3.90 |
| 09/09/02 | 28 | Facsimile | 28.00 |
| 09/09/02 | 920 | Photocopy | 138.00 |
| 09/09/02 | 1,345 | Photocopy | 201.75 |
| 09/09/02 | 1,720 | Photocopy | 258.00 |
| 09/09/02 | 36 | Photocopy | 5.40 |
| 09/09/02 | 99 | Photocopy | 14.85 |
| 09/09/02 | 26 | Photocopy | 3.90 |
| 09/09/02 | 5 | Photocopy | 0.75 |
| 09/10/02 | 54 | Color Photocopy | 35.10 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/10/02 | 10 | Facsimile | 10.00 |
| 09/10/02 | | Long Distance Telephone: 6174265900    3:9 | 1.65 |
| 09/10/02 | 30 | Photocopy | 4.50 |
| 09/11/02 | 1 | Photocopy | 0.15 |
| 09/12/02 | | Long Distance Telephone:  6192975466 | 0.16 |
| 09/12/02 | | Long Distance Telephone:  3124254103 | 0.32 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-05; Mark Grummer Washington, DC | 21.32 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-25303; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-10; Eric Chatfield Mississauga, On | 20.63 |
| 09/12/02 | 140 | Photocopy | 21.00 |
| 09/13/02 | 7 | Facsimile | 7.00 |
| 09/13/02 | 441 | Photocopy | 66.15 |
| 09/13/02 | 7 | Photocopy | 1.05 |
| 09/17/02 | 6 | Color Photocopy | 3.90 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Dori Anne Kuchinsky Leesburg, Va | 13.22 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Dr Suresh Moolgavkar Bellevue, Wa | 14.13 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Janet Davis Columbia, Md | 16.65 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Richard Finke Boca Raton, Fl | 16.65 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Dr William G Hughson La Jolla, Ca | 17.25 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Richard Finke Boca Raton, Fl | 13.46 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Mark E Grummer Washington, DC | 13.22 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Richard Bartelt Chicago, IL | 11.89 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Dr Richard J Lee Monroeville, Pa | 12.78 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10;Elizabeth Anderson Alexandria, Va | 13.22 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; Betty Anderson Alexandria, Va | 39.68 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; Dr William G Hughson La Jolla, Ca | 46.86 |
| 09/23/02 | 2 | Facsimile | 2.00 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002  -  Courier, Acct. 0802-0410-8 09-16; William Corcoran Columbia, Md | 6.32 |
| 09/27/02 | 669 | Photocopy | 100.35 |
| 09/30/02 | 2 | Tab Stock | 0.10 |
| 09/30/02 | 2 | Velo Binding | 2.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$    2,028.74** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1,475.40 |
| Facsimile | | 57.00 |
| Long Distance Telephone | | 2.13 |
| Outside Courier | | 439.46 |
| Color Photocopy | | 52.65 |
| Velo Binding | | 2.00 |
| Tab Stock | | 0.10 |
| **Total Disbursements:** | **$** | **2,028.74** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$   88,335.39* |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |

**Matter 00301 Libby Access Defense**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth | Partner | $    350.00 | 1.00 | $    350.00 |
|  |  |  |  |  |
| Total |  |  | 1.00 | $    350.00 |

Expenses

**Matter 00301 - Libby Access Defense**

| Description | TOTAL |
|---|---|
| Photocopies | |
| Facsimiles | |
| Long Distance Telephone | |
| Outside Courier | |
| Travel Expense | |
| Lexis | |
| Meal Expenses | |
| **Total** | |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/20/02 | KWL | Review final Health Care Plan Agreement (.60); telephone call to Bob Emmett re final changes to Health Care Plan Agreement (.40). | 1.00 | $  350.00 |
| | | **Total Fees Through September 30, 2002:** | **1.00** | **$  350.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W Lund | Partner | $ 350.00 | 1.00 | $  350.00 |
| | | | **Total Fees:** | **1.00** | **$  350.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577905 | 10/31/01 | Bill | 31,638.92 |
| | *Outstanding Balance on Invoice 577905:* | | *$  31,638.92* |
| 579873 | 11/20/01 | Bill | 4,639.70 |
| | 01/24/02 | Cash Receipt | -3,715.66 |
| | *Outstanding Balance on Invoice 579873:* | | *$    924.04* |
| 583055 | 12/27/01 | Bill | 1,428.00 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Brown, Linnea | Partner | $ 400.00 | 157.00 | $ 62,800.00 |
| Harris, Colin | Partner | $ 350.00 | 89.50 | $ 31,325.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 92.8 | $ 32,480.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 28.7 | $ 8,610.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 122.3 | $ 36,690.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 172.9 | $ 51,870.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 19.1 | $ 5,634.50 |
| Baarlaer, Dennis | Special Counsel | $ 275.00 | 23.8 | $ 6,545.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 205.5 | $ 56,512.50 |
| Braegger, Troy | Senior Counsel | $ 300.00 | 29.4 | $ 8,820.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 177.7 | $ 49,756.00 |
| D'Alessandro, Jennifer | Senior Counsel | $ 260.00 | 44.7 | $ 11,622.00 |
| Young, Spencer | Associate | $ 250.00 | 9.8 | $ 2,450.00 |
| Cohen, Louie | Associate | $ 225.00 | 24 | $ 5,400.00 |
| Maurelli, Gino | Associate | $ 225.00 | 21.3 | $ 4,792.50 |
| Rogers, Constance | Associate | $ 225.00 | 6.1 | $ 1,372.50 |
| Barry, Geoffrey | Associate | $ 220.00 | 50.6 | $ 11,132.00 |
| Hall, Jennifer | Associate | $ 220.00 | 81.8 | $ 17,996.00 |
| Trammell, Keith | Associate | $ 185.00 | 110 | $ 20,350.00 |
| Wall, Douglas | Associate | $ 185.00 | 21.6 | $ 3,996.00 |
| Ochs, Matthew | Associate | $ 180.00 | 23.9 | $ 4,302.00 |
| Crist, Allison | Associate | $ 175.00 | 78 | $ 13,650.00 |
| Higuera, Michael | Associate | $ 175.00 | 20.6 | $ 3,605.00 |
| Cooley, Caroline | Contract Attorney | $ 260.00 | 79 | $ 20,540.00 |
| Carroll, Ann | Paralegal | $ 125.00 | 115.6 | $ 14,450.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 28 | $ 3,500.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 8.5 | $ 1,062.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 168.1 | $ 21,012.50 |
| Stacey, Paula | Paralegal | $ 125.00 | 2 | $ 250.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 126.7 | $ 13,937.00 |
| Davidson, Dyan | Paralegal | $ 110.00 | 28 | $ 3,080.00 |
| Haag, Susan | Paralegal | $ 105.00 | 16.4 | $ 1,722.00 |
| Herceglic, Angela | Paralegal | $ 100.00 | 8 | $ 800.00 |
| Cheeks, Stephanie | Paralegal | $ 60.00 | 71.5 | $ 4,290.00 |
| Duffus, Deborah | Paralegal | $ 60.00 | 64.6 | $ 3,876.00 |
| Layton, Katherine | Paralegal | $ 60.00 | 26.1 | $ 1,566.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 54 | $ 3,240.00 |
| Patuto, Mary-Jill | Paralegal | $ 60.00 | 3.7 | $ 222.00 |
| Giunta Merz, Trista | Paralegal | $ 60.00 | 75.5 | $ 4,530.00 |
| Reed, Nathaniel | Paralegal | $ 60.00 | 71.1 | $ 4,266.00 |
| Simpson, Lorrie | Paralegal | $ 60.00 | 80.95 | $ 4,857.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 84.5 | $ 9,295.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 40.5 | $ 3,645.00 |
| | | | | |
| Total | | | 2,763.85 | $ 571,852.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 265.00 |
| Photocopies | $ 8,921.55 |
| Facsimiles | $ 379.00 |
| Long Distance Telephone | $ 323.33 |
| Outside Courier | $ 1,584.07 |
| Travel Expense | $ 14,165.78 |
| Other Meal Expenses | $ 909.41 |
| Lexis | $ 4,412.28 |
| Westlaw | $ 263.84 |
| Research Services | $ 49.30 |
| Oversize/Map Charge | $ 3.00 |
| Other Exp/Temporary Staffing | $ 4,852.44 |
| Legal Asst. Overtime | $ 4,086.25 |
| Velo Binding | $ 5.00 |
| Tab Stock | $ 2.60 |
| Color Copies | $ 237.90 |
| **Total** | $ 40,460.75 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/02 | EES | Prepare for NORC deposition (3.60). | 3.60 | $ 1,008.00 |
| 09/01/02 | NKA | Search for and locate document for Weis deposition preparation per LSDecker's request (.40). | 0.40 | 44.00 |
| 09/02/02 | KAT | Draft Weis deposition outline. | 8.00 | 1,480.00 |
| 09/03/02 | LB | Meeting with KATrammel and LSDecker re Weis deposition (1.00); prepare for Weis deposition (2.90). | 3.90 | 1,560.00 |
| 09/03/02 | CGH | Review of expert report file as background for assisting with preparation of LBrown for Peronard deposition (1.0); organize various Peronard subject matter files (.80). | 1.80 | 630.00 |
| 09/03/02 | KWL | Draft correspondence to EPA re inadequacy of current document production (2.00); telephone conference with Matt Cohn and Jim Freeman re discovery and trial schedule (.40); review Yang privileged documents (1.60). | 4.00 | 1,400.00 |
| 09/03/02 | CLN | Review of U.S. expert reports (2.5); coordinate re Hughson deposition (.30); evaluate tasks for expert in light of U.S. rebuttal reports (.20); coordinate with NKAberle re privilege log (.30); coordinate with Rick Senftleben re Hughson deposition (.20); Review, categorize and code documents produced by EPA for relevance to various case issues (2.0) . | 5.50 | 1,650.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/02 | KJC | Coordinate deposition schedule and strategies (0.50); address billing issues from vendors and experts (0.10); review and respond to email and questions re document review and coding (0.90); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.80); review and respond to email and follow up on document production from EPA (0.80); respond to questions from client and team re facts and documents (0.40); prepare for Meeker deposition (7.40); draft and revise letters to Department of Justice re discovery issues (1.20). | 12.10 | 3,327.50 |
| 09/03/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 4.80 | 1,440.00 |
| 09/03/02 | JD | Review, categorize and code documents produced by EPA for relevance to various case issues (0.70); review documents for responsiveness to discovery requests and privilege (5.30). | 6.00 | 1,560.00 |
| 09/03/02 | EES | Travel to Chicago (1.80) (1.80 N/C) (NWT 50%); NORC deposition preparation (1.40); completion of preparation for NORC deposition (4.20). | 7.40 | 2,072.00 |
| 09/03/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 1,092.00 |
| 09/03/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 1.00 | 175.00 |
| 09/03/02 | GM | Review documents for responsiveness to discovery requests and privilege. | 6.30 | 1,417.50 |
| 09/03/02 | KAT | Review documents for Weis deposition (1.00); review and revise Weis deposition outline (1.00). | 2.00 | 370.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/02 | NKA | Manage and provide substantive review re document coding issues (2.50); meeting with KJCoggon re privilege log (.20); conduct training for review and coding of WRG 10 million series (1.90). | 4.60 | 506.00 |
| 09/03/02 | AEC | Review and update deposition exhibit notebooks (1.0); review and identify testifying expert files for production to EPA (3.4); identify and review Chris Weis deposition prep documents and potential exhibits (2.0). | 6.40 | 800.00 |
| 09/03/02 | DD | Review documents re Weis deposition for JLSherman (5.0) | 5.00 | 550.00 |
| 09/03/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/03/02 | SH | Review EPA requests in preparation of document review and coding (1.00); review documents for responsiveness to discovery requests and privilege (2.60). | 3.60 | 378.00 |
| 09/03/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.80 | 168.00 |
| 09/03/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/03/02 | MJP | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.70 | 222.00 |
| 09/03/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/03/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/03/02 | JLS | Review, categorize and code documents in preparation for Weis deposition (9.0). | 9.00 | 1,125.00 |
| 09/03/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 55 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/02 | ICM | Search for background documents on Dr. Weis (search for case law, past expert testimony, articles/papers/speeches that he has published, etc.)(3.40). | 3.40 | 374.00 |
| 09/04/02 | CGH | Review of emails re Peronard, scheduling, other issues (.20); prepare for meeting with Dale Jensen (1.40). | 1.60 | 560.00 |
| 09/04/02 | KWL | Telephone conference with KJCoggon re case status and strategy (.60);  review EPA discovery responses (1.10); outline possible response to EPA on document destruction issues (2.30). | 4.00 | 1,400.00 |
| 09/04/02 | JDM | Review supplemental report of E. Anderson (0.5); conference with CLNeitzel re supplemental Anderson report (0.2). | 0.70 | 210.00 |
| 09/04/02 | CLN | Review EPA affidavits provided in discovery and DCS information (.30); review information re status of remedial activities (.50); arrange to send Administrative Record comments to M.Grummer (.20); conference with JAHall re ATSDR research (.20) | 1.20 | 360.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 56 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/04/02 | KJC | Telephone conference with KWLund re case status (0.60); coordinate deposition schedule and strategies (0.70); address billing issues from vendors and experts (0.80); review and respond to email and questions re document review and coding (0.40); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.60); review and respond to email and follow up on document production from EPA (0.30); respond to questions from client and team re facts and documents (0.80); telephone conference with EEStevenson re depositions and other case matters (0.50); telephone conference with H. Kukis re depositions, meetings, conferences and other matters (0.70); telephone conference with experts re deposition issues (0.60); prepare for Meeker deposition (2.20); depose G. Meeker (3.50); conference with ATChrist re responses to discovery (0.70). | 12.40 | 3,410.00 |
| 09/04/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 5.50 | 1,650.00 |
| 09/04/02 | JD | Review answer and responses to interrogatories and requests for production (1.00); review documents for responsiveness to discovery requests and privilege (5.30). | 6.30 | 1,638.00 |
| 09/04/02 | EES | Telephone conferences with accounting experts re cost documentation and deposition preparation issues (1.10). | 1.10 | 308.00 |
| 09/04/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 1,092.00 |
| 09/04/02 | ATC | Conference with KJCoggon re drafting responses to fourth set of interrogatories (.70); draft responses to fourth set of interrogatories (4.10). | 4.80 | 840.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 57 |
| Invoice No.: | | 612649 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/04/02 | JAH | Conference with NKAberle re review of documents for potential production to EPA including privilege review (.20); review documents for potential production to EPA including privilege review (4.60); conference with CLNeitzel re revisions to ATSDR cost recovery standard memorandum (.20); review and prepare revisions re same (.20). | 5.20 | 1,144.00 |
| 09/04/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 3.30 | 577.50 |
| 09/04/02 | GM | Review documents for responsiveness to discovery requests and privilege. | 7.70 | 1,732.50 |
| 09/04/02 | KAT | Review documents for Weis deposition (14.00). | 14.00 | 2,590.00 |
| 09/04/02 | DPW | Review documents for responsiveness to discovery requests and privilege (6.30); conference with NKAberle re new coding instructions (.30); review new coding sheet and interrogatories (.50). | 7.10 | 1,313.50 |
| 09/04/02 | NKA | Revise WRG 10 Million series issue codes and procedure for same (1.90); Conduct training for review and coding of WRG 10 Millions series (.80); Draft Notice of Deposition for P. Peronard (.60); Manage and provide substantive review re document coding issues (1.00); Update coding spreadsheet to include Libby #2 production documents (.80). | 5.10 | 561.00 |
| 09/04/02 | AEC | Prepare and transmit Rich Lee expert files to EPA (1.2). | 1.20 | 150.00 |
| 09/04/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/04/02 | DD | Review documents for responsiveness to discovery requests and privilege (5.40). | 5.40 | 594.00 |
| 09/04/02 | DD | Review documents re Weis deposition (1.40) | 1.40 | 154.00 |