# A-3

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 58 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/04/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 258.00 |
| 09/04/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.30 | 138.00 |
| 09/04/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/04/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/04/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/04/02 | JLS | Review, categorize and code documents in preparation for Weis deposition (5.8); edit Cost Recovery database re Weis documents (2.9). | 8.70 | 1,087.50 |
| 09/04/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/04/02 | MBF | Review videos of Aubrey Miller and Richard Troast from the Summer 2000 meeting in Libby (.40); revise summary of videos for CLNeitzel (.40). | 0.80 | 72.00 |
| 09/04/02 | ICM | Search for background documents on Dr. Weis (contact lending libraries across the country and procure documents through interlibrary loan process). | 2.40 | 264.00 |
| 09/05/02 | LB | Prepare for Weis deposition (1.10). | 1.10 | 440.00 |
| 09/05/02 | KWL | Meeting with cost recovery team (1.00); telephone conference with KJCoggon and Bob Emmett re Grace billing matters (.40); TIME TOTALLING 2.6 HOURS TO BE ADDED LATER. | 1.40 | 490.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 59 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | KWL | Conferences with KJCoggon re case status and strategy (1.20); prepare for and conduct team meeting re status of case projects, staffing and priorities (1.10); review various Eschenbach depositions (2.80). | 5.10 | 1,785.00 |
| 09/05/02 | JDM | Redline stipulation (0.3); conference with CLNeitzel re screening study (0.2); prepare for Whitehouse deposition (3.6). | 4.10 | 1,230.00 |
| 09/05/02 | CLN | Review of article to prepare to prep W.Hughson (.30); review of draft stipulation as it relates to Anderson expert report (.20); review of WTC documents (.30); evaluate WTC document as it relate to Weis deposition and code (1.0); review of documents to assist in response to discovery and to create privilege list (1.80); input information on documents relating to short v. long fibers (1.20); attend internal Grace organization meeting (1.10) | 5.90 | 1,770.00 |
| 09/05/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.00 | 275.00 |
| 09/05/02 | KJC | Coordinate deposition schedule and strategies (0.50); address billing issues from vendors and experts (0.20); review and respond to email and questions re document review and coding (0.60); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (1.30); review and respond to email and follow up on document production from EPA (0.40); respond to questions from client and team re facts and documents (0.70); conferences with KWLund re discovery, schedule, motion for protective order and billing matters (1.20); attend team meeting re status of case projects, staffing and priorities (1.10); telephone conference with A. Stringer re production of documents (0.20); prepare for J. Wolter deposition (0.60); address production of documents issues (0.40); review and revise draft responses for discovery (1.00). | 8.20 | 2,255.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 60 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 1.20 | 360.00 |
| 09/05/02 | JD | Review documents for responsiveness to discovery requests and privilege (6.20). | 6.20 | 1,612.00 |
| 09/05/02 | EES | Trial team case strategy conference call (1.10); conference calls with accounting experts re cost expert deposition scheduling issues (.60); complete preparation for AOEC 30(b)(6) deposition (6.70); conference calls with accounting experts re AOEC deposition issues (.80). | 9.20 | 2,576.00 |
| 09/05/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 1,040.00 |
| 09/05/02 | ATC | Draft responses to fourth set of interrogatories (4.0); revise responses to fourth set of interrogatories (.70). | 4.70 | 822.50 |
| 09/05/02 | JAH | Review of documents for potential production to EPA including privilege review (6.50). | 6.50 | 1,430.00 |
| 09/05/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 6.20 | 1,085.00 |
| 09/05/02 | GM | Review documents for discovery requests and privilege. | 4.70 | 1,057.50 |
| 09/05/02 | KAT | Review documents for Weis deposition (10.20); conference with JLSherman re Weis deposition (.30). | 10.50 | 1,942.50 |
| 09/05/02 | DPW | Review documents for responsiveness to discovery requests and privilege. | 7.80 | 1,443.00 |
| 09/05/02 | SBY | Review documents for responsiveness to discovery requests and privilege (3.10). | 3.10 | 775.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 61 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/05/02 | NKA | Grace team meeting re deposition schedule, tasks and deadlines (.80); begin work on privilege log for WRG 10 Million series (1.90); update list of documents received from Department of Justice after July 15, 2002 per KJCoggon's request (.60); meeting with CLNeitzel re privilege log and document production (.40); manage and provide substantive review re document coding issues (1.90). | 5.60 | 616.00 |
| 09/05/02 | AEC | Review and identify files for use by testifying experts (2.5); case strategy meeting (1.0); review new depositions and update exhibit notebooks (0.8); prepare testifying expert's file for transmission to EPA (1.3). | 5.60 | 700.00 |
| 09/05/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/05/02 | DD | Review documents for responsiveness to discovery requests and privilege (1.30) | 1.30 | 143.00 |
| 09/05/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 258.00 |
| 09/05/02 | SH | Review and code documents for responsiveness to discovery requests and privilege. | 4.80 | 504.00 |
| 09/05/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.30 | 138.00 |
| 09/05/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/05/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.50 | 210.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 62 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | JLS | Prepare privilege list (1.9); conferences with NKAberle re same (0.70); attend Grace team meeting (1.20); conferences with KATrammell re Weis deposition (0.30); preparation for same (3.30); conferences with DTI re scanning and coding issues (0.30); edit deposition schedule spreadsheet (0.70). | 8.40 | 1,050.00 |
| 09/05/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/05/02 | MBF | Locate and arrange to have copies of Meeker references sent to expert (1.30); obtain and organize Dr. Hughson references for CLNeitzel (1.0) | 2.30 | 207.00 |
| 09/05/02 | ICM | Research re background documents on Weis using online resources (4.80); research same at University of Colorado Health Sciences Center library (2.60); search for nationwide lending libraries on background documents on Weis (2.60). | 6.50 | 715.00 |
| 09/06/02 | LB | Office conference with KJCoggon re several motions (.80); office conferences with CGHarris re Weis and Peronard motions and Peronard deposition (.80); meeting with Dale Jensen, CGHarris and KJCoggon re cost recovery issues and conclusions (2.00); prepare for Weis deposition (2.00). | 5.60 | 2,240.00 |
| 09/06/02 | CGH | Prepare for meeting today with Dale Jensen (.50); meet with Dale Jensen re cost issues and Peronard (2.00); follow-up meeting with LBrown re deposition strategy and re motion in opposition to 7-hour limit (.80); meet with KJCoggon and ATCrist re document issues, Peronard deposition searching, review of documents (1.80); review of motion to limit deposition, locate and review cases re Rule 30(d), assess strategy for responding to motion, draft comments re same, draft motion issues (2.00). | 7.10 | 2,485.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/06/02 | KWL | (Fraudulent Conveyance) Meeting with Dale Jensen, KJCoggon, CGHarris, CLNeitzel, and LBrown re cost issues and Peronard (2.00); review expert reports from Bartelt and Jensen for purposes of response to US motions and preparation for trial strategy meetings (2.00). | 4.00 | 1,400.00 |
| 09/06/02 | KWL | Prepare for trial team meeting re discovery responses (1.20); attend team meeting re discovery tasks (.60); review and revise summary judgment issues outline (2.20). | 4.00 | 1,400.00 |
| 09/06/02 | JDM | Meet with G. Graham in preparation for deposition (0.3); Whitehouse deposition (8.0). | 8.30 | 2,490.00 |
| 09/06/02 | CLN | Assist with discovery and privilege list (2.0); attend Internal meeting re expert and costs for which U.S. is seeking recovery (1.20); coordinate with R.Senftleben's office re prep for W.Hughson (.50); work on and revise discovery responses (2.5); review U.S. responses to Grace July 31, 2002 comments on Administrative Record (1.0) | 7.20 | 2,160.00 |
| 09/06/02 | KJC | Address inquiries and issues re document databases (0.20); coordinate deposition schedule and strategies (0.40); review and respond to email and questions re document review and coding (0.60); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (1.20); review and respond to email and follow up on document production from EPA (0.90); respond to questions from client and team re facts and documents (1.20); conference with LNBrown, CGHarris and D. Jensen re EPA costs (1.70); conference with LNBrown, CGHarris and ATCrist re motion to extend deposition time (0.40); meet and confer with H. Kukis re motions on depositions (0.40); conference with JAHall re motion to allow depositions of rebuttal experts (0.70); draft discovery tasks list and assign staffing to complete (2.40); team meeting re discovery tasks (0.60). | 10.70 | 2,942.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/06/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 2.50 | 750.00 |
| 09/06/02 | JD | Review documents for responsiveness to discovery requests and privilege (7.50). | 7.50 | 1,950.00 |
| 09/06/02 | EES | Take the deposition of AOEC 30(b)(6) witness (6.80); conference calls with accounting experts re ATSDR indirect cost deposition (.60). | 7.40 | 2,072.00 |
| 09/06/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 1,092.00 |
| 09/06/02 | ATC | Conference with KWLund re revisions to responses to fourth set of interrogatories (.30); revise responses to fourth set of interrogatories (4.0); conference with KJCoggon, CGHarris, LNBrown re drafting Rule 30(d)(2) motion (.20); draft motion re Rule 30(d)(2) extension (1.0); conference with client, Robert Emmett, re revisions to responses to fourth set of interrogatories (.10). | 5.60 | 980.00 |
| 09/06/02 | JAH | Strategy conference with KJCoggon re discovery issues (.70); conference with KJCoggon re motion for order for additional depositions (.40); conference with KWLund re same (.20); consider and prepare motion for order for additional depositions (1.00). | 2.30 | 506.00 |
| 09/06/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 1.80 | 315.00 |
| 09/06/02 | GM | Review documents for responsiveness to discovery requests and privilege. | 1.30 | 292.50 |
| 09/06/02 | CLR | Office conference with Grace document review team re status of document review (1.2); review documents for Chris Weis deposition (2.2). | 3.40 | 765.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/06/02 | KAT | Review documents for Weis deposition (6.60); meeting with KJCoggon re status of review for Weis deposition (.60). | 7.20 | 1,332.00 |
| 09/06/02 | DPW | Review documents for responsiveness to discovery requests and privilege. | 6.70 | 1,239.50 |
| 09/06/02 | SBY | Review documents for responsiveness to discovery requests and privilege (4.50). | 4.50 | 1,125.00 |
| 09/06/02 | NKA | Continue to work on privilege log for WRG 10 million series (1.90); Grace team meeting re tasks, deadlines, and assignments (.40); Research database and locate documents for Wolter deposition prep per KJCoggon's request (3.80); Manage and provide substantive review re document coding issues (1.00). | 7.10 | 781.00 |
| 09/06/02 | AEC | Review and prepare files related to Jack Wolter for deposition prep (1.5); begin review of EPA privilege log for possible challenges (0.8). | 2.30 | 287.50 |
| 09/06/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/06/02 | DD | Review documents for responsiveness to discovery requests and privilege (3.6); conference with KJCoggon re tasks (.5) | 4.10 | 451.00 |
| 09/06/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 258.00 |
| 09/06/02 | SH | Review documents for responsiveness to discovery requests and privilege. | 2.00 | 210.00 |
| 09/06/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.30 | 138.00 |
| 09/06/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 66 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/06/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/06/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/06/02 | JLS | Review, categorize and code documents in preparation for Weis deposition (6.90); attend Grace team meeting (0.80); database research re documents for Dr. Hughson and transmittal of same (0.60). | 8.30 | 1,037.50 |
| 09/06/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/06/02 | PRS | Chris Weis deposition preparations (2.0). | 2.00 | 250.00 |
| 09/06/02 | MBF | Attend team meeting to discuss upcoming discovery schedule and work assignments (.60); Review, categorize and code documents produced by EPA for relevance to various case issues. (3.80) | 4.40 | 396.00 |
| 09/06/02 | ICM | Research re background documents on Weis using online resources (4.80); research same at University of Colorado Health Sciences Center library (1.60); search for nationwide lending libraries on background documents on Weis (1.60); meeting with KJCoggon re outstanding discovery issues (50); review documents for responsiveness to discovery requests and privilege (.50). | 9.00 | 990.00 |
| 09/07/02 | LB | Review in detail expert reports of Hughson, Moolgavkar, and work on Weis deposition preparation. | 6.20 | 2,480.00 |
| 09/07/02 | JDM | Prepare for Lockey deposition. | 1.00 | 300.00 |
| 09/07/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 6.50 | 1,950.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page        67
Invoice No.:    612649
Client   No.:    04339
Matter  No.:    00302

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/07/02 | JD | Review documents for responsiveness to discovery requests and privilege (7.70). | 7.70 | 2,002.00 |
| 09/07/02 | EES | Travel to Denver (2.50) (2.50 N/C) (NWT 50%). | 2.50 | 700.00 |
| 09/07/02 | ATC | Draft motion re Rule 30(d)(2) extenion (8.0); conference with KWLund re revisions to responses to fourth set of interrogatories (.50). | 8.50 | 1,487.50 |
| 09/07/02 | JAH | Review of documents for potential production to EPA including privilege review (1.00); review and identify documents for use at deposition of C. Weis (8.00); consider and draft motion for order allowing additional depositions (1.70). | 10.70 | 2,354.00 |
| 09/07/02 | CLR | Review documents for Chris Weis deposition (2.7). | 2.70 | 607.50 |
| 09/07/02 | KAT | Review documents for Weis deposition (5.00); review and revise Weis deposition outline (1.50). | 6.50 | 1,202.50 |
| 09/07/02 | DD | Review documents for responsiveness to discovery requests and privilege (1.5) | 1.50 | 165.00 |
| 09/07/02 | JLS | Prepare for Weis deposition (1.40). | 1.40 | 175.00 |
| 09/07/02 | MBF | Review documents for responsiveness to discovery and privilege (3.00). | 3.00 | 270.00 |
| 09/08/02 | LB | Prepare for Chris Weis deposition. | 5.70 | 2,280.00 |
| 09/08/02 | CGH | Review of Peronard documents (.70); review of draft motion and revise same (1.20); review of Peronard subject matter files and select potential exhibits, identify issues to address with LBrown (4.90). | 6.80 | 2,380.00 |
| 09/08/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 2.50 | 750.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 68 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/08/02 | JD | Review documents for responsiveness to discovery requests and privilege (8.00). | 8.00 | 2,080.00 |
| 09/08/02 | JAH | Review documents and draft deposition outline for use at deposition of C. Weis (6.50); consider and draft motion for order allowing additional depositions (.50). | 7.00 | 1,540.00 |
| 09/08/02 | KAT | Review documents for Weis deposition (6.60); review and revise Weis deposition outline (.90). | 7.50 | 1,387.50 |
| 09/08/02 | NKA | Continue to work on privilege log for WRG 10 millions series (1.30); update legal names list for privilege review of same (.20). | 1.50 | 165.00 |
| 09/08/02 | DD | Review documents for responsiveness to discovery requests and privilege (4.3) | 4.30 | 473.00 |
| 09/08/02 | JLS | Prepare for Weis deposition (1.60). | 1.60 | 200.00 |
| 09/08/02 | MBF | Review documents for responsiveness to discovery and privilege (2.00). | 2.00 | 180.00 |
| 09/09/02 | LB | Prepare for Chris Weis deposition (5.30); review and comment on draft motion to exceed 7 hour limit for Peronard and Weis depositions (.20). | 5.50 | 2,200.00 |
| 09/09/02 | CGH | Preparation for Peronard deposition. | 2.80 | 980.00 |
| 09/09/02 | CLN | Evaluate adequacy of U.S. responses to our discovery (4.30); review of ATCrist's draft discovery responses (.70); revise Grace's responses to discovery (3.00). | 8.00 | 2,400.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/09/02 | KJC | Coordinate deposition schedule and strategies (0.40); address billing issues (0.10); review and respond to email and questions re document review and coding (0.70); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.60); review and respond to email and follow up on document production from EPA (0.40); respond to questions from client and team re facts and documents (1.10); review motions re discovery and follow up to questions re same (4.80); review and finalize discovery responses (0.70); conference with AECarroll and SCCollins re privilege log and telephone conference with GMBarry re same (0.40). | 9.20 | 2,530.00 |
| 09/09/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 5.40 | 1,620.00 |
| 09/09/02 | JD | Review documents for responsiveness to discovery requests and privilege (3.00). | 3.00 | 780.00 |
| 09/09/02 | EES | Prepare for ATSDR indirect cost deposition (3.80); review Cotton & Company "Summary Analysis" report re ATSDR's indirect cost system (2.80); meeting with accounting experts re cost deposition issues (2.30). | 8.90 | 2,492.00 |
| 09/09/02 | CCC | Review, categorize and code documentes produced by EPA for relevance to various case issues. | 4.20 | 1,092.00 |
| 09/09/02 | LAC | Review documents for responsiveness to discovery requests and privilege. | 3.40 | 765.00 |
| 09/09/02 | ATC | Conference with CLNeitzel re revisions to response to fourth set of interrogatories (.10); revise motion re Rule 30(d)(2) extension (5.0); revise response to fourth set of interrogatories (1.5) | 6.60 | 1,155.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 70 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/09/02 | JAH | Consider and draft motion for order allowing additional depositions (4.00); consider and revise same (1.50); review of documents for potential production to EPA including privilege review (2.50). | 8.00 | 1,760.00 |
| 09/09/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 4.50 | 787.50 |
| 09/09/02 | GM | Review and code document for responsiveness to EPA discovery request. | 1.30 | 292.50 |
| 09/09/02 | KAT | Review documents for Weis deposition (6.50); review and revise deposition outline (1.50). | 8.00 | 1,480.00 |
| 09/09/02 | SBY | Review documents for responsiveness to discovery requests and privilege (2.20). | 2.20 | 550.00 |
| 09/09/02 | NKA | Draft deposition notices for Lockey, Millette and Brody (1.40); Prepare documents for J.Wolter deposition preparation (3.30); Continue to prepare privilege log for WRG 10 million documents (1.30); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.40). | 7.40 | 814.00 |
| 09/09/02 | AEC | Complete review of EPA privilege log for potential challenges (3.8); prepare testifying expert files for production to EPA (2.3); update deposition exhibit tracking chart and notebooks (1.5). | 7.60 | 950.00 |
| 09/09/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/09/02 | DD | Review documents for responsiveness to discovery requests and privilege (3.0) | 3.00 | 330.00 |
| 09/09/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/09/02 | SH | Review documents for responsiveness to discovery requests and privilege. | 6.00 | 630.00 |
| 09/09/02 | KLK | Organize materials from experts' reports into folders according to Areas of Concern (2.0). | 2.00 | 250.00 |
| 09/09/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 120.00 |
| 09/09/02 | TGM | Review, categorize and code documents produced by  EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/09/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |
| 09/09/02 | JLS | Database research and deposition review in preparation for Peronard deposition (6.80); telephone conference with Rich Bartelt re files received to date (0.50); telephone conferences with Rick Reiss re same (0.40); review and code documents in preparation for Weis deposition (1.90). | 9.60 | 1,200.00 |
| 09/09/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/09/02 | MBF | Review, categorize and code documents to be produced to EPA (2.60); review documents for responsiveness to discovery requests and privilege (5.00). | 7.60 | 684.00 |
| 09/09/02 | ICM | Follow up with various sources on status of Weis materials (2.20); review documents for responsiveness to discovery requests and privilege (5.30). | 7.50 | 825.00 |
| 09/10/02 | LB | Prepare for Chris Weis deposition. | 12.90 | 5,160.00 |
| 09/10/02 | CGH | Draft outline and other preparation for Peronard deposition. | 6.20 | 2,170.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 72 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/02 | KWL | Review documents in preparation for Eschenbach deposition (3.80); telephone conference with Bill Corcoran re deposition and trial strategy (.30); telephone conference with Bob Emmett re Peronard deposition strategy (.30); telephone conference with CLNeitzel re expert report issues (.20). | 4.60 | 1,610.00 |
| 09/10/02 | JDM | Telephone conference with JLSherman re Lockey deposition preparation (0.2); telephone conference with D. Askman re Brody deposition (0.1); review ATSDR depositions in preparation for meeting with B. Anderson (5.6); meet with B. Anderson and LNBrown re Dearwent deposition issues (0.9); conference with EEStevenson re cost depositions (0.4); meet with B. Anderson and LNBrown re Middleton deposition (0.7); telephone conference with J. Freeman re stipulation and deposition schedule (0.4); meet with B. Anderson re Lybarger deposition (1.0). | 9.30 | 2,790.00 |
| 09/10/02 | CLN | Evaluate whether to file motion to compel with respect to U.S. discovery (1.80); conference with R. Finke re whether to file motion to compel (.20); telephone conference with R. Senftleben re W. Hughson deposition (.30); draft letter to D. Askman re W. Hughson deposition (1.0); review of previous depositions of W. Hughson sent by G. Graham to prepare for defense of W. Hughson (7.0). | 10.30 | 3,090.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/02 | KJC | Address inquiries and issues re document databases (0.60); coordinate deposition schedule and strategies (0.10); address billing issues (0.20); review and respond to email and questions re document review and coding (0.20); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.30); review and respond to email and follow up on document production from EPA (0.40); respond to questions from client and team re facts and documents (0.30); telephone conference with R. Finke re deposition schedule and strategy (0.30); telephone conference with E. Chatfield re depositions and opinions (0.60); assist with preparation for P. Peronard deposition (1.10); conferences with W. Sparks and L. Flatley re depositions of J. Wolter and H. Eschenbach (3.80); review documents and report produced by EPA (0.30); address final issues re production of expert files (0.20). | 8.40 | 2,310.00 |
| 09/10/02 | TRB | Review documents for responsiveness to discovery requests and privilege. | 1.00 | 300.00 |
| 09/10/02 | EES | Review Cotton & Company report, "Fiscal Year 2000 Indirect Cost Rate" report (3.30); revise and expand ATSDR indirect cost deposition outline (2.40); review Wiley Wright deposition documents (3.60). | 9.30 | 2,604.00 |
| 09/10/02 | CCC | Review, categorize and code documentes produced by EPA for relevance to various case issues. | 2.00 | 520.00 |
| 09/10/02 | GMB | Conference with SCCollins re DOJ's privilege log (.30); conference with AECarroll re DOJ's privilege log (.20); review of privilege log (2.20); Lexis research on deliberative process privilege (2.50); Lexis research re attorney-client privilege (1.80); Lexis research re work-product doctrine (1.50); Lexis research re Privacy Act and discovery (2.20). | 10.70 | 2,354.00 |
| 09/10/02 | LAC | Review documents for responsiveness to discovery requests and privilege. | 4.40 | 990.00 |

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/02 | JAH | Review documents and draft deposition outline for use at deposition of C. Weis. | 6.50 | 1,430.00 |
| 09/10/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 3.80 | 665.00 |
| 09/10/02 | MJO | Review documents for Weis deposition. | 5.00 | 900.00 |
| 09/10/02 | KAT | Review documents for Weis deposition (13.00); review and revise deposition outline (1.00). | 14.00 | 2,590.00 |
| 09/10/02 | NKA | Prepare documents for J.Wolter deposition preparation (3.70); Review documents for responsiveness to discovery requests and privilege (1.40); Continue preparing privilege log for WRG 10 million series documents (1.50); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.00). | 7.60 | 836.00 |
| 09/10/02 | AEC | Review and update deposition exhibit notebooks (0.8); prepare and transmit remaining testifying expert files to the EPA (3.4). | 4.20 | 525.00 |
| 09/10/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/10/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/10/02 | KLK | Review daily and monthly progress reports from various contractors organized by Areas of Concern (3.5). | 3.50 | 437.50 |
| 09/10/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.30 | 138.00 |
| 09/10/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/10/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/10/02 | JLS | Review and code documents in preparation for Weis deposition (3.40); prepare exhibits for Weis deposition (2.80); database research in preparation for Lockey deposition (1.20); make arrangments for Lockey deposition in Cincinnati (0.90). | 8.30 | 1,037.50 |
| 09/10/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.70 | 222.00 |
| 09/10/02 | MBF | Review, categorize and code documents to be produced to EPA for relevance to case issues. | 3.80 | 342.00 |
| 09/10/02 | ICM | Follow up with various sources on status of Weis materials (1.20); review documents for responsiveness to discovery requests and privilege (6.30). | 7.50 | 825.00 |
| 09/11/02 | LB | Prepare for Chris Weis deposition. | 14.90 | 5,960.00 |
| 09/11/02 | CGH | Review of Peronard memo re excavation (.40); review of contractor deposition testimony re excavation (.40); e-mail to LBrown re same (.20); draft and revise outline and tasks associated with same (7.50). | 8.50 | 2,975.00 |
| 09/11/02 | JDM | Dictate memo re ATSDR depositions (0.7); review Lockey index for deposition exhibits (0.7); telephone conference with JLSherman re depositions (0.2); telephone conference with D. Kuchinsky re Brody and Lockey depositions (0.2); review Lockey deposition documents (1.4); draft Lockey deposition outline (1.9). | 5.10 | 1,530.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/11/02 | CLN | Evaluate U.S. response to Grace's comments on Administrative Record (2.5); work on privilege list issues with NKAberle (.80); conference with R. Sentfleben re date of W. Hughson's deposition (.20); conferences with D.Askman and KJCoggon re scheduling W. Hughson's deposition (.5); conference with D. Kuchinsky re U.S. expert reports (.30); review most recent U.S. "privilege" production (.50); prepare to defend W. Hughson deposition by review of prior transcripts and U.S. response to comments (2.0); conference with W. Hughson (.20); evaluate U.S. response to Grace's comments (2.0) | 9.00 | 2,700.00 |
| 09/11/02 | KJC | Address deposition scheduling issues (0.30); review and respond to email and questions re document review and coding (0.80); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.20); review and respond to email and follow up on document production from EPA (0.70); respond to questions from client and team re facts and documents (0.40); assist with preparation for P. Peronard deposition (0.60); conferences with W. Sparks, L. Flatley, J. Wolter, and D. Cockerell to prepare for  deposition (6.70); conferences with W. Sparks and L. Flatley re strategy for J. Wolter deposition (1.2); draft redirect questions for J. Wolter deposition (1.7);  review documents and report produced by EPA (0.30). | 12.90 | 3,547.50 |
| 09/11/02 | EES | Review Cotton & Company report, "Fiscal Year 2000 Indirect Cost Allocation Plan" (1.90); review EPA's supplemental comments for the administrative record (2.60); meeting with accounting experts re upcoming deposition (.90); review and revise draft Wiley Wright deposition questions (2.30). | 7.70 | 2,156.00 |
| 09/11/02 | CCC | Review, categorize and code documentes produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/11/02 | GMB | Review of Lexis research (2.80); draft letter to DOJ (Kukis) re privilege log (2.80); edit letter to DOJ re privilege log (2.50). | 8.10 | 1,782.00 |
| 09/11/02 | LAC | Review documents for responsiveness to discovery requests and privilege. | 0.40 | 90.00 |
| 09/11/02 | JAH | Consider and prepare correspondence to MBFloyd re ATSDR guidance manual (.30); conference with MBFloyd re same (.20); review CLNeitzel's comments to ATSDR cost recovery memo (.30); revise memo in accordance with same (2.30); consider and review draft correspondence to DOJ re privilege logs (.40). | 3.50 | 770.00 |
| 09/11/02 | MJO | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 774.00 |
| 09/11/02 | MJO | Review documents for responsiveness  to discovery requests and privilege. | 2.00 | 360.00 |
| 09/11/02 | KAT | Review documents for Weis deposition (8.00); draft list of complex terms and names for use in Weis deposition (1.00). | 9.00 | 1,665.00 |
| 09/11/02 | NKA | Continue to prepare privilege log for WRG 10 millions series, and various office meetings with CLNeitzel re same (4.50); Assist LBrown and expert with Weis deposition preparation (1.20);  Research database and prepare documents for Eschenbach deposition preparation per KWLund's request (2.10); Review documents for responsiveness to discovery requests and privilege (3.2); Manage and provide assistance to temporary employees and HRO employees re documents review/coding issues (1.60). | 12.60 | 1,386.00 |
| 09/11/02 | AEC | Identify and compile deposition prep materials for the Lockey deposition (3.5); prepare exhibits and assist LNBrown in other deposition preparation for the Weis deposition (8.5). | 12.00 | 1,500.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 78 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/11/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/11/02 | DD | Review and code documents for the Weis deposition (2.0) | 2.00 | 220.00 |
| 09/11/02 | KLK | Review all contractor monthly and daily reports for any references to Paul Peronard (EPA) and for any and all references to soil excavation depth (7.0); Create set of progress report documents with references to Paul Peronard and references to soil excavation depth (1.0). | 8.00 | 1,000.00 |
| 09/11/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/11/02 | JLS | Prepare for Weis deposition (14.50). | 14.50 | 1,812.50 |
| 09/11/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.20 | 252.00 |
| 09/11/02 | MBF | Review, categorize and code documents to be produced to EPA (6.20); obtain copy of ATSDR Public Health Assessment guidance for JAHall (.20). | 6.40 | 576.00 |
| 09/11/02 | ICM | Follow up with various sources on status of Weis materials (1.30); select alternative sources for materials and place orders (2.80). | 4.10 | 451.00 |
| 09/12/02 | LB | Complete preparation for, take deposition of Chris Weis, and debriefing of CLNeitzel and KJCoggon (with Betty Anderson) re same (11.50). | 11.50 | 4,600.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/12/02 | CGH | Draft revisions to section on action memos (.40); review of cost questions by expert and revise, incorporate same into outline (1.50); review of daily reports tagged by KLKinnear for references to Peronard and soil removal depths and identify certain ones for use as exhibits (1.00); review and analysis of expert reports and incorporate information into outline (2.00); identify Peronard exhibits and incorporate information into outline (2.00). | 6.90 | 2,415.00 |
| 09/12/02 | KWL | Telephone conference with LBrown re Weis deposition debriefing. | 0.70 | 245.00 |
| 09/12/02 | JDM | Research, outline and other Lockey deposition preparation (2.4); conference with JAHall re ATSDR legal requirements for cost recovery (0.8); review memo re ATSDR legal authority (0.6); conference with CLNeitzel re medical expert depositions (2.0). | 5.80 | 1,740.00 |
| 09/12/02 | CLN | Communicate with D. Askman re change in deposition date for W. Hughson (.30); evaluate EPA response to Grace comments (2.70); work on privilege list issues (3.0); prepare to defend W. Hughson by evaluating Sept. 5, 2002 EPA letter (3.5). | 9.50 | 2,850.00 |
| 09/12/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.50 | 412.50 |
| 09/12/02 | KJC | Defend J. Wolter deposition (5.20); conferences with J. Wolter, W. Sparks and D. Cockerell re Wolter deposition (2.20); address deposition scheduling issues (0.40); review and respond to email and questions re document review and coding (0.40);  review and respond to email and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.40); assist with preparation for P. Peronard deposition (0.80); conference with LNBrown and E. Anderson re Weis deposition and trial strategy (1.30). | 10.90 | 2,997.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page          80
Invoice No.:  612649
Client  No.:  04339
Matter  No.:  00302

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/12/02 | EES | Review supplemental Wiley Wright expert report (2.50); continue preparation for ATSDR indirect cost deposition (1.70); conference call with accounting expert re supplemental Wright report (.90); review additional ATSDR indirect cost supporting documentation (1.40); meet with accounting experts for ATSDR indirect cost deposition preparation (3.30). | 9.80 | 2,744.00 |
| 09/12/02 | CCC | Review, categorize and code documentes produced by EPA for relevance to various case issues. | 4.30 | 1,118.00 |
| 09/12/02 | JAH | Review of documents for potential production to EPA including privilege review (3.50); conference with JDMcCarthy re review of ATSDR studies (.80); review of ATSDR studies in accordance with JDMcCarthy's request (4.80). | 9.10 | 2,002.00 |
| 09/12/02 | MJO | Review documents for responsiveness to discovery requests and privilege. | 7.00 | 1,260.00 |
| 09/12/02 | KAT | Attend Weis deposition. | 4.30 | 795.50 |
| 09/12/02 | NKA | Continue preparation of privilege log and various meeting with CLNeitzel re same (3.80); Manage and provide assistance to temporary employees and HRO employees re documents review/coding issues (1.60); review documents for responsivenss to requests and privilege (1.10); Research and prepare documents for Eschenbach deposition preparation per KWLund's request (1.00). | 7.50 | 825.00 |
| 09/12/02 | AEC | Begin review of Whitehouse files (1.5); review and update deposition exhibit notebooks (1.3); review and compile and transmit prep materials for the Millett deposition (2.0). | 4.80 | 600.00 |
| 09/12/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | Page | 81 |
|---|---|---|---|
| | | Invoice No.: | 612649 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/12/02 | KLK | Review all contractor monthly and daily reports for any references to Paul Peronard (EPA) and for any and all references to soil excavation depth (4.5); Create set of of progress report documents with references to Paul Peronard and references to soil excavation depth (1.0). | 5.50 | 687.50 |
| 09/12/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 120.00 |
| 09/12/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/12/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |
| 09/12/02 | JLS | Prepare for and attend Weis deposition (12.50). | 12.50 | 1,562.50 |
| 09/12/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 150.00 |
| 09/12/02 | MBF | Telephone conference with publications office of ATSDR to obtain information for JAHall regarding revised Public Health Assessment Manual (.30). | 0.30 | 27.00 |
| 09/12/02 | ICM | Review documents for responsiveness to discovery requests and privilege (6.50). | 6.50 | 715.00 |
| 09/13/02 | LB | Preparation for Paul Peronard deposition (3.80). | 3.80 | 1,520.00 |
| 09/13/02 | CGH | Draft and revise outline (1.90); review of exhibits and highlight text to use in deposition (1.00); search for case law re removal versus remedial distinction and review of same and review of EPA guidance and preamble (3.50). | 6.40 | 2,240.00 |
| 09/13/02 | KWL | Telephone conference with Bill Corcoran re Weis deposition. | 0.60 | 210.00 |
| 09/13/02 | JDM | Telephone conference with LNBrown re Weis deposition. | 0.30 | 90.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 82 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/13/02 | CLN | Prepare to defend W.Hughson by review of Hughson prior published articles, mortality studies, and case series. | 6.30 | 1,890.00 |
| 09/13/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 687.50 |
| 09/13/02 | KJC | Address deposition  issues (0.60); telephone conferences with M. Cohn re deposition schedule and document production (0.20); telephone conference with J. Freeman re deposition exhibits (0.20); review and respond to email and questions re document review and coding (0.90); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.40); review and respond to email and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.70); assist with preparation for P. Peronard deposition (0.60); prepare for meeting with R. Lee (1.10); identify key documents for Millette deposition (0.60); address document production issues (1.10). | 6.60 | 1,815.00 |
| 09/13/02 | EES | Review Wiley Wright workpaper files (3.40); conference call with accounting experts re Wiley Wright deposition issues (.70); review and finalize ATSDR indirect cost deposition exhibits (2.90); conference call with accounting experts re preparation for ATSDR indirect cost deposition (1.10). | 8.10 | 2,268.00 |
| 09/13/02 | CCC | Review, categorize and code documentes produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/13/02 | JAH | Review ATSDR studies in accordance with JDMcCarthy's request. | 4.00 | 880.00 |
| 09/13/02 | MJO | Review documents for responsiveness to discovery requests and privilege. | 1.00 | 180.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 83 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/13/02 | NKA | Continue to prepare privilege log for WRG 10 million series (4.50); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.70); Prepare documents for review and preparation for Eschenbach deposition per KWLund's request (.60); | 6.80 | 748.00 |
| 09/13/02 | AEC | Update database to reflect previously marked exhibits and create exhibit index (4.3). | 4.30 | 537.50 |
| 09/13/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.50 | 210.00 |
| 09/13/02 | KLK | Review daily and monthly progress reports from various contractors organized by Area of Concern (2.5); Create notebooks of reports by Area of Concern (1.0); Locate and organize documents related to soil excavation levels (4.5). | 8.00 | 1,000.00 |
| 09/13/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 120.00 |
| 09/13/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/13/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/13/02 | JLS | Conferences with AECarroll re deposition exhibits used in Weis deposition (0.30); code same in database (0.60); conferences with AECarroll and KJCoggon re files for WR Grace experts (0.40) database research re same (0.30); conferences with NKAberle re status of database coding (0.20); transfer images to production database and edit database coding spreadsheet with additional document for coding (1.20); database research re Whitehouse files for Dr. Hughson (1.30). | 4.30 | 537.50 |
| 09/13/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.25 | 255.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/14/02 | CLN | Prepare to defend W.Hughson by review of Dearwent deposition transcript. | 1.00 | 300.00 |
| 09/15/02 | LB | Prepare for Paul Peronard deposition (3.70). | 3.70 | 1,480.00 |
| 09/15/02 | JDM | Begin review of Weis deposition transcript. | 1.50 | 450.00 |
| 09/15/02 | CLN | Prepare to defend W. Hughson by review of Lyberger, Dearwent, and Whitehouse depositions, and United States and Grace expert reports. | 14.80 | 4,440.00 |
| 09/16/02 | LB | Prepare for Paul Peronard deposition (6.60); meet with CGHarris and paralegal team and review Libby site documents for each location (Screening, Export, Bluffs, Flyway, Schools, Rainy Road) for information re timing, site conditions, risks, data (3.50); meeting with CGHarris re Peronard depositions and selection of exhibits for use in deposition (3.00). | 13.10 | 5,240.00 |
| 09/16/02 | CGH | Meet with LBrown and paralegal team and review of Libby site documents for each location (Screening, Export, Bluffs, Flyway, Schools, Rainy Road) for information re timing, site conditions, risks, data (3.50); meet with risk experts re same for each location (3.80); strategize re Peronard depositions and select exhibits with LBrown for use in deposition (3.00). | 10.30 | 3,605.00 |
| 09/16/02 | KWL | Review Peronard deposition outline (1.00); provide comments for Peronard deposition preparation (1.20); review Young and Wolter deposition transcripts re Eschenbach preparation (3.00); conferences with LBrown and JDMcCarthy re Peronard deposition (.70); telephone conference with KJCoggon re case status and schedules (.40). | 6.30 | 2,205.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 85 |
| Invoice No.: | | 612649 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/16/02 | JDM | Conference with LNBrown re Weis and Peronard depositions (0.2); review Weis deposition and prepare questions for Peronard (2.5); review EPA Sept. 2 response to comments and prepare Peronard questions (1.1); conference with KWLund re Peronard deposition and Daubert motions (0.2); telephone conference with J. Freeman re depositions and ZAI motion (0.6); conference with LNBrown re Peronard deposition (0.5). | 5.10 | 1,530.00 |
| 09/16/02 | CLN | Review Middleton deposition transcript (2.00); travel to San Diego for Hughson deposition preparation (1.30) (1.30 N/C) (50% NWT); review of Hughson testimony in Barbanti (6.70). | 10.00 | 3,000.00 |
| 09/16/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 550.00 |
| 09/16/02 | KJC | Telephone conferences with R. Lee re deposition preparation (3.90); telephone conference with R. Lee, E. Anderson, LNBrown, and CLNeitzel re trial and deposition strategy issues (0.80); telephone conference with KWLund re case status and schedules (0.40); coordinate expert work including telephone conferences with experts and counsel (1.80); review and respond to questions re document production (0.20); telephone conference with LNBrown and CGHarris re Peronard deposition (0.70); assist with Peronard deposition preparation (0.30). | 8.10 | 2,227.50 |
| 09/16/02 | EES | Travel to Washington, D.C. (2.10) (2.10 N/C) (NWT 50%); review ATSDR documentation (1.80); complete preparation for ATSDR deposition (4.90). | 8.80 | 2,464.00 |
| 09/16/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/16/02 | JAH | Consider and prepare memoranda re ATSDR studies in accordance with JDMcCarthy's request. | 1.50 | 330.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 86 |
| Invoice No.: | | 612649 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/16/02 | MJO | Review documents for responsiveness to discovery requests and privilege. | 1.80 | 324.00 |
| 09/16/02 | NKA | Assist LBrown and CGHarris in preparation for Peronard deposition (5.90); Research and prepare documents for Eschenbach deposition per KWLund's request (1.00); Check Document Director and Lotus Notes for any images with no data or incorrect data (.50); Revise deposition notice for James Millette (.50); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (2.50). | 10.40 | 1,144.00 |
| 09/16/02 | AEC | Assist in Paul Peonard deposition preparation; review and locate potential exhibits (6.0); update deposition exhibit tracking chart and notebooks and update database to reflect previously marked exhibits (3.0). | 9.00 | 1,125.00 |
| 09/16/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/16/02 | MCL | Assist NKAberle in searching for documents to be utilized in deposition of Paul Peronard (.40). | 0.40 | 50.00 |
| 09/16/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 120.00 |
| 09/16/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/16/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/16/02 | JLS | Prepare for Peronard deposition (14.40); load Whitehouse and Weis depositions in Live Note and e-mail copies to client (0.40). | 14.80 | 1,850.00 |
| 09/16/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 87 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/16/02 | MBF | Index deposition exhibits in Lotus Notes database (3.60); obtain copies of documents cited in Lockey and Whitehouse expert reports and in EPA's response to Grace's Comments on the Second Supplement to the Administrative Record for CLNeitzel in preparation for Dr. Hughson's deposition (4.00). | 7.60 | 684.00 |
| 09/16/02 | ICM | Assist JLSherman in generating exhibits for pending deposition (0.50); follow up with libraries on status of articles ordered for deposition preparation (1.30). | 1.80 | 198.00 |
| 09/17/02 | LB | Finish preparation for and depose Paul Peronard (11.10); voice mails to KWLund re Peronard deposition, to KJCoggon re opposition to U.S. Motion to Limit depostions and re Peronard testimony issues re Bartelt and Jensen, and to CLNeitzel re exhibit numbering issue for Hughson deposition (.10). | 11.20 | 4,480.00 |
| 09/17/02 | CGH | Prepare for deposition of Peronard; deposition of Peronard; strategy conferences during breaks in deposition (8.80). | 8.80 | 3,080.00 |
| 09/17/02 | KWL | Review Eschenbach documents in preparation for meeting with Will Sparks (4.60); review David Croce and Fred Somokole documents in preparation for deposition (3.00). | 7.60 | 2,660.00 |
| 09/17/02 | JDM | Review expert report and articles relied on in report (2.7); outline deposition questions (2.1); other expert deposition preparation (0.5). | 5.30 | 1,590.00 |
| 09/17/02 | CLN | Prepare W. Hughson for deposition (3.50); review Middleton deposition transcripts (2.00). | 5.50 | 1,650.00 |
| 09/17/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.50 | 962.50 |
| 09/17/02 | EES | Take ATSDR indirect cost deposition (7.90); review EPA's Motions and Briefs to exclude various experts (2.60). | 10.50 | 2,940.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/17/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/17/02 | JAH | Consider and prepare memorandum re ATSDR studies in accordance with JDMcCarthy's request. | 4.00 | 880.00 |
| 09/17/02 | MJO | Review documents for responsiveness to discovery requests and privilege. | 2.80 | 504.00 |
| 09/17/02 | NKA | Prepare material for Eschenbach deposition preparation per KWLund's request (.60); Search for and locate documents for use in Peronard deposition per LBrown's request (.50); Manage temporary employees re document review and coding issues (1.80); Update coding assignment sheet with new material recieved from DTI (.50). | 3.40 | 374.00 |
| 09/17/02 | AEC | Review and update deposition exhibit notebooks (0.8); prepare and transmit remaining testifying expert files to the EPA (3.4). | 4.20 | 525.00 |
| 09/17/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.80 | 168.00 |
| 09/17/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/17/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/17/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |
| 09/17/02 | JLS | Prepare for and attend Peronard deposition (12.0); load Wolter deposition in Live Note and e-mail copy to client (0.20). | 12.20 | 1,525.00 |
| 09/17/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (3.0). | 3.00 | 180.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/18/02 | LB | Conference with KJCoggon re Opposition to U.S. Motion for Protective Order re Peronard and Weis depositions (.20); telephone conference with Betty Anderson re expert opinions (.20); e-mail exchange with KWLund and KJCoggon re site visit and telephone conference with KWLund re same (.20). | 0.60 | 240.00 |
| 09/18/02 | KWL | Telephone conference with LBrown re Peronard deposition (.20); telephone conference with Richard Finke re same (.50); finalize outline for Eschenbach preparation (3.10); review Weis transcript for purpose of client strategy meeting (3.60). | 7.40 | 2,590.00 |
| 09/18/02 | JDM | Telephone conference with EEStevenson re expert motions and expert depositions (0.3); meet with KJCoggon re government motions and discovery issues (0.4); meet with KJCoggon and LNBrown re government motions, Peronard deposition and expert depositions (0.7); review expert reports, articles and other preparation for expert depositions (4.4); telephone conference with J. Freeman re summary judgment motions (0.7); telephone conference with KJCoggon and LSDecker re motions (0.3); meet with JAHall re ATSDR study analysis (1.3). | 8.10 | 2,430.00 |
| 09/18/02 | CLN | Defend deposition of W. Hughson (7.00); return travel to Denver (1.30) (1.30 N/C) (NWT 50%). | 8.30 | 2,490.00 |
| 09/18/02 | LSD | Draft stipulations re liability for WR Grace - Conn (2.20); telephone conference with KJCoggon and JDMcCarthy re motions (.30) | 2.50 | 750.00 |
| 09/18/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.50 | 412.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/18/02 | KJC | Address inquiries and issues re document databases (0.60); coordinate deposition schedule and strategies (0.10); address billing issues from vendors and experts (0.40); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.30); review and respond to email and follow up on document production from EPA (1.40); respond to questions from client and team re facts and documents (0.90); conferences with LNBrown re opposition to US motion for protective order re Weis and Peronard (0.20); telephone conference with A. Stringer re schedule and case status (0.30); telephone conferences with KWLund re case issues, schedules and staffing (0.60). | 4.80 | 1,320.00 |
| 09/18/02 | EES | Travel to Denver (3.00) (3.00 N/C) (NWT 50%); review case authority and other documentation re EPA's Daubert expert challenges (4.10). | 7.10 | 1,988.00 |
| 09/18/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/18/02 | LAC | Review documents for responsiveness to discovery requests and privilege. | 5.80 | 1,305.00 |
| 09/18/02 | JAH | Consider and prepare memorandum re ATSDR studies in accordance with JDMcCarthy's request (7.70); conference with JDMcCarthy re ATSDR memorandum and ATSDR studies (1.30). | 9.00 | 1,980.00 |
| 09/18/02 | NKA | Research of Yang deposition and exhibits for material re Eschenbach for deposition preparation (.70); Search for email re budget projections mentioned in Peronard deposition (.90); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.40); Review, categorize and code documents produced by EPA for relevance to various case issues. (1.50). | 4.50 | 495.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 91 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/18/02 | AEC | Review and update deposition exhibit notebooks (1.5); compile EPA supplemental production documents for use by testifying experts (3.0). | 4.50 | 562.50 |
| 09/18/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/18/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/18/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 150.00 |
| 09/18/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/18/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/18/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/18/02 | JLS | Database research re United States responses to second set of requests (0.30); telephone conferences with KJCoggon re same (0.30); telephone conference with Ray Lembke and NKAberle re Locke deposition in Cincinnati and e-mail re same (0.40); review historical documents in Boulder for cost recovery issues (2.90). | 3.90 | 487.50 |
| 09/18/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |
| 09/18/02 | ICM | Procure documents relied on by expert in preparation for deposition testimony. | 3.80 | 418.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/19/02 | LB | Work with JLSherman re organization of Weis and Peronard exhibits (used and not yet used) (.80); office conference with ATCrist re briefing re additional time for depositions of Weis and Peronard (.70). | 1.50 | 600.00 |
| 09/19/02 | KWL | Review additional Eschenbach documents in preparation for meeting (1.00); telephone conference with Eschenbach, Will Sparks, Larry Flately and CLNeitzel re Eschenbach deposition preparation (5.50). | 6.50 | 2,275.00 |
| 09/19/02 | JDM | Review medical articles in preparation for Lockey and Brody depositions (2.7); review and comment on draft stipulation re liability (0.5); attend strategy meeting (0.8); telephone conference with D. Kuchinsky re Lockey deposition (0.2). | 4.20 | 1,260.00 |
| 09/19/02 | CLN | Conference to prepare Eschenbach for deposition (4.30); review request from Grummer and information re motions expected to be filed in case (1.0). | 5.30 | 1,590.00 |
| 09/19/02 | LSD | Continue revisions to stipulations re liability, including obtaining and incorporating comments from other re same (3.70); attend WR Grace strategy meeting re ongoing litigation matters and strategy (.80); begin responding to Fifth Set of Document Requests relating to asbestos contamination in various locations in Libby (2.80). | 7.30 | 2,190.00 |
| 09/19/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 687.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 93 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/02 | KJC | Address inquiries and issues re document databases (0.10); coordinate deposition schedule and strategies (0.70); review and respond to email and questions re document review and coding (0.20); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.60); review and respond to email and follow up on document production from EPA (0.50); team meeting re staffing for response to motions and other projects (0.80); teleconference with J. Wolter re deposition (0.20); address staffing and strategies for response to motions (0.70); teleconferences with R. Bartelt re deposition (0.60); address discovery issues (0.80); review and revise draft stipulation re liability (0.60); telephone conference with G. Graham re status of case and strategies re motions (0.70). | 6.50 | 1,787.50 |
| 09/19/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 0.60 | 177.00 |
| 09/19/02 | EES | Trial team strategy meeting (.80); prepare for Dale Jensen's deposition (6.80); review documentation for use in opposition to EPA's Daubert motion re accounting experts (3.20). | 10.80 | 3,024.00 |
| 09/19/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.40 | 1,144.00 |
| 09/19/02 | GMB | Grace team meeting (.80); review motion in limine in fraudulent conveyance action (.30); review motions re restricting review to administrative record (1.0); Lexis research and review of cases from above motions (3.20). | 5.30 | 1,166.00 |
| 09/19/02 | ATC | Attend meeting re cost recovery case (.80); review motions in opposition for protective order for Chris Weis and Paul Peronard depositions (1.50); meet with LNBrown re same motions (.70). | 3.00 | 525.00 |
| 09/19/02 | JAH | Prepare for strategy meeting (.50); participate in strategy meeting (.80). | 1.30 | 286.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 94 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/19/02 | NKA | Attend team meeting to discuss upcoming tasks and deadlines (.80); Draft demand letter to DOJ in request of Cotton & Co. documents (.90);  Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.00); Review, categorize and code documents produced by EPA for relevance to various case issues. (1.10); Update cost recovery coding spreadsheet with additional documents produced by EPA (.40); Research on Lexis Nexis for information requested by expert (.50); Review contents of Alan Stringer boxes for unscannable materials (1.00). | 5.70 | 627.00 |
| 09/19/02 | AEC | Review and update deposition exhibit notebooks (1.0); review, compile, and prepare materials for the Lockey deposition (2.2); identify reports previously provided to our experts and compile EPA supplemental production documents (1.8). | 5.00 | 625.00 |
| 09/19/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/19/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.70 | 282.00 |
| 09/19/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 95 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/02 | JLS | Review deposition of Chris Weis for testimony re methodology for LNBrown (0.50); read and respond to e-mails re deposition exhibits (0.40); telephone conference with LNBrown re Weis exhibits (0.30); conferences with LNBrown re Peronard and Weis deposition exhibits and potential future exhibits (1.80) prepare notebooks of same for LNBrown (0.60); telephone conference with Price Waterhouse re decision in U.S. v. Chapman and assignment to NKAberle re same (0.30); telephone conferences with scanning vendor re status of additional scanning (0.70); load Quivik and Meeker depositions in Live Note and e-mail copies to client (0.40). | 5.00 | 625.00 |
| 09/19/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 4.20 | 252.00 |
| 09/20/02 | LB | Draft rough outline of findings of fact and conclusions of law (.80); meeting with KWLund, JDMcCarthy, CLNeitzel, KJCoggon, and (by phone) Gary Graham re trial preparation and strategic planning (1.80). | 2.60 | 1,040.00 |
| 09/20/02 | KWL | Prepare for and conduct trial team meeting (1.80); conference with KJCoggon re case status and strategy (N/C). | 2.00 | 700.00 |
| 09/20/02 | JDM | Conference with MBFloyd re medical article search in connection with medical expert depositions (0.4); telephone conference with Betty Anderson's office re conference call (0.1); review Lockey affidavits from previous cases (0.4); review medical articles in preparation for Lockey and Brody depositions (3.5); conference call with D. Kuchinsky and experts re Lockey deposition (1.5); telephone conference with D. Kuchinsky re Lockey deposition (0.4); strategy meeting with trial team and G. Graham via teleconference (1.80); conference with KWLund re Summary Judgment motions (0.3). | 8.40 | 2,520.00 |
| 09/20/02 | CLN | Attend trial team strategy meeting in order to coordinate key expert production. | 1.80 | 540.00 |