# A-4

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/20/02 | LSD | Draft and revise stipulation re liability issues (.80); continue research and drafting responses to Fifth Set of Document Requests (.80). | 1.60 | 480.00 |
| 09/20/02 | KJC | Coordinate deposition schedule and strategies (0.90); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.30); review and respond to email and follow up on document production from EPA (1.30); conference with KWLund, LNBrown, CLNeitzel, JDMcCarthy, G. Graham re trial strategy (1.80); conferences with KWLund re status of case projects, trial strategy, and staffing (1.70); address correspondence from DOJ (1.20); prepare for depositions of R. Bartelt, R. Lee, E. Chatfield, and J. Millette (1.80). | 9.00 | 2,475.00 |
| 09/20/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.60 | 767.00 |
| 09/20/02 | EES | Meet with accounting expert re deposition issues (1.90); defend Dale Jensen deposition (7.70). | 9.60 | 2,688.00 |
| 09/20/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 1,040.00 |
| 09/20/02 | GMB | Lexis research on limiting review to admin record (3.20); review of cases from Lexis research (3.50). | 6.70 | 1,474.00 |
| 09/20/02 | ATC | Research re motion opposing protective order. | 3.50 | 612.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 97 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/20/02 | NKA | Prepare document summarizing EPA and Grace production to date (2.20); review deposition transcripts of Koppelman, Kirkland, and McGuiggin in preparation for scanning (.30); Arrange for videotape of Peronard deposition to be copied, digitized, and edited (.40); Meeting with AECarroll and JLSherman re tasks and schedule (.50); Arrange and distribute documents received by KJCoggon from DOJ 9/20/02 (.50); Assist MCLatuda in finding property addresses for response memo per LSDecker's request (.40); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (1.50); Review, categorize and code documents produced by EPA for relevance to various case issues. (1.10). | 6.90 | 759.00 |
| 09/20/02 | AEC | Create an index of documents previously transmitted to our experts (3.00) review and compile supplemental production documents for potential use by our experts (3.20). | 6.20 | 775.00 |
| 09/20/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/20/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/20/02 | MCL | Research Cost Recovery database to locate property addresses for use in responding to United States' Fifth Set of Interrogatories (2.20). | 2.20 | 275.00 |
| 09/20/02 | KL | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.80 | 168.00 |
| 09/20/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/20/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 98 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/20/02 | JLS | Prepare supplemental production documents for experts (4.40); prepare for Rich Bartelt deposition (1.80); review and organize LNBrown copies of Weis and Peronard exhibits for future days of deposition (1.40); load Peronard, Kirkland, Koppelman and McGuiggin depositions in LiveNote and e-mail to client (0.60). | 8.20 | 1,025.00 |
| 09/20/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 4.20 | 252.00 |
| 09/20/02 | MBF | Assist JDMcCarthy with orginization of documents in preparation for Lockey deposition (.80). | 0.80 | 72.00 |
| 09/21/02 | LB | Review sections of Peronard deposition transcript and videotape re preparation for meeting with client re case status and trial strategy (1.20). | 1.20 | 480.00 |
| 09/21/02 | JDM | Telephone conference with experts re questions for Lockey and Brody depositions (0.9). | 0.90 | 270.00 |
| 09/21/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 0.50 | 137.50 |
| 09/21/02 | KJC | Address document production issues (0.20). | 0.20 | 55.00 |
| 09/21/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.00 | 885.00 |
| 09/21/02 | ATC | Review depositions of Peronard and Weis for motion re time limits. | 4.70 | 822.50 |
| 09/22/02 | LB | Draft email to NKAberle re Peronard video excerpts (.20); travel to D.C. for deposition preparation of Anderson and Moolgavkar (3.00) (N/C 3.00) (50% NWT). | 3.20 | 1,280.00 |
| 09/22/02 | JDM | Telephone conference with CLNeitzel re Lockey deposition and teleconference with experts (0.2). | 0.20 | 60.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 99 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/22/02 | LSD | Continue collecting information to produce as part of the Fifth Set of Discovery Requests (.40). | 0.40 | 120.00 |
| 09/22/02 | KJC | Address site tour questions (0.30); telephone conference with LSDecker re response to 5th discovery request (0.30); research re response to 5th discovery request (0.30). | 0.90 | 247.50 |
| 09/22/02 | KJC | Prepare for R. Bartelt deposition (1.10). | 1.10 | 302.50 |
| 09/22/02 | ATC | Further review of depositions of Weis and Peronard for motion re time limits. | 4.10 | 717.50 |
| 09/23/02 | LB | Prepare for depositions of Suresh Moolgavkar and Betty Anderson (7.50); telephone conference with and return voice mail from David Askman re Anderson deposition location in light of IMF protests and pickets (.10); telephone conference with KWLund re case status (.20); telephone conferences with JDMcCarthy and KWLund re expert reports and 9/5 U.S. responses to comments (.20). | 8.00 | 3,200.00 |
| 09/23/02 | CGH | Review of documents for ideas re Peronard and Weis motion to extend deposition time (.50); review of draft motion and citations (.50); review of Weis deposition transcript as background for motions and trial (1.30). | 2.30 | 805.00 |
| 09/23/02 | KWL | Prepare for client meeting in Baltimore re case status and strategy (2.00); review Weis deposition transcript for development of cross examination (5.50); conference with KJCoggon re strategy meeting with client (.70). | 8.20 | 2,870.00 |
| 09/23/02 | JDM | Telephone conference with Jim Freeman re Lockey and Brody depositions (0.2); review articles and revise deposition outline for Lockey (5.1); telephone conference with LBrown re supplemental expert reports and expert depositions (0.3). | 5.60 | 1,680.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/23/02 | CLN | Prepare to defend Eschenbach by review of Eschenbach documents (2.0); review of Eschenbach documents and Yang deposition transcript to prepare to defend deposition (6.5). | 8.50 | 2,550.00 |
| 09/23/02 | LSD | Continue obtaining information to response to Fifth Set of Discovery from United States (.80). | 0.80 | 240.00 |
| 09/23/02 | KJC | Address inquiries and issues re document databases (0.10); coordinate deposition schedule and strategies (0.10); review and respond to email and questions re document review and coding (0.20); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.30); review and respond to email and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.20); address issues re Libby site tour (0.30); prepare for R. Bartelt deposition (7.20); conference with KWLund re strategy meeting with client (0.70). | 9.30 | 2,557.50 |
| 09/23/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.90 | 855.50 |
| 09/23/02 | EES | Complete review of documents for use in Wiley Wright deposition (2.90); review and finalize Wiley Wright deposition exhibits (1.70); review Wiley Wright cost recovery deposition testimony in the Summitville case (1.90); meet with accounting expert re Wiley Wright deposition issues (3.40). | 9.90 | 2,772.00 |
| 09/23/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/23/02 | ATC | Draft motion in opposition to time limits. | 11.20 | 1,960.00 |
| 09/23/02 | JAH | Review deposition of Katherine Kirkland at AOEC. | 0.50 | 110.00 |
| 09/23/02 | KAT | Review Bartelt expert report for deposition. | 8.00 | 1,480.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/23/02 | NKA | Convert LiveNote depositions into text files per LBrown's request (.60); Locate documents for Doug Cameron re Millette and Lee reference in 9/20/02 DOJ letter (2.20); Search for and locate 9/5/02 DOJ response letter per GMBarry's request (.20); Clarify deposition arrangements for Wright and Lockey depositions (.30); Update spreadsheet with new cost recovery documents received from DOJ (1.30); Manage temporary employees and HRO employees re document review/coding issues (1.80). | 6.40 | 704.00 |
| 09/23/02 | AEC | Review, compile and prepare materials for the Lockey deposition (1.5); update deposition exhibit tracking chart and notebooks and update database to reflect previously marked exhibits (1.0); review and compile supplemental production documents for potential use by our experts (2.7). | 5.20 | 650.00 |
| 09/23/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/23/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/23/02 | MCL | Research 9/17/02 deposition transcript of Paul Peronard to locate references and information on the properties described in U.S. Fifth Set of Interrogatories pursuant to LSDecker's request (3.80); draft memo re same (.60). | 4.40 | 550.00 |
| 09/23/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/23/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/23/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/23/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 4.20 | 252.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 102 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/23/02 | ICM | Conduct case law research and draft motion in response to motion to exclude expert Dale Jensen. | 7.00 | 770.00 |
| 09/24/02 | LB | Finish work with Suresh Moolgavkar re deposition preparation (7.70); voice mails with David Askman re document issues re Anderson and Moolgavkar depos (.10); review Anderson documents and conference with her and her staff re same (1.0). | 8.80 | 3,520.00 |
| 09/24/02 | CGH | Review of Weis and Peronard transcripts and identify sections to use in motion (2.10); search for cases to use in motion (.20); review of cases re burden of proof on protective order, discovery policies and others for use in motion; outline revisions to motion (1.50). | 3.80 | 1,330.00 |
| 09/24/02 | KWL | Telephone conference with KJCoggon re case status and deposition coordination (.60); review EPA correspondence re administrative record issues (.40); telephone conference with Bob Emmett re case status and strategy (.30); review United States' affidavits re vermiculite disposal issues (.80). | 2.10 | 735.00 |
| 09/24/02 | JDM | Telephone conference with D. Kuchinsky re Lockey deposition (0.3); revise expert deposition outlines (3.7); review articles in preparation for expert depositions (5.4). | 9.40 | 2,820.00 |
| 09/24/02 | CLN | Review Stringer and Wolter depositions to prepare for Eschenbach deposition and review Eschenbach documents. | 11.70 | 3,510.00 |
| 09/24/02 | LSD | Continue drafting responses to Fifth Set of Discovery from plaintiff (.80). | 0.80 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 103 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/24/02 | KJC | Address inquiries and issues re document databases (0.20); coordinate deposition schedule and strategies (2.30); review and respond to email and questions re document review and coding (0.30); coordinate expert work including review and respond to email and messages and telephone conferences with experts and counsel (0.40); prepare for and defend R. Bartelt deposition (9.10); prepare for meeting with client re budget and trial strategy (0.40); prepare for depositions of R. Lee, E. Chatfield and J. Millette (0.60). | 13.30 | 3,657.50 |
| 09/24/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 1,180.00 |
| 09/24/02 | EES | Travel to Washington, D.C. (2.20) (2.20 N/C) (NWT 50%); review Wiley Wright deposition notebook (1.60); meet with accounting expert re Wiley Wright deposition issues (2.10); review Wiley Wright's cost report in the Rocky Mountain Arsenal case (.90); draft additional deposition questions based on Wright's Summitville and Arsenal testimony (1.80); complete preparation for the Wiley Wright deposition (2.40). | 11.00 | 3,080.00 |
| 09/24/02 | GMB | Additional Lexis research re exceptions to limitations of review of administrative record (1.80). | 1.80 | 396.00 |
| 09/24/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 0.50 | 112.50 |
| 09/24/02 | ATC | Research re deposition time limits. | 4.30 | 752.50 |
| 09/24/02 | KAT | Review Bartelt expert report for deposition (.90). | 0.90 | 166.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 104 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/24/02 | NKA | Search for and locate documents requested by LBrown for deposition preparation of expert Moolgavkar (.80); Research all exhibits for documents needed for Eschenbach prep per CLNeitzel's request (1.60); Research Livenote deposition transcripts for Eschenbach reference per CLNeitzel's request (.80); Locate documents from Matt Cohn index re Millette and Lee documents per KJCoggon and Doug Cameron's request (1.50); Supervise and manage temporary employees and HRO employees re document review/coding issues (2.00). | 6.70 | 737.00 |
| 09/24/02 | AEC | Review and compile supplemental production documents for potential use by our experts (3.0); review and compile and prep materials for the Lockey and Lee depositions (2.4). | 5.40 | 675.00 |
| 09/24/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/24/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/24/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/24/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/24/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/24/02 | JLS | Load Wilson and Hughson deposition transcripts in Live Note and transmit to client (0.40); review and compile supplemental production documents for expert review (2.10); Review, categorize and code documents produced by EPA for relevance to various case issues. (1.30); edit production/cost recovery database re Peronard and Weis exhibits (1.90); telephone conferences with WBrown and MThompson re status of DOJ CD's in document Director (0.50). | 6.20 | 775.00 |
| 09/24/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 4.20 | 252.00 |
| 09/24/02 | ICM | Conduct case law research (3.20); draft motion in response to motion to exclude expert Dale Jensen (4.30). | 7.50 | 825.00 |
| 09/25/02 | LB | Review draft brief re opposition to U.S. motion for protective order re time limit re Peronard and Weis deposition and comments re same (.90); prepare for and attend meeting with Grace (David Seigel, Bill Corcoran, and Bob Emmett) re case status and trial strategy (3.30). | 4.20 | 1,680.00 |
| 09/25/02 | CGH | Exchange emails re motion, assess motion issue re exhibits and scope (.60); confer with LBrown re scope and strategy re motion and revise same in consultation with ATCrist (1.80); review of relevant documents and transcripts (6.50). | 8.90 | 3,115.00 |
| 09/25/02 | KWL | Prepare for meeting with client re case status and strategy (2.00); travel from Denver to Baltimore for meeting with clients (1.60) (1.60 N/C) (50% NWT); meeting with LBrown and KJCoggon re case evaluation and preparation for client meeting (1.20); meeting with David Siegel, Bill Corcoran, Bob Emmett and LBrown re case strategy issues (3.30); review second Peronard deposition transcript (1.30). | 9.40 | 3,290.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 106 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/25/02 | JDM | Prepare for Lockey deposition (2.1); take Lockey deposition (7.5). | 9.60 | 2,880.00 |
| 09/25/02 | CLN | Prepare to defend Eschenbach deposition, including review of documents and meeting with Mr. Eschenbach and Mr. Sparks. | 10.00 | 3,000.00 |
| 09/25/02 | LSD | Telephone conference with Drew Van Orden re test results for properties requested by government (.40); telephone conference with Alan Stringer re verification issues (.20); continue responding to discovery requests (5.80). | 6.40 | 1,920.00 |
| 09/25/02 | KJC | Address deposition scheduling issues (1.10); review Meeker deposition transcript for use in Lee, Chatfield and Millette depositions (1.30); review J. Wolter deposition transcript for errors and issues per request of J. Wolter (1.40); review and calculate budget figures (0.30); travel to Maryland for client meeting (1.60) (1.60 N/C) (NWT 50%); conferences with KWLund re strategies for trial, budget and client meeting (1.30); conferences with KWLund and LNBrown re trial strategies and depositions (1.20); conferences with client re trial strategies (2.20). | 10.40 | 2,860.00 |
| 09/25/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.20 | 649.00 |
| 09/25/02 | EES | Multiple meetings with accounting expert re Wiley Wright deposition issues (2.60); take Wiley Wright's deposition (7.10). | 9.70 | 2,716.00 |
| 09/25/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/25/02 | GMB | Research re exceptions to limiting review of admin record (6.0). | 6.00 | 1,320.00 |
| 09/25/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.90 | 427.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 107 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/25/02 | ATC | Revise motion re deposition time limits (4.90); mark depositions for motion re time limits (3.00); draft motion for expedited hearing (1.00). | 8.90 | 1,557.50 |
| 09/25/02 | JAH | Consider and prepare portion of trial brief re ATSDR cost recovery. | 1.50 | 330.00 |
| 09/25/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (2.40). | 2.40 | 444.00 |
| 09/25/02 | NKA | Review documents for responsive to Grace discovery requests at DOJ (2.50); Review "Fraudulent Conveyance" exhibits for information re Eschenbach per CLNeitzel's request (.20); Edit privilege log for WRG10 million series documents (.7); Review, categorize and code documents produced by EPA for relevance to various case issues. (1.00); Supervise and manage temporary employees re document review and coding issues (1.10). | 5.50 | 605.00 |
| 09/25/02 | AEC | Review, compile, and transmit supplemental production documents for potential use by our experts (6.2). | 6.20 | 775.00 |
| 09/25/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/25/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.50 | 210.00 |
| 09/25/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/25/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/25/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/25/02 | JLS | Telephone conferences with ATCrist re motion on duration of Peronard and Weis depositions (0.90); database research for CGHarris re same (2.60); review and compile supplemental production documents for expert review (0.60); review, categorize and code Boulder documents  for relevance to various case issues  (2.80); edit production/cost recovery database (1.20); telephone conferences with WBrown and MThompson re status of DOJ CD's in document Director (0.50). | 8.60 | 1,075.00 |
| 09/25/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 4.50 | 270.00 |
| 09/25/02 | ICM | Search for potential environmental liabilities of several corporations identified by MJLepore. | 6.00 | 660.00 |
| 09/26/02 | LB | Prepare for Betty Anderson deposition (7.20). | 7.20 | 2,880.00 |
| 09/26/02 | CGH | Draft motion re additional discovery. | 7.30 | 2,555.00 |
| 09/26/02 | KWL | Travel from Baltimore to Boston for deposition preparartion (1.50) (1.50 N/C) (50% NWT); meeting with Dave Croce and Fred Somokole re deposition preparation (3.50); meeting with Bob Murphy and Matt Murphy re deposition issues (1.00); telephone conference with KJCoggon re Lee deposition and other strategic issues (.70); return travel from Boston to Denver (3.00) (3.00 N/C) (50% NWT). | 9.70 | 3,395.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 109 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/26/02 | JDM | Conference with JLSherman re expert depositions (0.3); telephone conference with LSDecker re response to interrogatories (0.1); telephone conference with L. Driscoll re Leo deposition (0.2); telephone conference with Drew Van Orden (0.2); telephone conference with B. Anderson and J. Turham re expert depositions (0.4); telephone conference with G. Graham re expert depositions and trial strategy (0.6); telephone conference with D. Kuchinsky re expert depositions (0.7); telephone conference with CLNeitzel re Eschenbach and Lockey depositions (0.3); draft memo re Lockey deposition (1.0). | 3.80 | 1,140.00 |
| 09/26/02 | CLN | Defend Eschenbach deposition. | 5.00 | 1,500.00 |
| 09/26/02 | LSD | Continue drafting and revising responses to outstanding discovery (6.80). | 6.80 | 2,040.00 |
| 09/26/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 687.50 |
| 09/26/02 | KJC | Travel to Pittsburgh for Lee and Chatfield depositions (1.20) (1.20 N/C) ( NWT 50%); prepare for Lee and Chatfield depositions (4.70); conferences with D. Cameron and R. Finke re Lee, Chatfield and Millette depositions and trial issues (4.30). | 10.20 | 2,805.00 |
| 09/26/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.00 | 295.00 |
| 09/26/02 | EES | Travel to Denver (2.50) (2.50 N/C) (NWT 50%); review Wiley Wright's supplemental report (1.00); begin review of case authority cited by Plaintiffs in support of their motion to exclude the testimony of Dale Jensen (3.30). | 6.80 | 1,904.00 |
| 09/26/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.00 | 780.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/26/02 | GMB | Continue research re exceptions to limiting review of administrative record (6.50). | 6.50 | 1,430.00 |
| 09/26/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.20 | 720.00 |
| 09/26/02 | ATC | Revise, finalize and file motion re deposition time limits. | 8.10 | 1,417.50 |
| 09/26/02 | JAH | Prepare portion of trial brief re ATSDR costs (1.00); conference with JDMcCarthy re same (.20). | 1.20 | 264.00 |
| 09/26/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (1.90). | 1.90 | 351.50 |
| 09/26/02 | NKA | Review, categorize and code documents produced by EPA for relevance to various case issues (.90); Supervise and manage temporary employees re document review and coding issues (1.00); Update cost recovery coding spreadsheet and check status of Stringer data and ADM2 series (.70). | 2.80 | 308.00 |
| 09/26/02 | AEC | Review and update deposition exhibit notebooks (1.8); review, compile and prepare materials for the Brody deposition (1.2); Review, categorize and code documents produced by EPA for relevance to various case issues. (4.3). | 7.30 | 912.50 |
| 09/26/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/26/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/26/02 | MCL | Review and code electronic documents produced by EPA for responsiveness to Cost Recovery issues (1.50). | 1.50 | 187.50 |
| 09/26/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 111 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/26/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/26/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/26/02 | JLS | Assist in preparation of motion on duration of Peronard and Weis depositions (4.90); train AHerceglic re review, categorize and code Grace documents for relevance to various case issues (1.20); review, categorize and code Grace documents for relevance to various case issues (3.00). | 9.10 | 1,137.50 |
| 09/26/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.70 | 222.00 |
| 09/26/02 | ICM | Search for potential environmental liabilities of several corporations identified by MJLepore (3.0); conduct case law research and draft motion in response to exclude expert Dale Jensen (1.5). | 4.50 | 495.00 |
| 09/27/02 | LB | Defend deposition of Betty Anderson (9.00); telephone conference with KWLund re various case issues (.10). | 9.10 | 3,640.00 |
| 09/27/02 | KWL | Review briefs in response to protective order motion (1.50); review Summary Judgment brief re KDC liability (1.50); telephone call from KJCoggon re deposition status and coordination (.50); telephone call from LBrown re Anderson deposition (.20); review EPA expert supplement from cost expert (1.50). | 5.20 | 1,820.00 |
| 09/27/02 | JDM | Conference with KWLund re expert depositions and trial strategy (0.7); conference with EEStevenson re expert depositions (0.3); review articles and draft outline in preparation for Brody deposition (4.5); review and comment draft response to fifth set of interrogatories (0.3); telephone conference with JLSherman re protective order (0.2); telephone conference with KJCoggon re proposed protective order (0.3). | 6.30 | 1,890.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 112 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/27/02 | CLN | Draft motion re administrative record (6.5); distribute Hughson deposition transcript for review (.5). | 7.00 | 2,100.00 |
| 09/27/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 550.00 |
| 09/27/02 | KJC | Review and respond to email re various case projects (1.20); prepare for depositions of Lee, Chatfield and Millette inculding conferences with R. Finke, D. Cameron and D. Van Orden (7.40); conferences with R. Lee re deposition (1.60); conferences with R. Finke re trial strategy (2.10); telephone conferences with KWLund re status of case projects (0.30). | 12.60 | 3,465.00 |
| 09/27/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.80 | 826.00 |
| 09/27/02 | EES | Review rebuttal report of Nelson Shapiro (2.60); review rebuttal report of Charles Young (.90); conference calls with accounting experts re rebuttal report issues (.90); review additional case authority cited by Plaintiffs in their motion to exclude Dale Jensen's testimony (3.80). | 8.20 | 2,296.00 |
| 09/27/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/27/02 | GMB | Continue research re exceptions to limiting review of administrative record (5.50). | 5.50 | 1,210.00 |
| 09/27/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.00 | 675.00 |
| 09/27/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (2.00). | 2.00 | 370.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/27/02 | NKA | Edit and finalize privilege list and draft transmittal letter for same (2.20); discuss new DOJ CD's with WBrown (.20); supervise and manage temporary employees re document review and coding issues (1.70); various emails and telephone calls with DOJ paralegal re documents referenced in Matt Cohn letter (.50). | 4.60 | 506.00 |
| 09/27/02 | AEC | Update index of documents previously transmitted to our experts (1.5); review, categorize and code documents produced by EPA for relevance to various case issues (3.5); update database to reflect previously marked exhibits (1.8); review and compile and prep materials for the Brody deposition (0.8). | 7.60 | 950.00 |
| 09/27/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/27/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/27/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/27/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/27/02 | NER | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/27/02 | JLS | Review supplemental expert reports of Charles Young and Wiley Wright, amended deposition notices of Eric Chatfield and Richard Lee, U.S. responses to fourth set of interrogatories and requests for production and response to motion to exclude testimony of Frederick Quivik (1.80); review, categorize and code Grace documents for relevance to various case issues (3.70); train AHerceglic re coding of Grace documents for relevance to various case issues (1.90). | 7.40 | 925.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 114 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/27/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.0). | 4.00 | 240.00 |
| 09/28/02 | LB | Travel from D.C. to Denver (3.0)(3.0 N/C)(50%NWT). | 3.00 | 1,200.00 |
| 09/28/02 | JDM | Research, draft and revise Brody deposition outline (5.8); review DOJ response to motion re rebuttal experts (0.2); telephone conference with S. Moolgavkar re expert depositions (0.5). | 6.50 | 1,950.00 |
| 09/28/02 | CLN | Draft motion re administrative record. | 6.00 | 1,800.00 |
| 09/28/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.20 | 330.00 |
| 09/28/02 | KJC | Defend R. Lee deposition (8.10); conference with E. Chatfield re deposition (3.10). | 11.20 | 3,080.00 |
| 09/28/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (2.80). | 2.80 | 518.00 |
| 09/29/02 | LB | Review draft motion to re-open the Administrative Record (.30) and telephone conference with CLNeitzel re same (.10); review revised Betty Anderson comments on EPA 9/5/02 Response to Grace Comments (.90). | 1.30 | 520.00 |
| 09/29/02 | JDM | Draft and revise Brody deposition outline (3.5); other Brody deposition preparation (2.0). | 5.50 | 1,650.00 |
| 09/29/02 | CLN | Draft motion re administrative record (6.4); conference with R. Finke re expert report (.2); communicate comments re expert report to expert (.2); conference with LBrown re expert report (.5). | 7.30 | 2,190.00 |
| 09/29/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 550.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 115 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/29/02 | KJC | Defend E. Chatfield (4.00); review and revise outline for Millett deposition (1.50); travel to Atlanta for Millett deposition (2.50) (2.50 N/C) (NWT 50%). | 8.00 | 2,200.00 |
| 09/29/02 | EES | Review case law re admissibility of "ultimate issue" expert opinions. | 2.90 | 812.00 |
| 09/29/02 | KAT | Review, categorize and code documents produced by EPA for relevance to various case issues (1.00). | 1.00 | 185.00 |
| 09/30/02 | LB | Telephone conference with Bill Corcoran et al. re Anderson comments to EPA 9/5/02 response, motion for leave to re-open the Administrative Record, and supplemenal expert designation re Anderson risk chart (.10); telephone conference with KWLund re same (.10); office conference with CLNeitzel re action items and trial preparation tasks (.60); review and  revise supplemental designation (Anderson chart) and telephone conference with Rick Reiss re same (.20); telephone conferences with CLNeitzel re motion to re-open admin record and Anderson comments re 9/5/02 EPA comments (.40); defend deposition of Suresh Moolgavkar (5.50); followup discussions with DOJ attorney Bob Homiak (.20); conference with Suresh Moolgavkar re dates for preparing for trial testimony (.10). | 7.20 | 2,880.00 |
| 09/30/02 | JDM | Prepare for Brody deposition (3.0); Brody deposition (2.8); review Anderson draft supplemental expert report (1.5). | 7.30 | 2,190.00 |
| 09/30/02 | CLN | Review US responses to our discovery (.7); review draft Grace responses to discovery (.5); conference with Will Sparks re Eschenbach deposition (.2); conferences with expert re expert report (.2); work on motion re administrative record (5.7); draft pleading re supplementation to expert disclosure (.5). | 7.80 | 2,340.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 116 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/30/02 | LSD | Review comments on draft stipulation from CLNeitzel and followup re same (.80); continue finalizing discovery responses to Fifth Set of Discovery, including telephone conferences with Drew Van Orden, KJCoggon and Alan Stringer (1.30). | 2.10 | 630.00 |
| 09/30/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.10 | 302.50 |
| 09/30/02 | KJC | Attend Millette deposition (6.00); return travel from Atlanta (2.50) (2.50 N/C) (NWT 50%). | 8.50 | 2,337.50 |
| 09/30/02 | EES | Review EPA cost documents produced the week of 9/23/02 (3.80); complete review of cases cited by EPA in their brief to exclude Dale Jensen's expert opinions (1.50); review case authority re the admissability of expert testimony based upon Generally Accepted Accounting Principles ("GAAP") (2.10). | 7.40 | 2,072.00 |
| 09/30/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,170.00 |
| 09/30/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.40 | 315.00 |
| 09/30/02 | NKA | Make updates to cost recovery coding assignment sheet (.90); supervise and manage temporary employees and HRO employees re document review/coding issues (1.20); review, categorize and code documents produced by EPA for relevance to various case issues (1.50). | 3.60 | 396.00 |
| 09/30/02 | AEC | Update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (3.8); review, categorize and code documents produced by EPA for relevance to various case issues (2.8). | 6.60 | 825.00 |
| 09/30/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 117 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/30/02 | DD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 09/30/02 | AH | Review documents for recovery costs (8.00). | 8.00 | 800.00 |
| 09/30/02 | KLK | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.00 | 125.00 |
| 09/30/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 270.00 |
| 09/30/02 | JLS | Train AHerceglic re coding Grace documents for relevance to various case issues (1.50);  telephone conferences with court reporter re expediting deposition transcripts of Lee and Chatfield (0.40); conferences with NKAberle and AECarroll re status of assignments for document coding and exhibits (0.70); review, categorize and code documents for relevance to various case issues (3.50). | 6.10 | 762.50 |
| 09/30/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 4.20 | 252.00 |
| 09/30/02 | MBF | Review, categorize and code documents produced by EPA for relevance to various case issues (1.50). | 1.50 | 135.00 |
| 09/30/02 | ICM | Procure medical research articles to support motion per CLNeitzel's request (5.0); conduct case law research and draft motion in response to motion to exclude expert Dale Jensen (2.0). | 7.00 | 770.00 |

**Total Fees Through September 30, 2002:**   **2763.85**   **$ 571,852.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| LB | Linnea Brown | Partner | $ 400.00 | 157.00 | $  62,800.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | Page | 118 |
|---|---|---|---|
| | | Invoice No.: | 612649 |
| | | Client  No.: | 04339 |
| | | Matter  No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G Harris | Partner | 350.00 | 89.50 | 31,325.00 |
| KWL | Kenneth W Lund | Partner | 350.00 | 92.80 | 32,480.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 28.70 | 8,610.00 |
| JDM | Jay D McCarthy | Partner | 300.00 | 122.30 | 36,690.00 |
| CLN | Charlotte L Neitzel | Partner | 300.00 | 172.90 | 51,870.00 |
| MWW | Mark W Weakley | Special Counsel | 295.00 | 19.10 | 5,634.50 |
| DJB | Dennis J. Baarlaer | Special Counsel | 275.00 | 23.80 | 6,545.00 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 205.50 | 56,512.50 |
| TRB | Troy R Braegger | Senior Counsel | 300.00 | 29.40 | 8,820.00 |
| EES | Edward E Stevenson | Senior Counsel | 280.00 | 177.70 | 49,756.00 |
| JD | Jennifer A. D'Alessandro | Senior Counsel | 260.00 | 44.70 | 11,622.00 |
| CCC | Caroline C. Cooley | Contract Attorney | 260.00 | 79.00 | 20,540.00 |
| SBY | Spencer B. Young | Associate | 250.00 | 9.80 | 2,450.00 |
| LAC | Louie A Cohen | Associate | 225.00 | 24.00 | 5,400.00 |
| GM | Gino Maurelli | Associate | 225.00 | 21.30 | 4,792.50 |
| CLR | Constance L. Rogers | Associate | 225.00 | 6.10 | 1,372.50 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 50.60 | 11,132.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 81.80 | 17,996.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 110.00 | 20,350.00 |
| DPW | Douglas P. Wall | Associate | 185.00 | 21.60 | 3,996.00 |
| MJO | Matthew J. Ochs | Associate | 180.00 | 23.90 | 4,302.00 |
| ATC | Allison T. Crist | Associate | 175.00 | 78.00 | 13,650.00 |
| MHH | Michael H Higuera | Associate | 175.00 | 20.60 | 3,605.00 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 115.60 | 14,450.00 |
| KLK | Karen L Kinnear | Paralegal | 125.00 | 28.00 | 3,500.00 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 8.50 | 1,062.50 |
| JLS | Joan L Sherman | Paralegal | 125.00 | 168.10 | 21,012.50 |
| PRS | Paula R Stacey | Paralegal | 125.00 | 2.00 | 250.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 126.70 | 13,937.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 119 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| DD | Dyan Davidson | Paralegal | 110.00 | 28.00 | 3,080.00 |
| SH | Susan Haag | Paralegal | 105.00 | 16.40 | 1,722.00 |
| AH | Angela Herceglic | Paralegal | 100.00 | 8.00 | 800.00 |
| SDC | Stephanie D. Cheeks | Paralegal | 60.00 | 71.50 | 4,290.00 |
| DD | Deborah Duffus | Paralegal | 60.00 | 64.60 | 3,876.00 |
| KL | Katherine Layton | Paralegal | 60.00 | 26.10 | 1,566.00 |
| LAM | Lisa A. Martel | Paralegal | 60.00 | 54.00 | 3,240.00 |
| MJP | Patuto Mary-Jill | Paralegal | 60.00 | 3.70 | 222.00 |
| TGM | Trista Giunta Merz | Paralegal | 60.00 | 75.50 | 4,530.00 |
| NER | Nathaniel E Reed | Paralegal | 60.00 | 71.10 | 4,266.00 |
| LS | Lorrie Simpson | Paralegal | 60.00 | 80.95 | 4,857.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 84.50 | 9,295.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 40.50 | 3,645.00 |

| | | **Total Fees:** | | 2,763.85 | $ 571,852.00 |
|---|---|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/04/02 | | Temporary Service: VENDOR: Gibson Arnold & Associates; INVOICE#: 89857; DATE: 8/7/2002 - Temporary services week ending 08/04/02 - Stephen Haraldson - 40.00 hours | $ | 1,050.00 |
| 09/01/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90002COR; DATE: 9/4/2002 - Temporary services - week ending 09/01/02 - Stephen Haraldson | | 525.00 |
| 09/03/02 | 2 | Facsimile | | 2.00 |
| 09/03/02 | 3 | Facsimile | | 3.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 120 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/03/02 | 2 | Facsimile | 2.00 |
| 09/03/02 | 2 | Facsimile | 2.00 |
| 09/03/02 | 2 | Facsimile | 2.00 |
| 09/03/02 | | Long Distance Telephone: 6195575767 | 0.24 |
| 09/03/02 | | Long Distance Telephone: 2025142701 | 0.23 |
| 09/03/02 | | Long Distance Telephone: 2023050494 | 0.15 |
| 09/03/02 | | Long Distance Telephone: 3026525340 | 0.29 |
| 09/03/02 | | Long Distance Telephone: 7243871869 | 0.13 |
| 09/03/02 | | Long Distance Telephone: 2023717436 | 0.09 |
| 09/03/02 | | Long Distance Telephone: 2023717436 | 0.04 |
| 09/03/02 | | Long Distance Telephone: 6174265900 | 0.18 |
| 09/03/02 | | Long Distance Telephone: 6174265900 | 0.15 |
| 09/03/02 | | Long Distance Telephone: 6175420039 | 0.21 |
| 09/03/02 | 294 | Photocopy | 44.10 |
| 09/03/02 | 24 | Photocopy | 3.60 |
| 09/03/02 | 8 | Photocopy | 1.20 |
| 09/03/02 | 34 | Photocopy | 5.10 |
| 09/03/02 | 58 | Photocopy | 8.70 |
| 09/03/02 | 40 | Photocopy | 6.00 |
| 09/03/02 | 63 | Photocopy | 9.45 |
| 09/03/02 | 57 | Photocopy | 8.55 |
| 09/03/02 | 2 | Photocopy | 0.30 |
| 09/03/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19246; DATE: 9/3/2002  -  Denver, Airfare, 9/19-9/19/02, Denver Washington Washington Denver, E. Stevenson | 588.00 |
| 09/04/02 | 19 | Facsimile | 19.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 121 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/04/02 | | Long Distance Telephone: 4065232543 | 0.46 |
| 09/04/02 | | Long Distance Telephone: 5613621533 | 0.01 |
| 09/04/02 | | Long Distance Telephone: 7243871869 | 0.11 |
| 09/04/02 | | Long Distance Telephone: 7243094381 | 0.37 |
| 09/04/02 | | Long Distance Telephone: 5613621533 | 0.03 |
| 09/04/02 | | Long Distance Telephone: 4105314557 | 2.55 |
| 09/04/02 | | Long Distance Telephone: 7036840123 | 0.34 |
| 09/04/02 | | Long Distance Telephone: 6174265900 | 0.94 |
| 09/04/02 | | Long Distance Telephone: ward E. Ste   4/02; DATE: 9/4/20 | 18.78 |
| 09/04/02 | | Long Distance Telephone: 7036840123    0:10 | 1.81 |
| 09/04/02 | | Long Distance Telephone: 4122884104    4:52 | 1.86 |
| 09/04/02 | | Long Distance Telephone: 4122884104    4:52 | 1.89 |
| 09/04/02 | | Long Distance Telephone: 7036840123    5:12 | 1.38 |
| 09/04/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/04/02; DATE: 9/4/2002  -  Denver, 8/27-8/30/02, Boston, MA, Deposition of John McGuiggin (DOT), Meals | 141.63 |
| 09/04/02 | 1 | Outside Courier | 6.50 |
| 09/04/02 | | Parking: VENDOR: Edward E. Stevenson; INVOICE#: 09/04/02; DATE: 9/4/2002  -  Denver, 8/27-8/30/02, Boston, MA, Deposition of John McGuiggin (DOT), Parking | 53.00 |
| 09/04/02 | 123 | Photocopy | 18.45 |
| 09/04/02 | 33 | Photocopy | 4.95 |
| 09/04/02 | 25 | Photocopy | 3.75 |
| 09/04/02 | 9 | Photocopy | 1.35 |
| 09/04/02 | 5 | Photocopy | 0.75 |
| 09/04/02 | 2 | Photocopy | 0.30 |
| 09/04/02 | 15 | Photocopy | 2.25 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 122 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/04/02 | 319 | Photocopy | 47.85 |
| 09/04/02 | 184 | Photocopy | 27.60 |
| 09/04/02 | 14 | Photocopy | 2.10 |
| 09/04/02 | 3 | Photocopy | 0.45 |
| 09/04/02 | 24 | Photocopy | 3.60 |
| 09/04/02 | 13 | Photocopy | 1.95 |
| 09/04/02 | 13 | Photocopy | 1.95 |
| 09/04/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 38982; DATE: 9/4/2002  -  Denver, Acct #00020, Room Charges for Gary Graham, 9/2/02 | 157.69 |
| 09/04/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/04/02; DATE: 9/4/2002  -  Denver, 8/27-8/30/02, Boston, MA, Deposition of John McGuiggin (DOT)/Miles | 17.74 |
| 09/04/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/04/02; DATE: 9/4/2002  -  Denver, 8/27-8/30/02, Boston, MA, Deposition of John McGuiggin (DOT)/Taxi/tips | 19.00 |
| 09/04/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/04/02; DATE: 9/4/2002  -  Denver, 8/27-8/30/02, Boston, MA, Deposition of John McGuiggin (DOT), Hotel | 637.59 |
| 09/05/02 | 39 | Color Photocopy | 25.35 |
| 09/05/02 | 2 | Facsimile | 2.00 |
| 09/05/02 | | Long Distance Telephone:  3129608500 | 1.70 |
| 09/05/02 | | Long Distance Telephone:  3124254103 | 2.00 |
| 09/05/02 | | Long Distance Telephone:  4062933964 | 0.04 |
| 09/05/02 | | Long Distance Telephone:  7036840123 | 0.14 |
| 09/05/02 | | Long Distance Telephone:  9058967611 | 13.53 |
| 09/05/02 | | Long Distance Telephone:  4105314751 | 1.73 |
| 09/05/02 | | Long Distance Telephone:  4105314751 | 2.57 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 123 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/05/02 | | Long Distance Telephone: 2028795000   :57 | 1.83 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-26; Gary L Graham Missoula, Mt | 16.18 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-27; Elizabeth Anderson Alexandria, Va | 19.62 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-27; Dr Rich Lee Monroeville, Pa | 18.96 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-27; Gary L Graham Missoula, Mt | 37.17 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-27; Matthew T Murphy Boston, Ma | 19.62 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-27; Matthew T Murphy Boston, Ma | 139.74 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Robert Emmett Columbia, Md | 9.57 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Robert Emmett Columbia, Md | 19.62 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Matthew Murphy Boston, Ma | 19.62 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Matthew Murphy Boston, Ma | 9.57 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 124 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; Richard Bartelt Chicago, IL | 12.07 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-29; Rhonda Bledsoe Chicago, IL | 35.34 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-30; Dori Anne Kuchinsky Leesburg, Va | 24.40 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-30; Gary L Graham Missoula, Mt | 37.17 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-30; Richard Senftleben Boca Raton, Fl | 24.40 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-30; William Mercer Billings, Mt | 22.54 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-73382; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-28; From Halkeen Shaheed New York, NY to KJCoggon Denver, Co | 15.12 |
| 09/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-87422; DATE: 9/5/2002  -  Courier, Acct. 0802-0410-8 08-30; Eric Chatfield Mississauga, On | 37.09 |
| 09/05/02 | 3 | Oversize/Map Charge | 3.00 |
| 09/05/02 | 294 | Photocopy | 44.10 |
| 09/05/02 | 445 | Photocopy | 66.75 |
| 09/05/02 | 63 | Photocopy | 9.45 |
| 09/05/02 | 358 | Photocopy | 53.70 |
| 09/05/02 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page            125
Invoice No.:    612649
Client   No.:   04339
Matter  No.:    00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/05/02 | 66 | Photocopy | 9.90 |
| 09/05/02 | 28 | Photocopy | 4.20 |
| 09/05/02 | 73 | Photocopy | 10.95 |
| 09/05/02 | 1 | Westlaw | 217.05 |
| 09/06/02 | 2 | Facsimile | 2.00 |
| 09/06/02 | 1 | Facsimile | 1.00 |
| 09/06/02 | 2 | Facsimile | 2.00 |
| 09/06/02 | 2 | Facsimile | 2.00 |
| 09/06/02 | 4 | Facsimile | 4.00 |
| 09/06/02 | 5 | Facsimile | 5.00 |
| 09/06/02 | | Long Distance Telephone: 6175423025 | 0.45 |
| 09/06/02 | | Long Distance Telephone: 4062933964 | 0.09 |
| 09/06/02 | | Long Distance Telephone: 7036840123 | 0.31 |
| 09/06/02 | | Long Distance Telephone: 4105314203 | 0.14 |
| 09/06/02 | | Long Distance Telephone: 5613621533     :45 | 3.67 |
| 09/06/02 | 160 | Photocopy | 24.00 |
| 09/06/02 | 2 | Photocopy | 0.30 |
| 09/06/02 | 27 | Photocopy | 4.05 |
| 09/06/02 | 6 | Photocopy | 0.90 |
| 09/06/02 | 36 | Photocopy | 5.40 |
| 09/06/02 | 129 | Photocopy | 19.35 |
| 09/06/02 | 20 | Photocopy | 3.00 |
| 09/06/02 | 48 | Photocopy | 7.20 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 126 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/06/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302; DATE: 9/13/2002  -  Travel expenses - San Jose and San Francisco, CA on  August 19-22,2002 to attend deposition of Julie Yang/Personal Mileage | 10.95 |
| 09/06/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302; DATE: 9/13/2002  -  Travel expenses - San Jose and San Francisco, CA on  August 19-22,2002 to attend deposition of Julie Yang/Parking | 36.50 |
| 09/06/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302; DATE: 9/13/2002  -  Travel expenses - San Jose and San Francisco, CA on  August 19-22,2002 to attend deposition of Julie Yang/Tolls | 3.25 |
| 09/06/02 | 2 | Velo Binding | 2.00 |
| 09/07/02 | 1 | Lexis | 494.00 |
| 09/08/02 | 30 | Photocopy | 4.50 |
| 09/08/02 | 64 | Photocopy | 9.60 |
| 09/09/02 | 2 | Facsimile | 2.00 |
| 09/09/02 | 3 | Facsimile | 3.00 |
| 09/09/02 | 2 | Facsimile | 2.00 |
| 09/09/02 | 4 | Facsimile | 4.00 |
| 09/09/02 | 3 | Facsimile | 3.00 |
| 09/09/02 | 5 | Facsimile | 5.00 |
| 09/09/02 | | Long Distance Telephone:  4065232500 | 0.21 |
| 09/09/02 | | Long Distance Telephone:  4067525751 | 0.17 |
| 09/09/02 | | Long Distance Telephone:  2023717436 | 0.47 |
| 09/09/02 | | Long Distance Telephone:  4065232500 | 0.10 |
| 09/09/02 | | Long Distance Telephone:  2023050494 | 1.02 |
| 09/09/02 | | Long Distance Telephone:  6192975466    0:4 | 1.17 |
| 09/09/02 | | Long Distance Telephone:  4105314751    4:46 | 1.76 |
| 09/09/02 | 1 | Photocopy | 0.15 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 127 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/09/02 | 224 | Photocopy | 33.60 |
| 09/09/02 | 1,168 | Photocopy | 175.20 |
| 09/09/02 | 1,867 | Photocopy | 280.05 |
| 09/09/02 | 375 | Photocopy | 56.25 |
| 09/09/02 | 15 | Photocopy | 2.25 |
| 09/09/02 | 13 | Photocopy | 1.95 |
| 09/09/02 | 607 | Photocopy | 91.05 |
| 09/09/02 | 9 | Photocopy | 1.35 |
| 09/09/02 | 822 | Photocopy | 123.30 |
| 09/09/02 | 890 | Photocopy | 133.50 |
| 09/09/02 | 5 | Photocopy | 0.75 |
| 09/09/02 | 91 | Photocopy | 13.65 |
| 09/09/02 | 105 | Photocopy | 15.75 |
| 09/09/02 | 48 | Photocopy | 7.20 |
| 09/09/02 | 375 | Photocopy | 56.25 |
| 09/09/02 | 27 | Photocopy | 4.05 |
| 09/09/02 | 906 | Photocopy | 135.90 |
| 09/09/02 | 2,059 | Photocopy | 308.85 |
| 09/09/02 | 1,335 | Photocopy | 200.25 |
| 09/09/02 | 1,203 | Photocopy | 180.45 |
| 09/09/02 | | Research Service: VENDOR: STN-Columbus; INVOICE#: C-0208-04527; DATE: 9/9/2002  -  Denver, Acct #8606258X, Chemlist, Search Fee, Registry | 49.30 |
| 09/09/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19304; DATE: 9/9/2002  -  Denver, Airfare, 9/16-9/18/02, Denver Washington Washington Denver, E. Stevenson | 130.00 |
| 09/10/02 | 6 | Facsimile | 6.00 |