# A-5

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 128 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/10/02 | 9 | Facsimile | 9.00 |
| 09/10/02 | 1 | Lexis | 397.09 |
| 09/10/02 | | Long Distance Telephone: y McCarthy;    TE: 9/10/2002 - | 44.55 |
| 09/10/02 | | Long Distance Telephone: ward E. Ste    0/02; DATE: 9/10/2 | 3.00 |
| 09/10/02 | | Long Distance Telephone: 5613621533 | 0.12 |
| 09/10/02 | | Long Distance Telephone: 6174263501 | 0.32 |
| 09/10/02 | | Long Distance Telephone: 5133812838 | 0.57 |
| 09/10/02 | | Long Distance Telephone: 5613621533 | 1.97 |
| 09/10/02 | | Long Distance Telephone: 7036840123 | 0.06 |
| 09/10/02 | | Long Distance Telephone: 9058967611 | 40.59 |
| 09/10/02 | | Long Distance Telephone: 3124449882 | 0.10 |
| 09/10/02 | | Long Distance Telephone: 4065232500 | 0.03 |
| 09/10/02 | | Long Distance Telephone: 7036840123    5:8 | 1.63 |
| 09/10/02 | | Long Distance Telephone: s made from | 15.19 |
| 09/10/02 | | Other Meal Expense: VENDOR: Jay McCarthy; INVOICE#: 9/10/02; DATE: 9/10/2002 -  Denver, 9/5-9/7/02, Spokane, WA, To Take Deposition of Dr. Alan Whitehouse, Meals | 86.38 |
| 09/10/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/10/02; DATE: 9/10/2002 -  Denver, 9/3-9/7/02, Chicago, IL, Depositions - NORC and AOEC, Meals | 244.43 |
| 09/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-50645; DATE: 9/10/2002 -  Courier, Acct. 0802-0410-8 08-26; Eric J Chatfield Mississauga, On | 15.30 |
| 09/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-347-50645; DATE: 9/10/2002 -  Courier, Acct. 0802-0410-8 08-27; Eric J Chatfield Mississauga, On | 20.53 |
| 09/10/02 | | Parking: VENDOR: Edward E. Stevenson; INVOICE#: 09/10/02; DATE: 9/10/2002 -  Denver, 9/3-9/7/02, Chicago, IL, Depositions - NORC and AOEC, Parking | 68.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 129 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/10/02 | 73 | Photocopy | 10.95 |
| 09/10/02 | 138 | Photocopy | 20.70 |
| 09/10/02 | 39 | Photocopy | 5.85 |
| 09/10/02 | 2 | Photocopy | 0.30 |
| 09/10/02 | 1,235 | Photocopy | 185.25 |
| 09/10/02 | 8 | Photocopy | 1.20 |
| 09/10/02 | 24 | Photocopy | 3.60 |
| 09/10/02 | 4 | Photocopy | 0.60 |
| 09/10/02 | 2 | Photocopy | 0.30 |
| 09/10/02 | 441 | Photocopy | 66.15 |
| 09/10/02 | 339 | Photocopy | 50.85 |
| 09/10/02 | 36 | Photocopy | 5.40 |
| 09/10/02 | 1,321 | Photocopy | 198.15 |
| 09/10/02 | 36 | Photocopy | 5.40 |
| 09/10/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19307; DATE: 9/10/2002 -Airfare- Denver, 9/24-9/26/02, Denver Washington Washington Denver, E. Stevenson | 520.00 |
| 09/10/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 9/10/02; DATE: 9/10/2002 - Denver, 9/5-9/7/02, Spokane, WA, To Take Deposition of Dr. Alan Whitehouse/Taxi/tips. | 116.50 |
| 09/10/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 9/10/02; DATE: 9/10/2002 - Denver, 9/5-9/7/02, Spokane, WA, To Take Deposition of Dr. Alan Whitehouse/ Hotel | 319.30 |
| 09/10/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/10/02; DATE: 9/10/2002 - Denver, 9/3-9/7/02, Chicago, IL, Depositions - NORC and AOEC/ Miles. | 17.74 |
| 09/10/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/10/02; DATE: 9/10/2002 - Denver, 9/3-9/7/02, Chicago, IL, Depositions - NORC and AOEC/ Taxi/tips. | 68.60 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 130 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/10/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/10/02; DATE: 9/10/2002  -  Denver, 9/3-9/7/02, Chicago, IL, Depositions - NORC and AOEC/ Hotel. | 960.56 |
| 09/11/02 | 4 | Facsimile | 4.00 |
| 09/11/02 | 6 | Facsimile | 6.00 |
| 09/11/02 | 5 | Facsimile | 5.00 |
| 09/11/02 | 5 | Facsimile | 5.00 |
| 09/11/02 | 1 | Lexis | 436.57 |
| 09/11/02 | | Long Distance Telephone:  7037298543 | 1.12 |
| 09/11/02 | | Long Distance Telephone:  5134709555 | 0.01 |
| 09/11/02 | | Long Distance Telephone:  5133818228 | 0.45 |
| 09/11/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90034; DATE: 9/11/2002  -  Temporary Services for week-ending 09/08/02 - Stephen Haraldson | 413.44 |
| 09/11/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 43620; DATE: 9/11/2002  -  Denver, Catering for September, 2002, Lunch, 9/11/02, Coggon | 40.33 |
| 09/11/02 | 8 | Photocopy | 1.20 |
| 09/11/02 | 69 | Photocopy | 10.35 |
| 09/11/02 | 217 | Photocopy | 32.55 |
| 09/11/02 | 1,414 | Photocopy | 212.10 |
| 09/11/02 | 32 | Photocopy | 4.80 |
| 09/11/02 | 324 | Photocopy | 48.60 |
| 09/11/02 | 97 | Photocopy | 14.55 |
| 09/11/02 | 98 | Photocopy | 14.70 |
| 09/11/02 | 182 | Photocopy | 27.30 |
| 09/11/02 | 22 | Photocopy | 3.30 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 131 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/11/02 | 24 | Photocopy | 3.60 |
| 09/11/02 | 2,129 | Photocopy | 319.35 |
| 09/11/02 | 462 | Photocopy | 69.30 |
| 09/11/02 | 12 | Photocopy | 1.80 |
| 09/11/02 | 22 | Photocopy | 3.30 |
| 09/11/02 | 291 | Photocopy | 43.65 |
| 09/11/02 | 1,285 | Photocopy | 192.75 |
| 09/11/02 | 25 | Photocopy | 3.75 |
| 09/11/02 | 26 | Photocopy | 3.90 |
| 09/11/02 | 10 | Photocopy | 1.50 |
| 09/11/02 | 33 | Photocopy | 4.95 |
| 09/11/02 | 92 | Photocopy | 13.80 |
| 09/11/02 | 48 | Photocopy | 7.20 |
| 09/11/02 | 356 | Photocopy | 53.40 |
| 09/11/02 | 46 | Photocopy | 6.90 |
| 09/11/02 | 892 | Photocopy | 133.80 |
| 09/11/02 | 84 | Photocopy | 12.60 |
| 09/11/02 | 34 | Photocopy | 5.10 |
| 09/11/02 | 48 | Photocopy | 7.20 |
| 09/11/02 | 168 | Photocopy | 25.20 |
| 09/11/02 | 116 | Photocopy | 17.40 |
| 09/11/02 | 64 | Photocopy | 9.60 |
| 09/11/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19346; DATE: 9/11/2002  -  Denver, Airfare, 9/24-9/25/02, Denver Cincinnati Cincinnati Denver, J. McCarthy | 862.50 |
| 09/12/02 | 18 | Color Photocopy | 11.70 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 132 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/02 | 32 | Color Photocopy | 20.80 |
| 09/12/02 | 8 | Color Photocopy | 5.20 |
| 09/12/02 | 48 | Color Photocopy | 31.20 |
| 09/12/02 | 3 | Facsimile | 3.00 |
| 09/12/02 | 28 | Facsimile | 28.00 |
| 09/12/02 | 8 | Facsimile | 8.00 |
| 09/12/02 | | Long Distance Telephone:  7036840123 | 1.13 |
| 09/12/02 | | Long Distance Telephone:  7037298543 | 0.08 |
| 09/12/02 | | Long Distance Telephone:  2022204158 | 0.12 |
| 09/12/02 | | Long Distance Telephone:  5613621533 | 0.10 |
| 09/12/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 43664; DATE: 9/12/2002  -  Denver, Catering for September, 2002, Lunch, 9/12/02, L. Brown | 43.48 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-26; From George Thornton New York, NY to KJCoggon Denver, Co | 28.91 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 | 18.96 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-30; Dr William G Hughson La Jolla, Ca | 23.23 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-30; Mark Grummer Washington, DC | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 08-30; William Corcoran Columbia, Md | 24.40 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 133 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Jay Hughes Boca Raton, Fl | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Richard Bartelt Chicago, IL | 21.88 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Robert Emmett Columbia, Md | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Richard Finke Boca Raton, Fl | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Dale R Jensen Denver, Co | 12.62 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Richard J Lee Monroeville, Pa | 23.87 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Elizabeth Anderson Alexandria, Va | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 08-30; Neil Ram Burlington, Ma | 24.40 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 09-04; Robert Emmett Columbia, Md | 9.61 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002 - Courier, Acct. 0802-0410-8 09-04; Matthew T Murphy Boston, Ma | 9.61 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 134 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-04; Robert Emmett Columbia, Md | 9.23 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-06; William Hughson La Jolla, Ca | 13.48 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-09; Gary L Graham Missoula, Mt | 8.90 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-09063; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-09; William Mercer Billings, Mt | 12.39 |
| 09/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-25303; DATE: 9/12/2002  -  Courier, Acct. 0802-0410-8 09-06; Eric Chatfield Mississauga, On | 20.63 |
| 09/12/02 | 12 | Photocopy | 1.80 |
| 09/12/02 | 27 | Photocopy | 4.05 |
| 09/12/02 | 4 | Photocopy | 0.60 |
| 09/12/02 | 14 | Photocopy | 2.10 |
| 09/12/02 | 365 | Photocopy | 54.75 |
| 09/12/02 | 184 | Photocopy | 27.60 |
| 09/12/02 | 21 | Photocopy | 3.15 |
| 09/12/02 | 1 | Photocopy | 0.15 |
| 09/12/02 | 4 | Photocopy | 0.60 |
| 09/12/02 | 5 | Photocopy | 0.75 |
| 09/12/02 | 48 | Photocopy | 7.20 |
| 09/12/02 | 553 | Photocopy | 82.95 |
| 09/12/02 | 1 | Photocopy | 0.15 |
| 09/12/02 | 1,737 | Photocopy | 260.55 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 135 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/12/02 | 244 | Photocopy | 36.60 |
| 09/12/02 | 3,541 | Photocopy | 531.15 |
| 09/12/02 | 95 | Photocopy | 14.25 |
| 09/12/02 | 143 | Photocopy | 21.45 |
| 09/12/02 | 75 | Photocopy | 11.25 |
| 09/12/02 | 199 | Photocopy | 29.85 |
| 09/12/02 | 58 | Photocopy | 8.70 |
| 09/12/02 | 378 | Photocopy | 56.70 |
| 09/12/02 | 297 | Photocopy | 44.55 |
| 09/12/02 | 60 | Photocopy | 9.00 |
| 09/12/02 | 33 | Photocopy | 4.95 |
| 09/12/02 | 14 | Photocopy | 2.10 |
| 09/12/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19352; DATE: 9/12/2002 - Denver, Airfare, 9/29-10/1/02, Denver New Orleans New Orleans Denver, J. McCarthy | 318.00 |
| 09/12/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19361; DATE: 9/12/2002 - Denver, Airfare, 9/18-9/19/02, Denver Philadelphia Philadelphia Chicago Chicago Denver, K. Lund | 1,277.00 |
| 09/12/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 39464; DATE: 9/12/2002 - Denver, Acct #00020, Room Charges William Sparks, 9/10-9/11/02 | 247.32 |
| 09/12/02 | | Travel Expense: VENDOR: Hertz Corporation; INVOICE#: 257062606; DATE: 9/18/2002 - Auto Rental for 08/22/02-09/10/02 | 305.27 |
| 09/13/02 | 4 | Facsimile | 4.00 |
| 09/13/02 | 4 | Facsimile | 4.00 |
| 09/13/02 | | Long Distance Telephone:  2022204158 | 0.08 |
| 09/13/02 | | Long Distance Telephone:  7243094381 | 0.20 |
| 09/13/02 | | Long Distance Telephone:  7036840123 | 0.16 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 136 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/13/02 | | Long Distance Telephone: 7036840123 | 0.23 |
| 09/13/02 | | Long Distance Telephone: 7036840123 | 0.11 |
| 09/13/02 | | Long Distance Telephone: 7036246561 | 0.04 |
| 09/13/02 | 819 | Photocopy | 122.85 |
| 09/13/02 | 1 | Photocopy | 0.15 |
| 09/13/02 | 94 | Photocopy | 14.10 |
| 09/13/02 | 94 | Photocopy | 14.10 |
| 09/13/02 | 3 | Photocopy | 0.45 |
| 09/13/02 | 7 | Photocopy | 1.05 |
| 09/13/02 | 1 | Photocopy | 0.15 |
| 09/13/02 | 594 | Photocopy | 89.10 |
| 09/13/02 | 4 | Photocopy | 0.60 |
| 09/13/02 | 10 | Photocopy | 1.50 |
| 09/13/02 | 30 | Photocopy | 4.50 |
| 09/13/02 | 12 | Photocopy | 1.80 |
| 09/13/02 | 72 | Photocopy | 10.80 |
| 09/13/02 | 96 | Photocopy | 14.40 |
| 09/13/02 | 6 | Photocopy | 0.90 |
| 09/13/02 | 3 | Photocopy | 0.45 |
| 09/13/02 | 250 | Photocopy | 37.50 |
| 09/13/02 | 74 | Photocopy | 11.10 |
| 09/13/02 | 3 | Photocopy | 0.45 |
| 09/13/02 | 16 | Photocopy | 2.40 |
| 09/13/02 | 37 | Photocopy | 5.55 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 137 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-04; U S Dept. of Justice | 5.95 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-06; ARCADIS | 24.75 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-10; U S EPA Region 8 | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-10; U S EPA Region 8 | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-11; EPA | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-12; Price Waterhouse Coopers | 8.25 |
| 09/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7148005; DATE: 9/15/2002  -  Courier, Acct. HO7068 09-13; Price Waterhouse Coopers | 8.25 |
| 09/16/02 | 23 | Facsimile | 23.00 |
| 09/16/02 | 2 | Facsimile | 2.00 |
| 09/16/02 | 2 | Facsimile | 2.00 |
| 09/16/02 | 1 | Lexis | 809.76 |
| 09/16/02 | | Long Distance Telephone: 7036840123 | 0.24 |
| 09/16/02 | | Long Distance Telephone: 7036246561 | 0.12 |
| 09/16/02 | | Long Distance Telephone: 2022204158 | 0.04 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 138 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/16/02 | | Long Distance Telephone:  2122529700 | 0.27 |
| 09/16/02 | | Long Distance Telephone:  7036840123 | 0.23 |
| 09/16/02 | | Long Distance Telephone:  7036840123 | 0.02 |
| 09/16/02 | | Long Distance Telephone:  2023050494 | 0.12 |
| 09/16/02 | | Long Distance Telephone:  4122884105 | 0.26 |
| 09/16/02 | | Long Distance Telephone:  2158511492 | 0.20 |
| 09/16/02 | | Long Distance Telephone:  7243871869 | 0.07 |
| 09/16/02 | | Long Distance Telephone:  6174265900 | 0.14 |
| 09/16/02 | | Long Distance Telephone:  7243871869 | 0.02 |
| 09/16/02 | | Long Distance Telephone:  7243871869 | 0.10 |
| 09/16/02 | | Long Distance Telephone:  8584545456    3:41 | 2.72 |
| 09/16/02 | | Other Expense: VENDOR: Ann Carroll; INVOICE#: 100102; DATE: 10/1/2002  -  Working dinner on September 16, 2002 for A. Carroll, N. Brown, C. Harris, J. Sherman, K. Bates, N. Aberle and two consultants from Dr. Anderson's office (working on preparation for Paul Peronard deposition). | 63.00 |
| 09/16/02 | 135 | Photocopy | 20.25 |
| 09/16/02 | 92 | Photocopy | 13.80 |
| 09/16/02 | 544 | Photocopy | 81.60 |
| 09/16/02 | 24 | Photocopy | 3.60 |
| 09/16/02 | 291 | Photocopy | 43.65 |
| 09/16/02 | 69 | Photocopy | 10.35 |
| 09/16/02 | 19 | Photocopy | 2.85 |
| 09/16/02 | 92 | Photocopy | 13.80 |
| 09/16/02 | 138 | Photocopy | 20.70 |
| 09/16/02 | 239 | Photocopy | 35.85 |
| 09/16/02 | 154 | Photocopy | 23.10 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 139 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/16/02 | 60 | Photocopy | 9.00 |
| 09/16/02 | 1,293 | Photocopy | 193.95 |
| 09/16/02 | 12 | Photocopy | 1.80 |
| 09/16/02 | 120 | Photocopy | 18.00 |
| 09/16/02 | 618 | Photocopy | 92.70 |
| 09/16/02 | 404 | Photocopy | 60.60 |
| 09/16/02 | 369 | Photocopy | 55.35 |
| 09/16/02 | 109 | Photocopy | 16.35 |
| 09/16/02 | 1 | Photocopy | 0.15 |
| 09/16/02 | 1 | Photocopy | 0.15 |
| 09/16/02 | 483 | Photocopy | 72.45 |
| 09/16/02 | 762 | Photocopy | 114.30 |
| 09/16/02 | 57 | Photocopy | 8.55 |
| 09/16/02 | 246 | Photocopy | 36.90 |
| 09/16/02 | 378 | Photocopy | 56.70 |
| 09/16/02 | 355 | Photocopy | 53.25 |
| 09/16/02 | 75 | Photocopy | 11.25 |
| 09/16/02 | 21 | Photocopy | 3.15 |
| 09/16/02 | 20 | Photocopy | 3.00 |
| 09/16/02 | 46 | Photocopy | 6.90 |
| 09/16/02 | 116 | Photocopy | 17.40 |
| 09/16/02 | 18 | Photocopy | 2.70 |
| 09/16/02 | 208 | Photocopy | 31.20 |
| 09/16/02 | 22 | Photocopy | 3.30 |
| 09/16/02 | 134 | Photocopy | 20.10 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 140 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/16/02 | 132 | Photocopy | 19.80 |
| 09/16/02 | 205 | Photocopy | 30.75 |
| 09/16/02 | 1 | Westlaw | 30.37 |
| 09/17/02 | 7 | Facsimile | 7.00 |
| 09/17/02 | | Long Distance Telephone:  3124254103 | 0.15 |
| 09/17/02 | | Long Distance Telephone:  5613621533 | 0.10 |
| 09/17/02 | | Long Distance Telephone:  6174265900 | 0.10 |
| 09/17/02 | | Long Distance Telephone:  4122884104 | 0.17 |
| 09/17/02 | | Other Expense: VENDOR: Michigan State University; INVOICE#: 12247; DATE: 9/17/2002  -  Denver, Acct #HORO, M-142185, M-142183, M-142184 | 60.00 |
| 09/17/02 | | Other Expense: VENDOR: Choice Sedans; INVOICE#: 093002; DATE: 9/30/2002  -  Limo services from HRO to DIA for R. Finke | 69.00 |
| 09/17/02 | 8 | Photocopy | 1.20 |
| 09/17/02 | 2 | Photocopy | 0.30 |
| 09/17/02 | 32 | Photocopy | 4.80 |
| 09/17/02 | 42 | Photocopy | 6.30 |
| 09/17/02 | 53 | Photocopy | 7.95 |
| 09/17/02 | 57 | Photocopy | 8.55 |
| 09/17/02 | 56 | Photocopy | 8.40 |
| 09/17/02 | 4 | Photocopy | 0.60 |
| 09/17/02 | 9 | Photocopy | 1.35 |
| 09/17/02 | 107 | Photocopy | 16.05 |
| 09/17/02 | 6 | Photocopy | 0.90 |
| 09/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19425; DATE: 9/17/2002  -  Denver, Airfare, 9/25-9/26/02, Denver Baltimore Boston Denver, K. Lund | 198.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 141 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/17/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19402; DATE: 9/17/2002 - Denver, Airfare, 9/17/02, Baltimore Boston, K. Lund | 94.00 |
| 09/18/02 | 2 | Facsimile | 2.00 |
| 09/18/02 | 3 | Facsimile | 3.00 |
| 09/18/02 | 5 | Facsimile | 5.00 |
| 09/18/02 | | Long Distance Telephone: 4062933964 | 0.17 |
| 09/18/02 | | Long Distance Telephone: 3124254103 | 0.17 |
| 09/18/02 | | Long Distance Telephone: 4065232543 | 0.23 |
| 09/18/02 | | Long Distance Telephone: 5133812838  :58 | 2.03 |
| 09/18/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90064; DATE: 9/18/2002 - Temporary services for week-ending 09/15/02 | 525.00 |
| 09/18/02 | 70 | Photocopy | 10.50 |
| 09/18/02 | 163 | Photocopy | 24.45 |
| 09/18/02 | 51 | Photocopy | 7.65 |
| 09/18/02 | 27 | Photocopy | 4.05 |
| 09/18/02 | 113 | Photocopy | 16.95 |
| 09/18/02 | 134 | Photocopy | 20.10 |
| 09/18/02 | 1 | Photocopy | 0.15 |
| 09/18/02 | 42 | Photocopy | 6.30 |
| 09/18/02 | 168 | Photocopy | 25.20 |
| 09/18/02 | 23 | Photocopy | 3.45 |
| 09/18/02 | 53 | Photocopy | 7.95 |
| 09/18/02 | 122 | Photocopy | 18.30 |
| 09/18/02 | 14 | Photocopy | 2.10 |
| 09/18/02 | 27 | Photocopy | 4.05 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 142 |
| Invoice No.: | 612649 |
| Client No. | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19442; DATE: 9/18/2002 - Denver, Airfare, 9/30/02, Atlanta Denver, K. Coggon | 269.00 |
| 09/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19443; DATE: 9/18/2002 - Denver, Airfare, 9/26-9/29/02, Baltimore Pittsburgh Pittsburgh Atlanta, K. Coggon | 449.50 |
| 09/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19444; DATE: 9/18/2002 - Denver, Airfare, 9/25-9/29/02, Denver Baltimore, K. Coggon | 392.00 |
| 09/19/02 | 7 | Color Photocopy | 4.55 |
| 09/19/02 | 6 | Color Photocopy | 3.90 |
| 09/19/02 | 120 | Color Photocopy | 78.00 |
| 09/19/02 | 4 | Color Photocopy | 2.60 |
| 09/19/02 | 50 | Color Photocopy | 32.50 |
| 09/19/02 | 11 | Facsimile | 11.00 |
| 09/19/02 | 9 | Facsimile | 9.00 |
| 09/19/02 | 3 | Facsimile | 3.00 |
| 09/19/02 | 3 | Facsimile | 3.00 |
| 09/19/02 | 3 | Facsimile | 3.00 |
| 09/19/02 | 1 | Lexis | 20.14 |
| 09/19/02 | 1 | Lexis | 86.62 |
| 09/19/02 | | Long Distance Telephone: 3124254103 | 0.96 |
| 09/19/02 | | Long Distance Telephone: 3124449882 | 0.06 |
| 09/19/02 | | Long Distance Telephone: 4067516003 | 0.11 |
| 09/19/02 | | Long Distance Telephone: 7037298543 | 0.93 |
| 09/19/02 | | Long Distance Telephone: 3124449882 | 0.03 |
| 09/19/02 | | Long Distance Telephone: 6175420039 | 0.13 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 143 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/19/02 | | Long Distance Telephone: 6175420039 | 0.08 |
| 09/19/02 | | Long Distance Telephone: 7036840123 | 0.16 |
| 09/19/02 | | Long Distance Telephone: 7036840123 | 0.07 |
| 09/19/02 | | Long Distance Telephone: 2023050494 | 0.08 |
| 09/19/02 | | Long Distance Telephone: 6174265900 | 1.30 |
| 09/19/02 | | Long Distance Telephone: 4065232543 | 4.32 |
| 09/19/02 | | Long Distance Telephone: 6192352400 | 0.34 |
| 09/19/02 | | Long Distance Telephone: 3015718122    7:46 | 4.25 |
| 09/19/02 | 1 | Outside Courier | 6.50 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-66111; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; Eric J Chatfield Mississauga, On | 20.63 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-12; Richard Senftleben Boca Raton, Fl | 15.19 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; From Lee Hilliard Denver, Co to Ed Stevenson Denver, Co | 35.31 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; Robert A Murphy Boston, Ma | 15.19 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-11; William Corcoran Columbia, Md | 13.46 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-11; Doug Cameron Philadelphia, Pa | 13.46 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-11; Don J Frost Washington, DC | 13.46 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 144 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-11; Matthew T Murphy Boston, Ma | 13.46 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-11; Robert Emmett Columbia, Md | 9.23 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-12; Lawrence Flatley Pittsburgh, Pa | 29.45 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-12; Doug Cameron Pittsburgh, Pa | 33.18 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; Elizabeth Anderson Alexandria, Va | 13.46 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; William Sparks Wilmington, De | 15.19 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-13; Dr Rich Lee Monroeville, Pa | 13.06 |
| 09/19/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-49002; DATE: 9/19/2002  -  Courier, Acct. 0802-0410-8 09-10; From Jacqueline M Abbett East Lansing, Mi to Bruce Sperberg Denver, Co | 15.75 |
| 09/19/02 | 26 | Photocopy | 3.90 |
| 09/19/02 | 56 | Photocopy | 8.40 |
| 09/19/02 | 40 | Photocopy | 6.00 |
| 09/19/02 | 11 | Photocopy | 1.65 |
| 09/19/02 | 25 | Photocopy | 3.75 |
| 09/19/02 | 17 | Photocopy | 2.55 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 145 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/19/02 | 10 | Photocopy | 1.50 |
| 09/19/02 | 141 | Photocopy | 21.15 |
| 09/19/02 | 2,191 | Photocopy | 328.65 |
| 09/19/02 | 639 | Photocopy | 95.85 |
| 09/20/02 | 4 | Facsimile | 4.00 |
| 09/20/02 | 4 | Facsimile | 4.00 |
| 09/20/02 | 2 | Facsimile | 2.00 |
| 09/20/02 | 1 | Lexis | 75.54 |
| 09/20/02 | 1 | Lexis | 5.04 |
| 09/20/02 | | Long Distance Telephone: 3124254103 | 0.12 |
| 09/20/02 | | Long Distance Telephone: 8478648403 | 0.04 |
| 09/20/02 | | Long Distance Telephone: 7243871869 | 0.21 |
| 09/20/02 | | Long Distance Telephone: 5613621533 | 0.01 |
| 09/20/02 | | Long Distance Telephone: 4122884104 | 0.29 |
| 09/20/02 | | Long Distance Telephone: 4122884104 | 0.02 |
| 09/20/02 | | Long Distance Telephone: 7036840123    1:7 | 8.47 |
| 09/20/02 | | Long Distance Telephone: 4256371977    1:8 | 8.41 |
| 09/20/02 | | Other Meal Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 092002; DATE: 9/20/2002  -  Denver, 9/16-9/18/02, San Diego, CA, Prepare for and defend Dr. William Hughson Deposition, Meals | 85.55 |
| 09/20/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/20/02; DATE: 9/20/2002  -  Denver, 9/16-9/18/02, Washington DC, Deposition ATSDR, Meals | 111.60 |
| 09/20/02 | | Parking: VENDOR: Charlotte L. Neitzel; INVOICE#: 092002; DATE: 9/20/2002  -  Denver, 9/16-9/18/02, San Diego, CA, Prepare for and defend Dr. William Hughson Deposition, Parking | 38.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 146 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/20/02 | | Parking: VENDOR: Edward E. Stevenson; INVOICE#: 09/20/02; DATE: 9/20/2002 - Denver, 9/16-9/18/02, Washington DC, Deposition ATSDR, Parking | 38.00 |
| 09/20/02 | 86 | Photocopy | 12.90 |
| 09/20/02 | 24 | Photocopy | 3.60 |
| 09/20/02 | 48 | Photocopy | 7.20 |
| 09/20/02 | 2 | Photocopy | 0.30 |
| 09/20/02 | 3 | Photocopy | 0.45 |
| 09/20/02 | 2 | Photocopy | 0.30 |
| 09/20/02 | 216 | Photocopy | 32.40 |
| 09/20/02 | 11 | Photocopy | 1.65 |
| 09/20/02 | 38 | Photocopy | 5.70 |
| 09/20/02 | 407 | Photocopy | 61.05 |
| 09/20/02 | | Travel Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 092002; DATE: 9/20/2002 - Denver, 9/16-9/18/02, San Diego, CA, Prepare for and defend Dr. William Hughson Deposition/Miles. | 14.60 |
| 09/20/02 | | Travel Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 092002; DATE: 9/20/2002 - Denver, 9/16-9/18/02, San Diego, CA, Prepare for and defend Dr. William Hughson Deposition/ Taxi/tips. | 15.00 |
| 09/20/02 | | Travel Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 092002; DATE: 9/20/2002 - Denver, 9/16-9/18/02, San Diego, CA, Prepare for and defend Dr. William Hughson Deposition/ Hotel. | 370.52 |
| 09/20/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/20/02; DATE: 9/20/2002 - Denver, 9/16-9/18/02, Washington DC, Deposition ATSDR/ Miles. | 17.74 |
| 09/20/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/20/02; DATE: 9/20/2002 - Denver, 9/16-9/18/02, Washington DC, Deposition ATSDR/Taxi/tips. | 56.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 147 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/20/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/20/02; DATE: 9/20/2002  -  Denver, 9/16-9/18/02, Washington DC, Deposition ATSDR/ Hotel. | 595.40 |
| 09/21/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325382; DATE: 9/21/2002  -  Courier, Shipper # 809325 09-11; no info | 10.78 |
| 09/21/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325382; DATE: 9/21/2002  -  Courier, Shipper # 809325 09-12; no info | 15.44 |
| 09/22/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 091302; DATE: 9/13/2002  -  Travel expenses - San Jose and San Francisco, CA on  August 19-22,2002 to attend deposition of Julie Yang/Meals | 112.35 |
| 09/23/02 | 1 | Lexis | 82.59 |
| 09/23/02 | 1 | Lexis | 15.11 |
| 09/23/02 | 1 | Lexis | 95.69 |
| 09/23/02 | | Long Distance Telephone:  6192352400 | 0.47 |
| 09/23/02 | | Long Distance Telephone:  7036840123 | 0.06 |
| 09/23/02 | | Long Distance Telephone:  7243251776 | 0.74 |
| 09/23/02 | | Other Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202; DATE: 10/2/2002  -  Lunch with W. R. Grace Expert, R. Bartelt for depo preparation on 09/923/02 @ Trinity Grille | 47.00 |
| 09/23/02 | 4 | Photocopy | 0.60 |
| 09/23/02 | 55 | Photocopy | 8.25 |
| 09/23/02 | 592 | Photocopy | 88.80 |
| 09/23/02 | 4 | Photocopy | 0.60 |
| 09/23/02 | 352 | Photocopy | 52.80 |
| 09/23/02 | 3 | Photocopy | 0.45 |
| 09/23/02 | 6 | Photocopy | 0.90 |
| 09/23/02 | 2 | Velo Binding | 2.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 148 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/23/02 | 1 | Westlaw | 16.42 |
| 09/24/02 | 24 | Color Photocopy | 15.60 |
| 09/24/02 | 6 | Facsimile | 6.00 |
| 09/24/02 | 1 | Lexis | 811.02 |
| 09/24/02 | | Long Distance Telephone: 2022204158 | 0.05 |
| 09/24/02 | | Long Distance Telephone: 5133812838 | 0.12 |
| 09/24/02 | | Long Distance Telephone: 6192352400 | 0.18 |
| 09/24/02 | | Long Distance Telephone: 6192342400 | 0.01 |
| 09/24/02 | | Long Distance Telephone: 6192352400 | 0.16 |
| 09/24/02 | | Long Distance Telephone: 7036840123 | 0.21 |
| 09/24/02 | | Long Distance Telephone: 3124449882 | 0.02 |
| 09/24/02 | | Long Distance Telephone: 7243871869 | 0.06 |
| 09/24/02 | | Long Distance Telephone: 5096246255 | 0.14 |
| 09/24/02 | | Long Distance Telephone: 7243094381 | 0.16 |
| 09/24/02 | | Long Distance Telephone: 9058967611 | 4.92 |
| 09/24/02 | | Long Distance Telephone: 2028795000    0:22 | 1.66 |
| 09/24/02 | 21 | Photocopy | 3.15 |
| 09/24/02 | 3 | Photocopy | 0.45 |
| 09/24/02 | 30 | Photocopy | 4.50 |
| 09/24/02 | 8 | Photocopy | 1.20 |
| 09/24/02 | 57 | Photocopy | 8.55 |
| 09/24/02 | 50 | Photocopy | 7.50 |
| 09/24/02 | 69 | Photocopy | 10.35 |
| 09/24/02 | 594 | Photocopy | 89.10 |
| 09/24/02 | 36 | Photocopy | 5.40 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 149 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/24/02 | 61 | Photocopy | 9.15 |
| 09/24/02 | 9 | Photocopy | 1.35 |
| 09/24/02 | 20 | Photocopy | 3.00 |
| 09/24/02 | 196 | Photocopy | 29.40 |
| 09/24/02 | 45 | Photocopy | 6.75 |
| 09/24/02 | 34 | Photocopy | 5.10 |
| 09/24/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19501; DATE: 9/24/2002  -  Denver, Airfare, 9/29/02, Pittsburgh Atlanta, K. Coggon | 297.50 |
| 09/24/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 40444; DATE: 9/24/2002  -  Denver, Acct #00020, Room Charges for Richard Bartelt, 9/23-9/24/02 | 123.66 |
| 09/25/02 | 14 | Facsimile | 14.00 |
| 09/25/02 | 1 | Lexis | 449.85 |
| 09/25/02 | 1 | Lexis | 145.04 |
| 09/25/02 | | Long Distance Telephone: 7243871869    35 | 0.25 |
| 09/25/02 | | Long Distance Telephone: 4062933964    :22 | 0.10 |
| 09/25/02 | | Long Distance Telephone: 7036840123    :11 | 0.01 |
| 09/25/02 | | Long Distance Telephone: 2066674273    :14 | 0.07 |
| 09/25/02 | | Long Distance Telephone: 4122884104    :8 | 0.14 |
| 09/25/02 | | Long Distance Telephone: 4065232500    0:26 | 1.39 |
| 09/25/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90094; DATE: 9/25/2002  -  Temporary services for weekending 09/22/02 - Stephen Haraldson | 1,050.00 |
| 09/25/02 | 234 | Photocopy | 35.10 |
| 09/25/02 | 12 | Photocopy | 1.80 |
| 09/25/02 | 128 | Photocopy | 19.20 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 150 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/25/02 | 21 | Photocopy | 3.15 |
| 09/25/02 | 256 | Photocopy | 38.40 |
| 09/25/02 | 423 | Photocopy | 63.45 |
| 09/25/02 | 8 | Photocopy | 1.20 |
| 09/25/02 | 318 | Photocopy | 47.70 |
| 09/25/02 | 13 | Photocopy | 1.95 |
| 09/26/02 | 3 | Facsimile | 3.00 |
| 09/26/02 | 2 | Facsimile | 2.00 |
| 09/26/02 | 2 | Facsimile | 2.00 |
| 09/26/02 | 3 | Facsimile | 3.00 |
| 09/26/02 | 17 | Facsimile | 17.00 |
| 09/26/02 | 11 | Facsimile | 11.00 |
| 09/26/02 | 16 | Facsimile | 16.00 |
| 09/26/02 | 3 | Facsimile | 3.00 |
| 09/26/02 | 1 | Lexis | 143.52 |
| 09/26/02 | | Long Distance Telephone: 5133812838   54 | 0.09 |
| 09/26/02 | | Long Distance Telephone: 7036246561   9 | 0.07 |
| 09/26/02 | | Long Distance Telephone: 2066674273   :5 | 0.09 |
| 09/26/02 | | Long Distance Telephone: 6192352400   :11 | 0.16 |
| 09/26/02 | | Long Distance Telephone: 4065232543   :46 | 0.16 |
| 09/26/02 | | Long Distance Telephone: 7243251776   :48 | 0.58 |
| 09/26/02 | | Long Distance Telephone: 7243871869   :56 | 0.19 |
| 09/26/02 | | Long Distance Telephone: 7243871869   :59 | 0.04 |
| 09/26/02 | | Long Distance Telephone: 2066674273   :4 | 0.16 |
| 09/26/02 | | Long Distance Telephone: 7036840123   :36 | 0.42 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 151 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/26/02 | | Long Distance Telephone: 7036840123   :43 | 0.15 |
| 09/26/02 | | Long Distance Telephone: 7243251776   :47 | 0.24 |
| 09/26/02 | | Long Distance Telephone: 4065232500   :42 | 0.14 |
| 09/26/02 | | Long Distance Telephone: 4065232500   :39 | 0.18 |
| 09/26/02 | | Long Distance Telephone: 4065232543   :41 | 0.18 |
| 09/26/02 | | Long Distance Telephone: 4065232500   :45 | 0.12 |
| 09/26/02 | | Long Distance Telephone: y McCarthy;    ATE: 9/26/2002 - | 89.72 |
| 09/26/02 | | Other Meal Expense: VENDOR: Charlotte L. Neitzel; INVOICE#: 09/26/02; DATE: 9/26/2002 - Denver, 9/26/02, Lunch During Harry Eschenbach Deposition | 40.00 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-17; Ken Lund San Francisco, Ca | 24.52 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-18; Jack Wolter Palm Desert, Ca | 10.25 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-19; Robert Emmett Columbia, Md | 13.46 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-19; Matthew T Murphy Boston, Ma | 13.46 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-20; Lisa Driscoll Missoula, Mt | 8.61 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-20; Richard Bartelt Evanston, IL | 38.53 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 152 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-20; Alan Stringer Libby, Mt | 15.09 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-394-89645; DATE: 9/26/2002 - Courier, Acct. 0802-0410-8 09-23; Richard Bartelt Chicago, IL | 35.52 |
| 09/26/02 | | Parking: VENDOR: Jay McCarthy; INVOICE#: 09/26/02; DATE: 9/26/2002 - Denver, 9/24-9/25/02, Travel to Cincinnati for Expert Deposition, Parking | 30.00 |
| 09/26/02 | 198 | Photocopy | 29.70 |
| 09/26/02 | 12 | Photocopy | 1.80 |
| 09/26/02 | 273 | Photocopy | 40.95 |
| 09/26/02 | 3 | Photocopy | 0.45 |
| 09/26/02 | 189 | Photocopy | 28.35 |
| 09/26/02 | 555 | Photocopy | 83.25 |
| 09/26/02 | 13 | Photocopy | 1.95 |
| 09/26/02 | 11 | Photocopy | 1.65 |
| 09/26/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 40532; DATE: 9/26/2002 - Denver, Acct #00020, Room Charges for Gary Graham, 9/25-9/26/02 | 123.66 |
| 09/26/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 40555; DATE: 9/26/2002 - Denver, Acct #00020, Room Charges for William Sparks, 9/25-9/26/02 | 123.66 |
| 09/26/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 09/26/02; DATE: 9/26/2002 - Denver, 9/24-9/25/02, Travel to Cincinnati for Expert Deposition/ Miles. | 14.60 |
| 09/26/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 09/26/02; DATE: 9/26/2002 - Denver, 9/24-9/25/02, Travel to Cincinnati for Expert Deposition/ Taxi/tips. | 57.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 153 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/26/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 09/26/02; DATE: 9/26/2002 - Denver, 9/24-9/25/02, Travel to Cincinnati for Expert Deposition/ Hotel. | 238.90 |
| 09/27/02 | 2 | Facsimile | 2.00 |
| 09/27/02 | 3 | Facsimile | 3.00 |
| 09/27/02 | 16 | Facsimile | 16.00 |
| 09/27/02 | 12 | Facsimile | 12.00 |
| 09/27/02 | 12 | Facsimile | 12.00 |
| 09/27/02 | 4 | Facsimile | 4.00 |
| 09/27/02 | 2 | Facsimile | 2.00 |
| 09/27/02 | 1 | Lexis | 344.70 |
| 09/27/02 | | Long Distance Telephone:  4062933964    14 | 0.03 |
| 09/27/02 | | Long Distance Telephone:  4062933964    17 | 0.13 |
| 09/27/02 | | Long Distance Telephone:  4065232500    24 | 0.32 |
| 09/27/02 | | Long Distance Telephone:  5045258001    :44 | 0.32 |
| 09/27/02 | | Long Distance Telephone: ward E. Ste    7/02; DATE: 9/27/2 | 1.90 |
| 09/27/02 | | Other Meal Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/27/02; DATE: 9/27/2002 - Denver, 9/24-9/26/02, Washington DC, Wylie Wright Deposition, Meals | 116.01 |
| 09/27/02 | | Parking: VENDOR: Edward E. Stevenson; INVOICE#: 09/27/02; DATE: 9/27/2002 - Denver, 9/24-9/26/02, Washington DC, Wylie Wright Deposition, Parking | 38.00 |
| 09/27/02 | 51 | Photocopy | 7.65 |
| 09/27/02 | 8 | Photocopy | 1.20 |
| 09/27/02 | 404 | Photocopy | 60.60 |
| 09/27/02 | 16 | Photocopy | 2.40 |
| 09/27/02 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 154 |
| Invoice No.: | | 612649 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/27/02 | 26 | Photocopy | 3.90 |
| 09/27/02 | 114 | Photocopy | 17.10 |
| 09/27/02 | 164 | Photocopy | 24.60 |
| 09/27/02 | 4 | Photocopy | 0.60 |
| 09/27/02 | 12 | Photocopy | 1.80 |
| 09/27/02 | 9 | Photocopy | 1.35 |
| 09/27/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19547; DATE: 9/27/2002  -  Denver, Airfare, 10/10-10/11/02, Denver Salt Lake City Salt Lake City Kalispell Kalispell Salt Lake City Salt Lake City Denver, L. Brown | 1,329.50 |
| 09/27/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 40654; DATE: 9/27/2002  -  Denver, Acct #00020, Room Charges for Harry Eschenbach, 9/25-9/27/02 | 247.32 |
| 09/27/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/27/02; DATE: 9/27/2002  -  Denver, 9/24-9/26/02, Washington DC, Wylie Wright Deposition/ Miles. | 17.74 |
| 09/27/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/27/02; DATE: 9/27/2002  -  Denver, 9/24-9/26/02, Washington DC, Wylie Wright Deposition/Taxi/tips. | 61.50 |
| 09/27/02 | | Travel Expense: VENDOR: Edward E. Stevenson; INVOICE#: 09/27/02; DATE: 9/27/2002  -  Denver, 9/24-9/26/02, Washington DC, Wylie Wright Deposition/ Hotel. | 558.76 |
| 09/28/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325392; DATE: 9/28/2002  -  Courier, Shipper# 809325 09-24; no info | 7.74 |
| 09/28/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325392; DATE: 9/28/2002  -  Courier, Shipper# 809325 09-24; no info | 6.13 |
| 09/28/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325392; DATE: 9/28/2002  -  Courier, Shipper# 809325 09-24; no info | 10.68 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 155 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/28/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325392; DATE: 9/28/2002  -  Courier, Shipper# 809325 09-24; no info | 9.78 |
| 09/28/02 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325392; DATE: 9/28/2002  -  Courier, Shipper# 809325 09-24; no info | 11.60 |
| 09/29/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90124; DATE: 10/2/2002  -  Temporary services for weekending 09/29/02 - Stephen Haraldson | 1,050.00 |
| 09/29/02 | 255 | Photocopy | 38.25 |
| 09/30/02 | 10 | Color Photocopy | 6.50 |
| 09/30/02 | 3 | Facsimile | 3.00 |
| 09/30/02 | 2 | Facsimile | 2.00 |
| 09/30/02 | 2 | Facsimile | 2.00 |
| 09/30/02 | 2 | Facsimile | 2.00 |
| 09/30/02 | 5 | Facsimile | 5.00 |
| 09/30/02 | 5 | Facsimile | 5.00 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime  9/3/2002  NA | 1,498.75 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime  9/13/02  JS | 1,771.25 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime  9/30/2002  NA | 701.25 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime  9/30/2002  MF | 115.00 |
| 09/30/02 | | Long Distance Telephone:  7036840123   :54 | 0.23 |
| 09/30/02 | | Long Distance Telephone:  4105314203   :18 | 0.86 |
| 09/30/02 | | Long Distance Telephone:  7036840123   :28 | 0.25 |
| 09/30/02 | | Long Distance Telephone:  4065232543   :58 | 0.24 |
| 09/30/02 | | Long Distance Telephone:  4066576101   :15 | 0.08 |