# A-6

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 156 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-20; Trial Ready | 8.25 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-24; Dept. of Justice | 8.25 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-26; From  Dept. of Justice to HRO | 8.25 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-27; U S  Dept. of Justice | 6.55 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-27; U S EPA Region 8 | 6.55 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-27; U S Dept. of Justice | 5.95 |
| 09/30/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7149843; DATE: 9/30/2002 - Courier, Acct. HO7068 09-30; EPA | 8.25 |
| 09/30/02 | 2 | Photocopy | 0.30 |
| 09/30/02 | 1 | Photocopy | 0.15 |
| 09/30/02 | 193 | Photocopy | 28.95 |
| 09/30/02 | 288 | Photocopy | 43.20 |
| 09/30/02 | 492 | Photocopy | 73.80 |
| 09/30/02 | 98 | Photocopy | 14.70 |
| 09/30/02 | 1 | Photocopy | 0.15 |
| 09/30/02 | 13 | Photocopy | 1.95 |
| 09/30/02 | 15 | Photocopy | 2.25 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 157 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/30/02 | 300 | Photocopy | 45.00 |
| 09/30/02 | 423 | Photocopy | 63.45 |
| 09/30/02 | 15 | Photocopy | 2.25 |
| 09/30/02 | 30 | Photocopy | 4.50 |
| 09/30/02 | 61 | Photocopy | 9.15 |
| 09/30/02 | 52 | Tab Stock | 2.60 |
| 09/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19565; DATE: 9/30/2002 - Denver, Airfare, 9/29-9/30/02, New Orleans Denver, J. McCarthy | 359.00 |
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002 - Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Auto Rental | 179.24 |
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002 - Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Hotel | 925.72 |
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002 - Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Meals | 78.25 |
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002 - Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Taxis/tips | 8.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 158 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002  -  Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Parking | 155.00 |
| 09/30/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100202C; DATE: 10/2/2002  -  Travel expenses to Columbia, Pittsburgh and Atlanta -09/25-09/30/02 for client meeting in Columbia, deposition of Lee and Chatfield in Pittsburgh and deposition of Millette in Atlanta/Personal Mileage | 43.80 |
| 09/30/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902A; DATE: 10/9/2002  -  Travel expenses on September 30, 2002 - Deposition of S. Moolgavkar--Meals | 12.85 |
| 09/30/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902A; DATE: 10/9/2002  -  Travel expenses on September 30, 2002 - Deposition of S. Moolgavkar/Parking | 12.00 |
| 09/30/02 | 1 | Velo Binding | 1.00 |

**Total Disbursements:**                     $  **40,460.75**

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 159 |
| Invoice No.: | 612649 |
| Client No. | 04339 |
| Matter No. | 00302 |

## Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 265.00 |
| Photocopy | | 8,921.55 |
| Facsimile | | 379.00 |
| Long Distance Telephone | | 323.33 |
| Outside Courier | | 1,584.07 |
| Travel Expense | | 14,165.78 |
| Lexis | | 4,412.28 |
| Westlaw | | 263.84 |
| Other Meal Expense | | 909.41 |
| Research Service | | 49.30 |
| Other Expense/Temporary Service | | 4,852.44 |
| Legal Assistant Overtime | | 4,086.25 |
| Oversize/Map Charge | | 3.00 |
| Color Photocopy | | 237.90 |
| Velo Binding | | 5.00 |
| Tab Stock | | 2.60 |
| **Total Disbursements:** | **$** | **40,460.75** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | *Outstanding Balance on Invoice 577764:* | | *$  5,425.00* |
| 577905 | 10/31/01 | Bill | 64,445.24 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Kinnear, Karen | Paralegal | $    125.00 | 8.7 | $    1,087.50 |
| Street, Loraine | Paralegal | $     85.00 | 26.2 | $    2,227.00 |
|  |  |  |  |  |
| Total |  |  | 34.90 | $    3,314.50 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ 10.20 |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 92.16 |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ - |
| Other Meal Expenses | $ - |
| Word Processing | $ - |
| **Total** | $ 102.36 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 169 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/02 | KLK | Review and code documents related to EPA information request and consumer product case issues (5.2). | 5.20 | $   650.00 |
| 09/03/02 | LCS | Telephone conferences with document scanning vendor re: scanning issues. | 1.20 | 102.00 |
| 09/04/02 | KLK | Review and code documents related to EPA information requests and consumer product case issues (3.5). | 3.50 | 437.50 |
| 09/05/02 | LCS | Search file re: scanning vendor - image reconciliation. | 1.50 | 127.50 |
| 09/06/02 | LCS | Prepare Boulder review boxes for warehousing (1.50); telephone conference with document scanning vendor re scanning issues (.50) | 2.00 | 170.00 |
| 09/23/02 | LCS | Input and maintain data in the Boulder Box Tracking Database. | 5.50 | 467.50 |
| 09/24/02 | LCS | Input and maintain data in the Boulder Box Tracking Database. | 4.50 | 382.50 |
| 09/25/02 | LCS | Prepare files for warehousing, update Boulder Box Tracking Database. | 3.50 | 297.50 |
| 09/30/02 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 8.00 | 680.00 |

**Total Fees Through September 30, 2002:     34.90   $    3,314.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| KLK | Karen L Kinnear | Paralegal | $ 125.00 | 8.70 | $   1,087.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 170 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00370 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LCS | Loraine C. Street | Paralegal | 85.00 | 26.20 | 2,227.00 |
| | | **Total Fees:** | | **34.90** $ | **3,314.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/25/02 | 12 | Photocopy | $ | 2.40 |
| 09/25/02 | 3 | Photocopy | | 0.60 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-375-77751; DATE: 9/26/2002  -  Courier, Acct. 1166-7194-8 09-06; Angela Anderson Boston, Ma | | 35.85 |
| 09/26/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-375-77751; DATE: 9/26/2002  -  Courier, Acct. 1166-7194-8 09-06; Angela Anderson Boston, Ma | | 56.31 |
| 09/30/02 | 36 | Photocopy | | 7.20 |
| | | **Total Disbursements:** | $ | **102.36** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 10.20 |
| Outside Courier | | 92.16 |
| **Total Disbursements:** | **$** | **102.36** |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Flaagan, Elizabeth K. | Partner | $     275.00 | 16.70 | $     4,592.50 |
| Coggon, Katheryn | Special Counsel | $     275.00 | 1.10 | $        302.50 |
| Dempsey, Bradford | Associate | $     200.00 | 2.30 | $        460.00 |
| Haag, Susan | Paralegal | $     105.00 | 12.5 | $     1,312.50 |
|  |  |  |  |  |
| Total |  |  | 32.60 | $     6,667.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $        164.70 |
| Facsimiles | $            - |
| Long Distance Telephone | $          0.12 |
| Outside Courier | $            - |
| Tab Stock | $            - |
| Lexis | $            - |
| Westlaw | $            - |
| Meal Expenses | $            - |
| Research Services | $            - |
| Word Processing | $            - |
| **Total** | $        164.82 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 174 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/04/02 | EKF | Review court docket re fee applications (.20); draft e-mail to David Carickhoff re September 23, 2002 hearing on fee applications (.10). | 0.30 | $  82.50 |
| 09/09/02 | EKF | Initial review of fee auditor's initial report regarding first initial application (.30). | 0.30 | 82.50 |
| 09/10/02 | EKF | Review 9/6/02 letter from Warren Smith to Judge Fitzgerald re fee hearing (.10); review 9/6/02 letter from Paula Galbraith, Esq. re compensation of professionals (.10); investigate and respond to fee auditors initial report on HRO's first interim application (3.70); conference with SMHaag re recategorizing fees (.20). | 4.10 | 1,127.50 |
| 09/10/02 | KJC | Review and draft partial response to the auditor's initial report (0.90). | 0.90 | 247.50 |
| 09/10/02 | SH | Conference with EKFlaagan re fee categories and spreadsheet (.20); draft category spreadsheet for fee auditor (.50); review fee auditor's initial report (.40). | 1.10 | 115.50 |
| 09/11/02 | EKF | Continue investigating and drafting response to fee auditor's report on first interim application (1.40); telephone conference with KWLund re same (.10); draft e-mail to Warren Smith re same (.10). | 1.60 | 440.00 |
| 09/12/02 | KJC | Draft partial further response to fee auditor's inquiry (0.20). | 0.20 | 55.00 |
| 09/12/02 | SH | Begin calculating fee category spreadsheet. | 3.30 | 346.50 |
| 09/13/02 | EKF | Continuing investigating and drafting response to fee auditor's report on first interim application (1.30). | 1.30 | 357.50 |
| 09/13/02 | SH | Finalize recategorization spreadsheet. | 3.40 | 357.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 175 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/16/02 | EKF | Review e-mails on recategorization from Kirkland & Ellis and fee auditor (.20); review recategorized spreadsheet (.10); draft e-mail to SMHaag re same (.20); review order for fee applications for fraudulent conveyance matter (.30); conferences with SMHaag re recategorization issues (.20). | 1.00 | 275.00 |
| 09/16/02 | SH | Revise recategorization spreadsheet. | 0.50 | 52.50 |
| 09/19/02 | EKF | Telephone conferences with KWLund re response to fee auditor's report on first interim application (.30); review fourth quarter project category spreadsheet from fee auditor (.20). | 0.50 | 137.50 |
| 09/19/02 | SH | Review spreadsheet submitted to the Court. | 0.20 | 21.00 |
| 09/20/02 | EKF | Conference with KWLund and KJCoggon re response to fee auditor's report (.20); review bankruptcy court docket for hearing status (.20); draft e-mails to Warren Smith and Scotta McFarland re same (.20); review agenda for September 23 hearings (.10); review draft order allowing fees during fourth interim period (.10). | 0.80 | 220.00 |
| 09/20/02 | SH | Conference with KJBates re August prebill (.40); review draft order allowing fees from fee auditor (.10). | 0.50 | 52.50 |
| 09/21/02 | EKF | Review and revise pre-bills (1.50). | 1.50 | 412.50 |
| 09/22/02 | EKF | Review and revise pre-bills (2.10). | 2.10 | 577.50 |
| 09/23/02 | EKF | Review fee auditor's initial report on fee application for the fifth period (.30); review bankruptcy court docket re fee applications (.20); conferences with KWLund re issues regarding response to fee auditor's initial report on first interim fee application (.30). | 0.80 | 220.00 |
| 09/23/02 | BED | Conference with EKFlaagan re Fee Auditor's Report for Fifth Interim period. | 0.30 | 60.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 176 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/24/02 | EKF | Continue drafting and revising response to fee auditors initial report on first interim application (.80). | 0.80 | 220.00 |
| 09/24/02 | SH | Review August prebill with MKeyes (.70); locate expense reports re fee auditor's report of fifth interim fee application (1.80). | 2.50 | 262.50 |
| 09/25/02 | EKF | Continue drafting, revising and finalizing response to fee auditor's initial report on first interim application (1.0); review fifth interim fee application together with fee auditor's initial report on same (.30). | 1.30 | 357.50 |
| 09/25/02 | SH | Locate balance of receipts for response to fee auditors report. | 1.00 | 105.00 |
| 09/26/02 | BED | Review Fee Auditor's Report on Fifth Interim Fee Application (1.30); begin collecting materials and information to prepare respose to same (.70). | 2.00 | 400.00 |
| 09/27/02 | EKF | Review final invoices for August 2002 fee application (.30). | 0.30 | 82.50 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through September 30, 2002:** | **32.60** | **$   6,667.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 16.70 | $   4,592.50 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 1.10 | 302.50 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 2.30 | 460.00 |
| SH | Susan Haag | Paralegal | 105.00 | 12.50 | 1,312.50 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees:** | **32.60** | **$   6,667.50** |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 177 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 09/10/02 | 332 | Photocopy | $ | 49.80 |
| 09/10/02 | 19 | Photocopy | | 2.85 |
| 09/10/02 | 4 | Photocopy | | 0.60 |
| 09/10/02 | 2 | Photocopy | | 0.30 |
| 09/10/02 | 117 | Photocopy | | 17.55 |
| 09/10/02 | 1 | Photocopy | | 0.15 |
| 09/12/02 | | Long Distance Telephone:  2146983868 | | 0.12 |
| 09/12/02 | 167 | Photocopy | | 25.05 |
| 09/16/02 | 13 | Photocopy | | 1.95 |
| 09/23/02 | 2 | Photocopy | | 0.30 |
| 09/23/02 | 60 | Photocopy | | 9.00 |
| 09/24/02 | 15 | Photocopy | | 2.25 |
| 09/24/02 | 307 | Photocopy | | 46.05 |
| 09/25/02 | 13 | Photocopy | | 1.95 |
| 09/25/02 | 46 | Photocopy | | 6.90 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **164.82** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 164.70 |
| Long Distance Telephone | | 0.12 |
| **Total Disbursements:** | **$** | **164.82** |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Coggon, Katheryn | Special Counsel | $      275.00 | 6.5 | $        1,787.50 |
| Tracy, Brent | Associate | $      240.00 | 61.2 | $      14,688.00 |
| Latuda, M. Carla | Paralegal | $      125.00 | 109.6 | $      13,700.00 |
| Aberle, Natalie | Paralegal | $      110.00 | 1.2 | $          132.00 |
| Davidson, Dyan | Paralegal | $      110.00 | 13.9 | $        1,529.00 |
| Street, Loraine C. | Paralegal | $        85.00 | 17 | $        1,445.00 |
| Floyd, Mary Beth | Info. Specialist | $        90.00 | 22.4 | $        2,016.00 |
|  |  |  |  |  |
| Total |  |  | 231.80 | 35,297.50 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ 1.99 |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Temporary Services | $ - |
| Meal Expenses | $ - |
| Overtime | $ 115.00 |
| Tab Stock | $ - |
| Other Expenses | $ - |
| **Total** | $ 116.99 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 181 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/02 | KJC | Review and respond to email and questions re preparing documents for production (0.30). | 0.30 | $ 82.50 |
| 09/03/02 | BAT | Telephone conference with WPayne re CD205 production (0.10); release CD205 production discs for copying (0.10); review and respond to e-mails re data updates from ONSS (0.2); telephone conference with KJCoggon re issues concerning production to EPA (0.2); attend to staffing issues re coding of imaged microfilm documents (0.2). | 0.80 | 192.00 |
| 09/04/02 | KJC | Review and respond to email and questions re preparing documents for production (0.20); address inquiries and issues re document databases (0.10). | 0.30 | 82.50 |
| 09/04/02 | BAT | Telephone conferences with MCLatuda re issues of coding imaged microfilm documents (0.2); review and respond to e-mails re updated ONSS data and production box numbers in database (0.4); review samples of new data to release for filtering searches (0.9); telephone conference with CCotts and DHengemuhle re program to update Lason data in HRO database (0.2). | 1.70 | 408.00 |
| 09/04/02 | MCL | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (4.70). | 4.70 | 587.50 |
| 09/05/02 | KJC | Review and respond to email and questions re preparing documents for production (0.90). | 0.90 | 247.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 182 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/05/02 | MCL | Review documents in Historical database to check against error list produced when information received from Reed Smith was imported into database pursuant to BATracy's request (2.20); draft e-mail to BATracy and DHengemuhle re same (.20); review documents on CD 0206 for final quality control check prior to production (3.80); telephone conferences with Matt Murphy and Angela Anderson of Casner & Edwards re location of boxes at Cambridge (.40). | 6.60 | 825.00 |
| 09/06/02 | KJC | Review and respond to email and questions re preparing documents for production (0.40). | 0.40 | 110.00 |
| 09/06/02 | MCL | Read and respond to e-mails from James Bentz of Reed Smith re review of 328 ledger boxes at Denver's Iron Mountain facility (.30); telephone conferences with Iron Mountain representative re review logistics (.30); review database to locate index of same (.20); review documents on CDs 0206 and 0208 for final quality control check prior to production (6.50). | 7.30 | 912.50 |
| 09/09/02 | KJC | Review and respond to email and questions re preparing documents for production (0.70); address inquiries and issues re document databases (0.20). | 0.90 | 247.50 |
| 09/09/02 | BAT | Review and respond to e-mail re questions concerning production to EPA. | 0.40 | 96.00 |
| 09/09/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (2.4) | 2.40 | 264.00 |
| 09/09/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (7.60); conferences re coding training with MBFloyd and DDavidson concerning coding of EHS microfilm documents (.50); read and respond to various e-mails re same (.40). | 8.50 | 1,062.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page          183
Invoice No.:  612649
Client  No.:  04339
Matter  No.:  00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/10/02 | KJC | Review and respond to email and questions re preparing documents for production (0.30). | 0.30 | 82.50 |
| 09/10/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues  (2.8) | 2.80 | 308.00 |
| 09/10/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (7.90). | 7.90 | 987.50 |
| 09/10/02 | LCS | Review and recode documents in historical database that were inadvertently scanned by Lason. | 4.50 | 382.50 |
| 09/11/02 | KJC | Address document production anomalies and questions (0.30). | 0.30 | 82.50 |
| 09/11/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (3.6) | 3.60 | 396.00 |
| 09/11/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (7.40); review and respond to various e-mails re production of Lason documents that have not yet been produced (.30). | 7.70 | 962.50 |
| 09/11/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 5.50 | 467.50 |
| 09/12/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues  (3.6) | 3.60 | 396.00 |
| 09/12/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (7.50). | 7.50 | 937.50 |
| 09/12/02 | MBF | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (5.00). | 5.00 | 450.00 |
| 09/13/02 | KJC | Review and respond to questions re preparation of documents for production to EPA (1.10); review and respond to letter from M. Cohn re missing or problem images from earlier productions (0.20). | 1.30 | 357.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

Page          184
Invoice No.:  612649
Client  No.:  04339
Matter  No.:  00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/13/02 | MCL | Review and recode documents in Historical database that were indavertently scanned by Lason (6.40). | 6.40 | 800.00 |
| 09/13/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various issues (4.00). | 4.00 | 360.00 |
| 09/16/02 | BAT | Telephone conference with MCLatuda re EPA production issues (.20); review and respond to e-mails re document production (.30); review letter from EPA re production problems and research database re same (1.90); review and code responsive documents imaged from microfilm (4.50). | 6.90 | 1,656.00 |
| 09/16/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (6.70). | 6.70 | 837.50 |
| 09/16/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (.50). | 0.50 | 45.00 |
| 09/17/02 | BAT | Telephone conference with MCLatuda re recoding of documents imaged by Lason (.20); review and code responsive documents imaged from microfilm (5.40). | 5.60 | 1,344.00 |
| 09/17/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (6.60); review and respond to various e-mails with Maureen Atkinson of Reed Smith re same (.40). | 7.00 | 875.00 |
| 09/17/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for various case issues (5.00). | 5.00 | 450.00 |
| 09/18/02 | KJC | Review and respond to email and questions re preparing documents for production (0.40). | 0.40 | 110.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 185 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/18/02 | BAT | Review and code responsive documents imaged from microfilm (5.40); conference with KJCoggon re supplementation of missing images to EPA (.10); investigate issues re missing images (.50); conferences with Information Technologies personnel re image issues and database status for production (.40); draft letter to respond to and transmit supplemental images to EPA (.80). | 7.20 | 1,728.00 |
| 09/18/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (7.80). | 7.80 | 975.00 |
| 09/18/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 4.00 | 340.00 |
| 09/18/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (2.60). | 2.60 | 234.00 |
| 09/19/02 | KJC | Review and respond to email and questions re preparing documents for production (0.20); address inquiries and issues re document databases (0.30); telephone conference with M. Murphy re document issues for response to emergency hearing in Attic case (0.20); telephone conferences with MCLatuda re document production (0.30). | 1.00 | 275.00 |
| 09/19/02 | BAT | Review and code responsive documents imaged from microfilm (3.40); review and release CDs to supplement production to EPA re missing image issues (.20); investigate issue re misimaging of microfilm (.60); investigate issues re producing Lason-imaged documents to EPA (.80). | 5.00 | 1,200.00 |
| 09/19/02 | MCL | Review and recode documents in Historical databse that were inadvertently scanned by Lason (6.90); telephone conference with Matt Murphy of Casner & Edwards re total number of boxes reviewed by HRO, Reed Smith, and Casner & Edwards during entire course of document review (.30); review box database and tracking logs to determine same (1.10). | 8.30 | 1,037.50 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 186 |
| Invoice No.: | 612649 |
| Client   No.: | 04339 |
| Matter  No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/02 | LCS | Input and maintain data in the Cambridge/Winthrop Box Tracking Database. | 3.00 | 255.00 |
| 09/19/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (1.00). | 1.00 | 90.00 |
| 09/20/02 | KJC | Review and respond to email and questions re preparing documents for production (0.40). | 0.40 | 110.00 |
| 09/20/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (3.80). | 3.80 | 475.00 |
| 09/20/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (1.40). | 1.40 | 126.00 |
| 09/23/02 | BAT | Review and code responsive documents imaged from microfilm for production to EPA (6.10); answer questions of other reviewers re microfilm coding (.20). | 6.30 | 1,512.00 |
| 09/23/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues  (1.2) | 1.20 | 132.00 |
| 09/23/02 | MCL | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (4.30). | 4.30 | 537.50 |
| 09/23/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (2.30). | 2.30 | 207.00 |
| 09/24/02 | BAT | Review and code responsive documents imaged from microfilm for production to EPA (5.70); perform final review of documents prior to production to EPA (.60). | 6.30 | 1,512.00 |
| 09/25/02 | BAT | Investigate and manage resolution of image problems from one microfilm roll (2.20); review documents from Lason portion of database (.90); conference with CCotts re problems with Lason portion of database (1.90). | 5.00 | 1,200.00 |
| 09/25/02 | DD | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (.30). | 0.30 | 33.00 |

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 187 |
| Invoice No.: | 612649 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/25/02 | MCL | Review, categorize and code Cambridge EHS microfilm documents for relevance to various case issues (3.00). | 3.00 | 375.00 |
| 09/25/02 | MBF | Review, categorize and code Cambridge microfilm EHS documents for relevance to various case issues (.60). | 0.60 | 54.00 |
| 09/26/02 | BAT | Telephone conference with KJCoggon re problems with database (.10); conduct final review of EPA responsive microfilm documents before releasing for production to EPA (1.40); manage Information Technologies personnel re database problems (3.10). | 4.60 | 1,104.00 |
| 09/26/02 | MCL | Review documents scanned by Lason to locate documents inadvertently scanned and draft list of Bates numbers of same (3.90); review and recode documents in Historical database that were inadvertently scanned by Lason (1.90). | 5.80 | 725.00 |
| 09/27/02 | BAT | Manage Information Technologies personnel re database production issues (1.70); begin final review of Lason documents before production to EPA (4.20). | 5.90 | 1,416.00 |
| 09/27/02 | NKA | Make edits to Historical database records to correct replication errors and meet with CCotts re same (1.20). | 1.20 | 132.00 |
| 09/27/02 | MCL | Conference with MThompson re re-paginating Historical databases, documents inadvertently scanned by Lason (.20); draft Excel spreadsheet for MThompson of Bates Nos. of same (.70); review and recode documents in Historical database that were inadvertently scanned by Lason (5.40). | 6.30 | 787.50 |
| 09/30/02 | BAT | Conference with CCotts re database issues (.20); conduct final review of Lason documents before production to EPA (5.10); manage final production of microfilm documents (.20). | 5.50 | 1,320.00 |

**Total Fees Through September 30, 2002:**    231.80    $    35,297.50

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 188 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J Coggon | Special Counsel | $ 275.00 | 6.50 | $ 1,787.50 |
| BAT | Brent A Tracy | Associate | 240.00 | 61.20 | 14,688.00 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 109.60 | 13,700.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 1.20 | 132.00 |
| DD | Dyan Davidson | Paralegal | 110.00 | 13.90 | 1,529.00 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 17.00 | 1,445.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 22.40 | 2,016.00 |

**Total Fees:** 231.80 $ 35,297.50

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/06/02 | | Long Distance Telephone: 6174268792 | $ 0.12 |
| 09/06/02 | | Long Distance Telephone: 6174265900 | 0.04 |
| 09/06/02 | | Long Distance Telephone: 6175423025 | 0.05 |
| 09/06/02 | | Long Distance Telephone: 6174265900 | 0.15 |
| 09/16/02 | | Long Distance Telephone: 6174984968 | 0.09 |
| 09/16/02 | | Long Distance Telephone: 6174265900 | 0.18 |
| 09/19/02 | | Long Distance Telephone: 6174265900 | 1.24 |
| 09/19/02 | | Long Distance Telephone: 6174265900 | 0.12 |
| 09/30/02 | | Legal Assistant Overtime: LA overtime  9/30/2002  MF | 115.00 |

**Total Disbursements:** $ 116.99

Holme Roberts & Owen LLP

October 30, 2002

W.R. Grace

| | |
|---|---|
| Page | 189 |
| Invoice No.: | 612649 |
| Client  No.: | 04339 |
| Matter No.: | 00400 |

### Disbursement Summary

| | | |
|---|---|---:|
| Long Distance Telephone | $ | 1.99 |
| Legal Assistant Overtime | | 115.00 |
| **Total Disbursements:** | **$** | **116.99** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | *Outstanding Balance on Invoice 583055:* | | *$  17,487.80* |
| | | | |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | *Outstanding Balance on Invoice 585053:* | | *$  19,636.67* |
| | | | |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | 04/18/02 | Cash Receipt | -143,440.28 |
| | 05/20/02 | Cash Receipt | -2,000.00 |
| | 06/18/02 | Cash Receipt | -2,279.20 |
| | 10/22/02 | Cash Receipt | -24,190.73 |
| | *Outstanding Balance on Invoice 589414:* | | *$     300.40* |
| | | | |
| 591827 | 03/25/02 | Bill | 248,819.54 |
| | 10/22/02 | Cash Receipt | -40,577.60 |
| | *Outstanding Balance on Invoice 591827:* | | *$       0.00* |