

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601
)

**Chambers Associates Incorporated**

A Subsidiary of Navigant Consulting

April 18, 2002

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York 10038

Attention:    Kenneth Pasquale

---

*For Services Rendered For*
*W. R. Grace Creditor's Committee - March 2002*

---

**Professional Fees:**
| | | |
|---|---|---|
| LC | 5.75 hrs. @ $450 | $ 2,587.50 |
| RTF | 9.00 hrs. @ $330 | 2,970.00 |
| DNC | 3.00 hrs. @ $300 | 900.00 |
| DAC | 1.00 hrs. @ $200 | 200.00 |
| AH | 5.00 hrs. @ $160 | 800.00 |
| JKM | 6.25 hrs. @ $160 | 1,000.00 |
| RJ | 12.25 hrs. @ $100 | 1,225.00 |

Total Professional Fees .................................................... $ 9,682.50

**Support Services:**
   CCJ        .50 hrs. @ $ 60         $30.00

Total Support Services ........................................................ $ 30.00

**Expenses:**
   Printing/Photocopying        $ 29.00
   Local Transportation (RJ)      12.40
   Postage/Delivery              18.47

Total Expenses ............................................................ $59.87

**Total Amount Due for March Services and Expenses** ........................... $9,772.37

**Outstanding Invoice:**
   December 31, 2001       4,487.73 -
   February 8, 2002       12,084.33 -
   March 11, 2002         14,495.90 -

**Total Amount Due for March Services, Expenses and Outstanding Invoices** ......... $40,840.33



**Chambers Associates Incorporated**

A Subsidiary of Navigant Consulting

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

May 28, 2002

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York  10038

Attention:    Kenneth Pasquale

---

*For Services Rendered For*
*W. R. Grace Creditor's Committee - April 2002*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 4.00 hrs. @ $450 | $ 1,800.00 |
| SM | 3.00 hrs. @ $375 | 1,125.00 |
| SCM | 15.50 hrs. @ $265 | 4,107.50 |
| KK | 6.75 hrs. @ $250 | 1,687.50 |
| RBC | 30.50 hrs. @ $235 | 7,167.50 |
| MB | 25.00 hrs. @ $200 | 5,000.00 |
| JG | 12.10 hrs. @ $205 | 2,480.50 |
| AH | 93.25 hrs. @ $160 | 14,920.00 |
| JKM | 20.75 hrs. @ $160 | 3,320.00 |
| YS | .80 hrs. @ $160 | 128.00 |

Total Professional Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 41,736.00

**Support Services:**

| | | |
|---|---|---|
| CCJ | 12.00 hrs. @ $ 60 | $720.00 |

Total Support Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $720.00

**Expenses:**

| | |
|---|---|
| Printing/Photocopying | $ 604.41 |
| Lexis Nexis Research | 14.32 |
| Postage/Delivery | 115.67 |
| Telephone/Fax | .29 |

Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $734.69

**Total Amount Due for April Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . $43,190.69

**Outstanding Invoice:**

| | |
|---|---|
| December 31, 2001 | $4,487.73 |
| February 8, 2002 | 12,084.33 |
| March 11, 2002 | 14,495.90 |



**Chambers Associates Incorporated**

A Subsidiary of Navigant Consulting

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

June 23, 2002

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:    Kenneth Pasquale

*For Services Rendered For*
*W. R. Grace Creditor's Committee - May  2002*

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 26.50 hrs. @ $450 | $11,925.00 |
| SM | 51.50 hrs. @ $375 | 19,312.50 |
| RTF | 2.00 hrs. @ $330 | 660.00 |
| DC | 1.00 hrs. @ $300 | 300.00 |
| SCM | 21.00 hrs. @ $265 | 5,565.00 |
| KK | 11.20 hrs. @ $250 | 2,800.00 |
| RBC | 93.00 hrs. @ $235 | 21,855.00 |
| MSL | .25 hrs. @ $235 | 58.75 |
| LE | 39.05 hrs. @ $235 | 9,176.75 |
| RO | 13.00 hrs. @ $200 | 2,600.00 |
| MB | 39.00 hrs. @ $200 | 7,800.00 |
| JG | 18.30 hrs. @ $205 | 3,751.50 |
| AH | 109.75 hrs. @ $160 | 17,560.00 |
| SD | 14.85 hrs. @ $160 | 2,376.00 |
| JKM | .70 hrs. @ $160 | 112.00 |
| MC | 6.00 hrs. @ $120 | 720.00 |
| RJ | 4.50 hrs. @ $100 | 450.00 |

Total Professional Fees .................................................... $ 107,022.50

**Support Services:**

|   |   |   |
|---|---|---:|
| CCJ | .50 hrs. @ $ 60 | $30.00 |

Total Support Services ....................................................$ 30.00

**Expenses:**

| | |
|---|---:|
| Printing/Photocopying | $ 83.67 |
| Postage/Delivery | 89.29 |
| Telephone/Fax | 26.60 |

Total Expenses ................................................... $199.56

**Total Amount Due for May Services and Expenses** .......................... $107,252.06

**Outstanding Invoices:**

| | |
|---|---:|
| February 8, 2002 | $12,084.33 |
| March 11, 2002 | 14,495.90 |
| April 17, 2002 | 9,772.37 |
| May 13, 2002 | <u>43,190.69</u> |

**Total Amount Due for May Services, Expenses and Outstanding Invoices** . . . . . . . . . . **$ 172,299.45**

**Chambers Associates Incorporated • Public Policy Consultants**

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

July 28, 2002

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:     Kenneth Pasquale

*For Services Rendered For*
*W. R. Grace Creditor's Committee - June 2002*

**Professional Fees:**

| | | |
|---|---|---:|
| LC  | 1.00 hrs. @ $450 | $450.00 |
| RTF | 5.50 hrs. @ $330 | 1,815.00 |
| RBC | 4.75 hrs. @ $235 | 1,116.25 |
| JM  | 16.50 hrs. @ $235 | 3,877.50 |
| PMP | .50 hrs. @ $210 | 105.00 |
| JKM | .20 hrs. @ $160 | 32.00 |

Total Professional Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,395.75

**Support Services:**
   None

**Expenses:**
   Postage/Delivery            $ 10.88
   Telephone/Fax                  8.03

Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $18.91

**Total Amount Due for June Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,414.66

**Outstanding Invoices:**
   April 17, 2002              $9,772.37
   May 13, 2002                43,190.69
   June 23, 2002              107,252.06

**Total Amount Due for June Services, Expenses and Outstanding Invoices** . . . . . . . . . . $ 167,629.78