**HILSOFT NOTIFICATIONS**
**123 East Broad Street**
**Souderton, PA 18964-0120**

**DATE:  10/23/02**                                              **INVOICE NO.:  43840**

**BILL TO:**

**WR GRACE & COMPANY, ET AL.**

---

**SUMMARY OF INVOICE**

| DATE | TOTAL HOURS | FEES - DESCRIPTION | RATE | TOTAL AMOUNT |
|------|-------------|--------------------|------|--------------|
| August '02 | 5.7 | TH - Todd B. Hilsee - Consulting Fees | $350.00 | $1,995.00 |

**TOTAL FEES:  $1,995.00**

| DATE | TOTAL HOURS | EXPENSES - DESCRIPTION | RATE | TOTAL AMOUNT |
|------|-------------|------------------------|------|--------------|
| May '02 | N/A | Long Distance Calls | $2.95 | $2.95 |
| June '02 | N/A | Long Distance Calls | $0.63 | $0.63 |
| Aug. '02 | N/A | Long Distance Calls | $2.38 | $2.38 |

**TOTAL EXPENSES:  $5.96**

**INVOICE TOTAL:  $2,000.96**

## **DETAIL OF SERVICES PROVIDED**

| **Date** | **Hours** | **Resp.** | **Description** |
|----------|-----------|-----------|-----------------|
| 08/07/02 | 0.8 | th | Correspondence with Scott Baena, re: research on effectiveness of Notice after appearance. |
| 08/09/02 | 1.6 | th | Phone with research vendors, re: timing cost, procedures for recruiting. |
| 08/12/02 | 1.1 | th | Review survey research outlines from research vendors. |
| 08/12/02 | 0.6 | th | Telephone calls with research firm. |
| 08/12/02 | 0.2 | th | Discuss research methodology and cost with staff. |
| 08/12/02 | 1.2 | th | Prepare research overview for client. |
| 08/12/02 | 0.2 | th | Phone with Scott Baena regarding survey research. |

Total:      5.7

Hilsoft Notifications - Billing Statement - W. R. Grace

th: Todd B. Hilsee = 5.7