# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20021014
October 14, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of September, 2002.

### FEES

Francine F. Rabinovitz
 0.70 hours @ $ 400 per hour                        $    280.00

James E. Hass
 7.30 hours @ $ 400 per hour                             2,920.00

Paul J. Silvern
 6.00 hours @ $ 350 per hour                             2,100.00

     Total Current Fees:                            $ 5,300.00


### EXPENSES (Receipt copies attached.)

Courier                                                     16.24


     **TOTAL FEES & EXPENSES:**                     **$ 5,316.24**


*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

Summary of billed hours for service rendered in
connection with the Property Damage Claimants
(W.R. Grace).  For the month of September, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | |
|---|---|---|---|---|
| 09/01/2002 | | | | |
| 09/02/2002 | | | | |
| 09/03/2002 | | 4.10 | | |
| 09/04/2002 | | | 0.10 | |
| 09/05/2002 | | | 0.50 | |
| 09/06/2002 | | | | |
| 09/07/2002 | | | | |
| 09/08/2002 | | | | |
| 09/09/2002 | | | | |
| 09/10/2002 | | | | |
| 09/11/2002 | | | | |
| 09/12/2002 | | | | |
| 09/13/2002 | | | 0.50 | |
| 09/14/2002 | | | | |
| 09/15/2002 | | | | |
| 09/16/2002 | | | | |
| 09/17/2002 | | | | |
| 09/18/2002 | | | | |
| 09/19/2002 | | | 1.00 | |
| 09/20/2002 | | | | |
| 09/21/2002 | | | | |
| 09/22/2002 | | | | |
| 09/23/2002 | 0.50 | | 0.50 | |
| 09/24/2002 | | | | |
| 09/25/2002 | | 0.50 | 2.30 | |
| 09/26/2002 | 0.20 | 1.50 | 0.10 | |
| 09/27/2002 | | | | |
| 09/28/2002 | | | | |
| 09/29/2002 | | | | |
| 09/30/2002 | | 1.20 | 1.00 | Total Hours |
| Hours | 0.70 | 7.30 | 6.00 | 13.80 |
| Rate | $400 | $400 | $350 | Total Fees |
| | $280.00 | $2,920.00 | $2,100.00 | $5,300.00 |

SEPTEMBER 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>          TIME <u>TASK</u>

                     <u>Case Administration</u>

09/23/02     0.5   Quick review of <u>Cybergenics v. Chinery</u> re S. Baena
                   messages re Grace fraudulent transfer case.

                     <u>Compensation of Professionals</u>

09/26/02     <u>0.2</u>   Phone call with Pual J. Silvern re: Fee Auditors
                   report on HR&A's Fee Application for The Fifth
                   Interim Period.

TOTAL        0.7

SEPTEMBER 2002, TIME LOG OF JAMES E. HASS (JEH)

                        <u>Case Administration</u>

09/03/02     4.1    Organize project files.

09/25/02     0.5    Invoice preparation

09/26/02     1.5    Weekly conference call with Property Damage
                    Committee re: case status.

09/30/02     <u>1.2</u>    Invoice preparation.

TOTAL:       7.3

SEPTEMBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>          <u>TIME</u>    <u>TASK</u>


                        <u>Case Administration and Consulting</u>

09/04/02      0.1     Review Judge Wolin's opinion and order affirming
                      Judge Fitzgerald's ruling re: Zonolite science
                      trial.

09/05/02      0.5     Participate in Property Damage (PD) Committee call
                      re: case status.

09/19/02      0.6     Participate in PD Committee call re: case status.
              0.2     Voice mail messages for Francine F. Rabinovitz
                      (FFR)and James E. Hass (JEH) re: PD Committee call.

09/26/02      <u>0.1</u>     Voice mail message from JEH re: weekly PD Committee
                      call re: case status.

SUBTOTAL      1.5     CATEGORY 12


                        <u>Compensation of Professionals</u>

09/13/02      0.5     Review Fee Auditor's proposed consultant billing
                      categories and discuss with HR&A project staff.

09/19/02      0.2     Review Fee Auditor's 4th Quarterly billing
                      spreadsheet and related e-mail.

09/23/02      0.5     Review Fee Auditor's report on HR&A's Fee
                      Application for the Fifth Interim Period and
                      discuss with FFR.

09/25/02      2.3     Prepare draft response to Fee Auditor's report.

09/30/02      <u>1.0</u>     Complete and send response to Fee Auditor's report.

SUBTOTAL      4.5     CATEGORY 18


TOTAL         6.0