## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **November 7, 2002** |

## TWELFTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

Name of Applicant:  *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:  *Official Committee of Equity Holders*

Date of Retention:  *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:  *July 1, 2002 through and
including July 31, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$28,083.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,121.59*

This is a(n):  __x__  monthly  ___  interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | pending |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,237.00 $21,299.11 | pending |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2002 THROUGH JULY 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 7.20 | $3,420.00 |
| Mayer, Thomas Moers | 590.00 | 0.40 | $236.00 |
| Becker, Gary M. | 400.00 | 40.50 | $16,200.00 |
| Caton, Amy | 350.00 | 0.40 | $140.00 |
| McCarroll, James C. | 350.00 | 11.10 | $3,885.00 |
| Mangual, Kathleen | 175.00 | 12.20 | $2,135.00 |
| Temp, CR | 160.00 | 12.50 | $2,000.00 |
| Stein, Steven | 75.00 | 0.90 | $67.50 |
| **Total** | | **85.20** | **$28,083.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 7/1/02 through 7/31/02 | Total Fees for the Period 7/1/02 through 7/31/02 |
|---|---|---|
| Case Administration | 28.40 | $5,975.00 |
| Claim Analysis Objection & Resolution(Asbestos) | 8.40 | $3,456.00 |
| Creditor Committee | 3.10 | $1,287.50 |
| Employee Benefits/Pension | 3.00 | $1,215.00 |
| Fee Applications, Applicant | 6.40 | $1,922.50 |
| Fraudulent Conveyance Issues Adversary Proceeding | 28.30 | $11,567.50 |
| Hearings | 7.60 | $2,660.00 |
| **Total** | **85.20** | **$28,083.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/02 through 7/31/02 |
|---|---|
| Telecopier | $2.00 |
| Velobindings | $7.50 |
| Tabs | $28.00 |
| Photocopying | $310.05 |
| Postage | $15.40 |
| Long-Distance Tel. | $94.30 |
| Lexis / Nexis On-Line Research | $10.00 |
| Messenger Service | $12.29 |
| Cab Fares | $271.00 |
| Meals | $33.44 |
| Out-of-Town-Travel | $337.61 |
| **Total** | **$1,121.59** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
    Philip Bentley
    Gary M. Becker
    919 Third Avenue
    New York, New York 10022
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Holders

Dated:  October 22, 2002

KL2:2180316.1

**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002**

*CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 5.70 | 400.00 | 2,280.00 |
| **PARAPROFESSIONALS** | | | | |
| TEMP, PARALEGAL | CRED | 12.50 | 160.00 | 2,000.00 |
| MANGUAL, KATHLEEN | CRED | 9.30 | 175.00 | 1,627.50 |
| STEIN, STEVEN | CRED | 0.90 | 75.00 | 67.50 |
| | Subtotal | 28.40 | $ | 5,975.00 |

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.90 | 475.00 | 427.50 |
| CATON, AMY | CRED | 0.40 | 350.00 | 140.00 |
| BECKER, GARY M. | CRED | 1.80 | 400.00 | 720.00 |
| | Subtotal | 3.10 | $ | 1,287.50 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CRED | 3.30 | 400.00 | 1,320.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 2.90 | 175.00 | 507.50 |
| | Subtotal | 6.40 | $ | 1,922.50 |

*CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.60 | 475.00 | 1,235.00 |
| MAYER, THOMAS MOERS | CRED | 0.40 | 590.00 | 236.00 |
| MCCARROLL, JAMES C. | CRED | 3.50 | 350.00 | 1,225.00 |
| BECKER, GARY M. | CRED | 1.90 | 400.00 | 760.00 |
| | Subtotal | 8.40 | $ | 3,456.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002

### *FRAUDULENT CONVEYANCE ADV. PROCEEDING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.30 | 475.00 | 1,567.50 |
| BECKER, GARY M. | CRED | 25.00 | 400.00 | 10,000.00 |
| | Subtotal | 28.30 | $ | 11,567.50 |

### *EMPLOYEE BENEFITS/PENSION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CRED | 2.80 | 400.00 | 1,120.00 |
| | Subtotal | 3.00 | $ | 1,215.00 |

### *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MCCARROLL, JAMES C. | CRED | 7.60 | 350.00 | 2,660.00 |
| | Subtotal | 7.60 | $ | 2,660.00 |
| | Total | 85.20 | $ | 28,083.50 |

KL4:2059448.1

**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 7.20 | 475.00 | 3,420.00 |
| MAYER, THOMAS MOERS | PARTNER | 0.40 | 590.00 | 236.00 |
| CATON, AMY | ASSOCIATE | 0.40 | 350.00 | 140.00 |
| MCCARROLL, JAMES C. | ASSOCIATE | 11.10 | 350.00 | 3,885.00 |
| BECKER, GARY M. | ASSOCIATE | 40.50 | 400.00 | 16,200.00 |
| TEMP, PARALEGAL | PARALEGAL | 12.50 | 160.00 | 2,000.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 12.20 | 175.00 | 2,135.00 |
| STEIN, STEVEN | PARALEGAL | 0.90 | 75.00 | 67.50 |
| | Total | 85.20 | | $28,083.50 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| VELOBINDINGS | 7.50 |
| TABS | 28.00 |
| PHOTOCOPYING | 310.05 |
| POSTAGE | 15.40 |
| LONG-DISTANCE TEL. | 94.30 |
| LEXIS/NEXIS ON-LINE RESEARCH | 10.00 |
| MESSENGER SERVICE | 12.29 |
| CAB FARES | 271.00 |
| MEALS | 33.44 |
| OUT-OF-TOWN TRAVEL | 337.61 |
| Subtotal | $1,121.59 |

KL4:2059448.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 165.36 |
| Subtotal | $166.36 |

alp_132c: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:49

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Client No: 056772
Client Name : W.R. GRACE & CO.  EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 09/30/2002 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 08/31/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 28,083.50 | 1,121.59 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | 09/30/2002 | 08/31/2002 |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

| | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
|---|---|

ACCOUNTS RECEIVABLE TOTALS                                                    UNAPPLIED CASH

| | |
|---|---|
| FEES: | 172,626.55 |
| DISBURSEMENTS: | 12,331.70 |
| FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 184,958.25 |

| | |
|---|---|
| UNIDENTIFIED RECEIPTS: | 0.00 |
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 09/30/02 | LAST PAYMENT DATE: | 09/13/02 |
| LAST BILL NUMBER: | 358460 | FEES BILLED TO DATE: | 412,336.00 |
| LAST BILL THRU DATE: | 09/30/02 | | |

FOR ACCT'S USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (6) Summer Associate
(2) Late Time & Costs Posted     (7) Fixed Fee
(3) Pre-arranged Discount        (8) Premium
(4) Excessive Legal Time         (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER:_____       DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

alp_132c: Billed Charges Analysis
Run Date & Time: 10/09/2002 14:13:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 07/01/02 | 07/31/02 | 7.20 | 3,420.00 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 07/31/02 | 07/31/02 | 0.40 | 236.00 |
| 04418 | CATON, AMY | ASSOCIATE | 07/18/02 | 07/18/02 | 0.40 | 140.00 |
| 04711 | MCCARROLL, JAMES C. | ASSOCIATE | 07/19/02 | 07/22/02 | 11.10 | 3,885.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 07/01/02 | 07/31/02 | 40.50 | 16,200.00 |
| | PARAPROFESSIONALS | | | | | |
| 00677 | TEMP, PARALEGAL | PARALEGAL | | 07/19/02 | 12.50 | 2,000.00 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 07/09/02 | 07/29/02 | 12.20 | 2,135.00 |
| 05522 | STEIN, STEVEN | PARALEGAL | 07/10/02 | 07/17/02 | 0.90 | 67.50 |
| | | Total: | | | 85.20 | 28,083.50 |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 07/01/02 | 07/01/02 | 2.00 |
| 0816 | VELOBINDINGS | 07/17/02 | 07/17/02 | 7.50 |
| 0817 | TABS | 07/17/02 | 07/17/02 | 28.00 |
| 0820 | PHOTOCOPYING | 07/01/02 | 07/01/02 | 310.05 |
| 0880 | POSTAGE | 07/01/02 | 07/01/02 | 15.40 |
| 0885 | LONG-DISTANCE TEL. | 07/16/02 | 07/18/02 | 1.43 |
| 0910 | LONG DIST. TELE. | 07/31/02 | 07/31/02 | 92.87 |
| 0921 | LEXIS / NEXIS  ON -LINE RESEAR | 07/01/02 | 07/01/02 | 10.00 |
| 0930 | MESSENGER/COURIER | 07/11/02 | 07/11/02 | 12.29 |
| 0940 | CAB FARES | 07/26/02 | 07/31/02 | 271.00 |
| 0943 | IN-HOUSE/MEALS | 07/23/02 | 07/23/02 | 33.44 |
| 0950 | OUT-OF-TOWN TRAVEL | 07/15/02 | 07/31/02 | 337.61 |
| | Total | | | 1,121.59 |
| | Grand Total | | | 29,205.09 |

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 10/09/02 14:13:53)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Billed Applied From OA | Total Collections | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 | | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 32,073.50 | 5,945.49 | | 31,375.29 | 09/13/02 | 6,643.70 |
| 11/27/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 | | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 | | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 | | 28,312.23 | 09/13/02 | 6,493.50 |
| 02/27/02 | 01/31/02 | 340586 | 23,807.50 | 1,961.58 | | 21,007.58 | 09/13/02 | 4,761.50 |
| 03/27/02 | 02/28/02 | 348979 | 36,382.50 | 2,894.44 | | 32,000.44 | 09/13/02 | 7,276.50 |
| 04/30/02 | 03/31/02 | 347464 | 33,575.00 | 1,937.94 | | 28,167.64 | 09/13/02 | 6,515.30 |
| 05/31/02 | 04/30/02 | 352100 | 24,594.00 | 2,669.24 | | 25,704.44 | 09/13/02 | 1,558.80 |

alp_132c: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

A C C O U N T S   R E C E I V A B L E         (Reflects Payments As of 10/09/02 14:13:54)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------------------|------|-------------|
| 06/18/02 | 05/31/02 | 352980 | 19,412.00 | 2,299.11 | | .00 | | 21,711.11 |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | | .00 | | 4,820.00 |
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | .00 | | 20,781.11 |
| 08/19/02 | 07/31/02 | 356269 | 28,083.50 | 1,121.59 | | .00 | | 29,205.09 |
| 09/30/02 | 09/30/02 | 358460 | 44,375.50 | 8,374.64 | | .00 | | 52,750.14 |

| | Total: | | 405,833.50 | 40,236.01 | | 261,111.26 | | 184,958.25 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1580819
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 07/01/2002 | | TO: | 07/30/2002 | |
| UNBILLED DISB FROM: | 07/01/2002 | | TO: | 07/31/2002 | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 5,975.00 | 367.89 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 07/30/2002 | 07/31/2002 |
| CLOSE MATTER/FINAL BILLING? | YES  OR  NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:
  BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| FEES: | 20,129.50 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 5,089.82 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 25,219.32 | | |

BILLING HISTORY

| DATE OF LAST BILL: | 09/30/02 | LAST PAYMENT DATE: | 09/13/02 |
|---|---|---|---|
| LAST BILL NUMBER: | 358460 | FEES BILLED TO DATE: | 133,882.00 |
| LAST BILL THRU DATE: | 08/31/02 | | |

| FOR ACCTG USE ONLY: | Write Down/Up Reason Codes: |
|---|---|
| | (1) Exceeded Fixed Fee       (6) Summer Associate |
| | (2) Late Time & Costs Posted (7) Fixed Fee |
| | (3) Pre-arranged Discount    (8) Premium |
| | (4) Excessive Legal Time     (9) Rounding |
| | (5) Business Development     (10) Client Arrangement |

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
Run Date & Time: 10/09/2002 14:13:46                                      *PRIVILEGED AND CONFIDENTIAL*

                                                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number: 1580819
Matter No: 056772-00001                                              Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001                                                                                          Status : ACTIVE
```

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | | 07/02/02 | 07/19/02 | 12.50 | 2,280.00 |
| | PARAPROFESSIONALS | | | | | |
| 00677 | TEMP. PARALEGAL | CRED | 07/09/02 | 07/29/02 | 9.30 | 1,627.50 |
| 05208 | MANGUAL, KATHLEEN | CRED | | | | |
| 05522 | STEIN, STEVEN | CRED | 07/10/02 | 07/17/02 | 0.90 | 67.50 |

Total: 2,280.00

Sub-Total Hours :   0.00 Partners   0.00 Counsels   5.70 Associates   22.70 Legal Assts   0.00 Others

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 07/17/02 | 07/17/02 | 7.50 |
| 0817 | TABS | 07/17/02 | 07/17/02 | 28.00 |
| 0820 | PHOTOCOPYING | 07/01/02 | 07/31/02 | 179.55 |
| 0880 | POSTAGE | 07/01/02 | 07/01/02 | 15.40 |
| 0885 | LONG-DISTANCE TEL. | 07/16/02 | 07/16/02 | 1.13 |
| 0910 | LONG DIST. TELE. | 07/31/02 | 07/31/02 | 92.87 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 07/01/02 | 07/01/02 | 10.00 |
| 0943 | IN-HOUSE/MEALS | 07/23/02 | 07/23/02 | 33.44 |

Total   367.89

Grand Total   6,342.89

### ACCOUNTS RECEIVABLE SUMMARY
(Reflects Payments As of 10/09/02 14:13:46)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 35,884.50 | 4,154.07 | | 40,038.57 | | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 15,920.50 | 1,491.63 | | 17,412.13 | | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 10,001.50 | 1,059.00 | | 11,060.50 | | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 9,230.00 | 1,455.48 | | 10,685.48 | | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | | 09/13/02 | |
| 02/27/02 | 01/31/02 | 340586 | 6,595.00 | 1,638.70 | | 7,008.70 | | 09/13/02 | .00 |
| 03/27/02 | 02/28/02 | 348979 | 6,595.00 | 909.36 | | 7,504.36 | | 09/13/02 | |
| 04/30/02 | 03/31/02 | 347464 | 8,760.00 | 876.66 | | 9,636.66 | | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 | | 15,463.97 | | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352982 | 6,262.00 | 2,100.07 | | 8,362.07 | | | 8,362.07 |
| 07/31/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | | | 4,202.91 |
| 08/15/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | 6,342.89 | | | 6,342.89 |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 2,288.95 | | 6,311.45 | | | 6,311.45 |

alp 132r: Billed Charges Analysis                                                                                                          PAGE    3

Run Date & Time: 10/09/2002 14:13:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:    1580819
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 10/09/02 14:13:46)
                                           Billed --------    ---- Collections ----      Balance
Bill Date Thru Date  Bill#     Fee & OA    Disbursement  Applied  Total     Date         Due
------------------------------ --------    From OA       ------   -----     -----        -----

          Total:              133,882.00   19,299.23            127,961.91               25,219.32

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 10/09/2002 14:13:46

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      1580819
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/02/02 | Screen new pleadings. | 0.50 | 200.00 | 4219210 | 07/08/02 |
| BECKER, GARY M. | 07/08/02 | Conf. with local counsel re various issues | 1.30 | 520.00 | 4224698 | 07/12/02 |
| BECKER, GARY M. | 07/09/02 | (0.4); screen new pleadings (0.9). | | | | |
| BECKER, GARY M. | 07/09/02 | Conf. with Bentley re various case issues | 0.30 | 120.00 | 4224766 | 07/12/02 |
| BECKER, GARY M. | 07/11/02 | (0.3). | | | | |
| BECKER, GARY M. | 07/11/02 | Screen new pleadings (0.8); conf. with Bentley re case issues (0.2); conf. with K. Mangual re debtors' failure to pay holdback amounts (0.3). | 1.30 | 520.00 | 4226821 | 07/12/02 |
| BECKER, GARY M. | 07/23/02 | Screen new pleadings and correspondence | 0.80 | 320.00 | 4251638 | 07/30/02 |
| BECKER, GARY M. | 07/30/02 | Screen numerous new pleadings (1.2); conf. with Bentley re various case issues (0.3). | 1.50 | 600.00 | 4263663 | 08/02/02 |

Total For BECKER G - 05292                                                                                  5.70     2,280.00

| MANGUAL, KATHLEEN | 07/09/02 | update pleadings index, correspondence and corporate documents (1.9) | 1.90 | 332.50 | 4258681 | 08/01/02 |
| MANGUAL, KATHLEEN | 07/10/02 | order of 6 adv pro hearing transcripts per G. Becker (.30) | 0.30 | 52.50 | 4231455 | 07/16/02 |
| MANGUAL, KATHLEEN | 07/15/02 | updating calendar of events (.60), ordering hearing transcripts of adv proceedings (.30); preparation of hearing binder for 7/22 hearing which includes retrieval of pleadings per P. Bentley (2.6) | 0.90 | 157.50 | 4250359 | 07/29/02 |
| MANGUAL, KATHLEEN | 07/17/02 | | 2.60 | 455.00 | 4250343 | 07/29/02 |
| MANGUAL, KATHLEEN | 07/18/02 | updating pleadings for all adv pro (2.1) | 2.10 | 367.50 | 4264392 | 08/02/02 |
| MANGUAL, KATHLEEN | 07/29/02 | review of docket on pacer and retrieval of recent pleadings (.70); organization of files and distribute of same (.80) | 1.50 | 262.50 | 4264363 | 08/02/02 |

Total For MANGUAL K - 05208                                                                                 9.30     1,627.50

| STEIN, STEVEN | 07/10/02 | Dup. and dist. adv pro hearing transcript per K. Mangual (.5). | 0.50 | 37.50 | 4224614 | 07/12/02 |
| STEIN, STEVEN | 07/17/02 | On line research of court docket for upcoming Hearing Agenda, per K. Mangual (.4) | 0.40 | 30.00 | 4239962 | 07/22/02 |

Total For STEIN S - 05522                                                                                   0.90       67.50

| TEMP, PARALEGAL | 07/01/02 | Continued indexing documents and searching for docket numbers. (Tonya Peake) | 2.50 | 400.00 | 4250709 | 07/30/02 |
| TEMP, PARALEGAL | 07/02/02 | Continued indexing documents and searching for docket numbers. (Tonya Peake) | 4.00 | 640.00 | 4250711 | 07/30/02 |
| TEMP, PARALEGAL | 07/08/02 | Continue indexing documents and searching for docket numbers. (Tonya Peake) | 1.00 | 160.00 | 4250724 | 07/30/02 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

| | | |
|---|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1580819 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| TEMP, PARALEGAL | 07/16/02 | Create index of documents and organize into binders, per K. Mangual. (Tonya Peake) | 2.00 | 320.00 | 4253649 | 07/31/02 |
| TEMP, PARALEGAL | 07/19/02 | Organize documents and update index. (Tonya Peake) | 3.00 | 480.00 | 4253640 | 07/31/02 |

Total For TEMP P - 00677    12.50    2,000.00

Fee Total    28.40    5,975.00

### BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| VELOBINDINGS | | | | | | |
| 0816 VELOBINDINGS | MANGUAL, K M | 07/17/02 | 7.50 | 5657051 | 79939 | 07/18/02 |
| 0816 VELOBINDINGS Total : | | | 7.50 | | | |
| TABS Andrew Daisley | | | | | | |
| 0817 TABS | MANGUAL, K M | 07/17/02 | 28.00 | 5657042 | 79938 | 07/18/02 |
| 0817 TABS Total : | | | 28.00 | | | |
| PHOTOCOPYING | | | | | | |
| 0820 PHOTOCOPYING | BENTLEY, P | 07/01/02 | 1.35 | 5624803 | 79387 | 07/08/02 |
| PHOTOCOPYING | BENTLEY, P | 07/01/02 | 1.35 | 5624804 | 79387 | 07/08/02 |
| PHOTOCOPYING | BENTLEY, P | 07/02/02 | 8.55 | 5625454 | 79388 | 07/08/02 |
| PHOTOCOPYING | BENTLEY, P | 07/08/02 | 16.05 | 5629337 | 79450 | 07/09/02 |
| PHOTOCOPYING | BENTLEY, P | 07/10/02 | 21.30 | 5634448 | 79559 | 07/11/02 |
| PHOTOCOPYING | STEIN, S S | 07/10/02 | 21.00 | 5634449 | 79559 | 07/11/02 |
| PHOTOCOPYING | STEIN, S S | 07/10/02 | 11.40 | 5634537 | 79828 | 07/17/02 |
| PHOTOCOPYING | BENTLEY, P | 07/15/02 | 5.85 | 5633538 | 79828 | 07/17/02 |
| PHOTOCOPYING | BENTLEY, P | 07/17/02 | 12.60 | 5656420 | 79895 | 07/18/02 |

alp_l3lr: Billed Charges Analysis
Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1580819
Bill Frequency: M

Status    : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING — MANGUAL, KATHLEEN | MANGUAL, K M | 07/17/02 | 29.70 | 5657617 | 79965 | 07/19/02 |
| PHOTOCOPYING — MANGUAL, KATHLEEN | MANGUAL, K M | 07/17/02 | 10.50 | 5657618 | 79965 | 07/19/02 |
| PHOTOCOPYING — BECKER, GARY M. | BECKER, G M | 07/30/02 | 0.90 | 5673876 | 80536 | 07/31/02 |
| PHOTOCOPYING — BENTLEY, PHILIP | BENTLEY, P | 07/30/02 | 38.10 | 5673877 | 80536 | 07/31/02 |
| PHOTOCOPYING — BENTLEY, PHILIP | BENTLEY, P | 07/31/02 | 0.90 | 5676397 | 80629 | 08/01/02 |
| **0820 PHOTOCOPYING Total :** | | | **179.55** | | | |
| POSTAGE — Danny Rivera | BENTLEY, P | 07/01/02 | 15.40 | 5627795 | 79419 | 07/08/02 |
| **0880 POSTAGE Total :** | | | **15.40** | | | |
| LONG-DISTANCE TEL. 3025524200 | BENTLEY, P | 07/16/02 | 1.13 | 5656827 | 79897 | 07/18/02 |
| **0885 LONG-DISTANCE TEL. Total :** | | | **1.13** | | | |
| LONG DIST. TELE. PREMIERE CONFERENCING — LONG DIST. TELE. - VENDOR-PREMIERE CONFERENCING | ECKSTEIN, K H | 07/31/02 | 92.87 | 5675761 | 80610 | 07/31/02 |
| **0910 LONG DIST. TELE. Total :** | | | **92.87** | | | |
| LEXIS / NEXIS ON -L — LEXIS / NEXIS ON -LINE RESEARCH | BECKER, G M | 07/01/02 | 10.00 | 5633168 | 79529 | 07/10/02 |
| **0921 LEXIS / NEXIS ON -L Total :** | | | **10.00** | | | |
| IN-HOUSE/MEALS | MORRISSEY, R A | 07/23/02 | 33.44 | 5665787 | 80291 | 07/25/02 |
| **0943 IN-HOUSE/MEALS Total :** | | | **33.44** | | | |

Costs Total :                                                           367.89

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1580819
Bill Frequency: M

Status : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.70 | 2,280.00 | | | | |
| TEMP, PARALEGAL | 12.50 | 2,000.00 | | | | |
| MANGUAL, KATHLEEN | 9.30 | 1,627.50 | | | | |
| STEIN, STEVEN | 0.90 | 67.50 | | | | |
| **Total:** | **28.40** | **5,975.00** | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 7.50 | | | | |
| 0817 TABS | 28.00 | | | | |
| 0820 PHOTOCOPYING | 179.55 | | | | |
| 0880 POSTAGE | 15.40 | | | | |
| 0885 LONG-DISTANCE TEL. | 1.13 | | | | |
| 0910 LONG DIST. TELE. | 92.87 | | | | |
| 0921 LEXIS / NEXIS ON -LINE R | 10.00 | | | | |
| 0943 IN-HOUSE/MEALS | 33.44 | | | | |
| Costs Total : | 367.89 | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1580820
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 07/01/2002 | | TO: | 07/18/2002 | |
| UNBILLED DISB FROM: | 07/01/2002 | | TO: | 07/18/2002 | |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,287.50 | 14.59 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 07/18/2002 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                    BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 10,530.00 | |
| DISBURSEMENTS: | 200.21 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 10,730.21 | |
| UNIDENTIFIED RECEIPTS: | | 0.00 |
| PAID FEE RETAINER: | | 0.00 |
| PAID DISB RETAINER: | | 0.00 |
| TOTAL AVAILABLE FUNDS: | | 0.00 |
| TRUST BALANCE: | | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 09/30/02 | LAST PAYMENT DATE: 09/13/02 |
| LAST BILL NUMBER: | 358460 | FEES BILLED TO DATE: 37,535.00 |
| LAST BILL THRU DATE: | 08/31/02 | |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development      (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis
Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1580820
Bill Frequency: M

Status : ACTIVE

BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | ----Total---- | | ------ Billed ------ | |
|---|---|---|---|---|---|---|
| | | | Oldest | Latest | Hours | Amount |
| 02495 | BENTLEY, PHILIP | CRED | 07/01/02 | 07/01/02 | 0.90 | 427.50 |
| 04418 | CATON, AMY | CRED | 07/18/02 | 07/18/02 | 0.40 | 140.00 |
| 05292 | BECKER, GARY M. | CRED | 07/01/02 | 07/01/02 | 1.80 | 720.00 |
| | Total: | | | | 3.10 | 1,287.50 |

Sub-Total Hours :    0.90 Partners    0.00 Counsels    2.20 Associates    0.00 Legal Asst    0.00 Others

BILLED COSTS SUMMARY

| Code | Description | ----Oldest---- Entry | ----Latest---- Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 07/01/02 | 07/01/02 | 2.00 |
| 0885 | LONG-DISTANCE TEL. | 07/18/02 | 07/18/02 | 0.30 |
| 0930 | MESSENGER/COURIER | 07/11/02 | 07/11/02 | 12.29 |
| | Total | | | 14.59 |
| | Grand Total | | | 1,302.09 |

ACCOUNTS RECEIVABLE          (Reflects Payments As of 10/09/02 14:13:47)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | ---- Collections ---- Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 5,226.00 | 997.34 | | 6,223.34 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 1,300.00 | .00 | | 1,300.00 | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 3,507.50 | 434.03 | | 3,941.53 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 1,080.00 | 197.20 | | 1,277.20 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 02/27/02 | 01/31/02 | 340586 | 3,602.50 | .00 | | 3,602.50 | 09/13/02 | |
| 03/27/02 | 02/28/02 | 348979 | 4,045.00 | 1,423.03 | | 5,468.03 | 09/13/02 | |
| 04/30/02 | 03/31/02 | 347464 | 4,167.50 | 93.26 | | 4,260.76 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 3,895.00 | .12 | | .00 | | 3,895.12 |
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | .00 | | 3,721.50 |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | .00 | | 1,302.09 |
| 09/30/02 | 08/31/02 | 358460 | 1,630.00 | 181.50 | | .00 | | 1,811.50 |
| Total: | | | 37,535.00 | 3,673.06 | | 30,477.85 | | 10,730.21 |

alp_132r: Billed Charges Analysis
Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

| | | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1580820 |
|---|---|---|---|---|
| Matter No: 056772-00002 | | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Name : CREDITOR COMMITTEE | | | | |
| Matter Opened : 07/27/2001 | | | | Status : ACTIVE |

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/01/02 | Memo to Committee re Debtors personal injury procedures motion, and conf. GB re same. | 0.90 | 427.50 | 4262425 | 08/02/02 |
| Total For BENTLEY P - 02495 | | | 0.90 | 427.50 | | |
| BECKER, GARY M. | 07/01/02 | Prepare and circulate memo to committee re intervention (1.2); research re same (0.3); exchange emails with committee chair T. Weschler re various case issues (0.3). | 1.80 | 720.00 | 4215725 | 07/03/02 |
| Total For BECKER G - 05592 | | | 1.80 | 720.00 | | |
| CATON, AMY | 07/18/02 | arrangements re: Spleth expenses and call to Spleth re: same (.2); tc w/ Bentley, McCarroll re: staffing hearing (.2) | 0.40 | 140.00 | 4263411 | 08/02/02 |
| Total For CATON A - 04418 | | | 0.40 | 140.00 | | |
| | | Fee Total | 3.10 | 1,287.50 | | |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| 0815 TELECOPIER roadcast to 6 pe | BECKER, G M | 07/01/02 | 2.00 | 5626443 | 79395 | 07/08/02 |
| 0815 TELECOPIER Total : | | | 2.00 | | | |
| LONG-DISTANCE TEL. | | | | | | |
| 0885 LONG-DISTANCE TEL. 3123825370 | CATON, A | 07/18/02 | 0.30 | 5657925 | 79966 | 07/19/02 |
| 0885 LONG-DISTANCE TEL. Total : | | | 0.30 | | | |
| MESSENGER/COURIER | | | | | | |
| 0930 MESSENGER/COURIER FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION 5/22/02 | MANGUAL, K M | 07/11/02 | 12.29 | 5635306 | 79571 | 07/11/02 |
| 0930 MESSENGER/COURIER Total : | | | 12.29 | | | |
| Costs Total : | | | 14.59 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1580820
Bill Frequency: M

Status    : ACTIVE

### B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.90 427.50 | | | | | | |
| CATON, AMY | 0.40 140.00 | | | | | | |
| BECKER, GARY M. | 1.80 720.00 | | | | | | |
| **Total:** | **3.10 1,287.50** | | | | | | |

### B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 0.30 | | | | | |
| 0930 | MESSENGER/COURIER | 12.29 | | | | | |
| | Costs Total : | 14.59 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  12

Matter No: 056772-00004
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET DISPOSITION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:                          TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?     YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                    BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                  UNIDENTIFIED RECEIPTS:            0.00
                                            PAID FEE RETAINER:               0.00
FEES:                       0.00            PAID DISB RETAINER:              0.00
DISBURSEMENTS:              1.50            TOTAL AVAILABLE FUNDS:           0.00
FEE RETAINER:               0.00            TRUST BALANCE:
DISB RETAINER:              0.00
TOTAL OUTSTANDING:          1.50

UNAPPLIED CASH

BILLING HISTORY

DATE OF LAST BILL:          07/12/02        LAST PAYMENT DATE:            09/13/02
LAST BILL NUMBER:           352980          FEES BILLED TO DATE:          1,975.00
LAST BILL THRU DATE:        05/31/02

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee        (6) Summer Associate
   (2) Late Time & Costs Posted  (7) Fixed Fee
   (3) Pre-arranged Discount     (8) Premium
   (4) Excessive Legal Time      (9) Rounding
   (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____      Processed by: _____      FRC: _____      CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/09/2002 14:13:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00004                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET DISPOSITION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

A C C O U N T S     R E C E I V A B L E   (Reflects Payments As of 10/09/02 14:13:47)

|  |  | ------- Billed ------- |  | ---- Collections ---- | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/27/02 | 02/28/02 | 348979 | 1,975.00 | .00 | | 1,975.00 | 09/13/02 | 1.50 |
| 06/18/02 | 05/31/02 | 352980 | .00 | 1.50 | | .00 | | 1.50 |
| | | Total: | 1,975.00 | 1.50 | | 1,975.00 | | 1.50 |