```
alp_132r: Billed Charges Analysis              KRAMER NAFTALIS & FRANKEL LLP                                          PAGE   14
Run Date & Time: 10/09/2002 14:13:47              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number: 1580821
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                         TO:
UNBILLED DISB FROM: 07/26/2002              TO: 07/26/2002

                               FEES                          COSTS
                              ------                        ------
GROSS BILLABLE AMOUNT:          0.00                        198.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

               FEES:            95.00       UNIDENTIFIED RECEIPTS:    0.00
       DISBURSEMENTS:           198.00      PAID FEE RETAINER:        0.00
       FEE RETAINER:            0.00        PAID DISB RETAINER:       0.00
       DISB RETAINER:           0.00        TOTAL AVAILABLE FUNDS:    0.00
    TOTAL OUTSTANDING:          293.00      TRUST BALANCE:
                                            BILLING HISTORY
     DATE OF LAST BILL:    09/30/02         LAST PAYMENT DATE:   09/13/02
      LAST BILL NUMBER:    358460           FEES BILLED TO DATE: 732.50
  LAST BILL THRU DATE:     09/30/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee         (6) Summer Associate
       (2) Late Time & Costs Posted   (7) Fixed Fee
       (3) Pre-arranged Discount      (8) Premium
       (4) Excessive Legal Time       (9) Rounding
       (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   15
Run Date & Time: 10/09/2002 14:13:47

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1580821
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

       B I L L E D   C O S T S   S U M M A R Y -------------- Total Billed ----------------
Code                                     Oldest      Latest        Total
Description                              Entry       Entry         Amount
-----------                              ------      ------        ------
0940  CAB FARES                         07/26/02    07/26/02       198.00

                Total                                              198.00

                Grand Total                                        198.00
                                                                 ==========

    A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 10/09/02 14:13:47)
                                    ------  Billed  -------    Applied      ---- Collections ----    Balance
Bill Date Thru Date Bill#           Fee & OA  Disbursement     From OA     Total      Date           Due
---------- ---------- -----         --------  ------------     -------     -----      ----           -------
02/27/02 01/31/02 340586             637.50        .00           .00      637.50  09/13/02
08/19/02 07/31/02 356269                .00     198.00           .00         .00                     198.00
09/30/02 09/30/02 358460                .00        .00           .00         .00                      95.00

             Total:                  732.50     198.00           .00      637.50                     293.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   16
Run Date & Time: 10/09/2002 14:13:47

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS  - 06975       Proforma Number: 1580821
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee              Date          Amount      Index#   Batch No  Batch Date

CAB FARES
           0940
  MARIANNE FERGUSON, CASHI          BENTLEY, P          07/26/02        198.00      5668076    80337   07/29/02
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER

                                                0940 CAB FARES Total :  198.00

                         Costs Total :                                  198.00
```

```
alp_l32r: Billed Charges Analysis                                                                                      PAGE   17
Run Date & Time: 10/09/2002 14:13:47

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1580821
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount             Bill        W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                    198.00

           Costs Total :          198.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   18
Run Date & Time: 10/09/2002 14:13:47

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:   1580822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/01/2002                TO: 07/25/2002
UNBILLED DISB FROM:                             TO:

                           FEES                      COSTS
                        ----------               ----------
GROSS BILLABLE AMOUNT:    1,922.50                     0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
DEDUCTED FROM PAID RETAINER:
     ON ACCOUNT BILLED:
         AMOUNT BILLED:
             THRU DATE:               07/25/2002
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

       FEES:               10,517.50           UNIDENTIFIED RECEIPTS:       0.00
       DISBURSEMENTS:          21.01           PAID FEE RETAINER:           0.00
       FEE RETAINER:            0.00           PAID DISB RETAINER:          0.00
       DISB RETAINER:           0.00           TOTAL AVAILABLE FUNDS:       0.00
       TOTAL OUTSTANDING:  10,538.51           TRUST BALANCE:
                                               BILLING HISTORY
       DATE OF LAST BILL:       09/30/02      LAST PAYMENT DATE:        09/13/02
       LAST BILL NUMBER:           358460     FEES BILLED TO DATE:     32,036.50
       LAST BILL THRU DATE:     08/31/02

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (6) Summer Associate
       (2) Late Time & Costs Posted    (7) Fixed Fee
       (3) Pre-arranged Discount       (8) Premium
       (4) Excessive Legal Time        (9) Rounding
       (5) Business Development       (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    19
Run Date & Time: 10/09/2002 14:13:47

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00008                                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1580822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

   B I L L E D    T I M E    S U M M A R Y   --------- Total ----------
Emp Id Employee Name                Group           Oldest      Latest       Hours       Amount
                                                    --------    --------     --------    --------
02495  BENTLEY, PHILIP              CRED            07/01/02    07/01/02       0.20         95.00
05292  BECKER, GARY M.              CRED            07/01/02    07/09/02       3.30      1,320.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN            CRED            07/09/02    07/25/02       2.90        507.50

                          Total:                                               6.40      1,922.50

Sub-Total Hours :   0.20 Partners    0.00 Counsels    3.30 Associates    2.90 Legal Assts    0.00 Others

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 10/09/02 14:13:47)
                                     Billed                 Applied       ---- Collections ----    Balance
Bill Date Thru Date  Bill#           Fee & OA    Disbursement    From OA       Total         Date        Due
-----------------------------------  ---------  ------------  --------  ------------  ----------  -----------
09/27/01 08/31/01    339400             357.50           .00                   357.50  11/30/01
10/29/01 09/30/01    341359           3,919.00         76.11                 3,995.11  09/13/02
11/27/01 10/31/01    342994           3,356.00         51.69                 3,407.69  01/22/02
12/27/01 11/30/01    344503           2,532.50         63.68                 2,596.18  03/05/02
01/18/02 12/31/01    345477           1,816.50         29.58                 1,846.08  09/13/02
02/27/02 01/31/02    340586           3,877.50         94.17                 3,971.67  09/13/02
03/27/02 02/28/02    348979           1,712.50          3.00                 1,715.50  09/13/02
04/30/02 03/31/02    347464           1,470.00          3.70                 1,473.70  09/13/02
05/31/02 04/30/02    352100           2,477.50         29.58                 2,507.08  09/13/02
06/18/02 05/31/02    352980           4,370.00         21.01                       .00               4,391.01
08/15/02 06/30/02    357518           1,315.00           .00                       .00               1,315.00
08/19/02 07/31/02    356269           1,922.50           .00                       .00               1,922.50
09/30/02 08/31/02    358460           2,910.00           .00                       .00               2,910.00

                       Total:                    32,036.50        372.52               21,870.51            10,538.51
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
Run Date & Time: 10/09/2002 14:13:47                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1580822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L E D    T I M E    D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/01/02 | Conf. GB re fee issues. | 0.20 | 95.00 | 4262426 | 08/02/02 |
| **Total For BENTLEY P - 02495** | | | **0.20** | **95.00** | | |
| BECKER, GARY M. | 07/01/02 | Conf. with Bentley re Fee Auditor Report (0.3); conf. with Fee Auditor (0.2); prepare response to fee auditor report (1.0). | 1.50 | 600.00 | 4215726 | 07/03/02 |
| BECKER, GARY M. | 07/02/02 | Revise and send email to fee auditor (0.5); conf. with library personnel re same (0.3). | 0.80 | 320.00 | 4219218 | 07/08/02 |
| BECKER, GARY M. | 07/09/02 | Review and revise fee application; conf. with Bentley and Manugal re same. | 1.00 | 400.00 | 4224765 | 07/12/02 |
| **Total For BECKER G - 05292** | | | **3.30** | **1,320.00** | | |
| MANGUAL, KATHLEEN | 07/09/02 | review time detail & edit; coordinate w. accounting re: same (.70) | 0.70 | 122.50 | 4258686 | 08/01/02 |
| MANGUAL, KATHLEEN | 07/19/02 | assign filing of fee app to R. Aubry; detail explanation of such (.30), final review of such (.20) | 0.50 | 87.50 | 4265634 | 08/05/02 |
| MANGUAL, KATHLEEN | 07/25/02 | draft June monthly fee application, coordinate w/ accounting re: time details (1.7) | 1.70 | 297.50 | 4264370 | 08/02/02 |
| **Total For MANGUAL K - 05208** | | | **2.90** | **507.50** | | |
| | | **Fee Total** | **6.40** | **1,922.50** | | |

```
alp_132r: Billed Charges Analysis                                                                      PAGE    21
Run Date & Time: 10/09/2002 14:13:47

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1580822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE

       B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours       Amount      Bill      W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward
-------------                 -----       ------      ----      ---------     -----------   --------   -------------
BENTLEY, PHILIP                0.20        95.00
BECKER, GARY M.                3.30     1,320.00
MANGUAL, KATHLEEN              2.90       507.50
                              -----     --------
                Total:         6.40     1,922.50
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 10/09/2002 14:13:47

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    22
                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                Orig Prtnr  : CRED. RGTS  - 06975      Proforma Number:  1580824
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

                  UNBILLED TIME FROM:    07/08/2002           TO: 07/31/2002
                  UNBILLED DISB FROM:                         TO: 07/31/2002

                                 FEES                              COSTS

    GROSS BILLABLE AMOUNT:       3,456.00                           0.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                   07/31/2002
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

                                 BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                          ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

         FEES:                         61,195.45       UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                 1,627.21       PAID FEE RETAINER:            0.00
         FEE RETAINER:                      0.00       PAID DISB RETAINER:           0.00
         DISB RETAINER:                     0.00       TOTAL AVAILABLE FUNDS:        0.00
         TOTAL OUTSTANDING:            62,822.66       TRUST BALANCE:
                                                       BILLING HISTORY

         DATE OF LAST BILL:        09/30/02            LAST PAYMENT DATE:            09/13/02
         LAST BILL NUMBER:           358460            FEES BILLED TO DATE:        115,763.00
         LAST BILL THRU DATE:      08/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6)  Summer Associate
         (2) Late Time & Costs Posted        (7)  Fixed Fee
         (3) Pre-arranged Discount           (8)  Premium
         (4) Excessive Legal Time            (9)  Rounding
         (5) Business Development           (10)  Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    23
Run Date & Time: 10/09/2002 14:13:47                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1580824
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE
```

```
     B I L L E D   T I M E   S U M M A R Y  ------------- Total -------  ----- Billed -----
Emp Id Employee Name                Group       Oldest       Latest      Hours        Amount
02495  BENTLEY, PHILIP              CRED        07/08/02     07/30/02     2.60      1,235.00
03976  MAYER, THOMAS MOERS          CRED        07/31/02     07/31/02     0.40        236.00
04711  MCCARROLL, JAMES C.          CRED        07/19/02     07/22/02     3.50      1,225.00
05292  BECKER, GARY M.              CRED        07/30/02     07/31/02     1.90        760.00

                     Total:                                                8.40      3,456.00

Sub-Total Hours :   3.00 Partners    0.00 Counsels    5.40 Associates    0.00 Legal Assts    0.00 Others
```

```
A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 10/09/02 14:13:47)
                                    Billed   ----  Applied  ---- Collections ----    Balance
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement   From OA       Total           Date      Due
09/27/01  08/31/01   339400   16,485.50         46.22                5,639.52  11/30/01     10,892.20
10/29/01  09/30/01   341359   10,564.00      4,230.00                8,668.05  09/13/02      6,125.95
11/27/01  10/31/01   342994    9,720.00        119.17                4,522.17  01/22/02      5,317.00
12/27/01  11/30/01   344503    7,256.50      1,315.26                4,551.96  03/05/02      4,019.80
01/18/02  12/31/01   345477   16,937.50        871.96               13,535.96  09/13/02      4,273.50
02/27/02  01/31/02   340586    4,160.00        228.71                4,388.71  09/13/02           .00
03/27/02  02/28/02   348979    6,957.50        559.05                7,516.55  09/13/02           .00
04/30/02  03/31/02   347464    9,837.50      1,134.32               10,971.82  09/13/02           .00
05/31/02  04/30/02   352100    3,277.50      1,123.85                4,401.35  09/13/02           .00
06/18/02  05/31/02   352980    3,845.00        176.41                     .00               4,021.41
07/18/02  06/30/02   357518    3,157.50         41.90                     .00               3,199.40
08/15/02  06/30/02   356269    3,456.00            .00                    .00               3,456.00
08/19/02  07/31/02   358460   20,108.50      1,408.90                     .00              21,517.40
09/30/02  08/31/02
              Total:         115,763.00     11,255.75               64,196.09              62,822.66
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   24
Run Date & Time: 10/09/2002 14:13:47                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00012                                   Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:   1580824
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 06975        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

    B I L L E D    T I M E   D E T A I L
Employee Name              Work Date  Description                                                         Hours    Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/08/02 | Review pleadings re asbestos issues. | 0.10 | 47.50 | 4262446 | 08/02/02 |
| BENTLEY, PHILIP | 07/09/02 | Review papers and discs. GB re asbestos issues. | 0.20 | 95.00 | 4262455 | 08/02/02 |
| BENTLEY, PHILIP | 07/11/02 | Review papers re asbestos issues. | 0.30 | 142.50 | 4262469 | 08/02/02 |
| BENTLEY, PHILIP | 07/15/02 | Review papers, and conf. JMcC re upcoming hearing re asbestos issues. | 0.30 | 142.50 | 4262491 | 08/02/02 |
| BENTLEY, PHILIP | 07/18/02 | Review binder for upcoming hearing. | 0.10 | 47.50 | 4262529 | 08/02/02 |
| BENTLEY, PHILIP | 07/19/02 | Review pleadings returnable at Monday's hearing, and conf. JMcC re prep. for hearing. | 1.20 | 570.00 | 4262532 | 08/02/02 |
| BENTLEY, PHILIP | 07/22/02 | Review papers re asbestos issues. | 0.10 | 47.50 | 4262548 | 08/02/02 |
| BENTLEY, PHILIP | 07/23/02 | Discs. JMcC re yesterday's hearing. | 0.10 | 47.50 | 4262554 | 08/02/02 |
| BENTLEY, PHILIP | 07/30/02 | Discs. GB and review papers re asbestos issues. | 0.20 | 95.00 | 4262582 | 08/02/02 |
| Total For BENTLEY P - 02495 | | | 2.60 | 1,235.00 | | |
| MAYER, THOMAS MOERS | 07/31/02 | Conferences with P. Bentley, G. Becker re Wolin decision on Sealed Air. | 0.40 | 236.00 | 4260423 | 08/01/02 |
| Total For MAYER T - 03976 | | | 0.40 | 236.00 | | |
| BECKER, GARY M. | 07/30/02 | review PI committee brief re claims resolution process (0.8). | 0.80 | 320.00 | 4278628 | 08/07/02 |
| BECKER, GARY M. | 07/31/02 | Review Asbestos committee case management order and research re same. | 1.10 | 440.00 | 4263659 | 08/02/02 |
| Total For BECKER G - 05292 | | | 1.90 | 760.00 | | |
| MCCARROLL, JAMES C. | 07/19/02 | Discs w/ PB re: topics to be covered in hrg on Mon and our role (.7); ensure complete set of docs for review on Mon (.5). | 1.20 | 420.00 | 4249320 | 07/29/02 |
| MCCARROLL, JAMES C. | 07/21/02 | Arrange for travel to DE tomorrow. | 0.40 | 140.00 | 4249319 | 07/29/02 |
| MCCARROLL, JAMES C. | 07/22/02 | Review notes and draft summary of hrg for cmtee. | 1.90 | 665.00 | 4249312 | 07/29/02 |
| Total For MCCARROLL J - 04711 | | | 3.50 | 1,225.00 | | |
| | | Fee Total | 8.40 | 3,456.00 | | |

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   25
Run Date & Time: 10/09/2002 14:13:48

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1580824
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y
                                                         Bill        W/o / W/u     Transfer To     Clnt/Mtr    Carry Forward
Employee Name              Hours        Amount

BENTLEY, PHILIP             2.60       1,235.00
MAYER, THOMAS MOERS         0.40         236.00
MCCARROLL, JAMES C.         3.50       1,225.00
BECKER, GARY M.             1.90         760.00

         Total:             8.40       3,456.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  26
Run Date & Time: 10/09/2002 14:13:48

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS  - 06975      Proforma Number: 1580825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

                                  FEES                                COSTS
                              ----------                           ----------
    UNBILLED TIME FROM:       07/01/2002                 TO:       07/31/2002
    UNBILLED DISB FROM:       07/02/2002                 TO:       07/31/2002

                            GROSS BILLABLE AMOUNT:       11,567.50         541.11
                            AMOUNT WRITTEN DOWN:
                                         PREMIUM:
                            ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                                  AMOUNT BILLED:
                                     THRU DATE:                 07/31/2002                 07/31/2002
          CLOSE MATTER/FINAL BILLING?  YES  OR  NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:



                              ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

               FEES:                 28,698.30
               DISBURSEMENTS:           698.66       UNIDENTIFIED RECEIPTS:      0.00
               FEE RETAINER:              0.00       PAID FEE RETAINER:          0.00
               DISB RETAINER:             0.00       PAID DISB RETAINER:         0.00
               TOTAL OUTSTANDING:    29,396.96       TOTAL AVAILABLE FUNDS:      0.00
                                                     TRUST BALANCE:
                                                     BILLING HISTORY
          DATE OF LAST BILL:      09/30/02           LAST PAYMENT DATE:        09/13/02
          LAST BILL NUMBER:         358460           FEES BILLED TO DATE:     35,664.50
          LAST BILL THRU DATE:    09/30/02

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee          (6) Summer Associate
            (2) Late Time & Costs Posted    (7) Fixed Fee
            (3) Pre-arranged Discount       (8) Premium
            (4) Excessive Legal Time        (9) Rounding
            (5) Business Development       (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    27
Run Date & Time: 10/09/2002 14:13:48                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00013                                                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1580825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                    Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y   ------------------------------------ Total Billed ------------------
                                                                                                                          Total      Billed
Emp Id  Employee Name                   Group             Oldest         Latest                                           Hours      Amount
                                                          Entry          Entry
02495   BENTLEY, PHILIP                  CRED             07/01/02       07/31/02                                           3.30     1,567.50
05292   BECKER, GARY M.                  CRED             07/01/02       07/31/02                                          25.00    10,000.00
                                                                                                                         -------   ---------
                          Total:                                                                                           28.30    11,567.50

Sub-Total Hours :    3.30 Partners       0.00 Counsels      25.00 Associates       0.00 Legal Assts     0.00 Others

       B I L L E D   C O S T S   S U M M A R Y   ------------------------------------ Total Billed ------------------
Code   Description                                        Oldest         Latest                                           Total
                                                          Entry          Entry                                            Amount
0820   PHOTOCOPYING                                       07/02/02       07/09/02                                         130.50
0940   CAB FARES                                          07/31/02       07/31/02                                          73.00
0950   OUT-OF-TOWN TRAVEL                                 07/15/02       07/31/02                                         337.61
                                                                                                                         -------
                          Total                                                                                           541.11

                          Grand Total                                                                                  12,108.61
                                                                                                                       ==========

       A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 10/09/02 14:13:48)
                                                                                   Applied     ---- Collections ----     Balance
Bill Date  Thru Date  Bill#      Fee & OA         Billed          Disbursement     From OA     Total       Date            Due
09/27/01   08/31/01   339400     2,212.50                           242.00                     242.00    11/30/01        2,212.50
10/29/01   09/30/01   341359            .00                         147.75                       .00    09/13/02          147.75
03/27/02   02/28/02   348979     4,260.00                               .00                  4,260.00    09/13/02            -.00
05/31/02   04/30/02   352100     4,265.00                               .00                  2,706.20    09/13/02        1,558.80
06/18/02   05/31/02   352980     1,040.00                               .00                       .00                   1,040.00
08/15/02   06/30/02   357518     4,037.50                              9.80                       .00                   4,047.30
08/19/02   07/31/02   356269    11,567.50                           541.11                       .00                  12,108.61
09/30/02   09/30/02   358460     8,282.00                               .00                       .00                   8,282.00
                                --------                           --------                  --------                 ----------
                  Total:        35,664.50                           940.66                  7,208.20                  29,396.96
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   28
Run Date & Time: 10/09/2002 14:13:48                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00013                                                                 Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1580825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                         Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                                Hours      Amount     Index#     Batch No  Batch Date
---------------------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP          07/01/02     Conf. GB and work on intervention motion.                                   0.20       95.00     4262427    08/02/02
BENTLEY, PHILIP          07/16/02     Review papers re intervention re fraudulent                                 0.20       95.00     4262509    08/02/02
                                      conveyance action.
BENTLEY, PHILIP          07/31/02     Review Judge Wolin's fraudulent conveyance                                  2.90    1,377.50     4262590    08/02/02
                                      opinion, and TC T. Weschler and confs. TM, GB
                                      and KE re implications of same.

Total For BENTLEY P - 02495                                                                                       3.30    1,567.50

BECKER, GARY M.          07/01/02     Revise motion to intervene (1.0); conf. with                                2.10      840.00     4215724    07/03/02
                                      Bentley re motion to intervene (0.4); conf. and
                                      emails with local counsel re motion to
                                      intervene (0.7).
BECKER, GARY M.          07/02/02     Conf. with local counsel re filing motion to                                3.80    1,520.00     4219217    07/08/02
                                      intervene (0.3); Conf. with Debtor's counsel re
                                      Florence deposition (0.1); prepare for Florence
                                      deposition (1.1); nonworking travel time to
                                      Washington for Florence deposition - to be
                                      billed a 50% normal rate (4.3).
BECKER, GARY M.          07/03/02     Prepare for and attend deposition of T.                                    13.00    5,200.00     4219206    07/08/02
                                      Florence (11.0); non-working travel time return
                                      from Washington - to be billed a t 50% normal
                                      rate (4.0).
BECKER, GARY M.          07/08/02     Review deposition transcript for Florence                                   0.50      200.00     4224694    07/12/02
                                      (0.5).
BECKER, GARY M.          07/10/02     Review Rourke deposition transcript (1.4);                                  1.50      600.00     4224775    07/12/02
                                      conf. with Bentley re Rourke deposition.
BECKER, GARY M.          07/30/02     Review court decision re standard of review for                             1.70      680.00     4263662    08/02/02
                                      fraudulent conveyance action (1.0); review
                                      Wilbur Ross expert report (0.7).
BECKER, GARY M.          07/31/02     Conf. with Bentley re fraudulent conveyance                                 2.40      960.00     4263658    08/02/02
                                      issues (0.9); review new court opinion on
                                      solvency standard (1.0); review Wilbur Ross
                                      expert opinion (0.5).

Total For BECKER G - 05292                                                                                       25.00   10,000.00

                                                                                                       Fee Total 28.30   11,567.50


B I L L E D   C O S T S   D E T A I L
Description/Code                                                                                         Employee               Date       Amount   Index#   Batch No   Batch Date
-----------------                                                                                        --------               ----       ------   ------   --------   ----------
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  29
Run Date & Time: 10/09/2002 14:13:48

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:   1580825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOORS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

    B I L L E D    C O S T S    D E T A I L

Description/Code                        Employee            Date         Amount       Index#  Batch No  Batch Date
------------------                      --------            ----         ------       ------  --------  ----------

PHOTOCOPYING                   0820
    PHOTOCOPYING                        BECKER, G M         07/02/02      25.95      5625455    79388    07/08/02
    PHOTOCOPYING                        BECKER, G M         07/31/02      73.00      5675464    80596    07/31/02
    PHOTOCOPYING                        BECKER, G M         07/09/02     104.55      5632219    79496    07/10/02

                                                  0820 PHOTOCOPYING Total :          130.50

CAB FARES                      0940
    GARY M. BECKER
    CAB FARES - VENDOR-GARY M. BECKER-Washington
    Deposition Trip-7/2/02              BECKER, G M         07/31/02      73.00      5675464    80596    07/31/02

                                                  0940 CAB FARES Total :               73.00

OUT-OF-TOWN TRAVEL             0950
    CITICORP DINERS CLUB
    OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB 6/6/02  Stamford               BECKER, G M         07/15/02     167.00      5642703    79721    07/15/02
    GARY M. BECKER
    OUT-OF-TOWN TRAVEL - VENDOR-GARY M.
    BECKER-Washington Deposition Trip-7/2/02  BECKER, G M   07/31/02     170.61      5675463    80596    07/31/02

                                                  0950 OUT-OF-TOWN TRAVEL Total :    337.61


                                             Costs Total :                           541.11
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    30
Run Date & Time: 10/09/2002 14:13:48

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00013                                      Orig Prtnr : CRED. RGTS - 06975    Proforma Number: 1580825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

          B I L L E D   T I M E   S U M M A R Y
Employee Name                     Hours      Amount           Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
BENTLEY, PHILIP                    3.30    1,567.50
BECKER, GARY M.                   25.00   10,000.00
           Total:                 28.30   11,567.50

          B I L L E D   C O S T S   S U M M A R Y
Code Description                        Amount               Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
0820 PHOTOCOPYING                       130.50
0940 CAB FARES                           73.00
0950 OUT-OF-TOWN TRAVEL                 337.61

           Costs Total :                541.11
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    31
Run Date & Time: 10/09/2002 14:13:48

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                              Orig Prtnr : CRED. RGTS      - 06975         Proforma Number:  1591622
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP  - 02495         Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

Special Billing Instructions:

=============================================================================================================================
                                             PRE-BILLING SUMMARY REPORT
=============================================================================================================================

UNBILLED TIME FROM: 07/01/2002       TO: 07/08/2002
UNBILLED DISB FROM:                  TO:

                                           FEES                  COSTS
                                         ---------             ---------
GROSS BILLABLE AMOUNT:                    1,215.00                  0.00
AMOUNT WRITTEN DOWN:
                  PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:              07/08/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

      BILLING COMMENTS:           BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

=============================================================================================================================
                                           ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                   FEES:                   1,310.00            UNIDENTIFIED RECEIPTS:         0.00
           DISBURSEMENTS:                       0.00           PAID FEE RETAINER:             0.00
            FEE RETAINER:                       0.00           PAID DISB RETAINER:            0.00
           DISB RETAINER:                       0.00           TOTAL AVAILABLE FUNDS:         0.00
        TOTAL OUTSTANDING:                 1,310.00            TRUST BALANCE:
                                                               BILLING HISTORY
           DATE OF LAST BILL:              08/19/02            LAST PAYMENT DATE:
           LAST BILL NUMBER:                356269             FEES BILLED TO DATE:       1,310.00
           LAST BILL THRU DATE:            07/31/02

                                    Write Down/Up Reason Codes:
                                (1) Exceeded Fixed Fee         (6) Summer Associate
                                (2) Late Time & Costs Posted   (7) Fixed Fee
                                (3) Pre-arranged Discount      (8) Premium
                                (4) Excessive Legal Time       (9) Rounding
                                (5) Business Development      (10) Client Arrangement

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```