```
alp_132r: Billed Charges Analysis                                                                                              PAGE   32
Run Date & Time: 10/09/2002 14:13:48
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

```
Matter No: 056772-00017                              Orig Prtnr : CRED. RGTS  - 06975    Proforma Number:   1591622
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status      : ACTIVE
```

B I L L E D   T I M E   S U M M A R Y ---------- Total Billed ----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 07/01/02 | 07/01/02 | 0.20 | 95.00 |
| 05292 | BECKER, GARY M. | CRED | 07/01/02 | 07/08/02 | 2.80 | 1,120.00 |
| | Total: | | | | 3.00 | 1,215.00 |

Sub-Total Hours :   0.20 Partners    0.00 Counsels    2.80 Associates    0.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 10/09/02 14:13:48)
                                           -------- Billed --------    ---- Collections ----
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Applied | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 08/15/02 | 06/30/02 | 357518 | 95.00 | .00 | .00 | .00 | | | 95.00 |
| 08/19/02 | 07/31/02 | 356269 | 1,215.00 | .00 | .00 | .00 | | | 1,215.00 |
| | Total: | | 1,310.00 | .00 | .00 | .00 | | | 1,310.00 |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   33
Run Date & Time: 10/09/2002 14:13:48

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                              Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:  1591622
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name           Work Date    Description                                              Hours     Amount      Index#    Batch Date
-------------           ---------    -----------                                              -----     ------      ------    ----------

BENTLEY, PHILIP         07/01/02     Discs. GB and voicemail re retention motion.              0.20      95.00     4262430   08/02/02

Total For BENTLEY P - 02495                                                                    0.20      95.00

BECKER, GARY M.         07/01/02     Review motion to implement compensation systems           2.40     960.00     4215723   07/03/02
                                     (0.6); conf. with Bentley re motion re
                                     compensation (0.2); conf. with Committee
                                     Counsel re compensation (0.3); conf with
                                     Debtors counsel re compensaton motion (0.3);
                                     prepare pleading in support of compensation
                                     motion (1.0).
BECKER, GARY M.         07/08/02     Review responses to debtors' compensation                 0.40     160.00     4224695   07/12/02
                                     motion (0.4).

Total For BECKER G - 05292                                                                     2.80   1,120.00

                                                                       Fee Total               3.00   1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE   34
Run Date & Time: 10/09/2002 14:13:48

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                      Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:  1591622
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours      Amount              Bill        W/o / W/u       Transfer To     Clnt/Mtr   Carry Forward

BENTLEY, PHILIP            0.20       95.00
BECKER, GARY M.            2.80    1,120.00
          Total:           3.00    1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    35
Run Date & Time: 10/09/2002 14:13:48

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    1591621
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

Special Billing Instructions:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                    PRE-BILLING SUMMARY REPORT

  UNBILLED TIME FROM:       07/22/2002                                       TO:  07/22/2002
  UNBILLED DISB FROM:                                                        TO:

                                      FEES                                           COSTS
                                      - - - -                                        - - - - -
  GROSS BILLABLE AMOUNT:            2,660.00                                            0.00
  AMOUNT WRITTEN DOWN:
         PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
         THRU DATE:                            07/22/2002
  CLOSE MATTER/FINAL BILLING?     YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:

  BILLING COMMENTS:                BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                              ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

             FEES:                             37,613.30       UNIDENTIFIED RECEIPTS:               0.00
             DISBURSEMENTS:                        58.14       PAID FEE RETAINER:                   0.00
             FEE RETAINER:                          0.00       PAID DISB RETAINER:                  0.00
             DISB RETAINER:                         0.00       TOTAL AVAILABLE FUNDS:               0.00
             TOTAL OUTSTANDING:               37,671.44        TRUST BALANCE:
                                                               BILLING HISTORY
                                                               - - - - - - - -
             DATE OF LAST BILL:                09/30/02        LAST PAYMENT DATE:                 09/13/02
             LAST BILL NUMBER:                  358460         FEES BILLED TO DATE:             44,397.50
             LAST BILL THRU DATE:              08/31/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
      (1) Exceeded Fixed Fee               (6) Summer Associate
      (2) Late Time & Costs Posted         (7) Fixed Fee
      (3) Pre-arranged Discount            (8) Premium
      (4) Excessive Legal Time             (9) Rounding
      (5) Business Development            (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE  36
Run Date & Time: 10/09/2002 14:13:48                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                            Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1591621
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                  Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y   ------------------------------ Total Billed ------------------------------
Emp Id Employee Name                          Group          Oldest       Latest            Hours           Amount

04711  MCCARROLL, JAMES C.                     CRED          07/22/02     07/22/02           7.60         2,660.00

                                   Total:                                                    7.60         2,660.00

Sub-Total Hours :        0.00 Partners     0.00 Counsels      7.60 Associates     0.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 10/09/02 14:13:48)
                                                  Billed           ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA    Disbursement   From OA    Applied  Total  Date                Balance
                                                                                                       Due

01/18/02 12/31/01 345477    2,220.00        .00                 .00                                   2,220.00
02/27/02 01/31/02 340586    6,160.00        .00           1,398.50 09/13/02                           4,761.50
03/27/02 02/28/02 348979   10,837.50        .00           3,561.00 09/13/02                           7,276.50
04/30/02 03/31/02 347464    8,340.00        .00           1,824.70 09/13/02                           6,515.30
07/12/02 05/31/02 352980    4,820.00        .00                 .00                                   4,820.00
08/15/02 06/30/02 357518    4,200.00        .00                 .00                                   4,200.00
08/19/02 07/31/02 356269    2,660.00        .00                 .00                                   2,660.00
09/30/02 08/31/02 358460    5,160.00       58.14                .00                                   5,218.14

              Total:       44,397.50       58.14           6,784.20                                  37,671.44
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   37
Run Date & Time: 10/09/2002 14:13:48

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1591621
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status       : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                        Hours         Amount       Index#    Batch Date

MCCARROLL, JAMES C.        07/22/02   Travel back from hrg, consolidating and              2.70          945.00       4249313   07/29/02
                                      reviewing notes during travel time.
MCCARROLL, JAMES C.        07/22/02   Attend hrg and take detailed notes.                  2.30          805.00       4249314   07/29/02
MCCARROLL, JAMES C.        07/22/02   Further review of docs                               0.50          175.00       4249315   07/29/02
MCCARROLL, JAMES C.        07/22/02   Travel to hrg, reviewing docs during travel          2.10          735.00       4249318   07/29/02
                                      time.

Total For MCCARROLL J - 04711                                                              7.60        2,660.00

                                                                          Fee Total       7.60        2,660.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  38
Run Date & Time: 10/09/2002 14:13:48

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1591621
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status     : ACTIVE


       B I L L E D   T I M E    S U M M A R Y                              ------Total Billed------
Employee Name                       Hours          Amount          Bill      W/o / W/u     Transfer To     Clnt/Mtr    Carry Forward

MCCARROLL, JAMES C.                  7.60        2,660.00
                                ----------   -------------
            Total:                   7.60        2,660.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   39
Run Date & Time: 10/09/2002 14:13:48                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                    Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                         TO:
                    UNBILLED DISB FROM:                         TO:

                                      FEES                COSTS

   GROSS BILLABLE AMOUNT:             0.00                0.00
   AMOUNT WRITTEN DOWN:
                     PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:
   CLOSE MATTER/FINAL BILLING?      YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:              BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                           ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

                        FEES:       2,167.50         UNIDENTIFIED RECEIPTS:    0.00
                DISBURSEMENTS:      4,437.15         PAID FEE RETAINER:        0.00
                FEE RETAINER:           0.00         PAID DISB RETAINER:       0.00
                DISB RETAINER:          0.00         TOTAL AVAILABLE FUNDS:    0.00
             TOTAL OUTSTANDING:     6,604.65         TRUST BALANCE:
                                                     BILLING HISTORY
            DATE OF LAST BILL:      09/30/02         LAST PAYMENT DATE:
            LAST BILL NUMBER:        358460          FEES BILLED TO DATE:  2,167.50
            LAST BILL THRU DATE:    08/31/02


FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

      (1)  Exceeded Fixed Fee           (6)  Summer Associate
      (2)  Late Time & Costs Posted     (7)  Fixed Fee
      (3)  Pre-arranged Discount        (8)  Premium
      (4)  Excessive Legal Time         (9)  Rounding
      (5)  Business Development        (10)  Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   40
Run Date & Time: 10/09/2002 14:13:48

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 10/09/02 14:13:48)
                         ------- Billed -------        ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA    Disbursement   From OA   Total   Date     Balance
                                                       Applied                     Due
09/30/02  08/31/02  358460  2,167.50    4,437.15                  .00              6,604.65

               Total:       2,167.50    4,437.15                  .00              6,604.65
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   41
Run Date & Time: 10/09/2002 14:13:48

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00021                                        Orig Prtnr : CRED. RGTS  - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
```

```
                                        PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                                 TO:
           UNBILLED DISB FROM:                                 TO:

                                                    FEES                    COSTS

  GROSS BILLABLE AMOUNT:                            0.00                    0.00
  AMOUNT WRITTEN DOWN:
          PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
          THRU DATE:
  CLOSE MATTER/FINAL BILLING?        YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:
```

```
                                         ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

  FEES:                               370.00       UNIDENTIFIED RECEIPTS:      0.00
  DISBURSEMENTS:                        0.00       PAID FEE RETAINER:          0.00
  FEE RETAINER:                         0.00       PAID DISB RETAINER:         0.00
  DISB RETAINER:                        0.00       TOTAL AVAILABLE FUNDS:      0.00
  TOTAL OUTSTANDING:                  370.00       TRUST BALANCE:
                                                   BILLING HISTORY

  DATE OF LAST BILL:         10/29/01              LAST PAYMENT DATE:
  LAST BILL NUMBER:           341359               FEES BILLED TO DATE:      370.00
  LAST BILL THRU DATE:       09/30/01
```

```
FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee       (6) Summer Associate
    (2) Late Time & Costs Posted (7) Fixed Fee
    (3) Pre-arranged Discount    (8) Premium
    (4) Excessive Legal Time     (9) Rounding
    (5) Business Development    (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   42
Run Date & Time: 10/09/2002 14:13:48

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 10/09/02 14:13:48)
                                    Billed   -------            ---- Collections ----      Balance
Bill Date  Thru Date   Bill#      Fee & OA  Disbursement       Applied From OA    Total Date    Due
-------    ---------   -----      --------  ------------       -----------------  ----------    -------
10/29/01   09/30/01    341359       370.00        .00                .00                        370.00

           Total:                   370.00        .00                .00                        370.00
```

```
alp 132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE  1
Run Date & Time: 10/09/02 14:13:54                     *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE        Work Thru : 07/31/02
```

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 28.40 | 5,975.00 | 367.89 | 6,342.89 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 3.10 | 1,287.50 | 14.59 | 1,302.09 | BENTLEY PHILIP - 02495 | M | B |
| 00004 | ASSET DISPOSITION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 0.00 | 0.00 | 198.00 | 198.00 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 6.40 | 1,922.50 | 0.00 | 1,922.50 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 8.40 | 3,456.00 | 0.00 | 3,456.00 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 28.30 | 11,567.50 | 541.11 | 12,108.61 | BENTLEY PHILIP - 02495 | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 3.00 | 1,215.00 | 0.00 | 1,215.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 7.60 | 2,660.00 | 0.00 | 2,660.00 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00021 | RELIEF FROM STAY PROCEED | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 85.20 | 28,083.50 | 1,121.59 | 29,205.09 | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE