IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF SIXTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal
Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2002 through September 30, 2002

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $248,459.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $83,909.06

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $.00

Total Amount of Holdback Fees Sought for applicable period:  $49,691.85

{D0005957:1 }