**EXHIBIT B**

**Business Operations (.1 Hours; $ 56.00)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**　　　　　.1

**Case Administration (323.6 Hours; $ 52,358.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　　　　323.6

**Claim Analysis Objection & Resolution (Asbestos) (482.1 Hours; $ 140,156.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**　　　　　482.1

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 112.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**　　　　　.2

**Committee, Creditors' Noteholders' or Equity Holders' (7.2 Hours; $ 4,316.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**　　　　　7.2

{D0005953:1 }

**Employee Benefits/Pension (.8 Hours; $ 448.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08            .8**

**Employment Applications, Others (1.5 Hours; $ 637.50)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10            1.5**

**Fee Applications, Applicant (61.5 Hours; $ 15,496.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12            61.5**

**Fee Applications, Others (3.2 Hours; $ 907.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13            3.2**

**Hearings (6.8 Hours; $ 4,578.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15            6.8**

**Litigation and Litigation Consulting (.1 Hours; $ 56.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**          .1

**Tax Issues (44.2 Hours; $ 15,265.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

      Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .19**       44.2

**Travel – Non-Working (92.5 Hours; $ 14,072.25)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings.  Such time is billed at one-half an attorney's usual hourly rate..

**Total Task Code .21**          92.5