08/12/2002                                    Prebill Control Report
Page 1
09:13:35

Prebill 000001   Subpage      1
Client: 4642            Matter: 000
_____

Bill Attn To        Attn:

Client 4642                Grace Asbestos Personal Injury Claimants      Old
Ref:                       Opened: 04/16/01
_____
Client 4642                Grace Asbestos Personal Injury Claimants      Old
Ref:                       Opened: 04/16/01
Primary Contact


Matter 000                                                              Old
Ref:                       Opened: 04/16/01
_____
Matter 000                                                             Old
Ref:                       Opened: 04/16/01
Disbursements


Bill Cycle: 01  Style: it i1    Start: 04/16/01   Last Billed:    07/26/02
Trans Date Range: 01/01/50 to 07/31/02
Client Retainer Available:            .00    Committed to invoices:        .00
Remaining:        .00
Client Credits  Available:            .00    Committed to invoices:        .00
Remaining:        .00
Matter Retainer Available:            .00    Committed to invoices:        .00
Remaining:        .00
Matter Credits  Available:            .00    Committed to invoices:        .00
Remaining:        .00
Budget Fees        .00                        Billed Fees        .00
Resp Empl: Elihu Inselbuch
Budget Exp        .00                        Billed Exp     96,456.03
Bill Empl: Elihu Inselbuch
Budget Tot        .00                        Total          96,456.03
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                        ----------A C T U A L---------
----------B I L L I N G---------      Value At
Empl Init  Name                          T/E  Avg Rate     Hours       Amount
Avg Rate     Hours       Amount     Calc Rate
Empl Init  Name                          T/E  Avg Rate     Hours       Amount
Avg Rate     Hours       Amount     Calc Rate
_____
_____

0106 TWS   Trevor W. Swett                 E                          19.76
19.76

{D0005954:1 }

```
0120 EI   Elihu Inselbuch              E                        171.00
171.00
0122 SME  Stacie M. Evans              E                      1,332.83
1,332.83
0128 SAT  Samira A. Taylor             E                         14.06
14.06
0149 JPC  John P. Cunningham           E                         12.00
12.00
0156 SQC  Stacy Q. Cline               E                      1,867.83
1,867.83
0187 NDF  Nathan D. Finch              E                     13,072.89
13,072.89
0999 C&D  Caplin &. Drysdale           E                     14,559.56
14,559.56
                          Total Fees:                  .00          .00
.00          .00          .00
                          Total Expenses:                   31,049.93
31,049.93           .00
                          Total Fee+Exp:               .00    31,049.93
.00    31,049.93          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

  Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount  Rate   Hours     Amount   Cumulative
  Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount  Rate   Hours     Amount   Cumulative
_____

_____

1334,696 Long Distance-Equitrac    E 64 07/01/02 0999 C&D
2.55                      2.55      2.55
         In-House
1334,912 Equitrac - Photocopy      E 54 07/01/02 0999 C&D
3.60                      3.60      6.15
         charges
1334,913 Xeroxing                  E 54 07/01/02 0999 C&D
16.80                    16.80     22.95
1334,914 Equitrac - Photocopy      E 54 07/01/02 0999 C&D
.30                       .30      23.25
         charges
1334,915 Xeroxing                  E 54 07/01/02 0999 C&D
45.45                    45.45     68.70
1334,916 Xeroxing                  E 54 07/01/02 0999 C&D
28.95                    28.95     97.65
```

08/12/2002                                    Prebill Control Report
Page 2
09:13:39

Prebill 000001   Subpage     2
Client: 4642          Matter: 000
_____

                          W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------
                          W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description   Code  Date   Empl      Rate   Hours
Amount   Rate   Hours      Amount  Cumulative
   Trans Transaction Description   Code  Date   Empl      Rate   Hours
Amount   Rate   Hours      Amount  Cumulative
_____

_____

1334,917 Xeroxing                 E 54 07/01/02 0999 C&D
19.80                      19.80     117.45
1334,918 Xeroxing                 E 54 07/01/02 0999 C&D
10.80                      10.80     128.25
1334,919 Xeroxing                 E 54 07/01/02 0999 C&D
432.90                    432.90     561.15
1334,931 Equitrac - Fax charges   E 62 07/01/02 0999 C&D
9.00                       9.00     570.15
1334,932 Telecopier/Equitrac      E 62 07/01/02 0999 C&D
1.05                       1.05     571.20
1334,399 Federal Express Delivery on E 01 07/02/02 0122 SME
50.74                     50.74     621.94
         6/27 to M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0072,298:0004  Date:
         07/02/02
1334,411 Tvl to NY on 6/19 for    E 21 07/02/02 0122 SME
25.88                     25.88     647.82
         depositions - dinner on
         6/19
         From Stacie Evans
         003227 AUDIT *
         AP-0072,317:0002  Date:
         07/02/02
1334,412 Tvl to NY on 6/19 for    E 15 07/02/02 0122 SME
203.00                   203.00     850.82
         depositions - train
         transportation from NY to
         DC on 6/20
         From Stacie Evans
         003227 AUDIT *
         AP-0072,317:0003  Date:
         07/02/02
1334,413 Tvl to NY on 6/19 for    E 32 07/02/02 0122 SME
279.46                   279.46    1,130.28
         depositions - hotel in NY

```
                on 6/19
                From Stacie Evans
                003227 AUDIT *
                AP-0072,317:0004  Date:
                07/02/02
1334,414  Tvl to NY on 6/19 for       E 35 07/02/02 0122 SME
2.00                          2.00    1,132.28
                depositions
                From Stacie Evans
                003227 AUDIT *
                AP-0072,317:0005  Date:
                07/02/02
1334,697  Long Distance-Equitrac      E 64 07/02/02 0999 C&D
.48                           .48     1,132.76
                In-House
1334,920  Equitrac - Photocopy        E 54 07/02/02 0999 C&D
13.95                        13.95     1,146.71
                charges
1334,921  Xeroxing                    E 54 07/02/02 0999 C&D
68.10                        68.10     1,214.81
1334,922  Equitrac - Photocopy        E 54 07/02/02 0999 C&D
9.00                          9.00     1,223.81
                charges
1334,561  Federal Express to Kevin    E 01 07/03/02 0106 TWS
11.62                        11.62     1,235.43
                Irwin from TWS on 7/1
                From Federal Express
```

```
08/12/2002                                    Prebill Control Report
Page 3
09:13:39

Prebill 000001   Subpage     3
Client: 4642            Matter: 000
_____
```

| | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | |
| | W/E | Trans. | Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | |

| Trans | Transaction Description | | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | | |
| Trans | Transaction Description | | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | | |

_____

_____

```
         002001 AUDIT *
         AP-0072,340:0006  Date:
         07/03/02
1334,556 Federal Express to Karon     E 01 07/03/02 0122 SME
33.21                    33.21   1,268.64
         Thornton from SME on 6/28
         From Federal Express
         002001 AUDIT *
         AP-0072,339:0003  Date:
         07/03/02
1334,698 Long Distance-Equitrac       E 64 07/03/02 0999 C&D
2.11                     2.11   1,270.75
         In-House
1334,923 Equitrac - Photocopy         E 54 07/03/02 0999 C&D
.75                       .75   1,271.50
         charges
1334,924 Xeroxing                     E 54 07/03/02 0999 C&D
46.05                    46.05   1,317.55
1334,925 Xeroxing                     E 54 07/03/02 0999 C&D
30.75                    30.75   1,348.30
1334,926 Xeroxing                     E 54 07/03/02 0999 C&D
39.75                    39.75   1,388.05
1334,927 Equitrac - Photocopy         E 54 07/03/02 0999 C&D
1.65                     1.65   1,389.70
         charges
1334,928 Xeroxing                     E 54 07/03/02 0999 C&D
2.25                     2.25   1,391.95
1334,929 Equitrac - Photocopy         E 54 07/03/02 0999 C&D
28.80                    28.80   1,420.75
         charges
1334,933 Telecopier/Equitrac          E 62 07/03/02 0999 C&D
.60                       .60   1,421.35
1334,934 Telecopier/Equitrac          E 62 07/03/02 0999 C&D
.60                       .60   1,421.95
1334,935 Telecopier/Equitrac          E 62 07/03/02 0999 C&D
4.20                     4.20   1,426.15
```

```
1334,699 Equitrac - Long Distance    E 64 07/05/02 0999 C&D
2.76                    2.76    1,428.91
1334,930 Equitrac - Photocopy        E 54 07/05/02 0999 C&D
.15                     .15    1,429.06
         charges
1335,374 Long Distance-Equitrac      E 64 07/08/02 0999 C&D
5.32                    5.32    1,434.38
         In-House
1335,438 Xeroxing                    E 54 07/08/02 0999 C&D
8.25                    8.25    1,442.63
1335,439 Equitrac - Photocopy        E 54 07/08/02 0999 C&D
13.65                  13.65    1,456.28
         charges
1335,440 Equitrac - Photocopy        E 54 07/08/02 0999 C&D
.15                     .15    1,456.43
         charges
1335,441 Xeroxing                    E 54 07/08/02 0999 C&D
48.75                  48.75    1,505.18
1335,442 Xeroxing                    E 54 07/08/02 0999 C&D
20.10                  20.10    1,525.28
1335,443 Equitrac - Photocopy        E 54 07/08/02 0999 C&D
6.90                    6.90    1,532.18
         charges
1335,444 Equitrac - Photocopy        E 54 07/08/02 0999 C&D
3.15                    3.15    1,535.33
         charges
1335,445 Equitrac - Photocopy        E 54 07/08/02 0999 C&D
6.45                    6.45    1,541.78
         charges
1335,446 Equitrac - Fax charges      E 62 07/08/02 0999 C&D
3.30                    3.30    1,545.08
1335,831 Federal Express to Warren   E 01 07/09/02 0120 EI
21.34                  21.34    1,566.42
         Smith from EI on 6/25
         From Federal Express
         002001 AUDIT *
         AP-0072,363:0009  Date:
         07/09/02
```

08/12/2002                                          Prebill Control Report
Page 4
09:13:40

Prebill 000001   Subpage    4
Client: 4642           Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate   Hours      Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate   Hours      Amount   Cumulative
_____
_____

1335,833 Federal Express to Darlene  E 01 07/09/02 0120 EI
8.72                      8.72    1,575.14
         Chielli from EI on 6/25
         From Federal Express
         002001 AUDIT *
         AP-0072,363:0011  Date:
         07/09/02
1335,817 NDF Raleigh, NC expenses    E 21 07/09/02 0187 NDF
27.00                     27.00    1,602.14
         for depositions on 7/1-2
         for lunch and dinner
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,354:0002  Date:
         07/09/02
1335,818 NDF Raleigh, NC expenses    E 32 07/09/02 0187 NDF
139.50                   139.50    1,741.64
         for depositions on 7/1-2
         for Courtyard Marriott
         hotel
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,354:0003  Date:
         07/09/02
1335,819 NDF Raleigh, NC expenses    E 33 07/09/02 0187 NDF
65.00                     65.00    1,806.64
         for depositions on 7/1-2
         for cabs t/f airport and
         hotel
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,354:0004  Date:
         07/09/02
1335,820 NDF Raleigh, NC expenses    E 35 07/09/02 0187 NDF
39.26                     39.26    1,845.90
         for depositions on 7/1-2
         for phone calls made from

```
            hotel room
            From Nathan D. Finch
            000326 AUDIT *
            AP-0072,354:0005  Date:
            07/09/02
1335,867 Long Distance-Equitrac      E 64 07/09/02 0999 C&D
3.20                        3.20   1,849.10
            In-House
1335,954 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
7.95                        7.95   1,857.05
            charges
1335,955 Xeroxing                    E 54 07/09/02 0999 C&D
274.05                    274.05    2,131.10
1335,956 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
1.50                        1.50   2,132.60
            charges
1335,957 Xeroxing                    E 54 07/09/02 0999 C&D
15.90                      15.90    2,148.50
1335,958 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
2.25                        2.25   2,150.75
            charges
1335,959 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
.30                          .30   2,151.05
            charges
```

```
08/12/2002                                          Prebill Control Report
Page 5
09:13:40

Prebill 000001   Subpage    5
Client: 4642          Matter: 000
_____

                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl     Rate   Hours
Amount   Rate   Hours       Amount   Cumulative
    Trans Transaction Description      Code  Date   Empl     Rate   Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

1335,960 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
9.00                         9.00   2,160.05
         charges
1335,961 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
2.25                         2.25   2,162.30
         charges
1335,962 Equitrac - Photocopy        E 54 07/09/02 0999 C&D
3.30                         3.30   2,165.60
         charges
1335,963 Telecopier/Equitrac         E 62 07/09/02 0999 C&D
3.00                         3.00   2,168.60
1335,964 Telecopier/Equitrac         E 62 07/09/02 0999 C&D
1.35                         1.35   2,169.95
1336,241 Discovery Copy Serv; Color  E 25 07/10/02 0122 SME
412.16                     412.16    2,582.11
         copies, binding
         From Discovery Copy Service
         001360 AUDIT *
         AP-0072,409:0002  Date:
         07/10/02
1336,226 Federal Express to Mitchell E 01 07/10/02 0187 NDF
56.27                       56.27   2,638.38
         Widom from NDF on 7/3
         From Federal Express
         002001 AUDIT *
         AP-0072,396:0005  Date:
         07/10/02
1336,264 Long Distance-Equitrac      E 64 07/10/02 0999 C&D
6.70                         6.70   2,645.08
         In-House
1336,331 Xeroxing                    E 54 07/10/02 0999 C&D
16.35                       16.35   2,661.43
1336,332 Equitrac - Photocopy        E 54 07/10/02 0999 C&D
61.50                       61.50   2,722.93
         charges
1336,333 Xeroxing                    E 54 07/10/02 0999 C&D
412.05                     412.05    3,134.98
```

```
1336,334 Equitrac - Photocopy       E 54 07/10/02 0999 C&D
.30                      .30    3,135.28
         charges
1336,335 Equitrac - Photocopy       E 54 07/10/02 0999 C&D
17.55                   17.55    3,152.83
         charges
1336,336 Xeroxing                    E 54 07/10/02 0999 C&D
39.15                   39.15    3,191.98
1336,337 Xeroxing                    E 54 07/10/02 0999 C&D
4.95                     4.95    3,196.93
1336,338 Telecopier/Equitrac        E 62 07/10/02 0999 C&D
18.30                   18.30    3,215.23
1336,482 NDF expenses in New York   E 21 07/11/02 0187 NDF
5.00                     5.00    3,220.23
         for depositions on 7/9-10
         for snack
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,425:0002  Date:
         07/11/02
1336,483 NDF expenses in New York   E 32 07/11/02 0187 NDF
256.81                 256.81    3,477.04
         for depositions on 7/9-10
         for Hotel Elysee
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,425:0003  Date:
         07/11/02
1336,484 NDF expenses in New York   E 33 07/11/02 0187 NDF
25.00                   25.00    3,502.04
         for depositions on 7/9-10
```

08/12/2002                                              Prebill Control Report
Page 6
09:13:40

Prebill 000001    Subpage      6
Client: 4642           Matter: 000
_____

                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

         for cabs t/f Union Station
         and hotel
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,425:0004  Date:
         07/11/02
1336,511 Long Distance-Equitrac     E 64 07/11/02 0999 C&D
6.78                     6.78    3,508.82
         In-House
1336,580 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
91.50                    91.50   3,600.32
         charges
1336,581 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
26.10                    26.10   3,626.42
         charges
1336,582 Xeroxing                   E 54 07/11/02 0999 C&D
87.90                    87.90   3,714.32
1336,583 Xeroxing                   E 54 07/11/02 0999 C&D
18.75                    18.75   3,733.07
1336,584 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
.60                       .60    3,733.67
         charges
1336,585 Xeroxing                   E 54 07/11/02 0999 C&D
10.20                    10.20   3,743.87
1336,586 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
12.00                    12.00   3,755.87
         charges
1336,587 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
4.50                      4.50   3,760.37
         charges
1336,588 Equitrac - Photocopy       E 54 07/11/02 0999 C&D
33.30                    33.30   3,793.67
         charges
1336,589 Equitrac - Fax charges     E 62 07/11/02 0999 C&D
.90                       .90    3,794.57
1336,590 Equitrac - Fax charges     E 62 07/11/02 0999 C&D
2.85                      2.85   3,797.42

```
1337,661  Appearance at deposition of   E 08 07/12/02 0187 NDF
75.00                        75.00    3,872.42
           Stallard
           From J Mac Video
           Productions         003498
           AUDIT * AP-0072,447:0002
           Date: 07/12/02
1337,221  Annals of NY Academy of       E 27 07/12/02 0999 C&D
5.00                          5.00    3,877.42
           Science
           From Fleet Credit Service
           003496 AUDIT *
           AP-0072,438:0002  Date:
           07/12/02
1338,234  Long Distance-Equitrac        E 64 07/12/02 0999 C&D
20.10                        20.10    3,897.52
           In-House
1338,362  Xeroxing                      E 54 07/12/02 0999 C&D
1.95                          1.95    3,899.47
1338,363  Xeroxing                      E 54 07/12/02 0999 C&D
36.60                        36.60    3,936.07
1338,364  Equitrac - Photocopy          E 54 07/12/02 0999 C&D
6.30                          6.30    3,942.37
           charges
1338,365  Xeroxing                      E 54 07/12/02 0999 C&D
3.75                          3.75    3,946.12
1338,366  Xeroxing                      E 54 07/12/02 0999 C&D
9.00                          9.00    3,955.12
1338,367  Equitrac - Photocopy          E 54 07/12/02 0999 C&D
2.40                          2.40    3,957.52
           charges
1338,368  Equitrac - Photocopy          E 54 07/12/02 0999 C&D
35.85                        35.85    3,993.37
           charges
```

```
08/12/2002                                      Prebill Control Report
Page 7
09:13:41

Prebill 000001   Subpage      7
Client: 4642             Matter: 000
_____
```

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|-------|------------------------|------|------|------|------|-------|
| Amount | Rate | Hours | Amount | Cumulative | | |

```
_____
_____

1338,380 Equitrac - Fax charges       E 62 07/12/02 0999 C&D
1.20                     1.20     3,994.57
1338,381 Telecopier/Equitrac         E 62 07/12/02 0999 C&D
1.95                     1.95     3,996.52
1338,235 Long Distance-Equitrac      E 64 07/14/02 0999 C&D
.47                      .47     3,996.99
         In-House
1338,369 Equitrac - Photocopy        E 54 07/14/02 0999 C&D
.45                      .45     3,997.44
         charges
1338,236 Long Distance-Equitrac      E 64 07/15/02 0999 C&D
9.17                     9.17     4,006.61
         In-House
1338,370 Equitrac - Photocopy        E 54 07/15/02 0999 C&D
64.80                   64.80      4,071.41
         charges
1338,371 Xeroxing                    E 54 07/15/02 0999 C&D
288.30                 288.30      4,359.71
1338,372 Equitrac - Photocopy        E 54 07/15/02 0999 C&D
.30                      .30     4,360.01
         charges
1338,373 Xeroxing                    E 54 07/15/02 0999 C&D
9.60                     9.60     4,369.61
1338,374 Xeroxing                    E 54 07/15/02 0999 C&D
21.90                   21.90      4,391.51
1338,375 Xeroxing                    E 54 07/15/02 0999 C&D
44.55                   44.55      4,436.06
1338,376 Xeroxing                    E 54 07/15/02 0999 C&D
8.40                     8.40     4,444.46
1338,377 Xeroxing                    E 54 07/15/02 0999 C&D
2.40                     2.40     4,446.86
1338,378 Xeroxing                    E 54 07/15/02 0999 C&D
215.40                 215.40      4,662.26
1338,379 Equitrac - Postage          E 56 07/15/02 0999 C&D
.74                      .74     4,663.00
1338,382 Telecopier/Equitrac         E 62 07/15/02 0999 C&D
1.95                     1.95     4,664.95
```

```
1338,383 Equitrac - Fax charges      E 62 07/15/02 0999 C&D
.90                        .90    4,665.85
1338,624 Global Securities research  E 06 07/16/02 0187 NDF
28.00                      28.00   4,693.85
         usage through 6/30
         From Global Securities
         Information  002192 AUDIT *
         AP-0072,493:0003  Date:
         07/16/02
1338,633 Thomson Financial global    E 06 07/16/02 0187 NDF
346.13                    346.13   5,039.98
         access demand by NDF
         From Thomson Financial
         003408 AUDIT *
         AP-0072,500:0002  Date:
         07/16/02
1338,636 Research Assoc              E 06 07/16/02 0187 NDF
238.00                    238.00   5,277.98
         From Research Associates
         001948 AUDIT *
         AP-0072,520:0002  Date:
         07/16/02
1338,628 Velocity Express t/f Arnold E 03 07/16/02 0999 C&D
49.02                     49.02    5,327.00
         & Porter on 6/27; t/f Ross
         Dixon Bell on 6/26 and t/f
         Shane Gardner on 6/27
         From Velocity Express
         002986 AUDIT *
         AP-0072,498:0003  Date:
         07/16/02
1338,684 Long Distance-Equitrac      E 64 07/16/02 0999 C&D
4.32                       4.32    5,331.32
         In-House
```

```
08/12/2002                                      Prebill Control Report
Page 8
09:13:41

Prebill 000001   Subpage    8
Client: 4642           Matter: 000
_____
```

|  |  | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|
| L-------- | -------------B I L L I N G------------- |  |  |  |  |

| W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|
| L-------- -------------B I L L I N G------------- |  |  |  |

```
    Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount  Cumulative
    Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount  Cumulative
```

_____

_____

```
1338,755 Equitrac - Photocopy       E 54 07/16/02 0999 C&D
.15                         .15   5,331.47
         charges
1338,756 Xeroxing                   E 54 07/16/02 0999 C&D
67.05                      67.05   5,398.52
1338,757 Equitrac - Photocopy       E 54 07/16/02 0999 C&D
1.35                       1.35   5,399.87
         charges
1338,758 Xeroxing                   E 54 07/16/02 0999 C&D
39.90                      39.90   5,439.77
1338,759 Equitrac - Photocopy       E 54 07/16/02 0999 C&D
4.80                       4.80   5,444.57
         charges
1338,760 Xeroxing                   E 54 07/16/02 0999 C&D
17.40                      17.40   5,461.97
1338,761 Equitrac - Photocopy       E 54 07/16/02 0999 C&D
1.20                       1.20   5,463.17
         charges
1338,762 Xeroxing                   E 54 07/16/02 0999 C&D
6.00                       6.00   5,469.17
1338,763 Xeroxing                   E 54 07/16/02 0999 C&D
184.65                    184.65   5,653.82
1338,764 Telecopier/Equitrac        E 62 07/16/02 0999 C&D
.90                         .90   5,654.72
1338,765 Equitrac - Fax charges     E 62 07/16/02 0999 C&D
.60                         .60   5,655.32
1338,903 Federal Express to Kevin   E 01 07/17/02 0106 TWS
8.14                       8.14   5,663.46
         Irwin, Mark Peterson from
         TWS on 6/25
         From Federal Express
         002001 AUDIT *
         AP-0072,542:0006  Date:
         07/17/02
1338,875 Federal Express to Pierce, E 01 07/17/02 0120 EI
65.56                     65.56   5,729.02
         Vargas, Cloud, and Smith
```

```
                 from EI on 6/28 and 7/2
                 From Federal Express
                 002001 AUDIT *
                 AP-0072,527:0007  Date:
                 07/17/02
1338,911 Federal Express to David      E 01 07/17/02 0122 SME
30.44                        30.44     5,759.46
                 Kaplin from SME on 7/9
                 From Federal Express
                 002001 AUDIT *
                 AP-0072,543:0007  Date:
                 07/17/02
1338,926 Federal Express to DNF from   E 01 07/17/02 0122 SME
140.67                       140.67    5,900.13
                 SME on 7/16
                 From Federal Express
                 002001 AUDIT *
                 AP-0072,547:0004  Date:
                 07/17/02
1338,899 Original and one copy of      E 23 07/17/02 0187 NDF
2,151.80                     2,151.80    8,051.93
                 transcript of Stallard
                 deposition
                 From Capital Reporting,
                 Inc.         003504 AUDIT *
                 AP-0072,540:0002  Date:
                 07/17/02
1338,921 Federal Express to Mark       E 01 07/17/02 0187 NDF
24.85                        24.85     8,076.78
```

08/12/2002                                        Prebill Control Report
Page 9
09:13:41


Prebill 000001    Subpage     9
Client: 4642            Matter: 000
_____

                                     W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                     W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

        Peterson from NDF on 7/12
        From Federal Express
        002001 AUDIT *
        AP-0072,546:0004  Date:
        07/17/02
1338,660 Petty Cash; Lunch for       E 22 07/17/02 0999 C&D
31.85                    31.85    8,108.63
        Turken and Widom (no C&D
        attorney attended) on 7/11
        From Petty Cash
        005317 AUDIT *
        AP-0072,526:0031  Date:
        07/17/02
1338,897 Federal Express to Mark     E 01 07/17/02 0999 C&D
1.35                     1.35    8,109.98
        Peterson on 6/21
        From Federal Express
        002001 AUDIT *
        AP-0072,539:0005  Date:
        07/17/02
1339,203 Long Distance-Equitrac      E 64 07/17/02 0999 C&D
6.99                     6.99    8,116.97
        In-House
1339,242 Equitrac - Photocopy        E 54 07/17/02 0999 C&D
1.35                     1.35    8,118.32
        charges
1339,243 Equitrac - Photocopy        E 54 07/17/02 0999 C&D
2.40                     2.40    8,120.72
        charges
1339,244 Xeroxing                    E 54 07/17/02 0999 C&D
11.40                   11.40    8,132.12
1339,466 ADA Travel; Downgrade on    E 15 07/18/02 0122 SME
-223.00                -223.00    7,909.12
        SME travel to NYC on 6/19
        From ADA Travel, Inc.
        000534 AUDIT *
        AP-0072,551:0013  Date:

{D0005954:1 }

```
           07/18/02
1339,507 Heavy Litigation, Redweld     E 25 07/18/02 0122 SME
378.27                        378.27     8,287.39
           From Discovery Copy Service
           001360 AUDIT *
           AP-0072,580:0002  Date:
           07/18/02
1339,480 ADA Travel; 7/17 travel for   E 15 07/18/02 0156 SQC
1,407.50                    1,407.50     9,694.89
           Stacy Cline to Ft.
           Lauderdale (coach fare
           $1047.00)
           From ADA Travel, Inc.
           000534 AUDIT *
           AP-0072,551:0027  Date:
           07/18/02
1339,481 ADA Travel; Agency fee on     E 15 07/18/02 0156 SQC
40.00                        40.00     9,734.89
           Stacy Client travel to Ft.
           Lauderdale on 7/17
           From ADA Travel, Inc.
           000534 AUDIT *
```

08/12/2002                                      Prebill Control Report
Page 10
09:13:42

Prebill 000001    Subpage    10
Client: 4642            Matter: 000
_____

                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
   Trans Transaction Description    Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount   Cumulative
_____
_____

          AP-0072,551:0028  Date:
          07/18/02
1339,460 ADA Travel; NDF coach class  E 15 07/18/02 0187 NDF
799.50                    799.50   10,534.39
          travel to Raleigh, NC on
          7/1
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,551:0007  Date:
          07/18/02
1339,461 ADA Travel; Agency fee on   E 15 07/18/02 0187 NDF
40.00                      40.00   10,574.39
          NDF 7/1 travel to Raleigh
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,551:0008  Date:
          07/18/02
1339,471 ADA Travel; NDF travel to   E 15 07/18/02 0187 NDF
446.00                    446.00   11,020.39
          NYC (coach fare $330.00) NO
          agency fee charged
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,551:0018  Date:
          07/18/02
1339,478 ADA Travel; NDF travel to   E 15 07/18/02 0187 NDF
1,952.50                1,952.50   12,972.89
          Ft. Lauderdale on 7/17
          (coach fare $933.50)
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,551:0025  Date:
          07/18/02
1339,479 ADA Travel; Agency fee on   E 15 07/18/02 0187 NDF
40.00                      40.00   13,012.89
          NDF 7/17 travel to Ft.
          Lauderdale

{D0005954:1 }

```
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,551:0026  Date:
          07/18/02
1339,506 Heavy Litigation              E 25 07/18/02 0999 C&D
669.08                       669.08   13,681.97
          From Discovery Copy Service
          001360 AUDIT *
          AP-0072,578:0002  Date:
          07/18/02
1339,624 Long Distance-Equitrac        E 64 07/18/02 0999 C&D
3.23                          3.23   13,685.20
          In-House
1339,692 Equitrac - Photocopy          E 54 07/18/02 0999 C&D
.45                            .45   13,685.65
          charges
1339,693 Xeroxing                      E 54 07/18/02 0999 C&D
20.10                        20.10   13,705.75
1339,694 Xeroxing                      E 54 07/18/02 0999 C&D
7.80                          7.80   13,713.55
1339,695 Equitrac - Photocopy          E 54 07/18/02 0999 C&D
3.75                          3.75   13,717.30
          charges
```

08/12/2002                                              Prebill Control Report
Page 11
09:13:42

Prebill 000001    Subpage    11
Client: 4642              Matter: 000
_____

|   | | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | | |
|   | | | W/E | Trans. | Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | | | |

|   Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |
|   Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | |

_____
_____

| 1339,696 | Xeroxing | | E 54 07/18/02 0999 C&D |
|---|---|---|---|
| 30.60 | | 30.60 | 13,747.90 |
| 1339,697 | Xeroxing | | E 54 07/18/02 0999 C&D |
| 5.55 | | 5.55 | 13,753.45 |
| 1339,698 | Equitrac - Fax charges | | E 62 07/18/02 0999 C&D |
| 2.25 | | 2.25 | 13,755.70 |
| 1339,989 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 274.52 | | 274.52 | 14,030.22 |
| | research by HG on 06/24 | | |
| 1339,990 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 34.43 | | 34.43 | 14,064.65 |
| | research by HG on 06/24 | | |
| 1339,991 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 370.99 | | 370.99 | 14,435.64 |
| | research by JPC on 06/26 | | |
| 1339,992 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 221.98 | | 221.98 | 14,657.62 |
| | research by SME on 06/26 | | |
| 1339,993 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 2,017.15 | | 2,017.15 | 16,674.77 |
| | research by HG on 06/24 | | |
| 1339,994 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 798.23 | | 798.23 | 17,473.00 |
| | research by DML on | | |
| | 06/24,25,28 | | |
| 1339,995 | Database Research-Westlaw | | E 50 07/19/02 0999 C&D |
| 115.68 | | 115.68 | 17,588.68 |
| | research by BAS on 06/27 | | |
| 1340,029 | Long Distance-Equitrac | | E 64 07/19/02 0999 C&D |
| 3.88 | | 3.88 | 17,592.56 |
| | In-House | | |
| 1340,086 | Xeroxing | | E 54 07/19/02 0999 C&D |
| 10.65 | | 10.65 | 17,603.21 |
| 1340,087 | Equitrac - Photocopy | | E 54 07/19/02 0999 C&D |
| .15 | | .15 | 17,603.36 |
| | charges | | |

```
1340,088 Xeroxing                    E 54 07/19/02 0999 C&D
1.65                          1.65   17,605.01
1340,089 Xeroxing                    E 54 07/19/02 0999 C&D
9.90                          9.90   17,614.91
1340,090 Xeroxing                    E 54 07/19/02 0999 C&D
5.40                          5.40   17,620.31
1340,091 Telecopier/Equitrac         E 62 07/19/02 0999 C&D
7.80                          7.80   17,628.11
1340,092 Telecopier/Equitrac         E 62 07/19/02 0999 C&D
16.35                        16.35   17,644.46
1340,212 Federal Express to Darlene  E 01 07/22/02 0120 EI
5.81                          5.81   17,650.27
         Chilelli from EI on 7/11
         From Federal Express
         002001 AUDIT *
         AP-0072,588:0008  Date:
         07/22/02
1340,237 Choice Courier; to Millbank E 03 07/22/02 0120 EI
17.55                        17.55   17,667.82
         Weiss on 7/10
         From Choice Courier Systems
         001102 AUDIT *
         AP-0072,604:0002  Date:
         07/22/02
1340,224 SQC expenses to Boca Raton  E 21 07/22/02 0156 SQC
29.53                        29.53   17,697.35
         for deposition on 7/17-19
         for all meals, breakfast,
         lunch and dinner
         From Stacy Cline
         003446 AUDIT *
         AP-0072,598:0002  Date:
         07/22/02
1340,225 SQC expenses to Boca Raton  E 32 07/22/02 0156 SQC
360.80                      360.80   18,058.15
```

08/12/2002                                          Prebill Control Report
Page 12
09:13:42

Prebill 000001   Subpage    12
Client: 4642          Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

            for deposition on 7/17-19
            for Boca Raton Marriott
            From Stacy Cline
            003446 AUDIT *
            AP-0072,598:0003  Date:
            07/22/02
1340,226 SQC expenses to Boca Raton   E 33 07/22/02 0156 SQC
27.00                       27.00    18,085.15
            for deposition on 7/17-19
            for cabs from home to
            office to airport
            From Stacy Cline
            003446 AUDIT *
            AP-0072,598:0004  Date:
            07/22/02
1340,227 SQC expenses to Boca Raton   E 34 07/22/02 0156 SQC
3.00                        3.00    18,088.15
            for deposition on 7/17-19
            for miscellaneous tips
            From Stacy Cline
            003446 AUDIT *
            AP-0072,598:0005  Date:
            07/22/02
1340,232 Red Top Cab for NDF to       E 33 07/22/02 0187 NDF
49.01                      49.01    18,137.16
            Union Station on 7/1 and
            7/9
            From Red Top Cab
            006004 AUDIT *
            AP-0072,602:0002  Date:
            07/22/02
1340,470 Long Distance-Equitrac       E 64 07/22/02 0999 C&D
3.47                        3.47    18,140.63
            In-House
1340,550 Xeroxing                     E 54 07/22/02 0999 C&D
102.90                     102.90    18,243.53

```
1340,551 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
.30                        .30    18,243.83
         charges
1340,552 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
7.80                      7.80    18,251.63
         charges
1340,553 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
4.20                      4.20    18,255.83
         charges
1340,554 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
.90                        .90    18,256.73
         charges
1340,555 Xeroxing                    E 54 07/22/02 0999 C&D
2.85                      2.85    18,259.58
1340,556 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
7.50                      7.50    18,267.08
         charges
1340,557 Xeroxing                    E 54 07/22/02 0999 C&D
15.45                    15.45    18,282.53
1340,558 Equitrac - Photocopy        E 54 07/22/02 0999 C&D
182.70                  182.70    18,465.23
         charges
1340,559 Equitrac - Postage          E 56 07/22/02 0999 C&D
.55                        .55    18,465.78
1340,560 Telecopier/Equitrac         E 62 07/22/02 0999 C&D
4.80                      4.80    18,470.58
1340,561 Telecopier/Equitrac         E 62 07/22/02 0999 C&D
3.45                      3.45    18,474.03
1340,814 Database Research-Westlaw    E 50 07/23/02 0999 C&D
105.74                  105.74    18,579.77
```

```
08/12/2002                                      Prebill Control Report
Page 13
09:13:43

Prebill 000001    Subpage    13
Client: 4642          Matter: 000
_____
```

| | | | | | | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

| | | | | | | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|---|---|---|---|---|

L-------- -------------B I L L I N G-------------

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

_____

_____

```
          research by DML on 07/01,02
1340,815 Database Research-Westlaw    E 50 07/23/02 0999 C&D
91.62               91.62   18,671.39
          research by BAS on 07/02
1340,931 Database Research-Westlaw    E 50 07/23/02 0999 C&D
42.59               42.59   18,713.98
          research by EAY on 07/09,10
1340,932 Database Research-Westlaw    E 50 07/23/02 0999 C&D
24.13               24.13   18,738.11
          research by JPC on 07/09
1340,933 Database Research-Westlaw    E 50 07/23/02 0999 C&D
40.71               40.71   18,778.82
          research by HG on 07/09
1340,934 Database Research-Westlaw    E 50 07/23/02 0999 C&D
163.13              163.13   18,941.95
          research by DML on 07/08,09
1340,935 Database Research-Westlaw    E 50 07/23/02 0999 C&D
66.67               66.67   19,008.62
          research by JWR on 07/09
1340,936 Database Research-Westlaw    E 50 07/23/02 0999 C&D
581.51              581.51   19,590.13
          research by BAS on 07/12
1340,937 Database Research-Westlaw    E 50 07/23/02 0999 C&D
68.87               68.87   19,659.00
          research by EAY on 07/10
1341,051 Long Distance-Equitrac       E 64 07/23/02 0999 C&D
7.39                7.39   19,666.39
          In-House
1341,115 Xeroxing                     E 54 07/23/02 0999 C&D
810.00              810.00   20,476.39
1341,116 Xeroxing                     E 54 07/23/02 0999 C&D
51.15               51.15   20,527.54
1341,117 Equitrac - Photocopy         E 54 07/23/02 0999 C&D
.90                 .90   20,528.44
          charges
1341,118 Xeroxing                     E 54 07/23/02 0999 C&D
4.35                4.35   20,532.79
```

{D0005954:1 }

```
1341,119 Equitrac - Photocopy        E 54 07/23/02 0999 C&D
16.80                       16.80    20,549.59
         charges
1341,120 Equitrac - Fax charges      E 62 07/23/02 0999 C&D
.75                          .75    20,550.34
1341,121 Equitrac - Fax charges      E 62 07/23/02 0999 C&D
1.05                        1.05    20,551.39
1341,020 NDF expenses in Boca Raton, E 21 07/24/02 0187 NDF
167.20                     167.20   20,718.59
         FL for depositions on
         7/17-19 for snacks and
         dinner w/Stacey Cline and
         Mitch Widom
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,646:0002  Date:
         07/24/02
1341,021 NDF expenses in Boca Raton, E 32 07/24/02 0187 NDF
360.80                     360.80   21,079.39
         FL for depositions on
         7/17-19 for Marriott Boca
         Raton hotel
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,646:0003  Date:
         07/24/02
1341,022 NDF expenses in Boca Raton, E 33 07/24/02 0187 NDF
238.82                     238.82   21,318.21
         FL for depositions on
         7/17-19 for Hertz rental
         car and parking
```

08/12/2002                                              Prebill Control Report
Page 14
09:13:43

Prebill 000001    Subpage    14
Client: 4642              Matter: 000
_____

                                        W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------
                                        W/E  Trans.  Work   --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description        Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount    Cumulative
    Trans Transaction Description        Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount    Cumulative
_____

_____

        From Nathan D. Finch
        000326 AUDIT *
        AP-0072,646:0004  Date:
        07/24/02
1341,023 NDF expenses in Boca Raton,  E 35 07/24/02 0187 NDF
181.03                  181.03    21,499.24
        FL for depositions on
        7/17-19 for long distance
        phone calls from room
        From Nathan D. Finch
        000326 AUDIT *
        AP-0072,646:0005  Date:
        07/24/02
1341,024 NDF expenses in Boca Raton,  E 34 07/24/02 0187 NDF
15.49                   15.49    21,514.73
        FL for depositions on
        7/17-19 for laundry service
        From Nathan D. Finch
        000326 AUDIT *
        AP-0072,646:0006  Date:
        07/24/02
1341,276 Long Distance-Equitrac       E 64 07/24/02 0999 C&D
2.60                    2.60    21,517.33
        In-House
1341,344 Xeroxing                      E 54 07/24/02 0999 C&D
8.70                    8.70    21,526.03
1341,345 Equitrac - Photocopy          E 54 07/24/02 0999 C&D
7.20                    7.20    21,533.23
        charges
1341,346 Xeroxing                      E 54 07/24/02 0999 C&D
127.65                  127.65    21,660.88
1341,347 Equitrac - Photocopy          E 54 07/24/02 0999 C&D
65.40                   65.40    21,726.28
        charges
1341,348 Xeroxing                      E 54 07/24/02 0999 C&D
11.85                   11.85    21,738.13

{D0005954:1 }

```
1341,349 Equitrac - Photocopy        E 54 07/24/02 0999 C&D
8.55                         8.55   21,746.68
         charges
1341,350 Equitrac - Photocopy        E 54 07/24/02 0999 C&D
1.50                         1.50   21,748.18
         charges
1341,351 Equitrac - Photocopy        E 54 07/24/02 0999 C&D
.30                          .30    21,748.48
         charges
1341,352 Xeroxing                    E 54 07/24/02 0999 C&D
93.45                        93.45  21,841.93
1341,353 Telecopier/Equitrac         E 62 07/24/02 0999 C&D
2.25                         2.25   21,844.18
1341,821 Database Research-Lexis     E 50 07/25/02 0999 C&D
48.65                        48.65  21,892.83
         research by SME on 06/24
1341,822 Database Research-Lexis     E 50 07/25/02 0999 C&D
518.18                      518.18  22,411.01
         research by SME on 06/27
1341,823 atabase Research-Lexis      E 50 07/25/02 0999 C&D
65.57                        65.57  22,476.58
         research by JPC on 06/28
1341,851 Database Research-Lexis     E 50 07/25/02 0999 C&D
89.09                        89.09  22,565.67
         research by HG on 07/01
1341,852 Database Research-Lexis     E 50 07/25/02 0999 C&D
762.46                      762.46  23,328.13
         research by DML on 07/01,02
1342,005 Long Distance-Equitrac      E 64 07/25/02 0999 C&D
1.77                         1.77   23,329.90
         In-House
1342,057 Xeroxing                    E 54 07/25/02 0999 C&D
10.80                        10.80  23,340.70
```

```
08/12/2002                                    Prebill Control Report
Page 15
09:13:43

Prebill 000001   Subpage    15
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount    Rate   Hours      Amount   Cumulative
   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount    Rate   Hours      Amount   Cumulative
_____

_____

1342,058 Xeroxing                     E 54 07/25/02 0999 C&D
41.25                       41.25   23,381.95
1342,059 Xeroxing                     E 54 07/25/02 0999 C&D
26.10                       26.10   23,408.05
1342,060 Xeroxing                     E 54 07/25/02 0999 C&D
22.05                       22.05   23,430.10
1342,061 Equitrac - Photocopy         E 54 07/25/02 0999 C&D
.60                          .60   23,430.70
         charges
1342,062 Equitrac - Photocopy         E 54 07/25/02 0999 C&D
188.55                     188.55   23,619.25
         charges
1342,063 Telecopier/Equitrac          E 62 07/25/02 0999 C&D
1.95                        1.95   23,621.20
1342,064 Telecopier/Equitrac          E 62 07/25/02 0999 C&D
3.60                        3.60   23,624.80
1342,388 Federal Express to Dan       E 01 07/26/02 0120 EI
52.02                       52.02   23,676.82
         Relles from EI on 7/16
         From Federal Express
         002001 AUDIT *
         AP-0072,698:0005  Date:
         07/26/02
1341,871 Petty Cash; JPC sent fax to  E 07 07/26/02 0149 JPC
12.00                       12.00   23,688.82
         NDF on 7/20 in Ft.
         Lauderdale, Florida
         From Petty Cash
         005317 AUDIT *
         AP-0072,683:0025  Date:
         07/26/02
1341,869 Petty Cash; Lunch for        E 22 07/26/02 0999 C&D
28.59                       28.59   23,717.41
         Rachel Fleishman during
         McGowane deposition (no C&D
         atty attended) on 7/17
         From Petty Cash
```

{D0005954:1 }

```
          005317 AUDIT *
          AP-0072,683:0023  Date:
          07/26/02
1342,179 Database Research-Lexis      E 50 07/26/02 0999 C&D
159.68                      159.68    23,877.09
          research by BAS/NR on 07/18
1342,398 Velocity Express to Ross     E 03 07/26/02 0999 C&D
35.86                       35.86     23,912.95
          Dixon Bell, Arnold & Porter
          and Shea & Gardner on
          7/8-11
          From Velocity Express
          002986 AUDIT *
          AP-0072,705:0005  Date:
          07/26/02
1342,417 Long Distance-Equitrac       E 64 07/26/02 0999 C&D
1.81                        1.81      23,914.76
          In-House
1342,473 Equitrac - Photocopy         E 54 07/26/02 0999 C&D
38.40                       38.40     23,953.16
          charges
1342,474 Equitrac - Photocopy         E 54 07/26/02 0999 C&D
130.95                      130.95    24,084.11
          charges
1342,475 Equitrac - Photocopy         E 54 07/26/02 0999 C&D
1.95                        1.95      24,086.06
          charges
1342,476 Equitrac - Photocopy         E 54 07/26/02 0999 C&D
.75                         .75       24,086.81
```

```
08/12/2002                                    Prebill Control Report
Page 16
09:13:44

Prebill 000001   Subpage   16
Client: 4642          Matter: 000
_____
```

| | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|
L-------- -------------B I L L I N G-------------

| | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|
L-------- -------------B I L L I N G-------------

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
Amount   Rate   Hours        Amount   Cumulative

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
Amount   Rate   Hours        Amount   Cumulative

```
           charges
1342,477 Equitrac - Photocopy       E 54 07/26/02 0999 C&D
11.70                     11.70   24,098.51
           charges
1342,478 Xeroxing                   E 54 07/26/02 0999 C&D
14.55                     14.55   24,113.06
1342,479 Equitrac - Photocopy       E 54 07/26/02 0999 C&D
1.80                      1.80    24,114.86
           charges
1342,620 NYO Long Distance          E 65 07/29/02 0999 C&D
1.33                      1.33    24,116.19
           Telephone-Long distance
           call made in the month of
           June
1343,185 Long Distance-Equitrac     E 64 07/29/02 0999 C&D
5.16                      5.16    24,121.35
           In-House
1343,250 Xeroxing                   E 54 07/29/02 0999 C&D
43.95                     43.95   24,165.30
1343,251 Equitrac - Photocopy       E 54 07/29/02 0999 C&D
.15                       .15     24,165.45
           charges
1343,252 Xeroxing                   E 54 07/29/02 0999 C&D
19.80                     19.80   24,185.25
1343,253 Equitrac - Photocopy       E 54 07/29/02 0999 C&D
.75                       .75     24,186.00
           charges
1343,254 Xeroxing                   E 54 07/29/02 0999 C&D
.30                       .30     24,186.30
1343,255 Equitrac - Photocopy       E 54 07/29/02 0999 C&D
11.70                     11.70   24,198.00
           charges
1343,256 Xeroxing                   E 54 07/29/02 0999 C&D
92.55                     92.55   24,290.55
1343,257 Xeroxing                   E 54 07/29/02 0999 C&D
345.15                    345.15  24,635.70
```

```
1343,411 Federal Express to Matthew   E 01 07/30/02 0128 SAT
14.06                       14.06    24,649.76
         Zaleski from SAT on 7/19
         From Federal Express
         002001 AUDIT *
         AP-0072,746:0004  Date:
         07/30/02
1343,367 NDF expenses to Newark for   E 21 07/30/02 0187 NDF
2.00                         2.00  24,651.76
         deposition of Ellberger on
         7/24-25 for snacks
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,732:0002  Date:
         07/30/02
1343,368 NDF expenses to Newark for   E 32 07/30/02 0187 NDF
256.81                      256.81   24,908.57
         deposition of Ellberger on
         7/24-25 for Hotel Elysse
         From Nathan D. Finch
         000326 AUDIT *
         AP-0072,732:0003  Date:
         07/30/02
1343,369 NDF expenses to Newark for   E 33 07/30/02 0187 NDF
16.00                        16.00   24,924.57
         deposition of Ellberger on
         7/24-25 for cabs to train
         station and hotel
         From Nathan D. Finch
         000326 AUDIT *
```

08/12/2002                                                    Prebill Control Report
Page 17
09:13:44

Prebill 000001    Subpage    17
Client: 4642            Matter: 000
_____

                                      W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                      W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____

          AP-0072,732:0004  Date:
          07/30/02
1343,370 NDF expenses to Newark for    E 35 07/30/02 0187 NDF
34.38                        34.38    24,958.95
          deposition of Ellberger on
          7/24-25 for phone calls
          made from room
          From Nathan D. Finch
          000326 AUDIT *
          AP-0072,732:0005  Date:
          07/30/02
1343,416 Federal Express to David      E 01 07/30/02 0187 NDF
65.72                        65.72    25,024.67
          Rosenbloom and Elvira
          Palomino from NDF on 7/24
          From Federal Express
          002001 AUDIT *
          AP-0072,747:0006  Date:
          07/30/02
1343,423 Veritext, L.L.C.;             E 08 07/30/02 0187 NDF
2,278.20                  2,278.20    27,302.87
          Attendance at and copies of
          transcripts of Hughes &
          Port depositions for John
          Vernon Port
          From Veritext, L.L.C.
          003508 AUDIT *
          AP-0072,749:0002  Date:
          07/30/02
1343,424 Veritext, L.L.C.;             E 08 07/30/02 0187 NDF
1,028.60                  1,028.60    28,331.47
          Attendance at and copies of
          transcripts of Hughes &
          Port depositions for Jay
          Hughes
          From Veritext, L.L.C.
          003508 AUDIT *

```
          AP-0072,749:0003  Date:
          07/30/02
1343,425 Veritext, L.L.C.;              E 08 07/30/02 0187 NDF
1,496.40                   1,496.40    29,827.87
          Attendance at and copies of
          transcripts of Hughes &
          Port depositions for Jay
          Hughes
          From Veritext, L.L.C.
          003508 AUDIT *
          AP-0072,749:0004  Date:
          07/30/02
1343,475 Long Distance-Equitrac        E 64 07/30/02 0999 C&D
.86                         .86    29,828.73
          In-House
1343,531 Xeroxing                       E 54 07/30/02 0999 C&D
5.25                       5.25    29,833.98
1343,532 Xeroxing                       E 54 07/30/02 0999 C&D
12.00                     12.00    29,845.98
1343,533 Equitrac - Photocopy           E 54 07/30/02 0999 C&D
1.80                       1.80    29,847.78
```

08/12/2002                                           Prebill Control Report
Page 18
09:13:44

Prebill 000001    Subpage    18
Client: 4642            Matter: 000
_____

                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                   W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description        Code  Date   Empl      Rate    Hours
Amount   Rate   Hours        Amount  Cumulative
   Trans Transaction Description        Code  Date   Empl      Rate    Hours
Amount   Rate   Hours        Amount  Cumulative
_____
_____

         charges
1343,534 Equitrac - Fax charges       E 62 07/30/02 0999 C&D
.45                      .45   29,848.23
1346,443 Database Research-Westlaw    E 50 07/30/02 0999 C&D
169.98                169.98   30,018.21
         research by NDF on 07/17
1346,444 Database Research-Westlaw    E 50 07/30/02 0999 C&D
230.83                230.83   30,249.04
         research by MCH on 07/18
1346,445 Database Research-Westlaw    E 50 07/30/02 0999 C&D
50.12                  50.12   30,299.16
         research by BAS on 07/18
1346,446 Database Research-Westlaw    E 50 07/30/02 0999 C&D
12.41                  12.41   30,311.57
         research by NDF/MLR on
         07/17
1346,503 Database Research-Westlaw    E 50 07/30/02 0999 C&D
308.44                308.44   30,620.01
         research by MCH on 07/22
1346,504 Database Research-Westlaw    E 50 07/30/02 0999 C&D
54.41                  54.41   30,674.42
         research by BAS on 07/25
1344,413 Federal Expres to Michelle   E 01 07/31/02 0187 NDF
60.63                  60.63   30,735.05
         Browdy, Brad Friedman and
         Bert Wolff from NDF on 7/22
         From Federal Express
         002001 AUDIT *
         AP-0072,759:0002  Date:
         07/31/02
1344,434 Federal Express to Mitch     E 01 07/31/02 0187 NDF
66.18                  66.18   30,801.23
         Widom from NDF on 6/11
         From Federal Express
         002001 AUDIT *
         AP-0072,765:0003  Date:
         07/31/02

```
1344,462 Long Distance-Equitrac       E 64 07/31/02 0999 C&D
11.15                     11.15   30,812.38
         In-House
1344,538 Equitrac - Photocopy         E 54 07/31/02 0999 C&D
.75                        .75   30,813.13
         charges
1344,539 Xeroxing                     E 54 07/31/02 0999 C&D
17.85                     17.85   30,830.98
1344,540 Xeroxing                     E 54 07/31/02 0999 C&D
141.60                   141.60    30,972.58
1344,541 Xeroxing                     E 54 07/31/02 0999 C&D
67.05                     67.05   31,039.63
1344,542 Equitrac - Photocopy         E 54 07/31/02 0999 C&D
1.80                      1.80   31,041.43
         charges
1344,543 Telecopier/Equitrac          E 62 07/31/02 0999 C&D
3.75                      3.75   31,045.18
1346,003 Postage from NY office for   E 56 07/31/02 0999 C&D
4.75                      4.75   31,049.93
         month of July 2002

         Total Expense Cards
31,049.93               31,049.93
         Total Expense Cards
31,049.93               31,049.93




         Matter Total Fee                                      .00
.00              .00          .00
         Matter Total Exp                                      .00
31,049.93           .00   31,049.93
         Matter Total                                          .00
31,049.93           .00   31,049.93
```

08/12/2002                                          Prebill Control Report
Page 19
09:13:44

Prebill 000001    Subpage    19
Client: 4642           Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description        Code  Date  Empl      Rate     Hours
Amount    Rate    Hours        Amount   Cumulative
    Trans Transaction Description        Code  Date  Empl      Rate     Hours
Amount    Rate    Hours        Amount   Cumulative
_____
_____

        Prebill Total Fee                                          .00
.00          .00          .00
        Prebill Total Exp                                          .00
31,049.93          .00     31,049.93
        Prebill Total                                              .00
31,049.93          .00     31,049.93


Previous Billings:


Invoice  Date    Orig. Amount   Late Charge        Credits   Balance Due
_____

033688 10/20/01     3,066.39          .00            .00       3,066.39

034710 01/23/02     2,055.09          .00            .00       2,055.09

035800 04/20/02    21,719.11          .00            .00      21,719.11

036593 07/26/02    17,727.41          .00            .00      17,727.41

032913 07/27/01   100,755.00          .00       80,604.00     20,151.00

033035 08/15/01    83,781.00          .00       67,024.80     16,756.20

033284 09/14/01    32,159.00          .00       25,727.20      6,431.80

033688 10/20/01    26,941.00          .00            .00      26,941.00

034006 11/21/01    14,570.50          .00       11,656.40      2,914.10

034265 12/14/01    25,377.50          .00       20,302.00      5,075.50

| | | | | | |
|---|---|---|---|---|---|
| 034710 | 01/23/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| 034883 | 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 | 05/25/02 | 120,565.75 | .00 | 96,452.60 | 24,113.15 |
| 036328 | 06/25/02 | 109,667.00 | .00 | 87,733.60 | 21,933.40 |
| 036593 | 07/26/02 | 121,163.25 | .00 | .00 | 121,163.25 |
| Subtotal: | | 1,016,283.75 | .00 | 483,193.40 | 533,090.35 |

```
08/12/2002                                    Prebill Control Report
Page 20
09:13:45

Prebill 000001   Subpage    20
Client: 4642          Matter: 000
_____
                                    W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description       Code  Date   Empl      Rate     Hours
Amount    Rate    Hours       Amount   Cumulative
    Trans Transaction Description       Code  Date   Empl      Rate     Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

        Run Total Fee                                            .00
.00            .00        .00
        Run Total Exp                                            .00
31,049.93         .00    31,049.93
        Run Total                                                .00
31,049.93         .00    31,049.93
```

```
09/18/2002                                        Prebill Control Report
Page 1
11:59:02

Prebill 000001   Subpage     1
Client: 4642            Matter: 000
_____

Bill Attn To       Attn:

Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                     Opened: 04/16/01
_____
Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                     Opened: 04/16/01
Primary Contact


Matter 000                                                            Old
Ref:                     Opened: 04/16/01
_____
Matter 000                                                            Old
Ref:                     Opened: 04/16/01
Disbursements


Bill Cycle: 01  Style: it i1    Start: 04/16/01   Last Billed:   09/17/02
Trans Date Range: 01/01/50 to 08/31/02
Client Retainer Available:         .00    Committed to invoices:       .00
Remaining:         .00
Client Credits  Available:         .00    Committed to invoices:       .00
Remaining:         .00
Matter Retainer Available:         .00    Committed to invoices:       .00
Remaining:         .00
Matter Credits  Available:         .00    Committed to invoices:       .00
Remaining:         .00
Budget Fees         .00                      Billed Fees         .00
Resp Empl: Elihu Inselbuch
Budget Exp          .00                      Billed Exp    127,505.96
Bill Empl: Elihu Inselbuch
Budget Tot          .00                      Total         127,505.96
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                   ----------A C T U A L---------
----------B I L L I N G---------    Value At
Empl Init  Name                          T/E  Avg Rate     Hours       Amount
Avg Rate     Hours       Amount    Calc Rate
Empl Init  Name                          T/E  Avg Rate     Hours       Amount
Avg Rate     Hours       Amount    Calc Rate
_____
_____
```

```
0101 RCS    Robert C. Spohn              E                    7,530.20
7,530.20
0103 DRH    Diana R. Hartstein           E                    1,813.25
1,813.25
0106 TWS    Trevor W. Swett              E                      260.77
260.77
0120 EI     Elihu Inselbuch              E                       68.46
68.46
0149 JPC    John P. Cunningham           E                       79.48
79.48
0156 SQC    Stacy Q. Cline               E                      997.27
997.27
0187 NDF    Nathan D. Finch              E                    5,528.46
5,528.46
0999 C&D    Caplin &. Drysdale           E                    8,324.82
8,324.82
                            Total Fees:            .00           .00
.00          .00          .00
                            Total Expenses:                24,602.71
24,602.71          .00
                            Total Fee+Exp:         .00     24,602.71
.00    24,602.71          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                              W/E  Trans.  Work   --------A C T U A
L-------- --------------B I L L I N G------------
                              W/E  Trans.  Work   --------A C T U A
L-------- --------------B I L L I N G------------

   Trans Transaction Description    Code  Date  Empl     Rate   Hours
Amount    Rate   Hours      Amount   Cumulative
   Trans Transaction Description    Code  Date  Empl     Rate   Hours
Amount    Rate   Hours      Amount   Cumulative
_____
_____

1344,660 Federal Express delivery to  E 01 08/01/02 0187 NDF
1.35                    1.35         1.35
         M. Peterson on 7/12
         From Federal Express
         002001 AUDIT *
         AP-0072,787:0007  Date:
         08/01/02
1346,907 Long Distance-Equitrac       E 64 08/01/02 0999 C&D
3.74                    3.74         5.09
         In-House
1347,208 Equitrac - Photocopy         E 54 08/01/02 0999 C&D
49.95                  49.95        55.04
```

{D0005954:1 }

```
09/18/2002                                    Prebill Control Report
Page 2
11:59:07

Prebill 000001   Subpage     2
Client: 4642            Matter: 000
_____
                               W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                               W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount   Rate    Hours      Amount   Cumulative
   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount   Rate    Hours      Amount   Cumulative
_____
_____

        charges
1347,209 Xeroxing                     E 54 08/01/02 0999 C&D
147.75                    147.75      202.79
1347,210 Xeroxing                     E 54 08/01/02 0999 C&D
21.90                      21.90      224.69
1347,211 Equitrac - Photocopy         E 54 08/01/02 0999 C&D
.60                         .60       225.29
        charges
1347,212 Xeroxing                     E 54 08/01/02 0999 C&D
17.40                      17.40      242.69
1347,213 Xeroxing                     E 54 08/01/02 0999 C&D
1.50                       1.50       244.19
1347,251 Telecopier/Equitrac          E 62 08/01/02 0999 C&D
1.95                       1.95       246.14
1346,329 NDF expenses in NC for       E 21 08/02/02 0187 NDF
36.07                      36.07      282.21
        Beber deposition on 7/30-31
        for lunch and dinner
        From Nathan D. Finch
        000326 AUDIT *
        AP-0072,796:0002  Date:
        08/02/02
1346,330 NDF expenses in NC for       E 32 08/02/02 0187 NDF
166.42                    166.42      448.63
        Beber deposition on 7/30-31
        for room for NDF and SQC at
        Holiday Inn hotel
        From Nathan D. Finch
        000326 AUDIT *
        AP-0072,796:0003  Date:
        08/02/02
1346,331 NDF expenses in NC for       E 33 08/02/02 0187 NDF
311.33                    311.33      759.96
        Beber deposition on 7/30-31
        for cabs t/f home and
        airport and Hertz car
        rental
```

```
              From Nathan D. Finch
              000326 AUDIT *
              AP-0072,796:0004  Date:
              08/02/02
1346,332 NDF expenses in NC for      E 35 08/02/02 0187 NDF
15.60                     15.60       775.56
              Beber deposition on 7/30-31
              for phone calls made from
              hotel room
              From Nathan D. Finch
              000326 AUDIT *
              AP-0072,796:0005  Date:
              08/02/02
1346,908 Long Distance-Equitrac      E 64 08/02/02 0999 C&D
6.50                      6.50       782.06
              In-House
1347,214 Xeroxing                    E 54 08/02/02 0999 C&D
46.50                    46.50       828.56
1347,215 Xeroxing                    E 54 08/02/02 0999 C&D
7.20                      7.20       835.76
1347,216 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
8.40                      8.40       844.16
              charges
1347,217 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
.15                       .15        844.31
              charges
1347,218 Xeroxing                    E 54 08/02/02 0999 C&D
54.30                    54.30       898.61
```

09/18/2002                                                Prebill Control Report
Page 3
11:59:07

Prebill 000001   Subpage     3
Client: 4642           Matter: 000
_____

                                     W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                     W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
_____
_____

1347,219 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
18.60                     18.60     917.21
          charges
1347,220 Xeroxing                    E 54 08/02/02 0999 C&D
33.60                     33.60     950.81
1347,222 Xeroxing                    E 54 08/02/02 0999 C&D
3.15                      3.15     953.96
1347,223 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
3.00                      3.00     956.96
          charges
1347,224 Equitrac - Photocopy        E 54 08/02/02 0999 C&D
91.50                     91.50   1,048.46
          charges
1347,253 Equitrac - Fax charges      E 62 08/02/02 0999 C&D
.45                        .45   1,048.91
1347,254 Equitrac - Fax charges      E 62 08/02/02 0999 C&D
3.90                      3.90   1,052.81
1347,255 Telecopier/Equitrac         E 62 08/02/02 0999 C&D
2.10                      2.10   1,054.91
1346,909 Long Distance-Equitrac      E 64 08/05/02 0999 C&D
29.12                     29.12   1,084.03
          In-House
1347,226 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
.45                        .45   1,084.48
          charges
1347,227 Xeroxing                    E 54 08/05/02 0999 C&D
20.55                     20.55   1,105.03
1347,229 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
.15                        .15   1,105.18
          charges
1347,231 Xeroxing                    E 54 08/05/02 0999 C&D
5.40                      5.40   1,110.58
1347,233 Equitrac - Photocopy        E 54 08/05/02 0999 C&D
3.30                      3.30   1,113.88
          charges
1347,235 Xeroxing                    E 54 08/05/02 0999 C&D
9.30                      9.30   1,123.18

{D0005954:1 }

```
1347,238 Xeroxing                    E 54 08/05/02 0999 C&D
57.90                      57.90    1,181.08
1346,693 Petty Cash; Cabs in         E 33 08/06/02 0156 SQC
13.00                      13.00    1,194.08
         Charlotte, NC for SQC on
         7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0039  Date:
         08/06/02
1346,694 Petty Cash; Miscellaneous   E 34 08/06/02 0156 SQC
3.00                        3.00    1,197.08
         tips for SQC in Charlotte,
         NC on 7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0040  Date:
         08/06/02
1346,695 Petty Cash; Meals in        E 21 08/06/02 0156 SQC
19.77                      19.77    1,216.85
         Charlotte, NC for SQC on
         7/31
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0041  Date:
         08/06/02
1346,696 Petty Cash; Cab home for    E 37 08/06/02 0156 SQC
6.00                        6.00    1,222.85
         SQC on 7/29 from office
         From Petty Cash
         005317 AUDIT *
         AP-0072,813:0042  Date:
```

09/18/2002                                              Prebill Control Report
Page 4
11:59:07


Prebill 000001    Subpage    4
Client: 4642            Matter: 000
_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____

          08/06/02
1346,910 Long Distance-Equitrac      E 64 08/06/02 0999 C&D
2.35                      2.35   1,225.20
          In-House
1347,240 Equitrac - Photocopy         E 54 08/06/02 0999 C&D
.15                       .15   1,225.35
          charges
1347,242 Xeroxing                     E 54 08/06/02 0999 C&D
96.75                    96.75   1,322.10
1347,245 Xeroxing                     E 54 08/06/02 0999 C&D
45.60                    45.60   1,367.70
1347,247 Equitrac - Photocopy         E 54 08/06/02 0999 C&D
1.80                     1.80   1,369.50
          charges
1347,249 Xeroxing                     E 54 08/06/02 0999 C&D
60.60                    60.60   1,430.10
1347,663 ADA Travel;  SQC business    E 15 08/07/02 0156 SQC
915.50                  915.50   2,345.60
          class travel to Charlotte,
          NC on 7/30
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0019  Date:
          08/07/02
1347,664 ADA Travel; AGency fee       E 15 08/07/02 0156 SQC
40.00                    40.00   2,385.60
          charged on SQC 7/30 travel
          to Charlotte, NC
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0072,815:0020  Date:
          08/07/02
1347,657 ADA Travel; NDF 7/24 travel E 15 08/07/02 0187 NDF
446.00                  446.00   2,831.60
          to New York (coach fare
          $330.00)
          From ADA Travel, Inc.

```
         000534 AUDIT *
         AP-0072,815:0013  Date:
         08/07/02
1347,658 ADA Travel; Agency fee on   E 15 08/07/02 0187 NDF
40.00                          40.00    2,871.60
         NDF 7/24 travel to New York
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,815:0014  Date:
         08/07/02
1347,662 ADA Travel; NDF 7/30 travel  E 15 08/07/02 0187 NDF
1,215.50                     1,215.50     4,087.10
         to Charlotte, NC (coach
         fare $915.50)  NOTE: No
         agency fee charged
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0072,815:0018  Date:
         08/07/02
1347,665 ADA Travel; NDF 7/28 travel  E 15 08/07/02 0187 NDF
1,078.50                     1,078.50     5,165.60
         Las Vegas to Baltimore
         (coach fare $352.50)
         From ADA Travel, Inc.
```

09/18/2002                                          Prebill Control Report
Page 5
11:59:07

Prebill 000001    Subpage     5
Client: 4642             Matter: 000

_____

                                      W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                      W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description       Code  Date   Empl     Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
    Trans Transaction Description       Code  Date   Empl     Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

        000534 AUDIT *
        AP-0072,815:0021  Date:
        08/07/02
1347,666 ADA Travel; AGency fee on   E 15 08/07/02 0187 NDF
40.00                     40.00    5,205.60
        NDF 7/28 travel Las Vegas
        to Baltimore
        From ADA Travel, Inc.
        000534 AUDIT *
        AP-0072,815:0022  Date:
        08/07/02
1347,687 Red Top Exec Sedan service  E 33 08/07/02 0187 NDF
35.71                     35.71    5,241.31
        for NDF to National airport
        on 7/17
        From Red Top Executive
        Sedan        001899 AUDIT *
        AP-0072,834:0003  Date:
        08/07/02
1347,829 Long Distance-Equitrac      E 64 08/07/02 0999 C&D
3.65                      3.65    5,244.96
        In-House
1347,894 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
9.00                      9.00    5,253.96
        charges
1347,895 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
25.50                    25.50    5,279.46
        charges
1347,896 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
4.65                      4.65    5,284.11
        charges
1347,897 Xeroxing                    E 54 08/07/02 0999 C&D
.30                       .30    5,284.41
1347,898 Equitrac - Photocopy        E 54 08/07/02 0999 C&D
1.35                      1.35    5,285.76
        charges

```
1347,899 Equitrac - Photocopy      E 54 08/07/02 0999 C&D
.60                     .60    5,286.36
         charges
1347,900 Equitrac - Photocopy      E 54 08/07/02 0999 C&D
22.95                   22.95   5,309.31
         charges
1348,021 Long Distance-Equitrac    E 64 08/08/02 0999 C&D
1.99                    1.99    5,311.30
         In-House
1348,087 Equitrac - Photocopy      E 54 08/08/02 0999 C&D
2.40                    2.40    5,313.70
         charges
1348,088 Xeroxing                  E 54 08/08/02 0999 C&D
11.25                   11.25   5,324.95
1348,089 Xeroxing                  E 54 08/08/02 0999 C&D
12.90                   12.90   5,337.85
1348,090 Equitrac - Photocopy      E 54 08/08/02 0999 C&D
1.20                    1.20    5,339.05
         charges
1348,091 Equitrac - Photocopy      E 54 08/08/02 0999 C&D
6.30                    6.30    5,345.35
         charges
1348,092 Equitrac - Photocopy      E 54 08/08/02 0999 C&D
.45                     .45    5,345.80
         charges
1348,549 Federal Express to Matthew E 01 08/09/02 0120 EI
13.28                   13.28    5,359.08
         Zaleski from EI on 7/26
         From Federal Express
         002001 AUDIT *
         AP-0072,848:0005  Date:
```

09/18/2002                                         Prebill Control Report
Page 6
11:59:08

Prebill 000001    Subpage    6
Client: 4642           Matter: 000
_____

                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours       Amount   Cumulative
_____
_____

         08/09/02
1348,738 Federal Express to Mark    E 01 08/09/02 0187 NDF
29.84                    29.84    5,388.92
         Peterson from NDF on 8/8
         From Federal Express
         002001 AUDIT *
         AP-0072,858:0005  Date:
         08/09/02
1348,571 Long Distance-Equitrac     E 64 08/09/02 0999 C&D
63.39                    63.39    5,452.31
         In-House
1348,627 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
60.60                    60.60    5,512.91
         charges
1348,628 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
87.30                    87.30    5,600.21
         charges
1348,629 Xeroxing                   E 54 08/09/02 0999 C&D
32.85                    32.85    5,633.06
1348,630 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
.30                      .30    5,633.36
         charges
1348,631 Xeroxing                   E 54 08/09/02 0999 C&D
5.40                     5.40    5,638.76
1348,632 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
13.80                    13.80    5,652.56
         charges
1348,633 Equitrac - Photocopy       E 54 08/09/02 0999 C&D
1.05                     1.05    5,653.61
         charges
1348,634 Telecopier/Equitrac        E 62 08/09/02 0999 C&D
1.50                     1.50    5,655.11
1348,635 Equitrac - Fax charges     E 62 08/09/02 0999 C&D
.45                      .45    5,655.56
1348,706 Equitrac - Long Distance   E 64 08/09/02 0999 C&D
.14                      .14    5,655.70

```
1348,781 Equitrac - Long Distance   E 64 08/11/02 0999 C&D
.05                          .05    5,655.75
1348,761 Federal Express delivery on E 01 08/12/02 0187 NDF
59.03                      59.03    5,714.78
         8/1/02 to E. Leibenstein &
         A. Aizley
         From Federal Express
         002001 AUDIT *
         AP-0072,869:0005  Date:
         08/12/02
1348,773 Federal Express delivery on E 01 08/12/02 0999 C&D
77.98                      77.98    5,792.76
         7/29/02 to T. Floyd, McNew,
         From Federal Express
         002001 AUDIT *
         AP-0072,883:0003  Date:
         08/12/02
1349,062 Long Distance-Equitrac     E 64 08/12/02 0999 C&D
8.18                        8.18    5,800.94
         In-House
1349,116 Equitrac - Photocopy       E 54 08/12/02 0999 C&D
7.80                        7.80    5,808.74
         charges
1349,117 Xeroxing                   E 54 08/12/02 0999 C&D
18.60                      18.60    5,827.34
1349,118 Equitrac - Photocopy       E 54 08/12/02 0999 C&D
3.00                        3.00    5,830.34
         charges
1349,119 Equitrac - Photocopy       E 54 08/12/02 0999 C&D
162.60                    162.60    5,992.94
         charges
1349,301 Long Distance-Equitrac     E 64 08/13/02 0999 C&D
7.95                        7.95    6,000.89
         In-House
```

09/18/2002                                              Prebill Control Report
Page 7
11:59:08

Prebill 000001   Subpage      7
Client: 4642            Matter: 000
_____

|  | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | |
|  | W/E | Trans. | Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | |

| Trans Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|
| Amount Rate Hours      Amount  Cumulative | | | | | |
| Trans Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount Rate Hours      Amount  Cumulative | | | | | |

_____

_____

1349,358 Equitrac - Photocopy     E 54 08/13/02 0999 C&D
.75                      .75   6,001.64
         charges
1349,359 Xeroxing                 E 54 08/13/02 0999 C&D
1.80                    1.80   6,003.44
1349,360 Xeroxing                 E 54 08/13/02 0999 C&D
15.45                  15.45   6,018.89
1349,361 Equitrac - Photocopy     E 54 08/13/02 0999 C&D
.30                      .30   6,019.19
         charges
1349,362 Equitrac - Photocopy     E 54 08/13/02 0999 C&D
15.15                  15.15   6,034.34
         charges
1349,363 Xeroxing                 E 54 08/13/02 0999 C&D
8.25                    8.25   6,042.59
1349,364 Xeroxing                 E 54 08/13/02 0999 C&D
10.35                  10.35   6,052.94
1349,365 Xeroxing                 E 54 08/13/02 0999 C&D
30.30                  30.30   6,083.24
1349,366 Xeroxing                 E 54 08/13/02 0999 C&D
3.90                    3.90   6,087.14
1349,367 Xeroxing                 E 54 08/13/02 0999 C&D
231.60                231.60    6,318.74
1349,368 Equitrac - Postage       E 56 08/13/02 0999 C&D
.37                      .37   6,319.11
1349,369 Equitrac - Fax charges   E 62 08/13/02 0999 C&D
11.70                  11.70    6,330.81
1349,370 Telecopier/Equitrac      E 62 08/13/02 0999 C&D
1.20                    1.20    6,332.01
1349,809 Database Research-Westlaw  E 50 08/14/02 0999 C&D
69.35                  69.35    6,401.36
         research by NDF on 08/01
1349,810 Database Research-Westlaw  E 50 08/14/02 0999 C&D
113.20                113.20    6,514.56
         research by BAS on 07/30
1349,811 Database Research-Westlaw  E 50 08/14/02 0999 C&D
635.47                635.47    7,150.03

```
          research by RCS on 07/31
1349,993 Long Distance-Equitrac      E 64 08/14/02 0999 C&D
16.62                      16.62    7,166.65
          In-House
1350,056 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
4.50                        4.50    7,171.15
          charges
1350,057 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
6.75                        6.75    7,177.90
          charges
1350,058 Xeroxing                    E 54 08/14/02 0999 C&D
6.60                        6.60    7,184.50
1350,059 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
3.60                        3.60    7,188.10
          charges
1350,060 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
.75                          .75   7,188.85
          charges
1350,061 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
.30                          .30   7,189.15
          charges
1350,062 Equitrac - Photocopy        E 54 08/14/02 0999 C&D
72.30                      72.30    7,261.45
          charges
1350,063 Equitrac - Fax charges      E 62 08/14/02 0999 C&D
2.10                        2.10    7,263.55
1353,567 NYO Long Distance           E 65 08/14/02 0999 C&D
9.17                        9.17    7,272.72
          Telephone-Long distance
          call made in the month of
          July
1353,568 NYO Long Distance           E 65 08/14/02 0999 C&D
1.52                        1.52    7,274.24
          Telephone-Long distance
          call made in the month of
          July
1353,569 NYO Long Distance           E 65 08/14/02 0999 C&D
68.26                      68.26    7,342.50
          Telephone-Grace committee
          meeting on 6/4
```

09/18/2002                                        Prebill Control Report
Page 8
11:59:09

Prebill 000001   Subpage     8
Client: 4642          Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate    Hours       Amount  Cumulative
_____
_____

1353,570 NYO Long Distance           E 65 08/14/02 0999 C&D
133.21                   133.21   7,475.71
         Telephone-Committe
         conference call made on
         6/25
1350,790 Long Distance-Equitrac      E 64 08/15/02 0999 C&D
7.27                     7.27   7,482.98
         In-House
1350,842 Xeroxing                    E 54 08/15/02 0999 C&D
85.50                   85.50   7,568.48
1350,843 Xeroxing                    E 54 08/15/02 0999 C&D
9.00                     9.00   7,577.48
1350,844 Equitrac - Photocopy        E 54 08/15/02 0999 C&D
.30                      .30   7,577.78
         charges
1350,845 Equitrac - Photocopy        E 54 08/15/02 0999 C&D
3.00                     3.00   7,580.78
         charges
1350,846 Xeroxing                    E 54 08/15/02 0999 C&D
13.35                   13.35   7,594.13
1350,847 Equitrac - Photocopy        E 54 08/15/02 0999 C&D
2.25                     2.25   7,596.38
         charges
1350,848 Equitrac - Photocopy        E 54 08/15/02 0999 C&D
7.80                     7.80   7,604.18
         charges
1350,849 Telecopier/Equitrac         E 62 08/15/02 0999 C&D
4.80                     4.80   7,608.98
1351,163 Tvl to FL on 8/13 for       E 21 08/16/02 0103 DRH
76.63                   76.63   7,685.61
         document review (meals)
         From Diana Hartstein
         003285 AUDIT *
         AP-0072,942:0002  Date:
         08/16/02
1351,164 Tvl to FL on 8/13 for       E 32 08/16/02 0103 DRH
255.99                  255.99   7,941.60

{D0005954:1 }

```
           document review (hotel)
           From Diana Hartstein
           003285 AUDIT *
           AP-0072,942:0003  Date:
           08/16/02
1351,165 Tvl to FL on 8/13 for        E 33 08/16/02 0103 DRH
76.00                       76.00    8,017.60
           document review (cabs)
           From Diana Hartstein
           003285 AUDIT *
           AP-0072,942:0004  Date:
           08/16/02
1351,166 Tvl to FL on 8/13 for        E 34 08/16/02 0103 DRH
5.00                         5.00    8,022.60
           document review
           From Diana Hartstein
           003285 AUDIT *
           AP-0072,942:0005  Date:
           08/16/02
1351,143 Federal Express delivery to E 01 08/16/02 0120 EI
52.57                       52.57    8,075.17
           J. Heberling, M. Meyer, S.
           Kazan & J. Cooney on 8/8
           From Federal Express
           002001 AUDIT *
           AP-0072,924:0006  Date:
           08/16/02
```

```
09/18/2002                                      Prebill Control Report
Page 9
11:59:09

Prebill 000001   Subpage     9
Client: 4642            Matter: 000
_____

                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
    Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

1351,172 Federal Express delivery on  E 01 08/16/02 0149 JPC
41.99                    41.99    8,117.16
         8/14 to M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0072,947:0004  Date:
         08/16/02
1351,169 Federal Express delivery on  E 01 08/16/02 0187 NDF
72.52                    72.52    8,189.68
         8/13 to S. McMillin, D.
         Relles, M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0072,944:0003  Date:
         08/16/02
1350,998 Database Research-Lexis      E 50 08/16/02 0999 C&D
169.20                   169.20   8,358.88
         research by JPC on 08/08
1350,999 Database Research-Lexis      E 50 08/16/02 0999 C&D
225.25                   225.25   8,584.13
         research by JPC/NR on 08/07
1351,132 Database Research-Westlaw    E 50 08/16/02 0999 C&D
7.11                     7.11     8,591.24
         research  by JPC on 08/06
1351,133 Database Research-Westlaw    E 50 08/16/02 0999 C&D
519.01                   519.01   9,110.25
         research by NDF on 08/06,08
1351,134 Database Research-Westlaw    E 50 08/16/02 0999 C&D
1,242.95                 1,242.95  10,353.20
         research by BAS on
         08/06,07-09
1351,482 Long Distance-Equitrac       E 64 08/16/02 0999 C&D
2.31                     2.31    10,355.51
         In-House
1351,589 Equitrac - Photocopy         E 54 08/16/02 0999 C&D
11.25                    11.25   10,366.76
         charges
```

```
1351,590 Xeroxing                      E 54 08/16/02 0999 C&D
27.30                         27.30    10,394.06
1351,591 Xeroxing                      E 54 08/16/02 0999 C&D
28.95                         28.95    10,423.01
1351,592 Equitrac - Photocopy          E 54 08/16/02 0999 C&D
1.80                          1.80     10,424.81
         charges
1351,593 Equitrac - Photocopy          E 54 08/16/02 0999 C&D
.60                            .60     10,425.41
         charges
1351,594 Xeroxing                      E 54 08/16/02 0999 C&D
9.30                          9.30     10,434.71
1351,607 Equitrac - Fax charges        E 62 08/16/02 0999 C&D
.45                            .45     10,435.16
1351,608 Equitrac - Fax charges        E 62 08/16/02 0999 C&D
.30                            .30     10,435.46
1351,609 Equitrac - Fax charges        E 62 08/16/02 0999 C&D
.30                            .30     10,435.76
1351,610 Telecopier/Equitrac           E 62 08/16/02 0999 C&D
4.80                          4.80     10,440.56
1351,778 Equitrac - Long Distance      E 64 08/16/02 0999 C&D
.69                            .69     10,441.25
1351,483 Equitrac - Long Distance      E 64 08/17/02 0999 C&D
.06                            .06     10,441.31
1351,595 Equitrac - Photocopy          E 54 08/17/02 0999 C&D
7.05                          7.05     10,448.36
         charges
1351,596 Equitrac - Photocopy          E 54 08/17/02 0999 C&D
7.05                          7.05     10,455.41
         charges
1351,597 Equitrac - Photocopy          E 54 08/17/02 0999 C&D
.45                            .45     10,455.86
         charges
1351,598 Equitrac - Photocopy          E 54 08/17/02 0999 C&D
.60                            .60     10,456.46
         charges
```

```
09/18/2002                                    Prebill Control Report
Page 10
11:59:09

Prebill 000001    Subpage    10
Client: 4642           Matter: 000
_____

                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate    Hours        Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate    Hours        Amount  Cumulative
_____
_____
```

```
1351,484 Long Distance-Equitrac     E 64 08/19/02 0999 C&D
13.80                        13.80   10,470.26
         In-House
1351,599 Equitrac - Photocopy        E 54 08/19/02 0999 C&D
.45                            .45   10,470.71
         charges
1351,600 Xeroxing                    E 54 08/19/02 0999 C&D
35.25                        35.25   10,505.96
1351,601 Equitrac - Photocopy        E 54 08/19/02 0999 C&D
.30                            .30   10,506.26
         charges
1351,602 Equitrac - Photocopy        E 54 08/19/02 0999 C&D
3.45                          3.45   10,509.71
         charges
1351,603 Xeroxing                    E 54 08/19/02 0999 C&D
18.00                        18.00   10,527.71
1351,604 Equitrac - Photocopy        E 54 08/19/02 0999 C&D
4.20                          4.20   10,531.91
         charges
1351,605 Xeroxing                    E 54 08/19/02 0999 C&D
4.50                          4.50   10,536.41
1351,606 Equitrac - Photocopy        E 54 08/19/02 0999 C&D
3.75                          3.75   10,540.16
         charges
1351,611 Equitrac - Fax charges      E 62 08/19/02 0999 C&D
.45                            .45   10,540.61
1351,612 Equitrac - Fax charges      E 62 08/19/02 0999 C&D
4.05                          4.05   10,544.66
1351,843 TWS luncheon for 10 on 7/3  E 22 08/20/02 0106 TWS
160.95                      160.95   10,705.61
         From Catering by Windows
         001895 AUDIT *
         AP-0072,991:0002  Date:
         08/20/02
1351,832 Lasership Delivery to       E 03 08/20/02 0999 C&D
14.92                        14.92   10,720.53
         Gilbert Heintz & Randolph
```

```
            on 7/24
            From Lasership, Inc
            003253 AUDIT *
            AP-0072,985:0011  Date:
            08/20/02
1352,112 Long Distance-Equitrac     E 64 08/20/02 0999 C&D
1.25                        1.25   10,721.78
            In-House
1352,152 Xeroxing                   E 54 08/20/02 0999 C&D
23.85                      23.85   10,745.63
1352,153 Equitrac - Photocopy       E 54 08/20/02 0999 C&D
3.30                        3.30   10,748.93
            charges
1352,154 Xeroxing                   E 54 08/20/02 0999 C&D
11.55                      11.55   10,760.48
1352,155 Equitrac - Photocopy       E 54 08/20/02 0999 C&D
.75                          .75   10,761.23
            charges
1352,156 Telecopier/Equitrac        E 62 08/20/02 0999 C&D
.60                        10,761.83
1352,157 Equitrac - Fax charges     E 62 08/20/02 0999 C&D
3.15                        3.15   10,764.98
1352,258 Capitol Process; Service of E 08 08/21/02 0187 NDF
127.50                    127.50   10,892.48
            subpoenaes on Bates on 8/13
            From Capitol Process
            Services        001129 AUDIT
            * AP-0073,013:0002  Date:
            08/21/02
1352,252 Database Research-Lexis    E 50 08/21/02 0999 C&D
21.15                      21.15   10,913.63
            research by JPC on 08/15
1352,667 Long Distance-Equitrac     E 64 08/21/02 0999 C&D
18.38                      18.38   10,932.01
            In-House
```

{D0005954:1 }

```
09/18/2002                                     Prebill Control Report
Page 11
11:59:10

Prebill 000001   Subpage    11
Client: 4642            Matter: 000
_____
```

| | W/E | Trans. | Work | --------A C T U A |
| --- | --- | --- | --- | --- |

```
L-------- -------------B I L L I N G-------------
```

| | W/E | Trans. | Work | --------A C T U A |
| --- | --- | --- | --- | --- |

```
L-------- -------------B I L L I N G-------------
```

| | Trans Transaction Description | Code | Date | Empl | Rate | Hours |
| --- | --- | --- | --- | --- | --- | --- |
| Amount | Rate | Hours | Amount | Cumulative | | |
| | Trans Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | |

_____

_____

```
1352,730 Xeroxing                E 54 08/21/02 0999 C&D
16.80                     16.80   10,948.81
1352,731 Xeroxing                E 54 08/21/02 0999 C&D
77.70                     77.70   11,026.51
1352,732 Equitrac - Photocopy    E 54 08/21/02 0999 C&D
28.50                     28.50   11,055.01
         charges
1352,733 Equitrac - Photocopy    E 54 08/21/02 0999 C&D
2.25                       2.25   11,057.26
         charges
1352,828 Long Distance-Equitrac  E 64 08/22/02 0999 C&D
6.51                       6.51   11,063.77
         In-House
1352,890 Equitrac - Photocopy    E 54 08/22/02 0999 C&D
41.40                     41.40   11,105.17
         charges
1352,891 Equitrac - Photocopy    E 54 08/22/02 0999 C&D
2.10                       2.10   11,107.27
         charges
1352,892 Xeroxing                E 54 08/22/02 0999 C&D
23.40                     23.40   11,130.67
1352,893 Xeroxing                E 54 08/22/02 0999 C&D
42.90                     42.90   11,173.57
1352,894 Equitrac - Photocopy    E 54 08/22/02 0999 C&D
9.90                       9.90   11,183.47
         charges
1352,895 Equitrac - Photocopy    E 54 08/22/02 0999 C&D
13.50                     13.50   11,196.97
         charges
1352,896 Xeroxing                E 54 08/22/02 0999 C&D
45.75                     45.75   11,242.72
1352,897 Xeroxing                E 54 08/22/02 0999 C&D
6.75                       6.75   11,249.47
1352,898 Telecopier/Equitrac     E 62 08/22/02 0999 C&D
15.45                     15.45   11,264.92
1352,899 Equitrac - Fax charges  E 62 08/22/02 0999 C&D
1.65                       1.65   11,266.57
```

```
1352,995 Federal Express delivery on  E 01 08/23/02 0149 JPC
23.07                           23.07    11,289.64
         8/16 to S. McMillin
         From Federal Express
         002001 AUDIT *
         AP-0073,028:0006  Date:
         08/23/02
1352,997 Federal Express delivery on  E 01 08/23/02 0149 JPC
13.07                           13.07    11,302.71
         8/15 to M. Peterson
         From Federal Express
         002001 AUDIT *
         AP-0073,029:0004  Date:
         08/23/02
1352,980 Federal Express delivery on  E 01 08/23/02 0187 NDF
123.60                         123.60    11,426.31
         7/20 from L. Guffey
         From Federal Express
         002001 AUDIT *
         AP-0073,025:0003  Date:
         08/23/02
1353,009 Tvl to Boca Raton for        E 21 08/23/02 0187 NDF
28.95                           28.95    11,455.26
         depositions on 8/20-8/21
         (meals)
         From Nathan D. Finch
         000326 AUDIT *
         AP-0073,041:0002  Date:
         08/23/02
1353,010 Tvl to Boca Raton for        E 32 08/23/02 0187 NDF
191.40                         191.40    11,646.66
         depositions on 8/20-8/21
```

09/18/2002                                          Prebill Control Report
Page 12
11:59:10

Prebill 000001   Subpage    12
Client: 4642             Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description       Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
   Trans Transaction Description       Code  Date    Empl      Rate    Hours
Amount    Rate    Hours       Amount  Cumulative
_____
_____

          (Hotel)
          From Nathan D. Finch
          000326 AUDIT *
          AP-0073,041:0003  Date:
          08/23/02
1353,011 Tvl to Boca Raton for       E 33 08/23/02 0187 NDF
135.31                   135.31   11,781.97
          depositions on 8/20-8/21
          (rental car and cab)
          From Nathan D. Finch
          000326 AUDIT *
          AP-0073,041:0004  Date:
          08/23/02
1353,012 Tvl to Boca Raton for       E 35 08/23/02 0187 NDF
26.86                    26.86   11,808.83
          depositions on 8/20-8/21
          From Nathan D. Finch
          000326 AUDIT *
          AP-0073,041:0005  Date:
          08/23/02
1353,069 Long Distance-Equitrac      E 64 08/23/02 0999 C&D
28.00                    28.00   11,836.83
          In-House
1353,126 Equitrac - Photocopy        E 54 08/23/02 0999 C&D
2.10                     2.10  11,838.93
          charges
1353,127 Xeroxing                    E 54 08/23/02 0999 C&D
30.60                    30.60   11,869.53
1353,128 Equitrac - Photocopy        E 54 08/23/02 0999 C&D
49.20                    49.20   11,918.73
          charges
1353,129 Xeroxing                    E 54 08/23/02 0999 C&D
57.30                    57.30   11,976.03
1353,130 Equitrac - Photocopy        E 54 08/23/02 0999 C&D
35.10                    35.10   12,011.13
          charges

```
1353,131 Xeroxing                  E 54 08/23/02 0999 C&D
15.75                      15.75   12,026.88
1353,133 Equitrac - Fax charges    E 62 08/23/02 0999 C&D
.60                         .60   12,027.48
1353,134 Equitrac - Fax charges    E 62 08/23/02 0999 C&D
.75                         .75   12,028.23
1353,070 Long Distance-Equitrac    E 64 08/25/02 0999 C&D
3.27                       3.27   12,031.50
         In-House
1353,132 Equitrac - Photocopy      E 54 08/25/02 0999 C&D
3.00                       3.00   12,034.50
         charges
1353,135 Equitrac - Fax charges    E 62 08/25/02 0999 C&D
.45                         .45   12,034.95
1353,235 DRH travel expenses to Ft. E 33 08/26/02 0103 DRH
131.13                    131.13   12,166.08
         Lauderdale re document
         review on 8/13-14 for Hertz
         car rental
         From Diana Hartstein
         003285 AUDIT *
         AP-0073,060:0002  Date:
         08/26/02
1353,894 Long Distance-Equitrac    E 64 08/26/02 0999 C&D
1.91                       1.91   12,167.99
         In-House
1353,955 Equitrac - Photocopy      E 54 08/26/02 0999 C&D
.15                         .15   12,168.14
         charges
1353,956 Xeroxing                  E 54 08/26/02 0999 C&D
58.80                     58.80   12,226.94
```

```
09/18/2002                                    Prebill Control Report
Page 13
11:59:10

Prebill 000001   Subpage    13
Client: 4642            Matter: 000
_____

                          W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                          W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount  Cumulative
_____
_____
```

1353,957 Xeroxing               E 54 08/26/02 0999 C&D
31.35                  31.35   12,258.29
1353,958 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
2.10                   2.10    12,260.39
         charges
1353,959 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
19.05                  19.05   12,279.44
         charges
1353,960 Xeroxing               E 54 08/26/02 0999 C&D
31.20                  31.20   12,310.64
1353,961 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
.90                    .90   12,311.54
         charges
1353,962 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
3.60                   3.60   12,315.14
         charges
1353,963 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
4.65                   4.65   12,319.79
         charges
1353,964 Xeroxing               E 54 08/26/02 0999 C&D
8.25                   8.25   12,328.04
1353,965 Equitrac - Photocopy   E 54 08/26/02 0999 C&D
141.00                141.00   12,469.04
         charges
1353,966 Telecopier/Equitrac    E 62 08/26/02 0999 C&D
4.80                   4.80   12,473.84
1354,240 BostonCoach for NDF    E 33 08/27/02 0187 NDF
113.02                113.02   12,586.86
         Manhattan, NY to Newark, NJ
         on 7/25
         From BostonCoach
         000077 AUDIT *
         AP-0073,073:0006  Date:
         08/27/02
1354,241 BostonCoach for NDF from   E 33 08/27/02 0187 NDF
126.90                126.90   12,713.76
         BWI airport on 7/29

```
             From BostonCoach
             000077 AUDIT *
             AP-0073,073:0007  Date:
             08/27/02
1354,257 Research Associates          E 25 08/27/02 0187 NDF
1,103.00                     1,103.00   13,816.76
             From Research Associates
             001948 AUDIT *
             AP-0073,087:0002  Date:
             08/27/02
1354,278 Velocity Express to Ross     E 03 08/27/02 0999 C&D
8.17                         8.17   13,824.93
             Dixon on 8/2
             From Velocity Express
             002986 AUDIT *
             AP-0073,094:0004  Date:
             08/27/02
1354,279 Velocity Express to          E 03 08/27/02 0999 C&D
16.34                        16.34   13,841.27
             Fulbright & Jaworski on
             7/31
             From Velocity Express
             002986 AUDIT *
             AP-0073,094:0005  Date:
             08/27/02
1354,280 Velocity Express to Wiley    E 03 08/27/02 0999 C&D
16.34                        16.34   13,857.61
             Rein & Fielding on 8/8
```

09/18/2002                                          Prebill Control Report
Page 14
11:59:11

Prebill 000001    Subpage    14
Client: 4642              Matter: 000
_____

|  |  | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|
L-------- -------------B I L L I N G-------------

|  |  | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|
L-------- -------------B I L L I N G-------------

|  | Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative |  |  |  |
|  | Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |  |  |  |

_____
_____

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | From Velocity Express | | | | |
|  | 002986 AUDIT * | | | | |
|  | AP-0073,095:0002  Date: | | | | |
|  | 08/27/02 | | | | |
| 1354,281 | Velocity Express to Wiley | E 03 | 08/27/02 | 0999 | C&D |
| 16.34 |  | 16.34 | 13,873.95 | | |
|  | Rein on 8/14 | | | | |
|  | From Velocity Express | | | | |
|  | 002986 AUDIT * | | | | |
|  | AP-0073,096:0002  Date: | | | | |
|  | 08/27/02 | | | | |
| 1354,322 | Long Distance-Equitrac | E 64 | 08/27/02 | 0999 | C&D |
| 1.09 |  | 1.09 | 13,875.04 | | |
|  | In-House | | | | |
| 1354,372 | Equitrac - Photocopy | E 54 | 08/27/02 | 0999 | C&D |
| 1.35 |  | 1.35 | 13,876.39 | | |
|  | charges | | | | |
| 1354,373 | Xeroxing | E 54 | 08/27/02 | 0999 | C&D |
| 10.20 |  | 10.20 | 13,886.59 | | |
| 1354,374 | Equitrac - Photocopy | E 54 | 08/27/02 | 0999 | C&D |
| 7.20 |  | 7.20 | 13,893.79 | | |
|  | charges | | | | |
| 1354,375 | Xeroxing | E 54 | 08/27/02 | 0999 | C&D |
| 9.30 |  | 9.30 | 13,903.09 | | |
| 1354,376 | Xeroxing | E 54 | 08/27/02 | 0999 | C&D |
| 13.35 |  | 13.35 | 13,916.44 | | |
| 1354,377 | Equitrac - Photocopy | E 54 | 08/27/02 | 0999 | C&D |
| .60 |  | .60 | 13,917.04 | | |
|  | charges | | | | |
| 1354,378 | Equitrac - Photocopy | E 54 | 08/27/02 | 0999 | C&D |
| 1.20 |  | 1.20 | 13,918.24 | | |
|  | charges | | | | |
| 1354,379 | Equitrac - Fax charges | E 62 | 08/27/02 | 0999 | C&D |
| 1.35 |  | 1.35 | 13,919.59 | | |
| 1354,380 | Telecopier/Equitrac | E 62 | 08/27/02 | 0999 | C&D |
| 1.20 |  | 1.20 | 13,920.79 | | |

```
1354,381 Equitrac - Fax charges      E 62 08/27/02 0999 C&D
.45                      .45    13,921.24
1354,469 ImageNet; Heavy Handling    E 25 08/28/02 0101 RCS
222.71                   222.71  14,143.95
         copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,102:0002  Date:
         08/28/02
1354,470 ImageNet; Medium handling   E 25 08/28/02 0101 RCS
107.09                   107.09  14,251.04
         copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,103:0002  Date:
         08/28/02
1354,471 ImageNet; Index tgabs,      E 25 08/28/02 0101 RCS
78.82                    78.82   14,329.86
         medium handling copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,104:0002  Date:
         08/28/02
1354,472 ImageNet; medium handling   E 25 08/28/02 0101 RCS
19.80                    19.80   14,349.66
         copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,105:0002  Date:
```

09/18/2002                                                Prebill Control Report
Page 15
11:59:11

Prebill 000001   Subpage    15
Client: 4642            Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount    Rate    Hours       Amount    Cumulative
   Trans Transaction Description    Code  Date  Empl      Rate    Hours
Amount    Rate    Hours       Amount    Cumulative
_____
_____

          08/28/02
1354,473 ImageNet; Custom labels,   E 25 08/28/02 0101 RCS
554.30                    554.30    14,903.96
          medium handling copies,
          color copies and bindings
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,106:0002  Date:
          08/28/02
1354,474 ImageNet; Index tabs and   E 25 08/28/02 0101 RCS
615.53                    615.53    15,519.49
          blowbacks
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,107:0002  Date:
          08/28/02
1354,475 ImageNet; Medium handling  E 25 08/28/02 0101 RCS
107.23                    107.23    15,626.72
          copies
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,108:0002  Date:
          08/28/02
1354,476 ImageNet; Spiral bindings  E 25 08/28/02 0101 RCS
992.46                    992.46    16,619.18
          (GBC), light handling
          copies and color copies
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,109:0002  Date:
          08/28/02
1354,477 ImageNet; Heavy handling   E 25 08/28/02 0101 RCS
411.63                    411.63    17,030.81
          copies
          From ImageNet of Washington
          DC     003527 AUDIT *
          AP-0073,110:0002  Date:

```
          08/28/02
1354,478 ImageNet; Heavy handling     E 25 08/28/02 0101 RCS
272.68                      272.68    17,303.49
          copies
          From ImageNet of Washington
          DC       003527 AUDIT *
          AP-0073,111:0002  Date:
          08/28/02
1354,479 ImageNet; Spiural bindings   E 25 08/28/02 0101 RCS
222.08                      222.08    17,525.57
          and color copies
          From ImageNet of Washington
          DC       003527 AUDIT *
          AP-0073,112:0002  Date:
          08/28/02
1354,546 ADA Travel Coach fare        E 15 08/28/02 0103 DRH
581.50                      581.50    18,107.07
          traverl for DRH on 8/13 to
          Ft. Lauderdale
          From ADA Travel, Inc.
```

09/18/2002                                              Prebill Control Report
Page 16
11:59:11

Prebill 000001   Subpage   16
Client: 4642            Matter: 000
_____

|  |  |  | W/E | Trans. | Work |  | --------A C T U A |
| L-------- -------------B I L L I N G------------- |
|  |  |  | W/E | Trans. | Work |  | --------A C T U A |
| L-------- -------------B I L L I N G------------- |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |
| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |

_____
_____

        000534 AUDIT *
        AP-0073,179:0007  Date:
        08/28/02
1354,548 ADA Travel Coach fare      E 15 08/28/02 0103 DRH
687.00                   687.00   18,794.07
        travel for DRH on 8/14 to
        Baltimore
        From ADA Travel, Inc.
        000534 AUDIT *
        AP-0073,179:0009  Date:
        08/28/02
1354,562 Federal Express to Matthew  E 01 08/28/02 0120 EI
2.61                     2.61   18,796.68
        Zaleski from EI on 8/22
        From Federal Express
        002001 AUDIT *
        AP-0073,183:0008  Date:
        08/28/02
1354,534 Federal Express to Mark    E 01 08/28/02 0149 JPC
1.35                     1.35   18,798.03
        Peterson from JPC on 8/14
        From Federal Express
        002001 AUDIT *
        AP-0073,173:0008  Date:
        08/28/02
1354,535 Federal Express to Mark    E 01 08/28/02 0187 NDF
4.05                     4.05   18,802.08
        Peterson, Dan Relles from
        NDF on 8/8
        From Federal Express
        002001 AUDIT *
        AP-0073,173:0009  Date:
        08/28/02
1354,482 Federal Express to Jay     E 01 08/28/02 0999 C&D
69.78                   69.78   18,871.86
        Sakaol and Brad Friedman
        from NDF and Elli

```
          Leibenstein and Bert Wolff
          from TWS on 8/26
          From Federal Express
          002001 AUDIT *
          AP-0073,159:0004  Date:
          08/28/02
1354,605 Long Distance-Equitrac     E 64 08/28/02 0999 C&D
4.86                       4.86   18,876.72
          In-House
1354,661 Equitrac - Photocopy       E 54 08/28/02 0999 C&D
5.70                       5.70   18,882.42
          charges
1354,662 Equitrac - Photocopy       E 54 08/28/02 0999 C&D
62.40                     62.40   18,944.82
          charges
1354,663 Equitrac - Photocopy       E 54 08/28/02 0999 C&D
8.55                       8.55   18,953.37
          charges
1354,664 Xeroxing                   E 54 08/28/02 0999 C&D
12.60                     12.60   18,965.97
1354,665 Equitrac - Photocopy       E 54 08/28/02 0999 C&D
1.20                       1.20   18,967.17
          charges
```

```
09/18/2002                                    Prebill Control Report
Page 17
11:59:11

Prebill 000001   Subpage    17
Client: 4642          Matter: 000
_____
```

|  |  | W/E | Trans. | Work |  | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- |

|  |  | W/E | Trans. | Work |  | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- |

```
   Trans Transaction Description     Code Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
   Trans Transaction Description     Code Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

1354,666 Xeroxing               E 54 08/28/02 0999 C&D
4.95                   4.95   18,972.12
1354,667 Telecopier/Equitrac    E 62 08/28/02 0999 C&D
.75                     .75   18,972.87
1354,668 Equitrac - Fax charges E 62 08/28/02 0999 C&D
2.40                   2.40   18,975.27
1354,669 Equitrac - Fax charges E 62 08/28/02 0999 C&D
2.25                   2.25   18,977.52
1354,670 Telecopier/Equitrac    E 62 08/28/02 0999 C&D
4.05                   4.05   18,981.57
1355,495 ImageNet; Index tabs, Velo E 25 08/29/02 0101 RCS
400.05                 400.05  19,381.62
        bindings, Heavy handling
        copies
        From ImageNet of Washington
        DC     003527 AUDIT *
        AP-0073,199:0002  Date:
        08/29/02
1355,496 ImageNet; Heavy handling  E 25 08/29/02 0101 RCS
216.21                 216.21  19,597.83
        copies
        From ImageNet of Washington
        DC     003527 AUDIT *
        AP-0073,200:0002  Date:
        08/29/02
1355,554 Database Research-Westlaw  E 50 08/29/02 0999 C&D
71.03                   71.03  19,668.86
        research by JPC on 08/19
1355,555 Database Research-Westlaw  E 50 08/29/02 0999 C&D
1,132.11               1,132.11   20,800.97
        research by MCH on 08/19,20
1355,941 Long Distance-Equitrac    E 64 08/29/02 0999 C&D
3.72                   3.72  20,804.69
        In-House
1355,992 Equitrac - Photocopy      E 54 08/29/02 0999 C&D
1.65                   1.65  20,806.34
        charges
```

{D0005954:1 }

```
1355,993 Xeroxing                     E 54 08/29/02 0999 C&D
9.30                       9.30   20,815.64
1355,994 Xeroxing                     E 54 08/29/02 0999 C&D
11.40                     11.40    20,827.04
1355,995 Xeroxing                     E 54 08/29/02 0999 C&D
174.60                   174.60    21,001.64
1355,996 Xeroxing                     E 54 08/29/02 0999 C&D
28.80                     28.80    21,030.44
1355,997 Xeroxing                     E 54 08/29/02 0999 C&D
2.55                       2.55   21,032.99
1355,998 Equitrac - Photocopy         E 54 08/29/02 0999 C&D
.15                         .15   21,033.14
         charges
1355,999 Xeroxing                     E 54 08/29/02 0999 C&D
6.60                       6.60   21,039.74
1356,000 Equitrac - Photocopy         E 54 08/29/02 0999 C&D
76.50                     76.50    21,116.24
         charges
1356,001 Telecopier/Equitrac         E 62 08/29/02 0999 C&D
.90                         .90   21,117.14
1356,441 ImageNet; Bindings, Bates   E 25 08/30/02 0101 RCS
3,279.32                 3,279.32    24,396.46
         labeling, heavy handling
         copies
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,217:0002  Date:
         08/30/02
1356,446 Federal Express to Bard      E 01 08/30/02 0101 RCS
30.29                     30.29    24,426.75
         Friedman from RCS on 8/27
         From Federal Express
         002001 AUDIT *
         AP-0073,221:0003  Date:
```

09/18/2002                                              Prebill Control Report
Page 18
11:59:12

Prebill 000001   Subpage    18
Client: 4642          Matter: 000

_____

                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description     Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount  Cumulative
   Trans Transaction Description     Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount  Cumulative
_____
_____

        08/30/02
1356,440 TWS parking expenses at    E 33 08/30/02 0106 TWS
39.00                   39.00   24,465.75
        Reagan National airport,
        cabs from airport to NY
        office on 8/27 for meeting
        with EI, NDF, Mark Peterson
        in New York
        From Trevor W. Swett
        000106 AUDIT *
        AP-0073,216:0002  Date:
        08/30/02
1356,443 Federal Express to Robert  E 01 08/30/02 0106 TWS
60.82                   60.82   24,526.57
        Turken, Brad Friedman from
        TWS and JP Alverez from rcs
        ON 8/29
        From Federal Express
        002001 AUDIT *
        AP-0073,218:0004  Date:
        08/30/02
1356,186 Long Distance               E 52 08/30/02 0999 C&D
11.05                   11.05   24,537.62
        Charges-Credit Cards-Long
        distance call made in the
        month of June
1356,520 Long Distance-Equitrac      E 64 08/30/02 0999 C&D
2.82                    2.82   24,540.44
        In-House
1356,580 Equitrac - Photocopy        E 54 08/30/02 0999 C&D
1.05                    1.05   24,541.49
        charges
1356,581 Equitrac - Photocopy        E 54 08/30/02 0999 C&D
6.00                    6.00   24,547.49
        charges
1356,582 Xeroxing                    E 54 08/30/02 0999 C&D
18.75                   18.75   24,566.24

{D0005954:1 }

```
1356,583 Xeroxing                       E 54 08/30/02 0999 C&D
7.80                        7.80    24,574.04
1356,584 Equitrac - Photocopy          E 54 08/30/02 0999 C&D
1.35                        1.35    24,575.39
         charges
1356,585 Equitrac - Photocopy          E 54 08/30/02 0999 C&D
3.00                        3.00    24,578.39
         charges
1356,586 Equitrac - Photocopy          E 54 08/30/02 0999 C&D
5.40                        5.40    24,583.79
         charges
1356,587 Xeroxing                       E 54 08/30/02 0999 C&D
1.65                        1.65    24,585.44
1356,588 Xeroxing                       E 54 08/30/02 0999 C&D
11.55                      11.55    24,596.99
1356,590 Equitrac - Postage            E 56 08/30/02 0999 C&D
.37                         .37    24,597.36
1357,242 Postage                        E 56 08/31/02 0999 C&D
5.35                        5.35    24,602.71


         Total Expense Cards
24,602.71                       24,602.71
         Total Expense Cards
24,602.71                       24,602.71




         Matter Total Fee                                      .00
.00           .00         .00
         Matter Total Exp                                      .00
24,602.71          .00    24,602.71
         Matter Total                                          .00
24,602.71          .00    24,602.71
```

09/18/2002                                        Prebill Control Report
Page 19
11:59:12

Prebill 000001   Subpage    19
Client: 4642           Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description        Code  Date   Empl      Rate     Hours
Amount   Rate    Hours       Amount   Cumulative
    Trans Transaction Description        Code  Date   Empl      Rate     Hours
Amount   Rate    Hours       Amount   Cumulative
_____
_____


        Prebill Total Fee                                          .00
.00           .00       .00
        Prebill Total Exp                                          .00
24,602.71        .00    24,602.71
        Prebill Total                                              .00
24,602.71        .00    24,602.71


Previous Billings:


Invoice  Date   Orig. Amount  Late Charge      Credits  Balance Due
_____

033688 10/20/01    3,066.39         .00          .00     3,066.39

035800 04/20/02   21,719.11         .00          .00    21,719.11

036593 07/26/02   17,727.41         .00          .00    17,727.41

036950 08/22/02   31,049.93         .00          .00    31,049.93

037076 09/17/02    2,055.09         .00          .00     2,055.09

033035 08/15/01   83,781.00         .00    67,024.80    16,756.20

033284 09/14/01   32,159.00         .00    25,727.20     6,431.80

033688 10/20/01   26,941.00         .00          .00    26,941.00

034006 11/21/01   14,570.50         .00    11,656.40     2,914.10

034883 02/11/02   43,355.00         .00    34,684.00     8,671.00

| | | | | | |
|---|---|---|---|---|---|
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |
| 036043 | 05/25/02 | 120,565.75 | .00 | 96,452.60 | 24,113.15 |
| 036328 | 06/25/02 | 109,667.00 | .00 | 87,733.60 | 21,933.40 |
| 036593 | 07/26/02 | 121,163.25 | .00 | .00 | 121,163.25 |
| 036950 | 08/22/02 | 231,722.75 | .00 | .00 | 231,722.75 |
| 037073 | 09/17/02 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 037074 | 09/17/02 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 037076 | 09/17/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| Subtotal: | | 1,279,056.43 | .00 | 483,193.40 | 795,863.03 |

```
09/18/2002                                          Prebill Control Report
Page 20
11:59:13

Prebill 000001   Subpage    20
Client: 4642           Matter: 000
_____
                                W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------
                                W/E  Trans.  Work    --------A C T U A
L-------- --------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____

        Run Total Fee                                        .00
.00          .00         .00
        Run Total Exp                                        .00
24,602.71          .00    24,602.71
        Run Total                                            .00
24,602.71          .00    24,602.71
```

```
10/14/2002                                    Prebill Control Report
Page 1
16:43:58

Prebill 000001   Subpage     1
Client: 4642            Matter: 000
_____

Bill Attn To       Attn:

Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                     Opened: 04/16/01
_____
Client 4642              Grace Asbestos Personal Injury Claimants      Old
Ref:                     Opened: 04/16/01
Primary Contact


Matter 000                                                            Old
Ref:                     Opened: 04/16/01
_____
Matter 000                                                            Old
Ref:                     Opened: 04/16/01
Disbursements


Bill Cycle: 01  Style: it i1    Start: 04/16/01   Last Billed:   09/25/02
Trans Date Range: 01/01/50 to 09/30/02
Client Retainer Available:          .00    Committed to invoices:        .00
Remaining:         .00
Client Credits  Available:          .00    Committed to invoices:        .00
Remaining:         .00
Matter Retainer Available:          .00    Committed to invoices:        .00
Remaining:         .00
Matter Credits  Available:          .00    Committed to invoices:        .00
Remaining:         .00
Budget Fees         .00                     Billed Fees        .00
Resp Empl: Elihu Inselbuch
Budget Exp          .00                     Billed Exp   152,108.67
Bill Empl: Elihu Inselbuch
Budget Tot          .00                     Total        152,108.67
Alt Empl: Elihu Inselbuch


SUMMARY BY EMPLOYEE

                                    -----------A C T U A L---------
----------B I L L I N G---------      Value At
Empl Init  Name                        T/E  Avg Rate    Hours      Amount
Avg Rate      Hours        Amount    Calc Rate
Empl Init  Name                        T/E  Avg Rate    Hours      Amount
Avg Rate      Hours        Amount    Calc Rate
_____

_____
```

```
0032 RWS   Richard W. Skillman        E                      115.53
115.53
0083 CSR   Christopher S. Rizek       E                      690.53
690.53
0101 RCS   Robert C. Spohn            E                    5,379.79
5,379.79
0106 TWS   Trevor W. Swett            E                    2,730.53
2,730.53
0120 EI    Elihu Inselbuch            E                    1,247.81
1,247.81
0122 SME   Stacie M. Evans            E                       38.28
38.28
0149 JPC   John P. Cunningham         E                    1,371.34
1,371.34
0187 NDF   Nathan D. Finch            E                    5,108.71
5,108.71
0999 C&D   Caplin &. Drysdale         E                   11,573.90
11,573.90
                        Total Fees:              .00          .00
.00          .00          .00
                        Total Expenses:                   28,256.42
28,256.42          .00
                        Total Fee+Exp:           .00    28,256.42
.00    28,256.42          .00
```

DETAIL BY TIME/EXPENSE, EMPLOYEE

```
                                  W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount    Cumulative
   Trans Transaction Description     Code  Date   Empl      Rate    Hours
Amount    Rate    Hours      Amount    Cumulative
_____

1356,589 Xeroxing                   E 54 09/02/02 0999 C&D
6.30                   6.30       6.30
1356,904 Deposition of Jay Hughes    E 08 09/03/02 0187 NDF
1,677.60                1,677.60   1,683.90
         and John Port on 8/31
         From Veritext, L.L.C.
         003508 AUDIT *
         AP-0073,225:0002  Date:
         09/03/02
1358,194 Long Distance-Equitrac      E 64 09/03/02 0999 C&D
2.16                    2.16   1,686.06
```

10/14/2002                                             Prebill Control Report
Page 2
16:44:02

Prebill 000001    Subpage    2
Client: 4642            Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
    Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____

_____

         In-House
1358,485 Xeroxing                      E 54 09/03/02 0999 C&D
8.55                           8.55    1,694.61
1358,486 Equitrac - Photocopy          E 54 09/03/02 0999 C&D
.90                            .90     1,695.51
         charges
1358,487 Equitrac - Photocopy          E 54 09/03/02 0999 C&D
9.75                           9.75    1,705.26
         charges
1358,488 Xeroxing                      E 54 09/03/02 0999 C&D
23.10                          23.10   1,728.36
1358,489 Xeroxing                      E 54 09/03/02 0999 C&D
6.60                           6.60    1,734.96
1358,490 Equitrac - Photocopy          E 54 09/03/02 0999 C&D
.30                            .30     1,735.26
         charges
1358,491 Xeroxing                      E 54 09/03/02 0999 C&D
3.60                           3.60    1,738.86
1358,492 Equitrac - Photocopy          E 54 09/03/02 0999 C&D
8.40                           8.40    1,747.26
         charges
1358,521 Equitrac - Fax charges        E 62 09/03/02 0999 C&D
1.50                           1.50    1,748.76
1357,339 Capitol Process Services;     E 08 09/04/02 0187 NDF
65.00                          65.00   1,813.76
         Service of Process
         From Capitol Process
         Services        001129 AUDIT
         * AP-0073,259:0002  Date:
         09/04/02
1358,195 Long Distance-Equitrac        E 64 09/04/02 0999 C&D
4.88                           4.88    1,818.64
         In-House
1358,493 Equitrac - Photocopy          E 54 09/04/02 0999 C&D
1.20                           1.20    1,819.84
         charges

```
1358,494 Equitrac - Photocopy        E 54 09/04/02 0999 C&D
3.00                         3.00     1,822.84
         charges
1358,495 Xeroxing                    E 54 09/04/02 0999 C&D
61.95                       61.95     1,884.79
1358,496 Xeroxing                    E 54 09/04/02 0999 C&D
10.05                       10.05     1,894.84
1358,497 Equitrac - Photocopy        E 54 09/04/02 0999 C&D
22.95                       22.95     1,917.79
         charges
1358,498 Xeroxing                    E 54 09/04/02 0999 C&D
9.60                         9.60     1,927.39
1358,499 Equitrac - Photocopy        E 54 09/04/02 0999 C&D
.60                          .60     1,927.99
         charges
1358,500 Xeroxing                    E 54 09/04/02 0999 C&D
1.05                         1.05     1,929.04
1358,501 Equitrac - Photocopy        E 54 09/04/02 0999 C&D
28.95                       28.95     1,957.99
         charges
1358,519 Equitrac - Postage          E 56 09/04/02 0999 C&D
.37                          .37     1,958.36
1359,108 Equitrac - Long Distance    E 64 09/04/02 0999 C&D
.87                          .87     1,959.23
1358,196 Long Distance-Equitrac      E 64 09/05/02 0999 C&D
9.35                         9.35     1,968.58
         In-House
1358,502 Xeroxing                    E 54 09/05/02 0999 C&D
3.00                         3.00     1,971.58
1358,503 Equitrac - Photocopy        E 54 09/05/02 0999 C&D
13.05                       13.05     1,984.63
         charges
1358,504 Xeroxing                    E 54 09/05/02 0999 C&D
14.40                       14.40     1,999.03
1358,505 Xeroxing                    E 54 09/05/02 0999 C&D
25.50                       25.50     2,024.53
1358,506 Equitrac - Photocopy        E 54 09/05/02 0999 C&D
.60                          .60     2,025.13
         charges
1358,507 Xeroxing                    E 54 09/05/02 0999 C&D
16.05                       16.05     2,041.18
1358,508 Xeroxing                    E 54 09/05/02 0999 C&D
1.65                         1.65     2,042.83
```

```
10/14/2002                                    Prebill Control Report
Page 3
16:44:03

Prebill 000001   Subpage    3
Client: 4642            Matter: 000
_____
```

| | | | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | | | |
| | | | W/E | Trans. | Work | | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | | | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |
| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | |

```
_____
_____

1358,509 Equitrac - Photocopy      E 54 09/05/02 0999 C&D
13.20                     13.20    2,056.03
         charges
1358,520 Equitrac - Postage        E 56 09/05/02 0999 C&D
.60                        .60     2,056.63
1358,522 Equitrac - Fax charges    E 62 09/05/02 0999 C&D
.45                        .45     2,057.08
1358,523 Telecopier/Equitrac       E 62 09/05/02 0999 C&D
12.75                     12.75    2,069.83
1358,524 Telecopier/Equitrac       E 62 09/05/02 0999 C&D
14.25                     14.25    2,084.08
1358,197 Long Distance-Equitrac    E 64 09/06/02 0999 C&D
11.84                     11.84    2,095.92
         In-House
1358,510 Equitrac - Photocopy      E 54 09/06/02 0999 C&D
.15                        .15     2,096.07
         charges
1358,511 Xeroxing                  E 54 09/06/02 0999 C&D
26.85                     26.85    2,122.92
1358,512 Xeroxing                  E 54 09/06/02 0999 C&D
10.35                     10.35    2,133.27
1358,513 Equitrac - Photocopy      E 54 09/06/02 0999 C&D
.75                        .75     2,134.02
         charges
1358,514 Xeroxing                  E 54 09/06/02 0999 C&D
56.85                     56.85    2,190.87
1358,515 Equitrac - Photocopy      E 54 09/06/02 0999 C&D
1.05                      1.05     2,191.92
         charges
1358,516 Xeroxing                  E 54 09/06/02 0999 C&D
5.70                      5.70     2,197.62
1358,525 Equitrac - Fax charges    E 62 09/06/02 0999 C&D
.30                        .30     2,197.92
1358,526 Telecopier/Equitrac       E 62 09/06/02 0999 C&D
2.25                      2.25     2,200.17
1357,730 Duplication costs for     E 25 09/09/02 0149 JPC
460.00                   460.00    2,660.17
```

```
                    deposition copies of Alen
                    Rich
                    From Baron & Budd
                    000366 AUDIT *
                    AP-0073,272:0002  Date:
                    09/09/02
1358,517 Xeroxing                    E 54 09/09/02 0999 C&D
15.60                       15.60     2,675.77
1358,518 Xeroxing                    E 54 09/09/02 0999 C&D
65.40                       65.40     2,741.17
1357,734 Federal Express to Michelle E 01 09/10/02 0106 TWS
281.44                      281.44    3,022.61
                    Browdyu and Bert Wolff from
                    TWS on 8/30
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,278:0004  Date:
                    09/10/02
1359,216 Courier delivery business   E 03 09/10/02 0120 EI
21.90                       21.90     3,044.51
                    cartons
                    From Recall Total
                    Information Mgmnt 008058
                    AUDIT * AP-0073,312:0003
                    Date: 09/10/02
1357,740 Federal Express to Andrew   E 01 09/10/02 0122 SME
19.14                       19.14     3,063.65
                    King from SME on 7/11
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,290:0008  Date:
                    09/10/02
1357,731 Federal Express to Paul     E 01 09/10/02 0999 C&D
138.39                      138.39    3,202.04
```

```
10/14/2002                                        Prebill Control Report
Page 4
16:44:03

Prebill 000001   Subpage    4
Client: 4642           Matter: 000
_____
```

| | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|

```
L-------- -------------B I L L I N G-------------
```

| | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|

```
L-------- -------------B I L L I N G-------------
```

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|---|
| Amount | Rate | Hours | Amount | Cumulative | | |

```
_____
_____
            Alvarado from RCP, Mark
            Peterson from TWS and Bert
            Wolff and Michelle Browdy
            from JPC all on 9/4
            From Federal Express
            002001 AUDIT *
            AP-0073,276:0003  Date:
            09/10/02
1359,336 Long Distance-Equitrac    E 64 09/10/02 0999 C&D
1.15                     1.15     3,203.19
            In-House
1359,400 Equitrac - Photocopy      E 54 09/10/02 0999 C&D
15.45                   15.45     3,218.64
            charges
1359,401 Xeroxing                  E 54 09/10/02 0999 C&D
20.40                   20.40     3,239.04
1359,402 Equitrac - Photocopy      E 54 09/10/02 0999 C&D
5.40                     5.40     3,244.44
            charges
1359,403 Equitrac - Photocopy      E 54 09/10/02 0999 C&D
3.60                     3.60     3,248.04
            charges
1359,404 Xeroxing                  E 54 09/10/02 0999 C&D
19.80                   19.80     3,267.84
1359,405 Equitrac - Photocopy      E 54 09/10/02 0999 C&D
4.80                     4.80     3,272.64
            charges
1359,406 Equitrac - Postage        E 56 09/10/02 0999 C&D
.37                       .37     3,273.01
1359,526 ImageNet; BBI blowbacks;  E 25 09/11/02 0101 RCS
1,645.00              1,645.00    4,918.01
            Grace depo prepration
            From ImageNet of Washington
            DC     003527 AUDIT *
            AP-0073,327:0002  Date:
            09/11/02
```

```
1359,527 ImageNet; Bates labeling,    E 25 09/11/02 0101 RCS
1,294.38                   1,294.38    6,212.39
        heavy handling copies,
        Grace trial prep
        From ImageNet of Washington
        DC      003527 AUDIT *
        AP-0073,328:0002  Date:
        09/11/02
1359,576 Petty Cash; Documents        E 03 09/11/02 0101 RCS
16.00                       16.00    6,228.39
        ordered from RAND on 9/5
        From Petty Cash
        005317 AUDIT *
        AP-0073,349:0040  Date:
        09/11/02
1359,531 Red Top Exec. sedan for NDF  E 33 09/11/02 0187 NDF
35.71                       35.71    6,264.10
        to National airport on 8/20
        From Red Top Executive
        Sedan       001899 AUDIT *
        AP-0073,331:0002  Date:
        09/11/02
1359,935 Long Distance-Equitrac       E 64 09/11/02 0999 C&D
1.54                         1.54    6,265.64
        In-House
1360,006 Xeroxing                     E 54 09/11/02 0999 C&D
93.00                       93.00    6,358.64
```

```
10/14/2002                                    Prebill Control Report
Page 5
16:44:03

Prebill 000001   Subpage    5
Client: 4642            Matter: 000
_____
```

| | W/E | Trans. | Work | | --------A C T U A |
|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | |
| | W/E | Trans. | Work | | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | | |

| Trans Transaction Description | Code | Date | Empl | Rate | Hours |
|---|---|---|---|---|---|
| Amount   Rate    Hours       Amount   Cumulative | | | | | |
| Trans Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount   Rate    Hours       Amount   Cumulative | | | | | |

_____

_____

```
1360,007 Equitrac - Photocopy      E 54 09/11/02 0999 C&D
.45                       .45   6,359.09
         charges
1360,008 Xeroxing                  E 54 09/11/02 0999 C&D
19.80                   19.80    6,378.89
1360,009 Equitrac - Photocopy      E 54 09/11/02 0999 C&D
4.20                     4.20    6,383.09
         charges
1360,010 Equitrac - Photocopy      E 54 09/11/02 0999 C&D
12.30                   12.30    6,395.39
         charges
1360,011 Equitrac - Fax charges    E 62 09/11/02 0999 C&D
.45                       .45   6,395.84
1360,561 TWS business calls made   E 12 09/12/02 0106 TWS
331.44                 331.44    6,727.28
         from North Carolina during
         vacation August 5-10
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,394:0002  Date:
         09/12/02
1360,567 Federal Express to David  E 01 09/12/02 0106 TWS
67.44                   67.44    6,794.72
         Bernick, Bert Wolff, on 9/6
         from TWS
         From Federal Express
         002001 AUDIT *
         AP-0073,398:0004  Date:
         09/12/02
1360,432 Long Distance-Equitrac    E 64 09/12/02 0999 C&D
5.25                     5.25    6,799.97
         In-House
1360,485 Xeroxing                  E 54 09/12/02 0999 C&D
22.20                   22.20    6,822.17
1360,486 Xeroxing                  E 54 09/12/02 0999 C&D
37.95                   37.95    6,860.12
```

```
1360,487 Xeroxing                        E 54 09/12/02 0999 C&D
24.00                        24.00    6,884.12
1360,488 Xeroxing                        E 54 09/12/02 0999 C&D
4.35                          4.35   6,888.47
1360,489 Xeroxing                        E 54 09/12/02 0999 C&D
4.95                          4.95   6,893.42
1360,490 Xeroxing                        E 54 09/12/02 0999 C&D
4.20                          4.20   6,897.62
1360,491 Xeroxing                        E 54 09/12/02 0999 C&D
56.10                        56.10    6,953.72
1360,492 Equitrac - Photocopy            E 54 09/12/02 0999 C&D
5.10                          5.10   6,958.82
         charges
1360,493 Xeroxing                        E 54 09/12/02 0999 C&D
304.20                      304.20   7,263.02
1360,494 Telecopier/Equitrac             E 62 09/12/02 0999 C&D
9.00                          9.00   7,272.02
1360,555 Global Securities               E 06 09/12/02 0999 C&D
226.14                      226.14    7,498.16
         Information usage in August
         From Global Securities
         Information  002192 AUDIT *
         AP-0073,364:0002  Date:
         09/12/02
1360,865 TWS expenses in New York        E 21 09/13/02 0106 TWS
33.30                        33.30    7,531.46
         for Peterson deposition on
         9/8-9 for lunch with
         Peterson
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,428:0002  Date:
         09/13/02
```

```
10/14/2002                                    Prebill Control Report
Page 6
16:44:04

Prebill 000001   Subpage    6
Client: 4642            Matter: 000
_____

                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                           W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
   Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
_____
_____

1360,866 TWS expenses in New York   E 32 09/13/02 0106 TWS
302.11                   302.11    7,833.57
         for Peterson deposition on
         9/8-9 for Hotel Elysee
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,428:0003  Date:
         09/13/02
1360,867 TWS expenses in New York   E 33 09/13/02 0106 TWS
77.50                     77.50    7,911.07
         for Peterson deposition on
         9/8-9 for four seperate
         cabs
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,428:0004  Date:
         09/13/02
1360,868 TWS expenses in New York   E 35 09/13/02 0106 TWS
15.15                     15.15    7,926.22
         for Peterson deposition on
         9/8-9 for business phone
         calls from hotel
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,428:0005  Date:
         09/13/02
1360,853 Lasership, Inc. to Skadden E 03 09/13/02 0999 C&D
7.46                       7.46    7,933.68
         Arps on 8/21
         From Lasership, Inc
         003253 AUDIT *
         AP-0073,425:0005  Date:
         09/13/02
1361,021 Database Research-Westlaw  E 50 09/13/02 0999 C&D
8.49                       8.49    7,942.17
         research by TWS/MLR on
         08/26
```

```
1361,307 Long Distance-Equitrac      E 64 09/13/02 0999 C&D
.13                       .13    7,942.30
         In-House
1361,396 Equitrac - Photocopy        E 54 09/13/02 0999 C&D
46.05                   46.05    7,988.35
         charges
1361,397 Xeroxing                    E 54 09/13/02 0999 C&D
11.10                   11.10    7,999.45
1361,398 Xeroxing                    E 54 09/13/02 0999 C&D
9.00                     9.00    8,008.45
1361,399 Equitrac - Photocopy        E 54 09/13/02 0999 C&D
75.00                   75.00    8,083.45
         charges
1361,308 Long Distance-Equitrac      E 64 09/14/02 0999 C&D
2.18                     2.18    8,085.63
         In-House
1361,400 Xeroxing                    E 54 09/14/02 0999 C&D
4.50                     4.50    8,090.13
1361,401 Telecopier/Equitrac         E 62 09/14/02 0999 C&D
11.25                   11.25    8,101.38
1361,607 Long Distance-Equitrac      E 64 09/16/02 0999 C&D
7.75                     7.75    8,109.13
         In-House
1361,674 Equitrac - Photocopy        E 54 09/16/02 0999 C&D
4.80                     4.80    8,113.93
         charges
1361,675 Xeroxing                    E 54 09/16/02 0999 C&D
92.70                   92.70    8,206.63
```

```
10/14/2002                                      Prebill Control Report
Page 7
16:44:04

Prebill 000001   Subpage     7
Client: 4642            Matter: 000
_____
```

| | | | W/E | Trans. | Work | --------A C T U A |
|---|---|---|---|---|---|---|
| L-------- -------------B I L L I N G------------- | | | | | | |
| | | | W/E | Trans. | Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- | | | | | | |
| Trans Transaction Description | | | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | |
| Trans Transaction Description | | | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative | | |

_____
_____

```
1361,676 Xeroxing                    E 54 09/16/02 0999 C&D
13.50                      13.50   8,220.13
1361,677 Xeroxing                    E 54 09/16/02 0999 C&D
12.60                      12.60   8,232.73
1361,678 Equitrac - Photocopy        E 54 09/16/02 0999 C&D
.30                        .30   8,233.03
         charges
1361,679 Xeroxing                    E 54 09/16/02 0999 C&D
75.75                      75.75   8,308.78
1361,680 Equitrac - Photocopy        E 54 09/16/02 0999 C&D
24.00                      24.00   8,332.78
         charges
1361,681 Equitrac - Fax charges      E 62 09/16/02 0999 C&D
3.15                       3.15   8,335.93
1361,682 Telecopier/Equitrac         E 62 09/16/02 0999 C&D
5.40                       5.40   8,341.33
1361,837 CSR expenses to Ft.         E 21 09/17/02 0083 CSR
79.85                      79.85   8,421.18
         Lauderdale for deposition
         on 9/12-13 for dinner both
         nights
         From Christopher S. Rizek
         002586 AUDIT *
         AP-0073,489:0002  Date:
         09/17/02
1361,838 CSR expenses to Ft.         E 32 09/17/02 0083 CSR
315.00                    315.00   8,736.18
         Lauderdale for deposition
         on 9/12-13 for Boca Raton
         Resort Club hotel
         From Christopher S. Rizek
         002586 AUDIT *
         AP-0073,489:0003  Date:
         09/17/02
1361,839 CSR expenses to Ft.         E 33 09/17/02 0083 CSR
98.32                      98.32   8,834.50
         Lauderdale for deposition
```

```
                    on 9/12-13 for Cab t/f
                    National airport and Hertz
                    car rental
                    From Christopher S. Rizek
                    002586 AUDIT *
                    AP-0073,489:0004  Date:
                    09/17/02
1361,840 CSR expenses to Ft.          E 35 09/17/02 0083 CSR
197.36                       197.36     9,031.86
                    Lauderdale for deposition
                    on 9/12-13 for 27 phone
                    calls made from room
                    From Christopher S. Rizek
                    002586 AUDIT *
                    AP-0073,489:0005  Date:
                    09/17/02
1361,802 Federal Express to Michelle  E 01 09/17/02 0106 TWS
80.83                        80.83     9,112.69
                    Browdy, Bert Wolff from TWS
                    on 8/23
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,450:0003  Date:
                    09/17/02
```

```
10/14/2002                                          Prebill Control Report
Page 8
16:44:04

Prebill 000001   Subpage     8
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code Date   Empl     Rate    Hours
Amount  Rate   Hours      Amount   Cumulative
   Trans Transaction Description    Code Date   Empl     Rate    Hours
Amount  Rate   Hours      Amount   Cumulative
_____
_____

1361,806 Federal Express to Mark   E 01 09/17/02 0106 TWS
34.98                    34.98    9,147.67
         Peterson from TWS on 8/17
         From Federal Express
         002001 AUDIT *
         AP-0073,451:0006  Date:
         09/17/02
1361,842 Copies of deposition      E 25 09/17/02 0149 JPC
194.75                  194.75    9,342.42
         transcripts for Cintani
         From Lynch Martin
         003539 AUDIT *
         AP-0073,491:0002  Date:
         09/17/02
1361,796 Federal Express to Mark   E 01 09/17/02 0999 C&D
16.72                    16.72    9,359.14
         Peterson and Scott McMillin
         from JPC and TWS on 8/19
         From Federal Express
         002001 AUDIT *
         AP-0073,444:0007  Date:
         09/17/02
1362,379 Long Distance-Equitrac    E 64 09/17/02 0999 C&D
33.67                    33.67    9,392.81
         In-House
1362,491 Xeroxing                   E 54 09/17/02 0999 C&D
109.80                  109.80    9,502.61
1362,492 Xeroxing                   E 54 09/17/02 0999 C&D
44.25                    44.25    9,546.86
1362,493 Xeroxing                   E 54 09/17/02 0999 C&D
11.10                    11.10    9,557.96
1362,494 Equitrac - Photocopy      E 54 09/17/02 0999 C&D
4.80                      4.80    9,562.76
         charges
1362,495 Equitrac - Photocopy      E 54 09/17/02 0999 C&D
.45                        .45    9,563.21
         charges
```

```
1362,496 Equitrac - Photocopy        E 54 09/17/02 0999 C&D
2.25                       2.25     9,565.46
         charges
1362,497 Xeroxing                     E 54 09/17/02 0999 C&D
4.95                       4.95     9,570.41
1362,498 Equitrac - Photocopy        E 54 09/17/02 0999 C&D
3.15                       3.15     9,573.56
         charges
1362,499 Equitrac - Photocopy        E 54 09/17/02 0999 C&D
204.00                   204.00     9,777.56
         charges
1362,500 Equitrac - Postage          E 56 09/17/02 0999 C&D
3.18                       3.18     9,780.74
1362,501 Equitrac - Fax charges      E 62 09/17/02 0999 C&D
2.25                       2.25     9,782.99
1362,502 Telecopier/Equitrac         E 62 09/17/02 0999 C&D
7.65                       7.65     9,790.64
1362,105 Database Research - Lexis   E 50 09/18/02 0999 C&D
88.83                     88.83     9,879.47
         search on 8/26 by TWS/MLR
1362,123 Database Research - Lexis   E 50 09/18/02 0999 C&D
10.58                     10.58     9,890.05
         search on 9/6 by JPC
1362,136 Database Research - Westlaw E 50 09/18/02 0999 C&D
58.10                     58.10     9,948.15
         search on 9/12 by MCH/NR
1362,137 Database Research - Westlaw E 50 09/18/02 0999 C&D
103.35                   103.35    10,051.50
         search on 9/12 by JPC
1362,149 Database Research - Westlaw E 50 09/18/02 0999 C&D
182.03                   182.03    10,233.53
         search on 9/5, 9/6 by JPC
1362,231 Long Distance               E 52 09/18/02 0999 C&D
150.94                   150.94    10,384.47
```

{D0005954:1 }

```
10/14/2002                                    Prebill Control Report
Page 9
16:44:04

Prebill 000001   Subpage     9
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours      Amount  Cumulative
_____

_____

         Charges-Credit Cards on
         August 1, 2002 bill for NDF
1362,994 Long Distance-Equitrac      E 64 09/18/02 0999 C&D
1.56                       1.56   10,386.03
         In-House
1363,115 Xeroxing                    E 54 09/18/02 0999 C&D
266.70                   266.70   10,652.73
1363,116 Equitrac - Photocopy        E 54 09/18/02 0999 C&D
3.75                       3.75   10,656.48
         charges
1363,117 Xeroxing                    E 54 09/18/02 0999 C&D
9.30                       9.30   10,665.78
1363,118 Xeroxing                    E 54 09/18/02 0999 C&D
17.10                     17.10   10,682.88
1363,119 Equitrac - Photocopy        E 54 09/18/02 0999 C&D
3.90                       3.90   10,686.78
         charges
1363,120 Equitrac - Photocopy        E 54 09/18/02 0999 C&D
15.75                     15.75   10,702.53
         charges
1363,121 Xeroxing                    E 54 09/18/02 0999 C&D
281.70                   281.70   10,984.23
1363,128 Equitrac - Postage          E 56 09/18/02 0999 C&D
.37                        .37   10,984.60
1362,995 Long Distance-Equitrac      E 64 09/19/02 0999 C&D
2.77                       2.77   10,987.37
         In-House
1363,122 Xeroxing                    E 54 09/19/02 0999 C&D
48.90                     48.90   11,036.27
1363,123 Xeroxing                    E 54 09/19/02 0999 C&D
15.60                     15.60   11,051.87
1363,124 Xeroxing                    E 54 09/19/02 0999 C&D
20.25                     20.25   11,072.12
1363,125 Xeroxing                    E 54 09/19/02 0999 C&D
16.65                     16.65   11,088.77
1363,126 Equitrac - Photocopy        E 54 09/19/02 0999 C&D
.60                        .60   11,089.37
```

```
         charges
1363,127 Xeroxing                   E 54 09/19/02 0999 C&D
61.50                       61.50   11,150.87
1363,129 Equitrac - Postage         E 56 09/19/02 0999 C&D
.37                         .37     11,151.24
1363,354 TWS travel expenses for    E 33 09/20/02 0032 RWS
48.00                       48.00   11,199.24
         Hayes deposition in
         Richmond, Va on 9/12-13 for
         cabs
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,508:0004  Date:
         09/20/02
1363,355 TWS travel expenses for    E 35 09/20/02 0032 RWS
67.53                       67.53   11,266.77
         Hayes deposition in
         Richmond, Va on 9/12-13 for
         phone/fax charges
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,508:0005  Date:
         09/20/02
1363,352 TWS travel expenses for    E 21 09/20/02 0106 TWS
86.81                       86.81   11,353.58
         Hayes deposition in
         Richmond, Va on 9/12-13 for
         lunch and dinner
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,508:0002  Date:
         09/20/02
```

10/14/2002                                          Prebill Control Report
Page 10
16:44:05

Prebill 000001    Subpage    10
Client: 4642              Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
   Trans Transaction Description      Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____

_____

1363,353 TWS travel expenses for    E 32 09/20/02 0106 TWS
230.63                      230.63   11,584.21
         Hayes deposition in
         Richmond, Va on 9/12-13 for
         The Jefferson hotel
         From Trevor W. Swett
         000106 AUDIT *
         AP-0073,508:0003  Date:
         09/20/02
1363,368 ADA Travel for TWS coach    E 15 09/20/02 0106 TWS
300.15                      300.15   11,884.36
         fare to NYC on 8/27
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0073,514:0010  Date:
         09/20/02
1363,369 ADA Travel agency fee and   E 15 09/20/02 0106 TWS
50.00                        50.00   11,934.36
         paper ticket fee for TWS
         8/27 travel to NYC
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0073,514:0011  Date:
         09/20/02
1363,363 ADA Travel for NDF on 8/20  E 15 09/20/02 0187 NDF
2,090.00                   2,090.00  14,024.36
         to Miami (no agency fee)
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0073,514:0005  Date:
         09/20/02
1363,366 ADA Travel for NDF coach    E 15 09/20/02 0187 NDF
300.35                      300.35   14,324.71
         fare to NYC on 8/27
         From ADA Travel, Inc.
         000534 AUDIT *
         AP-0073,514:0008  Date:

```
          09/20/02
1,363,367 ADA Travel agency fee and    E 15 09/20/02 0187 NDF
50.00                          50.00    14,374.71
          paper ticket fee for NDF
          8/27 travel to NYC
          From ADA Travel, Inc.
          000534 AUDIT *
          AP-0073,514:0009  Date:
          09/20/02
1,363,398 Database Research - Westlaw  E 50 09/20/02 0999 C&D
218.93                         218.93   14,593.64
          search on 8/15 by JPC
1,363,399 Database Research - Westlaw  E 50 09/20/02 0999 C&D
211.95                         211.95   14,805.59
          search on 8/15 by EM/JPC
1,363,480 Long Distance-Equitrac       E 64 09/20/02 0999 C&D
5.06                            5.06    14,810.65
          In-House
1,363,553 Xeroxing                      E 54 09/20/02 0999 C&D
66.90                          66.90    14,877.55
1,363,554 Xeroxing                      E 54 09/20/02 0999 C&D
27.45                          27.45    14,905.00
1,363,555 Equitrac - Photocopy          E 54 09/20/02 0999 C&D
102.00                        102.00    15,007.00
```

```
10/14/2002                                    Prebill Control Report
Page 11
16:44:05

Prebill 000001    Subpage    11
Client: 4642          Matter: 000
_____

                          W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                          W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description     Code  Date    Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
   Trans Transaction Description     Code  Date    Empl      Rate    Hours
Amount   Rate   Hours      Amount   Cumulative
_____
_____

         charges
1363,556 Xeroxing                    E 54 09/20/02 0999 C&D
13.50                    13.50   15,020.50
1363,560 Telecopier/Equitrac         E 62 09/20/02 0999 C&D
15.75                    15.75   15,036.25
1363,481 Long Distance-Equitrac      E 64 09/21/02 0999 C&D
3.53                     3.53   15,039.78
         In-House
1363,557 Xeroxing                    E 54 09/21/02 0999 C&D
162.45                  162.45   15,202.23
1363,558 Xeroxing                    E 54 09/21/02 0999 C&D
22.20                    22.20   15,224.43
1363,561 Telecopier/Equitrac         E 62 09/21/02 0999 C&D
7.50                     7.50   15,231.93
1363,482 Equitrac - Long Distance    E 64 09/22/02 0999 C&D
.85                      .85   15,232.78
1363,559 Xeroxing                    E 54 09/22/02 0999 C&D
45.00                    45.00   15,277.78
1364,641 Xeroxing                    E 54 09/22/02 0999 C&D
45.00                    45.00   15,322.78
1363,970 ImageNet; Color copies,     E 25 09/23/02 0101 RCS
433.58                  433.58   15,756.36
         spiral bindings
         From ImageNet of Washington
         DC      003527 AUDIT *
         AP-0073,527:0002  Date:
         09/23/02
1363,988 Federal Express to Paul     E 01 09/23/02 0101 RCS
22.48                    22.48   15,778.84
         Alverez from RCP on 9/20
         From Federal Express
         002001 AUDIT *
         AP-0073,552:0002  Date:
         09/23/02
1363,998 Federal Express to Paul     E 01 09/23/02 0101 RCS
12.48                    12.48   15,791.32
         alverez from RCS on 9/18
```

```
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,555:0006  Date:
                    09/23/02
1363,432 Petty Cash; Lunch meeting     E 22 09/23/02 0106 TWS
16.43                         16.43    15,807.75
                    for TWS with Mr. Relles on
                    9/18
                    From Petty Cash
                    005317 AUDIT *
                    AP-0073,515:0036  Date:
                    09/23/02
1363,689 Federal Express to            E 01 09/23/02 0106 TWS
82.85                         82.85    15,890.60
                    Friedman, Baena, Turken,
                    Wolff, Bowdy, and Bernick
                    from TWS on 9/16
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,517:0002  Date:
                    09/23/02
1363,986 Federal Express to Mark       E 01 09/23/02 0106 TWS
1.35                          1.35     15,891.95
                    Peterson from TWS on 9/4
                    From Federal Express
                    002001 AUDIT *
                    AP-0073,547:0003  Date:
```

```
10/14/2002                                    Prebill Control Report
Page 12
16:44:05

Prebill 000001    Subpage    12
Client: 4642              Matter: 000
_____

                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                 W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount    Rate    Hours        Amount  Cumulative
_____
_____

         09/23/02
1364,005 Federal Express to Russell  E 01 09/23/02 0120 EI
44.62                        44.62   15,936.57
         Budd from EI on 9/6
         From Federal Express
         002001 AUDIT *
         AP-0073,557:0006  Date:
         09/23/02
1364,013 Charge & Ride; EI           E 33 09/23/02 0120 EI
200.94                      200.94   16,137.51
         transportation t/f Newark
         court for conference before
         Judge Wolin on 9/3
         From Charge & Ride Inc.
         002821 AUDIT *
         AP-0073,559:0005  Date:
         09/23/02
1363,992 Federal Express to Michael  E 01 09/23/02 0149 JPC
17.29                        17.29   16,154.80
         Gries from JPC on 9/19
         From Federal Express
         002001 AUDIT *
         AP-0073,553:0002  Date:
         09/23/02
1363,426 Petty Cash; NDF New York    E 33 09/23/02 0187 NDF
50.00                        50.00   16,204.80
         cab expenses t/f airport on
         8/27 From Petty Cash
         005317 AUDIT *
         AP-0073,515:0030 Date:
         09/23/02
1363,427 Petty Cash; Dinner, working E 21 09/23/02 0187 NDF
13.00                        13.00   16,217.80
         late, for NDF on 9/27 From
         Petty Cash
         005317 AUDIT *
         AP-0073,515:0031 Date:
```

```
            09/23/02
1363,971 Charge & Ride; Local trans   E 38 09/23/02 0999 C&D
22.44                        22.44    16,240.24
            and taxi for Joe Rice to
            meetings at Weitz &
            Luxenberg on 8/29
            From Charge & Ride Inc.
            002821 AUDIT *
            AP-0073,537:0003  Date:
            09/23/02
1364,010 Charge & Ride; for NDF and   E 33 09/23/02 0999 C&D
46.92                        46.92    16,287.16
            TWS to LaGuardia airport on
            8/27
            From Charge & Ride Inc.
            002821 AUDIT *
            AP-0073,559:0002  Date:
            09/23/02
1364,537 Long Distance-Equitrac       E 64 09/23/02 0999 C&D
4.18                         4.18     16,291.34
```

10/14/2002                                        Prebill Control Report
Page 13
16:44:06

Prebill 000001   Subpage    13
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                              W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

   Trans Transaction Description    Code  Date    Empl      Rate    Hours
Amount   Rate    Hours      Amount  Cumulative
   Trans Transaction Description    Code  Date    Empl      Rate    Hours
Amount   Rate    Hours      Amount  Cumulative
_____

_____

         In-House
1364,642 Xeroxing                   E 54 09/23/02 0999 C&D
44.40                44.40   16,335.74
1364,643 Xeroxing                   E 54 09/23/02 0999 C&D
577.80              577.80   16,913.54
1364,644 Xeroxing                   E 54 09/23/02 0999 C&D
5.85                 5.85   16,919.39
1364,645 Xeroxing                   E 54 09/23/02 0999 C&D
6.60                 6.60   16,925.99
1364,646 Equitrac - Photocopy       E 54 09/23/02 0999 C&D
10.95                10.95   16,936.94
         charges
1364,647 Xeroxing                   E 54 09/23/02 0999 C&D
15.90                15.90   16,952.84
1364,648 Equitrac - Photocopy       E 54 09/23/02 0999 C&D
7.20                 7.20   16,960.04
         charges
1364,538 Long Distance-Equitrac     E 64 09/24/02 0999 C&D
4.78                 4.78   16,964.82
         In-House
1364,649 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
43.20                43.20   17,008.02
         charges
1364,650 Xeroxing                   E 54 09/24/02 0999 C&D
8.85                 8.85   17,016.87
1364,651 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
51.45                51.45   17,068.32
         charges
1364,652 Xeroxing                   E 54 09/24/02 0999 C&D
.75                  .75   17,069.07
1364,653 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
34.95                34.95   17,104.02
         charges
1364,654 Xeroxing                   E 54 09/24/02 0999 C&D
9.30                 9.30   17,113.32
1364,655 Xeroxing                   E 54 09/24/02 0999 C&D
8.70                 8.70   17,122.02

```
1364,656 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
2.70                        2.70    17,124.72
         charges
1364,657 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
35.85                       35.85   17,160.57
         charges
1364,658 Telecopier/Equitrac        E 62 09/24/02 0999 C&D
3.60                        3.60    17,164.17
1364,659 Telecopier/Equitrac        E 62 09/24/02 0999 C&D
6.00                        6.00    17,170.17
1365,357 Equitrac - Photocopy       E 54 09/24/02 0999 C&D
4.80                        4.80    17,174.97
         charges
1364,022 Copies of deposition of    E 25 09/25/02 0101 RCS
1,262.40                    1,262.40   18,437.37
         Elaise Filon
         From Veritext, L.L.C.
         003508 AUDIT *
         AP-0073,568:0002  Date:
         09/25/02
1364,045 Red Top for TWS to National E 33 09/25/02 0106 TWS
23.86                       23.86   18,461.23
         airport on 9/10
         From Red Top Cab
         006004 AUDIT *
         AP-0073,586:0002  Date:
         09/25/02
1364,029 EI expenses in Chiacago on  E 21 09/25/02 0120 EI
311.71                      311.71   18,772.94
         9/18 for dinner conference
         with
         Budd,Rich,Cooney,Kelley,Marc
         is,Rice,Baron and Weitz
         (1/3 total expenditure of
         $935.13)
```

10/14/2002                                              Prebill Control Report
Page 14
16:44:06

Prebill 000001   Subpage   14
Client: 4642           Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
    Trans Transaction Description      Code  Date   Empl     Rate    Hours
Amount   Rate   Hours       Amount   Cumulative
_____
_____

         From Elihu Inselbuch
         000120 AUDIT *
         AP-0073,572:0002  Date:
         09/25/02
1364,049 LexisNexis Courtlink done   E 06 09/25/02 0149 JPC
30.66              30.66    18,803.60
         by Library for JPC
         From LexisNexis Courtlink
         Inc.      003463 AUDIT *
         AP-0073,589:0006  Date:
         09/25/02
1364,030 NDF dinner on 9/23 with     E 22 09/25/02 0187 NDF
119.90            119.90    18,923.50
         Mark Petrerson and EI
         (split four ways)
         From Nathan D. Finch
         000326 AUDIT *
         AP-0073,573:0002  Date:
         09/25/02
1364,064 Federal Express delivery to E 01 09/25/02 0999 C&D
250.48            250.48    19,173.98
         M. Peterson & W. Smith on
         9/9 & 9/17
         From Federal Express
         002001 AUDIT *
         AP-0073,619:0005  Date:
         09/25/02
1365,300 Long Distance-Equitrac      E 64 09/25/02 0999 C&D
2.78                2.78    19,176.76
         In-House
1365,358 Xeroxing                    E 54 09/25/02 0999 C&D
26.70              26.70    19,203.46
1365,359 Xeroxing                    E 54 09/25/02 0999 C&D
2.70                2.70    19,206.16
1365,360 Equitrac - Photocopy        E 54 09/25/02 0999 C&D
49.50              49.50    19,255.66
         charges

```
1365,361 Equitrac - Photocopy        E 54 09/25/02 0999 C&D
1.35                        1.35    19,257.01
         charges
1365,362 Xeroxing                    E 54 09/25/02 0999 C&D
44.25                       44.25   19,301.26
1365,363 Equitrac - Photocopy        E 54 09/25/02 0999 C&D
4.50                        4.50    19,305.76
         charges
1365,364 Equitrac - Photocopy        E 54 09/25/02 0999 C&D
1.35                        1.35    19,307.11
         charges
1365,365 Xeroxing                    E 54 09/25/02 0999 C&D
487.80                     487.80   19,794.91
1365,366 Equitrac - Fax charges      E 62 09/25/02 0999 C&D
1.50                        1.50    19,796.41
1364,848 Hotel room cost for 3       E 32 09/26/02 0101 RCS
668.64                     668.64   20,465.05
         nights for 4 attorneys and
         paralegal due to trial
         postponement for Robert
         Spohn
         From Hilton Newark Gateway
         003531 AUDIT *
         AP-0073,625:0006  Date:
         09/26/02
1364,843 Hotel room cost for 3       E 32 09/26/02 0106 TWS
668.64                     668.64   21,133.69
```

{D0005954:1 }

10/14/2002                                          Prebill Control Report
Page 15
16:44:06

Prebill 000001    Subpage     15
Client: 4642              Matter: 000
_____

                                W/E  Trans.   Work      --------A C T U A
L-------- -------------B I L L I N G-------------
                                W/E  Trans.   Work      --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description       Code  Date    Empl      Rate    Hours
Amount   Rate    Hours        Amount   Cumulative
    Trans Transaction Description       Code  Date    Empl      Rate    Hours
Amount   Rate    Hours        Amount   Cumulative
_____
_____

        nights for 4 attorneys and
        1 paralegal due to trial
        postponement for Ted Swett
        From Hilton Newark Gateway
        003531 AUDIT *
        AP-0073,625:0004  Date:
        09/26/02
1364,842 Hotel room cost for 3      E 32 09/26/02 0120 EI
668.64                   668.64   21,802.33
        nights for 4 attorneys and
        1 paralegal due to trial
        postponement for Elihu
        Inselbuch
        From Hilton Newark Gateway
        003531 AUDIT *
        AP-0073,625:0003  Date:
        09/26/02
1364,845 Hotel room cost for 3      E 32 09/26/02 0149 JPC
668.64                   668.64   22,470.97
        nights for 4 attorneys and
        1 paralegal due to trial
        postponement for John
        Cunningham
        From Hilton Newark Gateway
        003531 AUDIT *
        AP-0073,625:0005  Date:
        09/26/02
1364,841 Hotel room cost for 3      E 32 09/26/02 0187 NDF
668.64                   668.64   23,139.61
        nights for 4 attorneys and
        1 paralegal due to trial
        postponement for Nathan
        Finch
        From Hilton Newark Gateway
        003531 AUDIT *
        AP-0073,625:0002  Date:
        09/26/02

```
1365,934 Long Distance-Equitrac     E 64 09/26/02 0999 C&D
3.57                        3.57   23,143.18
         In-House
1366,004 Xeroxing                    E 54 09/26/02 0999 C&D
22.65                      22.65   23,165.83
1366,005 Xeroxing                    E 54 09/26/02 0999 C&D
45.15                      45.15   23,210.98
1366,006 Equitrac - Photocopy        E 54 09/26/02 0999 C&D
48.60                      48.60   23,259.58
         charges
1366,007 Equitrac - Photocopy        E 54 09/26/02 0999 C&D
.60                          .60   23,260.18
         charges
1366,008 Xeroxing                    E 54 09/26/02 0999 C&D
25.20                      25.20   23,285.38
1366,009 Equitrac - Photocopy        E 54 09/26/02 0999 C&D
11.70                      11.70   23,297.08
         charges
1366,010 Xeroxing                    E 54 09/26/02 0999 C&D
50.55                      50.55   23,347.63
1366,011 Telecopier/Equitrac         E 62 09/26/02 0999 C&D
.90                          .90   23,348.53
1366,012 Equitrac - Fax charges      E 62 09/26/02 0999 C&D
1.50                        1.50   23,350.03
1366,013 Telecopier/Equitrac         E 62 09/26/02 0999 C&D
8.55                        8.55   23,358.58
```

10/14/2002                                          Prebill Control Report
Page 16
16:44:06

Prebill 000001    Subpage    16
Client: 4642              Matter: 000
_____

                                    W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description        Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount   Cumulative
    Trans Transaction Description        Code  Date    Empl      Rate    Hours
Amount    Rate    Hours        Amount   Cumulative
_____
_____

1366,149 Federal Express delivery to  E 01 09/27/02 0101 RCS
3.88                      3.88    23,362.46
          McNew on 7/29
          From Federal Express
          002001 AUDIT *
          AP-0073,658:0009  Date:
          09/27/02
1366,162 Federal Express delivery to  E 01 09/27/02 0101 RCS
1.35                      1.35    23,363.81
          M. Peterson on 9/5
          From Federal Express
          002001 AUDIT *
          AP-0073,667:0003  Date:
          09/27/02
1366,181 Federal Express delivery to  E 01 09/27/02 0101 RCS
19.60                     19.60   23,383.41
          A. King on 9/23
          From Federal Express
          002001 AUDIT *
          AP-0073,676:0001  Date:
          09/27/02
1366,176 Federal Express delivery to  E 01 09/27/02 0106 TWS
45.62                     45.62   23,429.03
          Wolin, Wolff, Leibenstein
          on 9/26
          From Federal Express
          002001 AUDIT *
          AP-0073,673:0005  Date:
          09/27/02
1366,170 Federal Express delivery to  E 01 09/27/02 0122 SME
19.14                     19.14   23,448.17
          A.King on7/11
          From Federal Express
          002001 AUDIT *
          AP-0073,668:0008  Date:
          09/27/02

{D0005954:1 }

```
1366,154 Federal Express delivery to  E 01 09/27/02 0187 NDF
38.51                      38.51    23,486.68
         NDF on 7/31
         From Federal Express
         002001 AUDIT *
         AP-0073,659:0003  Date:
         09/27/02
1365,745 Database Research-Lexis      E 50 09/27/02 0999 C&D
506.54                     506.54    23,993.22
         research by JPC on 09/16
1366,130 Database Research-Westlaw    E 50 09/27/02 0999 C&D
198.52                     198.52    24,191.74
         research by BAS/NR on 09/20
1366,131 Database Research-Westlaw    E 50 09/27/02 0999 C&D
6.45                         6.45    24,198.19
         research by NDF on 09/21
1366,132 Database Research-Westlaw    E 50 09/27/02 0999 C&D
847.81                     847.81    25,046.00
         research by MCH on 09/18,19
1366,133 Database Research-Westlaw    E 50 09/27/02 0999 C&D
320.34                     320.34    25,366.34
         research by BAS on
         09/17,18,20
1366,142 Esquire Deposition Servcies  E 23 09/27/02 0999 C&D
1,993.39                 1,993.39    27,359.73
```

Prebill 000001   Subpage    17
Client: 4642           Matter: 000
_____

|  |  |  |  | W/E  Trans.  Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- |  |  |  |  |  |

|  |  |  |  | W/E  Trans.  Work | --------A C T U A |
| L-------- -------------B I L L I N G------------- |  |  |  |  |  |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |  |  |

| Trans | Transaction Description | Code | Date | Empl | Rate | Hours |
| Amount | Rate | Hours | Amount | Cumulative |  |  |
_____
_____

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  | - transcript for M. Peterson From Esquire Deposition Services    002915 AUDIT * AP-0073,650:0001  Date: 09/27/02 |  |  |  |  |  |
| 1366,159 | Federal Express delivery to | E 01 | 09/27/02 | 0999 | C&D |  |
| 14.85 |  |  | 14.85 | 27,374.58 |  |  |
|  | B. Spohn on 9/4 From Federal Express 002001 AUDIT * AP-0073,666:0003  Date: 09/27/02 |  |  |  |  |  |
| 1366,180 | Federal Express delivery to | E 01 | 09/27/02 | 0999 | C&D |  |
| 68.58 |  |  | 68.58 | 27,443.16 |  |  |
|  | Relles & Peterson on 9/24 From Federal Express 002001 AUDIT * AP-0073,675:0001  Date: 09/27/02 |  |  |  |  |  |
| 1366,200 | Equitrac - Long Distance | E 64 | 09/27/02 | 0999 | C&D |  |
| .06 |  |  | .06 | 27,443.22 |  |  |
| 1366,261 | Equitrac - Photocopy | E 54 | 09/27/02 | 0999 | C&D |  |
| 12.00 |  |  | 12.00 | 27,455.22 |  |  |
|  | charges |  |  |  |  |  |
| 1366,262 | Equitrac - Photocopy | E 54 | 09/27/02 | 0999 | C&D |  |
| 2.25 |  |  | 2.25 | 27,457.47 |  |  |
|  | charges |  |  |  |  |  |
| 1366,263 | Xeroxing | E 54 | 09/27/02 | 0999 | C&D |  |
| 1.05 |  |  | 1.05 | 27,458.52 |  |  |
| 1366,264 | Equitrac - Photocopy | E 54 | 09/27/02 | 0999 | C&D |  |
| .45 |  |  | .45 | 27,458.97 |  |  |
|  | charges |  |  |  |  |  |
| 1366,907 | NYO Long Distance | E 65 | 09/30/02 | 0999 | C&D |  |
| 1.27 |  |  | 1.27 | 27,460.24 |  |  |
|  | Telephone-Long distance call made in the month of |  |  |  |  |  |

```
         August
1366,908 NYO Long Distance           E 65 09/30/02 0999 C&D
13.29                      13.29   27,473.53
         Telephone-Long distance
         call made in the month of
         August
1366,909 NYO Long Distance           E 65 09/30/02 0999 C&D
2.38                        2.38   27,475.91
         Telephone-Long distance
         call made in the month of
         August
1366,910 NYO Long Distance           E 65 09/30/02 0999 C&D
3.89                        3.89   27,479.80
         Telephone-Long distance
         call made in the month of
         August
1366,911 NYO Long Distance           E 65 09/30/02 0999 C&D
515.55                     515.55   27,995.35
         Telephone-Long distance
         committee conference call
         made in the month of August
1367,009 NYO Long Distance           E 65 09/30/02 0999 C&D
1.95                        1.95   27,997.30
         Telephone-Long distance
         call made in the month of
```

```
10/14/2002                                    Prebill Control Report
Page 18
16:44:07

Prebill 000001   Subpage    18
Client: 4642            Matter: 000
_____

                              W/E  Trans.  Work     --------A C T U A
L--------  -------------B I L L I N G-------------
                              W/E  Trans.  Work     --------A C T U A
L--------  -------------B I L L I N G-------------

   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
   Trans Transaction Description      Code  Date   Empl      Rate    Hours
Amount   Rate    Hours       Amount   Cumulative
_____

_____

         September
1367,010 NYO Long Distance            E 65 09/30/02 0999 C&D
8.89                   8.89     28,006.19
         Telephone-Long distance
         call made in the month of
         September
1367,011 NYO Long Distance            E 65 09/30/02 0999 C&D
4.40                   4.40     28,010.59
         Telephone-Long distance
         call made in the month of
         September
1367,175 Long Distance-Equitrac      E 64 09/30/02 0999 C&D
.11                     .11     28,010.70
         In-House
1367,249 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
.15                     .15     28,010.85
         charges
1367,250 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
.30                     .30     28,011.15
         charges
1367,251 Xeroxing                     E 54 09/30/02 0999 C&D
25.95                  25.95     28,037.10
1367,252 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
4.50                   4.50     28,041.60
         charges
1367,253 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
3.15                   3.15     28,044.75
         charges
1367,254 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
1.65                   1.65     28,046.40
         charges
1367,255 Xeroxing                     E 54 09/30/02 0999 C&D
105.15                105.15     28,151.55
1367,256 Equitrac - Photocopy         E 54 09/30/02 0999 C&D
4.80                   4.80     28,156.35
         charges
```

```
1367,257 Xeroxing                     E 54 09/30/02 0999 C&D
7.20                         7.20    28,163.55
1367,258 Postage                      E 56 09/30/02 0999 C&D
1.34                         1.34    28,164.89
1367,259 Telecopier/Equitrac          E 62 09/30/02 0999 C&D
3.60                         3.60    28,168.49
1367,260 Equitrac - Fax charges       E 62 09/30/02 0999 C&D
1.80                         1.80    28,170.29
1367,875 Postage                      E 56 09/30/02 0999 C&D
5.12                         5.12    28,175.41
1368,736 Local Transportation-NY -    E 38 09/30/02 0999 C&D
17.00                       17.00    28,192.41
         cab for EI from Perry
         Weitz's office on 8/29 NYO
         PC JE#266
1368,737 Conference Meals - lunch     E 22 09/30/02 0999 C&D
64.01                       64.01    28,256.42
         with M. Peterson, TWS, NDF
         & EI on 8/27 NYO PC JE#266


         Total Expense Cards
28,256.42                   28,256.42
         Total Expense Cards
28,256.42                   28,256.42




         Matter Total Fee                                    .00
.00           .00          .00
         Matter Total Exp                                    .00
28,256.42          .00    28,256.42
         Matter Total                                        .00
28,256.42          .00    28,256.42


         Prebill Total Fee                                   .00
.00           .00          .00
         Prebill Total Exp                                   .00
28,256.42          .00    28,256.42
```

```
10/14/2002                                          Prebill Control Report
Page 19
16:44:07

Prebill 000001    Subpage    19
Client: 4642              Matter: 000
_____

                                  W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------
                                  W/E  Trans.  Work      --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code  Date    Empl      Rate      Hours
Amount    Rate    Hours        Amount   Cumulative
    Trans Transaction Description      Code  Date    Empl      Rate      Hours
Amount    Rate    Hours        Amount   Cumulative
_____
_____

        Prebill Total                                            .00
28,256.42            .00    28,256.42
```

Previous Billings:

| Invoice | Date | Orig. Amount | Late Charge | Credits | Balance Due |
|---------|------|-------------|-------------|---------|-------------|
| 033688 | 10/20/01 | 3,066.39 | .00 | .00 | 3,066.39 |
| 035800 | 04/20/02 | 21,719.11 | .00 | .00 | 21,719.11 |
| 036593 | 07/26/02 | 17,727.41 | .00 | .00 | 17,727.41 |
| 036950 | 08/22/02 | 31,049.93 | .00 | .00 | 31,049.93 |
| 037076 | 09/17/02 | 2,055.09 | .00 | .00 | 2,055.09 |
| 037197 | 09/25/02 | 24,602.71 | .00 | .00 | 24,602.71 |
| 033035 | 08/15/01 | 83,781.00 | .00 | 67,024.80 | 16,756.20 |
| 033284 | 09/14/01 | 32,159.00 | .00 | 25,727.20 | 6,431.80 |
| 033688 | 10/20/01 | 26,941.00 | .00 | .00 | 26,941.00 |
| 034006 | 11/21/01 | 14,570.50 | .00 | 11,656.40 | 2,914.10 |
| 034883 | 02/11/02 | 43,355.00 | .00 | 34,684.00 | 8,671.00 |
| 035306 | 03/18/02 | 73,861.00 | .00 | 59,008.80 | 14,852.20 |
| 035800 | 04/20/02 | 164,837.25 | .00 | .00 | 164,837.25 |

| | | | | | |
|---|---|---|---|---|---|
| 036043 | 05/25/02 | 120,565.75 | .00 | 96,452.60 | 24,113.15 |
| 036328 | 06/25/02 | 109,667.00 | .00 | 87,733.60 | 21,933.40 |
| 036593 | 07/26/02 | 121,163.25 | .00 | .00 | 121,163.25 |
| 036950 | 08/22/02 | 231,722.75 | .00 | .00 | 231,722.75 |
| 037073 | 09/17/02 | 100,755.00 | .00 | 80,604.00 | 20,151.00 |
| 037074 | 09/17/02 | 25,377.50 | .00 | 20,302.00 | 5,075.50 |
| 037076 | 09/17/02 | 54,682.50 | .00 | .00 | 54,682.50 |
| 037197 | 09/25/02 | 246,726.25 | .00 | .00 | 246,726.25 |
| Subtotal: | | 1,550,385.39 | .00 | 483,193.40 | 1,067,191.99 |

10/14/2002                                            Prebill Control Report
Page 20
16:44:08

Prebill 000001   Subpage     20
Client: 4642          Matter: 000
_____

                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------
                                    W/E  Trans.  Work    --------A C T U A
L-------- -------------B I L L I N G-------------

    Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount    Rate   Hours        Amount  Cumulative
    Trans Transaction Description      Code Date   Empl      Rate    Hours
Amount    Rate   Hours        Amount  Cumulative
_____
_____

        Run Total Fee                                           .00
.00            .00          .00
        Run Total Exp                                           .00
28,256.42          .00    28,256.42
        Run Total                                               .00
28,256.42          .00    28,256.42