**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | **Pending** | **Pending** |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | **Pending** | **Pending** |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | **Pending** | **Pending** |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | **Pending** | **Pending** |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | **Pending** | **Pending** |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | **Pending** | **Pending** |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | **Pending** | **Pending** |

{D0005956:1 }
DOC# - 170098

| 11/5/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | **Pending** | **Pending** |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category (Examples) | Cumulative July to Sept., 2002 Hours | Cumulative July to Sept., 2002 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | .00 | .0 | .00 |
| Asset Disposition | .0 | .00 | .0 | .00 |
| Business Operations | .1 | $    56.00 | 13.0 | $  4,914.00 |
| Case Administration | 323.6 | $ 52,358.00 | 1,296.1 | $278,904.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 482.1 | $140,156.00 | 1,082.0 | $ 303,974.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | $   112.00 | 1.4 | $    654.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 7.2 | $  4,316.50 | 64.4 | $ 33,543.00 |
| Employee Benefits/Pension | .8 | $   448.00 | 6.5 | $  3,356.50 |
| Employment Applications, Applicant | .0 | .00 | 32.8 | $  8,214.00 |
| Employment Applications, Others | 1.5 | $   637.50 | 38.9 | $ 14,930.00 |
| Expenses | .0 | .00 | .0 | .00 |
| Fee Applications, Applicant | 61.5 | $ 15,496.50 | 132.0 | $ 29,663.50 |
| Fee Applications, Others | 3.2 | $   907.00 | 9.8 | $  2,254.00 |
| Financing | .0 | .00 | .0 | .00 |
| Hearings | 6.8 | $  4,578.50 | 38.3 | $ 22,911.00 |
| Litigation and Litigation Consulting | .1 | $    56.00 | 1,233.8 | $ 382,963.50 |
| Plan & Disclosure Statement | .0 | .00 | 7.1 | $  3,076.00 |
| Relief from Stay Proceedings | .0. | .00 | .0 | .00 |

| | | | | |
|---|---|---|---|---|
| Tax Issues | 44.2 | $ 15,265.00 | 44.2 | $ 15,265.00 |
| Tax Litigation | .0 | .00 | .0 | .00 |
| Travel-Non-Working | 92.5 | $ 14,072.25 | 278.4 | $ 51,609.00 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | .00 | | .00 |
| ZAI Science Trial – Expenses | .0 | .00 | | .00 |
| Other | .0 | .00 | | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | | .00 |
| **Totals** | **1,023.80** | **$248,459.25** | **4,278.70** | **$1,156,233.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/02 – 9/30/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 14,455.52 | $ 47,284.95 |
| Research Material | 868.93 | 1,312.78 |
| Air Freight & Express Mail | 2,676.55 | 5,638.62 |
| Outside Local Deliveries | 219.90 | 327.06 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | 12.00 | 12.00 |
| Conference Meals | 421.73 | 777.45 |
| Outside Photocopy Service | 15,352.53 | 20,837.68 |
| Professional Fees & Expert | 6,748.30 | 6,748.30 |

| | | |
|---|---:|---:|
| Witness Fees | | |
| Court Reporting/Transcript Service | 4,145.19 | 4,145.19 |
| Miscellaneous Client Advances | 5.00 | 699.32 |
| Air & Train Transportation | 12,540.00 | 35,829.04 |
| Meals Related to Travel | 942.70 | 2,865.04 |
| Travel Expenses – Hotel Charges | 6,458.93 | 11,971.56 |
| Travel Expenses – Ground Transportation | 1,983.48 | 5,259.80 |
| Travel Expenses – Miscellaneous | 26.49 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | 579.17 | 1,025.43 |
| Local Transportation - DC | 6.00 | 20.75 |
| Local Transportation – NY | 39.44 | 183.58 |
| Xeroxing | 14,379.15 | 30,653.55 |
| Postage | 23.85 | 131.97 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 303.75 | 954.90 |
| Long Distance –Credit Card | 161.99 | 886.05 |
| Long Distance Telephone - DC | 461.91 | 1,338.99 |
| NYO Long Distance Telephone | 765.11 | 920.81 |
| Use of Cell/Home Phone | 331.44 | 466.97 |
| **TOTAL** | **$83,909.06** | **$180,365.09** |