FILED

2002 NOV -1 PM 12: 17

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
ASBESTOS MANAGEMENT, INC. and
   LITIGATION MANAGEMENT, INC.

01-01139 JJF
CH 11

Debtor

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Barbara G. Billet, Esq., Deputy Commissioner and Counsel, Department of Taxation and Finance by Elaine Z. Cole, Esq., hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of the Debtor, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified

above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

DATED: October 25, 2002

New York State
Department of Taxation and
Finance
By *[signature]*

Elaine Z. Cole, Esq., Of Counsel
340 E. Main St.
Rochester, N. Y.  14604
(585) 530 8465
(585) 530 2017 Fax