## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JJF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 25, 2002 at 4:00 p.m.** |

## FOURTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *September 1, 2002 through and*
*including September 30, 2002*

Amount of Compensation sought a
actual, reasonable and necessary: *$25,584.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,761.46*

This is a(n):   **x**   monthly         __         interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | Order Signed 10/9/02 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 | April 1, 2002 June 30, 2002 | $74,418.50 $5,015.76 | pending |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | pending |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | pending |

KL2:2181271.1

## SUMMARY OF TIME FOR BILLING PERIOD
## SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| Name | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 19.00 | $9,025.00 |
| Schimidt, Robert T. | 450.00 | 1.10 | $495.00 |
| Becker, Gary M. | 415.00 | 22.90 | $9,503.50 |
| Caton, Amy | 380.00 | 0.20 | $76.00 |
| O'Hanlon, Grace | 300.00 | 6.80 | $2,040.00 |
| Mangual, Kathleen | 175.00 | 25.40 | $4,445.00 |
| **Total** | | **75.80** | **$25,584.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/02 through 9/30/02 | Total Fees for the Period 9/1/02 through 9/30/02 |
|---|---|---|
| Bankruptcy Motion | 0.20 | $95.00 |
| Case Administration | 6.90 | $1,255.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 7.20 | $2,230.00 |
| Creditor Committee | 7.70 | $3,489.50 |
| Fee Applications, Applicant | 22.60 | $6,307.00 |
| Fradulent Conveyance Adv Proceeding | 25.50 | $9,690.00 |
| Hearings | 4.90 | $2,327.50 |
| Travel/Non-Working | 0.40 | $190.00 |
| **Total** | **75.80** | **$25,584.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 9/1/02 through 9/30/02 |
|---|---|
| Velobingings | $45.00 |
| Tabs | $24.00 |
| Photocopying | $913.35 |
| Long-Distance Tel. | $571.50 |
| Messenger Service | $132.89 |
| Cab Fares | $74.72 |
| **Total** | **$1,761.46** |

---

[1] Rates increased as part of the normal yearly review.

KL2:2181271.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated:  November 4, 2002

- 4 -

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.20 | 415.00 | 83.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 6.70 | 175.00 | 1,172.50 |
| | Subtotal | 6.90 | $ | 1,255.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.90 | 475.00 | 2,327.50 |
| BECKER, GARY M. | CRED | 2.80 | 415.00 | 1,162.00 |
| | Subtotal | 7.70 | $ | 3,489.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| | Subtotal | 0.20 | $ | 95.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 475.00 | 190.00 |
| BECKER, GARY M. | CRED | 9.30 | 415.00 | 3,859.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 12.90 | 175.00 | 2,257.50 |
| | Subtotal | 22.60 | $ | 6,307.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 475.00 | 190.00 |
| O'HANLON, GRACE | LITI | 6.80 | 300.00 | 2,040.00 |
| | Subtotal | 7.20 | $ | 2,230.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

### *FRAUDULENT CONVEYANCE ADV. PROCEEDING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 7.80 | 475.00 | 3,705.00 |
| SCHMIDT, ROBERT T. | CRED | 1.10 | 450.00 | 495.00 |
| CATON, AMY | CRED | 0.20 | 380.00 | 76.00 |
| BECKER, GARY M. | CRED | 10.60 | 415.00 | 4,399.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 5.80 | 175.00 | 1,015.00 |
| | Subtotal | 25.50 | $ | 9,690.00 |

### *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.90 | 475.00 | 2,327.50 |
| | Subtotal | 4.90 | $ | 2,327.50 |

### *TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 475.00 | 190.00 |
| | Subtotal | 0.40 | $ | 190.00 |
| | Total | 75.40 | $ | 25,584.50 |

KL4:2060385.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 19.00 | 475.00 | 9,025.00 |
| SCHMIDT, ROBERT T. | PARTNER | 1.10 | 450.00 | 495.00 |
| CATON, AMY | ASSOCIATE | 0.20 | 380.00 | 76.00 |
| O'HANLON, GRACE | ASSOCIATE | 6.80 | 300.00 | 2,040.00 |
| BECKER, GARY M. | ASSOCIATE | 22.90 | 415.00 | 9,503.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 25.40 | 175.00 | 4,445.00 |
| | Total | 75.40 | | $25,584.50 |

KL4:2060385.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| VELOBINDINGS | 45.00 |
| TABS | 24.00 |
| PHOTOCOPYING | 913.35 |
| LONG-DISTANCE TEL. | 571.50 |
| MESSENGER SERVICE | 132.89 |
| CAB FARES | 74.72 |
| Subtotal | $1,761.46 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 487.12 |
| MEALS | 7.25 |
| Subtotal | $494.37 |

alp_132c: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:49

Client No: 056772

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu.services

## PRE-BILLING SUMMARY REPORT

| | | | | | FEES | COSTS |
|---|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 09/30/2002 | | | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 09/30/2002 | | | |

| | | | |
|---|---|---|---|
| GROSS BILLABLE AMOUNT: | | 25,584.50 | 1,761.46 |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| DISB RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | 09/30/2002 | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| | FEES | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|---|
| ACCOUNTS RECEIVABLE TOTALS | 140,781.15 | | PAID FEE RETAINER: | 0.00 |
| FEES: | 140,781.15 | | PAID DISB RETAINER: | 0.00 |
| DISBURSEMENTS: | 10,221.42 | | TOTAL AVAILABLE FUNDS: | 0.00 |
| FEE RETAINER: | 0.00 | | TRUST BALANCE: | |
| DISB RETAINER: | 0.00 | | | |
| TOTAL OUTSTANDING: | 151,002.57 | | | |

## BILLING HISTORY

| | | UNAPPLIED CASH |
|---|---|---|
| DATE OF LAST BILL: | 10/31/02 | LAST PAYMENT DATE: | 10/30/02 |
| LAST BILL NUMBER: | 359721 | FEES BILLED TO DATE: | 434,743.50 |
| LAST BILL THRU DATE: | 09/30/02 | | |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

```
(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development       (10) Client Arrangement
```

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

a1p_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Run Date & Time: 10/31/2002 10:18:32

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## B I L L E D   T I M E   S U M M A R Y

|  |  |  | ----- Total ----- | Billed |  |
| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 02495 BENTLEY, PHILIP | PARTNER | 09/03/02 | 09/27/02 | 19.00 | 9,025.00 |
| 03699 SCHMIDT, ROBERT T. | PARTNER | 09/09/02 | 09/12/02 | 1.10 | 495.00 |
| 04418 CATON, AMY | ASSOCIATE | 09/12/02 | 09/12/02 | 0.20 | 76.00 |
| 05039 O'HANLON, GRACE | ASSOCIATE | 09/20/02 | 09/20/02 | 6.80 | 2,040.00 |
| 05292 BECKER, GARY M. | ASSOCIATE | 09/03/02 | 09/23/02 | 22.90 | 9,503.50 |
| 05208 MANGUAL, KATHLEEN | PARALEGAL | 09/04/02 | 09/27/02 | 25.40 | 4,445.00 |
| **Total:** |  |  |  | **75.40** | **25,584.50** |

## B I L L E D   C O S T S   S U M M A R Y

|  |  | Oldest | Latest | Total |
| Code | Description | Entry | Entry | Amount |
| --- | --- | --- | --- | --- |
| 0816 | VELOBINDINGS | 09/13/02 | 09/13/02 | 45.00 |
| 0817 | TABS | 09/23/02 | 09/23/02 | 24.00 |
| 0820 | PHOTOCOPYING | 09/05/02 | 09/25/02 | 913.35 |
| 0885 | LONG-DISTANCE TEL. | 09/03/02 | 09/15/02 | 7.04 |
| 0910 | LONG DIST. TELE. | 09/17/02 | 09/30/02 | 564.46 |
| 0930 | MESSENGER/COURIER | 09/17/02 | 09/30/02 | 132.89 |
| 0940 | CAB FARES | 09/17/02 | 09/30/02 | 74.72 |
| 0942 | MEALS/IN-HOUSE | 09/27/02 | 09/27/02 | 0.00 |
| **Total** |  |  | **Total Billed** | **1,761.46** |

**Grand Total** ========== 27,345.96

## A C C O U N T S   R E C E I V A B L E   S U M M A R Y

(Reflects Payments As of 10/31/02 10:18:32)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Collections Total | Collections Date | Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/27/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 |  | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 32,503.50 | 5,545.49 |  | 31,375.29 | 09/13/02 | 6,643.70 |
| 11/29/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 |  | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,031.62 |  | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 |  | 28,312.23 |  | 6,493.50 |
| 05/31/02 | 04/30/02 | 352100 | 24,594.00 | 2,669.24 |  | 25,704.44 | 09/13/02 | 1,558.80 |
| 06/10/02 | 04/30/02 | 352100 | 7,600.00 |  |  |  |  | 7,600.00 |
| 06/18/02 | 05/31/02 | 352980 | 19,420.00 | 2,297.61 |  | 21,683.21 | 10/30/02 | 26.40 |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 |  |  |  |  | 4,820.00 |
| 08/15/02 | 06/30/02 | 357518 | 19,955.50 | 388.00 |  | 16,702.61 | 10/30/02 | 4,078.50 |
| 08/19/02 | 07/31/02 | 357518 | 28,082.50 | 1,121.59 |  |  |  | 29,205.09 |
| 09/30/02 | 08/31/02 | 358460 | 33,598.50 | 7,190.62 |  |  |  | 40,789.12 |
| 10/21/02 | 09/30/02 | 359721 | 25,584.50 | 1,761.46 |  |  |  | 27,345.96 |
| **Total:** |  |  | **335,476.00** | **33,847.99** | **27,345.96** | **218,321.42** |  | **151,002.57** |

alp_132c: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:18:32

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 10/31/02 10:18:32)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 10/31/2002 10:17:45

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1603823
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

──────────────────────────────────────── PRE-BILLING SUMMARY REPORT ────────────────────────────────────────

                              UNBILLED TIME FROM:      09/05/2002                      TO:    09/24/2002
                              UNBILLED DISB FROM:      09/03/2002                      TO:    09/30/2002

                                                    FEES                                    COSTS

        GROSS BILLABLE AMOUNT:                   1,255.50                               1,759.36
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
           ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:                           09/24/2002                            09/30/2002
    CLOSE MATTER/FINAL BILLING?        YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

    ─────────────────────── ACCOUNTS RECEIVABLE TOTALS ───────────────────────        ─────── UNAPPLIED CASH ───────

                    FEES:               11,253.00              UNIDENTIFIED RECEIPTS:          0.00
           DISBURSEMENTS:                3,296.84              PAID FEE RETAINER:              0.00
           FEE RETAINER:                    0.00              PAID DISB RETAINER:             0.00
          DISB RETAINER:                    0.00              TOTAL AVAILABLE FUNDS:          0.00
     TOTAL OUTSTANDING:                  14,549.84              TRUST BALANCE:
                                                               BILLING HISTORY

               DATE OF LAST BILL:           10/31/02              LAST PAYMENT DATE:           10/30/02
               LAST BILL NUMBER:            359721              FEES BILLED TO DATE:          135,137.50
               LAST BILL THRU DATE:         09/30/02.

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1)  Exceeded Fixed Fee          (6)  Summer Associate
        (2)  Late Time & Costs Posted    (7)  Fixed Fee
        (3)  Pre-arranged Discount       (8)  Premium
        (4)  Excessive Legal Time        (9)  Rounding
        (5)  Business Development        (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:          1603823
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 09/11/02 | 09/11/02 | 0.20 | 83.00 |
| 05208 | MANUAL, KATHLEEN | CRED | 09/05/02 | 09/24/02 | 6.70 | 1,172.50 |
| | | | Total: | | 6.90 | 1,255.50 |

Sub-Total Hours :   0.00 Partners   0.00 Counsels   6.70 Legal Assts   0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 09/13/02 | 09/13/02 | 45.00 |
| 0817 | TABS | 09/13/02 | 09/23/02 | 24.00 |
| 0820 | PHOTOCOPYING | 09/03/02 | 09/25/02 | 911.25 |
| 0885 | LONG-DISTANCE TEL. | 09/05/02 | 09/19/02 | 7.04 |
| 0910 | LONG DIST. TELE. | 09/17/02 | 09/17/02 | 564.46 |
| 0930 | MESSENGER/COURIER | 09/17/02 | 09/30/02 | 132.89 |
| 0940 | CAB FARES | 09/17/02 | 09/27/02 | 74.72 |
| 0942 | MEALS/IN-HOUSE | 09/27/02 | 09/27/02 | 0.00 |
| | | | Total: | 1,759.36 |
| | | | Grand Total | 3,014.86 |

## ACCOUNTS RECEIVABLE

(Reflects Payments As of 10/31/02 10:17:45)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 35,884.50 | 4,164.07 | | 40,038.57 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341159 | 15,920.50 | 1,491.63 | | 17,412.13 | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 10,001.50 | 1,059.00 | | 11,060.50 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 9,230.00 | 1,455.48 | | 10,685.48 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 | | 15,463.97 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 6,262.00 | 2,100.07 | | 8,362.07 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | 6,342.89 | .00 | 6,342.89 |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 | | 5,192.09 | .00 | 5,192.09 |
| 10/21/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 | | 3,014.86 | .00 | 3,014.86 |
| Total: | | | 114,412.50 | 16,514.51 | | 116,377.17 | | 14,549.84 |

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1603823
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/11/02 | Conf. with Bentley re various case issues (0.2). | 0.20 | 83.00 | 4321095 | 09/16/02 | |
| **Total For BECKER G - 05292** | | | **0.20** | **83.00** | | | |
| MANGUAL, KATHLEEN | 09/05/02 | disc/w C.McKinnon re: initial report for fifth interim and new matters (.20) | 0.20 | 35.00 | 4315046 | 09/12/02 | |
| MANGUAL, KATHLEEN | 09/09/02 | update pleadings index and correspondence to main case and several adv proc (1.7) | 1.70 | 297.50 | 4347764 | 10/01/02 | |
| MANGUAL, KATHLEEN | 09/17/02 | preparation of files to have sent to records, organization of such (4.0) | 4.00 | 700.00 | 4331223 | 09/23/02 | |
| MANGUAL, KATHLEEN | 09/23/02 | review pacer for recent pleadings (.60) | 0.60 | 105.00 | 4347765 | 10/01/02 | |
| MANGUAL, KATHLEEN | 09/24/02 | daily review of Sealed Air docket per PB re: recently filed pleadings (.40); trade email w/ C.McKinnon re: initial reports filed (.20) | 0.20 | 35.00 | 4347766 | 10/01/02 | |
| **Total For MANGUAL K - 05208** | | | **6.70** | **1,172.50** | | | |

**Fee Total** : **6.90** **1,255.50**

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| VELOBINDINGS | | | | | | | |
| VELOBINDINGS | 0816 | MANGUAL, K M | 09/13/02 | 45.00 | 5759323 | 83549 | 09/24/02 |
| Robert Scott | | | | | | | |
| | | **0816 VELOBINDINGS Total :** | | **45.00** | | | |
| TABS | | | | | | | |
| TABS | 0817 | MANGUAL, K M | 09/13/02 | 12.00 | 5759285 | 83548 | 09/24/02 |
| Robert Scott | | | | | | | |
| TABS | | MANGUAL, K M | 09/23/02 | 12.00 | 5761117 | 83640 | 09/25/02 |
| Wayne Levy | | | | | | | |
| | | **0817 TABS Total :** | | **24.00** | | | |
| PHOTOCOPYING | | | | | | | |
| PHOTOCOPYING | 0820 | BENTLEY, P | 09/03/02 | 0.90 | 5739413 | 82986 | 09/11/02 |
| BENTLEY PHILIP | | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 09/04/02 | 0.90 | 5735960 | 82928 | 09/10/02 |
| BENTLEY PHILIP | | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 09/05/02 | 3.15 | 5736601 | 82929 | 09/10/02 |
| BENTLEY PHILIP | | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:   1603823
Bill Frequency: M

Status   : ACTIVE

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| BECKER, GARY M. | | | | | | |
| PHOTOCOPYING | BECKER, G M | 09/05/02 | 0.15 | 5736602 | 82929 | 09/10/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/06/02 | 7.65 | 5737293 | 82930 | 09/10/02 |
| PHOTOCOPYING | BENTLEY, P | 09/09/02 | 3.45 | 5737294 | 82930 | 09/10/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/09/02 | 22.65 | 5737295 | 82930 | 09/10/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/10/02 | 3.30 | 5739414 | 82986 | 09/11/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/10/02 | 2.10 | 5739415 | 82986 | 09/11/02 |
| PHOTOCOPYING | MANUAL, K M | 09/10/02 | 365.70 | 5748535 | 83248 | 09/18/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/12/02 | 2.10 | 5743057 | 83118 | 09/13/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/13/02 | 1.80 | 5745966 | 83190 | 09/17/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/13/02 | 39.00 | 5749158 | 83249 | 09/18/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/18/02 | 13.50 | 5751467 | 83340 | 09/19/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/20/02 | 127.35 | 5756071 | 83479 | 09/23/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/20/02 | 8.10 | 5756072 | 83479 | 09/23/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/20/02 | 1.50 | 5759464 | 83551 | 09/24/02 |
| PHOTOCOPYING | BENTLEY, P | 09/20/02 | 154.20 | 5791617 | 84740 | 10/10/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/23/02 | 30.30 | 5761258 | 83642 | 09/25/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/23/02 | 80.25 | 5761259 | 83642 | 09/25/02 |
| PHOTOCOPYING | MANUAL, K M | 09/23/02 | 35.85 | 5761260 | 83642 | 09/25/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/24/02 | 1.80 | 5761261 | 83642 | 09/25/02 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/24/02 | 0.75 | 5761262 | 83642 | 09/25/02 |
| MANUAL, KATHLEEN | | | | | | |
| PHOTOCOPYING | MANUAL, K M | 09/24/02 | 3.90 | 5761263 | 83642 | 09/25/02 |
| PHOTOCOPYING | BENTLEY, P | 09/25/02 | 0.90 | 5763951 | 83694 | 09/26/02 |
| BENTLEY PHILIP | | | | | | |

0820 PHOTOCOPYING Total :          911.25

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   5

| Matter No: 056772-00001 | |
|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : CASE ADMINISTRATION | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number:   1603823
Bill Frequency: M

Status  : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL.            0885 | | | | | | |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/05/02 | 1.18 | 5738096 | 82932 | 09/10/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/11/02 | 0.30 | 5743433 | 83119 | 09/13/02 |
| 3128613412 | | | | | | |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/12/02 | 0.30 | 5737711 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 3128613412 | BENTLEY, P | 09/12/02 | 0.30 | 5737712 | 83421 | 09/20/02 |
| 3128612460 | | | | | | |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/13/02 | 1.18 | 5737713 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/17/02 | 0.23 | 5737714 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/18/02 | 0.59 | 5737715 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/18/02 | 1.48 | 5737716 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 2146983868 | MANGUAL, K M | 09/19/02 | 0.30 | 5737717 | 83421 | 09/20/02 |
| LONG-DISTANCE TEL. | | | | | | |
| 3128613412 | MANGUAL, K M | 09/19/02 | 1.18 | 5737718 | 83421 | 09/20/02 |
| 3128613412 | | | | | | |

0885 LONG-DISTANCE TEL. Total :     7.04

| LONG DIST TELE.                0910 | | | | | | |
|---|---|---|---|---|---|---|
| DERAVENTURES, INC. | | | | | | |
| LONG DIST. TELE. - VENDOR-DERAVENTURES, INC. | BENTLEY, P | 09/17/02 | 564.46 | 5747270 | 83223 | 09/17/02 |

0910 LONG DIST. TELE. Total :   564.46

| MESSENGER/COURIER              0930 | | | | | | |
|---|---|---|---|---|---|---|
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/17/02 | 12.96 | 5758414 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/17/02 | 10.61 | 5758426 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 10.61 | 5758461 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 12.35 | 5758462 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 10.61 | 5758463 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 10.61 | 5758464 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 13.24 | 5758465 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 13.24 | 5758466 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/18/02 | 10.61 | 5758467 | 8353.3 | 09/23/02 |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 09/30/02 | 28.05 | 5771455 | 84008 | 09/30/02 |
| MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS CORPORATION | | | | | | |

0930 MESSENGER/COURIER Total :   132.89

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_112r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

PAGE    6

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:          1603823
Bill Frequency: M

Status          : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES          0940 | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 09/17/02 | 12.00 | 5746968 | 83204 | 09/18/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 09/13/02 | | | | | | |
| DIAL CAR INC. | SEAWRIGHT, J | 09/20/02 | 46.92 | 5755087 | 83449 | 09/20/02 |
| CAB FARES - VENDOR-DIAL CAR INC. 8/5/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 09/27/02 | 11.00 | 5767105 | 83863 | 09/27/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 09/12/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 09/27/02 | 4.80 | 5767107 | 83863 | 09/27/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 09/03/02 | | | | | | |
| | | 0940 CAB FARES Total : | 74.72 | | | |
| MEALS/IN-HOUSE          0942 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 09/27/02 | 0.00 | 5767104 | 83863 | 09/27/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER 09/12/02 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 09/27/02 | 0.00 | 5767106 | 83863 | 09/27/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER 09/03/02 | | | | | | |
| | | 0942 MEALS/IN-HOUSE Total : | 0.00 | | | |

Costs Total :          1,759.36

a1p_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495       1603823
Matter Name : CASE ADMINISTRATION                          Supv Prtnr  : MAYER THOMAS MOERS - 03976    Bill Frequency: M
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                                    Billed    W/o / W/u    Transfer  To    Clnt/Mtr    Carry Forward

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.20 | 83.00 | | | | | |
| MANGUAL, KATHLEEN | 6.70 | 1,172.50 | | | | | |
| **Total:** | **6.90** | **1,255.50** | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 45.00 | | | | | |
| 0817 TABS | 24.00 | | | | | |
| 0820 PHOTOCOPYING | 911.25 | | | | | |
| 0885 LONG-DISTANCE TEL. | 7.04 | | | | | |
| 0910 LONG DIST. TELE. | 564.46 | | | | | |
| 0930 MESSENGER/COURIER | 132.89 | | | | | |
| 0940 CAB FARES | 74.72 | | | | | |
| 0942 MEALS/IN-HOUSE | 0.00 | | | | | |
| **Costs Total :** | **1,759.36** | | | | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      8

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    16038214
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 01976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------

                                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   09/03/2002                    TO:            09/24/2002
UNBILLED DISB FROM:                                 TO:

                                          FEES                            COSTS

GROSS BILLABLE AMOUNT:                   3,489.50                          0.00
AMOUNT WRITTEN DOWN:
      PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
      THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES      OR      NO
EXPECTED DATE OF COLLECTION:                        09/24/2002

BILLING PARTNER APPROVAL:

            BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------------------------

                                      ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

                                                             UNIDENTIFIED RECEIPTS:              0.00
      FEES:                              6,407.00            PAID FEE RETAINER:                  0.00
DISBURSEMENTS:                             135.59            PAID DISB RETAINER:                 0.00
FEE RETAINER:                                0.00            TOTAL AVAILABLE FUNDS:              0.00
DISB RETAINER:                               0.00            TRUST BALANCE:
TOTAL OUTSTANDING:                       6,542.59

                                           BILLING HISTORY

DATE OF LAST BILL:       10/31/02                   LAST PAYMENT DATE:       10/30/02
LAST BILL NUMBER:          359721                   FEES BILLED TO DATE:    41,024.50
LAST BILL THRU DATE:     09/30/02

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee             (6) Summer Associate
      (2) Late Time & Costs Posted       (7) Fixed Fee
      (3) Pre-arranged Discount          (8) Premium
      (4) Excessive Legal Time           (9) Rounding
      (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____      Processed by: _____      FRC: _____      CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1603824
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 09/11/02 | 09/24/02 | 4.90 | 2,327.50 |
| 05292 | BECKER, GARY M. | CRED | 09/03/02 | 09/23/02 | 2.80 | 1,162.00 |
| | Total: | | | | 7.70 | 3,489.50 |

Sub-Total Hours :   4.90 Partners   0.00 Counsels   2.80 Associates   0.00 Legal Assts   0.00 Others

**ACCOUNTS RECEIVABLE** (Reflects Payments As of 10/31/02 10:17:46)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/27/01 | 08/31/01 | 339400 | 5,226.00 | 997.34 | | 6,223.34 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341159 | 1,300.00 | .00 | | 1,300.00 | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 1,507.50 | 434.03 | | 1,941.53 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 1,080.00 | 197.20 | | 1,277.20 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 344677 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 3,895.00 | .12 | | 3,895.12 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | .00 | | 1,302.09 |
| 09/30/02 | 08/31/02 | 358460 | 1,630.00 | 121.00 | | .00 | | 1,751.00 |
| 10/21/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | .00 | | 3,489.50 |
| | | Total: | 29,209.50 | 2,096.27 | | 24,763.18 | | 6,542.59 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE    10

Run Date & Time: 10/31/2002 10:17:46

**\*PRIVILEGED AND CONFIDENTIAL\***

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975                     Proforma Number:    1603824
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/11/02 | Prepare for tomorrow's committee call. | 0.40 | 190.00 | 4340143 | 09/30/02 |
| BENTLEY, PHILIP | 09/12/02 | Committee conference call, prepare for same and discs. TW and voicemail re same. | 1.70 | 807.50 | 4340144 | 09/30/02 |
| BENTLEY, PHILIP | 09/23/02 | Review Cybergenics decision, confs.GB and TW re same, and prepare memo to Committee re impact of same on Sealed Air suit. | 1.40 | 665.00 | 4340159 | 09/30/02 |
| BENTLEY, PHILIP | 09/24/02 | Prepare memo to Committee re impact of Cybergenics decision, and discs. GB, MS and voicemail re same. | 1.40 | 665.00 | 4340160 | 09/30/02 |
| Total For BENTLEY P - 02495 | | | 4.90 | 2,327.50 | | |
| BECKER, GARY M. | 09/03/02 | Conf. with chairman of equity committee re various case issues (0.4). | 0.40 | 166.00 | 4311584 | 09/12/02 |
| BECKER, GARY M. | 09/12/02 | Prepare for and participate in conf. call with Committee (1.4). | 1.40 | 581.00 | 4324550 | 09/18/02 |
| BECKER, GARY M. | 09/23/02 | Prepare memo to Equity Committee re Cybergenics opinion (1.0). | 1.00 | 415.00 | 4337437 | 09/27/02 |
| Total For BECKER G - 05292 | | | 2.80 | 1,162.00 | | |
| | | Fee Total | 7.70 | 3,489.50 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M          1603824

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 4.90 | 2,327.50 | | | | | |
| BECKER, GARY M. | 2.80 | 1,162.00 | | | | | |
| Total: | 7.70 | 3,489.50 | | | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                    PAGE   12
Run Date & Time: 10/31/2002 10:17:46                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:          1603825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status         : ACTIVE


Special Billing Instructions:                               PRE-BILLING SUMMARY REPORT


                UNBILLED TIME FROM:  09/27/2002                   TO:        09/27/2002
                UNBILLED DISB FROM:                               TO:

                                                                 FEES                 COSTS

      GROSS BILLABLE AMOUNT:                                     95.00                 0.00
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
      ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
               THRU DATE:
      CLOSE MATTER/FINAL BILLING?       YES  OR  NO
      EXPECTED DATE OF COLLECTION:                  09/27/2002


      BILLING PARTNER APPROVAL:                                      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:        BENTLEY PHILIP - 02495


                               ACCOUNTS RECEIVABLE TOTALS                UNIDENTIFIED RECEIPTS:              0.00
                                                                         PAID FEE RETAINER:                 0.00
             FEES:                          95.00                        PAID DISB RETAINER:                0.00
      DISBURSEMENTS:                       198.00                        TOTAL AVAILABLE FUNDS:             0.00
      FEE RETAINER:                          0.00
      DISB RETAINER:                         0.00                        TRUST BALANCE:
      TOTAL OUTSTANDING:                   293.00
                                                                         BILLING HISTORY

      DATE OF LAST BILL:        10/31/02              LAST PAYMENT DATE:        10/30/02
      LAST BILL NUMBER:         359721                FEES BILLED TO DATE:       732.50
      LAST BILL THRU DATE:      09/30/02


FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

         (1)  Exceeded Fixed Fee           (6)  Summer Associate
         (2)  Late Time & Costs Posted     (7)  Fixed Fee
         (3)  Pre-arranged Discount        (8)  Premium
         (4)  Excessive Legal Time         (9)  Rounding
         (5)  Business Development         (10) Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Run Date & Time: 10/31/2002 10:17:46

| | |
|---|---|
| Matter No: 056772-00005 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : BANKR. MOTIONS | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:     1603825
Bill Frequency: M

Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                          **------- Total -------**          **Billed**           **-------------------**

| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | CRED | 09/27/02 | 09/27/02 | 0.20 | 95.00 |
| Total: | | | | 0.20 | 95.00 |

Sub-Total Hours  :     0.20 Partners     0.00 Counsels     0.00 Associates     0.00 Legal Asnts     0.00 Others

**A C C O U N T S   R E C E I V A B L E**   (Reflects Payments As of 10/31/02 10:17:46)

| Bill Date Thru Date Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| 08/19/02 07/31/02 356269 | | 198.00 | | .00 | | 198.00 |
| 10/21/02 09/30/02 359721 | 95.00 | .00 | | .00 | | 95.00 |
| Total: | 95.00 | 198.00 | | .00 | | 293.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 10/31/2002 10:17:46

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1603825
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/27/02 | Review motion to amend Norris compensation and discs. GB re same. | 0.20 | 95.00 | 4346619 | 10/01/02 |
| Total For BENTLEY P - 02495 | | | 0.20 | 95.00 | | |
| | | Fee Total | 0.20 | 95.00 | | |

alp_132i: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS - 06975               Proforma Number:    16038025
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR MOTIONS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 95.00 | | | | | |
| Total: | 0.20 | 95.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  16

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1603826
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      09/05/2002      TO:      09/30/2002
UNBILLED DISB FROM:      09/25/2002      TO:      09/25/2002

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 6,307.00 | 2.10 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      09/30/2002      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| | | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | | PAID DISB RETAINER: | 0.00 |
| FEES: | 11,139.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISBURSEMENTS: | 2.10 | TRUST BALANCE: | |
| FEE RETAINER: | 0.00 | | |
| DISB RETAINER: | 0.00 | | |
| TOTAL OUTSTANDING: | 11,141.60 | | |

BILLING HISTORY

| | | | UNAPPLIED CASH |
|---|---|---|---|
| DATE OF LAST BILL: | 10/31/02 | LAST PAYMENT DATE: | 10/30/02 |
| LAST BILL NUMBER: | 359721 | FEES BILLED TO DATE: | 38,343.50 |
| LAST BILL THRU DATE: | 09/30/02 | | |

Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development      (10) Client Arrangement

BILL NUMBER:_____      DATE OF BILL:_____      Processed by:_____      FRC:_____      CRC:_____

alp_132r: Billed Charges Analysis
Run Date & Time: 10/31/2002 10:17:46

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1603826
Bill Frequency: M

Status : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|-------------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 09/11/02 | 09/13/02 | 0.40 | 190.00 |
| 05292 | BECKER, GARY M | CRED | 09/11/02 | 09/30/02 | 9.30 | 3,859.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 09/05/02 | 09/27/02 | 12.90 | 2,257.50 |
| | Total: | | | | 22.60 | 6,307.00 |

Sub-Total Hours :   0.40 Partners   0.00 Counsels   9.30 Associates   12.90 Legal Assts   0.00 Others

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/25/02 | 09/25/02 | 2.10 |
| | Total | | | 2.10 |

Grand Total   6,309.10

## A C C O U N T S   R E C E I V A B L E   S U M M A R Y

(Reflects Payments As of 10/31/02 10:17:46)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 09/27/01 | 08/31/01 | 339400 | 357.50 | .00 | | 357.50 | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 3,919.00 | 76.11 | | 3,995.11 | 09/13/02 | |
| 11/27/01 | 10/31/01 | 342994 | 3,356.00 | 51.69 | | 3,407.69 | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344603 | 2,532.50 | 63.68 | | 2,596.18 | 03/05/02 | |
| 01/18/02 | 12/31/01 | 345677 | 1,816.50 | 29.58 | | 1,846.08 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352000 | 2,477.50 | 29.58 | | 2,507.08 | 09/13/02 | |
| 06/18/02 | 05/31/02 | 352980 | 4,370.00 | 21.01 | | 4,391.01 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 1,315.00 | .00 | | 1,315.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,922.50 | .00 | | .00 | | 1,922.50 |
| 09/30/02 | 08/31/02 | 358460 | 2,910.00 | .00 | | .00 | | 2,910.00 |
| 10/21/02 | 09/30/02 | 359721 | 6,307.00 | 2.10 | | .00 | | 6,309.10 |
| | | Total: | 31,283.50 | 273.75 | | 20,415.65 | | 11,141.60 |