a1p_112r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1603826
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/11/02 | Review fee applications and trade emails re same. | 0.10 | 47.50 | 4340145 | 09/30/02 |
| BENTLEY, PHILIP | 09/13/02 | Review quarterly fee application and discs. GB and KM re same. | 0.30 | 142.50 | 4340146 | 09/30/02 |
| **Total For BENTLEY P - 02495** | | | **0.40** | **190.00** | | |
| BECKER, GARY M. | 09/11/02 | Review fee auditors initial report for period through December 31, 2001 (0.4); conf. with fee auditors office re reclassification of time entries (0.2) | 0.60 | 249.00 | 4321096 | 09/16/02 |
| BECKER, GARY M. | 09/12/02 | Review and resort time records to conform to new categories adopted by fee auditor and conf. with Mangual and accounting department re same (1.0). | 1.00 | 415.00 | 4324551 | 09/18/02 |
| BECKER, GARY M. | 09/13/02 | Review and revise fee reallocation to comply with fee auditor request (1.4); conf. with K. Mangual re fee allocation (0.5); conf. with accounting re fee allocation (0.2) | 2.10 | 871.50 | 4324271 | 09/18/02 |
| BECKER, GARY M. | 09/17/02 | Attention to summary chart for fee auditor and conf. with Mangual re same (0.8) | 0.80 | 332.00 | 4324557 | 09/18/02 |
| BECKER, GARY M. | 09/18/02 | Conf. with Mangual re issues related to fee auditor categorization. | 0.50 | 207.50 | 4330317 | 09/22/02 |
| BECKER, GARY M. | 09/24/02 | Conf. with K. Mangual re fee auditor report. | 0.20 | 83.00 | 4337450 | 09/25/02 |
| BECKER, GARY M. | 09/25/02 | Prepare letter to fee auditor re initial report on K1 fees for period through December 31, 2001 (1.9); conf. with Mayer and Bentley re fee auditor letter (0.3) | 2.20 | 913.00 | 4337453 | 09/27/02 |
| BECKER, GARY M. | 09/26/02 | Prepare response to fee Auditor's initial report on Fifth Interim application (1.1); conf. with P. Bentley and K. Mangual re fee auditor report (0.5). | 1.60 | 664.00 | 4339222 | 09/27/02 |
| BECKER, GARY M. | 09/30/02 | Conf. with Mangual re fee applications and auditors; responses. | 0.30 | 124.50 | 4347803 | 10/01/02 |
| **Total For BECKER G - 05292** | | | **9.30** | **3,859.50** | | |
| MANGUAL, KATHLEEN | 09/05/02 | review time detail for interim fee app (.40) | 0.40 | 70.00 | 4315005 | 09/12/02 |
| MANGUAL, KATHLEEN | 09/11/02 | draft k1 quarterly fee app; review info from pacer (1.3) | 1.30 | 227.50 | 4331757 | 09/23/02 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Matter No: 056772-00008                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1603826
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/13/02 | coordination w/ accounting and GB re: spreadsheet for Project Category Summary Report; begin drafting spreadsheet and attend to small and fedex to fee auditor re: such (3.0) | 3.00 | 525.00 | 4331225 09/23/02 | |
| MANGUAL, KATHLEEN | 09/17/02 | several disc/w LaVern re: KL project category spreadsheet,draft spreadsheet; review numbers and several disc/w accounting (2.5); revision of KL interim fee app and attend to fedex to local counsel (.90) | 3.40 | 595.00 | 4331226 09/23/02 | |
| MANGUAL, KATHLEEN | 09/18/02 | revise project category spreadsheet to reflect fee auditors comments, recalculate fee's and add expense reports (3.0) | 3.00 | 525.00 | 4331227 09/23/02 | |
| MANGUAL, KATHLEEN | 09/26/02 | review UST guidelines and McKinneys re: several fee issues per GB (.60) | 0.60 | 105.00 | 4347767 10/01/02 | |
| MANGUAL, KATHLEEN | 09/27/02 | mtg w/ accounting regarding concerns addressed by fee auditor and discussion w/ GB regarding such, review answer from GB to trustee (1.2) | 1.20 | 210.00 | 4347768 10/01/02 | |

Total For MANGUAL K - 05208                                                                12.90    2,257.50

Fee Total                                                                                  22.60    6,307.00

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING PHOTOCOPYING 0820 BECKER GARY M. | BECKER, G M | 09/25/02 | 2.10 | 5763952 | 83694 | 09/26/02 |

0820 PHOTOCOPYING Total :                          2.10

Costs Total :                                      2.10

alp_112r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1603826
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward | Status |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.40 | 190.00 | | | | | |
| BECKER, GARY M. | 9.30 | 3,859.50 | | | | | |
| MANGUAL, KATHLEEN | 12.90 | 2,257.50 | | | | | |
| **Total:** | **22.60** | **6,307.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 2.10 | | | | |
| | **Costs Total :** | **2.10** | | | | |

```
aip_112r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   21
Run Date & Time: 10/31/2002 10:17:46                      *PRIVILEGED AND CONFIDENTIAL*

Matter No:  056772-00012                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     1603828
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions:


                                                       PRE-BILLING SUMMARY REPORT


                    UNBILLED TIME FROM:     09/04/2002                 TO:  09/23/2002
                    UNBILLED DISB FROM:                                TO:

                                            FEES                                                  COSTS

   GROSS BILLABLE AMOUNT:                 2,230.00                                                0.00
   AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
        THRU DATE:
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:                09/23/2002

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:            BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                               ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

   FEES:                              56,422.95        UNIDENTIFIED RECEIPTS:                 0.00
   DISBURSEMENTS:                      1,404.74                PAID FEE RETAINER:             0.00
   FEE RETAINER:                           0.00                PAID DISB RETAINER:            0.00
   DISB RETAINER:                          0.00        TOTAL AVAILABLE FUNDS:                 0.00
   TOTAL OUTSTANDING:                 57,827.69                TRUST BALANCE:
                                                                                             0.00

                                                       BILLING HISTORY

   DATE OF LAST BILL:     10/31/02                 LAST PAYMENT DATE:      10/30/02
   LAST BILL NUMBER:      359721                   FEES BILLED TO DATE:   117,993.00
   LAST BILL THRU DATE:   09/30/02


FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

                             (1) Exceeded Fixed Fee          (6) Summer Associate
                             (2) Late Time & Costs Posted    (7) Fixed Fee
                             (3) Pre-arranged Discount       (8) Premium
                             (4) Excessive Legal Time        (9) Rounding
                             (5) Business Development        (10) Client Arrangement


BILL NUMBER:_____          DATE OF BILL:_____      Processed by:_____   FRC:_____            CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:46

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE 22

Matter No: 056772-00012

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)

Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975

Bill Prtnr : BENTLEY PHILIP - 02495

Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1603828

Bill Frequency: M

Status    : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 09/04/02 | 09/04/02 | 0.40 | 190.00 |
| 05039 | O'HANLON, GRACE | LITI | 09/20/02 | 09/23/02 | 6.80 | 2,040.00 |
| | Total: | | | | 7.20 | 2,230.00 |

Sub-Total Hours :   0.40 Partners   0.00 Counsels   6.80 Associates   0.00 Legal Assts   0.00 Others

## ACCOUNTS RECEIVABLE

(Reflects Payments As of 10/31/02 10:17:46)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | From OA Applied | Total Collections | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| 09/27/01 | 08/31/01 | 339400 | 16,485.50 | 66.22 | | 5,639.52 | 11/30/01 | 10,882.20 |
| 10/29/01 | 09/30/01 | 341359 | 10,560.00 | 4,236.22 | | 8,668.05 | 09/13/02 | 6,125.95 |
| 11/27/01 | 10/31/01 | 342994 | 9,726.00 | 139.10 | | 4,522.17 | 01/22/02 | 5,337.00 |
| 12/27/01 | 11/30/01 | 344503 | 7,256.50 | 1,316.26 | | 4,551.96 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 16,992.50 | 871.96 | | 13,535.96 | 09/11/02 | 4,273.50 |
| 05/31/02 | 04/30/02 | 352100 | 3,277.50 | 1,123.85 | | 4,401.35 | 09/13/02 | .00 |
| 06/18/02 | 05/31/02 | 352980 | 3,845.00 | 176.41 | | 4,021.41 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,456.00 | 41.90 | | 3,199.40 | 10/30/02 | 3,456.00 |
| 08/19/02 | 07/31/02 | 356260 | 3,456.00 | | | .00 | | 3,456.00 |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | .00 | | 21,513.24 |
| 10/21/02 | 09/30/02 | 359721 | 2,230.00 | .00 | | .00 | | 2,230.00 |
| | | Total: | 97,038.00 | 9,329.51 | | 48,539.82 | | 57,827.69 |

alp_122r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1603828
Bill Frequency: M

Status    : ACTIVE

**B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/04/02 | Review documents re asbestos issues, and discs. GB and voicemail re same. | 0.40 | 190.00 | 4345101 | 10/01/02 |
| **Total For BENTLEY P - 02495** | | | **0.40** | **190.00** | | |
| O'HANLON, GRACE | 09/20/02 | discussion with pb re: assignment. | 0.30 | 90.00 | 4340544 | 09/30/02 |
| O'HANLON, GRACE | 09/22/02 | background reading re: case. | 3.50 | 1,050.00 | 4340545 | 09/30/02 |
| O'HANLON, GRACE | 09/23/02 | background reading re: case. | 3.00 | 900.00 | 4340546 | 09/30/02 |
| **Total For O'HANLON G - 05039** | | | **6.80** | **2,040.00** | | |
| | | **Fee Total** | **7.20** | **2,230.00** | | |

a1p_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   24

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:     1603828
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.40 | 190.00 | | | | | |
| O'HANLON, GRACE | 6.80 | 2,040.00 | | | | | |
| Total: | 7.20 | 2,230.00 | | | | | |

```
alp_122r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE    25
Run Date & Time: 10/31/2002 10:17:47                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS - 06975      Proforma Number:    1603829
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status      : ACTIVE

                                           PRE-BILLING SUMMARY REPORT

Special Billing Instructions:

       UNBILLED TIME FROM: 09/03/2002      TO:
       UNBILLED DISB FROM:                 TO: 09/27/2002

                                           FEES                      COSTS

       GROSS BILLABLE AMOUNT:            9,690.00                   0.00
       AMOUNT WRITTEN DOWN:
              PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
              THRU DATE:        09/27/2002
       CLOSE MATTER/FINAL BILLING?  YES   OR   NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:

       BILLING COMMENTS:              BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                     ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

              FEES:                              25,055.20    UNIDENTIFIED RECEIPTS:          0.00
       DISBURSEMENTS:                               688.86         PAID FEE RETAINER:         0.00
       FEE RETAINER:                                  0.00        PAID DISB RETAINER:         0.00
       DISB RETAINER:                                 0.00     TOTAL AVAILABLE FUNDS:         0.00
       TOTAL OUTSTANDING:                        25,744.06         TRUST BALANCE:

                                            BILLING HISTORY

       DATE OF LAST BILL:        10/31/02        LAST PAYMENT DATE:     10/30/02
       LAST BILL NUMBER:           359721     FEES BILLED TO DATE:    37,072.50
       LAST BILL THRU DATE:      09/30/02

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

       (1)  Exceeded Fixed Fee           (6)  Summer Associate
       (2)  Late Time & Costs Posted     (7)  Fixed Fee
       (3)  Pre-arranged Discount        (8)  Premium
       (4)  Excessive Legal Time         (9)  Rounding
       (5)  Business Development        (10)  Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
aJp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                      Proforma Number:           PAGE   26
                                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/31/2002 10:17:47                                                                              Bill Frequency: M       1603829

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS  - 06975
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status    : ACTIVE


B I L L E D    T I M E    S U M M A R Y           ------- Total -------      Billed
Emp Id Employee Name                    Group      Oldest        Latest      Hours      Amount
------ ----------------------           -----      ------        ------      -----      ------

02495  BENTLEY, PHILIP                   CRED      09/04/02      09/27/02      7.80    3,705.00
03699  SCHMIDT, ROBERT T.                CRED      09/09/02      09/12/02      1.10      495.00
04418  CATTON, AMY                       CRED      09/12/02      09/12/02      0.20       76.00
05292  BECKER, GARY M.                   CRED      09/03/02      09/27/02     10.60    4,399.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                 CRED      09/04/02      09/24/02      5.80    1,015.00

                      Total:                                                 25.50    9,690.00


Sub-Total Hours :      8.90 Partners       0.00 Counsels     10.80 Associates     5.80 Legal Assts     0.00 Others


A C C O U N T S     R E C E I V A B L E      (Reflects Payments As of 10/31/02 10:17:47)
                                 Fee & OA     --------- Collections ---------    Balance
Bill Date Thru Date  Bill#    Billed       Applied                Due
                              Disbursement  From OA      Total      Date
--------- ---------  -----    ----------    -------     -----      ----    -------

09/27/01 08/31/01  339400     2,212.50       242.00     242.00  11/30/01   2,212.50
10/29/01 09/30/01  341359                    147.75     147.75  09/13/02     147.75
05/31/02 04/30/02  352100     4,265.00          .00        .00  09/13/02   1,558.80
06/18/02 05/31/02  352980     1,040.00          .00   2,706.20  09/13/02      26.40
08/15/02 06/30/02  355518     4,037.50        9.80    1,013.60  10/30/02
08/19/02 07/31/02  356269    11,567.50      541.11    4,047.30  10/30/02  12,108.61
10/21/02 09/30/02  359721     9,690.00          .00        .00             9,690.00

              Total:        32,812.50       940.66    8,009.10            25,744.06
```

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Run Date & Time: 10/31/2002 10:17:47

| | | |
|---|---|---|
| Matter No: 056772-00013 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1603829 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/04/02 | Review sealed air pleadings. | 0.20 | 95.00 | 4340148 | 09/30/02 |
| BENTLEY, PHILIP | 09/05/02 | Memo to Committee re Sealed Air developments, and discs. GB and M. Browdy re same. | 1.80 | 855.00 | 4340149 | 09/30/02 |
| BENTLEY, PHILIP | 09/06/02 | Discs. GB and trade emails; sealed air issues. | 0.20 | 95.00 | 4340150 | 09/30/02 |
| BENTLEY, PHILIP | 09/09/02 | Confs. GB and TM re Sealed Air issues. | 0.40 | 190.00 | 4340151 | 09/30/02 |
| BENTLEY, PHILIP | 09/10/02 | Discs. J Narmore and KM | 0.30 | 142.50 | 4340152 | 09/30/02 |
| BENTLEY, PHILIP | 09/11/02 | Review Sealed Air expert reports and recent pleadings, and discs. TM, GB, TW and KM re same. | 1.40 | 665.00 | 4340153 | 09/30/02 |
| BENTLEY, PHILIP | 09/12/02 | Discs. TC, AC, RS, GB, M Browdy and voicemail re Sealed Air developments. | 1.20 | 570.00 | 4340154 | 09/30/02 |
| BENTLEY, PHILIP | 09/13/02 | Discs. GB re sealed issues. | 0.10 | 47.50 | 4340155 | 09/30/02 |
| BENTLEY, PHILIP | 09/17/02 | Discs. GB and KM re sealed air issues. | 0.20 | 95.00 | 4340156 | 09/30/02 |
| BENTLEY, PHILIP | 09/18/02 | Discs. GB and voicemail re sealed air issues. | 0.30 | 142.50 | 4340157 | 09/30/02 |
| BENTLEY, PHILIP | 09/20/02 | Discs. G. O'Hanlon, GB and KM re Sealed Air trial. | 1.20 | 570.00 | 4340158 | 09/30/02 |
| BENTLEY, PHILIP | 09/25/02 | Discs. TM, GB and KM re sealed air issues. | 0.30 | 142.50 | 4340161 | 09/30/02 |
| BENTLEY, PHILIP | 09/27/02 | Discs. GB and voicemail re Sealed Air issues. | 0.20 | 95.00 | 4346620 | 10/01/02 |

**Total For BENTLEY P - 02495**    7.80    3,705.00

| SCHMIDT, ROBERT T. | 09/09/02 | O/c Bentley re issues in Sealed Air litigation; t/c Tom Mayer re same; review order granting intervention | 0.60 | 270.00 | 4342484 | 10/01/02 |
| SCHMIDT, ROBERT T. | 09/12/02 | o/c Phil Bentley; review articles re Sealed Air litigation | 0.50 | 225.00 | 4345499 | 10/01/02 |

**Total For SCHMIDT R - 03699**    1.10    495.00

| BECKER, GARY M. | 09/03/02 | Conf. with Bentley re 9/3 hearing before Judge Wolin (0.3); review order granting intervention (0.2); call plaintiffs' counsel re expert reports (0.1) | 0.60 | 249.00 | 4311707 | 09/12/02 |
| BECKER, GARY M. | 09/06/02 | Conf. with Bentley re various issues, including Sealed Air trial | 0.40 | 166.00 | 4315490 | 09/12/02 |
| BECKER, GARY M. | 09/12/02 | Conf. with Bentley re various case matters, including Sealed Air trial (0.4); call sealed Air counsel re trial schedule(0.1). | 0.50 | 207.50 | 4324552 | 09/18/02 |
| BECKER, GARY M. | 09/17/02 | Conf. with Bentley re fraudulent conveyance trial issues | 0.20 | 83.00 | 4324558 | 09/18/02 |
| BECKER, GARY M. | 09/18/02 | Research and review various motions in limine filed in Sealed Air case (1.3); conf. with Bentley and Managi re motions in limine (0.3). | 1.60 | 664.00 | 4330318 | 09/22/02 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1603829
Bill Frequency: M

Status    : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/19/02 | Conf. with Bentley and with Mangual re preparations for Sealed Air trial monitoring (0.6); review motions filed in Sealed Air and review order denying motion to withdraw (0.9). | 1.50 | 622.50 | 4330323 09/22/02 | |
| BECKER, GARY M. | 09/20/02 | Review motions in limine in Sealed Air (0.8); prepare information in anticipation of trial monitoring and conf. with Bentley re same (0.7). | 1.70 | 705.50 | 4337415 09/27/02 | |
| BECKER, GARY M. | 09/23/02 | Review new Cybergenics opinion from Third Circuit (0.8); multiple conf. with P. Bentley re same (0.7). | 1.40 | 581.00 | 4337435 09/27/02 | |
| BECKER, GARY M. | 09/24/02 | Conf. with P. Bentley re Sealed Air trial options in light of Cybergenics (0.4). | 0.40 | 166.00 | 4337447 09/27/02 | |
| BECKER, GARY M. | 09/25/02 | Review motions in limine in Sealed Air action and discussion with G. O'Hanlon re summary of same (1.0). | 1.00 | 415.00 | 4337454 09/27/02 | |
| BECKER, GARY M. | 09/27/02 | Research re Sealed Air procedural issues and discussion with P. Bentley re same (0.8); review plaintiff's response to motion to establish standard (0.5). | 1.30 | 539.50 | 4344379 10/01/02 | |
| **Total For BECKER G - 05292** | | | **10.60** | **4,399.00** | | |
| CATON, AMY | 09/12/02 | tc w/ Bentley re: attending trial | 0.20 | 76.00 | 4343196 10/01/02 | |
| **Total For CATON A - 04418** | | | **0.20** | **76.00** | | |
| MANGUAL, KATHLEEN | 09/04/02 | pacer research and doc retrieval per PB re: Sealed Air (.40) | 0.40 | 70.00 | 4314371 09/12/02 | |
| MANGUAL, KATHLEEN | 09/05/02 | disc/w PB and GB re: assignment of expert reports (.30) | 0.30 | 52.50 | 4390026 10/09/02 | |
| MANGUAL, KATHLEEN | 09/10/02 | create expert report binder in re: sealed air suit per PB request, obtain documents from other counsel, create index (2.0) | 2.00 | 350.00 | 4331943 09/23/02 | |
| MANGUAL, KATHLEEN | 09/11/02 | review expert report binder and update index (.60); several disc/w PB re: such (.30) | 0.90 | 157.50 | 4331751 09/23/02 | |
| MANGUAL, KATHLEEN | 09/17/02 | retrieval of pleadings filed in sealed air prod. per GB (.60) | 0.60 | 105.00 | 4331222 09/23/02 | |
| MANGUAL, KATHLEEN | 09/20/02 | review expert reports w/ PB submitted by Grace (.30) | 0.30 | 52.50 | 4331224 09/23/02 | |
| MANGUAL, KATHLEEN | 09/23/02 | update pleadings index for Sealed Air (.90) | 0.90 | 157.50 | 4390027 10/09/02 | |
| MANGUAL, KATHLEEN | 09/24/02 | daily review of sealed Air docket per PB re: recently filed pleadings (.40). | 0.40 | 70.00 | 4390028 10/09/02 | |

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   29

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1603829
Bill Frequency: M

Status     : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|

Total For MANGUAL K - 05208

5.80        1,015.00

Fee Total        25.50        9,690.00

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1603829
Bill Frequency: M

Status   : ACTIVE

| B I L L E D   T I M E   S U M M A R Y | | | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| Employee Name | Hours | Amount | | | | | |
| BENTLEY, PHILIP | 7.80 | 3,705.00 | | | | | |
| SCHMIDT, ROBERT T. | 1.10 | 495.00 | | | | | |
| CATON, AMY | 0.20 | 76.00 | | | | | |
| BECKER, GARY M. | 10.60 | 4,399.00 | | | | | |
| MANGUAL, KATHLEEN | 5.80 | 1,015.00 | | | | | |
| Total: | 25.50 | 9,690.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

| | |
|---|---|
| Matter No: 056772-00017 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : EMPLOYEE BENEFITS/PENSION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | Status    : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | TO: | |
| UNBILLED DISB FROM: | TO: | |

GROSS BILLABLE AMOUNT:            0.00                    0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BILLING COMMENTS:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                        UNAPPLIED CASH

FEES:                    1,215.00          UNIDENTIFIED RECEIPTS:                0.00
DISBURSEMENTS:                                PAID FEE RETAINER:                    0.00
    FEE RETAINER:            0.00          PAID DISB RETAINER:                   0.00
    DISB RETAINER:           0.00          TOTAL AVAILABLE FUNDS:                0.00
TOTAL OUTSTANDING:        1,215.00          TRUST BALANCE:
                                            BILLING HISTORY

        DATE OF LAST BILL:    08/19/02          LAST PAYMENT DATE:     10/30/02
        LAST BILL NUMBER:      356269          FEES BILLED TO DATE:   1,310.00
        LAST BILL THRU DATE:  07/31/02

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     32

Matter No: 056772-00017
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 10/31/02 10:17:47)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|---------|-------|------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 95.00 | .00 | | 95.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,215.00 | .00 | | .00 | | 1,215.00 |
| | Total: | | 1,310.00 | .00 | | 95.00 | | 1,215.00 |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE    33
Run Date & Time: 10/31/2002 10:17:47                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1603955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status      : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   09/03/2002                            TO:
      UNBILLED DISB FROM:                                         TO:    09/03/2002

                                           FEES                             COSTS

GROSS BILLABLE AMOUNT:                     2,327.50                          0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:              BENTLEY PHILIP   02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                              ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

      FEES:                              21,266.00      UNIDENTIFIED RECEIPTS:              0.00
      DISBURSEMENTS:                         58.14      PAID FEE RETAINER:                  0.00
      FEE RETAINER:                           0.00      PAID DISB RETAINER:                 0.00
      DISB RETAINER:                          0.00      TOTAL AVAILABLE FUNDS:              0.00
      TOTAL OUTSTANDING:               21,324.14        TRUST BALANCE:
                                                        UNAPPLIED CASH:

                                            BILLING HISTORY

      DATE OF LAST BILL:      10/31/02      LAST PAYMENT DATE:            10/30/02
      LAST BILL NUMBER:        359721       FEES BILLED TO DATE:         46,725.00
      LAST BILL THRU DATE:    09/30/02


FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee        (6) Summer Associate
      (2) Late Time & Costs Posted  (7) Fixed Fee
      (3) Pre-arranged Discount     (8) Premium
      (4) Excessive Legal Time      (9) Rounding
      (5) Business Development      (10) Client Arrangement


BILL NUMBER: _____     DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  34

Matter No: 056772/01-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1603955
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 09/03/02 | 09/03/02 | 4.90 | 2,327.50 |
| | Total: | | | | 4.90 | 2,327.50 |

Sub-Total Hours :  4.90 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 10/31/02 10:17:47)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Billed From OA | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 345477 | 2,220.00 | .00 | | .00 | | | 2,220.00 |
| 06/10/02 | 04/30/02 | 352100 | 3,200.00 | .00 | | .00 | | | 3,200.00 |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | | .00 | | | 4,820.00 |
| 08/15/02 | 06/30/02 | 357518 | 4,200.00 | .00 | | .00 | | | 4,078.50 |
| 08/19/02 | 07/31/02 | 356269 | 2,660.00 | .00 | 121.50 | 10/30/02 | | | 2,660.00 |
| 09/30/02 | 08/31/02 | 358460 | 1,960.00 | 58.14 | | .00 | | | 2,018.14 |
| 10/21/02 | 09/30/02 | 359721 | 2,327.50 | .00 | | .00 | | | 2,327.50 |
| | Total: | | 21,387.50 | 58.14 | 121.50 | .00 | | | 21,324.14 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Run Date & Time: 10/31/2002 10:17:47

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    1603955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                        Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/03/02 | Attend status conference in Newark, review<br>Sealed Air pleadings enroute, and discs. TW re<br>same (4.9). | 4.90 | 2,327.50 | 4376315 10/09/02 | |
| Total For BENTLEY P - 02495 | | | 4.90 | 2,327.50 | | |
| | | Fee Total | 4.90 | 2,327.50 | | |

alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    36
Run Date & Time: 10/31/2002 10:17:47                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    1603955
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                 ------- Total ---------
Employee Name                      Hours      Amount        Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP                     4.90     2,327.50

              Total:                4.90     2,327.50

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

Run Date & Time: 10/31/2002 10:17:47

Matter No: 056772-00020                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : LITIGATION                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status    : ACTIVE

Special Billing Instructions: reduce tele . 1.00/photo. 0.15

                         PRE-BILLING SUMMARY REPORT

                                                                    ------------      ------------
   UNBILLED TIME FROM:                             TO:                   FEES            COSTS
   UNBILLED DISB FROM:                             TO:

GROSS BILLABLE AMOUNT:                                              0.00             0.00
   AMOUNT WRITTEN DOWN:
       PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   DISB RETAINER:
   AMOUNT BILLED:
       THRU DATE:
CLOSE MATTER/FINAL BILLING?            YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

   BILLING COMMENTS:        BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                              ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                              -----------------------------------           ----------------------
                FEES:             2,167.50           UNIDENTIFIED RECEIPTS:          0.00
   DISBURSEMENTS:                                         PAID FEE RETAINER:         0.00
   FEE RETAINER:                4,437.15               PAID DISB RETAINER:          0.00
   DISB RETAINER:                   0.00              TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:           6,604.65                    TRUST BALANCE:
                                                      BILLING HISTORY

   DATE OF LAST BILL:           10/21/02              LAST PAYMENT DATE:
   LAST BILL NUMBER:                                  FEES BILLED TO DATE:        2,167.50
   LAST BILL THRU DATE:         09/30/02

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee              (6) Summer Associate
       (2) Late Time & Costs Posted        (7) Fixed Fee
       (3) Pre-arranged Discount           (8) Premium
       (4) Excessive Legal Time            (9) Rounding
       (5) Business Development             (10) Client Arrangement

   BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE     38

Matter No: 056772-00020                                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                           Status    : ACTIVE

A C C O U N T S     R E C E I V A B L E       (Reflects Payments As of 10/31/02 10:17:47)

| Bill Date | Thru Date | Bill# | Billed --------------- Fee & OA | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 09/30/02 | 08/31/02 | 358460 | 2,167.50 | 4,437.15 | | .00 | | 6,604.65 |
| | Total: | | 2,167.50 | 4,437.15 | | .00 | | 6,604.65 |

aip_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    39

Matter No: 056772-00021
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : RELIEF FROM STAY PROCEEDINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | | |
| UNBILLED DISB FROM: | | |

GROSS BILLABLE AMOUNT:                0.00                0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:
TOTAL OUTSTANDING:

CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

FEES:                370.00    UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:         0.00         PAID FEE RETAINER:    0.00
FEE RETAINER:          0.00        PAID DISB RETAINER:    0.00
DISB RETAINER:         0.00      TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:   370.00            TRUST BALANCE:

                                BILLING HISTORY

DATE OF LAST BILL:      10/29/01    LAST PAYMENT DATE:
LAST BILL NUMBER:          341159    FEES BILLED TO DATE:    370.00
LAST BILL THRU DATE:    09/30/01

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1)  Exceeded Fixed Fee          (6)  Summer Associate
    (2)  Late Time & Costs Posted    (7)  Fixed Fee
    (3)  Pre-arranged Discount       (8)  Premium
    (4)  Excessive Legal Time        (9)  Rounding
    (5)  Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  40

Matter No: 056772-00021                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status   : ACTIVE

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 10/31/02 10:17:47)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|---------------------|-----------------|-------------------|------|-------------|
| 10/29/01  | 09/30/01  | 341359 | 370.00         | .00                 | .00             | .00               |      | 370.00      |
|           | Total:    |       | 370.00         | .00                 | .00             | .00               |      | 370.00      |

```
aip_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   41
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/31/2002 10:17:47                                                                    Proforma Number:   1603956
                                                    Orig Prtnr : CRED. RGTS - 06975                      Bill Frequency: M
Matter No: 056772-00028                             Bill Prtnr : BENTLEY PHILIP - 02495
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : TRAVEL/NON-WORKING                                                                        Status     : ACTIVE
Matter Opened : 10/04/2002


Special Billing Instructions: reduce tele. 1.00/photo. 0.15


                                                      PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/03/2002                TO:     09/03/2002
UNBILLED DISB FROM:                              TO:

                                           FEES                 COSTS

GROSS BILLABLE AMOUNT:                  190.00                    0.00
AMOUNT WRITTEN DOWN:
                PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
            THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:


BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                                FEES:                    5,390.00        UNIDENTIFIED RECEIPTS:        0.00
          DISBURSEMENTS:                                     0.00        PAID FEE RETAINER:           0.00
          FEE RETAINER:                                     0.00        PAID DISB RETAINER:          0.00
          DISB RETAINER:                                     0.00        TOTAL AVAILABLE FUNDS:       0.00
          TOTAL OUTSTANDING:                             5,390.00        TRUST BALANCE:
                                                                         BILLING HISTORY

       DATE OF LAST BILL:       10/11/02            LAST PAYMENT DATE:       09/30/02
       LAST BILL NUMBER:          359721            FEES BILLED TO DATE:     5,390.00
       LAST BILL THRU DATE:     09/30/02


FOR ACCT'S USE ONLY:      Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee          (6) Summer Associate
  (2) Late Time & Costs Posted    (7) Fixed Fee
  (3) Pre-arranged Discount       (8) Premium
  (4) Excessive Legal Time        (9) Rounding
  (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   42

Run Date & Time: 10/31/2002 10:17:47

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1603956
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y** ------------ Total ------------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 09/03/02 | 09/03/02 | 0.40 | 190.00 |
| | **Total:** | | | | **0.40** | **190.00** |

Sub-Total Hours :    0.40 Partners      0.00 Counsels      0.00 Associates      0.00 Legal Asts      0.00 Others

**A C C O U N T S   R E C E I V A B L E** (Reflects Payments As of 10/31/02 10:17:47)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 06/10/02 | 04/30/02 | 352100 | 4,400.00 | .00 | .00 | .00 | | 4,400.00 |
| 09/30/02 | 09/30/02 | 356460 | 800.00 | .00 | .00 | .00 | | 800.00 |
| 10/21/02 | 09/30/02 | 359721 | 190.00 | .00 | .00 | .00 | | 190.00 |
| | Total: | | 5,390.00 | .00 | .00 | .00 | | 5,390.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    43

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:       1603956
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 01976
Matter Opened : 10/04/2002                                                                              Status       : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/03/02 | non-working travel time (0.8). | 0.40 | 190.00 | 4340147 | 09/30/02 |
| Total For BENTLEY P - 02495 | | | 0.40 | 190.00 | | |
| | | Fee Total | 0.40 | 190.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/31/2002 10:17:47

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    44

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1603956
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                           Bill         W/o / W/u      Transfer  To    Clnt/Mtr   Carry Forward
Employee Name                    Hours    Amount

BENTLEY, PHILIP                   0.40     190.00

        Total:                    0.40     190.00

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 09/30/02

PAGE   1

Run Date & Time: 10/31/02 10:18:33
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 6.90 | 1,255.50 | 1,759.36 | 3,014.86 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 7.70 | 3,489.50 | 0.00 | 3,489.50 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 0.20 | 95.00 | 0.00 | 95.00 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 22.60 | 6,307.00 | 2.10 | 6,309.10 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 7.20 | 2,230.00 | 0.00 | 2,230.00 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 25.50 | 9,690.00 | 0.00 | 9,690.00 | BENTLEY PHILIP - 02495 | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 4.90 | 2,327.50 | 0.00 | 2,327.50 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.00 | 0 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00021 | RELIEF FROM STAY PROCEED | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.40 | 190.00 | 0.00 | 190.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 75.40 | 25,584.50 | 1,761.46 | 27,345.96 | BENTLEY PHILIP - 02495 | M | B |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE