## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | |
| | § | **Chapter 11** |
| **W.R. GRACE & CO., et al** | § | **Jointly Administered** |
| | § | **Case No. 01-1139 (JKF)** |
| **Debtors** | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE FIRST, SECOND, AND THIRD INTERIM PERIODS

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Application of the Official Committee of Asbestos Property Damage Claimants for the First, Second, and Third Interim Periods (the "Application").

### BACKGROUND

1.     The Official Committee of Property Damage Claimants (the "Committee") was appointed by the United States Trustee to represent the interests of the asbestos property damage claimants in the consolidated cases.  In the Application, the Committee seeks approval of costs totaling $65,527.30 for reimbursement of expenses incurred between April 9, 2001, and December 31, 2001, consisting of $15,531.97 in expenses sought by the Catholic Archdiocese of New Orleans, $5,946.25 in expenses sought by the Prudential Insurance Company of America, $7,605.52 in expenses sought by Princeton University, $30,616.35 in expenses sought by Marco Barbanti, and $5,827.21 in expenses sought by Paul Price.

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with the Local Rule 2016-2 of the Local

Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on the Committee an initial report based on our review and received a response from the Committee, portions of which response are quoted herein.

### DISCUSSION

#### General Issues

3.      In our initial report, we noted that the charges for travel-related expenses were not supported by detail that allowed us to determine whether such expenses were reasonable. We asked the Committee to provide further information to facilitate our evaluation in this regard. Counsel for the Committee responded that

> we have advised all committee members that only economy class flights are reimbursable. We have reviewed all of the travel receipts for flights taken during the applicable periods to determine their conformity with such rule, and can attest that all requests for reimbursement are for coach (or coach equivalent) tickets. For the Fee Auditor's convenience, photocopies of tickets (or itineraries for e-tickets) can be provided for any future travel expense entries in question.

We accept counsel's assurance that the estate is not being asked to pay for premium-class airfare, but we note that the written response did not address all travel-related expenses. In a subsequent telephone conference, counsel for the Committee addressed the remaining travel-related expenses to our satisfaction, and we recommend no reduction in this regard.

4.      In our initial report, we noted that during this period, Committee members billed $1,358.96 in Lexis-Nexus and Westlaw research fees. We asked the Committee to explain why the

Committee was incurring such expenses when it is represented by counsel who also conducts research on the Committee's behalf.  Counsel for the Committee assured us that the research performed by Committee members did not duplicate the research performed by counsel.  We thus recommend no reduction in this regard.

## CONCLUSION

5.    Thus, we recommend approval of reimbursement of $65,527.30 of expenses incurred between April 9, 2001, and December 31, 2001, consisting of $15,531.97 in expenses sought by the Catholic Archdiocese of New Orleans, $5,946.25 in expenses sought by the Prudential Insurance Company of America, $7,605.52 in expenses sought by Princeton University, $30,616.35 in expenses sought by Marco Barbanti, and $5,827.21 in expenses sought by Paul Price.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050
    Mark W. Steirer
    Texas State Bar No. 19139600

900 Jackson Street
120 Founders Square
Dallas, Texas  75202
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 6th day of November 2002.

_____
Warren H. Smith

# SERVICE LIST

**The Applicant**

Official Committee of Asbestos Property
   Damage Claimants
c/o Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1200
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**<u>United States Trustee</u>**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801