**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

October 28, 2002

| Invoice No. 10902 |
|---|

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE. 19801**

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period
September 1, 2002 through September 30, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 30.80 | $13,090.00 |
| Bradley Rapp - Managing Director | 68.20 | $28,985.00 |
| Brian Cavanaugh - Managing Director | 132.40 | $56,270.00 |
| Michael Berkin - Managing Director | 15.00 | $6,375.00 |
| Peter Rubsam - Director | 24.10 | $7,712.00 |
| Susan Plotzky - Director | 3.60 | $1,152.00 |
| Elizabeth Tersigni - Senior Consultant | 15.90 | $2,941.50 |
| Dottie-Jo Collins - Manager | 17.50 | $4,200.00 |

| Expenses  (see Schedule C) | | |
|---|---|---|
| Federal Express, Telephone, Research, Xerox & Travel | | $590.18 |
| **T O T A L** | | $121,315.68 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

October 28, 2002

Invoice No. 10902

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   September 1 - 30, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $425 | 30.80 | $13,090.00 |
| Bradley Rapp | Schedule  A | $425 | 68.20 | $28,985.00 |
| Brian Cavanaugh | Schedule  A | $425 | 132.40 | $56,270.00 |
| Michael Berkin | Schedule  A | $425 | 15.00 | $6,375.00 |
| Peter Rubsam | Schedule  A | $320 | 24.10 | $7,712.00 |
| Susan Plotzky | Schedule  A | $320 | 3.60 | $1,152.00 |
| Elizabeth Tersigni | Schedule  A | $185 | 15.90 | $2,941.50 |
| Dottie-Jo Collins | Schedule  A | $240 | 17.50 | $4,200.00 |
| **Total  Professional  Services- Schedule A:** | | | 307.50 | $120,725.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $590.18 |
| TOTAL   DUE   THIS   INVOICE | | | | $121,315.68 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                     by Billing Matter Category.