# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Travel: Brian Cavanaugh 9-9-02 Round Trip by car from/to Mendham, NJ-New York City to attend meeting with counsel  (81 miles @ $0.345 + $20 NYC Parking + $3 Subway) | 11 | $50.95 |
| Travel: Brian Cavanaugh 9-10-02 Round Trip by car and train -from/to Mendham, NJ-New York City- to attend meeting with counsel  (41 miles @ $0.345 + $16 Train + $6 Train Station Parking) | 11 | $36.15 |
| Travel: Brian Cavanaugh 9-16-02 Round Trip by car from/to Mendham, NJ-New York City to attend meeting with counsel  (81 miles @ $0.345 + Tolls $2 + $19 NYC Parking + $3 Subway) | 11 | $51.95 |
| **Federal Express: ( 2 packages )** | | |
| 8360-8882-6161 | 11 | $12.08 |
| 8371-9613-5760 | 11 | $26.57 |
| Xerox:   ( 1,746 x $0.10 per page) | 11 | $174.60 |
| FAX:    (  13 x $0.50 per page- OUTBOUND ONLY) | 11 | $6.50 |
| Research: Standard & Poors Report on Sealed Air Corp. | 11 | $60.00 |
| Telephone | 11 | $136.23 |
| **Total Expenses incurred from  September 1-30, 2002** | 11 | $590.18 |