IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AMENDED NOTICE OF WITHDRAWAL OF DOCKET NUMBER 2945

PLEASE TAKE NOTICE that Docket Entry Number 2945 was entered in error. Please disregard Docket Entry Number 2945.

Date: November 6, 2002                               CAMPBELL & LEVINE, LLC

By: /s/ Marla R. Eskin
Marla R. Eskin (DE.No. 2989)
800 N. King Street
Suite 300
Wilmington, Delaware 19801
(302) 426-1900

{D0006027:1 }