# W.R. Grace

Schedule B

**Services Rendered during the Period:   September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/5/02 | MB | Preparation of status report highlighting current issues for meeting with ACC counsel | 07 | 0.50 | $425.00 | $212.50 |
| 9/6/02 | LT | Meeting with counsel to ACC to review engagement status, identify and outline future projects. | 07 | 0.30 | $425.00 | $127.50 |
| 9/17/02 | LT | Discussion with counsel to ACC regarding settlement proposal observations and comments | 07 | 0.80 | $425.00 | $340.00 |
| 9/17/02 | LT | Summary of observations and comments regarding settlement proposal for counsel to ACC | 07 | 1.70 | $425.00 | $722.50 |
| 9/18/02 | LT | Analysis of liabilities subject to compromise for ACC counsel | 07 | 0.40 | $425.00 | $170.00 |
| 9/18/02 | MB | Prepare and submit detail of liabilities subject to compromise to ACC counsel per request | 07 | 0.70 | $425.00 | $297.50 |
| 9/19/02 | LT | Calculation of settlement alternatives per discussion with counsel | 07 | 2.60 | $425.00 | $1,105.00 |
| 9/23/02 | LT | Preparation of Sealed Air settlement proposal alternatives | 07 | 3.10 | $425.00 | $1,317.50 |
| 9/25/02 | LT | Preparation of memorandum for counsel to ACC regarding CDG analysis | 07 | 0.80 | $425.00 | $340.00 |
| 9/28/02 | LT | Analysis of debt capacity and trading price analysis prepared by Conway Del Genio and observations and comments for counsel to ACC | 07 | 3.50 | $425.00 | $1,487.50 |
| | | **TOTAL Category # 07 - Committee Matters** | | 14.40 | | $6,120.00 |
| 9/23/02 | MB | Discuss with debtor financial advisor related to issues arising from the filing of Norris employment compensation motion and COLI motion | 08 | 0.60 | $425.00 | $255.00 |
| 9/23/02 | MB | Discussion with counsel to ACC regarding issues related to the filing of Norris employment compensation motion and COLI motion to ACC counsel | 08 | 0.50 | $425.00 | $212.50 |
| 9/25/02 | MB | Review of COLI motion and communication with ACC counsel to explain issue and discuss next steps | 08 | 2.30 | $425.00 | |
| 9/26/02 | MB | Analysis of impact of a change of control on the debtor's key employee retention programs in connection with a potential fraudulent conveyance | 08 | 2.20 | $425.00 | $935.00 |
| 9/26/02 | SP | Research the impact of a change in control from a Supplemental Executive Retirement Plan (SERP) and Executive Salary Protection Plan perspective related to the potential of a change in control if the trustee takes on the fraudulent transfer | 08 | 1.60 | $320.00 | $512.00 |
| 9/26/02 | SP | Research the impact of a change in control from a compensation and long term incentive program perspective related to the potential of a change in control if the trustee takes on the fraudulent transfer case | 08 | 2.00 | $320.00 | $640.00 |
| | | **TOTAL Category # 08 - Employee Benefits/Pension** | | 9.20 | | $3,532.00 |
| 9/4/02 | LT | Review of August 2002 fee application-timekeepers detail | 12 | 0.80 | $425.00 | $340.00 |
| | DC | Reclassification of Project Categories ( 4/01- 9/01 ) | 12 | 3.00 | $240.00 | $720.00 |
| 9/9/02 | DC | Reclassification of Project Categories ( 10/01- 6/02 ) | 12 | 4.00 | $240.00 | $960.00 |
| 9/10/02 | DC | Prepare Compensation Summary Report by Project Category (as requested by L.Ferdinand/WH Smith) | 12 | 2.00 | $240.00 | $480.00 |
| 9/19/02 | DC | Update Compensation Summary Report by Project Category to include #11 Expenses (as requested by L.Ferninand/WH Smith) | 12 | 0.50 | $240.00 | $120.00 |
| | | Compilation and consolidation of monthly services rendered | 12 | 5.50 | $240.00 | $1,320.00 |
| | | Assignment of Monthly Billing Categories | 12 | 2.50 | $240.00 | $600.00 |
| | | **TOTAL Category # 12 - Fee Applications, Applicant** | | | | $4,540.00 |
| 9/4/02 | BR | One half of round-trip travel time from Allentown, PA to Philadelphia, PA for purpose of conducting research at Wharton Business School library | 21 | 1.50 | $425.00 | $637.50 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/9/02 | BC | Half the round trip travel time-Mendham, NJ/New York City-meeting with counsel regarding Goldin Report | 21 | 2.00 | $425.00 | $850.00 |
| 9/10/02 | BC | Half the round trip travel time-Mendham,NJ/New York City- meeting with counsel to review newly received supporting documents for Goldin report prior to deposition | 21 | 1.90 | $425.00 | $807.50 |
| 9/12/02 | BC | Half the round trip travel time-Mendham, NJ/New York City-meeting with counsel regarding Goldin Report | 21 | 1.90 | $425.00 | $807.50 |
| 9/16/02 | BC | Half the round trip travel time-Mendham, NJ/New York City- meeting with Milberg Weiss regarding analysis of Goldin report | 21 | 1.90 | $425.00 | $807.50 |
| | | **TOTAL Category # 21 - Travel, NonWorking** | | 9.20 | | $3,910.00 |
| 9/1/02 | BC | Review and analysis of Goldin's analysis of projections | 22 | 2.50 | $425.00 | $1,062.50 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: transactions for control premium evaluation | 22 | 0.20 | $425.00 | $85.00 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: comparable company selection criteria | 22 | 0.50 | $425.00 | $212.50 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: comparable market multiple summary in relation to LTC research | 22 | 0.80 | $425.00 | $340.00 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: recalculation of normalized 1997 EBIT and EBITDA | 22 | 0.80 | $425.00 | $340.00 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: roll forward analysis of WRG asbestos obligation and insurance recoverable for the years 1997-2006 | 22 | 1.60 | $425.00 | $680.00 |
| 9/3/02 | LT | Review of exhibits within reports by Goldin Associates in connection with solvency analysis at March 1998: historical balance sheet at 3/31/98 and pro forma adjustments made thereto | 22 | 1.40 | $425.00 | $595.00 |
| 9/3/02 | BR | Review of W.R. Grace's non-operating assets and liabilities as of 4/1/98 at request of counsel | 22 | 2.70 | $425.00 | $1,147.50 |
| 9/3/02 | BR | Review of debt capacity of W.R. Grace at 4/1/98 at the request of counsel | | 2.80 | $425.00 | $1,190.00 |
| 9/3/02 | BR | Analysis of W.R. Grace's ability to meet its obligations as they become due at the request of counsel | 22 | 3.60 | $425.00 | $1,530.00 |
| 9/3/02 | BR | Research and analysis of industry levels of capital expenditures and depreciation at the request of counsel | 22 | 3.20 | $425.00 | $1,360.00 |
| 9/3/02 | BR | Research and analysis of chemical industry expected growth rates at request of counsel | 22 | 2.80 | $425.00 | $1,190.00 |
| 9/3/02 | BC | Review and analysis of Goldin's analysis of projections, EBITDA and Cash Plan, in its report | 22 | 3.30 | $425.00 | $1,402.50 |
| 9/3/02 | BC | Review and analysis of Goldin's analysis of WR Grace's debt repurchase in conjunction with the discount rate analysis | 22 | 3.50 | $425.00 | $1,487.50 |
| 9/3/02 | BC | Review and analysis of Goldin's analysis of appropriate discount rate for asbestos and operational cash flows in its report | 22 | 4.00 | $425.00 | $1,700.00 |
| 9/3/02 | BC | Review and analysis of Goldin's comparables analysis in its report for purposes of evaluating it projections section | 22 | 3.80 | $425.00 | $1,615.00 |
| 9/4/02 | BR | Review of Houlihan Lokey's Control Premium Study for determination of acquisition control premiums at request of counsel | 22 | 1.80 | $425.00 | $765.00 |
| 9/4/02 | BR | On-line research regarding measurement of asbestos damages at request of counsel | 22 | 2.80 | $425.00 | $1,190.00 |
| 9/4/02 | BR | Research in Mergers & Acquisitions Sourcebook re chemical industry mergers at the request of counsel | 22 | 2.70 | $425.00 | $1,147.50 |
| 9/4/02 | BR | Research on chemical industry mergers and acquisitions in the 1997 – 2000 volumes of Mergerstat Review at request of counsel | 22 | 3.40 | $425.00 | $1,445.00 |

# W.R. Grace
Schedule B

**Services Rendered during the Period: September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/4/02 | BR | Review of pension and post-retirement benefit obligations of W.R. Grace at request of counsel | 22 | 2.70 | $425.00 | $1,147.50 |
| 9/5/02 | BR | Review of current market multiples valuation of Grace at request of counsel | 22 | 2.10 | $425.00 | $892.50 |
| 9/5/02 | BC | Preparation of questions and issues relating to Goldin report for counsel | 22 | 2.00 | $425.00 | $850.00 |
| | PR | Update WR Grace valuation as of August 30, 2002 and summarize valuation range | 22 | 3.30 | $320.00 | $1,056.00 |
| 9/6/02 | BR | Review of various valuation materials in preparation for conference call w/ counsel | 22 | 2.10 | $425.00 | $892.50 |
| 9/6/02 | BR | Document review at request of counsel | 22 | 2.30 | $425.00 | $977.50 |
| 9/6/02 | BC | Review and analysis of debt repurchase program and financial impact by Grace | 22 | 2.20 | $425.00 | $935.00 |
| 9/6/02 | BC | Preparation of summary of issues and analysis relating to the Goldin report to counsel | 22 | 2.50 | $425.00 | $1,062.50 |
| 9/6/02 | BC | Review and analysis of Grace's and Goldin's market comparable companies' capital spending and research and development spending | 22 | 3.20 | $425.00 | $1,360.00 |
| 9/9/02 | BC | Development of summary presentation of issues on Goldin report | 22 | 1.50 | $425.00 | $637.50 |
| 9/9/02 | BC | Meeting with counsel re Goldin report observations and comments | 22 | 3.50 | $425.00 | $1,487.50 |
| 9/10/02 | BC | Review and analysis of documents supporting Goldin's report | 22 | 1.20 | $425.00 | $510.00 |
| 9/10/02 | BC | Review and analysis of supporting documentation relating to foreign currency translation issues | 22 | 2.10 | $425.00 | $892.50 |
| 9/10/02 | BC | Meeting with counsel regarding findings relating to supporting documentation to date | 22 | 1.30 | $425.00 | $552.50 |
| 9/10/02 | BC | Review and analysis of supporting tax documentation | 22 | 2.00 | $425.00 | $850.00 |
| 9/10/02 | BC | Review and analysis of documents supporting Goldin's report | 22 | 1.90 | $425.00 | $807.50 |
| 9/10/02 | BC | Review and analysis of supporting divisional business plans | 22 | 4.00 | $425.00 | $1,700.00 |
| 9/12/02 | BC | Review of operating data documents supporting Goldin report | 22 | 0.50 | $425.00 | $212.50 |
| 9/12/02 | BC | Review and analysis of asbestos-related supporting docs for Goldin analysis | 22 | 2.10 | $425.00 | $892.50 |
| 9/12/02 | BC | Review and analysis of the Davison 1998 business plan | 22 | 2.40 | $425.00 | $1,020.00 |
| 9/12/02 | BC | Review and analysis of relevant legal rulings regarding the Grace case and supporting Goldin's report | 22 | 1.80 | $425.00 | $765.00 |
| 9/12/02 | BC | Review and analysis of supporting documents for Goldin's comparable company analysis | 22 | 3.30 | $425.00 | $1,402.50 |
| 9/12/02 | BC | Review and analysis of Goldin's analysis of WR Grace's stock repurchase activity and investigation of corporate acquisitions | 22 | 3.00 | $425.00 | $1,275.00 |
| 9/12/02 | BC | Review and analysis of the international economic analyses supporting Goldin's report | 22 | 2.00 | $425.00 | $850.00 |
| 9/12/02 | BC | Review and analysis of Goldin working papers detailing the breakout of projections | 22 | 2.80 | $425.00 | $1,190.00 |
| 9/13/02 | BR | Review issues identified by counsel in preparation for deposition of expert | 22 | 0.50 | $425.00 | $212.50 |
| 9/13/02 | BR | Review of due diligence materials at request of counsel to address certain issues in connection with the deposition of an expert witness | 22 | 3.10 | $425.00 | $1,317.50 |
| 9/13/02 | BC | Analysis and summation of issues for further inquiry regarding the Goldin report | 22 | 2.40 | $425.00 | $1,020.00 |
| 9/15/02 | BC | Analysis and summation of issues for further inquiry regarding the Goldin report | 22 | 1.50 | $425.00 | $637.50 |
| 9/16/02 | BC | Meeting with counsel regarding analysis of Goldin report and its supporting documents and analyses | 22 | 3.80 | $425.00 | $1,615.00 |
| 9/16/02 | BC | Meeting with counsel regarding issues relating to the Goldin report's assumption, both explicit and implicit, and valuation modeling methodologies | 22 | 4.50 | $425.00 | $1,912.50 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/17/02 | LT | Review and analysis of settlement proposal produced by defendants in fraudulent transfer litigation | 22 | 3.10 | $425.00 | $1,317.50 |
| 9/17/02 | BR | Conf call with counsel to discuss our analysis of the proposed settlement offer | 22 | 0.30 | $425.00 | $127.50 |
| 9/17/02 | BR | Review and analysis of proposed settlement memorandum at request of counsel | 22 | 2.40 | $425.00 | $1,020.00 |
| 9/17/02 | BC | Conf call with counsel regarding proposed Sealed Air settlement terms | 22 | 0.50 | $425.00 | $212.50 |
| 9/17/02 | BC | Review and analysis of financial terms of proposed Sealed Air settlement | 22 | 3.50 | $425.00 | $1,487.50 |
| 9/17/02 | PR | Research Sealed Air current financial statements to determine EBITDA multiple | 22 | 1.20 | $320.00 | |
| 9/19/02 | BC | Conf call with counsel to discuss deposition issues | 22 | 0.50 | $425.00 | $212.50 |
| 9/19/02 | BC | Drafting of presentation for counsel regarding analysis of alternative Sealed Air settlement proposals | 22 | 3.70 | $425.00 | $1,572.50 |
| 9/19/02 | BC | Development and analysis of alternative Sealed Air settlement proposals for counsel | 22 | 3.80 | $425.00 | $1,615.00 |
| 9/19/02 | PR | Reviewed Sealed Air cash flow analysis and investment grade rating | 22 | 1.50 | $320.00 | $480.00 |
| 9/19/02 | PR | Review and update Sealed Air debt capacity analysis with June data | 22 | 2.20 | $320.00 | $704.00 |
| 9/20/02 | LT | Calculation of SEE market valuation under market multiple approach in connection with settlement discussions and discussion with counsel | 22 | 3.80 | $425.00 | $1,615.00 |
| 9/20/02 | BR | Review and analysis of market multiples valuation of Sealed Air Corp. | 22 | .40 | $425.00 | $595.00 |
| 9/20/02 | BR | Review and analysis of enterprise value of Sealed Air Corp | 22 | 1.70 | $425.00 | $722.50 |
| 9/20/02 | BC | Evaluation of counsels requested revisions to presentation assumptions | 22 | 0.90 | $425.00 | $382.50 |
| 9/20/02 | BC | Develop work plan for performing a Trading Multiple enterprise valuation analysis of Sealed Air | 22 | 0.80 | $425.00 | $340.00 |
| 9/20/02 | BC | Review of Gries and Preston deposition transcripts and exhibits | 22 | 1.80 | $425.00 | $765.00 |
| 9/20/02 | BC | Analysis of comparable company growth rates and margins relative to that of Sealed Air's | 22 | 3.50 | $425.00 | $1,487.50 |
| 9/20/02 | BC | Analysis of comparable companies trading multiples | 22 | 3.30 | $425.00 | $1,402.50 |
| 9/20/02 | MB | Review 10K for seven comparable companies of Sealed Air to determine any potential asbestos liabilities for use in valuation analysis. | 22 | 2.70 | $425.00 | $1,147.50 |
| 9/20/02 | PR | Analysis of LTM financial information for comparable companies for Sealed Air valuation | 22 | 2.40 | $320.00 | $768.00 |
| 9/20/02 | PR | Researched current stock and debt information on comparable companies for market multiple calculation of Sealed Air | 22 | 1.50 | $320.00 | $480.00 |
| 9/20/02 | PR | Identified and adjusted EBITDA for non-recurring items from financial statements for Sealed Air valuation | 22 | 2.50 | $320.00 | $800.00 |
| 9/20/02 | PR | Review Sealed Air 10k for current information on preferred stock and convertible information for Sealed Air settlement analysis | 22 | 1.50 | $320.00 | $480.00 |
| 9/20/02 | PR | Research container and packaging industry for comparable companies for Sealed Air valuation | 22 | 2.40 | $320.00 | $768.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period:  September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/20/02 | PR | Calculation of EBITDA and EBIT LTM market multiple valuation of Sealed Air and made adjustment to normalize value | 22 | 2.10 | $320.00 | $672.00 |
| 9/22/02 | BR | Review "list of issues" prepared at the request of counsel | 22 | 1.40 | $425.00 | $595.00 |
| 9/22/02 | BR | Review of deposition of defendant's expert witness at request of counsel | 22 | 2.90 | $425.00 | $1,232.50 |
| 9/22/02 | BR | Review of deposition of plaintiff's expert witness at the request of counsel | 22 | 3.10 | $425.00 | $1,317.50 |
| 9/23/02 | BC | Review of Gries and Preston deposition transcripts and exhibits | 22 | 1.40 | $425.00 | $595.00 |
| 9/23/02 | BC | Further analysis of potential proposals for settlement with Sealed Air | 22 | 2.20 | $425.00 | $935.00 |
| 9/23/02 | BC | Development of presentation to counsel of both the breakeven analysis and enterprise valuation driven analysis of ACC equity percentages | 22 | 2.90 | $425.00 | $1,232.50 |
| 9/23/02 | BC | Analysis of breakeven pre- & post- settlement stock prices for Sealed Air under various settlement scenarios, all of which assumed 25% of company stock was provided to ACC | 22 | 3.80 | $425.00 | $1,615.00 |
| 9/24/02 | BC | Preparation of presentation of Sealed Air settlement alternatives | 22 | 0.80 | $425.00 | $340.00 |
| 9/24/02 | PR | Verified Sealed Air settlement and debt capacity data | 22 | 1.70 | $320.00 | $544.00 |
| 9/25/02 | LT | Analysis of Conway Del Genio debt capacity and enterprise valuation analyze | 22 | 2.20 | $425.00 | $935.00 |
| 9/25/02 | BR | Compare and analyze the LTC settlement proposal analysis with the CDG analysis | 22 | 0.40 | $425.00 | $170.00 |
| 9/25/02 | BR | Review of Conway Del Genio analysis regarding settlement proposal alternatives | 22 | 1.10 | $425.00 | $467.50 |
| 9/25/02 | BR | Review of Standard & Poor's credit rating report for Sealed Air Corporation for purpose of evaluating strategic settlement proposals | 22 | 0.80 | $425.00 | $340.00 |
| 9/25/02 | BR | Research on credit rating treatment of mandatorily redeemable preferred stock for purpose of computing credit metrics | 22 | 1.60 | $425.00 | $680.00 |
| 9/25/02 | BR | Review and edit of LTC analysis of potential settlement terms with Sealed Air under various scenarios | 22 | 1.20 | $425.00 | $510.00 |
| 9/25/02 | BR | Review and edit of Sealed Air debt capacity analysis and analysis of settlement scenarios | 22 | 3.10 | $425.00 | $1,317.50 |
| 9/25/02 | BC | Debt capacity analysis of Sealed Air | 22 | .40 | $425.00 | $595.00 |
| 9/25/02 | BC | Review and analysis of CDG debt capacity analysis of Sealed Air | 22 | 3.30 | $425.00 | $1,402.50 |
| 9/25/02 | BC | Analysis of Sealed Air debt capacity after a settlement with ACC | 22 | 3.50 | $425.00 | $1,487.50 |
| 9/25/02 | PR | Research Sealed Air credit report from S&P and review for updated debt capacity analysis | 22 | 1.80 | $320.00 | $576.00 |
| 9/26/02 | LT | Review of 10-K 12/31/01 and 10-Q for the six months ended 6/30/02 to identify financial affects of appointment of Trustee | 22 | 2.40 | $425.00 | $1,020.00 |
| 9/26/02 | BC | Continued Analysis of Sealed Air debt capacity after a settlement with ACC | 22 | 3.30 | $425.00 | $1,402.50 |
| 9/27/02 | BR | Review and analysis of new Grace settlement proposal | 22 | 3.00 | $425.00 | $1,275.00 |
| 9/27/02 | BR | Evaluation of new Grace settlement proposal | 22 | 1.00 | $425.00 | $425.00 |
| 37526 | BC | Review of Freedonia research report on building products industry | 22 | 1.4 | 425 | 595 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 37529 | BR | Review assumptions underlying Sealed Air settlement analysis | 22 | 0.3 | 425 | 127.5 |
| 37529 | BR | Sensitivity analysis with respect to Sealed Air settlement analysis | 22 | 2.4 | 425 | 1020 |
| 9/30/02 | BC | Review analysis of Sealed Air proposed settlement alternatives | 22 | 0.60 | $425.00 | $255.00 |
| 9/30/02 | BC | Performed further revisions to analysis of Sealed Air proposed settlement alternatives and the related debt capacity impact | 22 | 3.20 | $425.00 | $1,360.00 |
| | | **TOTAL Category # 22 - Valuation** | | 235.00 | | $97,344.50 |
| 9/13/02 | MB | Review 9/13/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 9/26/02 | MB | Review 9/23/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 9/26/02 | MB | Review Grace's amended and restate bylaws for related to a change of control or trustee appointment in connection with a potential fraudulent conveyance. | 27 | 0.60 | $425.00 | $255.00 |
| 9/26/02 | MB | Perform research on the impact of a change of control on a corporation's continuing operations | 27 | 1.50 | $425.00 | $637.50 |
| 9/26/02 | MB | Review of April 2001 post-petition loan and security agreement for impact on this facility related to a change of control or trustee appointment in connection with a potential fraudulent conveyance. | 27 | 2.80 | $425.00 | $1,190.00 |
| | | **TOTAL Category # 27 - Business Analysis** | | | | $2,337.50 |
| 9/3/02 | ET | Prepared draft of month-over-month summary memo for April vs. May 2002 for WR Grace & Co. | 29 | 0.50 | $185.00 | $92.50 |
| 9/4/02 | ET | Reviewed month-over-month comparison matrix for WR Grace & Co. (April vs. May 2002); compiled notes of significant month-over-month changes in terms of the balance sheet, income statement, cash flow statement, and summary of accounts receivable and aging to be used in the corresponding monthly memo. | 29 | 1.50 | $185.00 | $277.50 |
| 9/5/02 | ET | Reviewed month-over-month comparison matrixes (June vs. July 2002) for WR Grace & Co. Compiled notes for corresponding monthly memo, highlight significant month over month changes. | 29 | 0.80 | $185.00 | $148.00 |
| 9/5/02 | ET | Completed draft of April vs. May 2002 memo for WR-Grace and Co. which corresponds with monthly operating comparison matrixes. | 29 | 1.00 | $185.00 | $185.00 |
| 9/5/02 | ET | Entered July 2002 numbers into month-over-month comparison matrix (June vs. July 2002) for combined statement of operations, combined balance sheet, combined functional basis statement of cash flows, and accounts receivable and aging for WR Grace & Co-Chapter 11 Filing Entities. | 29 | 1.00 | $185.00 | $185.00 |
| 9/5/02 | ET | Reviewed month-over-month comparison matrix for WR Grace & Co. (May vs. June 2002); compiled notes of significant month-over-month changes in terms of the balance sheet, income statement, cash flow statement, and summary of accounts receivable. | 29 | 1.50 | $185.00 | $277.50 |
| 9/5/02 | ET | Prepared draft of monthly comparison memo for May vs. June 2002 for WR-Grace and Co highlighted significant changes as well as actual results. | 29 | 1.00 | $185.00 | $185.00 |
| 9/6/02 | ET | Completed reviewing month-over-month comparison matrixes for WRG (June vs. July 2002) and compiling notes. | 29 | 0.50 | $185.00 | $92.50 |
| 9/6/02 | ET | Prepared draft of monthly comparison memo for June vs. July 2002 for WR-Grace and Co highlighted significant changes as well as actual results in terms of the overall combined balance sheet, combined income statement, combined statement of cash flow and accounts receivable and aging. | 29 | 1.50 | $185.00 | $277.50 |
| 9/30/02 | ET | Prepared August vs. July 2002 statement of operations matrix for W.R. Grace Chapter 11 filing entities. | 29 | 0.50 | $185.00 | $92.50 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/30/02 | ET | Prepared August vs. July 2002 balance sheet comparison matrix for W.R.Grace & Co. - Chapter 11 Filing Entities. Includes July and August 2002 actual numbers, a monthly variance calculation and a current month (August) vs. December 2001 calculated variance. | 29 | 0.40 | $185.00 | $74.00 |
| 9/30/02 | ET | Entered August 2002 numbers into balance sheet comparison matrix for W.R Grace & Co. - Chapter 11 Filing Entities. | 29 | 0.40 | $185.00 | $74.00 |
| 9/30/02 | ET | Edit of month-over-month accounts receivable and aging reconciliation matrix for W.R. Grace & Co, Darex Puerto Rico, Inc, Remedium Group and Grace Europe, Inc. | 29 | 0.50 | $185.00 | $92.50 |
| 9/30/02 | ET | Created August vs. July 2002 accounts receivable and aging reconciliation matrix for W.R. Grace & Co., Darex Puerto Rico, Inc, Remedium Group and Grace Europe, Inc. | 29 | 0.40 | $185.00 | $74.00 |
| 9/30/02 | ET | Created monthly comparison statement of operations matrix for W.R. Grace non-filing entities; included month over month variance calculation, July and August 2002 actual numbers and cumulative since filing date numbers. | 29 | 0.80 | $185.00 | $148.00 |
| 9/30/02 | ET | Entered July and August 2002 numbers into non-filing entities monthly comparison matrix. Entered August 2002 statement of operations numbers into W.R. Grace Filing entities comparison matrix. | 29 | 0.80 | $185.00 | $148.00 |
| 9/30/02 | ET | Edit of monthly comparison statement of cash flow matrix for W.R. Grace. | 29 | 0.50 | $185.00 | $92.50 |
| 9/30/02 | ET | Entered August 2002 numbers into monthly comparison consolidated statement of cash flow matrix. Entered year-to-date as of August 2002 numbers and cumulative since filing date numbers into monthly comparison matrix. | 29 | 0.50 | $185.00 | $92.50 |
| 9/30/02 | ET | Prepared monthly comparison balance sheet matrix for W.R. Grace & Co. Non-Filing Entities | 29 | 0.80 | $185.00 | $148.00 |
| 9/30/02 | ET | Entered July and August 2002 numbers into non-filing entities monthly balance sheet comparison matrix. | 29 | 0.50 | $185.00 | $92.50 |
| 9/30/02 | ET | Entered August 2002 numbers into monthly comparison accounts receivable and aging matrix for W.R. Grace & Co, Darex Puerto Rice, Inc., Remedium Group and Grace Europe, Inc. | 29 | 0.50 | $185.00 | $92.50 |
| | | **TOTAL Category # 29 - Data Analysis** | | | | $2,941.50 |
| | | **TOTAL Schedule B** | | 307.50 | | $120,725.50 |