# EXHIBIT "A"

### SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2002 THROUGH AND INCLUDING JUNE 30, 2002

I. **ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant provided advice and counsel regarding certain asset acquisition transactions.

II. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant provided advice and counsel regarding business operations issues, including issues involving certain leases.

III. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant prepared for the hearings regarding certain motions filed by the Committee. Additionally, Applicant maintained the case calendar and the critical dates list, prepared the agenda for various court hearings, filed with the court certain documents and pleadings and reviewed and maintained the service list in this Chapter 11 case and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

IV. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (TASK CODE NO. 005)**

Applicant provided advice and counsel regarding issues involving asbestos claims, including a motion to establish a bar date.

V. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS) (TASK CODE NO. 006)**

Applicant provided advice and counsel regarding issues involving non-asbestos claims, including a motion to strike certain claims.

VI. **COMMITTEE (ALL CREDITORS', NOTEHOLDERS', EQUITY HOLDERS') (TASK CODE NO. 007)**

Applicant assisted the Creditors' Committee and provided information updates regarding the status of the case.

VII. **EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant provided advice and counsel regarding issues involving employee benefits and pension, including a motion for stay bonus payments.

VIII. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant provided advice and counsel regarding various retention applications, including applications to retain Bankruptcy Management Corporation and Price Waterhouse Coopers.

WLM\165008.1

IX.     **EXPENSES (TASK CODE NO. 011)**

Applicant incurred various expenses which are set forth in detail in the Monthly Fee Applicatons (as defined in the Administrative Order).

X.      **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

XI.     **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock Stroock & Lavan and FTI Policano & Manzo.

XII.    **HEARINGS (TASK CODE NO. 015)**

Applicant attended various hearings for the benefit of the Committee when necessary.

XIII.   **LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

XIV.    **RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant provided advice and counsel regarding certain motions for relief from the automatic stay, including motions filed by Carol Gerard, Edythe Kellogg, General Electric Railcar and BMW Constructors.

XV.     **BUSINESS ANALYSIS (TASK CODE NO. 027)**

Applicant provided advice and counsel with regard to certain ongoing business issues, including legal and property damage issues.

WLM\165008.1