IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 01-1139 (JJF) |
| W.R. GRACE & CO., ET AL, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CITY OF KNOXVILLE, TENNESSEE

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE THAT Douglas Gordon, and the law firm of Linebarger Goggan Blair & Sampson, LLP no longer represent the City of Knoxville in collection of ad valorem taxes. City of Knoxville hereby substitutes Hillary Browning-Jones as their attorney of record. All future documents should be served on:

City of Knoxville
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

Respectfully Submitted,

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
607 Market Street, Suite 103
Knoxville, TN 37902
(865) 215-9907

By: _____
Douglas Gordon
State Bar No. 019400

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel for the City of Knoxville has been served by regular mail on the parties listed below on this 31st day of October, 2002.

W.R. Grace & Co., et al
7500 Grace Drive
Columbia, MD 21044


Laura Davis Jones
Hamad R. Rafatjoo
David W. Carickhoff, Jr.
P.O. Box 8705
Wilmington, DE 19899-8705


U.S. Trustee
Patricia A. Staiano
844 King Str. Rm. 2313
Lockbox 35
Wilmington, DE 19801


City of Knoxville
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

_____
Douglas Gordon

2