# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline: October 2, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE THIRTEENTH MONTHLY INTERIM PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: July 1, 2002 through July 31, 2002

Amount of Compensation sought as actual, Reasonable, and necessary: $121,203.75

This an: X monthly ___ interim ___ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 9/6/02 | 7/1/02 through 7/31/02 | $121203.75 | $7,897.17 | Pending | Pending |

As indicated above, this is the thirteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|------------------------------|------------------------------|--------------------------------|------------|----------------------|---------------------|---------------------|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 12.40 | $5,332.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 13.70 | $5,480.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 60.80 | $23,408.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 25.80 | $7,740.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $240.00 | .60 | $129.00 |
| Scott W. Brady | Associate | 1 year | Litigation | $185.00 | 45.40 | $8,399.00 |
| Jayme L. Butcher | Associate | 1 year | Litigation | $185.00 | 45.20 | 8,362.00 |
| Scott M. Cindrich | Associate | 1 year | Litigation | $185.00 | 76.90 | $14,226.50 |
| Lisa D. DeMarchi | Associate | 1 year | Litigation | $185.00 | 61.30 | $11,340.50 |
| Bryan C. Devine | Associate | 1 year | Litigation | $185.00 | 6.90 | $1,276.50 |
| Andrew J. Muha | Associate | 1 year | Litigation | $185.00 | 63.60 | $11,611.50 |
| Benjamin J. Sweet | Associate | 1 year | Litigation | $185.00 | 72.40 | $13,032.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 21.40 | $3,210.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 28.10 | $3,372.00 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 3.70 | $481.00 |
| Carey E. Raytik | Paralegal | 2 Years | Litigation | $75.00 | 16.25 | $1,218.75 |
| Karen Hindman | Lit. Support | 2 Years | Litigation | $110.00 | 20.50 | $2,255.00 |

Total Fees:  $121,203.75

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation and Litigation Counseling – B430 | 547.15 | $113,093.25 |
| Hearings – B430 | 7.50 | $3,125.00 |
| Non-Working Travel – B195 | 4.00 | $1,540.00 |
| Fee Applications – B160 | 16.30 | $3,015.50 |
| Total: | 574.95 | $121,203.75 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone Expense | $   35.43 |
| Duplicating/Printing | 299.85 |
| Outside Duplicating | 2,551.73 |
| Courier Service | 182.65 |
| Documentation Charge | 83.31 |
| Secretarial Overtime | 727.50 |
| Transportation | 6.00 |
| Air Travel Expense | 1,748.00 |
| Rail Travel Expense | (190.00) |
| Automobile Rental | 13.00 |
| Taxi Expense | 211.66 |
| Mileage Expense | 81.58 |
| Meal Expense | 73.37 |
| Document Scanning/Imaging Expense | 2,343.09 |
| **Total:** | **$ 7,897.17** |

Dated:  September 9, 2002

REED SMITH LLP


/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr., Esquire (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: rkeuler@reedsmith.com

and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number      967134 |
| One Town Center Road | Invoice Date     08/31/02 |
| Boca Raton, FL    33486 | Client Number      172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)   Special Abestos Counsel (Litigation and Litigation Consulting)

   Fees          113,523.25

      TOTAL BALANCE DUE UPON RECEIPT  $ 113,523.25
                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    967134 |
| One Town Center Road | Invoice Date    08/31/02 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60026 |

================================================================

Re: (60026)  Special Abestos Counsel (Litigation and Litigation Consulting)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/01/02 | Atkinson | Queries on Summation re: Grace Document Box 1924 and e-mails to M. Murphy and Holmes Robert re: same (.3); printing materials from Summation for associates' review (.9); e-mail to associates re: review and arrangements to send boxes to them for review (.3); reviewing documents pulled by associates for proper coding for trade secret, privilege, medical confidential (2.2). | 3.70 |
| 07/01/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.70 |
| 07/01/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.20 |
| 07/01/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/01/02 | Haines | Multi memos to Raytik re: missing data (0.3); memos to ONSS re: missing data (0.3); memos to Atkinson re: HRO box tracking database (0.2); research re: missing data, Vols. 44 and 45 (0.4); memos to Atkinson re: attorney work-product document | 2.00 |

```
172573  W. R. Grace & Co.                      Invoice Number   967134
 60026  Special Abestos Counsel                Page    2
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | review status and production in fraudulent conveyancing action (0.3); telephone call with Thornton re: delivery schedule and project status (0.3); memo re: same (0.2). | |
| 07/01/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.00 |
| 07/01/02 | Raytik | Updated spreadsheet regarding scanned documents | .60 |
| 07/01/02 | Raytik | E-mails to Susan Haines regarding updated spreadsheets. | .10 |
| 07/01/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.30 |
| 07/02/02 | Atkinson | Checking coding for documents pulled by associates as trade secret, privilege, medical confidential (.8); checking memo listing target sheets/patch sheets redacted from Summation (.3); organizing for permanent filing documents designated as trade secret, privilege, medical confidential (.8). | 1.90 |
| 07/02/02 | Bentz | Reviewing and summarizing news articles on Grace, Libby and Zonolite insulation. | 1.00 |
| 07/02/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.30 |
| 07/02/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.50 |

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page    3
        August 31, 2002

    Date   Name                                              Hours
  -------- -----------                                       -----


07/02/02 DeMarchi Sleigh  Attorney work-product document      3.90
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/02/02 Haines           Telephone call with Murphy re:      1.10
                          labeling of ledger boxes (0.2);
                          telephone call with Murphy re:
                          document production in fraudulent
                          conveyance case (0.2); memo to
                          Trevelise re: same (0.1); memo to
                          Coggon re: On-Site delivery for
                          next week (0.1); memos re: missing
                          data (0.3); memo to Atkinson re:
                          status of attorney work-product
                          document review (0.2).

07/02/02 Muha             Attorney work-product document      5.40
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/02/02 Raytik           E-mails to and from Karen Hindman    .10
                          regarding problems with Summation.

07/02/02 Raytik           Received and reviewed spreadsheets of  .10
                          new documents.

07/02/02 Raytik           Profiled and printed out             .10
                          spreadsheets to search for missing
                          data.

07/02/02 Sweet            Attorney work-product document      8.10
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/03/02 Atkinson         Printing summary sheets from         .90
                          Summation for associates' review
                          (.2); checking memo relating to
                          data deleted from Summation
                          database (.7).

07/03/02 Bentz            Review of news articles re Grace,    .75
                          Libby and Zonolite insulation.

07/03/02 Butcher          Attorney work-product document      5.20
                          review and review for production
                          of documents to EPA and in Ch. 11 cases.
```

172573  W. R. Grace & Co.                              Invoice Number  967134
  60026  Special Abestos Counsel                    Page   4
         August 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/03/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/03/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.90 |
| 07/03/02 | Haines | Multi memos re: missing data | .40 |
| 07/03/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.50 |
| 07/03/02 | Raytik | Updated spreadsheets ande researched missing dataregarding scanned documents | 7.05 |
| 07/03/02 | Restivo | Prepare for and participate in conference call WR Grace re: "science" trial. | 1.00 |
| 07/05/02 | Atkinson | Printing summaries for associates' review of documents (1.1); checking coding of documents re: trade secret, privilege, medical confidential (.8). | 1.90 |
| 07/05/02 | Haines | Research re: missing data (0.8); memos to ONSS re: same (0.3); memos to Coggon, Murphy re: completed data uploads (0.3); memos to Hindman re: same (0.1). | 1.50 |
| 07/05/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.50 |
| 07/07/02 | Cameron | Review e-mails and correspondence regarding outstanding attic insulation issues in EPA/Chap. 11 Cases. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number  967134
  60026  Special Abestos Counsel                   Page   5
         August 31, 2002


| Date | Name | | Hours |
|------|------|------|------|

| Date | Name | | Hours |
|------|------|------|------|
| 07/08/02 | Bentz | Review of news publications regarding Grace, Libby and Zonolite attic insulation. | .40 |
| 07/08/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.20 |
| 07/08/02 | Cameron | Review R. Finke e-mails and telephone call with R. Finke regarding open issues (.9); review draft objections to ZAI budget and provide comments (.7). | 1.60 |
| 07/08/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.80 |
| 07/08/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | .40 |
| 07/08/02 | Haines | Multi memos re: missing data (0.5); memos re: data uploads (0.2); telephone call to Flakker re: summation status (0.1); telephone call with Thornton re: status and delivery of data this week (0.4); memos re: same (0.3). | 1.50 |
| 07/08/02 | K. Hindman | Run three Summation utilities relating to scanned documents | 1.00 |
| 07/08/02 | Raytik | E-mail and telephone calls to and from Harrison Flakker regarding scanned documents | .30 |
| 07/08/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.00 |
| 07/09/02 | Atkinson | Completing memo regarding data deleted from Summation (1.8); checking documents from Summation | 3.20 |

172573  W. R. Grace & Co.
60026   Special Abestos Counsel
        August 31, 2002

| Date | Name | | Hours |
|------|------|------|-------|
| | | to verify documents pulled by associates are properly coded for privilege, trade secret, medical confidential (.7). print documents for associates' review (.3); arrangements to have paper copies of documents from CDs and checking status of associates' review (.4). | |
| 07/09/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.30 |
| 07/09/02 | Cameron | Review materials regarding meeting with consultant and make arrangements for same (.9); Review materials relating to status of document review (.9); Review science trial issues (1.3). | 3.10 |
| 07/09/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.60 |
| 07/09/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.60 |
| 07/09/02 | Devine | Attorney work-product document revie and review for production of documents to EPA and in Chapter 11 Cases. | 3.60 |
| 07/09/02 | Flatley | Review correspondence relating to ZAI issues. | .50 |
| 07/09/02 | Haines | Multi memos re: data uploads and transfer of scanned documents images to (0.3); memo re: delivery of data for this week (0.2). | .50 |
| 07/09/02 | K. Hindman | Performed a find and replace on the litigation summaries, load data and images and performed maintenance checks of data. | 3.50 |

```
172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page    7
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/09/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.00 |
| 07/09/02 | Raytik | Updated spreadsheets and researched missing data regarding scanned documents; emails to K. Hindman and S. Haines re: same | 1.50 |
| 07/10/02 | Atkinson | Telephone call with S. Haines (PHL) re: procedure for spreadsheets/CDs of missing data in database, and memo to D. Cameron re: same (.6); reviewing documents pulled by associates re: coding for trade secret, privilege, medical confidential (1.9). | 2.50 |
| 07/10/02 | Bentz | Work on outline and summaries for historical case defense project. | .90 |
| 07/10/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | .70 |
| 07/10/02 | Cameron | Telephone call with R. Finke and review materials regarding upcoming witness meetings (.8); review and revise outline for science trial issues (.8). | 1.60 |
| 07/10/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.60 |
| 07/10/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.80 |
| 07/10/02 | Devine | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |

```
172573  W. R. Grace & Co.                        Invoice Number  967134
 60026  Special Abestos Counsel                  Page    8
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| 07/10/02 | Haines | Telephone call with Atkinson re: CD loading and missing data processes (0.3); two telephone calls with On-Site re: delivery of data for this week and box list (0.4); memos re: same (0.3). | 1.00 |
| 07/10/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.90 |
| 07/10/02 | Raytik | Email to Susan Haines re: updating document database | .20 |
| 07/11/02 | Atkinson | Proofreading, revising, checking documents relating to memo listing Guidelines inadvertently scanned documents and sending final memorandum re: same to A. Trevelise, S. Haines (PHL). | 1.60 |
| 07/11/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.80 |
| 07/11/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/11/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.00 |
| 07/11/02 | Flatley | With D. Cameron and e-mails re: Yang deposition issues (.20); e-mails from/to D. Kuchinsky re: conference call (.10); review correspondence and reports of medical conference (.80). | 1.10 |
| 07/11/02 | Restivo | Receipt and review of new correspondence, e-mails, reports and  pleadings relay to science trial issues | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number  967134
  60026  Special Abestos Counsel                   Page    9
         August 31, 2002


    Date   Name                                              Hours
    -------- ------------                                    -----

07/12/02 Bentz              Revise detailed outline for        1.25
                            historical case defense project.

07/12/02 Butcher            Attorney work-product document     6.80
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/12/02 Cameron            Telephone call with R. Finke       3.10
                            relating to ZAI issues in cost
                            recovery action (.6); Telephone
                            call with J. Restivo and e-mail
                            regarding same (.5); Telephone
                            call with L. Flatley regarding
                            same (.4); Review issues and
                            prepare detailed summary regarding
                            same (.9); Review materials
                            regarding depositions in cost
                            recovery action and e-mails (.7).

07/12/02 Cindrich           Attorney work-product document     2.50
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/12/02 DeMarchi Sleigh    Attorney work-product document     2.20
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/12/02 Flatley            E-mails relating to open expert     1.30
                            issues (0.2); call with R. Finke
                            re:  expert strategy issues (0.6);
                            follow-up of expert issues
                            including with D. E. Cameron re:
                            R. Finke (0.3); e-mail re
                            deposition schedules and response
                            (0.2)

07/12/02 Muha               Attorney work-product document     3.20
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/13/02 Cameron            Review documents for witness         .90
                            meetings (.9).

07/14/02 Butcher            Attorney work-product document     4.00

172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                     Page   10
        August 31, 2002


    Date    Name                                              Hours
    -------- -----------                                      -----

                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/14/02 Flatley            Preparation for 7/15 conference      1.20
                            call with D. Kuchinsky, et al.

07/15/02 Atkinson           E-mail to Holme Roberts with          .80
                            listing of materials deleted from
                            database (.2); checking
                            associates' status of review of
                            documents (.3); Summation searches
                            re: number of documents reviewed
                            to date (.3).

07/15/02 Bentz              Preparation of add'l outlinea in      .80
                            connection with historical case
                            defense project.

07/15/02 Butcher            Attorney work-product document       2.50
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/15/02 Cameron            Prepare for and meet with J.         3.90
                            Restivo regarding outstanding
                            issues and ZAI schedule (.7);
                            E-mail and telephone call with R.
                            Finke regarding witness scheduling
                            issues and review materials in
                            preparation for same (1.4); Review
                            Holme Roberts correspondence and
                            summaries of expert issues (1.3);
                            review draft materials from J.
                            Baer relating to proposed budget
                            (.5).

07/15/02 Cindrich           Attorney work-product document       3.20
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/15/02 DeMarchi Sleigh    Attorney work-product document       8.00
                            review and review for production
                            of documents to EPA and in Chapter
                            11 Cases.

07/15/02 Flatley            Review e-mails relating to           3.20

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page  11
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | consultant issues and respond (0.2); prepare for conference call (0.4); conference call with R. Finke, K. Kuchinsky, et al. and follow-up (1.4); call with D. Cameron and e-mails (0.2); call with J. Benz re: outline of case defense (0.7); review article relating to Grace (0.3). | |
| 07/15/02 | Haines | Memo to Atkinson re: review of microfilm images (0.2); memos re: box return (0.3); memos to On-Site re: CD shipment and missing data (0.2); telephone call with On-Site re: same (0.4). | 1.10 |
| 07/15/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.70 |
| 07/15/02 | Raytik | Emails to S. Haines re: missing data from scanned documents | .10 |
| 07/15/02 | Restivo | Review draft and final pleadings re: science trial | 1.40 |
| 07/16/02 | Bentz | Review and revise outlines relating to historical case defense project. | 1.60 |
| 07/16/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.00 |
| 07/16/02 | Cameron | Review consultant correspondence and summaries (.9); Review materials relating to trial on ZAI science issues (.7). | 1.60 |
| 07/16/02 | Cameron | Review materials relating to cost recovery action depositions | .80 |
| 07/16/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter | 2.00 |

```
172573  W. R. Grace & Co.                        Invoice Number   967134
 60026  Special Abestos Counsel                  Page   12
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

                              11 Cases.

07/16/02 DeMarchi Sleigh   Attorney work-product document       5.70
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/16/02 Flatley           Call with W. Sparks re: witness       .90
                           issues  (0.7); follow-up on W.
                           Sparks call, including call with
                           D. Cameron (0.2).

07/16/02 Haines            Multi memos to Hindman re: data       .60
                           relating to scanned documents
                           (0.3); memos to On-Site re:
                           incomplete data (0.2); memo re:
                           box tracking (0.1).

07/17/02 Bentz             Revisions to attorneya' work product  .50
                           and emails relating to historical
                           case defense project.

07/17/02 Butcher           Attorney work-product document       1.70
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/17/02 Cameron           Telephone call with R. Finke and     2.10
                           e-mails regarding consultant
                           meetings (.5); review draft
                           materials from consultant (.9);
                           review materials for 7/22 hearing
                           (.7).

07/17/02 Cindrich          Attorney work-product document       1.10
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/17/02 DeMarchi Sleigh   Attorney work-product document       5.00
                           review and review for production
                           of documents to EPA and in Chapter
                           11 Cases.

07/17/02 Haines            Multi memos to Hindman re: new        .80
                           database inputs (0.3); memos to
                           Atkinson re: attorney work-product
                           document review status (0.2);

```
172573  W. R. Grace & Co.                      Invoice Number  967134
 60026  Special Abestos Counsel                Page  13
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | memos to On-Site re: missing data status (0.3). | |
| 07/17/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 4.00 |
| 07/17/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.10 |
| 07/18/02 | Atkinson | Send documents to associates to review (.2); arrangements for coding summaries provided by associates (.1). | .30 |
| 07/18/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases.. | 1.10 |
| 07/18/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/18/02 | Cameron | Prepare for and participate in lengthy conference with R. Finke re:  comments to testing data and review of same (1.90); review materials for meeting in Vermont with R. Finke re:  expert presentations (1.40). | 3.30 |
| 07/18/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/18/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/18/02 | Haines | Memos re: On-Site invoice (0.2); memos re: missing data (0.2). | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  967134
60026  Special Abestos Counsel              Page  14
       August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/18/02 | K. Hindman | Copied data on CDs | 3.00 |
| 07/18/02 | Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/19/02 | Atkinson | Reviewing documents from Summation reviewed by associates and determined to be trade secret, medical confidential, privileged. | 2.20 |
| 07/19/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.00 |
| 07/19/02 | Cameron | Participate in lengthy conference call with R. Finke and consultant re:  work to be done on testing issues (1.80); review materials relating to Julie Yang deposition preparation and deposition (1.60). | 3.40 |
| 07/19/02 | Cameron | Particiated in part of telephone call with R. Finke and J. Restivo re: response to EPA proposed stipulation in cost recovery action (.50); e-mails re:  same (.40). | .90 |
| 07/19/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.00 |
| 07/19/02 | Flatley | E-mails re: scheduling of deposition in cost recovery action (.20); participate in part of conference call with R. Finke, and J. Restivo relate to same (.40). | .60 |
| 07/19/02 | Haines | Two telephone calls with On-Site re: project/CD status; conference with Trevelise re: data transfer to HRO (0.3); memos re: same (0.3); memos re: new tests relating to  incomplete data (0.2). | 1.10 |

172573 W. R. Grace & Co.                         Invoice Number  967134
60026  Special Abestos Counsel                   Page  15
        August 31, 2002


  Date   Name                                              Hours
-------- -----------                                       -----

07/19/02 K. Hindman       Edited data received from On-Site,    4.00
                          loaded data and images, performed
                          maintenance checks and searched
                          for missing data relating to
                          scanned documents.

07/19/02 Raytik           Conversation and e-mail with Susan     .20
                          Haines regarding database.

07/19/02 Restivo          Conference and telephone calls        1.00
                          with R. Finke re:  EPA proposed
                          stipulation

07/19/02 Sweet            Attorney work-product document        5.50
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/20/02 Flatley          Review draft reports.                  .70

07/22/02 Bentz            Review of report regarding expert     1.25
                          work in cost recovery action
                          (1.0); corresponding with D.
                          Cameron regarding same (.25).

07/22/02 Brady            Attorney work-product document        1.20
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/22/02 Cameron          Prepare for and meet with R. Finke    9.00
                          concerning expert work on attic
                          insulation (1.5); attend meeting
                          with and presentations of potential
                          asbestos expert witnesses (7.5).

07/22/02 Cindrich         Attorney work-product document        8.00
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/22/02 DeMarchi Sleigh  Attorney work-product document        3.00
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

07/22/02 Haines           Meeting with Thornton at On-Site      2.60
                          re: remaining data issues,

```
172573  W. R. Grace & Co.                          Invoice Number  967134
  60026  Special Abestos Counsel                   Page   16
         August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | outstanding boxes, final invoicing and scanning project wrap-up. | |
| 07/22/02 | K. Hindman | Removed data and reloaded corrected data and images, perform maintenance checks and search for missing data relating to scanned documents. | 2.00 |
| 07/23/02 | Butcher | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.00 |
| 07/23/02 | Cameron | Prepare for and meet with R. Finke re:  expert issues (1.0); attend meetings with experts concerning exposures and monitoring of Libby Vermiculite (4.5);telephone call with J. Restivo re:  report on 7/22 hearing and things to do with respect to proposed budget as required by the Court (.30). | 5.80 |
| 07/23/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.80 |
| 07/23/02 | DeMarchi Sleigh | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | .80 |
| 07/23/02 | Flatley | Review draft report. | 1.00 |
| 07/23/02 | Haines | Memo to Latuda re: outstanding boxes at On-Site (0.2); memos to Raytik re: missing data (0.3); memo to On-Site re: missing data (0.1). | .60 |
| 07/23/02 | Raytik | Researched missing data and updated spreadsheets regarding scanned documents. | .30 |
| 07/23/02 | Restivo | Revise ZAI budget | .50 |
| 07/23/02 | Sweet | Attorney work-product document | 9.10 |

172573  W. R. Grace & Co.                           Invoice Number  967134
 60026  Special Abestos Counsel                     Page   17
        August 31, 2002


    Date   Name                                              Hours
    -------- -----------                                     -----

                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

07/24/02 Brady          Attorney work-product document        5.80
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

07/24/02 Cameron        Review materials relating to          2.30
                        budget for ZAI trial and telephone
                        call with J. Baer re:  same (.40);
                        telephone call with L. Flatley re:
                        scheduled witness meeting (.40);
                        telephone call with R. Finke re:
                        deposition preparation issues
                        (.60); review materials for
                        deposition preparation (.90).

07/24/02 Cindrich       Attorney work-product document        2.00
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

07/24/02 Flatley        Call with W. Sparks re: witness       1.50
                        meeting issues (.40); follow up on
                        call with D. Cameron (.40);
                        e-mails re scheduling of meetings
                        (.20); preparation for meeting
                        (.50).

07/24/02 Haines         Telephone calls to Murphy, On-Site    1.60
                        re: missing box reconciliation
                        (0.3); memos re: scanning invoice
                        (0.2); memos re: missing data
                        (0.6); memo to Hindman re:
                        database information for Holme
                        Roberts  for cost recovery
                        action(0.1); research missing data (0.4).

07/24/02 Raytik         Updated spreadsheet and researched    3.00
                        missing data re: scanned documents.

07/24/02 Sweet          Attorney work-product document        9.20
                        review and review for production
                        of documents to EPA and in Chapter
                        11 Cases.

172573  W. R. Grace & Co.                          Invoice Number  967134
 60026  Special Abestos Counsel                    Page  18
        August 31, 2002


    Date    Name                                              Hours
  --------  ------------                                      -----


  07/25/02 Bentz          Reviewing and summarizing news        2.30
                          articles regarding Grace, Libby
                          and ZAI (.3); preparation of
                          detailed summaries for historical

                          case defense (1.5); review of
                          draft response to EPA action memo
                          in cost recovery action (.5).

  07/25/02 Brady          Attorney work-product document        4.80
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

  07/25/02 Cameron        Meet with J. Restivo re:  ZAI         1.40
                          trial budget order (.20); prepare
                          for and participate in conference
                          call with R. Finke and asbestos
                          consultant (1.20);

  07/25/02 Cameron        Review materials relating to         1.40
                          experts in cost recovery action
                          and telephone call with R. Finke
                          re:  same (1.40).

  07/25/02 Cindrich       Attorney work-product document        1.30
                          review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

  07/25/02 Flatley        E-mails re: conference call            .60
                          scheduling  and open issues
                          (.40);review correspondence
                          relating to science trial issues
                          (.20).

  07/25/02 Muha           Attorney Work-Product Document        2.60
                          Review and review for production
                          of documents to EPA and in Chapter
                          11 Cases.

  07/25/02 Raytik         Research of missing data and          2.60
                          update spreadsheet of scanned
                          documents

  07/25/02 Sweet          Attorney work-product document        8.20
                          review and review for production
                          of documents to EPA and in Chapter

```
172573  W. R. Grace & Co.                      Invoice Number  967134
 60026  Special Abestos Counsel                Page  19
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

11 Cases.

| 07/26/02 Bentz | Review of response  in cost recovery action to EPA pronouncement (1.5); review of | 1.70 |

news articles regarding Grace and ZAI (.2)

| 07/26/02 Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.60 |

| 07/26/02 Cameron | Review e-mails from R. Finke and Holme Roberts concerning discovery issues in cost recovery action (.4);Review discovery from claimants regarding science trial (.3). | .70 |

| 07/26/02 Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | .50 |

| 07/26/02 Flatley | Organizing materials in preparation for Cambridge witness meeting (.90); e-mails re: Camridge meeting (.20). | 1.10 |

| 07/26/02 Haines | Memos re: missing data and edits to database for Holmes Roberts. | .30 |

| 07/26/02 Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.20 |

| 07/26/02 Sweet | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.10 |

| 07/28/02 Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 2.40 |

```
172573  W. R. Grace & Co.                      Invoice Number  967134
 60026  Special Abestos Counsel                Page   20
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/28/02 | Cameron | Review expert materials relating to cost recovery action discovery and pre-trial issues. | 1.50 |
| 07/29/02 | Atkinson | Reviewing coding for documents reviewed by associates and determined to be trade secret, medical confidential, privileged, and making appropriate changes. | 2.80 |
| 07/29/02 | Bentz | Correspondence with L. Flatley regarding preparation of outlines for historical case defense (.4); review of news article regarding Grace (.4). | .80 |
| 07/29/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 8.30 |
| 07/29/02 | Cameron | Continue review of expert report materials for EPA cost recovery action. | 1.80 |
| 07/29/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.30 |
| 07/29/02 | Haines | Multi memos to Hindman, Atkinson re: edited data for Holme Roberts (0.3); memos to On-Site re: data provided relating to documents produced (0.2); research re: missing data (0.8); memo re: same (0.2); memos re: Phase I review (0.8); memos re: image counts and document review status (0.7). | 3.00 |
| 07/29/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.50 |
| 07/30/02 | Atkinson | Reviewing coding for documents reviewed by associates and | 2.70 |

```
172573  W. R. Grace & Co.                      Invoice Number  967134
 60026  Special Abestos Counsel                Page  21
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | determined to be trade secret, medical confidential, privileged and making appropriate changes. |  |
| 07/30/02 | Bentz | Preparation and work on revisions to outline and summaries relating to historical case defense (6.7); reviewing and summarizing recent news articles regarding Grace, Libby and Attic Insulation (.5). | 7.20 |
| 07/30/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 7.40 |
| 07/30/02 | Cameron | Review materials relating to cost recovery action experts and expert materials to be filed on 7/31/02. | 2.60 |
| 07/30/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 5.90 |
| 07/30/02 | Haines | Conference with Trevelise re: document review scanning status (0.2); telephone call with On-Site re: scanning data status (0.1); memo to Hindman re: On-Site database (0.1); memos re: document review/scanning status (0.7); memos re: data transfer to Holme Roberts(0.2). | 1.30 |
| 07/30/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing. | 2.00 |
| 07/30/02 | Muha | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 1.30 |
| 07/31/02 | Atkinson | Reviewing/revising coding for documents reviewed by associates and determined to be trade secret privileged, medical confidential | 3.60 |

172573   W. R. Grace & Co.                        Invoice Number   967134
 60026   Special Abestos Counsel                  Page   22
         August 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| | | (3.2); additional documents to associates to review (.4). | |
| 07/31/02 | Bentz | Preparation of outline and matierials for witness interview and meeting (4.6); Reviewing and summarizing news articles regarding Grace and Libby (.75). | 5.35 |
| 07/31/02 | Brady | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 6.80 |
| 07/31/02 | Cameron | Telephone call with R. Finke regarding report on expert meeting in Denver (.5); Review materials in preparation for meeting with experts (.8). | 1.30 |
| 07/31/02 | Cindrich | Attorney work-product document review and review for production of documents to EPA and in Chapter 11 Cases. | 3.30 |
| 07/31/02 | K. Hindman | Copied data from CD's received from On-Site, loaded data and images into litigation data base and performed maintenance checks. | 5.00 |

                                          TOTAL HOURS    547.15

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.90 | at $ | 430.00 | = | 2,107.00 |
| Lawrence E. Flatley | 13.70 | at $ | 400.00 | = | 5,480.00 |
| Douglas E. Cameron | 55.10 | at $ | 385.00 | = | 21,213.50 |

```
172573  W. R. Grace & Co.                    Invoice Number  967134
 60026  Special Abestos Counsel              Page  23
        August 31, 2002
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James W Bentz | 25.80 | at | $ | 300.00 | = | 7,740.00 |
| Scott W. Brady | 45.40 | at | $ | 185.00 | = | 8,399.00 |
| Scott M. Cindrich | 76.90 | at | $ | 185.00 | = | 14,226.50 |
| Lisa D. DeMarchi Sleigh | 61.30 | at | $ | 185.00 | = | 11,340.50 |
| Bryan C. Devine | 6.90 | at | $ | 185.00 | = | 1,276.50 |
| Jayme L. Butcher | 45.20 | at | $ | 185.00 | = | 8,362.00 |
| Andrew J. Muha | 53.30 | at | $ | 185.00 | = | 9,860.50 |
| Benjamin J. Sweet | 72.40 | at | $ | 180.00 | = | 13,032.00 |
| M. Susan Haines | 21.40 | at | $ | 150.00 | = | 3,210.00 |
| Maureen L. Atkinson | 28.10 | at | $ | 120.00 | = | 3,372.00 |
| Carey E. Raytik | 16.25 | at | $ | 75.00 | = | 1,218.75 |
| Karen Hindman | 20.50 | at | $ | 110.00 | = | 2,255.00 |

```
                        CURRENT FEES                     113,093.25


                                                        - - - - - - - - - - -
            TOTAL BALANCE DUE UPON RECEIPT              $ 113,093.25
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R Grace & Co.                              Invoice Number      967134
One Town Center Road                         Invoice Date      08/31/02
Boca Raton, FL   33486                       Client Number       172573
```

Re: Hearings.

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/18/02 | Restivo | Preparation for 7/22 omnibus hearing relating to asbestos issues on agenda | 1.00 |
| 07/22/02 | Restivo | Preparation for and attendance at omnibus hearing relating to asbestos issues | 6.50 |
| | | TOTAL HOURS | 7.50 |

| TIME SUMMARY | Hours | Value |
|--------------|-------|-------|
| James J. Restivo Jr. | 7.50 | 3,125.00 |

```
                       CURRENT FEES                  3,125.00

                                                 ------------
            TOTAL BALANCE DUE UPON RECEIPT       $ 3,125.00
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 967132 |
| Invoice Date | 08/31/02 |
| Client Number | 172573 |
| Matter Number | 60027 |

Re: Travel--Non-Working

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/21/02 | Cameron | Travel to Vermont for meeting with R. Finke and various experts. | 2.00 |
| 07/23/02 | Cameron | Return to Pittsburgh--one half travel time with no work. | 2.00 |
| | | TOTAL HOURS | 4.00 |

| TIME SUMMARY | Hours | Value |
|--------------|-------|-------|
| Douglas E. Cameron | 4.00 | 1,540.00 |

CURRENT FEES 1,540.00

TOTAL BALANCE DUE UPON RECEIPT $ 1,540.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 967133 |
| Invoice Date | 08/31/02 |
| Client Number | 172573 |
| Matter Number | 60029 |

===============================================================================

Re: Fee Applications, Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 07/01/02 | Keuler | Reviewed monthly fee application and met with J. Lord regarding fee application and changes. | .30 |
| 07/03/02 | Lord | Review docket and update service lists and labels. | 1.20 |
| 07/08/02 | Cameron | Review materials for fee application (1.1) | 1.10 |
| 07/08/02 | Lord | E-correspondence with D. Cameron re: filing of CNOs. | .20 |
| 07/13/02 | Cameron | Review fee application materials (.6); | .60 |
| 07/16/02 | Keuler | Reviewed e-filing notices received from court. | .10 |
| 07/23/02 | Lord | Research docket and draft CNO for Reed Smith's Eleventh Monthly Fee Application. | .60 |
| 07/23/02 | Muha | Review invoices and fee/expense details for 12th monthly verified fee application in Grace bankruptcy; analyze/revise for compliance with Fee Auditor's report. | 2.10 |

```
172573  W. R. Grace & Co.                        Invoice Number  967133
 60029  Fee Applications, Applicant              Page 2
        August 31, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/24/02 | Lord | E-correspondence to/from D. Cameron re: CNO for eleventh monthly application and upcoming quarterly application (.3). | .30 |
| 07/25/02 | Lord | Research docket for objections to Reed Smith's May fee application (.2); review amended administrative order and prepare e-correspondonce to D. Cameron re: CNO for same (.2). | .40 |
| 07/26/02 | Keuler | Met with J. Lord regarding fee application. Reviewed certifcate of no objection. | .20 |
| 07/26/02 | Lord | Review and edit CNO for Reed Smith May fee application (.2); discuss same with R. Keuler (.1); prepare additional service and coordinate e-filing of same (.4). | .70 |
| 07/26/02 | Muha | Discuss fee auditor report and future fee application procedures with D. Cameron. | .70 |
| 07/29/02 | Lord | Prepare correspondence to R. Finke of W.R. Grace re: Eleventh Monthly CNO. | .30 |
| 07/30/02 | Muha | Revise fee/expense details for 12th monthly fee application; meet with billing department re: same; prepare item for 4th Quarterly fee application. | 5.00 |
| 07/31/02 | Muha | Review and edit materials for submission with 12th Monthly and 4th Quarterly fee applications. | 2.50 |

```
                                      TOTAL HOURS     16.30
```

172573  W. R. Grace & Co.
 60029  Fee Applications, Applicant
        August 31, 2002

Invoice Number  967133
Page   3

| TIME SUMMARY | Hours | Value |
|---|---|---|
| Douglas E. Cameron | 1.70 | 654.50 |
| Andrew J. Muha | 10.30 | 1,751.00 |
| Richard A. Jr. Keuler | .60 | 129.00 |
| John B. Lord | 3.70 | 481.00 |

CURRENT FEES                                3,015.50
                                         -------------

TOTAL BALANCE DUE UPON RECEIPT        $ 3,015.50
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 967131 |
| One Town Center Road | Invoice Date | 08/31/02 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

=======================================================================

Re: Special Abestos Counsel


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 35.43 |
| Documentation Charge | 83.31 |
| Duplicating/Printing | 299.85 |
| Courier Service | 182.65 |
| Outside Duplicating | 2,551.73 |
| Secretarial Overtime | 727.50 |
| Transportation | 6.00 |
| Air Travel Expense | 1,478.00 |
| Rail Travel Expense | (190.00) |
| Automobile  Rental | 13.00 |
| Taxi Expense | 211.66 |
| Mileage Expense | 81.58 |
| Meal Expense | 73.37 |
| Document Scanning Expense | 2,343.09 |

CURRENT EXPENSES                           7,897.17
                                       --------------

TOTAL BALANCE DUE UPON RECEIPT         $ 7,897.17
                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      967131
One Town Center Road                   Invoice Date      08/31/02
Boca Raton, FL    33486                Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Special Abestos Counsel (Litigation and Litigation Consulting)

        Expenses                          7,897.17

                 TOTAL BALANCE DUE UPON RECEIPT        $ 7,897.17
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number     967131<br>Invoice Date    08/31/02<br>Client Number     172573<br>Matter Number      60026 |

Re: (60026)  Special Abestos Counsel (Litigation and Litigation Consulting)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/23/01 | Courier Service parcels inc inv 12/23/01 | 145.00 |
| 04/26/02 | Courier Service FEDEX | 2.65 |
| 05/01/02 | Telephone Expense-M. Atkinson | 5.73 |
| 06/01/02 | Telephone Expense-M. Atkinson | 14.02 |
| 06/19/02 | 617-542-3025/BOSTON, MA/14 | .86 |
| 06/21/02 | Air Travel Expense- ATKINSON/MAUREEN L 25JUN<br>PIT BOS PIT-Review of documents | 976.50 |
| 06/21/02 | 617-542-3025/BOSTON, MA/4 | .23 |
| 06/22/02 | Secretarial Overtime TYPED REPORTS IN SUMMATION<br>for Attorney Work-Product Document Review | 105.00 |
| 06/23/02 | Rail Travel Expense-HAINES/SUSAN 10JUN PHL NYP<br>PHL | -190.00 |
| 06/24/02 | 617-542-3025/BOSTON, MA/6 | .40 |
| 06/24/02 | 617-542-3025/BOSTON, MA/4 | .23 |
| 06/27/02 | 312-704-7700/CHICAGO, IL/1 | .11 |
| 06/28/02 | 312-861-2162/CHICAGO, IL/13 | .74 |
| 06/29/02 | Courier Service parcels,inc inv 6/29/02 | 35.00 |
| 07/01/02 | ATTY # 0718; 110 COPIES | 16.50 |
| 07/01/02 | ATTY # 0718; 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |

```
172573  W. R. Grace & Co.                        Invoice Number  967131
 60026  Special Abestos Counsel                  Page    2
        August 31, 2002
```

| Date | Description | Amount |
|---|---|---|
| 07/01/02 | ATTY # 0559: 3 COPIES | .45 |
| 07/01/02 | ATTY # 0559: 5 COPIES | .75 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |
| 07/01/02 | ATTY # 0559: 5 COPIES | .75 |
| 07/01/02 | ATTY # 0559: 3 COPIES | .45 |
| 07/01/02 | ATTY # 0559: 27 COPIES | 4.05 |
| 07/01/02 | ATTY # 0559: 20 COPIES | 3.00 |
| 07/01/02 | 212-252-9700/NEW YORK, NY/5 | .34 |
| 07/02/02 | ATTY # 0856: 72 COPIES | 10.80 |
| 07/02/02 | ATTY # 0887: 1 COPIES | .15 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.00 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS for work related to Attorney Work-Product Document Review | 25.63 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS  for work related to Attorney Work-Product Document Review | 25.63 |
| 07/03/02 | Taxi Expense - - VENDOR: YELLOW CAB CO. PENN HILLS  for work related to Attorney Work-Product Document Review | 25.40 |
| 07/03/02 | ATTY # 0885: 13 COPIES | 1.95 |
| 07/06/02 | Secretarial Overtime TYPING REPORTS IN SUMMATION for Attorney Work-Product Document Review | 210.00 |
| 07/08/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 07/08/02 | 312-861-3070/CHICAGO, IL/13 | .80 |

```
172573  W. R. Grace & Co.                              Invoice Number  967131
 60026  Special Abestos Counsel                Page    3
        August 31, 2002

  07/08/02  561-362-1533/BOCA RATON, FL/16                         .91

  07/08/02  412-288-3037/PITTSBURGH, PA/2                          .17

  07/08/02  212-252-9700/NEW YORK, NY/9                            .51

  07/08/02  ATTY # 0885: 3 COPIES                                  .45

  07/08/02  ATTY # 0349: 2 COPIES                                  .30

  07/08/02  ATTY # 0349: 3 COPIES                                  .45

  07/09/02  ATTY # 0885; 36 COPIES                                5.40

  07/09/02  ATTY # 0349: 6 COPIES                                  .90

  07/09/02  ATTY # 0885: 1 COPIES                                  .15

  07/09/02  ATTY # 0885: 3 COPIES                                  .45

  07/09/02  ATTY # 0349: 2 COPIES                                  .30

  07/10/02  COPY 17 PG DOC 181 TIMES, POST MAIL, SERVE          484.18
            LOCALS, COPIED 5/21/02 (JOHN B. LORD) Outside
            Duplicating relating to CNOs

  07/10/02  COPY 16 PG DOC 23 TIMES, SERVE ALL BY HAND ON        38.87
            5/9/02 (JOHN B. LORD) Outside Duplicating
            relating to CNOs

  07/10/02  Secretarial Overtime TYPING IN SUMMATION for        105.00
            Attorney Work-Product Document Review

  07/10/02  ATTY # 0885: 1 COPIES                                  .15

  07/10/02  ATTY # 0856: 2 COPIES                                  .30

  07/10/02  561-362-1533/BOCA RATON, FL/5                          .34

  07/10/02  215-851-8232/PHILA, PA/2                               .17

  07/11/02  ATTY # 0349: 2 COPIES                                  .30

  07/11/02  ATTY # 0856: 4 COPIES                                  .60

  07/12/02  ATTY # 0856: 36 COPIES                                5.40

  07/12/02  ATTY # 0856: 2 COPIES                                  .30

  07/15/02  ATTY # 0349; 288 COPIES                              43.20
```

```
172573  W. R. Grace & Co.                              Invoice Number  967131
 60026  Special Abestos Counsel                  Page   4
        August 31, 2002
```

| | | |
|---|---|---|
| 07/17/02 | SCANNING SERVICES, 147 PAGES SCANNED, 1 E-FILING #2037, 7 ATTACHMENTS (JOHN B. LORD) Documentation Charge - - VENDOR: PARCELS, INC.-D D R-for filing of CNO. | 82.05 |
| 07/17/02 | ATTY # 0856: 2 COPIES | .30 |
| 07/17/02 | ATTY # 3254: 1 COPIES | .15 |
| 07/17/02 | Air Travel Expense-RESTIVO/JAMES J 22JUL PIT PHL PIT attendance at Omnibus for hearing | 501.50 |
| 07/17/02 | 617-542-3025/BOSTON, MA/12 | .74 |
| 07/18/02 | Secretarial Overtime PRINT SUMMARY SHEETS FOR REVIEW & MED CONFIDENTIAL ETC. for Attorney Work-Product Document Review | 307.50 |
| 07/18/02 | ATTY # 0559; 160 COPIES | 24.00 |
| 07/18/02 | ATTY # 0856: 3 COPIES | .45 |
| 07/18/02 | 561-362-1533/BOCA RATON, FL/100 | 5.76 |
| 07/19/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. IMAGE PRINTS of Documents for Attorney work-product document review | 2028.68 |
| 07/19/02 | ATTY # 0856: 4 COPIES | .60 |
| 07/19/02 | 561-362-1533/BOCA RATON, FL/56 | 3.25 |
| 07/22/02 | ATTY # 0693; 68 COPIES | 10.20 |
| 07/23/02 | Taxi Expense -J. Restivo | 110.00 |
| 07/23/02 | Mileage Expense - J. Restivo-GRACE OMNIBUS HEARING IN WILMINGTON, DE 7/22 PARKING | 16.00 |
| 07/23/02 | ATTY # 0349; 216 COPIES | 21.60 |
| 07/23/02 | ATTY # 0349; 26 COPIES | 3.90 |
| 07/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 07/23/02 | ATTY # 0349: 2 COPIES | .30 |
| 07/23/02 | ATTY # 0349: 1 COPIES | .15 |
| 07/23/02 | ATTY # 0718: 6 COPIES | .90 |

```
172573  W. R. Grace & Co.                              Invoice Number  967131
  60026  Special Abestos Counsel                   Page    5
         August 31, 2002

  07/24/02   ATTY # 0349: 2 COPIES                              .30

  07/24/02   ATTY # 0887: 2 COPIES                              .30

  07/24/02   ATTY # 0887: 2 COPIES                              .30

  07/24/02   ATTY # 0887: 4 COPIES                              .60

  07/24/02   ATTY # 0887: 1 COPIES                              .15

  07/24/02   ATTY # 0559: 2 COPIES                              .30

  07/24/02   ATTY # 0856; 18 COPIES                            2.70

  07/25/02   Documentation Charge- PACER SERVICE CENTER JUNE   1.26
             2002 USAGE

  07/25/02   ATTY # 0885: 1 COPIES                              .15

  07/25/02   ATTY # 0885: 2 COPIES                              .30

  07/25/02   ATTY # 0718: 3 COPIES                              .45

  07/26/02   Meal Expense - D. CAMERON- ATTENDANCE AT         61.62
             MEETING WITH GRACE IN-HOUSE COUNSEL AND EXPERTS
             2 BREAKFASTS, 2 LUNCHES, 2 DINNERS

  07/26/02   Automobile  Rental - D. CAMERON-ATTENDANCE AT     13.00
             MEETING WITH GRACE IN-HOUSE COUNSEL AND EXPERTS
             7/21-23/02

  07/26/02   Mileage Expense -D. CAMERON-ATTENDANCE AT         49.52
             MEETING WITH GRACE IN-HOUSE EXPERT COUNSEL AND
             EXPERTS, 7/21-23/02, 48 MI + PARKING

  07/26/02   ATTY # 0885: 1 COPIES                              .15

  07/26/02   ATTY # 0885: 1 COPIES                              .15

  07/26/02   ATTY # 0710; 45 COPIES                            6.75

  07/26/02   ATTY # 0710; 39 COPIES                            5.85

  07/26/02   ATTY # 0885; 24 COPIES                            3.60

  07/26/02   ATTY # 0710; 101 COPIES                          15.15

  07/26/02   ATTY # 0718; 14 COPIES                            2.10

  07/29/02   ATTY # 0856; 6 COPIES                              .90
```

```
172573  W. R. Grace & Co.                         Invoice Number  967131
 60026  Special Abestos Counsel              Page   6
        August 31, 2002
```

| | | |
|---|---|---|
| 07/29/02 | ATTY # 0689; 9 COPIES | 1.35 |
| 07/29/02 | ATTY # 0718; 17 COPIES | 2.55 |
| 07/29/02 | 412-288-3319/PITTSBURGH, PA/1 | .12 |
| 07/30/02 | Transportation - S HELBLING - 7/27/02 - PARKING, relating to work for Attorney Work-Product Document Review | 3.00 |
| 07/30/02 | Transportation -S HELBLING - PARKING 7/20/02, for work relating to for Attorney Work-Product Document Review | 3.00 |
| 07/30/02 | Meal Expense - S HELBLING - LUNCH 7/20 | 5.34 |
| 07/30/02 | Meal Expense - S HELBLING - 7/27/02  for work related to Attorney Work-Product Document Review | 6.41 |
| 07/30/02 | Mileage Expense - S HELBLING - MILEAGE 7/20 for work related to Attorney Work-Product Document Review | 8.03 |
| 07/30/02 | Mileage Expense - S HELBLING - 7/27  for work related to Attorney Work-Product Document Review | 8.03 |
| 07/30/02 | ATTY # 0689; 268 COPIES | 40.20 |
| 07/30/02 | ATTY # 0235; 1 COPIES | .15 |
| 07/31/02 | ATTY # 0885; 24 COPIES | 3.60 |
| 07/31/02 | ATTY # 0885; 28 COPIES | 4.20 |
| 07/31/02 | ATTY # 0885; 282 COPIES | 28.20 |
| 08/30/02 | Document Scanning - charges for updating Grace document database for Attorney Work-product document review. | 2343.09 |

```
                           CURRENT EXPENSES                7,897.17
                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $ 7,897.17
                                                         ============
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Richard A. Keuler, Jr, Esquire, certify that I am over 18 years of age and that on this 9th day of

September, 2002, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for

Compensation for Services and Reimbursement of Expenses as Special Asbestos Liability Defense

Counsel to Debtors for the Thirteenth Monthly Interim Period from July 1, 2002 through July 31, 2002

(with attached Fee and Expense Detail), to be served upon the parties on the attached service list in the

manner indicated.

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone:        (302) 778-7500
Facsimile:    (302) 778-7575
E-mail: rkeuler@reedsmith.com

Special Asbestos Product Liability Defense
Counsel

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

**VIA FIRST CLASS MAIL AND E-MAIL**

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD  21044
E-mail:  william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
9000 Jackson Street
120 Founders Square
Dallas, TX 75202
E-mail:  whsmith@whsmithlaw.com

**HAND DELIVERY**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

**E-MAIL**

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail:  james_kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
E-mail:  dcarickhoff@pszyj.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com
        carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail:  syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Pric
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
E-mail:   ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
E-mail:  mgz@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schlorling
E-mail:  jwaxman@klettrooney.com
              currier@klettrooney