# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: November 22, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FIFTEENTH MONTHLY INTERIM PERIOD
## FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
                                                 Debtors-in-Possession

Date of Retention:                                   July 19, 2001,
                                                     effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                             September 1, 2002 through September 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $205,975.00

This an: <u>X</u> monthly    __ interim    __ final application

Prior Applications filed: Yes

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ⊗N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 10/1/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 30 Years | Litigation | $430.00 | 22.60 | $9,718.00 |
| Lawrence E. Flatley | Partner | 26 Years | Litigation | $400.00 | 48.10 | $19,240.00 |
| Douglas E. Cameron | Partner | 17 Years | Litigation | $385.00 | 126.60 | $48,741.00 |
| James W. Bentz | Partner | 13 Years | Litigation | $300.00 | 63.95 | $19,195.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $240.00 | 1.80 | $432.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $185.00 | 35.70 | $6,604.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | 10.40 | $1,529.00 |
| Maureen L. Atkinson | Paralegal | 25 Years | Litigation | $120.00 | 82.10 | $9,852.00 |
| Bruce Campbell | Paraprofessional | 14 Years | Litigation | $75.00 | 152.25 | $11,418.75 |
| Eric Gompers | Parapro- | 2 Years | Litigation | $75.00 | 154.00 | $11,550.00 |

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| | fessional | | | | | |
| Andrew Kennedy | Parapro-fessional | 4 Years | Litigation | $75.00 | 153.90 | $11,542.50 |
| Caroline Nath | Parapro-fessional | 1 Year | Litigation | $75.00 | 146.50 | $10,987.50 |
| Jamie Paulen | Parapro-fessional | 1 Year | Litigation | $75.00 | 153.00 | $11,475.00 |
| Ryan Peterson | Parapro-fessional | 1 Year | Litigation | $75.00 | 147.90 | $11,092.50 |
| Anana Rice | Parapro-fessional | 2 Years | Litigation | $75.00 | 130.45 | $9,783.75 |
| Joan Turner | Parapro-fessional | 18 Years | Litigation | $75.00 | 144.00 | $10,800.00 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 2.50 | $362.50 |
| Karen Hindman | Lit. Support | 2 Years | Litigation | $110.00 | 2.50 | $275.00 |

Total Fees:  $205,975.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation and Litigation Counseling | 161.05 | $61,471.00 |
| ZAI Science Trial | 1,361.10 | $128,138.00 |
| Hearings | 24.50 | $9,105.00 |
| Non-Working Travel | 3.60 | $1,386.00 |
| Fee Applications | 29.60 | $5,875.00 |
| **Total:** | 1,581.85 | $205,975.00 |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $10.89 | $17.49 |
| Telephone Expense - Outside | $105.37 | $45.75 |
| Duplicating/Printing | $735.50 | $187.25 |
| Outside Duplicating | $1,359.02 | $2,371.95 |
| Postage Expense | $22.72 | -- |
| Courier Service | $235.42 | $8.92 |
| Filing Fees | $385.50 | -- |
| Color Printing | $10.89 | -- |
| Binding Charge | $6.00 | $3.00 |
| Documentation Charge | $108.01 | -- |
| Secretarial Overtime | -- | $3,082.50 |
| Transportation | $16.40 | $3.00 |
| Air Travel Expense | $3,743.50 | -- |
| Taxi Expense | -- | $141.00 |
| Mileage Expense | $25.02 | $24.02 |
| Meal Expense | $129.82 | $22.29 |
| SUBTOTAL | $6,903.48 | $5,907.17 |
| TOTAL | | $12,810.65 |

Dated:  November 1, 2002

REED SMITH LLP

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr., Esquire (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: rkeuler@reedsmith.com

     and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 980421 |
| Invoice Date | 10/30/02 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                           61,471.00

            TOTAL BALANCE DUE UPON RECEIPT        $ 61,471.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      980421<br>Invoice Date    10/30/02<br>Client Number      172573<br>Matter Number       60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/02/02 | Cameron | Organize and prepare materials for certain depositions in fraudulent conveyance action and cost recovery action (1.9); Review and revise deposition summary memorandum (.8); Prepare summary of fraudulent conveyance expert issues (.9). | 3.60 |
| 09/03/02 | Bentz | Review of correspondence regarding fraudulent conveyance action, cost recovery action and cancellation of depositions (.5); review of certain expert witness and document submissions in fraudulent conveyance and cost recovery actions (.6). | 1.10 |
| 09/03/02 | Cameron | Review exhibit list filed in fraudulent conveyance action (.7); Review rebuttal expert reports filed in cost recovery action (1.8); E-mail regarding deposition schedule and preparation (.9). | 3.40 |
| 09/03/02 | Flatley | Exchanging substantive e-mails re: fraudulent conveyance action status and issues (.60); call with D. Cameron re: fraudulent conveyance case discovery issues (.20); call with R. Senftleben re: expert addendum for fraudulent conveyance case (.30); preparation for 9/11 witness meeting for cost | 5.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  980421
60026  Litigation and Litigation Consulting      Page    2
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | recovery case, including reviewing work product and witness documents (4.00); call with W. Sparks re: depositions for cost recovery case (.30). | |
| 09/03/02 | Restivo | Meeting with D. Cameron re: coverage of cost recovery depositions (0.7); review collected material on cost recovery action (1.0) | 1.70 |
| 09/03/02 | Rossi | Multi memos re: missing data for Holme Roberts document request. | .70 |
| 09/04/02 | Bentz | Conference with L. Flatley regarding preparation of witness for deposition in cost recovery action (.2); review of correspondence regarding witness and deposition schedule in cost recovery and fraudulent conveyance actions (.4). | .60 |
| 09/04/02 | Cameron | Review materials relating to supplemental expert report in cost recovery action and telephone call with R. Finke regarding same (1.9); Review final expert report regarding same and further conversation with R. Finke about report (.8). | 2.70 |
| 09/04/02 | Flatley | Preparation for witness meeting for cost recovery case (2.20); call with W. Sparks and e-mails re: scheduling for meetings with cost recovery case witnesses (.60); call with J. Bentz re: cost recovery witness meetings (.10). | 2.90 |
| 09/04/02 | Rossi | Multi memos re: missing data for Vol. 70 (.3); telephone call with Murphy re: ONSS status (0.1); memos re: cross-referencing of HRO and ONSS box numbers (0.2). | .60 |

172573 W. R. Grace & Co.                        Invoice Number  980421
60026  Litigation and Litigation Consulting     Page    3
       October 30, 2002


    Date   Name                                                     Hours
    ------ -----------                                              -----

09/05/02 Cameron          Multiple telephone calls with R.          2.60
                          Finke regarding fraudulent
                          conveyance expert issues and
                          review supplemental reports (1.4);
                          Review materials from Holme
                          Roberts regarding discovery issues
                          in EPA cost recovery action (1.2).

09/05/02 Flatley          Read and review J. Wolin opinion           .30
                          relating to fraudulent conveyance
                          action.

09/05/02 Flatley          Call with W. Sparks and follow up         1.10
                          re: Philadelphia witness meetings
                          for cost recovery case.

09/06/02 Cameron          Review materials in preparation          2.90
                          for cost recovery depositions
                          (1.6); Review materials and
                          telephone call with R. Finke
                          regarding fraudulent conveyance
                          action discovery (1.3).

09/06/02 Flatley          E-mails re: status of witness            .10
                          meetings for cost recovery action.

09/09/02 Cameron          Review e-mails and telephone calls       .80
                          with Grace regarding EPA cost
                          recovery litigation discovery
                          issues.

09/09/02 Flatley          Preparation for trip to Denver for       1.60
                          J. Wolter deposition preparation
                          meeting in cost recovery case.

09/10/02 Cameron          Telephone call with R. Finke             3.40
                          regarding EPA cost recovery expert
                          depositions and discovery schedule
                          (.4); E-mails with Grace in-house
                          lawyers and HRO lawyers regarding
                          discovery issues (.7); Prepare
                          deposition outline for use in cost
                          recovery action depositions and
                          witness preparation (2.3).

09/10/02 Flatley          Preparing for J. Wolter meetings        10.00
                          for cost recovery and fraudulent
                          conveyance cases in Pittsburgh and

```
172573 W. R. Grace & Co.                        Invoice Number  980421
60026  Litigation and Litigation Consulting     Page   4
       October 30, 2002

   Date   Name                                              Hours
   -------- -----------                                     -----

                        on trip to Denver (4.50); meeting
                        with W. Sparks in Denver in
                        preparation for J. Wolter meetings

                        for cost recovery and fraudulent
                        conveyance cases (2.00); meetings
                        with W. Sparks and K. Coggon for
                        Wolter meetings in cost recovery
                        and fraudulent conveyance cases
                        (3.00); review Owens deposition
                        for cost recovery case (.50).

09/11/02 Cameron        Multiple e-mails and telephone        1.70
                        call with R. Finke and HRO lawyers
                        regarding cost recovery action
                        depositions (.9); Review expert
                        reports in cost recovery action
                        (.8).

09/11/02 Flatley        Preparation for J. Wolter meeting    10.00
                        by reviewing Owens deposition for
                        cost recovery and fraudulent
                        conveyance cases (1.00); with W.
                        Sparks re: preparation for J.
                        Wolter meeting (.50); preparation
                        for J. Wolter deposition in cost
                        recovery and fraudulent conveyance
                        cases with J. Wolter, D. Cockrell,
                        W. Sparks and K. Coggon (8.00);
                        organizing notes and beginning
                        memo on Wolter preparation meeting
                        (.50).

09/12/02 Bentz          Review of motion to withdraw from      .50
                        fraudulent conveyance action and
                        brief in support.

09/12/02 Cameron        Multiple e-mails with HRO            1.40
                        regarding EPA comments and review
                        same (.5); Review expert
                        deposition preparation issues (.9).

09/12/02 Rossi          Memo re: EH&S CD from HRO (0.2);     1.00
                        memos to Hindman re: ONSS
                        databases (0.2); memos to Atkinson
                        re: Lason database images and
                        summaries (0.6).
```

```
172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting       Page   5
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/13/02 | Cameron | Telephone call with R. Finke regarding comments to NIOSH proposal for treatment of attic insulation (.3); Provide comments to draft letter regarding Versar work (.4); Review materials from Holme Roberts regarding expert depositions for cost recovery action (.9). | 1.60 |
| 09/13/02 | Flatley | Reorganizing after trip to Denver for J. Wolter preparation for cost recovery case (.50); gathering materials and beginning preparation for H. Eschenbach meeting for cost recovery case deposition (1.40); call with R. Finke about preparation for H. Eschenbach meeting for cost recovery case (.30). | 2.20 |
| 09/13/02 | Rossi | Multi memos re: Lason database searches and document production for cost recovery action (0.3); memo re: loading of EHand S document (0.1). | .40 |
| 09/14/02 | Cameron | Prepare for 9/16 meeting with consultants regarding EPA cost recovery deposition (1.5); Review Millette material regarding EPA cost recovery expert depositions (1.0). | 2.50 |
| 09/15/02 | Cameron | Prepare for meeting with expert regarding deposition preparation relating to cost recovery action. | 1.20 |
| 09/16/02 | Cameron | Prepare for and attend deposition preparation session with witness regarding EPA cost recovery action (5.8); Review materials and requests from K&E regarding expert witness reliance materials for fraudulent conveyance trial (.8). | 6.60 |
| 09/16/02 | Flatley | Preparation for H. Eschenbach meeting for cost recovery case deposition. | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting       Page   6
       October 30, 2002


   Date   Name                                                      Hours
   ------- -----------                                              -----


09/16/02 Rossi            Memos to Atkinson re: Lason                .60
                          database (0.1); research re:
                          out-of-synch images and summaries
                          (0.5).
09/17/02 Cameron          E-mails and telephone call with          1.10
                          counsel for Grace regarding expert
                          disclosure issues for fraudulent
                          conveyance action (.4); Follow-up
                          with K&E lawyers and experts
                          regarding reliance materials (.7).


09/17/02 Flatley          Call with W. Sparks re: cost             .50
                          recovery depositions preparation.


09/18/02 Bentz            Reviewing and summarizing news           .85
                          articles on Grace and Libby
                          developments in cost recovery
                          action.


09/18/02 Cameron          Multiple e-mails regarding expert        .90
                          deposition in cost recovery action
                          (.6); Telephone call with R. Finke
                          and e-mail regarding expert
                          reliance materials (.3).


09/18/02 Flatley          Respond to K. Lund voice mail           4.00
                          concerning cost recovery witness
                          meeting (.10); call with W. Sparks
                          re: cost recovery deposition
                          preparation meeting (.20);
                          preparation for meeting with H.
                          Eschenbach re: cost recovery case
                          deposition (3.70).


09/19/02 Cameron          Telephone call with R. Finke           1.50
                          regarding deposition preparation
                          issues in cost recovery action
                          (.4); Review materials from K.
                          Coggon regarding same (.7);
                          Telephone calls with R. J. Lee
                          Group personnel regarding upcoming
                          deposition (.6).


09/19/02 Flatley          Preparation for witness               7.50
                          preparation meeting for cost
                          recovery case on trip to
                          Philadelphia (1.50); preparation
                          meeting in Philadelphia for cost

172573 W. R. Grace & Co.                        Invoice Number  980421
60026  Litigation and Litigation Consulting      Page   7
       October 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

recovery case with H. Eschenbach,
W. Sparks and (via telephone) K.
Lund and C. Nietzel (5.50); follow
up on cost recovery witness
preparation meeting in
Philadelphia (.50).

09/19/02 Rossi        Telephone call with Murphy re:            .20
                      coding of Boulder document
                      production.

09/20/02 Cameron      Review reliance materials in            3.40
                      preparation for expert witness
                      depositions in EPA cost recovery
                      action the weeks of 9/23 and 9/30.

09/20/02 Rossi        Memos re: materials for OnSite re:        .70
                      quote for electronic production
                      (0.3); memos to Atkinson re:
                      scanned Lason target sheets (0.3);
                      memo to Latuda re: same (0.1).

09/22/02 Cameron      Review administrative record           2.10
                      materials from Holme Roberts in
                      cost recovery action (.8); Prepare
                      materials for deposition prep
                      meetings and depositions in cost
                      recovery action (1.3).

09/23/02 Cameron      Telephone call with R. Finke           4.80
                      regarding meetings with witnesses
                      week of 9/23 (.4); Review letter
                      from DOJ regarding Millette
                      deposition and Lee deposition in
                      cost recovery action (.9); Review
                      materials to prepare for meeting
                      with consultant on 9/26 (2.4);
                      Prepare for Millette deposition
                      (1.1).

09/24/02 Cameron      Telephone call with R. Finke           2.80
                      regarding Judge Wolin's decision
                      in Fraudulent Conveyance case
                      (.3); Review new correspondence
                      received in cost recovery action
                      relating to deposition (.6);
                      Review reliance materials for J.
                      Millette in preparation for taking
                      his deposition in Atlanta (1.9).

```
172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting        Page    8
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/25/02 | Bentz | Review of materials regarding Motion in Limine in EPA action and potential stay of fraudulent conveyance action. | 1.00 |
| 09/25/02 | Cameron | Review materials relating to upcoming Eric Chatfield deposition in cost recovery action (1.2); Review R. J. Lee materials relating to deposition preparation and deposition in cost recovery action (1.9); Prepare for taking Millette deposition in cost recovery action (3.9); Review multiple e-mails and correspondence from Holme Roberts regarding EPA cost recovery discovery issues (.6). | 7.60 |
| 09/25/02 | Flatley | Call with R. Finke and follow up on it with C. Neitzel re: cost recovery case depositions. | .50 |
| 09/26/02 | Cameron | Meet with K. Coggon of HRO regarding expert deposition arrangements and preparation in cost recovery action (1.0); Telephone call with expert regarding deposition preparation arrangements for cost recovery action (.5); Meet with R. Finke and K. Coggon regarding cost recovery expert deposition preparation (1.5); Review reliance materials of J. Millette in preparation for taking Millette deposition in cost recovery action (2.8). | 5.80 |
| 09/27/02 | Cameron | Meet with consultant regarding preparation for depositions in cost recovery action (4.10); continue review of relevant documents in preparation for taking deposition of J. Millette in cost recovery action (4.50); meet with R. Finke and K. Coggon regarding expert deposition preparation and other discovery issues in cost recovery action (2.50) | 11.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  980421
 60026  Litigation and Litigation Consulting     Page   9
        October 30, 2002

Date  Name                                              Hours
----- -----------                                       -----

      09/28/02 Cameron       Meet with counsel and expert       10.80
                             witness before deposition in cost
                             recovery action (.80); attend
                             portion of expert witness (Rich
                             Lee) deposition in cost recovery
                             action (4.50); prepare for taking
                             Dr. Millette deposition in cost
                             recovery action (2.0); meet with
                             expert witness (Dr. Chatfield)
                             regarding deposition preparation
                             for deposition the next day in
                             cost recovery action (3.50)

      09/29/02 Cameron       Meet with witness before            8.10
                             deposition in cost recovery action
                             (.6); Prepare for Millette
                             deposition before leaving for
                             Atlanta (3.6); Meet with R. Finke
                             and K. Coggon regarding expert
                             depositions in cost recovery
                             action (1.6); Prepare for Millette
                             deposition while in Atlanta (2.3).

      09/30/02 Cameron       Prepare for Millette deposition in  8.60
                             cost recovery action (2.3); Take
                             deposition of Millette in cost
                             recovery action (5.5); Meet with
                             R. Finke and K. Coggon regarding
                             deposition and other cost recovery
                             issues (.8).

      09/30/02 Flatley       Call with W. Sparks re: cost         .40
                             recovery case deposition.

                                                               ------
                                             TOTAL HOURS       161.05
```

```
TIME SUMMARY              Hours         Rate          Value
------------------------  ------     -----------     -------
James J. Restivo Jr.        1.70  at  $  430.00  =      731.00
Lawrence E. Flatley        48.10  at  $  400.00  =   19,240.00
Douglas E. Cameron        103.00  at  $  385.00  =   39,655.00
James W Bentz               4.05  at  $  300.00  =    1,215.00
Martha Susan Haines Rossi   4.20  at  $  150.00  =      630.00
```

CURRENT FEES                                        61,471.00

                                                  ------------

172573 W. R. Grace & Co.                          Invoice Number  980421
60026  Litigation and Litigation Consulting       Page  10
       October 30, 2002


                    TOTAL BALANCE DUE UPON RECEIPT          $ 61,471.00
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      980416
5400 Borken Sound Blvd., N.W.        Invoice Date      10/30/02
Boca Raton, FL 33487                 Client Number       172573


=============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          128,138.00

                TOTAL BALANCE DUE UPON RECEIPT      $ 128,138.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      980416
5400 Borken Sound Blvd., N.W.                  Invoice Date      10/30/02
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/02 | Atkinson | Completing guidance notebooks for attorneys to use in continuing review of documents. | 1.10 |
| 09/03/02 | Atkinson | Training, supervising additional attorneys re: review of documents and participate in review (3.9); arrangements for documents to code (.4). | 4.30 |
| 09/03/02 | Bentz | Review of correspondence from claimants' counsel regarding discovery responses (1.0); correspondence regarding production of documents (.4). | 1.40 |
| 09/03/02 | Cameron | Review materials relating to outstanding discovery issues in science trial (.9); Review document review and production issues (.7). | 1.60 |
| 09/03/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/03/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page    2
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|

09/03/02 Kennedy     Attorney work-product review,     8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/03/02 Muha        Prepare for meeting with attorneys  1.50
                     re: document coding project (.3);
                     meet with attorneys re: document
                     coding project (1.2).

09/03/02 Nath        Attorney work-product review,      8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/03/02 Paulen      Attorney work-product review,      8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/03/02 Peterson    Attorney work-product review,      8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/03/02 Rice        Attorney work-product review,      8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/03/02 Turner      Attorney work-product review,      8.00
                     organization and coding of
                     documents for production in EPA
                     cost recovery and ZAI Science
                     Trial matters.

09/04/02 Atkinson    Queries of documents for criteria  2.50
                     specified by J. Bentz and e-mail
                     to J. Bentz re: same (.9);
                     additional training, supervision
                     of attorneys re: document review
                     (1.6).

```
60028  ZAI Science Trial                      Page   3
        October 30, 2002

    Date   Name                                        Hours
 -------- -----------                                  -----

09/04/02 Bentz          Corresponding with ZAI claimants'   1.90
                        counsel regarding production of
                        documents (.2); conferences with
                        M. Murphy and M. Atkinson
                        regarding document production
                        (.5); planning logistics for
                        document production in Science
                        trial (1.2).

09/04/02 Campbell       Attorney work-product review,       8.25
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 Gompers        Attorney work-product review,       8.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 K. Hindman     Loaded data and images into         1.50
                        litigation data base for attorney
                        document review project.

09/04/02 Kennedy        Attorney work-product review,       9.30
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 Nath           Attorney work-product review,       8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 Paulen         Attorney work-product review,       8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

09/04/02 Peterson       Attorney work-product review,       8.90
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.
```

172573 W. R. Grace & Co.                    Invoice Number  980416

```
60028  ZAI Science Trial                        Page   4
       October 30, 2002

     Date   Name                                           Hours
   -------- -----------                                     -----


09/04/02 Rice              Attorney work-product review,     7.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/04/02 Rossi             Telephone call with Bentz re:      .40
                           production of attic insulation
                           documents (0.2); memos to Atkinson
                           re: same (0.2);

09/05/02 Atkinson          Training, supervision of attorneys 1.20
                           and review of documents (.7);
                           queries on Summation re: document
                           production of ZAI documents (.5).

09/05/02 Bentz             Conferences with M. Atkinson and   3.10
                           K. Hindman regarding document
                           production and corresponding with
                           claimants' counsel regarding same
                           (1.5); review of documents
                           available for production (1.6).

09/05/02 Campbell          Attorney work-product review,      8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/05/02 Gompers           Attorney work-product review,      8.50
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/05/02 Kennedy           Attorney work-product review,      8.10
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/05/02 Muha              Meet with attorneys to address      .50
                           document coding issues.

09/05/02 Nath              Attorney work-product review,      8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.
```

60028  ZAI Science Trial                           Page   5
       October 30, 2002

   Date    Name                                             Hours
-------- -----------                                        -----
09/05/02 Paulen          Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/05/02 Peterson        Attorney work-product review,       9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/05/02 Rice            Attorney work-product review,       6.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/05/02 Turner          Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Atkinson        Training, supervision of attorneys  1.90
                         and review of documents (.9);
                         preparing documents/summaries for
                         attorney work-product document
                         review (1.0).

09/06/02 Bentz           Conferences with M. Murphy, M.      2.60
                         Atkinson and counsel for ZAI
                         claimants regarding discovery
                         responses and document production
                         issue (2.2); corresponding with
                         client regarding status of
                         negotiations on discovery
                         responses and document production
                         (.4).

09/06/02 Campbell        Attorney work-product review,       8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Gompers         Attorney work-product review,       9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science

172573 W. R. Grace & Co.                    Invoice Number  980416

60028  ZAI Science Trial                           Page   6
       October 30, 2002


   Date   Name                                             Hours
   ------ ----------                                        -----

                        Trial matters.

09/06/02 Kennedy         Attorney work-product review,      8.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Nath            Attorney work-product review,      8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Paulen          Attorney work-product review,      9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Peterson        Attorney work-product review,      7.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Rice            Attorney work-product review,      8.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/06/02 Rossi           Telephone call with Murphy re:      .30
                         production of CDs in science trial
                         (0.2); memo re: same (0.1).

09/06/02 Turner          Attorney work-product review,      8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/09/02 Atkinson        Follow-up with attorneys re:       2.80
                         further guidelines provided for
                         coding of documents (.6):
                         reviewing Summation databases,
                         queries, e-mails to J. Bentz and
                         e-mail to HRO re: preparation of

172573 W. R. Grace & Co.                       Invoice Number  980416

60028  ZAI Science Trial                          Page   7
       October 30, 2002


    Date   Name                                           Hours
    ------ -----------                                     -----

                           privilege log (1.4); database
                           searches re: categories of
                           privileged documents (.8).

09/09/02 Atkinson          Reviewing, copies to attorneys of      .80
                           summary sheets for use in coding
                           of documents for production.

09/09/02 Bentz             Preparation of response to ZAI        3.10
                           claimants' counsel's letter
                           regarding document production
                           (1.1); conference with M. Murphy
                           regarding document production
                           (.4); corresponding with M.
                           Atkinson regarding time frame for
                           producing documents via compact
                           disc (.8); review of potential
                           problems with document production
                           (.8).

09/09/02 Cameron           Review materials relating to         2.60
                           discovery issues for response to
                           claimants' counsel and for
                           production of documents (.9);
                           Review document production issues
                           relating to Grace historical
                           testing documents (1.7).

09/09/02 Campbell          Attorney work-product review,        8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/09/02 Gompers           Attorney work-product review,        8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/09/02 Kennedy           Attorney work-product review,        8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

09/09/02 Muha              Review/revise document coding        4.60
                           summaries completed by attorneys.
172573 W. R. Grace & Co.                    Invoice Number   980416

60028  ZAI Science Trial                          Page    8
       October 30, 2002

     Date    Name                                              Hours
     -------- -----------                                       -----

09/09/02 Nath            Attorney work-product review,          8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/09/02 Paulen          Attorney work-product review,          8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/09/02 Rice            Attorney work-product review,          8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/09/02 Turner          Attorney work-product review,          8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/10/02 Atkinson        Separate meetings with J. Bentz        2.30
                         and K. Hindman re: production of
                         documents on CDs (.8); various
                         queries in Summation and e-mailing
                         information to J. Bentz (1.5).

09/10/02 Bentz           Coordinating document production       3.30
                         in ZAI science trial (2.4); letter
                         to ZAI claimants' counsel
                         regarding various document
                         production issues (.9).

09/10/02 Cameron         Meet with J. Bentz regarding           1.10
                         status of document production
                         issues (.3); Review draft
                         correspondence regarding discovery
                         issues in ZAI science trial (.4);
                         E-mail and telephone call with K&E
                         lawyer regarding ZAI science trial
                         scheduling order (.4).

09/10/02 Campbell        Attorney work-product review,          8.25
                         organization and coding of
                         documents for production in EPA-
                         cost recovery and ZAI Science

```
60028  ZAI Science Trial                         Page   9
       October 30, 2002

    Date   Name                                           Hours
 -------- -----------                                     -----

                         Trial matters.

 09/10/02 Gompers        Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Kennedy        Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Muha           Review coded summary sheets done  4.80
                         by document coding group (2.6);
                         draft and revise outlines for
                         additional coding of documents
                         (2.2).

 09/10/02 Nath           Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Paulen         Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Peterson       Attorney work-product review,     9.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Rice           Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 09/10/02 Turner         Attorney work-product review,     8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.
 172573 W. R. Grace & Co.                     Invoice Number  980416
```

```
60028  ZAI Science Trial                              Page  10
       October 30, 2002

    Date    Name                                              Hours
    ------- -----------                                       -----

09/11/02 Atkinson        Queries, reviews of documents on      1.10
                         databases in connection with
                         response to production of
                         documents request for ZAI Science
                         trial.

09/11/02 Atkinson        Follow-up with attorneys re:           .80
                         coding documents for production
09/11/02 Bentz           Revising letter to ZAI claimants'      .80
                         counsel regarding document
                         production (.25); conference with
                         M. Atkinson regarding document
                         production (.25); review of
                         proposed submission regarding
                         scheduling order (.3).

09/11/02 Cameron         Review final draft of letter         1.00
                         regarding Science trial document
                         production (.3); Review and
                         comment on draft scheduling order
                         (.7).

09/11/02 Campbell        Attorney work-product review,        8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Gompers         Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Kennedy         Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/11/02 Muha            Meet with document coding group to     .60
                         review rules for document coding
                         project.

09/11/02 Nath            Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.
```

```
60028  ZAI Science Trial                        Page  11
       October 30, 2002

    Date   Name                                            Hours
  -------- -----------                                      -----
```

| Date | Name | | Hours |
|------|------|------|-------|
| 09/11/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/11/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 09/11/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 3.25 |
| 09/11/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/12/02 | Atkinson | Discussions with document coding attorneys re: document coding for production (.3); reviewing database entries for correction of inadvertent scanning and reviewing coding of documents, for document production of attic insulation documents (8.7); separate meetings with J. Bentz and K. Hindman and associates re: document production issues connected with attic insulation trial (.9). | 9.90 |
| 09/12/02 | Bentz | Conference with M. Atkinson regarding resolution of potential technical problems in Science trial document production (.5); work on potential problems with document production (1.5). | 2.00 |
| 09/12/02 | Cameron | Multiple telephone calls with R. Finke regarding discovery and trial preparation issues impacting on ZAI litigation. | .60 |

60028   ZAI Science Trial                          Page   12
        October 30, 2002

   Date   Name                                               Hours
   ------- -----------                                       -----

09/12/02 Campbell        Attorney work-product review,        8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Gompers         Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Kennedy         Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Muha            Discuss document production issues     .20
                         with M. Atkinson.

09/12/02 Nath            Attorney work-product review,        2.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Paulen          Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Peterson        Attorney work-product review,        8.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Rice            Attorney work-product review,        2.70
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/12/02 Turner          Attorney work-product review,        8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  13
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | Trial matters. | |
| 09/13/02 | Atkinson | Meeting with J. Bentz, K. Hindman and vendor re: quality control preparation of CDs for production of attic insulation documents (1.2); reviewing documents in Summation for | 3.80 |
| | | coding/responsiveness in preparation for production of attic insulation documents (1.6). | |
| 09/13/02 | Atkinson | Checking and coding of documents in Summation in preparation for production of attic documents (2.9). | 2.90 |
| 09/13/02 | Bentz | Meetings with M. Atkinson and vendor regarding work necessary to correct data base and facilitate document production to ZAI claimants (1.0); review of materials regarding problems with data base (1.5); review of options for document production (.7). | 3.20 |
| 09/13/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/13/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | K. Hindman | Copied data from CD's received from On-Site Sourcing, loaded data and images into litigation data base and performed maintenance checks and searched for missing data. | 1.00 |
| 09/13/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA | 8.00 |

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | cost recovery and ZAI Science Trial matters. | |
| 09/13/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/13/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 09/13/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 09/13/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/14/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents. | 3.90 |
| 09/15/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents. | 6.80 |
| 09/16/02 | Atkinson | Supervision and answering questions of document coding group attorneys (.4); reviewing documents on Summation for coding/responsiveness in preparation for production of | 4.90 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       October 30, 2002

Invoice Number  980416
Page  15

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | attic insulation documents (2.2); reviewing printing summaries of documents (.7); organizing, reviewing Target Sheets for coding issues for production of documents in Science trial (1.6). |  |
| 09/16/02 | Bentz | Work on document production in Science trial and correcting potential problems with production. | 1.10 |
| 09/16/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/16/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/16/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.20 |
| 09/16/02 | Restivo | Meeting re document request relating to Science trial with J. Bentz | 1.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  980416
60028  ZAI Science Trial                          Page  16
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 09/16/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 5.00 |
| 09/16/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Atkinson | Reviewing documents on Summation for coding/responsiveness in preparation for production of attic insulation documents (2.1); supervision/training of contract attorneys coding documents for production (.5). | 2.60 |
| 09/17/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/17/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/17/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page  17
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| 09/17/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 09/17/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 10.00 |
| 09/17/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/18/02 | Atkinson | Meeting/conference call to discuss logistics and technical issues for automated document production. | 1.40 |
| 09/18/02 | Atkinson | Telephone call with S. Haines and e-mail/HRO re: technical issues for automated document production (.3); supervision, summary sheets to document coding group attorneys (.3). | .60 |
| 09/18/02 | Bentz | Attending and participating in portion of meeting/conference call to discuss logistics and technical issues for automated document production in Science trial. | 1.50 |
| 09/18/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 09/18/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/18/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA | 8.00 |

```
172573 W. R. Grace & Co.                           Invoice Number  980416
60028  ZAI Science Trial                           Page  18
       October 30, 2002

    Date    Name                                              Hours
 -------- -----------                                         -----

                             cost recovery and ZAI Science
                             Trial matters.

09/18/02 Nath                Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.
09/18/02 Paulen              Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/18/02 Peterson            Attorney work-product review,      8.20
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/18/02 Restivo             Meeting/conference call to discuss 2.00
                             logistics and technical issues for
                             automated document production in
                             Science trial case.

09/18/02 Rice                Attorney work-product review,     10.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/18/02 Rossi               Conference call to discuss         1.70
                             logistics and technical issues for
                             automated document production
                             (1.6); telephone call with
                             Atkinson re: document production
                             in Science trial (0.1).

09/18/02 Turner              Attorney work-product review,      8.00
                             organization and coding of
                             documents for production in EPA
                             cost recovery and ZAI Science
                             Trial matters.

09/19/02 Atkinson            Reviewing documents on Summation   4.90
                             and assisting in analysis of
                             summary forms for attorneys coding
                             project re: production of
                             documents in Science trial and
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | other bankruptcy-related cases (2.3); information concerning scope of review and guidelines for review to J. Bentz (.4); organizing documents reviewed by coding group attorneys for storage and production (1.3); supervision, training of attorneys re: document review for production and reviewing coding group attorneys' summary sheets and arrangements for coding (.9). |  |
| 09/19/02 | Bentz | Meeting with D. Cameron regarding claimants' motion to compel (.6); conference with co-counsel regarding ongoing document production (1.0); work on response to motion to compel (2.9); review of various document production issues and capabilities (1.4). | 5.90 |
| 09/19/02 | Cameron | Review ZAI claimants motion to Compel and Motion for Emergency Hearing (1.1); Meet with J. Bentz concerning response thereto and division of responsibility for same (.4); Multiple e-mails to K&E regarding procedural issues with motion and response (.8); Telephone call with J. Restivo regarding status of response to motion to shorten time (.3); Review draft response to motion to shorten time (.6). | 3.20 |
| 09/19/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/19/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page   20
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | | Hours |
|------|------|---|------|
| 09/19/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/19/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 09/19/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 09/19/02 | Rossi | Two telephone casls with Hindman re: logistics of electronic document production (0.1); memos to Hindman re: same (0.2); telephone call with OnSite re: same (0.3); memo to Atkinson re: numbers of boxes and documents reviewed in Boston and Cambridge for response to emergency motion to compel (0.2) telephone call with Atkinson re: same (0.1) | .90 |
| 09/19/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

172573 W. R. Grace & Co.                           Invoice Number  980416
60028  ZAI Science Trial                           Page  21
       October 30, 2002

   Date   Name                                              Hours
   ------ -----------                                       -----

09/20/02 Atkinson        Collecting, copies made of          3.90
                         documents for J. Bentz, in
                         preparation for Motion to Compel
                         argument relating to Science trial
                         (.8); reviewing attorneys' summary
                         sheets and updating memo to S.
                         Haines re: coding sheets, and
                         e-mails re: same(1.2); organizing
                         documents/summaries reviewed by
                         attorneys and to be reviewed by
                         attorneys (1.7); copy of memo for
                         K. Hindman (Lit. Support) to send
                         to On-Site (.2).

09/20/02 Bentz           Work on opposition to motion for     7.75
                         expedited hearing on motion to
                         compel (2.25); work on opposition
                         to motion to compel (2.5);
                         preparation for hearing on motion
                         to compel and review of various
                         discovery issues (2.5); conference
                         with ZAI claimants' counsel
                         regarding motion to compel. (.5).

09/20/02 Cameron         Review and revise portions of       3.80
                         draft response to motion to
                         expedite hearing on motion to
                         compel (2.9); Multiple e-mails and
                         telephone calls with K&E lawyers
                         concerning revisions to and filing
                         of response (.9).

09/20/02 Campbell        Attorney work-product review,       8.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/20/02 Gompers         Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/20/02 Kennedy         Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                         Page   22
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

09/20/02 Nath — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/20/02 Paulen — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/20/02 Peterson — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.10

09/20/02 Rice — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 6.00

09/20/02 Turner — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/22/02 Atkinson — Reviewing summaries and copies for coding group attorneys to review in connection with document production in Science trial. — 1.20

09/22/02 Cameron — Review materials and conference call regarding preparation for 9/23 argument (.6); Review discovery issues and prepare outline of open issues for science trial (.7). — 1.30

09/23/02 Cameron — Telephone call with J. Restivo regarding response to motion to compel (.3); Follow-up call with J. Restivo regarding results of hearing on motion to compel (.2); Telephone call to R. Finke regarding report in discovery — .80

```
172573 W. R. Grace & Co.                          Invoice Number  980416
60028  ZAI Science Trial                          Page  23
       October 30, 2002

    Date   Name                                             Hours
 -------- -----------                                       -----

                        dispute (.3).

 09/23/02 Campbell      Attorney work-product review,        8.25
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Gompers       Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Kennedy       Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Nath          Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Paulen        Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Peterson      Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Rice          Attorney work-product review,        9.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

 09/23/02 Rossi         Three telephone calls with            .40
                        Atkinson re: correct version of
                        target sheet for Motion to Compel
                        Argument (0.3); memo re: same
                        (0.1).
```

```
172573 W. R. Grace & Co.                      Invoice Number  980416
60028  ZAI Science Trial                      Page  24
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

09/23/02 Turner — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/24/02 Atkinson — Meeting with J. Bentz to discuss logistics and technical issues for automated document production in Science trial (.5); queries on Summation and telephone call with K. Hindman re: same (.8); meeting with J. Bentz to discuss technical issues for automated document production (1.5). — 2.80

09/24/02 Atkinson — E-mail to S. Haines (Phl) re: quote for electronic production of documents (.1); searches on Summation re: responsive documents for production (.4); supervision of coding group attorneys for review of documents for production (.5); reviewing Target Sheet scanning within database, and revising memo on same (.8). — 1.80

09/24/02 Bentz — Attend portion of meeting regarding production of index to ZAI documents per hearing before the court (1.00); meeting with M. Atkinson regarding capabilities for producing index and privilege log (.5); review of materials and information available to produce to claimants' counsel (1.5); review of issues regarding compellation of privilege log (1.3). — 4.30

09/24/02 Cameron — Review materials relating to discovery disputes for production to ZAI claimants (.5); Telephone call with R. Finke regarding testing data and potential consultant work on testing issues (.8). — 1.30

09/24/02 Campbell — Attorney work-product review, organization and coding of — 8.25

```
172573 W. R. Grace & Co.                    Invoice Number  980416
60028  ZAI Science Trial                    Page  25
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | documents for production in EPA cost recovery and ZAI Science Trial matters. |  |
|---|---|---|---|
| 09/24/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/24/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/24/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 09/24/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/24/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 09/24/02 | Restivo | Meeting re "roadways" to documents to be produced in Science trial. | 2.50 |
| 09/24/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 09/24/02 | Rossi | Multi telephone calls with OnSite re: quote for document production technology and logistics (0.4); memos to Hindman, Atkinson re: same (0.3); telephone calls to Hindman re: same (0.2); telephone | 1.20 |

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | call with Murphy re: privilege log (0.1); memos re: same (0.2). |  |
| 09/24/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Atkinson | Training and supervision of coding group attorneys in connection with ongoing Science trial document production (.4); organizing boxes of documents reviewed and reviewing coding in connection with production (.9); arrangements for coding summaries from attorneys' review and reviewing coding (.8). | 2.10 |
| 09/25/02 | Atkinson | Meeting with J. Restivo, J. Bentz to discuss logistics and technical issues for automated document production pursuant to Court Order in attic insulation proceeding (.5). | .50 |
| 09/25/02 | Bentz | Correspond with Grace, co-counsel and claimants' counsel regarding document production (.75); review of privilege issue with J. Restivo and M. Atkinson (.5). | 1.25 |
| 09/25/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 09/25/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  27
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | Trial matters. | |
| 09/25/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/25/02 | Restivo | Meeting with J. Bentz and M. Atkinson re document production in Science trial  (1.0); telephone report on same to R. Finke (0.5) | 1.50 |
| 09/25/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 09/25/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/26/02 | Atkinson | Reviewing and checking coding documents on database re: medical records, in connection with document production requirements in Science trial (2.4); reviewing and organizing boxes of documents from coding group attorneys, review for storage (.9); summaries to attorneys to code and questions re: coding (.9). | 4.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  28
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| -------- | ----------- | | ----- |

09/26/02 Atkinson — Meeting with J. Restivo re: logistics and technical issues for automated document production in Science trial (.4); searches on database re: items discussed at meeting (.4). — .80

09/26/02 Bentz — Preparation of correspondence to client regarding discovery and document production (1.5); meeting with M. Atkinson regarding document production, search capabilities to be provided and privilege log (.9); review of various privilege issues regarding document production (1.3); review of documents to be produced (.75). — 4.45

09/26/02 Cameron — Meet with R. Finke and potential consultant concerning ZAI Science Trial issues (2.5); Review credentials and prior work of potential consultant in preparation for meeting (1.8). — 4.30

09/26/02 Campbell — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.25

09/26/02 Gompers — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/26/02 Kennedy — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.00

09/26/02 Nath — Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. — 8.50

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                         Page  29
       October 30, 2002

   Date  Name                                              Hours
-------- -----------                                       -----

09/26/02 Paulen          Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/26/02 Peterson        Attorney work-product review,       8.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/26/02 Rice            Attorney work-product review,       4.25
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science ·
                         Trial matters.

09/26/02 Rossi           Two memos re: On-Site September      .10
                         invoice.

09/26/02 Turner          Attorney work-product review,       8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

09/27/02 Atkinson        Meeting with J. Bentz re:           2.50
                         logistical technical issues for
                         automated document production in
                         Science trial (.4);
                         supervision/training of coding
                         group attorneys re: document
                         production of attic insulation
                         documents, and organization of
                         documents reviewed by attorneys
                         and coding (1.7); e-mails and
                         revising memo re: Target Sheet
                         coding, and telephone call to S.
                         Haines (Phl) re: same (.4).

09/27/02 Bentz           Corresponding with ZAI claimants'   1.25
                         counsel regarding format for
                         document production (.75); meeting
                         with M. Atkinson regarding Science
                         trial document production (.5).

09/27/02 Campbell        Attorney work-product review,       7.00
                         organization and coding of
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | documents for production in EPA cost recovery and ZAI Science Trial matters. |  |
| 09/27/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/27/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 09/27/02 | Rossi | Multi memos re: ONSS scanned target sheets (0.3); telephone call with Atkinson re: same (0.1); research re: same (0.4); telephone call with ONSS re: target sheets. | 1.00 |
| 09/27/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/28/02 | Atkinson | Reviewing workers compensation documents in Summation in connection with electronic | 1.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  980416
60028  ZAI Science Trial                        Page  31
       October 30, 2002
```

```
   Date   Name                                              Hours
-------- -----------                                        -----
```

                              production of attic insulation
                              documents (1.3); queries on
                              Summation database re: electronic
                              production of attic insulation
                              documents (.5).

09/30/02 Muha                 Confer with attorney re: attorney      .20
                              document coding project question.

09/30/02 Restivo              Telephone call with W. Sparks          .40
                              concerning document production
                              issues for Science trial.

09/30/02 Rossi                Memo from Atkinson re:                 .20
                              attic/privilege search (0.1);
                              memos to On-Site re: corrections
                              to scanned target sheets (0.1).

                                                           ------
                                          TOTAL HOURS      1363.10

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 7.40 | at $ | 430.00 | = | 3,182.00 |
| Douglas E. Cameron | 21.60 | at $ | 385.00 | = | 8,316.00 |
| James W Bentz | 48.90 | at $ | 300.00 | = | 14,670.00 |
| Andrew J. Muha | 12.40 | at $ | 185.00 | = | 2,294.00 |
| Martha Susan Haines Rossi | 6.20 | at $ | 145.00 | = | 899.00 |
| Maureen L. Atkinson | 82.10 | at $ | 120.00 | = | 9,852.00 |
| Karen Hindman | 2.50 | at $ | 110.00 | = | 275.00 |
| Bruce Campbell | 152.25 | at $ | 75.00 | = | 11,418.75 |
| Eric Gompers | 154.00 | at $ | 75.00 | = | 11,550.00 |
| Andrew Kennedy | 153.90 | at $ | 75.00 | = | 11,542.50 |
| Caroline Nath | 146.50 | at $ | 75.00 | = | 10,987.50 |
| Jamie Paulen | 153.00 | at $ | 75.00 | = | 11,475.00 |
| Ryan Peterson | 147.90 | at $ | 75.00 | = | 11,092.50 |
| Anana Rice | 130.45 | at $ | 75.00 | = | 9,783.75 |
| Joan Turner | 144.00 | at $ | 75.00 | = | 10,800.00 |

                         CURRENT FEES                    128,138.00


                                                         ------------
               TOTAL BALANCE DUE UPON RECEIPT        $  128,138.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      980419
One Town Center Road                         Invoice Date      10/30/02
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number        60030

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 09/19/02 | Restivo | Preparation for omnibus hearing on emergency motion to compel. | 1.50 |
| 09/21/02 | Bentz | Preparation for emergency hearing on motion to compel production in fraudulent conveyance case. | 3.00 |
| 09/22/02 | Restivo | Preparation for hearing on emergency motion to compel. | 4.00 |
| 09/23/02 | Bentz | Preparation for and participation (for argument of certain discovery issues within my area of primary responsibility) at omnibus hearing in Delaware. | 8.00 |
| 09/23/02 | Restivo | Preparation for and participation (for argument of issues within my area of primary responsibility) at omnibus hearing in Delaware. | 8.00 |

                                                      ------
                                        TOTAL HOURS    24.50

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 13.50 | at | $  430.00 | = | 5,805.00 |
| James W Bentz | 11.00 | at | $  300.00 | = | 3,300.00 |

                    CURRENT FEES                           9,105.00

                                                       ------------

172573  W. R. Grace & Co.
60030   Hearings
        October 30, 2002

Invoice Number  980419
Page   2


TOTAL BALANCE DUE UPON RECEIPT          $ 9,105.00
                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number    980420
5400 Broken Sound Blvd., N.W.              Invoice Date    10/30/02
Boca Raton, FL 33487                       Client Number     172573
                                           Matter Number      60027


==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

    Date   Name                                              Hours
    ------ ----------                                        -----

09/29/02 Cameron        Travel to Atlanta for Millette        1.50
                        deposition (one-half time
                        non-working travel).

09/30/02 Cameron        Travel to airport and return to       2.10
                        Pittsburgh from Millette
                        deposition -- non-working travel
                        (one half time).

                                                             ------
                                          TOTAL HOURS          3.60


TIME SUMMARY           Hours        Rate          Value
---------------------- --------- --------------- -------
Douglas E. Cameron     3.60  at  $  385.00  =   1,386.00

                       CURRENT FEES                         1,386.00


                                                         ------------
                       TOTAL BALANCE DUE UPON RECEIPT     $ 1,386.00
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number      980417 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     10/30/02 |
| Boca Raton, FL 33487 | Client Number      172573 |
| | Matter Number       60029 |

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/03/02 | Keuler | Revised certificate of no objection to accurately reflect Judge Fitzgerald's instructions (0.4); drafted e-message to D. Cameron regarding how to proceed on certifcate of no objection in light of "no pay" order (0.2). Reviewed fee auditor categories and previous filings in matter (0.2). | .80 |
| 09/03/02 | Lord | Research docket for objections to June fee application (.3); revise draft CNO re: same (.2). | .50 |
| 09/04/02 | Muha | Review and revise 13th Monthly fee application spreadsheets for compliance with Fee Auditor guidelines. | 1.10 |
| 09/05/02 | Muha | Review/revise fee and expense details for 13th Monthly Fee Application and prepare for filing (4.0). | 4.00 |
| 09/08/02 | Cameron | Review and revise DBRs for 14th Monthly Fee Applications. | 1.10 |
| 09/09/02 | Lord | Prepare amended service for twelfth Monthly Fee Application (.3); coordinate service for same (.1); review and supplement Reed Smith thirteenth monthly application (.8); prepare service | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  980417
60029  Fee Applications-Applicant                 Page   2
       October 30, 2002


     Date   Name                                                  Hours
   -------- -----------                                           -----

                        for same (.2) e-serve same per
                        amended administrative order (.3).

09/10/02 Keuler         Reviewed materials provided by              .20
                        Pachulski Stang and telephone call
                        with D. Cameron regarding same.

09/10/02 Lord           Prepare correspondence to R. Finke         .30
                        at Grace re: 12th monthly CNO for
                        payment (.3).

09/10/02 Muha           Review August DBRs for 14th              1.00
                        Monthly Fee Application (1.0).

09/11/02 Muha           Review and revise fee and expense         5.40
                        detail for attachment to 14th
                        Monthly Fee Application (4.2);
                        revise and send summary charts per
                        Fee Auditor's request (1.2).

09/12/02 Keuler         Responded to v-message from fee             .20
                        examiner and reviewed e-messages
                        from D. Cameron re: time
                        categories to use going forward.

09/12/02 Muha           Review fee and expense detail for         3.20
                        inclusion in proper categories in
                        fee application.

09/17/02 Keuler         Reviewed e-messages from A. Muha           .10
                        re: fee auditor's order and
                        comments.

09/23/02 Keuler         Reviewed and responded to                  .20
                        e-messages from D. Cameron and A.
                        Muha regarding fee auditors'
                        messages.

09/23/02 Keuler         Reviewed fee auditor order and             .30
                        motion (0.1). Drafted e-message to
                        A. Muha further responding to his
                        questions regarding fee auditor
                        process (0.2).

09/23/02 Muha           Review and revise fee and expense         3.00
                        details for inclusion in proper
                        categories in 14th Monthly Fee
                        Application.

```
172573 W. R. Grace & Co.                        Invoice Number  980417
60029  Fee Applications-Applicant               Page   3
       October 30, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

09/24/02 Cameron       Review and provide comments              .90
                       concerning draft fee application.

09/24/02 Muha          Attend meeting re: future fee           1.90
                       application procedures (0.5);
                       revise spreadsheets for 14th
                       monthly fee application (1.4).

09/25/02 Muha          Revise and review 14th Monthly Fee       .50
                       Application spreadsheets.

09/26/02 Muha          Review and revise 14th Monthly Fee      1.90
                       Applications to ensure compliance
                       with Fee Auditor's directive.

09/27/02 Muha          Make final revisions to fee detail      1.30
                       and expense detail for 14th
                       Monthly Fee Application.

                                                              ------
                                            TOTAL HOURS        29.60

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|---|------|---|-------|
| Douglas E. Cameron | 2.00 | at $ | 385.00 | = | 770.00 |
| Andrew J. Muha | 23.30 | at $ | 185.00 | = | 4,310.50 |
| Richard A. Jr. Keuler | 1.80 | at $ | 240.00 | = | 432.00 |
| John B. Lord | 2.50 | at $ | 145.00 | = | 362.50 |

                       CURRENT FEES                          5,875.00


                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT       $ 5,875.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      980422
One Town Center Road                     Invoice Date      10/30/02
Boca Raton, FL   33486                   Client Number       172573


============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Expenses                       6,903.48

              TOTAL BALANCE DUE UPON RECEIPT        $ 6,903.48
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    980422 |
| One Town Center Road | Invoice Date    10/30/02 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 10.89 |
| Binding Charge | 6.00 |
| Telephone Expense | 20.31 |
| Documentation Charge | 108.01 |
| Duplicating/Printing | 735.50 |
| Postage Expense | 22.72 |
| Courier Service | 235.42 |
| Filing Fees | 385.50 |
| Outside Duplicating | 1,359.02 |
| Transportation | 16.40 |
| Air Travel Expense | 3,743.50 |
| Mileage Expense | 25.02 |
| Meal Expense | 129.82 |
| Telephone - Outside | 105.37 |

CURRENT EXPENSES                        6,903.48
                                   --------------

TOTAL BALANCE DUE UPON RECEIPT          $ 6,903.48
                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number      980422 |
| One Town Center Road | Invoice Date     10/30/02 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/28/02 | Courier Service parcels inc inv 5/28/02 | 95.00 |
| 07/30/02 | CAMERON/DOUGLAS E 16AUG PIT SFO PIT | 413.50 |
| 08/13/02 | 302-778-7533/WILMINGTON, DE/4 | .23 |
| 08/14/02 | 617-426-5900/BOSTON, MA/2 | .11 |
| 08/19/02 | Courier Service parcels inc inv 8/19/02 | 40.00 |
| 08/20/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 08/20/02 | ATTY # 0559: 16 COPIES | 2.40 |
| 08/20/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/20/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 08/21/02 | 303-861-7000/DENVER, CO/4 | .29 |
| 08/21/02 | ATTY # 0396: 3 COPIES | .45 |
| 08/23/02 | 302-778-7533/WILMINGTON, DE/3 | .17 |
| 08/23/02 | Courier Service UPS | 7.71 |
| 08/27/02 | 703-729-8543/LEESBURG, VA/8 | .46 |
| 08/27/02 | 561-362-1533/BOCA RATON, FL/12 | .68 |
| 08/27/02 | 561-362-1551/BOCA RATON, FL/4 | .29 |
| 08/27/02 | 561-362-1551/BOCA RATON, FL/3 | .23 |
| 08/27/02 | 561-362-1533/BOCA RATON, FL/22 | 1.25 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       October 30, 2002

Invoice Number  980422
Page   2

| | | |
|---|---|---:|
| 08/28/02 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/7 | .46 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/4 | .23 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/2 | .17 |
| 08/28/02 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 08/28/02 | 561-712-4777/W PALM BCH, FL/6 | .34 |
| 08/30/02 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/10 | .57 |
| 09/03/02 | ATTY # 0559; 56 COPIES | 5.60 |
| 09/03/02 | ATTY # 0559; 24 COPIES | 3.60 |
| 09/03/02 | ATTY # 0559; 546 COPIES | 54.60 |
| 09/03/02 | ATTY # 0710; 32 COPIES | 4.80 |
| 09/03/02 | ATTY # 0559: 13 COPIES | 1.95 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | ATTY # 0559: 1 COPIES | .15 |
| 09/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/03/02 | 561-362-1551/BOCA RATON, FL/2 | .17 |
| 09/03/02 | 561-362-1551/BOCA RATON, FL/2 | .11 |
| 09/03/02 | 561-362-1533/BOCA RATON, FL/18 | 1.08 |
| 09/04/02 | ATTY # 0885: 12 COPIES | 1.80 |
| 09/04/02 | ATTY # 0396: 8 COPIES | 1.20 |
| 09/04/02 | ATTY # 0396: 5 COPIES | .75 |
| 09/04/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/04/02 | FLATLEY/LAWRENCE E<br>10SEP PIT DEN PIT | 1795.50 |

172573  W. R. Grace & Co.                                    Invoice Number  980422
60026   Litigation and Litigation Consulting        Page    3
        October 30, 2002

| 09/04/02 | 302-652-5340/WILMINGTON, DE/20 | 1.20 |
|---|---|---|
| 09/04/02 | 724-388-2844/INDIANA, PA/1 | .14 |
| 09/04/02 | ATTY # 0885: 61 COPIES | 9.15 |
| 09/04/02 | ATTY # 0396: 14 COPIES | 2.10 |
| 09/05/02 | Telephone - Outside - - DOUGLAS E. CAMERON while in San Francisco for witness meeting on cost recovery action | 45.80 |
| 09/05/02 | Postage Expense | 8.05 |
| 09/05/02 | Postage Expense | 8.50 |
| 09/05/02 | ATTY # 0559; 112 COPIES | 16.80 |
| 09/05/02 | ATTY # 0856; 17 COPIES | 1.70 |
| 09/05/02 | ATTY # 0856; 35 COPIES | 5.25 |
| 09/05/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/05/02 | ATTY # 0559: 14 COPIES | 2.10 |
| 09/05/02 | ATTY # 0559: 15 COPIES | 2.25 |
| 09/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/05/02 | ATTY # 0559: 5 COPIES | .75 |
| 09/05/02 | 215-851-8202/PHILA, PA/2 | .12 |
| 09/05/02 | 302-652-5340/WILMINGTON, DE/21 | 1.25 |
| 09/06/02 | SCANNING SERVICES, 4 PAGES SCANNED, 1 E-FILING #2441, 1 ATTACHMENT Filing Fees - - VENDOR: PARCELS, INC.-D D R | 30.60 |
| 09/06/02 | 561-362-1533/BOCA RATON, FL/19 | 1.14 |
| 09/09/02 | OUTSIDE DUPLICATING 7/31/02- Outside Duplicating - PARCELS, INC.-D D R | 19.55 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees- PARCELS, INC.-D D R | 15.00 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees - PARCELS, INC.-D D R | 40.35 |

```
172573 W. R. Grace & Co.                        Invoice Number  980422
60026  Litigation and Litigation Consulting       Page   4
       October 30, 2002
```

| | | |
|---|---|---:|
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees -  PARCELS,<br>INC.-D D R | 30.00 |
| 09/09/02 | E-FILINGS 2/11/02- Filing Fees -PARCELS, INC.-D<br>D R | 32.70 |
| 09/09/02 | E-FILINGS 12/23/01- Filing Fees -  PARCELS,<br>INC.-D D R | 32.70 |
| 09/09/02 | E-FILING 12/23/01- Filing Fees -  PARCELS,<br>INC.-D D R | 38.15 |
| 09/09/02 | E-FILINGS 10/31/01- Filing Fees - PARCELS,<br>INC.-D D R | 15.00 |
| 09/09/02 | E-FILINGS 10/31/01- Filing Fees -  PARCELS,<br>INC.-D D R | 7.80 |
| 09/09/02 | E-FILINGS 10/31/01 - Filing Fees - PARCELS,<br>INC.-D D R | 10.00 |
| 09/09/02 | E-FILING 10/31/01- Filing Fees -PARCELS, INC.-D<br>. D R | 15.00 |
| 09/09/02 | OUTSIDE DUPLICATING 10/31/01- Outside<br>Duplicating -  PARCELS, INC.-D D R | 247.75 |
| 09/09/02 | OUTSIDE DUPLICATING 12/31/01- Outside<br>Duplicating - PARCELS, INC.-D D R | 166.32 |
| 09/09/02 | ATTY # 0559; 96 COPIES | 14.40 |
| 09/09/02 | ATTY # 0559; 224 COPIES | 33.60 |
| 09/09/02 | ATTY # 0559; 22 COPIES | 3.30 |
| 09/09/02 | ATTY # 0559; 5 COPIES | .75 |
| 09/09/02 | ATTY # 0718; 12 COPIES | 1.80 |
| 09/09/02 | ATTY # 0718; 225 COPIES | 33.75 |
| 09/09/02 | Meal Expense - CAPITAL SPICE CO., INC./Lunch<br>expense for meetings in Washington, DC with<br>W.R. Grace and consultants in cost recovery<br>action | 112.32 |
| 09/09/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/09/02 | ATTY # 0710: 3 COPIES | .45 |
| 09/09/02 | ATTY # 0710: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting       Page    5
       October 30, 2002
```

| Date | Description | Amount |
|---|---|---|
| 09/09/02 | ATTY # 0710: 3 COPIES | .45 |
| 09/09/02 | ATTY # 0710: 7 COPIES | 1.05 |
| 09/09/02 | ATTY # 0718: 10 COPIES | 1.50 |
| 09/09/02 | ATTY # 0718: 24 COPIES | 3.60 |
| 09/09/02 | Postage Expense | 3.96 |
| 09/09/02 | 303-866-0641/DENVER, CO/8 | .46 |
| 09/10/02 | ATTY # 0710; 80 COPIES | 12.00 |
| 09/10/02 | ATTY # 0718; 11 COPIES | 1.65 |
| 09/10/02 | ATTY # 0710: 4 COPIES | .60 |
| 09/10/02 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/10/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/10/02 | 302-778-7533/WILMINGTON, DE/9 | .51 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                       Invoice Number  980422
60026  Litigation and Litigation Consulting     Page   6
       October 30, 2002
```

| Date | Description | Amount |
|------|-------------|-------:|
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 09/11/02 | ATTY # 0559; 32 COPIES | 4.80 |
| 09/11/02 | ATTY # 0559; 67 COPIES | 10.05 |
| 09/11/02 | 843-689-5509/HILTONHEAD, SC/3 | .17 |
| 09/11/02 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 09/11/02 | 303-866-0408/DENVER, CO/2 | .11 |
| 09/12/02 | ATTY # 0559; 202 COPIES | 20.20 |
| 09/12/02 | ATTY # 0396; 121 COPIES | 18.15 |
| 09/12/02 | ATTY # 0559; 5 COPIES | .75 |
| 09/12/02 | Courier Service UPS | 19.84 |
| 09/12/02 | 724-733-3838/EXPORT, PA/4 | .28 |
| 09/12/02 | 724-387-1869/EXPORT, PA/1 | .14 |
| 09/12/02 | 215-851-8250/PHILA, PA/40 | 2.32 |
| 09/13/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/13/02 | ATTY # 0710: 33 COPIES | 4.95 |
| 09/13/02 | ATTY # 0396; 100 COPIES | 15.00 |
| 09/13/02 | 212-971-0111/NEW YORK, NY/19 | 1.14 |
| 09/13/02 | 303-861-7000/DENVER, CO/3 | .17 |
| 09/13/02 | 561-362-1533/BOCA RATON, FL/33 | 1.88 |
| 09/13/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 09/13/02 | 303-866-0408/DENVER, CO/1 | .11 |
| 09/16/02 | ATTY # 0559; 3 COPIES | .45 |
| 09/16/02 | ATTY # 0710: 4 COPIES | .60 |
| 09/16/02 | ATTY # 0710: 5 COPIES | .75 |

172573 W. R. Grace & Co.                                    Invoice Number  980422
60026  Litigation and Litigation Consulting        Page   7
       October 30, 2002

09/16/02   ATTY # 0710: 4 COPIES                                        .60

09/16/02   ATTY # 0710: 3 COPIES                                        .45

09/16/02   Courier Service parcels,inc inv 9/16/02                    35.00

09/16/02   FLATLEY/LAWRENCE E                                        511.50
           19SEP PIT PHL PIT

09/17/02   COPY 165 PG DOC 18 TIMES, POST MAIL, SERVE                310.80
           LOCALS, COPIED 8/8/02 (JOHN B. LORD) Outside
           Duplicating - PARCELS, INC.-D D R

09/17/02   COPY 20 PG DOC 195 TIMES, POST MAIL, SERVE                583.75
           LOCALS, COPIED 8/8/02 (JOHN B. LORD) Outside
           Duplicating -  PARCELS, INC.-D D R

09/17/02   COPY 10 PG DOC 19 TIMES, POST MAIL, SERVE                  30.85
           LOCALS, COPIED 8/14/02 (JOHN B. LORD) Outside
           Duplicating - PARCELS, INC.-D D R

09/17/02   SCANNING SERVICES, 185 PAGES SCANNED, 2                    92.75
           E-FILINGS #'S 2518, 2519, 6 ATTACHMENTS
           Filing Fees - - VENDOR: PARCELS, INC.-D D R

09/17/02   ATTY # 0559; 7 COPIES                                      1.05

09/17/02   Courier Service UPS                                       37.87

09/17/02   ATTY # 0885: 1 COPIES                                       .15

09/17/02   ATTY # 0559: 1 COPIES                                       .15

09/17/02   214-698-3868/DALLAS, TX/2                                   .11

09/18/02   PACER USAGE FOR MONTH OF JULY - Documentation             19.67
           Charge - - VENDOR: PACER SERVICE CENTER

09/18/02   ATTY # 0885: 3 COPIES                                       .45

09/18/02   ATTY # 0710: 26 COPIES                                     3.90

09/19/02   PACER USAGE FOR THE MONTH OF AUGUST -                     52.64
           Documentation Charge - - VENDOR: PACER SERVICE
           CENTER

09/19/02   PACER USAGE FOR THE MONTH OF AUGUST -                     21.00
           Documentation Charge - - VENDOR: PACER SERVICE
           CENTER

09/19/02   E- FILINGS - Filing Fees -  PARCELS, INC.-D D R           25.45

172573 W. R. Grace & Co.                          Invoice Number  980422
60026  Litigation and Litigation Consulting       Page   8
       October 30, 2002

09/19/02  Meal Expense -D. Cameron 9/16 MEETING WITH        5.50
          EXPERT FOR COST RECOVERY DEPO PREPARATION 1
          BREAKFAST

09/19/02  Mileage Expense - D. Cameron 9/16 MEETING WITH   25.02
          EXPERT FOR COST RECOVERY ACTION DEPO
          PREPARATION, 48 MI + PARKING

09/19/02  Postage Expense 9/19/02                           2.21

09/19/02  ATTY # 0885: 1 COPIES                              .15

09/19/02  ATTY # 0885: 1 COPIES                              .15

09/19/02  ATTY # 0885: 1 COPIES                              .15

09/19/02  Color Printing                                   10.89

09/19/02  ATTY # 0559; 3 COPIES                              .45

09/19/02  ATTY # 0559; 174 COPIES                          17.40

09/19/02  ATTY # 0559; 48 COPIES                            7.20

09/19/02  ATTY # 0559; 42 COPIES                            6.30

09/19/02  ATTY # 0559; 79 COPIES                           11.85

09/19/02  ATTY # 0559; 155 COPIES                          15.50

09/19/02  RESTIVO/JAMES J                                 511.50
          23SEP PIT PHL PIT

09/19/02  BENTZ/JAMES W                                   511.50
          23SEP PIT PHL PIT

09/19/02  412-288-4148/PITTSBURGH, PA/1                      .12

09/20/02  ATTY # 0856: 1 COPIES                              .15

09/20/02  ATTY # 0856: 2 COPIES                              .30

09/21/02  ATTY # 0885; 16 COPIES                            2.40

09/23/02  Binding Charge                                    6.00

09/23/02  ATTY # 0559; 20 COPIES                            3.00

09/23/02  ATTY # 0559; 42 COPIES                            6.30

09/23/02  ATTY # 3608; 52 COPIES                            7.80

172573 W. R. Grace & Co.                                Invoice Number  980422
60026  Litigation and Litigation Consulting        Page   9
       October 30, 2002

09/23/02    ATTY # 0710: 55 COPIES                              8.25

09/24/02    ATTY # 0559; 11 COPIES                             1.65

09/24/02    ATTY # 3600; 9 COPIES                             1.35

09/24/02    ATTY # 0856: 1 COPIES                              .15

09/24/02    ATTY # 0856: 38 COPIES                            5.70

09/24/02    ATTY # 0710: 1 COPIES                              .15

09/24/02    ATTY # 0710: 28 COPIES                            4.20

09/24/02    ATTY # 0710: 14 COPIES                            2.10

09/24/02    ATTY # 0710: 14 COPIES                            2.10

09/24/02    214-698-3868/DALLAS, TX/1                          .11

09/25/02    ATTY # 0559; 11 COPIES                            1.65

09/25/02    ATTY # 0559; 181 COPIES                          18.10

09/25/02    ATTY # 0559; 29 COPIES                            4.35

09/25/02    ATTY # 0559; 265 COPIES                          39.75

09/26/02    PACER CHARGES FOR BANKRUPTCY FOR APRIL, MAY &    14.70
            JUNE 2002 - Documentation Charge - - VENDOR:
            PACER SERVICE CENTER

09/26/02    Telephone - Outside - CHORUS CALL, INC. 8/21/02  59.57
            for cost recovery action conference call

09/26/02    ATTY # 0559; 27 COPIES                            4.05

09/26/02    ATTY # 0559; 2 COPIES                              .30

09/26/02    ATTY # 0559; 9 COPIES                            1.35

09/26/02    ATTY # 0559; 3 COPIES                              .45

09/26/02    ATTY # 0559; 2 COPIES                              .30

09/26/02    ATTY # 0559; 12 COPIES                           1.80

09/27/02    ATTY # 0856: 38 COPIES                            5.70

09/27/02    ATTY # 0559; 2 COPIES                              .30

09/27/02    ATTY # 0559; 6 COPIES                              .90

```
172573 W. R. Grace & Co.                           Invoice Number  980422
60026  Litigation and Litigation Consulting        Page  10
       October 30, 2002
```

| | | |
|---|---|---:|
| 09/27/02 | ATTY # 0559; 357 COPIES | 35.70 |
| 09/27/02 | ATTY # 0559; 65 COPIES | 9.75 |
| 09/28/02 | Transportation - MILEAGE AND PARKING JANET WILSON FOR EXPERT WITNESS PREP. WORK IN COST RECOVERY ACTION | 8.20 |
| 09/28/02 | Meal Expense - LUNCH JANET WILSON | 6.00 |
| 09/28/02 | ATTY # 0559: 16 COPIES | 2.40 |
| 09/28/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/28/02 | ATTY # 0559; 308 COPIES | 46.20 |
| 09/28/02 | ATTY # 0559; 394 COPIES | 59.10 |
| 09/28/02 | ATTY # 0559; 342 COPIES | 51.30 |
| 09/29/02 | Transportation -  JANET WILSON MILEAGE AND PARKING EXPERT WITNESS PREP. WORK IN COST RECOVERY ACTION | 8.20 |
| 09/29/02 | Meal Expense -  JANET WILSON LUNCH | 6.00 |
| 09/29/02 | ATTY # 0559; 90 COPIES | 13.50 |

```
                        CURRENT EXPENSES                     6,903.48
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $ 6,903.48
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      980426
5400 Borken Sound Blvd., N.W.            Invoice Date      10/30/02
Boca Raton, FL 33487                     Client Number       172573


============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Expenses                          5,907.17

                    TOTAL BALANCE DUE UPON RECEIPT       $ 5,907.17
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      980426
5400 Borken Sound Blvd., N.W.                  Invoice Date      10/30/02
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028


================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                        3.00
    Telephone Expense                    17.49
    Duplicating/Printing                187.25
    Courier Service                       8.92
    Outside Duplicating               2,371.95
    Secretarial Overtime              3,082.50
    Transportation                        3.00
    Taxi Expense                        141.00
    Mileage Expense                      24.02
    Meal Expense                         22.29
    Telephone - Outside                  45.75

                    CURRENT EXPENSES                      5,907.17
                                                       --------------

                    TOTAL BALANCE DUE UPON RECEIPT       $ 5,907.17
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      980426
5400 Borken Sound Blvd., N.W.        Invoice Date      10/30/02
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/19/02 | Secretarial Overtime input coding information summation for Attorney coding project | 292.50 |
| 08/21/02 | Secretarial Overtime TYPING IN SUMMATION for Attorney coding project | 135.00 |
| 08/27/02 | Duplicating/Printing | 5.10 |
| 08/27/02 | 212-446-4800/NEW YORK, NY/1 | .11 |
| 08/28/02 | 561-362-1551/BOCA RATON, FL/18 | 1.03 |
| 08/29/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 30.00 |
| 08/30/02 | Secretarial Overtime INPUT CODING INFORMATION INTO INTO SUMMATION for Attorney coding project | 285.00 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 08/30/02 | 561-362-1533/BOCA RATON, FL/20 | 1.20 |
| 09/03/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 217.50 |
| 09/03/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/04/02 | 617-426-8810/BOSTON, MA/8 | .46 |
| 09/04/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/04/02 | 617-426-0135/BOSTON, MA/2 | .11 |
| 09/04/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |

```
172573 W. R. Grace & Co.                        Invoice Number  980426
60028  ZAI Science Trial                    Page   2
       October 30, 2002
```

| | | |
|---|---|---|
| 09/05/02 | ATTY # 0559; 174 COPIES | 26.10 |
| 09/05/02 | 843-727-6513/CHARLESTON, SC/2 | .17 |
| 09/06/02 | 617-426-0135/BOSTON, MA/25 | 1.48 |
| 09/06/02 | 843-727-6672/CHARLESTON, SC/22 | 1.25 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/09/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 345.00 |
| 09/10/02 | ATTY # 0559; 218 COPIES | 32.70 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/10/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 09/10/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 09/10/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 6 COPIES | .90 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/11/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/11/02 | ATTY # 0885; 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  980426
60028  ZAI Science Trial                   Page    3
       October 30, 2002
```

| | | |
|---|---|---|
| 09/11/02 | ATTY # 0885; 12 COPIES | 1.80 |
| 09/11/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 187.50 |
| 09/11/02 | Secretarial Overtime INPUT CODING INFORMATION INTO  SUMMATION for Attorney coding project | 97.50 |
| 09/12/02 | 561-362-1533/BOCA RATON, FL/14 | .80 |
| 09/16/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 322.50 |
| 09/17/02 | Telephone - Outside -  DOUGLAS E. CAMERON | 45.75 |
| 09/17/02 | Secretarial Overtime INPUT CODING INFORMATION INTO SUMMATION for Attorney coding project | 472.50 |
| 09/18/02 | Binding Charge | 3.00 |
| 09/18/02 | 302-571-6655/WILMINGTON, DE/1 | .11 |
| 09/19/02 | ATTY # 0349: 2 COPIES | .30 |
| 09/19/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/19/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/19/02 | 617-426-8810/BOSTON, MA/6 | .34 |
| 09/19/02 | ATTY # 0885; 32 COPIES | 4.80 |
| 09/19/02 | ATTY # 0885; 242 COPIES | 36.30 |
| 09/19/02 | ATTY # 0885; 4 COPIES | .60 |
| 09/19/02 | Courier Service UPS | 8.92 |
| 09/19/02 | Secretarial Overtime INPUT CODING INFORMATION INTO for Attorney coding project | 165.00 |
| 09/19/02 | 312-861-2162/CHICAGO, IL/3 | .17 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 10 COPIES | 1.50 |
| 09/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 3 COPIES | .45 |

```
172573 W. R. Grace & Co.                    Invoice Number  980426
60028  ZAI Science Trial                    Page    4
       October 30, 2002
```

| | | |
|---|---|---|
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 4 COPIES | .60 |
| 09/20/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/20/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 09/20/02 | ATTY # 0885: 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885; 3 COPIES | .45 |
| 09/20/02 | ATTY # 0885; 315 COPIES | 31.50 |
| 09/20/02 | ATTY # 0856; 120 COPIES | 18.00 |
| 09/20/02 | ATTY # 0856; 7 COPIES | .70 |
| 09/20/02 | ATTY # 0856; 1 COPIES | .10 |
| 09/20/02 | 617-426-0135/BOSTON, MA/10 | .57 |
| 09/20/02 | 302-652-4100/WILMINGTON, DE/3 | .17 |
| 09/20/02 | 617-426-5900/BOSTON, MA/53 | 3.08 |
| 09/20/02 | 843-727-6513/CHARLESTON, SC/20 | 1.20 |
| 09/20/02 | 561-362-1533/BOCA RATON, FL/52 | 2.96 |
| 09/20/02 | 617-426-5900/BOSTON, MA/1 | .11 |
| 09/21/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/21/02 | ATTY # 0885: 5 COPIES | .75 |
| 09/21/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/21/02 | ATTY # 0885; 10 COPIES | 1.50 |
| 09/23/02 | Transportation - HELBLING | 3.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  980426
60028  ZAI Science Trial                 Page   5
       October 30, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/02 | Mileage Expense - S HELBLING | 8.02 |
| 09/23/02 | Meal Expense -  S HELBLING - LUNCH | 5.00 |
| 09/24/02 | Meal Expense - J. Bentz  TRAVEL TO DELAWARE FOR GRACE Hearing 9/23 LUNCH AND DINNER | 17.29 |
| 09/24/02 | Taxi Expense - J. Bentz TRAVEL TO DELAWARE FOR GRACE hearing 9/23 | 141.00 |
| 09/24/02 | Mileage Expense -J. Bentz TRAVEL TO DELAWARE GRACE Hearing 9/23  PARKING/TOLLS | 16.00 |
| 09/24/02 | Secretarial Overtime input coding information into summation for attorney coding project | 232.50 |
| 09/24/02 | Secretarial Overtime input coding information into summation for attorney coding project | 300.00 |
| 09/25/02 | ATTY # 0885: 1 COPIES | .15 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | ATTY # 0885: 2 COPIES | .30 |
| 09/25/02 | 561-362-1533/BOCA RATON, FL/22 | 1.31 |
| 09/26/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. DOC. PROD. FROM CD FOR ATTORNEY DOCUMENT REVIEW | 2371.95 |
| 09/26/02 | ATTY # 0856: 1 COPIES | .15 |

```
                        CURRENT EXPENSES                   5,907.17
                                                       ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $ 5,907.17
                                                       =============
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                            |   |                          |
|--------------------------------------------|---|--------------------------|
| In re:                                     | ) | Chapter 11               |
|                                            | ) |                          |
| W. R. GRACE & CO., et al.,[1]              | ) | Case No. 01-01139 (JKF)  |
|                                            | ) | (Jointly Administered)   |
|                                            | ) |                          |
| Debtors                                    | ) |                          |

### CERTIFICATE OF SERVICE

I, Richard A. Keuler, Jr., Esquire, certify that I am over 18 years of age and that on this 1st day of

November, 2002, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for

Compensation for Services and Reimbursement of Expenses as Special Asbestos Liability Defense

Counsel to Debtors for the Fifteenth Monthly Interim Period from September 1, 2002 through

September 30, 2002 (with attached Fee and Expense Detail), to be served upon the parties on the attached

service list in the manner indicated.

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone:    (302) 778-7500
Facsimile: (302) 778-7575
E-mail: rkeuler@reedsmith.com

Special Asbestos Product Liability Defense
Counsel

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ⊕N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

## VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD  21044
E-mail:  william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
9000 Jackson Street
120 Founders Square
Dallas, TX 75202
E-mail:  feeaudit@whsmithlaw.com

## VIA HAND DELIVERY

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

## VIA ELECTRONIC MAIL

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail:  james_kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
E-mail:  dcarickhoff@pszyj.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com
        carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail:  syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Pric
   & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
E-mail:  mgz@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schlorling
E-mail:  jwaxman@klettrooney.com
              currier@klettrooney

2