# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 196.3 | $78,520.00 |
| Colin Harris | Partner | Litigation | $350.00 | 117.5 | $41,125.00 |
| Colin Harris | Partner | Litigation | $250.00 | 40.5 | $10,125.00 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 509.0 | $178,150.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 173.4 | $52,020.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 363.5 | $109,050.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 647.6 | $194,280.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 29.0 | $7,975.00 |
| Mark Weakley | Sp. Counsel | Litigation | $295.00 | 193.45 | $57,067.75 |
| Dennis Baarlaer | Sp. Counsel | Litigation | $275.00 | 28.3 | $7,782.50 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 706.4 | $194,260.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 571.5 | $160,020.00 |
| Troy Braegger | Sr. Counsel | Litigation | $300.00 | 33.8 | $10,140.00 |
| Jennifer D'Alessandro | Sr. Counsel | Litigation | $260.00 | 164.9 | $42,874.00 |
| Caroline Cooley | Contract Atty | Litigation | $260.00 | 311.7 | $81,042.00 |
| Elizabeth Rita | Contract Atty | Litigation | $175.00 | 30.0 | $5,250.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 190.6 | $45,744.00 |
| Louie Cohen | Associate | Corporate | $225.00 | 58.1 | $13,072.50 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 229.6 | $50,512.00 |
| Spencer Young | Associate | Litigation | $250.00 | 103.8 | $25,950.00 |
| Jennifer Hall | Associate | Environmental | $220.00 | 177.9 | $39,138.00 |
| Cory Sanchez | Associate | Corporate | $175.00 | 49.5 | $8,662.50 |
| Kevin Galligan | Sr. Associate | Litigation | $295.00 | 49.2 | $14,514.00 |
| Sven Collins | Associate | Litigation | $235.00 | 21.6 | $5,076.00 |
| Michael Tognetti | Associate | Corporate | $225.00 | 29.6 | $6,660.00 |
| James Beasley | Associate | Corporate | $175.00 | 49.0 | $8,575.00 |
| Brad Jacobsen | Associate | Corporate | $220.00 | 40.3 | $8,866.00 |
| Joli Messer | Associate | Real Estate | $235.00 | 9.5 | $2,232.50 |

| Josie Faix | Associate | Corporate | $175.00 | 2.6 | $455.00 |
|---|---|---|---|---|---|
| Keith Trammell | Associate | Corporate | $185.00 | 164.5 | $30,432.50 |
| Douglas Wall | Associate | Corporate | $185.00 | 312.00 | $57,720.00 |
| Bradford Dempsey | Associate | Bankruptcy | $200.00 | 7.6 | $1,520.00 |
| Gino Maurelli | Associate | Litigation | $225.00 | 147.4 | $33,165.00 |
| Allison Crist | Associate | Corporate | $175.00 | 78.0 | $13,650.00 |
| Matthew J. Ochs | Associate | Bankruptcy | $180.00 | 56.6 | $10,188.00 |
| Michael Higuera | Associate | Corporate | $175.00 | 41.8 | $7,315.00 |
| Constance Rogers | Associate | Corporate | $225.00 | 31.8 | $7,155.00 |
| M. Carla Latuda | Paralegal | Environmental | $125.00 | 287.6 | $35,950.00 |
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 407.5 | $50,937.50 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 464.2 | $51,062.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 195.2 | $16,592.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 78.5 | $8,242.50 |
| Ann Carroll | Paralegal | Environmental | $125.00 | 204.6 | $25,575.00 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 135.9 | $16,987.50 |
| Paula Stacey | Paralegal | Environmental | $125.00 | 30.6 | $3,825.00 |
| Dyan Davidson | Paralegal | Environmental | $110.00 | 80.6 | $8,866.00 |
| Joan Jacobson | Paralegal | Litigation | $120.00 | 11.1 | $1,332.00 |
| Johncie Wingard | Paralegal | Litigation | $125.00 | 9.6 | $1,200.00 |
| Angela Herceglic | Paralegal | Environmental | $100.00 | 8.0 | $800.00 |
| Stephanie Cheeks | Paralegal | Litigation | $60.00 | 273.5 | $16,410.00 |
| Deborah Duffus | Paralegal | Litigation | $60.00 | 260.1 | $15,606.00 |
| Katherine Layton | Paralegal | Litigation | $60.00 | 188.9 | $11,334.00 |
| Lisa Martel | Paralegal | Litigation | $60.00 | 251.0 | $15,060.00 |
| Mary-Jill Patuto | Paralegal | Litigation | $60.00 | 154.8 | $9,288.00 |
| Trista Giunta Merz | Paralegal | Litigation | $60.00 | 313.0 | $18,780.00 |
| Nathaniel Reed | Paralegal | Litigation | $60.00 | 320.5 | $19,230.00 |
| Lorrie Simpson | Paralegal | Litigation | $60.00 | 313.35 | $18,801.00 |
| Kristi Gomez | Paralegal | Litigation | $60.00 | 116.5 | $6,990.00 |
| Casey Brookshier | Paralegal | Litigation | $60.00 | 70.3 | $4,218.00 |

| Katheryn Christnacht | Library | Litigation | $125.00 | 10.6 | $1,325.00 |
| Bruce Sperberg | Library | Litigation | $70.00 | 0.4 | $28.00 |
| John Valentine | Law Clerk | Litigation | $140.00 | 1.8 | $252.00 |
| Jennifer Howard | Law Clerk | Litigation | $140.00 | 52.9 | $7,406.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 279.5 | $25,155.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 238.6 | $26,246.00 |
| Williams Payne | Info. Spec. | Environmental | $85.00 | 144.2 | $12,257.00 |
| **TOTAL** | | | | **10871.2** | **$2,050,039.75** |