# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $456.25 |
| Photocopies | $24,016.70 |
| Facsimiles | $1,462.00 |
| Long Distance Telephone | $1,444.59 |
| Outside Courier | $9,696.57 |
| Travel Expense | $36,603.33 |
| Lexis | $9,029.08 |
| Westlaw | $263.84 |
| Supplies | $129.75 |
| Meal Expenses | $3,217.67 |
| Tab Stock | $4.25 |
| Overtime | $5,951.25 |
| Other Expenses | $2,355.27 |
| Velo Binding | $31.00 |
| Oversize/Map Charge | $31.00 |
| Temporary Staffing | $26,003.24 |
| Color Copies | $849.55 |
| Research Services | $76.53 |
| **TOTALS** | **$121,621.87** |