IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO FIFTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2002 THROUGH JUNE 30, 2002**

Pachulski, Stang, Ziehl, Young & Jones ("PSZY&J"), co-counsel to the debtors and debtors in possession herein, hereby moves the Court pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 9004-1(e), and § 102 of title 11 of the United States Code for an Order shortening the notice period under Bankruptcy Rule 2002(a)(2) and the Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members signed April 17, 2002 (the "Amended Interim Compensation Order") and approving the form of notice (the "Notice") with respect to the Fifth Quarterly Interim Application of PSZYJ for Compensation and for Reimbursement of Expenses for April 1, 2002 through June 30, 2002 (the "Fifth Quarterly Application").

1.    November 8, 2002, PSZYJ filed and served its Fifth Quarterly Application. The hearing on the fifth quarterly fee applications in this case is set for November 25, 2002 at 10:00 a.m. The notice period required by the Amended Interim Compensation Order is twenty days. PSZY&J requests, in order for its Fifth Quarterly Application to be heard on

schedule with the other fee applications for that period, that the Notice period be reduced to seventeen (17) days and that the objection deadline be set for November 22, 2002 at 4:00 p.m. Eastern time.

2.  The three monthly applications covered by the Fifth Quarterly Application (April, May and June 2002) were served as required on the necessary parties and no objections were received to these monthly applications. Warren Smith, the Fee Auditor, has reviewed these three monthly fee applications and has prepared his initial report thereon in the same manner he would have done so if the Fifth Quarterly Application had been timely filed and served. PSZY&J is in the process of responding to that initial report. The Fee Auditor has advised PSZY&J that he has no objection to PSZY&J's request for an order shortening the notice period as requested herein and would, in fact, prefer to keep all applications for this period on the same schedule.

3.  Given that the monthly fee applications covered by the Fifth Quarterly Application were served as required and no objections were received and that the Fee Auditor has already reviewed the three fee applications at issue and has no objection to this request, PSZY&J respectfully submits that the notice period described above is sufficient to provide parties in interest an opportunity to review and, if necessary, object to the relief requested in the Fifth Quarterly Application. Accordingly, PSZY&J submits that shortening the time to respond to the Fifth Quarterly Application will not prejudice the rights of any party in interest.

4. This Motion to Shorten Time will be immediately served all parties that receive notice of the filing of the Fifth Quarterly Application.

Dated: November 8, 2002                    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*[signature: Scotta E. McFarland]*

Laura Davis Jones (DE Bar No. 2436)
Scotta E. McFarland (DE Bar No. 4184)
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO FIFTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2002 THROUGH JUNE 30, 2002**

Come on for consideration the Motion to Shorten Notice Period Respect to the Fifth Quarterly Interim Application of PSZYJ for Compensation and for Reimbursement of Expenses for April 1, 2002 through June 30, 2002 (the "Motion to Shorten") and, it appearing that the relief requested is well taken, it is hereby

ORDERED that the Motion to Shorten is granted.

Dated: November ___, 2002

_____
THE HONORABLE JUDITH K. FITZGERALD

69964-002\DOCS_LA:83007.1                    1