## EXHIBIT B

## W. R. GRACE & CO., ET AL.

## DISTRICT OF DELAWARE, BANKRUPTCY CASE NO. 01-1139

## AMENDED REPORT ON SETTLEMENTS OF CERTAIN CLAIMS AND CAUSES OF ACTION JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

| Florida Department of Revenue | W. R. Grace & Co.-Conn. | On July 17, 2002, the income tax assessment for the 1993-1995 tax years was reduced to zero. |