UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                           |
                                                                 | Chapter 11
 W.R. GRACE & CO.-CONN.                                          |
                                                                 | Case No. 01-01140
                                                                 |
           Debtors.                                              |
----------------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)
                LONGACRE MASTER FUND, LTD.
                Transferor: Plauche Smith & Nieset
                1700 Broadway, Suite 1403
                New York, NY  10019
                Attn:  Vladimir Jelisavcic

A transfer in the amount of $28,471.50 from:

                Plauche Smith & Nieset
                1123 Pithon St
                Lake Charles, LA 70602
                Attn: Chris Ieyoub

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                             Intake Clerk
------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2002.
Copy:  Debtor's Attorney_____

                                                      _____
                                                      Deputy Clerk

**<u>LONGACRE</u>**

**THE LONGACRE FUNDS**

1700 Broadway, Suite 1403
New York, New York 10019
Tel:  212-752-6104
Fax: 212-752-6146
www.longacrellc.com

# TRADE CONFIRMATION

*To:    Plauche Smith and Nieset*
*1123 Pithon St*
*Lake Charles, LA 70602*
*Attn:   Chris Ieyoub*
*Tel:    337-436-0522*
*Fax:    337-436-9637*

*From: Longacre Management, LLC*
*1700 Broadway, Suite 1403*
*New York, NY 10019*
*Attn:   Steven S. Weissman*
*Tel:    212-752-6104*
*Fax:    212-752-6146*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 9/20/2002 |
| **Seller:** | Plauche Smith and Nieset |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $28,471.50 |
| **Purchase Rate:** | [deleted] % |
| **Consideration:** | [deleted] (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

| | |
|---|---|
| **Disclosure:** | Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim. |
| **Payments:** | Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer. |
| **Subject to:** | 1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| **Settlement:** | As soon as reasonably practical. |
| **Binding Effect:** | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |
| **Expiration:** | Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer. |

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Maurie Shalmone** at the following fax number: (212) 752-6146

ACCEPTED AND AGREED

PLAUCHE SMITH AND NIESET

Signature:  /s/ Christopher P. Ieyoub_____
Title:           Attorney/Partner_____
Name:        Christopher P. Ieyoub_____
Date:          9/18/02_____

LONGACRE MASTER FUND, LTD.

By:   /s/ Steven Weissman_____
Name:  Steven Weissman
Title:   Director
Date:   9/20/2002