Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      15


Costs and Expenses



PREVIOUS BALANCE                                    $6,725.70



08/02/02 Federal Express to David Bernick and James
         Strayreg on 7/22/02                            23.52
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/22/02                                        11.28
08/02/02 Federal Express to Hamid R. Rafatjoo on 7/22/02   26.75
08/02/02 Federal Express to Scott Baena and Richard Ou on
         7/22/02                                        23.52
08/02/02 Federal Express to Elihu Inselbuch and Rita Tobin
         on 7/22/02                                     15.22
08/02/02 Federal Express to David Bernick and James H.M.
         Spr on 7/23/02                                 13.35
08/02/02 Federal Express to Hamid R. Rafatjoo on 7/23/03   23.75
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/23/03                                        14.06
08/02/02 Federal Express to Lewis Kruger on 7/23/02     14.06
08/02/02 Federal Express to Thomas M. Mayer and Philip
         Bentile on 7/23/02                             14.06
08/02/02 Federal Express to Scott Baena and Richard Dunn
         on 7/23/02                                     20.98
08/02/02 Federal Express to J. Douglas Bacon on 7/23/02   20.98
08/02/02 Federal Express to Elihu Inselbuch on 7/23/03   11.28
08/02/02 Federal Express to Douglas Campbell on 7/23/02   18.21
08/02/02 Federal Express to Elihu Inselbuch on 7/23/02   16.61
08/02/02 Federal Express to Mark C. Meyer on 7/23/02    18.21
08/02/02 Federal Express to Steven T. Baron on 7/23/02   25.37
08/02/02 Federal Express to C. Sanders McNew on 7/23/02   16.61
08/02/02 Federal Express to Peter Van N. Lockwood on
         7/23/02                                        20.76
08/02/02 Federal Express to Steven Kazan on 7/23/02     26.75
08/02/02 Federal Express to Frederick M. Baron on 7/23/02   41.51
08/02/02 Federal Express to John D. Cooney on 7/23/02   23.52
08/02/02 Federal Express to Robert Jacobs on 7/23/02    15.22

```
                                                       Page: 2
          W.R. Grace                                 08/31/02
                                         ACCOUNT NO: 3000-00D
                                         STATEMENT NO:      15

          Costs and Expenses
```

| | | |
|---|---|---:|
| 08/02/02 | Federal Express to Bob Spohn on 7/30/02 | 15.22 |
| 08/05/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 47.30 |
| 08/07/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 354.68 |
| 08/07/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 279.50 |
| 08/07/02 | FAX to Peter Van N. Lockwood - 4 pages | 2.00 |
| 08/07/02 | FAX to FAX to Douglas A. Campbell - 4 pages | 2.00 |
| 08/07/02 | FAX to Robert C. Spohn - 4 pages | 2.00 |
| 08/07/02 | FAX to Elyssa Strug - 4 pages | 2.00 |
| 08/08/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 64.14 |
| 08/08/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 08/08/02 | FAX to Nathan D. Finch - 3 pages | 1.50 |
| 08/08/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 08/09/02 | Federal Express to Gary Becker on 8/6/02 | 13.99 |
| 08/12/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 116.82 |
| 08/12/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 245.35 |
| 08/14/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 343.31 |
| 08/14/02 | Ikon Office Solutions - Document reproduction, envelopes, postage, hand deliveries | 224.00 |
| 08/14/02 | Postage | 3.87 |
| 08/16/02 | AT&T Long Distance Phone Calls | 24.35 |
| 08/22/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries (Docket Nos. 2573, 2575, 2576) | 109.48 |
| 08/23/02 | FAX to Peter Van N. Lockwood - 3 pages | 1.50 |
| 08/23/02 | FAX to Douglas A. Campbell - 3 pages | 1.50 |
| 08/23/02 | FAX to Robert C. Spohn - 3 pages | 1.50 |
| 08/23/02 | FAX to Elyssa Strug - 3 pages | 1.50 |
| 08/26/02 | Parcels, Inc. - Delaware Document Retrieval on 8/21/02 | 52.50 |
| 08/26/02 | Parcels, Inc. - Delaware Document Retrieval on 8/22/02 | 7.50 |
| 08/28/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries | 54.80 |
| 08/29/02 | Westlaw charges for August, 2002 | 20.19 |
| 08/30/02 | Federal Express to Peter Van N. Lockwood on 8/21/02 | 11.22 |
| 08/30/02 | Federal Express to Scott Baena on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to J. Douglas Bacon on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to David Bernick on 8/21/02 | 13.28 |
| 08/30/02 | Federal Express to Lewis Kruger on 8/21/02 | 11.22 |
| 08/30/02 | Federal Express to Hamid Rafatjoo on 8/21/02 | 14.78 |

```
                                                       Page: 3
         W.R. Grace                                   08/31/02
                                      ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      15

         Costs and Expenses




08/30/02 Federal Express to Elihu Inselbuch on 8/21/02        11.22
08/30/02 Federal Express to Philip Bentley on 8/21/02         11.22
                                                          --------
         TOTAL EXPENSES                                   2,550.58

         TOTAL CURRENT WORK                               2,550.58


08/12/02 Payment - Thank you. (April, 2002 - 100%)       -2,186.74
08/12/02 Payment - Thank you. (May, 2002 - 100%)         -1,596.99
                                                         ---------
         TOTAL PAYMENTS                                  -3,783.73

         BALANCE DUE                                     $5,492.55
                                                         =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:     15

Asset Analysis and Recovery


PREVIOUS BALANCE                                    $9,458.20


                                           HOURS
08/01/02
    MTH Review report re: pleadings filed July
        31, 2002                            0.10    26.50

08/08/02
    SLP Review Sealed Air and Fresenius adversary
        dockets (.2); preparation and
        distribution of memo re: same (.3);
        update file (.3)                    0.80    72.00

08/15/02
    MTH Review 8/14/02 correspondence from Judge
        Wolin re: 8/16/02 conference, discovery
        issues                              0.10    26.50
    MTH Continue review of Judge Wolin's 7/29/02
        order re: choice of law and legal
        standards                           1.30   344.50
    MTH Review 8/15/02 correspondence from H.
        Wasserstain to Judge Wolin and the
        attached 8/14/02 correspondence to Judge
        Wolin                               0.20    53.00

08/16/02
    MTH Review notice of deposition of W.
        Corcoran                            0.10    26.50
    MTH Review motion of Sealed Air to extend
        deadline for defendant's expert reports  0.30   79.50

08/19/02
    MTH Review Cryovac's interrogatories and
        request for production to plaintiffs  0.10   26.50
    MTH Review correspondence from D. Frost re:

{D0004958:1 }

```
                                                      Page: 2
        W.R. Grace                                   08/31/02
                                      ACCOUNT NO: 3000-01D
                                      STATEMENT NO:       15
        Asset Analysis and Recovery
```

|  |  | HOURS |  |
|---|---|---|---|
| | oral argument with Special Master Dreier re: motion to extend defendant's deadline for environmental experts | 0.10 | 26.50 |
| **08/22/02** | | | |
| MRE | Telephone conference with Nathan Finch, MGZ and MTH re: Sealed Air discovery issue | 0.10 | 27.50 |
| MTH | Review correspondence from Nate Finch re: discovery issue in Sealed Air fraudulent transfer matter | 0.10 | 26.50 |
| MTH | Legal research re: discovery issue in Sealed Air fraudulent transfer matter | 2.70 | 715.50 |
| **08/23/02** | | | |
| MTH | Review responses of Sealed Air and Cryovac to the US interrogatories and request for production | 0.30 | 79.50 |
| MTH | Legal research re: discovery issues in Sealed Air matter | 1.00 | 265.00 |
| **08/26/02** | | | |
| MTH | Legal research re: discovery issues in Sealed Air fraudulent transfer litigation | 1.80 | 477.00 |
| MTH | Review 8/23/02 correspondence from D. Frost to Judge Dreier re: environmental expert issues | 0.10 | 26.50 |
| MTH | Review 8/26/02 correspondence from D. Frost to Judge Dreier re: availability of Mr. Guierrez for deposition | 0.10 | 26.50 |
| MTH | Review 8/26/02 correspondence from D. Frost re: two proposed orders re: production of documents of expert reports | 0.20 | 53.00 |
| MTH | Review 8/23/02 correspondence from D. Frost re: oral argument on discovery issues | 0.10 | 26.50 |
| **08/27/02** | | | |
| MTH | Legal research re: discovery issue in Sealed Air matter | 1.30 | 344.50 |
| **08/28/02** | | | |
| MTH | Telephone conference with J. Carroll re: Sealed Air fraudulent transfer matter | 0.10 | 26.50 |
| MTH | Review Judge Wolin's order and opinion re: solvency standard re: questions from J. Carroll | 0.40 | 106.00 |

```
                                                         Page: 3
       W.R. Grace                                        08/31/02
                                          ACCOUNT NO: 3000-01D
                                          STATEMENT NO:      15

       Asset Analysis and Recovery
```

```
                                              HOURS
       MGZ Review correspondence from J. Carroll re:
           inquiry on status of Sealed Air
           litigation                            0.10    29.00
                                                -----  --------
           FOR CURRENT SERVICES RENDERED        11.50  2,911.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 0.10 | $290.00 | $29.00 |
| Stephanie L. Peterson | 0.80 | 90.00 | 72.00 |
| Mark T. Hurford | 10.50 | 265.00 | 2,782.50 |
| Marla R. Eskin | 0.10 | 275.00 | 27.50 |

```
       TOTAL CURRENT WORK                             2,911.00


  08/12/02 Payment - Thank you. (April, 2002 - 80%)   -2,604.80
  08/12/02 Payment - Thank you. (May, 2002 - 80%)       -996.80
                                                      ---------
       TOTAL PAYMENTS                                 -3,601.60

       BALANCE DUE                                    $8,767.60
                                                      =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      15


Asset Disposition


PREVIOUS BALANCE                                   $1,337.90


08/12/02 Payment - Thank you. (April, 2002 - 80%)    -190.80


BALANCE DUE                                        $1,147.10
                                                   =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                          08/31/02
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:      10

Business Operations



PREVIOUS BALANCE                                              $588.50



08/12/02 Payment - Thank you. (May, 2002 - 80%)              -381.60


BALANCE DUE                                                  $206.90
                                                             =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                   Page: 1
W.R. Grace                                       08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      15


Case Administration



        PREVIOUS BALANCE                        $13,272.00



                                       HOURS
08/01/02
      DAC Review trustee letter re: SAC denial      0.10      35.00
      SLP Review pleadings and electronic filing
          notices (.3); preparation and
          distribution of daily memo (.2)           0.50      45.00

08/06/02
      SLP Review pleadings and electronic filing
          notices for 8/3 and 8/5 (.3); preparation
          and distribution of daily memo (.2);
          docketing (.3)                            0.80      72.00

08/07/02
      MLP Update critical dates calendar (.2);
          update 2002 list (.1)                     0.30      27.00
      SLP Review pleadings and electronic filing
          notices  (.3); preparation and
          distribution of daily memo (.2)           0.50      45.00

08/08/02
      SLP Review pleadings and electronic filing
          notices  (.1); preparation and
          distribution of daily memo (.1)           0.20      18.00

08/12/02
      MTH Review multiple reports re: pleadings
          filed August 3, through 9, 2002           0.20      53.00
      SLP Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)           0.30      27.00

```
                                                        Page:  2
        W.R. Grace                                      08/31/02
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:      15

        Case Administration




                                                HOURS
08/13/02
        MLP Update critical dates calendar        0.20      18.00

08/14/02
        MLP Update 2002 list                      0.10       9.00

08/20/02
        MTH Review report re: pleadings filed August
            12 through 16, 2002                   0.20      53.00
        SLP Review pleadings and electronic filing
            notices for 8/13 through 8/19 (.3);
            preparation and distribution of daily
            memo (.2); docketing (.3)             0.80      72.00

08/21/02
        MTH Review report re: pleadings filed August
            20, 2002                              0.10      26.50
        SLP Review pleadings and electronic filing
            notices (.1); preparation and
            distribution of daily memo (.1)       0.20      18.00

08/22/02
        AFM Review docket re: objections to motion to
            file under seal (.1); draft CNO (.1)  0.20      40.00
        MTH Review report re: pleadings filed August
            21, 2002                              0.10      26.50
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.2)                        0.70      63.00

08/23/02
        SLP Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1); review
            agenda for 8/26 hearing (.1); preparation
            of hearing notebook (.3)              0.70      63.00
        MTH Review report re: pleadings filed August
            22, 2002                              0.10      26.50

08/26/02
        PEM Review Tersigni 2nd quarter financial
            reports                               0.50     132.50
        SLP Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2);
            docketing (.3)                        0.80      72.00
```

```
                                                     Page: 3
        W.R. Grace                                  08/31/02
                                       ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      15

        Case Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review report re: pleadings filed August 23, 2002 | 0.10 | 26.50 |

08/27/02

| SLP | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 27.00 |
|---|---|---|---|
| MTH | Review report re: pleadings filed August 26, 2002 | 0.10 | 26.50 |
| MGZ | Telephone conference with W. Smith re: fee matter codes and related issues | 0.30 | 87.00 |

08/28/02

| MLP | Update daily memo to Committee | 0.80 | 72.00 |
|---|---|---|---|
| MGZ | Review correspondence from R. Tobin re: fee matter categories | 0.10 | 29.00 |
| MGZ | Draft correspondence to R. Tobin and P. Lockwood re: fee matter categories | 0.10 | 29.00 |
| MGZ | Review correspondence from Lockwood (x2) re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from R. Tobin (x3) re: same | 0.10 | 29.00 |
| MGZ | Review correspondence from W. Smith re: fee matter categories | 0.10 | 29.00 |

08/29/02

| MGZ | Review correspondence from W. Smith and attached final fee matter categories sheet | 0.10 | 29.00 |
|---|---|---|---|
| MGZ | Telephone conference with W. Smith re: fee matter category explanations | 0.60 | 174.00 |
| MGZ | Draft correspondence to and review correspondence from W. Smith re: same | 0.10 | 29.00 |

```
        FOR CURRENT SERVICES RENDERED           10.50  1,558.00
```

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $350.00 | $35.00 |
| Philip E. Milch | 0.50 | 265.00 | 132.50 |
| Matthew G. Zaleski | 1.60 | 290.00 | 464.00 |
| Stephanie L. Peterson | 5.80 | 90.00 | 522.00 |
| Aileen F. Maguire | 0.20 | 200.00 | 40.00 |
| Mark T. Hurford | 0.90 | 265.00 | 238.50 |
| Marnie L. Powell | 1.40 | 90.00 | 126.00 |

```
                                                      Page: 4
W.R. Grace                                          08/31/02
                                        ACCOUNT NO:  3000-04D
                                        STATEMENT NO:      15
Case Administration



         TOTAL CURRENT WORK                         1,558.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)  -1,266.00
08/12/02 Payment - Thank you. (May, 2002 - 80%)    -1,494.80
                                                   ---------
         TOTAL PAYMENTS                             -2,760.80

         BALANCE DUE                               $12,069.20
                                                   ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/02
Wilmington  DE                         ACCOUNT NO: 3000-05D
                                       STATEMENT NO:      15

Claims Administration and Objections



PREVIOUS BALANCE                                   $14,168.10


                                           HOURS
08/01/02
    MTH Review ZAI special counsel response to
        debtors' suggestion of a proposed budget    0.30     79.50

08/12/02
    MTH Review E. Kellogg's response to debtors'
        objection to her p.o.c., with attached
        medical report, police report and summary
        letter                                      0.80    212.00
    MGZ Review creditors committee's brief on
        case management issues                      0.60    174.00
    MGZ Review equity committee's brief on case
        management issues                           0.40    116.00

08/13/02
    MTH Review the UCC's memo in support of the
        debtors' case management proposal           1.00    265.00
    MTH Review the Equity Committee's brief re:
        case management proposals for asbestos
        personal injury claims                      0.20     53.00
    MTH Review the unofficial committee of select
        asbestos claimants' memo re: asbestos
        personal injury claims                      1.60    424.00
    MTH Review debtors' revised budget for ZAI
        Science Trial                               0.20     53.00
    MTH Review ZAI claimants revised budget for
        ZAI Science Trial                           0.20     53.00
    MTH Review proposed order for ZAI Science
        Issues                                      0.10     26.50
    MGZ Telephone conference with K. Churchill
        re: claimant's inquiry on bar date
        mailing and case status issues              0.60    174.00

{D0004958:1 }

```
                                                  Page: 2
W.R. Grace                                      08/31/02
                                    ACCOUNT NO: 3000-05D
                                    STATEMENT NO:       15

Claims Administration and Objections
```

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Draft correspondence to and review correspondence form J. Cooney's office (mult.) re: claimant's inquiry | 0.20 | 58.00 |

**08/14/02**

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review proposed order re: PD committees motion to clarify bar date order re: certification of counsel | 0.10 | 26.50 |

**08/19/02**

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review Judge Wolin's order re: the asbestos PD Committee's interlocutory appeal | 0.20 | 53.00 |
| MGZ | Review order denying PD appeal of bar date order | 0.10 | 29.00 |
| MGZ | Draft correspondence to Lockwood re: same | 0.10 | 29.00 |

**08/20/02**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review correspondence from and draft correspondence to A. Lauber re: reply on brief on case management issues | 0.10 | 29.00 |
| MGZ | Meeting with AFM re: same | 0.10 | 29.00 |

**08/22/02**

|  |  | HOURS |  |
|---|---|---|---|
| MLP | Preparation of COS re: CNO re: case management proposal (.1); electronic filing of CNO (.2); hard copy service of same (.2) | 0.50 | 45.00 |

**08/23/02**

|  |  | HOURS |  |
|---|---|---|---|
| MGZ | Review debtors' reply on case management issues | 1.00 | 290.00 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 8.40 | 2,218.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew G. Zaleski | 3.20 | $290.00 | $928.00 |
| Mark T. Hurford | 4.70 | 265.00 | 1,245.50 |
| Marnie L. Powell | 0.50 | 90.00 | 45.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,218.50 |

| | |
|---|---|
| 08/12/02 Payment - Thank you. (April, 2002 - 80%) | -2,572.40 |

```
                                                    Page: 3
W.R. Grace                                          08/31/02
                                         ACCOUNT NO: 3000-05D
                                         STATEMENT NO:      15
Claims Administration and Objections
```

```
08/12/02 Payment - Thank you. (May, 2002 - 80%)              -698.40
                                                           ---------
         TOTAL PAYMENTS                                   -3,270.80

         BALANCE DUE                                      $13,115.80
                                                          ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      15


Employee Benefits/Pensions




     PREVIOUS BALANCE                          $4,367.50



                                        HOURS
08/15/02
    MGZ Review PD Committee's supplemental
        objection to KERP motion                 0.20    58.00

08/16/02
    MTH Begin review of supplemental objection of
        the asbestos pd committee to the debtor's
        motion for revised compensation
        procedures, including reviewing exhibit a
        (transcript of argument and partial
        ruling at previous hearing)              0.70   185.50

08/19/02
    MTH Meeting with MGZ re: supplemental
        objection of the PD Committee re:
        debtors' motion for revised compensation
        procedures                               0.20    53.00
    MTH Review Exhibit B (deposition of Nick
        Bubnovich) to supplemental objection of
        the asbestos PD Committee to the debtor's
        motion for revised compensation
        procedures                               2.00   530.00
    MTH Review Exhibit C (deposition of Paul
        Norris) to supplemental objection of the
        asbestos PD Committee to the debtor's
        motion for revised compensation
        procedures                               1.60   424.00

08/20/02
    MTH Review Exhibit D (deposition of W. Brian
        McGowan) to supplemental objection of the
        asbestos PD Committee to the debtor's

```
                                                  Page: 2
        W.R. Grace                               08/31/02
                                    ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      15

        Employee Benefits/Pensions




                                          HOURS
           motion for revised compensation
           procedures                      1.20    318.00

08/23/02
      MTH Review debtors' response to supplemental
          objection of asbestos PD committee re:
          debtors' motion for an order authorizing
          revised compensation programs     0.70    185.50
                                            ----  --------
          FOR CURRENT SERVICES RENDERED     6.60  1,754.00

                        RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Matthew G. Zaleski            0.20    $290.00     $58.00
        Mark T. Hurford               6.40     265.00   1,696.00


        TOTAL CURRENT WORK                              1,754.00



08/12/02 Payment - Thank you. (April, 2002 - 80%)        -46.40
08/12/02 Payment - Thank you. (May, 2002 - 80%)         -761.60
                                                        -------
        TOTAL PAYMENTS                                  -808.00

        BALANCE DUE                                   $5,313.50
                                                      =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:       15

Fee/Employment Applications

        PREVIOUS BALANCE                        $7,167.40

08/12/02 Payment - Thank you. (April, 2002 - 80%)      -2,034.00

        BALANCE DUE                             $5,133.40
                                                =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      14


Fee/Employment Objections




        PREVIOUS BALANCE                          $15,328.50



                                         HOURS
08/12/02
    MGZ Review final fee auditor report on
        Pachulski Stang                     0.10     29.00


08/13/02
    MGZ Review Pachulski Stang fee application   0.20     58.00
    MGZ Review Bilzin response to fee auditor
        report                              0.20     58.00


08/14/02
    MGZ Review Reed Smith response to fee auditor
        report                              0.10     29.00


08/15/02
    MGZ Review multiple Blackstone Group fee
        applications                        0.30     87.00
    MGZ Review Bilzin Sumberg fee application   0.20     58.00
    MGZ Review fee auditor report on Kirkland &
        Ellis                               0.10     29.00


08/19/02
    MGZ Review Stroock fee application       0.20     58.00
    MGZ Review HR & A fee application        0.10     29.00


08/20/02
    MGZ Review Kirkland & Ellis response to fee
        auditor                             0.10     29.00


08/28/02
    MGZ Review correspondence from PEM re:
        results of hearing on fee applications   0.10     29.00
    MGZ Telephone conference with PEM re: same   0.10     29.00

{D0004958:1 }

```
                                                         Page: 2
        W.R. Grace                                     08/31/02
                                          ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      14
        Fee/Employment Objections
```

```
                                                  HOURS
        MGZ Review Klett Rooney fee application    0.10     29.00

08/29/02
        MGZ Review Wallace King fee application    0.10     29.00
        MGZ Review Nelson Mullins fee application  0.10     29.00
                                                   ----    ------
            FOR CURRENT SERVICES RENDERED          2.10    609.00

                        RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
        Matthew G. Zaleski             2.10    $290.00    $609.00


            TOTAL CURRENT WORK                             609.00


08/12/02 Payment - Thank you. (April, 2002 - 80%)         -301.60
08/12/02 Payment - Thank you. (May, 2002 - 80%)         -1,266.00
                                                        ---------
            TOTAL PAYMENTS                              -1,567.60

            BALANCE DUE                              $14,369.90
                                                    ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                             08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-09D
                                      STATEMENT NO:       5

Financing

PREVIOUS BALANCE                                      $132.50

08/12/02 Payment - Thank you. (April, 2002 - 80%)     -106.00

BALANCE DUE                                            $26.50
                                                      ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      15


Litigation



        PREVIOUS BALANCE                          $11,069.50


                                           HOURS
08/01/02
      MTH Review US's supplemental designation of
          witnesses and individuals with
          discoverable information                0.10     26.50

08/02/02
      MTH Review response to Sealed Air to Cryovac
          to the objections of the US to Jduge
          Dreier's 7/19/02 ruling and 7/23/02 order  0.30     79.50
      MTH Review objections of Sealed Air and
          Cryovac to US interrogatories and RFP     0.30     79.50

08/12/02
      MTH Review 8/2/02 correspondence from D.
          Frost re: depositions of E. Weagle, K.
          McCrann, and J. Graves                    0.10     26.50
      MTH Review correspondence from D. Frost re:
          deposition of K. McCrann; attendance at
          and scope of deposition                   0.10     26.50

08/13/02
      MTH Review notice of correction of filing re:
          Sealed Air                                0.10     26.50
      MTH Review the US' objections to special
          master's 7/24/02 order                    0.50    132.50
      MTH Begin review Judge Wolin's 7/29/02 order
          re: choice of law and legal standards     0.50    132.50

08/14/02
      MTH Review expert report of Charles Bates re:
          Sealed Air adversary                      2.50    662.50
      MTH Review 8/13/02 correspondence from D.

```
                                                        Page: 2
        W.R. Grace                                     08/31/02
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       15
        Litigation
```

|  | | HOURS | |
|---|---|---|---|
| | Zett re: depositions of R. Marriam, R. Medler and W. Corcoran | 0.10 | 26.50 |
| MTH | Review 8/9/02 correspondence from H. Wasserstein re: agenda for 8/16/02 conference | 0.10 | 26.50 |
| MTH | Review 8/12/02 correspondence from D. Rosenbloom re: potential conflict issues | 0.10 | 26.50 |

**08/21/02**

| | | | |
|---|---|---|---|
| AFM | Review reply brief and prepare for filing | 0.70 | 140.00 |

**08/22/02**

| | | | |
|---|---|---|---|
| MGZ | Review correspondence from N. Finch re: work product issues | 0.10 | 29.00 |
| MGZ | Meeting with MRE and MTH re: same | 0.20 | 58.00 |
| MGZ | Telephone conference with N. Finch, MRE and MTH re: same | 0.10 | 29.00 |

**08/26/02**

| | | | |
|---|---|---|---|
| MGZ | Review debtors' agenda and pending pleadings re: preparation for omnibus hearing | 1.00 | 290.00 |
| MGZ | Attend omnibus hearing | 3.10 | 899.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 10.00 | 2,717.00 |

```
                        RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
     Matthew G. Zaleski            4.50    $290.00    $1,305.00
     Aileen F. Maguire             0.70     200.00       140.00
     Mark T. Hurford               4.80     265.00     1,272.00


        TOTAL CURRENT WORK                              2,717.00


     08/12/02 Payment - Thank you. (April, 2002 - 80%)    -1,322.80
     08/12/02 Payment - Thank you. (May, 2002 - 80%)      -1,293.20
                                                        ---------
        TOTAL PAYMENTS                                   -2,616.00

        BALANCE DUE                                     $11,170.50
                                                        ==========
```

{D0004958:1 }

```
                                                      Page: 3
W.R. Grace                                          08/31/02
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      15

Litigation
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                    ACCOUNT NO: 3000-11D
                                  STATEMENT NO:     13

Plan and Disclosure Statement

PREVIOUS BALANCE                                     $226.50

                                          HOURS
08/07/02
    AFM Review debtors' motion to further extend
        exclusive period to file a chapter 11
        plan and to solicit votes thereon        0.30    60.00
                                                 ----    -----
    FOR CURRENT SERVICES RENDERED                0.30    60.00

                      RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
   Aileen F. Maguire              0.30   $200.00     $60.00

   TOTAL CURRENT WORK                                 60.00

   BALANCE DUE                                       $286.50
                                                    =======

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              08/31/02
Wilmington  DE                         ACCOUNT NO: 3000-12D
                                       STATEMENT NO:      13

Relief From Stay Proceedings

PREVIOUS BALANCE                                       $745.30

                                              HOURS
08/12/02
     MTH Review debtors' objection to T. Kane's
         motion to lift stay                   0.30    79.50
                                               ----    -----
         FOR CURRENT SERVICES RENDERED         0.30    79.50

                       RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
   Mark T. Hurford                0.30   $265.00      $79.50

     TOTAL CURRENT WORK                                79.50

08/12/02 Payment - Thank you. (April, 2002 - 80%)     -69.60
08/12/02 Payment - Thank you. (May, 2002 - 80%)       -63.60
                                                      -------
     TOTAL PAYMENTS                                  -133.20

     BALANCE DUE                                     $691.60
                                                     =======

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/02
Wilmington  DE                       ACCOUNT NO: 3000-14D
                                     STATEMENT NO:      13


Valuation



    PREVIOUS BALANCE                                $31.50


    BALANCE DUE                                     $31.50
                                                    ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    08/31/02
Wilmington  DE                           ACCOUNT NO: 3000-15D
                                         STATEMENT NO:     15


Committee Administration



PREVIOUS BALANCE                                    $23,832.30



                                              HOURS
08/01/02
     MTH Telephone conference with PEM re: weekly
         recommendation memo, committee meeting
         minutes                               0.10      26.50
     MTH Correspondence to Lockwood re:  weekly
         recommendation memo                   0.20      53.00
     MTH Review correspondence from PEM re:
         committee meeting minutes             0.10      26.50
     PEM Review UST letter denying appointment of
         additional committee                  0.10      26.50

08/02/02
     MTH Review notice of Hearing Held and agenda
         to assist in preparation of  weekly
         recommendation memo                   0.50     132.50
     MTH Prepare weekly recommendation memo    2.30     609.50
     MTH Meeting with MGZ re: weekly
         recommendation memo                   0.20      53.00
     MTH Correspondence to Lockwood re: weekly
         recommendation memo                   0.20      53.00

08/06/02
     MK  Attention to document organization    0.20      18.00
     PEM Review memo and recommendations to
         committee on pending matters          0.40     106.00

08/07/02
     AFM Update weekly recommendation memo     0.40      80.00
     AFM Review memo re: pleadings filed on 8/3 -
         8/6                                    0.10      20.00

```
                                                       Page: 2
     W.R. Grace                                      08/31/02
                                       ACCOUNT NO:  3000-15D
                                       STATEMENT NO:       15
     Committee Administration
```

|  |  | HOURS |  |
|---|---|---|---|
| 08/08/02 |  |  |  |
| AFM | Update weekly recommendation memo | 0.30 | 60.00 |
| 08/12/02 |  |  |  |
| PEM | Review recommendation memo from counsel to committee re: pending matters | 0.40 | 106.00 |
| MTH | Prepare weekly recommendation memo | 1.10 | 291.50 |
| MTH | Review correspondence from PEM re: recommendation memo | 0.10 | 26.50 |
| MTH | Review report re: pleadings filed in Sealed Air/Fresenious | 0.20 | 53.00 |
| MGZ | Review and finalize weekly recommendation memo | 0.30 | 87.00 |
| 08/15/02 |  |  |  |
| MK | Attention to document organization | 0.10 | 9.00 |
| MTH | Prepare weekly recommendation memo | 1.50 | 397.50 |
| MGZ | Review and edit weekly recommendation memo | 0.40 | 116.00 |
| 08/19/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 0.10 | 26.50 |
| MGZ | Review and edit weekly recommendation memo | 0.40 | 116.00 |
| 08/22/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MGZ | Review and edit weekly recommendation memo, including brief review of various pleadings | 0.60 | 174.00 |
| 08/23/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 0.50 | 132.50 |
| 08/26/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| 08/27/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 0.20 | 53.00 |
| 08/28/02 |  |  |  |
| MTH | Prepare weekly recommendation memo | 1.80 | 477.00 |
| 08/29/02 |  |  |  |
| PEM | Review memo and recommendation to committee from counsel re: pending motions | 0.30 | 79.50 |

```
                                                    Page: 3
        W.R. Grace                                 08/31/02
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      15

        Committee Administration




                                            HOURS
          MTH Prepare weekly recommendation memo    0.20    53.00
                                            -----  --------
             FOR CURRENT SERVICES RENDERED         14.00  3,648.00

                          RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
        Philip E. Milch               1.20    $265.00    $318.00
        Matthew G. Zaleski            1.70     290.00     493.00
        Michele Kennedy               0.30      90.00      27.00
        Aileen F. Maguire             0.80     200.00     160.00
        Mark T. Hurford              10.00     265.00   2,650.00


             TOTAL CURRENT WORK                           3,648.00


        08/12/02 Payment - Thank you. (April, 2002 - 80%)    -2,317.60
        08/12/02 Payment - Thank you. (May, 2002 - 80%)      -2,880.80
                                                             ---------
             TOTAL PAYMENTS                                  -5,198.40

             BALANCE DUE                                   $22,281.90
                                                           ==========
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                             08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-71D
                                      STATEMENT NO:       4

Applicant's Fee Application


        PREVIOUS BALANCE                              $1,425.50


                                            HOURS
08/02/02
     AFM Review fee application of C&L
         (Interim/Feb-June)                  1.00     200.00

08/05/02
     MLP Preparation of C&L's 5th interim fee
         application (.9); preparation of COS re:
         same (.1)                           1.00      90.00
     AFM Review fee application for C&L
         (Interim/Apr-June)                  0.10      20.00

08/06/02
     MLP Electronic filing of C&L's 5th interim
         fee application (.3); hard copy service
         of same (.2); update status charts (.1)   0.60      54.00

08/13/02
     MGZ Review correspondence from DGS re: copy
         charges                             0.10      29.00

08/19/02
     MGZ Review and edit prebill for July 2002   0.90     261.00

08/21/02
     MLP Review docket re: objections to C&L's
         June, 2002 fee application (.1);
         preparation of CNO re: same (.2);
         preparation of COS re: same (.1);
         electronic filing of same (.2); hard copy
         service of same (.1); update status chart
         (.1)                                0.80      72.00
     AFM Review and sign CNO of C&L (Monthly-June)   0.10      20.00

{D0004958:1 }

```
                                                     Page: 2
W.R. Grace                                         08/31/02
                                     ACCOUNT NO: 3000-71D
                                     STATEMENT NO:        4
Applicant's Fee Application
```

```
                                              HOURS
08/27/02
      AFM Review and sign CNO of C&L (Monthly -
          June)                                0.10    20.00
      MLP Review docket re: objections to C&L's 5th
          interim fee application (.1); preparation
          of CNO re: same (.1); preparation of COS
          re: same (.1); electronic filing of same
          (.1)                                 0.40    36.00
      AFM Review and sign CNO of C&L (Monthly -
          June)                                0.10    20.00

08/29/02
      MGZ Begin review fee application materials
          re: compliance with new matter categories  1.00   290.00
                                               ----  --------
          FOR CURRENT SERVICES RENDERED        6.20  1,112.00
```

```
                        RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Matthew G. Zaleski             2.00    $290.00    $580.00
Aileen F. Maguire              1.40     200.00     280.00
Marnie L. Powell               2.80      90.00     252.00


      TOTAL CURRENT WORK                         1,112.00


08/12/02 Payment - Thank you. (May, 2002 - 80%)      -480.40


      BALANCE DUE                               $2,057.10
                                                =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                08/31/02
Wilmington  DE                          ACCOUNT NO: 3000-72D
                                        STATEMENT NO:      4


Fee Application of Others



PREVIOUS BALANCE                                    $4,871.00



                                          HOURS
08/01/02
    MLP Review docket re: CNO of Tersigni's 1st
        interim fee application (.1); preparation
        of CNO re: same (.1)                        0.20     18.00

08/02/02
    AFM Review CNO of Tersigni (Interim/Apr-July)   0.10     20.00
    MLP Preparation of COS to Tersigni's CNO of
        first interim fee application (.1);
        electronic filing of same (.1); hard copy
        service of same (.1); update status
        charts (.1)                                 0.40     36.00

08/07/02
    AFM Telephone conference with E. Strug re:
        fee applications                            0.10     20.00
    AFM Review and sign CNO of Tersigni (Monthly
        - May)                                      0.10     20.00
    AFM Review and sign fee CNO for C&D
        (Interim/Apr-June)                          0.10     20.00
    MLP Review docket re: objections to
        Tersigni's May fee application (.1);
        preparation of CNO re: same (.1);
        preparation of COS re: same (.1);
        electronic filing of same (.2); update
        status chart (.1)                           0.60     54.00
    MLP Review docket re: objections to Caplin's
        interim fee application (.1); preparation
        of CNO re: same (.1); preparation of COS
        re: same (.1); electronic filing of same
        (.2); hard copy service of same (.1);
        update status chart (.1)                     0.70     63.00

{D0004958:1 }

```
                                                   Page: 2
W.R. Grace                                         08/31/02
                                        ACCOUNT NO: 3000-72D
                                        STATEMENT NO:       4

Fee Application of Others
```

|  | HOURS |  |
|---|---|---|
| **08/08/02** | | |
| MLP Review e-mail from D. Relles re: LAS's monthly fee application (.1); preparation of 4th monthly fee application (.3); e-mail to D. Relles for review and signature (.1) | 0.50 | 45.00 |
| MLP Preparation of Tersigni's 5th interim fee application (1.0); e-mail to D. Collins for review and signature (.1) | 1.10 | 99.00 |
| **08/09/02** | | |
| AFM Review and sign fee application of Tersigni (Interim/Apr-June) | 0.10 | 20.00 |
| MLP Preparation of Tersigni's 5th fee application for electronic filing (.1); preparation of COS re: same (.1); preparation of notice of same (.1); electronic filing of same (.2); hard copy service of same (.1) | 0.60 | 54.00 |
| **08/12/02** | | |
| MLP Review LAS' 1st monthly fee applications for filing interim (.2); preparation of 1st interim fee application (2.5); e-mail to D. Relles for review and signature (.1) | 2.80 | 252.00 |
| MLP Preparation of 2nd fee application (.7); e-mail to D. Relles for review and signature (.1) | 0.80 | 72.00 |
| **08/13/02** | | |
| AFM Review and sign fee application of LAS (Monthly/May-June) | 0.30 | 60.00 |
| AFM Review and sign fee application of LAS (Interim/April 2001-March 2002) | 0.20 | 40.00 |
| AFM Review and sign fee application of LAS (Interim/April - June) | 0.20 | 40.00 |
| MLP Revise LAS' May-June monthly fee application (.2); e-mail to D. Relles for review and signature (.1); preparation of COS re: same (.1); preparation of billing statement for same (.1); electronic filing of fee application (.1); electronic service of same (.1); hard copy service of same (.2); update status chart | 0.90 | 81.00 |
| MLP Preparation of COS for LAS' 1st interim | | |

<pre>
                                                      Page: 3
        W.R. Grace                                   08/31/02
                                    ACCOUNT NO: 3000-72D
                                    STATEMENT NO:        4

        Fee Application of Others
</pre>

<pre>
                                             HOURS
            fee application (.1); electronic filing
            of same (.1); hard copy service of same
            (.2); update status chart (.1)            0.50     45.00
        MLP Preparation of COS for LAS' 2nd interim
            fee application (.1); electronic filing
            of same (.1); hard copy service of same
            (.2); update status chart (.1)            0.50     45.00

08/21/02
        MLP Review docket re: objections to
            Tersigni's June, 2002 fee application
            (.1); preparation of CNO re: same (.2);
            preparation of COS re: same (.1);
            electronic filing of same (.2); hard copy
            service of same (.1); update status chart
            (.1)                                       0.80     72.00
        MLP Review docket re: objections to Caplin's
            June, 2002 fee application (.1);
            preparation of CNO re: same (.2);
            preparation of COS re: same (.1);
            electronic filing of same (.2); hard copy
            service of same (.1); update status chart
            (.1)                                       0.80     72.00
        AFM Review and sign CNO of C&D (Monthly-June)  0.10     20.00
        AFM Review and sign CNO of Tersigni
            (Monthly-June)                             0.10     20.00

08/29/02
        MGZ Telephone conference with R. Tobin and E.
            Strug re: fee application issues           0.30     87.00
        MGZ Meeting with SLP re: same                  0.20     58.00
        MGZ Review memo from R. Tobin re: Warren fee
            application issues                         0.10     29.00
        MGZ Review fee auditor report on Warren fee
            application                                0.10     29.00
                                                      -----  --------
            FOR CURRENT SERVICES RENDERED             13.30  1,491.00

                         RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
        Matthew G. Zaleski            0.70    $290.00     $203.00
        Aileen F. Maguire             1.40     200.00      280.00
        Marnie L. Powell             11.20      90.00    1,008.00


        TOTAL CURRENT WORK                               1,491.00
</pre>

{D0004958:1 }

```
                                              Page: 4
     W.R. Grace                               08/31/02
                                 ACCOUNT NO: 3000-72D
                                 STATEMENT NO:        4
     Fee Application of Others




08/12/02 Payment - Thank you. (May, 2002 - 80%)           -1,305.60


         BALANCE DUE                                   $5,056.40
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                               08/31/02
Wilmington  DE                        ACCOUNT NO: 3000-73D
                                      STATEMENT NO:      4

Applicant's Retention Application




PREVIOUS BALANCE                                         $795.00



08/12/02 Payment - Thank you. (May, 2002 - 80%)          -636.00


BALANCE DUE                                              $159.00
                                                         =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0004958:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                        08/31/02
Wilmington  DE                              ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 6,725.70 | 0.00 | 2,550.58 | 0.00 | -3,783.73 | $5,492.55 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 9,458.20 | 2,911.00 | 0.00 | 0.00 | -3,601.60 | $8,767.60 |
| 3000-02 Asset Disposition | | | | | |
| 1,337.90 | 0.00 | 0.00 | 0.00 | -190.80 | $1,147.10 |
| 3000-03 Business Operations | | | | | |
| 588.50 | 0.00 | 0.00 | 0.00 | -381.60 | $206.90 |
| 3000-04 Case Administration | | | | | |
| 13,272.00 | 1,558.00 | 0.00 | 0.00 | -2,760.80 | $12,069.20 |
| 3000-05 Claims Administration and Objections | | | | | |
| 14,168.10 | 2,218.50 | 0.00 | 0.00 | -3,270.80 | $13,115.80 |
| 3000-06 Employee Benefits/Pensions | | | | | |
| 4,367.50 | 1,754.00 | 0.00 | 0.00 | -808.00 | $5,313.50 |
| 3000-07 Fee/Employment Applications | | | | | |
| 7,167.40 | 0.00 | 0.00 | 0.00 | -2,034.00 | $5,133.40 |
| 3000-08 Fee/Employment Objections | | | | | |
| 15,328.50 | 609.00 | 0.00 | 0.00 | -1,567.60 | $14,369.90 |
| 3000-09 Financing | | | | | |
| 132.50 | 0.00 | 0.00 | 0.00 | -106.00 | $26.50 |
| 3000-10 Litigation | | | | | |
| 11,069.50 | 2,717.00 | 0.00 | 0.00 | -2,616.00 | $11,170.50 |
| 3000-11 Plan and Disclosure Statement | | | | | |
| 226.50 | 60.00 | 0.00 | 0.00 | 0.00 | $286.50 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Relief From Stay Proceedings | | | | | |
| 745.30 | 79.50 | 0.00 | 0.00 | -133.20 | $691.60 |
| 3000-14 Valuation | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Committee Administration | | | | | |
| 23,832.30 | 3,648.00 | 0.00 | 0.00 | -5,198.40 | $22,281.90 |
| 3000-71 Applicant's Fee Application | | | | | |
| 1,425.50 | 1,112.00 | 0.00 | 0.00 | -480.40 | $2,057.10 |
| 3000-72 Fee Application of Others | | | | | |
| 4,871.00 | 1,491.00 | 0.00 | 0.00 | -1,305.60 | $5,056.40 |
| 3000-73 Applicant's Retention Application | | | | | |
| 795.00 | 0.00 | 0.00 | 0.00 | -636.00 | $159.00 |
| ---------- | --------- | -------- | ---- | ---------- | ----------- |
| 115,542.90 | 18,158.00 | 2,550.58 | 0.00 | -28,874.53 | $107,376.95 |
| | | | | | =========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.