Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-00D
STATEMENT NO:      16

Costs and Expenses


PREVIOUS BALANCE                                       $5,492.55


BALANCE DUE                                            $5,492.55
                                                      =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      16

Asset Analysis and Recovery



    PREVIOUS BALANCE                            $8,767.60


    BALANCE DUE                                 $8,767.60
                                                =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                       ACCOUNT NO: 3000-02D
                                     STATEMENT NO:      16

Asset Disposition

PREVIOUS BALANCE                                 $1,147.10


                                          HOURS
09/19/02
     DBS Review motion to extend time to assume
         leases                             0.10     35.00
                                            ----    -----
         FOR CURRENT SERVICES RENDERED      0.10     35.00

                    RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE    TOTAL
     David B. Salzman           0.10   $350.00    $35.00


     TOTAL CURRENT WORK                            35.00


     BALANCE DUE                                 $1,182.10
                                                 =========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:       11

Business Operations



    PREVIOUS BALANCE                                   $206.90


    BALANCE DUE                                        $206.90
                                                       =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      16

Case Administration


PREVIOUS BALANCE                                     $12,069.20


BALANCE DUE                                          $12,069.20
                                                     ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      16

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                             $13,115.80

                                           HOURS
09/27/02
    MTH Review order clarifying bar date order      0.10    26.50
                                                    ----    -----
        FOR CURRENT SERVICES RENDERED               0.10    26.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               0.10   $265.00     $26.50

    TOTAL CURRENT WORK                                26.50

    BALANCE DUE                              $13,142.30
                                             ==========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0005576:1}

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:      16

Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                         $5,313.50


                                             HOURS
09/26/02
    MRE Review of multiple transfers of claims      0.10      27.50
                                                    ----      -----
        FOR CURRENT SERVICES RENDERED               0.10      27.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Marla R. Eskin                 0.10    $275.00     $27.50


    TOTAL CURRENT WORK                                      27.50


    BALANCE DUE                                         $5,341.00
                                                        =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                           Page: 1
W.R. Grace                                                09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      16

Committee, Creditors, Noteholders, Equity Holders

        PREVIOUS BALANCE                            $5,133.40

                                        HOURS
09/03/02
     MTH Review report re: pleadings filed August
         28 through 30, 2002                    0.10     26.50

09/04/02
     MK  Update attorney case calendar (.1);
         attention to file organization (.1)    0.20     18.00
     MLP Update weekly recommendation memorandum 0.20    18.00
     MTH Review report re: pleadings filed
         September 3, 2002                       0.10     26.50

09/05/02
     MTH Prepare weekly recommendation memo      0.20     53.00
     MLP Preparation of notice of change of
         address (.1); preparation of COS re: same
         (.1); electronic filing of same (.1);
         hard copy service of same (.1)          0.40     36.00
     MTH Review report re: pleadings filed
         September 4, 2002                       0.10     26.50

09/06/02
     MTH Prepare weekly recommendation memo      0.60    159.00
     MTH Meeting with MGZ re:  weekly
         recommendation memo                     0.10     26.50
     PEM Review memo and recommendations from
         counsel to committee                    0.40    106.00
     MTH Review report re: pleadings filed
         September 5, 2002                        0.10     26.50
     MLP Update weekly recommendation memorandum 0.30     27.00

09/09/02
     MK  Review committee calendar; update

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | attorney case calendar | 0.20 | 18.00 |
| MK | Attention to document organization | 0.10 | 9.00 |
| **09/10/02** | | | |
| MRE | Review of memo from Elihu Inselbuch to the committee re: fraudulent conveyance action | 0.10 | 27.50 |
| **09/11/02** | | | |
| MLP | Update weekly recommendation calendar | 0.20 | 18.00 |
| MTH | Review report re: pleadings filed 9/6 - 9/9 | 0.10 | 26.50 |
| **09/12/02** | | | |
| DBS | Review pending matters for upcoming hearings | 0.70 | 245.00 |
| MTH | Review report re: pleadings filed 9/11/02 | 0.10 | 26.50 |
| **09/13/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| MTH | Correspondence to Inselbuch and Lockwood re: weekly recommendation memo | 0.10 | 26.50 |
| PEM | Review memo to committee re: recommendations on pending matters | 0.30 | 79.50 |
| MTH | Review report re: pleadings filed on 9/12 | 0.10 | 26.50 |
| **09/16/02** | | | |
| KJC | Docket search for daily memo | 0.10 | 9.50 |
| **09/17/02** | | | |
| MK | Attention to document organization | 0.20 | 18.00 |
| MK | Review committee calendar and update attorney's case calendar | 0.10 | 9.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 132.50 |
| KJC | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **09/18/02** | | | |
| MTH | Review report re: pleadings filed on 9/17 | 0.10 | 26.50 |
| KJC | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **09/19/02** |  |  |  |
| KJC | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| **09/20/02** |  |  |  |
| MK | Attention to document organization | 0.10 | 9.00 |
| MTH | Prepare weekly recommendation memorandum | 1.50 | 397.50 |
| MTH | Correspondence to E. Inselbuch and P. Lockwood re: weekly recommendation memorandum | 0.10 | 26.50 |
| MTH | Correspondence to E. Inselbuch and P. Lockwood re: weekly recommendation memorandum | 0.10 | 26.50 |
| KJC | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review correspondence from D. Winnika re: proposed revised compensation order | 0.10 | 26.50 |
| **09/23/02** |  |  |  |
| MK | Update attorney's calendar (.1); attention to document organization (.1) | 0.20 | 18.00 |
| PEM | Review memo from counsel to committee re: pending matters | 0.40 | 106.00 |
| KJC | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **09/24/02** |  |  |  |
| KJC | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 23, 2002 | 0.10 | 26.50 |
| **09/25/02** |  |  |  |
| MTH | Attend to issues re: Pro Hac admission | 0.20 | 53.00 |
| MTH | Review signed Pro Hac Order; correspondence to Elyssa Strug re: same | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 24, 2002 | 0.10 | 26.50 |

```
                                                   Page: 4
W.R. Grace                                       09/30/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      16
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **09/26/02** | | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 25, 2002 | 0.10 | 26.50 |
| **09/27/02** | | | |
| MTH | Prepare weekly recommendation memo | 1.60 | 424.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed September 26, 2002 | 0.10 | 26.50 |
| **09/29/02** | | | |
| MTH | Prepare weekly recommendation memo | 0.70 | 185.50 |
| **09/30/02** | | | |
| PEM | Review memo and recommendations from counsel to committee re: pending matters | 0.40 | 106.00 |
| MK | Review committee calendar and update attorneys calendar | 0.30 | 27.00 |
| DAC | Review memo re: weekly recommendation memo | 0.10 | 35.00 |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| MTH | Correspondence committee members re: weekly recommendation | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Review report re: pleadings filed 9/27/02 | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| | FOR CURRENT SERVICES RENDERED | 17.00 | 3,524.50 |

```
                         RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Douglas A. Campbell            0.10    $350.00      $35.00
David B. Salzman               0.70     350.00      245.00
Philip E. Milch                1.50     265.00      397.50
Michele Kennedy                1.40      90.00      126.00
Mark T. Hurford                8.50     265.00    2,252.50
```

```
                                                    Page: 5
        W.R. Grace                                09/30/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      16
        Committee, Creditors, Noteholders, Equity Holders
```

```
Marla R. Eskin                    0.10      275.00       27.50
Marnie L. Powell                  1.10       90.00       99.00
Kathleen J. Campbell              2.10       95.00      199.50
Dylan A. Davis                    1.50       95.00      142.50


     TOTAL CURRENT WORK                               3,524.50


     BALANCE DUE                                     $8,657.90
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-08D
                                            STATEMENT NO:      15

Employee Benefits/Pension

PREVIOUS BALANCE                                         $14,369.90

                                                  HOURS
09/27/02
    PEM Telephone conference with MTH re: amend
        EE contract (.2); review correspondence
        to Tersigni re: same (.3)                  0.50    132.50
    MTH Review debtors' motion for an order
        authorizing the amendment of employment
        contract with Paul Norris                  0.50    132.50
    MTH Telephone conference with PEM re: Norris
        contract motion                            0.20     53.00

09/30/02
    MTH Correspondence to L. Tersigni re: Norris
        contract motion                            0.10     26.50
    MTH Telephone conference with PEM re: Norris
        contract motion                            0.10     26.50
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              1.40    371.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Philip E. Milch               0.50    $265.00    $132.50
    Mark T. Hurford               0.90     265.00     238.50

        TOTAL CURRENT WORK                               371.00

        BALANCE DUE                                  $14,740.90
                                                     ==========

{D0005576:1 }

```
                                                        Page: 2
W.R. Grace                                             09/30/02
                                         ACCOUNT NO: 3000-08D
                                         STATEMENT NO:       15

Employee Benefits/Pension
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:        6

Employee Applications, Applicant


    PREVIOUS BALANCE                                $26.50


    BALANCE DUE                                     $26.50
                                                    ======

                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    09/30/02
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:      16

Employment Applications, Others

PREVIOUS BALANCE                                         $11,170.50

BALANCE DUE                                             $11,170.50
                                                        ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                            09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:     14


Expenses



PREVIOUS BALANCE                                       $286.50



09/04/02 Ikon Office Solutions - Envelopes, Postage
         (Docket No. 2634 and 2631)                      58.25
09/05/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket No. 2644)      54.80
09/05/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket Nos. 2647, 2649
         and 2648)                                       73.48
09/05/02 FAX to 4 parties of record - 3 pages             6.00
09/11/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage Hand Deliveries (Docket No. 2673)       16.05
09/12/02 FAX to Elyssa Strug - 3 pages                    1.50
09/16/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket No. 3024)     193.65
09/16/02 AT&T Long Distance Phone Calls.                  7.01
09/18/02 FAX to 4 parties of record - 3 pages             6.00
09/23/02 FAX to Paul Hoffman - 39 pages                  19.50
09/24/02 Postage                                          5.25
09/25/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (Docket Nos. 2740, 2741)  64.14
09/27/02 MGZ - U.S. Air Ticket from Philadelphia, PA to
         O'Hare Field, IL and return on 6/2/02 (1/4)     79.75
09/30/02 Postage - 3 @ $3.95                             11.85
09/30/02 Photocopying - 21 pages                          2.10
09/30/02 Photocopying - 3 pages 19 copies (fee
         application)                                     5.70
09/30/02 Photocopying - 3 pages 95 copies (fee
         application)                                    28.50
                                                        ------
         TOTAL EXPENSES                                 633.53

         TOTAL CURRENT WORK                             633.53

{D0005576:1 }

```
                                                    Page: 2
W.R. Grace                                         09/30/02
                                      ACCOUNT NO:  3000-11D
                                      STATEMENT NO:       14
Expenses
```

```
    BALANCE DUE                                    $920.03
                                                   =======
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      14


Fee Applications, Applicant



        PREVIOUS BALANCE                            $691.60



                                            HOURS
09/03/02
      MLP Review e-mail from DGS re: July billing
          statement (.1); preparation of billing
          statement for electronic filing (.1);
          preparation of July fee application
          (1.0); preparation of COS re: same (.1);
          electronic filing and service of same
          (.3); update status chart (.1)          1.70    153.00
      AFM Review and sign fee application of C&L
          (Monthly-July)                          0.90    180.00

09/09/02
      MLP Retrieve previously filed interim fee
          applications for re-categorization of
          time per W. Smith                       0.20     18.00
      AFM Prepare recalculation of fees according
          to recatorization of codes (C&L 4th
          interim fee application)                1.00    200.00
      AFM Prepare recalculation of fees according
          to recatorization of codes (C&L 1st
          interim fee application)                0.90    180.00
      AFM Prepare recalculation of fees according
          to recatorization of codes (C&L 2nd
          interim fee application)                0.20     40.00

09/10/02
      MRE Telephone conference with Laverne from
          Warren Smith's office re: electronic data  0.10   27.50
      AFM Prepare recalculation of fees according
          to recatorization of codes (C&L 2nd
          Interim fee application )(con't); meeting
          with MLP re: fee detail (.1)            0.10     20.00

```
                                                     Page: 2
W.R. Grace                                          09/30/02
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:       14

Fee Applications, Applicant




                                          HOURS
      AFM Prepare recalculation of fees according
          to recatorization of codes (C&L 3rd
          Interim fee application )             1.00     200.00

09/11/02
      AFM Meeting with MLP re: Warren Smith request
          for 5th interim fee detail            0.10      20.00
      AFM Telephone conference with M. Lopez
          (bankruptcy court) re: C&L 13th monthly
          fee application                       0.10      20.00
      MRE Review of fee auditor's initial report
          regarding first interim application of
          C&L                                   0.10      27.50

09/12/02
      AFM Telephone conference with L. Ferdinand
          (W. Smith) re: submission of
          recalculation of fees                 0.20      40.00
      AFM Prepare recalculation of fees according
          to recategorization of codes (C&L 2nd
          interim fee application ) (con't);
          meeting with MRE and MTH re: same     1.30     260.00
      MTH Attend to issues related to fee
          applications in the work related to the
          Sealed Air/Fresenius fraudulent transfer
          matters                               0.50     132.50
      MTH Meeting with AFM re: recategorization  0.30      79.50

09/13/02
      AFM Telephone conference with L. Ferdinand
          (W. Smith) re: recategorization of
          interim fees                          0.10      20.00
      AFM Edit spreadsheet re: recategorization of
          interim fees                          1.00     200.00
      AFM E-mail to PEM, MRE and MTH re: same    0.10      20.00
      AFM E-mail to L. Ferdinand (W. Smith) re:
          same (.1); e-mail to PEM, MRE and MTH re:
          same (.1)                             0.20      40.00

09/17/02
      MRE Telephone conference with Ms. Williams
          re: fee auditor's initial report
          regarding application of C&L for the
          first, second and third interim periods  0.10      27.50
      MRE Draft of e-mail to Warren Smith re: fee
```

```
                                                          Page: 3
W.R. Grace                                              09/30/02
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:      14

Fee Applications, Applicant
```

|  | | HOURS | |
|---|---|---|---|
| | auditor's initial report regarding application of C&L for the first, second and third interim periods | 0.20 | 55.00 |
| **09/20/02** | | | |
| AFM | Review omnibus order approving quarterly fee applications for the 4th interim fee period | 0.20 | 40.00 |
| AFM | E-mail from L. Ferdinand re: spreadsheet for 4th interim fee period; meeting with MRE re: same | 0.30 | 60.00 |
| MTH | Review and edit prebill | 0.80 | 212.00 |
| **09/24/02** | | | |
| AFM | Review and sign CNO for C&L (monthly-July) | 0.10 | 20.00 |
| MLP | Review docket re: objections to C&L's July, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |
| **09/30/02** | | | |
| MRE | Review of fee auditors report re: C&L's 5th interim fee application and draft of e-mail to Warren Smith responding | 0.20 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | 12.80 | 2,419.50 |

```
                          RECAPITULATION
TIMEKEEPER                          HOURS HOURLY RATE       TOTAL
Aileen F. Maguire                    7.80    $200.00  $1,560.00
Mark T. Hurford                      1.60     265.00     424.00
Marla R. Eskin                       0.70     275.00     192.50
Marnie L. Powell                     2.70      90.00     243.00


        TOTAL CURRENT WORK                               2,419.50


        BALANCE DUE                                     $3,111.10
                                                        =========
```

                                                           Page: 4
W.R. Grace                                               09/30/02
                                           ACCOUNT NO: 3000-12D
                                           STATEMENT NO:      14

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

```
                          Campbell & Levine, LLC
                           1700 Grant Building
                           Pittsburgh, PA  15219
                             412-261-0310




                                                          Page: 1
W.R. Grace                                               09/30/02
Wilmington   DE                          ACCOUNT NO: 3000-13D
                                         STATEMENT NO:        1


       Fee Applications, Others




                                                   HOURS
09/03/02
       MLP Review e-mail from E. Strug re: July
           billing statement (.1); preparation of
           billing statement for electronic filing
           (.3); preparation of COS re: same (.1);
           electronic filing and service of same
           (.3); update status chart (.1)              0.90      81.00
       MLP Review docket for objections to
           Tersigni's 5th interim fee application
           (.1); preparation of CNO re: same (.1);
           preparation of COS re: same (.1)            0.30      27.00
       AFM Review and sign fee application of C&D
           (Monthly-July)                              0.10      20.00


09/04/02
       MLP Electronic filing of Tersigni's CNO re:
           June fee application (.2); hard copy
           service of same (.1); update status chart
           (.1)                                        0.40      36.00
       MLP Review docket re: objections to LAS"
           5/02-6/02 monthly fee application and
           4/01-3/02 and 4/02-6/02 interim fee
           applications (.1); preparation of CNO's
           for each (.3); preparation of COS' re:
           same (.2); electronic filing of same
           (.3); hard copy service of same (.1);
           update status chart (.1)                    1.10      99.00
       AFM Review and sign CNO of Tersigni
           (Interim/April-June)                        0.10      20.00
       AFM Review and sign CNO of LAS
           (Monthly/May-June)                          0.10      20.00
       AFM Review and sign CNO of LAS
           (Monthly/Apr-March)                         0.10      20.00
```

{D0005576:1 }

```
                                                   Page: 2
W.R. Grace                                       09/30/02
                                  ACCOUNT NO: 3000-13D
                                  STATEMENT NO:        1

Fee Applications, Others




                                              HOURS
09/09/02
     MLP Review e-mail from D. Collins re:
         Tersigni's July, 2002 fee application
         (.1); preparation of July fee application
         (.1); e-mail to D. Collins for review and
         signature (.1)                        0.30      27.00

09/10/02
     MLP Preparation of Tersigni's monthly fee
         application for electronic filing (.2);
         preparation of COS re: same (.1);
         electronic filing of same (.2); hard copy
         service of same (.2); update status chart
         (.1)                                  0.80      72.00
     AFM Review and sign fee application of
         Tersigni  (Monthly-July)             0.10      20.00

09/11/02
     MRE Review of fee auditor's initial report
         regarding interim application for
         reimbursement of expenses of the official
         committee of asbestos personal injury
         claimants for the first interim period 0.10     27.50

09/12/02
     AFM Telephone conference with E. Strug re:
         fee application for fraudulent transfer
         issues                                0.20      40.00
     AFM Fax to E. Strug re: e-mail from W. Smith
         re: billing issues                    0.10      20.00

09/16/02
     AFM Various e-mails to L. Fernandez (W.
         Smith) re: LAS recalculation of fees  0.20      40.00

09/17/02
     AFM Meeting with MLP re: LAS recalculation
         and fee detail                        0.10      20.00
     AFM E-mail to L. Ferdinand (W. Smith) re: LAS
         fee detail for April and April-June   0.10      20.00
     AFM Telephone conference with L. Ferdinand
         re: same                              0.10      20.00
     AFM Review correspondence from S. Kazan re:
         committee member expense reimbursement 0.10     20.00
     MLP Review e-mail from D. Relles re:
```

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | requirements of recategorization (.1);<br>prepare fee detail to send to W. Smith<br>(.2) | 0.30 | 27.00 |
| **09/18/02** | | | |
| MLP | Review Ferry Joseph June monthly and<br>April-June interim fee application | 0.10 | 9.00 |
| MLP | Review Kirkland & Ellis June monthly fee<br>application | 0.10 | 9.00 |
| MLP | Review Holme Roberts & Owen June monthly<br>fee application | 0.10 | 9.00 |
| **09/19/02** | | | |
| MLP | Review Casner & Edwards' July, 2002 fee<br>application | 0.10 | 9.00 |
| **09/20/02** | | | |
| MLP | Review Kramer Levin April-June, 2002<br>interim fee application | 0.10 | 9.00 |
| MLP | Review Hilsoft Notifications March-June,<br>2002 interim fee application | 0.10 | 9.00 |
| MRE | Review of e-mail from Rita Tobin to<br>Laverne at Warren Smith's office re:<br>order for fourth interim application | 0.10 | 27.50 |
| **09/23/02** | | | |
| AFM | Meeting with MLP re: LAS fee application<br>(July) | 0.10 | 20.00 |
| MLP | Review e-mail from D. Relles re: August<br>2002 billing statement (.1); preparation<br>of fee application for July (.5);<br>preparation of fee application for August<br>(.3) | 0.90 | 81.00 |
| MLP | Review e-mail from D. Relles re: fee<br>auditor report of interim payments (.1);<br>telephone conference with D. Relles re:<br>same (.2) | 0.30 | 27.00 |
| **09/24/02** | | | |
| AFM | Review and sign fee application of LAS<br>(monthly - July) | 0.20 | 40.00 |
| AFM | Review and sign CNO for C&D<br>(monthly-July) | 0.10 | 20.00 |
| MLP | Preparation of LAS' July monthly fee<br>applications for electronic filing (.1); | | |

```
                                                        Page: 4
W.R. Grace                                             09/30/02
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:        1

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2) | 0.70 | 63.00 |
| MLP | Review docket re: objections to Caplins' July, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same (.2); hard copy service of same (.1); update status chart (.1) | 0.80 | 72.00 |

09/25/02

|  |  | HOURS |  |
|---|---|---|---|
| MLP | Review Warren H. Smith August fee application | 0.10 | 9.00 |
| MLP | Review Young Conaway's July fee applications | 0.10 | 9.00 |

09/26/02

|  |  | HOURS |  |
|---|---|---|---|
| MLP | Review Carella Byrne's August fee application | 0.10 | 9.00 |
| MLP | Review Pitney, Hardin's April-June interim fee application | 0.10 | 9.00 |
| MLP | Review FTI Policano & Manzo's July fee application | 0.10 | 9.00 |
| MLP | Review Stroock & Stroock's  July fee application | 0.10 | 9.00 |
| MLP | Review Nelson Mullins' April-June interim fee application | 0.10 | 9.00 |

09/30/02

|  |  | HOURS |  |
|---|---|---|---|
| AFM | Review and sign fee application of LAS (monthly-Aug) | 0.10 | 20.00 |
| AFM | Review and sign fee application of C&D (monthly-Aug) | 0.10 | 20.00 |
| MLP | Review e-mail from E. Strug re: Lovell's August, 2002 fee application (.1); preparation of fee application for electronic filing (.1); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); update status chart (.1) | 0.90 | 81.00 |
| MLP | Revise LAS' August, 2002 fee application (.1); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); | | |

{D0005576:1 }

```
                                                  Page: 5
W.R. Grace                                        09/30/02
                                  ACCOUNT NO:     3000-13D
                                  STATEMENT NO:          1

Fee Applications, Others




                                          HOURS
     update status chart (.1)              0.80       72.00
KJC  Search for transcript of hearing during
     which separate fee applications for
     Professor Warren are authorized       1.00       95.00
                                          -----    --------
     FOR CURRENT SERVICES RENDERED        13.00    1,432.00

                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Aileen F. Maguire              2.00    $200.00    $400.00
Marla R. Eskin                 0.20     275.00      55.00
Marnie L. Powell               9.80      90.00     882.00
Kathleen J. Campbell           1.00      95.00      95.00


     TOTAL CURRENT WORK                            1,432.00


     BALANCE DUE                                  $1,432.00
                                                  =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  09/30/02
Wilmington  DE                            ACCOUNT NO: 3000-14D
                                          STATEMENT NO:      14


Financing



    PREVIOUS BALANCE                                       $31.50


    BALANCE DUE                                            $31.50
                                                          ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              09/30/02
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      16

Hearings

PREVIOUS BALANCE                                   $22,281.90

                                            HOURS
09/19/02
    MRE Review of agenda for 9/23/02            0.10    27.50

09/23/02
    MTH Attend hearing                          2.60   689.00
    MTH Prepare for hearing                     0.30    79.50
                                                ----  ------
        FOR CURRENT SERVICES RENDERED           3.00   796.00

                        RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             2.90    $265.00    $768.50
    Marla R. Eskin             0.10     275.00      27.50

    TOTAL CURRENT WORK                               796.00

    BALANCE DUE                                   $23,077.90
                                                  ==========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005576:1 }

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310
```

```
                                            Page: 1
W.R. Grace                                  09/30/02
Wilmington  DE                    ACCOUNT NO: 3000-16D
                                  STATEMENT NO:      1
```

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| 09/04/02 | | | |
| MTH | Review correspondence from K. Larson re: reports of environmental experts | 0.10 | 26.50 |
| 09/05/02 | | | |
| MTH | Review notice of deposition of A.A. Gutiereez | 0.20 | 53.00 |
| MTH | Review notice of deposition of W.D. Hilton | 0.20 | 53.00 |
| PEM | Review memo from counsel re: fraudulent conveyance litigation | 0.30 | 79.50 |
| 09/06/02 | | | |
| MTH | Review correspondence from J. Jackson re: motion re: production of environmental expert reports | 0.10 | 26.50 |
| 09/09/02 | | | |
| DAC | Review memo on status of fraudulent conveyance case | 0.30 | 105.00 |
| 09/10/02 | | | |
| MTH | Review correspondence from J. Jackson re: deposition of A. Gutierez | 0.10 | 26.50 |
| 09/12/02 | | | |
| MTH | Review notice re: cancellation of hearing re: Alphonse matter | 0.10 | 26.50 |
| MTH | Review correspondence from J. Jackson re: deposition of A. Alejandro | 0.10 | 26.50 |
| 09/17/02 | | | |
| MTH | Review correspondence from S. Napolitano to Judge Wolin re: response to asbestos | | |

Page: 2
09/30/02
ACCOUNT NO: 3000-16D
STATEMENT NO:        1

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
|  | committee's motion to continue trial date | 0.10 | 26.50 |
| MTH | Review correspondence from J. Ellington re: cancel deposition of P. Bucens | 0.10 | 26.50 |
| MTH | Review defendants motion to Limine No. 3 with extensive exhibits not previously reviewed | 1.20 | 318.00 |
| MTH | Review notice of deposition of A. Gutierrez | 0.20 | 53.00 |
| MTH | Review defendants motion in Limine to preclude fact witnesses from providing testimony regarding environmental liabilities | 0.30 | 79.50 |
| MTH | Review defendants' motion in Limine No. 1 | 0.20 | 53.00 |
| MTH | Review defendants' motion in Limine No. 2 | 0.20 | 53.00 |
| MTH | Review motion of defendants' to determine legal standard re: environmental claims | 0.20 | 53.00 |
| MTH | Review correspondence from S. Napolitano re: deposition transcript of M. Gries | 0.10 | 26.50 |

09/20/02

| MTH | Correspondence to P. Milch re: fraudulent transfer trial | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Review correspondence from H. Wasserstein re: order denying Grace's Motion to Withdraw | 0.10 | 26.50 |

09/23/02

| MTH | Review 3rd Circuit decision in Cybergenics re: fraudulent conveyance matter | 0.40 | 106.00 |
|---|---|---|---|
| PEM | Review 3rd circuit decision in Cybergenics and impact on committees right to avoidance actions | 0.40 | 106.00 |
| PEM | Research re: examiner rts on litigation and avoidance actions | 0.80 | 212.00 |
| DAC | Review of Cybergenics decision in 3rd Circuit Court of appeals re: non-standing of committee v. DIP or trustees and analysis of same | 2.00 | 700.00 |
| MTH | Telephone Conference with P. Milch re: Grace fraudulent transfer matter | 0.10 | 26.50 |

09/24/02

| PEM | Continue research re: examiner and avoidance actions | 1.00 | 265.00 |
|---|---|---|---|

```
                                                           Page: 3
        W.R. Grace                                       09/30/02
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:        1
        Litigation and Litigation Consulting
```

```
                                                 HOURS
        DAC Review of report on status of pending
            matters and issues and committee's
            position (.5); analysis of Cybergenics
            decision and related code provisions
            (1.0)                                 1.50    525.00

09/25/02
        MTH Telephone Conference with E. Strug re:
            fraudulent conveyance, pro hac issues   0.20     53.00
        MTH Review correspondence from J. Jackson re:
            A. Gutierrez deposition                 0.10     26.50
                                                   -----  --------
            FOR CURRENT SERVICES RENDERED          10.80  3,185.00
```

```
                          RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell         3.80    $350.00  $1,330.00
        Philip E. Milch             2.50     265.00     662.50
        Mark T. Hurford             4.50     265.00   1,192.50


            TOTAL CURRENT WORK                          3,185.00


            BALANCE DUE                               $3,185.00
                                                      =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            09/30/02
Wilmington  DE                         ACCOUNT NO: 3000-17D
                                       STATEMENT NO:      1


Plan and Disclosure Statement




                                              HOURS
09/17/02
    MTH Review order re: extension of exclusive
        filing, solicitation periods            0.10    26.50
                                                ----   -----
        FOR CURRENT SERVICES RENDERED           0.10    26.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               0.10    $265.00     $26.50


    TOTAL CURRENT WORK                                 26.50


    BALANCE DUE                                      $26.50
                                                     ======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                   Page: 1
W.R. Grace                                         09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-18D
                                      STATEMENT NO:       1
```

Relief from Stay Proceedings

```
                                         HOURS
09/17/02
    MTH Review motion of Bank of America for
        limited stay relief to setoff deposit
        account                            0.30     79.50

09/19/02
    DBS Review BOCA motion for Relief from Stay    0.10     35.00

09/28/02
    MRE Review of Wachovia Relief from Stay        0.20     55.00
                                           ----   ------
        FOR CURRENT SERVICES RENDERED      0.60    169.50

                     RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    David B. Salzman             0.10   $350.00      $35.00
    Mark T. Hurford              0.30    265.00       79.50
    Marla R. Eskin               0.20    275.00       55.00


    TOTAL CURRENT WORK                               169.50


    BALANCE DUE                                     $169.50
                                                   =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        09/30/02
Wilmington  DE                    ACCOUNT NO: 3000-22D
                                  STATEMENT NO:       5


Valuation



    PREVIOUS BALANCE                              $2,057.10


    BALANCE DUE                                   $2,057.10
                                                  =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          09/30/02
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:       5


ZAI Science Trial



PREVIOUS BALANCE                                  $5,056.40



                                         HOURS
09/06/02
     MTH Review order and memo opinion from Judge
         Wolin re: ZAI motion for leave to appeal
         and denial thereof                 0.30     79.50

09/10/02
     MTH Review Debtors' Objection to the Response
         of ZAI claimant's re: ZAI scheduling
         order                              0.80    212.00

09/19/02
     MTH Review motion of ZAI claimants to shorten
         notice period                      0.10     26.50
     MTH Review ZAI claimant's motion to compel,
         with memo of law and attachments
         including debtors' responses to request
         for production, interrogatories, and
         request to admit, correspondence between
         ZAI Special counsel and Reed Smith and
         other attachments                  0.80    212.00

09/20/02
     MTH Review Debtors' Response to ZAI
         Claimant's Motion to Compel        0.10     26.50

09/28/02
     MRE Review debtor's objection to ZAI
         claimant's motion to compel        0.10     27.50
                                            ----   ------
         FOR CURRENT SERVICES RENDERED      2.20    584.00

{D0005576:1 }

```
                                                         Page: 2
          W.R. Grace                                     09/30/02
                                           ACCOUNT NO: 3000-23D
                                           STATEMENT NO:        5
          ZAI Science Trial




                          RECAPITULATION
          TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
          Mark T. Hurford                2.10    $265.00   $556.50
          Marla R. Eskin                 0.10     275.00     27.50


              TOTAL CURRENT WORK                            584.00


              BALANCE DUE                                $5,640.40
                                                         =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        09/30/02
Wilmington  DE                      ACCOUNT NO: 3000-24D
                                    STATEMENT NO:        5


ZAI Science Trial - Expenses




    PREVIOUS BALANCE                              $159.00


    BALANCE DUE                                   $159.00
                                                  =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0005576:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/02
Wilmington   DE                          ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 5,492.55 | 0.00 | 0.00 | 0.00 | 0.00 | $5,492.55 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 8,767.60 | 0.00 | 0.00 | 0.00 | 0.00 | $8,767.60 |
| 3000-02 Asset Disposition | | | | | |
| 1,147.10 | 35.00 | 0.00 | 0.00 | 0.00 | $1,182.10 |
| 3000-03 Business Operations | | | | | |
| 206.90 | 0.00 | 0.00 | 0.00 | 0.00 | $206.90 |
| 3000-04 Case Administration | | | | | |
| 12,069.20 | 0.00 | 0.00 | 0.00 | 0.00 | $12,069.20 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 13,115.80 | 26.50 | 0.00 | 0.00 | 0.00 | $13,142.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 5,313.50 | 27.50 | 0.00 | 0.00 | 0.00 | $5,341.00 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 5,133.40 | 3,524.50 | 0.00 | 0.00 | 0.00 | $8,657.90 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 14,369.90 | 371.00 | 0.00 | 0.00 | 0.00 | $14,740.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 26.50 | 0.00 | 0.00 | 0.00 | 0.00 | $26.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 11,170.50 | 0.00 | 0.00 | 0.00 | 0.00 | $11,170.50 |
| 3000-11 Expenses | | | | | |
| 286.50 | 0.00 | 633.53 | 0.00 | 0.00 | $920.03 |

```
                                                    Page: 2
        W.R. Grace                                09/30/02
                                   ACCOUNT NO    3000D
```

```
PREVIOUS BALANCE        FEES    EXPENSES    ADVANCES    PAYMENTS      BALANCE

    3000-12 Fee Applications, Applicant
        691.60   2,419.50       0.00        0.00        0.00   $3,111.10

    3000-13 Fee Applications, Others
          0.00   1,432.00       0.00        0.00        0.00   $1,432.00

    3000-14 Financing
         31.50       0.00       0.00        0.00        0.00      $31.50

    3000-15 Hearings
     22,281.90     796.00       0.00        0.00        0.00  $23,077.90

    3000-16 Litigation and Litigation Consulting
          0.00   3,185.00       0.00        0.00        0.00   $3,185.00

    3000-17 Plan and Disclosure Statement
          0.00      26.50       0.00        0.00        0.00      $26.50

    3000-18 Relief from Stay Proceedings
          0.00     169.50       0.00        0.00        0.00     $169.50

    3000-22 Valuation
      2,057.10       0.00       0.00        0.00        0.00   $2,057.10

    3000-23 ZAI Science Trial
      5,056.40     584.00       0.00        0.00        0.00   $5,640.40

    3000-24 ZAI Science Trial - Expenses
        159.00       0.00       0.00        0.00        0.00     $159.00

    ----------   ---------     ------       ----        ---- -----------
    107,376.95  12,597.00     633.53        0.00        0.00 $120,607.48
                                                             ===========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.