IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Aileen F. Maguire, a member of Campbell & Levine, LLC, hereby certify that on November 13, 2002 I caused a copy of the foregoing Fee Application to be served upon the Notice Parties List via hand delivery (local) and by First Class U.S. Mail (non-local). Also, on November 13, 2002, I caused a copy of the Notice of Application to be served upon the 2002 Service List via hand delivery (local) and First Class U.S. Mail (non-local):

CAMPBELL & LEVINE, LLC

/s/ Aileen F. Maguire
Aileen F. Maguire (No. 3756)
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

Counsel for the Official Committee
Of Asbestos Personal Injury Claimants

Dated: November 13, 2002

{D0006166:1}    1