IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: December 3, 2002 at 4:00 p.m. |

**FOURTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
FOR COMPENSATION SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM THROUGH JULY 1, 2002 THROUGH JULY 31, 2002**

| | | |
|---|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | July 1, 2002 – July 31, 2002 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,603.74 | |

This is a  x  monthly __ interim   ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

2501559

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | -- | -- |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | -- | -- |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | -- | -- |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | -- | -- |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | -- | -- |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | -- | -- |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | -- | -- |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | -- | -- |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | -- | -- |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | -- | -- |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
### JULY 1, 2002 - JULY 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 103.0 |
| Richard Shinder | Managing Director | 21.0 |
| David Blechman | Associate | 84.0 |
| Michael Alexander | Associate | 49.0 |
| Ramsey Jishi | Analyst | 21.0 |
| | Total | 278.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/16/02 | 0.5 | Asset Disposition | Call with F. Gilbert re: Project Neptune, and GBT divestiture |
| | | **0.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 07/02/02 | 1.0 | Business Analysis | Review latest operating report |
| Pamela Zilly | 07/10/02 | 1.0 | Business Analysis | Read May operating report |
| Richard Shinder | 07/23/02 | 1.0 | Business Analysis | Review financial data |
| David Blechman | 07/24/02 | 1.0 | Business Analysis | Review 2Q results |
| Pamela Zilly | 07/25/02 | 2.0 | Business Analysis | Review latest financial data re: income statement and projections |
| | | **6.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/09/02 | 0.5 | Case Administration | Read motions of ZAI claimants re: proofs of claim; and Personal Injury ("PI") claimants objection to retention of special counsel by PD claimants |
| Pamela Zilly | 07/17/02 | 1.0 | Case Administration | Read Response of Zonolite Claimants to Debtors' Objections to Proofs of Claim |
| David Blechman | 07/17/02 | 1.0 | Case Administration | Review court calendar for Grace and other tort bankruptcies, other court filings re: science trial |
| Michael Alexander | 07/17/02 | 2.0 | Case Administration | Update bankruptcy log |
| Pamela Zilly | 07/19/02 | 0.5 | Case Administration | Call with C. Lane, and D. Blechman re: hearing on 07/22/02 |
| David Blechman | 07/19/02 | 1.0 | Case Administration | Read ZAI Claimants Response to Debtors Objections to ZAI Proofs of Claim |
| Richard Shinder | 07/24/02 | 1.0 | Case Administration | Read court filings |
| Pamela Zilly | 07/30/02 | 0.5 | Case Administration | Read ZAI Proposed order re Science Issue Litigation |
| Pamela Zilly | 07/30/02 | 0.5 | Case Administration | Call with P. Norris re: Wolin ruling |
| Pamela Zilly | 07/31/02 | 0.5 | Case Administration | Call with T. Freedman re: Wolin ruling |
| Pamela Zilly | 07/31/02 | 0.5 | Case Administration | Discussion with R. Shinder re: Fraudulent conveyance trial |
| Richard Shinder | 07/31/02 | 0.5 | Case Administration | Discussion with P. Zilly re: Wolin ruling implications |

**9.5**

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/09/02 | 0.5 | Committee | Call with S. Cunningham (Policano & Manzo) re: Unsecured Creditors Committee support for compensation programs |
| David Blechman | 07/09/02 | 0.5 | Committee | Arrange 2ndQ results conference call |
| Pamela Zilly | 07/17/02 | 0.5 | Committee | Call with B. Tarola re: meeting with T. Maher (JP Morgan Chase) |
| Pamela Zilly | 07/18/02 | 1.0 | Committee | Review material in preparation for meeting with B. Tarola, and T. Maher |
| Pamela Zilly | 07/19/02 | 1.5 | Committee | Meeting with B. Tarola, and T. Maher (J. P. Morgan Chase) re: case status |
|  |  | **4.0** |  |  |

Page 5 of 13

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/03/02 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: status of retention program motion |
| David Blechman | 07/03/02 | 1.0 | Employee Benefits/Pension | Calls with Boyer, and B. McGowan re: status of PD committee re: Debtors' compensation motion |
| Pamela Zilly | 07/05/02 | 1.0 | Employee Benefits/Pension | Calls with D. Blechman, and B. McGowan re: Property Damage ("PD") Committee Objection to Debtors' Compensation Programs motion |
| Pamela Zilly | 07/05/02 | 1.5 | Employee Benefits/Pension | Read PD Committee objection to compensation motion, prepare outline of response and follow-up data required |
| David Blechman | 07/05/02 | 1.0 | Employee Benefits/Pension | Review PD Committee Objection, calls with P. Zilly, and B. McGowan |
| David Blechman | 07/08/02 | 1.0 | Employee Benefits/Pension | Reviewed PD Committee objection to compensation motion re: analysis required for response |
| Pamela Zilly | 07/09/02 | 1.5 | Employee Benefits/Pension | Review and provide comments for Norris affidavit for compensation hearing |
| Pamela Zilly | 07/10/02 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan re: Debtors' Response to PD Objection to Compensation Programs |
| Pamela Zilly | 07/10/02 | 1.0 | Employee Benefits/Pension | Review analysis of cost of revised severance program |
| David Blechman | 07/10/02 | 1.0 | Employee Benefits/Pension | Review severance calculations for compensation hearing |
| Pamela Zilly | 07/11/02 | 1.0 | Employee Benefits/Pension | Read, and provide comments on Debtors' response motion to PD opposition motion to compensation programs |
| Pamela Zilly | 07/11/02 | 1.5 | Employee Benefits/Pension | Review Debtors' draft response to PD objection re: compensation programs |
| Pamela Zilly | 07/11/02 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan, and C. Lane re: inputs to Debtors' response to compensation objection |
| Pamela Zilly | 07/12/02 | 1.0 | Employee Benefits/Pension | Calls with C. Lane, and B. McGowan re: final draft of response |
| Pamela Zilly | 07/12/02 | 1.0 | Employee Benefits/Pension | Prepare revisions to Debtors' response motion re: compensation programs |
| David Blechman | 07/12/02 | 1.0 | Employee Benefits/Pension | Calls with P. Zilly, C. Lane, and B. McGowan re: response to PD objection |
| David Blechman | 07/12/02 | 1.5 | Employee Benefits/Pension | Reviewed drafts of response to PD objection |
| Pamela Zilly | 07/17/02 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: exhibits to Debtors' response to compensation program objection |
| Pamela Zilly | 07/18/02 | 1.0 | Employee Benefits/Pension | Discussions with S. Cunningham re: filing response to PD opposition to compensation motion |
| Pamela Zilly | 07/19/02 | 1.0 | Employee Benefits/Pension | Review and provide comments on compensation summary for hearing, and meeting with D. Blechman |
| David Blechman | 07/19/02 | 1.0 | Employee Benefits/Pension | Prepare response and analysis for Bernick re: 07/22/02 hearing on compensation motions |
| David Blechman | 07/19/02 | 0.5 | Employee Benefits/Pension | Meeting with P. Zilly re: comp, and call with B. McGowan re: same |
| Pamela Zilly | 07/21/02 | 1.0 | Employee Benefits/Pension | Review materials re: financial advisors discussions for hearing on Compensation motion on 07/22/02 |

23.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 07/08/02 | 0.5 | Fee Applications | Prepared fee application |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JULY 1, 2002 - JULY 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/22/02 | 1.5 | Hearings | Travel to Wilmington; read ZAI claimants proposed order re: litigation schedule |
| Pamela Zilly | 07/22/02 | 1.0 | Hearings | Pre-hearing meeting with B. McGowan, and P. Norris |
| Pamela Zilly | 07/22/02 | 3.0 | Hearings | Attend hearing re: compensation programs, and ZAI trial |
| Pamela Zilly | 07/22/02 | 1.0 | Hearings | Post hearing meeting with D. Bernick, P. Norris, D. Siegel, and B. McGowan |
| Richard Shinder | 07/22/02 | 0.5 | Hearings | Discussion with D. Blechman court hearing |
| David Blechman | 07/22/02 | 0.5 | Hearings | Meeting with R. Shinder re: court hearing |
| | | 7.5 | | |

Page 8 of 13

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 07/11/02 | 3.0 | Non-Working Travel Time | Traveled to Columbia, MD |
| David Blechman | 07/11/02 | 3.0 | Non-Working Travel Time | Traveled from Columbia, MD |
| Pamela Zilly | 07/22/02 | 1.5 | Non-Working Travel Time | Travel to New York |
| | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/23/02 | 1.5 | Tax Issues | Review tax memos re: IRS issues re: open audit years |
| Pamela Zilly | 07/23/02 | 3.0 | Tax Issues | Research tax issues and consideration re: POR funding and alternative restructuring scenarios |
| Pamela Zilly | 07/24/02 | 0.5 | Tax Issues | Review correspondence re: tax issues |
| Pamela Zilly | 07/24/02 | 1.0 | Tax Issues | Call with D. Siegel, E. Filon, B. Tarola, and J. Kapp re: tax issues |
| David Blechman | 07/24/02 | 1.0 | Tax Issues | Review material Tax call |
| David Blechman | 07/24/02 | 1.0 | Tax Issues | Call with D. Siegel, E. Filon, B. Tarola, and J. Kapp re: tax issues |
| | | **8.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/01/02 | 1.0 | Valuation | Call with D. Blechman re: business valuation, liabilities subject to compromise, restructuring alternatives ("Valuation Analysis/Restructuring (RES) Model") |
| Pamela Zilly | 07/01/02 | 1.0 | Valuation | Prepare model structure revisions for RES Model to reflect liability and timing assumptions |
| David Blechman | 07/01/02 | 1.0 | Valuation | Call with P. Zilly re: Valuation Analysis/RES Model |
| David Blechman | 07/01/02 | 1.5 | Valuation | Review inputs from Debtors re: revision to restructuring analysis |
| Pamela Zilly | 07/02/02 | 2.5 | Valuation | Review and prepare refinements to Valuation Analysis/RES Model |
| Pamela Zilly | 07/02/02 | 1.0 | Valuation | Call with D. Blechman re: review of latest draft of Valuation Analysis/RES Model including comments from the Debtors |
| David Blechman | 07/02/02 | 1.0 | Valuation | Call with P. Zilly re: review of latest draft of Valuation Analysis including comments from the Debtors |
| Pamela Zilly | 07/03/02 | 2.5 | Valuation | Review latest draft of Valuation Analysis/RES Model |
| Pamela Zilly | 07/06/02 | 1.0 | Valuation | Prepare draft summary of output of RES Model |
| Pamela Zilly | 07/07/02 | 1.0 | Valuation | Prepare draft summary of output of RES Model |
| Pamela Zilly | 07/08/02 | 2.0 | Valuation | Review Valuation Analysis/RES Model with new input from Debtors |
| Pamela Zilly | 07/08/02 | 2.5 | Valuation | Review revised Valuation Analysis/RES Model, call with B. Tarola, D. Blechman re: same |
| Pamela Zilly | 07/08/02 | 1.5 | Valuation | Meeting with R. Shinder, and D. Blechman re: inputs to RES Model |
| Pamela Zilly | 07/08/02 | 1.0 | Valuation | Prepare list of open assumption for discussion with Debtors |
| Richard Shinder | 07/08/02 | 1.5 | Valuation | Meeting with P. Zilly, and D. Blechman re: inputs to valuation analysis |
| David Blechman | 07/08/02 | 1.5 | Valuation | Meeting with P. Zilly, and R. Shinder re: Valuation Analysis |
| David Blechman | 07/08/02 | 1.0 | Valuation | Call with B. Tarola re: same |
| David Blechman | 07/08/02 | 1.5 | Valuation | Review RES Model revision with Debtors' inputs |
| David Blechman | 07/08/02 | 0.5 | Valuation | Call with M. Alexander re: revisions to model |
| Michael Alexander | 07/08/02 | 2.0 | Valuation | Make revisions to RES Model |
| Michael Alexander | 07/08/02 | 0.5 | Valuation | Call with D. Blechman re: revisions to RES Model |
| Michael Alexander | 07/08/02 | 4.0 | Valuation | Redo RES Model and analysis |
| Pamela Zilly | 07/09/02 | 2.0 | Valuation | Review and provide comments on revised Valuation Analysis/RES Model |
| Pamela Zilly | 07/09/02 | 1.0 | Valuation | Prepare analysis of changes to be made to RES Model to reflect cash source and uses |
| Pamela Zilly | 07/09/02 | 1.0 | Valuation | Meeting with D. Blechman re: 07/11/02 meeting agenda |
| David Blechman | 07/09/02 | 1.0 | Valuation | Meeting with P. Zilly re: 07/11/02 meeting at company |
| David Blechman | 07/09/02 | 4.0 | Valuation | Revisions to Valuation Analysis/RES Model |
| David Blechman | 07/09/02 | 0.5 | Valuation | Call with M. Alexander re: same |
| Michael Alexander | 07/09/02 | 2.5 | Valuation | Research tax inputs for model |
| Michael Alexander | 07/09/02 | 0.5 | Valuation | Call with D. Blechman re: revisions to RES Model |
| Michael Alexander | 07/09/02 | 6.0 | Valuation | Revisions to valuation analysis, credit statistic, liability payments, tax and debt schedules, cash flow, income statement, and balance sheet |
| Pamela Zilly | 07/10/02 | 2.0 | Valuation | Review revised Valuation Analysis/RES Model |
| Pamela Zilly | 07/10/02 | 1.0 | Valuation | Meetings with D. Blechman, and M. Alexander re: same |
| Pamela Zilly | 07/10/02 | 0.5 | Valuation | Discussion with R. Shinder re: POR alternatives |
| Richard Shinder | 07/10/02 | 1.0 | Valuation | Review Valuation Analysis/RES model inputs from Debtors |
| Richard Shinder | 07/10/02 | 0.5 | Valuation | Discussion with. P. Zilly re: POR alternatives |
| David Blechman | 07/10/02 | 1.0 | Valuation | Discussion with D. Blechman re: revisions to inputs for RES Model |
| David Blechman | 07/10/02 | 4.0 | Valuation | Prepared analysis for 07/11/02 meeting |
| David Blechman | 07/10/02 | 1.0 | Valuation | Meetings with P. Zilly, and M. Alexander re: RES analysis |
| Michael Alexander | 07/10/02 | 1.0 | Valuation | Discussion with R. Shinder re: revisions to inputs for RES Model |
| Michael Alexander | 07/10/02 | 5.0 | Valuation | Revisions to valuation analysis |
| Pamela Zilly | 07/11/02 | 1.0 | Valuation | Meeting with P. Zilly, and D. Blechman re: analysis |
| Pamela Zilly | 07/11/02 | 2.0 | Valuation | Review revised Valuation Analysis/RES Model, prepare list of assumptions to be discussed with B. Tarola |
| Pamela Zilly | 07/11/02 | 4.0 | Valuation | Conference call with D. Blechman, P. Norris, B. Tarola, D. Siegel, and E. Filon re: POR issues |
| Richard Shinder | 07/11/02 | 2.0 | Valuation | Review Valuation Analysis, and make changes to assumptions |
| David Blechman | 07/11/02 | 3.0 | Valuation | Prepare for meeting with Norris et al, and reviewed business plan |
| David Blechman | 07/11/02 | 4.0 | Valuation | Meeting with P. Norris, B. Tarola, D. Siegel, P. Zilly, and E. Filon re: strategic alternatives |
| Michael Alexander | 07/11/02 | 3.0 | Valuation | Conference call with P. Zilly, D. Blechman, P. Norris, and B. Tarola |
| Pamela Zilly | 07/12/02 | 1.0 | Valuation | Meeting with R. Shinder, and D. Blechman re: revisions to restructuring assumptions for Valuation Analysis |

Page 11 of 13

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/12/02 | 2.0 | Valuation | Prepare analysis of timing assumptions in RES Model |
| Pamela Zilly | 07/12/02 | 1.0 | Valuation | Review inputs from Debtors re: RES Model |
| Richard Shinder | 07/12/02 | 1.0 | Valuation | Discussion with P. Zilly, and D. Blechman re: revisions to restructuring assumptions for valuation analysis |
| David Blechman | 07/12/02 | 1.0 | Valuation | Meeting with R. Shinder, and P. Zilly re: revisions to restructuring assumptions for Valuation Analysis |
| David Blechman | 07/12/02 | 1.5 | Valuation | Review Debtors' inputs to POR model, made revisions |
| Michael Alexander | 07/12/02 | 5.0 | Valuation | Revisions to analysis |
| Pamela Zilly | 07/15/02 | 1.0 | Valuation | Review assumptions for RES Model scenarios; and call with D. Blechman |
| David Blechman | 07/15/02 | 1.0 | Valuation | Calls with P. Zilly re: revisions to analysis |
| Pamela Zilly | 07/16/02 | 1.0 | Valuation | Call with B. Tarola re: restructuring scenarios |
| Pamela Zilly | 07/16/02 | 1.0 | Valuation | Discussion with D. Blechman, and M. Alexander re: RES scenarios |
| Pamela Zilly | 07/16/02 | 1.0 | Valuation | Review and make changes to RES Model analysis |
| David Blechman | 07/16/02 | 3.0 | Valuation | Worked on RES Model; and call with B. Tarola, and P. Zilly re: same |
| David Blechman | 07/16/02 | 1.0 | Valuation | Meeting with P. Zilly, and M. Alexander re: same |
| Michael Alexander | 07/16/02 | 5.0 | Valuation | Revisions to analysis |
| Michael Alexander | 07/16/02 | 1.0 | Valuation | Calls/meetings with P. Zilly, and D. Blechman re: revisions to analysis |
| Pamela Zilly | 07/17/02 | 2.5 | Valuation | Review changes to RES scenarios re: timing assumptions |
| Richard Shinder | 07/17/02 | 2.0 | Valuation | Review Valuation Analysis, and make changes to assumptions |
| David Blechman | 07/17/02 | 1.5 | Valuation | Review RES Model |
| Michael Alexander | 07/17/02 | 1.0 | Valuation | Further refine modeling of tax effects |
| Michael Alexander | 07/17/02 | 2.5 | Valuation | Revise model, and add inputs for cash at exit |
| Pamela Zilly | 07/18/02 | 2.0 | Valuation | Review revisions to POR scenarios re: balance sheet assumptions |
| Pamela Zilly | 07/18/02 | 0.5 | Valuation | Meeting with D. Blechman re: revisions to model |
| Richard Shinder | 07/18/02 | 2.5 | Valuation | Discussion with D. Blechman re: structure changes to liability assumptions |
| David Blechman | 07/18/02 | 0.5 | Valuation | Meeting with P. Zilly re: RES model |
| David Blechman | 07/18/02 | 1.0 | Valuation | Discussion with R. Shinder re: variations in structure and resulting changes to RES Model |
| Michael Alexander | 07/18/02 | 3.0 | Valuation | Revise model, and add inputs for cash at exit |
| Pamela Zilly | 07/19/02 | 0.5 | Valuation | Discussion with D. Blechman re: analysis of claims reserves of comparable bankruptcies |
| Pamela Zilly | 07/19/02 | 0.5 | Valuation | Discussion with R. Shinder possible case outcomes |
| Richard Shinder | 07/19/02 | 0.5 | Valuation | Discussion with P. Zilly re: possible case outcomes |
| David Blechman | 07/19/02 | 0.5 | Valuation | Discussion with P. Zilly re analysis of asbestos reserves |
| Pamela Zilly | 07/21/02 | 1.0 | Valuation | Prepare outline for meeting with P. Norris 07/29/02 |
| Richard Shinder | 07/22/02 | 2.0 | Valuation | Review POR Model revisions re: Assets and liabilities funding |
| Richard Shinder | 07/23/02 | 1.0 | Valuation | Meeting with D. Blechman re: RES Model |
| David Blechman | 07/23/02 | 1.0 | Valuation | Discussion with R. Shinder re: restructuring alternatives |
| Pamela Zilly | 07/24/02 | 1.0 | Valuation | Meeting with D. Blechman re: balance sheet analysis for Norris meeting |
| Richard Shinder | 07/24/02 | 1.0 | Valuation | Discussion with D. Blechman re: inputs to RES Model |
| David Blechman | 07/24/02 | 1.0 | Valuation | Meeting with P. Zilly re: modeling work |
| David Blechman | 07/24/02 | 1.0 | Valuation | Meeting with R. Shinder re: inputs to restructuring model |
| Pamela Zilly | 07/25/02 | 2.5 | Valuation | Review analysis for Norris meeting re: RES scenarios |
| David Blechman | 07/25/02 | 3.0 | Valuation | Credit statistic, and leverage analysis |
| Pamela Zilly | 07/26/02 | 1.5 | Valuation | Meeting with R. Shinder, and D. Blechman re: RES analysis |
| Pamela Zilly | 07/26/02 | 2.0 | Valuation | Research status of comparable tort bankruptcies re: liabilities subject to compromise |
| Richard Shinder | 07/26/02 | 1.5 | Valuation | Meeting with P. Zilly, and D. Blechman re: RES analysis |
| David Blechman | 07/26/02 | 2.0 | Valuation | Credit status, and leverage analysis |
| David Blechman | 07/26/02 | 1.0 | Valuation | Discussion with R. Jishi re: valuation analysis |
| David Blechman | 07/26/02 | 1.5 | Valuation | Meeting with P. Zilly, and R. Shinder re: restructuring scenarios |
| Ramsey Jishi | 07/26/02 | 1.0 | Valuation | Discussion with D. Blechman - comparable analysis, debt structures |
| Ramsey Jishi | 07/28/02 | 6.0 | Valuation | Updated comparable company analysis |
| Pamela Zilly | 07/29/02 | 4.0 | Valuation | Prepare materials for 07/29/02 meeting with P. Norris re: POR considerations |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2002 - JULY 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/29/02 | 1.0 | Valuation | Discussion with R. Shinder re: RES Model outputs |
| Pamela Zilly | 07/29/02 | 2.5 | Valuation | Dinner meeting with D. Blechman, P. Norris CEO-Grace |
| Richard Shinder | 07/29/02 | 1.0 | Valuation | Discussion with P. Zilly re: Valuation Analysis/RES Model output |
| David Blechman | 07/29/02 | 2.0 | Valuation | Review comparable company update by R. Jishi |
| David Blechman | 07/29/02 | 5.0 | Valuation | Prepare schedule for Norris summarizing restructuring scenarios |
| David Blechman | 07/29/02 | 2.5 | Valuation | Dinner meeting with P. Zilly, and P. Norris re: restructuring alternatives |
| Michael Alexander | 07/29/02 | 5.0 | Valuation | Prepare analysis of comparable companies leverage and valuation |
| Ramsey Jishi | 07/29/02 | 5.0 | Valuation | Update comparable company analysis |
| Ramsey Jishi | 07/29/02 | 2.0 | Valuation | Review B. Tarola analysis |
| Pamela Zilly | 07/30/02 | 1.0 | Valuation | Meeting with D. Blechman re: revisions to RES model |
| David Blechman | 07/30/02 | 1.0 | Valuation | Meeting with P. Zilly re: model revisions |
| Ramsey Jishi | 07/30/02 | 3.0 | Valuation | Review and change structure of RES Model |
| Pamela Zilly | 07/31/02 | 1.5 | Valuation | Meetings with D. Blechman, and R. Jishi re: additional Valuation Analysis/RES Model alternatives |
| Richard Shinder | 07/31/02 | 1.0 | Valuation | Meeting with D. Blechman re: outline of further valuation analysis re: alternatives |
| David Blechman | 07/31/02 | 1.0 | Valuation | Discussion with R. Shinder re: structure of further valuation work |
| David Blechman | 07/31/02 | 1.5 | Valuation | Meetings with P. Zilly, and R. Jishi re: POR analysis |
| David Blechman | 07/31/02 | 1.5 | Valuation | Review comparable company analysis |
| Ramsey Jishi | 07/31/02 | 1.0 | Valuation | Review valuation analysis |
| Ramsey Jishi | 07/31/02 | 1.5 | Valuation | Review valuation analysis |
| Ramsey Jishi | 07/31/02 | 1.5 | Valuation | Meetings with P. Zilly, and D. Blechman re: POR analysis |

211.0

# The Blackstone Group

November 12, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Advisory fee for the period July 1, 2002 through July 31, 2002: | | $ 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative order: | | (35,000.00) |

Out-of-pocket expenses for the period through July 31, 2002:[1]

| | | |
|---|---:|---:|
| Travel | 1,672.50 | |
| Meals | 136.96 | |
| Research | 553.98 | |
| Photocopying | 240.30 | 2,603.74 |

**Total Due** $ **142,603.74**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2899-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

Blackstone Financial Services®

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**July 31, 2002**
**Invoice No. 2899-T**

|  |  | GL Detail Jul-02 | Total Expenses |
|---|---|---:|---:|
| Car Services - Elite | 11218 | $ 207.45 | $ 207.45 |
| Travel - Local | 11222 | 181.05 | 181.05 |
| Travel - Railroad | 11225 | 1,284.00 | 1,284.00 |
| Meals | 11228 | 136.96 | 136.96 |
| Research - Factset | 11242 | 545.44 | 545.44 |
| Research - Online D/B | 11250 | 8.54 | 8.54 |
| Photocopying | 11281 | 240.30 | 240.30 |
| **Total Expenses** |  | $ 2,603.74 | $ 2,603.74 |

|  |  |
|---|---:|
| Travel | 1,672.50 |
| Meals | 136.96 |
| Research | 553.98 |
| Photocopying | 240.30 |
| Total Expenses | $ 2,603.74 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**July 31, 2002**
**Invoice No. 2899-T**

### Car Services
### Elite

| | | |
|---|---|---|
| Office Services (car home from 345 Park Avenue) | 05/24/02 | 46.38 |
| Office Services (car home from 345 Park Avenue) | 05/31/02 | 28.54 |
| Publishing Services (car home from 345 Park Avenue) | 05/24/02 | 32.11 |
| Publishing Services (car home from 345 Park Avenue) | 05/30/02 | 22.43 |
| Publishing Services (car home from 345 Park Avenue) | 05/31/02 | 22.43 |
| Publishing Services (car home from 345 Park Avenue) | 05/31/02 | 35.17 |
| Zilly (car to Penn Station from home) | 06/03/02 | 20.39 |
| **Subtotal - Car Services** | | **207.45** |

### Travel - Local

| | | |
|---|---|---|
| Blechman (late night taxi home from 345 Park Avenue) | 06/10/02 | 5.00 |
| Blechman (taxi to Penn Station) | 06/18/02 | 6.00 |
| Blechman (taxi from WRG headquarters to hotel) | 06/18/02 | 10.25 |
| Blechman (taxi from train station in Columbia to WRG) | 06/18/02 | 40.00 |
| Blechman (early a.m. taxi to 345 Park Avenue) | 06/20/02 | 5.00 |
| Blechman (late night taxi home from 345 Park Avenue) | 06/20/02 | 7.00 |
| Blechman (late night taxi home from 345 Park Avenue) | 06/21/02 | 6.00 |
| Blechman (early a.m. taxi to 345 Park Avenue) | 06/27/02 | 9.00 |
| Blechman (late night taxi home from 345 Park Avenue) | 07/10/02 | 5.00 |
| Blechman (early a.m. taxi to 345 Park Avenue) | 07/11/02 | 8.00 |
| Blechman (taxi from train station in Columbia to WRG) | 07/11/02 | 32.00 |
| Blechman (taxi to train station in Columbia from WRG) | 07/11/02 | 31.00 |
| Shinder (taxi to Penn Station) | 06/03/02 | 7.70 |
| Shinder (taxi from Penn Station) | 06/03/02 | 9.10 |
| **Subtotal - Travel - Local** | | **181.05** |

### Travel - Railroad[1]

| | | |
|---|---|---|
| Blechman | 05/31/02 | 428.00 |
| Shinder | 05/31/02 | 428.00 |
| Zilly | 05/31/02 | 428.00 |
| **Subtotal - Travel - Railroad** | | **1,284.00** |

---

[1] Round trip to/from Columbia, MD for 06/30/02 meeting with Debtors.

W.R. GRACE
Expense Detail
Processed Through
July 31, 2002
Invoice No. 2899-T

**Meals**[2]

| | | | |
|---|---|---|---|
| Alexander | 03/08/02 | 20.00 | |
| Blechman | 06/10/02 | 16.85 | |
| Blechman | 06/19/02 | 20.00 | |
| Blechman | 06/19/02 | 20.00 | |
| Blechman | 06/19/02 | 6.44 | |
| Blechman | 07/10/02 | 20.00 | |
| Blechman | 07/11/02 | 10.25 | |
| Publishing Services | 05/30/02 | 10.07 | |
| Zilly | 06/04/02 | 6.00 | |
| Zilly | 06/10/02 | 7.35 | |
| **Subtotal - Meals** | | | **136.96** |

**Factset**

| | | | |
|---|---|---|---|
| Alexander | 05/15/02 - 05/31/02 | 545.44 | |
| **Subtotal - Factset** | | | **545.44** |

**Online D/B (PACER)**

| | | | |
|---|---|---|---|
| de Almeida | 04/08/02 | 1.61 | |
| de Almeida | 04/28/02 | 1.96 | |
| de Almeida | 05/07/02 | 1.54 | |
| de Almeida | 05/22/02 | 1.61 | |
| de Almeida | 05/24/02 | 1.82 | |
| **Subtotal - Online D/B** | | | **8.54** |
| **Subtotal - Research** | | | **553.98** |

**Photocopying**

| | | | |
|---|---|---|---|
| Blechman | 06/17/02 - 06/30/02 | 101.25 | |
| Blechman | 06/17/02 - 06/30/02 | 139.05 | |
| **Subtotal - Photocopying** | | | **240.30** |
| **Total Expenses** | | | **$ 2,603.74** |

---

[2] See paragraph 12 of Blackstone's 6th Interim Application.