IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: December 3, 2002 at 4:00 p.m. |

### SIXTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P., FOR COMPENSATION SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM THROUGH SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:                            THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                     Debtors

Date of Retention Order:                      June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                      September 1, 2002 – September 30, 2002

Amount of Compensation                        Total            Less Holdback (@ 20%)
sought as actual, reasonable and necessary:   $175,000.00       $35,000.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $1,611.87

This is a _x_ monthly __ interim  ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

2501563

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | -- | -- |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | -- | -- |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | -- | -- |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | -- | -- |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | -- | -- |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | -- | -- |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | -- | -- |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | -- | -- |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | -- | -- |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | -- | -- |
| N/A | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| N/A | August 2002 | $175,000.00 | $3,547.21 | -- | -- |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
## SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 86.5 |
| Richard Shinder | Managing Director | 17.5 |
| David Blechman | Associate | 38.5 |
| Michael Alexander | Associate | 8.0 |
| Ramsey Jishi | Analyst | 8.0 |
| | Total | 158.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/03/02 | 0.5 | Business Analysis | Respond to P&M questions re: GBT transaction |
| Pamela Zilly | 09/03/02 | 1.5 | Business Analysis | Respond to follow-up questions from P&M on GBT transaction |
| Pamela Zilly | 09/04/02 | 1.5 | Business Analysis | Read June Monthly reporting Package |
| Richard Shinder | 09/04/02 | 1.0 | Business Analysis | Review monthly operating report |
| David Blechman | 09/09/02 | 1.0 | Business Analysis | Read monthly operating report |
| Pamela Zilly | 09/11/02 | 1.0 | Business Analysis | Read correspondence from P. Norris re: Leadership team memo and discuss with R. Shinder |
| Pamela Zilly | 09/11/02 | 1.0 | Business Analysis | Read July operating Report |
| Richard Shinder | 09/11/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: Leadership Team presentation |
| Michael Alexander | 09/11/02 | 1.0 | Business Analysis | Read latest operating reports |
| Richard Shinder | 09/15/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: Leadership team presentation |
| Richard Shinder | 09/15/02 | 1.5 | Business Analysis | Prepare draft of Leadership presentation |
| Pamela Zilly | 09/16/02 | 0.5 | Business Analysis | Call with B. McGowan re: Norris motion |
| Pamela Zilly | 09/18/02 | 0.5 | Business Analysis | Discussion with P. Norris re: Leadership Team presentation |
| Pamela Zilly | 09/19/02 | 1.5 | Business Analysis | Prepare Leadership Team memo |
| Richard Shinder | 09/19/02 | 1.0 | Business Analysis | Review financial data |
| Richard Shinder | 09/19/02 | 3.0 | Business Analysis | Prepare draft version of Leadership presentation |
| Pamela Zilly | 09/20/02 | 1.0 | Business Analysis | Discussion with R. Shinder re: Leadership Team presentation issues |
| Pamela Zilly | 09/20/02 | 2.0 | Business Analysis | Prepare Presentation for Grace Leadership team meeting re: POR business effects |
| Richard Shinder | 09/20/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: issues in Leadership Presentation |
| David Blechman | 09/24/02 | 1.0 | Business Analysis | Discussion with P. Zilly of 2002 operating results re: RES Model |
| David Blechman | 09/25/02 | 1.5 | Business Analysis | Review issues re: other asbestos case, and call with L. Bablouzian re: same |
| Pamela Zilly | 09/15/02 | 1.0 | Business Analysis | Discussion with R. Shinder re: Leadership team presentation |
| Pamela Zilly | 09/24/02 | 1.0 | Business Analysis | Discussion with D. Blechman of 2002 operating results re: RES Model |

**27.0**

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/04/02 | 1.0 | Case Administration | Read Grace reply brief re: PI litigation procedures |
| Michael Alexander | 09/11/02 | 1.0 | Case Administration | Read court filings |
| Pamela Zilly | 09/17/02 | 0.5 | Case Administration | Read Debtors' Motion...Extending time to Assume...Real Property |
| Pamela Zilly | 09/18/02 | 0.5 | Case Administration | Read Debtors' Objection to Response of ZAI...Science Issues |
| Pamela Zilly | 09/19/02 | 0.5 | Case Administration | Read Setoff Motions re: Bank of America, and Wachovia Motions |
| Pamela Zilly | 09/26/02 | 1.0 | Case Administration | Discussion with R. Shinder re: impact of Cybergenics ruling |
| Richard Shinder | 09/26/02 | 1.0 | Case Administration | Discussion with P. Zilly re: POR alternatives impact of Cybergenics ruling |
| | | 5.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/22/02 | 0.5 | Committee | Call with E. Filon re: presentation to financial advisors to explain Colimotion |
| Pamela Zilly | 09/23/02 | 1.5 | Committee | Calls with three financial advisors to inform them of filing of two motions |
| Pamela Zilly | 09/23/02 | 0.5 | Committee | Call with B. McGowan to inform him of advisors response to Norris motion |
| Pamela Zilly | 09/26/02 | 0.5 | Committee | Call with E. Filon re: due diligence with financial advisors |
| Pamela Zilly | 09/27/02 | 0.5 | Committee | Call with E. Filon., and C. Whitney to respond to questions on COLI motion |
| Pamela Zilly | 09/30/02 | 0.5 | Committee | Discussion with E. Filon about status of COLI motion, and further financial advisor due diligence |
| Pamela Zilly | 09/30/02 | 0.5 | Committee | Call with D. Blechman re: COLI due diligence preparation |
| Pamela Zilly | 09/30/02 | 0.5 | Committee | Calls with creditors of Debtors re: status of case |
| David Blechman | 09/30/02 | 0.5 | Committee | Call with P. Zilly re: financial advisors COLI due diligence |
| | | **5.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/13/02 | 1.0 | Employee Benefits/Pension | Read draft motion re Amendment to Norris contract |
| Pamela Zilly | 09/20/02 | 1.5 | Employee Benefits/Pension | Read and prepare comments to motion re: P. Norris contract |
| Pamela Zilly | 09/20/02 | 1.0 | Employee Benefits/Pension | Read latest draft of Norris motion |
| David Blechman | 09/20/02 | 1.0 | Employee Benefits/Pension | Review P. Norris motion |
| | | **4.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 09/09/02 | 0.5 | Fee Applications | Worked on fee application (Fee Auditor category revisions) |
| Pamela Zilly | 09/10/02 | 0.5 | Fee Applications | Meeting with D. Blechman re: fee application |
| David Blechman | 09/10/02 | 0.5 | Fee Applications | Meeting with P. Zilly re: fee application |
| Pamela Zilly | 09/13/02 | 6.0 | Fee Applications | Work on fee application |
| David Blechman | 09/14/02 | 4.0 | Fee Applications | Work on fee application |
| Pamela Zilly | 09/15/02 | 3.0 | Fee Applications | Prepare fee auditor response |
| Pamela Zilly | 09/17/02 | 2.0 | Fee Applications | Prepare fee auditor categorization |
| Pamela Zilly | 09/18/02 | 2.0 | Fee Applications | Prepare fee auditor response on 1st, 2nd, and 3rd fee applications |
| David Blechman | 09/20/02 | 0.5 | Fee Applications | Work on fee application |
| | | 19.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/30/02 | 2.5 | Non-Working Travel Time | Travel to New York |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/02/02 | 1.0 | Tax Issues | Read memos re: tax issues with respect to IRS open audit years, COLI (corporate owned life insurance) programs |
| Pamela Zilly | 09/03/02 | 1.0 | Tax Issues | Call with P. Norris, D. Siegel, and E. Filon re: tax issues |
| Pamela Zilly | 09/03/02 | 1.0 | Tax Issues | Read and respond to correspondence with E. Filon, and B. Tarola re: COLI settlement issues |
| Pamela Zilly | 09/03/02 | 1.0 | Tax Issues | Meeting with D. Blechman re: analysis for COLI termination |
| Pamela Zilly | 09/03/02 | 1.0 | Tax Issues | Follow-up correspondence with E. Filon |
| David Blechman | 09/03/02 | 1.0 | Tax Issues | Meeting with P. Zilly re: analysis for COLI termination |
| David Blechman | 09/03/02 | 1.0 | Tax Issues | Research Tax/COLI issues |
| Pamela Zilly | 09/04/02 | 0.5 | Tax Issues | Review analysis re: COLI tax impacts |
| Pamela Zilly | 09/04/02 | 1.0 | Tax Issues | Call with E. Filon re: tax effects of COLI settlement |
| Richard Shinder | 09/04/02 | 1.5 | Tax Issues | Read tax memos re: effects for companies in Ch 11 |
| David Blechman | 09/04/02 | 2.0 | Tax Issues | Review COLI materials, email to E. Filon re same |
| Pamela Zilly | 09/05/02 | 1.0 | Tax Issues | Call with E. Filon re: tax issues |
| Pamela Zilly | 09/06/02 | 0.5 | Tax Issues | Call with E. Filon re: tax issues |
| Pamela Zilly | 09/09/02 | 1.5 | Tax Issues | Prepare analysis of tax memo and questions |
| Pamela Zilly | 09/09/02 | 2.0 | Tax Issues | Call with E. Filon, T. Maynes, and B. Tarola re: tax issues |
| Pamela Zilly | 09/09/02 | 0.5 | Tax Issues | Meeting with D. Blechman re: same |
| David Blechman | 09/09/02 | 1.0 | Tax Issues | Call re tax with P. Zilly, E. Filon, et al. |
| David Blechman | 09/09/02 | 0.5 | Tax Issues | Meeting with P. Zilly re: same |
| David Blechman | 09/09/02 | 2.0 | Tax Issues | Analyze tax impact of COLI settlement |
| Pamela Zilly | 09/11/02 | 0.5 | Tax Issues | Call with M. Shelnitz re: COLI motion |
| Pamela Zilly | 09/11/02 | 0.5 | Tax Issues | Call with E. Filon re: COLI motion |
| Pamela Zilly | 09/11/02 | 1.0 | Tax Issues | Read IRS draft settlement letter re: COLI policies |
| Pamela Zilly | 09/13/02 | 2.0 | Tax Issues | Analysis of financial statements, and cash flows re: COLI |
| Pamela Zilly | 09/19/02 | 1.0 | Tax Issues | Read latest COLI motion |
| David Blechman | 09/19/02 | 1.0 | Tax Issues | Discussion with D. Blechman re: effects of COLI settlement |
| David Blechman | 09/19/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: effects of COLI settlement on 80/20 basis |
| Pamela Zilly | 09/19/02 | 0.5 | Tax Issues | Call with E. Filon re: tax effects of restructuring alternatives |
| Pamela Zilly | 09/19/02 | 2.0 | Tax Issues | Review analysis of COLI policies and cash flows and tax impacts |
| Pamela Zilly | 09/19/02 | 1.5 | Tax Issues | Read Board Presentation re: COLI settlement issues |
| David Blechman | 09/19/02 | 2.0 | Tax Issues | Analysis of financial effects of COLI settlement |
| Pamela Zilly | 09/19/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: effects of COLI settlement on 80/20 basis |
| Pamela Zilly | 09/20/02 | 1.0 | Tax Issues | Review and provide comments on attachments to COLI motion |
| David Blechman | 09/20/02 | 1.5 | Tax Issues | Call with E. Filon, M. Shelnitz, and R. Higgins re: review of Colit motion re 08/20/02 IRS settlement |
| Pamela Zilly | 09/20/02 | 0.5 | Tax Issues | Read latest draft of COLI motion |
| David Blechman | 09/20/02 | 1.0 | Tax Issues | Review COLI motion |
| Pamela Zilly | 09/21/02 | 1.0 | Tax Issues | Read latest draft of COLI motion |
| Pamela Zilly | 09/22/02 | 1.0 | Tax Issues | Read latest draft of COLI motion |
| David Blechman | 09/22/02 | 1.0 | Tax Issues | Review and revise COLI motion |
| Pamela Zilly | 09/23/02 | 1.0 | Tax Issues | Read and provide comments on Executive summary to be sent to financial advisors re: COLI motion |
| Pamela Zilly | 09/23/02 | 1.0 | Tax Issues | Read and provide comments on latest draft of COLI motion |
| Pamela Zilly | 09/23/02 | 0.5 | Tax Issues | Conference call with E. Filon, and R. Higgins to finalize COLI motion |
| David Blechman | 09/23/02 | 2.0 | Tax Issues | Read and provide comments on motions and executive summary to be given to financial advisors for COLI |
| Michael Alexander | 09/23/02 | 2.0 | Tax Issues | Relook at COLI settlement issues and sensitivity re: cash flows |
| Michael Alexander | 09/24/02 | 1.0 | Tax Issues | Relook at COLI settlement issues and sensitivity re: cash flows |
| Michael Alexander | 09/25/02 | 1.0 | Tax Issues | Read tax memo |
| Pamela Zilly | 09/26/02 | 1.0 | Tax Issues | Read memo re: Fresenious tax issues |
| Richard Shinder | 09/27/02 | 1.5 | Tax Issues | Review COLI motion and analysis |

**52.0**

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2002 - SEPTEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/03/02 | 0.5 | Valuation | Meeting with D. Blechman re: restructuring alternatives |
| David Blechman | 09/03/02 | 0.5 | Valuation | Meeting with P. Zilly re: restructuring alternatives |
| David Blechman | 09/03/02 | 1.0 | Valuation | Review selected public filings re restructuring alternatives |
| Richard Shinder | 09/11/02 | 2.0 | Valuation | Review Valuation Analysis and outline alternative scenarios |
| David Blechman | 09/14/02 | 1.0 | Valuation | Review public documents re: strategic alternatives |
| Richard Shinder | 09/20/02 | 1.0 | Valuation | Read versions of motions to be filed, provide comments on COLI motion |
| Michael Alexander | 09/20/02 | 2.0 | Valuation | Updates to RES Model |
| Ramsey Jishi | 09/22/02 | 2.5 | Valuation | Research comparable joint ventures to Debtors business |
| Ramsey Jishi | 09/22/02 | 4.5 | Valuation | Research fraudulent conveyance legal cases and drafted summary of restructuring alternatives . |
| Ramsey Jishi | 09/23/02 | 1.0 | Valuation | Read tax memo re: ch 11 effects |
| Pamela Zilly | 09/24/02 | 3.0 | Valuation | Review financial assumptions of RES Model re: 2002 operating forecast, projections |
| Pamela Zilly | 09/25/02 | 4.0 | Valuation | Prepare summary of valuation analysis and alternatives re: 09/30/02 meeting |
| Pamela Zilly | 09/25/02 | 2.0 | Valuation | Prepare summary of POR alternatives - tax issues |
| Pamela Zilly | 09/26/02 | 0.5 | Valuation | Discussion with D. Blechman re: Analysis for 09/30/02 meeting |
| David Blechman | 09/26/02 | 0.5 | Valuation | Discussion with P. Zilly re: Work/presentation for 09/30/02 meeting |
| David Blechman | 09/26/02 | 2.0 | Valuation | Prepare analysis for 09/30/02 meeting |
| David Blechman | 09/27/02 | 2.0 | Valuation | Prepare analysis for 09/30/02 meeting |
| Pamela Zilly | 09/29/02 | 3.0 | Valuation | Prepare for 09/30/02 meeting |
| Pamela Zilly | 09/30/02 | 2.5 | Valuation | Travel to Columbia for meeting with Grace management re: restructuring alternatives, tax, and business implications |
| Pamela Zilly | 09/30/02 | 5.0 | Valuation | Meeting with Grace management re: restructuring alternatives |
| Richard Shinder | 09/30/02 | 1.0 | Valuation | Discussion with P. Zilly re: POR alternatives |
| Pamela Zilly | 09/30/02 | 1.0 | Valuation | Discussion with R. Shinder re: POR alternatives |

42.5

# The Blackstone Group

November 12, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Advisory fee for the period September 1, 2002 through September 30, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's administrative order: | | (35,000.00) |

Out-of-pocket expenses for the period through September 30, 2002:[1]

| | | |
|---|---:|---:|
| Travel | 754.05 | |
| Meals | 315.94 | |
| Professional Legal Fee | 510.00 | |
| Communications | 11.78 | |
| Photocopying | 20.10 | 1,611.87 |

| | | |
|---|---:|---:|
| **Total Due** | $ | **141,611.87** |

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2989-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

Blackstone Financial Services®

## W.R. GRACE
### Expense Summary
### Processed Through
### September 30, 2002
### Invoice No. 2989-T

|  |  | GL Detail Sep-02 | Total Expenses |
|---|---|---:|---:|
| Car Services - Elite | 11218 | $ 237.05 | 237.05 |
| Travel - Local | 11222 | 110.00 | 110.00 |
| Travel - Railroad | 11225 | 407.00 | 407.00 |
| Meals | 11228 | 315.94 | 315.94 |
| Professional Legal Fee | 11259 | 510.00 | 510.00 |
| Federal Express | 11270 | 11.78 | 11.78 |
| Photocopying | 11281 | 20.10 | 20.10 |
| **Total Expenses** |  | $ 1,611.87 | $ 1,611.87 |

|  |  |
|---|---:|
| Travel | 754.05 |
| Meals | 315.94 |
| Professional Legal Fee | 510.00 |
| Communications | 11.78 |
| Photocopying | 20.10 |
| Total Expenses | $ 1,611.87 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**September 30, 2002**
**Invoice No. 2989-T**

### Car Services
#### Elite

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| de Almeida (car home from 345 Park Avenue) | 08/13/02 | 47.92 | |
| de Almeida (car home from 345 Park Avenue) | 08/14/02 | 47.92 | |
| de Almeida (car home from 345 Park Avenue) | 08/15/02 | 47.92 | |
| Zilly (car to Lincoln Center from 345 Park Avenue) | 07/18/02 | 20.39 | |
| Zilly (car to Penn Station from home) | 07/22/02 | 28.04 | |
| Zilly (car home from 345 Park Avenue) | 07/29/02 | 19.37 | |
| Zilly (car to Penn Station from home) | 08/26/02 | 25.49 | |
| **Subtotal - Car Services** | | | **237.05** |

### Travel - Local

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Blechman (late night taxi home from 345 Park Avenue) | 08/19/02 | 6.00 | |
| Blechman (taxi to 345 Park Avenue from home) | 08/22/02 | 10.00 | |
| Blechman (late night taxi home from 345 Park Avenue) | 08/24/02 | 6.00 | |
| Blechman (4 taxis to/from home and 345 Park Avenue) | 08/25/02 | 20.50 | |
| Blechman (taxi from 345 Park Avenue to Penn Station) | 08/26/02 | 7.50 | |
| Blechman (taxi to airport from 345 Park Avenue) | 08/26/02 | 60.00 | |
| **Subtotal - Travel - Local** | | | **110.00** |

### Travel - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Alexander (trip to Columbia for 06/03/02 meeting w/WRG) | 05/31/02 | 428.00 | |
| Blechman | 07/11/02 | (219.00) | |
| Zilly (trip to Wilmington, DE for 07/22/02 hearing) | 07/19/02 | 198.00 | |
| **Subtotal - Travel - Railroad** | | | **407.00** |

### Meals[1]

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Alexander | 05/28/02 | 20.00 | |
| Publishing Services | 08/13/02 | 10.04 | |
| Publishing Services | 08/15/02 | 8.75 | |
| Publishing Services | 08/15/02 | 10.84 | |
| Zilly | 07/29/02 | 249.33 | |
| Zilly | 08/07/02 | 7.68 | |
| Zilly | 08/13/02 | 9.30 | |
| **Subtotal - Meals** | | | **315.94** |

---

[1] See paragraph 12 of Blackstone's 6th Interim Application.

W.R. GRACE
Expense Detail
Processed Through
September 30, 2002
Invoice No. 2989-T

| | | | |
|---|---|---|---|
| **Professional Legal Fee[2]** | | | |
| Simpson Thacher & Bartlett | 07/31/02 | 510.00 | |
| | Subtotal - Professional Legal Fee | | 510.00 |
| | | | |
| **Communications** | | | |
| **Federal Express** | | | |
| Blechman | 08/27/02 | 11.78 | |
| | Subtotal - Communications | | 11.78 |
| | | | |
| **Photocopying** | | | |
| Blechman | 08/19/03 - 08/25/02 | 20.10 | |
| | Subtotal - Photocopying | | 20.10 |
| | | | |
| | Total Expenses | | $ 1,611.87 |

---

[2] Response to Fee Auditor's 1st Report.