# EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: December 3, 2002 at 4:00 p.m. |

**FIFTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.
FOR COMPENSATION SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM THROUGH AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

Name of Applicant:                    THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:             Debtors

Date of Retention Order:              June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:              August 1, 2002 – August 31, 2002

| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $3,547.21

This is a  x  monthly __ interim  ____ final application

The total time expended for fee application preparation is approximately 4 hours and the
corresponding compensation requested is $0.00.

2501560

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | -- | -- |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | -- | -- |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | -- | -- |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | -- | -- |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | -- | -- |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | -- | -- |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | -- | -- |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | -- | -- |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | -- | -- |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | -- | -- |
| N/A | July 2002 | $175,000.00 | $2,603.74 | -- | -- |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 86.5 |
| Richard Shinder | Managing Director | 12.5 |
| David Blechman | Associate | 161.0 |
| Michael Alexander | Associate | 5.0 |
| Ramsey Jishi | Analyst | 99.5 |
| | Total | 364.5 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2002 - AUGUST 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/07/02 | 1.0 | Business Analysis | Meeting with D. Blechman re: F. Gilbert call, and operating results |
| David Blechman | 08/07/02 | 0.5 | Business Analysis | Call with Gilbert re: strategic transaction, and update call |
| David Blechman | 08/07/02 | 1.0 | Business Analysis | Meeting with P. Zilly call with F. Gilbert |
| Pamela Zilly | 08/08/02 | 1.0 | Business Analysis | Read Delone's 2nd Q operating report |
| Pamela Zilly | 08/09/02 | 1.5 | Business Analysis | Review information and call with G. Poling, and S. Farnsworth re: Project Puerto |
| David Blechman | 08/09/02 | 1.0 | Business Analysis | Review project Puerto |
| David Blechman | 08/09/02 | 1.0 | Business Analysis | Call with G. Poling re: same |
| David Blechman | 08/27/02 | 1.0 | Business Analysis | Call with Gilbert re: GHI transaction |
| | | **8.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2002 - AUGUST 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/08/02 | 1.0 | Case Administration | Read Unsecured Creditors Memorandum in Support of Debtors' Case Management Proposal |
| Pamela Zilly | 08/08/02 | 1.0 | Case Administration | Call with Creditors re: Wolin decision |
| Pamela Zilly | 08/08/02 | 0.5 | Case Administration | Read Debtors' Motion to Extend Exclusivity |
| Pamela Zilly | 08/13/02 | 0.5 | Case Administration | Calls with creditors re: McDermott International settlement re: Babcock & Wilcox |
| Pamela Zilly | 08/17/02 | 0.5 | Case Administration | Read Unsecured Creditors Committee Memorandum re: Case management proposal |
| Pamela Zilly | 08/20/02 | 0.5 | Case Administration | Read certification of counsel re: Proposed Order on Science Trial |
| Pamela Zilly | 08/21/02 | 1.0 | Case Administration | Compile and sent to P. Norris information on other tort targets |
| Pamela Zilly | 08/26/02 | 2.0 | Case Administration | Post hearing meeting with P. Norris, and D. Bernick re: fraudulent conveyance case |
| | | 7.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/08/02 | 1.0 | Committee | Call with B. Tarola, S. Farnsworth, and Committees' financial advisors re: 2nd Q operating results |
| David Blechman | 08/08/02 | 1.0 | Committee | Participate in earnings update call |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/08/02 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: status of depositives on compensation motion |
| Pamela Zilly | 08/13/02 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: status of response compensation motion |
| Pamela Zilly | 08/14/02 | 0.5 | Employee Benefits/Pension | Meeting with D. Blechman re: compensation motion rewrite |
| Pamela Zilly | 08/14/02 | 1.0 | Employee Benefits/Pension | Research prior court confirmed compensation motions |
| David Blechman | 08/14/02 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: comp motion |
| David Blechman | 08/14/02 | 0.5 | Employee Benefits/Pension | Meeting with P. Zilly re: employee compensation motion |
| Pamela Zilly | 08/15/02 | 1.5 | Employee Benefits/Pension | Research prior confirmed comparable compensation plans in preparation for contested hearing |
| Pamela Zilly | 08/16/02 | 1.0 | Employee Benefits/Pension | Read PD supplemental objection of to compensation programs |
| Pamela Zilly | 08/16/02 | 1.0 | Employee Benefits/Pension | Meeting with D. Blechman, and call with B. McGowan |
| David Blechman | 08/16/02 | 1.0 | Employee Benefits/Pension | Review PD Committee compensation motion |
| David Blechman | 08/16/02 | 1.0 | Employee Benefits/Pension | Call with P. Zilly, and B. McGowan re: same |
| Pamela Zilly | 08/19/02 | 2.0 | Employee Benefits/Pension | Read and provide comments on Debtors' response motion to PD opposition motion for compensation programs |
| Pamela Zilly | 08/20/02 | 0.5 | Employee Benefits/Pension | Meeting with D. Blechman re: compensation response exhibits |
| Pamela Zilly | 08/20/02 | 1.5 | Employee Benefits/Pension | Comments on 2nd draft of response motion |
| Pamela Zilly | 08/20/02 | 1.0 | Employee Benefits/Pension | Call with P. Norris, C. Lane, J. Kapp, and B. McGowan re: comments to response motion |
| David Blechman | 08/20/02 | 1.0 | Employee Benefits/Pension | Review response to comp motion |
| David Blechman | 08/20/02 | 0.5 | Employee Benefits/Pension | Meetings with P. Zilly re: same |
| David Blechman | 08/20/02 | 1.5 | Employee Benefits/Pension | Call with Norris, P. Zilly, Counsel, et.al re: response motion |
| Pamela Zilly | 08/21/02 | 1.0 | Employee Benefits/Pension | Provide comments on compensation response motion |
| Pamela Zilly | 08/22/02 | 1.0 | Employee Benefits/Pension | Comments on  response motion |
| Pamela Zilly | 08/22/02 | 1.0 | Employee Benefits/Pension | Comments on final draft of response motion to PD objection to employee compensation motion |
| Pamela Zilly | 08/22/02 | 1.0 | Employee Benefits/Pension | Review supporting detail for LTIP plan |
| David Blechman | 08/22/02 | 1.0 | Employee Benefits/Pension | Review revised response motion |
| David Blechman | 08/22/02 | 1.0 | Employee Benefits/Pension | Call with B. McGowan re: same |
| David Blechman | 08/22/02 | 2.0 | Employee Benefits/Pension | Prepare supporting analysis of LTIP Plan re: response |

25.0

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 08/12/02 | 2.5 | Fee Applications | Work on fee app |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/26/02 | 2.0 | Hearings | Attend Bankruptcy Court hearing re: compensation hearing |
| Pamela Zilly | 08/26/02 | 1.5 | Hearings | Pre-meeting with P. Norris, D. Siegel, B. McGowan, D. Bernick, and Kapp before hearing |
| David Blechman | 08/26/02 | 1.5 | Hearings | Meeting with P. Zilly, and P. Norris et al pre-hearing |
| David Blechman | 08/26/02 | 3.0 | Hearings | Attend court hearing |
| David Blechman | 08/26/02 | 2.0 | Hearings | Post hearing meeting with P. Norris, D. Bernick, P. Zilly, and D. Siegel |
| Pamela Zilly | 08/27/02 | 0.5 | Hearings | Call with R. Shinder re: P. Norris meeting/hearing |
| Richard Shinder | 08/27/02 | 0.5 | Hearings | Update with P. Zilly re: hearing and meeting with Norris |
| | | 11.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/12/02 | 1.5 | Tax Issues | Research specific plan of reorganization tax issues |
| Pamela Zilly | 08/12/02 | 1.0 | Tax Issues | Call with E. Filon re: plan of reorganizations tax issues |
| Richard Shinder | 08/12/02 | 0.5 | Tax Issues | Review tax memos |
| Pamela Zilly | 08/21/02 | 1.0 | Tax Issues | Call with E. Filon re: tax issues re: POR |
| Pamela Zilly | 08/21/02 | 1.0 | Tax Issues | Meeting with D. Blechman, and R. Jishi re: call with Filon on tax effects on restructuring alternatives |
| David Blechman | 08/21/02 | 1.0 | Tax Issues | Call with E. Filon re: same, and tax issues |
| Pamela Zilly | 08/22/02 | 1.0 | Tax Issues | Read and provide comments on memo regarding tax issues regarding plan of reorganization alternatives |
| Pamela Zilly | 08/23/02 | 1.0 | Tax Issues | Call with E. Filon on IRS discussions re: open tax issues |
| Pamela Zilly | 08/28/02 | 1.0 | Tax Issues | Read and respond to correspondence regarding tax issues, setoff, COLI, IRS settlement between E. Filon, and R. Higgins |
| Pamela Zilly | 08/29/02 | 1.0 | Tax Issues | Read and respond to correspondence regarding tax issues, setoff, COLI, IRS settlement between E. Filon, and R. Higgins |
| Pamela Zilly | 08/30/02 | 1.0 | Tax Issues | Read and respond to correspondence regarding tax issues, setoff, COLI, IRS settlement between E. Filon, and R. Higgins |
| David Blechman | 08/21/02 | 1.0 | Tax Issues | Meetings with P. Zilly, and R. Jishi re: restructuring alternatives |
| Ramsey Jishi | 08/21/02 | 1.0 | Tax Issues | Meeting with P. Zilly, and D. Blechman re: Valuation Analysis and presentation |
|  |  | 13.0 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2002 - AUGUST 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/01/02 | 1.0 | Valuation | Discussion with D. Blechman re: assumptions for Valuation Analysis |
| David Blechman | 08/01/02 | 1.0 | Valuation | Discussion with P. Zilly re: assumptions for Valuation Analysis |
| Pamela Zilly | 08/02/02 | 1.0 | Valuation | Read write-ups on comparable companies, industry research on credit statistics |
| Michael Alexander | 08/02/02 | 2.0 | Valuation | Revisions to RES Model to inputs for Valuation Analysis |
| David Blechman | 08/06/02 | 3.5 | Valuation | Review public information for Valuation Analysis |
| David Blechman | 08/06/02 | 3.0 | Valuation | Modeling work |
| Michael Alexander | 08/06/02 | 2.0 | Valuation | Restructure RES Model to inputs for Valuation Analysis |
| Pamela Zilly | 08/07/02 | 2.0 | Valuation | Review material re: revisions to Valuation Analysis |
| Pamela Zilly | 08/07/02 | 2.0 | Valuation | Outline of valuation output and assumptions |
| Pamela Zilly | 08/08/02 | 0.5 | Valuation | Meeting with D. Blechman re: RES Model |
| Richard Shinder | 08/08/02 | 1.0 | Valuation | Review financial statement structure of analysis |
| David Blechman | 08/08/02 | 5.0 | Valuation | Meetings with R. Jishi re: model, revise model |
| David Blechman | 08/08/02 | 2.0 | Valuation | Draft restructuring model discussion materials, and meeting with P. Zilly re: same |
| David Blechman | 08/08/02 | 1.5 | Valuation | Review restructuring model with R. Jishi |
| Ramsey Jishi | 08/08/02 | 1.5 | Valuation | Meeting with D. Blechman re: restructuring model |
| Ramsey Jishi | 08/08/02 | 4.0 | Valuation | Revisions to RES Model, structure of Valuation Analysis |
| Pamela Zilly | 08/09/02 | 1.0 | Valuation | Meeting with D. Blechman re: Valuation analysis |
| David Blechman | 08/09/02 | 3.0 | Valuation | Meetings with P. Zilly, and R. Jishi re: restructuring model |
| David Blechman | 08/09/02 | 2.0 | Valuation | Process revisions to same |
| Michael Alexander | 08/09/02 | 1.0 | Valuation | Revisions to RES Model to inputs for Valuation Analysis |
| Ramsey Jishi | 08/09/02 | 3.0 | Valuation | Prepare Valuation Analysis |
| Ramsey Jishi | 08/09/02 | 1.5 | Valuation | Revisions to Valuation Analysis |
| Ramsey Jishi | 08/09/02 | 3.0 | Valuation | Meetings with D. Blechman, and P. Zilly re: Valuation Analysis, and RES Model |
| David Blechman | 08/11/02 | 2.0 | Valuation | Review restructuring discussion materials |
| Ramsey Jishi | 08/11/02 | 4.5 | Valuation | Revisions to Valuation Analysis |
| Pamela Zilly | 08/12/02 | 1.0 | Valuation | Meeting with D. Blechman re: Valuation analysis |
| David Blechman | 08/12/02 | 1.0 | Valuation | Meeting with R. Jishi re: valuation/strategic alternatives |
| David Blechman | 08/12/02 | 1.0 | Valuation | Meeting with P. Zilly re: Valuation analysis |
| David Blechman | 08/12/02 | 1.5 | Valuation | Review comparable company data |
| Ramsey Jishi | 08/12/02 | 4.0 | Valuation | Revisions to Valuation Analysis |
| Ramsey Jishi | 08/12/02 | 1.0 | Valuation | Conference call with P. Zilly, and D. Blechman |
| Ramsey Jishi | 08/12/02 | 1.0 | Valuation | Meeting with D. Blechman re: valuation/strategic alternatives |
| Ramsey Jishi | 08/12/02 | 4.0 | Valuation | Revise Valuation Analysis re: taxes |
| Pamela Zilly | 08/13/02 | 0.5 | Valuation | Discussion with R. Shinder re: POR structures and impact on valuation analysis |
| Richard Shinder | 08/13/02 | 0.5 | Valuation | Discussion with P. Zilly re: analysis |
| David Blechman | 08/13/02 | 1.5,0 | Valuation | Prepare materials re: restructuring alternatives |
| Ramsey Jishi | 08/13/02 | 4.0 | Valuation | Analyze additional comparable companies for inclusion into restructuring model |
| Ramsey Jishi | 08/13/02 | 8.0 | Valuation | Rework Valuation analyses for consideration of comparable companies |
| David Blechman | 08/14/02 | 7.5 | Valuation | Reviewed, and revise materials re: Valuation Analysis; and meetings with R. Jishi |
| Ramsey Jishi | 08/14/02 | 1.0 | Valuation | Discussion with D. Blechman re: comparable companies |
| Ramsey Jishi | 08/14/02 | 3.0 | Valuation | Update restructuring model re: comparable companies |
| Pamela Zilly | 08/15/02 | 1.0 | Valuation | Meeting with D. Blechman re: status Valuation analysis updates and inputs |
| David Blechman | 08/15/02 | 7.0 | Valuation | Review and revise materials re: Valuation Analysis |
| David Blechman | 08/15/02 | 1.0 | Valuation | Meeting with R. Jishi re: Valuation Analysis |
| David Blechman | 08/15/02 | 1.0 | Valuation | Meeting with P. Zilly re: Valuation Analysis |
| Ramsey Jishi | 08/15/02 | 1.0 | Valuation | Meeting with D. Blechman re: RES model |
| Pamela Zilly | 08/16/02 | 1.0 | Valuation | Call with R. Shinder re: RES Model and tax analysis |
| Richard Shinder | 08/16/02 | 0.5 | Valuation | Update call with D. Blechman, and R. Jishi |
| Richard Shinder | 08/16/02 | 1.0 | Valuation | Update with P. Zilly re: restructuring analysis and tax issues |
| David Blechman | 08/16/02 | 10.0 | Valuation | Review and revise materials re: restructuring alternatives |
| David Blechman | 08/16/02 | 0.5 | Valuation | Meeting with Shinder re: same |
| Ramsey Jishi | 08/16/02 | 0.5 | Valuation | Meeting with R. Shinder re: same |
| Pamela Zilly | 08/17/02 | 2.0 | Valuation | Review draft of Valuation analysis and presentation |
| David Blechman | 08/17/02 | 6.0 | Valuation | Revise Excel model supporting restructuring alternatives analysis |
| Ramsey Jishi | 08/17/02 | 3.0 | Valuation | Update RES model re: comparable companies |
| Pamela Zilly | 08/18/02 | 3.0 | Valuation | Review and make changes to draft analysis and presentation |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2002 - AUGUST 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/18/02 | 1.5 | Valuation | Call with D. Blechman, and R. Jishi re: revisions to presentations |
| David Blechman | 08/18/02 | 1.5 | Valuation | Call with P. Zilly, and R. Jishi re: restructuring alternatives |
| Ramsey Jishi | 08/18/02 | 1.5 | Valuation | Call with P. Zilly, and D. Blechman re: restructuring model |
| Pamela Zilly | 08/19/02 | 2.0 | Valuation | Meeting with R. Shinder, D. Blechman, and R. Jishi re: restructuring scenarios |
| Richard Shinder | 08/19/02 | 2.0 | Valuation | Meeting with P. Zilly, D. Blechman, and R. Jishi re: POR strategy analysis |
| David Blechman | 08/19/02 | 4.0 | Valuation | Finalize draft analyses for discussion 8/19 |
| David Blechman | 08/19/02 | 2.0 | Valuation | Meeting with P. Zilly, R. Shinder, and R. Jishi re; analysis |
| David Blechman | 08/19/02 | 0.5 | Valuation | Review and revise materials re: Valuation Analysis |
| Ramsey Jishi | 08/19/02 | 2.0 | Valuation | Meeting with R. Shinder, D. Blechman, and P. Zilly re: analysis |
| Ramsey Jishi | 08/19/02 | 6.0 | Valuation | Revise valuation analysis for different assumptions |
| Pamela Zilly | 08/20/02 | 6.0 | Valuation | Review Draft analysis re: revise Valuation analysis |
| Pamela Zilly | 08/20/02 | 1.0 | Valuation | Meeting with D. Blechman re: analysis |
| Richard Shinder | 08/20/02 | 1.0 | Valuation | Review RES Model and Valuation Analysis |
| David Blechman | 08/20/02 | 2.0 | Valuation | Meetings with R. Jishi re: modeling of Valuation Analysis |
| David Blechman | 08/20/02 | 3.5 | Valuation | Review and revise materials re: same |
| David Blechman | 08/20/02 | 1.0 | Valuation | Meeting with P. Zilly re: Valuation Analysis, and presentation |
| Ramsey Jishi | 08/20/02 | 2.0 | Valuation | Discussion with D. Blechman re: updated model |
| Ramsey Jishi | 08/20/02 | 7.0 | Valuation | Modify restructuring model based on P. Zilly, and D. Blechman's conversation |
| Richard Shinder | 08/21/02 | 1.0 | Valuation | Review RES Model and Valuation Analysis, and provide comments |
| Pamela Zilly | 08/21/02 | 2.0 | Valuation | Review and provide comments on valuation analysis |
| Pamela Zilly | 08/21/02 | 1.0 | Valuation | Call with P. Norris re: POR alternatives |
| David Blechman | 08/21/02 | 2.0 | Valuation | Revise and excerpt information for Norris |
| David Blechman | 08/21/02 | 9.0 | Valuation | Review and revise materials re: Valuation Analysis, and presentation |
| Ramsey Jishi | 08/21/02 | 2.0 | Valuation | Revise Valuation Analysis for different assumptions |
| Ramsey Jishi | 08/21/02 | 2.5 | Valuation | Work on management presentation re: precedent transactions |
| Pamela Zilly | 08/22/02 | 4.0 | Valuation | Review draft presentation of Valuation Analysis; and meetings with D. Blechman to review analysis |
| Pamela Zilly | 08/22/02 | 3.5 | Valuation | Read and markup presentation on Valuation Analysis |
| David Blechman | 08/22/02 | 10.0 | Valuation | Review and revise Valuation Analysis, and presentation |
| Ramsey Jishi | 08/22/02 | 4.5 | Valuation | Update RES model, Valuation Analysis to conform to new assumptions |
| Pamela Zilly | 08/23/02 | 2.0 | Valuation | Further rewrite of presentation |
| Pamela Zilly | 08/23/02 | 1.5 | Valuation | Meeting with D. Blechman re: status and to provide input and changes to analysis |
| Richard Shinder | 08/23/02 | 2.0 | Valuation | Review RES Model and Valuation Analysis, and provide comments |
| David Blechman | 08/23/02 | 1.5 | Valuation | Meeting with P. Zilly re: restructuring alternatives materials |
| David Blechman | 08/23/02 | 8.0 | Valuation | Review and revise same with R. Jishi |
| Ramsey Jishi | 08/23/02 | 1.0 | Valuation | Meeting with P. Zilly, and D. Blechman re: presentation |
| Ramsey Jishi | 08/23/02 | 5.0 | Valuation | Review and revise re: presentation with D. Blechman |
| Pamela Zilly | 08/24/02 | 2.0 | Valuation | Rewrite of presentation |
| Pamela Zilly | 08/24/02 | 1.0 | Valuation | Calls with D. Blechman to provide comments on presentation |
| Pamela Zilly | 08/24/02 | 0.5 | Valuation | Call with R. Shinder re: Valuation Analysis |
| Richard Shinder | 08/24/02 | 0.5 | Valuation | Discussion with P. Zilly re: Valuation Analysis |
| Richard Shinder | 08/24/02 | 2.0 | Valuation | Review analysis |
| David Blechman | 08/24/02 | 1.0 | Valuation | Call with P. Zilly re: Valuation Analysis, and presentation |
| David Blechman | 08/24/02 | 4.0 | Valuation | Review and revise same with R. Jishi |
| Ramsey Jishi | 08/24/02 | 5.0 | Valuation | Get comments and make changes to Valuation Analysis and presentation |
| Pamela Zilly | 08/25/02 | 2.0 | Valuation | Calls with D. Blechman to provide further comments on presentation |
| Pamela Zilly | 08/25/02 | 1.0 | Valuation | Read final version of presentation and analysis |
| David Blechman | 08/25/02 | 2.0 | Valuation | Calls with P. Zilly re: comments to presentation |
| David Blechman | 08/25/02 | 5.0 | Valuation | Review and revise same with R. Jishi |
| Ramsey Jishi | 08/25/02 | 2.0 | Valuation | Call with P. Zilly, and D. Blechman re: changes and comments to presentation |
| Ramsey Jishi | 08/25/02 | 10.0 | Valuation | Complete Valuation Analysis incorporate comments and prepare final version of presentation for 08/26/02 meeting |
| Pamela Zilly | 08/26/02 | 1.5 | Valuation | Train to Wilmington; review presentation issues for Norris discussion |
| David Blechman | 08/26/02 | 3.0 | Valuation | Travel to and from Wilmington, DE; meeting with P. Zilly re: restructuring alternative materials |
| | | **296.0** | | |

# The Blackstone Group

November 12, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Advisory fee for the period August 1, 2002 through August 31, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's administrative order | | (35,000.00) |

Out-of-pocket expenses for the period through August 31, 2002:[1]

| | | | |
|---|---|---|---|
| Airfare & Other Travel | $ 1,174.72 | | |
| Meals & Lodging | 416.20 | | |
| Research | 1,849.67 | | |
| Communications | 63.72 | | |
| Photocopying | 42.90 | 3,547.21 |

**Total Due**                          **$    143,547.21**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 2926-T

---

[1] Expenses incurred, but not yet processed due to timing differences will
    be billed at a later date.

The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154
212 583 5000

Blackstone Financial Services®

**W.R. GRACE**
**Expense Summary**
**Processed Through**
**August 31, 2002**
**Invoice No. 2926-T**

|  |  | GL Detail Aug-02 | Total Expenses |
|---|---|---|---|
| Research - In-House | 11212 | $ 1,268.03 | $ 1,268.03 |
| Airfare | 11216 | 207.00 | 207.00 |
| Car Services - Elite | 11218 | 115.72 | 115.72 |
| Travel - Out-Of-Town | 11223 | 40.00 | 40.00 |
| Travel - Railroad | 11225 | 812.00 | 812.00 |
| Meals | 11228 | 187.35 | 187.35 |
| Lodging | 11230 | 228.85 | 228.85 |
| Research - Multex | 11235 | 28.90 | 28.90 |
| Research - Disclosure | 11236 | 325.06 | 325.06 |
| Research - Factset | 11242 | 227.68 | 227.68 |
| Fax | 11266 | 43.75 | 43.75 |
| Federal Express | 11270 | 19.97 | 19.97 |
| Photocopying | 11281 | 42.90 | 42.90 |
| **Total Expenses** |  | $ 3,547.21 | $ 3,547.21 |

| | |
|---|---|
| Airfare & Other Travel | $ 1,174.72 |
| Meals & Lodging | 416.20 |
| Research | 1,849.67 |
| Communications | 63.72 |
| Photocopying | 42.90 |
| **Total Expenses** | $ 3,547.21 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**August 31, 2002**
**Invoice No. 2926-T**

**Airfare**
| | | | |
|---|---|---|---|
| Blechman (flight from Columbia to New York) | 06/19/02 | 207.00 | |
| | **Subtotal - Airfare** | | **$ 207.00** |

**Car Services**
**Elite**
| | | |
|---|---|---|
| Alexander (car home from 345 Park Avenue) | 06/14/02 | 22.43 |
| de Almeida (car home from 345 Park Avenue) | 06/19/02 | 47.92 |
| Publishing Services (car home from 345 Park Avenue) | 06/07/02 | 22.43 |
| Zilly (car to Penn Station from 345 Park Avenue) | 06/17/02 | 22.94 |
| | **Subtotal - Car Services** | **115.72** |

**Travel - Out-Of-Town**
| | | |
|---|---|---|
| Alexander (taxi to WRG from BWI station) | 06/03/02 | 40.00 |
| | **Subtotal - Travel - Out-Of-Town** | **40.00** |

**Travel - Railroad**
| | | |
|---|---|---|
| Blechman (meeting in Columbia w/leadership team) | 06/17/02 | 438.00 |
| Blechman (trip to Columbia for meeting with WRG on 7/11/02) | 07/09/02 | 374.00 |
| | **Subtotal - Travel - Railroad** | **812.00** |

**Meals**[1]
| | | |
|---|---|---|
| Alexander | 04/05/02 | 20.00 |
| Alexander | 04/10/02 | 20.00 |
| Alexander | 04/11/02 | 20.00 |
| Alexander | 06/10/02 | 20.00 |
| Blechman | 03/21/02 | 20.00 |
| Blechman | 04/10/02 | 20.00 |
| Blechman | 05/28/02 | 20.00 |
| Blechman | 06/18/02 | 20.00 |
| Blechman | 07/08/02 | 20.00 |
| Zilly | 07/16/02 | 7.35 |
| | **Subtotal - Meals** | **187.35** |

[1] See paragraph 12 of Blackstone's 6th Interim Application.

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**August 31, 2002**
**Invoice No. 2926-T**

**Lodging**
Blechman (meeting in Columbia w/WRG)

| | | |
|---|---|---|
| 06/20/02 | 228.85 | |
| Subtotal - Lodging | | 228.85 |

**Research**
**In-House**
Jishi

| | | |
|---|---|---|
| 08/01/02 - 08/15/02 | 1,268.03 | |
| Subtotal - In-House | | 1,268.03 |

**Multex**
Jishi

| | | |
|---|---|---|
| 08/01/02 - 08/15/02 | 28.90 | |
| Subtotal - Multex | | 28.90 |

**Disclosure**
Jishi

| | | |
|---|---|---|
| 08/01/02 - 08/15/02 | 325.06 | |
| Subtotal - Disclosure | | 325.06 |

**Factset**
Jishi

| | | |
|---|---|---|
| 08/01/02 - 08/15/02 | 227.68 | |
| Subtotal - Factset | | 227.68 |
| Subtotal - Research | | 1,849.67 |

**Communications**
**Fax**
Bolger

| | | |
|---|---|---|
| July-02 | 43.75 | |
| Subtotal - Fax | | 43.75 |

**Federal Express**
de Almeida
Zilly

| | | |
|---|---|---|
| 08/15/02 | 10.88 | |
| 08/15/02 | 9.09 | |
| Subtotal - Federal Express | | 19.97 |
| Subtotal - Communications | | 63.72 |

**W.R. GRACE**
**Expense Detail**
**Processed Through**
**August 31, 2002**
**Invoice No. 2926-T**

**Photocopying**
Blechman
de Almeida

|  |  |  |
|---|---|---|
| 08/05/02 - 08/11/02 | 10.50 | |
| 08/12/02 - 08/18/02 | 32.40 | |
| **Subtotal - Photocopying** | | 42.90 |
| **Total Expenses** | **$** | **3,547.21** |