IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: : Chapter 11
:
W.R. GRACE & CO., et al., : Case No. 01-01139 (JKF)
:
Debtors. : (Jointly Administered)

## ORDER GRANTING SIXTH QUARTERLY INTERIM APPLICATION OF THE BLACKSTONE GROUP L.P. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned debtors and debtors-in-possession (the "Debtors"), filed a sixth quarterly interim application (the "Sixth Quarterly Interim Application") for allowance of compensation and reimbursement of expenses for July 1, 2002 through September 30, 2002. This Court has reviewed the Sixth Quarterly Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixth Quarterly Interim Application, and any hearing on the Sixth Quarterly Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Quarterly Interim Application. Accordingly, it is hereby

ORDERED that the Sixth Quarterly Interim Application is GRANTED, on an interim basis. The Debtors shall pay to Blackstone the sum of $525,000.00 as compensation and $7,762.82 as reimbursement of expenses, for a total of $532,762.82 for services rendered and disbursements incurred by Blackstone for the period July 1, 2002, through September 30, 2002.

Dated: _____    _____
                                   The Honorable Judith K. Fitzgerald
                                   United States District Judge