IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : Objection Deadline: December 4, 2002 at 4:00 p.m. |
| | : Hearing Date: TBD only if necessary |

**SUMMARY COVERSHEET TO SEVENTEENTH MONTHLY FEE APPLICATION
OF PITNEY, HARDIN, KIPP & SZUCH LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO., *et al.*** |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc* to April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **August 1, 2002 – August 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$51,754.50** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$7,075.39** |

This is a: **X** monthly ___ quarterly interim ___ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

933909-00J\DOCS_DE:45797.1
11/14/02 9:21 AM

-1-

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

|  |  | REQUESTED |  | APPROVED |  |
| --- | --- | --- | --- | --- | --- |
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 – 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871 (Objections due 4/16/02) | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Pending | Pending |

939050A01102802

|  |  | REQUESTED |  | APPROVED |  |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Pending | Pending |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721 (Objections due 10/10/02; Hearing date 11/25/02) | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Pending | Pending |
| October 22, 2002 #2858 (Objections due November 11, 2002) | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Pending | Pending |
| Pending | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Pending | Pending |

4

939050A01102802

# SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 41.5 | $17,015.00 |
| Scott A. Zuber | 1987 | 295.00 | 3.1 | $914.50 |
| Michael E. Waller | 1990 | 280.00 | 22.8 | $6,384.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 270.00 | 13.0 | $3,510.00 |
| William S. Hatfield | 1993 | 240.00[2] | 24.7 | $5,922.00 |
| ASSOCIATES | | | | |
| Barry M. Benjamin | 1993 | 285.00 | 20.2 | $5,757.00 |
| Brian E. Moffitt | 1990 | 245.00 | 25.1 | $6,149.50 |
| Alashia L. Chan | 1994 | 240.00 | 1.1 | $264.00 |
| Robert M. Hirsh | 1998 | 215.00 | 1.5 | $322.50 |
| Kristen M. Jasket | 2000 | 155.00 | 18.9 | $2,929.50 |
| Denise L. Buerrose | 2001 | 155.00 | 6.7 | $1,038.50 |
| PARAPROFESSIONALS | | | | |
| Dipali Patel | N/A | 110.00 | 4.5 | $495.00 |
| Susan Parker | N/A | 90.00 | 8.1 | $729.00 |
| Douglas S. Florence | N/A | 90.00 | 3.6 | $324.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period August 1, 2002 through August 31, 2002** | | | **194.80 Hours TOTAL** | **$51,754.50** |

---

[2] The bill for the *Gloucester New Communities Co.* matter includes services rendered from December 18, 2001 through February 21, 2002. Before January 1, 2002, the billing rate of William S. Hatfield was $225.00.

5

939050A01102802

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| TYPE OF EXPENSE | |
|---|---:|
| Computer-Assisted Research | $404.39 |
| Duplicating | $175.00 |
| Telephone | $59.38 |
| Express Delivery | $15.48 |
| Paid UPS to Wilmington, DE; CK# 238739 | $7.74 |
| Paid Integrity Exp to New York, NY; CK# 236983 | $222.05 |
| Paid UPS to Long Beach, NY; CK# 238736 | $10.78 |
| Paid UPS to Boca Raton, FL; CK# 238736 | $9.26 |
| Paid UPS to Columbia, MD; CK# 238736 | $7.74 |
| Paid UPS to Long Beach, NJ; CK# 238583 | $7.74 |
| Paid Integrity Exp to Long Beach, NY; CK# 238825 | $186.35 |
| Paid UPS to New York, NY; Invoice #81207322 | $9.22 |
| Paid UPS to Columbia, MD; CK# 238739 | $12.97 |
| Paid Echo Appellate for service rendered #10501 S# 3507 | $2,036.40 |
| Paid Echo Appellate Press for service #10501 S#3506 | $561.20 |
| Document Access Facility – Annex – August 2002 | $2,864.00 |
| Service, postage and postal check; CK# 238215 | $145.00 |
| Service, filing/issue, court filing fee paid by attorney, expenses, tolls, extra copies, postage and postal check, CK# 238215 | $124.00 |
| Paid FedEx to New York, NY; CK# 238824 | $14.71 |
| Paid General Messenger to New York, NY; CK#238741 | $66.50 |
| Travel and Miscellaneous Expense | $135.48 |
| **Grand Total Expenses for the Fee Period August 1, 2002 through August 31, 2002** | $7,075.39 |

939050A01102802

*Pitney, Hardin, Kipp, and Szuch LLP's Compensation for August 2002*

| PROJECT CATEGORIES | August 1 - August 31, 2002 | TOTAL of April 2, 2001 - August 31, 2002 |
|---|---|---|
| 01 - Asset Analysis and Recovery | | $ 3,888.50 |
| 02 - Asset Disposition | | $ 13,881.00 |
| 03 - Business Operations | $ 19,278.50 | $ 64,697.50 |
| 04 - Case Administration | $ 11,079.00 | $ 120,273.50 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | $ 3,808.00 | $ 29,606.50 |
| 12 - Fee Applications, Others | | $ 1,179.00 |
| 13 - Financing | | |
| 14 - Hearings | | $ 48,215.50 |
| 15 - Litigation and Litigation Consulting | $ 17,589.00 | $ 751,539.60 |
| 16 - Plan and Disclosure Statement | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | $ 185.50 |
| 18 - Tax Issues | | |
| 19 - Tax Litigation | | |
| 20 - Travel – Non Working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial -- Expenses | | |
| 24 - Other | | |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| TOTAL - FEES | $ 51,754.50 | $ 1,081,308.60 |
| TOTAL - EXPENSES | $ 7,075.39 | $ 152,346.95 |
| TOTAL FEES AND EXPENSES | $ 58,829.89 | $ 1,233,655.55 |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 4, 2002 at 4:00 p.m. |
| | : | Hearing Date: TBD only if necessary |

# FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S SEVENTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002[2]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This Fee Application also includes time and expenses from December 18, 2001 through February 21, 2002 in the *Gloucester New Communities Co.* matter.

1

93905-001\DOCS_DE:45797.1
11/14/02 9:21 AM

-1-