# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 08/01/02 | Receipt and review of Fee Auditor's final report regarding Pitney, Hardin's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.3 (11) | 88.50 |
| 08/05/02 | Telephone conference with S. Zuber regarding hearings on fee applications. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/05/02 | Reviewed final report from Fee Auditor regarding January - March 2002 Fee Application. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/05/02 | Placed call to D. Carickhoff regarding hearing for August 26, 2002. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/05/02 | Reviewed and updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/06/02 | Revised June 2002 Fee Application. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/06/02 | Began drafting Quarterly Fee Application for April – June 2002. | | |
| | K. Jasket | 0.9 (11) | 139.50 |
| 08/06/02 | Telephone conference with D. Carickhoff regarding April 26th hearing. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/07/02 | Attention to possible response to Fee Auditors Final Report regarding PHK&S's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.2 (11) | 59.00 |
| 08/08/02 | Revised June 2002 Fee Application. Updated docket. | | |
| | K. Jasket | 1.0 (11) | 155.00 |
| 08/08/02 | Drafted Quarterly Fee Application for April - June 2002. | | |
| | K. Jasket | 1.8 (11) | 279.00 |
| 08/09/02 | Drafted Quarterly Fee Application for April - June 2002. Forwarded to S. Zuber for review. | | |

939052A01102102

|  |  |  |  |
|---|---|---|---|
|  | K. Jasket | 2.0 (11) | 310.00 |
| 08/13/02 | Attention to filing June 2002 fee application. | | |
|  | K. Jasket | 0.3 (11) | 46.50 |
| 08/16/02 | Revised Quarterly Fee Application for April - June 2002. | | |
|  | K. Jasket | 1.5 (11) | 232.50 |
| 08/19/02 | Revised Quarterly Fee Application for April - June 2002. | | |
|  | K. Jasket | 2.7 (11) | 418.50 |
| 08/20/02 | Review Agenda of Matters Scheduled for August 26, 2002. | | |
|  | S. Zuber | 0.3 (11) | 88.50 |
| 08/21/02 | Emailed D. Carickhoff regarding Notice of Agenda for hearing on August 26, 2002. Forwarded Agenda to A. Marchetta. | | |
|  | K. Jasket | 0.2 (11) | 31.00 |
| 08/21/02 | Revised Quarterly Fee Application for April - June 2002. | | |
|  | K. Jasket | 0.2 (11) | 31.00 |
| 08/22/02 | Review information regarding court hearing regarding fourth quarterly application; conference with S. Zuber regarding same. | | |
|  | A. Marchetta | 0.6 (4) | 246.00 |
| 08/22/02 | Work with A. Marchetta to prepare for hearing on PHK&S's Fourth Interim Quarterly Fee Application. | | |
|  | S. Zuber | 0.5 (11) | 147.50 |
| 08/23/02 | Updated docket. | | |
|  | K. Jasket | 0.2 (11) | 31.00 |
| 08/23/02 | Revised Quarterly Fee Application for April – June 2002. | | |
|  | K. Jasket | 2.3 (11) | 356.50 |
| 08/25/02 | Revised Quarterly Fee Application for April – June 2002. | | |
|  | K. Jasket | 1.9 (11) | 294.50 |
| 08/26/02 | Attend court hearing and follow up with client regarding same. | | |
|  | A. Marchetta | 8.5 (4) | 3,485.00 |
| 08/26/02 | Revised Quarterly Fee Application for April - June 2002. Forwarded to A. Marchetta for signature. | | |
|  | K. Jasket | 1.8 (11) | 279.00 |
| 08/26/02 | Updated docket. | | |

3

|          | K. Jasket | 0.2 (11) | 31.00 |

| 08/27/02 | Meeting with A. Marchetta regarding Judge's ruling on PHK&S's Fourth Interim Fee Application and categories to be used for future applications. | | |
|          | S. Zuber | 0.5 (4) | 147.50 |

| 08/27/02 | Work with K. Jasket and S. Zuber regarding billing codes. | | |
|          | A. Marchetta | 0.5 (4) | 205.00 |

| 08/27/02 | Conferred with A. Marchetta and S. Zuber regarding August 26th hearing and fee applications. | | |
|          | K. Jasket | 0.3 (11) | 46.50 |

| 08/27/02 | Reviewed correspondence from Fee Auditor regarding billing categories and conference with A. Marchetta regarding same. | | |
|          | K. Jasket | 0.3 (11) | 46.50 |

| 08/29/02 | Work with K. Jasket regarding summaries on billings and follow up regarding same. | | |
|          | A. Marchetta | 0.7 (4) | 287.00 |

| 08/30/02 | Work on categorization of invoices. | | |
|          | A. Marchetta | 0.4 (4) | 164.00 |

| 08/30/02 | Work with D. Patel to re-categorize prior fee applications for submission to the Fee Auditor. | | |
|          | K. Jasket | 0.4 (11) | 62.00 |

| 08/30/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
|          | D. Patel | 4.1 (11) | 451.00 |

| 8/30/02 | Meet with K. Jasket to discuss categories. | | |
|          | D. Patel | 0.4 (11) | 44.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 10.70 (4) | 410.00 | 4,387.00 |
| S. Zuber | 0.50 (4) | 295.00 | 147.50 |
| S. Zuber | 1.30 (11) | 295.00 | 383.50 |
| K. Jasket | 18.90 (11) | 155.00 | 2,929.50 |
| D. Patel | 4.50 (11) | 110.00 | 495.00 |

4

939052A01102102

TOTALS   24.70 (11)                                    8,342.50
         11.20 (4)
         35.90

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 08/08/02 | Review file for information needed and status and draft e-mail to summarize same. | | |
| | J. Scordo | 0.2 (4) | 54.00 |
| 08/22/02 | Review and organize prior e-mails. | | |
| | J. Scordo | 0.2 (15) | 54.00 |
| 08/28/02 | Review file to obtain status and lengthy correspondence. | | |
| | J. Scordo | 0.1 (15) | 27.00 |
| 08/28/02 | Draft letter to all counsel. | | |
| | J. Scordo | 0.2 (15) | 54.00 |
| 08/29/02 | Conference with J. Scordo and client regarding settlement. | | |
| | A. Marchetta | 0.2 (4) | 82.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 (4) | 410.00 | 82.00 |
| J. Scordo | 0.20 (4) | 270.00 | 54.00 |
| J. Scordo | 0.50 (15) | 270.00 | 135.00 |
| TOTALS | 0.40 (4) 0.50 (15) 0.90 | | 271.00 |

6

939052A01102102

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 08/01/02 | Work on appeal brief; revise same.<br>A. Marchetta | 1.9 (4) | 779.00 |
|---|---|---|---|
| 08/01/02 | Finalizing final version of reply brief.<br>M. Waller | 1.7 (15) | 476.00 |
| 08/01/02 | Working with B. Moffitt regarding filing of briefs in final form, executing certifications, and working with printer regarding same.<br>M. Waller | 1.0 (15) | 280.00 |
| 08/01/02 | Work with M. Waller regarding finalization of Grace's Initial Brief.<br>B. Moffitt | 0.6 (15) | 147.00 |
| 08/01/02 | Telephone calls with Court and printer regarding Grace's Initial Brief.<br>B. Moffitt | 0.3 (15) | 73.50 |
| 08/01/02 | E-mail to M. Waller and printer regarding Grace's Initial Brief.<br>B. Moffitt | 0.1 (15) | 24.50 |
| 08/02/02 | Work on brief changes.<br>A. Marchetta | 0.7 (4) | 287.00 |
| 08/02/02 | Letter to R. Beber and D. Siegel forwarding final draft of brief for review and comment.<br>M. Waller | 0.1 (15) | 28.00 |
| 08/03/02 | Work on issues regarding brief.<br>A. Marchetta | 0.3 (4) | 123.00 |
| 08/05/02 | Work on conclusions to brief.<br>A. Marchetta | 0.6 (4) | 246.00 |
| 08/05/02 | Drafting additions and revisions to reply brief and drafting itemized conclusion.<br>M. Waller | 2.3 (15) | 644.00 |
| 08/05/02 | Working with B. Moffitt regarding signing final brief, review of final draft, and service.<br>M. Waller | 0.5 (15) | 140.00 |
| 08/05/02 | Conferring with A. Marchetta regarding revisions to and itemization of conclusion and discuss status of printing of final brief with B. Moffitt. | | |

|  |  |  |  |
|---|---|---|---|
|  | M. Waller | 0.5 (15) | 140.00 |
| 08/05/02 | Revised Table of Authorities in Reply Brief. | | |
|  | D. Buerrose | 0.2 (15) | 31.00 |
| 08/05/02 | Work with M. Waller regarding finalizing reply brief. | | |
|  | B. Moffitt | 0.8 (15) | 196.00 |
| 08/05/02 | Telephone calls and correspondence with printer regarding reply brief. | | |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 08/05/02 | Confer with A. Marchetta and M. Waller regarding conclusion section of brief. | | |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 08/07/02 | Drafting additions and revisions to brief, including itemized conclusion. | | |
|  | M. Waller | 3.2 (15) | 896.00 |
| 08/07/02 | Working with D. Buerrose regarding additional citations in brief. | | |
|  | M. Waller | 0.6 (15) | 168.00 |
| 08/07/02 | Working with B. Moffitt to finalize motion for overlength brief and draft additions and revisions to same. | | |
|  | M. Waller | 1.6 (15) | 448.00 |
| 08/07/02 | Work with B. Moffitt regarding finalizing reply brief, waiting comments from client, additional revisions, motion for overlength brief. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 08/07/02 | Worked on citations and final revisions in reply brief in preparation for submission. | | |
|  | D. Buerrose | 3.0 (15) | 465.00 |
| 08/07/02 | Work with M. Waller and D. Buerrose regarding preparation of motion for leave to file overlength reply and finalization of reply brief. | | |
|  | B. Moffitt | 4.6 (15) | 1,127.00 |
| 08/08/02 | Work on brief and conclusions. | | |
|  | A. Marchetta | 1.2 (4) | 492.00 |
| 08/08/02 | Working with B. Moffitt regarding motion for overlength brief and cover letters to Echo appellate for service with final form of brief. | | |
|  | M. Waller | 1.8 (15) | 504.00 |
| 08/08/02 | Follow up with S. Parker regarding redaction of brief pages to comply with protective orders. | | |

939052A01102102

|  |  |  |  |
|---|---|---|---|
|  | M. Waller | 0.3 (15) | 84.00 |
| 08/08/02 | Reviewing memos from B. Moffitt to appellate printers regarding form, printing and service of briefs. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 08/08/02 | Finalize itemized conclusion per comments by A. Marchetta and working with printer regarding same. | | |
|  | M. Waller | 0.8 (15) | 224.00 |
| 08/08/02 | Checked citations and made final revisions to reply brief and prepared for submission to court. | | |
|  | D. Buerrose | 3.5 (15) | 542.50 |
| 08/08/02 | Work with M. Waller regarding continued preparation of reply brief and motion for overlength brief. | | |
|  | B. Moffitt | 3.8 (15) | 931.00 |
| 08/08/02 | Preparation of filing letter and letter forwarding papers to printer. | | |
|  | B. Moffitt | 0.4 (15) | 98.00 |
| 08/09/02 | Work on final issues in brief. | | |
|  | A. Marchetta | 0.9 (4) | 369.00 |
| 08/09/02 | Final revisions to appellate brief and work with printer regarding same. | | |
|  | M. Waller | 0.8 (15) | 224.00 |
| 08/09/02 | Final revisions to affidavit in support of overlength brief and work with printer regarding same to file and serve with brief. | | |
|  | M. Waller | 0.8 (15) | 224.00 |
| 08/12/02 | Review final versions of opposition brief as served by CNA counsel and initial and reply briefs by Grace as received from printer. | | |
|  | M. Waller | 0.2 (15) | 56.00 |
| 08/12/02 | Follow up with A. Marchetta regarding service of final versions of opposition brief by CNA and Grace's initial and reply briefs and forwarding same to client. | | |
|  | M. Waller | 0.2 (15) | 56.00 |
| 08/12/02 | Confer with B. Moffitt regarding confirmation of service of all briefs on Second Circuit with motion for leave to file overlength brief. | | |
|  | M. Waller | 0.2 (15) | 56.00 |
| 08/12/02 | Worked with M. Waller regarding transmittal of parties' appellate briefs to client. | | |

|            |                                                                                                       |          |          |
|------------|-------------------------------------------------------------------------------------------------------|----------|----------|
|            | S. Parker                                                                                             | 0.3 (4)  | 27.00    |
| 08/12/02   | Update the case file, pleading board and letters of submission index. |          |          |
|            | D. Florence                                                                                           | 2.3 (4)  | 207.00   |
| 08/16/02   | Organize various appellate brief versions and update the case file accordingly. |          |          |
|            | D. Florence                                                                                           | 1.3 (4)  | 117.00   |
| 08/20/02   | Review opposition by CNA to Grace's motion for overlength brief. |          |          |
|            | M. Waller                                                                                             | 0.4 (15) | 112.00   |
| 08/20/02   | Working with B. Moffitt to prepare reply affidavit to CNA's opposition to Grace's motion for overlength brief. |          |          |
|            | M. Waller                                                                                             | 0.8 (15) | 224.00   |
| 08/20/02   | Preparation of reply papers in further support of motion for leave to file overlength reply brief. |          |          |
|            | B. Moffitt                                                                                            | 4.3 (15) | 1,053.50 |
| 08/20/02   | Work with M. Waller regarding preparation of reply papers in further support of motion for leave to file overlength reply brief. |          |          |
|            | B. Moffitt                                                                                            | 0.8 (15) | 196.00   |
| 08/20/02   | Telephone call to Second Circuit case manager regarding reply papers in further support of motion for leave to file overlength reply brief. |          |          |
|            | B. Moffitt                                                                                            | 0.1 (15) | 24.50    |
| 08/21/02   | Review information regarding objections to over length brief and work on same. |          |          |
|            | A. Marchetta                                                                                          | 0.5 (4)  | 205.00   |
| 08/21/02   | Prepare outline of response to CNA's opposition to motion for overlength brief. |          |          |
|            | M. Waller                                                                                             | 0.9 (15) | 252.00   |
| 08/21/02   | Follow up with B. Moffitt regarding response to CNA's opposition to motion for overlength brief. |          |          |
|            | M. Waller                                                                                             | 0.3 (15) | 84.00    |
| 08/21/02   | Work with A. Marchetta regarding response to CNA's opposition to motion for overlength brief. |          |          |
|            | M. Waller                                                                                             | 0.2 (15) | 56.00    |
| 08/21/02   | Work with M. Waller regarding affidavit in further support of motion for leave to file overlength reply brief. |          |          |

10

939052A01102102

|            |                                                                                                                                                                          |          |          |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------|
|            | B. Moffitt                                                                                                                                                               | 0.4 (15) | 98.00    |
| 08/21/02   | Word by word comparison of CNA's appellate brief to scanned version as requested by B. Moffitt regarding confirmation of completeness regarding preparation of affidavit. |          |          |
|            | S. Parker                                                                                                                                                                | 4.7 (4)  | 423.00   |
| 08/22/02   | Review objections response on over length brief.                                                                                                                         |          |          |
|            | A. Marchetta                                                                                                                                                             | 0.3 (4)  | 123.00   |
| 08/22/02   | Drafting additions and revisions to draft affidavit in reply to CNA's opposition to motion to file overlength brief.                                                     |          |          |
|            | M. Waller                                                                                                                                                                | 0.5 (15) | 140.00   |
| 08/22/02   | Working with B. Moffitt regarding revisions to draft affidavit in reply to CNA's opposition to motion to file overlength brief.                                          |          |          |
|            | M. Waller                                                                                                                                                                | 0.3 (15) | 84.00    |
| 08/22/02   | Continued preparation of reply papers in further support of motion for leave to file overlength reply brief and work with S. Parker regarding same.                      |          |          |
|            | B. Moffitt                                                                                                                                                               | 5.3 (15) | 1,298.50 |
| 08/22/02   | Worked with B. Moffitt regarding review of parties' appellate briefs and identification of fact cites regarding preparation of certification replying to opposition to overlength brief. |          |          |
|            | S. Parker                                                                                                                                                                | 3.1 (4)  | 279.00   |
| 08/23/02   | Review and revise submission regarding reply brief.                                                                                                                      |          |          |
|            | A. Marchetta                                                                                                                                                             | 0.5 (4)  | 205.00   |
| 08/23/02   | Working with B. Moffitt regarding additions and revisions to affidavit in reply to CNA's opposition to motion for overlength brief.                                      |          |          |
|            | M. Waller                                                                                                                                                                | 0.9 (15) | 252.00   |
| 08/23/02   | Working with A. Marchetta regarding revisions to affidavit in reply to CNA's opposition to motion for overlength brief.                                                  |          |          |
|            | M. Waller                                                                                                                                                                | 0.4 (15) | 112.00   |
| 08/23/02   | Drafting revisions to affidavit in reply to CNA's opposition to motion for overlength brief.                                                                             |          |          |
|            | M. Waller                                                                                                                                                                | 0.6 (15) | 168.00   |
| 08/23/02   | Attended to filing and serving Affidavit of A. Marchetta in Further Support of Motion for Leave to Filer an Overlength Reply Brief.                                       |          |          |
|            | R. Hirsh                                                                                                                                                                 | 1.5 (4)  | 322.50   |

08/23/02      Work with A. Marchetta and M. Waller regarding continued preparation of papers in further support of motion to file overlength brief, including cover letter filing same with Court and certifications of service and compliance.

|  |  |  |
|---|---|---|
| B. Moffitt | 3.1 (15) | 759.50 |

08/29/02      Review scheduling and prepare regarding oral argument.

|  |  |  |
|---|---|---|
| A. Marchetta | 0.2 (4) | 82.00 |

08/29/02      Discussing materials needed to prepare for oral argument with B. Moffitt and follow up with D. Buerrose and S. Parker in connection with same.

|  |  |  |
|---|---|---|
| M. Waller | 0.3 (15) | 84.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 7.10 (4) | 410.00 | 2,911.00 |
| M. Waller | 22.80 (15) | 280.00 | 6,384.00 |
| D. Buerrose | 6.70 (15) | 155.00 | 1,038.50 |
| R. Hirsh | 1.50 (4) | 215.00 | 322.50 |
| B. Moffitt | 25.10 (15) | 245.00 | 6,149.50 |
| D. Florence | 3.60 (4) | 90.00 | 324.00 |
| S. Parker | 8.10 (4) | 90.00 | 729.00 |
| TOTALS | 20.30 (4) |  | 17,858.50 |
|  | 54.60 (15) |  |  |
|  | 74.90 |  |  |

939052A01102102

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 08/01/02 | Follow up with Barry Benjamin regarding service and proceedings. | | |
| | A. Marchetta | 0.2 (3) | 82.00 |
| 08/02/02 | Work with B. Benjamin regarding case status. | | |
| | A. Chan | 0.1 (3) | 24.00 |
| 08/05/02 | E-mail to A. Nagy and V. Finkelstein regarding status. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/08/02 | Review file for information needed and status and draft e-mail to summarize same. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/08/02 | Review defendant's answer and counterclaims. | | |
| | A. Chan | 0.2 (3) | 48.00 |
| 08/09/02 | E-mails regarding service and counterclaim and summary proceeding. | | |
| | A. Marchetta | 0.3 (3) | 123.00 |
| 08/09/02 | Review answer and confer with A. Chan on defenses raised. | | |
| | J. Scordo | 0.5 (3) | 135.00 |
| 08/09/02 | Review Defendant's Answer to Petition. | | |
| | B. Benjamin | 0.3 (3) | 85.50 |
| 08/09/02 | Work with J. Scordo and B. Benjamin regarding Defendants' Answer and Counterclaim. | | |
| | A. Chan | 0.2 (3) | 48.00 |
| 08/09/02 | Fax to client regarding Defendants Answer and Counterclaim. | | |
| | A. Chan | 0.1 (3) | 24.00 |
| 08/12/02 | Telephone calls regarding trial date, answer to counterclaim and adjustment and telephone calls with client regarding information regarding trial. | | |
| | A. Marchetta | 0.9 (3) | 369.00 |
| 08/12/02 | Review Answer and Counterclaims, and Draft Reply to Counterclaims. | | |
| | B. Benjamin | 1.5 (3) | 427.50 |
| 08/12/02 | Work on response to counterclaim/case strategy and call to client regarding reply to counterclaim. | | |

939052A01102102

|            |                                                                                                                          |          |        |
|------------|--------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            | A. Chan                                                                                                                  | 0.4 (3)  | 96.00  |
| 08/12/02   | Work with A. Marchetta regarding follow up issues for Thursday's hearing.                                                 |          |        |
|            | A. Chan                                                                                                                  | 0.1 (3)  | 24.00  |
| 08/13/02   | Work with D. Buerrose and client regarding trial preparation.                                                            |          |        |
|            | A. Marchetta                                                                                                             | 0.9 (3)  | 369.00 |
| 08/13/02   | Telephone calls with client regarding trial.                                                                             |          |        |
|            | A. Marchetta                                                                                                             | 0.2 (3)  | 82.00  |
| 08/13/02   | Review demand for particulars.                                                                                           |          |        |
|            | A. Marchetta                                                                                                             | 0.2 (3)  | 82.00  |
| 08/13/02   | Finalize/serve Reply to Counterclaims.                                                                                   |          |        |
|            | B. Benjamin                                                                                                              | 0.2 (3)  | 57.00  |
| 08/13/02   | Telephone conferences (2) with A. Nagy and A. Marchetta regarding hearing, timing, documents supporting case.           |          |        |
|            | B. Benjamin                                                                                                              | 1.1 (3)  | 313.50 |
| 08/13/02   | Telephone conference with Clerk of Court regarding hearing.                                                              |          |        |
|            | B. Benjamin                                                                                                              | 0.2 (3)  | 57.00  |
| 08/13/02   | Telephone conference with D. Rozenholc regarding hearing, Demand for Bill of Particulars.                               |          |        |
|            | B. Benjamin                                                                                                              | 0.3 (3)  | 85.50  |
| 08/13/02   | Research/analysis regarding Bill of Particulars/Discovery in Summary L/T proceeding.                                    |          |        |
|            | B. Benjamin                                                                                                              | 0.3 (3)  | 85.50  |
| 08/13/02   | Review Demand for Bill of Particulars.                                                                                   |          |        |
|            | B. Benjamin                                                                                                              | 0.4 (3)  | 114.00 |
| 08/14/02   | Trial preparation with B. Benjamin and follow up regarding documents and exhibits necessary at trial.                   |          |        |
|            | A. Marchetta                                                                                                             | 1.3 (3)  | 533.00 |
| 08/14/02   | Draft outline of direct examination of A. Nagy; Review Sublease, Assignment and Assumption, Invoices, calculate rent and other obligations owed, etc. regarding preparation for hearing. |          |        |
|            | B. Benjamin                                                                                                              | 3.3 (3)  | 940.50 |
| 08/14/02   | Work with A. Marchetta in preparation for hearing.                                                                      |          |        |
|            | B. Benjamin                                                                                                              | 1.9 (3)  | 541.50 |

| 08/15/02 | Prepare for and court appearance regarding trial call. | | |
|---|---|---|---|
| | A. Marchetta | 5.0 (3) | 2,050.00 |

| 08/15/02 | Conference with A. Nagy and A. Marchetta regarding preparation for hearing; Attendance at Hearing | | |
|---|---|---|---|
| | B. Benjamin | 3.8 (3) | 1,083.00 |

| 08/16/02 | Telephone call from client and telephone call with B. Benjamin regarding strategy as to Bill of Particulars, petition and settlement. | | |
|---|---|---|---|
| | A. Marchetta | 0.8 (3) | 328.00 |

| 08/16/02 | Research/analysis regarding sufficiency of 3 day notice and other notices; Telephone conference with A. Marchetta regarding responding to Demand for Bill of Particulars, Serving Demand for Bill of Particulars | | |
|---|---|---|---|
| | B. Benjamin | 1.1 (3) | 313.50 |

| 08/17/02 | Follow up phone calls from client. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 (3) | 82.00 |

| 08/19/02 | Telephone call to client and with B. Benjamin regarding papers to be filed and settlement conference. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (3) | 205.00 |

| 08/19/02 | Prepare for settlement conference. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 (3) | 164.00 |

| 08/19/02 | Set up settlement agreement. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (3) | 123.00 |

| 08/19/02 | Review e-mail and recently received correspondence. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (3) | 27.00 |

| 08/19/02 | Discuss status of matter and recent developments with A. Marchetta. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (3) | 54.00 |

| 08/19/02 | Review file (including lease) for status of discovery requests and information needed. | | |
|---|---|---|---|
| | J. Scordo | 0.5 (3) | 135.00 |

| 08/19/02 | Draft Bill of Particulars in response to Respondent's Demand and draft Demand for Bill of Particulars to Respondent | | |
|---|---|---|---|
| | B. Benjamin | 3.2 (3) | 912.00 |

| 08/20/02 | Meeting with A. Nagy, A. Marchetta and principals and counsel for Tahari to discuss possible workout on lease default. | | |
|---|---|---|---|

939052A01102102

|  |  |  |  |
|--|--|--|--|
| | S. Zuber | 1.3 (3) | 383.50 |
| 08/20/02 | Prepare for and meeting with client and adversary regarding settlement. | | |
| | A. Marchetta | 4.0 (3) | 1,640.00 |
| 08/20/02 | Review file and confer with A. Marchetta and A. Nagy on status of settlement. | | |
| | J. Scordo | 0.5 (3) | 135.00 |
| 08/20/02 | Review bill of particulars and revise same. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/21/02 | Telephone calls and forward information regarding settlement. | | |
| | A. Marchetta | 1.0 (3) | 410.00 |
| 08/22/02 | Review and organize prior e-mails. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/22/02 | Revise/finalize Demand for Bill of Particulars; Revise/finalize Bill of Particulars. | | |
| | B. Benjamin | 0.8 (3) | 228.00 |
| 08/23/02 | Telephone calls with client and adversary regarding settlement; work with J. Scordo regarding discovery. | | |
| | A. Marchetta | 0.9 (3) | 369.00 |
| 08/23/02 | Review lease to determine confidentiality issues and if it can be produced. | | |
| | J. Scordo | 0.3 (3) | 81.00 |
| 08/23/02 | Confer with A. Marchetta regarding production of underlying lease. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/23/02 | Review files from other matter to obtain form settlement document. | | |
| | J. Scordo | 0.4 (3) | 108.00 |
| 08/23/02 | Confer with A. Marchetta on settlement. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/26/02 | Telephone calls with client and to adversary regarding settlement. | | |
| | A. Marchetta | 0.3 (3) | 123.00 |
| 08/27/02 | Telephone calls regarding settlement with adversary; work with J. Scordo regarding agreement; follow up with B. Benjamin regarding same. | | |
| | A. Marchetta | 1.2 (3) | 492.00 |
| 08/28/02 | Work on settlement agreement with J. Scordo; telephone call to adversary | | |

16

|  |  |  |  |
|---|---|---|---|
|  | regarding same and follow up with client regarding same.<br>A. Marchetta | 1.2 (3) | 492.00 |
| 08/28/02 | Review file for information needed to work on settlement agreement.<br>J. Scordo | 0.3 (3) | 81.00 |
| 08/28/02 | Draft, revise and finalize first draft of settlement agreement.<br>J. Scordo | 2.0 (3) | 540.00 |
| 08/28/02 | Work with A. Marchetta regarding issues on same.<br>J. Scordo | 0.3 (3) | 81.00 |
| 08/28/02 | Revise settlement agreement per A. Marchetta and others.<br>J. Scordo | 0.4 (3) | 108.00 |
| 08/28/02 | Revise e-mail forwarding settlement agreement to A. Nagy and V. Finkelstein.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Telephone call with B. Benjamin for information needed.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Telephone call with B. Benjamin on affidavit and consent judgment.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Review affidavit and consent judgment.<br>J. Scordo | 0.2 (3) | 54.00 |
| 08/28/02 | Draft Affidavit for Confession of Judgment and Judgment by Confession for Tahari execution in connection with settlement regarding Sublease default.<br>B. Benjamin | 1.8 (3) | 513.00 |
| 08/29/02 | Work with J. Scordo regarding settlement agreement and telephone call with A. Nagy regarding agreement terms.<br>A. Marchetta | 1.6 (3) | 656.00 |
| 08/29/02 | Conference with A. Marchetta and A. Nagy on settlement agreement.<br>J. Scordo | 0.3 (3) | 81.00 |
| 08/29/02 | E-mails regarding same.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/29/02 | Review and revise settlement agreement.<br>J. Scordo | 0.5 (3) | 135.00 |

17

939052A01102102

| 08/29/02 | E-mail latest draft. | | |
| | J. Scordo | 0.1 (3) | 27.00 |

| 08/29/02 | Telephone call with V. Finkelstein on revisions. | | |
| | J. Scordo | 0.3 (3) | 81.00 |

| 08/29/02 | Revise settlement agreement. | | |
| | J. Scordo | 0.2 (3) | 54.00 |

| 08/29/02 | Work with assistant to A. Marchetta to get settlement agreement to adversary. | | |
| | J. Scordo | 0.1 (3) | 27.00 |

| 08/30/02 | Review summary judgment motion and telephone calls with client, S. Zuber, J. Scordo and B. Benjamin regarding responses to same. | | |
| | A. Marchetta | 1.1 (3) | 451.00 |

| 08/31/02 | Review summary judgment motion, e-mails and follow up with J. Scordo regarding response to same. | | |
| | A. Marchetta | 0.8 (3) | 328.00 |

| 08/31/02 | Review and analyze motion for summary judgment filed by Tahari. | | |
| | J. Scordo | 0.2 (3) | 54.00 |

| 08/31/02 | Review and analyze documents and file for facts raised in motion for summary judgment filed by Tahari. | | |
| | J. Scordo | 0.4 (3) | 108.00 |

| 08/31/02 | Legal research on issues of 3-day notice, demand date and itemization requirements for motion for summary judgment filed by Tahari. | | |
| | J. Scordo | 0.9 (3) | 243.00 |

| 08/31/02 | Analyze cases located on issues of 3-day notice, demand date and itemization requirements for motion for summary judgment filed by Tahari. | | |
| | J. Scordo | 1.6 (3) | 432.00 |

| 08/31/02 | Draft and finalize email listing responses and cases for opposition to motion for summary judgment filed by Tahari. | | |
| | J. Scordo | 0.4 (3) | 108.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 23.30 (3) | 410.00 | 9,553.00 |

18

| | | | |
|---|---|---|---|
| S. Zuber | 1.30 (3) | 295.00 | 383.50 |
| J. Scordo | 12.30 (3) | 270.00 | 3,321.00 |
| B. Benjamin | 20.20 (3) | 285.00 | 5,757.00 |
| A. Chan | 1.10 (3) | 240.00 | 264.00 |
| TOTALS | 58.20 (3) | | 19,278.50 |

19

939052A01102102

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 08/08/02 | Attend to Jersey City issues regarding IFC case.<br>W. Hatfield | 0.2 (15) | 48.00 |
| 08/09/02 | Calls to client and C. Mararro on Jersey City matter.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 08/09/02 | Review memos and opinions from DC counsel.<br>W. Hatfield | 0.3 (15) | 72.00 |
| 08/09/02 | Motions by Grace and Honeywell on damages and Spill Act issues.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 08/09/02 | Impacts to Weja case.<br>W. Hatfield | 0.2 (15) | 48.00 |
| 08/09/02 | Memo to A. Marchetta and R. Rose on matter.<br>W. Hatfield | 0.3 (15) | 72.00 |
| 08/09/02 | Memo regarding Weja trial materials to S. Purrington.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 08/13/02 | Call with B. Miller on case status and impact of Interfaith decision; attend to same.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 08/14/02 | Call with A. Nagy on case issues and impact of IFC case opinions on Weja.<br>W. Hatfield | 0.2 (15) | 48.00 |
| 08/15/02 | Conference with client regarding status and developments<br>A. Marchetta | 0.2 (4) | 82.00 |
| 08/16/02 | Memo to Marraro firm on requesting information regarding IFC case impact for site.<br>W. Hatfield | 0.2 (15) | 48.00 |
| 08/20/02 | Attend to case issues.<br>W. Hatfield | 0.2 (15) | 48.00 |
| 08/20/02 | Meeting with A. Marchetta and client; discuss case rulings, trial, status and potential issues for appeal with A. Nagy; discuss impact of ICF case on same. | | |

|            | W. Hatfield                                  | 0.5 (15) | 120.00 |
|------------|----------------------------------------------|----------|--------|
| 08/29/02   | Attend to post trial documents and files.    |          |        |
|            | W. Hatfield                                  | 0.4 (4)  | 96.00  |

Attorney Summary

| Timekeeper    | Hours      | Rate   | Dollars  |
|---------------|------------|--------|----------|
| A. Marchetta  | 0.20 (4)   | 410.00 | 82.00    |
| W. Hatfield   | 0.40 (4)   | 240.00 | 96.00    |
| W. Hatfield   | 3.70 (15)  | 240.00 | 888.00   |

| TOTALS | 0.60 (4)     |  | 1,066.00 |
|--------|--------------|--|----------|
|        | 3.70 (15)    |  |          |
|        | 4.30         |  |          |

21

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 12/18/01 | Review new proposed SWDA act regulations on Landfill closure and deed notice issues. | | |
| | W. Hatfield | 0.4 (15) | 90.00 |
| 02/05/02 | Memo to C. Dailey at Pennoni on status of gas sampling report. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |
| 02/05/02 | Review draft report and attachment - comment on same. | | |
| | W. Hatfield | 0.9 (15) | 216.00 |
| 02/05/02 | Memo to C. Daily on WRA issues. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |
| 02/06/02 | Review draft Pennoni report. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |
| 02/06/02 | Revise draft deed notice regarding disturbance/disruption issues. | | |
| | W. Hatfield | 1.0 (15) | 240.00 |
| 02/06/02 | Memos with C. Dailey on groundwater issues at site and report; deed notice issues. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |
| 02/06/02 | Call with B. Bowe on case issues regarding closure requirements for city water and deed notice. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |
| 02/07/02 | Review attachment to draft report from Pennoni. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 02/07/02 | Attend to comments to draft report. | | |
| | W. Hatfield | 0.8 (15) | 192.00 |
| 02/07/02 | Revise deed notice. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 02/07/02 | Call with C. Dailey on comments and questions to draft report –proposed clarifications to same. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |
| 02/07/02 | Discuss closure issues and NJDEP approvals, requirements for future O&M | | |

|  |  | work. |  |  |
|---|---|---|---|---|
|  |  | W. Hatfield | 0.4 (15) | 96.00 |
| 02/08/02 |  | Call with A. Nagy on case issues; regarding Pennoni draft report and deed notice provisions; calls to B. Miller on same. |  |  |
|  |  | W. Hatfield | 0.4 (15) | 96.00 |
| 02/12/02 |  | Attend to revised draft Pennoni report; call with B. Miller on same; discuss comments to initial draft, deed notice revisions and B. Bowe insert. |  |  |
| 15 |  | W. Hatfield | 0.6 (15) | 144.00 |
| 02/14/02 |  | Call with C. Dailey on strategy with NJDEP and draft report; attend to same. |  |  |
|  |  | W. Hatfield | 0.5 (15) | 120.00 |
| 02/15/02 |  | Review and comment on revised report from Pennoni. |  |  |
|  |  | W. Hatfield | 1.0 (15) | 240.00 |
| 02/15/02 |  | Compare with prior drafts. |  |  |
|  |  | W. Hatfield | 0.4 (15) | 96.00 |
| 02/15/02 |  | Complete letter to B. Bowe on deed notice and city water issues. |  |  |
|  |  | W. Hatfield | 0.5 (15) | 120.00 |
| 02/15/02 |  | Prepare letter to C. Dailey on deed notice; revise deed notice. |  |  |
|  |  | W. Hatfield | 0.5 (15) | 120.00 |
| 02/15/02 |  | Finalize package on same. |  |  |
|  |  | W. Hatfield | 0.3 (15) | 72.00 |
| 02/18/02 |  | Attend to Pennoni report; call with C. Dailey on comments on same - discuss strategy for obtaining final closure approval from NJDEP. |  |  |
|  |  | W. Hatfield | 1.4 (15) | 336.00 |
| 02/21/02 |  | Attend to final report from Pennoni on closure issues. |  |  |
|  |  | W. Hatfield | 0.2 (15) | 48.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 12.10 (15) | 240.00 | 2,904.00 |
| W. Hatfield | 0.40 (15) | 225.00 | 90.00 |
| TOTALS | 12.50 (15) |  | 2,994.00 |

23

939052A01102102

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| | | | |
|---|---|---|---|
| 08/13/02 | Review letter from NJDEP on Closure report issues. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |
| 08/13/02 | Call with B. Miller on same. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |
| 08/13/02 | Call to Pennoni on matter discuss landfill issues with C. Dailey and proposed meeting with NJDEP. | | |
| | W. Hatfield | 0.3 (4) | 72.00 |
| 08/13/02 | Call to S. Bhalla at NJDEP on same. | | |
| | W. Hatfield | 0.1 (4) | 24.00 |
| 08/13/02 | Memo to A. Marchetta and R. Rose on matter. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |
| 08/13/02 | Call to A. Nagy at GNCC. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |
| 08/13/02 | Respond to same e-mail from Pennoni to NJDEP. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |
| 08/13/02 | Review fax from client & e-mail to A. Marchetta and R. Rose on matter. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |
| 08/14/02 | Attend to NJDEP issues. | | |
| | W. Hatfield | 0.3 (4) | 72.00 |
| 08/14/02 | Call with B. Bowe on case issues and potential impact on development, proposed NJDEP meeting, issues on GNCC and Pennoni work on landfill. | | |
| | W. Hatfield | 0.5 (4) | 120.00 |
| 08/14/02 | Call to A. Nagy on matter. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |
| 08/14/02 | Memo to C. Dailey and clients on matter; evaluate issues raised at site. | | |
| | W. Hatfield | 0.5 (4) | 120.00 |
| 08/14/02 | Forward memo to B. Bowe. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |
| 08/15/02 | Review memo from C. Dailey on matter. | | |

|            | W. Hatfield                                                                                         | 0.5 (4) | 120.00 |

| 08/15/02 | Prepare response memo to C. Dailey and clients on case issues. | | |
|          | W. Hatfield | 0.5 (4) | 120.00 |

| 08/15/02 | Call with C. Dailey on strategy and case issues; discuss options and costs for same and preparations for meeting. | | |
|          | W. Hatfield | 0.6 (4) | 144.00 |

| 08/15/02 | Call with B. Miller on Pennoni costs for meeting, preparations and strategy for case. | | |
|          | W. Hatfield | 0.4 (4) | 96.00 |

| 08/15/02 | Memo to C. Dailey on alternative meeting date and streamlining meeting. | | |
|          | W. Hatfield | 0.5 (4) | 120.00 |

| 08/16/02 | Prepare memo to clients on same and strategy with NJDEP. | | |
|          | W. Hatfield | 0.3 (4) | 72.00 |

| 08/16/02 | Attend to case issues and memos from Pennoni. | | |
|          | W. Hatfield | 0.2 (4) | 48.00 |

| 08/20/02 | Call with A. Nagy and B. Miller on matter and discuss case issues. | | |
|          | W. Hatfield | 0.4 (4) | 96.00 |

| 08/20/02 | Meeting with A. Nagy on case issues; discuss proposed strategy with NJDEP for meeting on landfill closure. | | |
|          | W. Hatfield | 0.8 (4) | 192.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| W. Hatfield | 8.10 (4) | 240.00 | 1,944.00 |
| TOTALS | 8.10 (4) | | 1,944.00 |