# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Engagement Costs – Chapter 11 Administration

| 08/13/92 | Paid UPS to Wilmington, DE; CK# 238739 | 7.74 |
| | Duplicating | 42.70 |
| | Telephone | 0.57 |
| | Matter Total Engagement Cost | 51.01 |

Engagement Costs - Lampetr Joint Venture/WRG

| | Duplicating | 0.56 |
| | Matter Total Engagement Cost | 0.56 |

Engagement Costs - NY Superfund Action

| 06/27/02 | Paid INTEGRITY EXP TO NEW YORK NY; CK# 236983[3] | 124.05 |
| 06/27/02 | Paid INTEGRITY EXP TO NEW YORK NY; CK# 236983[4] | 98.00 |
| 07/02/02 | Paid TRAVEL EXPENSE; UH&P7P;8-15-02[5] | 105.92 |
| 07/25/02 | Paid UPS TO LONG BEACH, NY; K# 238736 | 10.78 |
| 08/02/02 | Paid UPS TO BOCA RATON FL; CK# 238736 | 9.26 |
| 08/02/02 | Paid UPS TO COLUMBIA MD; CK# 238736 | 7.74 |
| 08/05/02 | Paid UPS TO LONG BCH NJ; CK# 238583 | 7.74 |
| 08/08/02 | Paid INTEGRITY EXP TO LONG BCH NY; CK# 238825[6] | 186.35 |
| 08/09/02 | Paid UPS EXPENSES TO NYC; INV. # 81207322 | 9.22 |
| 08/12/02 | Paid UPS TO COLUMBIA MO; CK# 238739 | 12.97 |
| 08/13/02 | Paid Echo Appell for service rendered # 10501 S# 3507[7] | 2036.40 |
| 08/13/02 | Paid Echo Appellate Press for service #10501 S#3506[8] | 561.20 |
| 08/30/02 | DOCUMENT ACCESS FACILITY—ANNEX--AUGUST 2002 | 2864.00 |
| | Computer Assisted Research[9] | 372.73 |

---

[3] See Integrity Express Inc. Invoice dated June 30, 2002 attached hereto as Exhibit "1."

[4] See Integrity Express Inc. Invoice dated June 30, 2002 attached hereto as Exhibit "1."

[5] List of Travel and Miscellaneous Expenses are attached hereto as Exhibit "2."

[6] See Integrity Express Inc. Invoice dated August 15, 2002 attached hereto as Exhibit "3."

[7] See Echo Appellate Press, Inc. Invoice dated August 13, 2002 attached hereto as Exhibit "4."

[8] See Echo Appellate Press, Inc. Invoice dated August 13, 2002 attached hereto as Exhibit "5."

| | | |
|---|---|---:|
| | Duplicating | 74.48 |
| | Telephone | 33.63 |
| | Matter Total Engagement Cost | 6,514.47 |

## Engagement Costs - Tahari, Ltd.

| Date | Description | Amount |
|---|---|---:|
| 07/31/02 | Service, postage and postal check; ck no. 238215[10] | 145.00 |
| 08/05/02 | Service, Filing/issue, court filing fee paid by attorney, expenses, tolls, extra copies, postage and postal check; ck no. 238215[11] | 124.00 |
| 08/13/02 | Paid Fedex to New York NY; Check no. 238824 | 14.71 |
| 08/14/02 | Paid GENERAL MESSENGER TO NEW YORK NY; CK# 238741[12] | 66.50 |
| | Computer Assisted Research[13] | 31.66 |
| | Duplicating | 57.26 |
| | Telephone | 15.97 |
| | Matter Total Engagement Cost | 455.10 |

## Engagement Costs -- Weja, Inc.

| Date | Description | Amount |
|---|---|---:|
| 04/04/02 | Paid TRAVEL EXPENSES TO JERSEY CITY NJ; UH 6/15/02[14] | 29.56 |
| | Express Delivery | 7.74 |
| | Matter Total Engagement Cost | 37.30 |

## Engagement Costs – Landfill Closure Issues (Gloucester)

| | | |
|---|---|---:|
| | Express Delivery | 7.74 |
| | Telephone | 9.21 |
| | Matter Total Engagement Cost | 16.95 |

---

[9] See Engagement Cost Report attached hereto as Exhibit "6."

[10] See Aetna Central Judicial Services Invoice dated July 31, 2002 attached hereto as Exhibit "7."

[11] See Aetna Central Judicial Services Invoice dated August 5, 2002 attached hereto as Exhibit "8."

[12] See General Messenger Service, Inc. Invoice dated August 19, 2002 attached hereto as Exhibit "9."

[13] See Engagement Cost Report attached hereto as Exhibit "10."

[14] List of Travel and Miscellaneous Expenses are attached hereto as Exhibit "2."

# EXHIBIT 1

# INTEGRITY EXPRESS INC.

## INVOICE

58C SOUTH STREET
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 540-0010

**Your Courier Service**
**Your Job-Your Way**

| INVOICE NUMBER | PAGE |
|---|---|
| 8085 | 4 |

| CLIENT NUMBER | TERMS |
|---|---|
| 221 | NET DUE |

**INVOICE DATE**
06/30/2002

**INVOICE TOTAL**
$2,401.30

Invoice Submitted To:

**PITNEY, HARDIN, KIPP & SZUCH LLP**

PO BOX 1945
FLORHAM PARK NJ 07932
966-6300
Attn: EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference | Caller / Round Trip | Pickup Name / Address / City, State, Zip / Phone | | Drop Off Name / Address / City, State, Zip / Phone | | | Received By / Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Base Charge | Pieces Charge | Pounds Charge | Minutes Charge | Miles Charge | Insurance Charge | Quoted Rate | Expense Charge | Other1 Charge | Other2 Charge | **Total** |

| 06/27/2002 MARYANNE X; 59453 NY RATES 082913000009-WALLER | No | PITNEY, HARDIN, KIPP & SZUCH 200 CAMPUS DR-GRND FL M/R IN BA( FLORHAM PARK    NJ 07932 966-6300 | | COURT OF APPEALS- 2ND CIRCUIT 40 FOLEY SQUARE NY    NY 10007 212-805-0136 | | | DROP BOX 7:00:00 PM 06/27/2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| $55.00 | 1 $0.00 | 0 $0.00 | 35 $12.00 | 30.83 $0.00 | 0 $0.00 | 0 | PARKING $10.00 | AM/PM CH/ TOLL $40.20  $6.85 | | **$124.05** |
| 06/27/2002 MARYANNE X; 59454 NY RATES 082913000009-WALLER | No | PITNEY, HARDIN, KIPP & SZUCH 200 CAMPUS DR-GRND FL M/R IN BA( FLORHAM PARK    NJ 07932 966-6300 | | FORD MARRIN ESPOSITO ET AL 88 PINE ST-WALL ST PLAZA 23 RD FL NEW YORK    NY 10005 | | | SECURITY 7:00:00 PM 06/27/2002 | | |
| $55.00 | 1 $0.00 | 0 $0.00 | 0 $0.00 | 30.9 $10.00 | 0 $0.00 | 0 | $0.00 | AM/PM CH/ $33.00  $0.00 | | **$98.00** |

ENTERED IN
COMPUTER BY: ___

# EXHIBIT 2

# W.R. GRACE & CO.

## TRAVEL AND MISCELLANEOUS EXPENSES

### SUBMITTED

### WITH AUGUST TIME AND COSTS

| N.Y. Superfund | Inv.#1999308 dated 9/12/02 | $ 105.92 | Brian Moffitt travel to New York on 7/2/02 to Courthouse |
|---|---|---|---|
| | | | |
| Weja, Inc. | Inv.#1999307 dated 9/12/02 | $ 29.56 | William Hatfield travel to Jersey City 4/4/02 |
| | | | |
| | Total Travel Exp. | $ 135.48 | |

# EXHIBIT 3

# INTEGRITY EXPRESS INC.

## INVOICE

58C SOUTH STREET
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 540-0010

**Your Courier Service**
**Your Job-Your Way**

| INVOICE NUMBER | PAGE |
|---|---|
| 8330 | 2 |

| CLIENT NUMBER | TERMS |
|---|---|
| 221 | NET DUE |

Invoice Submitted To:

**PITNEY, HARDIN, KIPP & SZUCH LLP**

PO BOX 1945
FLORHAM PARK NJ 07932
966-6300
Attn: EILEEN M. LOUISA

ENTERED IN
COMPUTER BY:

| INVOICE DATE | |
|---|---|
| 8/15/2002 | |

| INVOICE TOTAL | |
|---|---|
| $1,533.75 | |

| Order Date | Caller | Pickup Name | | Drop Off Name | | Received By | | |
|---|---|---|---|---|---|---|---|---|
| Order Num | Round Trip | Address | | Address | | Received By Time - Date | | |
| Service | | City, State, Zip | | City, State, Zip | | | | |
| Reference | | Phone | | Phone | | | | |

| Base Charge | Pieces Charge | Pounds Charge | Minutes Charge | Miles Charge | Insurance Charge | Quoted Rate | Expense Charge | Other1 Charge | Other2 Charge | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2002 | MIKE WALLER | PITNEY, HARDIN, KIPP & SZUCH | | ECHO APPELLATE PRESS INC | | RICKY CARLOS-TAXI CO | | | | |
| 61010 | No | 200 CAMPUS DR-GRND FL M/R IN BAC | | 30 W PARK AVE | | 5:25:00 PM 8/8/2002 | | | | |
| 5 BORO NY | | FLORHAM PARK        NJ 07932 | | LONG BEACH        NY 11561 | | | | | | |
| 082913.9 WALLER | | 966-6300 | | 516-432-8260 | | | | | | |
| | 1 | 0 | 18 | 98 | 0 | | | TOLL | | |
| $75.00 | $0.00 | $0.00 | $6.00 | $91.50 | $0.00 | 0 | $0.00 | $13.85 | $0.00 | $186.35 |

# EXHIBIT 4

# ECHO APPELLATE PRESS, INC.

# Invoice

30 West Park Avenue
Long Beach, NY 11561
516.432.3601
FED. I.D. NO 11-2436537

| DATE | Job # |
|------|-------|
| 8/13/2002 | 12316 |

| BILL TO |
|---------|
| PITNEY, HARDIN, KIPP & SZUCH, LLP<br>PO BOX 1945<br>MORRISTOWN, NEW JERSEY 07962-1945 |

| CASE / COURT |
|--------------|
| MARYLAND CASUALTY V WR GRACE<br>US COURT OF APPEALS<br>SECOND CIRCUIT |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Reproduction Services Filing Etc for Appellant's Brief with exhibits. Both redacted and under file copies | 2,116.40T |
|  | 0.00T |
| YOU MAY DEDUCT $80.00 FROM THIS INVOICE IF PAID BY September 7, 2002 | |
| Out-of-state sale, exempt from sales tax | 0.00 |

PAID
APPROVED
VENDOR NO. 03 758
CHECK NO. 23 8878
CHARGE 10501

8/30/02 #2036.40

082913.000009

| | Total | $2,116.40 |
|---|-------|-----------|

ALL INVOICES ARE PAYABLE UPON RECEIPT
THANK YOU FOR DOING BUSINESS WITH
ECHO APPELLATE PRESS

# EXHIBIT 5

# ECHO APPELLATE PRESS, INC.

30 West Park Avenue
Long Beach, NY 11561
516.432.3601
FED. I.D. NO 11-2436537

# Invoice

| DATE | Job # |
|------|-------|
| 8/13/2002 | 12333 |

| BILL TO |
|---------|
| PITNEY, HARDIN, KIPP & SZUCH, LLP<br>PO BOX 1945<br>MORRISTOWN, NEW JERSEY 07962-1945 |

| CASE / COURT |
|--------------|
| MARYLAND CASUALTY V WR GRACE<br>US COURT OF APPEALS<br>SECOND CIRCUIT |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Reproduction Services, Filing etc  for Reply Brief with redacted and "under file" versions | 561.20T |
|  | 0.00T |
| YOU MAY DEDUCT $20.00  FROM THIS INVOICE IF PAID BY  AUGUST 15, 2002 |  |
| Out-of-state sale, exempt from sales tax | 0.00 |

PAID..........
APPROVED..........
VENDOR NO. 03758
CHECK NO. 238823
CHARGE. 10501

8/30/02
ok to pay
Paul E. Walker
082913.000009

| | Total | $561.20 |
|--|-------|---------|

ALL INVOICES ARE PAYABLE UPON RECEIPT
THANK YOU FOR DOING BUSINESS WITH
ECHO APPELLATE PRESS

# EXHIBIT 6

10/23/02

10:34 AM

Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200208 To 200208  Dates: 8/1/02 To 8/31/02

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Client: 082913  W.R. GRACE & CO.\INSURANCE CO

Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | |
| 8/30/02 | CAR | | 1516914 | WRG 24 | 1999308 | 9/12/02 | $20.01 | $20.01 | $20.01 |
| 8/30/02 | CAR | | 1516915 | WRG 24 | 1999308 | 9/12/02 | $352.72 | $352.72 | $352.72 |
| **Matter 000009 Totals:** | | | | | | | $372.73 | $372.73 | $372.73 |
| **Client 082913 Totals:** | | | | | | | $372.73 | $372.73 | $372.73 |
| **Report Totals** | | | | | | | $372.73 | $372.73 | $372.73 |

Page: 1

# EXHIBIT 7

# AETNA CENTRAL JUDICIAL SERVICES

225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
IRS #: 13-5623599
INVOICE #: 5100

PHONE: (212)233-6070-71
       (212)267-2667
FAX #: (212)233-0751
CONTRACT #:

TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

   685 THIRD AVE,
NEW YORK, NY, 10017

*OK - 082910/102292*
*Green (Tahari*
*BmB*

APPROVED..........................
VENDOR NO. *03.006*
CHECK NO. *23815*
CHARGE..........................

Page No.    1
07/31/2002

| SERVE DATE | CLIENT FILE # | C A P T I O N | | RECIPIENT | SERVE CODES | FEES ADV | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 07/25/2002 | | W.R. GRACE & CO.-CONN. | V TAHARI, LTD. XYZ CORP., JOHN DOE, JANE DOE | TAHARI, LTD. XYZ CORP., JOHN DOE, JANE DOE | AW | 35.00 | 145.00 |

\*\*\* Total \*\*\*

              35.00   145.00

### BILLING CODES
========================

A - SERVICE
B - ATTEMPTED SERVICE\CPLR
C - FILING / ISSUE
D - SPECIAL SERV / DIVORCE
E - SUBSTITUTED SERVICE
F - WITNESS FEE ADVANCED
G - WITNESS FEE ATTORNEY PAID
H - SOS ALBANY FEE ADVANCED
I - SOS ALBANY FEE PAID BY ATTORNEY
J - SOS 253 OR 254 FEE ADVANCED
K - SOS 253 OR 254 FEE PAID BY ATTORNEY
L - TRAVERSE
M - MILITARY INVESTIGATION
P - COURT FILING FEE ADVANCED
Q - COURT FILING FEE PAID BY ATTORNEY
S - LOCATION
T - SO ORDER
U - TIME & EFFORT
V - EXPRESS MAIL CHARGE
W - POSTAGE / POSTAL CHECK
X - OUT OF TOWN SERVICE
Y - ATTY PD SERV CHARGE/NO CHARGE
R - CONFORM & OBTAIN CT DOCUMENTS
N - STATUTES TOLLED
O - EXPENSES/TOLLS/EXTRA COPIES
Z - NO FEE / OR FEE REJECTED

FOR PROPER CREDIT, PAYMENT MUST BE RECEIVED WITH COPY OF

INVOICE  -OR-  OUR INVOICE NUMBER MUST APPEAR ON CHECKS

# EXHIBIT 8

# AETNA CENTRAL JUDICIAL SERVICES

125 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
IRS #: 13-5623599
INVOICE #: 5101

PHONE: (212)233-6070-71
　　　　(212)267-2667
FAX #: (212)233-0751
CONTRACT #:

TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

685 THIRD AVE,
NEW YORK, NY, 10017

PAID............
APPROVED............ 03006
VENDOR NO............
CHECK NO............
CHARGE............

Page No.   1
08/05/2002

| SERVE DATE | CLIENT FILE # | C A P T I O N | | RECIPIENT | SERVE CODES | FEES | TOTAL ADV CHARGES |
|---|---|---|---|---|---|---|---|
| 08/01/2002 | 515996.09890 0 | W.R. GRACE & CO.-CONN., | V TAHARI LTD. XYZ CORP. JOHN DOE, JANE DOE | TAHARI LTD. XYZ CORP. JOHN DOE, JANE DOE | CQAWO | 24.00 | 124.00 |

*** Total ***

24.00  124.00

## BILLING CODES
========================

A - SERVICE
C - FILING / ISSUE
E - SUBSTITUTED SERVICE
G - WITNESS FEE ATTORNEY PAID
I - SOS ALBANY FEE PAID BY ATTORNEY
K - SOS 253 OR 254 FEE PAID BY ATTORNEY
M - MILITARY INVESTIGATION
Q - COURT FILING FEE PAID BY ATTORNEY
T - SO ORDER
V - EXPRESS MAIL CHARGE
X - OUT OF TOWN SERVICE
R - CONFORM & OBTAIN CT DOCUMENTS
O - EXPENSES/TOLLS/EXTRA COPIES

B - ATTEMPTED SERVICE\CPLR
D - SPECIAL SERV / DIVORCE
F - WITNESS FEE ADVANCED
H - SOS ALBANY FEE ADVANCED
J - SOS 253 OR 254 FEE ADVANCED
L - TRAVERSE
P - COURT FILING FEE ADVANCED
S - LOCATION
U - TIME & EFFORT
W - POSTAGE / POSTAL CHECK
Y - ATTY PD SERV CHARGE/NO CHARGE
N - STATUTES TOLLED
Z - NO FEE / OR FEE REJECTED

FOR PROPER CREDIT, PAYMENT MUST BE RECEIVED WITH COPY OF

INVOICE  -OR-  OUR INVOICE NUMBER MUST APPEAR ON CHECKS

# EXHIBIT 10

10/23/02

10:35 AM

Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200208 To 200208  Dates: 8/1/02 To 8/31/02

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|------------|------|-------------|---------|-----------|----------|-----------|-------------|----------------|---------------|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 8/30/02 | CAR | | 1516913 | | 1999304 | 9/12/02 | $31.66 | $31.66 | $31.66 |
| **Matter 102292 Totals:** | | | | | | | $31.66 | $31.66 | $31.66 |
| **Client 082910 Totals:** | | | | | | | $31.66 | $31.66 | $31.66 |
| **Report Totals** | | | | | | | $31.66 | $31.66 | $31.66 |

Page: 1

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 26, 2002 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.  I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and

am a member in good standing of the bars of the State of New Jersey, the United States District

Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for the Northern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Southern

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  October 30, 2002

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950