# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47691
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

TELEPHONE

| | | | |
|---|---|---|---:|
| 09/04/02 | 329 | 5613621682 | 0.41 |
| 09/04/02 | 329 | 5613621554 | 0.45 |
| 09/04/02 | 329 | 2158518232 | 0.37 |
| 09/04/02 | 329 | 4122884048 | 3.44 |
| 09/05/02 | 329 | 3038660478 | 1.05 |
| 09/05/02 | 329 | 4068621532 | 0.33 |
| 09/06/02 | 329 | 2158518232 | 0.28 |
| 09/06/02 | 329 | 3038660478 | 0.80 |
| 09/06/02 | 329 | 8437276672 | 1.46 |
| 09/08/02 | | | 1.85 |
| 09/09/02 | 329 | 4122884048 | 0.63 |
| 09/10/02 | 329 | 4122884048 | 0.91 |
| 09/10/02 | 329 | 4122884048 | 0.65 |
| 09/10/02 | 329 | 3038660408 | 0.62 |
| 09/19/02 | 329 | 4122883131 | 1.66 |
| 09/19/02 | 329 | 2158518250 | 0.96 |
| 09/19/02 | 329 | 2158518232 | 0.74 |
| 09/23/02 | 357 | 18437276689 | 0.01 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

### TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/24/02 | 329 | 4122883131 | 2.49 | |
| 09/24/02 | 329 | 3038660478 | 0.67 | |
| 09/27/02 | | Telephone bill for 8/2/02 conference call (MTM participated from home) re: production of discs to EPA | 6.30 | |
| 09/30/02 | | | 1.38 | |
| | | | | $27.46 |

### EXCESS POSTAGE

| | | |
|---|---|---|
| 09/23/02 | 2.49 | |
| 09/27/02 | 1.29 | |
| | | $3.78 |

### FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/09/02 | To in-house counsel from MTM on 7/23/02 | 1,730.20 | |
| 09/09/02 | To Holme Roberts attorney from MTM on 8/15/02 | 88.92 | |
| 09/09/02 | To Holme Roberts attorney from MTM on 8/15/02 | 88.92 | |
| 09/09/02 | To Kirkland Ellis attorney from MTM on 8/27/02 | 112.91 | |
| 09/18/02 | To Holme Roberts attorney from MTM on 8/30/02 | 88.92 | |
| | | | $2,109.87 |

### OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 09/05/02 | BOSTON EXPRESS - To in-house counsel on 7/25/02 from RAM | 13.50 | |
| | | | $13.50 |

### OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/10/02 | MERRILL CORPORATION - copies of Libby personnel files requested by in-house counsel | 223.27 | |
| 09/10/02 | MERRILL CORPORATION - Copy of Grace standard trial exhibits for Kirkland & Ellis per request of in-house counsel | 232.71 | |
| 09/10/02 | MERRILL CORPORATION - Copy of Zonolite acquisition book requested by Holme Roberts attorney | 89.36 | |
| | | | $545.34 |

### PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 09/04/02 | 2 copies. | 0.24 |
| 09/05/02 | 36 copies. | 4.32 |
| 09/09/02 | 2 copies. | 0.24 |
| 09/09/02 | 4 copies. | 0.48 |
| 09/09/02 | 2 copies. | 0.24 |
| 09/09/02 | 6 copies. | 0.72 |
| 09/09/02 | 1 copy. | 0.12 |
| 09/09/02 | 1 copy. | 0.12 |
| 09/10/02 | 3 copies. | 0.36 |
| 09/11/02 | 56 copies. | 6.72 |
| 09/17/02 | 2 copies. | 0.24 |
| 09/19/02 | 1 copy. | 0.12 |
| 09/19/02 | 23 copies. | 2.76 |
| 09/19/02 | 4 copies. | 0.48 |
| 09/20/02 | 5 copies. | 0.60 |
| 09/20/02 | 6 copies. | 0.72 |
| 09/20/02 | 6 copies. | 0.72 |
| 09/23/02 | 79 copies. | 9.48 |
| 09/23/02 | 30 copies | 3.60 |
| 09/24/02 | 18 copies. | 2.16 |
| 09/24/02 | 6 copies. | 0.72 |
| 09/24/02 | 29 copies. | 3.48 |
| 09/25/02 | 1 copy. | 0.12 |
| 09/25/02 | 3 copies. | 0.36 |
| 09/27/02 | 13 copies. | 1.56 |

$40.68

TOTAL DISBURSEMENTS        $2,740.63

TOTAL THIS BILL        $2,740.63

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 7, 2002

Bill Number 47692
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: Fee Applications, Applicant

## DISBURSEMENTS

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/08/02 | | | 1.38 | |
| 09/10/02 | 308 | 2146983868 | 3.58 | |
| 09/30/02 | 357 | 2146983868 | 0.32 | |
| | | | | $5.28 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/09/02 | To Delaware local counsel from RAM on 8/12/02 | 17.21 | |
| 09/23/02 | To Delaware local counsel from RAM on 9/11/02 | 12.48 | |
| | | | $29.69 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/11/02 | 110 copies. | 13.20 | |
| 09/12/02 | 2 copies. | 0.24 | |
| | | | $13.44 |

David B. Siegel

|  | |
|---|---|
| TOTAL DISBURSEMENTS | $48.41 |
| TOTAL THIS BILL | $48.41 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47693
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through September 30, 2002

Re: ZAI Science Trial

**DISBURSEMENTS**

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/30/02 | MERRILL CORPORATION  - copies tagged by ZAI Science trial plaintiffs during first week @ Winthrop Square - plaintiff paid half | 1,719.43 | |
| | | | $1,719.43 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 09/23/02 | RECORDKEEPER ARCHIVE - 8/16/02 - retrieve 1 box from storage re: ZAI Science trial (Maryland Casualty Insurance copy set, per MTM) | 27.00 | |
| | | | $27.00 |
| | TOTAL DISBURSEMENTS | | $1,746.43 |

Page 1

David B. Siegel

TOTAL THIS BILL          $1,746.43