IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & CO., et al.,                       Case No.  01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH  SEPTEMBER 30, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through September 30, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $45,079.00): | $36,063.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     43.14 |

This is an:  _X____  interim  _____ final application

The total time expended for fee application preparation and other activities related to additional fee reporting as requested by the fee examiner is approximately 26.9 hours and corresponding compensation requested is approximately $7,204.00 (80% of the fees incurred of $9,005.00).  The time expended included approximately 7.2 hours spent on preparation of the sixteenth and seventeenth interim fee applications, approximately 5.6 hours converting the data from prior fee applications to conform to the new categorization requirements, 14.1 hours preparing our response to the fee auditor's report on the 1st, 2nd and 3rd interim periods.

This is the EIGHTEENTH application filed.  Disclosure for prior periods and current period is as follows:

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH  SEPTEMBER 30, 2002)
**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH  SEPTEMBER 31, 2002)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 5.9 | $3,245.00 |
| S. Cunningham | $440 | 11.6 | $5,104.00 |
| C. Whitney | $375 | 26.3 | $9,862.50 |
| W. Gilligan | $375 | 6.6 | $2,475.00 |
| L. Hamilton | $350 | 62.6 | $21,910.00 |
| J. Schwendeman | $325 | 4.0 | $1,300.00 |
| M. DeSalvio | $175 | 3.5 | $612.50 |
| M. Hakoun | $150 | 2.4 | $360.00 |
| N. Backer | $ 75 | 2.8 | $210.00 |
|  |  |  |  |
| Grand Total: |  | 125.7 | $45,079.00 |
| Blended Rate: | $359 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 9.5 | $3,490.00 |
| 3 | Corporate Finance | 0.6 | $210.00 |
| 4 | Data Analysis | 71.4 | $26,730.50 |
| 8 | Case Administration | 14.3 | $4,495.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 3.0 | $1,148.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.0 |
| 16 | Fee Applications, Applicant | 26.9 | $9,005.00 |
|  |  |  |  |
|  | Total | 125.7 | $45,079.00 |

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $23.40 |
| Telecommunications | $5.90 |
| Postage, Express Delivery | $13.84 |
| Travel Expenses | $0.00 |
|  |  |
| Total | $43.14 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period September 1, 2002 through September 30, 2002

| | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 5.9 | $ 550 | $ 3,245.00 |
| S. Cunningham | 11.6 | $ 440 | 5,104.00 |
| C. Whitney | 26.3 | $ 375 | 9,862.50 |
| W. Gilligan | 6.6 | $ 375 | 2,475.00 |
| L. Hamilton | 62.6 | $ 350 | 21,910.00 |
| J. Schwendeman | 4.0 | $ 325 | 1,300.00 |
| M. DeSalvio | 3.5 | $ 175 | 612.50 |
| M. Hakoun | 2.4 | $ 150 | 360.00 |
| N. Backer | 2.8 | $ 75 | 210.00 |
| TOTAL | 125.7 | | $ 45,079.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2002 through September 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | 3,245.00 | E. Ordway | | $ - | $ - | $ 3,135.00 | $ - | $ - | $ - | $ - | $ 110.00 | $ 3,245.00 |
| $ 440 | 5,104.00 | S. Cunningham | | - | - | 4,268.00 | 220.00 | - | 396.00 | - | 220.00 | 5,104.00 |
| $ 375 | 9,862.50 | C. Whitney | | - | - | 9,600.00 | - | - | 262.50 | - | - | 9,862.50 |
| $ 375 | 2,475.00 | W. Gilligan | | 2,475.00 | - | - | - | - | - | - | - | 2,475.00 |
| $ 350 | 21,910.00 | L. Hamilton | | 1,015.00 | 210.00 | 7,665.00 | 3,990.00 | - | 490.00 | - | 8,540.00 | 21,910.00 |
| $ 325 | 1,300.00 | J. Schwendeman | | - | - | 1,300.00 | - | - | - | - | - | 1,300.00 |
| $ 175 | 612.50 | M. DeSalvio | | - | - | 612.50 | - | - | - | - | - | 612.50 |
| $ 150 | 360.00 | M. Hakoun | | - | - | 150.00 | 210.00 | - | - | - | - | 360.00 |
| $ 75 | 210.00 | N. Backer | | - | - | - | 75.00 | - | - | - | 135.00 | 210.00 |
| | 45,079.00 | Totals | | $ 3,490.00 | $ 210.00 | $ 26,730.50 | $ 4,495.00 | $ - | $ 1,148.50 | $ - | $ 9,005.00 | $ 45,079.00 |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Category
### For the period September 1, 2002 through September 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 3,245.00 | E. Ordway | | 0.0 | 0.0 | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 5.9 |
| $ 440 | $ 5,104.00 | S. Cunningham | | 0.0 | 0.0 | 9.7 | 0.5 | 0.0 | 0.9 | 0.0 | 0.5 | 11.6 |
| $ 375 | $ 9,862.50 | C. Whitney | | 0.0 | 0.0 | 25.6 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 26.3 |
| $ 375 | $ 2,475.00 | W. Gilligan | | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 |
| $ 350 | $ 21,910.00 | L. Hamilton | | 2.9 | 0.6 | 21.9 | 11.4 | 0.0 | 1.4 | 0.0 | 24.4 | 62.6 |
| $ 325 | $ 1,300.00 | J. Schwendeman | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 175 | $ 612.50 | M. DeSalvio | | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 150 | $ 360.00 | M. Hakoun | | 0.0 | 0.0 | 1.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 |
| $ 75 | $ 210.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.8 | 2.8 |
| | $ 45,079.00 | Totals | | 9.5 | 0.6 | 71.4 | 14.3 | 0.0 | 3.0 | 0.0 | 26.9 | 125.7 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Sep | 4 | Read and analyzed counsels' memorandum regarding Sealed Air litigation and identified follow up items for FTI investigation. | 0.5 |
| 9-Sep | 16 | Prepared fee application. | 0.2 |
| 12-Sep | 4 | Prepared and edited report to committee regarding CDG valuation. | 0.2 |
| 13-Sep | 4 | Read and analyzed data regarding status of other asbestos-related cases. | 0.3 |
| 13-Sep | 4 | Verified comparable company data, and appropriateness of analyses thereof, used in the CDG valuation by accessing historical financial data. | 1.1 |
| 13-Sep | 4 | Read motion pertaining to exclusivity extension. | 0.3 |
| 18-Sep | 4 | Called Committee member to discuss Sealed Air issue. | 0.2 |
| 25-Sep | 4 | Read and analyzed data relevant to the COLI issue. | 0.8 |
| 27-Sep | 4 | Researched tax literature relating to COLI issue. | 0.6 |
| 30-Sep | 4 | Read and analyzed various memorandum and motions regarding Sealed Air fraudulent conveyance action. | 1.7 |
| | | **Total Hours** | 5.9 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Sean Cunningham
### For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Sep | 4 | Read and analyzed counsel's updates regarding fraudulent conveyance litigation. | 1.8 |
| 9-Sep | 11 | Discussed divestiture of business unit with counsel. | 0.2 |
| 9-Sep | 8 | Read and discussed confidentiality and disclosure notices regarding BRS acquisition with case team members. | 0.5 |
| 9-Sep | 4 | Prepared and edited memo to Committee outlining results of CDG valuation. | 1.8 |
| 13-Sep | 4 | Finalized report regarding CDG valuation. | 0.7 |
| 13-Sep | 16 | Read and analyzed the report of the Fee Auditor. | 0.3 |
| 19-Sep | 11 | Reviewed and discussed fraudulent conveyance issues with counsel. | 0.7 |
| 20-Sep | 4 | Read and analyzed legal ruling with respect to fraudulent conveyance in Chapter 11 cases. | 1.7 |
| 23-Sep | 4 | Read and analyzed information regarding the COLI issue. | 0.9 |
| | 4 | Prepared analyses to evaluate proposed COLI settlement. | 0.3 |
| 23-Sep | 4 | Read and analyzed information regarding fraudulent conveyance in Chapter 11 cases. | 1.1 |
| 27-Sep | 4 | Read and analyzed transcripts of various court rulings regarding fraudulent conveyance. | 1.4 |
| 27-Sep | 16 | Read and analyzed portions of Fee Auditor's report. | 0.2 |
| | | **Total Hours** | 11.6 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Sep | | Performed the following financial analysis as part of our assessment of the expert testimony solvency analysis prepared by Conway Del Genio Gries and Co ("CDG"): | |
| 6-Sep | 4 | Compared the CDG solvency valuation to the original valuation prepared by Houlihan Lokey Howard & Zukin. | 0.5 |
| 6-Sep | 4 | Researched the Debtor's historical market capitalization immediately before and after completion of the Sealed Air transaction. | 2.2 |
| 6-Sep | 4 | Reviewed historical 10Q and 10K filings to determine the book value of the Debtors' asbestos and environmental liabilities at the time of the Sealed Air transaction. Prepared a schedule comparing the book value of the liabilities to the values assumed in the CDG analysis. | 3.2 |
| 6-Sep | 4 | Prepared an analysis comparing actual sales growth and EBITDA margin improvement from 1998 to 2001 to the assumptions included in the CDG analysis. | 2.6 |
| 9-Sep | 4 | Analyzed the comparable company analysis prepared by CDG. Compared the competitors included in CDG's analysis to the Debtors' list of primary competitors. | 2.1 |
| 9-Sep | 4 | Summarized key assumptions underlying CDG's base case projections and compared to the original assumptions employed by the Debtors in the March 1998 projections. | 0.6 |
| 9-Sep | 4 | Drafted a memo to counsel regarding our preliminary findings and observations pertaining to the expert testimony solvency analysis prepared by CDG. | 5.3 |
| 19-Sep | 4 | Coordinated potential dates for a meeting with counsel and L. Chambers to discuss the analysis of the Debtors' asbestos exposure. | 0.3 |
| 26-Sep | 4 | Read the motion and related materials provided by the Company pertaining to the proposed settlement with the IRS pertaining to the Debtors' company-owned life insurance policies and prepared follow-up questions for the Debtors. | 4.2 |

| | | | |
|---|---|---|---|
| 27-Sep | 11 | Participated in a phone conversation with the Debtors to discuss the proposed IRS settlement. | 0.7 |
| 27-Sep | 4 | Edited a memo to the Committee providing a summary of the proposed IRS settlement as well as key issues and follow-up information requests. | 3.7 |
| 30-Sep | 4 | Edited a memo to the Committee providing a summary of the proposed IRS settlement as well as key issues and follow-up information requests. | 0.9 |
| | | **Total Hours** | 26.3 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 2 | Analyzed Debtors' 2nd quarter Sales and EBITDA performance at divisional and corporate levels by comparing results to plan and prior year; sensitized balance of year performance based on trend analysis. | 3.2 |
| 5-Sep | 2 | Continued to analyze Debtors' 2nd quarter sales and EBITDA performance at divisional and corporate levels and developed projection and liquidity analyses thereof. | 3.4 |
| | | **Total Hours** | 6.6 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 9-Sep | 3 | Read and analyzed information regarding divestiture of business unit and prepared summary data. | 0.6 |
| 9-Sep | 11 | Discussed divestiture of business unit with counsel. | 0.2 |
| 9-Sep | 11 | Discussed divestiture of business unit with Debtors' advisors. | 0.3 |
| 9-Sep | 8 | Drafted confidentiality and disclosure notices regarding BRS acquisition. | 3.5 |
| 10-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 1.3 |
| 10-Sep | 16 | Finalized and distributed July fee application. | 0.2 |
| 10-Sep | 16 | Read and analyzed court order and memos regarding new fee categories. | 0.9 |
| 10-Sep | 16 | Prepared schedules to convert fee application data categorization to comply with Fee Auditor's request. | 2.1 |
| 11-Sep | 16 | Continued to prepare schedules to convert fee application data categorization. | 2.6 |
| 11-Sep | 4 | Prepared memo regarding latest fraudulent conveyance issues. | 3.1 |
| 11-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 0.6 |
| 11-Sep | 11 | Discussed ethical wall procedures with Debtors' advisors. | 0.2 |
| 12-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 2.5 |
| 12-Sep | 4 | Read and analyzed court docket items including order regarding extension of exclusivity period. | 1.9 |
| 12-Sep | 16 | Prepared response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 1.1 |
| 13-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.5 |

| | | | |
|---|---|---|---|
| 13-Sep | 11 | Discussed BRS disclosure documents with A. Pasacreta. | 0.2 |
| 13-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 1.9 |
| 17-Sep | 8 | Prepared and distributed confidentiality and disclosure notices. | 0.5 |
| 17-Sep | 2 | Read and analyzed industry reports related to asbestos liabilities of bankrupt companies. | 2.9 |
| 17-Sep | 4 | Read and analyzed various court docket items. | 2.3 |
| 17-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.9 |
| 17-Sep | 8 | Discussed procedures regarding ethical wall and distribution of confidentiality agreements with case team members. | 0.2 |
| 18-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 4.2 |
| 19-Sep | 16 | Prepared August fee application. | 0.2 |
| 19-Aug | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 2.2 |
| 20-Sep | 16 | Continued to prepare August fee application. | 0.8 |
| 23-Sep | 16 | Continued to prepare August fee application. | 1.2 |
| 24-Sep | 16 | Called fee auditor to schedule conference call. | 0.1 |
| 24-Sep | 16 | Continued to prepare August fee application. | 1.0 |
| 25-Sep | 16 | Continued to prepare August fee application. | 0.3 |
| 25-Sep | 4 | Read and analyzed motion regarding COLI issue, and prepared analysis to evaluate settlement proposed. | 2.2 |
| 25-Sep | 4 | Prepared memo and schedules summazing COLI issue. | 2.9 |
| 26-Sep | 4 | Updated memo and schedules summarizing COLI issue after discussion with case manager. | 2.0 |
| 26-Sep | 16 | Discussed 1st, 2nd and 3rd interim period fee audit issues with Fee Auditor. | 0.6 |
| 26-Sep | 4 | Reviewed IRS rules regarding life insurance. | 0.8 |
| 26-Sep | 16 | Discussed results of discussion with Fee Auditor with case manager and drafted summary of proposed adjustments. | 0.6 |
| 26-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.8 |

| | | | |
|---|---|---|---|
| 27-Sep | 11 | Participated in conference call with Debtors and Debtors' advisors regarding the COLI issue. | 0.5 |
| 27-Sep | 4 | Updated case team members based on COLI conference call. | 0.4 |
| 27-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 1.6 |
| 27-Sep | 4 | Updated analysis of proposed settlement and compared to alternatives. | 1.1 |
| 27-Sep | 4 | Obtained, read and analyzed additional information regarding the COLI issue. | 3.4 |
| 27-Sep | 16 | Finalized August fee application. | 1.5 |
| 30-Sep | 4 | Updated COLI issue memo and schedules. | 1.8 |
| 30-Sep | 16 | Updated response to fee audit report based on case manager's review. | 1.0 |
| 30-Sep | 8 | Prepared draft of acknowledgement letter regarding BRS and distributed draft to counsel. | 0.9 |
| | | **Total Hours** | 62.6 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 19-Sep | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 19-Sep | 4 | Analyzed recent economic relaeases and impact on the heavy construction industry. | 0.8 |
| 30-Sep | 4 | Examined Debtors' executive employment plan and compared it to competitors and construction industry. | 2.3 |
| | | **Total Hours** | 4.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 27-Sep | 4 | Researched tax indemnity agreements and tax sharing agreements for companies in bankruptcy. | 2.0 |
| 30-Sep | 4 | Continued to research tax indemnity agreements and tax sharing agreements for companies in bankruptcy. | 1.5 |
| | | **Total Hours** | 3.5 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Sep | 8 | Obtained current court docket listing and updated internal virtual database for selected court filings. | 0.7 |
| 17-Sep | 8 | Obtained current court docket listing and updated internal virtual database for selected court filings. | 0.7 |
| 25-Sep | 4 | Researched and distributed economic indicators pertaining to U.S. housing market, and analyzed potential impact to Debtors' roofing and masonry business lines. | 1.0 |
| | | **Total Hours** | 2.4 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 20-Sep | 16 | Processed time descriptions for entry into August fee application. | 0.9 |
| 23-Sep | 16 | Processed time descriptions for entry into August fee application. | 0.4 |
| 23-Sep | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.0 |
| 24-Sep | 16 | Proofread and edited August fee application. | 0.5 |
| | | **Total Hours** | 2.8 |

Note:  Nancy Backer is a para-professional; her billing rate is $75.00

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period September 1, 2002 through September 30, 2002

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 23.40 |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | 5.90 |
| Facsimile | | |
| Postage, Federal Express, Airborne | | 13.84 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| | | |
| Total Expenses | $ | 43.14 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period September 1, 2002 through September 30, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 156 | pages @ $0.15/page: | $ | 23.40 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | | | | - |
| Toll Charges: | | Subscriptions and Online research fees | | 5.90 |
| Postage, Federal Express: | Airborne | 16-Sep | | 7.68 |
| | Airborne | 27-Sep | | 6.16 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 43.14 |

17 of 17