IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: December 4, 2002 @4:00 p.m.** |

**SEVENTH MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through September 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $136,732.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $8,593.16 |

This is a: ____ **X** ____monthly ____ ___ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $00.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $00.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |
| 8/13/02 | May, 2002 through June, 2002 | $117,704.00 | $6,172.23 | $94,163.20 | $6,172.23 |
| 9/24/02 | July, 2002 | $195,758.00 | $2.792.95 | $156,606.40 | $2,792.95 |
| 9/30/02 | August, 2002 | $144,621.00 | $8,463.96 | Pending | Pending |
| | | | | | |

## SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD SEPTEMBER 1, 2002 TO SEPTEMBER 30, 2002

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 186.6 | $500.00 | $89,050.00 |
| Dan Relles, Statistician, 28+ years | 144.1 | $330.00 | $45,573.00 |
| Marygail Brauner, Senior Researcher, 12+ years | 11.4 | $185.00 | $2,109.00 |
| **Total** | **342.10** | | **$136,732.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/02 through 9/30/02 | Total Fees for the Period 9/1/02 through 9/30/02 |
|---|---|---|
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Committee | 8.5 | $3,808.00 |
| Fee Applications, Applicant | 3.4 | $1,360.00 |
| Financing | | |
| Hearings | 131.10 | $56,732.00 |
| Data Analysis | 170.10 | $68,602.00 |
| Non-working travel | 29.00 | $6,230.00 |
| **Grand totals** | **342.10** | **$136,732.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period September 1, 2002 through September 30, 2002 |
|---|---|---|
| Overnight Courier | Federal Express | $292.59 |
| Meals | | |
| Travel | | $8,300.57 |
| **Total:** | | **$8,593.16** |

LEGAL ANALYSIS SYSTEMS, INC.


/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for
the Official Committee of Asbestos Personal
Injury Claimants

Dated: November 13, 2002