```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/04/02  Peterson  / (07) Committee, Creditors'                 0.4    200.00
 #8306     telephone Swett, Relles re: revision of addendum     500.00
           report

 09/04/02  Relles    / (07) Committee, Creditors'                 0.2     66.00
 #8506     telephone Swett (.1) re: tables; revise tables and   330.00
           send

 09/04/02  Relles    / (07) Committee, Creditors'                 0.4    132.00
 #8507     telephone Swett, Peterson re: revision of addendum   330.00
           report

 09/05/02  Peterson  / (07) Committee, Creditors'                 2.0   1000.00
 #8309     Telephone Swett (many); Relles (many) re addendum    500.00

 09/05/02  Peterson  / (07) Committee, Creditors'                 1.7    850.00
 #8310     Telephone Fleishman, Swett, Relles re: forecasting   500.00
           models

 09/05/02  Peterson  / (07) Committee, Creditors'                 0.2    100.00
 #8313     Telephone Inselbuch; Swett re: deposition            500.00

 09/10/02  Peterson  / (07) Committee, Creditors'                 0.8    400.00
 #8326     Telephone Swett re: Bates' analysis; documents re:   500.00
           group settlements

 09/16/02  Relles    / (07) Committee, Creditors'                 2.0    660.00
 #8536     telephone Swett (several calls) re: review Bates     330.00
           report and spreadsheet

 09/21/02  Peterson  / (07) Committee, Creditors'                 0.8    400.00
 #8348     Telephone Swett to discuss documents and Bates       500.00
           materials
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/15/02  Peterson  / (11) Fee Applications, Applicant            1.0      500.00
 #8338     Respond to Auditors Initial Report                    500.00

 09/17/02  Peterson  / (11) Fee Applications, Applicant            0.4      200.00
 #8344     Review correspondence from fee Auditor                500.00

 09/17/02  Relles    / (11) Fee Applications, Applicant            2.0      660.00
 #8538     complying with billing requirements of W.H.Smith      330.00
           auditor
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 3

                       W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/05/02  Peterson  / (14) Hearings                               0.7    350.00
 #8312     Assemble materials to prepare for deposition         500.00

 09/07/02  Peterson  / (14) Hearings                               9.0   4500.00
 #8316     Prepare for deposition, review documents             500.00

 09/08/02  Peterson  / (14) Hearings                               4.5   2250.00
 #8319     Meet with Inselbuch and Swett to prepare for         500.00
           deposition

 09/08/02  Peterson  / (14) Hearings                               4.3   2150.00
 #8320     Prepare for deposition, review documents             500.00

 09/08/02  Peterson  / (14) Hearings                               0.2    100.00
 #8321     Telephone Relles re: preparation for deposition      500.00

 09/08/02  Relles    / (14) Hearings                               0.2     66.00
 #8518     telephone Peterson (.2) re: status of preparation    330.00
           for deposition

 09/09/02  Peterson  / (14) Hearings                               2.0   1000.00
 #8322     Prepare for deposition; meet with Swett              500.00

 09/09/02  Peterson  / (14) Hearings                               7.8   3900.00
 #8323     Deposition                                           500.00

 09/09/02  Peterson  / (14) Hearings                               0.2    100.00
 #8325     Telephone Relles re: deposition, followup tasks      500.00

 09/09/02  Relles    / (14) Hearings                               0.2     66.00
 #8519     telephone Peterson re: deposition, followup tasks    330.00

 09/12/02  Peterson  / (14) Hearings                               1.4    700.00
 #8334     Review Peterson deposition                           500.00

 09/17/02  Peterson  / (14) Hearings                               2.8   1400.00
 #8343     Review deposition and related materials              500.00

 09/17/02  Relles    / (14) Hearings                               2.5    825.00
 #8537     prepare for trip to Washington for Bates deposition: 330.00
           telephone Peterson (.5), Swett and Peterson (2.0)

 09/18/02  Peterson  / (14) Hearings                               2.5   1250.00
 #8345     Review deposition and related materials              500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 4

                  W. R. Grace (continued)


Date/Slip#  Description                                     HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/18/02   Peterson   / (14) Hearings                           1.0      500.00
 #8346      Telephone Relles to discuss Bates deposition       500.00

 09/18/02   Relles     / (14) Hearings                           0.7      231.00
 #8541      telephone Peterson re: discuss deposition topics   330.00

 09/18/02   Relles     / (14) Hearings                           1.2      396.00
 #8542      meeting Swett re: discuss Bates deposition         330.00

 09/18/02   Relles     / (14) Hearings                           7.0     2310.00
 #8543      attend Bates deposition; meet with Swett           330.00

 09/18/02   Relles     / (14) Hearings                           1.0      330.00
 #8545      telephone Peterson re: results of Bates deposition 330.00

 09/19/02   Peterson   / (14) Hearings                           3.8     1900.00
 #8347      Review materials for continuing deposition         500.00

 09/21/02   Peterson   / (14) Hearings                           0.5      250.00
 #8350      Telephone Relles re: preparation for deposition    500.00

 09/21/02   Peterson   / (14) Hearings                           0.5      250.00
 #8351      Telephone Relles (several) re: summary tables and  500.00
            analyses for deposition

 09/21/02   Relles     / (14) Hearings                           0.5      165.00
 #8547      review Bates deposition                            330.00

 09/21/02   Relles     / (14) Hearings                           0.5      165.00
 #8548      telephone Peterson re: preparation for Peterson    330.00
            deposition

 09/22/02   Peterson   / (14) Hearings                           9.2     4600.00
 #8353      Prepare for deposition; review materials; review   500.00
            prior deposition

 09/22/02   Peterson   / (14) Hearings                           0.7      350.00
 #8354      Telephone Relles (several) re: additional analyses 500.00
            for deposition

 09/22/02   Relles     / (14) Hearings                           1.2      396.00
 #8550      perform additional analyses for Peterson deposition;330.00
            telephone Peterson (several, .7) re: same
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 5

                     W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/23/02  Peterson  / (14) Hearings                              2.4     1200.00
 #8356     Prepare for deposition, review materials            500.00

 09/23/02  Peterson  / (14) Hearings                              3.0     1500.00
 #8357     Deposition                                          500.00

 09/24/02  Peterson  / (14) Hearings                              6.0     3000.00
 #8360     Meet with Finch and Swett; work on demonstrative    500.00
           exhibits for trial

 09/24/02  Peterson  / (14) Hearings                              1.5      750.00
 #8361     Review Bates deposition and documents               500.00

 09/24/02  Peterson  / (14) Hearings                              2.6     1300.00
 #8362     Work on analyses for demonstrative exhibits         500.00

 09/24/02  Relles    / (14) Hearings                              1.2      396.00
 #8555     email to Swett re: Bates deposition                 330.00

 09/24/02  Relles    / (14) Hearings                              1.4      462.00
 #8556     email to Finch re: Rourke deposition; critique of   330.00
           medical records / Manville match documentation and
           data gathering plans

 09/25/02  Peterson  / (14) Hearings                              3.2     1600.00
 #8364     Work on developing demonstrative exhibits for trial 500.00

 09/26/02  Peterson  / (14) Hearings                              0.9      450.00
 #8365     Telephone Relles re: review exhibits for trial      500.00

 09/26/02  Relles    / (14) Hearings                              0.9      297.00
 #8557     telephone Peterson re: go over exhibits for trial   330.00

 09/26/02  Relles    / (14) Hearings                              0.5      165.00
 #8559     review and reformat depositions for Peterson        330.00

 09/27/02  Peterson  / (14) Hearings                              3.2     1600.00
 #8367     Develop demonstrative exhibits for hearing          500.00

 09/27/02  Relles    / (14) Hearings                              1.2      396.00
 #8560     telephone Peterson to discuss exhibits              330.00

 09/28/02  Peterson  / (14) Hearings                              4.3     2150.00
 #8369     Prepare demonstrative exhibits; review and modify   500.00
           exhibits; telephone Relles re exhibits (1.0)
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 6

                      W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/28/02  Relles    / (14) Hearings                             5.7    1881.00
 #8561     work on developing charts for testimony: develop    330.00
           tables, search for backup material, make additional
           projection runs as necessary; telephone Peterson
           (several, 1.0) re: progress in developing charts

 09/29/02  Brauner   / (14) Hearings                             4.2     777.00
 #8702     design and prepare about 30 Powerpoint graphics     185.00

 09/29/02  Peterson  / (14) Hearings                             6.5    3250.00
 #8370     Prepare demonstrative exhibits; review and modify   500.00
           exhibits; telephone Relles re exhibits (1.7)

 09/29/02  Relles    / (14) Hearings                             6.7    2211.00
 #8562     develop additional charts for testimony; revise     330.00
           earlier charts; develop initial set of graphics;
           telephone Peterson (several, 1.7) re: review charts,
           review graphics

 09/30/02  Brauner   / (14) Hearings                             2.7     499.50
 #8703     design and prepare an additional 20 Powerpoint      185.00
           graphics

 09/30/02  Brauner   / (14) Hearings                             3.5     647.50
 #8704     revise graphics from Peterson and Relles comments   185.00

 09/30/02  Peterson  / (14) Hearings                             3.4    1700.00
 #8371     Work on demonstratives                              500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 7

                    W. R. Grace (continued)


Date/Slip# Description                                 HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
 09/07/02  Peterson  / (20) Travel - Non-working             4.0    1000.00
 #8315     Travel to New York                              250.00

 09/09/02  Peterson  / (20) Travel - Non-working             9.0    2250.00
 #8324     Travel to Thousand Oaks                         250.00

 09/17/02  Relles    / (20) Travel - Non-working             6.0     990.00
 #8539     travel to Washington                            165.00

 09/18/02  Relles    / (20) Travel - Non-working             6.0     990.00
 #8544     travel to Los Angeles                           165.00

 09/22/02  Peterson  / (20) Travel - Non-working             1.5     375.00
 #8352     Travel to Washington                            250.00

 09/24/02  Peterson  / (20) Travel - Non-working             2.5     625.00
 #8363     Travel to Thousand Oaks                         250.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/01/02  Peterson  / (28) Data Analysis                        4.7     2350.00
 #8301     Work on analysis of SEER data and comparison with   500.00
           incidence models

 09/01/02  Peterson  / (28) Data Analysis                        2.8     1400.00
 #8302     Draft addendum to August 23 report                  500.00

 09/01/02  Relles    / (28) Data Analysis                        1.5      495.00
 #8501     SEER-related activities: download and read          330.00
           documentation on age-adjusted computations; set up
           SEER 4.0 and 4.2 programs to run projections

 09/01/02  Relles    / (28) Data Analysis                        5.3     1749.00
 #8502     load SEER 4.0 program; run "crude" and age-adjusted 330.00
           projections from SEER 4.0 and SEER 4.2; organize,
           tabulate, and plot output

 09/02/02  Peterson  / (28) Data Analysis                        3.4     1700.00
 #8303     Work on analysis of SEER data and comparison with   500.00
           incidence models

 09/02/02  Peterson  / (28) Data Analysis                        4.1     2050.00
 #8304     Draft addendum to August 23 report                  500.00

 09/02/02  Relles    / (28) Data Analysis                        0.3       99.00
 #8503     assemble cpi documentation and send to Cunningham   330.00

 09/02/02  Relles    / (28) Data Analysis                        4.8     1584.00
 #8504     review Peterson memo on SEER: run supporting        330.00
           computations; produce tables and graphs; revise and
           edit text

 09/03/02  Relles    / (28) Data Analysis                        2.4      792.00
 #8505     additional revisions to Peterson memo; turn into pdf 330.00
           and send to Caplin-Drysdale

 09/04/02  Peterson  / (28) Data Analysis                        4.0     2000.00
 #8305     Review August 23 report to prepare for deposition   500.00

 09/04/02  Relles    / (28) Data Analysis                        4.4     1452.00
 #8508     develop capability to fit Nicholson and Vasquez     330.00
           models; fit propensity to sue models, run
           projections, review output
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                         Page 9

                     W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/05/02   Peterson  / (28) Data Analysis                      1.2    600.00
 #8307      Prepare errata for August 23 report                500.00

 09/05/02   Peterson  / (28) Data Analysis                      4.0   2000.00
 #8308      Revise and complete addendum to report, bas        500.00

 09/05/02   Peterson  / (28) Data Analysis                      1.1    550.00
 #8311      Review alternative forecasting models               500.00

 09/05/02   Relles    / (28) Data Analysis                      7.4   2442.00
 #8509      telephone Peterson (several, 1.0) re: work on       330.00
            revisions to Peterson addendum incorporating
            Nicholson and Vasquez variations: run additional
            computations, supply table, edit and revise text

 09/05/02   Relles    / (28) Data Analysis                      5.0   1650.00
 #8510      telephone Peterson (several, .5) re: refitting      330.00
            parameters and projections using 1998-2001 data and
            Nicholson / Vasquez projections

 09/06/02   Peterson  / (28) Data Analysis                      8.4   4200.00
 #8314      Prepare for deposition, review documents; telephone 500.00
            Relles (several, 3.2) re: data tabulations

 09/06/02   Relles    / (28) Data Analysis                      4.0   1320.00
 #8511      resolve inconsistency reported by accountants and   330.00
            Peterson Section 4; telephone Peterson (several,
            1.5) re: explaining differences

 09/06/02   Relles    / (28) Data Analysis                      0.8    264.00
 #8512      work on developing year by year cash flows to give  330.00
            to accountants

 09/06/02   Relles    / (28) Data Analysis                      2.5    825.00
 #8513      revise memo summarizing Nicholson/Vasquez fits to   330.00
            2001 data; telephone Peterson (several, 1.7) re:
            organization and content

 09/07/02   Brauner   / (28) Data Analysis                      1.0    185.00
 #8701      produce attorney printout for Peterson deposition   185.00

 09/07/02   Peterson  / (28) Data Analysis                      0.2    100.00
 #8317      meeting Relles re: review contents of cdrom,        500.00
            attorney analysis
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                                    Page 10

                        W. R. Grace (continued)


Date/Slip#  Description                                          HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------------------
 09/07/02   Peterson  / (28) Data Analysis                              0.5     250.00
 #8318      Telephone Relles (2 calls) re: redo projections          500.00
            maintaining distinction between transitions for open
            and closed cases and using the Nicholson and Vasquez
            projections

 09/07/02   Relles    / (28) Data Analysis                              3.0     990.00
 #8514      produce cdrom supporting addendum; review attorney       330.00
            analysis

 09/07/02   Relles    / (28) Data Analysis                              0.2      66.00
 #8515      meeting Peterson re: review contents of cdrom,           330.00
            attorney analysis

 09/07/02   Relles    / (28) Data Analysis                              3.5    1155.00
 #8516      redo projections maintaining distinction between         330.00
            transitions for open and closed cases and using the
            Nicholson and Vasquez projections; telephone
            Peterson (2 calls, .5) re: same

 09/08/02   Relles    / (28) Data Analysis                              0.3      99.00
 #8517      obtain numbers of cases going into transition matrix    330.00
            estimates; send to Peterson preparation for
            deposition

 09/10/02   Peterson  / (28) Data Analysis                              1.6     800.00
 #8327      Review Bates material and analysis                       500.00

 09/10/02   Peterson  / (28) Data Analysis                              0.4     200.00
 #8328      Telephone Relles re: SEER analyses                       500.00

 09/10/02   Relles    / (28) Data Analysis                              2.1     693.00
 #8520      load Bates spreadsheet, check Seer numbers, attempt     330.00
            to reconcile his numbers with numbers from SEER
            program; telephone Peterson re: same (.4)

 09/11/02   Peterson  / (28) Data Analysis                              3.8    1900.00
 #8329      Develop summary of forecasts; review prior reports       500.00
            and assemble tables for analysis;

 09/11/02   Peterson  / (28) Data Analysis                              1.2     600.00
 #8330      Telephone Relles re: further forecasts (many calls)      500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 11

                       W. R. Grace (continued)


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
09/11/02    Peterson  / (28) Data Analysis                        3.0   1500.00
#8331       Draft preliminary text for supplemental report;     500.00
            develop tables comparing parameters from alternative
            analyses

09/11/02    Relles    / (28) Data Analysis                        4.7   1551.00
#8521       develop and apply new transition matrices to produce 330.00
            projections beginning Apr98

09/11/02    Relles    / (28) Data Analysis                        1.2    396.00
#8522       telephone Peterson (several calls) re: forecasts    330.00

09/12/02    Peterson  / (28) Data Analysis                        6.8   3400.00
#8332       Draft supplemental report; develop tables; work on  500.00
            analyses for report; telephone Relles (many calls,
            2.5) re: analyses

09/12/02    Peterson  / (28) Data Analysis                        1.8    900.00
#8333       Review and develop criticism of Bates materials and 500.00
            analysis

09/12/02    Relles    / (28) Data Analysis                        2.6    858.00
#8523       prepare report on Apr98 projections                 330.00

09/12/02    Relles    / (28) Data Analysis                        4.0   1320.00
#8524       develop and apply new transition matrices to produce 330.00
            projections beginning Apr01

09/12/02    Relles    / (28) Data Analysis                        2.5    825.00
#8525       telephone Peterson (several calls) re: review       330.00
            results of projections

09/12/02    Relles    / (28) Data Analysis                        1.9    627.00
#8526       prepare report on Apr01 projections                 330.00

09/12/02    Relles    / (28) Data Analysis                        3.2   1056.00
#8527       resolve inconsistencies, revise report              330.00

09/13/02    Peterson  / (28) Data Analysis                        6.7   3350.00
#8335       Finish and proofread summary report                 500.00

09/13/02    Peterson  / (28) Data Analysis                        1.1    550.00
#8336       Telephone Relles re: completion of summary report   500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 12

                         W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/13/02   Peterson  / (28) Data Analysis                      0.6     300.00
 #8337      Telephone Relles (several) re: revisions to and   500.00
            status of document

 09/13/02   Relles    / (28) Data Analysis                      1.3     429.00
 #8528      finish memo on Apr01 projections using double     330.00
            transitions

 09/13/02   Relles    / (28) Data Analysis                      3.0     990.00
 #8529      write summary memo on Apr01 projections using single 330.00
            transitions

 09/13/02   Relles    / (28) Data Analysis                      1.5     495.00
 #8530      check all numbers in Apr98 and Apr01 projection   330.00
            reports

 09/13/02   Relles    / (28) Data Analysis                      2.2     726.00
 #8531      integrate separate chapters from Peterson on models; 330.00
            format and send to Swett; telephone Peterson
            (several, .6) re: revisions to and status of
            document

 09/13/02   Relles    / (28) Data Analysis                      1.8     594.00
 #8532      produce cdrom documenting recent analysis; send to 330.00
            Swett

 09/13/02   Relles    / (28) Data Analysis                      1.1     363.00
 #8533      telephone Peterson re: completion of summary report 330.00

 09/16/02   Peterson  / (28) Data Analysis                      2.6    1300.00
 #8339      Review reports and deposition to prepare for next  500.00
            deposition

 09/16/02   Peterson  / (28) Data Analysis                      2.1    1050.00
 #8340      Review Bates materials and analyses                500.00

 09/16/02   Peterson  / (28) Data Analysis                      1.8     900.00
 #8341      Telephone Relles (several calls) re: review Bates  500.00
            report and spreadsheet

 09/16/02   Relles    / (28) Data Analysis                      3.2    1056.00
 #8534      review materials relevant to Bates deposition      330.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 13

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/16/02  Relles    / (28) Data Analysis                        1.8    594.00
 #8535     telephone Peterson (several calls) re: review Bates 330.00
           report and spreadsheet

 09/17/02  Peterson  / (28) Data Analysis                        2.7   1350.00
 #8342     Telephone Swett and Relles to discuss Bates         500.00
           materials

 09/17/02  Relles    / (28) Data Analysis                        1.2    396.00
 #8540     prepare tabulations demonstrating effect of using   330.00
           2002 database rather than 1998

 09/21/02  Peterson  / (28) Data Analysis                        0.3    150.00
 #8349     Review materials on state tabulations of claims     500.00

 09/21/02  Relles    / (28) Data Analysis                        0.5    165.00
 #8546     produce state by filing year distribution of filings 330.00
           for Kimberly Brown

 09/21/02  Relles    / (28) Data Analysis                        4.0   1320.00
 #8549     produce several summary tables and analysis results 330.00
           to support upcoming Peterson deposition; telephone
           Peterson (several, .5) re: requirements

 09/22/02  Peterson  / (28) Data Analysis                        0.2    100.00
 #8355     Telephone Relles re: significance of difference in  500.00
           p2sue

 09/22/02  Relles    / (28) Data Analysis                        0.7    231.00
 #8551     telephone Peterson (.2) re: significance of         330.00
           difference in p2sue; estimate statistical
           significance

 09/23/02  Peterson  / (28) Data Analysis                        0.4    200.00
 #8358     Telephone Relles re: checking database for          500.00
           information of attorneys and their numbers of
           clients

 09/23/02  Peterson  / (28) Data Analysis                        0.3    150.00
 #8359     Telephone Relles re: contents of new K&E cdroms     500.00

 09/23/02  Relles    / (28) Data Analysis                        0.4    132.00
 #8552     telephone Peterson re: checking database for        330.00
           information of attorneys and their numbers of
           clients
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 14

                         W. R. Grace (continued)


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
09/23/02    Relles    / (28) Data Analysis                        1.3      429.00
#8553       review new K&E data shipments; telephone Peterson   330.00
            (.3) re: contents of cdroms

09/24/02    Relles    / (28) Data Analysis                        1.7      561.00
#8554       review recent Charles Bates spreadsheets; note     330.00
            problems, identify issues not covered in deposition
            last week

09/26/02    Relles    / (28) Data Analysis                        1.6      528.00
#8558       decode and read documentation for Grace medical    330.00
            records databases

09/27/02    Peterson  / (28) Data Analysis                        1.2      600.00
#8366       Analyses responding to Bates' issues              500.00

09/27/02    Peterson  / (28) Data Analysis                        1.2      600.00
#8368       Telephone Relles to discuss demonstrative exhibits 500.00
--------------------------------------------------------------------------------
```

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                         Page 15

                         W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Activity
                         September 2002 - September 2002

   MONTH      ACTIVITY                                        HOURS    AMOUNT
   ---------------------------------------------------------------------------
   September - Committee, Creditors'                            8.5    3808.00
   September - Fee Applications, Applicant                      3.4    1360.00
   September - Hearings                                       131.1   56732.00
   September - Travel - Non-working                            29.0    6230.00
   September - Data Analysis                                  170.1   68602.00
   September - Total                                          342.1  136732.00

   Total     - Committee, Creditors'                            8.5    3808.00
   Total     - Fee Applications, Applicant                      3.4    1360.00
   Total     - Hearings                                       131.1   56732.00
   Total     - Travel - Non-working                            29.0    6230.00
   Total     - Data Analysis                                  170.1   68602.00
   Total     - Total                                          342.1  136732.00
   ---------------------------------------------------------------------------
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 16

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                    September 2002 - September 2002

   MONTH        PERSON                                       HOURS     AMOUNT
   ---------------------------------------------------------------------------
   September  - Relles                                       144.1   45573.00
   September  - Peterson                                     186.6   89050.00
   September  - Brauner                                       11.4    2109.00
   September  - Total                                        342.1  136732.00

   Total      - Relles                                       144.1   45573.00
   Total      - Peterson                                     186.6   89050.00
   Total      - Brauner                                       11.4    2109.00
   Total      - Total                                        342.1  136732.00
   ---------------------------------------------------------------------------
```

{D0006180:1 }

```
Date: 10/09/02          Legal Analysis Systems, Inc.
Time: 9:00am                                                      Page 17

                  W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                     September 2002 - September 2002

 MONTH       PERSON                               HOURS    RATE    AMOUNT
 ------------------------------------------------------------------------
 Committee, Creditors'

 September - Relles                                 2.6    330.     858.00
 September - Peterson                               5.9    500.    2950.00

 Fee Applications, Applicant

 September - Relles                                 2.0    330.     660.00
 September - Peterson                               1.4    500.     700.00

 Hearings

 September - Relles                                32.6    330.   10758.00
 September - Peterson                              88.1    500.   44050.00
 September - Brauner                               10.4    185.    1924.00

 Travel - Non-working

 September - Relles                                12.0    165.    1980.00
 September - Peterson                              17.0    250.    4250.00

 Data Analysis

 September - Relles                                94.9    330.   31317.00
 September - Peterson                              74.2    500.   37100.00
 September - Brauner                                1.0    185.     185.00

 ------------------------------------------------------------------------
```

{D0006180:1 }

```
Date: 10/09/02          Legal Analysis Systems, Inc.
Time: 9:00am                                                      Page 18

              W. R. Grace (continued)

                   Summary Of Expenses

         Total Expenses, September 2002    $8,593.16


                 Fedex  (Peterson)      $292.59
                 Travel (Peterson)    $5,360.16
                 Travel (Relles)      $2,940.41


   Travel  Thousand Oaks-New York, September 7-9 (Peterson)   $3,697.67
           Airfare                   $1,837.00
           Hotel                      1,034.58
           Meals                        140.98
           Business telephone            95.61
           Car, JFK roundtrip           301.00
           Car service, roundtrip LAX   288.50
             (with 16% gratuity, $20 each way)


   Travel  Thousand Oaks-Washington, September 22-24 (Peterson) $1,662.49
           (split with another project)
           Airfare                   $1,188.12
           Hotel                        206.10
           Meals                         70.49
           Cab, Dulles roundtrip         53.50
           Car service, roundtrip LAX   144.28
             (with 15% gratuity, $20 each way)


   Travel  Los Angeles-Washington, September 17-18 (Relles)    $2,940.41
           Airfare (coach)           $2,478.50
           Hotel                        343.01
           Taxi service, Dulles, round trip  95.00
           LAX parking                   23.90
   ---------------------------------------------------------------------
```

{D0006180:1 }