```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
05/03/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  2.3   759.00
#7405     process exposure information and add to analytical    330.00
          files

05/16/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.2   100.00
#7215     telephone Relles re: Grace data shipment              500.00

05/16/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.2   396.00
#7416     review WR Grace data shipment; reply to Finch email;  330.00
          telephone Peterson (.2) re: same

05/21/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.4   200.00
#7216     telephone Relles re: cdrom contents, todo list        500.00

05/21/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.8   594.00
#7417     load Grace data from cdroms; telephone Peterson (.2)  330.00
          re: cdrom contents

05/21/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.2    66.00
#7418     telephone Peterson re: to-do list                    330.00

05/23/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  2.5   825.00
#7419     organize latest data shipment; develop listings and  330.00
          frequencies; scan data

05/28/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.9   627.00
#7420     receive another data shipment; organize files and    330.00
          dictionaries; develop listings and frequencies; scan
          data

05/29/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.0   330.00
#7421     assemble additional data shipments, compare with     330.00
          old, select newest information

05/30/02  Peterson / (02) Asbestos: Claims Analysis & Valuation  0.3   150.00
#7218     Telephone Inselbuch; telephone Relles re: work plans 500.00

05/30/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.2    66.00
#7422     telephone Peterson re: work plans                    330.00
```

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
05/31/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.3    429.00
#7423      review recently received WRG data shipments (four of  330.00
           them); select best information, check to make sure
           not throwing away any information

06/02/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  1.0    500.00
#7220      Prepare for meeting, review analyses              500.00

06/02/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  3.5   1155.00
#7424      build files and compare with data received from ARPC  330.00

06/04/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.2    100.00
#7223      telephone Relles re: Grace projections          500.00

06/04/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7425      telephone Peterson re: Grace projections        330.00

06/08/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  1.0    240.00
#7701      coder training for assembling jury verdict data    240.00

06/08/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  0.4    200.00
#7227      Telephone Relles; review meetings and plan analyses  500.00

06/08/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  1.9    627.00
#7429      run several variations of projections; summarize   330.00
           results; telephone Peterson (.4) re: results

06/11/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  0.2     66.00
#7435      receive new cdrom; check contents               330.00

06/13/02   Relles    / (02) Asbestos: Claims Analysis & Valuation  2.0    660.00
#7439      prepare data summaries for Finch                330.00

06/14/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  4.3   2150.00
#7239      Review materials on claims projections          500.00

06/15/02   Ebener    / (02) Asbestos: Claims Analysis & Valuation  0.8    192.00
#7702      Review jury verdict coded cases                 240.00

06/17/02   Peterson  / (02) Asbestos: Claims Analysis & Valuation  2.6   1300.00
#7244      Analyses of resolved claims; telephone Relles (.2)   500.00
           re: verdicts; correspondence with Finch

{D0004128:1 }

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 3

            W. R. Grace (continued)


Date/Slip# Description                          HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
06/17/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  1.0    330.00
#7447     identify verdicts in WRG databases; telephone    330.00
          Peterson (.2) re: same

06/20/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.5    120.00
#7703     Jury verdict data entry preparation               240.00

06/21/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7704     Arrange jury verdict data entry schedule          240.00

06/21/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.7    231.00
#7457     examine judgements in Grace databases             330.00

06/22/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  2.5    600.00
#7705     Inventory jury verdict coding forms; ship to data    240.00
          entry; update occupation code list; prepare data
          entry specs

06/24/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7706     Respond to jury verdict data entry queries        240.00

06/25/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.1     24.00
#7707     Respond to jury verdict data entry queries        240.00

06/26/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.2     48.00
#7708     Ship current jury verdict cases to data entry     240.00

06/27/02  Brelsford / (02) Asbestos: Claims Analysis & Valuation  0.8    160.00
#7901     archive data and email; develop software to       200.00
          facilitate table preparation

06/27/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  1.5    360.00
#7709     Update jury verdict plaintiff attorney code list;    240.00
          prepare record layout

06/29/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.3     72.00
#7710     Review data file from jury verdict data entry     240.00

06/30/02  Ebener   / (02) Asbestos: Claims Analysis & Valuation  0.5    120.00
#7711     Prepare jury verdict record layouts               240.00

06/30/02  Relles   / (02) Asbestos: Claims Analysis & Valuation  0.6    198.00
#7461     develop dictionaries from Ebener email; organize     330.00
          datasets

{D0004128:1 }

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 4

                    W. R. Grace (continued)


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 05/07/02 #7209 | Peterson  / (17) Committee Matters & Creditor Mtgs Meeting with attorneys to discuss fraudulent conveyance | 4.0 500.00 | 2000.00 |
| 05/15/02 #7213 | Peterson  / (17) Committee Matters & Creditor Mtgs Meet with attorneys and financial consultants on developments in case | 0.5 500.00 | 250.00 |
| 06/03/02 #7222 | Peterson  / (17) Committee Matters & Creditor Mtgs Meet with Inselbuch to discuss committee meeting | 0.5 500.00 | 250.00 |
| 06/04/02 #7224 | Peterson  / (17) Committee Matters & Creditor Mtgs Review data and prepare for committee meeting | 1.3 500.00 | 650.00 |
| 06/04/02 #7225 | Peterson  / (17) Committee Matters & Creditor Mtgs Committee meeting | 1.7 500.00 | 850.00 |
| 06/19/02 #7451 | Relles   / (17) Committee Matters & Creditor Mtgs dinner meeting with Finch re: Rourke deposition | 1.0 330.00 | 330.00 |
| 06/20/02 #7453 | Relles   / (17) Committee Matters & Creditor Mtgs breakfast meeting with Finch re: Rourke deposition | 1.0 330.00 | 330.00 |

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 5

                  W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
05/02/02 Relles   / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7401    review Florence report, look for evidence of      330.00
         exposure in WRG data

05/03/02 Peterson / (34) Litigation/Fraudulent Conveyance    1.2     600.00
#7201    Memo to Finch re: KPMG report                     500.00

05/03/02 Peterson / (34) Litigation/Fraudulent Conveyance    2.8    1400.00
#7202    Review KPMG report; memo on issues                500.00

05/03/02 Relles   / (34) Litigation/Fraudulent Conveyance    0.6     198.00
#7402    read Peterson memo on issues in ARPC forecasts    330.00

05/03/02 Relles   / (34) Litigation/Fraudulent Conveyance    0.5     165.00
#7403    look for evidence of Texas out-of-state cases     330.00
         rejected in the ARPC models

05/03/02 Relles   / (34) Litigation/Fraudulent Conveyance    2.0     660.00
#7404    review ARPC SPSS programs, Fortran programs, and  330.00
         data files for information on completeness for
         birthdate, exposure dates, diagnosis dates; review
         how they were imputed

05/03/02 Relles   / (34) Litigation/Fraudulent Conveyance    1.0     330.00
#7406    tabulate counts of cases needed in the ARPC models 330.00
         with missing information

05/04/02 Peterson / (34) Litigation/Fraudulent Conveyance    1.0     500.00
#7203    telephone Relles re: ARPC forecasts               500.00

05/04/02 Peterson / (34) Litigation/Fraudulent Conveyance    3.5    1750.00
#7204    Review Relles' tabulations; review KPMG SPSS      500.00
         programs

05/04/02 Relles   / (34) Litigation/Fraudulent Conveyance    2.3     759.00
#7407    prepare summary data descriptions; telephone      330.00
         Peterson (1.0) re: review status of information
         supporting ARPC forecasts

05/05/02 Peterson / (34) Litigation/Fraudulent Conveyance    7.5    3750.00
#7205    Review and prepare documents for meeting with     500.00
         attorneys re: fraudulent conveyance

{D0004128:1 }

Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 6

                 W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7206     telephone Relles (several) re: problems with ARPC's  500.00
          use of WRG data, review data summaries

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.9    957.00
#7408     convert all ARPC SPSS save files to ascii and        330.00
          produce summary printouts to help understand what
          ARPC did in their data processing/modeling efforts

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.7    231.00
#7409     identify Texas out of state plaintiffs               330.00

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7410     run LAS projections models for all datasets varying  330.00
          the use of Texas out of state plaintiffs as well as
          most serious disease

05/05/02  Relles    / (34) Litigation/Fraudulent Conveyance    4.2   1386.00
#7411     telephone Peterson (several, 1.5) re: potential      330.00
          problems with ARPC's use of WRG data; produce
          various data summaries to illuminate same

05/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.2   2600.00
#7207     Review documents in preparation for meeting;         500.00
          telephone Relles (many)

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7412     telephone Peterson re: review summaries of WRG data  330.00

05/06/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.8   1254.00
#7413     prepare several tables for Caplin-Drysdale meeting,  330.00
          fax to Peterson

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7210     telephone Relles re: review tables                   500.00

05/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.5    250.00
#7211     telephone Relles re: Washington meeting results and  500.00
          future tasks

05/07/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7414     telephone Peterson (.3) re: review tables faxed from 330.00
          previous evening; revise several tables and resend

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 7

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
05/07/02   Relles   / (34) Litigation/Fraudulent Conveyance    0.5   165.00
#7415      telephone Peterson re: Washington meeting results  330.00
           and future tasks

05/14/02   Peterson / (34) Litigation/Fraudulent Conveyance    0.5   250.00
#7212      Review Stallard forecast                           500.00

05/24/02   Peterson / (34) Litigation/Fraudulent Conveyance    3.7  1850.00
#7217      Review documents re: fraudulent conveyance         500.00

05/31/02   Peterson / (34) Litigation/Fraudulent Conveyance    3.8  1900.00
#7219      Review documents re: fraudulent conveyance         500.00

06/06/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.4  1122.00
#7426      read Rourke report, examine the potential effect of 330.00
           CMS entry date on Rourke analysis

06/07/02   Relles   / (34) Litigation/Fraudulent Conveyance    3.4  1122.00
#7427      reproduce ARPC analysis files; process data that   330.00
           supported ARPC analysis; reproduce ARPC report's
           tables

06/07/02   Relles   / (34) Litigation/Fraudulent Conveyance    2.6   858.00
#7428      develop summary tables based on ARPC and latest WRG 330.00
           files; run projections; compare results

06/09/02   Peterson / (34) Litigation/Fraudulent Conveyance    2.8  1400.00
#7228      Review materials on fraudulent conveyance and      500.00
           analyses, prepare for conference with attorneys

06/10/02   Peterson / (34) Litigation/Fraudulent Conveyance    0.7   350.00
#7229      Discuss ARPC analyses and preparation of report with 500.00
           Finch, Swett, Relles

06/10/02   Peterson / (34) Litigation/Fraudulent Conveyance    2.5  1250.00
#7230      Review Rourke materials                            500.00

06/10/02   Peterson / (34) Litigation/Fraudulent Conveyance    1.0   500.00
#7231      Telephone Fleishman, Finch re: requirements of     500.00
           report

06/10/02   Peterson / (34) Litigation/Fraudulent Conveyance    2.7  1350.00
#7232      Review data related to KPMG report and analysis;   500.00
           telephone Relles (.9)

```
Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 8

              W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
06/10/02  Relles    / (34) Litigation/Fraudulent Conveyance    3.2   1056.00
#7430     prepare materials for conf call; telephone Peterson  330.00
          (.9) re: estimation, depositions

06/10/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7431     conference call with Finch, Peterson re: data,       330.00
          estimation, depositions

06/10/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.7    891.00
#7432     develop additional tables and comparisons of         330.00
          projections for different base years

06/11/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.8    400.00
#7233     Meet with Relles to review Rourke materials          500.00

06/11/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.9    450.00
#7234     Review Rourke materials                              500.00

06/11/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.5   2250.00
#7235     Review documents re: fraudulent conveyance           500.00

06/11/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7433     meeting Peterson re: Rourke deposition               330.00

06/11/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7434     review materials for Rourke deposition               330.00

06/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.6   1300.00
#7236     Review frequencies in Grace database for variables   500.00
          in Rourke analysis; telephone conference with Relles
          (0.8)

06/12/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7436     telephone Peterson re: review to-do list, Rourke     330.00
          analysis

06/12/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.0    330.00
#7437     read Rourke paper, annotate with comments            330.00

06/12/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7438     back up data files                                   330.00

06/13/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.9   2950.00
#7237     Review KPMG May 1997 report; review KPMG April 1997  500.00
          report
```

{D0004128:1 }

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 9

                   W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
06/13/02   Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7238      telephone Relles re: Rourke analysis issues       500.00

06/13/02   Relles    / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7440      read Rourke paper and follow-up correspondence among 330.00
           Grace principals, outline areas of inquiry for
           deposition

06/13/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.3     99.00
#7441      telephone Peterson re: Rourke analysis            330.00

06/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.3    650.00
#7240      Telephone Relles re: problems with Rourke analysis; 500.00
           review summary statistics from new dataset

06/14/02   Peterson  / (34) Litigation/Fraudulent Conveyance    1.5    750.00
#7241      Develop questions for deposition of Rourke; review 500.00
           Relles suggested issues for deposition

06/14/02   Relles    / (34) Litigation/Fraudulent Conveyance    3.0    990.00
#7442      compose questions for deposition re: data problems  330.00
           and problems with theoretical models; telephone
           Peterson re: integration of comments

06/15/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.3   1419.00
#7443      compose additional questions for deposition re:     330.00
           empirical results

06/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.9   1450.00
#7242      Review Rourke materials; memo to Finch; telephone   500.00
           Relles

06/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance    6.2   3100.00
#7243      Draft issues and questions for Rourke deposition    500.00

06/16/02   Relles    / (34) Litigation/Fraudulent Conveyance    4.3   1419.00
#7444      compose questions for deposition; obtain empirical  330.00
           results summarizing and describing magnitude of
           problems with ARPC analysis

06/16/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7445      telephone Peterson (several) re: memorandum for     330.00
           Finch

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 10

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
06/16/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.3   1089.00
#7446     do supporting computations, finish, and send Finch  330.00
          memorandum

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.0    500.00
#7245     Review transition from nonspecific to specific      500.00
          diseases in Grace database

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.4   1700.00
#7246     Review statistics of filings/payment develop        500.00
          preliminary forecasts; summaries for attorneys

06/18/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.2    600.00
#7247     Telephone Relles (several) re: analyses and         500.00
          forecasts

06/18/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.2    396.00
#7448     telephone Peterson (several) re: review transition  330.00
          matrix, discuss projections

06/19/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.7   1850.00
#7248     Review documents to prepare for report              500.00

06/19/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7249     telephone Relles re: Rourke deposition              500.00

06/19/02  Relles   / (34) Litigation/Fraudulent Conveyance    3.7   1221.00
#7449     read Rourke materials; examine data completeness    330.00
          issues; write additional questions

06/19/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7452     telephone Peterson (2 calls) re: Rourke deposition  330.00

06/20/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.9    450.00
#7250     Review documents to prepare for report              500.00

06/20/02  Peterson  / (34) Litigation/Fraudulent Conveyance   0.5    250.00
#7251     telephone Relles (2 calls) re: Rourke deposition    500.00

06/20/02  Relles   / (34) Litigation/Fraudulent Conveyance    7.0   2310.00
#7454     attend Rourke deposition                            330.00

06/20/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.5    165.00
#7455     telephone Peterson re: Rourke deposition            330.00

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 11

                 W. R. Grace (continued)


Date/Slip# Description                             HOURS/RATE   AMOUNT
----------------------------------------------------------------------
06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.6  1800.00
#7252     Telephone conference with Finch, Swett, Lockwood;   500.00
          prepare for call

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.5  1250.00
#7253     Review documents re: fraudulent conveyance          500.00

06/21/02  Peterson  / (34) Litigation/Fraudulent Conveyance   7.9  3950.00
#7258     Review documents re: fraudulent conveyance          500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance   5.2  2600.00
#7254     Review Rourke deposition                            500.00

06/22/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.6   800.00
#7255     Review documents to prepare for report              500.00

06/23/02  Peterson  / (34) Litigation/Fraudulent Conveyance   4.2  2100.00
#7256     Review Rourke deposition                            500.00

06/24/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.1   550.00
#7257     Review judgments; telephone Relles (.3) to discuss  500.00

06/24/02  Relles    / (34) Litigation/Fraudulent Conveyance   0.3    99.00
#7458     telephone Peterson re: judgments                    330.00

06/25/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.0  1000.00
#7259     Review Stallard report and analyses                 500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance   1.4   700.00
#7260     Plan structure of report; telephone Finch           500.00

06/26/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.5  1250.00
#7261     Analysis of Grace liability based on judgments;     500.00
          memos to Finch

06/27/02  Peterson  / (34) Litigation/Fraudulent Conveyance   4.3  2150.00
#7262     Review Grace Monthly asbestos reports               500.00

06/28/02  Peterson  / (34) Litigation/Fraudulent Conveyance   5.8  2900.00
#7263     Review documents provided by KPMG; review documents 500.00
          provided by Grace

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance   6.2  3100.00
#7264     Research Grace and asbestos on internet; compile    500.00
          relevant documents
```

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 12

                   W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7265     Develop questions for Stallard deposition          500.00

06/29/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.2    100.00
#7266     telephone Relles re: Rourke analysis               500.00

06/29/02  Relles    / (34) Litigation/Fraudulent Conveyance    0.2     66.00
#7459     telephone Peterson re: Rourke analysis             330.00

06/30/02  Peterson  / (34) Litigation/Fraudulent Conveyance    9.3   4650.00
#7267     Review Stallard report; KPMG reports; draft        500.00
          questions for Stallard deposition

06/30/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4    462.00
#7460     review Stallard report, review Peterson questions  330.00
          for Stallard deposition

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.4    200.00
#7268     Telephone Finch to discuss report and analysis     500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4   1200.00
#7269     Review documents for case                          500.00

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.2   1100.00
#7270     Memo to Relles re: analyses for report; telephone  500.00
          Relles (.5)

07/01/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.4   1200.00
#7271     Work on draft of report                            500.00

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.4    462.00
#7462     review Peterson report plans; telephone Peterson   330.00
          (.5) re: same

07/01/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.3    759.00
#7463     construct report tables based on Rourke critique   330.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.1    550.00
#7272     Draft issues/questions re: Florence deposition     500.00

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    4.4   2200.00
#7273     Review use of asbestos related term in Grace       500.00
          database; review analyses; telephone Relles (1.2)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 13

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.9     950.00
#7274     Review disease transitions in Grace data; telephone 500.00
          Relles (0.5)

07/02/02  Peterson  / (34) Litigation/Fraudulent Conveyance    7.6    3800.00
#7275     Work on report re: fraudulent transaction           500.00

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.8     924.00
#7464     attempt to explain meaning of ASR and ultimate      330.00
          resolution of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    2.2     726.00
#7465     examine matter-id's that give rise to a large number 330.00
          of ASR cases

07/02/02  Relles    / (34) Litigation/Fraudulent Conveyance    1.7     561.00
#7466     telephone Peterson (several) re: use of ASR,        330.00
          disposition of ASR cases

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.0     500.00
#7276     Review documents and telephone Boyer re: PWC        500.00
          analysis

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.3    1150.00
#7277     Telephone (several) with Relles on projections and  500.00
          analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.6     800.00
#7278     Review analyses of KPMG issues; draft memo to Relles 500.00
          re: further analyses

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.4     700.00
#7279     Review Stallard depo                                500.00

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    5.4    2700.00
#7280     work on report, develop analysis of KPMG report;    500.00
          review Stallard and KPMG reports

07/03/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.7    1350.00
#7281     analysis of resolution codes in Grace database;     500.00
          telephone Relles (0.5)

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 14

                    W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance      4.9    1617.00
#7467     run several variations of projections: ASR mappings  330.00
          to diseases, Texas out of state effects, looking at
          settlement years vs filing years to determine
          settlement values

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance      1.8     594.00
#7468     telephone Peterson (several) re: discuss results of  330.00
          projection variations, tabulations showing how
          parameter estimates vary with ASR allocation
          strategies

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance      1.0     330.00
#7469     telephone Peterson re: review design of report       330.00

07/03/02  Relles    / (34) Litigation/Fraudulent Conveyance      2.7     891.00
#7470     begin coding up programs to produce report tables    330.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance      4.4    2200.00
#7282     Work on criticisms of KPMG reports                   500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance      2.1    1050.00
#7283     Review ARPC August 1998 report                       500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance      4.1    2050.00
#7284     Review Stallard deposition                           500.00

07/04/02  Peterson  / (34) Litigation/Fraudulent Conveyance      0.5     250.00
#7285     telephone Relles re: review variation of summary     500.00
          computations across WRG file generations

07/04/02  Relles    / (34) Litigation/Fraudulent Conveyance      4.1    1353.00
#7471     run summary computations on Rourke as well as later  330.00
          files; compare results; telephone Peterson (.5) re:
          initial findings

07/04/02  Relles    / (34) Litigation/Fraudulent Conveyance      2.8     924.00
#7472     run projections based on three separate generations  330.00
          of files; analyze differences in projections

07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance      3.7    1850.00
#7286     Review projections and alternatives;                 500.00

07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance      1.5     750.00
#7287     telephone Relles to discuss projections and analyses 500.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 15

              W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
07/05/02  Peterson  / (34) Litigation/Fraudulent Conveyance    11.0   5500.00
#7288     Work on draft of report                         500.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.6    858.00
#7473     develop a single set of program code to process  330.00
          files and run projections for the three generations
          of files and all variations; debug code

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     3.1   1023.00
#7474     analyze effects of parameter assumptions         330.00

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     1.5    495.00
#7475     telephone Peterson (several) re: review results and 330.00
          assumptions

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.8    924.00
#7476     link with Manville, develop alternative disease  330.00
          estimates; rerun and debug projections

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     1.5    495.00
#7477     review Peterson report; develop tables and other 330.00
          statistics for report

07/05/02  Relles    / (34) Litigation/Fraudulent Conveyance     0.5    165.00
#7478     review Florence deposition                       330.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     6.8   3400.00
#7289     Analyses to understand impact on various assumptions 500.00
          on Grace forecasts; telephone Relles (2.2)

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     8.4   4200.00
#7290     Draft report                                     500.00

07/06/02  Peterson  / (34) Litigation/Fraudulent Conveyance     0.7    350.00
#7291     Telephone Relles to discuss draft of report      500.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance     4.3   1419.00
#7479     compute and enter statistics into Peterson report 330.00

07/06/02  Relles    / (34) Litigation/Fraudulent Conveyance     2.9    957.00
#7480     telephone Peterson (several) re: progress in     330.00
          developing report tables, results of projections

{D0004128:1 }

```
Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 16

            W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/06/02  Relles   / (34) Litigation/Fraudulent Conveyance   4.8  1584.00
#7481     rerun projections, summary statistics for report;  330.00
          check results

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  2.0  1000.00
#7292     Review Relles' draft of section on databases       500.00

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  1.1   550.00
#7293     Develop analysis of Grace liability based on present 500.00
          data; memo to Relles; telephone Relles (.4) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  2.9  1450.00
#7294     Review ARPC August 1998 report; develop relevant   500.00
          analyses; memo to Relles; telephone Relles (.3) re:
          review memo

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  1.3   650.00
#7295     Review transitions for Grace nonspecific disease   500.00
          categories

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  3.9  1950.00
#7296     Examine alternative forecast models; telephone     500.00
          Relles (1.0) to discuss

07/07/02  Peterson  / (34) Litigation/Fraudulent Conveyance  4.8  2400.00
#7297     Draft report                                       500.00

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance   8.3  2739.00
#7482     work on report; run alternative projections,       330.00
          summarize projection results; telephone Peterson
          (several, 1.7) re: same

07/07/02  Relles   / (34) Litigation/Fraudulent Conveyance   4.2  1386.00
#7483     construct parts of report; rerun descriptive       330.00
          computations to add to the report

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance  4.3  2150.00
#7298     Review/compare various Grace databases; telephone  500.00
          conferences with Relles (2.0)

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance  6.9  3450.00
#7299     Draft report                                       500.00
```

{D0004128:1 }

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 17

                W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7300     Research data about claims among defendants circa   500.00
          1998

07/08/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.8   1400.00
#7301     Review alternative means to allocate unspecified    500.00
          disease claims

07/08/02  Relles    / (34) Litigation/Fraudulent Conveyance   14.0   4620.00
#7484     work on report: compose text and tables, run various 330.00
          programs to compute descriptive statistics, run
          projections, analyze results; telephone Peterson
          (several, 2.0)

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.2    600.00
#7302     Review data for 1999 Grace database                 500.00

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.7   1350.00
#7303     Review data analyses of KPMG report; memo to Relles 500.00
          re analyses; telephone Relles (several, 1.2) re:
          projections

07/09/02  Peterson  / (34) Litigation/Fraudulent Conveyance    9.3   4650.00
#7304     Draft report                                        500.00

07/09/02  Relles    / (34) Litigation/Fraudulent Conveyance   12.0   3960.00
#7485     work on report, continue derivation of tables,      330.00
          descriptive statistics, projections, and projection
          summaries; telephone Peterson (several, 1.2) re:
          same

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    1.7    850.00
#7305     Draft report                                        500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    8.1   4050.00
#7306     Review, revise and continue drafting report         500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    2.1   1050.00
#7307     Review Florence deposition                          500.00

07/10/02  Peterson  / (34) Litigation/Fraudulent Conveyance    0.3    150.00
#7308     telephone Relles re: report status                  500.00

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 18

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
07/10/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.5    825.00
#7486     format report for distribution; put into Word files; 330.00
          send to Finch and Swett

07/10/02  Relles   / (34) Litigation/Fraudulent Conveyance    2.8    924.00
#7487     read and note required changes to report            330.00

07/10/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.3     99.00
#7488     telephone Peterson re: status of report             330.00

07/11/02  Peterson  / (34) Litigation/Fraudulent Conveyance  10.6   5300.00
#7309     Review, revise and continue drafting report;        500.00
          telephone Relles (several, .4) re: report status

07/11/02  Relles   / (34) Litigation/Fraudulent Conveyance    1.6    528.00
#7489     determine pending claims by filing year for various 330.00
          years' databases

07/11/02  Relles   / (34) Litigation/Fraudulent Conveyance    0.4    132.00
#7490     telephone Peterson (several) re: status of report,  330.00
          modeling issues

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   9.7   4850.00
#7310     Review, revise and continue drafting report         500.00

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   2.1   1050.00
#7311     Analysis of Grace's expenses for defense            500.00

07/12/02  Peterson  / (34) Litigation/Fraudulent Conveyance   3.2   1600.00
#7312     Review Stallard deposition and report               500.00

07/12/02  Relles   / (34) Litigation/Fraudulent Conveyance    6.5   2145.00
#7491     update computations using 1998 cpi; update defense  330.00
          costs; update discount rate model; update
          projections

07/13/02  Peterson  / (34) Litigation/Fraudulent Conveyance  16.2   8100.00
#7313     Review, revise and continue drafting report;        500.00
          telephone Relles (.5) re: Section 3

07/13/02  Relles   / (34) Litigation/Fraudulent Conveyance    4.2   1386.00
#7492     find information on 6,927 missing 1997 claims;       330.00
          incorporate into 1998 database

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 19

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/13/02  Relles   / (34) Litigation/Fraudulent Conveyance      2.6    858.00
#7493     rerun projections, update all submodels, based on   330.00
          incorporation of missing 1997 claims

07/13/02  Relles   / (34) Litigation/Fraudulent Conveyance      2.8    924.00
#7494     begin update of report based on new computations    330.00

07/13/02  Relles   / (34) Litigation/Fraudulent Conveyance      3.5   1155.00
#7495     finish Section 3 of report; telephone Peterson (.5)  330.00
          re: same

07/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance     8.5   4250.00
#7314     Review, revise and continue drafting report;         500.00
          telephone Relles (several) re: progress and status

07/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance     1.2    600.00
#7315     Draft report section on Stallard report              500.00

07/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance     0.2    100.00
#7316     Telephone Aiken re: discount rates                   500.00

07/14/02  Peterson  / (34) Litigation/Fraudulent Conveyance     2.7   1350.00
#7317     examine effects of alternative assumptions;          500.00
          telephone Relles (several, 1.0) re: sensitivity
          analysis results

07/14/02  Relles   / (34) Litigation/Fraudulent Conveyance      2.7    891.00
#7496     examine effects of alternative assumptions;          330.00
          telephone Peterson (several, 1.0) re: sensitivity
          analysis results

07/14/02  Relles   / (34) Litigation/Fraudulent Conveyance      3.1   1023.00
#7497     further revisions and additions to Section 3         330.00

07/14/02  Relles   / (34) Litigation/Fraudulent Conveyance      4.5   1485.00
#7498     work on revisions and additions to Section 2         330.00

07/14/02  Relles   / (34) Litigation/Fraudulent Conveyance      0.5    165.00
#7499     telephone Peterson (several) re: progress and status 330.00
          of report

07/14/02  Relles   / (34) Litigation/Fraudulent Conveyance      0.8    264.00
#7500     review Section 5                                     330.00

{D0004128:1 }

Date: 08/05/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 20

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
07/15/02   Peterson  / (34) Litigation/Fraudulent Conveyance    13.6   6800.00
#7318      Review, revise and continue drafting report;         500.00
           telephone Relles (0.9)

07/15/02   Peterson  / (34) Litigation/Fraudulent Conveyance     1.0    500.00
#7319      Review Aiken fax, memo to Relles re: discount rates;  500.00
           telephone Relles (0.6)

07/15/02   Relles    / (34) Litigation/Fraudulent Conveyance     6.8   2244.00
#7501      further revisions to report and supporting            330.00
           computations to complete first draft; telephone
           Peterson (several, 1.5) re: same

07/15/02   Relles    / (34) Litigation/Fraudulent Conveyance     2.3    759.00
#7502      prepare cash flows for report and accountant          330.00

07/15/02   Relles    / (34) Litigation/Fraudulent Conveyance     3.5   1155.00
#7503      produce final version of report; send to Finch et al  330.00

07/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance     4.2   2100.00
#7320      Revise report for fraudulent conveyance               500.00

07/16/02   Peterson  / (34) Litigation/Fraudulent Conveyance     1.0    500.00
#7322      Work on report; telephone Relles (many) re: report;   500.00
           telephone Finch re: report

07/16/02   Relles    / (34) Litigation/Fraudulent Conveyance     0.6    198.00
#7504      telephone Finch re: review draft report, go over      330.00
           additional requirements

07/16/02   Relles    / (34) Litigation/Fraudulent Conveyance     0.3     99.00
#7505      telephone Peterson re: draft report                   330.00

07/16/02   Relles    / (34) Litigation/Fraudulent Conveyance     2.3    759.00
#7506      develop time payment streams for Appendix to report   330.00
           and for accountants; check results of all
           computations to ensure consistency with the report

07/17/02   Peterson  / (34) Litigation/Fraudulent Conveyance     4.5   2250.00
#7324      Work on report; telephone Relles (many, 1.2) re:      500.00
           report; telephone Finch re: report

07/17/02   Relles    / (34) Litigation/Fraudulent Conveyance     3.5   1155.00
#7507      finish development of time payment streams;           330.00
           construct appendix to report

Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 21

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
07/17/02  Relles   / (34) Litigation/Fraudulent Conveyance      2.6    858.00
#7508     begin to prepare information for cdrom             330.00

07/17/02  Relles   / (34) Litigation/Fraudulent Conveyance      1.2    396.00
#7509     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Peterson / (34) Litigation/Fraudulent Conveyance      3.8   1900.00
#7327     Work on report; telephone Relles (many)            500.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance      1.2    396.00
#7510     telephone Peterson (several) re: revisions to report 330.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance      2.3    759.00
#7511     finish preparation of information for cdrom        330.00

07/18/02  Relles   / (34) Litigation/Fraudulent Conveyance      7.0   2310.00
#7512     revise report incorporating Peterson's and Finch's 330.00
          comments; build new tables; import into Word; send
          email

07/19/02  Peterson / (34) Litigation/Fraudulent Conveyance     14.0   7000.00
#7329     Work on report; telephone Relles (many) re: report; 500.00
          telephone Finch re: report

07/19/02  Relles   / (34) Litigation/Fraudulent Conveyance     12.8   4224.00
#7513     work on report, build appendices, finish documenting 330.00
          cdroms for distribution; telephone Peterson
          (several, 1.5) re: same

07/20/02  Peterson / (34) Litigation/Fraudulent Conveyance      6.4   3200.00
#7331     Finish and review report; arrange for required     500.00
          distribution; telephone Relles (several); meeting
          with Relles re: distribution of report

07/20/02  Relles   / (34) Litigation/Fraudulent Conveyance      6.3   2079.00
#7514     final revisions to report; final revisions to      330.00
          cdroms; oversee report reproduction; telephone
          Peterson (several, 1.3) re: revisions; meet with
          Peterson re: distribution

07/21/02  Peterson / (34) Litigation/Fraudulent Conveyance      2.6   1300.00
#7332     Review report; telephone Relles (several) about     500.00
          distribution of report

```
Date: 08/05/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                   Page 22

            W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance   0.4    132.00
#7515     miscellaneous emails to Finch, Cunningham re: status 330.00
          of report

07/21/02  Relles   / (34) Litigation/Fraudulent Conveyance   0.5    165.00
#7516     telephone Peterson (several) re: distribution of   330.00
          report

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.5    825.00
#7517     read final report, note additions/corrections      330.00

07/22/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.0    660.00
#7518     organize dictionaries for jury data; obtain        330.00
          frequencies and printouts; review data

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance   4.5   2250.00
#7335     Review Hughes deposition                           500.00

07/23/02  Peterson / (34) Litigation/Fraudulent Conveyance   1.8    900.00
#7336     Review fraudulent conveyance report                500.00

07/24/02  Peterson / (34) Litigation/Fraudulent Conveyance   1.2    600.00
#7337     Telephone: Finch; financial advisers; re: insurance; 500.00
          review projection models

07/29/02  Relles   / (34) Litigation/Fraudulent Conveyance   2.3    759.00
#7519     analyze Grace liabilities in the presence of       330.00
          insurance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance   2.3   1150.00
#7338     review J. Wolin's opinion; review LAS report for   500.00
          fraudulent conveyance

07/30/02  Peterson / (34) Litigation/Fraudulent Conveyance   0.9    450.00
#7339     Telephone Relles (several); Finch(2); email Swett  500.00
          re: sending statlib to defendants

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance   1.6    528.00
#7520     build cdrom with "bin" directory and Statlib manual; 330.00
          document and send

07/30/02  Relles   / (34) Litigation/Fraudulent Conveyance   0.8    264.00
#7521     telephone Peterson (.3) re: review use of insurance 330.00
          projections; revise to include cumulative sums
```

Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 23

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
07/31/02   Peterson  / (34) Litigation/Fraudulent Conveyance    2.0   1000.00
#7340      conference call: Inselbuch, Swett re: J. Wolin's    500.00
           opinion

07/31/02   Relles    / (34) Litigation/Fraudulent Conveyance    0.8    264.00
#7522      reply to Menes query at Bates-White                 330.00

{D0004128:1 }

Date: 08/05/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 24

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
05/06/02  Peterson  / (35) Non-Working Travel Time            3.0     750.00
#7208     Travel to Washington                              250.00

05/15/02  Peterson  / (35) Non-Working Travel Time            3.0     750.00
#7214     Travel to Thousand Oaks                           250.00

06/03/02  Peterson  / (35) Non-Working Travel Time            1.0     250.00
#7221     Travel to Chicago                                 250.00

06/07/02  Peterson  / (35) Non-Working Travel Time            1.0     250.00
#7226     Travel to Los Angeles                             250.00

06/19/02  Relles    / (35) Non-Working Travel Time            3.0     495.00
#7450     travel Los Angeles to NYC                         165.00

06/20/02  Relles    / (35) Non-Working Travel Time            6.0     990.00
#7456     travel NYC to Los Angeles                         165.00

07/16/02  Peterson  / (35) Non-Working Travel Time            1.2     300.00
#7321     Travel to New York                                250.00

07/18/02  Peterson  / (35) Non-Working Travel Time            1.2     300.00
#7328     Travel to Thousand Oaks                           250.00

```
Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                       Page 25

              W. R. Grace (continued)


Date/Slip# Description                            HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
07/16/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.0    500.00
#7323     Work on affidavit                       500.00

07/17/02  Peterson  / (37) Preparation for & Attendance at Hrgs   2.3   1150.00
#7325     Work on affidavit                       500.00

07/18/02  Peterson  / (37) Preparation for & Attendance at Hrgs   2.6   1300.00
#7326     Revise draft of affidavit, telephone Lauber    500.00

07/19/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.0    500.00
#7330     Review final draft of affidavit         500.00

07/21/02  Peterson  / (37) Preparation for & Attendance at Hrgs   1.4    700.00
#7333     Review deposition of Hughes             500.00

07/23/02  Peterson  / (37) Preparation for & Attendance at Hrgs   0.1     50.00
#7334     Discussion with Hilton                  500.00
-------------------------------------------------------------------------
```

```
Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                               Page 26

              W. R. Grace (continued)

         Summary Of Time Charges, By Month and Activity
                   May 2002 - July 2002


MONTH      ACTIVITY                                HOURS    AMOUNT
-----------------------------------------------------------------------
May        - Asbestos: Claims Analysis & Valuations  13.3    4542.00
May        - Committee Matters & Creditor Mtgs         4.5    2250.00
May        - Litigation/Fraudulent Conveyance         55.3   23604.00
May        - Non-Working Travel Time                   6.0    1500.00
May        - Total                                    79.1   31896.00

June       - Asbestos: Claims Analysis & Valuations  27.1    9591.00
June       - Committee Matters & Creditor Mtgs         5.5    2410.00
June       - Litigation/Fraudulent Conveyance        161.8   71822.00
June       - Non-Working Travel Time                  11.0    1985.00
June       - Total                                   205.4   85808.00

July       - Litigation/Fraudulent Conveyance        447.4 190958.00
July       - Non-Working Travel Time                   2.4     600.00
July       - Preparation for & Attendance at Hrgs      8.4    4200.00
July       - Total                                   458.2 195758.00

Total      - Asbestos: Claims Analysis & Valuations  40.4   14133.00
Total      - Committee Matters & Creditor Mtgs        10.0    4660.00
Total      - Litigation/Fraudulent Conveyance        664.5 286384.00
Total      - Non-Working Travel Time                  19.4    4085.00
Total      - Preparation for & Attendance at Hrgs      8.4    4200.00
Total      - Total                                   742.7 313462.00


-----------------------------------------------------------------------------
```

```
Date: 08/05/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                      Page 27

                    W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                        May 2002 - July 2002

MONTH        PERSON                                      HOURS    AMOUNT
-----------------------------------------------------------------------
May          - Relles                                     36.2  11946.00
May          - Peterson                                   42.9  19950.00
May          - Total                                      79.1  31896.00

June         - Relles                                     74.5  23100.00
June         - Peterson                                   122.4  60700.00
June         - Ebener                                      7.7   1848.00
June         - Brelsford                                   0.8    160.00
June         - Total                                     205.4  85808.00

July         - Relles                                    192.6  63558.00
July         - Peterson                                  265.6 132200.00
July         - Total                                     458.2 195758.00

Total        - Relles                                    303.3  98604.00
Total        - Peterson                                  430.9 212850.00
Total        - Ebener                                      7.7   1848.00
Total        - Brelsford                                   0.8    160.00
Total        - Total                                     742.7 313462.00
```

-------------------------------------------------------------------------------

```
Date: 08/05/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 28

               W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                      May 2002 - July 2002


MONTH       PERSON                        HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
Asbestos: Claims Analysis & Valuations

May         - Relles                      12.4    330.    4092.00
May         - Peterson                     0.9    500.     450.00
June        - Relles                      10.1    330.    3333.00
June        - Peterson                     8.5    500.    4250.00
June        - Ebener                       7.7    240.    1848.00
June        - Brelsford                    0.8    200.     160.00

Committee Matters & Creditor Mtgs

May         - Peterson                     4.5    500.    2250.00
June        - Relles                       2.0    330.     660.00
June        - Peterson                     3.5    500.    1750.00

Litigation/Fraudulent Conveyance

May         - Relles                      23.8    330.    7854.00
May         - Peterson                     31.5    500.   15750.00
June        - Relles                       53.4    330.   17622.00
June        - Peterson                     108.4   500.   54200.00
July        - Relles                      192.6    330.   63558.00
July        - Peterson                     254.8   500.  127400.00

Non-Working Travel Time

May         - Peterson                     6.0    250.    1500.00
June        - Relles                       9.0    165.    1485.00
June        - Peterson                     2.0    250.     500.00
July        - Peterson                     2.4    250.     600.00

Preparation for & Attendance at Hrgs

July        - Peterson                     8.4    500.    4200.00

-------------------------------------------------------------------------------
```

{D0004128:1 }

```
Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 29

              W. R. Grace (continued)



          Total Expenses   $8,965.18

          FedEx (Peterson)           $34.11
          Travel (Peterson)      $6,019.91
          Fedex (Relles)            $80.00
          Travel (Relles)        $2,792.95
          Copying (Ebener)          $38.21


   Travel (Peterson) Thousand Oaks-Washington DC  May 5-7     $1,781.65

          Airfare  (1/2 coach)        $1,252.25
          Hotel                          257.05
          Meals                           91.10
          Cabs, roundtrip Dulles          50.00
          Car service, roundtrip LAX     131.25


   Travel (Peterson) Thousand Oaks-New York, May 14-15     1,490.29

          Airfare (1/2 coach)         $1,128.75
          Hotel    (1/2)                 134.07
          Meals                          46.22
          Cabs, roundtrip JFK Airport     50.00
          Car service, roundtrip LAX     131.25


   Travel (Peterson) Thousand Oaks-Chicago,  June 3-7     $41.85
          (split with several projects)

          Airfare                  $  509.46
          Hotel                       241.62
          Telephone                    86.84
          Airfone                       5.09
          Meals                        36.71
          Cabs, O'Hare roundtrip       12.86
          Car service, LAX roundtrip   37.50
```

--------------------------------------------------------------------------------

Date: 05/02/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 30

                W. R. Grace (continued)


  Travel (Peterson) Thousand Oaks-New York       July 16-   $1,706.12
            (split with other project)

                Airfare                     $1,212.33
                Hotel                          344.86
                Meals                           31.01
                Telephone                        0.42
                Cab, from JFK                   30.00
                Car service, LAX roundtrip      87.50


   Travel (Relles) Santa Monica-New York, June 19-20       $2,792.95

        LAX-NYC          half the cost of a Los Angeles to NYC
                           coach fare--had to change for return   1132.50
        NYC taxi         JFK to mid-town hotel                      45.00
        NYC hotel        Hotel Elysee NYC                          281.46
        NYC hotel        Hotel Elysee NYC restaurant charge
                           (dinner meeting with Nate Finch)         58.19
        NYC taxi         One Penn Plaza to JFK                      34.40
        NYC-LAX          return coach fare to Los Angeles         1221.50
        LAX parking      parking LAX                                19.90