```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/04/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    150.00
 #8104     Telephone Hilton                                      500.00

 08/05/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    100.00
 #8107     Correspond with Hilton re: meeting to review report  500.00

 08/07/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3   1150.00
 #8109     Review July 22 Report in preparation for meeting     500.00
           with Hilton

 08/07/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0   2000.00
 #8110     Prepare for meeting with Hilton; meeting with Hilton 500.00
           re: discussion of analyses for settlement
           discussions

 08/13/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.8   3400.00
 #8115     Review Bates report (3.8); work on response to Bates 500.00
           report including review of July report (3.0)

 08/13/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3    429.00
 #8306     review Bates testimony                               330.00

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    500.00
 #8116     Review requested confidentiality letter re: Bates   500.00
           report; email to finch re confidentiality;
           correspondence and read revised responses re
           confidentiality

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.0   1500.00
 #8117     Telephone conference with attorneys and Relles re:   500.00
           Bates' report (1.2); telephone Relles (man, re:
           Bates' report and conference with attornies (1.6);
           prepare for conference call (0.2)

 08/14/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.4   3200.00
 #8118     Review Bates' report and work on response: plan      500.00
           analyses to responde to report and criticisms of
           report

 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0   1320.00
 #8307     review Bates testimony                               330.00

 08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    528.00
 #8308     telephone Peterson (several) re: Bates testimony    330.00
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 2

                   W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2      396.00
 #8309    conference call with Lockwood, Finch, Swett,          330.00
          Peterson re: Bates testimony

08/14/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8      924.00
 #8310    perform computations to check Bates' claims           330.00

08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0      330.00
 #8311    download Bates files from cdrom; review contents      330.00

08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7      891.00
 #8312    review Bates' spreadsheet computations; identify      330.00
          drivers of his results

08/15/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.1      693.00
 #8313    telephone Peterson re: Bates' spreadsheet             330.00

08/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.6     1518.00
 #8320    review Bates report, parameter assumptions (2.5);     330.00
          plan model variations to estimate effects (1.4);
          produce materials for Peterson meeting (0.7)

08/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7      561.00
 #8321    meet with Peterson to go over Bates assumptions and   330.00
          parameters

08/18/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6      800.00
 #8134    Review forecasts in other asbestos cases              500.00

08/18/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5      825.00
 #8323    telephone Peterson (several) re: findings about       330.00
          Bates estimates

08/20/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.2     3600.00
 #8149    Draft Rebuttal report sections responding to Bates'   500.00
          specific criticisms

08/21/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  8.4     4200.00
 #8152    Revise and draft Rebuttal report sections responding  500.00
          to Bates' specific criticisms

08/21/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4      462.00
 #8336    analyze numbers behind Bates Exhibit 9                330.00

08/21/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5      825.00
 #8339    review Peterson comments re: Bates and develop        330.00
          tabular description of rebuttal criticism
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 3

                      W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 08/29/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   200.00
 #8168     Telephone Relles re: contents of Bates program disk  500.00

 08/29/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.5   165.00
 #8346     review disks and cdrom not previously examined    330.00

 08/29/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.3   429.00
 #8347     review Bates' programs, email to Swett describing  330.00
           contents of Bates disk; telephone Peterson (.4) re:
           Bates programs

 08/05/02  Peterson  / (07) Committee, Creditors'              1.8    900.00
 #8105     Telephone Swett and Finch re: supplementing opinion 500.00

 08/09/02  Peterson  / (07) Committee, Creditors'              1.7    850.00
 #8112     Conference call, Lockwood, Swett, Finch re: rebuttal 500.00
           report

 08/14/02  Peterson  / (07) Committee, Creditors'              0.5    250.00
 #8120     Telephone Finch re: Hughes deposition              500.00

 08/04/02  Peterson  / (11) Fee Applications, Applicant        1.0    500.00
 #8103     Work on billing and fee application                500.00

 08/02/02  Peterson  / (13) Financing                          0.7    350.00
 #8101     Telephone Finch and Boyer to discuss insurance     500.00
           analysis; telephone Finch and Swett re: J. Wolin's
           decision

 08/03/02  Peterson  / (14) Hearings                           3.5   1750.00
 #8102     Review Beber deposition                            500.00

 08/25/02  Peterson  / (14) Hearings                           0.5    250.00
 #8164     Telephone Finch re: subpeona                       500.00

 08/27/02  Peterson  / (14) Hearings                           7.0   3500.00
 #8166     Prepare and meet with attorneys re: deposition and 500.00
           testimony

 08/07/02  Peterson  / (20) Travel - Non-working               2.0   1000.00
 #8108     Travel to Dallas                                   500.00

 08/07/02  Peterson  / (20) Travel - Non-working               4.0   2000.00
 #8111     Travel to New York                                 500.00

 08/26/02  Peterson  / (20) Travel - Non-working               3.5   1750.00
 #8165     Travel to New York                                 500.00
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 4

                     W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
08/28/02    Peterson  / (20) Travel - Non-working               3.5    1750.00
#8167       Travel to Thousand Oaks                           500.00

08/05/02    Peterson  / (28) Data Analysis                      2.1    1050.00
#8106       Review documents to using in supplementing report 500.00
            based on J. Wolins' opinion

08/09/02    Peterson  / (28) Data Analysis                      0.7     350.00
#8113       Telephone Relles (.3); review data to prepare for 500.00
            conference call (.4)

08/09/02    Peterson  / (28) Data Analysis                      3.2    1600.00
#8114       Review data analysis in July report (1.3); plan  500.00
            additional work pursuant to J. Wolins' opinion
            (1.5); telephone Relles (.4) to discuss further work

08/09/02    Relles    / (28) Data Analysis                      0.7     231.00
#8301       telephone Peterson (twice) re: additional lines of 330.00
            analysis, given judge's opinion

08/09/02    Relles    / (28) Data Analysis                      2.2     726.00
#8302       produce several descriptive tables concerning early 330.00
            1998 filings and settlements

08/13/02    Relles    / (28) Data Analysis                      0.3      99.00
#8303       read Chambers' review of ARPC projections         330.00

08/13/02    Relles    / (28) Data Analysis                      0.2      66.00
#8304       review jury verdict data for Finch request        330.00

08/13/02    Relles    / (28) Data Analysis                      0.3      99.00
#8305       review Peterson memo on modeling the effects of  330.00
            early 1998 settlements

08/14/02    Peterson  / (28) Data Analysis                      0.2     100.00
#8119       Review filings by law firm                       500.00

08/15/02    Peterson  / (28) Data Analysis                      2.9    1450.00
#8121       Plan analysis for Rebuttal Report and draft and send 500.00
            memo to Relles on plans

08/15/02    Peterson  / (28) Data Analysis                      3.5    1750.00
#8122       Work on outline of Rebuttal Report               500.00

08/15/02    Peterson  / (28) Data Analysis                      2.1    1050.00
#8123       Telephone Relles (many) to discuss analysis and  500.00
            planning for Rebuttal Report
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 5

                        W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
08/15/02    Peterson   / (28) Data Analysis                     7.5     3750.00
#8124       Draft Rebuttal Report                            500.00

08/15/02    Relles     / (28) Data Analysis                     4.5     1485.00
#8314       design analytical files to respond to Bates'     330.00
            criticisms

08/16/02    Peterson   / (28) Data Analysis                     4.6     2300.00
#8125       Work on analyses of time and resolutions of claims 500.00
            by Grace

08/16/02    Peterson   / (28) Data Analysis                     1.2      600.00
#8126       Review analyses based on J. Wolins' opinion (0.6); 500.00
            review projections for Rebuttal Report (0.6)

08/16/02    Peterson   / (28) Data Analysis                     8.1     4050.00
#8127       Draft Rebuttal Report                            500.00

08/16/02    Peterson   / (28) Data Analysis                     2.3     1150.00
#8128       Telephone Relles to discuss analyses for Rebuttal 500.00
            report

08/16/02    Relles     / (28) Data Analysis                     2.3      759.00
#8315       Telephone Peterson (many) re: discuss analyses for 330.00
            rebuttal report

08/16/02    Relles     / (28) Data Analysis                     2.7      891.00
#8316       design analytical files for rebuttal report      330.00

08/16/02    Relles     / (28) Data Analysis                     2.0      660.00
#8317       build various tables identified in Peterson memos 330.00

08/16/02    Relles     / (28) Data Analysis                     1.3      429.00
#8318       compute dollar figures using methods that correspond 330.00
            to judges' ruling

08/16/02    Relles     / (28) Data Analysis                     1.8      594.00
#8319       produce preliminary projections; summarize and   330.00
            compare with previous runs

08/17/02    Peterson   / (28) Data Analysis                     2.1     1050.00
#8129       Analyses of timing of settlements by Grace       500.00

08/17/02    Peterson   / (28) Data Analysis                     2.7     1350.00
#8130       Analyses of trends in settlement values and outcomes 500.00
```

{D0004820:1 }

```
Date: 09/16/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                             Page 6

                        W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/17/02  Peterson  / (28) Data Analysis                        2.9    1450.00
 #8131     Review Relles' analyses of diseases and transition; 500.00
           values and trends in values

 08/17/02  Peterson  / (28) Data Analysis                        7.3    3650.00
 #8132     Draft Rebuttal Report                               500.00

 08/17/02  Peterson  / (28) Data Analysis                        1.7     850.00
 #8133     meet with Relles to discuss analyses for Rebuttal   500.00
           report

 08/18/02  Peterson  / (28) Data Analysis                        2.6    1300.00
 #8135     Work on analysis of timing of payments of claims;   500.00
           number of claims resolved over time

 08/18/02  Peterson  / (28) Data Analysis                        0.8     400.00
 #8136     Work on analysis of transition matrices             500.00

 08/18/02  Peterson  / (28) Data Analysis                        1.4     700.00
 #8137     Review effects on outcomes of transition of closed  500.00
           claims

 08/18/02  Peterson  / (28) Data Analysis                        2.5    1250.00
 #8138     Telephone Relles (many) to discuss analyses for     500.00
           Rebuttal report

 08/18/02  Peterson  / (28) Data Analysis                        4.7    2350.00
 #8139     Draft Rebuttal report                               500.00

 08/18/02  Peterson  / (28) Data Analysis                        2.4    1200.00
 #8140     Review forecasts                                    500.00

 08/18/02  Peterson  / (28) Data Analysis                        0.7     350.00
 #8141     Review how Grace settlements change over time       500.00

 08/18/02  Relles    / (28) Data Analysis                        8.3    2739.00
 #8322     produce tables and parameter estimates to compare   330.00
           with Bates (4.2); generate projections for a variety
           of assumptions (4.1)

 08/18/02  Relles    / (28) Data Analysis                        1.0     330.00
 #8324     review Peterson draft outline and Bates report      330.00

 08/19/02  Peterson  / (28) Data Analysis                        1.2     600.00
 #8142     Conference call with Finch, Swett, Relles re: design 500.00
           of report
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 7

                     W. R. Grace (continued)


Date/Slip#  Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
08/19/02    Peterson  / (28) Data Analysis                         8.8    4400.00
#8143       Draft Rebuttal report sections responding to Bates'  500.00
            specific criticisms

08/19/02    Peterson  / (28) Data Analysis                         4.6    2300.00
#8144       Work on analyses for rebuttal report                 500.00

08/19/02    Peterson  / (28) Data Analysis                         2.7    1350.00
#8145       Telephone Relles to review analyses for rebuttal    500.00
            report

08/19/02    Relles    / (28) Data Analysis                         2.6     858.00
#8325       run new projections, review output and revise        330.00
            projection programs

08/19/02    Relles    / (28) Data Analysis                         0.7     231.00
#8326       investigate duplicates flag in 1999 dataset          330.00

08/19/02    Relles    / (28) Data Analysis                         3.2    1056.00
#8327       replicate old results (1.1), estimate effects of    330.00
            revised assumptions (2.1)

08/19/02    Relles    / (28) Data Analysis                         1.0     330.00
#8328       prepare attorney listings for Finch                  330.00

08/19/02    Relles    / (28) Data Analysis                         2.7     891.00
#8329       telephone Peterson (several) re: results, design of 330.00
            report

08/19/02    Relles    / (28) Data Analysis                         1.2     396.00
#8330       conference call with Finch, Swett, Peterson re:     330.00
            design of report

08/19/02    Relles    / (28) Data Analysis                         4.7    1551.00
#8331       update Section 3 of report to use new 1998          330.00
            parameters

08/20/02    Peterson  / (28) Data Analysis                         1.8     900.00
#8146       Review revision of analysis of liability based on   500.00
            1998 database

08/20/02    Peterson  / (28) Data Analysis                         1.4     700.00
#8147       Work on analysis of transition matrix               500.00

08/20/02    Peterson  / (28) Data Analysis                         2.9    1450.00
#8148       Draft rebuttal section on reanalysis of liability   500.00
            based on 1998 database
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 8

                    W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
08/20/02    Peterson  / (28) Data Analysis                     2.4      1200.00
#8150       Telephone Relles (many) re: analyses and drafting of 500.00
            sections on revised liability analyses

08/20/02    Relles    / (28) Data Analysis                     3.7      1221.00
#8332       examine sensitivity of assumptions; run alternative 330.00
            projections (all one task)

08/20/02    Relles    / (28) Data Analysis                     2.4       792.00
#8333       telephone Peterson (several calls) re: report,     330.00
            calculations,

08/20/02    Relles    / (28) Data Analysis                     2.8       924.00
#8334       fill in tables for projections based on the 2002   330.00
            dataset

08/21/02    Peterson  / (28) Data Analysis                     5.7      2850.00
#8151       Review and draft Rebuttal report section on analysis 500.00
            of liability based on 2002 database

08/21/02    Peterson  / (28) Data Analysis                     2.2      1100.00
#8153       Telephone Relles (many) to review analyses;        500.00
            discussed drafted Rebuttal sections

08/21/02    Peterson  / (28) Data Analysis                     0.6       300.00
#8154       Draft introduction to Rebuttal report              500.00

08/21/02    Relles    / (28) Data Analysis                     2.1       693.00
#8335       analyze effects of eliminating duplicates          330.00

08/21/02    Relles    / (28) Data Analysis                     2.5       825.00
#8337       set up projections to start April 1998; run        330.00
            projections

08/21/02    Relles    / (28) Data Analysis                     3.0       990.00
#8338       fill in tables for projections based on the 2002   330.00
            dataset

08/21/02    Relles    / (28) Data Analysis                     2.2       726.00
#8340       Telephone Peterson (many) re: review analyses;     330.00
            discussed drafted rebuttal sections

08/22/02    Peterson  / (28) Data Analysis                     3.7      1850.00
#8155       Work on analysis of allocation of unknown disease  500.00
            claims and effects on resolution outcomes
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 9

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 08/22/02  Peterson  / (28) Data Analysis                     4.1     2050.00
 #8156     Work on analysis of liability based on 1998      500.00
           database; revise rebuttal report sections on
           analysis using 1998 database

 08/22/02  Peterson  / (28) Data Analysis                     6.6     3300.00
 #8157     Work on analyses related to Bates' criticisms (2.8); 500.00
           write and revise sections of rebuttal report
           addressing Bates' criticisms (3.8)

 08/22/02  Peterson  / (28) Data Analysis                     2.4     1200.00
 #8158     Telephone Relles (many) to discuss analyses and  500.00
           drafting of rebuttal report

 08/22/02  Relles    / (28) Data Analysis                     7.5     2475.00
 #8341     develop supporting tables for report: projection 330.00
           results, summary tables for Sections 2 and 4 (7.2);
           telephone Peterson (several) re: progress (0.3)

 08/22/02  Relles    / (28) Data Analysis                     6.5     2145.00
 #8342     work on report: read, revise, and format draft   330.00
           Sections 2 and 4

 08/22/02  Relles    / (28) Data Analysis                     2.1      693.00
 #8343     telephone Peterson (many) re: discuss analyses and 330.00
           drafting of rebuttal report

 08/23/02  Peterson  / (28) Data Analysis                     2.0     1000.00
 #8159     Organize and revise sections of rebuttal report  500.00

 08/23/02  Peterson  / (28) Data Analysis                     1.5      750.00
 #8160     Telephone Swett, Finch (many) re: rebuttal report 500.00

 08/23/02  Peterson  / (28) Data Analysis                     1.6      800.00
 #8161     Telephone Relles (many) re: drafting and production 500.00
           of rebuttal report

 08/23/02  Peterson  / (28) Data Analysis                     7.5     3750.00
 #8162     Complete Rebuttal report                         500.00

 08/23/02  Peterson  / (28) Data Analysis                     2.4     1200.00
 #8163     Organize, review and distribute report to Sealed Air 500.00
           and Grace attorneys
```

{D0004820:1 }

```
Date: 09/16/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 10

                    W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 08/23/02  Relles    / (28) Data Analysis                         11.8    3894.00
 #8344     work on report: additional supporting computations    330.00
           and analysis (5.7); review and proofread (3.3);
           telephone Peterson (several 1.6), Finch, and Swett
           (numerous calls, 1.0) re: resolving issues, progress

 08/23/02  Relles    / (28) Data Analysis                          2.2     726.00
 #8345     develop and distribute summary table for Section 3    330.00
           of report
--------------------------------------------------------------------------------
```

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                            Page 11

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                       August 2002 - August 2002

  MONTH      ACTIVITY                                         HOURS    AMOUNT
  ------------------------------------------------------------------------------
  August    - Claims Anal Objectn/Resolutn (Asbest)            72.8   31096.00
  August    - Committee, Creditors'                             4.0    2000.00
  August    - Fee Applications, Applicant                       1.0     500.00
  August    - Financing                                         0.7     350.00
  August    - Hearings                                         11.0    5500.00
  August    - Travel - Non-working                             13.0    6500.00
  August    - Data Analysis                                   228.8   98675.00
  August    - Total                                           331.3  144621.00

  Total     - Claims Anal Objectn/Resolutn (Asbest)            72.8   31096.00
  Total     - Committee, Creditors'                             4.0    2000.00
  Total     - Fee Applications, Applicant                       1.0     500.00
  Total     - Financing                                         0.7     350.00
  Total     - Hearings                                         11.0    5500.00
  Total     - Travel - Non-working                             13.0    6500.00
  Total     - Data Analysis                                   228.8   98675.00
  Total     - Total                                           331.3  144621.00

--------------------------------------------------------------------------------
```

{D0004820:1 }

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 12

                         W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Person
                         August 2002 - August 2002

   MONTH      PERSON                                         HOURS     AMOUNT
   -----------------------------------------------------------------------------
   August    - Relles                                        123.7   40821.00
   August    - Peterson                                      207.6  103800.00
   August    - Total                                         331.3  144621.00

   Total     - Relles                                        123.7   40821.00
   Total     - Peterson                                      207.6  103800.00
   Total     - Total                                         331.3  144621.00


   -----------------------------------------------------------------------------
```

```
Date: 09/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 13

                      W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                       August 2002 - August 2002

MONTH      PERSON                              HOURS    RATE     AMOUNT
------------------------------------------------------------------------
Claims Anal Objectn/Resolutn (Asbest)

August   - Relles                               31.2    330.    10296.00
August   - Peterson                             41.6    500.    20800.00

Committee, Creditors'

August   - Peterson                              4.0    500.     2000.00

Fee Applications, Applicant

August   - Peterson                              1.0    500.      500.00

Financing

August   - Peterson                              0.7    500.      350.00

Hearings

August   - Peterson                             11.0    500.     5500.00

Travel - Non-working

August   - Peterson                             13.0    500.     6500.00

Data Analysis

August   - Relles                               92.5    330.    30525.00
August   - Peterson                            136.3    500.    68150.00

------------------------------------------------------------------------
```

{D0004820:1 }

```
Date: 09/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 14

              W. R. Grace (continued)


          Total Expenses, August 2002    $8,463.96


          Fedex (Peterson)    $  281.11
          Fedex (Relles)      $  232.38
          Travel (Peterson)   $7,950.47


   August 7-8, Thousand Oaks-Dallas-New York       $4,019.74

          Airfare         991.50     3,163.00
            (coach fare, 3 leg trip)
          Hotel                        494.64
          Meals                         33.60
          Taxis (JFK roundtrip)         80.00
          Car service (LAX roundtrip)  248.50
            138.70  109.80


   August 26-28, Thousand Oaks-New York            $3,930.73

          Airfare         991.50     2,263.00
          Hotel                      1,034.58
          Meals                        144.99
          Car service (JFK)            144.76
          Car service (Meeting, LAX)   184.70
          Car service (LAX-Thous Oaks) 158.70
```

{D0004820:1 }