```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 1


                       W. R. Grace, Inc. % Elihu Inselbuch
                       Caplin & Drysdale
                       399 Park Avenue, 27th Floor
                       New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/04/02  Peterson   / (07) Committee, Creditors'               0.4    200.00
 #8306     telephone Swett, Relles re: revision of addendum    500.00
           report

 09/04/02  Relles     / (07) Committee, Creditors'               0.2     66.00
 #8506     telephone Swett (.1) re: tables; revise tables and  330.00
           send

 09/04/02  Relles     / (07) Committee, Creditors'               0.4    132.00
 #8507     telephone Swett, Peterson re: revision of addendum  330.00
           report

 09/05/02  Peterson   / (07) Committee, Creditors'               2.0   1000.00
 #8309     Telephone Swett (many); Relles (many) re addendum   500.00

 09/05/02  Peterson   / (07) Committee, Creditors'               1.7    850.00
 #8310     Telephone Fleishman, Swett, Relles re: forecasting  500.00
           models

 09/05/02  Peterson   / (07) Committee, Creditors'               0.2    100.00
 #8313     Telephone Inselbuch; Swett re: deposition           500.00

 09/10/02  Peterson   / (07) Committee, Creditors'               0.8    400.00
 #8326     Telephone Swett re: Bates' analysis; documents re:  500.00
           group settlements

 09/16/02  Relles     / (07) Committee, Creditors'               2.0    660.00
 #8536     telephone Swett (several calls) re: review Bates    330.00
           report and spreadsheet

 09/21/02  Peterson   / (07) Committee, Creditors'               0.8    400.00
 #8348     Telephone Swett to discuss documents and Bates      500.00
           materials
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/15/02  Peterson  / (11) Fee Applications, Applicant          1.0     500.00
 #8338     Respond to Auditors Initial Report                  500.00

 09/17/02  Peterson  / (11) Fee Applications, Applicant          0.4     200.00
 #8344     Review correspondence from fee Auditor              500.00

 09/17/02  Relles    / (11) Fee Applications, Applicant          2.0     660.00
 #8538     complying with billing requirements of W.H.Smith    330.00
           auditor
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

                     W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 09/05/02  Peterson  / (14) Hearings                            0.7     350.00
 #8312     Assemble materials to prepare for deposition       500.00

 09/07/02  Peterson  / (14) Hearings                            9.0    4500.00
 #8316     Prepare for deposition, review documents           500.00

 09/08/02  Peterson  / (14) Hearings                            4.5    2250.00
 #8319     Meet with Inselbuch and Swett to prepare for       500.00
           deposition

 09/08/02  Peterson  / (14) Hearings                            4.3    2150.00
 #8320     Prepare for deposition, review documents           500.00

 09/08/02  Peterson  / (14) Hearings                            0.2     100.00
 #8321     Telephone Relles re: preparation for deposition    500.00

 09/08/02  Relles    / (14) Hearings                            0.2      66.00
 #8518     telephone Peterson (.2) re: status of preparation  330.00
           for deposition

 09/09/02  Peterson  / (14) Hearings                            2.0    1000.00
 #8322     Prepare for deposition; meet with Swett            500.00

 09/09/02  Peterson  / (14) Hearings                            7.8    3900.00
 #8323     Deposition                                         500.00

 09/09/02  Peterson  / (14) Hearings                            0.2     100.00
 #8325     Telephone Relles re: deposition, followup tasks    500.00

 09/09/02  Relles    / (14) Hearings                            0.2      66.00
 #8519     telephone Peterson re: deposition, followup tasks  330.00

 09/12/02  Peterson  / (14) Hearings                            1.4     700.00
 #8334     Review Peterson deposition                         500.00

 09/17/02  Peterson  / (14) Hearings                            2.8    1400.00
 #8343     Review deposition and related materials            500.00

 09/17/02  Relles    / (14) Hearings                            2.5     825.00
 #8537     prepare for trip to Washington for Bates deposition: 330.00
           telephone Peterson (.5), Swett and Peterson (2.0)

 09/18/02  Peterson  / (14) Hearings                            2.5    1250.00
 #8345     Review deposition and related materials            500.00
```

{D0006180:1 }

```
Date: 10/09/02             Legal Analysis Systems, Inc.
Time: 9:00am                                                           Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/18/02  Peterson  / (14) Hearings                         1.0     500.00
 #8346     Telephone Relles to discuss Bates deposition    500.00

 09/18/02  Relles    / (14) Hearings                         0.7     231.00
 #8541     telephone Peterson re: discuss deposition topics 330.00

 09/18/02  Relles    / (14) Hearings                         1.2     396.00
 #8542     meeting Swett re: discuss Bates deposition      330.00

 09/18/02  Relles    / (14) Hearings                         7.0    2310.00
 #8543     attend Bates deposition; meet with Swett        330.00

 09/18/02  Relles    / (14) Hearings                         1.0     330.00
 #8545     telephone Peterson re: results of Bates deposition 330.00

 09/19/02  Peterson  / (14) Hearings                         3.8    1900.00
 #8347     Review materials for continuing deposition      500.00

 09/21/02  Peterson  / (14) Hearings                         0.5     250.00
 #8350     Telephone Relles re: preparation for deposition 500.00

 09/21/02  Peterson  / (14) Hearings                         0.5     250.00
 #8351     Telephone Relles (several) re: summary tables and 500.00
           analyses for deposition

 09/21/02  Relles    / (14) Hearings                         0.5     165.00
 #8547     review Bates deposition                         330.00

 09/21/02  Relles    / (14) Hearings                         0.5     165.00
 #8548     telephone Peterson re: preparation for Peterson 330.00
           deposition

 09/22/02  Peterson  / (14) Hearings                         9.2    4600.00
 #8353     Prepare for deposition; review materials; review 500.00
           prior deposition

 09/22/02  Peterson  / (14) Hearings                         0.7     350.00
 #8354     Telephone Relles (several) re: additional analyses 500.00
           for deposition

 09/22/02  Relles    / (14) Hearings                         1.2     396.00
 #8550     perform additional analyses for Peterson deposition; 330.00
           telephone Peterson (several, .7) re: same
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 5

                       W. R. Grace (continued)


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/23/02   Peterson   / (14) Hearings                              2.4   1200.00
 #8356      Prepare for deposition, review materials              500.00

 09/23/02   Peterson   / (14) Hearings                              3.0   1500.00
 #8357      Deposition                                            500.00

 09/24/02   Peterson   / (14) Hearings                              6.0   3000.00
 #8360      Meet with Finch and Swett; work on demonstrative      500.00
            exhibits for trial

 09/24/02   Peterson   / (14) Hearings                              1.5    750.00
 #8361      Review Bates deposition and documents                 500.00

 09/24/02   Peterson   / (14) Hearings                              2.6   1300.00
 #8362      Work on analyses for demonstrative exhibits           500.00

 09/24/02   Relles     / (14) Hearings                              1.2    396.00
 #8555      email to Swett re: Bates deposition                   330.00

 09/24/02   Relles     / (14) Hearings                              1.4    462.00
 #8556      email to Finch re: Rourke deposition; critique of     330.00
            medical records / Manville match documentation and
            data gathering plans

 09/25/02   Peterson   / (14) Hearings                              3.2   1600.00
 #8364      Work on developing demonstrative exhibits for trial   500.00

 09/26/02   Peterson   / (14) Hearings                              0.9    450.00
 #8365      Telephone Relles re: review exhibits for trial        500.00

 09/26/02   Relles     / (14) Hearings                              0.9    297.00
 #8557      telephone Peterson re: go over exhibits for trial     330.00

 09/26/02   Relles     / (14) Hearings                              0.5    165.00
 #8559      review and reformat depositions for Peterson          330.00

 09/27/02   Peterson   / (14) Hearings                              3.2   1600.00
 #8367      Develop demonstrative exhibits for hearing            500.00

 09/27/02   Relles     / (14) Hearings                              1.2    396.00
 #8560      telephone Peterson to discuss exhibits                330.00

 09/28/02   Peterson   / (14) Hearings                              4.3   2150.00
 #8369      Prepare demonstrative exhibits; review and modify     500.00
            exhibits; telephone Relles re exhibits (1.0)
```

{D0006180:1 }

```
Date: 10/09/02            Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 6

                    W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 09/28/02  Relles   / (14) Hearings                              5.7   1881.00
 #8561     work on developing charts for testimony: develop    330.00
           tables, search for backup material, make additional
           projection runs as necessary; telephone Peterson
           (several, 1.0) re: progress in developing charts

 09/29/02  Brauner  / (14) Hearings                              4.2    777.00
 #8702     design and prepare about 30 Powerpoint graphics     185.00

 09/29/02  Peterson / (14) Hearings                              6.5   3250.00
 #8370     Prepare demonstrative exhibits; review and modify   500.00
           exhibits; telephone Relles re exhibits (1.7)

 09/29/02  Relles   / (14) Hearings                              6.7   2211.00
 #8562     develop additional charts for testimony; revise     330.00
           earlier charts; develop initial set of graphics;
           telephone Peterson (several, 1.7) re: review charts,
           review graphics

 09/30/02  Brauner  / (14) Hearings                              2.7    499.50
 #8703     design and prepare an additional 20 Powerpoint      185.00
           graphics

 09/30/02  Brauner  / (14) Hearings                              3.5    647.50
 #8704     revise graphics from Peterson and Relles comments   185.00

 09/30/02  Peterson / (14) Hearings                              3.4   1700.00
 #8371     Work on demonstratives                              500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 7

                    W. R. Grace (continued)


Date/Slip# Description                             HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/07/02  Peterson  / (20) Travel - Non-working         4.0    1000.00
 #8315     Travel to New York                          250.00

 09/09/02  Peterson  / (20) Travel - Non-working         9.0    2250.00
 #8324     Travel to Thousand Oaks                     250.00

 09/17/02  Relles    / (20) Travel - Non-working         6.0     990.00
 #8539     travel to Washington                        165.00

 09/18/02  Relles    / (20) Travel - Non-working         6.0     990.00
 #8544     travel to Los Angeles                      165.00

 09/22/02  Peterson  / (20) Travel - Non-working         1.5     375.00
 #8352     Travel to Washington                        250.00

 09/24/02  Peterson  / (20) Travel - Non-working         2.5     625.00
 #8363     Travel to Thousand Oaks                    250.00
```

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                             Page 8

                   W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/01/02  Peterson  / (28) Data Analysis                         4.7   2350.00
 #8301     Work on analysis of SEER data and comparison with    500.00
           incidence models

 09/01/02  Peterson  / (28) Data Analysis                         2.8   1400.00
 #8302     Draft addendum to August 23 report                   500.00

 09/01/02  Relles    / (28) Data Analysis                         1.5    495.00
 #8501     SEER-related activities: download and read           330.00
           documentation on age-adjusted computations; set up
           SEER 4.0 and 4.2 programs to run projections

 09/01/02  Relles    / (28) Data Analysis                         5.3   1749.00
 #8502     load SEER 4.0 program; run "crude" and age-adjusted  330.00
           projections from SEER 4.0 and SEER 4.2; organize,
           tabulate, and plot output

 09/02/02  Peterson  / (28) Data Analysis                         3.4   1700.00
 #8303     Work on analysis of SEER data and comparison with    500.00
           incidence models

 09/02/02  Peterson  / (28) Data Analysis                         4.1   2050.00
 #8304     Draft addendum to August 23 report                   500.00

 09/02/02  Relles    / (28) Data Analysis                         0.3     99.00
 #8503     assemble cpi documentation and send to Cunningham    330.00

 09/02/02  Relles    / (28) Data Analysis                         4.8   1584.00
 #8504     review Peterson memo on SEER: run supporting         330.00
           computations; produce tables and graphs; revise and
           edit text

 09/03/02  Relles    / (28) Data Analysis                         2.4    792.00
 #8505     additional revisions to Peterson memo; turn into pdf 330.00
           and send to Caplin-Drysdale

 09/04/02  Peterson  / (28) Data Analysis                         4.0   2000.00
 #8305     Review August 23 report to prepare for deposition    500.00

 09/04/02  Relles    / (28) Data Analysis                         4.4   1452.00
 #8508     develop capability to fit Nicholson and Vasquez      330.00
           models; fit propensity to sue models, run
           projections, review output
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 9

                    W. R. Grace (continued)


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/05/02   Peterson  / (28) Data Analysis                        1.2     600.00
 #8307      Prepare errata for August 23 report                 500.00

 09/05/02   Peterson  / (28) Data Analysis                        4.0    2000.00
 #8308      Revise and complete addendum to report, bas         500.00

 09/05/02   Peterson  / (28) Data Analysis                        1.1     550.00
 #8311      Review alternative forecasting models               500.00

 09/05/02   Relles    / (28) Data Analysis                        7.4    2442.00
 #8509      telephone Peterson (several, 1.0) re: work on       330.00
            revisions to Peterson addendum incorporating
            Nicholson and Vasquez variations: run additional
            computations, supply table, edit and revise text

 09/05/02   Relles    / (28) Data Analysis                        5.0    1650.00
 #8510      telephone Peterson (several, .5) re: refitting      330.00
            parameters and projections using 1998-2001 data and
            Nicholson / Vasquez projections

 09/06/02   Peterson  / (28) Data Analysis                        8.4    4200.00
 #8314      Prepare for deposition, review documents; telephone 500.00
            Relles (several, 3.2) re: data tabulations

 09/06/02   Relles    / (28) Data Analysis                        4.0    1320.00
 #8511      resolve inconsistency reported by accountants and   330.00
            Peterson Section 4; telephone Peterson (several,
            1.5) re: explaining differences

 09/06/02   Relles    / (28) Data Analysis                        0.8     264.00
 #8512      work on developing year by year cash flows to give  330.00
            to accountants

 09/06/02   Relles    / (28) Data Analysis                        2.5     825.00
 #8513      revise memo summarizing Nicholson/Vasquez fits to   330.00
            2001 data; telephone Peterson (several, 1.7) re:
            organization and content

 09/07/02   Brauner   / (28) Data Analysis                        1.0     185.00
 #8701      produce attorney printout for Peterson deposition   185.00

 09/07/02   Peterson  / (28) Data Analysis                        0.2     100.00
 #8317      meeting Relles re: review contents of cdrom,        500.00
            attorney analysis
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                             Page 10

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/07/02  Peterson  / (28) Data Analysis                        0.5    250.00
 #8318     Telephone Relles (2 calls) re: redo projections    500.00
           maintaining distinction between transitions for open
           and closed cases and using the Nicholson and Vasquez
           projections

 09/07/02  Relles    / (28) Data Analysis                        3.0    990.00
 #8514     produce cdrom supporting addendum; review attorney 330.00
           analysis

 09/07/02  Relles    / (28) Data Analysis                        0.2     66.00
 #8515     meeting Peterson re: review contents of cdrom,     330.00
           attorney analysis

 09/07/02  Relles    / (28) Data Analysis                        3.5   1155.00
 #8516     redo projections maintaining distinction between   330.00
           transitions for open and closed cases and using the
           Nicholson and Vasquez projections; telephone
           Peterson (2 calls, .5) re: same

 09/08/02  Relles    / (28) Data Analysis                        0.3     99.00
 #8517     obtain numbers of cases going into transition matrix 330.00
           estimates; send to Peterson preparation for
           deposition

 09/10/02  Peterson  / (28) Data Analysis                        1.6    800.00
 #8327     Review Bates material and analysis                 500.00

 09/10/02  Peterson  / (28) Data Analysis                        0.4    200.00
 #8328     Telephone Relles re: SEER analyses                 500.00

 09/10/02  Relles    / (28) Data Analysis                        2.1    693.00
 #8520     load Bates spreadsheet, check Seer numbers, attempt 330.00
           to reconcile his numbers with numbers from SEER
           program; telephone Peterson re: same (.4)

 09/11/02  Peterson  / (28) Data Analysis                        3.8   1900.00
 #8329     Develop summary of forecasts; review prior reports 500.00
           and assemble tables for analysis;

 09/11/02  Peterson  / (28) Data Analysis                        1.2    600.00
 #8330     Telephone Relles re: further forecasts (many calls) 500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                       Page 11

                    W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
09/11/02    Peterson  / (28) Data Analysis                   3.0      1500.00
#8331       Draft preliminary text for supplemental report; 500.00
            develop tables comparing parameters from alternative
            analyses

09/11/02    Relles    / (28) Data Analysis                   4.7      1551.00
#8521       develop and apply new transition matrices to produce 330.00
            projections beginning Apr98

09/11/02    Relles    / (28) Data Analysis                   1.2       396.00
#8522       telephone Peterson (several calls) re: forecasts  330.00

09/12/02    Peterson  / (28) Data Analysis                   6.8      3400.00
#8332       Draft supplemental report; develop tables; work on 500.00
            analyses for report; telephone Relles (many calls,
            2.5) re: analyses

09/12/02    Peterson  / (28) Data Analysis                   1.8       900.00
#8333       Review and develop criticism of Bates materials and 500.00
            analysis

09/12/02    Relles    / (28) Data Analysis                   2.6       858.00
#8523       prepare report on Apr98 projections              330.00

09/12/02    Relles    / (28) Data Analysis                   4.0      1320.00
#8524       develop and apply new transition matrices to produce 330.00
            projections beginning Apr01

09/12/02    Relles    / (28) Data Analysis                   2.5       825.00
#8525       telephone Peterson (several calls) re: review    330.00
            results of projections

09/12/02    Relles    / (28) Data Analysis                   1.9       627.00
#8526       prepare report on Apr01 projections              330.00

09/12/02    Relles    / (28) Data Analysis                   3.2      1056.00
#8527       resolve inconsistencies, revise report           330.00

09/13/02    Peterson  / (28) Data Analysis                   6.7      3350.00
#8335       Finish and proofread summary report              500.00

09/13/02    Peterson  / (28) Data Analysis                   1.1       550.00
#8336       Telephone Relles re: completion of summary report 500.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                           Page 12

                    W. R. Grace (continued)


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/13/02   Peterson  / (28) Data Analysis                       0.6     300.00
 #8337      Telephone Relles (several) re: revisions to and    500.00
            status of document

 09/13/02   Relles    / (28) Data Analysis                       1.3     429.00
 #8528      finish memo on Apr01 projections using double      330.00
            transitions

 09/13/02   Relles    / (28) Data Analysis                       3.0     990.00
 #8529      write summary memo on Apr01 projections using single 330.00
            transitions

 09/13/02   Relles    / (28) Data Analysis                       1.5     495.00
 #8530      check all numbers in Apr98 and Apr01 projection    330.00
            reports

 09/13/02   Relles    / (28) Data Analysis                       2.2     726.00
 #8531      integrate separate chapters from Peterson on models; 330.00
            format and send to Swett; telephone Peterson
            (several, .6) re: revisions to and status of
            document

 09/13/02   Relles    / (28) Data Analysis                       1.8     594.00
 #8532      produce cdrom documenting recent analysis; send to 330.00
            Swett

 09/13/02   Relles    / (28) Data Analysis                       1.1     363.00
 #8533      telephone Peterson re: completion of summary report 330.00

 09/16/02   Peterson  / (28) Data Analysis                       2.6    1300.00
 #8339      Review reports and deposition to prepare for next  500.00
            deposition

 09/16/02   Peterson  / (28) Data Analysis                       2.1    1050.00
 #8340      Review Bates materials and analyses                500.00

 09/16/02   Peterson  / (28) Data Analysis                       1.8     900.00
 #8341      Telephone Relles (several calls) re: review Bates  500.00
            report and spreadsheet

 09/16/02   Relles    / (28) Data Analysis                       3.2    1056.00
 #8534      review materials relevant to Bates deposition      330.00
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 13

                    W. R. Grace (continued)


Date/Slip#  Description                                     HOURS/RATE  AMOUNT
------------------------------------------------------------------------------
09/16/02    Relles    / (28) Data Analysis                       1.8   594.00
#8535       telephone Peterson (several calls) re: review Bates 330.00
            report and spreadsheet

09/17/02    Peterson  / (28) Data Analysis                       2.7  1350.00
#8342       Telephone Swett and Relles to discuss Bates         500.00
            materials

09/17/02    Relles    / (28) Data Analysis                       1.2   396.00
#8540       prepare tabulations demonstrating effect of using   330.00
            2002 database rather than 1998

09/21/02    Peterson  / (28) Data Analysis                       0.3   150.00
#8349       Review materials on state tabulations of claims     500.00

09/21/02    Relles    / (28) Data Analysis                       0.5   165.00
#8546       produce state by filing year distribution of filings 330.00
            for Kimberly Brown

09/21/02    Relles    / (28) Data Analysis                       4.0  1320.00
#8549       produce several summary tables and analysis results 330.00
            to support upcoming Peterson deposition; telephone
            Peterson (several, .5) re: requirements

09/22/02    Peterson  / (28) Data Analysis                       0.2   100.00
#8355       Telephone Relles re: significance of difference in  500.00
            p2sue

09/22/02    Relles    / (28) Data Analysis                       0.7   231.00
#8551       telephone Peterson (.2) re: significance of         330.00
            difference in p2sue; estimate statistical
            significance

09/23/02    Peterson  / (28) Data Analysis                       0.4   200.00
#8358       Telephone Relles re: checking database for          500.00
            information of attorneys and their numbers of
            clients

09/23/02    Peterson  / (28) Data Analysis                       0.3   150.00
#8359       Telephone Relles re: contents of new K&E cdroms     500.00

09/23/02    Relles    / (28) Data Analysis                       0.4   132.00
#8552       telephone Peterson re: checking database for        330.00
            information of attorneys and their numbers of
            clients
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 14

                     W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 09/23/02  Relles    / (28) Data Analysis                          1.3     429.00
 #8553     review new K&E data shipments; telephone Peterson     330.00
           (.3) re: contents of cdroms

 09/24/02  Relles    / (28) Data Analysis                          1.7     561.00
 #8554     review recent Charles Bates spreadsheets; note        330.00
           problems, identify issues not covered in deposition
           last week

 09/26/02  Relles    / (28) Data Analysis                          1.6     528.00
 #8558     decode and read documentation for Grace medical       330.00
           records databases

 09/27/02  Peterson  / (28) Data Analysis                          1.2     600.00
 #8366     Analyses responding to Bates' issues                  500.00

 09/27/02  Peterson  / (28) Data Analysis                          1.2     600.00
 #8368     Telephone Relles to discuss demonstrative exhibits    500.00
--------------------------------------------------------------------------------
```

{D0006180:1 }

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 15

                         W. R. Grace (continued)

                 Summary Of Time Charges, By Month and Activity
                         September 2002 - September 2002

  MONTH         ACTIVITY                                     HOURS     AMOUNT
  ---------------------------------------------------------------------------
  September - Committee, Creditors'                            8.5    3808.00
  September - Fee Applications, Applicant                      3.4    1360.00
  September - Hearings                                       131.1   56732.00
  September - Travel - Non-working                            29.0    6230.00
  September - Data Analysis                                  170.1   68602.00
  September - Total                                          342.1  136732.00

  Total     - Committee, Creditors'                            8.5    3808.00
  Total     - Fee Applications, Applicant                      3.4    1360.00
  Total     - Hearings                                       131.1   56732.00
  Total     - Travel - Non-working                            29.0    6230.00
  Total     - Data Analysis                                  170.1   68602.00
  Total     - Total                                          342.1  136732.00
  ---------------------------------------------------------------------------
```

```
Date: 10/09/02              Legal Analysis Systems, Inc.
Time: 9:00am                                                           Page 16

                      W. R. Grace (continued)

               Summary Of Time Charges, By Month and Person
                      September 2002 - September 2002

   MONTH        PERSON                                        HOURS     AMOUNT
   ---------------------------------------------------------------------------
   September - Relles                                         144.1   45573.00
   September - Peterson                                       186.6   89050.00
   September - Brauner                                         11.4    2109.00
   September - Total                                          342.1  136732.00

   Total     - Relles                                         144.1   45573.00
   Total     - Peterson                                       186.6   89050.00
   Total     - Brauner                                         11.4    2109.00
   Total     - Total                                          342.1  136732.00
   ---------------------------------------------------------------------------
```

{D0006180:1 }

```
Date: 10/09/02          Legal Analysis Systems, Inc.
Time: 9:00am                                                       Page 17

                        W. R. Grace (continued)

             Summary Of Time Charges, By Activity, Month, and Person
                        September 2002 - September 2002
```

| MONTH       PERSON                | HOURS | RATE | AMOUNT |
|-----------------------------------|------:|-----:|-------:|
| **Committee, Creditors'**         |       |      |        |
| September - Relles                |   2.6 | 330. |  858.00 |
| September - Peterson              |   5.9 | 500. | 2950.00 |
| **Fee Applications, Applicant**   |       |      |        |
| September - Relles                |   2.0 | 330. |  660.00 |
| September - Peterson              |   1.4 | 500. |  700.00 |
| **Hearings**                      |       |      |        |
| September - Relles                |  32.6 | 330. | 10758.00 |
| September - Peterson              |  88.1 | 500. | 44050.00 |
| September - Brauner               |  10.4 | 185. | 1924.00 |
| **Travel - Non-working**          |       |      |        |
| September - Relles                |  12.0 | 165. | 1980.00 |
| September - Peterson              |  17.0 | 250. | 4250.00 |
| **Data Analysis**                 |       |      |        |
| September - Relles                |  94.9 | 330. | 31317.00 |
| September - Peterson              |  74.2 | 500. | 37100.00 |
| September - Brauner               |   1.0 | 185. |  185.00 |

---

{D0006180:1 }

```
Date: 10/09/02         Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 18

               W. R. Grace (continued)

                    Summary Of Expenses

         Total Expenses, September 2002    $8,593.16


                Fedex  (Peterson)    $292.59
                Travel (Peterson)  $5,360.16
                Travel (Relles)    $2,940.41


   Travel  Thousand Oaks-New York, September 7-9 (Peterson)    $3,697.67
           Airfare                     $1,837.00
           Hotel                        1,034.58
           Meals                          140.98
           Business telephone              95.61
           Car, JFK roundtrip             301.00
           Car service, roundtrip LAX     288.50
             (with 16% gratuity, $20 each way)


   Travel  Thousand Oaks-Washington, September 22-24 (Peterson) $1,662.49
           (split with another project)
           Airfare                     $1,188.12
           Hotel                          206.10
           Meals                           70.49
           Cab, Dulles roundtrip           53.50
           Car service, roundtrip LAX     144.28
             (with 15% gratuity, $20 each way)


   Travel  Los Angeles-Washington, September 17-18 (Relles)     $2,940.41
           Airfare (coach)             $2,478.50
           Hotel                          343.01
           Taxi service, Dulles, round trip  95.00
           LAX parking                     23.90
   ------------------------------------------------------------------------
```

{D0006180:1 }