**EXHIBIT A**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS**

**APPLICANT:**

Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
842-216-9000

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/12/01 | Airfare – Delta SC to PHL | |
| | Hotel | |
| | | |
| | | |
| | Parking | |
| | Mileage | |
| 5/1/01 | Airfare – Delta SC to DC | |
| | Hotel | |
| | | |
| | | |
| 5/21/02 | | |
| 6/3/02 | | 109.50 |
| | **TOTAL:** | **3,177.25** |



PASSENGER TICKET AND BAGGAGE CHECK I/Ø12297 CA/35Ø2ØØØØØ1
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT PASSENGER RECEIPT SITI BOARDING PASS
ARC COUPON FFVV
DELTA AIR LINES XXXXXCDN1ØT398 A42533385 DAVIS/NANCY
AMEX/NESS MOTLEY CHARLESTON SC US11APRØ1 PHLATLDL12Ø8F 12APR
DAVIS/NANCY LYNS93/1P FFYØ6 9 5235/ XATLJAXDL1136F 12APR
**NOT VALID FOR** THIS IS YOUR RECEIPT
**TRANSPORTATION* BXF7PA
ENDORSEMENTS/RESTRICTIONS

FP AX3785Ø828Ø873ØØ7 Ø6-Ø2/ C 153328 /FC PHL DL X/ATL Q18.6ØDL JAX 562.79USD581.39E
ND DL ZPPHLATL XF PHL4.5ATL4.5 /FB FFYØ6 FFYØ6

XF 9.ØØ
USD 581.39
US 43.61
ZP 5.5Ø 69615133630 006 1038149741 2 NOT VALID FOR TRAVEL 006 1038149741 2
USD 639.50

PASSENGER TICKET AND BAGGAGE CHECK I/Ø12296 CA/35Ø2ØØØØØ1
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT PASSENGER RECEIPT SITI BOARDING PASS
ARC COUPON FFVV
US AIRWAYS XXXXXCDN1ØT398 A42533385 DAVIS/NANCY
AMEX/NESS MOTLEY CHARLESTON SC US11APRØ1 CHSCLTUS 438Y 11APR
DAVIS/NANCY LYNS93/1P Y8 9 5235/ XCLTPHLUS1486Y 11APR
**NOT VALID FOR** THIS IS YOUR RECEIPT
**TRANSPORTATION* BXF7PA
ENDORSEMENTS/RESTRICTIONS

FP AX3785Ø828Ø873ØØ7 Ø6-Ø2/ C 122827 /FC CHS US X/CLT Q18.6ØUS PHL 476.28USD494.88E
ND US ZPCHSCLT /FB Y8 Y8

USD 494.88 EQUIV. FARE PD.
US 37.12
ZP 5.5Ø 69615133615 037 1038149740 6 NOT VALID FOR TRAVEL 037 1038149740 6
USD 537.50






11TH & MARKET STREETS
WILMINGTON, DELAWARE 19801
302-594-3100 · 800-441-9019

Ms. Nancy Davis
c/o American Express Trvl
Mt Pleasant, SC

Room 0610
Person(s) 1
Cashier 32 ADRIENE
Page 1
Settlement AX
378508280873007 07/02
CL #:

Arrival 04/11/01
Departure 04/12/01

INFORMATION BILL Hotel duPont, Wilmington, DE, 04/12/01 13:51

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 04/11 | Room Charge | 0610 | 218.00 | |
| 04/11 | State Lodging Tax | | 17.44 | |
| 04/11 | Room Service CHECK #5651 | | 40.90 | |
| 04/12 | Lobby Lounge CHECK #5908 | | 32.65 | |
| 04/12 | Room Service ck # 5688 | | 8.85 | |
| 04/12 | Servibar trail mix | | 4.25 | |
| 04/12 | Telephone-Long Dist ->#2610 : 13125410151 | | 7.57 | |
| 04/12 | Faxes incoming fax | | 4.00 | |
| 04/12 | Faxes 20PAGE FAX RECEIVED | | 10.00 | |
| 04/12 | Telephone - Local ->#2610 : 6541888 | | 0.75 | |
| 04/12 | Telephone - Local ->#2610 : 6541888 | | 0.75 | |
| 04/12 | Business Center copies | | 4.40 | |
| 04/12 | Business Center | | 5.20 | |
| 04/12 | American Express ->378508280873007 07/02 | | | 354.76 |
| | Total | | 354.76 | 354.76 |
| | Balance | | | 0.00 $ |

Signature ______________________





HOT DU PONT

Tips

| | | |
|---|---|---|
| 4/11 | valet | 2 00 |
| | bell cap | 2 00 |
| | bell man | 3 00 |
| | fax | 2 00 |
| | fax | 1.00 |
| | | 10 00 |
| 4/12 | fax & fed ex | 3 00 |
| | fed ex | 2 00 |
| | to business center & return copies | 5 00 |
| | fax | 1 00 |
| | check bags | 2 00 |
| | retrieve | 2.00 |
| | door | 00 |
| | valet | 2.00 |
| | | 7 00 |




CHARLESTON INT
AIRPORT

LONG TERM LOT
RECEIPT H1

ENTRY TIME:
04/11/01 14:37
EXIT TIME:
04/13/01 17:02
PARK-DUR.: HRS:MIN

2:02:24

COMPUTED $ 15.75
ISF $ 15.75
PAID $ 15.75
TRANSACTION 09045

KIND OF PAYMENT
AMERICAN EXPRESS
378508280873007
07/02 001
AUTH. CODE 541833
I AGREE TO PAY
ABOVE TOTAL AMOUNT
ACCORDING TO CARD
ISSUER AGREEMENT

X

THANK YOU FOR
VISITING
CHARLESTON INT'L
AIRPORT
PLEASE BUCKLE UP!

CC

Hertz

RENTED BY THE
HERTZ CORPORATION

RATE PLAN 0500G (T)

RR 650463166 NANCY DAVIS
RENTED: 04/11/01 19:34 AT PHILADELPHIA A/P
VEH 01897/9310830 PG 1 OF 3 #01 GS
0180011

YOUR CHARGES WILL BE 1DY, 1XHR, AT RATES SHOWN BELOW
YOU ARE REQUIRED TO RETURN ON 04/12/01 AT 20:40 TO PHILADELPHIA A/P
IF YOU DO NOT RETURN WHEN AND WHERE REQUIRED, HIGHER RATES AND/OR SERVICE CHARGE WILL APPLY.
RATE CLASS C

YOU [illegible] TO THESE ADDITIONAL CHARGES: (T)
NVRLST $ 6.00 DY $ 30.00 WK

CLS XF FUEL OUT 8/8 TK CAP 18.0 STALL G # 003
& SERVICE CHARGES APPLY AT $ 4.12 PER GALLON OR, IF YOU DO NOT BUY FUEL
E APPROXIMATELY THE SAME RESULT. (T)
ITIONAL SYSTEM FOR $ 6.00 DY/$ 30.00 WK. (T)

OTHER FEES AND ASSESSMENTS:
CONCESSION FEE RECOVERY 11.10% (T)
PA SURCHARGE $ 2.00 PER DAY
TAX RATE 11.000% APPLIES TO ALL CHARGES MARKED (T)
TAX LINE INCLUDES PA SALES TAX PLUS 2% PA CAR RENTAL TAX

PHILADELPHIA A/P
RENTAL RECORD: 65046
NANCY DAVIS
COMPLETED BY: 1383
RENTED: PHILADELPHIA A/P
RENTAL: 04/11/01 19:34
RETURN: 04/1[illegible]/01 20:03
MILES IN: 04665 OUT: 04588
MILES DRIVEN: 77
PLAN IN/OUT: 0500G /0500G
CLS: C

| | | |
|---|---|---|
| 1 DAYS | 60.00 | 60.00 |
| SUBTOTAL | | 60.00ff |
| CONCESSION FEE [illegible] | | 6.66 |
| ADDITIONAL CHARGES | | 0.00ff |
| 7.5% EXC TAX ON FF M | | 0.07 |
| FUEL & SVC MI [illegible] | 206 | 15.86 |
| TX 11.000% ON | 88.59 | 9.74 |
| PA SURCHARGE | | 2.00 |
| NET DUE | | 100.33 |

PAID BY: AMX
CREDIT CARD #: XX8508280873XXX
FF# US 86Y0V90
FF MILES AWARDED 66

Thank you for renting from Hertz

00 3426 5612
PASSENGER TICKET AND BAGGAGE CHECK I/Ø12464 CA/35Ø2ØØØØØ1
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT PASSENGER RECEIPT SITI XXXXXXXXX BOARDING PASS
ARC XXX FLIGHT COUPON FVVV TOUR CODE AGENT CODE
ISSUED BY US AIRWAYS XXXXXCDN1Ø1398 A42533385 NAME OF PASSENGER DAVIS/NANCY
NAME OF ISSUING AGENT AMEX/NESS MOTLEY CHARLESTON SC PLACE OF ISSUE US27APRØ1 DATE OF ISSUE DCACHSUS41Ø9Y Ø1MAY
NAME OF PASSENGER DAVIS/NANCY ENDO/CARRIER CODE MMYV85/1P Y8 FARE BASIS/TICKET DESIGNATOR 9 FCI 52357/ SERV CARR ID FROM
X/O FROM **NOT VALID FOR** CARRIER FLIGHT THIS IS CLASS DATE YOUR RECEIPT TIME STATUS Ø1MAYØ1MAY NOT VALID BEFORE NOT VALID AFTER
X/O TO **TRANSPORTATION* BXF7TQ ISSUING AGENT ID TO
ENDORSEMENTS/RESTRICTIONS NO ITIN CHGS ALLOWED CARRIER
FP AX3785Ø828Ø873ØØ7 Ø6-Ø2/ C 1195ØØ /FC WAS US CHS Q18.6Ø 459.53USD 478.13END US Z CARRIER FLIGHT CLASS DATE TIME
PDCA XF DCA3 /FB Y8
GATE SEAT SMOKE

XF 3.ØØ
FARE USD 478.13 EQUIV. FARE PD. ALLOW PCS WT UNCKD
TAX/FEE/CHARGE US 35.87 STOCK CONTROL NO. TX CK CPN CK PCS WT UNCKD NOT VALID FOR TRAVEL BAGGAGE ID NUMBER
TAX/FEE/CHARGE ZP 2.75 69615138051 037 1038149894 6 037 1038149894 6
TOTAL USD 519.75

IT IS UNLAWFUL TO PURCHASE OR RESELL THIS TICKET FROM/TO ANY ENTITY OTHER THAN THE ISSUING CARRIER OR ITS AUTHORIZED AGENTS.

00 3426 5612
PASSENGER TICKET AND BAGGAGE CHECK I/Ø1247Ø CA/35Ø2ØØØØØ1
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT PASSENGER RECEIPT SITI XXXXXXXXX BOARDING PASS
ARC XXX FLIGHT COUPON FVVV TOUR CODE AGENT CODE
ISSUED BY DELTA AIR LINES XXXXXCDN1Ø1398 A42533385 NAME OF PASSENGER DAVIS/NANCY
NAME OF ISSUING AGENT AMEX/NESS MOTLEY CHARLESTON SC PLACE OF ISSUE US27APRØ1 DATE OF ISSUE LGADCADL1765Y 3ØAPR
NAME OF PASSENGER DAVIS/NANCY ENDO/CARRIER CODE MMYV85/1P YØ6 FARE BASIS/TICKET DESIGNATOR 9 FCI 52357/ SERV CARR ID FROM
X/O FROM **NOT VALID FOR** CARRIER FLIGHT THIS IS CLASS DATE YOUR RECEIPT TIME STATUS NOT VALID BEFORE NOT VALID AFTER
X/O TO **TRANSPORTATION* BXF7PA ISSUING AGENT ID TO
ENDORSEMENTS/RESTRICTIONS CARRIER
FP AX3785Ø828Ø873ØØ7 Ø6-Ø2/ C 171797 /FC NYC DL WAS 183.26USD183.26END DL ZPLGA XF CARRIER FLIGHT CLASS DATE TIME
LGA3 /FB YØ6
GATE SEAT SMOKE

XF 3.ØØ
FARE USD 183.26 EQUIV. FARE PD. ALLOW PCS WT UNCKD
TAX/FEE/CHARGE US 13.74 STOCK CONTROL NO. TX CK CPN DOCUMENT NUMBER CK PCS WT UNCKD NOT VALID FOR TRAVEL BAGGAGE ID NUMBER
TAX/FEE/CHARGE ZP 2.75 69615138154 006 1038149898 5 006 1038149898 5
TOTAL USD 202.75

IT IS UNLAWFUL TO PURCHASE OR RESELL THIS TICKET FROM/TO ANY ENTITY OTHER THAN THE ISSUING CARRIER OR ITS AUTHORIZED AGENTS.


U·S AIRWAYS
PASSENGER TICKET AND BAGGAGE CHECK
ISSUED BY US AIRWAYS NOT TRANSFERABLE SUBJECT TO CONDITIONS OF CONTRACT
YAG/LGA LGA
30APR01
DAVIS/NANCY
BSAHER US
NEW YORK LGA
US6875 U 30APR700P
WASHINGTON REAGAN
16D
ATTACHED
XBAG....
UPG.....
ICF.....
SST.....
COACH CLASS
BOARDING PASS ONLY
NOT VALID WITHOUT
FLIGHT COUPON ATTACHED
09191596326
Do not expose to excessive heat or direct sunlight
U·S AIRWAYS
BOARDING PASS
YAG/LGA
DAVIS/NANCY
GOLD PREFERRED
NEW YORK LGA
WASHINGTON REAGAN
US AIRWAYS SHUTTLE
US6875 U 30APR700P
17 630P 16D NO
DM/US 86Y0V90
U·S AIRWAYS
PASSENGER TICKET AND BAGGAGE CHECK
PASSENGER RECEIPT
1 1
C0372
33000612
2151726103 LGA YAG LGAAT US 30APR0
DAVIS/NANCY
BSAHER/US
**NOT VALID FOR*****RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
FP AX378508280073007*586794 0702 /FCNYC US WAS183.26U 183.26 END ZPLGA XFLGA3
XF 3.00
USD 183.26
ZP 2.75
US 13.74
USD 202.75
09191596304
037 2151726103 3
U·S AIRWAYS
BOARDING PASS
LGA
DCAUS 6875 U 30APR
NOT VALID FOR TRAVEL
037 2151726103 3

# MONARCH HOTEL WASHINGTON, D.C.

2401 M Street N.W., Washington, DC 20037
Phone 202.429.2400 Facsimile 202.457.5010
www.monarchdc.com

| | Room | Arrival Date | Departure Date |
|---|---|---|---|
| | 0729 | MON APR30,01 | TUE MAY01,01 |
| NANCY DAVIS | Room Type | Mkt/Grp | Folio/Invoice |
| NESS MOTLEY | DXKG/J | CVM | 006008 |
| 28 BRIDGESIDE BLVD | | Payment | Page 1 |
| MOUNT PLEASANT, SC 29464 | AX | XXXXXXXXXXX3007 | 07/02 |
| | | Total Amount | .00 |

| Date | Room | Description | Reference | Amount | ID |
|---|---|---|---|---|---|
| APR30 | 1 /0729 | Long Distance | 800-225-5288 | 1.00+ | |
| APR30 | 1 /0729 | Room Service | 5405/ LATE— | 36.35+ | |
| APR30 | 1 /0729 | Long Distance | 800-225-5288 | 1.00+ | |
| APR30 | 1 /0729 | Long Distance | 800-868-8408 | 1.00+ | |
| APR30 | 1 /0729 | Long Distance | 800-868-8408 | 1.00+ | |
| APR30 | 1 /0729 | Long Distance | 800-868-8408 | 1.00+ | |
| APR30 | 1 /0729 | Room Charge | Rm 0729 | 220.00+ | PE |
| APR30 | 1 /0729 | Room Tax | Rm 0729 | 31.90+ | PE |
| MAY01 | 1 /0729 | Long Distance | 800-868-8408 | 1.00+ | |
| MAY01 | 1 /0729 | American Express | XXXXXXXXXXX3007 | 294.25- | IK |

missing breakfast w/ Janette Parent - Check Am Ex bill for additional amt.






I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. A FINANCE CHARGE is computed on account balances which are delinquent. The PERIODIC RATE is 1½% per month, the ANNUAL PERCENTAGE RATE IS 18%.

Signature____________________



Messenger & Courier

**TRIPS TO ALL AIRPORTS**

Teterboro • J F K • LaGuardia

Phone: (973) 751-4814 (973) 624-1660

Invoice No. ______

**Jack's TOWN & COUNTRY CAB**

$80 incldg tip

Cab No. 826

Amt. 60

Date 4-30-01

Pick-up from P/U Ely

To NYC

☐ Transportation ☐ Waiting ☐ Several Stops

CHARGE TO

PASSENGER'S SIGNATURE

**COLUMBUS CAB CORP. FARE RECEIPT**

CAB NO. 1419 DATE 4-30-01

TO

FROM

FARE$ 15.00 + 3.00 tip TIME

DRIVER'S NAME

50 S. PICKETT ST., #108 ALEXANDRIA, VA 22304 (703) 684-7373

**Taxi Cab Receipts**

Date 5/1/01 Time: 10:52 Am

Trip Origin: 1201 29th St NW

Destination One Thomas Circle

Fare: $ 10.00 Signature

incldg tip

Trip to Philadelphia re Committee meeting
May 21, 2002 (Joe Rice)

| | |
|---|---|
| Airfare* | $230.00 |

Trip to Chicago re Committee meeting
June 3, 2002 (Joe Rice)

| | |
|---|---|
| Lodging (split) | $109.50 |
| Total Expenses: | $ 3414.86 |

**Receipts Attached**

* Private aircraft taken, only cost of coach airfare applied for. No receipt available.



FOUR SEASONS HOTEL
*Chicago*

120 East Delaware Place,
Chicago, IL 60611-1428
(312) 280-8800 (800) 332-3442 For Reservations

Rice, Joseph
Mealey Publications

Room 3610
Folio A - 899302
Arrive 03-JUN-02 12:48
Depart 05-JUN-02 09:42

Payment Type: AMEX

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-JUN-02 | RT3610 | Room Charge Group | 275.00 | |
| 03-JUN-02 | RT3610 | Room Tax | 40.98 | |
| 04-JUN-02 | RT3610 | Room Charge Group | 275.00 | |
| 04-JUN-02 | RT3610 | Room Tax | 40.98 | |
| 04-JUN-02 | 4600 | Room Service B | 3.84 | |
| 04-JUN-02 | 0460 | Long Distance Telephone | 9.86 | |
| 04-JUN-02 | 0461 | Long Distance Telephone | 9.86 | |
| 04-JUN-02 | 0482 | Local Telephone | 1.50 | |
| 05-JUN-02 | AMEX | Ax Express | | 657.02- |
| | | Total-Due | 0.00 | |

Travel Agent: Mealey Publications
ATTN: Cyndy Sutton
King Of Prussi, PA 19406

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure. Thank You.*

Guest Signature

Room 3610

Departure Date 05-JUN-02 09:42

Cashier PIFD