# EXHIBIT B

## REPORT OF EXPENSES

## FOR

## MEMBERS OF THE OFFICIAL COMMITTEE OF
## PERSONAL INJURY CLAIMANTS

**APPLICANT:**
Steven Kazan
Kazan, McCalin, Edises, Abrams,
Fernandez, Lyons & Farrise
171 Twelfth Street, Third Floor
Oakland, CA 94607

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| June 1-5, 2002 | Airfare – United SF to CHI | 610.25 |
| | Hotel | 353.76 |
| | Cab Fare | 10.00 |
| | Parking | 17.56 |
| | Mileage | 2.84 |
| | Toll | 0.33 |
| | **TOTAL:** | 994.74 |

2





KAZAN/STEVEN
171 12TH ST 3FL
OAKLAND/CA           94607

**This is your E-Ticket Receipt and Travel Itinerary**
- Your airline ticket is electronic, stored in our computer system
- As with all airline tickets, your electronic ticket is not transferable to others
- Bring the CREDIT CARD used for purchase AND a valid PHOTO ID to check-in
- If your travel plans change, call UNITED Reservations: 1-800-241-6522
- For Flight Information call: 1-800-824-6200

*Thank you for choosing United Airlines!*

---

RECEIPT AND REVISED ITINERARY

RECEIPT - RESERVATION NUMBER: QGFX26        ISSUED: 30 MAY 02    HNLRR/252924
                                             VALID FOR ONE YEAR FROM DATE OF ISSUE

PARTY OF (1)          TICKET NO           BASE           TAX/FEE/CHARGE           TOTAL
KAZAN/STEVEN          0162182584490       3925.57 USD    294.43      30.00        4250.00 USD
MILEAGE PLUS NO.      00094 493 030       ***100K MILE FLYER***

PER PASSENGER  -  AXXXXXXXXXXXX1004/  123237 EF AXXXXXXXXXXXX1004 EX0167276015922 OR PH
XAA 08MAY02
FARE DETAILS: FARE BASIS BA3       FC 1JUN SFO UA CHI Q18.60 1791.63FUA2FS UA PHL Q23.25 1
009.30FUA UA SFO Q18.60 1064.19BA3 USD 3925.57 END ZPSFOORDPHL XT 9.00ZP 7.50AY 13.50XFS
F04.5ORD4.5PHL4.5       A/C 1214.00USD

ITINERARY

UNITED   146
DEPART: SAT  1 JUN  6:05P       NONSTOP - UNITED FIRST/CONFIRMED           MP MILES   1846
ARRIVE: SAT  1 JUN 11:59P       SAN FRANCISCO              EQUIP: 320
BAGGAGE ALLOWANCE: 2PC          CHICAGO/OHARE              SEATS: 2B
                                DINNER  MOVIE
                                                                          NON-SMOKING FLIGHT

UNITED   1876
DEPART: WED  5 JUN  6:15P       NONSTOP - UNITED FIRST/CONFIRMED           MP MILES    678
ARRIVE: WED  5 JUN  9:10P       CHICAGO/OHARE              EQUIP: 737
BAGGAGE ALLOWANCE: 2PC          PHILADELPHIA               SEATS: 2C
                                DINNER  AUDIO
                                                                          NON-SMOKING FLIGHT

UNITED    91
DEPART: THU  6 JUN  5:40P       NONSTOP - UNITED ECONOMY /CONFIRMED        MP MILES   2521
ARRIVE: THU  6 JUN  8:40P       PHILADELPHIA               EQUIP: 319
BAGGAGE ALLOWANCE: 2PC          SAN FRANCISCO              SEATS: 7D
                                DINNER  MOVIE
                                                                          NON-SMOKING FLIGHT

---

UNITED EASYCHECK-IN
A self service check-in unit that
produces your boarding pass in under
60 seconds. Available in Chicago...
Los Angeles...San Diego...Salt Lake
City...JFK and San Francisco.

PAGE 1


E TICKET

FD 101




KAZAN/STEVEN

- If your travel plans change, call UNITED Reservations: 1-800-241-6522
- For Flight Information Call: 1-800-824-6200
- Bring the CREDIT CARD used for purchase AND a valid PHOTO ID to check-in

## RECEIPT AND REVISED ITINERARY

TICKET(S) EXCHANGED:

| PASSENGER NAME | TICKET NO | ISSUED | TICKET VALUE |
|---|---|---|---|
| KAZAN/STEVEN | 0167276015922 | 08 MAY 02 | 3036.00 USD |

SUMMARY: TICKET(S) EXCHANGED WITH BALANCE DUE.

| | PER PASSENGER | TOTAL |
|---|---|---|
| BALANCE DUE: | 1214.00 USD | 1214.00 USD |
| SERVICE CHARGE: | 0.00 USD | 0.00 USD |
| TOTAL BALANCE DUE: | 1214.00 USD | 1214.00 USD |

BALANCE PAID BY: AXXXXXXXXXXXX1004

WIN 1,000,000 MILEAGE PLUS MILES or $25,000
Dates: April 1, 2002 through June 30, 2002.
Earn bonus entries for telling your friends.
For complete details and official rules,
visit WWW.UNITED.COM/WIN and enter today!!!

PAGE 2



FQ 101

# KAZAN, McCLAIN, EDISES, ABRAMS, FERNANDEZ, LYONS & FARRISE

*A Professional Law Corporation*

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 465-7728 • (510) 893-7211
FAX: (510) 835-4913
e-mail: postmaster@kmesa.com
www.kmesa.com

## FACSIMILE COVER SHEET

November 12, 2002

**Aileen Maguire, Esq.**              Fax No:   (302) 426-9947
**Campbell & Levine**

**FROM:**  Steven Kazan, Esq.
KAZAN, McCLAIN, EDISES, ABRAMS, FERNANDEZ, LYONS & FARRISE

Steven Kazan Trip to Chicago, 6/1-5/2002 - **USG and W.R. Grace**

The Committee expense reimbursement submitted on September 17, 2002 (which included expenses for the above trip) indicates a refundable round trip coach fare (SFO-CHI) of $2,441.00. This amount does not directly correspond to information on the itinerary attached to the reimbursement request, as my actual flight from SFO-CHI was made as part of a multi-city itinerary and included class upgrades. At the time reservations for this itinerary were made, I instructed my secretary to ask the price of a refundable round trip coach fare from SFO-CHI. She was told the cost of such an itinerary would be $2,441.00, and this amount was included in the expense reimbursement request.

Please do not hesitate to contact my office if you need additional information.

**TRANSMITTING A TOTAL OF 1 PAGES INCLUDING THIS COVER PAGE. IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL TERRY ROY AS SOON AS POSSIBLE AT (510) 465-7728.**

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm Kazan, McClain, Edises, Abrams, Fernandez, Lyons & Farrise which may be privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately at our phone number set forth above, and we will be happy to arrange for the return of this message via United States Postal Services to us at no cost to you. Please do not disseminate, distribute or copy this communication. THANK YOU



Kazan, Steven
Mealey Publications
Kazan Law Office
171 12th Street
Oakland, CA 94607
USA

Room      4323
A - 889236
01-JUN-02  00:40
05-JUN-02  08:59

Payment Type   AMEX

| Date | Reference | Description | Amount |
|---|---|---|---|
| 01-JUN-02 | RT3302 | Room Charge Group | 305.00 |
| 01-JUN-02 | RT3302 | Room Tax | 45.45 |
| 02-JUN-02 | RT4323 | Room Charge Group | 305.00 |
| 02-JUN-02 | RT4323 | Room Tax | 45.45 |
| 02-JUN-02 | 0223 | Local Telephone | 1.50 |
| 03-JUN-02 | RT4323 | Room Charge Group | 305.00 |
| 03-JUN-02 | RT4323 | Room Tax | 45.45 |
| 03-JUN-02 | 3912 | Laundry / Valet | 11.75 |
| 04-JUN-02 | RT4323 | Room Charge Group | 305.00 |
| 04-JUN-02 | RT4323 | Room Tax | 45.45 |
| 05-JUN-02 | AMEX | Ax Express | 1415.05- |
|  |  | Total-Due | 0.00 |

Mealey Publications
ATTN: Cyndy Sutton
King Of Prussi, PA 19406

4323                     05-JUN-02 08:59                    ELFD

REPRO INC.
412 W WASHINGTON BLVD
CHICAGO, IL 60607
Phone (312) 666-3600
Fax (312) 666-3616

Offset Printing
Laser Safe
Raised Printing
Foil Stamping
Engraving
Index Tab Dividers
Letterheads
Envelopes
Brochures
Manuals
Invitations

Mailing Labels
Announcements
Presentation
Folders
Business Cards
Rolodex Cards
Binders
Certificates
Newsletters
Direct Mail
Die Cutting

CAB RECEIPT
Chicago's Most Respected
Cab Company
Since 1945

Date 6/1 Time ___
From SP O'Hare
                45
Cab No ___ Driver ___
Cab Fare 40
Memo ___

### SKYPARK
"Where parking is only part of it"

1000 San Mateo Avenue
San Bruno, CA 94066
(650) 875-8605

Express Club Member Parking Invoice

Arrived: 04/01/02      Departed: 04/06/02

Member # 0151          Ticket # 12-430
STEVEN KAZAN
171 12 ST
OAKLAND, CA 94611

| | | |
|---|---|---|
| Outdoor Parking: | 5.5 days | $82.00 |
| Car Wash | | $16.00 |
| Tax | | $7.38 |
| **Total** | | **$105.38** |

Charged to American Express
3783-659855-31004
Expiration 02/28/04
Authorization 164757

You have 11 free days available.

mileage + toll = $19.01