# **EXHIBIT B**
August Fee Application

2845

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 7, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE ELEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Name of Applicant:                                          Casner & Edwards, LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                                                      Debtors-in-Possession

Date of Retention:                                          September 18, 2001,
                                                                      effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                 August 1, 2002 through August 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $58,072.00   (80% = $46,457.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,910.59

This is an:    X monthly    ___ interim    ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | Pending | Pending |

| 10/7/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | Pending | Pending |

As indicated above, this is the eleventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 6.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,260.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 36 | Litigation | $210.00 | 22.40 | $4,704.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $190.00 | 12.60 | $2,394.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $180.00 | 91.10 | $16,398.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $80.00 | 91.60 | $7,328.00 |
| Gary R. Bellinger | Temporary Paralegal | 2 | Litigation | $80.00 | 174.00 | $13,920.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $80.00 | 2.10 | $168.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $80.00 | 164.50 | $13,160.00 |
| TOTALS | | | | | 558.30 | $58,072.00 |

Total Fees:        $58,072.00

Expense Summary
(see Exhibit B to the Fee Detail)

| Description | Amount |
|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $152.57 |
| Federal Express | $120.69 |
| Outside Photocopying | $39.14 |
| Photocopying ($0.12/page) | $87.72 |
| Rent Reimbursement | $13,045.67 |
| Miscellaneous | $1,464.80 |
| TOTAL | $14,910.59 |

Total Expenses:        $14,910.59

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Fees for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 525.90 | $52,099.00 |
| Fee Applications, Applicant | 7.70 | $1,617.00 |
| ZAI Science Trial | 24.70 | $4,356.00 |
| Expenses | N/A | $14,910.59 |
| TOTALS | 558.30 | $72,982.59 |

Dated:  October 7, 2002

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/223804

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                           )       Chapter 11
                                                 )
W. R. GRACE & CO., et al.,[1]                    )       Case No. 01-1139 (JKF)
                                                 )       Jointly Administered
               Debtors.                          )

                                        Objection Deadline: November 7, 2002 at 4:00 p.m.
                                                  Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number  46578
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: Litigation and Litigation Consulting

### LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/02 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $210.00 |
| 08/01/02 | DBM | Work on White papers - MK and other asbestos-containing products. | 3.50 Hrs | $665.00 |
| 08/01/02 | ARA | Oversee wrap-up of document review (.5). Discussion with paralegals re: locating boxes returned by Onsite (.5); telephone calls to Holme Roberts and Reed Smith paralegals re: same (.5). Review boxes that were found and considered responsive, however, labeled non-responsive (.7); telephone call to Holme Roberts paralegal re: same (.2) and email information to her (.7). | 3.10 Hrs | $248.00 |
| 08/01/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/01/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/02/02 | RAM | Conference with MTM to prepare him for conference call with client and outside counsel re: production of information to the EPA. | 0.10 Hrs | $21.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/02/02 | MTM | Conference with RAM (.1) and then conference call with in-house counsel and attorneys from three bankruptcy litigation firms re: production of certain information to EPA (.6). | 0.70 Hrs | $126.00 |
| 08/02/02 | ARA | Oversee wrap-up of document review (1.0). Document control re: document review project (1.6). Review and respond to emails to Holme Roberts paralegal re: location of boxes and discussion re: same with paralegals (1.7). Arrange to have acquisition book copied to replace copy that was sent to Holme Roberts attorney (.4). | 4.70 Hrs | $376.00 |
| 08/02/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/02/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/05/02 | RAM | Conference with MTM re: what to produce to the EPA. | 0.20 Hrs | $42.00 |
| 08/05/02 | MTM | Work on wind up of document review at Winthrop Square (4.6). Conference with RAM re: conference call Friday re: possible production of certain information to EPA (.2). | 4.80 Hrs | $864.00 |
| 08/05/02 | ARA | Oversee wrap-up of document review (5.1). Search for and obtain documents re: fraudulent conveyance case (1.6). | 6.70 Hrs | $536.00 |
| 08/05/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/05/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/06/02 | RAM | Conference with MTM re: status of wind up of document review. | 0.10 Hrs | $21.00 |
| 08/06/02 | MTM | Work on wind up of document review at Winthrop Square (4.0); conference with RAM re: same (.1). Locate boxes received from Onsite at Cambridge and obtain additional information from other boxes requested by Onsite (2.7). Telephone call to Holme Roberts paralegal re: boxes in Cambridge (.2). Receipt and review of email from in-house counsel requesting personnel files for 7 Libby employees (.1); review indices to Libby Storage Boxes re: personnel files (.3). | 7.40 Hrs | $1,332.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/06/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/06/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.00 Hrs | $560.00 |
| 08/07/02 | DBM | Work on MK white paper. | 2.30 Hrs | $437.00 |
| 08/07/02 | MTM | Work on wind up of document review at Winthrop Square (2.4). Telephone call to paralegal at Winthrop Square re: finding Eschenbach letter to EPA per request of Holme Roberts attorney (.1). Letter to Holme Roberts attorney re: Bureau of Mines inspection reports at Libby she requested (.1). Review files at Winthrop Square for documents requested by Holme Roberts attorney in fraudulent conveyance case (1.2). Email to D. Croce re: location of 2 boxes of documents (.2). Telephone call to Onsite re: return of boxes (.2). Receipt and review of email from in-house counsel requesting additional Libby personnel files (.1); telephone call to paralegal at Winthrop Square re: finding personnel files requested by in-house counsel (.1); review index of Libby storage boxes re: same (.2); letter to in-house counsel re: Libby personnel files (.1). | 4.70 Hrs | $846.00 |
| 08/07/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/07/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/08/02 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (1.1). | 1.30 Hrs | $273.00 |
| 08/08/02 | DBM | Work on MK White paper. | 4.80 Hrs | $912.00 |
| 08/08/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/08/02 | MEV | Update bankruptcy court docket entries for RAM (.2). Download and print selected documents filed in bankruptcy court for RAM (.4). | 0.60 Hrs | $48.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/08/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/09/02 | DBM | Work on MK white paper. | 2.00 Hrs | $380.00 |
| 08/09/02 | MTM | Work on wind up of document review at Winthrop Square (1.9). Review notes of privileged document review re: call to Hoyle Morris attorney re: same (.6). Review email from in-house counsel re: additional Libby personnel files (.1); review index and telephone call to paralegal at Winthrop Square re: same (.2); telephone call to in-house counsel re: no record of personnel file for particular employee (.1). | 2.90 Hrs | $522.00 |
| 08/09/02 | GRB | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 8.00 Hrs | $640.00 |
| 08/09/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.00 |
| 08/09/02 | EKL | Prepare comprehensive lists of all shipments of boxes of documents sent to Winthrop Square and verify that all boxes are located there. | 7.50 Hrs | $600.00 |
| 08/12/02 | RAM | Conference with MTM re: Libby documents and images being produced to the EPA. | 0.10 Hrs | $21.00 |
| 08/12/02 | MTM | Work on wind up of document review at Winthrop Square (4.7). Receipt and review of emails from Holme Roberts attorney with draft cover letter to EPA and sample data set (.3). Telephone call to ARA re: locating sample target sheet re: information to provide to EPA (.2). Telephone call to Holme Roberts attorney re: questions on information to be provided to EPA (.2). | 5.40 Hrs | $972.00 |
| 08/12/02 | ARA | Document control re: document review project (2.5). Oversee wrap up of document review (4.3). | 6.80 Hrs | $544.00 |
| 08/12/02 | GRB | Search for box at Cambridge needed by Onsite for additional quality control. | 8.00 Hrs | $640.00 |
| 08/12/02 | EKL | Search for box at Cambridge needed by Onsite for additional quality control. | 7.50 Hrs | $600.00 |
| 08/13/02 | RAM | Review and comment on Holme Roberts attorney's letter re: CD's being produced to EPA. | 0.30 Hrs | $63.00 |
| 08/13/02 | MTM | Work on wind up of document review at Winthrop Square (2.2). Review draft cover letter to EPA re: production of certain data files (.1); receipt and review of Reed Smith's response to EPA draft (.1); respond to Reed Smith attorney's comments re: same (.3); email suggestions re: draft response to Holme Roberts attorney (1.0). Conference with ARA re: additional box Onsite needs | 4.30 Hrs | $774.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | returned for quality control and final two boxes to Onsite for scanning (.3); telephone call to D. Croce at Grace in Cambridge re: two Onsite boxes (.1); telephone call to Onsite re: pick-up and drop-off (.2). | | |
| 08/13/02 | ARA | Oversee wrap-up of document review (4.3). Search for and locate box that Onsite needs to quality control (2.0). Conference with Holme Roberts paralegal re: wrap up of project and Hoyle Morris boxes (.4). | 6.70 Hrs | $536.00 |
| 08/13/02 | GRB | Search for box at Cambridge needed by Onsite for additional quality control. | 8.00 Hrs | $640.00 |
| 08/13/02 | EKL | Search for box at Cambridge needed by Onsite for additional quality control. | 7.50 Hrs | $600.00 |
| 08/14/02 | RAM | Read emails re: ongoing attorney review of documents at Reed Smith; conference with MTM re: same (.1). | 0.10 Hrs | $21.00 |
| 08/14/02 | ARA | Meet Onsite representative in Cambridge (and Winthrop Square) and oversee pick-up and delivery of boxes (2.8). Discussion with Holme Roberts paralegal re: project (.2). Oversee wrap up of document review (1.2). | 4.20 Hrs | $336.00 |
| 08/14/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/14/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/15/02 | RAM | Read updated docket entries to select documents to read. | 0.10 Hrs | $21.00 |
| 08/15/02 | MTM | Work on wind up of document review at Winthrop Square. | 2.30 Hrs | $414.00 |
| 08/15/02 | ARA | Oversee the continuation of the library materials project (1.4). Discussion with MTM (.2) and paralegals (.1) re: storage and handling of Recordkeeper boxes; search recordkeeper original inventories (1.0). Oversee wrap up of document review (2.0). Telephone call to Holme Roberts paralegal re: boxes sent to Onsite for scanning (.2). | 4.90 Hrs | $392.00 |
| 08/15/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/15/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 08/15/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/16/02 | RAM | Read emails from Holme Roberts attorney and MTM re: EPA's request for documents (.1). Telephone conference with in-house counsel re: expanding plants and licensees that manufactured MK; wants confirmation that list is complete; check briefing books and mention 2 others to | 0.40 Hrs | $84.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | in-house counsel (.3). | | |
| 08/16/02 | MTM | Work on wind up of document review at Winthrop Square (2.8). Review and respond to email from Holme Roberts attorney and letter from Matt Cohen of the EPA re: production deadlines to EPA and data fields to be provided to them (.5). Telephone call from in-house counsel's secretary requesting Julie Yang notebooks (.2). Review inventory of lab notebooks at Winthrop Square (.3); review Yang notebooks at Winthrop Square (.5); telephone call and fax excerpts to in-house counsel's secretary re: same (.2); telephone call from in-house counsel's secretary and fax additional pages to her (.1). | 4.60 Hrs | $828.00 |
| 08/16/02 | ARA | Oversee wrap-up of document review (3.2). Conferences with paralegals (.5), Holme Roberts paralegal (.3) and Onsite (.2). re: confirmation of boxes scanned. Search for and locate Cambridge lab notebooks for MTM (.8). Locate and produce in-house counsel's deposition binder to RAM (.3). | 5.30 Hrs | $424.00 |
| 08/16/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/16/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/19/02 | RAM | Read selected documents filed in bankruptcy court (1.2). Read notice of agenda for hearing on 8/26/02 (.1). | 1.30 Hrs | $273.00 |
| 08/19/02 | MTM | Work on wind up of document review at Winthrop Square. | 3.20 Hrs | $576.00 |
| 08/19/02 | ARA | Oversee wrap-up of document review (1.4). Conference with paralegals (.2), MTM (.1) and Onsite (.2) re: confirmation of boxes scanned. | 1.90 Hrs | $152.00 |
| 08/19/02 | GRB | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 8.00 Hrs | $640.00 |
| 08/19/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $64.00 |
| 08/19/02 | EKL | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 7.50 Hrs | $600.00 |
| 08/20/02 | RAM | Conference with MTM re: status of windup of document review. | 0.10 Hrs | $21.00 |
| 08/20/02 | MTM | Work on wind up of document review at Winthrop Square (3.9); conference with RAM re: same (.1). | 4.00 Hrs | $720.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/20/02 | GRB | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 6.00 Hrs | $480.00 |
| 08/20/02 | EKL | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 7.50 Hrs | $600.00 |
| 08/21/02 | MTM | Work on wind up of document review at Winthrop Square. | 5.80 Hrs | $1,044.00 |
| 08/21/02 | ARA | Oversee wrap-up of document review (6.5). Search for box of Sales Outside U.S. documents (.5). | 7.00 Hrs | $560.00 |
| 08/21/02 | GRB | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 8.00 Hrs | $640.00 |
| 08/21/02 | EKL | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 7.50 Hrs | $600.00 |
| 08/22/02 | RAM | Conference with MTM re: document re: Dr. Irons (.2). Conference with MTM re: status of wind up of document review (.2). | 0.40 Hrs | $84.00 |
| 08/22/02 | MTM | Receipt and review of disks provided to EPA by Holme Roberts (.2). Search for Sales Outside U.S. box (.3). Work on wind up of document review at Winthrop Square (3.3); conference with RAM re: same (.2). Email from Holme Roberts attorney requesting information on letter from Dr. Irons in Libby (.1); search for documents noted in email (1.0); conference with RAM re: same (.2); telephone call to Holme Roberts attorney re: same (.2). | 5.50 Hrs | $990.00 |
| 08/22/02 | ARA | Oversee wrap-up of document review (4.8). Conference with paralegals re: projects (1.0). Receipt and review of boxes scanned by Onsite (.8). | 6.60 Hrs | $528.00 |
| 08/22/02 | GRB | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 8.00 Hrs | $640.00 |
| 08/22/02 | EKL | Quality control all boxes at Winthrop Square to identify all not yet scanned. | 7.50 Hrs | $600.00 |
| 08/23/02 | MTM | Work on wind up of document review (5.0). Receipt and review of additional disks produced to EPA by Holme Roberts (.2). | 5.20 Hrs | $936.00 |
| 08/23/02 | ARA | Oversee wrap-up of document review (5.0). Search for (.6) and answer MTM's questions (.2) re: Sales Outside U.S. box of documents; telephone call to Holme Roberts paralegal re: same (.1). Receive tapes re: library review project (.2). | 6.10 Hrs | $488.00 |
| 08/23/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/23/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/26/02 | RAM | Read agenda for today's hearing (.1). Read updated entries from bankruptcy court's docket to select documents to read (.2). Read selected documents filed in bankruptcy court (1.2). | 1.50 Hrs | $315.00 |
| 08/26/02 | MTM | Work on wind up of document review at Winthrop Square (3.7). Telephone call from in-house counsel re: information and identity of commercial asbestos suppliers re: Celotex bankruptcy (.2) | 3.90 Hrs | $702.00 |
| 08/26/02 | ARA | Oversee wrap-up of document review (4.8). Review inventories to locate sales outside U.S. boxes (1.0); telephone call to and from Holme Roberts paralegal re: same (.2). | 6.00 Hrs | $480.00 |
| 08/26/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/26/02 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $24.00 |
| 08/26/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/27/02 | RAM | Read selected documents filed in bankruptcy court (.1). Read letter to in-house counsel and enclosure re: purchases of asbestos by Grace (.1). Confirm list of standard Grace exhibits being sent to Kirkland Ellis is most recent list (.1). | 0.30 Hrs | $63.00 |
| 08/27/02 | MTM | Work on wind up of document review at Winthrop Square (1.7). Locate standard interrogatory answer re: asbestos suppliers per request from in-house counsel (.6); email to in-house counsel re: same (.2); search for copy set of asbestos purchase documents sent to in-house counsel in December 2000 (.7). Telephone call from J. Heberling in Montana re: his request last year for copies of documents mentioning Great Northern Railroad (.2); review file and list of such documents re: same (1.4). Telephone call from in-house counsel requesting copy set of Grace standard exhibits in personal injury cases to be sent to Kirkland Ellis (.1); review copy set of Grace standard trial exhibits (.3); letter to Kirkland Ellis re: same (.1). | 5.30 Hrs | $954.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/27/02 | ARA | Oversee wrap-up of document review (1.5). Conferences with paralegals re: looking for Sales Outside U.S. box in Cambridge (.5); conference with Holme Roberts paralegal re: same (.2). Per MTM's request, search for Grace's standard exhibits (.5); arrange to have exhibits copied to replace set sent to Kirkland Ellis at in-house counsel's request (.2). | 2.90 Hrs | $232.00 |
| 08/27/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/27/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 08/27/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |
| 08/28/02 | RAM | Telephone conference with in-house counsel who asks if we have any transcripts of testimony of James Lockey; check and tell in-house counsel -- no. | 0.10 Hrs | $21.00 |
| 08/28/02 | MTM | Work on wind up of document review at Winthrop Square (4.9). Conference with ARA re: Cambridge inventory (.2). Telephone call from in-house counsel re: request from Heberling for railroad documents (.1); continue review of list re: request from Heberling (.5); telephone call to J. Heberling re: same (.1). Search for file on asbestos fiber purchases from December 2000, per request from in-house counsel (.6). | 6.40 Hrs | $1,152.00 |
| 08/28/02 | ARA | Oversee wrap-up of document review (4.1). Discussions with MTM (.2) and paralegals (.4) re: inventory boxes in Cambridge and library materials. Receipt of Grace's standard exhibits from copy service (.1); quality control same (.5). | 5.30 Hrs | $424.00 |
| 08/28/02 | GRB | Search for Sales Outside U.S. box at Cambridge believed returned by Onsite. | 8.00 Hrs | $640.00 |
| 08/28/02 | EKL | Search for Sales Outside U.S. box at Cambridge believed returned by Onsite. | 7.50 Hrs | $600.00 |
| 08/29/02 | RAM | Telephone conference with in-house counsel re: whether we have license agreements for Robinson Insulation and Vermiculite of Hawaii (.1); have ARA look for binders; review binders and have license agreements with Robinson Insulation faxed to in-house counsel (none found for Vermiculite of Hawaii) (.2). | 0.30 Hrs | $63.00 |
| 08/29/02 | ARA | Per RAM's request, search for Robinson Insulation and Vermiculite of Hawaii binders; locate same and arrange for delivery to RAM (1.7). Oversee delivery of documents by Onsite to Cambridge (1.5). Oversee wrap-up of document review (2.2). | 5.40 Hrs | $432.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| 08/29/02 | GRB | Search at Cambridge for box of documents believed returned by Onsite. | 8.00 Hrs | $640.00 |
| 08/29/02 | EKL | Search at Cambridge for box of documents believed returned by Onsite. | 7.50 Hrs | $600.00 |
| 08/30/02 | ARA | Per telephone call from Grace paralegal, search for J. Yang notebook and other documents to fax to her (2.1). Oversee wrap-up of document review (2.9). | 5.00 Hrs | $400.00 |
| 08/30/02 | GRB | Organize all boxes of documents at Winthrop Square according to their source of origin. | 8.00 Hrs | $640.00 |
| 08/30/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 08/30/02 | EKL | Organize all boxes of documents at Winthrop Square according to their source of origin. | 7.50 Hrs | $600.00 |

TOTAL LEGAL SERVICES $52,099.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.70 Hrs | 210/hr | $1,617.00 |
| DONNA B. MACKENNA | 12.60 Hrs | 190/hr | $2,394.00 |
| MATTHEW T. MURPHY | 76.40 Hrs | 180/hr | $13,752.00 |
| ANGELA R. ANDERSON | 88.60 Hrs | 80/hr | $7,088.00 |
| GARY R. BELLINGER | 174.00 Hrs | 80/hr | $13,920.00 |
| MARCI E. VANDERHEIDE | 2.10 Hrs | 80/hr | $168.00 |
| EDWARD K. LAW | 164.50 Hrs | 80/hr | $13,160.00 |
| | 525.90 Hrs | | $52,099.00 |

TOTAL THIS BILL $52,099.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number  46579
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: Fee Applications, Applicant

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/02/02 | RAM | Quick review of Fee Auditor's Report re: 4th Interim Quarter (.1). Finalize June fee application (.2). Send June fee application to Delaware counsel for filing (.1). | 0.40 Hrs | $84.00 |
| 08/05/02 | RAM | Read fee auditor's final report re: 4th Interim Quarter. | 0.20 Hrs | $42.00 |
| 08/09/02 | RAM | Work on quarterly fee application for fifth interim period (April-June). | 0.70 Hrs | $147.00 |
| 08/12/02 | RAM | Finalize quarterly fee application for fifth interim period (April-June) (.3). Send it to Delaware counsel to file (.1). | 0.40 Hrs | $84.00 |
| 08/21/02 | RAM | Work on July fee application. | 0.50 Hrs | $105.00 |
| 08/22/02 | RAM | Work on July fee application. | 3.20 Hrs | $672.00 |
| 08/23/02 | RAM | Work on July fee application. | 0.40 Hrs | $84.00 |
| 08/25/02 | RAM | Work on July fee application. | 0.20 Hrs | $42.00 |
| 08/28/02 | RAM | Work on July fee application. | 1.50 Hrs | $315.00 |
| 08/29/02 | RAM | Finalize July fee application (.1); send it to clients for review (.1). | 0.20 Hrs | $42.00 |

David B. Siegel

Re: Fee Applications, Applicant

|  |  |  | TOTAL LEGAL SERVICES | $1,617.00 |
|--|--|--|--|--|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 7.70 Hrs | 210/hr | $1,617.00 |
|--|--|--|--|
|  | 7.70 Hrs |  | $1,617.00 |

|  |  | TOTAL THIS BILL | $1,617.00 |
|--|--|--|--|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number  46627
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: ZAI Science Trial

### LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/09/02 | MTM | Receipt and review of Zonolite Attic Insulation claimants' requests for admissions in science trial. | 0.10 Hrs | $18.00 |
| 08/13/02 | RAM | Read email re: discovery requests. | 0.10 Hrs | $21.00 |
| 08/13/02 | MTM | Receipt and review of draft response to interrogatories, document requests and requests for admission in the science trial case. | 2.20 Hrs | $396.00 |
| 08/14/02 | RAM | Read ZAI discovery requests (.5). Conference with MTM to discuss draft responses (.9). | 1.40 Hrs | $294.00 |
| 08/14/02 | MTM | Continue to work on draft discovery responses in science trial (5.8). Telephone call to Reed Smith paralegal re: status of availability of documents to produce to plaintiffs on disk re: same (.2); telephone call to Reed Smith paralegal re: same (.1); telephone call to Holme Roberts attorney re: same and status of review of documents in Boulder (.2). Meeting with RAM re: discovery responses in science trial (.9). | 7.20 Hrs | $1,296.00 |
| 08/14/02 | ARA | Per MTM's request, search for and inventory MD Casualty Insurance copy sets. | 1.50 Hrs | $120.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/15/02 | RAM | Conference call with in-house counsel, Reed Smith attorneys and MTM to discuss draft responses to ZAI discovery requests (2.7). Obtain D. Hershman's deposition transcript in Solow to review any references to J. Peter Grace's files (.1). | 2.80 Hrs | $588.00 |
| 08/15/02 | MTM | Participate in conference call re: discovery responses in science trial (2.7). | 2.70 Hrs | $486.00 |
| 08/15/02 | ARA | Per MTM's request, complete search for and inventory of MD Casualty Insurance copy sets. | 1.50 Hrs | $120.00 |
| 08/19/02 | RAM | Review portions of D. Hershman's deposition testimony in Solow for references to J. Peter Grace's files to answer discovery requests in ZAI cases. | 0.50 Hrs | $105.00 |
| 08/20/02 | RAM | Conference with MTM re: revised ZAI discovery responses (.3). Review responses to ZAI requests to admit (.2). | 0.50 Hrs | $105.00 |
| 08/20/02 | MTM | Receipt and review of revised draft discovery responses re: science trial (1.0); meeting with RAM re: same (.3). | 1.30 Hrs | $234.00 |
| 08/21/02 | RAM | Prepare for conference call to discuss ZAI discovery responses (.5). Participate in conference call with in-house counsel, RSSM attorneys and MTM to discuss discovery responses (1.2). | 1.70 Hrs | $357.00 |
| 08/21/02 | MTM | Conference call re: draft discovery responses in science trial (1.2). | 1.20 Hrs | $216.00 |
| | | TOTAL LEGAL SERVICES | | $4,356.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.00 Hrs | 210/hr | $1,470.00 |
| MATTHEW T. MURPHY | 14.70 Hrs | 180/hr | $2,646.00 |
| ANGELA R. ANDERSON | 3.00 Hrs | 80/hr | $240.00 |
| | 24.70 Hrs | | $4,356.00 |

David B. Siegel

Re: ZAI Science Trial

|  | |
|---|---|
| TOTAL THIS BILL | $4,356.00 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number 46581
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/20/02 | To Kirkland Ellis attorney from RAM on 7/30/02 | 23.52 | |
| 08/20/02 | To in-house counsel from MTM on 7/23/02 | 48.89 | |
| 08/20/02 | To Holme Roberts attorney from MTM on 8/7/02 | 26.16 | |
| 08/20/02 | To Grace in-house counsel from MTM on 8/7/02 | 9.64 | |
| | | | $108.21 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/15/02 | MERRILL CORPORATION - 1 copy of CPD business plan to be sent to in-house counsel on 7/23/02 with other materials for production to plaintiffs | 39.14 | |
| | | | $39.14 |

PHOTOCOPYING

| | | |
|---|---|---|
| 08/05/02 | 9 copies. | 1.08 |
| 08/13/02 | 12 copies. | 1.44 |
| 08/13/02 | 4 copies. | 0.48 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

PHOTOCOPYING

| 08/16/02 | 48 copies. | 5.76 |
|---|---|---|
| 08/16/02 | 2 copies. | 0.24 |
| 08/21/02 | 11 copies. | 1.32 |
| 08/22/02 | 2 copies. | 0.24 |
| 08/22/02 | 4 copies. | 0.48 |
| 08/22/02 | 2 copies. | 0.24 |
| 08/26/02 | 1 copy. | 0.12 |
| 08/26/02 | 2 copies. | 0.24 |
| 08/29/02 | 399 copies. | 47.88 |
| 08/30/02 | 5 copies. | 0.60 |

$60.12

TELEPHONE

| 05/22/02 | 308 | 19414348847 | 0.46 |
|---|---|---|---|
| 05/28/02 | WSQ | 2158518250 | 0.68 |
| 05/28/02 | WSQ | 4122887776 | 0.68 |
| 05/28/02 | WSQ | 4122887776 | 0.68 |
| 05/28/02 | WSQ | 3038660645 | 0.68 |
| 06/03/02 | WSQ | 3038660645 | 0.68 |
| 06/03/02 | WSQ | 3038660645 | 2.03 |
| 06/03/02 | WSQ | 3038660645 | 1.36 |
| 06/05/02 | WSQ | 3034178515 | 1.36 |
| 06/05/02 | WSQ | 3038660645 | 0.68 |
| 06/05/02 | WSQ | 3034178515 | 7.45 |
| 06/05/02 | WSQ | 3034445955 | 2.03 |
| 06/05/02 | WSQ | 3034178515 | 1.36 |
| 06/06/02 | WSQ | 3034178515 | 2.03 |
| 06/06/02 | WSQ | 2122529700 | 4.74 |
| 06/06/02 | WSQ | 4122887776 | 0.68 |
| 06/06/02 | WSQ | 3038660478 | 0.68 |
| 06/06/02 | WSQ | 4122887776 | 0.68 |
| 06/06/02 | WSQ | 2158518232 | 1.36 |
| 06/06/02 | WSQ | 3038660408 | 0.68 |
| 06/06/02 | WSQ | 3034178515 | 2.71 |
| 06/06/02 | WSQ | 3038660408 | 1.36 |
| 06/06/02 | WSQ | 2158518232 | 2.71 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

TELEPHONE

| | | | |
|---|---|---|---|
| 06/07/02 | WSQ | 2158518232 | 1.36 |
| 06/07/02 | WSQ | 3038660478 | 2.03 |
| 06/10/02 | WSQ | 3038660478 | 1.36 |
| 06/10/02 | WSQ | 3038660478 | 0.68 |
| 06/11/02 | WSQ | 3038660478 | 0.68 |
| 06/11/02 | WSQ | 3038846319 | 6.09 |
| 06/11/02 | WSQ | 3026525340 | 0.68 |
| 06/14/02 | WSQ | 3035239020 | 1.36 |
| 06/18/02 | WSQ | 3038660478 | 4.06 |
| 06/18/02 | WSQ | 3038660478 | 8.80 |
| 06/19/02 | WSQ | 2152417925 | 4.06 |
| 06/19/02 | WSQ | 3038660478 | 0.68 |
| 06/19/02 | WSQ | 2152417125 | 0.68 |
| 06/20/02 | WSQ | 3038660478 | 7.45 |
| 06/20/02 | WSQ | 3038660478 | 6.09 |
| 06/21/02 | WSQ | 3034178515 | 1.36 |
| 06/24/02 | WSQ | 2122529700 | 2.03 |
| 06/24/02 | WSQ | 3038660478 | 2.71 |
| 08/12/02 | 329 | 3038660479 | 0.67 |
| 08/12/02 | 329 | 2122529700 | 0.36 |
| 08/13/02 | 329 | 2122529700 | 0.35 |
| 08/14/02 | 329 | 3038660479 | 0.81 |
| 08/14/02 | 329 | 2158518232 | 0.83 |
| 08/16/02 | 357 | 01185223153969 | 0.48 |
| 08/16/02 | 357 | 5613621538 | 0.46 |
| 08/16/02 | 357 | 01185223153969 | 47.52 |
| 08/16/02 | 357 | 5613621538 | 1.38 |
| 08/22/02 | 329 | 3038660408 | 0.63 |
| 08/28/02 | 357 | 3038660200 | 0.46 |
| 08/28/02 | 357 | 3038660200 | 4.15 |
| 08/28/02 | 357 | 5613621583 | 2.31 |
| 08/30/02 | 399 | 5613621583 | 1.85 |

$152.18

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 08/30/02 | Rent and utilities for document repository at One Winthrop Square - September 2002. | 13,045.67 |

$13,045.67

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

MISCELLANEOUS

| | | | | |
|---|---|---|---|---|
| 08/15/02 | WALSH MOVERS INC. - Shipping for 75 boxes WSQ to Cambridge and return 77 from Cambridge to WSQ on 7/16/02 | 1,022.00 | | |
| 08/15/02 | RECORDKEEPER ARCHIVE - 5/10/02 box retrieval | 27.00 | | |
| 08/15/02 | RECORDKEEPER ARCHIVE - 7/2/02 retrieval of 1 box re: document review (Box 2550) | 27.00 | | |
| 08/15/02 | RECORDKEEPER ARCHIVE - Monthly storage fee (8/02) | 388.80 | | |
| | | | $1,464.80 | |
| | | TOTAL DISBURSEMENTS | | $14,870.12 |
| | | TOTAL THIS BILL | | $14,870.12 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 7, 2002

Bill Number  46582
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through August 31, 2002

Re: Fee Applications, Applicant

### DISBURSEMENTS

TELEPHONE

| 08/07/02 | 357 | 2146983868 | 0.39 | |
|---|---|---|---|---|
| | | | | $0.39 |

FEDERAL EXPRESS

| 08/20/02 | To David W Carickhoff, Jr. from RAM on 8/2/02 | 12.48 | |
|---|---|---|---|
| | | | $12.48 |

PHOTOCOPYING

| 08/02/02 | 137 copies. | 16.44 | |
|---|---|---|---|
| 08/02/02 | 93 copies. | 11.16 | |
| | | | $27.60 |

David B. Siegel

Re: Fee Applications, Applicant

| | |
|---|---|
| TOTAL DISBURSEMENTS | $40.47 |
| TOTAL THIS BILL | $40.47 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## **AFFIDAVIT OF SERVICE**

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 18th day of October, 2002 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  SUMMARY OF THE ELEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002; AND

2.  FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 31, 2002.

Dated: October 18, 2002

Patricia E. Cuniff

Sworn to and subscribed before
me this 18th day of October, 2002

Notary Public
My Commission Expires: 02/1/04

91100-001\DOCS_DE:20485.30

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

dcarickhoff@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP