## **EXHIBIT C**
September Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: December 4, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE TWELFTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:    Casner & Edwards, LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:    September 18, 2001, effective as of September 18, 2001

Period for which compensation and reimbursement is sought:    September 1, 2002 through September 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCKET # 2978
DATE 11-14-02

Amount of Compensation sought as actual,
reasonable, and necessary:                    $40,335.00   (80% = $32,268.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $4,535.47

This is an:    X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | Pending | Pending |
| 11/8/02 | 09/01/02 through 08/31/02 | $40,335.00 | $4,535.47 | Pending | Pending |

As indicated above, this is the twelfth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 7.8 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,638.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 36 | Litigation | $210.00 | 29.30 | $6,153.00 |
| Robert A. Murphy | Partner | 36 | Litigation | No Charge | 0.10 | $0.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $190.00 | 4.20 | $798.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $180.00 | 85.20 | $15,336.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $80.00 | 100.30 | $8,024.00 |
| Gary R. Bellinger | Temporary Paralegal | 2 | Litigation | $80.00 | 32.00 | $2,560.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $80.00 | 1.80 | $144.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $80.00 | 91.50 | $7,320.00 |
| TOTALS | | | | | 344.40 | $40,335.00 |

**Total Fees:**          **$40,335.00**

Expense Summary
(see Exhibit B to the Fee Detail)

| Description | Amount |
|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $32.74 |
| Excess Postage | $3.78 |
| Federal Express | $2,139.56 |
| Other Delivery Services | $13.50 |
| Outside Photocopying | $2,264.77 |
| Photocopying ($0.12/page) | $54.12 |
| Miscellaneous | $27.00 |
| TOTAL | $4,535.47 |

**Total Expenses:**          **$4,535.47**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Fees for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 148.80 | $16,712.00 |
| Fee Applications, Applicant | 9.40 | $1,944.00 |
| ZAI Science Trial | 186.20 | $21,679.00 |
| Expenses | N/A | $2,789.04 |
| ZAI Science Trial Expenses | N/A | $1,746.43 |
| TOTALS | 344.40 | $44,870.47 |

Dated:  November 8, 2002

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/226435

5

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:  December 4, 2002 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## TWELFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/226443
91100-001\DOCS_DE:45797.1
11/14/02 9:18 AM

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 8, 2002

Bill Number  47695
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/03/02 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1); read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $63.00 |
| 09/03/02 | DBM | Search for Burlington Northern documents for J. Heberling. | 0.10 Hrs | $19.00 |
| 09/03/02 | GRB | Prepare detailed inventory of all boxes of documents in area of basement in Grace, Cambridge. | 8.00 Hrs | $640.00 |
| 09/03/02 | MEV | Update bankruptcy court docket entries for RAM (.2). Download and print selected documents filed in bankruptcy court for RAM (.2). | 0.40 Hrs | $32.00 |
| 09/03/02 | EKL | Prepare detailed inventory of all boxes of documents in area of basement in Grace, Cambridge. | 7.50 Hrs | $600.00 |
| 09/04/02 | RAM | Telephone conference with Holme Roberts attorney re: defending depositions of 2 Grace employees in EPA case. | 0.20 Hrs | $42.00 |
| 09/04/02 | DBM | Search for Burlington Northern documents and Great Northern documents for J. Heberling. | 2.60 Hrs | $494.00 |
| 09/04/02 | MTM | Message from in-house paralegal requesting information on various privileged memos (.2); locate three memos at issue (.4); review privilege log to confirm all three are listed (.4); telephone calls to in-house paralegals re: same (.2). Review various inventories of boxes of documents shipped to/from Winthrop Square to confirm | 3.10 Hrs | $558.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | all are now stored in proper locations (1.7). Email to D. Croce at Cambridge re: last 2 boxes from Onsite (.1). receipt and review of email from Holme Roberts attorney regarding issues with box numbers in Onsite database (.1). | | |
| 09/04/02 | GRB | Prepare detailed inventory of all boxes of documents in one area of basement in Grace, Cambridge. | 8.00 Hrs | $640.00 |
| 09/04/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.00 |
| 09/04/02 | EKL | Prepare detailed inventory of all boxes of documents in area of basement in Grace, Cambridge. | 7.50 Hrs | $600.00 |
| 09/05/02 | RAM | Telephone conference with D. Croce re: EPA deposition and dates when he will be available (.1); email to Holme Roberts attorney re: depositions (.2). Conference with MTM re: dead storage area in Cambridge being cleared out and boxes of documents being sent to Recordkeeper; detailed records will be maintained (.1). | 0.40 Hrs | $84.00 |
| 09/05/02 | MTM | Review new list of railroad documents re: request from J. Heberling for same (.6); telephone call to J. Heberling re: same (.1); conference with ARA re: same (.3); identify boxes from which documents should be pulled and those where copies will be blown back (.6). Receipt and review of additional disks provided to EPA by Holme Roberts (.2). Receipt and review of email from Onsite re: box number issue (.1). Email to D. Croce re: dead storage boxes being shipped to Recordkeeper (.2); telephone call from D. Croce re: same (.2); telephone call to Holme Roberts paralegal re: same (.3). Conference with RAM re: EPA depositions of Croce and Sankale (.1); locate and review file of my earlier investigations into inadvertent discarding of documents in early 2000 (1.4) | 4.10 Hrs | $738.00 |
| 09/05/02 | ARA | Telephone calls to MB and in-house paralegal re: Yang documents sent to paralegal; confirm documents were received. | 0.30 Hrs | $24.00 |
| 09/05/02 | GRB | Prepare detailed inventory of all boxes of documents in one area of basement in Grace, Cambridge. | 8.00 Hrs | $640.00 |
| 09/05/02 | EKL | Prepare detailed inventory of all boxes of documents in area of basement in Grace, Cambridge. | 7.50 Hrs | $600.00 |
| 09/06/02 | RAM | Telephone call to F. Sankale; leave message as to his availability for deposition (.1); email from/to Holme Roberts attorney re: same (.1). Read emails from client as to J. Wolter documents (.1); conference with MTM as to what we have (.1). | 0.40 Hrs | $84.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/06/02 | MTM | Receipt and review of email from Holme Roberts seeking Wolter documents for deposition preparation (.1); conference with RAM re: same (.1). | 0.20 Hrs | $36.00 |
| 09/06/02 | ARA | Conference with paralegals re: inventory of boxes in Cambridge (.4); quality control their list and locate one box that was missing on Holme Roberts list (2.0). | 2.40 Hrs | $192.00 |
| 09/06/02 | GRB | Prepare inventory of Cambridge lab notebooks at Winthrop Square. | 4.00 Hrs | $320.00 |
| 09/06/02 | EKL | Prepare detailed summary of all boxes of documents in area of basement in Grace, Cambridge. | 7.50 Hrs | $600.00 |
| 09/07/02 | RAM | Receive telephone call from F. Sankale re: his availability for EPA deposition; write note to MB to return call on Monday and ask about other dates. | 0.10 Hrs | $21.00 |
| 09/09/02 | MTM | Receipt and review of email from Holme Roberts attorney requesting information concerning J. Yang lab notebooks (.1). Receipt of disks from Holme Roberts attorney re: Environmental Health & Safety materials (.1). | 0.20 Hrs | $36.00 |
| 09/09/02 | ARA | Conference with paralegal re: project (.2). Oversee wrap up of document review (1.0). | 1.20 Hrs | $96.00 |
| 09/09/02 | EKL | Quality control boxes of Cambridge lab notebooks against previously prepared inventory as part of wrap up of document review. | 6.50 Hrs | $520.00 |
| 09/10/02 | RAM | Telephone conference with in-house counsel and Reed Smith attorney re: preparations for J. Wolter's deposition (.3). Emails from and to Holme Roberts attorney re: depositions of D. Croce and F. Sankale by EPA (.1); telephone calls to D. Croce and Sankale and telephone conference F. Sankale re: their availability (.1). | 0.50 Hrs | $105.00 |
| 09/10/02 | MTM | Telephone call from Holme Roberts attorney re: EPA depositions of Croce and Sankale (.1). Telephone call from Holme Roberts attorney re: assistance in locating documents on EPA's trial exhibit list (.1); telephone call to Holme Roberts attorney re: same (.2). | 0.40 Hrs | $72.00 |
| 09/10/02 | EKL | Prepare detailed summary of all boxes of documents in area of basement in Grace, Cambridge. | 3.50 Hrs | $280.00 |
| 09/11/02 | RAM | Read email from D. Croce re: his availability for deposition by EPA; email to Holme Roberts attorney re: witnesses' availability (.1). Read updated entries on bankruptcy court's docket to select documents to read (.1); read selected documents filed in bankruptcy court (.1). | 0.30 Hrs | $63.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/11/02 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $24.00 |
| 09/12/02 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $84.00 |
| 09/13/02 | ARA | Oversee wrap up of document review. | 1.30 Hrs | $104.00 |
| 09/16/02 | MTM | Telephone call from paralegal at Grace, Cambridge re: documents from real estate room (.2); telephone to Holme Roberts paralegal re: same (.3). | 0.50 Hrs | $90.00 |
| 09/16/02 | ARA | Discussion with paralegal re: library project (.2); answer email to/from paralegal re: same (1.0). Oversee wrap up of document review (1.1). | 2.30 Hrs | $184.00 |
| 09/16/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 5.50 Hrs | $440.00 |
| 09/17/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 09/17/02 | DBM | Make revisions to white paper notes re: MK. | 1.50 Hrs | $285.00 |
| 09/17/02 | MTM | Telephone call from J. Heberling re: request for railroad documents. (.3). Email to D. Croce re: shipping dead storage materials from basement of building 18 to Recordkeeper (.3). Telephone call from Holme Roberts attorney requesting assistance in locating documents for cost recovery trial (.1). | 0.70 Hrs | $126.00 |
| 09/17/02 | ARA | Discussion with paralegal and review instructions for completing library project. | 0.40 Hrs | $32.00 |
| 09/17/02 | MEV | Update bankruptcy court docket entries for RAM (.2). Download and print selected documents filed in bankruptcy court for RAM (.6). | 0.80 Hrs | $64.00 |
| 09/17/02 | EKL | Conference with ARA regarding (.4) and prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review (4.6). | 5.00 Hrs | $400.00 |
| 09/18/02 | RAM | Read selected documents filed in bankruptcy court. | 1.50 Hrs | $315.00 |
| 09/20/02 | MTM | Receipt and review of email from D. Croce re: status of moving boxes of documents in building 18 basement dead storage area to Recordkeeper. | 0.10 Hrs | $18.00 |
| 09/20/02 | ARA | Oversee wrap up of document review. | 0.90 Hrs | $72.00 |
| 09/23/02 | RAM | Conference with MTM (.1) and telephone conference with Holme Roberts attorney (.1) re: preparing for deposition of D. Croce and F. Sankale. Read selected documents filed in bankruptcy court (.4). | 0.60 Hrs | $126.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/23/02 | MTM | Telephone call to D. Croce re: meeting to prepare for his and Fred Sankale's deposition on Thursday (.1); receipt and review of package from Holme Roberts re: Croce and Sankale deposition preparation (.8). Continue review of file on inadvertent discarding of documents in 2000 re: meeting on Thursday to prepare Croce and Sankale for depositions (3.4) | 4.30 Hrs | $774.00 |
| 09/23/02 | ARA | Oversee wrap up of document review. | 1.80 Hrs | $144.00 |
| 09/23/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 3.00 Hrs | $240.00 |
| 09/24/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $42.00 |
| 09/24/02 | MTM | Continue review of file re: inadvertent discarding of documents re: meeting on Thursday to prepare Croce and Sankale for depositions. | 3.40 Hrs | $612.00 |
| 09/24/02 | ARA | Oversee wrap up of document review (2.1). Quality control Robinson Insulation and State of Hawaii documents (.4). Per MTM's request, review certain production set documents for use in preparing for D. Croce's deposition for EPA case (1.0). | 3.50 Hrs | $280.00 |
| 09/24/02 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.1). | 0.20 Hrs | $16.00 |
| 09/25/02 | RAM | Conference with MTM re: how we learned that Grace employee had inadvertently discarded documents in 2000 (.2). Prepare to defend EPA depositions of Croce and Sankale by reading correspondence and memoranda (.6). | 0.80 Hrs | $168.00 |
| 09/25/02 | MTM | Telephone call from paralegal re: railroad document project for attorney Heberling (.2). Conference with RAM re: meeting tomorrow with Croce and Sankale re: deposition preparation (.2). | 0.40 Hrs | $72.00 |
| 09/25/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 1.00 Hrs | $80.00 |
| 09/26/02 | RAM | To/from Cambridge to meet with and prepare 2 Grace employees for their EPA depositions (50 minutes at 1/2 time) (.4); meet with Holme Roberts attorney, MTM, F. Sankale and D.Croce to prepare latter two for their depositions (4.1). Review documents in Cambridge storage area (.4). Prepare for depositions (.2). | 5.10 Hrs | $1,071.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/26/02 | MTM | Conference with paralegal re: obtaining copies of railroad documents; telephone call to Attorney Heberling re: same (.5). Meeting with F. Sankale, D. Croce, RAM and Holme Roberts attorney at Grace in Cambridge re: preparation for depositions tomorrow (3.8). Review documents in basement of building 18 (.4). Return to office from meeting at Winthrop Square (.3 - 1/2 time). | 5.00 Hrs | $900.00 |
| 09/26/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 3.00 Hrs | $240.00 |
| 09/27/02 | RAM | Defend depositions of F. Sankale and D. Croce by EPA (3.2); telephone call to Holme Roberts attorney to advise him of depositions; leave message (.1). | 3.30 Hrs | $693.00 |
| 09/27/02 | MTM | Review lists of boxes returned/sent to Onsite to confirm only two remain unaccounted for (1.9); review emails and letters to Holme Roberts re: one of these two to determine current location and/or when shipped or returned from Onsite (.7) (both boxes found later). | 2.60 Hrs | $468.00 |
| 09/27/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 0.50 Hrs | $40.00 |
| 09/30/02 | ARA | Oversee wrap up of document review. | 3.50 Hrs | $280.00 |
| | | | TOTAL LEGAL SERVICES | $16,712.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 14.20 Hrs | 210/hr | $2,982.00 |
| DONNA B. MACKENNA | 4.20 Hrs | 190/hr | $798.00 |
| MATTHEW T. MURPHY | 25.00 Hrs | 180/hr | $4,500.00 |
| ANGELA R. ANDERSON | 17.60 Hrs | 80/hr | $1,408.00 |
| GARY R. BELLINGER | 28.00 Hrs | 80/hr | $2,240.00 |
| MARCI E. VANDERHEIDE | 1.80 Hrs | 80/hr | $144.00 |
| EDWARD K. LAW | 58.00 Hrs | 80/hr | $4,640.00 |
| | 148.80 Hrs | | $16,712.00 |

David B. Siegel

TOTAL THIS BILL          $16,712.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47689
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: Fee Applications, Applicant

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/03/02 | RAM | Telephone conference with in-house counsel re: redrafting descriptions used in certain time entries in July fee application to avoid disclosure of privileged information (.1); redraft descriptions (.2) and fax revisions to client (.1). Send fax to Delaware counsel requesting copy of Court's Order re: fee applications (.1). | 0.50 Hrs | $105.00 |
| 09/04/02 | RAM | Telephone call to and telephone conference with Delaware counsel re: Judge Fitzgerald ordering that fee applications be submitted in a particular format (.1). Read email re: new billing categories; conference with MB re: same (.1). | 0.20 Hrs | $42.00 |
| 09/09/02 | RAM | Read letter from W. Smith to Judge Fitzgerald requesting delay in hearing on quarterly fee applications until November. | 0.10 Hrs | No charge |
| 09/10/02 | RAM | Telephone call from and extended telephone conference with L. Ferdinand of W. Smith's office re: reformatting and resubmitting fee applications (.6). Telephone conference with in-house counsel re: fee application for July (.1). Read email from fee auditor's office with answers to questions re: changes to fee applications (.1). Read memoranda re: revised procedures for fee applications (.1). | 0.90 Hrs | $189.00 |

David B. Siegel

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/11/02 | RAM | Work on July fee application (.5). Work on reformatting previously submitted fee applications (.2). | 0.70 Hrs | $147.00 |
| 09/12/02 | RAM | Read fee auditor's report regarding firm's First Interim Application (.1); emails to and from W. Smith re: same (.1). | 0.20 Hrs | $42.00 |
| 09/16/02 | RAM | Telephone call from MTM re: fee auditor's questions re: First Interim Application (.1); begin to draft response to questions in Initial Report re: same (.3). | 0.40 Hrs | $84.00 |
| 09/16/02 | MTM | Work to answer billing questions from the fee auditor. | 0.30 Hrs | $54.00 |
| 09/17/02 | RAM | Continue to work on response to questions in Fee Auditor's Initial Report. | 1.10 Hrs | $231.00 |
| 09/18/02 | RAM | Finalize response to Fee Auditor's Initial Report re: First Interim Application and email Response to Mr. Smith. | 1.70 Hrs | $357.00 |
| 09/20/02 | RAM | Read proposed Order and chart of fee applications received from Fee Auditor. | 0.10 Hrs | $21.00 |
| 09/26/02 | RAM | Read proposed Order approving quarterly fee applications for 1/02-3/02. | 0.10 Hrs | $21.00 |
| 09/27/02 | RAM | Read letter from Kirkland Ellis re: court directing that no draft order be included with fee application. | 0.10 Hrs | $21.00 |
| 09/29/02 | RAM | Work on August fee application. | 2.50 Hrs | $525.00 |
| 09/30/02 | RAM | Work on fee application for August (.3); conferences with MTM to describe work done by paralegals in August more completely (.2). | 0.50 Hrs | $105.00 |
| | | TOTAL LEGAL SERVICES | | $1,944.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 9.00 Hrs | 210/hr | $1,890.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 210/hr | No charge |
| MATTHEW T. MURPHY | 0.30 Hrs | 180/hr | $54.00 |
| | 9.40 Hrs | | $1,944.00 |

TOTAL THIS BILL   $1,944.00

### CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47690
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through September 30, 2002

Re: ZAI Science Trial

**LEGAL SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/01/02 | RAM | Read email from Reed Smith attorney with E. Westbrook's letter re: discovery responses; send email to Reed Smith attorney. | 0.10 Hrs | $21.00 |
| 09/03/02 | RAM | Telephone conference with MTM (.2) and respond to Reed Smith attorney's email re: when production of documents can begin and when ZAI disks will be ready (.1). | 0.30 Hrs | $63.00 |
| 09/04/02 | RAM | Conference with MTM re: when ZAI CDs will be ready for production and other ZAI issues (.1). Read E. Westbrook's letter objecting to Grace's discovery responses; note to MTM re: same (.2). Conference with MTM re: getting ZAI documents ready to be produced to Westbrook, et al. (.1). | 0.40 Hrs | $84.00 |
| 09/04/02 | MTM | Receipt and review of email from Reed Smith attorney and letter from E. Westbrook re: Grace's objections to plaintiffs' discovery in ZAI science trial (.5). Telephone call to Reed Smith paralegal re: status of Onsite wind up re: possible document production in science trial (.2). Email to Reed Smith attorney re: discovery responses in science trial (.3). Telephone call from Reed Smith attorney re: his call from E. Westbrook re: document production in science trial (.5); conferences with RAM re: same (.2);  review files re: categories of documents | 2.90 Hrs | $522.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | requested to be reviewed by plaintiffs' attorney re: current location (Winthrop Square, Cambridge, Denver, etc.) (1.2). | | |
| 09/05/02 | MTM | Review file re: production of Winthrop Square ledgers in Boca Raton (.3); email to in-house counsel requesting return of ledgers to Winthrop Square for production in science trial (.2). Review production sets at Winthrop Square to determine all are present and no work product is in boxes re: first production at Winthrop Square in 18 months (2.9); review boxes at Winthrop Square from recently concluded document review re: which can be produced to plaintiffs next week (.7); conference with ARA re: possible document production at Winthrop Square next week (.2). Receipt and review of email from Reed Smith attorney re: document production next week (.1). Locate series of letters between this office and MDL counsel re: anticipated production of documents on disk for Reed Smith attorney for use in science trial production (.3); letter to Reed Smith attorney re: same (.1). | 4.80 Hrs | $864.00 |
| 09/05/02 | ARA | Telephone call from MTM re: science trial production (.2); prepare Winthrop Square for the production (.5). | 0.70 Hrs | $56.00 |
| 09/06/02 | RAM | Conference with MTM re: ZAI document production beginning on Monday (.1). Read email from Reed Smith attorney re: ZAI production of documents and conference with MTM re: same (.1). | 0.20 Hrs | $42.00 |
| 09/06/02 | MTM | Telephone call from Reed Smith attorney re: document production in science trial on Monday (.4); conference with RAM re: same (.1). Review work product indices to produce to plaintiffs next week (.3); review ledger boxes from recently completed review to produce to plaintiffs (.7); review contents of 5 ZAI boxes to produce to plaintiffs (1.0); review contents of "unscannable" boxes for possible production to plaintiffs (1.2); prepare list of categories of materials to produce to plaintiffs (.4); review contents of boxes added to repository since last production 18 months ago (1.1). Telephone call to R. Turkewitz re: production (.3); receipt and review of email from Reed Smith attorney re: his call to Turkewitz re: document production (.1); conference with RAM re: same (.1). Telephone call from Holme Roberts paralegal re: ledger boxes in Denver for production to plaintiffs (.3); search for index of ledgers sent to Holme Roberts in March 2000 re: production to plaintiffs in Denver (.5). | 6.50 Hrs | $1,170.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/06/02 | ARA | Prepare different categories of documents to be produced to plaintiffs. | 3.30 Hrs | $264.00 |
| 09/06/02 | GRB | Prepare documents for production to plaintiffs. | 4.00 Hrs | $320.00 |
| 09/07/02 | RAM | Read email from Reed Smith attorney re: production of ZAI documents to Turkewitz; write note re: same to MTM. | 0.10 Hrs | $21.00 |
| 09/09/02 | RAM | Read emails from R. Turkewitz, Reed Smith attorney and MTM re: today's ZAI document production (.1); conference with MTM re: same (.1). Read Reed Smith attorney draft letter to Turkewitz re: document production issues (.1); conference with MTM re: suggested changes to letter (.2). | 0.50 Hrs | $105.00 |
| 09/09/02 | MTM | Review emails re: ledgers in Denver re: production to plaintiffs in science trial (.2). Receipt and review of September 6 letter from R. Turkewitz re: document production (.2) Conference with RAM (.1) and draft email with comments re: same to Reed Smith attorney (.7). Prepare for document production today at Winthrop Square re: science trial (1.9); meeting with plaintiffs' attorney at Winthrop Square re: document production (2.6); review MDL copy sets re: request from plaintiffs' attorney re: same (2.3); telephone call to in-house counsel re: meeting with plaintiffs' counsel re: document production today (.1); telephone call to Reed Smith attorney re: same (.2). Receipt and review of draft response letter to R. Turkewitz from Reed Smith attorney (.1); conference with RAM (.2); telephone call to Reed Smith attorney re: same (.1). | 8.70 Hrs | $1,566.00 |
| 09/09/02 | ARA | Prepare for (1.0) and monitor production of documents to plaintiffs (4.3). | 5.30 Hrs | $424.00 |
| 09/09/02 | EKL | Monitor production of documents. | 1.00 Hrs | $80.00 |
| 09/10/02 | RAM | Read and comment on in-house counsel's edits to Reed Smith attorney's letter to Turkewitz (.1); read revised draft letter (.1); telephone conference with Reed Smith attorney re: same (.1). | 0.30 Hrs | $63.00 |
| 09/10/02 | MTM | Review in-house counsel's comments on draft response letter to R. Turkewitz re: document production in science trial (.3). Revise confidentiality stipulation re: Winthrop Square indices re: document production (.2). Locate copies of work product indices for production to plaintiffs' attorney (.2). Receipt and review of revised response letter to R. Turkewitz re: document production (.2); telephone call to Reed Smith attorney with changes to same (.2). | 1.10 Hrs | $198.00 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/02 | ARA | Monitor production of documents. | 8.30 Hrs | $664.00 |
| 09/10/02 | EKL | Obtain boxes of microfilmed invoices from Cambridge storage to produce to plaintiffs (3.5). Prepare documents for production and inventory boxes re: same (1.0). | 4.50 Hrs | $360.00 |
| 09/11/02 | RAM | Telephone conference with ARA that Turkewitz wants to take pictures of repository (.1); telephone conference with MTM and telephone conference with ARA that the answer is no for now (.1). | 0.20 Hrs | $42.00 |
| 09/11/02 | MTM | Conference with ARA re: status of document production (.2). Review microfilm from Cambridge to be produced to plaintiffs (.3); review Attorney Review index and cross reference chart re: questions raised by plaintiffs' attorney on use of same (1.4); meeting with plaintiffs' attorneys at Winthrop Square re: same (2.1). Telephone call from ARA re: request by plaintiffs to photograph repository (.1); telephone calls to in-house counsel and RAM re: same (.1); telephone call to ARA re: same and plaintiffs request to return to repository next week (.1). | 4.30 Hrs | $774.00 |
| 09/11/02 | ARA | Monitor production of documents (8.2). Receipt of additional documents to produce to plaintiffs (.2). | 8.40 Hrs | $672.00 |
| 09/11/02 | EKL | Prepare documents for production and inventory same. | 7.50 Hrs | $600.00 |
| 09/12/02 | RAM | Read "as filed" answers to ZAI claimants' interrogatories (.2). Read MTM's memo re: documents produced to date to Turkewitz and final version of Reed Smith's attorney's letter to R. Turkewitz re: production (.1). | 0.30 Hrs | $63.00 |
| 09/12/02 | MTM | Telephone call from ARA re: ledgers received from Boca for production in science trial (.1). Review videos, slides and photos tagged by plaintiffs for copying (.8); review ledgers returned from Boca Raton re: production to plaintiffs (.6). Email to Reed Smith attorney re: status of document production (.2). | 1.70 Hrs | $306.00 |
| 09/12/02 | ARA | Monitor production of documents. | 7.50 Hrs | $600.00 |
| 09/12/02 | EKL | Prepare documents for production and inventory same. | 7.50 Hrs | $600.00 |
| 09/13/02 | MTM | Locate and review copies of invoices for MDL copy sets requested by plaintiffs to determine total number of boxes per set and costs to be paid by plaintiffs (.9); review MDL copy sets at Winthrop Square re: same (.8). | 1.70 Hrs | $306.00 |
| 09/13/02 | ARA | Monitor production of documents (2.5); review and inventory documents tagged (1.5); oversee pick-up of documents by Merrill Corp. (1.2). | 5.20 Hrs | $416.00 |
| 09/13/02 | EKL | Prepare documents for production and inventory same. | 6.50 Hrs | $520.00 |
| 09/16/02 | MTM | Review with ARA materials tagged by plaintiffs during week one of production at Winthrop Square. | 0.90 Hrs | $162.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/16/02 | ARA | Telephone calls to and from MTM re: document production (.3). Review with him which documents plaintiff tagged re: science trial (.9). | 1.20 Hrs | $96.00 |
| 09/16/02 | EKL | Prepare documents for production and inventory same. | 2.00 Hrs | $160.00 |
| 09/17/02 | RAM | Read emails re: ongoing production of documents to ZAI plaintiffs (.1); conference with MTM re: same (.1). | 0.20 Hrs | $42.00 |
| 09/17/02 | MTM | Prepare "unscannable" boxes for production to plaintiffs (remove work product, confirm contents are responsive, etc.) (1.6); review inventories of ledger boxes and "unscannable" boxes produced to plaintiffs last week (.4). Email to Reed Smith attorney re: status of document production in science trial (.5). Meeting with plaintiffs' attorneys at Winthrop Square re: document production (1.3); conference with RAM (.1). | 3.90 Hrs | $702.00 |
| 09/17/02 | ARA | Prepare for (2.3) and monitor production of documents to plaintiffs (5.0). | 7.30 Hrs | $584.00 |
| 09/17/02 | EKL | Prepare documents for production and inventory same. | 2.00 Hrs | $160.00 |
| 09/18/02 | MTM | Conference with paralegal re: preparation of ledger boxes to be sent to plaintiffs (.4). Review file re: first 7 days of production re: status and outstanding issues/requests from plaintiffs (.3). Telephone call from plaintiffs' team at Winthrop Square with questions re: ledgers (.2); conference with paralegals re: production of ledgers (.2). Receipt and review of invoice for copies tagged by plaintiffs during week 1 production (.2); telephone call to copy service re: overcharge on bill (.2). Meeting with paralegal at Winthrop Square re: preparing ledger boxes for production and assist in such preparation (1.0). | 2.50 Hrs | $450.00 |
| 09/18/02 | ARA | Monitor production of documents. | 7.30 Hrs | $584.00 |
| 09/18/02 | EKL | Prepare documents for production and inventory same. | 1.00 Hrs | $80.00 |
| 09/19/02 | RAM | Read emergency motion re: ZAI discovery issues and note points of response (.4); conferences with MTM re: same (.9). | 1.30 Hrs | $273.00 |
| 09/19/02 | MTM | Telephone call from Holme Roberts attorney re: images received from EPA re: documents not coded re: production in science trial (.2). Work on document production at Winthrop Square (1.0). Receipt and review of emergency motion to compel and first four exhibits from plaintiffs' counsel re: document production (1.2); review files re: scope of recently completed document review, prior productions to plaintiffs' firm of document repository, debtor's response to plaintiffs' first discovery requests and notes and memos re: recently completed document production to plaintiffs at repository re: | 7.20 Hrs | $1,296.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | comments on motion (3.2). Telephone call to Holme Roberts paralegal re: total number of boxes reviewed from all locations re: emergency motion to compel (.4); conferences with RAM re: same (.9); telephone call to Reed Smith attorney re: same (.2). Receipt and review of new invoice for copies from week 1 of document production (.1) | | |
| 09/19/02 | ARA | Monitor production of documents (5.6). Arrange for more documents and supplies to be sent to Winthrop Square for plaintiffs (1.5). | 7.10 Hrs | $568.00 |
| 09/19/02 | EKL | Prepare documents for production and inventory same. | 1.00 Hrs | $80.00 |
| 09/20/02 | RAM | Review and comment on response to plaintiffs' emergency motion (.6). Review and comment on MTM's memorandum re: procedures followed by paralegals in recent review of documents (.2). Conference call with in-house counsel, Reed Smith attorney and MTM to discuss response to emergency motion (.9). | 1.70 Hrs | $357.00 |
| 09/20/02 | MTM | Receipt and review of list of boxes produced to EPA re: which materials received from them are not coded (2.4). Receipt and review of additional exhibits to emergency motion to compel re: conference call today (.8); receipt and review of draft objections to plaintiffs' emergency motion to compel (.5); draft description of document review process and what would be needed to pull originals as opposed to producing documents on disk re: objections to motion to compel (.8); telephone call to Reed Smith attorney re: draft objections to motion to compel (.2); conference call with Reed Smith attorney, RAM and in-house counsel re: emergency motion to compel (.9). | 5.60 Hrs | $1,008.00 |
| 09/20/02 | ARA | Monitor production of documents (3.0); inventory documents and prepare to have them copied (1.6); quality control ledger boxes that plaintiffs reviewed but did not tag (1.0). | 5.60 Hrs | $448.00 |
| 09/20/02 | EKL | Prepare documents for production and inventory same. | 0.50 Hrs | $40.00 |
| 09/23/02 | MTM | Continue review of list of boxes sent to EPA to identify materials which have not been coded (.5). Telephone call from ARA re: document production last week and organization of MDL copy sets requested by plaintiffs (.2) | 0.70 Hrs | $126.00 |
| 09/23/02 | ARA | Quality control, review and prepare MDL copy sets for production (2.9); telephone conference with MTM re: same (.2). | 3.10 Hrs | $248.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/24/02 | MTM | Telephone call to Reed Smith attorney re: hearing on emergency motion to compel and offer of index and privilege lists (.4); email to Holme Roberts paralegal re: hearing and privilege list (.3); work on issues raised at hearing (.5); conference with RAM re: same (.1); telephone call to Holme Roberts paralegal re: privilege list (.1); email to Reed Smith attorney re: same (.3). Receipt and review of letter from plaintiff's attorney re: copy sets from first week of Winthrop Square production (.1). | 1.80 Hrs | $324.00 |
| 09/24/02 | ARA | Review and prepare MDL copy sets for production. | 0.90 Hrs | $72.00 |
| 09/25/02 | RAM | Read draft letter from Reed Smith attorney re: indices and documents we can provide to ZAI plaintiffs (.1); conference with MTM re: same with suggested changes (.1); read MTM's memo re: same (.1). | 0.30 Hrs | $63.00 |
| 09/25/02 | MTM | Receipt and review of emails from Reed Smith requesting examples of Winthrop Square privilege list in ZAI cases (.1); review standard privilege list and draft letter to Reed Smith re: same (.2). Work on segregating MDL copy sets at Winthrop Square per request from plaintiffs' counsel in science trial re: same (2.0); conference with ARA re: same (.5). Letter to plaintiffs' counsel re: copies from week 1 of document production at Winthrop Square (.6). Receipt and review of memo from Reed Smith attorney re: hearing on motion to compel (.6); conference with RAM re: same (.1); email comments to Reed Smith attorney re: same (.3). | 4.40 Hrs | $792.00 |
| 09/25/02 | ARA | Review and organize MDL copy set for production to plaintiffs (4.0); discussion with MTM re: same (.5); prepare copy sets to be shipped to plaintiffs (3.0). | 7.50 Hrs | $600.00 |
| 09/26/02 | RAM | Read Reed Smith attorney's memo re: my and MTM's comments about what indices and documents will be produced by plaintiffs. | 0.10 Hrs | $21.00 |
| 09/26/02 | MTM | Receipt and review of email from Reed Smith attorney re: index in attic insulation cases. | 0.10 Hrs | $18.00 |
| 09/26/02 | ARA | Quality control documents produced to plaintiffs. | 3.00 Hrs | $240.00 |
| 09/27/02 | RAM | Read memo re: what has been produced to R. Turkewitz thus far. | 0.10 Hrs | $21.00 |
| 09/27/02 | MTM | Receipt of letter from plaintiffs' attorneys re: copy sets from first week of document review at Winthrop Square (.3); email to Reed Smith attorney re: status of document production (.6) | 0.90 Hrs | $162.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/27/02 | ARA | Receipt of originals and copy sets from copy service re: production of documents (.5); quality control same (.4). | 0.90 Hrs | $72.00 |
| 09/30/02 | MTM | Conference with ARA re: copies tagged by plaintiffs' team during week 2 of document production (.1); telephone call to copy company re: same (.1). | 0.20 Hrs | $36.00 |
| 09/30/02 | ARA | Discussion with MTM re: documents copied by plaintiffs. | 0.10 Hrs | $8.00 |
| | | TOTAL LEGAL SERVICES | | $21,679.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.10 Hrs | 210/hr | $1,281.00 |
| MATTHEW T. MURPHY | 59.90 Hrs | 180/hr | $10,782.00 |
| ANGELA R. ANDERSON | 82.70 Hrs | 80/hr | $6,616.00 |
| GARY R. BELLINGER | 4.00 Hrs | 80/hr | $320.00 |
| EDWARD K. LAW | 33.50 Hrs | 80/hr | $2,680.00 |
| | 186.20 Hrs | | $21,679.00 |

TOTAL THIS BILL          $21,679.00

## EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 7, 2002

Bill Number  47691
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

TELEPHONE

| | | | |
|---|---|---|---|
| 09/04/02 | 329 | 5613621682 | 0.41 |
| 09/04/02 | 329 | 5613621554 | 0.45 |
| 09/04/02 | 329 | 2158518232 | 0.37 |
| 09/04/02 | 329 | 4122884048 | 3.44 |
| 09/05/02 | 329 | 3038660478 | 1.05 |
| 09/05/02 | 329 | 4068621532 | 0.33 |
| 09/06/02 | 329 | 2158518232 | 0.28 |
| 09/06/02 | 329 | 3038660478 | 0.80 |
| 09/06/02 | 329 | 8437276672 | 1.46 |
| 09/08/02 | | | 1.85 |
| 09/09/02 | 329 | 4122884048 | 0.63 |
| 09/10/02 | 329 | 4122884048 | 0.91 |
| 09/10/02 | 329 | 4122884048 | 0.65 |
| 09/10/02 | 329 | 3038660408 | 0.62 |
| 09/19/02 | 329 | 4122883131 | 1.66 |
| 09/19/02 | 329 | 2158518250 | 0.96 |
| 09/19/02 | 329 | 2158518232 | 0.74 |
| 09/23/02 | 357 | 18437276689 | 0.01 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

### TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/24/02 | 329 | 4122883131 | 2.49 | |
| 09/24/02 | 329 | 3038660478 | 0.67 | |
| 09/27/02 | Telephone bill for 8/2/02 conference call (MTM participated from home) re: production of discs to EPA | | 6.30 | |
| 09/30/02 | | | 1.38 | |
| | | | | $27.46 |

### EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 09/23/02 | | 2.49 | |
| 09/27/02 | | 1.29 | |
| | | | $3.78 |

### FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/09/02 | To in-house counsel from MTM on 7/23/02 | 1,730.20 | |
| 09/09/02 | To Holme Roberts attorney from MTM on 8/15/02 | 88.92 | |
| 09/09/02 | To Holme Roberts attorney from MTM on 8/15/02 | 88.92 | |
| 09/09/02 | To Kirkland Ellis attorney from MTM on 8/27/02 | 112.91 | |
| 09/18/02 | To Holme Roberts attorney from MTM on 8/30/02 | 88.92 | |
| | | | $2,109.87 |

### OTHER DELIVERY SERVICES

| | | | |
|---|---|---|---|
| 09/05/02 | BOSTON EXPRESS - To in-house counsel on 7/25/02 from RAM | 13.50 | |
| | | | $13.50 |

### OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/10/02 | MERRILL CORPORATION - copies of Libby personnel files requested by in-house counsel | 223.27 | |
| 09/10/02 | MERRILL CORPORATION - Copy of Grace standard trial exhibits for Kirkland & Ellis per request of in-house counsel | 232.71 | |
| 09/10/02 | MERRILL CORPORATION - Copy of Zonolite acquisition book requested by Holme Roberts attorney | 89.36 | |
| | | | $545.34 |

### PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---|
| 09/04/02 | 2 copies. | 0.24 |
| 09/05/02 | 36 copies. | 4.32 |
| 09/09/02 | 2 copies. | 0.24 |
| 09/09/02 | 4 copies. | 0.48 |
| 09/09/02 | 2 copies. | 0.24 |
| 09/09/02 | 6 copies. | 0.72 |
| 09/09/02 | 1 copy. | 0.12 |
| 09/09/02 | 1 copy. | 0.12 |
| 09/10/02 | 3 copies. | 0.36 |
| 09/11/02 | 56 copies. | 6.72 |
| 09/17/02 | 2 copies. | 0.24 |
| 09/19/02 | 1 copy. | 0.12 |
| 09/19/02 | 23 copies. | 2.76 |
| 09/19/02 | 4 copies. | 0.48 |
| 09/20/02 | 5 copies. | 0.60 |
| 09/20/02 | 6 copies. | 0.72 |
| 09/20/02 | 6 copies. | 0.72 |
| 09/23/02 | 79 copies. | 9.48 |
| 09/23/02 | 30 copies | 3.60 |
| 09/24/02 | 18 copies. | 2.16 |
| 09/24/02 | 6 copies. | 0.72 |
| 09/24/02 | 29 copies. | 3.48 |
| 09/25/02 | 1 copy. | 0.12 |
| 09/25/02 | 3 copies. | 0.36 |
| 09/27/02 | 13 copies. | 1.56 |

$40.68

TOTAL DISBURSEMENTS        $2,740.63

TOTAL THIS BILL        $2,740.63

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47692
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through September 30, 2002

Re: Fee Applications, Applicant

**DISBURSEMENTS**

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/08/02 | | | 1.38 | |
| 09/10/02 | 308 | 2146983868 | 3.58 | |
| 09/30/02 | 357 | 2146983868 | 0.32 | |
| | | | | $5.28 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/09/02 | To Delaware local counsel from RAM on 8/12/02 | 17.21 | |
| 09/23/02 | To Delaware local counsel from RAM on 9/11/02 | 12.48 | |
| | | | $29.69 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/11/02 | 110 copies. | 13.20 | |
| 09/12/02 | 2 copies. | 0.24 | |
| | | | $13.44 |

David B. Siegel

TOTAL DISBURSEMENTS $48.41

TOTAL THIS BILL $48.41

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 7, 2002

Bill Number  47693
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through September 30, 2002

Re: ZAI Science Trial

## DISBURSEMENTS

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 09/30/02 | MERRILL CORPORATION  - copies tagged by ZAI Science trial plaintiffs during first week @ Winthrop Square - plaintiff paid half | 1,719.43 |
| | | $1,719.43 |

MISCELLANEOUS

| | | |
|---|---|---|
| 09/23/02 | RECORDKEEPER ARCHIVE - 8/16/02 - retrieve 1 box from storage re: ZAI Science trial (Maryland Casualty Insurance copy set, per MTM) | 27.00 |
| | | $27.00 |
| | TOTAL DISBURSEMENTS | $1,746.43 |

David B. Siegel

TOTAL THIS BILL          $1,746.43

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|                                    |     |                          |
| ---------------------------------- | --- | ------------------------ |
| In re:                             | )   | Chapter 11               |
|                                    | )   |                          |
| W. R. GRACE & CO., et al.,[1]      | )   | Case No. 01-1139 (JKF)   |
|                                    | )   | Jointly Administered     |
| Debtors.                           | )   |                          |

## **AFFIDAVIT OF SERVICE**

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 14th day of November, 2002 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.     **SUMMARY OF THE TWELFTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002; and**

2.     **FEE DETAIL FOR CASNER & EDWARDS, LLP'S TWELFTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002.**

Dated: November 14, 2002

Patricia E. Cuniff

Sworn to and subscribed before
me this 14th day of November, 2002

Notary Public
My Commission Expires: 02-21-04

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

dcarickhoff@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP