# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Sept. 23, 2002 at 4:00p.m. |
| | Hearing Date : TDB only if necessary |

# SUMMARY COVERSHEET TO FIFTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2002 THROUGH JULY 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | July 1, 2002 through July 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $21,524.00 for the period July 1, 2002 through July 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $339.61 for the period of July 1, 2002 through July 31, 2002 |

This is a:    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid in part[1] | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Application Pending | Application Pending |

As indicated above, this is the fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Third Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Third Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in May 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 54.80 | $17,810.00 |
| Melissa E. Flax | Partner | $215 | 41.30 | $8,879.50 |
| Justine A. Niccollai | Associate | $160 | 1.60 | $256.00 |

Total Fees        $26,945.50

Total Hours       97.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $45.25 |
| Westlaw | $64.21 |
| Telephone | $41.08 |
| Faxes | $27.00 |
| FedEx | $11.28 |
| Travel | |
| Messenger | $164.21 |
| Additional Staff Time | $40.33 |
| Court Reporter – transcript | |
| | |
| Total | $339.61 |

## ATTACHMENT B
## TO FEE APPLICATION
### (July 1, 2002 through July 31, 2002)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner – 23 years | $325 | 54.80 | 17,810.00 |
| Melissa E. Flax | Partner – 10 years | $215 | 41.30 | 8,879.50 |
| Justine A. Niccollai | Associate – 6 years | $160 | 1.60 | 256.00 |

| | |
|---|---|
| Grand Total: | $26,945.00 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | 12.60 | 2,819.00 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | 85.10 | 24,086.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Valuation | | |
| Other (Explain) | | |

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | 10.46 |
| Facsimile (with rates) | | 27.00 ($0.25 per page) |
| Long Distance Telephone | | 41.08 |
| In-House Reproduction | | 45.25 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>   airfare<br>   car/taxi service<br>   hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | | 11.28 |
| Postage | | |
| Other (Explain) – Additional Staff Time | | 40.33 |
| Messenger | | 164.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO. et al.<sup>1</sup> ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: Sept. 23, 2002 at 4:00p.m. |
| | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JULY 1, 2002 THROUGH JULY 31, 2002**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.           734680  
INVOICE NO.          16743  

August 16, 2002  
Page         3

For Professional Services Rendered through    07/31/02

Matter #        734680.1         VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/02 | MEF | Memo to C. Marraro regarding effect of consolidation on pleadings, etc. | .70 | 150.50 |
| 07/01/02 | JMA | Review draft of Material Facts - Final Pretrial Order for meeting with C. Marraro | 1.00 | 325.00 |
| 07/01/02 | MEF | Review letter from Judge Cavanaugh regarding trial briefs, etc. and trial date | .20 | 43.00 |
| 07/01/02 | MEF | Telephone call with C. Marraro and B. Hughes regarding length of trial brief; telephone cal with A. Perez of Judge Cavanaugh regarding same; voice mail to C. Marraro regarding same | .40 | 86.00 |
| 07/02/02 | JMA | Review and revise Grace Material Facts and Exhibit List for Final Pretrial Order; conference with C. Marraro and MEF re: preparation of Final Pretrial Order; conference with C. Marraro re: plaintiffs' motion to stay and ECARG expenses | 9.00 | 2925.00 |
| 07/02/02 | MEF | Conference with JMA and C. Marraro regarding Final Pretrial, Stipulation of Facts, Exhibits, EPA letter and trial strategy; telephone call with JMA, C. Marraro and P. Goad regarding trial preparation; revise Final Pretrial Order stipulations; email to C. Marraro regarding same | 7.90 | 1698.50 |
| 07/03/02 | JMA | Phone - C. Marraro, MEF and Warren Smith re: fee application | .20 | 65.00 |
| 07/03/02 | JMA | Phone - C. Marraro re: stipulation with plaintiff | .80 | 260.00 |
| 07/03/02 | JMA | Phone - C. Marraro, B. Hughes and MEF re: Honeywell position on stipulation; review Honeywell reply papers re: summary judgment vs. Grace Defendants | 1.60 | 520.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                       August 16, 2002
Client No.              734680                             Page       4
INVOICE NO.             16743

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/02 | JMA | Receipt and review letter from F. Boenning to S. German re: supplemental document production | .20 | 65.00 |
| 07/03/02 | MEF | Prepare response to fee auditor's initial report; review accounting records | 2.60 | 559.00 |
| 07/03/02 | MEF | Telephone call with C. Marraro, JMA and W. Smith regarding fee applications | .20 | 43.00 |
| 07/03/02 | MEF | Prepare local form 102 for May and April 2002 | .50 | 107.50 |
| 07/08/02 | JMA | Receipt and review letter from M. Caffrey to Clerk re: Honeywell Cross-Motion to dismiss; receipt and review Honeywell brief in opposition to motion to stay and in support of cross-motion; receipt and review Honeywell's two proposed forms of Order | 2.00 | 650.00 |
| 07/08/02 | JMA | Receipt and review Honeywell opposition to Grace request to dismiss Spill Act claims against ECARG; receipt and review letter from M. Caffrey to Clerk; phone - C. Marraro re: Honeywell opposition; receipt and review Honeywell's proposed form of Order | 2.20 | 715.00 |
| 07/08/02 | JMA | Review of and revisions to response to fee auditor report | 1.00 | 325.00 |
| 07/08/02 | MEF | Review June bill regarding preparation of fee application; prepare fee application for June time; prepare attachment B local forms for April and May; letter to W. Smith regarding same | 3.20 | 688.00 |
| 07/08/02 | MEF | Conference with JMA regarding response to auditor's initial report | .90 | 193.50 |
| 07/08/02 | MEF | Revise and finalize response to Fee Auditor's Initial Report; letter to W. Smith serving same | 1.00 | 215.00 |
| 07/09/02 | JMA | Receipt and review executed Stipulation and Order as to certain facts; receipt and review letter from M. Caffrey re: supplemental production | .40 | 130.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.           734680  
INVOICE NO.          16743  

August 16, 2002  
Page     5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/02 | JMA | Conference call with C. Marraro, B. Hughes, MEF re: reply to Honeywell opposition to dismissal of Spill Act claims; review NJ Spill Act; review cases cited by Honeywell; conference call with B. Hughes and MEF re: reply | 3.00 | 975.00 |
| 07/09/02 | MEF | Review revised bill for June 2002; revise June 2002 / 4th Montly Interim Fee Application | .50 | 107.50 |
| 07/09/02 | MEF | Phone conferences with JMA, C. Marraro and W. Hughes regarding Honeywell opposition to request for dismissal of Spill Act claims and reply, review 2001 amendment to Spill Act, review White Oak case; phone conference with JMA and W. Hughes regarding Spill Act and Roned decision | 2.40 | 516.00 |
| 07/10/02 | MEF | Review fax from M. Caffrey to all counsel; voice mail - C. Marraro regarding Caffrey letter; telephone call with C. Marraro regarding Honeywell documents and damage proofs | .40 | 86.00 |
| 07/13/02 | JAN | Review file for pro hac vice materials; draft letters to Pelletier, Hughes and Wallace regarding fees | .50 | 80.00 |
| 07/15/02 | MEF | Review letter from K. Millian to F. Faranea regarding groundwater - wells | .30 | 64.50 |
| 07/17/02 | MEF | Telephone call with C. Marraro regarding Final Pretrial Stipulation | .20 | 43.00 |
| 07/17/02 | MEF | Review ICO's reply brief in support of motion to stay Riverkeeper case | .30 | 64.50 |
| 07/17/02 | MEF | Conference with C. Marraro regarding Final Pretrial Stipulation; telephone call with S. German regarding exchange dates | 2.00 | 430.00 |
| 07/18/02 | MEF | Telephone call with M. Moasser regarding additional damage documents | .20 | 43.00 |

**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                                August 16, 2002
Client No.              734680                                      Page        6
INVOICE NO.             16743

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/02 | MEF | Review email from M. Moasser regarding damage documents; review letter from M. Moasser regarding documents; review additional documents regarding damage claim; telephone call with M. Moasser regarding same | 1.50 | 322.50 |
| 07/22/02 | JMA | Phone - C. Marraro re: Grace Final Pretrial Order; review and revise Stipulated Facts and Exhibit List for Final Pretrial Order | 3.20 | 1040.00 |
| 07/22/02 | MEF | Review email from M. Moasser regarding updated damage chart; review updated damage chart | .40 | 86.00 |
| 07/23/02 | JMA | Phone - C. Marraro re: trial strategy; review and revise Grace Stipulated Facts for Pretrial Order; receipt and review letter from S. German; receipt and review plaintiffs' reply brief - motion to stay; receipt and review letter from S. German to Judge Cavanaugh; receipt and review letter from S. German to Clerk | 4.20 | 1365.00 |
| 07/24/02 | JMA | Phone conference with C. Marraro and Grace trial expert re: trial strategy; phone conference with C. Marraro, Grace trial expert and A. Nagy re: trial strategy | 2.00 | 650.00 |
| 07/24/02 | JMA | Conference call with C. Marraro and MEF re: schedule for pretrial submissions; conference call with C. Marraro, MEF, plaintiffs' counsel re: schedule for pretrial submissions; conference call with C. Marraro, A. Nagy and zoning counsel re: development of property; conference with MEF re: Grace damages - trial strategy | 4.00 | 1300.00 |
| 07/24/02 | MEF | Review email from M. Moasser regarding revised damage chart; review revised damage chart | .40 | 86.00 |
| 07/24/02 | MEF | Conference call with JMA and C. Marraro regarding Final Pretrial Order; conference call with JMA, C. Marraro, K. Millian and S. German regarding Final Pretrial Order | 2.00 | 430.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No. 734680  
INVOICE NO. 16743

August 16, 2002  
Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/02 | MEF | Email from C. Marraro regarding schedules for Final Pretrial Order; review schedules; email to C. Marraro regarding same | .30 | 64.50 |
| 07/25/02 | JMA | Receipt and review letter from K. Millian to NJDEP re: additional monitoring wells; conference with C. Marraro re: remedies and damages; conference with C. Marraro and MEF re: remedies and damages; phone conference with C. Marraro and A. Nagy re: damages, remedies, development issues, trial proofs; conference with C. Marraro, MEF, A. Nagy and B. Bowe, Esq. re: development issues; review memo on RCRA proof issues | 9.20 | 2990.00 |
| 07/25/02 | MEF | Conference with C. Marraro and JMA regarding trial preparation and damage remedy issues; telephone calls with JMA, C. Marraro, P. Goad (2); telephone calls with JMA, C. Marraro, A. Nagy and B. Bowe | 7.00 | 1505.00 |
| 07/25/02 | JAN | Telephone call with Kim at Wallace King regarding payment of pro hac vice fees | .40 | 64.00 |
| 07/26/02 | JMA | Phone - C. Marraro re: development and remedy issues; memo re: remedy issues; letter to C. Marraro; revise Grace Stipulated Facts; continue review of memo re: RCRA proof issues; obtain summary judgment Opinion and Order from Clerk's office; preliminary review of summary judgment Opinion and Order; phone - C. Marraro re: summary judgment Opinion and Order | 8.50 | 2762.50 |
| 07/26/02 | MEF | Review schedule for Final Pretrial Order exchange and trial preparation - meetings with experts | .50 | 107.50 |
| 07/27/02 | JMA | Phone conference with C. Marraro re: summary judgment Opinion and Order; conference with MEF re: summary judgment Opinion and Order | 1.00 | 325.00 |
| 07/29/02 | JMA | Phone - C. Marraro re: trial strategy; conference with MEF re: summary judgment opinion; phone - C. Marraro and B. Corchoran | 1.30 | 422.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
## COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY  
Client No.     734680  
INVOICE NO.    16743  

August 16, 2002  
Page      8  

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/02 | MEF | Review decision regarding ten summary judgment motions | .80 | 172.00 |
| 07/29/02 | JAN | Telephone call with Kim Campbell regarding payment of pro hac vice fees | .30 | 48.00 |
| 07/30/02 | JMA | Phone - B. Corcoran; revise memo re: development issues | 1.00 | 325.00 |
| 07/30/02 | JAN | Receipt and review of pro hac vice fees; draft letter to Lawyers' Fund regarding payment of Rick Wallace and Bill Hughes | .40 | 64.00 |
| 07/31/02 | MEF | Review P. Chapman email and PowerPoint presentation | .60 | 129.00 |
| 07/31/02 | MEF | Prepare second quarterly fee application papers (4/1/02 - 6/30/02) | 2.90 | 623.50 |

Total Fees:                                            27,055.50

### Disbursements

| Date | Item | Amount |
|---|---|---|
| 07/31/02 | Messenger | 64.21 |
| 07/31/02 | Photocopies | 80.50 |
| 07/31/02 | Faxes | 30.00 |
| 07/31/02 | Telephone | 45.93 |
| 07/31/02 | Additional Staff Time | 40.33 |
| 07/31/02 | Computer Searches | 10.46 |
| 07/31/02 | Federal Express | 11.28 |
| 07/31/02 | Messenger - In House | 100.00 |

Total Costs                                               382.71

Total Due this Matter                                  27,438.21
==============

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
### COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                      August 16, 2002
Client No.              734680                            Page          9
INVOICE NO.             16743

SUMMARY OF FEES:

```
*------------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                       325.00   55.80          18135.00
M E FLAX                          215.00   40.30           8664.50
J A NICCOLLAI                     160.00    1.60            256.00
                       TOTALS              97.70          27055.50
```

# EXHIBIT B

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                      August 16, 2002
Client No.         734680                                 Page      8
INVOICE NO.        16743

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/02 | MEF | Review decision regarding ten summary judgment motions | .80 | 172.00 |
| 07/29/02 | JAN | Telephone call with Kim Campbell regarding payment of pro hac vice fees | .30 | 48.00 |
| 07/30/02 | JMA | Phone - B. Corcoran; revise memo re: development issues | 1.00 | 325.00 |
| 07/30/02 | JAN | Receipt and review of pro hac vice fees; draft letter to Lawyers' Fund regarding payment of Rick Wallace and Bill Hughes | .40 | 64.00 |
| 07/31/02 | MEF | Review P. Chapman email and PowerPoint presentation | .60 | 129.00 |
| 07/31/02 | MEF | Prepare second quarterly fee application papers (4/1/02 - 6/30/02) | 2.90 | 623.50 |

Total Fees:                                                        27,055.50

Disbursements

| Date | Item | Amount |
|---|---|---|
| 07/31/02 | Messenger | 64.21 |
| 07/31/02 | Photocopies | 80.50 |
| 07/31/02 | Faxes | 30.00 |
| 07/31/02 | Telephone | 45.93 |
| 07/31/02 | Additional Staff Time | 40.33 |
| 07/31/02 | Computer Searches | 10.46 |
| 07/31/02 | Federal Express | 11.28 |
| 07/31/02 | Messenger - In House | 100.00 |

                                                                   382.71
Total Costs
                                                                27,438.21
Total Due this Matter
=============

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO. et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 14th day of August, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06