# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
)
W. R. GRACE & CO. et al. ) Case No. 01-01139 (JKF)
) (Jointly Administered)
Debtors. ) Objection Deadline: Oct. 23, 2002 at 4:00p.m.
Hearing Date : TDB only if necessary

## SUMMARY COVERSHEET TO SIXTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2002 THROUGH AUGUST 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | August 1, 2002 through August 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $34,612.80 for the period August 1, 2002 through August 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,524.85 for the period of August 1, 2002 through August 31, 2002 |

This is a:          Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Application Pending | Application Pending |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid in part[1] | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Application Pending | Application Pending |
| 08/02 | 07/01/02 through 07/31/02 | $21,524.00 | $339.61 | Application Pending | Application Pending |

As indicated above, this is the sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Third Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Third Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in May 2002 in the Fifth Interim Quarterly Fee Application.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $278.35 |
| Westlaw | $25.90 |
| Telephone | $53.24 |
| Faxes | $35.00 |
| FedEx | $67.16 |
| Travel | |
|     Car Service | 186.00 |
|     Airfare | 995.00 |
|     Hotel | 561.06 |
| | $1,742.06 |
| Messenger | $42.21 |
| Additional Staff Time | |
| Court Reporter – transcript | |
| Car Service – experts | $78.10 |
| Meals – meetings with experts | $202.83 |
| | |
| Total | $2,524.85 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(August 1, 2002 through August 31, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 84.90 | $27,592.50 |
| Melissa E. Flax | Partner | $215 | 72.90 | $15,673.50 |

| | | |
|---|---|---|
| Grand Total: | | $43,266.00 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | |
| Fee Applications, Applicant | 5.90 | $1,389.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 139.10 | $38,464.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 12.80 | $3,412.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | Westlaw | 25.90 |
| Facsimile (with rates) | | 35.00 ($0.25 per page) |
| Long Distance Telephone | | 53.24 |
| In-House Reproduction | | 252.00 ($0.25 per page) |
| Outside Reproduction | Document Express Clerk, US District Court | 23.85 2.50 26.35 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | My Limo (for experts) | 78.10 |
| Out-Of-Town Travel airfare car/taxi service hotel | Continental Airlines Metro Limousine Latham Hotel | 995.00 186.00 561.06 1,742.06 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | 67.16 |
| Postage | | |
| Other (Explain) – Meals for Meetings with Experts | Livingston Deli | 202.83 |
| Messenger | | 42.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Oct. 23, 2002 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY
lient No.                734680
NVOICE NO.              16878

September 10, 2002
Page      3

For Professional Services Rendered through    08/31/02

atter #          734680.1          VS. ALLIED SIGNAL

| | | | | |
|---|---|---|---|---|
| 08/01/02 | JMA | Review statute of limitation section of summary judgment opinion; phone conference with MEF, and B. Hughes re: statute of limitations | 1.20 | 390.00 |
| 08/01/02 | MEF | Telephone call with B. Hughes regarding Chapman presentation on Opinion | .40 | 86.00 |
| 08/02/02 | JMA | Phone - C. Marraro re: meetings with experts and summary judgment opinion | .60 | 195.00 |
| 08/02/02 | JMA | Receipt and review fee auditor's final report re: Carella, Byrne fees; conference with MEF re: fee auditor final report; phone - R. Sentfleben re: billing issue | .70 | 227.50 |
| 08/02/02 | MEF | Review Fee Auditor's Final Report regarding Quarterly Fee Application; telephone calls with Smith regarding same | .60 | 129.00 |
| 08/02/02 | MEF | Revise and finalize Fifth Quarterly Fee Application papers | 1.50 | 322.50 |
| 08/03/02 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh; review proposed schedule re: parties' exchange of pretrial order; receipt and review letter from F. Boenning | .60 | 195.00 |
| 08/05/02 | JMA | Receipt and review e-mail to and from B. Hughes and Grace's risk management expert; review materials relating to risk assessment expert (environmental); review materials relating to risk assessment and expert (dermatology); review materials relating to preparation of experts for trial | 3.30 | 1072.50 |
| 08/06/02 | JMA | Attend meeting with C. Marraro, B. Hughes and consultant regarding trial strategy, trial exhibits and trial testimony | 8.00 | 2600.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                     September 10, 2002
Client No.            734680                     Page        4
INVOICE NO.           16878

| | | | | |
|---|---|---|---|---|
| 08/06/02 | JMA | Review draft  trial exhibit list | 1.00 | 325.00 |
| 08/07/02 | JMA | Review memo and cases regarding RCRA issues | 2.40 | 780.00 |
| 08/07/02 | JMA | Phone - C. Marraro re: RCRA issues and trial scheduling; review transcript of 6/21/02 conference with Judge Cavanaugh; letter to Judge Cavanaugh re: trial scheduling | 2.00 | 650.00 |
| 08/08/02 | JMA | Phone - D. Field re: trial schedule; phone - C. Marraro re: trial schedule; begin preparation of Findings of Fact/Conclusions of Law | 3.30 | 1072.50 |
| 08/09/02 | JMA | Phone - C. Marraro re: scheduling; correspondence re: trial schedule; review of and comments to trial exhibits and trial aids re: Grace experts | 2.30 | 747.50 |
| 08/12/02 | JMA | Phone - C. Marraro re: meeting with experts; phone - K. Millian re: scheduling of trial date; phone - M. Sciappa re: scheduling of trial date; phone - Judge Cavanaugh's Clerk | 2.20 | 715.00 |
| 08/13/02 | JMA | Phone - Judge Cavanaugh's chambers; letter to Judge Cavanaugh | .40 | 130.00 |
| 08/13/02 | JMA | Conference with C. Marraro re: trial preparation; conference with C. Marraro, B. Hughes, MEF and experts re: trial preparation; phone - A. Nagy and C. Marraro re: trial preparation; phone - A. Nagy and development professionals re: trial preparation | 8.00 | 2600.00 |
| 08/13/02 | MEF | Review amended fee auditor's report for the Fifth Quarterly Fee Application | .20 | 43.00 |
| 08/13/02 | MEF | Review email from M. Moasser regarding damages chart and documents | .20 | 43.00 |
| 08/13/02 | MEF | Review July 2002 time for preparation of July fee application | .30 | 64.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

| | | | |
|---|---|---|---|
| W.R. GRACE & COMPANY | | September 10, 2002 | |
| Client No. | 734680 | Page | 5 |
| INVOICE NO. | 16878 | | |

| | | | | |
|---|---|---|---|---|
| 08/13/02 | MEF | Conference with JMA and C. Marraro regarding Chapman powerpoint presentation; telephone call with JMA, C. Marraro, A. Nagy, B. Bowe and H. McGuire regarding Jersey City meeting; conference with JMA, C. Marraro, W. Hughes, P. Goad and Chapman regarding trial testimony | 6.40 | 1376.00 |
| 08/14/02 | JMA | Conference with C. Marraro, MEF, B. Hughes re: preparation of legal issues and stipulations for pretrial order, review summary judgment opinion re: RCRA issues, review RCRA issues | 8.50 | 2762.50 |
| 08/14/02 | MEF | Prepare Fifth Monthly Interim Fee Application for the period July 1, 2002 through July 31, 2002 | 1.40 | 301.00 |
| 08/14/02 | MEF | Conference with JMA, C. Marraro and B. Hughes regarding Final Pretrial Order, legal issues, stipulated facts and court rulings | 8.00 | 1720.00 |
| 08/15/02 | JMA | Phone - C. Marraro re: meeting with client - damage issues | .30 | 97.50 |
| 08/15/02 | JMA | Receipt and review revised pretrial order stipulation of facts; phone conference with C. Marraro, B. Hughes, MEF re: revisions to stipulation | 2.80 | 910.00 |
| 08/15/02 | MEF | Revise final pretrial order - legal issues; legal issues decided, stipulations of fact; prepare list of arguments Honeywell foreclosed from making; outline RCRA issue for trial brief; email to C. Marraro and B. Hughes regarding revised final pretrial order sections | 3.00 | 645.00 |
| 08/15/02 | MEF | Conference call with JMA, C. Marraro and B. Hughes regarding additional revisions to stipulations for final pretrial order; begin revisions | 3.10 | 666.50 |
| 08/16/02 | JMA | Phone - C . Marraro re: topics for conference call | .40 | 130.00 |
| 08/16/02 | JMA | Review and execution of fee application | .40 | 130.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY                                    September 10, 2002
lient No.              734680                          Page       6
NVOICE NO.             16878

8/16/02 JMA  Review open items list re: Pretrial Order;          3.40   1105.00
             conference call with C. Marraro, B. Hughes and
             MEF re: open items for trial, assignment of
             representatives; conference call with C.
             Marraro and B. Hughes re: order of proofs;
             prepare memo re: trial strategy and proof
             issues

)8/16/02 MEF  Continue revising stipulations for final           1.60    344.00
              pretrial order

)8/16/02 MEF  Review email from M. Moasser regarding interest      .50    107.50
              calculations; telephone call with M. Moasser
              regarding same; voice mail to M. Moasser

)8/16/02 MEF  Finalize 5th monthly interim fee application;        .40     86.00
              letter to Carickhoff regarding same

)8/16/02 MEF  Phone conference with JMA, C. Marraro and B.        1.80    387.00
              Hughes regarding open pre-trial and trial
              items; trial preparation; conference with JMA
              regarding same

)8/17/02 MEF  Telephone call with M. Moasser regarding expert      .20     43.00
              photos

)8/18/02 MEF  Review email from M. Moasser regarding expert        .20     43.00
              photos

)8/19/02 JMA  Phone - C. Marraro re: scheduling of pretrial      5.00   1625.00
              submissions; phone - C. Marraro and plaintiff's
              counsel re: scheduling; draft letter to
              counsel; receive, review and revise schedule of
              pretrial events; phone - C. Marraro re:
              schedule; phone - M. Sciappa and C. Marraro re:
              scheduling of pretrial events; phone - D. Field
              re: scheduling of pretrial events; phone - C.
              Marraro re: pretrial scheduling

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

.R. GRACE & COMPANY                                        September 10, 2002
:lient No.            734680                           Page      7
:NVOICE NO.           16878

| | | | | |
|---|---|---|---|---|
| 8/19/02 MEF | Review email from M. Moasser regarding damages; voice mail - M. Moasser; review email from B. Banks regarding pretrial calendar; telephone call with M. Moasser regarding calculation of interest damages, attorney's fees, aerial photos; prepare travel arrangements for D.C. meeting; telephone call with JMA and C. Marraro regarding scheduling expert meeting | | 1.70 | 365.50 |
| 8/20/02 MEF | Telephone call with C. Marraro regarding meeting with experts; meeting with W. Hughes, P. Goad, A. Davis, J. Middlesworth, J. Lappe, K. Brown, D. Kirk, T. Bradshaw, S. Chalnut, J. Valero, D. Belsito, C. Marraro - trial preparation, demonstrative exhibits | | 7.10 | 1526.50 |
| 8/21/02 MEF | Research - regulations regarding sewer and water lines; telephone call with Jersey City Municipality; voice mail - C. Piersa at Jersey City Municipal offices; review draft Risk Assessment demonstrative aid; telephone call with C. Marraro regarding meeting | | 2.00 | 430.00 |
| 8/21/02 MEF | Review fee detail for July 2002; email to W. Smith regarding same | | .40 | 86.00 |
| 08/22/02 JMA | Travel to Washington, DC; attend conference with C. Marraro, B. Hughes and MEF re: preparation of stipulations of fact and trial exhibits for final pretrial order; trial strategy; phone - plaintiffs' counsel | | 13.00 | 4225.00 |
| 08/22/02 MEF | Travel to and attend meeting in Washington D.C. with JMA, C. Marraro and W. Hughes regarding Final Pretrial Stipulations | | 13.80 | 2967.00 |
| 08/23/02 JMA | Attend conference with C. Marraro, B. Hughes and MEF re: preparation of trial exhibit list and stipulations of fact; trial strategy; travel to New Jersey | | 13.00 | 4225.00 |
| 08/23/02 MEF | Meeting with JMA, C. Marraro and W. Hughes regarding final pretrial order stipulations and exhibits; travel to NJ | | 14.00 | 3010.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

R. GRACE & COMPANY
.ient No.          734680
IVOICE NO.         16878

September 10, 2002
Page      8

| | | |
|---|---|---|
| 3/25/02 MEF | Revise stipulations of fact per August 22 and 23 meetings; email to C. Marraro and W. Hughes regarding same; review email from M. Moasser regarding photos; email to M. Moasser regarding same | 3.90   838.50 |
| 8/26/02 JMA | Phone - C. Marraro re: scheduling issues; phone - M. Caffrey's secretary | .40   130.00 |
| 8/26/02 MEF | Review email from M. Moasser regarding additional photos | .20    43.00 |
| 8/27/02 JMA | Phone - C. Marraro re: pretrial scheduling | .30    97.50 |
| 8/27/02 JMA | Phone - C. Marraro re: scheduling; phone - M. Caffrey re: scheduling | .40   130.00 |
| 8/28/02 JMA | Phone - C. Marraro re: pretrial scheduling; phone - M. Sciappa re: pretrial scheduling; phone - C. Marraro and plaintiffs' counsel re: pretrial scheduling; phone - C. Marraro and D. Field re: pretrial scheduling | 1.00   325.00 |

-------------
                                                43,266.00

Total Fees:


          Disbursements


Travel Expense

08/20/02 My Limousine Service to Newark Airpor for Grace          78.10
         Experts
08/22/02 Metro Limousine Service for JMA & MEF to/from           186.00
         Newark Airport 8/22 & 8/23
08/22/02 Continental Airlines 08/22 - 08/23    JMA               497.50
08/22/02 Hotel  08/22 - 08/23   JMA                              280.53
08/22/02 Continental Airlines 08/22 - 08/23 MEF                  497.50
08/22/02 Hotel  08/22 - 08/23 MEF                                280.53

                                     SUBTOTAL:   1820.16


Meals

08/15/02 Meals JMA (LIV.DELI) 8/13.  Meetings with               81.75
         Experts.

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

## COUNSELLORS AT LAW

### 6 BECKER FARM ROAD
### ROSELAND, N.J. 07068-1739
### (973) 994-1700

W.R. GRACE & COMPANY                                    September 10, 2002
Client No.           734680                             Page      8
Invoice NO.          16878

08/25/02 MEF  Revise stipulations of fact per August 22 and    3.90    838.50
              23 meetings; email to C. Marraro and W. Hughes
              regarding same; review email from M. Moasser
              regarding photos; email to M. Moasser regarding
              same

08/26/02 JMA  Phone - C. Marraro re: scheduling issues; phone   .40    130.00
              - M. Caffrey's secretary

08/26/02 MEF  Review email from M. Moasser regarding            .20     43.00
              additional photos

08/27/02 JMA  Phone - C. Marraro re: pretrial scheduling       .30     97.50

08/27/02 JMA  Phone - C. Marraro re: scheduling; phone - M.    .40    130.00
              Caffrey re: scheduling

08/28/02 JMA  Phone - C. Marraro re: pretrial scheduling;     1.00    325.00
              phone - M. Sciappa re: pretrial scheduling;
              phone - C. Marraro and plaintiffs' counsel re:
              pretrial scheduling; phone - C. Marraro and D.
              Field re: pretrial scheduling

                                                       -------------
                                                          43,266.00

Total Fees:


          Disbursements


Travel Expense

08/20/02  My Limousine Service to Newark Airpor for Grace      78.10
          Experts
08/22/02  Metro Limousine Service for JMA & MEF to/from       186.00
          Newark Airport 8/22 & 8/23
08/22/02  Continential Airlines 08/22 - 08/23     JMA         497.50
08/22/02  Hotel  08/22 - 08/23   JMA                         280.53
08/22/02  Continential Airlines 08/22 - 08/23 MEF            497.50
08/22/02  Hotel  08/22 - 08/23 MEF                           280.53

                                    SUBTOTAL:               1820.16


Meals

08/15/02  Meals JMA (LIV.DELI) 8/13.  Meetings with           81.75
          Experts.

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    September 10, 2002
Client No.          734680                              Page      9
INVOICE NO.         16878

08/21/02 Meals JMA LIV. DELI 8/20.  Meeting with              121.08
         Experts.

                                         SUBTOTAL:     202.83


Photocopies - Outside

08/26/02 Photocopies - Outside DOC EXP 8/16                   23.85

                                         SUBTOTAL:      23.85


Costs Advanced

08/15/02 Costs Advanced - CLERK US DISTRICT COURT             2.50

                                         SUBTOTAL:       2.50


08/31/02 Messenger                                      42.21
08/31/02 Photocopies                                   252.00
08/31/02 Faxes                                          35.00
08/31/02 Telephone                                      53.24
08/31/02 Computer Searches                              25.90
08/31/02 Federal Express                                67.16
                                                     ------------
                                                        2,524.85
Total Costs                                          ------------
                                                       45,790.85
Total Due this Matter
=============

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    September 10, 2002
Client No.           734680                             Page      10
Invoice NO.          16878

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
 J M AGNELLO                      325.00   84.90          27592.50
 M E FLAX                         215.00   72.90          15673.50
                          TOTALS          157.80          43266.00
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 17th day of September, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06