# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov. 25, 2002 at 4:00p.m. |
|  |  | Hearing Date:    TDB only if necessary |

**SUMMARY COVERSHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER
1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | September 1, 2002 through September 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $36,446.50 for the period September 1, 2002 through September 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,926.37 for the period of September 1, 2002 through September 30, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid in Part | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid in part[1] | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Application Pending | Application Pending |
| 08/02 | 07/01/02 through 07/31/02 | $21,556.40 | $339.61 | Application Pending | Application Pending |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Application Pending | Application Pending |

As indicated above, this is the seventh application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Third Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Third Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in May 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 63.70 | $20,702.50 |
| Melissa E. Flax | Partner | $215 | 72.60 | $15,609.00 |
| Michael Aponte | Paralegal | $75 | 1.80 | $135.00 |

Total Fees          $36,446.50

Total Hours          138.10

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $228.75 |
| Westlaw | |
| Telephone | $92.82 |
| Faxes | $ |
| FedEx | $68.41 |
| Travel | |
|     Car Service | $189.30 |
|     Airfare | $1,071.50 |
|     Hotel | $1,122.11 |
| | $2,382.91 |
| Messenger | $75.00 |
| Additional Staff Time | |
| Court Reporter – transcript | |
| Meals – working dinner in Washington, D.C. | $78.48 |
| Total | $2,926.37 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(September 1, 2002 through September 30, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 63.70 | $20,702.50 |
| Melissa E. Flax | Partner | $215 | 72.60 | $15,609.00 |
| Michael Aponte | Paralegal | $75 | 1.80 | $135.00 |

| | | | | |
|---|---|---|---|---|
| Grand Total: | | | | $36,446.50 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,926.37 |
| Fee Applications, Applicant | 19.80 | $4,829.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 109.80 | $29,251.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 8.50 | $2,366.50 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | ($0.25 per page) |
| Long Distance Telephone | | $92.82 |
| In-House Reproduction | | $228.75 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel airfare car/taxi service hotel | Continental Airlines Limousine Latham Hotel Mayflower Hotel | $1,071.50 189.30 596.55 <u>525.56</u> $2,382.91 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $68.41 |
| Postage | | |
| Other (Explain) – Meals working dinner in Washington, D.C. | | 78.48 |
| Messenger | | 75.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov. 25, 2002 at 4:00p.m. |
| | | Hearing Date :    TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. Grace & Company
Client No.     734680                              Page   1
Invoice No.                    *****

           For Professional Services Rendered through   09/30/02

Matter #         734680.1        VS. ALLIED SIGNAL

## LITIGATION AND LITIGATION CONSULTING

09/03/02 JMA Phone - C. Marraro re: trial strategy; phone - 1.00    325.00
             C. Marraro re: scheduling; receipt and review
             letter from K. Millian to Judge Cavanaugh;
             phone - C. Marraro re: scheduling

09/03/02 MEF Review revised stipulations; telephone call     .90    193.50
             with C. Marraro regarding meeting topics

09/03/02 MEF Memo regarding travel expenses on August 22 and  .20     43.00
             23

09/04/02 JMA Conference with C. Marraro re: trial strategy    .50    162.50
             re: witnesses

09/04/02 MEF Conference with C. Marraro regarding photos and 1.50    322.50
             damage documents

09/04/02 MEF Telephone call with W. Hughes regarding damage   .30     64.50
             documents and exhibit list and stipulations

09/04/02 MEF Continue reviewing stipulations                 1.50    322.50

09/05/02 JMA Phone - C. Marraro re: scheduling                .20     65.00

09/05/02 MEF Telephone calls with C. Marraro regarding        .40     86.00
             damage documents

09/05/02 MEF Telephone call with S. German regarding final    .20     43.00
             pretrial dates

09/05/02 MEF Review amended notice of agenda; review docket    .50    107.50
             (bankruptcy) for May 1, 2002 to present

09/05/02 MEF Prepare memo to D. Garvey regarding damage       1.40    301.00
             documents
09/05/02 MEF Voice mail - D. Garvey                           .10     21.50

09/05/02 MEF Emails to/from M. Moasser regarding damage        .20     43.00
             documents

09/06/02 JMA Receipt and review letter from F. Boenning        .30     97.50

09/06/02 JMA Review revised Stipulation of Facts for         1.40    455.00
             Pretrial Order

09/06/02 MEF Review email from B. Hughes regarding damage      .40     86.00
             chart; email to B. Hughes regarding same;
             review emails from M. Moasser regarding damage
             chart; emails to M. Moasser regarding same

09/06/02 MEF Trial Prep - Review bills regarding application   .70    150.50

W.R. Grace & Company
Client No.      734680
Invoice No.                    ******

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | for attorney's fees if successful at trial | | |
| 09/06/02 | MEF | Continue reviewing revised stipulations | .50 | 107.50 |
| 09/06/02 | MEF | Telephone call with D. Garvey regarding damage documents | .20 | 43.00 |
| 09/06/02 | MEF | Telephone call with S. German regarding adjournment of Final Pretrial Order; telephone call with J. Kelly regarding same | .20 | 43.00 |
| 09/06/02 | MEF | Revise stipulations | .30 | 64.50 |
| 09/06/02 | MEF | Email to C. Marraro and B. Hughes regarding revisions to stipulations | .10 | 21.50 |
| 09/09/02 | JMA | Receipt and review Scheduling Order from Judge Cavanaugh; review file for meeting; attend meeting with C. Marraro, A. Nagy, etc. re: development issues; conference with C. Marraro re: trial strategy | 4.00 | 1300.00 |
| 09/09/02 | MEF | Review Order rescheduling Final Pretrial Conference  and service/filing of Findings of Fact/Conclusions of Law; email from B. Hughes regarding damage chart - Dames & Moore; telephone call with S. German's office regarding order | .40 | 86.00 |
| 09/10/02 | MEF | Review letter from M. Moasser regarding photos; review additional photos | .60 | 129.00 |
| 09/10/02 | MEF | Review email from B. Banks regarding schedule; review revised October calendar - Final Pretrial deadlines | .20 | 43.00 |
| 09/11/02 | JMA | Phone - C. Marraro re: trial strategy | .30 | 97.50 |
| 09/12/02 | JMA | Receipt and review letter from F. Boenning; receipt and review Order scheduling pretrial conference; receipt and review email re: expert testimony; conference with MEF re: trial exhibits | .80 | 260.00 |
| 09/13/02 | JMA | Review of and revisions to trial exhibit list; review damage exhibits | 2.80 | 910.00 |
| 09/13/02 | MEF | Review emails from B. Banks regarding chart of removed invoices; review chart; revise chart; email to B. Banks regarding correlation between chart and binder of documents; email to B. Hughes and C. Marraro regarding removed damage items; email to B. Hughes regarding amending chart; emails to/from M. Moasser regarding revisions to chart | .80 | 172.00 |
| 09/16/02 | JMA | Phone - C. Marraro re: trial strategy; review | 2.50 | 812.50 |

W.R. Grace & Company
Client No.      734680                                              Page   3
Invoice No.                    ******

of and revisions to trial exhibit list

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/02 | JMA | Phone - C. Marraro re: scheduling; phone - C. Marraro re: trial strategy; phone - C. Marraro re: trial exhibits | 1.00 | 325.00 |
| 09/18/02 | JMA | Phone - C. Marraro re: trial issues; phone conference with C. Marraro and investigator re: photos | .50 | 162.50 |
| 09/19/02 | JMA | Receipt and review letter from M. Caffrey; phone - C. Marraro re: scheduling issues | .40 | 130.00 |
| 09/19/02 | MEF | Telephone call with D. Garvey regarding damage documents; telephone call with C. Marraro regarding same; telephone call with D. Garvey regarding Route 440 litigation | .30 | 64.50 |
| 09/20/02 | JMA | Notice of agenda for 9/23/02 bankruptcy court hearing | .20 | 65.00 |
| 09/20/02 | MEF | Review fax from C. Marraro regarding review ICO response to Grace proposed stipulations for final pretrial order; review Millian letter regarding objections and additional stipulations | .80 | 172.00 |
| 09/21/02 | MEF | Review email from B. Hughes regarding ICO comments on stipulation | .20 | 43.00 |
| 09/21/02 | MEF | Review email from R. Tobin to L. Ferdinand regarding draft order allowing fees; review email from S. Baina to L. Ferdinand regarding same | .20 | 43.00 |
| 09/23/02 | MEF | Review email from M. Caffrey regarding Honeywell stipulations for final pretrial order | 2.60 | 559.00 |
| 09/23/02 | MEF | Telephone call with C. Marraro regarding meeting regarding trial preparation; telephone call with C. Marraro and B. Hughes regarding ICO stipulations and Honeywell Stipulations | .30 | 64.50 |
| 09/23/02 | MEF | Voice mail - M. Schiappa regarding final pretrial order | .20 | 43.00 |
| 09/23/02 | MEF | Review email from B. Hughes regarding Grace revised stipulations | .20 | 43.00 |
| 09/23/02 | MEF | Letter to M. Caffrey regarding Grace Stipulations | .20 | 43.00 |
| 09/23/02 | MEF | Email to M. Caffrey regarding Grace Stipulations | .10 | 21.50 |
| 09/23/02 | MEF | Telephone call with M. Caffrey regarding stipulations | .10 | 21.50 |

W.R. Grace & Company
Client No.    734680
Invoice No.              ******

| | | | | |
|---|---|---|---|---|
| 09/24/02 | JMA | Letter to Jim Dunn re: obtaining information relating to site | .20 | 65.00 |
| 09/24/02 | JMA | Meeting with C. Marraro and MEF re: preparation of Grace response to Honeywell's 623 proposed stipulated facts | 8.00 | 2600.00 |
| 09/24/02 | JMA | Receipt and review email re: meeting with clients re: trial strategy | .20 | 65.00 |
| 09/24/02 | JMA | Receipt and review letter form M. Schiappa | .10 | 32.50 |
| 09/24/02 | MEF | Meeting with C. Marraro and JMA regarding review of and response to Honeywell's 623 proposed stipulations of fact for determination as to which facts to stipulate/contest for final pretrial order | 9.00 | 1935.00 |
| 09/25/02 | JMA | Meeting with C. Marraro and MEF re: preparation of Grace responses to Honeywell proposed stipulated facts for final pretrial order; phone conference with C. Marraro, MEF, A. Nagy, J. McFarland re: trial issues; phone conference with C. Marraro, MEF, plaintiffs' attorney re: plaintiffs' proposed stipulated facts for final pretrial order | 9.50 | 3087.50 |
| 09/25/02 | MEF | Conference with JMA and C. Marraro regarding continue reviewing and responding to Honeywell's 623 proposed stipulated facts for Final Pretrial Order | 10.00 | 2150.00 |
| 09/25/02 | MA | Telephone call with Jersey City Library, NJ re articles on Valley Fair Building. and Roosevelt drive-in closing | .20 | 15.00 |
| 09/26/02 | JMA | Meeting with C. Marraro and MEF re: complete preparation of Grace responses to Honeywell proposed stipulated facts for final pretrial order, review exhibits and continue preparation of Grace exhibit list for final pretrial order, discuss trial strategy and applicable law on liability and damage issues | 7.80 | 2535.00 |
| 09/26/02 | JMA | Phone - J. Dunn re: photos and other information relating to site | .30 | 97.50 |
| 09/26/02 | MEF | Review and revise responses to Honeywell's Proposed Stipulated Facts | .50 | 107.50 |
| 09/26/02 | MEF | Conference with JMA and C. Marraro regarding Grace Defendants' exhibits and exhibit list, Honeywell's privilege log, plaintiff's proposed stipulated facts; telephone call with JMA, C. Marraro, A. Nagy regarding ICO stipulated fact; | 7.80 | 1677.00 |

W.R. Grace & Company
Client No.      734680
Invoice No.                    ******

|  |  |  |  |
|---|---|---|---|
|  | | telephone with JMA, C. Marraro and K. Millian regarding same |  |  |
| 09/27/02 | JMA | Review factual information on witnesses, proposed stipulation of fact and documents re: preparation of Grace defendants' witness list; prepare vendor witness list re: Honeywell invoices; phone - C. Marraro and MEF re: trial strategy issues | 4.40 | 1430.00 |
| 09/27/02 | MEF | Telephone call C. Marraro and B. Hughes regarding Final Pretrial Order - expert summary qualifications | .20 | 43.00 |
| 09/27/02 | MEF | Telephone call with C. Marraro regarding response to Honeywell's proposed stipulated facts; telephone call with JMA and C. Marraro regarding same | .80 | 172.00 |
| 09/27/02 | MEF | Revise response to Honeywell's proposed stipulated facts | 2.00 | 430.00 |
| 09/27/02 | MEF | Email to P. Goad regarding summary of expert qualifications for Final Pretrial Order; email from P. Goad regarding same | .20 | 43.00 |
| 09/27/02 | MA | File correspondence with Jersey City Library, New Jersey Room re articles on the closing of Valley Fair Building and Roosevelt Drive-In - follow up; prepare memo to MEF | .50 | 37.50 |
| 09/28/02 | JMA | Review file for conference call; conference call with C. Marraro and B. Hughes re: Grace defendants' trial fact witness list and trial expert witness list; prepare witness lists | 5.50 | 1787.50 |
| 09/28/02 | MEF | Review, revise and finalize Grace defendants' response to Honeywell's 623 proposed stipulated facts | 1.00 | 215.00 |
| 09/28/02 | MEF | Review email from M. Aponte regarding Valley Fair and Roosevelt Drive-In | .20 | 43.00 |
| 09/29/02 | MEF | Review 87th street owners corporate decision regarding RCRA claims | .40 | 86.00 |
| 09/30/02 | JMA | Phone - C. Marraro re: Grace witness lists | .30 | 97.50 |
| 09/30/02 | JMA | Review and revise Grace witness list for final pretrial order | 1.00 | 325.00 |
| 09/30/02 | JMA | Phone - C. Marraro and B. Hughes re: authentication of trial exhibits | .40 | 130.00 |
| 09/30/02 | MEF | Telephone call with C. Marraro regarding current version of Grace stipulated facts | .20 | 43.00 |

W.R. Grace & Company                                           October 16, 2002
Client No.     734680                                    Page   6
Invoice No.                    ******

| | | | |
|---|---|---|---|
| 09/30/02 MEF | Review email from C. Marraro regarding deposition designations; email to C. Marraro regarding same | .20 | 43.00 |
| 09/30/02 MEF | Final pretrial order - review aerials, photographs and deeds; update trial exhibit list regarding same; review memo of option agreement | 4.00 | 860.00 |
| 09/30/02 MEF | Telephone call with C. Marraro regarding exhibit list and photos | .10 | 21.50 |
| 09/30/02 MEF | Letter to C. Marraro regarding updated exhibit documents, deeds, 11/66 memo of option agreement | .50 | 107.50 |
| 09/30/02 MEF | Review email from C. Marraro regarding final Grace stipulations of fact; review additional stipulation of fact | .50 | 107.50 |
| 09/30/02 MA | Conduct corporate search for Great Eastern Mills, Inc., Great Eastern of Jersey City, Little Falls and Plainfield | 1.10 | 82.50 |

**FEE APPLICATIONS, APPLICANT**

| | | | |
|---|---|---|---|
| 09/05/02 MEF | Review August billing in preparation of interim fee application | .40 | 86.00 |
| 09/06/02 MEF | Review revised fee detail | .30 | 64.50 |
| 09/09/02 MEF | Review email from W. Smith regarding deficiencies in summaries of time; telephone call with W. Smith's office (message) | .30 | 64.50 |
| 09/09/02 MEF | Telephone call with W. Smith regarding fee categories - product summary; review letter to professionals | .40 | 86.00 |
| 09/09/02 MEF | Prepare revised project and expense category charts for (1) 4th Quarterly Interim Fee Application; and (2) 5th Quarterly Interim Fee Application; email to W. Smith forwarding same | 1.80 | 387.00 |
| 09/09/02 MEF | Email to P. Cuniff regarding copies of letters to professionals | .20 | 43.00 |
| 09/09/02 MEF | Voice mail from Laverne at W. Smith's office; telephone call with W. Smith's office regarding revised project/expense charts | .20 | 43.00 |
| 09/10/02 MEF | Revise project/expense categories for the 4th and 5th Quarterly Interim Fee Applications per voice mail from Laverne at W. Smith's office | .80 | 172.00 |
| 09/11/02 MEF | Review email from Laverne Ferdinand at W. | .20 | 43.00 |

W.R. Grace & Company
Client No.      734680
Invoice No.                   ******

              Smith's office regarding Project Category
              Summaries

09/12/02 JMA Fee applications - receipt and review          1.00    325.00
              correspondence from P. Galbraith re:
              compensation of professionals; review MEF
              e-mails to Fee Auditor; conference with MEF re:
              compliance with fee auditor requests

09/17/02 JMA Fee Application - review monthly fee            .60    195.00
              application for August 2002, conference with
              MEF, execution of fee application

09/17/02 MEF Preparation of sixth monthly interim fee       1.90    408.50
              application; email to P. Cuniff regarding no
              objection certificate and sixth fee application

09/19/02 MEF Review email from P. Cuniff regarding no order  .70    150.50
              required; telephone call with K. DePhillips
              office regarding same; voice mail - S.
              McFarlan; voice mail - P. Cuniff; voice mail
              from P. Galbraith regarding fee application and
              CNO; voice mail - P. Galbraith regarding same

09/20/02 MEF Voice mail from P. Galbraith regarding August   .40     86.00
              summary coversheet; revise August summary
              coversheet; email to P. Galbraith regarding
              same

09/20/02 MEF Review email from L. Ferdinand (fee auditor)    .50    107.50
              regarding 4th quarterly project category
              spreadsheet; review spreadsheet; review email
              from L. Ferdinand regarding draft order
              allowing fees; review draft order

09/24/02 MEF Fee application review fee auditor's initial    .50    107.50
              report regarding Carella Byrne 5th Interim
              Quarterly Application; begin drafting response
              to fee auditor's initial report

09/25/02 JMA Fee Application - Review Fee Auditor's Initial   .60    195.00
              Report - 5th Interim Quarterly Fee Application;
              prepare notes re: response

09/26/02 JMA Fee Application - conference with MEF re:       1.00    325.00
              preparation of response to Fee Auditor Initial
              Report - 5th Quarterly Interim Fee application

09/26/02 MEF Fee application conference with JMA regarding   1.00    215.00
              Fee Auditor's initial report on 5th Quarterly
              Interim fee application and response

09/27/02 MEF Telephone call with W. Smith regarding Fee      .20     43.00
              Auditor's report on 5th Quarterly Fee
              Application; Carella Byrne's response

09/28/02 MEF Draft response to Fee Auditor's Initial Report  1.30    279.50

W.R. Grace & Company
Client No.      734680                                          Page   8
Invoice No.                   ******

```
                for Carella Byrne's Fifth Quarterly Interim Fee
                Application

09/28/02 MEF  Review fee detail for August 2002 time; email      .50   107.50
              to W. Smith regarding same

09/30/02 JMA  Fee Application - conference with MEF re:          2.00   650.00
              review and revise Carella Byrne response to Fee
              Auditor Initial Report regarding Fifth
              Quarterly Fee Application

09/30/02 MEF  Fee application - conference with JMA regarding    2.00   430.00
              review and revise Carella, Byrne response to
              Fee Auditor Initial Report regarding 5th
              quarterly interim fee application

09/30/02 MEF  Fee application - revise response to fee          1.00   215.00
              auditor's initial report regarding 5th
              quarterly interim fee application
```

**TRAVEL NON-WORK**

```
09/24/02 MEF  Travel -  (non-work) To Washington, D.C.          1.60   344.00

09/25/02 JMA  Travel - non-work - New Jersey to Washington,     2.40   780.00
              DC, for meeting with C. Marraro

                                                                2.00   430.00
09/26/02 MEF  Travel to NJ (non-work)

09/26/02 JMA  Travel - non-work - Washington, DC to New         2.50   812.50
              Jersey return from meeting

                                                                -------------
                                                                  36,446.50
Total Fees:


      Disbursements


Travel Expense

09/24/02 Continental Airline  JMA  9/25-9/26               523.00
09/24/02 Continental Airline  MEF  9/24-9/26               548.50
09/30/02 The Mayflower Hotel  MEF 9/24 - 9/25              525.56
09/30/02 The Latham Hotel  MEF  09/25 - 09/26              280.53
09/30/02 Meals - Working dinner with M. Moasser             78.48
09/30/02 The Latham Hotel JMA  09/25 - 09/26               316.02
09/30/02 Travel Expense  MEF (MY LIMO) #117130 9/24         63.10
09/30/02 Travel Expense  JMA  (MY LIMO) 9/25                63.10
09/30/02 Travel Expense JMA (MY LIMO) # 117373 9/26         63.10

                                        SUBTOTAL:         2461.39

                                                           228.75
09/30/02 Photocopies                                        92.82
09/30/02 Telephone                                          68.41
09/30/02 Federal Express
```

W.R. Grace & Company
Client No.        734680
Invoice No.                    * * * * *

09/30/02 Messenger - In House                          75.00


W.R. GRACE & COMPANY                    October 11, 2002
Client No.           734680             Page      13
INVOICE NO.          17386

                                        -------------
                                            2,926.37
Total Costs                             -------------
                                           39,372.87
Total Due this Matter
==============

October 16, 2002

W.R. Grace & Company
Client No.        734680                                          Page  10
Invoice No.                       *****

INVOICE NO.            17386

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE   HOURS              FEES
J M AGNELLO                     325.00  63.70          20702.50
M E FLAX                        215.00  72.60          15609.00
MICHAEL APONTE                   75.00   1.80            135.00
                         TOTALS         138.10          36446.50
```

#157495 v1 - W.R. Grace Bill Invoice 17386
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
COUNSELLORS AT LAW
6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700

# EXHIBIT B

for Carella Byrne's Fifth Quarterly Interim Fee
Application

| | | |
|---|---|---|
| 09/28/02 MEF Review fee detail for August 2002 time; email to W. Smith regarding same | .50 | 107.50 |
| 09/30/02 JMA Fee Application - conference with MEF re: review and revise Carella Byrne response to Fee Auditor Initial Report regarding Fifth Quarterly Fee Application | 2.00 | 650.00 |
| 09/30/02 MEF Fee application - conference with JMA regarding review and revise Carella, Byrne response to Fee Auditor Initial Report regarding 5th quarterly interim fee application | 2.00 | 430.00 |
| 09/30/02 MEF Fee application - revise response to fee auditor's initial report regarding 5th quarterly interim fee application | 1.00 | 215.00 |

**TRAVEL NON-WORK**

| | | |
|---|---|---|
| 09/24/02 MEF Travel -  (non-work) To Washington, D.C. | 1.60 | 344.00 |
| 09/25/02 JMA Travel - non-work - New Jersey to Washington, DC, for meeting with C. Marraro | 2.40 | 780.00 |
| 09/26/02 MEF Travel to NJ (non-work) | 2.00 | 430.00 |
| 09/26/02 JMA Travel - non-work - Washington, DC to New Jersey return from meeting | 2.50 | 812.50 |

-------------
36,446.50

Total Fees:


Disbursements


Travel Expense

| | |
|---|---|
| 09/24/02 Continental Airline   JMA  9/25-9/26 | 523.00 |
| 09/24/02 Continental Airline   MEF 9/24-9/26 | 548.50 |
| 09/30/02 The Mayflower Hotel   MEF 9/24 - 9/25 | 525.56 |
| 09/30/02 The Latham Hotel   MEF  09/25 - 09/26 | 280.53 |
| 09/30/02 Meals - Working dinner with M. Moasser | 78.48 |
| 09/30/02 The Latham Hotel   JMA  09/25 - 09/26 | 316.02 |
| 09/30/02 Travel Expense   MEF (MY LIMO) #117130 9/24 | 63.10 |
| 09/30/02 Travel Expense   JMA  (MY LIMO) 9/25 | 63.10 |
| 09/30/02 Travel Expense JMA (MY LIMO) # 117373 9/26 | 63.10 |

SUBTOTAL:    2461.39

| | |
|---|---|
| 09/30/02 Photocopies | 228.75 |
| 09/30/02 Telephone | 92.82 |
| 09/30/02 Federal Express | 68.41 |

W.R. Grace & Company                                    October 16, 2002
Client No.         734680                               Page   9
Invoice No.                      ******

09/30/02 Messenger - In House                          75.00


W.R. GRACE & COMPANY                        October 11, 2002
Client No.         734680                   Page    13
INVOICE NO.        17386

                                                  -------------
                                                     2,926.37
                                                  -------------
Total Costs
                                                    39,372.87
Total Due this Matter
==============


W.R. GRACE & COMPANY                        October 11, 2002
Client No.          734680                  Page    14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 16th day of October, 2002

_____
Notary Public

My Commission Expires:
LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06