**Exhibit A**
July 2002 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                )    Chapter 11
                                                      )
W. R. GRACE & CO., et al.,[1]                         )    Case No. 01-01139 (JKF)
                                                      )    (Jointly Administered)
                                                      )
                         Debtors.                     )


## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 27th day of August 2002.

_____
Notary Public

My Commission Expires:   July 14, 2006.

-2-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## ORDER FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF WALLACE, KING, MARRARO & BRANSON, PLLC AS SPECIAL ENVIRONMENTAL AND LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Upon the application (the "Sixth Quarterly Fee Application")[2] of the Debtors seeking the entry of an order allowing it (i) compensation in the amount of $72,975.10 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMN incurred in the amount of $42,275.37 (for August and September 2002 expenses only; July expenses have been paid 100% by Debtor) in each case for the Fee Period from July 1, 2002, through September 30, 2002; and it appearing that the Court has jurisdiction to consider the Sixth Quarterly Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Sixth Quarterly Fee Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Sixth Quarterly Fee Application having been given; and it appearing that the relief requested in the Sixth Quarterly Fee Application is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Sixth Quarterly Fee Application is granted in its entirety on an interim basis; and it is further

ORDERED that, for the Fee Period July 1, 2002 through September 30, 2002, an administrative allowance shall be made to Wallace, King, Marraro & Branson, PLLC in the sum of $72,975.10, as compensation for reasonable and necessary professional services rendered to the Debtors; and it is further

---

[2]  Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Sixth Quarterly Fee Application.

ORDERED that, for the Fee Period July 1, 2002, through September 30, 2002, an administrative allowance shall be made to Wallace, King, Marraro & Branson, PLLC in the sum of $42,275.37 (for the August and September 2002 fee period only; July 2002 expenses have been paid at 100% by Debtor) for reimbursement of actual and necessary costs and expenses incurred; and it is further

ORDERED that the Debtors be authorized and directed to pay to WKMB the outstanding amount of such sums as described above, less any amounts previously paid to WKMB pursuant to the Applications and the procedures set forth in the Interim Compensation Order; and it is further

ORDERED that WKMB has the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the July through September 2002 period that are not otherwise included in the relevant Applications; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order; and it is further

ORDERED that, notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

Dated: Wilmington, Delaware

_____, 2002

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

-3-

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY COVERSHEET TO SIXTEENTH MONTHLY INTERIM APPLICATION
OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
JULY 1, 2002 THROUGH JULY 31, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $72,492.64 for the period July 1, 2002 through July 31, 2002 (80% of $90,615.80 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $20,490.51 for the period July 1, 2002 through July 31, 2002. |

This is a:     Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 80% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 80% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 80% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the sixteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 94.8 | $41,712.00 |
| Angela Pelletier | Associate | $225 | 20.8 | $4,680.00- |
| William Hughes | Counsel | $350 | 112.5 | $39,375.00 |
| Steven C. Dubuc | Associate | $270 | 64.3 | $17,361.00 |
| Rebecca Mitchell | Paralegal | $120 | .5 | $60.00 |
| Barbara Banks | Paralegal | $135 | 178.8 | $24,138.00 |
| Natasha Bynum | Legal Clerk | $100 | 77.4 | $7,740.00 |
| Mahmoude Moasser | Paralegal | $135 | 89.0 | $12,015.00 |
| Reilley L. Smith | Paralegal | $120 | 10.3 | $1,236.00 |

| | |
|---|---|
| Total Fees | $148,317.00 |
| Less 40% Discount for Allied | $(57,701.20) |
| Balance Due | $90,615.80 |
| Total Hours | 648.4 |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies- Internal and Outside | $5,381.66 |
| Facsimile | $95.25 |
| Telephone | $163.57 |
| Lexis/Westlaw Costs | $3,452.52 |
| Expert Witness Fees | $10,000.00 |
| FedEx | $171.44 |
| Overtime Meals | $18.65 |
| Overtime Transportation | $495.34 |
| Secretarial Overtime | $712.08 |
| | |
| Total | $20,490.51 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13047

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 07/01/02 | AP | Organize files and draft memos regarding document issues. | 2.00 |
|  | BB | Continue research of case files, production database and CDs, and designated trial exhibits list, identify and collect supporting documents for timeline for Mr. Hughes (5.1 hrs.); consult with Mr. Hughes re production of additional Grace letter to NJDEP (.1 hrs.); conference with Ms. Bynum re Grace case invoices project (.2 hrs.); conference with Mr. Hughes re new correspondence and documents for Grace supplemental production (.1 hrs.); incorporate additional designated pretrial exhibits into exhibits list (.4 hrs.); review, prepare and produce supplemental documents, incorporate and create new case file (.7 hrs.);  review, organize, coordinate, and prepare new correspondence and incorporate into case files (.4 hrs.); review new court materials (.3 hrs.); incorporate new case deadlines into case calendar (.5 hrs.); conference with Ms. Manago re same (.1 hrs.); incorporate new pleadings into indexed case files (.3 hrs.); complete and quality | 11.70 |

W. R. Grace & Co.

Page   2

**Hours**

| | | | |
|---|---|---|---|
| | | check table of Grace expert invoices (1.4 hrs.); review data on table and identify issues and process for resolution (.6 hrs.); review, sort and organize new correspondence (1.3 hrs.). | |
| 07/01/02 | NAB | Review "Damages Chart" and pull documents from production documents for B. Hughes (2 hrs.); organize same by issue and update chart accordingly (2 hrs.). | 4.00 |
| | WH | Review draft letter to NJDEP re groundwater FS prepared by consultant and confer with consultant re same (1.8 hrs.); conference with consultant re site sampling issues (.4 hrs.); prepare revised fact stipulations for review by Mr. Marraro (2.2 hrs.). | 4.40 |
| | CHM | Review W. Hughes section on pretrial stipulations (1.4 hrs.); conference with W. Hughes re same (.3 hrs.). | 1.70 |
| | MM | Continue to review all damage related documents by cross-referencing damage chart compiled by Ms. Flax against our document productions and various databases (1.1 hrs.); office conference with Ms. Banks re status of same (.1 hrs.); case management (.2 hrs.). | 1.40 |
| 07/02/02 | WH | Prepare memorandum to Messrs. Nagy and Senftleben re Judge Cavanaugh's summary judgment decision (1.5 hrs.); conferences with consultant re trial prep matters related to Grace's environmental experts (.5 hrs.); work on draft letter to NJDEP re Honeywell's groundwater FS (1.9 hrs.); review memo/database re Honeywell's cost documentation, review selected Honeywell cost docs, and confer with paralegal re same (1.8 hrs.); conference with consultant re site visit/sampling and other trial prep issues (.4 hrs.); work on payment issues re Grace experts (.6 hrs.). | 6.70 |
| | BB | Continue research of case files, production database and CDs and designated trial exhibits list, identify and collect supporting documents | 11.70 |

W. R. Grace & Co.                                                        Page     3

<u>**Hours**</u>

for timeline for Mr. Hughes (4.8 hrs.); consult
with Mr. Hughes re production of additional
Grace letter to NJDEP (.1 hrs.); conference with
Ms. Bynum re Grace case invoices project (.2
hrs.); conference with Mr. Hughes re new
correspondence and documents for Grace
supplemental production (.1 hrs.); incorporate
additional designated pretrial exhibits into
exhibits list (.4 hrs.); review, prepare and
produce supplemental documents, incorporate
and create new case file (.7 hrs.);  review,
organize, coordinate, and prepare new
correspondence and incorporate into case files
(.4 hrs.); review new  court materials (.3 hrs.);
incorporate new case deadlines into case
calendar (.5 hrs.); conference with Ms. Manago
re same (.1 hrs.); incorporate new pleadings into
indexed case files (.3 hrs.); conference with Ms.
Bynum re scanning assignment in preparation
for trial (.3 hrs.); continue review and
certification of draft stipulations, identification
of supporting documents and quotes, quality
check and revise bates numbers and entries as
appropriate (3.5 hrs.).

| | | | |
|---|---|---|---|
| 07/02/02 | CHM | **Travel to NJ for meeting with local counsel (2.6 hrs). (Travel time billed at one-half regular rate, 10% indicated by time here, the other 40% taken at end of statement.]** | 2.30 |
| | CHM | All-day meeting with local counsel for trial preparation (8.2). | 8.20 |
| | CHM | **Travel to Washington (2.0).  (Travel time billed at one-half regular ratesl 10% indicated by time here; other 40% taken at end of statement.)** | 1.80 |
| | AP | Draft undisputed/disputed facts re license agreement. | 1.40 |
| | NAB | Continue review and indexing of Honeywell expert's supporting documents (6.5 hrs.); review case files and pull correspondence between NJDEP and Allied in preparation for trial (.3 | 6.30 |

W. R. Grace & Co.                                                  Page    4

|  |  |  | Hours |
|---|---|---|---|
|  |  | hrs.); scan same into electronic case files (.7 hrs.). |  |
| 07/02/02 | MM | Review recent correspondence (.2 hrs.); continue to review case databases re assuring all damage related invoices have been identified (.4 hrs.). | 0.60 |
| 07/03/02 | WH | Conferences with experts re trial prep matters related to same (.8 hrs.); work on groundwater issue and review documents related to same (.9 hrs.); conferences with Mr. Smith and Ms. Banks re Honeywell's cost documents, trial exhibit list and various issues related to same (1.2 hrs.); review new case correspondence (.4 hrs.); legal research re RCRA (1.3 hrs.); review and collect new documents to be added to trial exhibits (3.7 hrs.). | 7.70 |
|  | MM | Continue to review Grace and follow-up memorandums (2.2 hrs.); forward e-mail to Ms. Banks re status of same (.2 hrs.). | 2.40 |
|  | CHM | Review issues re Spill Act (.8 hrs.); work on stipulations (1.6 hrs.); conference with experts re various issues (1.8 hrs.); conference with State re various issues (.6 hrs.); review depositions (3.0 hrs.). | 7.80 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 3.50 |
|  | BB | Continue review and verification of draft stipulations, identification of supporting documents and quotes, quality check and revise bates numbers and entries as appropriate (3.6 hrs.); conference with Mr. Hughes (.2 hrs.); collect relevant document for Mr. Hughes (.1 hrs.); update Chapter 11 court filings and correspondence files, and incorporate into index of same; (.9 hrs.); review, sort and organize new correspondence (1.3 hrs.); conference with Mr. Hughes re fee auditor report (.1 hrs.); read | 7.70 |

W. R. Grace & Co.                                                      Page      5

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Honeywell expert's report for salient points (1.0 hrs.); read and summarize deposition transcript of same in preparation for trial for Mr. Hughes (1.8 hrs.). |  |
| 07/03/02 | AP | Research and draft pretrial fact stipulation re license agreement. | 1.50 |
| 07/06/02 | RLS | Review and analyze one-inch binder cost documents from Homeywell. | 2.00 |
| 07/08/02 | BB | Continue summarizing Honeywell expert deposition transcript in preparation for trial and create summary report for Mr. Hughes (6 hrs.); consult with Mr. Hughes, collect and prepare pertinent document (.2 hrs.); prepare email response to email message from consultant's office (.4 hrs.) review and analyze deposition transcripts on proposed site groundwater remedy and provide pertinent information to Mr. Hughes (.8 hrs.); collect deposition transcripts, prepare documents, letter and FedEx package to consultant (.6 hrs.); scan pertinent court filing into Word, proof and make corrections for Mr. Hughes ( .8 hrs.). | 8.80 |
|  | WH | Conferences with experts re work and related issues (.8 hrs.); review deposition testimony and expert article from issue and confer with consultant re same (2.7 hrs.); conferences with remediation expert re his opinions and trial prep issue (1.2 hrs.); conference with consultant re sediment contamination issue and review selected Honeywell documents re same (1.6 hrs.); work on trial exhibits and direct/cross examination materials (1.3 hrs.); work on deposition designation (.7 hrs.); conference with Ms. Pelletier re status of her projects/assignments (.5 hrs.). | 8.80 |
|  | MM | Continue to review all damage related documents (i.e., Grace invoices) to assure they are identified, pending (1.2 hrs.); office | 1.40 |

W. R. Grace & Co.                                                    Page        6

                                                                    __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | conference with Mr. Hughes re status of same (.2 hrs.). |  |
| 07/08/02 | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 5.50 |
| 07/09/02 | WH | Review comments from consultant on Honeywell's proposed groundwater remedy and confer with experts re same (1.2 hrs.); review Honeywell's opposition brief re ECARG's Spill Act/Roned motion and confer with Messrs. Marraro and Agnello re same (1.6 hrs.); legal research (3.3 hrs.); conferences with Messrs. Marraro and Agnello re letter to court on Roned decision (.8 hrs.); prepare letter to Judge Cavanaugh re application of Roned decision to ECARG as law of the case (2.4 hrs.); confer with Mr. Caffrey re production of additional Honeywell cost documents (.3 hrs.). | 9.60 |
|  | AP | Draft pretrial fact stipulations regarding breach of license agreement. | 2.40 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 5.50 |
|  | CHM | Several conference calls on Spill Act issues (1.2 hrs.); conference with client (.5 hrs.); review W. Hughes' response on Honeywell brief (.5 hrs.); conference with several experts (1.8 hrs.); review environmental issues with consultant (.6 hrs.); review work re cost issues with client (1.6 hrs.); review new cases on allocation (.6 hrs.). | 6.80 |
|  | MM | Continue to search for all Grace invoices re damage related documents to assure they are identified (1.1 hrs.); review memorandum received from Ms. Pelletier re various files presented to Ms. Banks (.1 hrs.); review recent | 1.70 |

W. R. Grace & Co.                                                    Page    7

                                                              __Hours__

correspondence (.3 hrs.); case management (.2 hrs.).

07/09/02 BB    Respond to telephone inquiry from Dr. Belsito's        8.30
               office (.2 hrs.); collect and prepare pertinent
               transcript for Mr. Hughes (.1 hrs.); analyze
               deposition transcript for Honeywell expert re
               groundwater remedy and prepare same for Mr.
               Hughes (.7 hrs.); collect and prepare pertinent
               N.J. amendments document for Mr. Hughes (.2
               hrs.); incorporate new document into legal case
               files (.3 hrs.); research Lexis, download and
               prepare Spill Act case for Mr. Hughes (.4 hrs.);
               continue analysis of 2/13/01 deposition
               transcript of Honeywell expert  identify salient
               statements and prepare summary in preparation
               for trial for Mr. Hughes (4.9 hrs.); analyze
               expert report and 7/24/01 deposition transcript
               of Honeywell expert, identify salient statements
               and prepare summary in preparation for trial for
               Mr. Hughes (1.5 hrs.).

07/10/02 WH    Conferences with consultant re scheduling             7.90
               matters and other issue in connection with
               preparing experts for trial (.7 hrs.); review early
               DEP/Honeywell correspondence and include in
               trial exhibits (2.2 hrs.); review consultant's list
               of the Grace experts' opinions for trial and
               revise same (1.2 hrs.); legal research re proving
               RCRA "imminent and substantial
               endangerment" and confer with Mr. Marraro re
               same (1.6 hrs.); review latest production from
               Allied re sampling/monitoring wells and confer
               with consultant re same (.8 hrs.); review ICO's
               letter to NJDEP re groundwater issues and
               confer with plaintiffs' counsel re same (.7 hrs.);
               prepare letter to Mr. Caffrey re document
               production (.2 hrs.).

         RLS   E-mail to Ms. Banks regarding cost project (.3        0.70
               hrs.); office conference with Ms. Banks re
               various projects (.4 hrs.).

W. R. Grace & Co.                                                        Page      8

|  |  | **Hours** |
|---|---|---|
| 07/10/02 BB | Conference with Ms. Bynum and Mr. Moasser re collection and cross-reference of Grace invoices (.5 hrs.); collect pertinent documents and site visit photographs for Ms. Pelletier and conference re same (.4 hrs.); continue analyzing 7/24/01 deposition transcript of Honeywell expert and prepare summary of salient statements in preparation for trial for Mr. Hughes (7.0 hrs.); review new correspondence and conference with expert to resolve issue with NJDEP FOIA invoice (.4 hrs.); conference with Mr. Hughes re various assignments in preparation for trial (.4 hrs.); research Lexis, download, coordinate and prepare pertinent RCRA and CERCLA cases for Mr. Hughes and incorporate into electronic files (1.2 hrs.). | 9.80 |
| CHM | Work on pre-trial issues with experts (3.5 hrs.); conference with client (.5 hrs.). | 4.00 |
| MM | Finalize review of case material and various databases re Grace damage related invoices (.6 hrs.); office conference with Ms. Bynum re various invoices she identified relating to Grace related documents (.2 hrs.); office conferences with Ms. Banks re same as well as her request for creating new database for all Grace invoices including damaged related invoices (.3 hrs.); preliminary review, organization and creation of stated database to be used as trial exhibit, pending completion (5.2 hrs.). | 6.30 |
| AP | Draft pretrial fact stipulations regarding breach of license agreement. | 3.90 |
| NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 6.50 |
| 07/11/02 RLS | Continue review of cost document binder. | 2.10 |
| MM | Review additional damage related invoices and forward to Mr. Hughes with memorandum re review (.4 hrs.); office conferences with Ms. | 6.40 |

W. R. Grace & Co.

Page   9

<u>Hours</u>

Banks re review of prior expense
reimbursements to Grace re identifying charges
for Mr. Marraro and Auditor (.3 hrs.); review
stated expenses and draft memorandum to Mr.
Marraro re description of same (.4 hrs.); review,
organize and identify various damage related
invoices to be used as trial exhibits (.7 hrs. );
finalize review, organization and revision of
new database outlining all Grace invoices and
forward copy of same with memorandum to Mr.
Hughes and Ms. Banks for review (4.6 hrs.).

07/11/02 WH    Work on issues re payment of Grace's experts        9.40
(.7 htd.); conferences with consultant and Mr.
Marraro re list of opinions (1.3 hrs.); prepare
status memo re ICO case for client (2.2 hrs.);
review additional cost documentation produced
by Honeywell and confer with paralegal re
analyzing same (1.4 hrs.); research related to
stay issue (.4 hrs.); conference with consultant
re Honeywell site inspection (.3 hrs.); work on
comments on Honeywell's FS and confer with
consultant re same (.8 hrs.); conferences with
Messrs. Marraro and Dubuc re RCRA research
issue and research re same (.9 hrs.); review
selected expert depositions in connection with
conference with consultant on trial prep (1.6
hrs.).

NAB    Continue to search production data base and        6.30
scan correspondence between NJDEP and
Allied into electronic case files in preparation
for trial.

CHM    Review consultant expert deposition (1.2 hrs.);        5.60
conference call with consultant re same (.5 hrs.);
review new secton in stipulation re breach of
contract (.7 hrs.); work with experts on exhibits
(3.2 hrs.).

BB    Conference with Mr. Hughes on status and        6.30
needs re Grace invoices project (.2 hrs.); collect
and prepare pertinent cases downloaded from
Lexis and legal research memo (.2 hrs.);
conference with Mr. Moasser on additional

W. R. Grace & Co.                                                                    Page    10

<u>**Hours**</u>

needs re Grace invoices (.3 hrs.); conference
with Mr. Smith re invoices (.1 hrs.); conference
with Ms. Kelly on resolution of issues re
proposed trial exhibits in preparation for
attorney review (.3 hrs.); research Martindale
Hubbell, download and prepare pertinent
information on law firm for Mr. Marraro (.1
hrs.); incorporate additional key CERCLA case
into legal research case files and electronic files
(.3 hrs.); coordinate and organize CERCLA
allocation cases for Mr. Hughes (.7 hrs.); collect
and prepare pertinent site inspection
correspondence for Ms. Pelletier (.3 hrs.); scan
and OCR settlement letter for Mr. Hughes (.4
hrs.); research Lexis, download, and coordinate
CERCLA allocation cases for Mr. Hughes' legal
research file (.5 hrs.).

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/11/02 | SCD | Office conference with Messrs. Marraro and Hughes re research project re defining a RCRA "imminent and substantial endangerment" as it relates to future development plans (1.1 hrs.); research re same (7.0 hrs.). | 8.10 |
| 07/12/02 | CHM | Work on damages issues (3.5 hrs.); assess pre-trial motions (2.8 hrs.); conference with expert re meeting (.3 hrs.). | 6.60 |
| | SCD | Conduct RCRA research project at Mr. Marraro's request. | 7.30 |
| | WH | Collect, revise and designate various Honeywell reports as trial exhibits (4.4 hrs.); review and revise trial exhibit list and confer with Ms. Banks and Mr. Moesser re same (3.7 hrs.). | 8.10 |
| | MM | Review various Grace damage related invoices and organize them to be used as trial exhibits (1.1 hrs.); case management (.3 hrs.). | 1.40 |
| | BB | Review, analyze, prepare, coordinate and incorporate new correspondence into indexed case files and electronic files (3.0 hrs.); incorporate new court filings into pleadings file | 6.00 |

W. R. Grace & Co.

Page  11

                                                                    **Hours**

|  |  |  |  |
|--|--|--|--|

(.6 hrs.); create new case files (2.1 hrs.); prepare
letter and FedEx package to consultant (.3 hrs.).

07/15/02 NAB    Continue to search production data base and              3.50
                scan correspondence between NJDEP and
                Allied into electronic case files in preparation
                for trial.

BB              Collect pertinent settlement correspondence for          8.10
                Mr. Hughes (.2 hrs.); incorporate new court
                filings into indexed case files and scan and
                incorporate into electronic files (.7 hrs.); collect
                pertinent Grace correspondence for Mr. Marraro
                (.1 hrs.); research expert records, send email
                message to Ms. Heller re Dr. Belsito's inquiry re
                his 7/1/02 invoice and place follow up call to
                Dr. Belsito's office re status to date (.4 hrs.);
                conference with Mr. Hughes re trial plans and
                related issues (.8 hrs.); respond to email from
                Grace re Dr. Belsito (.1 hrs.); confer with Ms.
                Kelly re same (.1 hrs.); review, prepare,
                coordinate and scan Honeywell 6.3.02
                supplemental production and site inspection
                photographs, incorporate into electronic files,
                and Bates label (1.7 hrs.).

MM              Continue to compare miscellaneous Grace                  3.30
                invoices against damage related chart to assure
                no duplications and accountability, pending (.6
                hrs.); continue to review, organize and assure no
                duplications of entries re recently create Grace
                damage related chart reflecting all invoices and
                related material, pending (.8 hrs.); office
                conference with Ms. Kelley damage related
                invoices to be identified as trial exhibits (.3
                hrs.);  prepare and organize stated invoices and
                forward to Ms. Kelley with memorandum for
                processing invoices as trial exhibits (1.6 hrs.).

CHM             Conference with Grace lawyers (.5 hrs.); work            2.70
                on pre-trial issues (1.2 hrs.);  work on memo to
                client re status as per client's instructions (1.0
                hrs.).

W. R. Grace & Co.                                                    Page   12

|  |  |  | **Hours** |
|---|---|---|---|
| 07/15/02 | WH | Work on payment issues re Grace experts (.9 hrs.); prepare letter to Mr. Senftleben re expert invoices (.2 hrs.); confer with expert re payment and trial prep issues (.5 hrs.); work on deposition designations, trial exhibits, stipulation and other trial prep issues (5.6 hrs.). | 7.20 |
| 07/16/02 | MM | Preliminary review and comparison of recently identified Grace damage related invoices against previous chart created by Ms. Flax to assure no duplications, pending (.6 hrs.); continue to review and delete all duplicated entries on recently created database reflecting all Grace invoices and related documents (1.2 hrs.); case management (.3 hrs.). | 2.10 |
|  | NAB | Continue to search production data base and scan correspondence between NJDEP and Allied into electronic case files in preparation for trial. | 6.00 |
|  | WH | Revise list of trial opinions/potential exhibits for each Grace expert and send to experts (3.2 hrs.); conferences with experts and their staff re preparing list of visual aides (2.8 hrs.); revise list of trial exhibits and database entries re same (1.8 hrs.). | 7.80 |
|  | CHM | Revise status memo to client. | 0.50 |
| 07/17/02 | CHM | Meeting at Carella Byrne re scheduling, pre-trial and other issues. | 3.70 |
|  | BB | Respond to telephone inquiry from Dr. Belsito's office (.3 hrs.); place return call to consultant re site sampling for Mr. Hughes and provide feedback to Mr. Hughes (.2 hrs.); prepare email memo of expert for Mr. Hughes (.5 hrs.); consult with Ms. Kelly re Honeywell 7/16/02 supplemental production of invoices (.3 hrs.); consult with Ms. Pelletier re files (.1 hrs.); prepare Bates labels and prepare production documents re Honeywell supplemental production of invoices (3.2 hrs.); continue | 6.80 |

W. R. Grace & Co.                                                   Page    13

                                                                 __Hours__

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |       |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | incorporation of new case documents into indexed case files and electronic files (2.2 hrs.).                                                                                                                                                                                                                                                                                                                                                                                            |       |
| 07/17/02   | RLS | Continue review of Honeywell cost documents.                                                                                                                                                                                                                                                                                                                                                                                                                                            | 1.50  |
|            | SCD | Continue RCRA research project as requested by Mr. Marraro.                                                                                                                                                                                                                                                                                                                                                                                                                             | 2.10  |
|            | MM  | Office conference with Ms. Banks and Ms. Kelley re status of various tasks related to Grace damage invoices (.4 hrs.); finalize review and organization of Grace damage related invoices chart and forward to Ms. Kelley in preparing trial exhibits (1.6 hrs.); finalize review of additional Grace damage related invoices not previous identified on chart from Ms. Flax, and forward same with memorandum to Mr. Hughes for review (1.4 hrs.); continue to review recently created database reflecting all invoices and related documents re eliminating duplicate entries (2.4 hrs.); telephone conference with Mr. Marraro and Ms. Flax re attending trial (.2 hrs.); case management (.3 hrs.). | 6.30  |
|            | WH  | Conferences with Ms. Banks and Mr. Moasser re collecting additional cost documentation in support of Grace's claims (.5 hrs.); review selected cost documents identified by Mr. Moasser (.7 hrs.); revise list of trial exhibits and database entries re same (1.1 hrs.); legal and factual research in support of trial brief (5.5 hrs.). | 7.80  |
| 07/18/02   | BB  | Continue preparation of Honeywell 7/16/02 supplemental production invoices (.7 hrs.); complete incorporation of new correspondence into indexed case files (2.7 hrs.); review boxes of early Mutual production documents, identify relevant supporting documents for draft stipulations and update draft stipulations as appropriate (6.4 hrs.). | 9.80  |
|            | MM  | Review various e-mails received from Ms. Pelletier re allocation research and other various case matters (.2 hrs.); office conferences with | 6.10  |

W. R. Grace & Co.

Page    14

<u>Hours</u>

Mr. Hughes re trial attendance and working with
Ms. Flax, amongst other tasks, damage related
matters as well as working with expert and
supporting documents (.3 hrs.); review and edit
revised Grace damage related chart created by
Ms. Banks from Ms. Flax's original chart
reflecting additional invoices, pending final
approval by Ms. Flax to be used as trial exhibits
(.5 hrs.); telephone conference with Ms. Flax re
additional Grace damage related invoices and
other supporting documents (.2 hrs.); review,
organize and prepare all additional Grace
invoices and forward with cover letter to Ms.
Flax via FedEx for review (1.6 hrs.); forward
e-mail to Ms. Flax status of same (.2 hrs.);
review chart drafted by Ms. Flax and create
binders incorporating all approved Grace
damage related invoices and supporting
documents for trial use, pending completion (2.9
hrs.); office conferences with Ms. Kelley re
various matters relating to identifying all current
damage invoices to be placed on the trial
exhibits list and other  case administrative
matters(.2 hrs.).

| | | |
|---|---|---|
| 07/18/02 AP | Review case research regarding allocation of CERCLA liability. | 0.90 |
| NAB | Scan and incorporate case documents into electronic files (5.9 hrs.); create hyperlinks for same on the appropriate case indices (1.6 hrs.). | 7.50 |
| WH | Review expert's list of proposed trial aides and confer with expert re same (.8 hrs.); review and designate Honeywell reports and related documents for use as trial exhibits per expert's recommendation (2.7 hrs.); review data and other documents related to expert's opinions (.8 hrs.); revise factual stipulations (.6 hrs.); research re common law claims and defenses to same (1.8 hrs.); conferences with Ms. Banks and Mr. Moasser re status of assignments (.4 hrs.); research re calculating interest on Grace's response costs (.5 hrs.); revise timeline of key | 8.80 |

W. R. Grace & Co.                                                          Page   15

                                                                          <u>Hours</u>

|  |  |  |  |
|---|---|---|---|
| | | events and confer with Mr. Kaider re scanning/linking documents re same (1.2 hrs.). | |
| 07/18/02 | SCD | Continue RCRA research project per Mr. Marraro's request. | 7.50 |
| | CHM | Meeting in NJ with client and experts. | 3.50 |
| | CHM | **Travel back to Washington (2.6 hrs.).  (Travel time billed at one-half standard rates; 10% deducted here; another 40% deducated at end of statement.)** | 2.30 |
| | RLS | Continue review of Honeywell cost documents. | 1.50 |
| 07/19/02 | BB | Continue review of boxes of early Mutual production documents, identify relevant supporting documents for draft stipulations and update draft stipulations as appropriate (3.8 hrs.); conference with Mr. Hughes re status of pretrial projects and clarify the next steps required on various projects assigned to Messrs. Moasser and Smith (.7 hrs.); conference with Messrs. Moasser and Smith regarding preparation and incorporation of supplemental supporting invoices for Honeywell expert into Honeywell site cost table (5 hrs.); incorporate new documents into indexed case file and create new files as appropriate (3.2.hrs.); create files for designated pretrial exhibits issues (.6 hrs.). | 8.80 |
| | RLS | Continue review and organization of Honeywell cost documents. | 2.50 |
| | WH | Collect and designate various Honeywell reports and documents as trial exhibits (2.6 hrs.); revise trial exhibit list re Grace's cost documentation (1.4 hrs.); research re demonstrating compliance with NCP and related CERCLA cost recovery issues (2.3 hrs.) research re CERCLA allocation issues and cases (.8 hrs.). | 7.10 |

W. R. Grace & Co.                                                          Page   16

|  |  |  | Hours |
|---|---|---|---|
| 07/19/02 | CHM | Conference call with experts (.6 hrs.); work on schedule for pre-trial (.8 hrs.); work on arrangements for trial (.5 hrs.). | 1.90 |
|  | SCD | Continue RCRA research project per Mr. Marraro's request. | 6.30 |
|  | MM | Office conference with Mr. Hughes re amending expert chart recently created by Mr. Smith with additional invoices (.2 hrs.); office conferences with Mr. Smith re same (.2 hrs.); preliminary review and organization of additional invoices to be incorporated in the chart (.4 hrs.); incorporate stated invoices in chart, pending completion (.6 hrs.); forward e-mail to Ms. Flax re follow-up pertaining to additional Grace damage related invoices and other supporting documentation (.1 hrs.); continue to review and delete duplicate entries from recently created database reflecting all invoices and related material (2.7 hrs.); office conferences with Ms. Kelley re various issues relating to clarification of approved Grace related invoices to be identified on trial exhibit list (.5 hrs.); case management (.2 hrs.). | 4.90 |
| 07/20/02 | WH | Work on trial brief and legal/factual research re same. | 2.00 |
|  | MM | Continue to review and incorporate additional invoices in the chart (3.6 hrs.); telephone conference with Ms. Flax re review of additional Grace damage related invoices and other supporting documents to be incorporated into damage chart as approved identified invoices (.3 hrs.); office conference with Ms. Banks re same (.1 hrs.). | 4.00 |
|  | BB | Read, analyze contents of designated trial exhibits, cross reference against draft exhibits list to verify descriptions are consistent with document, and make revisions as appropriate (2.6 hrs.); compile directory of early Mutual officers and employees with verification of title | 5.80 |

W. R. Grace & Co.                                                                    Page    17

                                                                         <u>Hours</u>

|   |   |   |   |
|---|---|---|---|
|  |  | and dates (1.9 hrs.); identify additional pertinent documents to be added to exhibits list (1.3 hrs.). |  |
| 07/22/02 | NAB | Prepare binders of Allied correspondence in preparation for trial and create index for same. | 2.50 |
|  | MM | Finalize draft of Grace damage chart per Ms. Flax's instructions re reviewing and incorporating additional back-up material for already identified invoices as well as adding new invoices recently identified, and forward to her for review via e-mail (4.6 hrs.); draft memorandum to Mr. Marraro with additional Grace damage related document for his review per Ms. Flax's request (.3 hrs.); continue to review, organize and incorporate additional documents into the chart (2.2 hrs.). | 7.10 |
|  | CHM | Conference with J. Agnello. | 0.50 |
|  | SCD | Continue RCRA research project per Mr. Marraro's request. | 7.60 |
|  | BB | Review and quality check trial exhibits descriptions, cross reference and analyze designated exhibits against list, make revisions and supplement list as appropriate. | 8.50 |
| 07/23/02 | NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 7.50 |
|  | SCD | Continue RCRA research project as per Mr. Marraro's instructions. | 8.10 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (8.1 hrs.); conference with Ms. Bynum re status of Honeywell correspondence collection (.2 hrs.); conference with Ms. Kelly re status of | 8.50 |

W. R. Grace & Co.

Page   18

| | | | Hours |
|---|---|---|---|
| | | incorporation of Grace's invoices re damages issue on exhibits list (.2 hrs.). | |
| 07/23/02 | AP | Research regarding duty to warn public of pollution hazard. | 1.70 |
| | MM | Continue to review, organize and incorporate additional Honeywell invoices and other supporting documents into the chart recently created by Mr. Smith, pending completion (2.7). | 2.70 |
| | CHM | Review memo from client (.5 hrs.); conference with Grace attorney (.2 hrs.); review issues with ICO (.6 hrs.); conference with client (.2 hrs.); work on exhibit issues (1.5 hrs.). | 3.00 |
| 07/24/02 | AP | Research regarding duty to warn of pollution hazard. | 7.00 |
| | MM | Review, review and put in final the Grace damage chart as requested by Ms.Flax (2.3 hrs.); forward via e-mail revised version of stated chart to Ms. Flax for review with brief description of attachment (.2 hrs.); create binders (i.e., 4 volumes with index and tabs) incorporating all Grace damage documents for trial (1.4 hrs.); office conferences with Ms. Banks re assuring all Grace damage documents are placed on trial exhibit list and organization of files re same (.3 hrs.); office conference with Ms. Kelley re incorporating all approved Grace damage documents on trial exhibit list and clarification of various documents for identification (.4 hrs.); office conference with Ms. Pelletier re motion and forwarding it to her via e-mail with corrections (.1 hrs.); review motion for corrections and forward to Ms. Pelletier (.4 hrs.); forward e-mail to Mr. Marraro re status of his review of recently submitted additional Grace damage document for identification (.1 hrs.); continue to review, organize and revise chart re incorporating additional documents (3.1 hrs.). | 8.30 |

W. R. Grace & Co.                                                      Page    19

|  |  |  | **Hours** |
|---|---|---|---|
| 07/24/02 | BB | Attend telephone conference with Messrs. Marraro with counsel re proposed scheduling of pretrial events (.5 hrs.); draft Aug. and Sept. calendars of pretrial prep due dates per 7/24/02 telephone conference and email draft to Mr. Marraro (.7 hrs.); incorporate new court filing into indexed case files and electronic files (.3 hrs.); continue review and quality check of trial exhibits list descriptions, cross reference and analysis of designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (2.0 hrs.); incorporate new facts into draft timeline for Mr. Hughes (.7 hrs.). | 4.20 |
|  | CHM | Conference with ICO re scheduling (.8 hrs.); conference with client (.7 hrs.); conference with client and others re property use issues (4.2 hrs.); prepare draft calendar (.6 hrs.); conference with ICO re same (.2 hrs.). | 6.70 |
|  | SCD | Continue RCRA research project as per Mr. Marraro's instructions. | 8.20 |
| 07/25/02 | CHM | All-day meeting working on pre-trial in NJ with local counsel. | 8.20 |
|  | BB | Prepare email message to local counsel re draft exhibits list per Mr. Marraro (.3 hrs.); telephone conference with Ms. Upton regarding nature and content of production documents in her possession (.5 hrs.); conference with Ms. Bynum to resolve issue re plans for Honeywell correspondence CDs (.1 hrs.); continue review and quality check of trial exhibits list descriptions, cross reference and analysis of designated trial exhibits; research case records for alternative documents and make revisions/additions to list as appropriate (102-286) (9.2 hrs.). | 10.10 |

W. R. Grace & Co.                                                                      Page    20

|  |  |  | Hours |
|---|---|---|---|
| 07/25/02 | CHM | **Travel to NJ and return to DC for meeting (4.2 hrs.). (Travel time billed at one-half of standard rates; 10% indicated by time on this sheet; 40% deducted at end of statement.)** | 3.80 |
| | SCD | Research RCRA project (4.8 hrs; drafting memo re same (4.3 hrs.). | 9.10 |
| | MM | Continue to review, organize and incorporate additional documents into Delaney's chart, pending (3.6 hrs.). | 3.60 |
| 07/26/02 | CHM | Conference call with J. Agnello re various issues (.8 hrs.); review in limine brief (.8 hrs.). | 1.60 |
| | MM | Office conference with Ms. Pelletier re various matters re trial preparation (.3 hrs.); continue to review, organize and incorporate additional documents into the cost chart reflecting various site invoices and other supporting documents (4.4 hrs.); continue to review and eliminate duplicate entries from recently created database reflecting all invoices (1.4 hrs.); case management (.3 hrs.). | 6.40 |
| 07/28/02 | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (documents 287- 319). | 7.00 |
| 07/29/02 | MM | Finalize review, organization and incorporation of additional documents received from Honeywell and revise cost chart reflecting same (3.3 hrs.); office conference with Ms. Banks re completing same as well as incorporation of same into case files as well as status of recent court ruling on motion for summary judgments (.3 hrs.); finalize the review, organization and incorporation of all Grace damage documents and incorporate into case files (1.1 hrs.); review and revise case index re incorporating both | 6.10 |

W. R. Grace & Co.

Page   21

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Honeywell documents and Grace damage documents (.4 hrs.); review recent court's opinion re stated motion for summary judgments and order (.3 hrs.); preliminary review of expert report and all supporting documents per Mr. Hughes request re confirmation of all identified documents and other miscellaneous supporting documents he relied upon (.4 hrs.); case management (.3 hrs.). |  |
| 07/29/02 | NAB | Continue preparation of binders of Allied correspondence in preparation for trial and create index for same. | 3.50 |
|  | CHM | Conference with client (.3 hrs.); conference with J. Agnello (.5 hrs.); review J. Cavanaugh summary judgment opinion (1.2 hrs.). | 2.00 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (320  355). | 10.10 |
| 07/30/02 | MM | Review recent correspondence (.2 hrs.); continue to review remove all duplications from recently created databases incorporating all invoices (2.4 hrs.); case management (.2 hrs.). | 2.80 |
|  | CHM | Review fee report document for local counsel. | 0.50 |
|  | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list (documents 355-491). | 12.00 |

W. R. Grace & Co.                                                                Page   22

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours |
|------------|-----|-------|

07/30/02 NAB    Continue preparation of binders of Allied                3.00
                correspondence in preparation for trial and
                create index for same.

07/31/02 WH     Review court's decision on summary judgment              9.20
                motions and confer with Messrs. Marraro,
                Agnello and consultant re same (2.4 hrs.);
                review new case correspondence and confer
                with Ms. Banks re same (.6 hrs.); review draft of
                Mr. Dubuc's RCRA memorandum (1.8 hrs.);
                conference with Mr. German re trial prep issue
                (.3 hrs.); review Ms. Pelletier's stips re license
                agreement breaches and revise same (1.4 hrs.);
                conferences with various Grace experts re their
                proposed testimony aids/exhibits from experts
                re same (2.7 hrs.).

        MM      Office conference with Mr. Hughes re various             3.70
                case matters completed (i.e., Grace damage
                chart, etc.) and other various tasks to be
                completed in preparation for trial as well as
                discussion re recent opinion re motions for
                summary judgments (.6 hrs.); continue to
                review, organize and delete duplicate entries
                from Grace invoice database (1.6 hrs.);
                preliminary review of Grace damage cost and
                establishing interest due (.6 hrs.); review various
                Grace damage related trial exhibits re assuring
                all supporting documents have been incorporate
                on trial exhibit list (.7 hrs.); case management
                (.2 hrs.).

        BB      Continue review and quality check of trial               8.80
                exhibits list descriptions, cross reference and
                analyze proposed trial exhibits, research case
                records for alternative documents and make
                revisions/additions to list as appropriate, cross
                reference against supporting documents for draft
                stipulations and incorporate same into proposed
                trial exhibits list (documents 492 - 630) ( 8.5
                hrs); consult with Mr. Hughes re case
                developments and status of trial exhibits (.3
                hrs.).

W. R. Grace & Co.                                                    Page   23

                                                                    **Hours**

07/31/02 NAB    Continue preparation of binders of Allied              6.30
                correspondence in preparation for trial and
                create index for same.

                                                                    **Amount**

        Total Fees                                          638.80 $144,253.00

Disbursements:

            Copy Costs - Internal                                    4,369.65
            Expert Witness Fee                                      10,000.00
            Facsimile Costs                                             95.25
            FedEx Costs                                               171.44
            Lexis Costs                                               384.03
            Long Distance Charges                                     163.57
            Outside Copies                                          1,012.01
            Overtime Meals                                             18.65
            Overtime Transportation                                   495.34
            Secretarial Overtime                                      712.08
            Westlaw                                                 3,068.49
                                                                _____
        Total Disbursements                                        $20,490.51
                                                                _____
        Total Amount Of This Bill                                 $164,743.51

07/31/2002 Less Deduction of 40% of Fees Per Agreement            ($57,701.20)
                                                                _____
        Balance Due                                               $107,042.31


                            Timekeeper Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Barbara Banks, Paralegal | 178.80 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 77.40 | 100.00 |
| Steven C. Dubuc, Associate | 64.30 | 270.00 |
| William Hughes, Counsel | 112.50 | 350.00 |
| Christopher H. Marraro, Partner | 85.70 | 440.00 |
| Mahmoude Moasser, Paralegal | 89.00 | 135.00 |
| Angela Pelletier, Associate | 20.80 | 225.00 |
| Reilly L. Smith, Paralegal | 10.30 | 120.00 |



Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13046

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

| | | | Hours |
|---|---|---|---|
| 07/09/02 | CHM | Conference with B. Cupp re scheduling of meeting at site. | 0.20 |
| 07/11/02 | CHM | Conference with A. Nagy and B. Cup re meeting. | 0.50 |
| 07/19/02 | CHM | Several conference calls to coordinate meetings. | 0.60 |

| | | Amount |
|---|---|---|
| Total Fees | 1.30 | $572.00 |
| Balance Due | | $572.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.30 | 440.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13048

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 07/01/02 CHM | Prepare interim fee report (2.8 hrs.); review auditor comments (.5 hrs.). |  | 3.30 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 3.30 | $1,452.00 |
| Balance Due |  | $1,452.00 |

|  | Timekeeper Summary |  |  |
|---|---|---|---|
| Name |  | Hours | Rate |
| Christopher H. Marraro, Partner |  | 3.30 | 440.00 |



Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13049

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 07/10/02 CHM | Respond to auditor and review reports. | 1.80 |  |

|  | **Hours** | **Amount** |
|---|---|---|
| Total Fees | 1.80 | $792.00 |
| Balance Due |  | $792.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.80 | 440.00 |


Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

August 27, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13050

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

| | | Hours |
|---|---|---|
| 07/01/02 CHM | Review materials from client. | 0.50 |
| 07/10/02 CHM | Review materials from client. | 0.50 |
| 07/11/02 RM | Review news articles and Mr. Marraro's files and update case files and indices with same. | 0.50 |
| 07/18/02 CHM | Review materials from client. | 0.50 |
| 07/24/02 CHM | Conference with C. Neitzel (.2 hrs.); conference with G. Lucero re same (.2 hrs.); review Oct. 1, 2001 memo (.3 hrs.). | 0.70 |
| 07/30/02 CHM | Review materials from client. | 0.50 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 3.20 | $1,248.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 2.70 | 440.00 |
| Rebecca Mitchell, Paralegal | 0.50 | 120.00 |