**Exhibit B**
August 2002 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )   Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )   Case No. 01-01139 (JKF)
                                          )   (Jointly Administered)
                                          )
            Debtors.                      )

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.

 

_____

Christopher N. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 25th day of September 2002.

_____
Notary Public

My Commission Expires: July 14, 2006.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) | |

**SUMMARY COVERSHEET TO SEVENTEENTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2002 THROUGH AUGUST 31, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $94,828.80 for the period August 1, 2002 through August 31, 2002 (80% of $118,536.00 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $23,851.10 for the period August 1, 2002 through August 31, 2002. |

This is a:    Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | No objections served on Counsel | No objections served on counsel |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 80% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 80% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 80% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the seventeenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 121.9 | $53,636.00 |
| Alec Zacaroli | Associate | $210 | 3.8 | $798.00- |
| William Hughes | Counsel | $350 | 180.6 | $63,210.00 |
| Steven C. Dubuc | Associate | $270 | .5 | $135.00 |
| Tamara Parker | Associate | $270 | 79.9 | $21,573.00 |
| Rebecca Mitchell | Paralegal | $120 | .3 | $36.00 |
| Barbara Banks | Paralegal | $135 | 208.4 | $28,134.00 |
| Natasha Bynum | Legal Clerk | $100 | 104.1 | $10,400.00 |
| Mahmoude Moasser | Paralegal | $135 | 111.6 | $15,066.00 |
| | | | | |

Total Fees                                  $192,988.00
Less 40% Discount for Allied    $( 74,462.00)

Balance Due                              $118,536.00

Total Hours                    811.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Air Fares | $4,955.00 |
| Auto Rentals | $1,186.63 |
| Copies- Internal and Outside | $3,901.90 |
| Facsimile | $179.25 |
| Telephone | $530.03 |
| Lexis/Westlaw Costs | $5,653.57 |
| FedEx | $314.79 |
| Overtime Meals | $15.50 |
| Overtime Transportation | $853.22 |
| Secretarial Overtime | $89.01 |
| Car Service | $231.38 |
| Hotels | $3,026.01 |
| Meals on Trips | $257.25 |
| Postage | $3.85 |
| Parking on Trips | $304.00 |
| Certified Copy of Documents | $21.00 |
| Meals for Meetings - DC, Miami, NYC | $2,196.09 |
| Overtime Meals - Attorney/Paralegals | $132.62 |
| | |
| Total | $23,851.10 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

September 24, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13098

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  | | | **Hours** |
|---|---|---|---|
| 08/01/02 | NAB | Review case files and production data base for correspondence between NJDEP and Grace entities in preparation for trial and compile relevant documents. | 4.00 |
| | BB | Telephone call to consultant re DEP issues for Mr. Hughes (.2 hrs.); place telephone call to consultant and send e-mail to Mr. Hughes (.4 hrs.); send email message and leave voice message of results of telephone call for Mr. Hughes (.2 hrs.); prepare email to Ms. Flax forwarding draft exhibits lists to date for Mr. Hughes (.2 hrs.); continue review and quality check of descriptions of trial exhibits 604 to 625, cross reference and analyze descriptions against documents, research case records for alternative documents and make revisions and additions to list as appropriate, and cross reference list against supporting documents for draft stipulations and incorporate unlisted supporting documents into the trial exhibits list (6.1 hrs.). | 7.10 |

W. R. Grace & Co.                                                              Page    2

|  |  | | **Hours** |
|---|---|---|---|
| 08/01/02 | WH | Review new case correspondence etc. and confer with Ms. Banks re same (.7 hrs.); conferences with expert re geo-technical and environmental matters in connection with trial prep (2.8 hrs.); legal research in connection with trial prep matter (3.3 hrs.); review supplemental production of documents from Honeywell and provide to non-testifying expert (1.2 hrs.); conference with non-testifying expert re identifying/collecting documents re Mutual's historical activities (.4 hrs.); revise trial exhibit list (.8 hrs.). | 9.20 |
|  | MM | Finalize the review of expert's report and supporting documents per Rhodes request (.8 hrs.); review recent correspondence (.3 hrs.); preliminary research of New Jersey Department of Environmental Protection re calculations for figuring out interest on all costs relating to site (1.3 hrs.); telephone conference with NJ DEP re same (.3 hrs.); review NJ federal and state civil rules re same (.6 hrs.); office conference with Mr. Hughes re status of same (.2 hrs.); follow-up review of damage related documents and prepare them for trial exhibits (1.1 hrs.); office conference with Mr. Hughes and Ms. Banks re same (.2 hrs.); finalize review, organization and deleting duplicate entries from Grace invoice database (1.1 hrs.). | 6.10 |
| 08/02/02 | MM | Review recent correspondence (.3 hrs.); continue to research the New Jersey Department of Environmental Protection re calculations for figuring out interest on all cost relating to site (.6 hrs.); preliminary calculation of same re cost, pending (.7 hrs.); miscellaneous task in preparation of various trial exhibits re Grace damage cost (1.1 hrs.); case management (.5 hrs.). | 3.20 |
|  | BB | Continue review and quality check of descriptions of trial exhibits 626 to 641, cross reference and analyze descriptions against documents, research case records for alternative documents and make revisions and additions to | 3.40 |

W. R. Grace & Co.                                                                Page      3

|  |  |  | Hours |
|---|---|---|---|
|  |  | list as appropriate, and cross reference list against supporting documents for draft stipulations and incorporate unlisted supporting documents into the trial exhibits list (2.7 hrs.); research case files, collect and prepare additional documents as appropriate (.7 hrs.). |  |
| 08/02/02 | CHM | Conference with expert re various issues (.8 hrs.); conference with client (.5 hrs.); research RCRA cases (1.0 hrs.). | 2.30 |
| 08/03/02 | BB | Continue review and quality check of trial exhibits list descriptions, cross reference and analyze proposed trial exhibits, research case records for alternative documents and make revisions/additions to list as appropriate, cross reference against supporting documents for draft stipulations and incorporate same into proposed trial exhibits list. | 4.50 |
| 08/05/02 | WH | **Travel to New Jersey for meeting (2.0 hrs.). Travel time discounted by 50% (10% discount here and 40% discount at end of bill.)** | 1.80 |
|  | WH | Conferences with expert re trial exhibits/demonstrative aids re geotechnical issue (.7 hrs.); review site video in connection with trial prep issue (.6 hrs.); review proposed exhibits from expert and confer with consultant anda expert re same (.6 hrs.); review other expert proposed exhibits and confer with expert re same (.5 hrs.); conference with other expert re exhibits and trial prep matter (.4 hrs.); prepare for meeting with Messrs. Agnello, Marraro and expert in NJ re trial prep matters (4.2 hrs.). | 7.20 |
|  | CHM | Meeting in NJ on trial preparation matters. | 7.00 |
|  | NAB | Search production database and case index for photographs of the Valley Fair Building prior to demolition (3.4); scan and incorporate case documents into electronic files (2.5 hrs.); create hyperlinks for same on the appropriate case indices (1.6 hrs.). | 7.50 |

W. R. Grace & Co.                                                          Page     4

|  |  |  | **Hours** |
|---|---|---|---|
| 08/05/02 | BB | Revise entries of Grace damages documents on exhibits list (3.3 hrs.); continue organization of exhibits list into trial categories (5.0hrs.);  print, organize, and prepare proposed trial testimony and exhibits materials for experts for Messrs. Marraro's and Hughes' 8.6.02 meeting with expert (2.1 hrs.);  place telephone calls to experts re preparation for trial testimony for Mr. Hughes (.2 hrs.); prepare FedEx package of expert materials and ship to Carella Byrne for Mr. Hughes (.5 hrs.). | 11.10 |
|  | MM | Continue to review and incorporate additional supporting documents re Grace damage related trial exhibits (1.8 hrs.); continue to review and calculate interest on Grace cost per Mr. Hughes' request in preparation for trial (.4 hrs.); case management (.2 hrs.). | 2.40 |
| 08/06/02 | BB | Continue organization of trial exhibits into trial categories and group each category in chronological order (3.8 hrs.); research production database for replacement and/or supplemental documents as needed, collect, prepare and incorporate into exhibits list (5.9 hrs.). | 9.70 |
|  | WH | **Travel from New Jersey to D.C. (2.0 hrs.) Travel time discounted by 50%; 10% here and 40% at end of statement.** | 1.80 |
|  | CHM | **Travel from NYC to NJ meeting (1.0 hrs.) Travel time discounted by 50%; 10% here and 40% at end of statement.** | 0.90 |
|  | WH | All day meeting in NJ with Messrs. Agnello, Marraro and expert re experts and other trial prep matters. | 8.00 |
|  | NAB | Continue to search production database and case index for photographs of the Valley Fair Building prior to demolition (3.3 hrs.); contact consultants's office regarding same and arrange to have duplicate photographs sent by FedEx (0.6 hrs.); scan and incorporate case documents | 7.50 |

W. R. Grace & Co.                                                    Page    5

                                                                    __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | into electronic files (2.4 hrs.); create hyperlinks for same on the appropriate case indices (1.2 hrs.). |  |
| 08/06/02 | MM | In preparation for trial, continue to review and revise Grace damage chart (.7 hrs.); review additional supporting documents relating to Grace damages (.9 hrs.); continue to review and revise Honeywell cost chart (1.1 hrs.); review and revise Honeywell cost chart (1.2 hrs.); continue to review cost associated with site and perform calculations according to State/Federal rates per Mr. Hughes request, pending (1.1 hrs.); office conference with Ms. Banks re request for additional trial preparation task (.1 hrs.). | 5.10 |
| 08/07/02 | NAB | Continue review of case files and production data base for correspondence between NJDEP and Grace in preparation for trial and compile relevant documents. | 6.90 |
|  | WH | Conferences with experts re changes to demonstrative exhibits per discussions with co-counsel at 8/6 meeting (1.2 hrs.); revise case status memo to Mr. Corcoran (.3 hrs.); factual research in support of stips and trial outline (2.6 hrs.); review letter to court re scheduling matter and confer with Mr. Agnello re same (.3 hrs.); conference with counsel for ICO re stipulations and site contamination issue (.4 hrs.); revise fact stipulations per meeting with Messrs. Agnello and Marraro and review documents in support of same (4.3 hrs.). | 9.10 |
|  | BB | Continue proofing, categorizing and chronolizing draft exhibits list (5.5 hrs.); telephone conference with Mr. Hughes (.1 hrs.); collect pertinent contact information and prepare email to Mr. Corcoran for Messrs. Marraro and Hughes (.3 hrs.); conference with Mr. Hughes re case developments and status of pretrial assignments (.4 hrs.);  review, analyze, sort, organize, prepare and incorporate new | 10.00 |

W. R. Grace & Co.                                                                    Page        6

|  |  | **Hours** |
|---|---|---|
|  | correspondence and court filings into indexed case files (3.7 hrs.). |  |
| 08/07/02 MM | Office conference with Mr. Hughes re status of calculating interest for all Grace entities' cost to date under CERCLA (PA) as well as discussion on additional documents to be crossed against the Honeywell chart recently identified from database and status of pending additional Grace entitles' damage related documents to be incorporated in chart (.4 hrs.); review and revise Grace entities' damage chart (1.2 hrs.); review and revise Honeywell cost chart (1.1 hrs.); review and revise general cost/invoice chart (1.3 hrs.); review trial exhibit list re confirming all descriptions of identified Grace damage relating invoices (.7 hrs.). | 4.70 |
| 08/08/02 CHM | Review depositions (2.2 hrs.); work with experts on exhibits (2.4 hrs.). | 4.60 |
| WH | Finalize pre-trial fact stipulations (2.6 hrs.); revise list of legal issues for pretrial (.5 hrs.); conferences with paralegals re assignments (.5 hrs.); review revised table of documents evidencing Grace entities' costs/damages and review selected documents re same (2.2 hrs.); work on deposition designation (1.5 hrs.). | 8.30 |
| NAB | Continue review of case files and production data base for correspondence between NJDEP and Grace in preparation for trial and compile relevant documents. | 7.50 |
| BB | Incorporate new court filing into indexed case files and electronic files (.3 hrs.); research case records for pertinent information and dates for draft stipulations for Mr. Hughes (6.0 hrs.); prepare email message to case expert (.4 hrs.); telephone conference with Mr. Hughes (.3 hrs.). | 7.00 |
| 08/09/02 BB | Continue research of production databases and case records for pertinent information on Drive-In theater for draft stipulations for Mr. Hughes (2.4 hrs.); conference with Mr. Hughes | 8.90 |

W. R. Grace & Co.

Page    7

<u>Hours</u>

|  |  |  |  |
|---|---|---|---|
|  |  | re status of remaining pretrial preparation assignments (.2 hrs.); conference with Mr. Hughes re possible revision in trial date (.1 hrs.); prepare email message to Mr. Hatfield for Messrs. Marraro and Hughes (.2 hrs.); review new correspondence and court filing, prepare and incorporate into indexed case files (2.7 hrs.); organize designated trial exhibit documents by trial issue/category (3.3 hrs.). |  |
| 08/09/02 | SCD | Confer with Mr. Hughes re research re imminent and substantial endangerment issues and send memo to Mr. Hughes re same. | 0.50 |
|  | NAB | Scan and incorporate case documents into electronic files (4.9 hrs.); create hyperlinks for same on the appropriate case indices (2.6 hrs.). | 7.50 |
|  | WH | Conference with Mr. German re stipulations and other matters regarding trial (.4 hrs.); conferences with non-testifying consultant re composition of Mutual's COPR, Mutual's operations in Jersey City and related issues, and review assorted documents re same (3.8 hrs.); identify additional documents for inclusion on exhibit list and revise database re same (1.6 hrs.); conferences with Ms. Banks re assignments (.5 hrs.); legal research in support of Grace's cross-claims against Honeywell (1.4 hrs.); confer with consultants re meeting in NJ on experts and related tasks (.6 hrs.). | 8.30 |
| 08/12/02 | WH | Review new surface water sampling data produced by Honeywell and confer with experts re same (.7 hrs.); revise trial exhibit list for review at 8/13 meeting with co-counsel in NJ (1.8 hrs.); review Honeywell's ecological risk assessment, NJDEP correspondence commenting on same and related documents (1.3 hrs.); conference with expert re meeting and site visit (.5 hrs.); prepare for meeting with co-counsel in Roseland, NJ on 8/13 (2.4 hrs.). | 6.70 |

W. R. Grace & Co.                                                                              Page    8

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/12/02   | MM   | Review recent correspondence (.3 hrs.); office conference with Mr. Hughes and Ms. Banks re status of case and possibility of new trial date (.2 hrs.); review case main database re all produced documents (1.6 hrs.).                                                                                                                                                                                                                                                                                                | 2.10  |
|            | BB   | Continue proofing, revising and quality checking exhibits list (7.0 hrs.); conference with Mr. Hughes re same (.4 hrs.); prepare pertinent materials for Mr. Marraro for attorney conference in New Jersey (.7 hrs.); conference with Mr. Hughes re assignment (.2 hrs.); prepare email memo to consultant for Mr. Hughes re dates and supporting documents for excerpt draft stipulations (.7 hrs.); prepare email message and draft exhibits list to Ms. Flax for 8/13/02 attorney meeting in New Jersey (.4 hrs.); prepare fax to Mr. Hughes in NJ (.4 hrs.) | 9.80  |
|            | NAB  | Continue review of case files and production data base for correspondence between NJDEP and Grace in preparation for trial and compile relevant documents.                                                                                                                                                                                                                                                                                                                                                          | 7.50  |
|            | CHM  | Review and evaluate draft visual aides for experts (2.3 hrs.); conference with Grace attorney (.5 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                            | 2.80  |
|            | WH   | **Travel to NJ for meeting (2.0 hrs.).  Travel time billed at 50%; 10% here and 40% at end of statement.**                                                                                                                                                                                                                                                                                                                                                                                                          | 1.80  |
| 08/13/02   | CHM  | Meeting with experts in NJ (7.0 hrs.); conference with client re various matters (1.5 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                         | 8.50  |
|            | CHM  | **Travel to NJ for meeting with expert (2.2 hrs.). Travel time billed at 50%; 10% here and 40% at end of statement.**                                                                                                                                                                                                                                                                                                                                                                                               | 1.90  |
|            | MM   | Office conference with Ms. Banks re reviewing additional damage relating cost previously identified by Ms. Pelletier against current Grace damage chart (.2 hrs.); preliminary review of same, pending (1.3 hrs.); continue to review                                                                                                                                                                                                                                                                                 | 3.10  |

W. R. Grace & Co.

Page    9

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | main database re all produced documents (1.6 hrs.). |  |
| 08/13/02 | WH | Site visit and pre-meeting in NJ with expert and consultant (2.2 hrs.); meeting in NJ with co-counsel in connection with trial prep (7.4 hrs.). | 9.60 |
|  | BB | Respond to email from consultant (.2 hrs.); insert Bates numbers of supporting documents for stipulations on 8/9/02 draft of stipulations for Mr. Hughes (1.8 hrs.); cross reference Bates numbers against proposed trial exhibits list to insure all supporting stipulation documents are on the list (1.8 hrs.); conference with Mr. Hughes by telephone on assignment re recent sampling results for expert (.1 hrs.); prepare letter and FedEx package of same to expert for Mr. Hughes (.3 hrs.); read and analyze set of documents collected by Ms. Pelletier in support of draft stipulations re Mutual and workers' compensation claims (1.0 hrs); supplement draft stipulations supporting documents as appropriate (.9 hrs.); conference with Mr. Moasser re need for follow up and cross reference of invoices not produced against invoices listed on damages chart (.1 hrs.); proof additions to 8/9/02 draft stipulations ( .5hrs.); review new correspondence (.5 hrs.). | 7.20 |
| 08/14/02 | BB | Telephone conference with Mr. Marraro re trial date change and assignment for email message to experts (1 hrs.); prepare email message and send to all experts per Mr. Marraro's request (4 hrs.); research production database, identify, collect and prepare supporting documents for draft stipulations as requested by Mr. Hughes (8.6 hrs.). | 9.10 |
|  | CHM | Meeting with counsel in NJ to work on trial preparation (8.0 hrs.). | 8.00 |
|  | MM | Continue to cross reference damage relating cost previously identified by Ms. Pelletier against current damage chart, pending completion (1.9 | 6.40 |

W. R. Grace & Co.                                                                                      Page    10

__Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | hrs.); continue to review main database re all produced documents pertaining to Grace entities' damage cost documents and whether all have been produced previously as requested by Mr. Hughes, pending (1.8 hrs.); continue to review additional Allied cost documents against Honeywell cost documents as identified on chart (2.4 hrs.); case management (.3 hrs.). |  |
| 08/14/02 | CHM | **Travel to D.C. (2.2 hrs.). Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.90 |
|  | WH | **Travel to D. C. (2.0 hrs.) Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.80 |
|  | NAB | Complete review of case files and production data base for correspondence between NJDEP and Grace in preparation for trial and compile relevent documents (3.2 hrs.); create index re same (4.3 hrs.) | 7.50 |
|  | WH | All day meeting with co-counsel in NJ re experts, stipulations and other trial prep matters. | 8.00 |
| 08/15/02 | MM | Continue to review various cost documents against current Grace damage chart, pending (.8 hrs.); review and revise Grace damage chart (.7 hrs.); review and revise Grace invoice chart (1.1 hrs.); review and revise comprehensive index of Honeywell cost documents chart (.9 hrs.); office conference with Mr. Hughes re status of new trial date set for 12/3/02 as well as other trial preparation task to be completed (.2 hrs.). | 3.70 |
|  | CHM | Various conferences re development issues (1.2 hrs.); work on revised stipulations (2.0 hrs.); conferences with experts re upcoming meetings (1.4 hrs.); review Wong depositions (1.6 hrs.). | 6.20 |
|  | BB | Prepare email message and attached 8/9/02 draft stipulations to Ms. Flax per Mr. Hughes request (.2 hrs.); continue collection, preparation and organization of supporting documents for draft stipulations per Mr. Hughes' request (6.3); | 8.40 |

W. R. Grace & Co.                                                                Page   11

                                                                                  <u>**Hours**</u>

| | | |
|---|---|---|
| | conference with Mr. Hughes re video tape received from expert and arrange for duplication of same (.3 hrs.); conference with Ms. Kelly re organization of trial exhibits for attorney review (.2 hrs.); collect and prepare Wong deposition miniscripts for Mr. Marraro (.4 hrs.); collect and email pertinent admissions table to Mr. Hughes (.1 hrs.); sort and prepare new correspondence (.5 hrs.); review and quality check Honeywell supplemental production (.4 hrs.). | |
| 08/15/02 WH | Review message from expert re NJDEP meeting and confer with non-testifying expert re same (.5 hrs.); work on stipulations, exhibits, expert issues and other trial prep matters (7.4 hrs.); conferences with Ms. Banks and Mr. Moasser re assignments (.5 hrs.). | 8.40 |
| NAB | Continue to index and organize binder of correspondence between NJDEP and Grace in preparation for trial | 7.50 |
| 08/16/02 WH | Conferences with groundwater and soil remediation experts re their demonstrative exhibits and supporting documents (.8 hrs.); review additional environmental and geo-technical reports and articles for possible inclusion on exhibit list (2.3 hrs.); identify issues to be addressed in trial brief and conduct legal and factual research in connection with same (3.4 hrs.); conferences with Ms. Banks and co-counsel re revisions to factual stipulations (2.0 hrs.); conferences with non-testifying expert re factual research on Mutual's historical operations (.4 hrs.). | 8.90 |
| MM | Review recent correspondence (.2 hrs.); finalize the incorporate of additional Grace damage relating invoices and supporting documents (1.8 hrs.); review and revise case working binders and central files re incorporating stated additional Grace damage invoices (.4 hrs.); office conference with Mr. Hughes re same as well as other non-produced invoices that will not be incorporated (.2 hrs.); draft memorandum | 6.60 |

W. R. Grace & Co.                                                                                  Page    12

                                                                                           __Hours__

to file attaching stated non-produced invoices as
requested by Mr. Hughes (.3 hrs.); office
conference with Ms. Banks re revising trial
exhibit list re same (.1 hrs.); follow-up
telephone conferences with Ms. Banks and Mr.
Hughes re following up with all experts to
assure that we have received all photographs to
be used at trial (.3 hrs.); follow-up with all
expert via telephone re same, pending responses
(1.2 hrs.); follow-up telephone conference with
expert re status of same (.2 hrs.); telephone
conferences with Ms. Flax re calculation of all
Grace cost as well as all experts and whether all
photographs have been received for review for
trial preparation, pending (.2 hrs.); review all
expert files re status of same (1.3 hrs.); case
management (.4 hrs.).

08/16/02  NAB    Continue to index and organize binder of                       7.50
                 correspondence between NJDEP and Grace in
                 preparation for trial (1.9 hrs.); Search
                 production database for Mutual documents
                 requested by Mr. Hughes and pull same from
                 case files (2.2 hrs.); scan and incorporate case
                 documents into electronic files (2 hrs.); create
                 hyperlinks for same on the appropriate case
                 indices (1.4 hrs.).

          BB     Conference with Mr. Hughes re 8/9/02                           8.60
                 Honeywell sampling data and additions to
                 exhibits list (.4 hrs.); conference with Ms.
                 Bynum re Grace/NJDEP project status (.3 hrs.);
                 collect and provide pertinent additional
                 documents for Mr. Hughes' consideration (.5
                 hrs.); research case files and databases, identify,
                 collect and prepare documents for pertinent
                 event dates for stipulations for Mr. Hughes ( 5.8
                 hrs.); prepare email message with requested
                 information (.3  hrs.); conference with Mr.
                 Hughes re same (.4 hrs.); conference with Mr.
                 Hughes re photographs (.3 hrs.); conference
                 with Mr. Moasser re experts' photographs and
                 communication with Ms. Flax (.4 hrs.); provide

W. R. Grace & Co.                                                          Page   13

|  |  | Hours |
|---|---|---|
|  | guidance to Ms. Bynum re pertinent document for Mr. Hughes (.2 hrs.). |  |
| 08/16/02 CHM | Work on To Do list with Mr. Agnello and make assignments (2.5 hrs.); prepare order of proofs (.8 hrs.); continue review of Wong depositions (1.8 hrs.). | 5.10 |
| 08/17/02 MM | Telephone conferences with Ms. Flax re expert witnesses and all photographs to be used at trial, pending (.2 hrs.); forward e-mail to Ms. Flax re status of same; follow-up with expert re photographs, pending; continue to review expert files re same as well trial exhibit list re descriptions of photographs by experts (2.3 hrs.); continue to review all additional Grace damage related documents identified by Ms. Pelletier during Grace's second documents production against pending Grace damage chart re assuring all have been identified (2.1 hrs.); continue to review additional Allied cost related documents against Honeywell cost chart re assuring all have been identified, pending (1.4 hrs.). | 6.00 |
| BB | Coordinate and organize trial exhibits into categories in preparation for 8/23/02 attorney conference. | 6.70 |
| NAB | Coordinate and organize trial exhibits into categories in preparation for 8/23/02 attorney conference. | 5.50 |
| 08/19/02 BB | Conference with Mr. Marraro on revisions to pretrial calendar (.1 hrs.); enter revisions to pretrial preparation schedule to September and October case Outlook calendars and import into Word for distribution (.8 hrs); conference with Mr. Marraro re results (.1 hrs.); prepare email to attorneys, local counsel and plaintiffs' counsel per Mr. Marraro's request (.4 hrs.); conference with Ms. Parker re deposition designations (.5 hrs.); collect and prepare all pertinent information regarding deposition designations for Ms. Parker (.5 hrs.); conference with Ms. | 11.60 |

W. R. Grace & Co.                                                                        Page    14

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | Parker re same (.4 hrs.); review 1992 and 2000-2002 depositions information and provide same to Ms. Parker (.6 hrs.);  review, analyze, sort, organize and prepare new correspondence and documents for incorporation into case files (4.9 hrs.);  continue cross reference of Timeline against trial exhibit list and incorporate Timeline entries into exhibits list per Mr. Hughes' request (3.3 hrs.). |  |
| 08/19/02 | CHM | Various conference calls re scheduling (.8 hrs.); work with experts on exhibits (2.2 hrs.); work on pre-trial submission (2.8 hrs.). | 5.80 |
|  | NAB | Coordinate and organize trial exhibits into categories in preparation for 8/23/02 attorney conference. | 5.20 |
|  | TP | Office conference with Mrs. Banks re preparing deposition designations, review completed designations, and email with questions re same to Mr. Hughes to clarify issues and format (1.3 hrs.); review Court decision on summary judgments to identify issues remaining (1.1 hrs.); office conference with Mr. Marraro re designations from Wong (.1 hrs.). | 2.50 |
|  | WH | Conferences with environmental and geotechnical experts in connection with 8/20 meeting in NJ (.8 hrs.); review selected expert depositions, reports, proposed exhibits and other materials in preparation for 8/20 meeting with experts (6.2 hrs.). | 7.00 |
|  | MM | Forward e-mail to Mr. Hughes re contacting ICO re request of all photographs to be produced of site (.1 hrs.); finalize the review of documents produced on 7/18/02 re additional UST's and documentation of cost at the site against the Grace damage cost chart verifying that they have not been identified on the stated chart and e-mail to Ms. Banks re same (1.1 hrs.); finalize review of additional cost documents relating to Grace/Daylin site against the Honeywell cost chart re verifying they were | 5.20 |

W. R. Grace & Co.                                                    Page    15

                                                                    ___Hours

not identified previously and e-mail to Mr.
Hughes and Ms. Banks re same (1.2 hrs.);
telephone conference with expert re photographs
to be used at trial and e-mail to Mr. Hughes and
Ms. Banks re expert's availability for trial
testimony (.4 hrs.); office conference with Mr.
Hughes re review of cost documents and other
trial preparation matters (.3 hrs.); telephone
conference with Ms. Flax re status of trial
photographs exhibits, calculations of interest of
all Grace damage cost, and other trial
preparation matters (.5 hrs.); follow-up
telephone conferences with Grace experts re
status of all photographs to be produced (1.1
hrs.); e-mail from expert attaching photographs
recently taken of site, pending review and
forward e-mail to expert re returning two
original photos received from Ms. Flax (.1 hrs.);
e-mail to Mr. Marraro re establishing attorney
fees under RCRA (.1 hrs.); case management (.3
hrs.).

| | | | |
|---|---|---|---|
| 08/19/02 | WH | **Travel to NJ for meeting with experts (2.0 hrs.)** **Travel time billed at 50%; 10% here and 40% at** **end of statement.** | 1.80 |
| 08/20/02 | WH | Pre-meeting with experts in NJ re site visit (1.0 hrs.); site visit with experts (1.4 hrs.); meeting with experts and co-counsel at Mr. Agnello's office re demonstrative exhibits for trial (7.0 hrs.). | 9.40 |
| | MM | Review recent correspondence (.3 hrs.); continue to calculate all interest due on Grace damages pertaining to site (2.6 hrs.); continue follow-up with various Grace experts re status of all identified photographs to be used at trial (1.4 hrs.); preliminary review of photographs received via e-mail from expert (.6 hrs.); follow-up telephone conference with expert re requested original photographs from expert (.2 hrs.); preliminary calculations of all additional damage related cost documents previously | 5.70 |

W. R. Grace & Co.                                                                      Page   16

|  |  | | **Hours** |
|---|---|---|---|

|  |  | identified but not produced as requested by Mr. Hughes (.6 hrs.). | |
|---|---|---|---|
| 08/20/02 | TP | Review draft list of proposed stipulations and legal issues (.6 hrs.); email to Mr. Hughes re clarification as to which depositions require designations and review and highlight designations from expert and one volume of Wong depositions (6.1 hrs.). | 6.40 |
| | BB | Collect, coordinate, prepare and organize pertinent documents for Mr. Dubuc (.8hrs.); continue cross reference of Timeline against trial exhibits list and incorporate Timeline entries into exhibits list per Mr. Hughes' request (1.4 hrs.); review trial exhibits list (1.8 hrs.) review, analyze, coordinate, organize and prepare new correspondence and case documents for incorporation into indexed case files and electronic files, and create new files as appropriate (3.8 hrs.). | 7.80 |
| | WH | **Travel to NJ for meetings (2.0 hrs.)  Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.80 |
| | CHM | Meeting in NJ with experts. | 7.00 |
| | CHM | **Travel to NJ for meetings (2.2 hrs.).  Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.90 |
| 08/21/02 | WH | Conference with non-testifying expert re surface water sampling issue and related matters (.4 hrs.); work on trial exhibit list and new fact stipulations in preparation for 8/22 meeting with Messrs. Agnello and Marraro and Ms. Flax (7.8 hrs.). | 8.20 |
| | MM | Review original photographs from expert (.3 hrs.); continue to follow-up with Grace experts re status of all photographs to be used as trial exhibits (1.1 hrs.); review all additional legal invoices withheld from production and calculate all costs per Mr. Hughes request (1.2 hrs.); draft | 5.60 |

W. R. Grace & Co.

Page   17

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | memorandum to Mr. Hughes and files re status of same (.2 hrs.); continue to calculate interest on all produced Grace damage related documents as identified in chart (1.9 hrs.); continue to review all photographs received via e-mail from expert re recently taken photos of site (.6 hrs.); case management (.3 hrs.). |  |
| 08/21/02 | TP | Review and highlight deposition designations for two volumes of Wong (5.7 hrs.); phone conference with and email; phone conferences and email with Mrs. Banks re depositions transcripts reviewed by Mr. Marraro and email to Mr. Hughes re whether these should be included in deposition designations (.4 hrs.). | 6.10 |
|  | CHM | Meeting with expert in NJ (2.0 hrs.); conference with client (.5 hrs.); work on stipulation of fact (1.6 hrs.). | 3.10 |
|  | CHM | **Travel to D.C. after meetings (2.0 hrs.)  Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.80 |
|  | BB | Continue preparation of supporting documents for draft stipulations (5 hrs.); conference with Ms. Bynum regarding cross reference of draft exhibits list against trial exhibits (.3 hrs.); organize exhibits into appropriate categories (.9 hrs.); research production database and case files, collect and prepare additional documents to support supplemental stipulations (1.7 hrs.). | 3.40 |
| 08/22/02 | MM | Office conferences with Mr. Marraro re various tasks in preparation for meeting with local counsel re stipulations (1.1 hrs.); finalize review of recently received photographs from expert (.3 hrs.); draft memorandum to Mr. Hughes and to file attaching copies of stated photos from expert and e-mail same to Ms. Banks (.3 hrs.); bates stamp stated photographs; incorporate into files and revise case index accordingly (1.1 hrs.); telephone conference with Ms. Parker re various depositions and summaries requested to be forwarded to her in preparation for | 6.40 |

W. R. Grace & Co.                                                      Page   18

|  |  | **Hours** |
|---|---|---|
|  | submissions (.8 hrs.); continue to follow-up with various Grace experts re status of all photographs to be used at trial (.9 hrs.); continue to calculate interest on all Grace related damage cost as requested by Ms. Flax and Mr. Hughes (1.6 hrs.); case management (.3 hrs.). |  |
| 08/22/02 CHM | All-day meeting in DC working on pre-trial submission (8.5 hrs.); dinner meeting with J. Agnello and M. Flax (2.0 hrs.). | 10.50 |
| TP | Phone conferences and emails with Mrs. Banks, Bynum and Mr. Moasser requesting current Wong transcripts and summaries and requesting copies of additional transcripts for designations (1.0 hrs.), review of summaries for Wong and other deponents (1.4 hrs.), highlight deposition designations for (5.6 hrs.); phone conference with Mr. Hughes re designations for Wong and others that have been flagged for relevant portions (.3 hrs.); prepared status chart from index of deposition transcripts from insurance litigation and present litigation to assess volume to complete and track status of project (.5 hrs.) | 8.90 |
| NAB | Continue review of case files and production data base for correspondence between NJDEP and Grace in preparation for trial and compile relevent documents (5.4 hrs.); search case index for depositions requested by Ms. Parker for designations (.6 hrs.); pull and copy same (1.5 hrs.). | 7.50 |
| BB | Coordinate trial exhibit folders and prepare boxes of exhibits and list for Attorney conference with local counsel re pretrial issues and stipulations (4.6 hrs.); conference with Messrs. Marraro and Hughes re preparation (.1 hrs.); collect and prepare requested exhibits and additional pertinent documents for Messrs Marraro and Hughes during meeting (3.8 hrs.); research Lexis and New Jersey web site for pertinent legislation, statute and executive order, and prepare same for Mr. Marraro (2.0 hrs.); | 14.00 |

W. R. Grace & Co.                                                        Page    19

|  |  | **Hours** |
|---|---|---|
|  | review, sort, coordinate and prepare new case correspondence and documents (3.5 hrs.). |  |
| 08/22/02  WH | All day meeting in DC with Messrs. Agnello and Marraro and Ms. Flax re exhibits, stipulations and other trial prep matters. | 8.00 |
| 08/23/02  MM | Continue to assist Mr. Hughes and Mr. Marraro re producing various case material for meeting with local counsel re trial preparation of stipulations and review of trial exhibits (2.4 hrs.); telephone conference with Ms. Parker re producing material relating to submissions and forward via e-mail for her review (.3 hrs.); office conference with Ms. Banks re experts' submissions of new photos from experts (.2 hrs.); review case files re same (.4 hrs.); finalize review and calculations of interest of all Grace damage related cost (1.8 hrs.); draft memorandum attaching copy of all calculations in out-line form for Mr. Hughes review (.4 hrs.); case management (.3 hrs.). | 5.80 |
| CHM | All-day meeting on trial preparation. | 8.80 |
| TP | Phone conference and email with Mr. Moasser re format of deposition designation chart (.2 hrs.); review transcripts and highlight deposition designations for Alford, and Buttacova, and Golucci, input comments for Barsky (7.9 hrs.). | 8.10 |
| BB | Prepare draft exhibits list and proposed trial exhibits for attorney review (.7 hrs.); research deposition exhibits, collect and prepare pertinent documents for Messrs. Marraro and Hughes (.4 hrs.); collect and prepare additional requested documents for attorney review ( 2.5 hrs.); conference with Mr. Hughes (.1 hrs.); conference with Mr. Marraro (.1 hrs.); prepare letter and FedEx package to expert per Mr. Hughes' request (.4 hrs.); research Lexis and NJ State web site for pertinent state information for Mr. Marraro (1.4 hrs.). | 5.60 |

W. R. Grace & Co.                                                          Page    20

|  |  | Hours |
|---|---|---|
| 08/23/02 WH | All day meeting in DC with Messrs. Agnello and Marraro and Ms. Flax re exhibits, stipulations and other trial prep matters. | 8.00 |
| 08/24/02 MM | Continue to review expert case material and identify all expert photographs to used as trial exhibits (1.2 hrs.); forward e-mail to Ms. Flax re status of same (.1 hrs.); forward e-mail to Ms. Flax re status of collecting attorney fees under RCRA as previously discussed with Mr. Marraro (.1 hrs.); review and revise Grace damage related cost chart (1.1 hrs.); review and revise calculations out-line pertaining to Grace damage relating cost (1.9 hrs.); review and revise Grace invoice chart (.4 hrs.); review and revise Honeywell comprehensive index chart re cost documents (.7 hrs.). | 5.50 |
| TP | Review and highlight deposition designations for expert. | 4.10 |
| 08/26/02 TP | Input comments for experts (2.1 hrs.); review and highlight deposition designations (2.9 hrs.); review Ms. Self's input of designations line and page numbers in chart and made edits (.7 hrs.). | 5.70 |
| CHM | Various conference calls amongst parties regarding pre-trial schedule (1.6 hrs.); work on deposition designations (3.6 hrs.); conference with client re litigation issues (.8 hrs.); conference with experts re exhibits (1.4 hrs.). | 7.40 |
| BB | Conference with Mr. Hughes re required follow up to attorneys' 8/23/02 meeting (.7 hrs.); read, prepare and coordinate current stipulations documents received from Ms. Flax (.2 hrs); conference with Ms. Kelly and provide guidance on incorporation of same into case files (.3 hrs.); draft FOIA request for Mr. Hughes (.3 hrs.); prepare exhibit to FOIA request and FedEx package (.4 hrs.); telephone conference with Mr. Hughes re preparation of request to consultant (.1 hrs.); prepare email memo to case expert re pertinent information for Mr. Hughes (.4 hrs.); collect trial exhibits for Mr. Hughes and | 10.20 |

W. R. Grace & Co.                                                      Page   21

                                                                      __Hours__

|            |     |                                                                                                                                                                                                                                                                  |         |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|
|            |     | conference re same (4.0 hrs.); collect and prepare deposition transcripts for Ms. Parker (.6 hrs.); review, coordinate and organize materials from 8/23/02 meeting (2.3 hrs.); create new case files re same (.9 hrs.). |         |
| 08/26/02   | ACZ | Discussion with Mr. Hughes re RCRA legislative history research. | 0.30    |
|            | MM  | Follow-up via e-mail with Ms. Flax re status of all new photographs being received from experts in preparation for trial (.2 hrs.); continue to revise interest calculations pertaining to Grace damage related cost (2.1 hrs.); case management (.3 hrs.). | 2.60    |
|            | WH  | Confer with Mr. Marraro re site photos and prepare FOIA request re same (.7 hrs.); revise stipulations per meeting with Messrs. Agnello and Marraro (2.3 hrs.); conferences with paralegals and Ms. Flax re collecting additional photos, cost documentation and other potential trial exhibits and review same (1.8 hrs.); conference with expert re COPR remediation issue (.5 hrs.); identify new exhibits and revise exhibit list per 8/23 meeting with Mr. Agnello (2.8 hrs.). | 8.10    |
| 08/27/02   | MM  | Office conference with Mr. Hughes interest calculations pertaining to Grace damage related cost, pending (.2 hrs.); follow-up office conference with Mr. Hughes re various research projects in preparation for trial (.3 hrs.); office conference with Ms. Banks re all expert photographs and there whereabouts for trial (.2 hrs.); review all expert files re photos in preparation of producing all to Ms. Flax for final review  (1.3 hrs.); forward e-mail to Ms. Flax re requesting all their firm's invoices in preparation of collecting attorney fees under RCRA (.1 hrs.); review all case files re firm and expert invoices in preparation for collection under RCRA, pending (1.1 hrs.); preliminary review of Lexis and Westlaw re research project assigned by Mr. Hughes re  matters relating to | 5.80    |

W. R. Grace & Co.                                                              Page   22

                                                                              __Hours__

|  |  | | |
|---|---|---|---|

RCRA, pending (2.1 hrs.); prepare all Grace damage related documents previously identified to be forwarded to Ms. Flax re working copies (.5 hrs.).

08/27/02 BB  Continue to review, coordinate and organize materials from 8/23/02 meeting and create new case files (5.3 hrs.); review new site sampling field notes from expert, prepare and incorporate into case files (.5 hrs.); conference with Mr. Hughes (.2 hrs.); review deposition for pertinent information for Mr. Hughes (.3 hrs); collect pertinent trial exhibits for Mr. Hughes (.2 hrs.); make telephone call to expert re stipulations for Mr. Hughes (.4 hrs.); collect exhibit documents for Mr. Hughes (.5 hrs.); coordinate preparation of 1992 deposition designations and conference with Ms. Self for Ms. Parker ( .4 hrs.); proof and revise table of deposition designations for Ms. Parker (2.3 hrs.); conference with Ms. Parker re deposition designations (.3 hrs.); conference with Messrs. Marraro and Hughes re case photos to be sent to Ms. Flax (.2 hrs.); research case index  and collect additional documents for exhibits for Mr. Hughes (.9 hrs.).    **11.50**

TP  Review and highlight depositions (7.2 hrs.); phone conference with Ms. Banks re proof reading and format of deposition designation chart (1.2 hrs.).    **8.40**

WH  Revise fact stipulations and circulate to counsel for ICO (3.8 hrs.); revise exhibit list and associated database per meeting with Mr. Agnello and confer with Ms. Banks re related assignments (4.5 hrs.).    **8.30**

08/28/02 CHM  Work on exhibits (4.2 hrs.); review letter to Judge Cavanaugh (.2 hrs.); conference with experts re exhibits (1.2 hrs.); conference with client (.5 hrs.); review legal memo on RCRA issues and meet with associates re same (1.0 hrs.).    **7.10**

W. R. Grace & Co.                                                          Page    23

|  |  |  | **Hours** |
|---|---|---|---|
| 08/28/02 | TP | Review and highlight deposition designations (8.4 hrs.); office conference and phone conference with Ms. Bynum re preparing binder with designation and formatting chart (.2 hrs.); review chart and update status chart and email to Mr. Hughes re status of project (.2 hrs.). | 8.80 |
|  | BB | Conference with Ms. Parker re revisions to deposition designations and follow up (.5 hrs.); continue to collect and prepare additional exhibits (2.0 hrs.); conference with Hughes (.2 hrs. ); proof stipulations for Mr. Hughes (1.1 hrs.); conference with Ms. Kelly re same (.2 hrs.); research case files, collect, prepare and organize pertinent site documents for exhibits (6.5 hrs.). | 10.50 |
|  | WH | Review depositions and prepare deposition designation for same (2.7 hrs.); review deposition designations prepared by Ms. Parker and confer with her re same (2.4 hrs.); work on trial brief and conduct factual/legal research in support of same (2.5 hrs.); conferences with Ms. Banks re assignments (.5 hrs.). | 8.10 |
|  | MM | Continue to review various expert files re identifying all photos to be used at trial, pending (.9 hrs.); follow-up with experts and facilities re status of new photos to be produced, pending (.4 hrs.); continue to review all case files re gathering of all attorney invoices and various expert invoices, pending (1.2 hrs.); case management (.4 hrs.). | 2.90 |
| 08/29/02 | BB | Research case files, database and CDs for pertinent documents identified by attorneys for trial exhibits, collect, prepare and organize same for review for additional trial exhibits (4.8 hrs.); research production database and case files for identified leases and supporting documents for case expert, collect, prepare and organize (6.0 hrs.); place follow up telephone calls to plaintiff's counsel for Mr. Hughes (.3 hrs.); work on conversion of format of pertinent document for Mr. German (1.4 hrs.); prepare fax of | 12.80 |

W. R. Grace & Co.                                                          Page    24

|  |  |  | Hours |
|---|---|---|---|
|  |  | pertinent document to plaintiff's counsel per Mr. Hughes' request (.3 hrs.). |  |
| 08/29/02 | CHM | Meeting with client and review ECARG issues. | 2.00 |
|  | MM | Continue to search for cases relating to liability under RCRA pertaining to environmental issues as requested by Mr. Hughes, pending completion (3.8 hrs.); telephone conference with expert re status of submission of new photos, pending (.1 hrs.); review recent correspondence (.3 hrs.); office conference with Ms. Banks re recent correspondence received from Trillium and the status of new photos to be submitted (.2 hrs.); forward e-mail to Ms. Banks re forwarding photos received from Trillium via e-mail to me for review (.2 hrs.); office conferences with Ms. Parker re reviewing and replacement of various deposition pages in preparation of submissions (1.3 hrs.); case management (.4 hrs.). | 6.30 |
|  | TP | Input comments and review and highlight designations (7.0 hrs.); review input by Ms. Self and make edits to chart (2.2 hrs.); email instructions to Ms. Self to copy her input into version formatted by Ms. Bynum (.5 hrs.). | 9.70 |
|  | WH | Finish revising exhibit list and identifying additional trial exhibits per discussions with Mr. Agnello. | 6.80 |
|  | NAB | Prepare binder of deposition designations in preparation for trial. | 7.50 |
| 08/30/02 | BB | Continue to prepare and organize documents identified by attorneys for trial exhibits for review by Mr. Hughes (7.8 hrs.); download expert CD and print slides for Mr. Hughes (1.3 hrs); assist Ms. Parker with collection of deposition exhibits (.4 hrs.). | 9.50 |
|  | NAB | Prepare binder of deposition designations in preparation for trial. | 7.50 |

W. R. Grace & Co.                                                              Page    25

|            |      |                                                                 | Hours |
|------------|------|-----------------------------------------------------------------|-------|
| 08/30/02   | TP   | Review version of chart from Ms. Self and email to Ms. Bynum for formatting (.2 hrs.); input comments for deposition designations (5.7 hrs.); email and office conference with Ms. Bynum, Self re preparing format in chart and inputting designation (1.2 hrs.). | 7.10 |
|            | CHM  | Meeting with client to discuss issues (1.0 hrs.); work on pre-trial issues (2.5 hrs.). | 3.50 |
|            | WH   | Review title documents from Ms. Flax and include relevant docs on exhibit list (2.3 hrs.); review groundwater expert's revised demonstrative exhibits and confer with expert re same (.8 hrs.); work on deposition designations re selected Honeywell experts and confer with non-testifying expert re same (1.8 hrs.); research in connection with trial brief (1.3 hrs.). | 6.20 |
|            | MM   | Draft cover letter to attorney Melissa Flax forwarding 4 volumes of all Grace damage related invoices and supporting documents for her review and working set and forward via FedEx (.4 hrs.); continue to assistance Ms. Parker re pulling various depositions identify and replace specific text for her review in preparation for all submissions (.9 hrs.); review recent correspondence (.3 hrs.); continue to compare recently received photos from Trillum against previously received photos re assuring no duplicates, pending (.7 hrs.); follow-up with various experts re status of received new photographs of site, pending (.3 hrs.); continue to review all expert case files re assuring all photographs have been identified for trial (1.1 hrs.); continue to review and organize all firm's invoices and expert expenses to be recovered under RCRA, pending (.7 hrs.); office conference with Mr. Hughes re status of research project (.2 hrs.); continue to review Westlaw and Lexis re producing cases relating to minimum exposure of chromium to the environment to be liable, pending (.8 hrs.). | 5.40 |

W. R. Grace & Co.                                                          Page    26

|  |  | Hours |
|---|---|---|
| 08/31/02 TP | Review and highlight deposition designations (3.7 hrs.); meeting with Ms. Campbell to explain input of deposition designations in chart; (.3 hrs.); update status chart (.1 hrs.). | 4.10 |
| MM | Continue to review all expert files re identifying all photographs to be used a trial (1.3 hrs.); continue to organize all firm's invoices as well as expert expenses to be recovered under RCRA, pending (2.1 hrs.); continue to review Westlaw and Lexis re producing cases relating to RCRA liability (1.6 hrs.). | 5.00 |

|  |  | Amount |
|---|---|---|
| Total Fees | 793.50 | $186,155.00 |

Disbursements:

| | |
|---|---|
| Air Fare From New York - 6/12 | 205.50 |
| Air Fare to New York/New Jersey - 8/19-20/02 | 528.50 |
| Air Fare to New York/New Jersey - 8/5/02 | 528.50 |
| Air Fare to/from Newark - 4/29/02 | 537.50 |
| Air Fare to/from Newark - 4/9/02 | 485.50 |
| Air Fare to/from Newark - 5/14 and 5/15/02 | 542.50 |
| Air Fare to/from Newark - 6/11/02 | 499.50 |
| Air Fare to/from Newark - 6/20-21/02 | 589.00 |
| Air Fare to/from Newark -6/3/02 | 488.50 |
| Air Fare to/from WPB, Fl - 3/18-20/02 | 550.00 |
| Auto Rental in Newark - 6/11/02 | 382.15 |
| Auto Rental in WPB, Fl - 3/18 | 188.13 |
| Auto Rental on Trip to Newark - 6/3/02 | 81.87 |
| Breakfast and Lunch for Pre-Trial Meetings - 8/22/02 | 148.88 |
| Car Service - Molina to BWI - 6/13/02 | 231.38 |
| Certified Copy of Certificate of Change of Corporate Name - | 21.00 |
| Copy Costs - Internal | 3,858.90 |
| Dinner Meeting - 3/30/02 | 478.48 |
| Dinner Meeting in DC with A. Nagy - 4/5/02 | 141.63 |
| Dinner Meeting in DC with Agnello, Hughes and Expert-4/8 | 263.63 |
| Dinner Meeting in Miami with J. Agnello - 3/19 | 331.27 |
| Dinner Meeting in NYC with A. Nagy - 4/15 | 253.80 |
| Dinner Meeting with E. Anderson - 6/18/02 | 159.34 |

W. R. Grace & Co.                                                    Page   27

|  | Amount |
|---|---|
| Dinner Meeting with Messrs. Hughes and Agnello in DC - 4/23 | 266.89 |
| Facsimile Costs | 179.25 |
| FedEx Costs | 314.79 |
| Hotel in Miami - 3/18 | 865.85 |
| Hotel in New York/New Jersey - 8/5/02 | 256.48 |
| Hotel in Newark - 5/23/02 | 614.54 |
| Hotel in Newark - 6/11/02 | 218.29 |
| Hotel in Newark - 6/20/02 | 370.70 |
| Hotel in Newark - 6/3/02 | 392.04 |
| Hotel on Trip to New York/New Jersey - 8/19-20/02 | 308.11 |
| Lexis Costs | 2,852.48 |
| Long Distance Charges | 530.03 |
| Lunch Meeting for Pre-Trial Preparation - 8/23/02 | 110.60 |
| Meals on Trips | 257.25 |
| Outside Copies | 43.00 |
| Overtime Meals | 15.50 |
| Overtime Meals - Attorney/Paralegals | 132.62 |
| Overtime Transportation | 853.22 |
| Parking on Trips | 304.00 |
| Postage | 3.85 |
| Rental Car in New York - 6/12/02 | 99.51 |
| Rental Car on Trip to Newark - 4/9/02 | 80.79 |
| Rental Car on Trip to Newark - 5/14-15 | 181.91 |
| Rental Car on Trip to Newark - 6/20/02 | 172.27 |
| Secretarial Overtime | 89.01 |
| Westlaw | 2,801.09 |

| | |
|---|---|
| Total Disbursements | $23,809.53 |
| Total Amount Of This Bill | $209,964.53 |
| 08/30/2002 Less Deduction of 40% of Fees Per Agreement | ($74,462.00) |
| Balance Due | $135,502.53 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 208.40 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 104.10 | 100.00 |
| Steven C. Dubuc, Associate | 0.50 | 270.00 |
| William Hughes, Counsel | 180.60 | 350.00 |
| Christopher H. Marraro, Partner | 108.10 | 440.00 |

W. R. Grace & Co.

| Name | Hours | Rate |
| --- | --- | --- |
| Mahmoude Moasser, Paralegal | 111.60 | 135.00 |
| Tamara Parker, Associate | 79.90 | 270.00 |
| Alec C. Zacaroli, Associate | 0.30 | 210.00 |

Wallace
K&ng
Marraro
Branson

WALLACE KING MARRARO & BRANSON,   PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

September 24, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13099

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 08/09/02  CHM   Prepare interim fee application. | | 2.60 |
| 08/16/02  CHM   Prepare fee application. | | 1.00 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 3.60 | $1,584.00 |
| Balance Due | | $1,584.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 3.60 | 440.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

September 24, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13100

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 08/13/02 | CHM | Review correspondence from client. | 0.60 |
| 08/14/02 | CHM | Review materials from client. | 0.50 |
| 08/21/02 | CHM | Review article for client (.3 hrs.); telephone conference with client (.2 hrs.). | 0.50 |
| 08/26/02 | RM | Check westlaw for cite and send opinion to Mr. Marraro. | 0.30 |
| 08/27/02 | CHM | Review material from client. | 0.50 |
|  | CHM | Work with other parties on schedule for pre-trial exchanges (.6 hrs.); work on stipulations of fact (1.2 hrs.); work with experts on exhibits (2.2 hrs.). | 4.00 |
| 08/29/02 | CHM | Conference with client. | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 6.90 | $2,940.00 |

W. R. Grace & Co.                                                          Page      2

Disbursements:

|  | Amount |
|---|---|
| Luncheon Meeting re EPA Meeting - 3/27 | 41.57 |
| Total Disbursements | $41.57 |
| Total Amount Of This Bill | $2,981.57 |
| Balance Due | $2,981.57 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 6.60 | 440.00 |
| Rebecca Mitchell, Paralegal | 0.30 | 120.00 |

Wallace
K ng
Ma raro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

September 24, 2002

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13101

For Professional Services Rendered in Connection with the Swedesboro Litigation - Matter 14

Professional Services:

| | | | Hours |
|---|---|---|---|
| 08/20/02 | CHM | Review correspondence from A. Nagy (.8 hrs.); review Executive Order 11 and "temporary allocation" legislation (.3 hrs.). | 1.10 |
| 08/26/02 | ACZ | Discussion with Mr. Marraro re NJ water allocation law research (.3 hrs.); research NJ regulations, statutes and administrative orders regarding NJDEP power to stay allocation permits during water emergency (2.6 hrs.). | 2.90 |
| 08/27/02 | ACZ | Additional review of NJ Water Allocation Permit requirements and discussion with Mr. Marraro re NJ drought emergency laws and impact of laws on water allocation permits. | 0.60 |
| 08/30/02 | CHM | Business meeting with R. Iossa and A. Nagy. | 2.50 |

| | | Hours | Amount |
|---|---|---|---|
| Total Fees | | 7.10 | $2,319.00 |
| Balance Due | | | $2,319.00 |

W. R. Grace & Co.

Page    2

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 3.60 | 440.00 |
| Alec C. Zacaroli, Associate | 3.50 | 210.00 |