**Exhibit C**
September 2002 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                     )    Chapter 11
                                           )
W. R. GRACE & CO., et al.,[1]              )    Case No. 01-01139 (JKF)
                                           )    (Jointly Administered)
                                           )
                Debtors.                   )

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 25th day of October 2002.

Notary Public

My Commission Expires: July 14, 2006

-2-

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION
OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through September 30, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $124,578.96 for the period September 1, 2002 through September 30, 2002 (80% of $155,723.70 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $18,424.27 for the period September 1, 2002 through September 30, 2002. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 80% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 80% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 80% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 80% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 80% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 80% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 80% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 80% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 80% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | | | | | |
|---|---|---|---|---|---|
| | through 3/31/02 | | | | |
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 80% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 80% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 80% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 80% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the eighteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 167.5 | $73,700.00 |
| Alec Zacaroli | Associate | $210 | 7.8 | $1,638.00- |
| William Hughes | Counsel | $350 | 189.4 | $66,290.00 |
| Steven C. Dubuc | Associate | $270 | 12.7 | $3,429.00 |
| Tamara Parker | Associate | $270 | 81.1 | $21,897.00 |
| Peter C. Condron | Counsel | $350 | 5.0 | $1,750.00 |
| Ruben Reyna | Associate | $175 | 15.7 | $2,747.50 |
| Rebecca L. Schuller | Associate | $175 | 69.6 | $12,180.00 |
| Barbara Banks | Paralegal | $135 | 247.8 | $33,453.00 |
| Natasha Bynum | Legal Clerk | $100 | 137.6 | $13,760.00 |
| Mahmoude Moasser | Paralegal | $135 | 156.5 | $21,127.50 |
| Tonya Manago | Sr. Paralegal | $135 | 39.1 | $5,278.50 |

Total Fees                    $257,250.50

| | |
|---|---|
| Less 40% Discount for Allied | $(101,526.80) |
| Balance Due | $155,723.70 |
| Total Hours | 1129.8 |

## EXPENSE SUMMARY

|  |  |
|---|---|
| Auto Rentals | $138.21 |
| Copies- Internal and Outside | $9,280.20 |
| Facsimile | $163.50 |
| Lexis/Westlaw Costs | $2,560.07 |
| FedEx | $185.69 |
| Overtime Meals | $605.09 |
| Overtime Transportation | $1,313.46 |
| Secretarial Overtime | $2,555.25 |
| Car Service | $238.05 |
| Hotels | $459.83 |
| Meals on Trips | $612.98 |
| Parking on Trips | $26.00 |
| Meals for Meetings in DC for Exhibit Prep. | $259.53 |
| Delivery Service | $26.41 |
|  |  |
| Total | $18,424.27 |



WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 25, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13167

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation - Matter 6

Professional Services:

|  |  | | **Hours** |
|---|---|---|---|
| 09/01/02 | TP | Review and highlight Hartford and McKee deposition transcripts for designations. | 4.70 |
| 09/02/02 | CHM | Work on trial preparation (exhibit list) (3.5 hrs.); conference with plaintiffs (.5 hrs.); prepare letter to client (1.2 hrs.). | 5.20 |
|  | TP | Review and highlight remaining McKee, Walsh and Noble deposition transcripts for designations. | 6.70 |
| 09/03/02 | CHM | **Travel to NY.  (Travel time billed at 50%; 10% here and 40% at end of statement.** | 1.20 |
|  | CHM | Meeting with experts in New York. | 4.50 |
|  | NAB | Make corrections and changes to deposition designations chart (1.9 hrs.); pull pages designated by Ms. Parker for deposition designations binder in preparation for trial (5.1 hrs.). | 7.00 |

W. R. Grace & Co.                                                                    Page    2

                                                                                    <u>Hours</u>

09/03/02 WH    Identify trial exhibits and confer with Ms. Banks        9.40
               re same (5.5 hrs.); update database descriptions
               re exhibits (1.4 hrs.); draft additional
               stipulations per conference with Mr. Marraro
               (1.3 hrs.); review additional cost documentation
               identified by Mr. Moasser and confer with Mr.
               Moasser re same (1.2 hrs.).

       MM      Office conference with Mr. Marraro re                    4.60
               photographs in preparation for trial and status of
               Grace damage related cost (.2 hrs.); produce
               copies of memorandum addressing same and
               copy of the recently revised Grace damage
               related cost chart (.2 hrs.); follow-up telephone
               conferences with various experts re status of all
               photographs (.4 hrs.); continue to review all
               expert files re identifying all photographs to be
               used at trial (.9 hrs.); continue to organize all
               invoices and expert expenses (1.3 hrs.); continue
               to review Westlaw and Lexis re producing cases
               relating to chromium as requested by experts
               and Mr. Hughes (1.6 hrs.).

       BB      Conferences with Messrs. Hughes and Marraro              8.70
               (3.0 hrs.); collect pertinent trial exhibits for Mr.
               Hughes' review (1.7 hrs.); conference with Mr.
               Marraro re deposition transcripts for
               designations (.6 hrs.); research case files,
               collect, coordinate, prepare and organize set of
               requested documents for Mr. Hughes for review
               (2.9 hrs.); conference with Mr. Hughes (.4 hrs.);
               collect electronic deposition transcript and email
               to Mr. Hughes (.1 hrs.).

       TP      Grace input comments for Walsh, Forbes,                  8.20
               Loffio, Soldar (7.5 hrs.); email Ms. Bynum re
               combining all charts, reviewed combined charts
               to ensure all correct designations added and
               made corrections (.7 hrs.).

09/04/02 TP    Input comments for deposition (vol 2-4)                  8.70
               designations, review and highlighted Callahan
               transcript for deposition designations.

W. R. Grace & Co.                                                                      Page      3

|  |  |  | __Hours__ |
|---|---|---|---|
| 09/04/02 | BB | Continue cross reference of timeline against trial exhibits, identify supporting documents for timeline (4.5 hrs.); meet with Digital Legal Svcs. representative re case expert's materials (.3 hrs.); review and prepare expert's materials for Mr. Hughes (2.1 hrs.); conference with Mr. Hughes (.1 hrs.); place call to case expert for Mr. Hughes (.1 hrs.); conference with Ms. Bynum re creation of CDs re NJDEP/Grace and NJDEP/Honeywell correspondence for Mr. Hughes (.1 hrs.); scan and incorporate new court filings into indexed case files and electronic files and create hyperlinks (.5 hrs.); conference with Mr. Hughes re pretrial issues (.3 hrs.); collect and organize pertinent documents per Mr. Hughes' request (.8 hrs.); conference with Mr. Hughes re resolution of issues on trial exhibits (.4 hrs.); review and organize new site deeds received from local counsel for Mr. Hughes (.8 hrs.); collect and review pertinent exhibits per Mr. Hughes' request (.3 hrs.). | 10.30 |
|  | CHM | **Travel from NJ to DC.  (Travel time billed at 50%; 10% here and 40% at end of statement.)** | 1.40 |
|  | WH | Review selected depositions from PPG case and prepare deposition designations re same for pretrial order (7.6 hrs.); legal research re evidentiary issue related to depositions (.5 hrs.); conferences with Ms. Banks re deposition designations and other projects (.5 hrs.); work on outline re trial brief (1.2 hrs.). | 9.80 |
|  | NAB | Make corrections and changes to deposition designations chart (.6 hrs.); pull pages designated by Ms. Parker for deposition designations binder in preparation for trial (6.4 hrs.). | 7.00 |
|  | CHM | Meeting with co-counsel re trial preparation including stipulations of fact, photographs, and other issues. | 6.50 |

W. R. Grace & Co.                                                    Page    4

                                                                    __Hours__

09/04/02 MM     Review e-mail from EVS Environmental                  2.20
                Consultants re exhibits (.1 hrs.); forward
                response to EVS re exhibits and e-mailed photos
                (.2 hrs.); telephone conference re same (.1 hrs.);
                office conference with Ms. Banks re re EVS
                photos as advised by Mr. Hughes (.2 hrs.);
                forward confirmation e-mail to Mr. Hughes re
                status of same (.1 hrs.); continue to follow-up
                with Grace experts re status of any new photos
                to be produced for trial (.3 hrs.); continue to
                review case files re gathering all defense
                invoices (1.2 hrs.).

09/05/02 WH     Conferences with geotechnical experts re              9.30
                demonstrative exhibits and in limine motion (.6
                hrs.); review additional heaving documents
                identified by expert and designate same as trial
                exhibits (2.2 hrs.); revise database re trial
                exhibits (.5 hrs.); conference with Ms. Parker re
                deposition designations and related assignment
                (.5 hrs.); review additional depositions from
                PPG litigation and designate same for use at
                trial (4.6 hrs.); review site inspection reports and
                other new documents produced by Honeywell
                (.5 hrs.); conference with non-testifying expert
                re identifying evidence re releases at former
                Mutual plant site (.4 hrs.).

         BB     Continue review and organization of site deeds       10.00
                (.8 hrs); conference with Mr. Hughes re same (.1
                hrs.); cross reference newly designated exhibits
                against exhibit list (1.3 hrs.); perform Lexis
                research for pertinent case for Mr. Hughes (.1
                hrs.); collect requested exhibits and conference
                with Mr. Hughes re same ( .9 hrs.); research
                boxes of early Mutual documents, collect
                coordinate and prepare same (4.4 hrs.); prepare
                documents for table per Mr. Hughes' request
                (2.1 hrs.); conference with Mr. Hughes re
                additional pretrial assignments (.3 hrs.).

         CHM    Conference call with client and others.                1.00

W. R. Grace & Co.                                                      Page      5

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                | Hours |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/05/02     | NAB | Continue to pull pages (from depositions) designated by Ms. Parker for deposition designations binder in preparation for trial.                                                                                                                                                                                                                                                                                 | 4.20  |
|              | TP  | Review and highlight transcripts for Malta, Moni, Billmaier and Reiter for deposition designations (8.4 hrs.); email with Mrs. Banks re missing Calvico transcript (.1 hrs.); email Ms. Bynum re exhibits for Reiter depositions (.1 hrs.).                                                                                                                                                                      | 8.60  |
|              | MM  | Office conferences with Mr. Hughes re status of research project pertaining to RCRA and guidance (.3 hrs.); finalize research re same and provide all cases with memorandum to Mr. Hughes re review (4.1 hrs.); review and revise Grace damage chart as requested by Ms. Flax (3.2 hrs.).                                                                                                                         | 7.60  |
| 09/06/02     | BB  | Respond to telephone call from expert (.1 hrs.); respond to email received from expert (.2 hrs.); read, analyze, coordinate, organize, prepare and incorporate new correspondence into indexed case files and electronic files, and create new files (3.8 hrs.); place telephone call to expert per Mr. Hughes' request (.1 hrs.); organize additional documents for review for trial exhibits and create table of same (2.5 hrs.); cross reference and organize exhibit list per request of Mr. Hughes (4.3 hrs.). | 11.00 |
|              | NAB | Continue to pull pages (from depositions) designated by Ms. Parker for deposition designations binder in preparation for trial.                                                                                                                                                                                                                                                                                 | 3.60  |
|              | WH  | Review selected deposition transcripts from former litigation and designate same for trial (7.5 hrs.); work on trial brief (1.2 hrs.); review groundwater sampling results provided by expert and confer with expert re same (.4 hrs.).                                                                                                                                                                          | 9.10  |
|              | TP  | Review and highlight Calvico, Knoth and Ragni deposition transcripts for designations and input comments for Hartford (vol 1-2).                                                                                                                                                                                                                                                                                | 8.40  |

W. R. Grace & Co.                                                                    Page    6

|  |  | **Hours** |
|---|---|---|
| 09/06/02 MM | Finalize revisions of Grace damage chart and forward to Ms. Flax for review (1.4 hrs.); review e-mails from EVS re status of providing original photos recently received via e-mail (.2 hrs.); review e-mail from Ms. Banks re case calendar outlining up coming deadlines (.2 hrs.); review all photos received from expert to date and forward e-mail to Ms. Flax re whether she would like to review them accordingly, pending (.6 hrs.); case management (.3 hrs.). | 2.70 |
| 09/07/02 BB | Review, organize, proof and add identification numbers to exhibit list entries for Mr. Hughes (3.5 hrs.); review Grace invoices and identify invoices directly related to chromium removal (2.9 hrs.); work on exhibit list for attorney review (.9 hrs.). | 7.30 |
| 09/08/02 MM | Continue to review all invoices for services rendered on case as well as all experts' invoices in preparation of gathering all attorney's fees and expert fees (1.3 hrs.). | 1.30 |
| 09/09/02 CHM | **Travel from Jersey City to DC. (Travel time billed at 50%; 10% here and 40% at end of statement.)** | 1.90 |
| BB | Organize exhibits into categories per Mr. Hughes' revisions to exhibits list and collect and prepare additional documents as appropriate (7.2 hrs.); conference with Mr. Hughes re exhibits (.3 hrs.); collect pertinent documents for Mr. Hughes' review (.7 hrs.). | 8.20 |
| TP | Review and highlight deposition transcripts for designations and input comments for Hartford (vol 3-4) (4.7 hrs.); input comments for designations for Noble, Calvico, Knoth and Ragni designations (2.9 hrs.); email with Ms. Bynum with instructions to add missing volumes where the deponent had more than one day of testimony and with pages missing from transcripts (.6 hrs.). | 8.20 |

W. R. Grace & Co.                                                                    Page      7

|                | | | **Hours** |
|----------------|---|---|---|
| 09/09/02 | WH | Revise stipulations (1.0 hrs.); review new case correspondence and confer with Ms. Banks re same (.5 hrs.); confer with counsel for ICO re data (.3 hrs.); legal research in support of trial brief (2.4 hrs.); identify additional trial exhibits and work with paralegals to collect same and update exhibit list/database (5.2 hrs.); identify best copies of documents for same (.2 hrs.). | 9.60 |
| | MM | Work on photo exhibits and finalize review and organization of all recent photographs from experts (1.2 hrs.); continue to review, organize and calculate all invoices (1.2 hrs.); review recent correspondence (.3 hrs.); office conference with Mr. Hughes and Ms. Banks re status of recent revisions to Grace damage chart per Ms. Flax's request (.2 hrs.); case management (.3 hrs.). | 3.20 |
| | NAB | Continue to pull pages (from depositions) designated by Ms. Parker for deposition designations binder in preparation for trial (3.6 hrs.). | 3.60 |
| | CHM | **Travel to Jersey City for meeting. (Travel time billed at 50%; 10% here and 40% at end of bill.)** | 1.60 |
| | CHM | Meeting with expert in Jersey City (2.5 hrs.); attend client meeting with government (1.5 hrs.); meeting with client and Mr. Agnello (1.0 hrs.); meeting with Mr. Agnello re trial issues (2.5 hrs.). | 7.50 |
| 09/10/02 | RLS | Research "contributing to" case law. (6.8 hrs.). | 6.80 |
| | TP | Review and make changes highlighted Wong designations received from Mr. Hughes, draft associated comments, and email to Ms. Bynum to include in chart (1.1 hrs.); input comments for McKee, and Reiter (7.0 hrs.). | 8.10 |
| | NAB | Make corrections, additions and changes to deposition designations chart (5.0 hrs.); continue to pull pages (from depositions) designated by Ms. Parker for deposition | 6.50 |

W. R. Grace & Co.                                                        Page    8

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | designations binder in preparation for trial (1.5 hrs.). |  |
| 09/10/02 | CHM | Work on pre-trial order (4.2 hrs.); conference call re exhibits with ICO (.5 hrs.). | 4.70 |
|  | WH | Legal research in support of trial brief (3.0 hrs.); work on trial brief (1.5 hrs.); review and identify additional trial exhibits (5.4 hrs.); conferences with testifying experts re trial exhibits (.8 hrs.). | 10.70 |
|  | MM | Finalize review of all Grace expert files re assuring all photographs to date have been reviewed and produced in preparation for trial (1.3 hrs.); office conference with Mr. Hughes status of reviewing and organizing invoices (.2 hrs.); continue to review all firm's and Grace expert invoices re same (2.8 hrs.); preliminary draft of chart reflecting invoices (2.2 hrs.); forward e-mail to Ms. Banks, Ms. Campbell and Ms. Rupp re providing additional material to complete task pertaining to collecting invoices (.2 hrs.); review revised case calendar reflecting all pretrial hearings and deadlines provided by Ms. Banks (.2 hrs.). | 6.90 |
|  | BB | Conference with Mr. Hughes re pertinent document (.3 hrs); review new document and prepare for production and inclusion on Exhibit list for Mr. Hughes (.4 hrs.); incorporate same into indexed case files (.4 hrs.); revise pretrial calendar pursuant to 9/3/02 Court Order (.7 hrs.); cross reference expert's supporting documents against exhibits list and verify documents proposed for trial (2.2 hrs.); research exhibits, collect and verify pertinent documents for Mr. Hughes' review (3.2 hrs.); prepare email of revised pretrial calendar to attorneys and case expert for Mr. Marraro (.4 hrs. ); conference with Mr. Hughes re upcoming case matters (.5 hrs.); research case files, collect and prepare pertinent documents for Mr. Marraro (.8 hrs.). | 8.90 |

W. R. Grace & Co.                                                                    Page    9

|  |  | **Hours** |
|---|---|---|
| 09/11/02 WH | Review collection of deposition designations prepared by Ms. Parker (1.2 hrs.); prepare additional deposition designations (2.4 hrs.); work on trial brief (1.7 hrs.); legal research re RCRA issues (.8 hrs.); legal research re Spill Act issue for trial brief (.6 hrs.); identify additional trial exhibits and confer with Mr. Marraro re same (2.0 hrs.). | 8.70 |
| CHM | Conference calls with consultants re various issues (1.5 hrs.); work on pre trial (1.5 hrs.); conference with co-counsel re various strategy issues (1.2 hrs.). | 4.20 |
| BB | Continue to organize exhibits into categories per Mr. Hughes' revisions to exhibits list (7.5 hrs.); resolve issues between exhibits list and collected documents (1.8 hrs.); conference with Mr. Hughes (.2 hrs.); research production files to resolve issues re exhibit documents (1.8 hrs); proof and prepare exhibit list for Messrs. Marraro and Hughes (1.2 hrs.); collect and prepare additional exhibits according to exhibits categories (2.0 hrs.); incorporate expert's supporting documents on exhibits list (1.3 hrs.). | 15.80 |
| MM | Continue to review invoices (3.8 hrs.); review and revise chart reflecting same (2.1 hrs.); e-mail to Mmes. Rupp and Campbell re producing additional back-up material relating to invoices (.1 hrs.); office conference with Mmes. Rupp and Campbell re status of same (.3 hrs.); case management (.6 hrs.). | 6.90 |
| NAB | Review deposition designation chart for exhibits sited in designated pages (.8 hrs.); pull same from case files and copy for deposition designation chart (1.8 hrs.); continue to pull pages (from depositions) designated by Ms. Parker for deposition designations binder in preparation for trial (2.3 hrs.); scan case documents into electronic case files (1.5 hrs.); create hyperlink of same on appropriate case indices (1.1 hrs.). | 7.50 |

W. R. Grace & Co.                                                            Page    10

|  |  |  | __Hours__ |
|---|---|---|---|
| 09/11/02 | RLS | Research RCRA issues (2.8 hrs.). | 2.80 |
|  | TP | Input comments for Potter and Furguson (3 vol) (5.5 hrs.); proofread, make edits and conform all entries to same format (1.6 hrs.). | 7.10 |
| 09/12/02 | WH | Finish reviewing and designating trial exhibits for review by Mr. Marraro (6.3 hrs.); conferences with Ms. Banks re same (.7 hrs.); proof and revise exhibit list and relates summaries/notes (1.2 hrs.). | 8.20 |
|  | NAB | Scan and incorporate case documents into electronic files (4.5 hrs.); create hyperlinks for same on the appropriate case indices (3.0 hrs.). | 7.50 |
|  | CHM | Review final edits for stipulations of fact (2.2 hrs.); conference with parties re scheduling issues (.8 hrs.); meeting with Mr. Hughes re schedule and pre-trial assignments (1.8 hrs.). | 4.80 |
|  | BB | Continue preparation of trial exhibit materials for attorney review (4.8 hrs.); conference with Mr. Hughes re same (.3 hrs.); follow up on case expert's documents re same (.6 hrs.); research case files, collect and prepare pertinent documents for Mr. Hughes (.7 hrs) ; review, sort and prepare new correspondence (.8 hrs.). | 7.20 |
|  | MM | Continue to review invoices and organize into files (2.1 hrs.); office conference with Ms. Rupp re reviewing all back up material pertaining to all invoices paid by Grace to date (.6 hrs.); office conference with Mr. Hughes re reviewing all Honeywell material reviewed re identifying any information relating to the mention of IRM (1.1 hrs.); e-mail results of same to Mr. Hughes (.2 hrs.); case management (.3 hrs.). | 4.30 |
|  | TP | Continued identifying portions of depositions for designation and input of comments for same (4.2 hrs.). | 4.20 |

W. R. Grace & Co.

Page   11

**Hours**

| | | Hours |
|---|---|---|
| 09/13/02 MM | Review e-mails from Ms. Flax and Mr. Hughes re various on-chromium documents (.2 hrs.); office conference with Mr. Hughes re same and follow-up task to be completed (.2 hrs.); office conference with Ms. Bank re obtaining trial exhibit copies of the Grace damage documents (.1 hrs.); preliminary review of the state documents (3.6 hrs.); follow-up with Ms. Flax via e-mail re status of stated project, pending (.2 hrs.); case management (.4 hrs.). | 4.70 |
| WH | Legal research re duty to warn and related negligence issues for trial brief (2.3 hrs.); conference with non-testifying expert re designating transcripts from depositions of Honeywell's environmental experts (.5 hrs.); review and designate portions of Honeywell expert transcript (1.8 hrs.). | 4.60 |
| NAB | Scan and incorporate case documents into electronic files (2.4 hrs.); create hyperlinks for same on the appropriate case indices (1.6 hrs.). | 4.00 |
| TP | Review and edit chart and email to Ms. Bynum electronic transcript with designated portions highlighted for addition to chart (1.7 hrs.); phone conference with Ms. Bynum re formatting and preparing binder with designated portions of depositions (.4 hrs.). | 2.10 |
| BB | Conference with Mr. Hughes re Grace damages entries and deletions on exhibits list (.4 hrs.); prepare email to Ms. Flax re same per Mr. Hughes' request (.4 hrs.); conference with and forward relevant emails to Mr. Moasser (.3 hrs.); incorporate new correspondence into indexed case files and electronic files (2.4 hrs.); scan and incorporate new documents into electronic files (1.3 hrs.); create new case files (2.2 hrs.). | 7.00 |
| 09/14/02 MM | Continue to review Grace damage related documents (3.2 hrs.); review and revise Grace damage chart reflecting same (1.8 hrs.). | 5.00 |

W. R. Grace & Co.                                                    Page   12

|  |  |  | <u>Hours</u> |
|---|---|---|---|
| 09/16/02 | ACZ | Discussion with Mr. Hughes regarding research of 3rd Circuit case law (.2 hrs.); conduct research re same (1.2 hrs.). | 1.40 |
|  | BB | Research case records for pertinent information re Site 117 for Mr. Hughes (1.3 hrs.); telephone conference with Ms. Upton re Area 5 RI and case related matters per Mr. Hughes' request (.7 hrs.); review expert's designated exhibits for trial testimony, cross reference against exhibits list, incorporate expert's key documents on exhibits list, collect and prepare same (7.8). | 9.80 |
|  | CHM | Review invoices (.3 hrs.); review Wong depositions re admissions (4.6 hrs.). | 4.90 |
|  | MM | Office conference with Ms. Rupp re status of all invoices to date (.2 hrs.); review all invoices (.4 hrs.); review and revise chart reflecting invoices (.6 hrs.); finalize review of case databases re locating any and all material related to IRM and prepare chart reflecting all entries related to same (2.1 hrs.); draft memorandum to Mr. Hughes attaching stated chart for review (.2 hrs.); office conference with Mr. Hughes re stated chart results and request for additional analysis of same (.3 hrs.); review recent correspondence (.2 hrs.); continue to review various Grace damage related documents removed from trial exhibit list re non chromium related documents (2.1 hrs.). | 6.10 |
|  | NAB | Scan and incorporate case documents into electronic files (3.4 hrs.); create hyperlinks for same on the appropriate case indices (2.6 hrs.). | 6.00 |
|  | WH | Review Study Area 5 RI Report and related documents and confer with expert and non-testifying expert re same (1.8 hrs.); review 30(b)(6) depositions and prepare deposition designations for pretrial order (4.4 hrs.); review and designate additional trial exhibits on environmental issues (2.9 hrs.). | 9.10 |

W. R. Grace & Co.                                                    Page   13

                                                                      **Hours**

09/17/02 MM      Review recent correspondence (.3 hrs.); finalize        8.10
                 revisions to chart reflecting invoices (2.3 hrs.);
                 forward memorandum and file charts to Mr.
                 Hughes for review (.2 hrs.); office conference
                 with Mr. Hughes re same (.2 hrs.); continue to
                 review and organize all supporting documents
                 into files in accordance to stated chart (1.9 hrs.);
                 finalize review of all Grace damage related
                 invoices removed from the trial exhibit list as
                 being non chromium related documents and
                 forward e-mail to Mr. Hughes re status of
                 review (2.1 hrs.); office conference with Ms.
                 Banks re status of stated trial exhibits (.1 hrs.);
                 follow-up conference with Mr. Hughes re
                 reviewing RCRA/CERCLA reimbursement
                 issues (.2 hrs.); legal research re same (.8 hrs.).

        WH       Work on trial brief (3.7 hrs.); research re             8.40
                 Honeywell defenses (2.2 hrs.); conference with
                 Ms. Schuller re research on RCRA legislative
                 history and review excerpts from same (1.3
                 hrs.); conference with Mr. Marraro re exhibits
                 (.8 hrs.); conference with expert re trial prep
                 project (.4 hrs.).

        RLS      Research RCRA legislative history (4.8 hrs.).           4.80

        BB       Review, prepare and organize trial exhibits for        9.00
                 expert and prepare entries for exhibits list (3.3
                 hrs.); conference with Mr. Hughes re research
                 results on pertinent exhibit document (.2 hrs.);
                 review, sort, organize and prepare new
                 correspondence for file (3.8 hrs.); collect and
                 prepare requested documents for expert per Mr.
                 Hughes' request (1.0 hrs.); place and receive
                 telephone calls to plaintiff's counsel for Mr.
                 Hughes (.4 hrs.); incorporate additional
                 documents into indexed case files (.3 hrs.).

        NAB      Scan and incorporate case documents into               7.50
                 electronic files (4.3 hrs.); create hyperlinks for
                 same on the appropriate case indices (3.2 hrs.).

W. R. Grace & Co.

Page   14

<u>Hours</u>

| Date | Init. | Description | Hours |
|---|---|---|---|
| 09/17/02 | CHM | Review exhibits on list for pre-trial (4.5 hrs.); conference with Agnello re various issues (.7 hrs.); conference with client (.5 hrs.); conference with expert (.3 hrs.). | 6.00 |
| | ACZ | Conference with R. Schuller regarding RCRA legal research (.3 hrs.); additional research of 3rd Circuit case law and discussion with Mr. Hughes re same (1 hrs.). | 1.30 |
| 09/18/02 | BB | Follow up on NJDEP FOIA request (.1 hrs.); conference with Mr. Hughes re supplemental production from Honeywell (.1 hrs.); review and coordinate preparation of Honeywell supplemental production documents (1.2 hrs.); coordinate preparation and duplication of Area 5 RI report and Commons Report for trial exhibits (.7 hrs.); prepare cover letter and Fed Ex package to Grace expert for Mr. Hughes (.4 hrs.); address issues re preparation of Area 5 RI and Home Depot Commons reports (.6 hrs.); collect and prepare pertinent document for Mr. Hughes (.4 hrs.); conference with Mr. Marraro re preparation of trial exhibits (.1 hrs.); prepare deposition designations (3.8 hrs.); collect pertinent document for Mr. Marraro; verify pertinent map information for Mr. Marraro (.3 hrs.); conference with Mr. Hughes re preparation of trial exhibits (.1 hrs.); look up pertinent information re designated trial exhibit and collect document for Mr. Hughes (.3 hrs.); research internet and Lexis for pertinent environmental and  scientists information for Mr. Marraro (1.8 hrs.). | 9.90 |
| | RLS | Research RCRA storage and disposal delimitations (4.2 hrs.); research passive migration and application to RCRA claims (2.8 hrs.). | 7.00 |
| | MM | Finalize review and flagging (i.e., identifying all assessment and investigative documents) of all Grace damage related documents removed from the trial exhibit list re no relating to chromium cleanup as requested by Mr. Hughes (2.1 hrs.); | 5.30 |

W. R. Grace & Co.                                                              Page    15

|  |  | **Hours** |
|---|---|---|
|  | office conference with Mr. Hughes re same and follow-up task re compiling totals for both assessment and investigative cost (.2 hrs.); review various expert invoices and incorporate into chart re reflecting services rendered on behalf of Grace (1.3 hrs.); office conference with Ms. Campbell re providing missing invoices (.2 hrs.); review and revise stated chart (1.1 hrs.); review correspondence (.2 hrs.); case management (.2 hrs.). |  |
| 09/18/02 CHM | Review exhibits (6.5 hrs.); work on Honeywell proposed stipulations (2.5 hrs.). | 9.00 |
| WH | Work on trial prep matters re geotechnical issue and confer with expert re same (1.6 hrs.); conferences with ICO counsel re exhibits and review of documents (.5 hrs.); review and designate exhibits on heaving issue (.5 hrs.); conferences with Mr. Marraro re exhibits (.6 hrs.); legal research re defenses (.7 hrs.); research re common law tort claims and releated evidentiary issue (1.2 hrs.); research re continuing tort doctrine and confer with Ms. Schuller re same (1.0 hrs.); draft trial brief (1.5 hrs.). | 7.60 |
| 09/19/02 CHM | Review exhibits (5.6 hrs.); review ICO's response to Grace's stipulations (.8 hrs.); conference with client (.5 hrs.); conference with experts re hearing issues (1.5 hrs.); conference with Agnello re various trial strategy issues (1.0 hrs.). | 9.40 |
| WH | Review and designate James Wong depositions from ICO case for pretrial order (5.6 hrs.). | 5.60 |
| RLS | Legal research including RCRA legislative history and case law (7.3 hrs.). | 7.30 |
| MM | Telephone conference with expert re photos taken from site (.2 hrs.); forward email and office conference with Ms. Banks re expert's recent submission (.2 hrs.); follow-up e-mail to expert re status of same (.2 hrs.); e-mail to Mr. | 4.30 |

W. R. Grace & Co.                                                          Page    16

                                                                          <u>Hours</u>

|  |  |  |
|---|---|---|
| | Hughes re status of following up with Ms. Flax (.1 hrs.); review and revise chart re all interest calculations associated with Grace damage related cost, pending (1.1 hrs.); continue to review, organize and incorporate Grace invoices (2.4 hrs.); case management (.1 hrs.). | |
| 09/19/02 BB | Research production files, collect and prepare pertinent documents for Messrs. Marraro and Hughes (2.6 hrs.); research production database CDs and case files, collect, coordinate and prepare pertinent Route 440 case materials for Mr. Marraro (.8 hrs.); prepare fax of same to Ms. Flax (.4 hrs.); incorporate three additional pertinent documents into trial exhibits list for Mr. Marraro (.4 hrs.); perform internet research for Mr. Marraro (.7 hrs.); prepare memo and supporting documents of research results re same (.6 hrs.); conference with Mr. Hughes re responses to draft stipulations, deposition designations, and experts' designated trial exhibits (.4 hrs.); research and cross reference documents  designated by expert as trial exhibits and incorporate on exhibits list (3.3 hrs.). | 9.20 |
| NAB | Pull documents to be added to trial exhibit list (3.2 hrs.); scan and incorporate case documents into electronic files (2.8 hrs.); create hyperlinks for same on the appropriate case indices (1.5 hrs.). | 7.50 |
| 09/20/02 CHM | Review exhibits (4.5 hrs.); conference with client (.5 hrs.); conference with ICO re stipulations and experts (.5 hrs.). | 5.50 |
| TM | Meeting regarding pre-trial preparation (.5 hrs.); cross reference Grace and ICO draft exhibits lists, identify and collect documents on both lists for Messrs. Marraro and Hughes (5.1 hrs.). | 5.60 |
| NAB | Pull documents to be added to trial exhibit list (4.5 hrs.); meeting with C. Marraro regarding trial prep (.7 hrs.); search database and case | 8.50 |

W. R. Grace & Co.                                                  Page    17

|  | **Hours** |
|---|---|

indices for documents requested by C. Marraro
for trial and pull same from case files (3.3 hrs.).

09/20/02 BB    Respond to telephone inquiry re deposition                12.00
exhibits from consultant and prepare email of
pertinent deposition transcripts and associated
documents (.5 hrs.); respond to inquiry from
local counsel, research, collect and prepare
package to local counsel (.4 hrs.); review,
coordinate, prepare and distribute pertinent
documents received from plaintiff (.4 hrs.);
prepare fax of same to local counsel per Mr.
Hughes' request (.3 hrs.); conference with Ms.
Kelly re electronic deposition transcripts and
errata sheets for pretrial prep (.3 hrs.);
conference with Messrs. Marraro and Hughes
and paralegals re pretrial preparation (1.1 hrs.);
conference with Ms. Manago, Bynum and
Moasser re same (.5 hrs.); cross reference Grace
and ICO draft exhibits lists, identify and collect
documents on both lists for Messrs. Marraro and
Hughes (8.5 hrs.).

MM    Review, organize and finalize chart reflecting all       5.90
invoice documentation (3.2 hrs.); review and
revise chart reflecting same and forward to Mr.
Hughes and file with memorandum for review
(1.1 hrs.); office conference with Mr. Hughes re
various trial preparation matters to be addressed
(.3 hrs.); follow-up with expert re photos for
review (.2 hrs.); office conference with Mr.
Marraro, Mr. Hughes, Ms. Banks and Ms.
Bynum re recently received ICO's trial exhibit
list and completed a review of same against our
trial exhibits list (.7 hrs.); follow-up conference
with team re organizing task to assure Mr.
Marraro's task is completed (.4 hrs.).

WH    Review and designate additional Wong                     8.70
depositions from prior litigations for pretrial
order (8.7 hrs.).

09/21/02 WH    Review ICO exhibit list and selected documents        4.30
listed on same (3.2 hrs.); conferences with Ms.
Banks re  collections of ICO exhibits and related

W. R. Grace & Co.                                                                                    Page    18

|  |  |  | Hours |
|---|---|---|---|
| | | issues (.6 hrs.); work on deposition designations for Dr. Walter (.5 hrs.). | |
| 09/21/02 | MM | Review ICO trial exhibit list against W.R. Grace's trial exhibit and produce all documents not identified on our list and review all case databases re producing various documents as requested by Mr. Marraro re possible trial exhibits and search Westlaw and Lexis-Nexis re locating various corporate information on Daylin, Inc, and other various matters (11.5 hrs.). | 11.50 |
| | CHM | Review exhibits (6.8 hrs.). | 6.80 |
| | NAB | Search database and case indices for documents requested by C. Marraro for trial and pull same from case files. | 10.50 |
| | BB | Continue cross referencing Grace defendants' draft exhibit list, identify, collect and prepare exhibits for Messrs. Marraro and Hughes review (9.0 hrs.); conference with Mr. Moasser, Ms. Bynum and Ms. Kelly re resolution of document issues (.3 hrs.); conference with Mr. Marraro re additional request (.2 hrs.). | 9.50 |
| | TM | Continue to cross reference Grace and ICO draft exhibits lists (8.6 hrs.); identify and collect documents on both lists for Messrs. Marraro and Hughes (5.9 hrs.). | 14.50 |
| 09/22/02 | BB | Collect, prepare and organize 1992 deposition transcripts from the Abeille-paix case for Mr. Marraro (1.4 hrs.); conference with Ms. Bynum and Mr. Moasser re requested exhibit documents (.3 hrs.); prepare, coordinate and organize exhibits (14.8 hrs.). | 16.50 |
| | TM | Continue to cross reference Grace and ICO draft exhibits lists (5.4 hrs.); identify and collect documents on both lists for Messrs. Marraro and Hughes (5.8 hrs.). | 11.20 |

W. R. Grace & Co.                                                                          Page    19

|  |  |  | **Hours** |
|---|---|---|---|
| 09/22/02 | MM | Continue and finalize review ICO trial exhibit list against W.R. Grace's trial exhibits (4.1 hrs.); produce all documents not identified on our exhibit list (2.3 hrs.); review all case databases re producing various documents as requested by Mr. Marraro re possible trial exhibits (1.8 hrs.); search Westlaw and Lexis-Nexis re locating various corporate information on Daylin, Inc, and other various matters (.6 hrs.); review and organize all stated material for review by Mr. Marraro and Mr. Hughes (.7 hrs.). | 9.50 |
| | NAB | Search database and case indices for documents requested by C. Marraro for trial and pull same from case files (8.1 hrs.); pull needed documents listed on ICO's exhibit list (1.3 hrs.); chron and organize same (3.1 hrs.). | 12.50 |
| 09/23/02 | BB | Deposition designations (9.1hrs.); conference with Mr. Hughes re deposition designations (.4 hrs.). | 9.50 |
| | MM | Travel to and from Library of Congress to research Dunn & Bradstreet report (1.2 hrs.); travel back to the Library of Congress for additional research re same, not available (1.3 hrs.); travel to and from National Library of Medicine (NIH) to obtain complete copy of report (2.1 hrs.); draft memorandum to Ms. Banks attaching stated report and place in folder for review by Mr. Marraro re trial exhibit (.4 hrs.); office conference with Ms. Banks re searching case databases for additional chromium contaminated soil disposal and/or analysis documents to be used as trial exhibits (.2 hrs.); preliminary review of case databases re same (1.3 hrs.); case management (.3 hrs.). | 6.80 |
| | CHM | Review exhibits (6.5 hrs.); review Honeywell proposed stipulations (2.5 hrs.). | 9.00 |
| | TP | Office conference Mr. Hughes re research in another case that might be useful on duty to warn issue (.3 hrs.); review personal case files | 0.50 |

W. R. Grace & Co.                                                Page    20

                                                                __Hours__

and emails Ms. Schuller of briefs and electronic
research for her review (.2 hrs.).

09/23/02 RR    Meeting with B. Hughes to discuss research              1.30
               projects (. 2 hrs.); researched LEXIS for cases
               for Mr. Hughes (1.1 hrs.).

       WH      Review selected ICO exhibits and confer with            8.30
               Mr. Marraro re same (2.2 hrs.); conferences with
               paralegals re identifying documents listed by
               ICO (.7 hrs.); conference with counsel for ICO
               re exhibits and other issues related to pretrial (.4
               hrs.); prepare designations for depositions of
               Mutual workers (4.6 hrs.); confer with
               non-testifying expert re additional trial exhibits
               (.4 hrs.).

       RLS     Research negligence claims brought in                   4.50
               conjunction with RCRA/CERCLA claims.

09/24/02 CHM   **Return to DC (travel).  (Travel time billed at**      1.90
               **50%; 10% here; 40% at end of statement.)**

       NAB     Pull documents to be added to trial exhibit list        3.50
               for expert.

       TM      Enter expert documents designations into                1.30
               pre-trial exhibit list.

       WH      Work on trial brief (1.7 hrs.); confer with Ms.         8.60
               Schuller re research on warning issues (.5 hrs.);
               review selected cases re same (.5 hrs.); review
               additional trial exhibits from ICO's list and
               confer with Mr. Marraro and paralegals re same
               (1.3 hrs.); review Honeywell's proposed
               stipulations of fact (1.5 hrs.); conference with
               Mr. Marraro and Ms. Flax re Honeywell
               stipulations (.4 hrs.); work on trial brief and
               related research (2.7 hrs.).

       CHM     Meeting in NJ with experts (5.0 hrs.); meeting          7.40
               with Agnello re photographs as exhibits (2.4
               hrs.).

W. R. Grace & Co.                                                             Page   21

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                          | **Hours** |
|------------|-----|--------|
| 09/24/02 | RLS | Research New Jersey law for Mr. Hughes (7.3 hrs.). | 7.30 |
|            | CHM | **Travel to NJ for meeting.  (Travel time billed at 50%; 10% here; 40% at end of statement.)** | 1.60 |
|            | BB  | Follow up on preparation of revisions to deposition designations (.9 hrs.); prepare and organize deposition designations (9.5 hrs.); create binders of designations (2.3 hrs.); prepare index to binders (.8 hrs.); make arrangements with ICO re duplication of documents per Mr. Hughes' request (.3 hrs.); incorporate revisions into designation binders (1.4 hrs.). | 15.20 |
|            | MM  | Office conference with Mr. Hughes re reviewing and incorporation of additional cost documents received from Mr. Caffrey (.2 hrs.); preliminary review and organization of same (1.4 hrs.); finalize search for Dunn & Bradstreet and forward email to Ms. Banks re not able to produce report as there are no archives of reports (1.2 hrs.); finalize review of all case productions (i.e., CDs, databases and actual documents) re locating additional Grace damage documents and forward to Ms. Banks for review with memorandum (3.8 hrs.); follow-up with Ms. Banks and Mr. Hughes re status of obtaining expert photos of site (.2 hrs.); forward follow-up email to expert re request for stated photos (.2 hrs.); complete various task in preparation for meeting with local counsel re trial exhibits and other matters (1.1 hrs.). | 8.10 |
| 09/25/02 | WH  | Conferences with Messrs. Agnello and Marraro re legal issues and responses to Honeywell's proposed stipulations of fact (1.5 hrs.); review deposition transcripts from prior cases and prepare designations for pretrial brief (6.8 hrs.); legal research re statutory issue and confer with Mr. Marraro re same (1.4 hrs.). | 9.70 |

W. R. Grace & Co.

Page   22

|  |  |  | **Hours** |
|---|---|---|---|
| 09/25/02 | NAB | Pull documents to be added to trial exhibit list for expert's testimony (5.3 hrs.); pull depositions requested by B. Hughes (.6 hrs.); copy and mark designations from same (2.1 hrs.). | 8.00 |
|  | MM | In preparation of completing trial exhibit and stipulations for trial, search case material (i.e., various databases, CDs and other case sources) re producing various documents for review by Mr. Marraro and Ms. Flax (4.4 hrs.); review emails from expert re producing various photos as requested of site and produce accordingly (.4 hrs.); office conference with Ms. Flax re photos (.4 hrs.); review correspondence received (.3 hrs.); continue to review and organize additional cost related documents received from Mr. Caffrey to be incorporated into the database for Ms. Flax's review (.8 hrs.); office conference with Ms. Banks re status of same and other Grace damage related documents to be presented to Ms. Flax for review prior to being incorporated into damage database (.3 hrs.). | 6.60 |
|  | CHM | All-day meeting re trial prep with Mr. Agnello in D.C. | 10.50 |
|  | RR | Researched LEXIS for cases from any jurisdiction, but with emphasis on third circuit courts re comon law issues (5.3 hrs.). | 5.30 |
|  | RLS | Research New Jersey law for Mr. Hughes (7.5 hrs.). | 7.50 |
|  | BB | Research production database and collect and prepare pertinent documents for Mr. Marraro (4.4 hrs.); continue preparation of additional deposition designations (4.0 hrs.); conference with Mr. Hughes re same (.4 hrs.); proof binders (1.2 hrs.); review and sort correspondence and case documents (1.0 hrs.). | 11.00 |
| 09/26/02 | CHM | All-day trial prep sessions with Mr. Agnello in D.C.. | 9.40 |

W. R. Grace & Co.                                                    Page    23

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours |
|------------|------|------|
| 09/26/02   | RLS  | Research New Jersey law for Mr. Hughes (5.7 hrs.); search for "Great Eastern" reference in *Hackensack River v. Honeywell* complaint and Honeywell cross-claims (2.4 hrs.).. | 8.10 |
|            | NAB  | Pull documents to be added to trial exhibit list for Andy Davis's testimony (6.4 hrs.); pull depositions requested by B. Hughes (.7 hrs.); copy and mark designations from same (.9 hrs.). | 8.00 |
|            | TM   | Review and designate ICO exhibits for copying for pre-trial exhibits list (6.0 hrs.); meet with Mrs. Banks to discuss ICO documents and other assignments (.5 hrs.). | 6.50 |
|            | WH   | Conferences with Messrs. Agnello and Marraro re legal issues and responses to Honeywell's proposed stipulations of fact (1.0 hrs.); review deposition transcripts from prior cases and prepare designations for pretrial brief (7.8 hrs.). | 8.80 |
|            | RR   | Researched LEXIS for cases from any jurisdiction, but with emphasis on third circuit re common law issues (9.1 hrs.). | 9.10 |
|            | BB   | Collect and prepare pertinent document pages for Mr. Hughes re deposition designations (.2 hrs.); research production database, download, coordinate and prepare pertinent site documents for Mr. Marraro for trial preparation (.5 hrs.); research database, download, coordinate and prepare pertinent report for Ms. Flax (.5 hrs.); conference with Mr. Hughes and Ms. Parker re Honeywell damages claim project (.4 hrs.); conference with Mr. Marraro re revisions and completion of draft exhibits list (.2 hrs.); research case records, collect and prepare pertinent background documents for Mr. Hughes (.4 hrs.); prepare supplements to deposition designations binders (8.6 hrs.); quality check entries (1.7 hrs.). | 12.50 |
|            | TP   | Office conferences with Mr. Hughes re CERCLA 107 claim (.3 hrs.); research and draft memo re CERCLA 107 claims (4.1 hrs.); office | 4.80 |

W. R. Grace & Co.

**Hours**

|  |  |  |
|---|---|---|
|  | conference with Mr. Hughes and Ms. Banks re Honeywell costs (.4 hrs.). |  |
| 09/26/02 MM | Search case material for any additional Grace damage invoices (1.1 hrs.); search case material for various documents requested by Ms. Flax and Mr. Mararro in preparation of trial exhibit list and stipulation (3.2 hrs.); office conference with Ms. Flax and Mr. Marraro re same (.3 hrs.); office conference with Ms. Schuller re producing various case filings pertaining to Riverkeepers case against Grace (.2 hrs.); produce stated documents to Ms. Schuller (.3 hrs.); review recent correspondence (.3 hrs.); follow-up office with Ms. Flax re assisting with drafting pretrial statements, pending (.2 hrs.); assist with producing various expert supporting documents (.6 hrs.). | 6.20 |
| 09/27/02 MM | Forward email to Ms. Banks re status of her review on additional damage related documents located recently (.1 hrs.); office conference with Ms. Banks re same (.2 hrs.); finalize review of database reflecting all mention of IRM (1.1 hrs.); forward email to Mr. Hughes re revising Grace damage related chart to reflect all interest due to date since various non-chromium documents were deleted (.1 hrs.); office conference with Ms. Banks re scanning all Grace expert reports (.1 hrs.); scan all Grace expert reports and forward to Ms. Banks as requested (1.2 hrs.); follow-up research re locating a possible invoice for expenses to remove drums at site (.1 hrs.); preliminary search of databases re same (.9 hrs.); office conference with Mr. Hughes re research project (.2 hrs.); review Daylin documents for Mr. Marraro (1.6 hrs.); travel to and from ICO's office in Washington to obtain all requested trial exhibits to be copies by WKMB (.7 hrs.); review, organize and copy ICO trial exhibits obtained from their office (11.2 hrs.); travel to and from Kinko's copy service to duplicate certain oversized documents (.7 hrs.). | 18.20 |

W. R. Grace & Co.                                                         Page   25

|  |  |  | **Hours** |
|---|---|---|---|
| 09/27/02 | CHM | Review exhibits (5.8 hrs.); review deposition designation list (2.1 hrs.); review ICO stipulatins (1.5 hrs.). | 9.40 |
|  | RLS | Research New Jersey case law (3.2 hrs.); prepare draft of RCRA insert for pretrial brief (3.1 hrs.). | 6.30 |
|  | PCC | Office conference with Mr. Marraro re injunction issue (.2 hrs.); legal research re same (1.1 hrs.). | 1.50 |
|  | NAB | Locate, organize and tab documents to be added to trial exhibit list (7.2 hrs.). | 7.20 |
|  | WH | Work on trial brief (3.5 hrs.); factual research to identify witnesses for witness list (1.0 hrs.); legal research re common law issues and confer with Mr. Marraro re same (.8 hrs.); finish designating depositions for pretrial order and send draft of same to Ms. Flax (4.2 hrs.). | 9.50 |
|  | SCD | Confer with Mr. Marraro re research project re common law issues (2.2 hrs.). | 2.20 |
|  | BB | Telephone conference with Mr. Hughes re status of expert witness information and ICO exhibits (.3 hrs.); conference with Ms. Manago re case assignment (.3 hrs.); conference with Ms. Kelly re pretrial preparation assignment (.2 hrs.); make telephone call to consultant per Mr. Hughes's request (.3 hrs.); verify status of experts' key documents for trial for Mr. Hughes (.5 hrs.); follow up on case expert for Mr. Hughes (.3 hrs.); conference with Mr. Hughes re same (.1 hrs.); continue preparation of draft exhibits list and supplemental documents (10.6 hrs.). | 12.60 |
| 09/28/02 | SCD | Continue legal research on New Jersey common law issues for Mr. Marraro (5.1 hrs.). | 5.10 |
|  | PCC | Legal research re scope of injunctive relief under RCRA. | 1.50 |

W. R. Grace & Co.                                                                                Page   26

|  |  |  | Hours |
|---|---|---|---|
| 09/28/02 | CHM | Conference with Carella Byrne re legal issues/witness list (4.2 hrs.); review ICO exhibits (5.2 hrs.). | 9.40 |
|  | WH | All day conference with Messrs. Marraro and Agnello re exhibits, witness list and deposition designations (8.0 hrs.). | 8.00 |
|  | MM | Review and organize original documents received from ICO to be copies and travel to and from ICO to return stated documents (4.3 hrs.); conference with Ms. Millian at ICO re return of stated documents (.2 hrs.). | 4.50 |
| 09/29/02 | MM | Preliminary review and organization of copied ICO documents and confirming same against ICO's draft trial exhibit list recently received, pending completion (6 hrs.). | 6.00 |
|  | CHM | Review ICO exhibits. | 8.60 |
|  | WH | Legal research in support of trial brief (1.2 hrs.); work on same (.8 hrs.). | 2.00 |
| 09/30/02 | WH | Review depositions designated by Honeywell and prepare counter-designations to same (7.4 hrs.); conference with Mr. Marraro re pretrial assignmentds (.4 hrs.); research re in limine motion and confer with Mr. Condron re same (.8 hrs.). | 8.60 |
|  | CHM | Review ICO exhibits (2.6 hrs.); prepare modification to exhibit list (2.6 hrs.); work on legal issue section of pre-trial (1.2 hrs.); conference with client (.8 hrs.); conference with Honeywell re various issues (.5 hrs.); prepare additions to stipulations of fact (1.2 hrs.). | 8.90 |
|  | RLS | Research common law claims (5.0 hrs.); discuss RCRA argument with Mr. Hughes for trial brief (1.0 hrs.); discuss and review expert witness qualification summaries (1.2 hrs.). | 7.20 |

W. R. Grace & Co.                                                    Page    27

|  |  |  | Hours |
|---|---|---|---|
| 09/30/02 | BB | Prepare, organize and proof deposition designations and cross-reference table of designations and highlighted transcript pages (15.0 hrs.); revise binder index per Mr. Hughes revisions (.8 hrs.). | 15.80 |
|  | ACZ | Complete research RCRA legislative history on waiver issues and research of FWPCA legislative history on provisions cross-referenced in RCRA (4.9 hrs.); conference with Mr. Hughes regarding RCRA legislative history research and email to Ms. Schuller re same (.2 hrs.). | 5.10 |
|  | TP | Office conference with Ms. Banks re status of materials for expert (.1 hrs.); email and phone conference with expert re her schedule and general strategy for same (.7 hrs.). | 0.80 |
|  | SCD | Research re common law issues for Mr. Marraro (5.4 hrs.). | 5.40 |
|  | PCC | Continued legal research re scope of injunctive relief under RCRA (1.6 hrs.); office conferences with Messrs. Marraro, Hughes and King re injunction issues (.4 hrs.). | 2.00 |
|  | NAB | Pull documents to be added to trial exhibit list for experts testimony. | 7.50 |

|  |  | Amount |
|---|---|---|
| Total Fees | 1120.80 | $253,817.00 |

Disbursements:

| | |
|---|---|
| Auto Rental on Site Visit with Expert and Mr. Agnello - 8/15 | 138.21 |
| Car Service to Airport for 8/5/02 Trip | 79.35 |
| Car Service to/from Meeting with Experts - 8/27/02 | 158.70 |
| Copy Costs - Internal | 7,827.30 |
| Delivery Service | 26.41 |
| Facsimile Costs | 163.50 |

W. R. Grace & Co.                                                              Page    28

|  | Amount |
|---|---|
| FedEx Costs | 185.69 |
| Hotel on Site Visit with Expert and Mr. Agnello-8/14-15 | 459.83 |
| Lexis Costs | 2,385.74 |
| Meals for Meetings in D.C. - Preparation of Exhibits | 259.53 |
| Outside Copies | 1,441.50 |
| Overtime Meals | 605.09 |
| Overtime Transportation | 1,313.46 |
| Parking on Trips | 26.00 |
| Secretarial Overtime | 2,555.25 |
| Westlaw | 174.33 |

| | |
|---|---|
| Total Disbursements | $17,799.89 |
| Total Amount Of This Bill | $271,616.89 |
| 09/30/2002 Less Deduction of 40% Per Agreement | ($101,526.80) |
| Balance Due | $170,090.09 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 246.90 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 137.60 | 100.00 |
| Peter C. Condron, Counsel | 5.00 | 350.00 |
| Steven C. Dubuc, Associate | 12.70 | 270.00 |
| William Hughes, Counsel | 186.60 | 350.00 |
| Tonya Manago, Sr. Paralegal | 39.10 | 135.00 |
| Christopher H. Marraro, Partner | 162.20 | 440.00 |
| Mahmoude Moasser, Paralegal | 156.50 | 135.00 |
| Tamara Parker, Associate | 81.10 | 270.00 |
| Ruben Reyna, Associate | 15.70 | 175.00 |
| Rebecca L. Schuller, Associate | 69.60 | 175.00 |
| Alec C. Zacaroli, Associate | 7.80 | 210.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 25, 2002

W. R. Grace & Co.
Attention:  Akos Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13166

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 09/27/02 | BB | Scan depostion transcript and prepare email messages to case witness for Mr. Hughes. | 0.90 |

|  |  | Amount |
|---|---|---|
| Total Fees | 0.90 | $121.50 |

Disbursements:

| | |
|---|---|
| Dinner Meeting with Messrs. Cupp, Nagy and Bayliss - 6/25 | 612.98 |
| Total Disbursements | $612.98 |
| Total Amount Of This Bill | $734.48 |
| Balance Due | $734.48 |

W. R. Grace & Co.

Page    2

| | Timekeeper Summary | | |
|---|---|---|---|
| Name | | Hours | Rate |
| Barbara Banks, Paralegal | | 0.90 | 135.00 |

Wallace
King
&
Marraro
Branson

WALLACE KING MARRARO & BRANSON,   PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 25, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13168

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  | | **Hours** |
|---|---|---|
| 09/16/02  CHM    Work on fee application (1.5 hrs.). | | 1.50 |

|  | | | **Amount** |
|---|---|---|---|
| Total Fees | | 1.50 | $660.00 |
| Balance Due | | | $660.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.50 | 440.00 |



**WALLACE KING MARRARO & BRANSON,** PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 25, 2002

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13169

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 09/03/02 CHM | Review materials from client. | 0.50 |
| 09/10/02 CHM | Review articles from client. | 0.50 |
| 09/11/02 CHM | Review material from client; teleconference with client. | 0.50 |
| 09/19/02 CHM | Review articles from client. | 0.80 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 2.30 | $1,012.00 |

Disbursements:

| | |
|---|---|
| Copy Costs - Internal | 11.40 |
| Total Disbursements | $11.40 |
| Total Amount Of This Bill | $1,023.40 |

W. R. Grace & Co.

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 2.30 | 440.00 |

# Wallace K & Marraro Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

October 25, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13170

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 09/10/02 | WH | Review District Court ruling re amendment to pleadings and aware of fees (.8 hrs.); conference with local counsel re same (.3 hrs.); prepare going forward strategy (.7 hrs.); conference with Mr. Marraro re same (1.0 hrs.). | 2.80 |
| 09/11/02 | CHM | Meeting with B. Hughes re developments in case (1.0 hrs.); review D.J. opinion (.5 hrs.). | 1.50 |

| | | **Amount** |
|---|---|---|
| Total Fees | 4.30 | $1,640.00 |
| Balance Due | | $1,640.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| William Hughes, Counsel | 2.80 | 350.00 |
| Christopher H. Marraro, Partner | 1.50 | 440.00 |