# EXHIBIT "A"

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and Alfred M Wolin

Notice of Electronic Filing

The following transaction was received from McFarland, Scotta Edelen entered on 10/1/2002 at 4:34 PM EDT and filed on 10/1/2002

**Case Name:**        W.R. GRACE & CO. and Alfred M Wolin
**Case Number:**      01-01139-JKF
**Document Number:** 2770

**Docket Text:**
Application for Compensation *Sixteenth Monthly Application Of Pachulski, Stang, Ziehl, Young & Jones P.C. Reimbursement Of Expenses As Co-Counsel To The Debtors For The Period From July 1, 2002 Through July 31, 2002.* Filed by Pachulski, Stang, Ziehl, Young & Jones P.C.. Objections due by 10/21/2002. (Attachments: # (1) Attachment Fee Detail part 1# (2) Attachment Fee Detail part 2# (3) Affidavit # (4) Service List) (McFarland, Scotta)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-1-02/SEM/PSZYJ Fee App/Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2002] [FileNumber=981698-0]
[3c615bfffcbcafc6e13514e31af8ce3584054c2e357313408289988fda9626f86afe7
7e562a5e8fa5704daa2bfbee36605c910873f794c7cf7dac240ef94a980]]
**Document description:**Attachment Fee Detail part 1
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-1-02/SEM/PSZYJ Fee App/Fee Detail Part 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2002] [FileNumber=981698-1]
[069f34b05661db9bd182dd3eeecfaf697046c0495e97ef1b3ba0aaf25565b56d4c601
6ec4b5588c1dd68b6b3cf5df71f9694c204326bd54ae1ceb71c7bc83edf]]
**Document description:**Attachment Fee Detail part 2
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-1-02/SEM/PSZYJ Fee App/Fee Detail Part 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2002] [FileNumber=981698-2]
[3fc35dc4d6ae6de4187c1e0cbce45692ca6721aa85a65c3748237ebb4d40e5257a989
abe48004cb609a87c923c73c5e187eefea5589a1f8323ec23864778c9bd]]
**Document description:**Affidavit
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-1-02/SEM/PSZYJ Fee App/Affidavit of Service.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2002] [FileNumber=981698-3]
[a500f34997b4621fca771b939e746727b73b50ad00daee98c2561ecc3e4cd2b57cbd8
250ad38a672074d0d860e7959e4a8246d45cee749c94ef1e49bd820dd40]]

{SystemName}    https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?566568791503906

**Document description:**Service List
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-1-02/SEM/PSZYJ Fee
App/Service List.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2002] [FileNumber=981698-4]
[2ecfc3778821ee97b52ec5529c7cd326b1984f85a145deb9544cef2e0ae540a0c73c7
33ca31b5c11f6c0395b654c9c81cb2f0047ae32ee9869ff252386be8d6f]]

## 01-01139-JKF Notice will be electronically mailed to:

James R. Adams    RBGROUP@rlf.com

Elio Battista Jr.    battista@blankrome.com

Kevin F. Brady    kfbrady@skadden.com, debank@skadden.com

Charles J. Brown    bankruptcyemail@elzufon.com

Noel C. Burnham    nburnham@mmwr.com,
bankruptcy@mmwr.com;iwehbe@mmwr.com;jperri@mmwr.com

Michael G. Busenkell    mbusenkell@mnat.com, rfusco@mnat.com

David W. Carickhoff    dcarickhoff@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Mark S. Chehi    debank@skadden.com

David E. Cherry    cherry@thetriallawyers.com,

William E. Chipman Jr.    bankruptcydel@gtlaw.com

Mark D. Collins    rbgroup@rlf.com

L. Jason Cornell    jcornell@frof.com, jcornell@frof.com

Scott D. Cousins    bankruptcydel@gtlaw.com

Teresa K.D. Currier    currier@klettrooney.com, tercurrier@aol.com

Steven T. Davis    delbkr@obermayer.com,

John D. Demmy    jdd@stevenslee.com,

Kristi J. Doughty    bk.service@aulgur.com,

Robert L. Eisenbach    reisenbach@cooley.com,

Jerel L. Ellington    jerry.l.ellington@usdoj.gov, marge.gallegos@usdoj.gov

William W. Erhart    billerhart@aol.com

Brett Fallon    bfallon@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

Bonnie Glantz Fatell    fatell@blankrome.com,

David Earl Flowers    david.flowers@state.mn.us,

Stephanie Ann Fox    sfox@klehr.com,

James Donald Freeman    james.freeman2@usdoj.gov, corrine.christen@usdoj.gov

Barbara Fruehauf    bfruehauf@cattiefruehauf.com,

Joseph Grey    jg@stevenslee.com

Kevin Gross    kgross@rmgglaw.com

Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com

Megan Nancy Harper    bankruptcy@bbglaw.com

William K. Harrington    reorg@duanemorris.com

Margaret A. Holland    hollamar@law.dol.lps.state.nj.us

Mark T Hurford    cl@del.camlev.com

David R. Hurst    debank@skadden.com

Bruce E. Jameson    Bkrjameson@prickett.com

Laura Davis Jones    ljones@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Christopher J. Kayser    christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Richard Allen Keuler    rkeuler@reedsmith.com

Steven K. Kortanek    skortanek@klehr.com

Michael R. Lastowski    reorg@duanemorris.com

Nicholas J. LePore    nlepore@schnader.com,

Neal J. Levitsky    nlevitsky@aol.com,

Joseph Walter Lind    jlind@sierrafunds.com

{SystemName}

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?566568791503906

Aileen F. Maguire    cl@del.camlev.com,

Kathleen P. Makowski    kmakowski@klettrooney.com

Mary M. MaloneyHuss    debankruptcy@wolfblock.com, hbooker@wolfblock.com

Kevin J Mangan    kmangan@walmon.com,

Christina M. Maycen    cmaycen@morrisjames.com

Katharine L. Mayer    kmayer@mccarter.com

Scotta Edelen McFarland    smcfarland@pszyj.com,

Rachel B. Mersky    rmersky@walmon.com

Kathleen M. Miller    kmiller@skfdelaware.com, mcm@skfdelaware.com

Rick S. Miller    rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Mark Minuti    mminuti@saul.com, tconnolly@saul.com

Herbert W. Mondros    kgross@rmgglaw.com,

Francis J. Murphy    fmurphy@msllaw.com,

Francis J. Murphy    hdooley@wc.com,

Ricardo Palacio    rpalacio@ashby-geddes.com

Joel L. Perrell Jr.    jperrell@milesstockbridge.com,

Allison E. Reardon    bankruptcy@state.de.us

Richard W. Riley    reorg@duanemorris.com

Lori Gruver Robertson    austin.bankruptcy@publicans.com,

Frederick B. Rosner    frosner@jshllp-de.com, amiles@jshllp-de.com

Patrick Scanlon    pjs@delcollections.com

Scott Andrew Shail    sashail@hhlaw.com,

Maurie J. Shalmone    maurie@longacrellc.com,

Warren Howard Smith    wsmith@whsmithlaw.com

Christopher S. Sontchi    csontchi@ashby-geddes.com

10/1/2002 4:35 PM

Rosalie L. Spelman    rspelman@pszyj.com

Deborah E. Spivack    rbgroup@rlf.com

William H. Sudell    wsudell@mnat.com

Brian A. Sullivan    baslaw@dca.net, baslaw2@dca.net;epleadings@werbsullivan.com

William David Sullivan    bankruptcyemail@elzufon.com

Theodore J. Tacconelli    ttacconelli@ferryjoseph.com,

Sanjay Thapar    sthapar@phks.com,

Thomas D. Walsh    twalsh@mccarter.com, bankruptcydel@mccarter.com

Jeffrey R. Waxman    jwaxman@klettrooney.com, jwaxman@klettrooney.com

Martin J. Weis    mweis@dilworthlaw.com,

Janet M. Weiss    jweiss@gibsondunn.com, shaghighi@gibsondunn.com

Thomas G. Whalen Jr.    tgw@stevenslee.com

Patricia A. Widdoss    debank@skadden.com

John J. Winter    jwinter@harvpenn.com,

Jeffrey C. Wisler    jcw@cblhlaw.com

Matthew G. Zaleski III    cl@del.camlev.com,

**01-01139-JKF Notice will not be electronically mailed to:**

David Baddley
,

Scott Baena
,

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

John B. Ballard
,

David T. Biderman

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?566568791503906

180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

William B. Butler

,

Marvin E. Clements

,

Steven E Crick

,

Myron Cunningham

,

James G. Damon

,

Michael S Davis
575 LExington Avenue
New York, NY 10022

Michael S Davis
575 Lexington Avenue
New York, NY 10022

Stephen Donato
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

Timothy P Dowling

,

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400

Phoenix, AZ 85004

Ernesto Forero-Vargas
,

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Ben Furth
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Mark C Glodenberg
,

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Alan Hamilton
Four Times Square
New York, NY 10036

Brian L. Hansen
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Jonathan C. Hantke
,

Elizabeth V. Heller
,

Allan H. Ickowitz

{SystemName}

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?566568791503906

Edward L Jacobs
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Harvey N. Jones
999 Westview Drive
Hastings, MN 55033

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Courtney M. Labson
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209

Rachel Lehr

Shelley K. Mack

Edward L Manchur
Stonehill Corporate Center

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Keavin D. McDonald
1221 McKinney
Suite 4550
Houston, TX 77010

Christopher Momjian
Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA 19107

10/1/2002 4:35 PM

{SystemName}

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Gerald Murphy
,

Anthony F Parise
Office Of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Brian Parker
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Martha E Romero
7743 S Painter Ave
Ste E
Whittier, CA 90602

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Steven Sacks
,

Tara J. Schleicher
,

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: October 21, 2002, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

**SIXTEENTH MONTHLY APPLICATION OF
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002**

<u>Name of Applicant</u>:   Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:  May 3, 2001.

<u>Period for which Compensation and Reimbursement is Sought</u>: July 1, 2002 through July 31, 2002.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>: $22,630.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $17,187.01.

This is a:     xx monthly          __ interim          __ final application.

The total time expended for preparation of this fee application is approximately 3 hours and the corresponding compensation requested is approximately $1000.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | Pending | Pending |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | .30 | $   165.00 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $330.00 | 1.80 | $   594.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $325.00 | 4.70 | $ 1,527.50 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $280.00 | 41.80 | $11,704.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | 1.00 | $   125.00 |
| Patricia E. Cuniff | Paralegal since 1998 | $120.00 | 54.10 | $ 6,492.00 |
| Helen D. Martin | Case Management Assistant 2000 | $ 60.00 | 1.90 | $   114.00 |
| Donna C. Crossan | Case Management Assistant 2001 | $ 55.00 | 13.50 | $   742.50 |
| Voilet E. Mobley | Case Management Assistant 2001 | $ 50.00 | .80 | $    40.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 50.00 | 4.00 | $   200.00 |
| Kate A. Crossan | Case Management Assistant 2001 | $ 50.00 | 3.00 | $   150.00 |

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| Christina M. Shaeffer | Case Management Assistant 2001 | $ 40.00 | 5.90 | $ 236.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 40.00 | 10.00 | $ 400.00 |
| Cassandra M. Giannone | Case management Assistant 2002 | $ 40.00 | 3.50 | $ 140.00 |

Total Fees:     $22,630.00
Total Hours:       146.30
Blended Rate: $    154.68

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Disposition | 1.30 | $ 252.00 |
| Bankruptcy Litigation | 5.10 | $ 612.00 |
| Case Administration | 59.50 | $5,242.50 |
| Claims Administration/Objection | 2.80 | $ 336.00 |
| Compensation of Professionals | 3.40 | $ 494.00 |
| WRG-Claim Analysis (Asbestos) | 4.10 | $1,068.00 |
| WRG-Claim Analysis (Non-Asbestos) | 3.60 | $ 592.00 |
| WRG- Employ.App., Others | 1.70 | $ 204.00 |
| Employee Benefit/Pension | 3.20 | $ 896.00 |
| Executory Contracts | .60 | $ 72.00 |
| WRG- Fee Apps., Applicant | 8.40 | $2,320.50 |
| WRG- Fee Applications, Others | 13.40 | $2,680.00 |
| Fee/Employment Application | .70 | $ 84.00 |
| Financing | .10 | $ 55.00 |
| WRG- Hearings | 21.80 | $3,408.00 |
| Litigation (Non-Bankruptcy) | 3.40 | $ 810.00 |
| Plan & Disclosure Statement | 2.00 | $ 464.00 |
| Stay Litigation | 3.00 | $ 840.00 |
| WRG- Zal Science Trail | 8.20 | $2,200.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | Eagle Limo | $ 110.40 |
| Facsimile ($1.00/page) | | $ 711.00 |
| Reproduction ($.15 per page) | | $10,114.35 |
| Express Mail | DHL/Federal Express | $ 990.20 |
| In-House Attorney Service | Wilcox & Fetzer | $ 400.00 |
| Overtime | | $ 687.43 |
| Postage | | $ 214.12 |
| Working Meals | Grotto's/Healy's | $ 81.90 |
| Delivery/Courier Service | Parcels/Tri State | $ 2,878.85 |
| Legal Research | Pacer | $ 998.76 |

---

[4] PSZY&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

Dated: __9/30__, 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE          :
                          :
COUNTY OF NEW CASTLE   :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

_____
David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED,
before me this _18_ day of _October_, 2002.

_____
Notary Public
My Commission Expires: 03-21-04

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  October 21, 2002 at 4:00 p.m.**
**Hearing Date: Scheduled if Necessary (Negative Notice)**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1
10/01/02 3:04 PM

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2002

Invoice Number **53409**      **91100**  **00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   June 30, 2002 | $214,680.15 |
| Payments received since last invoice, last payment received --   September 3, 2002 | $55,539.94 |
| Net balance forward | $159,140.21 |

Re:   W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | **07/31/2002** | | |
|---|---|---|---|---|
| | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | |
| 07/15/02 | DWC | Draft certification of counsel re: Carteret lease assumption (.4) address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 07/30/02 | PEC | Revise and review Debtors' Fourth Quarterly Report of Asset Sales from April 2002 through June 30, 2002 (.2); Draft Certificate of Service (.1); File and serve (.4) | 0.70 | 120.00 | $84.00 |
| | | **Task Code Total** | **1.30** | | **$252.00** |
| **BANKRUPTCY LITIGATION [L430]** | | | | |
| 07/11/02 | PEC | Revise and review Grace Agenda Notice for 7-22-02 hearing | 1.20 | 120.00 | $144.00 |
| 07/11/02 | PEC | Draft service list for 7/22/02 Agenda Notice | 0.80 | 120.00 | $96.00 |
| 07/15/02 | PEC | Review and revise 7/22/02 Agenda Notice (.8); Draft Certificate of Service and prepare service list (1.1) | 1.90 | 120.00 | $228.00 |
| 07/15/02 | PEC | File and serve Agenda Notice for 7/22/02 hearing | 0.60 | 120.00 | $72.00 |
| 07/15/02 | PEC | Prepare for 7/22/02 hearing | 0.60 | 120.00 | $72.00 |
| | | **Task Code Total** | **5.10** | | **$612.00** |
| **CASE ADMINISTRATION [B110]** | | | | |
| 07/01/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/01/02 | DWC | Review May monthly operating report (.6) address filing and service thereof (.2) | 0.80 | 280.00 | $224.00 |
| 07/01/02 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/02 | DWC | Review critical dates calendar | 0.30 | 280.00 | $84.00 |
| 07/02/02 | DWC | E-mail to co-counsel re: upcoming deadlines to file objections to various pleadings | 0.20 | 280.00 | $56.00 |
| /02/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/02/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/02/02 | PEC | File and serve May Monthly Operating Report (.6); Draft Affidavit of Service (.1) | 0.70 | 120.00 | $84.00 |
| 07/03/02 | CMS | Maintain Document Control. | 0.60 | 40.00 | $24.00 |
| 07/03/02 | CMS | Maintain Document Control. | 2.80 | 40.00 | $112.00 |
| 07/03/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 07/08/02 | DWC | Address critical dates calendar | 0.30 | 280.00 | $84.00 |
| 07/08/02 | DWC | Address critical dates calendar review and revisions | 0.30 | 280.00 | $84.00 |
| 07/08/02 | CMS | Maintain Document Control. | 0.80 | 40.00 | $32.00 |
| 07/08/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/08/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough March 2002 Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Pitney Hardin Kipp & Szuch April 2002 Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/09/02 | PEC | Review docket and update critical dates | 0.60 | 120.00 | $72.00 |
| 07/09/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/10/02 | CMS | Maintain Document Control. | 0.70 | 40.00 | $28.00 |
| 7/10/02 | CMG | Training procedures for file room duties. | 3.50 | 40.00 | $140.00 |
| 07/11/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.80 | 120.00 | $96.00 |
| 07/11/02 | PEC | Update critical dates memo | 1.00 | 120.00 | $120.00 |
| 07/11/02 | PEC | Review docket for updates | 0.40 | 120.00 | $48.00 |
| 07/12/02 | KAC | Maintain document control. | 1.00 | 50.00 | $50.00 |
| 07/12/02 | KAC | Maintain docuemtn control. | 1.00 | 50.00 | $50.00 |
| 07/12/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.60 | 120.00 | $72.00 |
| 07/12/02 | PEC | Update critical dates memo and circulate to the appropriate parties | 1.00 | 120.00 | $120.00 |
| 07/15/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.60 | 120.00 | $72.00 |
| 07/15/02 | PEC | Update critical dates memo | 0.20 | 120.00 | $24.00 |
| 07/15/02 | PEC | Review docket for updates | 0.30 | 120.00 | $36.00 |
| 07/16/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/16/02 | PEC | Telephone call with Jan Baer regarding Response to ZAI Claimants Motion. Respond to request for copy of Motion. | 0.40 | 120.00 | $48.00 |
| 07/17/02 | CMS | Maintain Document Control. | 1.00 | 40.00 | $40.00 |
| 07/17/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/17/02 | PEC | Draft Amended Agenda Notice for 7-17-02 hearing and Certificate of Service (.5); File and serve (.5) | 1.00 | 120.00 | $120.00 |
| 07/17/02 | PEC | Update critical dates | 0.50 | 120.00 | $60.00 |
| 07/18/02 | HDM | Maintain document control. | 1.90 | 60.00 | $114.00 |
| 7/18/02 | PEC | Update critical dates memo | 0.50 | 120.00 | $60.00 |
| 07/18/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/19/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |

| 07/19/02 | PEC | Review docket and update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/19/02 | PEC | Coordinate service of various signed orders | 0.20 | 120.00 | $24.00 |
| 7/22/02 | SLP | Maintain document control. | 4.00 | 50.00 | $200.00 |
| 7/22/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/22/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/23/02 | DWC | Review and respond to C. Lane e-mail re: CNO's | 0.20 | 280.00 | $56.00 |
| 07/23/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 07/24/02 | PEC | Update critical dates memo | 0.50 | 120.00 | $60.00 |
| 07/24/02 | PEC | Call to Beth Eller at Grace regarding documents received through daily distribution. | 0.10 | 120.00 | $12.00 |
| 07/25/02 | PEC | Review daily correspondence and pleading and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/25/02 | PEC | Review docket and update critical dates memo | 0.80 | 120.00 | $96.00 |
| 07/26/02 | DCC | Maintain document control. | 5.50 | 55.00 | $302.50 |
| 07/26/02 | PEC | Update critical dates memo and circulate | 1.20 | 120.00 | $144.00 |
| 07/26/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/29/02 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |
| 07/29/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 07/29/02 | PEC | Update critical dates memo | 1.00 | 120.00 | $120.00 |
| 07/30/02 | KAC | Maintain document control. | 1.00 | 50.00 | $50.00 |
| 07/30/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.80 | 120.00 | $96.00 |
| 7/31/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 07/31/02 | PEC | Update critical dates memo | 0.60 | 120.00 | $72.00 |

|  | **Task Code Total** | | **59.50** | | **$5,242.50** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| 07/08/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/09/02 | PEC | Prepare Affidavit of Julia Hazenthal for e-filing | 0.30 | 120.00 | $36.00 |
| 07/09/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough February Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/11/02 | PEC | Return calls to creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/15/02 | PEC | Return calls to creditors regarding case status | 0.40 | 120.00 | $48.00 |
| 07/16/02 | PEC | Coordinate filing of Declaration of Service of Craig Zink at R.R. Donnelleley regarding service of the Bar Date Notice | 0.30 | 120.00 | $36.00 |

|  | **Task Code Total** | | **2.80** | | **$336.00** |

### COMPENSATION PROF. [B160]

| 07/09/02 | PEC | Prepare Pitney Hardin Kipp and Szuch May 2002 Fee Application for filing and service (.4); Draft Certificate of Service (.2); File and serve (.5) | 1.10 | 120.00 | $132.00 |
| 07/11/02 | LDJ | Review and finalize fourteenth interim fee app (May 2002) | 0.20 | 550.00 | $110.00 |
| 07/12/02 | PEC | File and serve Carella Byrne June Fee Applications (.5); draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |

| 07/12/02 | PEC | File and serve Holme Roberts and Owen May Fee Application (.5); Draft Affidavit of Service (.1) | 0.10 | 120.00 | $12.00 |
| 7/12/02 | PEC | File and serve Casner and Edwards May Fee Application (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 07/17/02 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley and Scarborough December Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |

|  | **Task Code Total** | | **3.40** | | **$494.00** |

### WRG-CLAIM ANALYSIS (ASBESTOS)

| 07/08/02 | DWC | Review and revise objection to Property Damage Committee's motion to clarify bar date order (1.2); address filing and service thereof (.2) | 1.40 | 280.00 | $392.00 |
| 07/08/02 | DWC | Review and revise objection to Property Damage Committee's motion to clarify bar date order (1.2) address filing and service of same (.2) | 1.40 | 280.00 | $392.00 |
| 07/19/02 | DWC | Review order denying Kellogg Motion (.2); review and revise objection to Kellogg's claim (.4); address filing and service of same (.2) | 0.80 | 280.00 | $224.00 |
| 07/19/02 | PEC | File and Serve Debtors' Objection to Claim of Edythe Kellogg (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |

|  | **Task Code Total** | | **4.10** | | **$1,068.00** |

### WRG CLAIM ANALYSIS NONASBESTOS

| /01/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.80 | 120.00 | $96.00 |
| 07/09/02 | DWC | Call with J. Baer re: Bar date appeal motion. | 0.10 | 280.00 | $28.00 |
| 07/16/02 | DWC | Call with counsel for Bank of America re: $200,000 cash collateral in connection with letters of credit drawn in (.2); review e-mail re: same (.2) | 0.40 | 280.00 | $112.00 |
| 07/18/02 | PEC | Return calls to various creditors regarding bar date | 0.20 | 120.00 | $24.00 |
| 07/22/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.40 | 120.00 | $48.00 |
| 07/24/02 | PEC | Return calls to creditors regarding case status and bar date | 0.40 | 120.00 | $48.00 |
| 07/25/02 | PEC | Return calls to creditors regarding bar date notice | 0.30 | 120.00 | $36.00 |
| 07/26/02 | DWC | Review and respond to M. Hunter e-mail re: Bank of America letters of credit | 0.30 | 280.00 | $84.00 |
| 07/26/02 | PEC | Return calls to various creditors regarding case status and bar date | 0.50 | 120.00 | $60.00 |
| 07/29/02 | DWC | Call with C. Lane and Bank of America set off issue | 0.20 | 280.00 | $56.00 |

|  | **Task Code Total** | | **3.60** | | **$592.00** |

### WRG- EMPLOY. APP. , OTHERS

| 07/19/02 | PEC | Correspond with Sabrina Mitchell regarding 9th Supplemental Affidavit of Jamie Sprayregen | 0.20 | 120.00 | $24.00 |
| 07/19/02 | PEC | File and serve Ninth Supplemental Affidavit of James H.M. Sprayregen under 11 U.S.C Section 3276 and Fed R. Bank. P. 2014 (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/24/02 | PEC | Draft Affidavit of Service regarding Steven Storslee Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/24/02 | PEC | Draft Affidavit of Service regarding D. Randall King Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| /24/02 | PEC | Draft Affidavit of Service regarding Kazuo Nakasima Affidavit Under 11 U.S.C. Section 327(3) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Draft Affidavit of Service regarding William J. Bowe Affidavit Under 11 U.S.C. Section 327(e) (.1); Prepare for filing (.1) | 0.20 | 120.00 | $24.00 |
| 07/24/02 | PEC | Prepare service of Affidavits of Disinterestedness for several professionals | 0.20 | 120.00 | $24.00 |
| | | **Task Code Total** | **1.70** | | **$204.00** |

**EMPLOYEE BENEFIT/PENSION- B220**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/03/02 | DWC | Review Equity Committee response in support of Debtors' motion for revised compensation programs | 0.20 | 280.00 | $56.00 |
| 07/03/02 | DWC | Review Equity Committee response in support of compensation motion | 0.20 | 280.00 | $56.00 |
| 07/08/02 | DWC | Review Property Damage Committee response to Debtors' motion for revised compensation programs | 0.60 | 280.00 | $168.00 |
| 07/08/02 | DWC | Review Property Damage Committee objection to motion for approval of revised compensation programs | 0.60 | 280.00 | $168.00 |
| 07/12/02 | DWC | Review and revise Response to Property Damage Committee objection to motion for approval of revised compensation program (1.2); address filing and service thereof (.4) | 1.60 | 280.00 | $448.00 |
| | | **Task Code Total** | **3.20** | | **$896.00** |

**EXECUTORY CONTRACTS [B185]**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/15/02 | PEC | File Certification of Counsel regarding Debtors' Motion for Entry of an Order Pursuant to Section 363 and 365 of the Bankruptcy Code Authorizing the Debtors' to Assume and Assign a Prime Lease and the Accompanying Sublease | 0.60 | 120.00 | $72.00 |
| | | **Task Code Total** | **0.60** | | **$72.00** |

**WRG-FEE APPS., APPLICANT**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/01/02 | HRR | Review and analyze files regarding fee applications (.10); and conference with David W. Carickhoff regarding same (.10). | 0.30 | 330.00 | $99.00 |
| 07/02/02 | WLR | Correspondence to Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/02/02 | LAG | Review administrative order, allowed fees and scheduling regarding status of interim fee applications. | 0.20 | 125.00 | $25.00 |
| 07/03/02 | LAG | Review docket regarding fee application and certificate of no objection. | 0.20 | 125.00 | $25.00 |
| 07/03/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 7/03/02 | WLR | Prepare May 2002 fee application. | 0.70 | 325.00 | $227.50 |
| 07/03/02 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/04/02 | WLR | Correspondence to Liliana Gardiazabal regarding May | 0.20 | 325.00 | $65.00 |

|  |  | 2002 fee application. |  |  |  |
|---|---|---|---|---|---|
| 07/06/02 | WLR | Draft May 2002 fee application. | 0.40 | 325.00 | $130.00 |
| ·/07/02 | WLR | Correspondence to Liliana Gardiazabal regarding timing of fee application. | 0.10 | 325.00 | $32.50 |
| 07/08/02 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/08/02 | WLR | Correspondence to Hamid R. Rafatjoo regarding May 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/09/02 | WLR | Correspondence to MaryRitchie Johnson regarding May 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/09/02 | WLR | Review and revise 14th (May 2002) fee application. | 0.30 | 325.00 | $97.50 |
| 07/09/02 | DWC | Review and revise Pachulski Stang May fee application | 0.30 | 280.00 | $84.00 |
| 07/10/02 | HRR | Review and analyze fee application issues. | 0.20 | 330.00 | $66.00 |
| 07/12/02 | WLR | Review correspondence to Misty Lyles regarding June 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/12/02 | LAG | Email and telephone conferences regarding issues and timing of fee application and payment. | 0.20 | 125.00 | $25.00 |
| 07/12/02 | DWC | Review and revise Pachulski Stang May fee application (.4); address filing and service thereof (.2) | 0.60 | 280.00 | $168.00 |
| 07/13/02 | WLR | Correspondence to Liliana Gardiazabal regarding June 2002 fee application. | 0.20 | 325.00 | $65.00 |
| 07/13/02 | WLR | Prepare June 2002 fee application. | 0.50 | 325.00 | $162.50 |
| 07/15/02 | HRR | Draft and review response to email to David W. Carickhoff regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 07/15/02 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2002 fee application. | 0.10 | 325.00 | $32.50 |
| 07/16/02 | WLR | Prepare June 2002 fee application. | 0.40 | 325.00 | $130.00 |
| 07/17/02 | WLR | Correspondence to Hamid R. Rafatjoo regarding 9th (June 2002) fee application. | 0.30 | 325.00 | $97.50 |
| //17/02 | WLR | Draft 15th (June 2002) fee application. | 0.30 | 325.00 | $97.50 |
| 07/18/02 | WLR | Review correspondence from Hamid R. Rafatjoo regarding 15th (June 2002) fee application. | 0.10 | 325.00 | $32.50 |
| 07/18/02 | WLR | Correspondence to MaryRitchie Johnson regarding 15th (June 2002) fee application. | 0.20 | 325.00 | $65.00 |
| 07/18/02 | HRR | Review and analyze fee application. | 0.10 | 330.00 | $33.00 |
| 07/19/02 | WLR | Review fee application status and prepare memo to Ira D. Kharasch regarding same. | 0.10 | 325.00 | $32.50 |
| 07/19/02 | DWC | Review and execute Cert. of No objection for Pachulski Stang April fee app. | 0.20 | 280.00 | $56.00 |
| 07/19/02 | PEC | Draft Certification Of No Objection regarding PSZYJ April Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 07/30/02 | LAG | Email and telephone conferences regarding issues and timing of fee applications and payments . | 0.20 | 125.00 | $25.00 |
| 07/30/02 | HRR | Review and analyze fee issues. | 0.10 | 330.00 | $33.00 |

**Task Code Total**   8.40   **$2,320.50**

### WRG-FEE APPLICATIONS, OTHERS

| 07/01/02 | DWC | Address W. Sparks inquiry re: fee requests of McGovern, Keefe, Dreier, Gross, and Hamlin and e-mail re: same. | 0.60 | 280.00 | $168.00 |
|---|---|---|---|---|---|
| 07/01/02 | DWC | Review Wallace King May fee application (.3); address filing and service thereof (.2) | 0.50 | 280.00 | $140.00 |
| 7/02/02 | PEC | Prepare Kirkland & Ellis May Fee Application for e-filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 07/02/02 | PEC | Prepare Nelson Mullins Riley & Scarborough May Fee Application for E-Filing and service (.4); Draft Affidavit | 0.50 | 120.00 | $60.00 |