# EXHIBIT "B"

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and Alfred M Wolin

Notice of Electronic Filing

The following transaction was received from McFarland, Scotta Edelen entered on 10/30/2002 at 3:16 PM EST and filed on 10/30/2002

**Case Name:** W.R. GRACE & CO. and Alfred M Wolin
**Case Number:** 01-01139-JKF
**Document Number:** 2900

**Docket Text:**
Application for Compensation *Seventeenth Monthly Application Of Pachulski, Stang, Ziehl, Young & Jones P.C. For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel To The Debtors For The Period From August 1, 2002 Through August 31, 2002.* Filed by Pachulski, Stang, Ziehl, Young & Jones P.C.. Objections due by 12/19/2002. (Attachments: # (1) Attachment Fee Detail part I# (2) Attachment Fee Detail part 2# (3) Affidavit # (4) Service List) (McFarland, Scotta)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename://**PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-30-02/SEM/PSZYJ Fee App/Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2002] [FileNumber=1050296-0
] [46168e6faacfc97f221136a542622c339bc383d1bf61e539926d82383ece2620339
96aee9d8e4d9565c1d9fb1d8d0177bc7f1968f5a9beb5677111f4fffedc97]]
**Document description:**Attachment Fee Detail part I
**Original filename://**PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-30-02/SEM/PSZYJ Fee App/Fee Detail part I.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2002] [FileNumber=1050296-1
] [3c5d6b538cd8dc14065955faabe34a7f4bccdf58aeb2b53b9cb3d12c9323aae62e2
7fe6a9c0b63609f3e49ff67e93b53194055d06ba796058ed3e20da2e59840]]
**Document description:**Attachment Fee Detail part 2
**Original filename://**PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-30-02/SEM/PSZYJ Fee App/Fee Detail part II.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2002] [FileNumber=1050296-2
] [7bc0ad1143d07a78005cd50db97f0f145d55b8090b7aed237a26066915058ef7020
868f4cc643681e6bceb682f68ae8d33d4ee1b490390bfac2c436422009aeb]]
**Document description:**Affidavit
**Original filename://**PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-30-02/SEM/PSZYJ Fee App/Affidavit of Service.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2002] [FileNumber=1050296-3
] [604b02ea4f779ef7bf597c220b39ec1e6636e6fc1921dcc1a86b213b5581c30c141
63655803c7af50420dfe0cf1718a2d8f21bb4ce5a30c19019be33888fd4c6]]

**Document description:**Service List
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/10-30-02/SEM/PSZYJ Fee App/Service List.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2002] [FileNumber=1050296-4
] [9dfe3c570bb779b7ddfa08b35ffee4e0aa7aec2beeeb2d370feb26817fac57a3f14
3baadc2644c84b6ef15195e7609c95f85578a207b223240475e8d352d3421]]

**01-01139-JKF Notice will be electronically mailed to:**

James R. Adams    RBGROUP@rlf.com

Elio Battista Jr.    battista@blankrome.com

Kevin F. Brady    kfbrady@skadden.com, debank@skadden.com

Charles J. Brown    bankruptcyemail@elzufon.com

Noel C. Burnham    nburnham@mmwr.com, bankruptcy@mmwr.com;jperri@mmwr.com

Michael G. Busenkell    mbusenkell@mnat.com, rfusco@mnat.com

David W. Carickhoff    dcarickhoff@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Mark S. Chehi    debank@skadden.com

David E. Cherry    cherry@thetriallawyers.com,

William E. Chipman Jr.    bankruptcydel@gtlaw.com

Mark D. Collins    rbgroup@rlf.com

L. Jason Cornell    jcornell@frof.com, jcornell@frof.com

Scott D. Cousins    bankruptcydel@gtlaw.com

Teresa K.D. Currier    currier@klettrooney.com, tercurrier@aol.com

Steven T. Davis    delbkr@obermayer.com,

John D. Demmy    jdd@stevenslee.com,

Kristi J. Doughty    bk.service@aulgur.com,

Robert L. Eisenbach    reisenbach@cooley.com,

Jerel L. Ellington    jerry.l.ellington@usdoj.gov, marge.gallegos@usdoj.gov;james.bezio@usdoj.gov

William W. Erhart    billerhart@aol.com

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?647543848876953

{SystemName}

Marla Rosoff Eskin    meskin@del.camlev.com

Brett Fallon    bfallon@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

Bonnie Glantz Fatell    fatell@blankrome.com,

David Earl Flowers    david.flowers@state.mn.us,

Stephanie Ann Fox    sfox@klehr.com,

James Donald Freeman    james.freeman2@usdoj.gov, corrine.christen@usdoj.gov

Barbara Fruehauf    bfruehauf@cattiefruehauf.com,

Lisa M. Golden    lgolden@jshllp.com,

Joseph Grey    jg@stevenslee.com

Kevin Gross    kgross@rmgglaw.com

Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com

Megan Nancy Harper    bankruptcy@bbglaw.com

William K. Harrington    reorg@duanemorris.com

Margaret A. Holland    hollamar@law.dol.lps.state.nj.us

Mark T Hurford    cl@del.camlev.com

David R. Hurst    debank@skadden.com

Bruce E. Jameson    Bkrjameson@prickett.com

Laura Davis Jones    ljones@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Christopher J. Kayser    christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Richard Allen Keuler    rkeuler@reedsmith.com

Steven K. Kortanek    skortanek@klehr.com

Michael R. Lastowski    reorg@duanemorris.com

Nicholas J. LePore    nlepore@schnader.com,

{SystemName}

Neal J. Levitsky    nlevitsky@aol.com,

Joseph Walter Lind    jlind@sierrafunds.com

Aileen F. Maguire    cl@del.camlev.com,

Kathleen P. Makowski    kmakowski@klettrooney.com

Mary M. MaloneyHuss    debankruptcy@wolfblock.com, hbooker@wolfblock.com

Kevin J Mangan    kmangan@walmon.com,

Christina M. Maycen    cmaycen@morrisjames.com

Katharine L. Mayer    kmayer@mccarter.com

Scotta Edelen McFarland    smcfarland@pszyj.com,

Rachel B. Mersky    rmersky@walmon.com

Kathleen M. Miller    kmiller@skfdelaware.com, mcm@skfdelaware.com

Rick S. Miller    rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Mark Minuti    mminuti@saul.com, tconnolly@saul.com

Herbert W. Mondros    kgross@rmgglaw.com,

Francis J. Murphy    fmurphy@msllaw.com,

Francis J. Murphy    hdooley@wc.com,

Ricardo Palacio    rpalacio@ashby-geddes.com

Joel L. Perrell Jr.    jperrell@milesstockbridge.com,

Allison E. Reardon    bankruptcy@state.de.us

Richard W. Riley    reorg@duanemorris.com

Lori Gruver Robertson    austin.bankruptcy@publicans.com,

Frederick B. Rosner    frosner@jshllp-de.com, amiles@jshllp-de.com

Patrick Scanlon    pjs@delcollections.com

Scott Andrew Shail    sashail@hhlaw.com,

Maurie J. Shalmone    maurie@longacrellc.com,

Warren Howard Smith    wsmith@whsmithlaw.com

Christopher S. Sontchi    csontchi@ashby-geddes.com

Rosalie L. Spelman    rspelman@pszyj.com

Deborah E. Spivack    rbgroup@rlf.com

William H. Sudell    wsudell@mnat.com

Brian A. Sullivan    baslaw@dca.net, baslaw2@dca.net;epleadings@werbsullivan.com

William David Sullivan    bankruptcyemail@elzufon.com

Theodore J. Tacconelli    ttacconelli@ferryjoseph.com,

Sanjay Thapar    sthapar@phks.com,

Thomas D. Walsh    twalsh@mccarter.com, bankruptcydel@mccarter.com

Jeffrey R. Waxman    jwaxman@klettrooney.com, jwaxman@klettrooney.com

Martin J. Weis    mweis@dilworthlaw.com,

Janet M. Weiss    jweiss@gibsondunn.com, shaghighi@gibsondunn.com

Thomas G. Whalen Jr.    tgw@stevenslee.com

Patricia A. Widdoss    debank@skadden.com

Christopher Martin Winter    cwinter@mnat.com,

John J. Winter    jwinter@harvpenn.com,

Jeffrey C. Wisler    jcw@cblhlaw.com

Matthew G. Zaleski III    cl@del.camlev.com,

**01-01139-JKF Notice will not be electronically mailed to:**

David Baddley
,

Scott Baena
,

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ 85004

Ernesto Forero-Vargas

,

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Ben Furth
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Mark C Glodenberg

,

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Alan Hamilton
Four Times Square
New York, NY 10036

Brian L. Hansen
1600 Atlanta Financial Center

3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Jonathan C. Hantke
,

Elizabeth V. Heller
,

Allan H. Ickowitz
,

Edward L Jacobs
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Harvey N. Jones
999 Westview Drive
Hastings, MN 55033

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Courtney M. Labson
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209

Rachel Lehr
,

Shelley K. Mack
,

Edward L Manchur
Stonehill Corporate Center
,

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Keavin D. McDonald

1221 McKinney
Suite 4550
Houston, TX 77010

Christopher Momjian
Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA 19107

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Gerald Murphy

,

Anthony F Parise
Office Of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Brian Parker
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Martha E Romero
7743 S Painter Ave
Ste E
Whittier, CA 90602

{SystemName}

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Steven Sacks

,

Tara J. Schleicher

,

Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205

Andrew Shirley

,

Craig A. Slater
One HSBC Center
Suite 3550
Buffalo, NY 14203-2884

Richard Specter

,

James W. Stanley

,

State of California State Board of Equalization

,

Robert F. Stewart
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Trevor W. Swett
Caplin & Drysdale, Chartered
One Thomas Circle, NW, 11th Floor
Washington, DC 20005

Richard Truly
P.O. Box 344
Fayette, MS 39069

Theresa L Wasser

,

Jeffrey T. Wegner

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: November 19, 2002, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

### SEVENTEENTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Name of Applicant:   Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  May 3, 2001.

Period for which Compensation and Reimbursement is Sought:  August 1, 2002 through August 31, 2002.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $34,536.00.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:56878.1
10/30/02 12:24 PM

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $45,540.43.

This is a:      xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately 1 hour and the corresponding compensation requested is approximately $400.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | 2.10 | $ 1,155.00 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $480.00 | .20 | $    96.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2001; Member of CA Bar since 1993 | $395.00 | 23.20 | $ 9,164.00 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $330.00 | .30 | $    99.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | .70 | $   262.50 |
| Michael R. Seidl | Associate 2000; Member of DE Bar since 2000; Member of DC Bar since 1996 | $305.00 | .20 | $    61.00 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $280.00 | 37.90 | $10,612.00 |
| Paula A. Galbraith | Associate 2002; Member of IL Bar since 2000 | $215.00 | 11.00 | $ 2,365.00 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | .40 | $    50.00 |

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Karina K. Yee | Paralegal since 1996 | $125.00 | 2.30 | $ 287.50 |
| Patricia E. Cuniff | Paralegal since 1998 | $120.00 | 57.20 | $ 6,864.00 |
| Bruce D. Campbell | Paralegal since 1995 | $120.00 | 3.20 | $ 384.00 |
| Amy L. Espinosa | Paralegal since 1998 | $120.00 | 1.00 | $ 120.00 |
| Timothy M. O'Brien | Paralegal since 1997 | $110.00 | .60 | $ 66.00 |
| Helen D. Martin | Case Management Assistant 2000 | $ 60.00 | 1.60 | $ 96.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 55.00 | 22.80 | $ 1,254.00 |
| Donna C. Crossan | Case Management Assistant 2000 | $ 55.00 | 9.80 | $ 539.00 |
| Kate A. Crossan | Case Management Assistant 2000 | $ 50.00 | 4.50 | $ 225.00 |
| Jason M. Griffith | Case Management Assistant 2001 | $ 40.00 | 2.40 | $ 96.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 40.00 | 1.40 | $ 56.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 40.00 | 17.10 | $ 684.00 |

Total Fees:      $34,536.00

Total Hours:      199.90

Blended Rate: $     172.77

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | .30 | $ 118.50 |
| Bankruptcy Litigation | 1.70 | $ 527.50 |
| Case Administration | 63.30 | $ 6,910.00 |
| Claims Administration/Objections | .30 | $ 64.50 |
| Claims Analysis (Asbestos) | .70 | $ 196.00 |
| Claims Analysis (Non-Asbestos) | 5.00 | $ 735.00 |
| Employee Benefits/Pension | 2.70 | $ 884.50 |
| Fee Applications/Applicant | 4.40 | $ 1,209.50 |
| Fee Applications/Others | 37.70 | $ 8,180.50 |
| Hearings | 69.40 | $11,607.00 |
| Litigation (Non-Bankruptcy) | 4.50 | $ 1,384.50 |
| Plan and Disclosure Statement | 1.10 | $ 214.50 |
| Stay Litigation | 2.70 | $ 818.50 |
| ZAL Science Trial | 4.90 | $ 1,349.50 |
| ZAL Science Trial – Exp. | 1.20 | $ 336.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $ 1,867.00 |
| Reproduction ($.15 per page) | | $24,562.05 |
| Express Mail | DHL | $ 3,209.84 |
| Delivery/Courier Service | Parcels | $ 1,675.09 |
| Overtime | | $ 869.55 |
| Postage | | $12,108.95 |
| Working Meals | Greenery | $ 123.75 |
| Legal Research | Pacer | $ 1,124.20 |

---

[4] PSZY&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

Dated: __10/29__, 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.


_Laura Davis Jones_

Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    :
                       :

COUNTY OF NEW CASTLE  :

      Scotta E. McFarland, after being duly sworn according to law, deposes and says:

      a)     I am of counsel with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and have been admitted to appear before this Court.

      b)     I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*Scotta E. McFarland*

Scotta E. McFarland

SWORN AND SUBSCRIBED
before me this 30ᵗʰ day of *October*, 2002.

Notary Public
My Commission Expires:

KATHLEEN M. WITTIG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 5, 2003

91100-001\DOCS_DE:56878.1
10/30/02 12:28 PM

-1-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 19, 2002 at 4:00 p.m.**
**Hearing Date: Scheduled if Necessary (Negative Notice)**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

August 31, 2002

Invoice Number   **53817**      **91100   00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   August 31, 2002 | $189,510.04 |
| A/R Adjustments | $-71,496.23 |
| Net balance forward | $118,013.81 |

Re:   W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | 08/31/2002 | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | **ASSET ANALYSIS/RECOVERY[ B120]** | | | | |
| 08/14/02 | SEM | Telephone conference with M. Roberts, attorney for landlord, regarding 365(d)(4) extentions (.10); addressing M. Roberts request for last 365(d)(4) order (.20). | 0.30 | 395.00 | $118.50 |
| | **Task Code Total** | | **0.30** | | **$118.50** |
| | **BANKRUPTCY LITIGATION [L430]** | | | | |
| 08/06/02 | SEM | Review and revise joinder with defendants regarding interlocutory appeal in fraudulent conveyance matter (.40); addressing filing and service of same (.30). | 0.70 | 395.00 | $276.50 |
| 08/12/02 | SEM | Review Plaintiff's reply to Grace's joinder regarding interlocutory appeal in fradulent conveyance trial. | 0.20 | 395.00 | $79.00 |
| 08/22/02 | PAG | Discuss with S. McFarland filing of response to objection to compensation  motion. | 0.30 | 215.00 | $64.50 |
| 08/22/02 | PAG | Prepare for filing response to objection for revised compensation motion. | 0.50 | 215.00 | $107.50 |
| | **Task Code Total** | | **1.70** | | **$527.50** |
| | **CASE ADMINISTRATION [B110]** | | | | |
| 08/01/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 08/01/02 | PEC | Update critical dates memo. | 0.40 | 120.00 | $48.00 |
| 08/02/02 | DWC | Review critical dates calendar and revise same | 0.30 | 280.00 | $84.00 |
| 08/02/02 | KAC | Maintain document control. | 2.50 | 50.00 | $125.00 |

| 08/02/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 08/02/02 | PEC | Update critical dates and circulate to the appropriate individuals | 1.80 | 120.00 | $216.00 |
| 08/02/02 | DWC | Review June monthly operating report (.6); address filing and service thereof (.2) | 0.80 | 280.00 | $224.00 |
| 08/05/02 | KKY | Review docket | 0.10 | 125.00 | $12.50 |
| 08/05/02 | DWC | Meet with S. McFarland re: background of cases and significant events since filing (1.4); e-mail to co-counsel re: involvement of S. McFarland on cases (.3); meet with L. Jones re: same (.2) | 1.90 | 280.00 | $532.00 |
| 08/05/02 | CMS | Maintain Document Control. | 1.60 | 40.00 | $64.00 |
| 08/05/02 | SEM | Review various pleadings and conference with David W. Carickhoff regarding status of case. | 0.80 | 395.00 | $316.00 |
| 08/05/02 | KKY | Draft (.10) and prepare for filing (.10) Affidavit of Service for Monthly Operating Report for June 2002 | 0.20 | 125.00 | $25.00 |
| 08/05/02 | KKY | Serve Monthly Operating Report for June 2002 | 0.10 | 125.00 | $12.50 |
| 08/05/02 | PAG | Meet with L. Jones regarding case assignment. | 0.10 | 215.00 | $21.50 |
| 08/06/02 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.40 | 125.00 | $50.00 |
| 08/06/02 | KAC | Maintain document control. | 2.00 | 50.00 | $100.00 |
| 08/06/02 | SEM | Draft emails to and review emails from David W. Carickhoff regarding case administration matters. | 0.30 | 395.00 | $118.50 |
| 08/06/02 | SEM | Conference with David W. Carickhoff regarding service issues and other administration issues. | 0.40 | 395.00 | $158.00 |
| 08/06/02 | SEM | Conference with Paula A. Galbraith regarding case administration issues. | 0.40 | 395.00 | $158.00 |
| 08/06/02 | SEM | Review and consider case management order. | 0.30 | 395.00 | $118.50 |
| 08/06/02 | SEM | Review critical dates calendar. | 0.20 | 395.00 | $79.00 |
| 08/06/02 | PAG | Discuss with S. McFarland case status and transition. | 0.20 | 215.00 | $43.00 |
| 08/07/02 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.30 | 125.00 | $37.50 |
| 08/07/02 | SEM | Review critical dates memo (.20); various emails to David W. Carickhoff and P. Cuniff regarding service issues (.10). | 0.30 | 395.00 | $118.50 |
| 08/07/02 | PAG | Review e-mail from S. McFarland regarding case management orders. | 0.10 | 215.00 | $21.50 |
| 08/08/02 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.20 | 125.00 | $25.00 |
| 08/08/02 | TMO | Scan and upload documents to firm-wide critical deadlines chart. | 0.30 | 110.00 | $33.00 |
| 08/08/02 | DCC | Maintain document control. | 4.00 | 55.00 | $220.00 |
| 08/08/02 | SEM | Review recently filed MOR's. | 0.20 | 395.00 | $79.00 |
| 08/09/02 | KKY | Review daily correspondence and pleadings and circulate to appropriate individuals | 0.20 | 125.00 | $25.00 |
| 08/10/02 | DCC | Maintain document control. | 2.30 | 55.00 | $126.50 |
| 08/12/02 | PEC | Update critical dates memo. | 2.30 | 120.00 | $276.00 |
| 08/12/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 1.00 | 120.00 | $120.00 |
| 08/12/02 | SEM | Email to David W. Carickhoff regarding filing pleadings. | 0.10 | 395.00 | $39.50 |
| 08/13/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.60 | 120.00 | $72.00 |
| 08/13/02 | PEC | Update critical dates memo. | 0.50 | 120.00 | $60.00 |
| 08/13/02 | PEC | Review docket for updates | 0.50 | 120.00 | $60.00 |
| 08/14/02 | TMO | Update firm-wide critical deadlines chart by uploading plan and solicitation exclusivity extension motion. | 0.30 | 110.00 | $33.00 |
| 08/14/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.80 | 120.00 | $96.00 |
| 08/14/02 | PEC | Update critical dates memo. | 0.80 | 120.00 | $96.00 |
| 08/14/02 | PEC | Review docket for updates. | 0.50 | 120.00 | $60.00 |

| 08/14/02 | PEC | Return calls to various creditors regarding case status | 0.50 | 120.00 | $60.00 |
| 08/14/02 | SEM | Voice mail from Will Sparks regarding obtaining copy of complaint filed in state court. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | CMS | Maintain Document Control. | 2.10 | 40.00 | $84.00 |
| 08/15/02 | PEC | Review and circulate critical dates memo. | 0.20 | 120.00 | $24.00 |
| 08/15/02 | SEM | Respnding to request of W. Sparks for state court complaint. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | SEM | Emails to and from David W. Carickhoff and Patricia Cuniff regarding distribution of pleadings and correspondence received. | 0.10 | 395.00 | $39.50 |
| 08/16/02 | CMS | Maintain Document Control. | 0.70 | 40.00 | $28.00 |
| 08/16/02 | SEM | Responding to request from attorney at Duane Morris for Service List. | 0.20 | 395.00 | $79.00 |
| 08/19/02 | CMS | Maintain Document Control. | 0.60 | 40.00 | $24.00 |
| 08/20/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.30 | 120.00 | $36.00 |
| 08/20/02 | PEC | Update critical date memo. | 0.50 | 120.00 | $60.00 |
| 08/21/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 08/21/02 | PEC | Update critical dates memo. | 0.30 | 120.00 | $36.00 |
| 08/21/02 | PEC | Review docket for updates. | 0.30 | 120.00 | $36.00 |
| 08/22/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 08/22/02 | PEC | Update critical dates memo. | 0.30 | 120.00 | $36.00 |
| 08/22/02 | PEC | Review docket and update critical dates memo. | 1.10 | 120.00 | $132.00 |
| 08/22/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 08/23/02 | CMS | Maintain Document Control. | 5.70 | 40.00 | $228.00 |
| 08/23/02 | PEC | Update critical dates memo. | 0.60 | 120.00 | $72.00 |
| 08/23/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 08/24/02 | DCC | Maintain document control. | 3.00 | 55.00 | $165.00 |
| 08/25/02 | PAG | Review critical dates. | 0.20 | 215.00 | $43.00 |
| 08/25/02 | PAG | Review admin orders. | 0.10 | 215.00 | $21.50 |
| 08/26/02 | HDM | Maintain document control. | 1.60 | 60.00 | $96.00 |
| 08/26/02 | JMG | Maintain document control. | 2.40 | 40.00 | $96.00 |
| 08/26/02 | SEM | Review and respond to email from Paula A. Galbraith regarding preparation of pleadings for Kirkland & Ellis. | 0.10 | 395.00 | $39.50 |
| 08/26/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 08/26/02 | PEC | Update critical dates memo and circulate to the appropriate individuals. | 1.30 | 120.00 | $156.00 |
| 08/26/02 | PAG | Meet with clients before hearing. | 0.10 | 215.00 | $21.50 |
| 08/27/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 08/27/02 | PEC | Update critical dates memo. | 0.60 | 120.00 | $72.00 |
| 08/27/02 | PEC | Review docket for updates | 0.50 | 120.00 | $60.00 |
| 08/27/02 | PEC | Review David Carickhoff's notes from the 8/26/02 hearing. Update critical dates memo accordingly. | 0.60 | 120.00 | $72.00 |
| 08/28/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.50 | 120.00 | $60.00 |
| 08/28/02 | PAG | Review e-mail from J. Hasenzahl regarding amended schedules. Review schedules and reply to same. | 0.10 | 215.00 | $21.50 |
| 08/29/02 | CMS | Maintain Document Control. | 2.30 | 40.00 | $92.00 |
| 08/30/02 | SEM | Telephone conference with Paula A. Galbraith regarding status of filing and service of amended schedules. | 0.10 | 395.00 | $39.50 |
| 08/30/02 | PEC | Review docket and update critical dates memo. Circulate to the appropriate parties | 1.50 | 120.00 | $180.00 |
| 08/30/02 | PEC | Review daily correspondence and pleadings and forward to | 0.40 | 120.00 | $48.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | the appropriate individuals. | | | |
| 08/30/02 | PAG | Review supplements to schedules and statements and draft e-mail to J. Hasenzahl with questions on same. | 0.10 | 215.00 | $21.50 |
| 08/31/02 | DCC | Maintain document control. | 0.50 | 55.00 | $27.50 |

| | | | |
|---|---|---|---|
| **Task Code Total** | **63.30** | | **$6,910.00** |

### CLAIMS ADMIN/OBJECTIONS [B310]

| | | | | | |
|---|---|---|---|---|---|
| 08/23/02 | PAG | Call from J. Huggett regarding omitted document on agenda for Gerard matter.  Inquire into same. | 0.30 | 215.00 | $64.50 |

| | | | |
|---|---|---|---|
| **Task Code Total** | **0.30** | | **$64.50** |

### WRG-CLAIM ANALYSIS (ASBESTOS)

| | | | | | |
|---|---|---|---|---|---|
| 08/06/02 | DWC | Review Equity Committee brief re personal injury bar date | 0.30 | 280.00 | $84.00 |
| 08/06/02 | DWC | Review Creditor Committee brief re: personal injury bar date | 0.40 | 280.00 | $112.00 |

| | | | |
|---|---|---|---|
| **Task Code Total** | **0.70** | | **$196.00** |

### WRG CLAIM ANALYSIS NONASBESTOS

| | | | | | |
|---|---|---|---|---|---|
| 08/01/02 | PEC | Return calls to various creditors regarding case status. | 0.50 | 120.00 | $60.00 |
| 08/02/02 | DWC | Address questions re: adjudication of former employee motion for reimbursement of attorney fees | 0.30 | 280.00 | $84.00 |
| 08/06/02 | DWC | Address W. Sparks inquiry re: ruling of Judge McKelvie denying former employees' motion for counsel fees in cases against them. | 0.20 | 280.00 | $56.00 |
| 08/13/02 | PEC | Return calls to various potential creditors regarding case status. | 0.50 | 120.00 | $60.00 |
| 08/14/02 | PEC | Return calls to creditors regarding bar date. | 0.30 | 120.00 | $36.00 |
| 08/14/02 | SEM | Addressing request from creditor regarding status of case. | 0.10 | 395.00 | $39.50 |
| 08/14/02 | SEM | Review response to objection to claim of E. Kellogg. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | PEC | Return calls to various creditors regarding case status and bar date. | 0.30 | 120.00 | $36.00 |
| 08/20/02 | PEC | Return calls to various creditors regarding bar date. | 0.50 | 120.00 | $60.00 |
| 08/21/02 | PEC | Return calls to various creditors regarding case status and bar date. | 0.50 | 120.00 | $60.00 |
| 08/26/02 | PEC | Return calls to various creditors regarding proof of claim forms. | 0.40 | 120.00 | $48.00 |
| 08/27/02 | PEC | Return calls to various creditors regarding case status. | 0.80 | 120.00 | $96.00 |
| 08/28/02 | PEC | Return calls to various creditors regarding case status. | 0.50 | 120.00 | $60.00 |

| | | | |
|---|---|---|---|
| **Task Code Total** | **5.00** | | **$735.00** |

### EMPLOYEE BENEFIT/PENSION- B220

| | | | | | |
|---|---|---|---|---|---|
| 08/15/02 | DWC | Review and respond to C. Lane e-mail re: Property Damage Committee supplemental response to Debtors' motion to revise compensation program for employees | 0.30 | 280.00 | $84.00 |
| 08/15/02 | SEM | Telephone conference with C. Lane regarding Property Damage Committee brief regarding change in employee compensation. | 0.20 | 395.00 | $79.00 |
| 08/15/02 | SEM | Review PDC supplementals objection on revised | 0.40 | 395.00 | $158.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | compensation motion (.10); addressing request of C. Lane for copy of supplemental objection and exhibits (.30). | | | |
| 08/16/02 | DWC | Call with B. McGowan re: Property Damage Committee Supplemental Response to Debtors' motion for revised compensation procedures (.2); review the same (.3) | 0.50 | 280.00 | $140.00 |
| 08/21/02 | SEM | Voice message from and to C. Lane regarding filing of response regarding revisions to compensation policies. | 0.10 | 395.00 | $39.50 |
| 08/22/02 | SEM | Review and revise for filing response to the Supplemental Objections of the PD Committee re Revised Compensation Program (.40); telephone conference with C. Lane regarding service of same (.10); addressing and service issues regarding same (.20). | 0.70 | 395.00 | $276.50 |
| 08/23/02 | PAG | Draft e-mail to J. Baer regarding status of ZAI order and response to committee objection on compensation program. | 0.10 | 215.00 | $21.50 |
| 08/23/02 | PAG | Discuss filing and submission to chambers of supplemental objection to compensation plan with P. Cuniff. | 0.10 | 215.00 | $21.50 |
| 08/23/02 | PAG | Draft cover letter for submission of documents to chambers. | 0.10 | 215.00 | $21.50 |
| 08/23/02 | PAG | Calls from and to C. Lane regarding submission of documents to court for response regarding compensation plan. | 0.20 | 215.00 | $43.00 |
| | | **Task Code Total** | **2.70** | | **$884.50** |

**WRG-FEE APPS., APPLICANT**

| | | | | | |
|---|---|---|---|---|---|
| 08/02/02 | DWC | Review and execute Certificate of No Objection re: Pachulski Stang May fee application | 0.20 | 280.00 | $56.00 |
| 08/05/02 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 125.00 | $25.00 |
| 08/12/02 | DWC | Review fee auditor report of Pachulski Stang | 0.30 | 280.00 | $84.00 |
| 08/13/02 | PEC | Prepare Fifteenth Monthly Application of Pachulski, Stang, Ziehl, Young & Jones P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2002 Through June 30, 2002 for filing and service and draft Affidavit of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/13/02 | DWC | Review and revise Pachulski Stang fee application for June | 1.00 | 280.00 | $280.00 |
| 08/15/02 | WLR | Review correspondence from Scotta E. McFarland and Hamid R. Rafatjoo regarding fee application procedure. | 0.10 | 375.00 | $37.50 |
| 08/15/02 | WLR | Correspondence to Scotta E. McFarland regarding fee application procedure. | 0.20 | 375.00 | $75.00 |
| 08/15/02 | WLR | Review correspondence from Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 08/15/02 | SEM | Telephone conference with C. Lane regarding fee application procedure. | 0.10 | 395.00 | $39.50 |
| 08/20/02 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 125.00 | $25.00 |
| 08/23/02 | IDK | E-mails with SEM, HRR and BR re 6/02 - 7/02 application issues - status. | 0.20 | 480.00 | $96.00 |
| 08/27/02 | SEM | Draft various emails to Laura Davis Jones and Ira D. Kharasch regarding Judge's ruling that no fees can be paid after September 1 and the need to recategorize fees. | 0.10 | 395.00 | $39.50 |
| 08/27/02 | HRR | Conference with Ira D. Kharasch regarding fee issues. | 0.10 | 330.00 | $33.00 |
| 08/28/02 | SEM | Drafting emails to and reviewing emails from W. Ramseyer regarding the new categorization on PSZYJ fees. | 0.10 | 395.00 | $39.50 |
| 08/28/02 | HRR | Telephone conference with David W. Carickhoff regarding | 0.10 | 330.00 | $33.00 |

|          |      | fee issues.                                                                                                                                              |      |        |          |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 08/28/02 | WLR  | Review correspondence from Ira D. Kharasch regarding July 2002 fee application.                                                                           | 0.10 | 375.00 | $37.50   |
| 08/28/02 | WLR  | Review correspondence from Scotta E. McFarland regarding 4th interim fee application.                                                                      | 0.10 | 375.00 | $37.50   |
| 08/28/02 | WLR  | Correspondence to Scotta E. McFarland regarding 4th interim fee application.                                                                               | 0.10 | 375.00 | $37.50   |
| 08/30/02 | SEM  | Telephone conference with Paula A. Galbraith regarding revisions to PSZYJ fee applications (.10); draft email to Laura Davis Jones regarding staffing the project to retroactively change fee categories (.10). | 0.20 | 395.00 | $79.00   |
| 08/30/02 | PAG  | Discuss with S. McFarland recategorization of fees.                                                                                                       | 0.10 | 215.00 | $21.50   |

|   |   | **Task Code Total** | **4.40** |   | **$1,209.50** |
|---|---|---------------------|----------|---|---------------|

**WRG-FEE APPLICATIONS, OTHERS**

|          |      |                                                                                                                                               |      |        |        |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------|------|--------|--------|
| 08/01/02 | DWC  | Call with W. Sparks re: compensation issues                                                                                                     | 0.20 | 280.00 | $56.00 |
| 08/02/02 | DWC  | Review and execute Certificate of No Objection re: Casner & Edwards May fee application                                                         | 0.20 | 280.00 | $56.00 |
| 08/02/02 | DWC  | Review Steptoe & Johnson's April (.3), May (.2) and June (.2) fee applications and address filing and service thereof (.3)                      | 0.90 | 280.00 | $252.00|
| 08/02/02 | DWC  | Review Holme Roberts June fee application (.4) and address filing and service thereof (.2)                                                       | 0.60 | 280.00 | $168.00|
| 08/02/02 | ALE  | Draft certificate of no objection for Eight Interim Monthly fee application of Casner.                                                           | 0.30 | 120.00 | $36.00 |
| 08/02/02 | ALE  | Draft Certificate of No Objection for Application of Holme Roberts & Owen.                                                                       | 0.30 | 120.00 | $36.00 |
| 08/02/02 | ALE  | Draft Certificate of Service for Service of the Certificate of No Objection for Application of Holme Roberts & Owen.                             | 0.10 | 120.00 | $12.00 |
| 08/02/02 | ALE  | Draft Certificate of Service for Service of the Certificate of No Objection for Eight Interim Monthly fee application of Casner.                 | 0.10 | 120.00 | $12.00 |
| 08/02/02 | ALE  | Address service of the Certificate of No Objection regarding the Fee Application of Holme Roberts & Owen.                                        | 0.10 | 120.00 | $12.00 |
| 08/02/02 | ALE  | Address service of the Certificate of No Objection regarding the Eight Interim Monthly fee application of Casner.                                | 0.10 | 120.00 | $12.00 |
| 08/05/02 | DWC  | Review and execute Certificate of No Objection re: Holme Roberts May fee application                                                            | 0.20 | 280.00 | $56.00 |
| 08/06/02 | SEM  | Email to B. Ramseyer and Hamid R. Rafatjoo regarding PSZYJ fee applications.                                                                     | 0.10 | 395.00 | $39.50 |
| 08/06/02 | SEM  | Review fee procedures.                                                                                                                          | 0.30 | 395.00 | $118.50|
| 08/06/02 | DWC  | Call with Pitney Hardin re: August fee hearing                                                                                                   | 0.20 | 280.00 | $56.00 |
| 08/06/02 | DWC  | Respond to W. Smith request for fee chart                                                                                                        | 0.20 | 280.00 | $56.00 |
| 08/06/02 | KKY  | Serve (.10) and prepare for service (.10) ninth fee application of Casner & Edwards for June 2002                                                | 0.20 | 125.00 | $25.00 |
| 08/06/02 | KKY  | Draft affidavit of service for ninth fee application of Casner & Edwards for June 2002                                                           | 0.10 | 125.00 | $12.50 |
| 08/06/02 | HRR  | Review, analyze and respond to emails regarding fee issues.                                                                                     | 0.10 | 330.00 | $33.00 |
| 08/07/02 | SEM  | Review Carella Fifth quarterly fee application (.30); telephone conference with David W. Carickhoff regarding same (.10).                        | 0.40 | 395.00 | $158.00|
| 08/07/02 | SEM  | Review Carella quarterly fee application (.30); drafting notice for Carella quarterly fee application (.40).                                     | 0.70 | 395.00 | $276.50|
| 08/08/02 | DWC  | Review Kirkland & Ellis June fee applications in chpater                                                                                         | 1.00 | 280.00 | $280.00|

| | | | | | |
|---|---|---|---|---|---|
| | | 11 cases (.4) and in fraudulent transfer matter (.2); address filing and service of both (.4) | | | |
| 08/08/02 | KKY | Draft affidavit of service for Kirkland & Ellis June 2002 fee app | 0.10 | 125.00 | $12.50 |
| 08/08/02 | KKY | Draft affidavit of service for Kirkland & Ellis June 2002 fee app (re adversary proceeding 02-2210) | 0.10 | 125.00 | $12.50 |
| 08/08/02 | KKY | Serve (.10) and prepare for service (.20) Kirkland & Ellis June 2002 fee app | 0.30 | 125.00 | $37.50 |
| 08/08/02 | SEM | Review notice regarding Carella quarterly fee application (.10); addressing filing and service of same (.20). | 0.30 | 395.00 | $118.50 |
| 08/08/02 | SEM | Review fee auditor's final reports for Blackstone, Reed Smith and Duane Morris. | 0.30 | 395.00 | $118.50 |
| 08/11/02 | LDJ | Correspondence with David Carickhoff, Esq. re: interim fee apps | 0.20 | 550.00 | $110.00 |
| 08/12/02 | DWC | Call with R. Kueller re: responding to fee auditor reports | 0.20 | 280.00 | $56.00 |
| 08/12/02 | SEM | Review Nelson Mullins June fee application. | 0.20 | 395.00 | $79.00 |
| 08/12/02 | SEM | Addressing filing and service of Nelson Mullins June fee application. | 0.20 | 395.00 | $79.00 |
| 08/13/02 | PEC | Serve Casner & Edward Fifth Quarterly Fee Application and draft Affidavit of Service. | 0.40 | 120.00 | $48.00 |
| 08/13/02 | PEC | Serve Carella Byrne Fifth Quarterly Fee Application and draft Affidavit of Service. | 0.40 | 120.00 | $48.00 |
| 08/13/02 | DWC | Call with R. Kueller of Reed Smith re: response to fee auditor | 0.20 | 280.00 | $56.00 |
| 08/13/02 | DWC | Review Bilzin Sumberg response to fee auditor | 0.30 | 280.00 | $84.00 |
| 08/13/02 | LDJ | Review and finalize interim fee app (June 2002) | 0.30 | 550.00 | $165.00 |
| 08/13/02 | SEM | Review Casner quarterly fee application for April-June, 2002 (.20); prepare notice of same (.40); address filing and service of same (.20). | 0.60 | 395.00 | $237.00 |
| 08/14/02 | PEC | File and serve Fifth Quarterly Fee Application of Carella Byrne for the Period of April 1, 2002 Through June 30, 2002. | 0.50 | 120.00 | $60.00 |
| 08/14/02 | PEC | File and serve Application of Nelson Mullins Riley and Scarborough LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al for the Period of June 1, 2002 Through June 30, 2002. | 0.50 | 120.00 | $60.00 |
| 08/14/02 | PEC | File and serve Verified Application of Holme Robert & Owen, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al for the Interim Period from June 1, 2002 Through June 30, 2002 (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 08/14/02 | PEC | File and serve Fifth Quarterly Fee Application of Casner & Edwards for the Period from April 1, 2002 Through June 30, 2002. | 0.50 | 120.00 | $60.00 |
| 08/14/02 | SEM | Review Pitney Hardin June fee applications (.30); addressing filing and service of same (.20). | 0.50 | 395.00 | $197.50 |
| 08/14/02 | SEM | Review Holme Roberts and Owen Fifth Quarterly (.30); prepare notice of same (.40); addressing filing and service of same (.20). | 0.90 | 395.00 | $355.50 |
| 08/14/02 | SEM | Email to David W. Carickhoff regarding dealing with Fee Auditor's report. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | PEC | Prepare the Blackstone Group's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/15/02 | PEC | Prepare the Blackstone Group's June Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/15/02 | PEC | Draft Certificate of No Objection for Wallace King Marraro & Branson June Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |

| 08/15/02 | PEC | Draft Certificate of No Objection for the Blackstone Group's April Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
|---|---|---|---|---|---|
| 08/15/02 | PEC | Draft Certificate of Service for Wallace King Marraro & Branson June Fee Application (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/15/02 | PEC | Draft Certificate of No Objection and Certificate of Service regarding the Blackstone Group's April Fee Application (.4);  File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/15/02 | LDJ | Attention to finalizing and service issues re: Blackstone fee applications | 1.00 | 550.00 | $550.00 |
| 08/15/02 | SEM | Review docket regarding objections to Wallace and King and Blackstone fee applications (.20); CNOs for Wallace King and Blackstone (.10). | 0.30 | 395.00 | $118.50 |
| 08/15/02 | SEM | Addressing issues with Blackstone fee applications (.50); address filing and service of fifth quarterlies of Blackstone (.30). | 0.80 | 395.00 | $316.00 |
| 08/15/02 | SEM | Emails from and to J. DeAlmeida regarding Blackstone fee applications. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | SEM | Various conferences with secretaries regarding filing and service of Blackstone 5th quarterly fee application. | 0.10 | 395.00 | $39.50 |
| 08/15/02 | SEM | Email to C. Lane regarding Fee Auditors's report regarding Kirkland & Ellis 4th quarterly fee application. | 0.10 | 395.00 | $39.50 |
| 08/16/02 | SEM | Review Fee Auditor report for PSZYJ 4th Interim Fee application. | 0.30 | 395.00 | $118.50 |
| 08/19/02 | SEM | Review email regarding Carella Byrne's  interim fee application. | 0.10 | 395.00 | $39.50 |
| 08/19/02 | DWC | Review and respond to E. Flagan e-mail re: Holme Roberts fee application | 0.30 | 280.00 | $84.00 |
| 08/20/02 | SEM | Voice message from and to J. Baer regarding Kirkland & Ellis response to Fee Auditor report (.10); conference with P. Cuniff regarding filing and service of same (.10). | 0.20 | 395.00 | $79.00 |
| 08/20/02 | PEC | Discuss the filing of K&E's Response to the Final Fee Auditor Report with Scotta McFarland. | 0.20 | 120.00 | $24.00 |
| 08/20/02 | PEC | File and serve Kirkland & Ellis' Response to Final Fee Auditor Report. | 0.60 | 120.00 | $72.00 |
| 08/21/02 | SEM | Telephone conference with R. Higgins regarding serving discovery. | 0.20 | 395.00 | $79.00 |
| 08/21/02 | DWC | Review Kirkland & Ellis response to fee auditor report | 0.30 | 280.00 | $84.00 |
| 08/22/02 | DWC | Review and respond to e-mail from Pitney Hardin re: fee hearing | 0.20 | 280.00 | $56.00 |
| 08/23/02 | PEC | Prepare Steptoe & Johnson April Monthly Fee Application for e-filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/23/02 | PEC | Prepare Steptoe & Johnson May Monthly Fee Application for e-filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/23/02 | PEC | Prepare Steptoe & Johnson June Monthly Fee Application for e-filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/23/02 | PEC | Prepare Pitney Hardin Kipp & Szuch June Monthly Fee Application for e-filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/23/02 | PEC | Prepare Carella Byrne July Monthly Fee Application for e-filing and service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 08/25/02 | PAG | Review paper flow. | 0.10 | 215.00 | $21.50 |
| 08/26/02 | SEM | Telephone conference with W. Smith regarding Judge's comments on fee application process. | 0.20 | 395.00 | $79.00 |
| 08/26/02 | DWC | Call with W. Smith re: questions raised as a result of 8/26 fee hearing re payment of professional fees. | 0.20 | 280.00 | $56.00 |
| 08/27/02 | SEM | Review and respond to email from W. Sparks regarding Judge's order on non-payment of fees. | 0.10 | 395.00 | $39.50 |
| 08/28/02 | SEM | Review and consider emails from W. Smith regarding new categories for fee applications and draft email to W. Smith | 0.20 | 395.00 | $79.00 |