# EXHIBIT "C"

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and Alfred M Wolin

Notice of Electronic Filing

The following transaction was received from McFarland, Scotta Edelen entered on 11/14/2002 at 7:45 PM EST and filed on 11/14/2002

**Case Name:**       W.R. GRACE & CO. and Alfred M Wolin
**Case Number:**     01-01139-JKF
**Document Number:** 2990

**Docket Text:**
Monthly Application for Compensation *Eighteenth Monthly Application of Pachulski, Stang, Ziehl, Young & Jones P.C. For Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period From September 1, 2002 through September 30, 2002* for Pachulski, Stang, Ziehl, Young & Jones P.C., Debtor's Attorney, period: 9/1/2002 to 9/30/2002, fee: $32,858.50, expenses: $33,313.79. Filed by Scotta Edelen McFarland. Objections due by 12/4/2002. (Attachments: # (1) Attachment Invoice) (McFarland, Scotta)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/11-14-02/SEM/PSZYJ 18th Monthly Fee App/Fee App - Main doc..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/14/2002] [FileNumber=1092324-0
] [36796f9b7934f6363200ca2f888e80b012fa7cbb5b3b0dc0c83c4fda353700f771f
6f4fb0702a68ecec44f4f2e2f5704dd43b80fb3bf010d950e777c5ef1205b]]
**Document description:** Attachment Invoice
**Original filename:**//PSZY1_DE/Data/EFileDocuments/W.R. Grace/11-14-02/SEM/PSZYJ 18th Monthly Fee App/Invoice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/14/2002] [FileNumber=1092324-1
] [6e045c107e36719591f19167744e21a1e4c53d4173221191af65a5b72aeb980b4bf
002fc01b075cc3c581b7892c48a14a027d9b9f2a7ab83c3f53b3f8d1a718c]]

### 01-01139-JKF Notice will be electronically mailed to:

James R. Adams     RBGROUP@rlf.com

Elio Battista Jr.     battista@blankrome.com

Kevin F. Brady     kfbrady@skadden.com, debank@skadden.com

Charles J. Brown     bankruptcyemail@elzufon.com

Noel C. Burnham     nburnham@mmwr.com,
bankruptcy@mmwr.com;jperri@mmwr.com;imarch@mmwr.com

{SystemName}

https://ecf.deb.uscourts.gov/cgi-bin/Dispatch.pl?837694231567383

Michael G. Busenkell    mbusenkell@mnat.com, rfusco@mnat.com

David W. Carickhoff    dcarickhoff@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Mark S. Chehi    debank@skadden.com

David E. Cherry    cherry@thetriallawyers.com,

William E. Chipman Jr.    bankruptcydel@gtlaw.com

Mark D. Collins    rbgroup@rlf.com

L. Jason Cornell    jcornell@frof.com, jcornell@frof.com

Scott D. Cousins    bankruptcydel@gtlaw.com

Teresa K.D. Currier    currier@klettrooney.com, tercurrier@aol.com

Steven T. Davis    delbkr@obermayer.com,

John D. Demmy    jdd@stevenslee.com,

Kristi J. Doughty    bk.service@aulgur.com,

Robert L. Eisenbach    reisenbach@cooley.com,

Jerel L. Ellington    jerry.l.ellington@usdoj.gov, marge.gallegos@usdoj.gov;james.bezio@usdoj.gov

William W. Erhart    billerhart@aol.com

Marla Rosoff Eskin    meskin@del.camlev.com

Brett Fallon    bfallon@morrisjames.com

Sherry Ruggiero Fallon    sfallon@trplaw.com

Bonnie Glantz Fatell    fatell@blankrome.com,

David Earl Flowers    david.flowers@state.mn.us,

Stephanie Ann Fox    sfox@klehr.com,

James Donald Freeman    james.freeman2@usdoj.gov, corrine.christen@usdoj.gov

Barbara Fruehauf    bfruehauf@cattiefruehauf.com,

Lisa M. Golden    lgolden@jshllp.com,

Joseph Grey    jg@stevenslee.com

Kevin Gross    kgross@rmgglaw.com

Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com

Megan Nancy Harper    bankruptcy@bbglaw.com

William K. Harrington    reorg@duanemorris.com

Margaret A. Holland    hollamar@law.dol.lps.state.nj.us

Mark T Hurford    cl@del.camlev.com

David R. Hurst    debank@skadden.com

Bruce E. Jameson    Bkrjameson@prickett.com

Laura Davis Jones    ljones@pszyj.com,
efile@pszyj.com;hmartin@pszyj.com;vmobley@pszyj.com;agrasty@pszyj.com

Christopher J. Kayser    christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Richard Allen Keuler    rkeuler@reedsmith.com

Steven K. Kortanek    skortanek@klehr.com

Michael R. Lastowski    reorg@duanemorris.com

Nicholas J. LePore    nlepore@schnader.com,

Neal J. Levitsky    nlevitsky@aol.com,

Joseph Walter Lind    jlind@sierrafunds.com

Aileen F. Maguire    cl@del.camlev.com,

Kathleen P. Makowski    kmakowski@klettrooney.com

Mary M. MaloneyHuss    debankruptcy@wolfblock.com, hbooker@wolfblock.com

Kevin J Mangan    kmangan@walmon.com,

Christina M. Maycen    cmaycen@morrisjames.com

Katharine L. Mayer    kmayer@mccarter.com

Scotta Edelen McFarland    smcfarland@pszyj.com,

Rachel B. Mersky    rmersky@walmon.com

Kathleen M. Miller   kmiller@skfdelaware.com, mcm@skfdelaware.com

Rick S. Miller   rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Mark Minuti .  mminuti@saul.com, tconnolly@saul.com

Herbert W. Mondros   kgross@rmgglaw.com,

Francis J. Murphy   fmurphy@msllaw.com,

Francis J. Murphy   hdooley@wc.com,

Ricardo Palacio   rpalacio@ashby-geddes.com

Joel L. Perrell Jr.   jperrell@milesstockbridge.com,

Allison E. Reardon   bankruptcy@state.de.us

Richard W. Riley   reorg@duanemorris.com

Lori Gruver Robertson   austin.bankruptcy@publicans.com,

Frederick B. Rosner   frosner@jshllp-de.com, amiles@jshllp-de.com

Patrick Scanlon   pjs@delcollections.com

Scott Andrew Shail   sashail@hhlaw.com,

Maurie J. Shalmone   maurie@longacrellc.com,

Warren Howard Smith   wsmith@whsmithlaw.com

Christopher S. Sontchi   csontchi@ashby-geddes.com

Rosalie L. Spelman   rspelman@pszyj.com

Deborah E. Spivack   rbgroup@rlf.com

William H. Sudell   wsudell@mnat.com

Brian A. Sullivan   baslaw@dca.net, baslaw2@dca.net;epleadings@werbsullivan.com

William David Sullivan   bankruptcyemail@elzufon.com

Theodore J. Tacconelli   ttacconelli@ferryjoseph.com,

Sanjay Thapar   sthapar@phks.com,

Thomas D. Walsh   twalsh@mccarter.com, bankruptcydel@mccarter.com

{SystemName}

https://ecf.dsb.uscourts.gov/cgi-bin/Dispatch.pl?837694231567383

Jeffrey R. Waxman    jwaxman@klettrooney.com, jwaxman@klettrooney.com

Martin J. Weis    mweis@dilworthlaw.com,

Janet M. Weiss    jweiss@gibsondunn.com, shaghighi@gibsondunn.com

Thomas G. Whalen Jr.    tgw@stevenslee.com

Patricia A. Widdoss    debank@skadden.com

Christopher Martin Winter    cwinter@mnat.com,

John J. Winter    jwinter@harvpenn.com,

Jeffrey C. Wisler    jcw@cblhlaw.com

Matthew G. Zaleski III    cl@del.camlev.com,

**01-01139-JKF Notice will not be electronically mailed to:**

David Baddley
,

Scott Baena
,

Scott Baldwin
Baldwin & Baldwin L.L.P.
400 W. Houston Street
Marshall, TX 75670

John B. Ballard
,

David T. Biderman
180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

William B. Butler
,

Marvin E. Clements

Elaine Z. Cole
Deputy Commissioner & Counsel
Dept. of Taxation & Finance
340 E. Main St.
Rochester, NY 14604

Steven E Crick

,

Myron Cunningham

,

James G. Damon

,

Michael S Davis
575 LExington Avenue
New York, NY 10022

Michael S Davis
575 Lexington Avenue
New York, NY 10022

Stephen Donato
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

Timothy P Dowling

,

W. Wallace Finlator
N.C. Department Of Justice
Post Office Box 629
Raleigh, NC 27602-0629

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

Don C. Fletcher
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ 85004

Ernesto Forero-Vargas

,

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Ben Furth
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Frederick P. Furth
The Furth Firm
201 Sansome Street
Suite 1000
San Francisco, CA 94104

Mark C Glodenberg

,

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Alan Hamilton
Four Times Square
New York, NY 10036

Brian L. Hansen
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Jonathan C. Hantke

,

Elizabeth V. Heller

,

Allan H. Ickowitz

,

Edward L Jacobs

{SystemName}

https://ecf.dsb.uscourts.gov/cgi-bin/Dispatch.pl?837694231567383

26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Bruce E. Jameson
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801

Burrell Johnson
P.O. Box 4500, Michael-Unit
Tennessee-Colony, TX 75886

Harvey N. Jones
999 Westview Drive
Hastings, MN 55033

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Courtney M. Labson
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209

Rachel Lehr

,

Shelley K. Mack

,

Edward L Manchur
Stonehill Corporate Center

,

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Keavin D. McDonald
1221 McKinney
Suite 4550
Houston, TX 77010

Christopher Momjian
Attorney General
21 S 12th Street
3rd Floor
Philadelphia, PA 19107

11/14/2002 7:49 PM

{SystemName}

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Gerald Murphy

,

Anthony F Parise
Office Of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Brian Parker
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Martha E Romero
7743 S Painter Ave
Ste E
Whittier, CA 90602

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Steven Sacks

,

Tara J. Schleicher

,

Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205

Andrew Shirley
,

Craig A. Slater
One HSBC Center
Suite 3550
Buffalo, NY 14203-2884

Richard Specter
,

James W. Stanley
,

State of California State Board of Equalization
,

Robert F. Stewart
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Trevor W. Swett
Caplin & Drysdale, Chartered
One Thomas Circle, NW, 11th Floor
Washington, DC 20005

Richard Truly
P.O. Box 344
Fayette, MS 39069

Theresa L Wasser
,

Jeffrey T. Wegner
1650 Farnam Street
Omaha, NE 68102-2186

Elizabeth Weller
2323 Bryan Street, Suite 1720
Dallas, TX 75201

Douglas Zamelis
,

Michael I Zousmer
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield, MI 48302-0183

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: December 4, 2002, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

### EIGHTEENTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

<u>Name of Applicant</u>:   Pachulski, Stang, Ziehl, Young & Jones P.C. ("PSZY&J").

<u>Authorized to Provide Professional Services to</u>:  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>:  May 3, 2001.

<u>Period for which Compensation and Reimbursement is Sought</u>:  September 1, 2002 through September 30, 2002.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_LA:83300.1



DOCKET # 2996

DATE 11/14/02

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $32,858.50.

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:  $33,313.79

This is a:    xx monthly          __ interim          __ final application.

The total time expended for preparation of this fee application is approximately 2

hour(s) and the corresponding compensation requested is approximately $800.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZY&J's subsequent fee applications.

91100-001\DOCS_LA:83300.1

-2-

| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $34,536.00 | $45,540.43 | Pending | Pending |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $550.00 | 2.00 | $1,100.00 |
| Ira D. Kharasch | Shareholder 1987; Member of CA Bar since 1982 | $480.00 | .20 | $     96.00 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2001; Member of CA Bar since 1993 | $395.00 | 22.50 | $8,887.50 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $330.00 | .20 | $     66.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | 4.20 | $1,575.00 |
| David W. Carickhoff | Associate 2001; Member of DE Bar since 1998 | $280.00 | 4.00 | $1,120.00 |
| Paula A. Galbraith | Associate 2002; Member of IL Bar since 2000 | $215.00 | 40.30 | $8,664.50 |
| Laurie A. Gilbert | Paralegal since 1983 | $125.00 | 1.00 | $   125.00 |
| Cheryl A. Knotts | Paralegal since 2000 | $120.00 | 14.60 | $1,752.00 |
| Patricia E. Cuniff | Paralegal since 1998 | $120.00 | 66.10 | $7,932.00 |

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

91100-001\DOCS_LA:83300.1

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed[3] | Total Compensation |
|---|---|---|---|---|
| Timothy M. O'Brien | Paralegal since 1997 | $110.00 | .40 | $    44.00 |
| Helen D. Martin | Case Management Assistant 2000 | $  60.00 | 2.10 | $  126.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $  55.00 | 2.30 | $  126.50 |
| Donna C. Crossan | Case Management Assistant 2000 | $  55.00 | 10.00 | $  550.00 |
| Violet E. Mobley | Case Management Assistant 2001 | $  50.00 | 3.80 | $  190.00 |
| Kate A. Crossan | Case Management Assistant 2000 | $  50.00 | 2.00 | $  100.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $  40.00 | 8.00 | $  320.00 |
| Arthur W. Cross | Case Management Assistant 2001 | $  40.00 | 2.10 | $    84.00 |

Total Fees:    $32,858.50
Total Hours:       185.80
Blended Rate:  $    176.84

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Analysis/Recovery | 5.00 | $1,148.50 |
| Case Administration | 48.80 | $5,640.00 |
| WRG Claims Analysis (Asbestos) | 1.50 | $   302.50 |
| WRG Claims Analysis (Non-Asbestos) | 4.60 | $1,134.50 |
| WRG Employment Applications – Applicant | .10 | $     39.50 |
| WRG Employment Applications – Other | 4.50 | $   691.00 |
| WRG Fee Applications/Applicant | 36.50 | $8,188.50 |
| WRG Fee Applications/Others | 37.40 | $6,870.00 |
| WRG Hearings | 36.10 | $5,585.50 |
| Litigation (Non-Bankruptcy) | 4.40 | $1,394.50 |
| WRG Other | .30 | $     64.50 |
| Operations | .50 | $     60.00 |
| Plan and Disclosure Statement | .30 | $   118.50 |
| Retention of Professionals | .20 | $   110.00 |
| WRG ZAI Science Trial | 5.30 | $1,427.00 |
| WRG ZAI Science Trial – Exp. | .30 | $     84.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable)[4] | Total Expenses |
|---|---|---|
| Delivery/Courier Service | Parcels | $ 7,347.74 |
| Express Mail | DHL | $ 1,348.24 |
| Facsimile ($1.00/page) | | $ 1,555.00 |
| In House Attorney Service | | $   120.00 |
| In House Messenger Service | | $     40.00 |
| Legal Research | Pacer | $   700.35 |
| Overtime | | $   957.88 |
| Postage | | $ 3,112.93 |
| Reproduction ($.15 per page) | | $17,929.65 |
| Transcript | Writers Cramp | $   202.00 |

---

[4] PSZY&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

Dated: November 14, 2002

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

91100-001\DOCS_LA:83300.1

## VERIFICATION

STATE OF DELAWARE           :
                            :
COUNTY OF NEW CASTLE  :

Paula A. Galbraith, after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young & Jones P.C., and am admitted to practice in the State of Illinois and before the District Court for the Northern District of Illinois.

b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young & Jones P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZY&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_Paula A. Galbraith_
Paula A. Galbraith

SWORN AND SUBSCRIBED
before me this 14th day of November, 2002.

_Diane K. Potts_
Notary Public
My Commission Expires: 2-20-04
DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 20, 2004

91100-001\DOCS_LA:83500.1

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

September 30, 2002

Invoice Number    **54019**        **91100**  **00001**      **HRR**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   August 31, 2002 | $198,090.24 |
| Net balance forward | $198,090.24 |

Re:   W.R. Grace and Co.

---

| Statement of Professional Services Rendered Through | | | **09/30/2002** | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| | | **ASSET ANALYSIS/RECOVERY[ B120]** | | | |
| 09/05/02 | SEM | Telephone conference with David W. Carickhoff and voice message to C. Lane regarding status MCNIC adversary. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Telephone conference with C. Lane regarding status of declaratory judgment action for 9/23 agenda. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Telephone conference with P. Cuniff regarding revision to preliminary 9/23 agenda regarding status of declaratory judgment action. | 0.10 | 395.00 | $39.50 |
| 09/16/02 | PAG | Review e-mail from A. Anderson regarding 365(d)(4) extension for filing. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Prepare Notice for 365(d)(4) extension.  Review documents for filing. | 0.50 | 215.00 | $107.50 |
| 09/16/02 | PAG | Draft notice for 365(d)(4) extension. | 0.30 | 215.00 | $64.50 |
| 09/16/02 | PAG | Review and revise motion for 365(d)(4) extension.  Draft e-mail to A. Anderson regarding service list for motion. | 0.70 | 215.00 | $150.50 |
| 09/16/02 | PAG | Draft e-mail to A. Anderson regarding objection deadline for 365(d)(4). | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Review of service lists for 365 (d)extension motion. | 0.20 | 215.00 | $43.00 |
| 09/17/02 | SEM | Telephone conference with Paula A. Galbraith regarding filing of 365(d)(4) motion. | 0.10 | 395.00 | $39.50 |
| 09/17/02 | SEM | Telephone conference with Paula A. Galbraith regarding service of 365(d)(4) motion (.20); research docket regarding appropriate service of same (.30). | 0.50 | 395.00 | $197.50 |
| 09/17/02 | SEM | Review email from Paula A. Galbraith regarding service of 365(d)(4) motion. | 0.10 | 395.00 | $39.50 |
| 09/17/02 | PEC | File and serve Motion to Extend Time for Debtors to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 09/17/02 | PAG | Review e-mail from A. Anderson regarding service list for | 0.10 | 215.00 | $21.50 |

|          |     | Executory Contracts.                                                                                                                         |      |        |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 09/17/02 | PAG | Revise 365(d)(4) Extension Motion.                                                                                                           | 0.20 | 215.00 | $43.00   |
| 09/17/02 | PAG | Confer with S. McFarland regarding 365(d)(4) Motion.                                                                                         | 0.10 | 215.00 | $21.50   |
| 09/17/02 | PAG | Call to J. Hasenzahl on service list for unexpired leases.                                                                                   | 0.30 | 215.00 | $64.50   |
| 09/17/02 | PAG | Draft e-mail to S. McFarland and P. Cuniff on service for 365(d)(4) motion                                                                   | 0.10 | 215.00 | $21.50   |
| 09/17/02 | PAG | Coordinate service of motion to extend 365(d)(4) period.                                                                                     | 0.20 | 215.00 | $43.00   |
| 09/18/02 | TMO | Scan and upload 365(d)(4) extension motion to firm-wide critical deadlines chart.                                                            | 0.20 | 110.00 | $22.00   |
| 09/20/02 | PEC | Respond to request of Beth Eller for a certified copy of the [signed] Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | 0.30 | 120.00 | $36.00   |

|          |     | **Task Code Total** | **5.00** | | **$1,148.50** |
|----------|-----|---------------------|----------|--|---------------|

**CASE ADMINISTRATION [B110]**

|          |     |                                                                                                                                                   |      |        |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 09/01/02 | PAG | Review e-mail from and phone call with S. McFarland regarding open issues: order from August 26, 2002 hearing, required revisions to fee applications and upcoming critical dates. | 0.30 | 215.00 | $64.50   |
| 09/01/02 | PAG | Draft e-mail to J. Baer and J. Hasenzahl at BMC regarding supplements to schedules and statements and prepare supplements for filing.              | 0.20 | 215.00 | $43.00   |
| 09/01/02 | PAG | Prepare schedule supplements for filing.                                                                                                          | 0.40 | 215.00 | $86.00   |
| 09/02/02 | KAC | Maintain document control.                                                                                                                       | 2.00 | 50.00  | $100.00  |
| 09/02/02 | PAG | Review critical dates.                                                                                                                           | 0.20 | 215.00 | $43.00   |
| 09/03/02 | SEM | Addressing question raised by Kirkland & Ellis regarding certain deadlines for objections.                                                        | 0.20 | 395.00 | $79.00   |
| 09/03/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals                                                              | 0.40 | 120.00 | $48.00   |
| 09/03/02 | DCC | Maintain document control.                                                                                                                       | 0.50 | 55.00  | $27.50   |
| 09/03/02 | PAG | Discuss with J. Hasenzahl review of supplemental schedules.                                                                                       | 0.10 | 215.00 | $21.50   |
| 09/03/02 | PAG | Review various e-mail from S. McFarland and P. Cuniff regarding deadline for November hearing.                                                    | 0.20 | 215.00 | $43.00   |
| 09/03/02 | PAG | Review e-mail from R. Stewart regarding supplements to schedules: forward same to J. Hasenzahl.                                                   | 0.10 | 215.00 | $21.50   |
| 09/03/02 | PAG | Call to C. Lane and Call from S. McFarland Regarding Critical Dates for November.                                                                | 0.30 | 215.00 | $64.50   |
| 09/03/02 | PAG | Discuss with C. Lane critical dates.                                                                                                             | 0.10 | 215.00 | $21.50   |
| 09/04/02 | SEM | Meeting with Paula A. Galbraith and P. Cuniff regarding process of preparing and getting to Judge the preliminary agenda and the final agenda and the agenda for upcoming hearings. | 0.40 | 395.00 | $158.00  |
| 09/04/02 | CMS | Maintain Document Control.                                                                                                                       | 3.10 | 40.00  | $124.00  |
| 09/04/02 | PEC | Meeting with Paula Galbraith and Scotta McFarland to discuss procedures set up for W. R. Grace for processing agenda notices.                     | 0.40 | 120.00 | $48.00   |
| 09/04/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals.                                                             | 0.30 | 120.00 | $36.00   |
| 09/04/02 | PEC | Return calls to various creditors regarding case status.                                                                                         | 0.30 | 120.00 | $36.00   |
| 09/04/02 | DCC | Maintain document control.                                                                                                                       | 1.00 | 55.00  | $55.00   |
| 09/04/02 | PAG | Procedural meeting with P. Cuniff and S. McFarland on agenda process and related issues.                                                          | 0.40 | 215.00 | $86.00   |
| 09/05/02 | HDM | Maintain document control.                                                                                                                       | 2.10 | 60.00  | $126.00  |
| 09/05/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals.                                                             | 0.30 | 120.00 | $36.00   |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/02 | PEC | Update critical dates memo | 0.30 | 120.00 | $36.00 |
| 09/05/02 | PAG | Review critical dates. | 0.10 | 215.00 | $21.50 |
| 09/05/02 | PAG | Review administrative orders. | 0.40 | 215.00 | $86.00 |
| 09/06/02 | SEM | Telephone conference with P. Cuniff regarding service of orders generally. | 0.10 | 395.00 | $39.50 |
| 09/06/02 | SEM | Conference with Paula A. Galbraith regarding case administration issues. | 0.40 | 395.00 | $158.00 |
| 09/06/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 09/06/02 | PEC | Update critical dates memo and circulate to the appropriate parties | 0.50 | 120.00 | $60.00 |
| 09/06/02 | PEC | Return calls to creditors regarding case status | 0.40 | 120.00 | $48.00 |
| 09/06/02 | PAG | Discuss with S. McFarland case administration matters. | 0.40 | 215.00 | $86.00 |
| 09/09/02 | PEC | Update critical dates memo and circulate to the appropriate parties. | 1.10 | 120.00 | $132.00 |
| 09/09/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/09/02 | PAG | Review electronic filing notifications. | 0.10 | 215.00 | $21.50 |
| 09/10/02 | DCC | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 09/11/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/11/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/11/02 | PEC | Update critical dates memo. | 0.40 | 120.00 | $48.00 |
| 09/11/02 | PEC | Return calls to various creditors regarding case status | 0.40 | 120.00 | $48.00 |
| 09/12/02 | PEC | Update critical dates memo. | 0.50 | 120.00 | $60.00 |
| 09/12/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/12/02 | AXC | Maintain document control. | 2.10 | 40.00 | $84.00 |
| 09/12/02 | PAG | Review e-mail from S. McFarland regarding service lists. | 0.10 | 215.00 | $21.50 |
| 09/12/02 | PAG | Confer with P. Cuniff and S. McFarland regarding Agenda Issues. | 0.20 | 215.00 | $43.00 |
| 09/12/02 | PAG | Draft e-mail to D. Carickhoff Regarding CNO procedures. | 0.10 | 215.00 | $21.50 |
| 09/12/02 | PAG | Draft and review e-mail to and From S. McFarland regarding: Scheduling of hearing. | 0.10 | 215.00 | $21.50 |
| 09/12/02 | PEC | Return calls to various creditors regarding case status | 0.30 | 120.00 | $36.00 |
| 09/13/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/13/02 | PEC | Update critical dates memo and circulate to the appropriate parties | 1.20 | 120.00 | $144.00 |
| 09/13/02 | PEC | Review docket for updates | 0.30 | 120.00 | $36.00 |
| 09/13/02 | DCC | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 09/13/02 | PEC | Return calls to creditors regarding case status. | 0.40 | 120.00 | $48.00 |
| 09/16/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals. | 0.40 | 120.00 | $48.00 |
| 09/16/02 | PEC | Update critical dates memo | 0.40 | 120.00 | $48.00 |
| 09/16/02 | DCC | Maintain document control. | 0.50 | 55.00 | $27.50 |
| 09/16/02 | PAG | Call from  S. McFarland re: status of case. | 0.10 | 215.00 | $21.50 |
| 09/16/02 | PAG | Draft e-mail to D. Potts regarding service list index. | 0.10 | 215.00 | $21.50 |
| 09/17/02 | SEM | Review emails from and draft emails to Paula A. Galbraith regarding case administration issues we need to discuss with Kirkland & Ellis. | 0.30 | 395.00 | $118.50 |
| 09/17/02 | SEM | Arranging conference call with J. Kapp and J. Baer to discuss case administration issues. | 0.20 | 395.00 | $79.00 |
| 09/17/02 | SEM | Telephone conference with Paula A. Galbraith regarding case administrative issues that need to be addressed with Kirkland & Ellis. | 0.20 | 395.00 | $79.00 |
| 09/17/02 | PEC | Update critical dates memo | 0.40 | 120.00 | $48.00 |
| 09/17/02 | PAG | Conference with S. McFarland regarding case | 0.20 | 215.00 | $43.00 |

| | | administration. | | | |
|---|---|---|---|---|---|
| 09/17/02 | PAG | Confer with S. McFarland regarding status of case. | 0.10 | 215.00 | $21.50 |
| 09/18/02 | TMO | Update firm-wide critical deadlines chart with order entered. | 0.20 | 110.00 | $22.00 |
| 09/18/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 09/19/02 | RMO | Maintain document control. | 0.30 | 55.00 | $16.50 |
| 09/19/02 | SEM | Telephone conference with J. Baer, J. Kapp and Paula A. Galbraith regarding case administration matters. | 0.60 | 395.00 | $237.00 |
| 09/19/02 | SEM | Conference with Paula A. Galbraith as follow-up to conference with J. Baer and J. Kapp regarding how to coordinate filings. | 0.10 | 395.00 | $39.50 |
| 09/19/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 09/19/02 | PEC | Update critical dates memo | 0.80 | 120.00 | $96.00 |
| 09/19/02 | PAG | Phone conference with S. McFarlend, J. Kapp and J. Baer regarding case administration issues. | 0.60 | 215.00 | $129.00 |
| 09/19/02 | PAG | Call with C. Lane regarding status of motions to be filed. | 0.10 | 215.00 | $21.50 |
| 09/20/02 | SEM | Review email from J. Baer regarding status of Scheme Administrators order denying Motion to Compel and draft email to  Paula A. Galbraith regarding same. | 0.10 | 395.00 | $39.50 |
| 09/20/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 120.00 | $36.00 |
| 09/20/02 | PEC | Update critical dates memo | 0.20 | 120.00 | $24.00 |
| 09/20/02 | PAG | Review inquiry from J. Baer regarding scheme administrator order.  Investigate regarding same. | 0.30 | 215.00 | $64.50 |
| 09/21/02 | DCC | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/25/02 | RMO | Maintain document control. | 0.50 | 55.00 | $27.50 |
| 09/25/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 09/25/02 | PEC | Update critical date memo | 1.00 | 120.00 | $120.00 |
| 09/26/02 | CMS | Maintain Document Control. | 1.20 | 40.00 | $48.00 |
| 09/26/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.50 | 120.00 | $60.00 |
| 09/26/02 | PEC | Review docket an update critical dates memo | 0.80 | 120.00 | $96.00 |
| 09/26/02 | PEC | Return calls to various parties regarding 2003 hearing dates and time | 0.30 | 120.00 | $36.00 |
| 09/26/02 | PAG | Draft e-mail to Kirkland and Ellis regarding docket maintenance. | 0.10 | 215.00 | $21.50 |
| 09/27/02 | PEC | Update critical dates memo and circulate to the appropriate individuals | 1.00 | 120.00 | $120.00 |
| 09/27/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.20 | 120.00 | $24.00 |
| 09/27/02 | DCC | Maintain document control. | 1.00 | 55.00 | $55.00 |
| 09/27/02 | PAG | Review electronic notifications of filing. | 0.10 | 215.00 | $21.50 |
| 09/28/02 | DCC | Maintain document control. | 2.00 | 55.00 | $110.00 |
| 09/29/02 | PAG | Review of Critical Dates. | 0.10 | 215.00 | $21.50 |
| 09/29/02 | PAG | Review correspondence and pleadings re status of case. | 0.10 | 215.00 | $21.50 |
| 09/30/02 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.40 | 120.00 | $48.00 |
| 09/30/02 | PEC | Review and circulate critical dates memo | 1.00 | 120.00 | $120.00 |
| 09/30/02 | PAG | Confer with S. McFarland regarding expected filings and open tasks. | 0.10 | 215.00 | $21.50 |

|  | **Task Code Total** | **48.80** | **$5,640.00** |
|---|---|---|---|

**WRG-CLAIM ANALYSIS (ASBESTOS)**

**Invoice number 54019**   91100   00001                                                     **Page  5**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/02 | SEM | Review notice of hearing filed by Judge Wolin and voice message to David W. Carickhoff regarding service. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | PAG | Review e-mail from J. Hasenzahl regarding notice to parties on amended schedules on bar date and review of local rule and bar dates (.10) Draft reply. | 0.20 | 215.00 | $43.00 |
| 09/05/02 | PAG | Discuss with J. Hasenzahl filing of affidavit of service for service of proofs of claim. | 0.20 | 215.00 | $43.00 |
| 09/05/02 | PAG | Review e-mail from J. Hasenzahl regarding bar date notice. Research answer to service question and draft reply to same. | 0.30 | 215.00 | $64.50 |
| 09/27/02 | PEC | Serve [signed] Order Approving Bar Date (.3); Draft Affidavit of Service (.1) | 0.40 | 120.00 | $48.00 |
| 09/30/02 | PAG | Call to J. Hasenzahl regarding affidavits of service for claim packet. | 0.30 | 215.00 | $64.50 |

|  | | |
|---|---|---|
| **Task Code Total** | **1.50** | **$302.50** |

### WRG CLAIM ANALYSIS NONASBESTOS

| | | | | | |
|---|---|---|---|---|---|
| 09/03/02 | PAG | Discuss with C. Lane BMW stipulation and critical dates. | 0.20 | 215.00 | $43.00 |
| 09/05/02 | PAG | Review e-mail from J Hasenzahl and reply to same regarding service of bar date notices. | 0.10 | 215.00 | $21.50 |
| 09/05/02 | SEM | Review email from and telephone conference with Paula A. Galbraith regarding notice of bar date to persons affected by schedule amendments. | 0.20 | 395.00 | $79.00 |
| 09/12/02 | SEM | Voice message from attorney regarding bar date for non-asbestos claims. | 0.10 | 395.00 | $39.50 |
| 09/12/02 | SEM | Telephone conference with M. Porter, attorney for creditor, regarding bar date for non-asbestos claims. | 0.10 | 395.00 | $39.50 |
| 09/18/02 | PAG | Draft e-mail to S. McFarland regarding claims and notice agent. | 0.10 | 215.00 | $21.50 |
| 09/23/02 | PAG | Review voice mail from R. Higgins regarding filing of COLI settlement. | 0.30 | 215.00 | $64.50 |
| 09/23/02 | PAG | Exchange e-mail with R. Bledsoe and R. Higgins regarding filing of COLI settlement motion. | 0.20 | 215.00 | $43.00 |
| 09/23/02 | PAG | Draft notice of 9019 motion and prepare notice and motion for filing re COLI settlement. | 0.40 | 215.00 | $86.00 |
| 09/25/02 | PAG | Review e-mail from M. Dalsin regarding affidavits of service for claim requests (.10); Draft reply to same (.30). | 0.40 | 215.00 | $86.00 |
| 09/26/02 | SEM | Review email from agent regarding processing transfers of claim and consideration of same. | 0.10 | 395.00 | $39.50 |
| 09/26/02 | PAG | Review e-mail and voice mail from C. Lane regarding objection to claim of Wesconn. | 0.20 | 215.00 | $43.00 |
| 09/27/02 | SEM | Voice message from claims agent and email to Paula A. Galbraith regarding need for copies of Transfer of Claim Notices. | 0.10 | 395.00 | $39.50 |
| 09/29/02 | PAG | Draft Certification of Counsel for BMW Stipulation and prepare for filing. | 0.20 | 215.00 | $43.00 |
| 09/29/02 | PAG | Review Wesconn objection and prepare for filing. | 0.20 | 215.00 | $43.00 |
| 09/30/02 | SEM | Draft email to P. Cuniff regarding confirmation that claims agent was receiving transfer notices. | 0.10 | 395.00 | $39.50 |
| 09/30/02 | PAG | Call from P. Cuniff regarding service of objection to claim of Wesconn and Fuss. Call to R. Higgins regarding same. | 0.20 | 215.00 | $43.00 |
| 09/30/02 | LDJ | Review and finalize objection to claim of Wesconn Co., Inc. and RUS, Inc. | 0.20 | 550.00 | $110.00 |
| 09/30/02 | PAG | Voice mail from R. Higgins regarding FUS objection and deadline for creditor motion for setoff. | 0.10 | 215.00 | $21.50 |
| 09/30/02 | PAG | Call from A. Anderson regarding contact information for service of clam objection. | 0.10 | 215.00 | $21.50 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/02 | PAG | Voice mail from and renturned call to R. Higgins regarding objection to claim of B of A motion for setoff. | 0.10 | 215.00 | $21.50 |
| 09/30/02 | PAG | Review e-mail from S. McFarland regarding notices of claims transfer. Reply to P. Cuniff regarding same. | 0.10 | 215.00 | $21.50 |
| 09/30/02 | PAG | Call to W. Erhart regarding contact for FUS claims objection. | 0.20 | 215.00 | $43.00 |
| 09/30/02 | PAG | Call from J. Baer regarding status of motion for leave to appeal.  E-mail to S. McFarland regarding same. | 0.10 | 215.00 | $21.50 |
| 09/30/02 | PEC | File Debtors' Objection to Claims of Wesconn., Inc. and FUS, Inc. (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |

|  |  | **Task Code Total** | **4.60** |  | **$1,134.50** |

### WRG- EMPLOY. APP., APPLICANT

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/02 | SEM | Conference with M. Migliore regarding supplemental disclosure affidavit regarding new case. | 0.10 | 395.00 | $39.50 |

|  |  | **Task Code Total** | **0.10** |  | **$39.50** |

### WRG- EMPLOY. APP. , OTHERS

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/02 | PAG | Review ordinary course professional motion regarding amendments and review filed schedules. | 0.30 | 215.00 | $64.50 |
| 09/10/02 | PAG | Call with C. Lane regarding OCP summaries. | 0.20 | 215.00 | $43.00 |
| 09/16/02 | PEC | File and serve Affidavit of Disinterestedness for Leonard Rosenberg  of Sandler, Travis & Rosenberg, P.A. (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 09/16/02 | PEC | File and serve Affidavit of Disinterestedness for Paul Kingston of Rubin and Rudman (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 09/16/02 | PEC | File and serve Affidavit of Disinterestedness for Fred Jacobberger  of Micallef & Associates, LLC (.4); Draft Affidavit of Service (.1) | 0.50 | 120.00 | $60.00 |
| 09/16/02 | PAG | Review OCP affidavit and draft e-mail to S. McFarland regarding update to exhibit to motion. | 0.10 | 215.00 | $21.50 |
| 09/17/02 | SEM | Telephone conference with Paula A. Galbraith regarding status of 365(d)(4) motion and FTI employment motion. | 0.10 | 395.00 | $39.50 |
| 09/18/02 | PAG | Review e-mail from A. Anderson regarding Sprayregan affidavit.  Reply to same. | 0.10 | 215.00 | $21.50 |
| 09/18/02 | PAG | Review Sprayregan affidavit and prepare for filing. | 0.10 | 215.00 | $21.50 |
| 09/23/02 | PAG | Call with C. Lane regarding filing of Norris motion. | 0.10 | 215.00 | $21.50 |
| 09/23/02 | PAG | Draft notice of Norris employment motion.  Coordinate filing of notice and motion. | 0.40 | 215.00 | $86.00 |
| 09/25/02 | PEC | File and serve Affidavit of Disinterestedness of Beverly Artale of W. R. Grace & Co (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 09/25/02 | PEC | File and serve Affidavit of Disinterestedness of Donald K. Robinson of Matthews Dinsdale & Clark LLP (.5); Draft Affidavit of Service (.1) | 0.60 | 120.00 | $72.00 |
| 09/27/02 | PEC | Serve [signed] Order Approving Retention of Hilsoft (.3); Draft Affidavit of Service (.1) | 0.40 | 120.00 | $48.00 |

|  |  | **Task Code Total** | **4.50** |  | **$691.00** |

### WRG-FEE APPS., APPLICANT

Invoice number  54019        91100    00001                                    Page    7

| 09/02/02 | PAG | Review e-mail from S. Mcfarland regarding recategorization of fee applications. | 0.20 | 215.00 | $43.00 |
|---|---|---|---|---|---|
| 09/03/02 | SEM | Telephone conference with Paula A. Galbraith regarding getting new codes for Judge's spread sheet into our system. | 0.40 | 395.00 | $158.00 |
| 09/03/02 | SEM | Coordinating project to recategorize our fees. | 0.20 | 395.00 | $79.00 |
| 09/03/02 | PAG | Meet with S. McFarland regarding recategorization of fee applications. | 0.40 | 215.00 | $86.00 |
| 09/03/02 | PAG | Draft new codes for fee recategorization | 0.40 | 215.00 | $86.00 |
| 09/04/02 | CAK | Met with Laura Davis Jones and Scotta McFarland re: Request to review all PSZYJ fee applications and change to match new time codes | 0.30 | 120.00 | $36.00 |
| 09/04/02 | CAK | Review docket and request fee applications from file room to begin fee application project | 0.50 | 120.00 | $60.00 |
| 09/04/02 | SEM | Telephone conference with Laura Davis Jones and Cheryl A. Knotts regarding beginning project of recategorizing fees for Judge's spread sheet. | 0.10 | 395.00 | $39.50 |
| 09/04/02 | SEM | Review new category codes for recategorization of fee applications per Judge's order. | 0.10 | 395.00 | $39.50 |
| 09/04/02 | SEM | Conference with Cheryl A. Knotts to explain project of recategorizing fees per Judge's order. | 0.30 | 395.00 | $118.50 |
| 09/04/02 | PAG | Revision to time categories for recategorization. | 0.30 | 215.00 | $64.50 |
| 09/05/02 | CAK | Review PSZYJ fee applications and revise time codes | 3.10 | 120.00 | $372.00 |
| 09/05/02 | SEM | Conference with P. Cuniff regarding use of new categories in billing. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Telephone conference with Cheryl A. Knotts regarding changing category codes and calculation information needed by W. Smith. | 0.20 | 395.00 | $79.00 |
| 09/05/02 | SEM | Telephone conference with Paula A. Galbraith regarding calculation for spreadsheet the Judge wants. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | SEM | Telephone conference with MaryRitchie Johnson regarding calculation of time and fees for new categories for Judge's spread sheet. | 0.10 | 395.00 | $39.50 |
| 09/05/02 | PEC | Draft Certificate of No Objection regarding Pachulski, Stang, Ziehl, Young & Jones P.C.'s June Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 120.00 | $96.00 |
| 09/05/02 | SEM | Conference with Cheryl A. Knotts regarding calculation of hours and fees under new categories. | 0.20 | 395.00 | $79.00 |
| 09/05/02 | SEM | Conference with Laura Davis Jones regarding obtaining the information fee auditor needs to construct spread sheet on a timely basis (.20); conference with MaryRitchie Johnson regarding calculation of hours and fees in new categories for spreadsheet (.10). | 0.30 | 395.00 | $118.50 |
| 09/06/02 | SEM | Voice message to and from Cheryl A. Knotts regarding categorization of fees. | 0.10 | 395.00 | $39.50 |
| 09/06/02 | CAK | Review codes for all PSZYJ fee applications filed in the case since inception | 4.20 | 120.00 | $504.00 |
| 09/06/02 | WLR | Review correspondence from Ira D. Kharasch, and correspondence to Liliana Gardiazabal regarding July 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 09/06/02 | WLR | Correspondence to Liliana Gardiazabal regarding July 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 09/06/02 | WLR | Review correspondence from Liliana Gardiazabal regarding July 2002 fee application. | 0.10 | 375.00 | $37.50 |
| 09/06/02 | WLR | Correspondence to Scotta E. McFarland regarding July 2002 fee application. | 0.20 | 375.00 | $75.00 |
| 09/08/02 | PAG | Review e-mail from S. McFarland regarding fee recategorization and reply to same. | 0.10 | 215.00 | $21.50 |
| 09/09/02 | SEM | Email from and to Laura Davis Jones regarding fee auditor report on first through third quarterly fee applications. | 0.10 | 395.00 | $39.50 |