UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUMMARY OF FIFTEENTH MONTHLY FEE AND EXPENSE INVOICE

| | | |
|---|---|---|
| Name of Applicant: | Bilzin Sumberg Baena Price & Axelrod LLP | |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants | |
| Date of Retention: | Retention order entered on June 21, 2001, Nunc Pro Tunc, to April 9, 2001 | |
| Period for which compensation and Reimbursement is sought: | September 1, 2002 through September 30, 2002 | |
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | **Fees** $17,035.00 | **Expenses** $2,867.50 |

This is a:_____X_____monthly_____Interim_____final Application

Bilzin Sumberg Baena Price & Axelrod LLP's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Pending | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | $194,578.50 | $29,181.11 |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | $195,105.25 | $14,086.94 |
| 9/25/01 | 7/1/01 - 8/31/01 | $247,980.00 | $176,063.29 | $247,980.00 | $176,063.29 |
| 11/8/01 | 9/1/01 - 9/30/01 | $49,039.50 | $6,936.85 | $49,039.50 | $6,936.85 |
| 12/13/01 | 10/1/01 - 11/30/01 | $180,750.50 | $140,465.86 | $180,750.50 | $140,750.50 |
| 2/6/02 | 12/1/01 - 12/31/01 | $34,725.00 | $55,174.38 | $34,725.00 | $55,174.38 |
| 3/20/02 | 01/01/02 -01/31/02 | $46,653.00 | $7,974.07 | $46,653.00 | $7,974.07 |
| 4/29/02 | 2/1/02 - 2/28/02 | $65,390.00 | $52,503.52 | $65,390.00 | $52,503.52 |
| 5/10/02 | 3/1/02 - 3/31/02 | $166,136.00 | $19,485.03 | $166,136.00 | $19,485.03 |
| 6/24/02 | 4/1/02 – 4/30/02 | $155,122.00 | $47,064.53 | $155,122.00 | $47,064.53 |
| 7/31/02 | 5/1/02 - 5/31/02 | $132,842.30 | $64,325.53 | $132,842.30 | $64,325.53 |
| 8/15/02 | 6/1/02 – 6/30/02 | $31,047.00 | $7,577.57 | $31,047.00 | $7,577.57 |
| 10/5/02 | 7/1/02 - 7/31/02 | $35,534.50 | $11,699.76 | $35,534.50 | 11,699.76 |
| 10/18/02 | 8/1/02 – 8/31/02 | $43,715.00 | $7,652.17 | $43,715.00 | $7,652.17 |