IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THIRTEENTH MONTHLY**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2002**
**THROUGH AUGUST 31, 2002 [RE: DOCKET NO. 2876]**

The undersigned hereby certifies that as of the date hereof, he has received no formal answer, objection or any other responsive pleading to the Thirteenth Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on October 24, 2002 [Docket No. 2876]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections were to be filed and served no later than 4:00 p.m. on November 14, 2002.

Pursuant to the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $26,878.80 which represents 80% of the fees ($33,598.50) and $7,190.62, which represents 100% of the expenses, for an aggregate amount of $34,069.42, requested in the Application for the period August 1, 2002 through August 31, 2002, upon the filing

WLM 40112.1

of this Certification and without the need for entry of a Court order approving the Application.

                                       KLETT ROONEY LIEBER & SCHORLING
                                       A Professional Corporation

By: _____
      Teresa K.D. Currier (No. 3080)
      Jeffrey R. Waxman (No. 4159)
      1000 West Street, Suite 1410
      Wilmington, DE 19801
      (302) 552-4200

      Counsel to the Official Committee of
      Equity Holders

Dated: November 15, 2002

WLM 40112.1                             2