**UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| _____ | : | |

**FIRST, SECOND, AND THIRD QUARTERLY FEE APPLICATIONS OF
PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS
FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES</u>**

Name of Applicant:                     PricewaterhouseCoopers LLP
Authorized to Provide
Professional Services to:            The Debtors and Debtors in Possession

Date of Retention:                      June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:     January 10, 2002 through September 30, 2002

Amount of fees and expenses sought
as actual, reasonable and necessary:   $512,490.81_____

This is a(n):                                 _x_ interim             __ final application.

The total time expended for the preparation of this application is approximately 27 hours.

Prior Applications:  None

{MCM6717.DOC}