## Attachment B
## To Fee Application

### Summary of PwC's Fees By Professional:
### First Interim Period

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Ray Bromark | Audit Partner | 30 | $538.01 | 14 | $7,532.07 |
| Robert Eydt | National Consultant | 15 | $421.14 | 3 | $1,263.41 |
| Pamela Schlosser | National Consultant | 10 | $374.79 | 0.5 | $187.40 |
| Cathy McKeon | National Consultant | 15 | $310.31 | 0.3 | $93.09 |
| Joseph Devito | IT Partner | 15 | $290.16 | 18 | $5,222.88 |
| Larry Farmer | Audit Partner | 30 | $257.92 | 94 | $24,244.48 |
| Jeannet Alvarez | Audit Partner | 15 | $257.92 | 1.5 | $386.88 |
| Andrew Macwilliam | Audit Partner | 15 | $257.92 | 4 | $1,031.68 |
| Michael Rosenbaum | National Consultant | 10 | $240.19 | 5 | $1,200.94 |
| Kevin Hassan | National Consultant | 10 | $228.10 | 1 | $228.10 |
| Joseph Rocco | IT Manager | 7 | $201.50 | 16 | $3,224.00 |
| John McKey | IT Manager | 7 | $201.50 | 2.2 | $443.30 |
| Carmie Howell | National Consultant | 10 | $198.28 | 1.4 | $277.59 |

{MCM6719.DOC}

| **Timekeeper Name** | **Title** | **Years in Field** | **Realized Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| Thomas Hayes | Audit Manager | 13 | $197.47 | 47 | $9,281.09 |
| Jennifer Maher | Audit Manager | 12 | $197.47 | 192.9 | $38,091.96 |
| Mark Chaves | Tax Manager | 10 | $186.19 | 60.5 | $11,264.25 |
| Michelle Gerety | Tax Mananger | 7 | $186.19 | 72 | $13,405.39 |
| Fran Schlosser | Audit Manager | 6 | $167.25 | 93.6 | $15,654.13 |
| Sandra David | Audit Senior Associate | 5 | $139.04 | 115.8 | $16,100.25 |
| Jason Natt | Audit Senior Associate | 5 | $139.04 | 258 | $35,871.03 |
| Craig Cleaver | IT Senior Associate | 4 | $132.99 | 22.5 | $2,992.28 |
| Robert Mcintosh | IT Senior Associate | 4 | $132.99 | 0.7 | $93.09 |
| Hiromi Nishihara | Tax Senior Associate | 4 | $132.99 | 57 | $7,580.43 |
| Wendy Vitale | Tax Senior Associate | 4 | $132.99 | 14.2 | $1,888.46 |
| Cheryl Frick | Audit Senior Associate | 3 | $106.80 | 175.5 | $18,742.52 |
| Brent Leslie | Audit Senior Associate | 3 | $106.80 | 33 | $3,524.24 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Meghan Smith | IT Senior Associate | 3 | $98.74 | 34 | $3,356.99 |
| Gerald Valentine | IT Senior Associate | 3 | $98.74 | 43.6 | $4,304.85 |
| Lissette Diaz | Tax Senior Associate | 3 | $84.23 | 57 | $4,800.94 |
| Renee Andersen | Audit Associate | 2 | $80.60 | 108.5 | $8,745.10 |
| Andrew Blume | Audit Associate | 2 | $80.60 | 246.5 | $19,867.90 |
| Benjamin Luippold | Audit Associate | 2 | $80.60 | 104.7 | $8,438.82 |
| Timothy Walsh | Audit Associate | 2 | $80.60 | 105 | $8,463.00 |
| Jennifer McKay | Audit Associate | 1 | $68.51 | 24.5 | $1,678.50 |
| Nestor Nunez | Audit Associate | 1 | $68.51 | 10.5 | $719.36 |
| Aimee Stickley | Audit Associate | 1 | $68.51 | 145.2 | $9,947.65 |
| Lakevis Warren | Audit Associate | 1 | $68.51 | 10 | $685.10 |
| Kathleen Catalano | Admin. | | $38.29 | 1.5 | $57.43 |
| Elizabeth Coyle | Admin. | | $38.29 | 3 | $114.86 |
| Migdalia Gordon | Admin. | | $38.29 | 2 | $76.57 |
| Jenny King | Admin. | | $38.29 | 1 | $38.29 |
| Elain Lamacchia | Admin. | | $38.29 | 1.2 | $45.94 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Deborah Mullineaux | Admin. | | $38.29 | 15.7 | $601.07 |
| Debra Smock | Admin. | | $38.29 | 0.2 | $7.66 |
| **TOTAL** | | | | **2217.7** | **$291,774.94** |

### Summary of PwC's Fees By Professional: Second Interim Period

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Ray Bromark | Audit Partner | 30 | $639.90 | 2 | $1,279.80 |
| Robert Eydt | National Consultant | 15 | $500.85 | 2 | $1,001.70 |
| Pamela Schlosser | National Consultant | 10 | $445.50 | 1 | $445.50 |
| Gregory Messina | Senior Manager | 10 | $294.30 | 1 | $294.30 |
| Joseph Devito | IT Partner | 15 | $345.15 | 1 | $345.15 |
| Larry Farmer | Audit Partner | 30 | $306.90 | 39.5 | $12,122.55 |
| Thomas Hayes | Audit Manager | 13 | $234.90 | 5 | $1,174.50 |
| Jennifer Maher | Audit Manager | 12 | $234.90 | 66.2 | $15,550.38 |
| Fran Schlosser | Audit Manager | 6 | $201.15 | 33.3 | $6,698.30 |

{MCM6719.DOC}

| **Timekeeper Name** | **Title** | **Years in Field** | **Realized Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| Sandra David | Audit Senior Associate | 5 | $201.15 | 21.9 | $4,405.19 |
| Jason Natt | Audit Senior Associate | 5 | $201.15 | 99 | $19,913.85 |
| Craig Cleaver | IT Senior Associate | 4 | $175.05 | 5 | $875.25 |
| Cheryl Frick | Audit Senior Associate | 3 | $141.30 | 178.1 | $25,165.53 |
| Meghan Smith | IT Senior Associate | 3 | $121.50 | 4 | $486.00 |
| Sheila Zarenejad | Audit Associate | 2 | $95.85 | 18 | $1,725.30 |
| Lissette Diaz | Tax Senior Associate | 3 | $100.35 | 17 | $1,705.95 |
| Renee Andersen | Audit Associate | 2 | $95.85 | 0.5 | $47.93 |
| Andrew Blume | Audit Associate | 2 | $95.85 | 17.5 | $1,677.38 |
| Shanette Smith | Audit Associate | 2 | $83.25 | 24 | $1,998.00 |
| Tracey Syzmanski | Audit Associate | 2 | $81.45 | 1 | $81.45 |
| Aimee Stickley | Audit Associate | 1 | $81.45 | 87.3 | $7,110.59 |
| Kathleen Catalano | Admin. |  | $45.45 | 2.3 | $104.54 |
| Elizabeth Coyle | Admin. |  | $50.40 | 1 | $50.40 |

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Elain Lamacchia | Admin. | | $45.45 | 0.5 | $22.73 |
| Helen Ma | | | $45.45 | 1.7 | $77.27 |
| Deborah Mullineaux | Admin. | | $47.25 | 9.3 | $439.43 |
| Laura Ortiz | Admin. | | $45.45 | 1 | $45.45 |
| Patricia Sanchez | Admin. | | $45.45 | 0.5 | $22.73 |
| Dawn Zacharko | Admin. | | $48.15 | 1 | $48.15 |
| **TOTAL** | | | | **641.6** | **$104,915.25** |

**Summary of PwC's Fees By Professional:
Third Interim Period**

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Ray Bromark | Audit Partner | 30 | $639.90 | 2 | $1,279.80 |
| Robert Eydt | National Consultant | 15 | $500.85 | 1 | $500.85 |
| Joseph Devito | IT Partner | 15 | $345.15 | 8.5 | $2,933.78 |
| Barbara Bald | National Consultant | 20 | $331.65 | 1 | $331.65 |
| Larry Farmer | Audit Partner | 30 | $306.90 | 33.5 | $10,281.15 |
| Kevin Hassan | National Consultant | 10 | $291.60 | 1 | $291.60 |
| Tom Kalinoskly | Environmental Specialist | 10 | $280.35 | 1 | $280.35 |

{MCM6719.DOC}

| **Timekeeper Name** | **Title** | **Years in Field** | **Realized Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| Fran Schlosser | Audit Manager | 6 | $201.15 | 38.8 | $7,804.62 |
| Sandra David | Audit Senior Associate | 5 | $201.15 | 37 | $7,442.55 |
| Jason Natt | Audit Senior Associate | 5 | $201.15 | 164 | $32,988.60 |
| Craig Cleaver | IT Senior Associate | 4 | $175.05 | 16.5 | $2,888.33 |
| Cheryl Frick | Audit Senior Associate | 3 | $141.30 | 127.5 | $18,015.75 |
| Renee Andersen | Audit Associate | 2 | $95.85 | 83.5 | $8,003.48 |
| Andrew Blume | Audit Associate | 2 | $95.85 | 40 | $3,834.00 |
| Shanette Smith | Audit Associate | 2 | $83.25 | 14 | $1,165.50 |
| Jaime Weber | Audit Associate | 1 | $76.50 | 1 | $76.50 |
| A. Citrone | | | $64.80 | 0.7 | $45.36 |
| Aimee Stickley | Audit Associate | 1 | $81.45 | 5.5 | $447.98 |
| Elizabeth Coyle | Admin. | | $50.40 | 0.5 | $25.20 |
| Deborah Mullineaux | Admin. | | $47.25 | 0.7 | $33.08 |
| K. Burke | Admin. | | $45.45 | 0.5 | $22.73 |
| K. Catalano | Admin. | | $45.45 | 1.3 | $59.09 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| **TOTAL** | | | | **579.5** | **$98,751.92** |
| **CUMULATIVE TOTAL** | | | | **3438.3** | **$495,442.11** |

**Cumulative Total of PwC's Fees By Professional:**
**First Through Third Interim Periods**

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Ray Bromark | Audit Partner | 30 | $538.01 | 14 | $7,532.14 |
| | | | $639.90 | 4 | $2,559.6 |
| | | | | | **$10,091.74** |
| Robert Eydt | National Consultant | 15 | $421.14 | 3 | $1,263.42 |
| | | | $500.85 | 3 | $1,502.55 |
| | | | | | **$2,765.97** |
| Pamela Schlosser | National Consultant | 10 | $374.79 | 0.5 | $187.40 |
| | | | $445.50 | 1 | $445.50 |
| | | | | | **$632.90** |
| Cathy McKeon | National Consultant | 15 | $310.31 | 0.3 | $93.09 |
| Gregory Messina | Senior Manager | 10 | $294.30 | 1 | $294.30 |
| Joseph Devito | IT Partner | 15 | $290.16 | 18 | $5222.88 |
| | | | $345.15 | 9.5 | $3278.93 |
| | | | | | **$8,501.81** |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Barbara Bald | National Consultant | 20 | $331.65 | 1 | $331.65 |
| Larry Farmer | Audit Partner | 30 | $257.92 | 94 | $24,244.48 |
| | | | $306.90 | 73 | $22,403.70 |
| | | | | | **$46,648.18** |
| Jeannet Alvarez | Audit Partner | 15 | $257.92 | 1.5 | $386.88 |
| Andrew Macwilliam | Audit Partner | 15 | $257.92 | 4 | $1,031.68 |
| Michael Rosenbaum | National Consultant | 10 | $240.19 | 5 | $1,200.95 |
| Kevin Hassan | National Consultant | 10 | $228.10 | 1 | $228.10 |
| | | | $291.60 | 1 | $291.60 |
| | | | | | **$519.70** |
| Tom Kalinoskly | Environmental Specialist | 10 | $280.35 | 1 | $280.35 |
| Joseph Rocco | IT Manager | 7 | $201.50 | 16 | $3,224.00 |
| John McKey | IT Manager | 7 | $201.50 | 2.2 | $443.30 |
| Carmie Howell | National Consultant | 10 | $198.28 | 1.4 | $277.59 |
| Thomas Hayes | Audit Manager | 13 | $197.47 | 47 | $9,281.09 |
| | | | $234.90 | 5 | $1,174.50 |
| | | | | | **$10,455.59** |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Jennifer Maher | Audit Manager | 12 | $197.47 | 192.9 | $38,091.96 |
|  |  |  | $234.90 | 66.2 | $15,550.38 |
|  |  |  |  |  | **$53,642.34** |
| Mark Chaves | Tax Manager | 10 | $186.19 | 60.5 | $11,264.49 |
| Michelle Gerety | Tax Manager | 7 | $186.19 | 72 | $13,405.68 |
| Fran Schlosser | Audit Manager | 6 | $167.25 | 93.6 | $15,654.6 |
|  |  |  | $201.15 | 72.1 | $14,502.92 |
|  |  |  |  |  | **$30,157.52** |
| Sandra David | Audit Senior Associate | 5 | $139.04 | 115.8 | $16,100.83 |
|  |  |  | $201.15 | 58.9 | $11,847.74 |
|  |  |  |  |  | **$27,948.57** |
| Jason Natt | Audit Senior Associate | 5 | $139.04 | 258 | $35,872.32 |
|  |  |  | $201.15 | 263 | $52,902.45 |
|  |  |  |  |  | **$88,774.77** |
| Craig Cleaver | IT Senior Associate | 4 | $132.99 | 22.5 | $2,992.28 |
|  |  |  | $175.05 | 21.5 | $3,763.58 |
|  |  |  |  |  | **$6,755.86** |
| Robert Mcintosh | IT Senior Associate | 4 | $132.99 | 0.7 | $93.09 |
| Hiromi Nishihara | Tax Senior Associate | 4 | $132.99 | 57 | $7,580.43 |
| Wendy Vitale | Tax Senior Associate | 4 | $132.99 | 14.2 | $1,888.46 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Cheryl Frick | Audit Senior Associate | 3 | $106.80 | 175.5 | $18,743.40 |
|  |  |  | $141.30 | 305.6 | $43,181.28 |
|  |  |  |  |  | **$61,924.68** |
| Brent Leslie | Audit Senior Associate | 3 | $106.80 | 33 | $3,524.40 |
| Meghan Smith | IT Senior Associate | 3 | $98.74 | 34 | $3,357.16 |
|  |  |  | $121.50 | 4 | $486.00 |
|  |  |  |  |  | **$3,843.16** |
| Gerald Valentine | IT Senior Associate | 3 | $98.74 | 43.6 | $4,305.06 |
| Sheila Zarenejad | Audit Associate | 2 | $95.85 | 18 | $1,725.30 |
| Lissette Diaz | Tax Senior Associate | 3 | $84.23 | 57 | $4,801.11 |
|  |  |  | $100.35 | 17 | $1,705.95 |
|  |  |  |  |  | **$6,507.06** |
| Renee Andersen | Audit Associate | 2 | $80.60 | 108.5 | $8,745.10 |
|  |  |  | $95.85 | 84 | $8,051.40 |
|  |  |  |  |  | **$16,796.5** |
| Andrew Blume | Audit Associate | 2 | $80.60 | 246.5 | $19,867.90 |
|  |  |  | $95.85 | 57.5 | $5,511.38 |
|  |  |  |  |  | **$25,379.28** |
| Benjamin Luippold | Audit Associate | 2 | $80.60 | 104.7 | $8,438.82 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Shanette Smith | Audit Associate | 2 | $83.25 | 38 | $3,163.50 |
| Tracey Syzmanski | Audit Associate | 2 | $81.45 | 1 | $81.45 |
| Timothy Walsh | Audit Associate | 2 | $80.60 | 105 | $8,463.00 |
| Jaime Weber | Audit Associate | 1 | $76.50 | 1 | $76.50 |
| Jennifer McKay | Audit Associate | 1 | $68.51 | 24.5 | $1,678.49 |
| Nestor Numee | Audit Associate | 1 | $68.51 | 10.5 | $719.35 |
| Aimee Stickley | Audit Associate | 1 | $68.51 | 145.2 | $9,947.65 |
|  |  |  | $81.45 | 92.8 | $7,558.56 |
|  |  |  |  |  | **$17,506.21** |
| Lakevis Warren | Audit Associate | 1 | $68.51 | 10 | $685.10 |
| A. Citrone |  |  | $64.80 | 0.7 | $45.63 |
| K. Burke | Admin |  | $45.45 | 0.5 | $22.73 |
| Kathleen Catalano | Admin. |  | $38.29 | 1.5 | $57.44 |
|  |  |  | $45.45 | 3.6 | $163.62 |
|  |  |  |  |  | **$221.06** |
| Elizabeth Coyle | Admin. |  | $38.29 | 3 | $114.87 |
|  |  |  | $50.40 | 1.5 | $75.60 |
|  |  |  |  |  | **$190.47** |
| Migdalia Gordon | Admin. |  | $38.29 | 2 | $76.58 |

{MCM6719.DOC}

| Timekeeper Name | Title | Years in Field | Realized Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Jenny King | Admin. | | $38.29 | 1 | $38.29 |
| Elain Lamacchia | Admin. | | $38.29 | 1.2 | $45.95 |
| | | | $45.45 | 0.5 | $22.73 |
| | | | | | **$68.68** |
| Helen Ma | | | $45.45 | 1.7 | $65.09 |
| Deborah Mullineaux | Admin. | | $38.29 | 15.7 | $601.15 |
| | | | $47.25 | 10 | $472.50 |
| | | | | | **$1,073.65** |
| Laura Ortiz | Admin. | | $45.45 | 1 | $38.29 |
| Patricia Sanchez | Admin. | | $45.45 | 0.5 | $19.14 |
| Debra Smock | Admin. | | $38.29 | 0.2 | $7.66 |
| Dawn Zacharko | Admin. | | $48.15 | 1 | $38.29 |
| **TOTAL** | | | | **3438.3** | **$495,442.11** |

**Summary of PwC's Fees By Project Category:**
**First Interim Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity** | | |

{MCM6719.DOC}

| | | |
|---|---|---|
| **Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **2217.7** | **$291,774.94** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2217.7** | **$291,774.94** |


**Summary of PwC's Fees By Project Category:**
**Second Interim Period**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution** | | |

{MCM6719.DOC}

| | | |
|---|---|---|
| **(Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **641.6** | **$104,915.25** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **641.6** | **$104,915.25** |

**Summary of PwC's Fees By Project Category:
Third Interim Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |

| | | |
|---|---|---|
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **579.5** | **$98,751.92** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **579.5** | **$98,751.92** |

**Cumulative Total of PwC's Fees By Project Category:**
**First Through Third Interim Periods**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **3438.8** | **$495,442.11** |
| **26-Business Analysis** | | |

| 27-Corporate Finance | | |
| --- | --- | --- |
| 28-Data Analysis | | |
| **TOTAL:** | **3438.8** | **$495,442.11** |

## Expense Summary
## First Interim Period

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Transportation | N/A | $5,488.10 |
| Lodging | N/A | $784.08 |
| Sundry | N/A | $488.79 |
| Business Meals | N/A | $814.81 |
| **TOTAL:** | | **$7,575.78** |

## Expense Summary
## Second Interim Period

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Transportation | N/A | $1,138.61 |
| Lodging | N/A | $305.80 |
| Sundry | N/A | $199.90 |
| Business Meals | N/A | $90.36 |
| **TOTAL:** | | **$1,734.67** |

## Expense Summary
## Third Interim Period

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Transportation | N/A | $2,115.68 |
| Lodging | N/A | $414.98 |
| Sundry | N/A | $13.69 |
| Business Meals | N/A | $107.68 |
| **TOTAL:** | | **$2,652.03** |

## Cumulative Expense Summary
## First Through Third Interim Periods

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Transportation | N/A | $8,742.39 |
| Lodging | N/A | $1,504.86 |
| Sundry | N/A | $702.38 |
| Business Meals | N/A | $1,012.85 |
| **TOTAL:** | | **$11,962.48** |

{MCM6719.DOC}