# EXHIBIT A

{MCM6727.DOC}

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

**ORDER APPROVING FIRST, SECOND, AND THIRD QUARTERLY**
**FEE APPLICATIONS OF PRICEWATERHOUSECOOPERS LLP, AUDITORS**
**AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the period January 10, 2002 through September 30, 2002, dated November 15, 2002 (the "Applications"); and upon the Certification of W. Larry Farmer in support of the Applications; and upon a hearing having been held before this Court to consider the First, Second, and Third Quarterly Fee Applications on _____ __, 2003; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the First, Second, and Third Quarterly Fee Applications are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $495,442.11, reimbursement of expenses incurred in the amount of $11,962.48, and

{MCM6727.DOC}

compensation for the time and effort PwC dedicated to the preparation of these Fee Applications in the amount of $5,086.22, is hereby granted to PwC.

Dated: _____ __, 2003

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{MCM6727.DOC}