**W.R. Grace Hours (1/10/02 - 4/15/02)**
By ANR
4/15/02

| | Audit Partner L Latour | Audit Partner B Barone | National Partner P Somberto | Partner C McLean | Partner A Mencher / Davis | GRNS Partner J Above | Partner B Igd | National Partner A Heaser | FAS 133 Manager C Travel | FAS 123 Manager M Bublenter | GRNS Manager J Water | Audit Manager C Cerner | GRNS Manager A Rocco | Manager T Togte | Audit Manager M Chron | Tax Manager F Dorby | Audit Manager F Schriber | Audit Manager K Mcintule | Manager S Decel | Audit Senior J Holl | Audit Senior C Ubu | Tax Senior C Fink | Audit Senior H Natchea | GRNS Senior M Smith | GRNS Senior Q Igartua | Audit Senior L Latin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Planning and Engagement Management** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | 8.5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | 15 | | 0.5 0.5 | 1 | | 2 | | 114 | | 0.6 | 2 6 | | 3.5 | | 3 | |
| **Division/Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dates - Puerto Rico | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 8.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 2 | 0 | 2 | 0 | 0 | 114 | 0 | 0.6 | 8 | 0 | 3.5 | 0 | 0 | 4 | 0 |

# W.R. Grace Hours (1/1/02 - 4/15/02)
## By Area
### 4/1/02 - 4/15/02

**General and Administrative**
**Planning and Engagement Management**
Client Acceptance & Continuance
Independence
Mobilization
Control Environment
Client's business, industry, business objectives and related risks
Information about entity's systems and computer environment
Preliminary analytical procedures
Concerning Management
Engagement Management
**Internal Control**
Monitoring controls
Core service plan - including audit strategy, and audit program
GRMC General and Administrative
SoX General Computer Controls
Use of a service organization
Treasury cycle
Revenue and receivables cycle
Purchasing and payables cycle
Inventory cycle
Payroll cycle
Property, plant and equipment cycle
SOX (consolidated) controls
Minutes of the Board of Directors
**National Consultation**
**Corporate Ledger Audit Work**
Review of related listing
Performance of detailed testing
**Performing Chemical Audit Work**
**Duration Chemical Audit Work**
Review of related listing
Performance of detailed testing
**Financial Statement and Consolidation**
Consolidation
Review of detailed operating segments
Financial Statement
**Other Auditing Procedures**
Review of PwC International Office Clearances
Exchange Rate Testing
Review of Court Filing Requirements/Allocations
Review of Court Tax/Legal
Going concern
Fraud - illegal acts, laws and regulations
Litigation, claims and assessments / lawyer's letters
Race and uncertainties
Use of the work of specialists
Use of the work of internal auditors
Related party transactions
Subsequent events
Letter of representation
**Completion**
Audit completion
Other completion activities
**Client Service and Communication**
Other communications
**Executive Review**
**Concurring Partner Review**
**Administrative**
LAN Review
SEC Review
Dates - Puerto Rico

**TOTAL**

| Category | Senior R. Anderson W. Hilen | Tax Senior Exp Assoc T. Walsh | Audit Exp Assoc A. Berns | Audit Exp Assoc B. Leppard | Audit Associate J. Abbey | Audit Associate A. Bilions | Audit Associate N. Tormes | Audit Associate M. Ramos | Audit Associate L. Vasquez | Admin D. Mellstrom | Admin D. Orfanos | Admin E. Cuyk | Admin O. Smock | Admin J. King | Admin E. Preston | Admin M. Gorski | Admin X. Catalina | Admin H. Ike | Admin L. Ortiz | Admin P. Sanchez | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3 | | | | 1 | | | | | | | | 1.7 | 1 | 0.5 | |
| | | | | | | 2 | | | | 0.5 | | | | 0.5 | | 1 | 1.7 | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 1 | 0.5 | 0 | 0 | 0.5 | 0 | 1 | 1.7 | 1 | 0.5 | 53.7 |

416-4130

# W.R. Grace Hours (4/16/02-9/30/02)
## By Area

*Note: Hours are shown in the cell that changes the in WHO's the year.*

| Area | Audit Partner E. Scherge | Audit Partner R. Bunting | National Partner D. Barange | CPAS Partner J. Catia | National Partner R. Feil | National Partner B. Bell | National Director K. Kunzo | Tax Manager G. Sminga | CPAS Senior Manager F. Gebhart | CPAS Audit Manager J. Stemme | Audit Manager C. Trombley | Audit Manager R. Beck | Audit Manager B. Daul | Tax Manager (City) | Sr. Assoc C.J. Estes | Sr. Associate R. Byme | Audit Associate A. Bottilero | Audit Associate T. Legache | Audit Associate D. Smith | Audit Associate E. Zymowski | Audit Associate J. Wehar | Adm. D. Mathisen | Adm. O. Gardner | Adm. E. Carik | Adm. A. Casillas | Adm. K. Baiba | Adm. A. Cooper | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Planning and Engagement Management** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Initial Planning & Conference | 8.00 | | | 9.50 | | | | 1.00 | 10.00 | 9.50 | 2.90 | 20.00 | 164.60 | | | | | | | | | | 0.50 | | | | | 254.00 |
| | | | 1.00 | | | 1.00 | 1.00 | | | | | 20.00 | | | | | | | | | | | | | | | | 20.00 |
| | | | | | | | | | | | | 40.00 | | | | | 1.00 | 30.00 | 18.00 | 1.00 | | | | | | | 20.00 |
| | | | | | | | | | | | | | | | | | | | | | | 0.50 | | | | | 18.50 |
| **TOTAL** | 64.5 | 4 | 9.5 | | 3 | 1 | 1 | 1 | 64.7 | 19.5 | 3 | 60.7 | 58.3 | 255 | 17 | 302.1 | 64 | 57.5 | 86.1 | 1 | 38 | 18 | 1 | 0 | 0.5 | 1.5 | 2.6 | 1,197.40 |
| | 37.50 | 4.00 | | | 3.00 | | | | 64.75 | 10.00 | 57.80 | 58.30 | 179.00 | 118.70 | 84.00 | 57.00 | 86.00 | | 30.00 | | 1.00 | 9.00 | 1.00 | 2.00 | 0.50 | 0.70 | 2.40 | |
| | 19.00 | | | | | | | | | | | | 29.00 | | | | | | | | | | | | | | | 37.50 / 4.00 / 14.30 / 77.90 |

**W.R. Grace Hours (4/16/02-9/30/02)**
**By Area**

| | Audit Partner J Farmer | Audit Partner N Storch | National Sr Manager F Schiebel | GRMS Partner J Ortiz | National Partner R Ford | National Partner B Said | National Checor K Hassan | Tax B Manager G Greene | GRMS Manager C Cleaner | Audit Manager F Schiebel | Audit Manager S Devit | Audit Senior J Nell | Tax Senior L Diaz | Audit Exp Assoc C Fadl | Audit Exp Assoc T Webb | Audit Assoc A Burns | Audit Assoc S Lippert | Audit Associate A Stokes | Audit Associate T Egorowski | Audit Associate S Smith | Audit Associate K Egorowski | Audit Associate J Hillier | Audit Associate D Jenson | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**General and Administration**
**Planning and Engagement Management**

- Client Acceptance & Continuance
- Independence
- Mobilization

**Engagement Management**

- Preliminary analytical procedures
- Understanding about systems and computer environment
- Monitoring controls
- Client business, industry, business objectives and related risks
- Client service plan, including audit strategy, and audit program

**Internal Control**

- Control Environment
- SAP General Computer Controls
- Use of a service organization
- Monitoring
- Treasury cycle
- Purchasing and payables cycle
- Revenue and receivables cycle
- Corporate ledger cycle
- Payroll cycle
- Property, plant and equipment cycle
- SOAR (consolidation) controls

**Audit Work surrounding the taxes**

**Additional Consultation**

**Corporate Ledger Audit Work**

- Review of detailed testing
- Performance of detailed testing

**Performance Chemical Audit Work**

- Review of detailed testing
- Performance of detailed testing

**Davison Chemical Audit Work**

- Performance of detailed testing
- Review of detailed testing
- Exchange Rate Testing
- Consolidation
- Review of allocated operating segments

**Other Auditing Procedures**

- Financial Statements
- Review of PwC International Office Clearances
- Fourth quarter review
- Fraud, illegal acts, laws and regulations
- Litigation, claims and assessments / lawyer's letters
- Use of the work of internal auditors
- Related party transactions
- Subsequent events
- Letter of representation
- Going concern
- Audit completion

**Completion**

- Other completion activities

**Client Service and Communication**

- Client meetings

**Practice Review**

**Concurring Partner Review**

**LFO Review**

**SEC Review**

**Quarter Reviews**

**Other**

| TOTAL | 8.5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 21.4 | 2.5 | 1 | 16.5 | 13.3 | 20 | 0 | 562 | 0 | 0 | 0 | 65 | 0 | 0 | 0 | 33 |

## W.R. Grace Hours (4/16/02-6/30/02)
### By Area

| | Admin D. Zachella | Admin E. Cole | Admin X. Catalino | Admin R. Burke | Admin X. Oppova | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Motivation | | | | | | |
| Control environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Understanding about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| GCMS Planning | | | | | | |
| SOP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Inventory cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAS (consolidation) controls | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | |
| **Method of Consolidation** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Performance's Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Davidson Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statements | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Exchange Rate Tables | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Risk and uncertainties | | | | | | |
| Use of the work of a specialist | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| Going concern | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| **Completion** | | | | | | |
| Other completion activities | | | | | | |
| Clear review notes | | | | | | |
| Final completion | | | | | | |
| **Audit completion** | | | | | | |
| **Client Service and Communication** | | | | | | |
| Clear meetings | | | | | | |
| **Concurring Partner Review** | | | 0.5 | | | |
| **Administrative** | 0.5 | | | | | |
| Other | | | | | | |
| **Overrun Review** | | | | | | |
| LPO Review | | | | | | |
| SEC Review | | | | | | |
| SEC Pre-Chemical Audit Work | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0.5 | 0.5 | 0 | 0 | 0 | 260.5 |

W.R. Grace Hours
By Area

| | Audit Partner T. Farmer | Audit Partner R. Bonner | National Sr Manager F. Schlanser | CRMS Partner J. Duch | National Partner R. Lyd | National Partner B. Bail | National Director G. Hassan | Tax S Manager S. Houston | CRMS S Manager T. Kalinsky | Audit Manager J. Blaha | CRMS Manager C. Clemer | Audit Manager T. Ingres | Audit Manager F. Schisler | Audit Senior S. Orosd | Audit Senior J. Naff | Tax Senior L. Diaz | Audit Senior C. Facts | Audit Exp Assoc W. Anderson | Audit Exp Assoc T. Hsieh | Audit Exp Assoc B. Lippold | Audit Associate A. Stickley | Audit Associate T. Szymanski | Audit Associate B. Smith | Audit Associate B. Zemelpid | Audit Associate J. Weber | Audit Associate A. Vayma | Admin D. Hoffmann |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General and Administration | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Control | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit Work surrounding the items | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate Ledger Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance Chemicals Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement and Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Auditing Procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | 4 | 1 | | 2 | | | | | | | | | 1 | | | | 6.5 | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Service and Communication | 3.5 | 1 | | 2 | | 1 | | 19.7 | | 1 | 2.4 | 2.6 | 40 | 7.2 | | 17.5 | 16 | | | | | | | |
| TOTAL | 7.5 | 1 | 0 | 2 | 0 | 1 | 0 | 19.7 | 0 | 1 | 2.4 | 2.6 | 40 | 13.7 | 0 | 17.5 | 16 | 1 | 0 | 0 | 0 | 0.5 |

# W.R. Grace Hours (4/16/02-8/30/02)
## By Area

| | Admin D. Zacharko | Admin E. Ogle | Admin K. Cpeleto | Admin I. Burke | Admin A. Glen | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Internal acceptance | | | | | | |
| Retention | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about the entity and systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Understanding of entity, including its audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| Offsite Training | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Inventory cycle | | | | | | |
| Corporate wages cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| **National Consultation** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Performing Chemical Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Specialist Chemical Audit Work** | | | | | | |
| Review of detailed testing | | | | | | |
| Performance of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statement | | | | | | |
| Consolidation | | | | | | |
| Disclosure about operating segments | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Fourth quarter review | | | | | | |
| Going concern | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Subsequent events | | | | | | |
| Litigation, claims and assessments / lawyers' letters | | | | | | |
| Related party transactions | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Use of the work of a specialist | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| Risks and uncertainties | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Going concern | | | | | | |
| **Completion** | | | | | | |
| Other completion activities | | | | | | |
| Audit completion | | | | | | |
| Client meetings | | | | | | |
| **Quarter Review** | | | | | | |
| **Concurring Partner Review** | | | | | | |
| **Administrative** | | | | | | |
| SEC Review | | | | | | |
| LIFO Review | | | | | | |
| **Client Service and Communication** | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | |
| **TOTAL** | | | | | | 125.6 |

W.R. Grace Hours 4/4/02-5/2/02
By Area

# W.R. Grace Hours (4/16/02-9/26/02)
## By Area

| | Admin D.Derbeko | Admin E.Cone | Admin K.Casino | Admin K.Burte | Admin A.Chone | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Administration | | | | | | |
| **Control Environment** | | | | | | |
| Client's business, industry, business objectives and related data | | | | | | |
| Entity level analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| **Internal Control** | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| SG&A / General or Computer Controls | | | | | | |
| Self-Assessment of Control Environment | | | | | | |
| Use of a service organization | | | | | | |
| Inventory cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Financial cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| **National Consultation** | | | | | | |
| **Audit Work surrounding the issues** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Performance of Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Devision Chemicals Audit Work** | | | | | | |
| Review of related testing | | | | | | |
| Performance of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statements | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| Exchange Gain / Loss Testing | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Risks and uncertainties | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| **Completion** | | | | | | |
| Other completion activities | | | | | | |
| Other deliverables | | | | | | |
| Case hearings | | | | | | |
| **Client Service and Communication** | | | | | | |
| Other deliverables | | | | | | |
| **Engagement Review** | | | | | | |
| Concurring Partner Review | | | | | | |
| LIFO Review | | | | | | |
| Administrative | | | | | | |
| SEC Review | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0.5 0.5 | 0.5 0.5 | 0 | 0 | 33.2 |

**W.R. Grace Hours (H16Q22/2001)**
**By Area**

6/16/15

| | Audit Partner L Farber | Audit Partner B Bonarti | National Sr Manager P Scheidever | GPMS Partner J Cielo | National Partner R Lytt | National Partner B Bell | National Director K Howon | Tax Manager O Issam | GPMS Manager T Kalunsky J Vahn | Audit Manager C Obaker | GPMS Manager F Hayrs | Audit Manager E Schisser | Audit Senior S David | Audit Senior A Naff | Tax Senior C Finch | Audit Exp Assoc R Anderson | Audit Exp Assoc T Walsh | Audit Exp Assoc A Blume | Audit Exp Assoc A Luzgardi | Audit Associate A Slosky | Audit Associate T Szymanski | Audit Associate B Smith | Audit Associate S Zamowski | Audit Associate J Winter | Audit Admin G Mathews |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Planning and Engagement Management** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | |
| Staff planning | | | | | | | | | | | | | | | | | | | | | | | | | |
| Initial client meetings | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | |
| Understanding about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | 4.5 | | | | | | | | | | | | | | | | | | | | | | | | |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | |
| GPMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of service organization | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAB (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Audit Work surrounding the issues** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of related testing | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of related testing | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Performance of Chemtrade Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of related testing | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of related testing | | | | | | | | | | | | | | | | | 0 | | | | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of related testing | | | | | | | | | | | | | | 0 | | | | | | | | | | | |
| Review of related testing | | | | | | | | | | | | | | 0 | | | | | | | | | | | |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of related testing | | | | | | | | | | | | | | | | 0 | | | | | | | | | |
| Exchange Rate Tests | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of FAC international Office Clearances | | | | | | | | | | | | | | | | 0 | | | | | | | | | |
| Review of FAC international G/L | | | | | | | | | | | | | | | | 0 | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of consolidating segments | | | | | | | | | | | | | | | | 0 | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clean up review | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer letters | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other observations | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Concluding Partner Review** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **LFO Review** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **SEC Review** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Quarter Reviews** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 4.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 0.5 | 0.5 | 0 | 17 | 17 | 29 | 0.5 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0.5 |

W.R. Grace Hours (4/1/02-9/30/02)
By Area

| | Admin O Zwibelis | Admin E Cipfe | Admin K Catalano | Admin H Banks | Admin A Chiera | Total |
|---|---|---|---|---|---|---|---|

**General and Administrative**
**Planning and Engagement Management**
Client Acceptance & Continuance
Independence
Administration
Control Environment
Client's business, industry, business objectives and related risks
Information about systems and computer environment
Monitoring controls
Client service plan, including audit strategy, and audit program
Engagement Management
**National Office**
GRAM Planning
Sol of General Computer Controls
**Internal Control**
Use of a service organization
Treasury cycle
Purchasing and expenditure cycle
Revenue and receivable cycle
Purchasing and payables cycle
Corporate wage cycle
Inventory cycle
Property, plant and equipment cycle
DOAR (consolidation) controls
Performance of related testing
Audit Work Surrounding the Items
**Corporate Ledger Audit Work**
Performance of related testing
Performance of related testing
**Divisional Chemicals Audit Work**
Performance of related testing
Performance of related testing
Performance of related testing
**Financial Statement and Consolidation**
Financial Statements
Disclosures about operating segments
Consolidation
Review of PwC International Office Clearances
Fund quarter review
Review of Current Year Acquisitions
**Other Auditing Procedures**
Minutes of the Board of Directors
Group concerns
Related party transactions
Subsequent events
Litigation, claims and assessments / lawyer's letters
Use of the work of specialists
Use of the work of internal auditors
Related party transactions
Subsequent events
Letter of representation
**Completion**
Audit completion activities
**Concluding Procedures**
Clear coaching notes
Clear review notes
Other deliverables
Direct Service and Communication
Partner Review
**Concurring Partner Review**
SEC Review
Administration
**Quarter Reviews**
Other

TOTAL

| | 0 | 0 | 0.5 | 0 | 0 | |

0.5

W.R. Grace Hours (1/18/02-6/30/02) by Area

6116-6138

| | Audit Partner J. Eames | Audit Partner P. Gallagher | National Partner J. Daw | GRMS Partner R. Goll | National Partner R. Hall | National Creptor S. Vevon | Tax S. Manager U. Moore | GRM S. Manager T. Galloway | Audit Manager C. Client | GRMS Manager T. Regan | Audit F. Manager F. Gellman | Audit Senior S. Oard | Audit Senior J. Hall | Tax Senior L. Diaz | Audit Senior C. Frota | Audit Exp Assoc. R. Anderson | Audit Exp Assoc. T. Wright | Audit Exp Assoc. B. Morris | Audit Exp Assoc. B. Liggard | Audit Associate A. Shirkey | Audit Associate T. Carpenato | Audit Associate S. Smith | Audit Associate S. Carpenato | Audit Associate J. Wiener | Audit Associate V. Verson | Audit Associate D. Behrens |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General and Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Materiality | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about client systems and control environment | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | |
| In service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Internal Control | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | |
| National Consultation | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate Ledger Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | 1 | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Decision-Chemical Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement and Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosures and operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Part. International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Tables | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board of Directors | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Auditing Procedures | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risk and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Completion | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion matters | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Service and Communication | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Practice Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LPD Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarter Reviews | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 4.5 | 0 | 0.5 | 3.3 | 31 | 0 | 57 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 18 |

## W.R. Grace Hours (4/16/02-9/30/02) By Area

| | Admin D. Zaretsky | Admin E. Cyrs | Admin K. Caruso | Admin R. Byrne | Admin A. Chona | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Planning | | | | | | |
| Administration | | | | | | |
| Other administrative | | | | | | |
| Control environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Minimum procedures | | | | | | |
| Materiality | | | | | | |
| Engagement team planning event, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Inventory cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| GRM Planning | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| SOX6 (consolidation) controls | | | | | | |
| **Audit Work surrounding the issue** | | | | | | |
| **Additional Consolidation** | | | | | | |
| Performance of detailed testing | | | | | | |
| Performance of detailed testing | | | | | | |
| **Revenue Chelsea Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Performance of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statements | | | | | | |
| Disclosures and operating segments | | | | | | |
| Consolidation | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Exchange Rate Testing | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Subsequent events | | | | | | |
| Litigation, claims and assessments ("lawyer's letters") | | | | | | |
| Risks and uncertainties | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Letter of representation | | | | | | |
| Subsequent events | | | | | | |
| Audit completion | | | | | | |
| Other meetings | | | | | | |
| Clear review notes | | | | | | |
| **Direct Service and Communication** | | | | | | |
| Clear meetings | | | | | | |
| **Concurring Partner Review** | | | | | | |
| Partner Review | | | | | | |
| **Concurring Partner Review** | | | | | | |
| Administrative | | | | | | |
| **SEC Review** | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 130.1 |