W.R. Grace Hours (4/16/02-9/30/02)
By Area

711-711S

| Category | L. Farmer (Audit Partner) | R. Bromark (Audit Partner) | P. Schollaert (National Sr Manager) | J. Divito (GRMS Partner) | R. Eydt (National Partner) | B. Beld (National Partner) | K. Hassan (National Director) | G. Messina (Tax S Manager) | T. Kalinosky (S Manager) | J. Maher (GSRM Manager) | C. Cleaver (Audit Manager) | T. Hayes (GRMS Manager) | F. Schlosser (Audit Manager) | S. David (Audit Senior) | J. Nett (Audit Senior) | L. Diaz (Tax Senior) | C. Frick (Audit Senior) | R. Anderson (Exp Assoc) | T. Wein (Exp Assoc) | A. Burns (Exp Assoc) | B. Lippold (Exp Assoc) | A. Stickley (Audit Associate) | T. Szymanski (Audit Associate) | S. Smith (Audit Associate) | S. Zerenipfel (Audit Associate) | J. Weber (Audit Associate) | L. Wynn (Audit Associate) | D. Müllhauer (Admin) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Mobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Client service plan, including audit strategy, and audit program | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Audit Work surrounding the taxes** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **National Consultation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | 4 | | | | | | | 6 | | | 58.8 | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Davison Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement | | | | | | | | | | 0 | | 0 | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | 0 | | | | | | | | | | | | | | | | | | | |
| Disclosures about operating segments | | | | | | | | | | 0 | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | 0 | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | 0 | | 0 | | | | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board or Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, Illegal acts, laws and regulations | | | | | | | | | | | | | | | | | 0 | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | 0 | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other deliverables | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Partner Review** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LIFO Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.2 | 0.2 |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarter Reviews | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 7 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 58.8 | 6.3 | 39 | 0 | 58.8 | 2.5 | 0 | 8 | 0 | 0 | 0 | 0 | 1 | 0 | 0.2 | |

**W.R. Grace Hours (4/16/02-9/30/02)**
By Area

| | Admin D. Zacharko | Admin E. Coyle | Admin K. Catalano | Admin K. Burke | Admin A. Citrone | Total |
|---|---|---|---|---|---|---|
| *General and Administrative* | | | | | | |
| *Planning and Engagement Management* | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Mobilization | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| *Internal Control* | | | | | | |
| GR&S Planning | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| *Audit Work surrounding the taxes* | | | | | | |
| *National Consultation* | | | | | | |
| *Corporate Ledger Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Performance Chemicals Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Davison Chemicals Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Financial Statement and Consolidation* | | | | | | |
| Financial Statements | | | | | | |
| Consolidation | | | | | | |
| Disclosures about operating segments | | | | | | |
| Fourth quarter review | | | | | | |
| Review of FAC International Office Clearances | | | | | | |
| Exchange Rate Testing | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| *Other Auditing Procedures* | | | | | | |
| Minutes of the Board or Directors | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Risks and uncertainties | | | | | | |
| Letter of representation | | | | | | |
| *Completion* | | | | | | |
| Audit completion | | | | | | |
| Other completion activities | | | | | | |
| Client meetings | | | | | | |
| *Client Service and Communication* | | | | | | |
| Client deliverables | | | | | | |
| *Partner Review* | | | | | | |
| *Concurring Partner Review* | | | | | | |
| *Administrative* | | | | | 13 | 13 |
| LIFO Review | | | | | | |
| SEC Review | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0 | 13 | 0 | 0 | 139.9 |

**W.R. Grace Hours (4/16/02-8/30/02)**
**By Area**

7116-7131

| | Audit Partner L. Farmer | Audit Partner R. Bremen | National SI Manager P. Schlosser | GRMS Partner J. Dafo | National Partner R. Eydt | National Partner B. Beld | National Director K. Hassan | Tax S. Manager G. Messina | GSRM S. Manager T. Kalinosky | Audit Manager J. Maher | GRMS Manager C. Cleaver | Audit Manager T. Hayes | Audit Manager F. Schlosser | Audit Senior B. David | Audit Senior J. Nall | Tax Senior L. Diaz | Audit Senior C. Frick | Exp Assoc R. Anderson | Exp Assoc T. Walsh | Exp Assoc A. Blums | Exp Assoc B. Luippold | Audit Associate A. Stickley | Audit Associate T. Szymanski | Audit Associate B. Smith | Audit Associate B. Zerenpfeld | Audit Associate J. Weber | Audit Associate L. Wirrin | Admin D. McIlmoyl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General and Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mobilization | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | | | | | | | | | | | | | 1 | | 20 | | | | | | | | | | | | | |
| Internal Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit Work surrounding the taxes | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | |
| National Consultation | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | |
| Corporate Ledger Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance Chemicals Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Davison Chemicals Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | 0 | | | 0 | | | 0 | | | 0 | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | 0 | | | | | 0 | 0 | | | | | | | | |
| Financial Statement and Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statements | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosures about operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board of Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other communication activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Service and Communication | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LIFO Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarter Reviews | 8.5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 9.5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 17 | 24.5 | 35 | 15 | 0 | 19 | 50.5 | 50.5 | 0 | 0 | 32 | 32 | 0 | 0 | 0 |

**W.R. Grace Hours (4/16/02-9/30/02)**
**By Area**

| | Admin D. Zechello | Admin E. Cofe | Admin K. Catalano | Admin K. Burke | Admin A. Cifone | Total |
|---|---|---|---|---|---|---|
| *General and Administrative* | | | | | | |
| *Planning and Engagement Management* | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Mobilization | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| *Internal Control* | | | | | | |
| GRMS Planning | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| *Audit Work surrounding the taxes* | | | | | | |
| *National Consultation* | | | | | | |
| *Corporate Ledger Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Performance Chemicals Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Davison Chemicals Audit Work* | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| *Financial Statement and Consolidation* | | | | | | |
| Financial Statement | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| Exchange Rate Testing | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| *Other Auditing Procedures* | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Risks and uncertainties | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| Completion | | | | | | |
| Audit completion | | | | | | |
| Other completion activities | | | | | | |
| *Client Service and Communication* | | | | | | |
| Client meetings | | | | | | |
| Other deliverables | | | | | | |
| *Partner Review* | | | | | | |
| *Concurring Partner Review* | | | | | | |
| Administrative | | | | | | 0.2 |
| LIFO Review | | | | | | |
| SEC Review | | | | | | |
| *Quarter Reviews* | | | | | | |
| *Other* | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0.2 | 190.7 |

W.R. Grace Hours (11/1/02-8/10/02)
By Area

| | Audit Partner L. Farmer | Audit Partner R. Bonnett | National Sr Manager P. Schlosser | GRMS Partner J. Dello | National Partner R. Eydt | National Partner B. Bald | National Director K. Hasan | Tax S. Manager G. Messina | GSRM S. Manager T. Kilinosky | Audit Manager J. Mahar | GRMS Manager C. Chever | Audit Manager T. Hayes | Audit Manager F. Schlosser | Audit Senior S. David | Audit Senior J. Nett | Tax Senior L. Diaz | Audit Senior C. Fick | Audit Exp Assoc R. Anderson | Audit Exp Assoc T. Welsh | Audit Exp Assoc A. Burns | Audit Associate B. Luppold | Audit Associate A. Sickley | Audit Associate T. Szymanski | Audit Associate S. Smith | Audit Associate S. Zemsfeld | Audit Associate J. Weber | Admin L. Warren | Admin D. McReavie |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Planning and Engagement Management** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Materiality | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **National Consultation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Davison Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosures about operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board of Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | 4 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other deliverables | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Partner Review** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | 10 | | | | | | | | | | | | | | | | |
| LIFO Review | | | | | | | | | | | | | | | | | 0 | 0 | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | 0 | | | | | | | | | | | | | |
| Quarter Reviews | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.5 |
| **TOTAL** | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8 | 24 | 0 | 37 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0.5 |

**W.R. Grace Hours (4/16/02-9/30/02)**
**By Area**

| | Admin D. Zacharko | Admin E. Coyle | Admin K. Catalano | Admin K. Burke | Admin A. Cifone | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Mobilization | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| GHAS Planning | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| **Audit Work surrounding the Taxes** | | | | | | |
| **National Consultation** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Davison Chemicals Audit Work** | | | | | | |
| Review of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statement | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Exchange Rate Testing | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Risks and uncertainties | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| **Completion** | | | | | | |
| Audit completion | | | | | | |
| Other completion activities | | | | | | |
| **Client Service and Communication** | | | | | | |
| Client meetings | | | | | | |
| Other deliverables | | | | | | |
| **Partner Review** | | | | | | |
| Concurring Partner Review | | | | | | |
| Administrative | | | | | | |
| LIFO Review | | | | | | |
| SEC Review | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 96.3 |

W.R. Grace Hours (##### - ######)
By Area

8116-8131

| Area | Audit Partner L. Farmer | Audit Partner R. Bromark | National Sr Manager P. Schobase | GRMS Partner J. Ovits | National Partner R. Eyd | National Partner B. Bakl | National Director K. Hassan | Tax S. Manager S. Maasso | S. Manager G. Messina | GSRM S. Manager T. Kalinosky | Audit Manager J. Afeltar | GRMS Manager C. Cleaver | Audit Manager T. Hayes | Audit Manager F. Schlosser | Audit Senior S. David | Audit Senior J. Natt | Tax Senior L. Diaz | Audit Senior C. Frick | Audit Exp Assoc. R. Anderson | Exp Assoc. T. Welsh | Audit Exp Assoc. A. Burns | Audit Exp Assoc. B. Ligtvoet | Audit Associate A. Stickley | Audit Associate T. Szymanski | Audit Associate S. Smith | Audit Associate B. Zinnsfeld | Audit Associate J. Weber | Audit Associate L. Wynn | Admin D. McElwee | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **National Consultation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Davison Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosures about operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board or Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other deliverables | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Partner Review** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LIFO Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Quarter Reviews** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | 0 | | 0 | | | | | | | | | |
| | | | | | | | | | | | | | | | | 0 | | 0 | | | 0 | 0 | | | | | | | |
| **TOTAL** | 0.5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.5 | 1.3 | 4 | 0 | 6 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**W.R. Grace Hours (4/16/02-9/30/02)**
**By Area**

| | Admin<br>D.Zachetio | Admin<br>E. Coyle | Admin<br>K. Catalano | Admin<br>K.Burke | Admin<br>A. Ciffone | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Initialization | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| GRMS Planning | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | |
| **National Consultation** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Review of detailed testing | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| **Davison Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statements | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| Exchange Rate Testing | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Risks and uncertainties | | | | | | |
| Use of the work of specialists | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| **Completion** | | | | | | |
| Audit completion | | | | | | |
| Other completion activities | | | | | | |
| **Client Service and Communication** | | | | | | |
| Client meetings | | | | | | |
| Other deliverables | | | | | | |
| **Partner Review** | | | | | | |
| **Concurring Partner Review** | | | | | | |
| Administrative | | | | | 0.5 | 0.5 |
| LIFO Review | | | | | | |
| SEC Review | | | | | | |
| Quarter Reviews | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0.5 | 0.5 |

W.R. Grace Hours (~~~~~) By Area

911-9115

| Area | Audit Partner L. Farmer | Audit Partner R. Bonnek | National Sr Manager P. Scholoser | GRMS Partner J. Defo | National Partner R. Eydt | National Partner B. Bald | National Director K. Hassan | Tax Sr Manager G. Messina | GSRM Sr Manager T. Kalinosky | Audit Manager J. Maher | GRMS Manager C. Cleaver | Audit Manager T. Hayes | Audit Manager F. Schlosser | Audit Senior S. David | Audit Senior J. Nati | Tax Senior L. Diaz | Audit Senior C. Frick | Audit Exp Assoc R. Anderson | Audit Exp Assoc T. Welsh | Audit Exp Assoc A. Burns | Audit Exp Assoc B. Lippold | Audit Associate A. Stickley | Audit Associate T. Szymanski | Audit Associate S. Smith | Audit Associate B. Zarembski | Audit Associate J. Weber | Audit Associate L. Warren | Admin D. Mathews |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Planning and Engagement Management** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Internal Control** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS Planning | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| National Consultation | | | | | | | | | | | | | | | | | | | | | 1 | | | 10 | 6.7 | | | | |
| **Corporate Ledger Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | 0 | | | | | | | | | | | | | | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Division Chemicals Audit Work** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | 0 | 0 | | 0 | 0 | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Financial Statement and Consolidation** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statements | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosures about operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Other Auditing Procedures** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board of Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Completion** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Client Service and Communication** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other deliverables | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Partner Review** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | 1.5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LIFO Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarter Reviews | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 10.6 | 4.1 | 22 | 12 | 0.7 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**W.R. Grace Hours (4/16/02-9/30/02)**
**[By Area]**

| | Admin D. Zacharko | Admin E. Coyle | Admin K. Catalano | Admin K. Burke | Admin A. Citrone | Total |
|---|---|---|---|---|---|---|
| **General and Administrative** | | | | | | |
| **Planning and Engagement Management** | | | | | | |
| Client Acceptance & Continuance | | | | | | |
| Independence | | | | | | |
| Mobilization | | | | | | |
| Control Environment | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | |
| Preliminary analytical procedures | | | | | | |
| Information about systems and computer environment | | | | | | |
| Monitoring controls | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | |
| Engagement Management | | | | | | |
| **Internal Control** | | | | | | |
| GRMS Planning | | | | | | |
| SAP General Computer Controls | | | | | | |
| Use of a service organization | | | | | | |
| Treasury cycle | | | | | | |
| Revenue and receivables cycle | | | | | | |
| Purchasing and payables cycle | | | | | | |
| Corporate ledger cycle | | | | | | |
| Inventory cycle | | | | | | |
| Payroll cycle | | | | | | |
| Property, plant and equipment cycle | | | | | | |
| SOAR (consolidation) controls | | | | | | |
| **Audit Work surrounding the taxes** | | | | | | |
| **National Consultation** | | | | | | |
| **Corporate Ledger Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Performance Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Davison Chemicals Audit Work** | | | | | | |
| Performance of detailed testing | | | | | | |
| Review of detailed testing | | | | | | |
| **Financial Statement and Consolidation** | | | | | | |
| Financial Statements | | | | | | |
| Disclosures about operating segments | | | | | | |
| Consolidation | | | | | | |
| Fourth quarter review | | | | | | |
| Review of PwC International Office Clearances | | | | | | |
| Review of Current Year Acquisitions | | | | | | |
| Exchange Rate Testing | | | | | | |
| **Other Auditing Procedures** | | | | | | |
| Minutes of the Board of Directors | | | | | | |
| Going concern | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | |
| Risks and uncertainties | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | |
| Use of the work of internal auditors | | | | | | |
| Use of the work of specialists | | | | | | |
| Related party transactions | | | | | | |
| Subsequent events | | | | | | |
| Letter of representation | | | | | | |
| **Completion** | | | | | | |
| Audit completion | | | | | | |
| Other completion activities | | | | | | |
| Client meetings | | | | | | |
| Other deliverables | | | | | | |
| **Client Service and Communication** | | | | | | |
| **Administrative** | | | | | | |
| **Concurring Partner Review** | | | | | | |
| **Partner Review** | | | | | | |
| JJFO Review | | | | | | |
| SEC Review | | | | | | |
| **Quarter Reviews** | | | | | | |
| Other | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 |



W.R. Grace Hours
By Area
Summary of Total Hours

| | Audit Partner L. Farmer | Audit Partner R. Bromark | National Sr Manager P. Schlosser | GRMS Partner J. Dvito | National Partner R. Eydt | National Partner B. Bald | National Director K. Hasson | Tax S Manager S. Manzer | S Manager T. Kalinsky | GSRM Manager J. Maher | GRMS Manager C. Cleaver | Audit Manager T. Hayes | Audit Manager F. Schlosser | Audit Senior S. David | Audit Senior J. Nat | Tax Senior L. Diaz | Audit Senior C. Frick | Exp Assoc R. Anderson | Exp Assoc T. Walsh | Exp Assoc A. Burns | Exp Assoc B. Lippoldt | Audit Associate A. Bickley | Audit Associate T. Szymanski | Audit Associate S. Smith | Audit Associate S. Zeneski | Audit Associate J. Weber | Audit Associate L. Warren | Admin D. Mull... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General and Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Planning and Engagement Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Acceptance & Continuance | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Independence | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Control Environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client's business, industry, business objectives and related risks | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preliminary analytical procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Information about systems and computer environment | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client service plan, including audit strategy, and audit program | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engagement Management | 8 | | | 4.5 | | | | | | | 9.5 | | 2.9 | | | | 0.5 | | | | | | 5.5 | | | | | |
| Internal Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRMS General and Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAP General Computer Controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of a service organization | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Treasury cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue and receivable cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Purchasing and payables cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate ledger cycle | | | | | | | | | | | | | | | 20 | | | | | | | | | | | | | |
| Inventory cycle | | | | | | | | | | | | | | | 20 | | | | | | | | | | | | | |
| Payroll cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property, plant and equipment cycle | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SOAR (consolidation) controls | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit Work surrounding the taxes | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| National Consultation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corporate Ledger Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance Chemicals Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Davision Chemicals Audit Work | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Performance of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of detailed testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statement and Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Financial Statements | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Disclosure about operating segments | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consolidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of PwC International Office Clearances | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fourth quarter review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Review of Current Year Acquisitions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exchange Rate Testing | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Auditing Procedures | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minutes of the Board of Directors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Going concern | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fraud, illegal acts, laws and regulations | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Litigation, claims and assessments / lawyer's letters | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risks and uncertainties | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of specialists | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Use of the work of internal auditors | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Related party transactions | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsequent events | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Letter of representation | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Audit completion | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other completion activities | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client Service and Communication | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Client meetings | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other deliverables | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Concurring Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LFO Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Partner Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEC Review | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarter Reviews | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 8 | 0 | 0 | 4.5 | 0 | 0 | 0 | 0 | 0 | 0 | 9.5 | 0 | 2.9 | 0 | 40 | 0 | 0.5 | 0 | 0 | 0 | 0 | 0 | 5.5 | 0 | 0 | 0 | 0 | 0 |



0
0.5
0
0
0

0.5

Admin D. Zecharko
Admin E. Coyle
Admin K. Celistano
Admin K. Burke
Admin A. Cifrone

Total