PricewaterhouseCoopers LLP
Summary of Expenses
January 10-September 30, 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Anderson, R. | $ 7.00 | $ - | $ - | $ - | $ 7.00 |
| Blume, A. | $ 855.72 | $ - | $ - | $ - | $ 855.72 |
| Bromark, R. | $ 1,091.00 | $ - | $ 12.00 | $ - | $ 1,103.00 |
| Catalano, K. | $ 47.46 | $ - | $ - | $ - | $ 47.46 |
| Chaves, M. | $ 639.83 | $ - | $ - | $ - | $ 639.83 |
| Cleaver, C. | $ 279.30 | $ - | $ 150.47 | $ 15.00 | $ 444.77 |
| David, S. | $ 24.52 | $ - | $ 2.19 | $ 50.43 | $ 77.14 |
| Divito, J. | $ 1,502.72 | $ 414.98 | $ - | $ 28.76 | $ 1,946.46 |
| Diaz, L. | $ 192.18 | $ - | $ - | $ - | $ 192.18 |
| Farmer, L. | $ 527.74 | $ 172.05 | $ 51.00 | $ 79.89 | $ 830.68 |
| Frick, C. | $ 963.60 | $ - | $ 36.73 | $ 92.79 | $ 1,093.12 |
| Gerety, M. | $ 234.56 | $ - | $ - | $ - | $ 234.56 |
| Hayes, T. | $ 200.10 | $ 305.80 | $ 34.25 | $ 57.33 | $ 597.48 |
| Leslie, B. | $ 96.36 | $ - | $ 32.12 | $ - | $ 128.48 |
| Luippold, B. | $ 133.30 | $ - | $ - | $ 102.54 | $ 235.84 |
| Maher, J. | $ 197.29 | $ - | $ 176.90 | $ - | $ 374.19 |
| McKay, J. | $ 192.26 | $ - | $ - | $ - | $ 192.26 |
| Natt, J. | $ - | $ - | $ - | $ 81.22 | $ 81.22 |
| Nishihara, H. | $ 290.50 | $ - | $ - | $ - | $ 290.50 |
| Schlosser, F. | $ 217.59 | $ - | $ 77.00 | $ 194.66 | $ 489.25 |
| Smith, M. | $ - | $ - | $ 81.86 | $ - | $ 81.86 |
| Smith, S. | $ 26.35 | $ - | $ - | $ - | $ 26.35 |
| Stickley, A. | $ 891.33 | $ - | $ 2.19 | $ 199.46 | $ 1,092.98 |
| Valentine, G. | $ 59.41 | $ 612.03 | $ 25.00 | $ 89.77 | $ 786.21 |
| Walsh, T. | $ 72.27 | $ - | $ 20.67 | $ 21.00 | $ 113.94 |
| | $ 8,742.39 | $ 1,504.86 | $ 702.38 | $ 1,012.85 | $ 11,962.48 |

PricewaterhouseCoopers LLP
Summary of Expenses
Q1 2002 Summary

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Anderson, R. | $ 7.00 | $ - | $ - | $ - | $ 7.00 |
| Blume, A. | $ 594.74 | $ - | $ - | $ - | $ 594.74 |
| Bromark, R. | $ 1,091.00 | $ - | $ 12.00 | $ - | $ 1,103.00 |
| Catalano, K. | $ 47.46 | $ - | $ - | $ - | $ 47.46 |
| Chaves, M. | $ 639.83 | $ - | $ - | $ - | $ 639.83 |
| Cleaver, C. | $ 93.22 | $ - | $ 138.97 | $ 4.75 | $ 236.94 |
| David, S. | $ 24.52 | $ - | $ 2.19 | $ 50.43 | $ 77.14 |
| Diaz, L. | $ 192.18 | $ - | $ - | $ - | $ 192.18 |
| Farmer, L. | $ 427.34 | $ 172.05 | $ 39.50 | $ 79.89 | $ 718.78 |
| Frick, C. | $ 467.20 | $ - | $ 36.73 | $ 72.31 | $ 576.24 |
| Gerety, M. | $ 234.56 | $ - | $ - | $ - | $ 234.56 |
| Leslie, B. | $ 96.36 | $ - | $ 32.12 | $ - | $ 128.48 |
| Luippold, B. | $ 133.30 | $ - | $ - | $ 102.54 | $ 235.84 |
| Maher, J. | $ 116.42 | $ - | $ 22.75 | $ - | $ 139.17 |
| McKay, J. | $ 192.26 | $ - | $ - | $ - | $ 192.26 |
| Nishihara, H. | $ 290.50 | $ - | $ - | $ - | $ 290.50 |
| Schlosser, F. | $ 195.34 | $ - | $ 77.00 | $ 194.66 | $ 467.00 |
| Smith, M. | $ - | $ - | $ 81.86 | $ - | $ 81.86 |
| Stickley, A. | $ 513.19 | $ - | $ - | $ 199.46 | $ 712.65 |
| Valentine, G. | $ 59.41 | $ 612.03 | $ 25.00 | $ 89.77 | $ 786.21 |
| Walsh, T. | $ 72.27 | $ - | $ 20.67 | $ 21.00 | $ 113.94 |
| | $ 5,488.10 | $ 784.08 | $ 488.79 | $ 814.81 | $ 7,575.78 |

PricewaterhouseCoopers LLP
Summary of Expenses
Q2 2002 Summary

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Blume, A. | $ 142.35 | $ - | $ - | $ - | $ 142.35 |
| Farmer, L. | $ 29.21 | $ - | $ 11.50 | $ - | $ 40.71 |
| Frick, C. | $ 292.00 | $ - | $ - | $ - | $ 292.00 |
| Hayes, T. | $ 200.10 | $ 305.80 | $ 34.25 | $ 57.33 | $ 597.48 |
| Maher, J. | $ 80.87 | $ - | $ 154.15 | $ - | $ 235.02 |
| Natt, J. | $ - | $ - | $ - | $ 33.03 | $ 33.03 |
| Schlosser, F. | $ 2.00 | $ - | $ - | $ - | $ 2.00 |
| Smith, S. | $ 13.94 | $ - | $ - | $ - | $ 13.94 |
| Stickley, A. | $ 378.14 | $ - | $ - | $ - | $ 378.14 |
|  | $ 1,138.61 | $ 305.80 | $ 199.90 | $ 90.36 | $ 1,734.67 |

PricewaterhouseCoopers LLP
Summary of Expenses
Q3 2002 Summary

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Blume, A. | $    118.63 | $         - | $         - | $         - | $    118.63 |
| Cleaver, C. | $    186.08 | $         - | $    11.50 | $    10.25 | $    207.83 |
| Divito, J. | $  1,502.72 | $   414.98 | $         - | $    28.76 | $  1,946.46 |
| Farmer, L. | $      71.19 | $         - | $         - | $         - | $      71.19 |
| Frick, C. | $    204.40 | $         - | $         - | $    20.48 | $    224.88 |
| Natt, J. | $         - | $         - | $         - | $    48.19 | $      48.19 |
| Schlosser, F. | $      20.25 | $         - | $         - | $         - | $      20.25 |
| Smith, S. | $      12.41 | $         - | $         - | $         - | $      12.41 |
| Stickley, A. | $         - | $         - | $      2.19 | $         - | $        2.19 |
|  | $  2,115.68 | $   414.98 | $    13.69 | $   107.68 | $  2,652.03 |

PricewaterhouseCoopers LLP
Summary of Expenses
January 10-31, 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Anderson, R. | $ 7.00 | | | | $ 7.00 |
| Blume, A. | $ 521.04 | | | | $ 521.04 |
| Bromark, R. | $ 362.00 | | $ 12.00 | | $ 374.00 |
| Chaves, M. | $ 639.83 | | | | $ 639.83 |
| Cleaver, C. | $ 93.22 | | $ 100.00 | $ 4.75 | $ 197.97 |
| David, S. | $ 2.19 | | $ 2.19 | | $ 4.38 |
| Diaz, L. | $ 192.18 | | | | $ 192.18 |
| Farmer, L. | $ 356.15 | $ 172.05 | $ 39.50 | $ 79.89 | $ 647.59 |
| Frick, C. | $ 292.00 | | $ 36.73 | $ 57.57 | $ 386.30 |
| Leslie, B. | $ 96.36 | | | | $ 96.36 |
| Luippold, B. | $ 133.30 | | | $ 102.54 | $ 235.84 |
| Maher, J. | $ 67.49 | | $ 11.64 | | $ 79.13 |
| McKay, J. | $ 192.26 | | | | $ 192.26 |
| Schlosser, F. | $ 195.34 | | $ 20.00 | $ 194.66 | $ 410.00 |
| Smith, M. | | | $ 32.04 | | $ 32.04 |
| Stickley, A. | $ 324.12 | | | $ 199.46 | $ 523.58 |
| Valentine, G. | $ 59.41 | $ 612.03 | $ 25.00 | $ 89.77 | $ 786.21 |
| Walsh, T. | $ 72.27 | | $ 12.87 | $ 21.00 | $ 106.14 |
| | $ 3,606.16 | $ 784.08 | $ 291.97 | $ 749.64 | $ 5,431.85 |

PricewaterhouseCoopers LLP
Summary of Expenses
February 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Blume, A. | $ 26.25 | | | | $ 26.25 |
| Catalano, K. | $ 47.46 | | | | $ 47.46 |
| Cleaver, C. | | | $ 14.68 | | $ 14.68 |
| David, S. | $ 22.33 | | | $ 50.43 | $ 72.76 |
| Farmer, L. | $ 47.46 | | | | $ 47.46 |
| Frick, C. | $ 87.60 | | | $ 14.74 | $ 102.34 |
| Leslie, B. | | | $ 32.12 | | $ 32.12 |
| Maher, J. | $ 39.07 | | $ 5.82 | | $ 44.89 |
| Nishihara, H. | $ 290.50 | | | | $ 290.50 |
| Schlosser, F. | | | $ 57.00 | | $ 57.00 |
| Smith, M. | | | $ 29.82 | | $ 29.82 |
| Walsh, T. | | | $ 7.80 | | $ 7.80 |
| | $ 560.67 | $ - | $ 147.24 | $ 65.17 | $ 773.08 |

PricewaterhouseCoopers LLP
Summary of Expenses
March 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Blume, A. | $ 47.45 | | | | $ 47.45 |
| Bromark, R. | $ 729.00 | | | | $ 729.00 |
| Cleaver, C. | | | $ 24.29 | | $ 24.29 |
| Farmer, L. | $ 23.73 | | | | $ 23.73 |
| Frick, C. | $ 87.60 | | | | $ 87.60 |
| Gerety, M. | $ 234.56 | | | | $ 234.56 |
| Maher, J. | $ 9.86 | | $ 5.29 | | $ 15.15 |
| Smith, M. | | | $ 20.00 | | $ 20.00 |
| Stickley, A. | $ 189.07 | | | | $ 189.07 |
| | $ 1,321.27 | $ - | $ 49.58 | $ - | $ 1,370.85 |

PricewaterhouseCoopers LLP
Summary of Expenses
April 2002

| Professional | Transportation | | Lodging | | Sundry | | Business Meals | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| Frick, C. | $ | 102.20 | | | | | | | $ | 102.20 |
| Hayes, T. | $ | 200.10 | $ | 305.80 | $ | 34.25 | $ | 57.33 | $ | 597.48 |
| Maher, J. | $ | 6.94 | | | | | | | $ | 6.94 |
| Schlosser, F. | $ | 2.00 | | | | | | | $ | 2.00 |
| Stickley, A. | $ | 297.11 | | | | | | | $ | 297.11 |
| | $ | 608.35 | $ | 305.80 | $ | 34.25 | $ | 57.33 | $ | 1,005.73 |

PricewaterhouseCoopers LLP
Summary of Expenses
May 2002

| Professional | Transportation | | Lodging | | Sundry | | Business Meals | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| Blume, A. | $ | 142.35 | | | | | | | $ | 142.35 |
| Farmer, L. | $ | 5.48 | | | $ | 11.50 | | | $ | 16.98 |
| Frick, C. | $ | 43.80 | | | | | | | $ | 43.80 |
| Maher, J. | $ | 32.17 | | | $ | 154.15 | | | $ | 186.32 |
| Natt, J. | | | | | | | $ | 33.03 | $ | 33.03 |
| Stickley, A. | $ | 81.03 | | | | | | | $ | 81.03 |
| | $ | 304.83 | $ | - | $ | 165.65 | $ | 33.03 | $ | 503.51 |

PricewaterhouseCoopers LLP
Summary of Expenses
June 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Farmer, L. | $ 23.73 | | | | $ 23.73 |
| Frick, C. | $ 146.00 | | | | $ 146.00 |
| Maher, J. | $ 41.76 | | | | $ 41.76 |
| Smith, S. | $ 13.94 | | | | $ 13.94 |
| | $ 225.43 | $ - | $ - | $ - | $ 225.43 |

PricewaterhouseCoopers LLP
Summary of Expenses
July 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Blume, A. | $ 118.63 | | | | $ 118.63 |
| Cleaver, C. | $ 93.95 | | | $ 4.55 | $ 98.50 |
| Divito, J. | $ 977.54 | $ 190.40 | | $ 13.76 | $ 1,181.70 |
| Farmer, L. | $ 47.46 | | | | $ 47.46 |
| Frick, C. | $ 131.40 | | | | $ 131.40 |
| Natt, J. | | | | $ 13.00 | $ 13.00 |
| Schlosser, F. | $ 20.25 | | | | $ 20.25 |
| | $ 1,389.23 | $ 190.40 | $ - | $ 31.31 | $ 1,610.94 |

PricewaterhouseCoopers LLP
Summary of Expenses
August 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Frick, C. | $    73.00 | | | $    20.48 | $    93.48 |
| Natt, J. | | | | $    35.19 | $    35.19 |
| Smith, S. | $    12.41 | | | | $    12.41 |
| | $    85.41 | $    - | $    - | $    55.67 | $    141.08 |

PricewaterhouseCoopers LLP
Summary of Expenses
September 2002

| Professional | Transportation | Lodging | Sundry | Business Meals | TOTAL |
|---|---|---|---|---|---|
| Cleaver, C. | $ 92.13 | | $ 11.50 | $ 5.70 | $ 109.33 |
| Divito, J. | $ 525.18 | $ 224.58 | | $ 15.00 | $ 764.76 |
| Farmer, L. | $ 23.73 | | | | $ 23.73 |
| Stickley, A. | | | $ 2.19 | | $ 2.19 |
| | $ 641.04 | $ 224.58 | $ 13.69 | $ 20.70 | $ 900.01 |