**Time Spent By PricewaterhouseCoopers LLP Preparing The Fee Applications**

| Professional | Title | Hours | Description |
|---|---|---|---|
| **21-Oct** | | | |
| Larry Farmer | Partner | 0.7 | phone call with Roger Higgins, K&E |
| Dave Ryan | Senior Manager | 0.7 | phone call with Roger Higgins, K&E |
| Jason Natt | Manager | 0.7 | phone call with Roger Higgins, K&E |
| **23-Oct** | | | |
| Larry Farmer | Partner | 0.5 | phone call with John Goodchild, Morgan Lewis |
| Jason Natt | Manager | 0.5 | phone call with John Goodchild, Morgan Lewis |
| **24-Oct** | | | |
| Nina Govic | Senior Associate | 8 | preparing and summarizing time and fee support for application |
| **25-Oct** | | | |
| Jason Natt | Manager | 1.5 | reviewing time and fee support for application |
| **28-Oct** | | | |
| Larry Farmer | Partner | 1 | reviewing time and fee support for application |
| Jason Natt | Manager | 1.5 | editing time and fee support for application |
| **01-Nov** | | | |
| Jason Natt | Manager | 1.8 | phone call with C. Lipski, Morgan Lewis, follow-up on questions |
| **06-Nov** | | | |
| Jason Natt | Manager | 1.6 | phone call with C. Lipski, Morgan Lewis, follow-up on questions |
| **07-Nov** | | | |
| Jason Natt | Manager | 3.4 | phone call with C. Lipski, Morgan Lewis, follow-up on questions |
| **08-Nov** | | | |
| Jason Natt | Manager | 2.1 | phone call with C. Lipski, Morgan Lewis, follow-up on questions |
| **13-Nov** | | | |
| Jason Natt | Manager | 0.3 | follow up on questions via email |
| **14-Nov** | | | |
| Larry Farmer | Partner | 1 | phone call with C. Lipski, review of application and required signatures |
| Jason Natt | Manager | 1.3 | phone call with C. Lipski, review of application, time summary |
| | | **26.6** | |

**TOTAL TIME SUMMARY**

| Professional | Title | Hours | Rate | Total Services |
|---|---|---|---|---|
| Larry Farmer | Partner | 3.2 | $ 306.90 | $ 982.08 |
| Dave Ryan | Senior Manager | 0.7 | $ 234.90 | $ 164.43 |
| Jason Natt | Manager | 14.7 | $ 201.15 | $ 2,956.91 |
| Nina Govic | Senior Associate | 8 | $ 122.85 | $ 982.80 |
| | | | | **$ 5,086.22** |