## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: December 10, 2002** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:                                    Lukins & Annis, P.S.

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              July 21, 2002 through
                                                      September 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 37,691.00

Amount of Expenses Reimbursement:                     $  3,422.38

This is a: X monthly   _ interim   _ final application

Prior Application filed: No*

* This is the first application by Lukins & Annis, P.S. since its appointment on July 22, 2002 as Additional Special Counsel for the ZAI Science Trial. Accordingly, it covers the 2¼ month period from appointment (July 22, 2002, including travel to the hearing on July 21, 2002) to September 30, 2002.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,940.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $300 | 119.65 | $29,595.00 |
| Burke D. Jackowich | Associate | 2 | Litigation | $120 | 35.20 | $4,044.00 |
| TOTALS | | | | | 154.85 | $33,639.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $130 | 30.80 | $4,004.00 |
| Betty A. Olson | Legal Assist. | 18 | Real Estate | $80 | .60 | $48.00 |
| TOTALS | | | | | 31.40 | $4,052.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 14-Hearings | 4.50 Hours | $ 1,350.00 |
| 20-Travel-Non-working | 45.00 Hours | $ 6,480.00 |
| 22-ZAI Science Trial | 136.75 Hours | $29,861.00 |
| TOTALS | 186.25 Hours | $37,691.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $    70.07 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | $    43.00 |
| Postage Expense | |
| Courier & Express Carriers | $    39.73 |
| In-House Duplicating / Printing ($.15 per page) | $    20.10 |
| Outside Duplicating / Printing | |
| Lodging | $   257.92 |
| Transportation | $   126.13 |
| Air Travel Expense | $ 2,517.50 |
| Taxi Expense | |
| Mileage Expense | $   140.53 |
| Travel Meals | $   151.81 |
| Parking | $    17.00 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain) (Polyethelene liners for ZAI storage) | $    38.59 |
| Total: | $ 3,422.38 |

Dated: Wilmington, Delaware
November 15, 2002

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

  /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
 300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

And

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL FOR
ZAI CLAIMANTS

# TIME REPORT

Lukins & Annis, P.S.

Time Period 07/21/2002 - 09/30/2002

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 07/21/02 | DWS | Travel to Delaware regarding bankruptcy hearing on appointment of counsel (billed at half rate). | 9.00 | $ 150.00 | $ 1,350.00 |
| 07/21/02 | DWS | Preparation for bankruptcy hearing. | 1.00 | $ 300.00 | $ 300.00 |
| 07/22/02 | DWS | Attend bankruptcy hearing regarding appointment of special counsel (2.0); meeting with Zonolite Attic Insulation counsel (3.0). | 5.00 | $ 300.00 | $ 1,500.00 |
| 07/22/02 | DWS | Return to Spokane from bankruptcy hearing (billed at half rate). | 9.00 | $ 150.00 | $ 1,350.00 |
| 07/29/02 | DWS | Meeting with paralegal regarding case status and assignments as special counsel. | 1.00 | $ 300.00 | $ 300.00 |
| 07/29/02 | KLB | Office conference with Darrell W. Scott regarding Grace hearing and status of Zonolite science trial representation; discuss needed research. | 1.00 | $ 130.00 | $ 130.00 |
| 07/30/02 | DWS | Phone conference with Zonolite Attic Insulation team regarding designation of second special counsel (1.0); phone call from William Sullivan regarding filing and service regarding discovery request to W.R. Grace (.25); meeting with principals regarding fee agreements and allocation of funds (.30); phone call to Jay Sakalo regarding transcripts of prior hearings (.20). | 1.75 | $ 300.00 | $ 525.00 |
| 07/31/02 | DWS | Phone conference with other P.D. counsel regarding submission of amended budget and order of retention (.20); review omnibus hearing transcript in preparation for drafting revised motion and order (.60); phone conference with Andrea Madigan regarding access to EPA information regarding Zonolite Attic Insulation home cleanup experiences in Libby, Montana (.40); phone conference with Community Outreach coordinator for Libby Zonolite Attic Insulation regarding home cleanup activities regarding status of efforts and available data (.50); review legal research memorandum and associated case law regarding ZAI claimants' states and applicable laws in preparation of identification of science issues and office conference with paralegal regarding same (3.8);draft revised motion for rentention of ZAI counsel and work regarding | 8.10 | $ 300.00 | $ 2,430.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | litigation budget and meeting with paralegal regarding same (2.6). | | | |
| 07/31/02 | KLB | Memo to Darrell W. Scott providing brief analysis applicable laws of ZAI claimants' states in preparation for science trial (2.0); office conference with Darrell W. Scott regarding further research needed (.50); begin additional legal research (1.75). | 4.25 | $ 130.00 | $ 552.50 |
| 08/01/02 | DWS | Review and revise Amended Motion for Retention and Proposed Budget; review and revise draft of budget. | 0.80 | $ 300.00 | $ 240.00 |
| 08/01/02 | KLB | Review Delaware local Bankruptcy rules and local federal court rules regarding requirement to hire local counsel and revise Special Counsel proposed Order to incorporate applicable citation. | 0.30 | $ 130.00 | $ 39.00 |
| 08/02/02 | DWS | Additional revisions to revised retention order; draft email to Robert Turkewitz regarding same (.40); meeting with Burke D. Jackowich regarding factual research,Libby Zonolite Attic Insulation removal programs and relevant evidence regarding same (.40); work on outline of legal issues, assignments, Zonolite Attic Insulation tasks, and budget projections (2.9); phone conference with Tom Sobol regarding revised retention order (.20). | 3.90 | $ 300.00 | $ 1,170.00 |
| 08/05/02 | DWS | Phone call to Ed Westbrook regarding finalizing order regarding retention and budget (1.0); legal research regarding state laws of ZAI claimants; analysis of regional EPA and Department of Health advisories from ZAI claimants' states (2.5). | 3.50 | $ 300.00 | $ 1,050.00 |
| 08/06/02 | DWS | Final review and revisions to amended Motion for Retention (.20); complete legal analysis regarding applicable state laws of all Zonolite Attic Insulation proof of claim claimants (2.1); meeting with Marco Barbanti regarding inspection of Zonolite properties (1.0); revise proposed order setting initial schedule for litigation; draft memorandum regarding same (.20); review revised proposed budget by Grace; email to Ed Westbrook regarding same (.30). | 3.80 | $ 300.00 | $ 1,140.00 |
| 08/07/02 | DWS | Preparation for meeting with Ralph Busch; meeting with Ralph Busch regarding preparations for discovery regarding science trial (2.4); examine | 2.80 | $ 300.00 | $ 840.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | updated documents regarding Busch claim, abatement bids, and foreclosure status (.40). | | | |
| 08/13/02 | BAO | Telephone call to CT Corporation Real Estate Services regarding notice of default in effort to secure access to Busch home. | 0.35 | $ 80.00 | $ 28.00 |
| 08/19/02 | KLB | Office conference with Burke D. Jackowich regarding testing of homeowner attics (.10); email to Darrell W. Scott regarding same (.10); telephone call to and from consulting expert regarding participation in sampling and testing (.20); obtain official information on Zonolite and asbestos for homeowners (.35). | 0.75 | $ 130.00 | $ 97.50 |
| 08/20/02 | BAO | Telephone conference with loan servicer for property on 14th Avenue; email to Kristy Bergland regarding status of property. | 0.25 | $ 80.00 | $ 20.00 |
| 08/21/02 | BDJ | Travel to Moscow, Idaho, to meet with Salisburys and return (billed at half rate). | 3.00 | $ 60.00 | $ 180.00 |
| 08/21/02 | BDJ | Conference with Kurt and Lisa Salisbury; preparation of memo to file regarding meeting. | 3.95 | $ 120.00 | $ 474.00 |
| 08/22/02 | KLB | Telephone call to Ralph Ralph regarding information on auction and status of home and video of King 5 news program. | 0.20 | $ 130.00 | $ 26.00 |
| 08/25/02 | DWS | Travel to Delaware for science trial strategy meeting and Omnibus Hearing (billed at half rate). | 9.00 | $ 150.00 | $ 1,350.00 |
| 08/25/02 | DWS | Review proposed order regarding appointment (.20); strategy meeting with Rob Turkewitz regarding identification of key science experts, status report on contemplated testing, and discussion regarding organization of litigation tasks and assignment of claims (1.3). | 1.50 | $ 300.00 | $ 450.00 |
| 08/26/02 | DWS | Meeting with Ed Westbrook and Rob Turkewitz in preparation for hearing regarding appointment of special counsel, discussion of appropriate procedures for account of and petitioning for fees and costs (1.0), attend hearing regarding appointment of counsel (2.5); work regarding drafting of follow-up order regarding special appointment (.20). | 3.70 | $ 300.00 | $ 1,110.00 |
| 08/26/02 | DWS | Return travel to Spokane (billed at half rate). | 9.00 | $ 150.00 | $ 1,350.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
| 08/27/02 | KLB | Office conference with Darrell Scotrt regarding evidence obtained from Marco Barbanti and hearing (.30); Email to Darrell W. Scott regarding status of Ralph Busch home sale (.10). | 0.40 | $ 130.00 | $ 52.00 |
| 08/27/02 | DWS | Meeting with claimant Barbanti regarding inspection of Zonolite Attic Insulation homes and case status (.70); inspection of Zonolite Attic Insulation properties of Barbanti as potential science trial test sites; interview client regarding key facts pertinent to claims associated with Barbanti Zonolite Attic Insulation homes; gather and preserve physical evidence (3.0); office conference with paralegal regarding same (.30). | 4.00 | $ 300.00 | $ 1,200.00 |
| 08/27/02 | DWS | Attend meeting of Zonolite Attic Insulation counsel regarding revisions to order of appointment and strategies regarding motion pleadings regarding legal issues underlying Zonolite Attic Insulation claims (.80); review previous order relevant to same (.30). | 1.10 | $ 300.00 | $ 330.00 |
| 08/29/02 | KLB | Update physical evidence log and mark evidence to be placed in storage and instructions regarding same. | 0.40 | $ 130.00 | $ 52.00 |
| 08/29/02 | DWS | Review Grace answers to discovery for purposes of analyzing necessity for motion to clarify; review historical research tracing Barbanti insulation physical exhibits to Grace Zonolite Insulation (.90); phone call to Rob Turkewitz regarding same (.10). | 1.00 | $ 300.00 | $ 300.00 |
| 08/30/02 | BDJ | Consultation with special counsel regarding home inventory; telephone conferences with ZAI claimants regarding suitability and availability for scientific testing. | 2.30 | $ 120.00 | $ 276.00 |
| 08/30/02 | DWS | Conference with experts regarding testing protocol, identification of testing locations, assignment of testing responsibilities and related logistics (.80); prepare and send test study materials to Rob Turkewitz (.20); review database materials regarding potential testing sites (1.2); meeting with Burke D. Jackowich regarding interview protocol regarding testing sites and expedited work regarding same (2.3); review physical and photographic evidence regarding potential testing at Barbanti homes (.30); assign phone | 5.90 | $ 300.00 | $ 1,770.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | interview responsibilities to paralegal regarding testing locations (.40); draft memorandum to Rob Turkewitz regarding bulk samples and availability of test sites (.30); phone conference with consulting expert regarding site inspection of potential test home (.40). | | | |
| 08/31/02 | BDJ | Continued telephone conferences with homeowners regarding availability for expert testing of homes. | 3.45 | $ 120.00 | $ 414.00 |
| 09/01/02 | BDJ | Preparation of memo to special counsel regarding results of homeowner interviews. | 1.35 | $ 120.00 | $ 162.00 |
| 09/01/02 | BDJ | Telephone conference with homeowners regarding home inventory. | 0.65 | $ 120.00 | $ 78.00 |
| 09/03/02 | KLB | Strategy meeting with Darrell W. Scott and associate to discuss testing criteria and homes appropriate for testing (.50); review information on Ralph Busch home and prepare summary of home (.40); begin update of Zonolite Homeowner database to track essential information needed for testing and Zonolite Science trial, review conversation notes regarding location of homeowners who used attic for storage, and prepare report of homeowners with who use attic for storage (3.0); telephone call to homeowner regarding use of his home to do dust testing of items stored in attic and continued calls to attempt to locate contact person for mortgage company holding Ralph Busch former home (1.6); begin update of database (new field information) (.50). | 6.00 | $ 130.00 | $ 780.00 |
| 09/03/02 | DWS | Receive report from associate, Burke D. Jackowich, regarding Labor Day holiday interviews of Zonolite homeowners and follow-ups regarding inventories of Zonolite Attic Insulation claimants (.50); analysis of memorandum regarding potential testing site (.2); meeting with associate and lead paralegal regarding assignments for testing and follow-up in Spokane (.50); conference with experts regarding suitability of homes for testing and testing protocol (1.0); phone call to Matthews regarding potential testing of attic spaces (.20); review and analyze report regarding attic storage claimants and testing opportunities (.90). | 3.30 | $ 300.00 | $ 990.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 09/04/02 | KLB | Legal research on science trial issues and memo to Darrell W. Scott with key case law regarding same (1.5); continue work on revisions and updates to database to reflect key information relating to ZAI claims in preparation for location of homes for testing by experts and for use at science trial (1.0). | 2.50 | $ 130.00 | $ 325.00 |
| 09/04/02 | DWS | Review legal analyses regarding state law Zonolite Attic Insulation legal issues and Grace defenses to same; analyze Grace ZAI Science Trial proofs of claim for Illinois, Massachusetts, California, and Minnesota, and Grace objections to same regarding legal claims asserted and need for amendments to proofs of claim; review elements of state based claims for all Zonolite Attic Insulation Science Trial claimants regarding fit with anticipated scientific experts. | 2.40 | $ 300.00 | $ 720.00 |
| 09/04/02 | BDJ | Additional telephone conference with ZAI homeowners regarding home survey and suitability for science testing. | 0.65 | $ 120.00 | $ 78.00 |
| 09/05/02 | KLB | Telephone call from homeowner Robert Rockser regarding possible use of home for testing (.25); continue update of database to categorize Zonolite claims and identify appropriate homes for testing and preparation of queries/reports (3.0). | 3.25 | $ 130.00 | $ 422.50 |
| 09/05/02 | DWS | Travel to Seattle/Kent Washington and return (billed at half rate). | 3.00 | $ 150.00 | $ 450.00 |
| 09/05/02 | DWS | Interview with Zonolite Attic Insulation removal company regarding Zonolite Attic Insulation removal protocol, sampling and testing regarding same, and evaluate potential sites for scientific testing. | 1.50 | $ 300.00 | $ 450.00 |
| 09/06/02 | KLB | Telephone call to Attorneys for Atlantic Mortgage regarding gaining access to Ralph Busch foreclosed home for testing by experts for ZAI Science Trial (.25); email to Darrell W. Scott providing update regarding same (.25); prepare various reports providing information on homeowners as potential ZAI science test sites (2.0). | 2.50 | $ 130.00 | $ 325.00 |
| 09/09/02 | KLB | Provide update on status of obtaining entry to Ralph Busch former home for testing; discuss | 0.25 | $ 130.00 | $ 32.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|--|-------|
| | | further updates needed in database for information to provide to experts about home disturbance. | | | | |
| 09/09/02 | DWS | Review memorandum from Robert Turkewitz regarding Libby Zonolite Attic Insulation removal results and impacts on additional testing; draft response regarding same; analyze internal report regarding potential inspection site and breakdown by character. | 1.20 | $ | 300.00 | $ 360.00 |
| 09/10/02 | KLB | Letter to Tom Sobol regarding obtaining of CDs with Grace documents and office conference regarding same. | 0.25 | $ | 130.00 | $ 32.50 |
| 09/10/02 | DWS | Final review and revisions to amended Motion for Retention (.20); complete legal analysis regarding applicable state laws of all Zonolite Attic Insulation proofs of claim claimants (2.0); meeting with Marco Barbanti regarding inspection of Zonolite properties (1.0); review proposed order setting initial schedule for litigation; draft memorandum regarding same (.30); review revised proposed budget by Grace; email to Ed Westbrook regarding same (.30). | 3.80 | $ | 300.00 | $ 1,140.00 |
| 09/11/02 | DWS | Phone call to and from Rob Turkewitz regarding Boston document inspection and analysis of documents. | 1.20 | $ | 300.00 | $ 360.00 |
| 09/12/02 | KLB | Work on logistics regarding upcoming visit by consulting expert to Spokane and criteria for scheduling homes to inspect and/or test; update Zonolite homeowner database to facilitate scheduling of tests and contact information for Expert; supervision of calls to homeowners to schedule inspections. | 1.25 | $ | 130.00 | $ 162.50 |
| 09/13/02 | KLB | Supervision of calling to homeowners and scheduling homes for inspection and testing by consulting expert (.30); review homes and instructions regarding other homeowners to call (.50); telephone call to homeowner Rosie Thurman (.20). | 1.00 | $ | 130.00 | $ 130.00 |
| 09/13/02 | DWS | Review memorandum regarding status of investigative efforts regarding home testing; phone conference with Attorney Equity Law Group regarding access to Busch property for testing (.10); draft letter to Kathleen Cunningham at Attorney | 0.80 | $ | 300.00 | $ 240.00 |

Page 7 of 10

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|------------|-------------|-------|-------------|---|-------|
| | | Equity regarding same (.30); phone call to local counsel for Country Home regarding access to Busch residence (.20); phone call to Country Home general counsel regarding same; prepare letter to Deputy General Counsel regarding access to Busch residence (.20). | | | | |
| 09/16/02 | KLB | Review proposed schedule for testing of homes by Expert and instructions regarding further homeowner contacts needed to obtain additional potential test homes. | 0.50 | $ 130.00 | $ | 65.00 |
| 09/16/02 | DWS | Analyze Grace objection to response regarding scheduling order for scientific issues; review proposed order regarding same (.20); phone call from consulting expert regarding logistics of Spokane home inspections (.80); work with Burke D. Jackowich regarding finalizing preparations for Spokane inspections (.90). | 1.90 | $ 300.00 | $ | 570.00 |
| 09/16/02 | BDJ | Preparation for visit of consulting expert and conference with Darrell Scott regarding same. | 2.40 | $ 120.00 | $ | 288.00 |
| 09/17/02 | KLB | Telephone call from homeowner Christie Miller regarding Zonolite in attic and possibly using their home for testing when consulting expert inspects/tests homes (.50); office conference and memo regarding Miller home and opportunity for dust sampling from various items stored in attic (.70). | 1.20 | $ 130.00 | $ | 156.00 |
| 09/18/02 | KLB | Office conference regarding confirmation of scheduling of Miller home for consulting expert inspection/testing. | 0.30 | $ 130.00 | $ | 39.00 |
| 09/18/02 | DWS | Work on final preparations for site visitations by consulting expert. | 0.50 | $ 300.00 | $ | 150.00 |
| 09/18/02 | BDJ | Inspect Moscow home in preparation for ZAI testing; meeting with homeowners regarding same (3.45); consult with consulting expert regarding home inspection (4.3). | 7.75 | $ 120.00 | $ | 930.00 |
| 09/19/02 | KLB | Work with Burke D. Jackowich on final details of inspections of potential homes for testing (.50); telephone calls from and to homeowners regarding inspection (.25); telephone call from Rob Turkewitz regarding need to further explore homeowner Talish and attempted call to Allan McGarvey | 1.25 | $ 130.00 | $ | 162.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|-------------|-|-------|-|
| | | regarding same (.30); telephone call from Marco Barbanti regarding possibility of access to additional ZAI home for testing purposes (.20). | | | | | |
| 09/19/02 | BDJ | Participate in ZAI testing home inspections in Spokane, Washington, with consulting expert. | 9.70 | $ | 120.00 | $ | 1,164.00 |
| 09/20/02 | KLB | Strategy meeting for update from Burke D. Jackowich regarding consulting expert inspection and homes to be used for additional testing. | 0.25 | $ | 130.00 | $ | 32.50 |
| 09/20/02 | DWS | Receive update regarding results of home visitation efforts, issue additional assignments regarding testing follow-ups and determination of availability of homes (.60); draft letter to Doris Matthews regarding potential testing (.20); phone call to Marco Barbanti regarding same (.40). | 1.20 | $ | 300.00 | $ | 360.00 |
| 09/23/02 | KLB | Message from Rob Turkewitz, review of Dr. Lee deposition and exhibits and return call to Rob (.5); telephone call from ZAI homeowner responding to inquiry regarding product identification and packaging and update to database (.25). | 0.75 | $ | 130.00 | $ | 97.50 |
| 09/23/02 | DWS | Travel to Tacoma and return (billed at half rate). | 3.00 | $ | 150.00 | $ | 450.00 |
| 09/23/02 | DWS | Interview with ZAI claimants regarding regarding renovation activities and inspection of home remodeling activities and potential for ZAI science testing. | 1.50 | $ | 300.00 | $ | 450.00 |
| 09/24/02 | DWS | Phone call to Rob Turkewitz regarding additional testing site and potential testing in Montana and research regarding application and interpretation of state PEL standards (.50); phone call to Ed Westbrook regarding same (.10); draft letter to ZAI claimant regarding potential testing (.20). | 0.80 | $ | 300.00 | $ | 240.00 |
| 09/24/02 | KLB | Telephone call from Rob Turkewitz regarding information to provide to EPA (.2); review exhibits to Dr. Lee Deposition for photographs and fiber counts to provide to EPA and review Affidavits by Dr. Lee for additional fiber count information (.9); instructions regarding letter to EPA (.1); search Zonolite claimant database for individuals in trades who are being exposed to Zonolite Attic Insulation (.3). | 1.50 | $ | 130.00 | $ | 195.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 09/25/02 | KLB | Work on logistics of home testing schedule and further homeowners needing to be contacted (.20); update database with new homeowner information (.30). | 0.50 | $ 130.00 | $ 65.00 |
| 09/26/02 | DWS | Phone call to consultant regarding potential remodeling expert; phone call to additional Seattle contact regarding potential testing. | 0.50 | $ 300.00 | $ 150.00 |
| 09/27/02 | DWS | Phone call from Rob Turkewitz regarding identification of test sites and scope of testing (1.0); travel to and inspect physical evidence locker regarding Zonolite Attic Insulation samples, packaging samples, and potential test sites (2.3); analyze imaged key physical exhibits (.5); phone call to consulting expert regarding retention of additional physical evidence (.2); follow-up phone call to consultant regarding potential remodeling activities (.2). | 4.20 | $ 300.00 | $ 1,260.00 |
| 09/30/02 | KLB | Review Title Report on Busch Property (regarding current owner) (.1); internet search for information on Atlantic Mortgage Investment Corporation (.15). | 0.25 | $ 130.00 | $ 32.50 |
| 09/30/02 | DWS | Study exhibit summary regarding Boston depository inspection regarding documents pertinent to scope of scientific issues (1.0); phone call to consulting expert regarding abatement personnel to obtain and preserve product packaging (.25); phone calls to additional consulting experts regarding preservation of exhibits (.75). | 2.00 | $ 300.00 | $ 600.00 |
| 09/30/02 | DWS | Phone call to consulting expert regarding preservation of exhibits (.30); phone call to Rob Turkewitz regarding same (.50); complete review of Yang exhibits regarding chronology of Grace testing (.60); phone call from Rob Turkewitz regarding additional proof of claims for purposes of science trial (.30) and consulting expert testing in Seattle and Tacoma (.30). | 2.00 | $ 300.00 | $ 600.00 |
| **TIME TOTAL:** | | | 186.25 | | $ 37,691.00 |

# COST REPORT

Lukins & Annis, P.S.

Time Period 07/21/2002 - 09/30/2002

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 07/31/02 | Long Distance Charges | $ | 2.86 |
| 07/31/02 | Long Distance Charges | $ | 0.48 |
| 07/31/02 | Long Distance Charges | $ | 0.48 |
| 08/06/02 | Long Distance Charges | $ | 0.48 |
| 08/19/02 | Long Distance Charges | $ | 1.44 |
| 08/21/02 | Burke D. Jackowich mileage - Travel to and from Moscow, ID, to inspect home for vermiculite | $ | 62.05 |
| 08/22/02 | Long Distance Charges | $ | 0.48 |
| 08/23/02 | Long Distance Charges | $ | 0.72 |
| 08/26/02 | Darrell W. Scott Plane Fare to Philadelphia for 8/26/02 Grace hearing in Wilmington, DE | $ | 2,202.00 |
| 08/26/02 | Darrell W. Scott Plane Fare from Seattle for 8/26/02 Grace hearing in Wilmington, DE | $ | 83.00 |
| 08/26/02 | Travel agent fee for Darrell W. Scott plane fare for 8/26/02 Grace hearing in Wilmington, DE | $ | 35.00 |
| 08/26/02 | Darrell W. Scott Lodging - Hotel DuPont for 8/26/02 Hearing in Wilmington, DE | $ | 257.92 |
| 08/26/02 | Darrell W. Scott meal - for 8/26/02 Hearing in Wilmington, DE | $ | 6.00 |
| 08/26/02 | Darrell W. Scott meal - Sky Asian Bistro for 8/26/02 Hearing in Wilmington, DE | $ | 11.19 |
| 08/27/02 | Long Distance Charges | $ | 0.95 |
| 08/29/02 | Long Distance Charges | $ | 0.48 |
| 08/30/02 | Photocopies (16) | $ | 2.40 |
| 08/30/02 | Long Distance Charges | $ | 0.95 |

| | | | |
|---|---|---|---|
| 08/30/02 | Long Distance Charges | $ | 3.12 |
| 08/31/02 | Long Distance Charges | $ | 0.48 |
| 08/31/02 | Long Distance Charges | $ | 1.40 |
| 09/03/02 | Photocopies (9) | $ | 1.35 |
| 09/04/02 | Photocopies (3) | $ | 0.45 |
| 09/04/02 | Photocopies (2) | $ | 0.30 |
| 09/05/02 | Photocopies (2) | $ | 0.30 |
| 09/05/02 | Darrell W. Scott Rental Car - Seattle for appointments with ZAI claimant and ZAI removal company | $ | 126.13 |
| 09/06/02 | Long Distance Charges | $ | 0.25 |
| 09/10/02 | Long Distance Charges | $ | 0.95 |
| 09/10/02 | Long Distance Charges | $ | 0.12 |
| 09/10/02 | Long Distance Charges | $ | 0.24 |
| 09/10/02 | Long Distance Charges | $ | 0.12 |
| 09/12/02 | Photocopies (4) | $ | 0.60 |
| 09/12/02 | Long Distance Charges | $ | 0.48 |
| 09/12/02 | Long Distance Charges | $ | 0.48 |
| 09/12/02 | Long Distance Charges | $ | 0.95 |
| 09/12/02 | Long Distance Charges | $ | 0.48 |
| 09/12/02 | Long Distance Charges | $ | 11.46 |
| 09/12/02 | Long Distance Charges | $ | 1.43 |
| 09/12/02 | Burke D. Jackowich meals in Libby, MT | $ | 11.75 |
| 09/13/02 | Photocopies (6) | $ | 0.90 |
| 09/13/02 | Photocopies (2) | $ | 0.30 |
| 09/13/02 | Long Distance Charges | $ | 3.34 |

| 09/13/02 | Long Distance Charges | $ | 2.38 |
| 09/13/02 | Long Distance Charges | $ | 2.15 |
| 09/13/02 | Long Distance Charges | $ | 0.12 |
| 09/16/02 | Long Distance Charges | $ | 1.43 |
| 09/18/02 | UPS Postage | $ | 8.45 |
| 09/18/02 | Burke D. Jackowich mileage - Travel to and from Moscow, ID, to meet with expert and inspect homes | $ | 62.05 |
| 09/18/02 | Burke D. Jackowich meal - Swilly's in Pullman, WA, with expert concerning Grace case | $ | 79.40 |
| 09/19/02 | Burke D. Jackowich mileage - Travel around Spokane and Spokane Valley inspecting homes with expert | $ | 16.43 |
| 09/19/02 | Burke D. Jackowich meal - The Viking with expert concerning the Grace case | $ | 24.70 |
| 09/19/02 | Burke D. Jackowich meal - The Davenport with expert concerning the Grace case | $ | 18.77 |
| 09/19/02 | Photocopies (84) | $ | 12.60 |
| 09/23/02 | Telecopier Service - 35 pages faxed | $ | 35.00 |
| 09/23/02 | Darrell W. Scott Plane Fare to Seattle for meeting with ZAI claimant | $ | 172.50 |
| 09/23/02 | Travel agent fee for Darrell W. Scott plane fare for Seattle meeting with ZAI claimant | $ | 25.00 |
| 09/23/02 | Darrell W. Scott Parking - Spokane Airport for meeting with ZAI claimant | $ | 17.00 |
| 09/24/02 | Supplies - 6 Polyethelene drum liners | $ | 38.59 |
| 09/24/02 | Photocopies (1) | $ | 0.15 |
| 09/24/02 | Photocopies (1) | $ | 0.15 |
| 09/24/02 | Photocopies (4) | $ | 0.60 |
| 09/24/02 | Long Distance Charges | $ | 0.95 |

| | | | |
|---|---|---|---|
| 09/24/02 | Long Distance Charges | $ | 0.48 |
| 09/25/02 | Telecopier Service - 4 pages faxed | $ | 4.00 |
| 09/25/02 | Telecopier Service - 4 pages faxed | $ | 4.00 |
| 09/25/02 | Courier Service | $ | 5.00 |
| 09/26/02 | Federal Express Postage | $ | 21.28 |
| 09/27/02 | Long Distance Charges | $ | 6.68 |
| 09/27/02 | Long Distance Charges | $ | 11.46 |
| 09/27/02 | Long Distance Charges | $ | 0.24 |
| 09/30/02 | Long Distance Charges | $ | 0.48 |
| 09/30/02 | Long Distance Charges | $ | 9.08 |
| 09/30/02 | Courier Service | $ | 5.00 |

**TOTAL  $   3,422.38**

# EXHIBIT "A"

## VERIFICATION

STATE OF WASHINGTON )
)
COUNTY OF SPOKANE )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _15_ day of _November_ 2002.

Notary Public for Washington,
Residing at Spokane
My Commission Expires: _9/10/06_



## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, hereby certify that on November 15, 2002,

service of the foregoing was made upon the attached Service List via e-mail and Hand

Delivery or Federal Express.

Dated: Wilmington, Delaware
      November 15, 2002

*/s/ Charles J. Brown, III____*
**CHARLES J. BROWN, III**

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

David B. Seigel, Esquire
Senior VP and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022