IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtor. | ) | **Objection is due: 11/29/02 @ 4:00 p.m.** |
| | ) | **Hearing date: 12/16/02 @ 10:00 a.m.** |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

Caterpillar Financial Services Corporation ("Caterpillar") has filed *Motion of Caterpillar Financial Services Corporation To Compel Payment of Administrative Expenses And For Relief From The Automatic Stay Or Alternatively For Adequate Protection* (the "Motion").

If you oppose the Motion, you are required to file a response to the attached Motion on or before **November 29, 2002 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Caterpillar's attorneys:

Brett D. Fallon, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

HEARING ON THE MOTION WILL BE HELD ON **December 16, 2002 at 10:00 a.m.** before the Honorable Judith K. Fitzgerald in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 15, 2002  MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon, Esquire (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

2