# **<u>Exhibit F</u>**

Contract No. 133046-000

# CATERPILLAR FINANCIAL SERVICES CORPORATION  LONG-TERM RENTAL AGREEMENT
Dated as of 04/14/00

**LESSEE:** W. R. GRACE & CO. DBA GRACE-DAVISON
**ADDRESS:** 213 KAOLIN ROAD
AIKEN, SC 29801

**LESSOR:** CATERPILLAR FINANCIAL SERVICES CORPORATION
**ADDRESS:** 1800 Parkway Place
Suite 200
Marietta, GA 30067

Lessor, in reliance on Lessee's selection of the equipment described below ("Unit" or "Unit(s)"), agrees to acquire and lease the Units to Lessee, and Lessee agrees to lease the Units from Lessor, subject to the terms and conditions below and on the reverse side:

| Description of Unit(s) | | Serial# | Monthly Rent | Purchase Price |
|---|---|---|---|---|
| (1) D6R | Caterpillar TRACK-TYPE TRACTOR | 7XM04639 | 4,211.00 | 160,435.20 |

Rent to be paid in advance (starts on Delivery Date) and every month thereafter.

**Utilization Date:** MAY 31, 2000
**Lease Term:** 60 Months
**Purchase Options:** [X] Set Value (Section 14) [ ] Fair Market Value (Section 15) [ ] none is applicable to this Lease (check one)
**Location of Unit(s):** 213 KAOLIN ROAD
AIKEN, SC 29801 AIKEN

Depreciation Period: Lessor shall be entitled to depreciation deductions for each unit based on a recovery period of 0 years.

**ADDITIONAL PROVISIONS:**

**RIDERS:** Construction Equip Application Survey/Equip Return Rider

## TERMS AND CONDITIONS OF LEASE

1. **LEASE TERM:** [illegible fine print]

2. **RENT:** [illegible fine print]

3. **NO ABATEMENT:** [illegible fine print]

4. **DISCLAIMER OF WARRANTIES:** [illegible fine print] AS BETWEEN LESSOR AND LESSEE, THE UNIT(S) ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND. LESSOR HEREBY EXPRESSLY DISCLAIMS a) ALL WARRANTIES OF MERCHANTABILITY, b) ALL WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, AND c) ALL WARRANTIES AGAINST INFRINGEMENT OR THE LIKE. [illegible]

5. **POSSESSION, USE AND MAINTENANCE:** [illegible fine print]

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

**Lessee:** W. R. GRACE & CO. DBA GRACE-DAVISON
By: [signature]
Name (PRINT): ROBERT SORRENTINO
Title: VP & GM Specialty [illegible]
Date: 3/29/2000

**Lessor:** CATERPILLAR FINANCIAL SERVICES CORPORATION
By: [signature] Judith Atkins
Name (PRINT): [illegible]
Title: [illegible] JRB
Date: 04/14/00

## PURCHASE AGREEMENT

This Purchase Agreement, dated as of __04/14/00__, is between BLANCHARD MACHINERY COMPANY ("Vendor") and Caterpillar Financial Services Corporation ("Caterpillar"). Vendor agrees to sell to Caterpillar and Caterpillar agrees to buy from Vendor the equipment described below (the "Equipment"), subject to the terms and conditions set forth below and on the reverse side hereof.

| Description of Unit(s) | | Serial# | Freight | Total Price |
|---|---|---|---|---|
| (1) D8R | Caterpillar TRACK-TYPE TRACTOR | 7XM04639 | | 323,000.00 |

| | |
|---|---|
| Lessee: | Subtotal  323,000.00 |
| W. R. GRACE & CO. DBA | Tax  0.00 |
| GRACE-DAVISON | Total Purchase Price  323,000.00 |
| 213 KAOLIN ROAD | |
| | Equipment Delivery Point: |
| | 213 KAOLIN ROAD |
| AIKEN, SC 29801 | AIKEN, SC 29801 AIKEN |

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS.**

The Dealer Reserve Account IS NOT applicable to this transaction.

BLANCHARD MACHINERY COMPANY                         Caterpillar Financial Services Corporation

(Vendor)
Signature _____                     Signature _____
Name (PRINT) _____                  Name (PRINT) _____
Title _____                         Title _____
Date _____                          Date __04/14/00__

## DELIVERY SUPPLEMENT

This pertains to the Lease, dated as of __04/14/00__, between Caterpillar Financial Services Corporation as Lessor and W. R. GRACE & CO. DBA GRACE-DAVISON as Lessee.

This confirms that the Lessee physically received the following Unit(s) on the possession date below. As of the date of signature of this form, (i) the Unit(s) are in all respects satisfactory to Lessee for leasing under the Lease, and (ii) Lessor has performed all of its obligations under the Lease.

| Description of Unit(s) | | Location |
|---|---|---|
| (1) D8R 7XM04639 | Caterpillar TRACK-TYPE TRACTOR | ~~AIKEN, SC~~ ENOREE, SC  County: ~~AIKEN~~ LAURENS |

Possession Date: _____

W. R. GRACE & CO. DBA
GRACE-DAVISON

Signature: /s/ _____
Name (PRINT): ROBERT SORRENTINO
Title: VP. & GM. SPECIALTY BUILDING MAT'LS
Date: 3/29/2001