# Exhibit I



**\*\*\*\*\*\*\*\*MANUAL INVOICE\*\*\*\*\*\*\*\***

| | DATE | INVOICE |
|---|---|---|
| | 11/5/2002 | 001-123062-003 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| | DP25-D Lift Truck | | | |
| 001-123062-003 | Monthly Rental | 6/1/2002 | 31 | $335.00 |
| 001-123062-003 | Monthly Rental | 7/1/2002 | 32 | $335.00 |
| 001-123062-003 | Monthly Rental | 8/1/2002 | 33 | $335.00 |
| 001-123062-003 | Monthly Rental | 9/1/2002 | 34 | $335.00 |
| 001-123062-003 | Monthly Rental | 10/1/2002 | 35 | $335.00 |
| 001-123062-003 | Monthly Rental | 11/1/2002 | 35 | $335.00 |
| 001-123062-003 | **Late Charges** | | | $201.00 |

| PLEASE PAY THIS AMOUNT | $ | 2,211.00 |
|---|---|---|

-------------------------------------------------------------------------------

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-123062-003 | |

Amount Enclosed:_____

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
P. O. Box 905561
Charlotte, NC 28290-5561                    ATTN.:   LockBox



**\*\*\*\*\*\*\*\*MANUAL INVOICE\*\*\*\*\*\*\*\***

| | DATE | INVOICE |
|---|---|---|
| | 11/5/2002 | 001-123062-004 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| | DP25-D Lift Truck | | | |
| 001-123062-004 | Monthly Rental | 5/1/2002 | 30 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 6/1/2002 | 31 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 7/1/2002 | 32 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 8/1/2002 | 33 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 9/1/2002 | 34 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 10/1/2002 | 35 | $ 351.00 |
| 001-123062-004 | Monthly Rental | 11/1/2002 | 36 | $ 351.00 |
| | Late Charges | | | $ 315.90 |

**PLEASE PAY THIS AMOUNT**  $ 2,772.90

---

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-123062-004 | |

Amount Enclosed:_____

REMIT TO:

CATERPILLAR FINANCIAL SERVICES CORPORATION
P. O. Box 905561
Charlotte, NC 28290-5561                    ATTN.:    LockBox



********MANUAL INVOICE********

| | | DATE | | INVOICE |
|---|---|---|---|---|
| | | 11/5/2002 | | 001-123965 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| | 924F Wheel Loader | | | |
| 001-123965 | Personal Property Tax | 4/9/2002 | | $ 881.01 |
| 001-123965 | Monthly Rental | 4/9/2002 | 29 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 5/9/2002 | 30 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 6/9/2002 | 31 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 7/9/2002 | 32 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 8/9/2002 | 33 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 9/9/2002 | 34 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 10/9/2002 | 35 | $ 1,598.84 |
| 001-123965 | Monthly Rental | 11/9/2002 | 36 | $ 1,598.84 |
| | **Late Charges** | | | $ 1,282.02 |

| PLEASE PAY THIS AMOUNT | $ 14,953.75 |
|---|---|

----------------------------------------------------------------

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER | |
|---|---|---|
| 001-123965 | | Amount Enclosed:_____ |

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
P. O. Box 905561
Charlotte, NC 28290-5561                    ATTN.:   LockBox



**CATERPILLAR FINANCIAL SERVICES CORPORATION**

********MANUAL INVOICE********

| | DATE | INVOICE |
|---|---|---|
| | 11/5/2002 | 001-133046 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| 001-133046 | D8R Track Type Tractor Personal Property Tax | 4/14/2002 | | $ 5,028.11 |
| 001-133046 | Monthly Rental | 11/14/2002 | 32 | $ 4,211.00 |
| | **Late Charges** | | | $ 421.10 |

| PLEASE PAY THIS AMOUNT | $ 9,660.21 |
|---|---|

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER | |
|---|---|---|
| 001-133046 | | Amount Enclosed:_____ |

REMIT TO:

CATERPILLAR FINANCIAL SERVICES CORPORATION
P. O. Box 905561
Charlotte, NC 28290-5561                ATTN.:   LockBox



CATERPILLAR FINANCIAL SERVICES CORPORATION

\*\*\*\*\*\*\*\*MANUAL INVOICE\*\*\*\*\*\*\*\*

| | DATE | INVOICE |
|---|---|---|
| | 11/5/2002 | 001-150335-001 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| | DP30-D Lift Truck | | | |
| 001-150335-001 | Monthly Rental | 2/9/2002 | 16 | $ 208.75 |
| 001-150335-001 | State Tax | | | $ 12.53 |
| 001-150335-001 | Monthly Rental | 3/9/2002 | 17 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 19.98 |
| 001-150335-001 | Monthly Rental | 4/9/2002 | 18 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 19.98 |
| 001-150335-001 | Monthly Rental | 5/9/2002 | 19 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 19.98 |
| 001-150335-001 | Monthly Rental | 6/9/2002 | 20 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 19.98 |
| 001-150335-001 | Monthly Rental | 7/9/2002 | 21 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 19.98 |
| 001-150335-001 | Monthly Rental | 8/9/2002 | 22 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 23.31 |
| 001-150335-001 | Monthly Rental | 9/9/2002 | 23 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 23.31 |
| 001-150335-001 | Monthly Rental | 10/9/2002 | 24 | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 23.31 |
| 001-150335-001 | Monthly Rental | 11/9/2002 | | $ 333.00 |
| 001-150335-001 | State Tax | | | $ 23.31 |
| | Late Charges | | | $ 366.30 |
| | **PLEASE PAY THIS AMOUNT** | | | **$ 3,777.72** |

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-150335-001 | |

Amount Enclosed: _____

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
**P. O. Box 905561**
**Charlotte, NC 28290-5561**                    ATTN.:   LockBox



**CAT Financial**

|  |  | DATE | INVOICE |
|---|---|---|---|
| ********MANUAL INVOICE******** |  | 11/7/2002 | 001-150335 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
|  | DP30-D Lift Truck |  |  |  |
| 001-150335 | Monthly Rental | 5/9/2002 | 21 | $ 398.00 |
| 001-150335 | State Tax |  |  | $ 23.88 |
| 001-150335 | Monthly Rental | 6/9/2002 | 22 | $ 398.00 |
| 001-150335 | State Tax |  |  | $ 27.86 |
|  | **PLEASE PAY THIS AMOUNT** |  |  | **$ 847.74** |

---

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-150335 |  |

Amount Enclosed: _____

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
P. O. Box 905561
Charlotte, NC 28290-5561            ATTN.:   LockBox



|  |  | DATE | | INVOICE |
|---|---|---|---|---|
| \*\*\*\*\*\*\*\*MANUAL INVOICE\*\*\*\*\*\*\*\* | | | | 001-123062-003 |
|  | | 11/7/2002 | | |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| 001-123062-003 | DP25-D Lift Truck Monthly Rental | 5/1/2002 | 31 | $335.00 |

PLEASE PAY THIS AMOUNT                                                          $   335.00

--------------------------------------------------------------------------------

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

CONTRACT    INVOICE
NUMBER      NUMBER
#REF!                                    Amount Enclosed:_____

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
P. O. Box 905561
Charlotte, NC 28290-5561                    ATTN.:   LockBox



**CAT Financial**

|  |  | DATE | INVOICE |
|---|---|---|---|
| ********MANUAL INVOICE******** |  | 11/5/2002 | 001-116042 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
|  | Z34/22 BOOM LIFT 1527 |  |  |  |
| 001-116042 | Monthly Rental | 3/18/2002 | 32 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 4/18/2002 | 33 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 5/18/2002 | 34 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 6/18/2002 | 35 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 7/18/2002 | 36 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 8/18/2002 | 37 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 9/18/2002 | 38 | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 10/18/2002 |  | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
| 001-116042 | Monthly Rental | 11/18/2002 |  | $ 602.62 |
| 001-116042 | State Tax |  |  | $ 36.16 |
|  | **Late Charges** |  |  | $ 180.78 |

| PLEASE PAY THIS AMOUNT | $ 5,929.80 |
|---|---|

................................................................................................................................

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-116042 |  |

Amount Enclosed:_____

REMIT TO:

CATERPILLAR FINANCIAL SERVICES CORPORATION
P. O. Box 905561
Charlotte, NC 28290-5561              ATTN.:   LockBox



**CATERPILLAR FINANCIAL SERVICES CORPORATION**

|  | DATE | INVOICE |
|---|---|---|
| ********MANUAL INVOICE******** | 11/5/2002 | 001-123062 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN 37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
|  | DP25-D Lift Truck |  |  |  |
| 001-123062 | Monthly Rental | 5/1/2002 | 30 | $ 372.00 |
| 001-123062 | Monthly Rental | 6/1/2002 | 31 | $ 372.00 |
| 001-123062 | Monthly Rental | 7/1/2002 | 32 | $ 372.00 |
| 001-123062 | Monthly Rental | 8/1/2002 | 33 | $ 372.00 |
| 001-123062 | Monthly Rental | 9/1/2002 | 34 | $ 372.00 |
| 001-123062 | Monthly Rental | 10/1/2002 | 35 | $ 372.00 |
| 001-123062 | Monthly Rental | 11/1/2002 | 36 | $ 372.00 |
| 001-123062 | **Legal Fees** |  |  | $ 2,151.95 |
| 001-123062 | **Late Charges** |  |  | $ 189.65 |

| PLEASE PAY THIS AMOUNT | $ 4,945.60 |
|---|---|

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |  |
|---|---|---|
| 001-123062 |  | Amount Enclosed:_____ |

REMIT TO:

**CATERPILLAR FINANCIAL SERVICES CORPORATION**
P. O. Box 905561
Charlotte, NC 28290-5561                                    ATTN.:   LockBox



CATERPILLAR FINANCIAL SERVICES CORPORATION

| | | DATE | | INVOICE |
|---|---|---|---|---|
| ********MANUAL INVOICE******** | | 11/5/2002 | | 001-123062-001 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga TN 37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
| | DP25-D Lift Truck | | | |
| 001-123062-001 | Monthly Rental | 2/1/2002 | 27 | $ 75.85 |
| 001-123062-001 | State Tax | | | $ 4.55 |
| 001-123062-001 | Monthly Rental | 4/1/2002 | 29 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 20.10 |
| 001-123062-001 | Monthly Rental | 5/1/2002 | 30 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 20.10 |
| 001-123062-001 | Monthly Rental | 6/1/2002 | 31 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 20.10 |
| 001-123062-001 | Monthly Rental | 7/1/2002 | 32 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 20.10 |
| 001-123062-001 | Monthly Rental | 8/1/2002 | 33 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 23.45 |
| 001-123062-001 | Monthly Rental | 9/1/2002 | 34 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 23.45 |
| 001-123062-001 | Monthly Rental | 10/1/2002 | 35 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 23.45 |
| 001-123062-001 | Monthly Rental | 11/1/2002 | 36 | $ 335.00 |
| 001-123062-001 | State Tax | | | $ 23.45 |
| 001-123062-001 | **Late Charges** | | | $ 318.25 |

| PLEASE PAY THIS AMOUNT | $ 3,252.85 |
|---|---|

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER | |
|---|---|---|
| 001-123062-001 | | Amount Enclosed:_____ |

REMIT TO:

CATERPILLAR FINANCIAL SERVICES CORPORATION
P. O. Box 905561
Charlotte, NC 28290-5561        ATTN.:   LockBox

CATERPILLAR FINANCIAL SERVICES CORPORATION



|  |  | DATE | | INVOICE |
|---|---|---|---|---|
| ********MANUAL INVOICE******** | | 11/5/2002 | | 001-123062-002 |

ACCOUNT
W. R. Grace & Company
4000 North Hawthorne St.
Chattanooga  TN  37406

| CONTRACT NUMBER | DESCRIPTION | DUE DATE | PYMT NO. | AMOUNT |
|---|---|---|---|---|
|  | DP25-D Lift Truck |  |  |  |
| 001-123062-002 | Monthly Rental | 5/1/2002 | 30 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 6/1/2002 | 31 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 7/1/2002 | 32 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 8/1/2002 | 33 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 9/1/2002 | 34 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 10/1/2002 | 35 | $ 335.00 |
| 001-123062-002 | Monthly Rental | 11/1/2002 | 36 | $ 335.00 |
| 001-123062-002 | **Late Charges** |  |  | $ 318.25 |

PLEASE PAY THIS AMOUNT        $ 2,663.25

---

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR REMITTANCE**

| CONTRACT NUMBER | INVOICE NUMBER |
|---|---|
| 001-123062-002 |  |

Amount Enclosed:_____

REMIT TO:

CATERPILLAR FINANCIAL SERVICES CORPORATION
P. O. Box 905561
Charlotte, NC 28290-5561                   ATTN.:   LockBox