IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |

## ORDER

This matter coming before the Court upon the Motion of Caterpillar Financial Services Corporation (the "Motion") for an order compelling payment of administrative expense and for a relief from automatic stay, the Court finding that (a) the Court has jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§ 1134(b) and 157; (b) consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; (d) due and proper notice of the Motion has been given; and (e) after due deliberation and sufficient cause having been shown, the Court having determined that legal and factual bases set forth in the Motion established just cause for relief granted herein; it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that Debtor shall pay Caterpillar $51,349.82 for rents due under the Leases; and it is further

ORDERED, that automatic stay is lifted to allow Caterpillar to repossess the Equipment and the Debtor is directed to return the Equipment to Caterpillar; and it is further

ORDERED that Caterpillar is awarded its reasonable attorney's fees for bringing this motion and it is further

JWX/100712-0014/835694/1

ORDERED that if the parties are unable to agree upon the amount of attorney's fees to be paid to Caterpillar, this Court shall hold a hearing to determine the amount of attorney's fees on _____ at _____.

SO ORDERED this \_\_\_\_\_ day of \_\_\_\_\_, 2002.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

JWX/100712-0014/835694/1