IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 15th day of November, 2002 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **DEBTORS' REPLY TO THE OBJECTION BY EDYTHE KELLOGG TO THE DEBTORS' MOTION TO DIRECT THE STATE COURT TO HONOR THE PRELIMARY INJUNCTION (DOCKET NO. 142)**

_____
Tanya Thompson

Sworn to and subscribed before
me this 15th day of November, 2002

_Amy Espinosa_
Notary Public
My Commission Expires: 01/13/03

Amy L. Espinosa
Notary Public
State of Delaware
My commission expires Jan. 13, 2003

91100-001\DOCS_DE:56527.9