**W. R. Grace Supplemental Service List**
Case No. 01-01139
Document No. 57000
02 – First Class Mail


**FIRST CLASS MAIL**
Counsel to Kellogg
Patrick Scanlon
Barros, McNamara, Scanlon, Malkiewicz & Taylor, P.A.
2 W. Loockerman Street
P.O. Box 1298
Dover, DE 19903

**FIRST CLASS MAIL**
Law Offices of John M. O'Donnell
2100 Northrop Ave., Suite 800
Sacramento, CA 95825

**W.R.Grace-Gerard Service List**
**Case No. 01-01139**
**Document No. 54364**
**15- Hand Delivery**
**19- First Class Mail**

Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
(Co-Counsel to Debtors)
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 Market Street, 16th Floor
Wilmington, DE  19801

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE  19801

*Hand Delivery*
Steven K. Kortanek
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
Jeffrey C. Wisler
Connelly Bove Lodge & Hutz
1220 Market Street, 8th Fl.
Wilmington, DE   19801

*Hand Delivery*
(Counsel for Jackie Ellison & Marcia
Ellison)
Stuart M. Brown, Esquire
Buchanan Ingersoll Professional
Corporation
1201 Market Street, Suite 1501
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Home Saving Termite
Control)
Sherry Ruggiero Fallon, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Carey Youpee)
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Ave.
10th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Continental Casualty)
Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess,
P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

*Hand Delivery*
Kathleen Miller, Esquire
Smith Katzenstein & Furlow
800 Delaware Avenue
7th Floor
Wilmington, DE  19808

*Hand Delivery*
(Counsel for Abner Defendants)
Bruce E. Jamerson, Esquire
Prickett, Jones & Elliot
1310 King Street
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Paul Price, et al.)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov &
Mondell, P.A.
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Asbestos Bodily Injury Claimants)
William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Property Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Jackie & Marcia Ellison)
Stuart M. Brown, Esquire
Buchanan Ingersoll, P.C.
1201 Market Street
Suite 1501
Wilmington, DE  19801

*Hand Delivery*
(Counsel for ExonMobile)
Scott D. Cousins, Esquire
William Chipman, Jr. Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801

*Hand Delivery*
(Counsel for National Medical Care, Inc)
William Sudell, Esquire
Morris Nichols Arsht & tunnel
1201 North Market Street,
P.O. Box 1347
Wilmington, DE  19899-1347

*First Class Mail*
(Counsel for Robert H. Locke)

Rheba Rutkowski, Esquire
Bingham Dana LLP
150 Federal Street
Boston, MA  02110

*First Class Mail*
(Counsel for Joseph F. Bellow, et al.)
William B. Baggett, Esquire
Baggett, McCall, Burgess & Watson, PC
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA  70606-7820

*First Class Mail*
(Counsel to Gloria Munoz)
Anthony S. Petru, Esquire
Hildebrand, McLeod & Nelson, Inc.
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612

*First Class Mail*
(Counsel for Perry Plaintiffs)
Robert Hertzberg, Esquire
Michael Zousmer, Esquire
Hertz, Schram & Saretsky
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI  48302

*First Class Mail*
Scott McMillin, Esquire
Kirkland & Ellis
200 Randolph Drive
Chicago, IL  60601

*First Class Mail*
(Counsel for Official Committee of
Property Damage Claimants)
Scott Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Alelrod, LLP
First Union Financial Center
200 South Biscayne Blvd
Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel for State of Michigan Dept of
Corr)
David Foust, Esquire
Thomas A. Kulick, Esqurie
Assistant Attorneys General
1200 Sixth Street, Suite 1500
Detroit, MI  48226

*First Class Mail*
(Counsel for Marathon Oil)
Gerald B. Murphy, Esquire
Gary Fagan, Esquire
Moulton, Bellingham, Longo & Mather,
P.C.
Suite 1900 Sheraton Plaza
P.O. Box 2559
Billings, MT  59103-2559

*First Class Mail*
(Counsel to Abner Defendants)
Lewis T. LeClair, Esquire
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX  75201

*First Class Mail*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
36th Floor
New York, NY  10022

*First Class Mail*
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
Jayne Jarnigan Robertson, Esquire
825 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73112

**First Class Mail**
(Counsel for the Debtors)
David Bernick, Esquire
Janet Bauer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
Richard M. Healy
Kline & Kline, PC
Kline Law Building
720 N.E. 63rd Street
Oklahoma City, OK  73105

*First Class Mail*
(Counsel for Ruppel Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, PC
1760 South Telegraph Road
Suite 300
Bloomfield Hills, MI  48302

*First Class Mail*
(Counsel for the State of Michigan)
David K. Foust
Assistant Attorney General
3030 West Grand Boulevard
Dept. 10-200
Detroit, MI  48202

*First Class Mail*
(Counsel for Robert H,. Locke)
David C. Casey, Esqire
Siobhan E. Mem, Esquire
Mary DeNevi, Esquire
Rheba Rutkowski, Esquire
Bingham & Dana, LLP
150 Federal Street
Boston, MA  02110

*First Class Mail*
Alice Graham Smolker, Esquire
Gary S. Smolker, Esquire

Smolker & Graham
4720 Lincoln Boulevard, Suite 280
Marina Del Rey, CA  90292

***First Class Mail***
Thomas A. Kulick
1 Michigan Avenue
Suite 300
Lansing, MI  48909