IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 25, 2002 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

The Debtors are currently working with the Fee Auditor to determine the status of each of the quarterly fee applications. All parties have twenty days from the date the Fee Auditor's Final Report is filed to respond.

1.  First, Second, Third and Fifth Interim Applications of Counsel for Compensation for Services Rendered and Reimbursement of Expenses for the Periods, April 2, 2001 through June 30, 2001, July 1, 2001 through September 30, 2001, October 1, 2001 through December 31, 2001 and April 1, 2002 through June 30, 2002 [Preliminary Agenda Matter Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:** The Debtors are currently working with the Fee Auditor to determine the status of each of the quarterly fee applications. The Debtors anticipate presenting an agreed Order to the Court containing the final compensation and reimbursement recommended by the fee auditor and agreed to by the relevant professionals.

## CONTESTED MATTERS

2.  First, Second, Third and Fifth Interim Applications of Counsel for Compensation for Services Rendered and Reimbursement of Expenses for the Periods, April 2, 2001 through June 30, 2001, July 1, 2001 through September 30, 2001, October 1, 2001 through December 31, 2001 and April 1, 2002 through June 30, 2002 [Preliminary Agenda Matter Nos. TBD]

    **Responses Received:** None as of the date of this Agenda Notice. The Debtors anticipate that any professionals who have not resolved their issues with the Fee Auditor, will file replies to the Fee Auditor's recommendations by November 15, 2002, which shall be heard at this hearing.

    **Status:** This matter will be going forward.

76. Debtors' Motion to Direct the State Court to Honor the Preliminary Injunction (Adv. Pro No. 01-771, Docket No. 138)

    **Related Documents:**

    a.  [Proposed] Order Directing the State Court to Honor the Preliminary Injunction (Adv. Pro No. 01-771, Docket No. 138)

    **Response Deadline:** November 8, 2002 at 4:00 p.m.

    **Responses Received:**

    a.  Objection by Edythe Kellogg to the Debtors' Motion to Direct the State Court to Honor the Preliminary Objection (Adv. Pro. No. 01-771, Docket No. 142)

    b.  Debtors' Reply to the Objection by Edythe Kellogg to the Debtors' Motion to Direct the State Court to Honor the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 144)

    **Status:** This matter will be going forward.

77. Motion of Carol Gerard, Alfred V. Pennock, et al., and Billie Schull, et al., to Require Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extent Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 121)

**Related Documents:**

a.  [Proposed] Order Respecting Financial Security Under Bankruptcy 7065 (Adv. Pro. No. 01-771, Docket No. 121)

b.  [Proposed] Stipulation Regarding Scheduling of Briefing on Motion of Carol Gerard, et al., to Require Posting of a Bond (Adv. Pro. No. 01-771, Docket No. 132)

**Responses Deadline:** None.

**Responses Received:**

a.  Debtors' Reply to Motion of Carol Gerard; Alfred Pennock, et al.; and Billie Schull, et al. to Require Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extend Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 128)

b.  Response and Opposition to Motion of Gerard, et. al., to Require a Posting of a Sufficient Bond or Other Financial Security Under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65(c) to the Extent Injunction is Maintained for the Benefit of Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 130) (filed by Maryland Casualty Company)

c.  Reply of Carol Gerard, Alfred V. Pennock, et al., and Billie Schull, et al., to Objections by Debtors and Maryland Casualty to the Motion to Require Posting of a Bond By Maryland Casualty Company (Adv. Pro. No. 01-771, Docket No. 134)

**Status:** The Court previously heard this matter in September and requested that it be scheduled for ruling at the October omnibus hearing if no order was entered before that time. Upon cancellation of the October omnibus hearing, the Court entered an Order continuing this matter to the November omnibus hearing.

Dated: November 18, 2002

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*Scotta E. McFarland* wp/04
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession