# Warren H. Smith & Associates, P.C.

900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 18, 2002

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10171

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/1/2002 | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | WHS | receive, review, investigate and respond to e-mail from Scott Baena re committee expenses | 0.30 | 82.50 |
|  | DTW | Several short conferences with L. Ferdinand re PI committee initial report (.2); conference with W. Smith re same (.1) revisions to initial report re same (.4). | 0.70 | 94.50 |
|  | LMF | telephone conference with Jay, Bilzin re: initial report on PD committee expenses(.1); t/cs with Nicole, PD committee expenses on initital reports from 1Q-3Q(.3) | 0.40 | 60.00 |
|  | LMF | detailed review of initial reports for PD Committee fee applications submitted | 0.50 | 75.00 |
|  | TJW | Update database with Nelson August 2002 fee application information Update database with Legal Analysis System Feb-June 2002 fee application information Update database with Carella, Byrne, Bain August 2002 fee application information Update database with Legal Analysis Systems August 2002 fee application information Update database with Caplin August 2002 fee application information Update database with Campbell & Levine August 2002 fee application | 0.90 | 36.00 |

214 698-3868

W.R. Grace & Co.

Page     2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | information<br>Update database with Reed Smith August 2002 fee application information | | |
| 10/2/2002 | WHS | receive, review, and forward electronic monthly invoice from Reed Smith | 0.10 | 27.50 |
| | WHS | draft e-mail to Doug Cameron re Smith Reed | 0.20 | 55.00 |
| | LMF | review of email of applicants submitting requests for confirmation of receipt of 5Q data | 0.20 | 30.00 |
| | LMF | draft e-mail to WGRACE applicants requests for PC report for 5Q | 0.30 | 45.00 |
| | LMF | telephone conferences with Sparks re:ZAI Science Trial fees(.4); t/c with Andy, Reed re:ZAI Trial fees(.1); t/c Waxman, Klett, re:5Q data received from Klett and Kramer(.1) | 0.60 | 90.00 |
| | DTW | Telephone conference with A. Muha re Reed Smith response to initial report (.3). | 0.30 | 40.50 |
| 10/3/2002 | WHS | telephone conference with Mark of Campbell & Levine re science trial | 0.20 | 55.00 |
| | LMF | draft e-mail to WGRACE applicants on Sparks request of ZAI Science Trial categories(.5); email to Rita, Caplin re:PI committee 5th Q PC report(.3) | 0.80 | 120.00 |
| | LMF | telephone conference Mark, Caplin re: Caplin and Campbell Fraudulent Conveyance categorizations(.4) | 0.40 | 40.00 |
| | TJW | Update database with Legal Analysis Systems 2002 fee application information<br>Update database with Caplin August 2002 fee application information<br>Update database with Kirkland & Ellis August 2002 fee application information | 0.30 | 12.00 |
| 10/4/2002 | WHS | telephone conference with Paula Galbraith re pending applications | 0.10 | 27.50 |
| | LMF | draft e-mail to Aileen,Campbell regarding data on PI committee for 5th Q PC report | 0.20 | 30.00 |

W.R. Grace & Co.                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/8/2002 | WHS | draft e-mail to applicants re response to initial report | 0.30 | 82.50 |
|  | DTW | E-mail from W. Smith re PD Committee regarding previous initial reports (.1); investigation into same (.4); e-mail to W. Smith re findings (.1); same for Stroock re first initial report and 5th initial report (.5). | 1.10 | 148.50 |
|  | LMF | telephone conference with Waxman, Klett re:initial report responses received | 0.10 | 15.00 |
|  | LMF | draft e-mail to Waxman, Klett re:confirmation of receipt of responses to fee auditor initial reports for 1-3Q and 5th Q | 0.10 | 15.00 |
| 10/9/2002 | WHS | draft final report re Campbell 1st | 2.10 | 577.50 |
|  | WHS | review file and conference with LaVern Ferdinand re WRG 1st interim reports | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Libby Hamilton re FTI | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Janet Baer | 0.20 | 55.00 |
|  | WHS | telephone conference with Chris Morrero re Wallace King | 0.10 | 27.50 |
|  | LMF | draft e-mail to Jay, Bilizin re: 5thQ responses to fee auditor intital reports(.1); email to Rose, Strook re:1-3Q report and request for responses to fee auditor initial reports(.3), email response to Greg, Conway re:reports and request for responses to fee auditor initial reports(.4); | 0.80 | 120.00 |
|  | LMF | telephone conference with Rose, Strook re:request for fee auditor initial reports (.1); t/c Kristen, Pitney re:resending reformatted responses to fee auditor reports(.1); t/c Ralph, Duane re:responses to fee auditor initial reports (.2) | 0.40 | 60.00 |
|  | LMF | left detailed telephone voicemail for Kristen, Pitney re:receipt of responses to initial reports(.1); listened to voice mail from Lisa, Ferry re:forwarded responses to fee auditor initial reports(.1) | 0.20 | 30.00 |

W.R. Grace & Co.                                                                                    Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/9/2002 | LMF | draft e-mail to applicants(Caplin, Conway, Duane, Ferry Holm, L. Tersigni, Nelson, PD COmm, Pachulski, Wallace , Pitney) requesting status of unreceived responses to fee auditor initial reports for 1-3d Q | 1.90 | 285.00 |
|  | JBA | Update database with Legal monthly Aug02, Kirkland monthly Aug 02, Caplin monthly Aug 02, Blizin monthly Jul 02, Campbell monthly Aug 02, Reed monthly Aug 02, Committee (Property) Interim period Apr 01- Mae 02, Committee (Personal) Final Report May 01- Apr 02. | 0.40 | 16.00 |
|  | DTW | Begin draft final report Casner (.7); continue draft final report (3.0); call from L. Hamilton at FTIP to schedule conference call re initial report (.2); research re same (.4); research past final reports in preparation draft same (.4); begin Kramer final report (.3). | 4.60 | 621.00 |
|  | MWS | receive and review status report from Lavern Ferdinand regarding responses received/outstanding in connection with initial reports regarding the historical period. | 0.20 | 40.00 |
| 10/10/2002 | WHS | revise final report re Campbell | 0.50 | 137.50 |
|  | WHS | receive and review 4th quarterly fee order | 0.10 | 27.50 |
|  | WHS | receive and review 7 misc pleadings | 0.10 | 27.50 |
|  | DTW | Draft preliminary final report for Kramer  (4.2); look over past applications for FTIP re preparation for conference call (.4). | 4.60 | 621.00 |
|  | LMF | telephone conference Rita, Caplin re:fee auditor initial report and response request | 0.10 | 15.00 |
|  | GGR | Draft e-mail to WHS and CM re Wallace King electronic data (.1). | 0.10 | 13.50 |
|  | MWS | receive and review response of Reed Smith to initial report regarding fee application for the fifth interim period. | 0.20 | 40.00 |
|  | MWS | draft final report regarding fee application of The Blackstone Group for the historical period. | 3.30 | 660.00 |
| 10/11/2002 | WHS | revise final report re Kramer 1-3rd interim period | 0.70 | 192.50 |

W.R. Grace & Co.                                                                                          Page      5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/11/2002 | DTW | Conference call with L. Hamilton and S. Cunningham re intial report for Grace historical fee applications for FTIP (.4); preparation for call prior to (.2); continue work on final report for Kramer (1.6); research previous final reports re position on conflicts and conference with M. Steirer and W. Smith re same (.5); revisions to Kramer final report (1.1); conference with W. Smith re Kramer final report (.2); copius revisions to Kramer final report (.7). | 4.70 | 634.50 |
|  | GG | detailed review of kramer, levin 1st interim final report | 0.10 | 12.50 |
|  | GGR | Receive, review, and respond to e-mail from CM re Wallace King (.1) | 0.10 | 13.50 |
|  | MWS | Exchange of e-mails with D. Cameron of reed Smith regarding responses to initial reports for historical period and the fifth interim period interim period. | 0.10 | 20.00 |
|  | MWS | draft final report regarding Blackstone's fee application for the historical period. | 1.80 | 360.00 |
| 10/12/2002 | DTW | Draft Klett final report (1.2); begin draft final report for Reed Smith (3.6), including review of previous hearing transcript re fees allowed (.4). | 5.20 | 702.00 |
| 10/14/2002 | WHS | telephone conference with Roger Higgins re Grace historicals | 0.20 | 55.00 |
|  | WHS | telephone conference with Roger Higgins re 1st -3rd final reports | 0.20 | 55.00 |
|  | WHS | conference with Doreen Williams re 1st-3rd final reports | 0.20 | 55.00 |
|  | WHS | draft e-mail to Roger Higgins re 1st-3rd final reports | 0.20 | 55.00 |
|  | WHS | conference with Doreen Williams re Ferry expenses | 0.10 | 27.50 |
|  | DTW | Continue draft Reed final report (1.2); revisions to Reed final report (1.2); begin review of Ferry Joseph re final report (.7); e-mail same re airfare question (.1). | 3.20 | 432.00 |

W.R. Grace & Co.                                                                                          Page     6

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/14/2002 | LMF | detailed review of email from Dan, LAS re: 5th project summary report(.1); review of data submitted by Ailiene, Campbell for 5th Q project summary report(.2) | 0.30 | 45.00 |
|  | GGR | Receive, review, and respond to e-mail (2) from CM re Wallace King review (.1). | 0.10 | 13.50 |
|  | MWS | draft final report regarding fee application of Kirkland & Ellis for historical period. | 1.90 | 380.00 |
| 10/15/2002 | WHS | revise final report re Reed Smith | 0.40 | 110.00 |
|  | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | DTW | Conference with W. Smith re Reed Smith and revisions to initial report re same (.4). | 0.40 | 54.00 |
|  | MWS | Begin drafting final report regarding Legal Analysis Systems 's fee application for the historical period. | 0.30 | 60.00 |
|  | MWS | draft final report regarding Kirkland & Ellis's fee application for the historical period. | 3.80 | 760.00 |
|  | LMF | draft e-mail to Dan, LAS re:fee payments and receipt of project category report; | 0.20 | 30.00 |
|  | LMF | telephone conference with Elyssa, Caplin, re: response to fee auditor initial report(.2); t/c with Ralph, Duane re:response to fee auditor report(.2) | 0.40 | 60.00 |
| 10/16/2002 | MWS | research regarding professional's rate increase shortly after retention in case, in connection with fee application of Legal Analysis Systems for historical period. | 0.30 | 60.00 |
|  | MWS | draft final report regarding fee application of Legal Analysis Systems for historical period. | 3.30 | 660.00 |
|  | LMF | draft e-mail to Bilzin re:confirmation of receipt of project category for Bilzin, OCPD, Hamilton, Conway, Hilsoft(.2); email Ailene, Campbell re: PI Comm and Campbell project category for 5th Q(.2); email to Libby re: PC summary for 5th Q(.1); email to Karen, Nelson re: receipt and review of PC summary (.1); email to Dan, LAS, re: same on 5th PC summary(.1); email Pam, Blackstone re:project categorization for PC summary and review of data(.2); email to Ann, Steptoe re: review of PC summary for 5th Q(.2); | 1.60 | 240.00 |

W.R. Grace & Co.                                                                                               Page      7

|  |  | **Hours** | **Amount** |
|---|---|---|---|
| | email to Rita re: receipt and review of PC summary for Caplin and Professor Warren(.2); read and respond to email to Elyssa re: 5th Q for Professor Warren(.3) | | |
| 10/16/2002 LMF | draft summary of applicants with data for 5thQ, 1st-3d Q(.8); review data received from applicants for the 5th Q, 1st-3d Q(2.3); project category summay report for the 5th Q(.8) | 3.90 | 585.00 |
| LMF | draft e-mail to G. Boyer, Conway re: response to 1st-3d fee audit initial report(.1); email to L.Tersigni re: same(.1); email to Pachulski re: same(.1); email to Duane re: same(.1); email to Pitney re: electronic version of response to 1st-3d fee auditor report(.1); email to Pat, Wallace re: response to 1st-3d fee audit initial report(.1); email to Arlene and Rose re: response to initial report for 1st -3d(.1); | 0.70 | 105.00 |
| LMF | left detailed telephone voicemail for Libby, FTI re:electronic receipt of response to fee audit initial report for 1st -3d(.2); left voicemail for Susan, Holme re: electronic version of fee audit initial report response for 1st-3d(.2) | 0.40 | 60.00 |
| CAM | draft monthly invoice for September 2002 for Warren H. Smith & Associates. | 0.60 | 66.00 |
| 10/17/2002 DTW | Preliminary draft final report re Steptoe (3.4); assess progress re responses received for 5th interim period (.4); same for 1st interim period (.2); conference with M. Steirer same (.1);conference with J. Allgood re same (.2); review all documents regarding Bilzin 1st interim period in preparation of draft final report (.9); preliminary draft of same (3.2). | 8.40 | 1,134.00 |
| LMF | continued draft of project category summay report for the 5th Q | 6.90 | 1,035.00 |
| LMF | draft e-mail to Ann, Steptoe re:review and receipt of revised PC summary report(.2); followup email for 1st-3d unreceived reponses to fee audit initial report(.4); email Bilizin requesting reformatted OCPD response to initial report and revision to PC summary report(.3); response to email Arlene, Strook, re: receipt of response to initial report for 1st-3d fee audit report(.2) | 1.10 | 165.00 |
| MWS | Resume drafting of final report regarding fee application of Kirkland & Ellis for | 4.20 | 840.00 |
| 10/18/2002 WHS | telephone conference with Jeff Waxman re Klett | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                    Page      8

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/18/2002 | WHS | detailed review of, and revisions to, final reports re Klett, Blackstone &, Campbell (.5); Legal & Steptoe (.4); Kramer (.9);Casner (.6); Nelson(.7) | 3.10 | 852.50 |
| | WHS | telephone conference with Roger Higgins re PWC | 0.20 | 55.00 |
| | WHS | draft e-mail to LaVern Ferdinand re PWC | 0.10 | 27.50 |
| | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
| | DTW | Continue preliminary draft of Bilzin final report (3.3); two telephone calls from J. Sakalo re final report (.5);  begin preliminary draft of Nelson final report by reviewing documents re same (1.1); finish preliminary draft of final report for Nelson (2.4). | 7.30 | 985.50 |
| | JBA | Update database with Initial Response Interim 1-3 for Bilzin, Caplin, Holme, Conway, and Ferry. | 0.30 | 12.00 |
| | LMF | continued draft of project category summary report for the 5th Q(1.7); drafted 3Q project category summary  report(2.7); drafted 2d Q project category summary report(3) | 7.40 | 1,110.00 |
| | LMF | telephone conference with Jay Sakolo, Bilzin, re:5th Q project category spreadsheet revision and response to fee auditor report 1st-3d Q(.3) | 0.30 | 45.00 |
| | LMF | draft e-mail to applicants requesting review of drafts of 1st, 2d, 3d, and 5th PC summary reports | 0.30 | 45.00 |
| | MWS | telephone conference with T. Tacconelli of Ferry Joseph regarding increase in billing rates reflected in fee application for the historical period. | 0.30 | 60.00 |
| | MWS | Revise and finalize final report regarding fee application of The Blackstone Group for the historical period. | 0.40 | 80.00 |
| | MWS | Continue working on final report regarding fee application of Kirkland & Ellis for | 3.50 | 700.00 |
| 10/19/2002 | WHS | revise final report re Reed Smith | 0.30 | 82.50 |
| 10/21/2002 | WHS | draft amended final report re Nelson | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                    Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/21/2002 | DTW | Conference with A. Willingham re final reports  for fifth interim period (1.1); begin preliminary draft of final report for Wallace King (3.5); telephone call with K. Brown re final report for Nelson and miscalculation, conference with W. Smith re same (.5). | 5.10 | 688.50 |
|  | JBA | Update database with Initial Rsp. Interim 1-3 for Tersigni and Wallace King, and Final Rpts Interim 1-3 for Ferry, Casner, Nelson, Kramer, and Interim App. Jun- Aug for Ferrry (e-copy). | 0.40 | 16.00 |
|  | LMF | continued draft of 2d Q project category summary report(3.4); drafted 1st Q PC summary report(2) | 5.40 | 810.00 |
|  | LMF | draft e-mail to Karen, Nelson re:1st & 2d cumulative reporting and revisions for PC summary report(.2); email to Dottie, LTersigni re:1st-2d PC summary report figures and revisions(.1); email to Andy, Reed re: revision to 1st&2d PC summary report(.2) | 0.50 | 75.00 |
|  | LMF | telephone conference Karen, Nelson re:PC Category figures for 1&2d Q(.3); t/c with Dottie, LTersigni re:PC Category revisions requested for 1st& 2d Q(.1) | 0.40 | 60.00 |
|  | LMF | continued draft of 5thQ project category summary report(1.9); continued draft of 3d Q PC summary report(.9); continued draft of 2d Q PC summary report(.4), continued draft of 1st Q PC summary report(.5) | 3.70 | 555.00 |
|  | ALW | conference with DTW re final reports for WRG 5th quarter | 1.80 | 342.00 |
|  | MWS | Continue drafting final report regarding fee application of Holme Roberts & Owen for the historical period. | 3.40 | 680.00 |
|  | MWS | Draft final report regarding fee application of L. Tersigni Consulting P.C. for the historical period. | 1.80 | 360.00 |
|  | MWS | Review fee detail in connection with final report regarding fee application of Kirkland & Ellis for the historical period. | 1.50 | 300.00 |
|  | ALW | conference with DTW re final reports for WRG 5th quarter | 1.80 | 342.00 |
| 10/22/2002 | DTW | Continue work on Wallace King preliminary draft of final report (4.0); including e-mail to C. Marraro re travel expense (.1). | 4.10 | 553.50 |

W.R. Grace & Co.

Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/22/2002 | LMF | drafted revisions to 1stQ &2d PC summary report for Nelson(.4), Ltersigni(.3), and Reed Smith(.3); continued draft of PC summary report to reconcile discrepancies for 1st,2d, 3d, 5th Q Project Category Summary Report(1) | 2.00 | 300.00 |
|  | LMF | continued draft of PC summary report to reconcile discrepancies for 1st Q(1.5), same for 2d Q(2), same for 3d Q(2.5), 5th Q(1.2) Project Category Summary Report | 7.00 | 1,050.00 |
|  | MWS | Continue drafting final report regarding fee application of Holme Roberts & Owen for the historical period. | 2.60 | 520.00 |
| 10/23/2002 | DTW | Call and e-mail to C. Marraro re travel expenses for Wallace King (.1); final revisions to Reed Smith preliminary draft of final report (.6) same for Wallace King except for travel (.5); assist in preparation of several exhibits for final reports (.3). | 1.50 | 202.50 |
|  | LMF | continued draft of PC summary report to reconcile discrepancies for 1st Q(.2), same for 2d Q(.3), same for 3d Q(.5), 5th Q(.8) Project Category Summary Report | 1.80 | 270.00 |
| 10/24/2002 | WHS | draft final report re Tersigni | 0.30 | 82.50 |
|  | WHS | revise final report re Reed Smith | 0.30 | 82.50 |
|  | DTW | Confernce with L. Ferdinand re exhibit for Wallace final report and revisions to same (.5); telephone conference with C. Marraro re travel expenses for Wallace (.1). | 0.60 | 81.00 |
|  | LMF | drafted e-mail to Kristen, Pitney re:response to draft of 1st-3, 5th Q PC summary report(.1); email to Melissa, FTI re:review of draft of 1st-3d PC summary report(.1); emailed 1st-3d, 5th QPC summary reports to Boyer, Conway(.2); email to Dottie, LTersigni re:format of categories for PC summary report(.1) | 0.50 | 75.00 |
|  | LMF | draft exhibits for Wallace King Historical Final Report | 0.40 | 60.00 |
|  | ALW | Preliminary draft of final report for Campbell & Levine 5th interim | 0.50 | 95.00 |

W.R. Grace & Co.                                                                                          Page     11

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/24/2002 | ALW | Preliminary draft of final report for Kramer Levin 5th quarter | 0.40 | 76.00 |
| | CAM | Filing of Final Reports for Amended Nelson for the 3rd Interim | 0.30 | 33.00 |
| | CAM | Filing of Final Reports for Kirkland for the 3rd Interim | 0.30 | 33.00 |
| | CAM | Filing of Final Reports for Reed Smith for the 3rd Interim | 0.30 | 33.00 |
| | CAM | Filing of Final Reports for Duane Morris for the 3rd Interim | 0.40 | 44.00 |
| | CAM | Filing of Final Reports for Tersigni for the 3rd Interim | 0.50 | 55.00 |
| | MWS | draft e-mail to Ralph Sianni of Duane Morris regarding conflict check issue in connection with final report regarding fee application for historical period. | 0.30 | 60.00 |
| | MWS | telephone conference with Gregory Boyer of Conway, Del Genio, Gries & Co. LLC regarding final report regarding historical period. | 0.20 | 40.00 |
| | MWS | telephone conferences with Dottie Collins of L. Tersigni Consulting P.C. regarding office supply expense issue regarding fee application for historical period. | 0.30 | 60.00 |
| | MWS | telephone conference with R. Sianni of Duane Morris regarding final report regarding fee application for historical period. | 0.20 | 40.00 |
| | MWS | draft e-mail to S. McFarland of Pachulski, Stang, Ziehl, Young and Jones, P.C. regarding apparent duplicate expense entries in fee application for historical period. | 0.20 | 40.00 |
| | MWS | Begin drafting final report regarding fee application of FTI Policano & Manzo for the historical period. | 0.70 | 140.00 |
| | MWS | draft final report regarding fee application of Pachulski, Stang, Ziehl, Young and Jones, P.C. for the historical period. | 3.40 | 680.00 |
| | MWS | draft final report regarding fee application of Conway, Del Genio, Gries & Co. LLC for the historical period. | 2.30 | 460.00 |

W.R. Grace & Co.                                                                                              Page    12

|            |     |                                                                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/24/2002 | MWS | Final revisons to final report regarding fee application of Duane Morris for the historical period.                                                        | 0.20  | 40.00  |
|            | MWS | Final revisons to final report regarding fee application of Kirkland & Ellis for the historical period.                                                    | 0.30  | 60.00  |
|            | MWS | receive and review e-mail from Dottie Collins of L. Tersigni Consulting P.C. containing expense detail; finalize final report regarding fee application for historical period in view of same. | 0.40  | 80.00  |
|            | ALW | draft final report for Campbell & Levine 5th quarter                                                                                                       | 0.50  | 95.00  |
|            | ALW | draft final report for Kramer Levin 5th quarter                                                                                                            | 0.40  | 76.00  |
| 10/25/2002 | WHS | left detailed telephone voicemail for Frank Perch re Bilzen                                                                                                | 0.10  | 27.50  |
|            | WHS | draft e-mail to Frank Perch re Bilzen                                                                                                                      | 0.10  | 27.50  |
|            | WHS | conference with Lavern Ferdinand re Conway fee application                                                                                                 | 0.10  | 27.50  |
|            | WHS | telephone conference with Chris Santchi re Ashby                                                                                                           | 0.10  | 27.50  |
|            | WHS | telephone conference with Frank Perch re Bilzen                                                                                                            | 0.10  | 27.50  |
|            | WHS | left detailed telephone voicemail for Jay Sakalo re Bilzen first                                                                                           | 0.10  | 27.50  |
|            | WHS | revise final report re Pachulski first                                                                                                                     | 0.30  | 82.50  |
|            | DTW | Several telephone conferences with A. Willingham re final reports (.5).                                                                                    | 0.50  | 67.50  |
|            | WHS | left detailed telephone voicemail for Frank Perch re Bilzen                                                                                                | 0.10  | 27.50  |

W.R. Grace & Co.                                                                                    Page    13

|            |     |                                                                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/25/2002 | WHS | draft e-mail to Frank Perch re Bilzen                                                                                                                     | 0.10  | 27.50  |
|            | WHS | conference with Lavern Ferdinand re Conway fee application                                                                                                | 0.10  | 27.50  |
|            | WHS | telephone conference with Chris Santchi re Ashby                                                                                                          | 0.10  | 27.50  |
|            | WHS | telephone conference with Frank Perch re Bilzen                                                                                                           | 0.10  | 27.50  |
|            | WHS | left detailed telephone voicemail for Jay Sakalo re Bilzen first                                                                                          | 0.10  | 27.50  |
|            | WHS | revise final report re Pachulski first                                                                                                                    | 0.30  | 82.50  |
|            | LMF | telephone conference with Karen, Nelson, re: 1stQ Project Category Summary Report(.1); t/c w/Arleen, Stroock re: response to fee auditor reports for 1st-3d(.2) | 0.30  | 45.00  |
|            | LMF | drafted e-mail to Stephanie, Conway re: 5th Q fee application                                                                                             | 0.10  | 15.00  |
|            | ALW | Preliminary draft (cont) of final report for Kramer Levin 5th quarter                                                                                     | 1.60  | 304.00 |
|            | MWS | draft e-mail to Anthony Marchetta regarding failure of response to address all points raised in initial report regarding Pitney Hardin fee application for the historical period. | 0.20  | 40.00  |
|            | MWS | telephone conference with Anthony Marchetta to obtain supplemental response to points raised in initial report regarding Pitney Hardin fee application for the historical period. | 0.20  | 40.00  |
|            | MWS | draft final report regarding fee application of Caplin & Drysdale for the historical period.                                                              | 3.20  | 640.00 |
|            | MWS | Continue drafting final report regarding fee application of FTI Policano & Manzo for historical period.                                                   | 3.90  | 780.00 |

W.R. Grace & Co.                                                                                                 Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/25/2002 | MWS | Receive and review supplemental expense detail from Stephanie Jones of Conway, Del Genio, Gries & Co. LLC; revise and finalize final report regarding fee application for historical period in view of same. | 0.50 | 100.00 |
|  | MWS | Final revisions to final report regarding fee application of Pachulski, Stang, Ziehl, Young and Jones, P.C. for historical period. | 0.40 | 80.00 |
|  | ALW | draft (cont) of final report for Kramer Levin 5th quarter | 1.60 | 304.00 |
| 10/26/2002 | DTW | Conference with A. Willingham re final reports (.6). | 0.60 | 81.00 |
|  | ALW | Preliminary draft (cont) of final report for Kramer Levin 5th quarter | 0.10 | 19.00 |
|  | ALW | receive and review of ferry joseph initial report and response for purpose of drafting preliminary final report | 0.30 | 57.00 |
|  | ALW | detailed review of intial report and response of Reed Smith for purpose of drafting preliminary final report | 0.90 | 171.00 |
|  | ALW | Preliminary draft final report (cont) for Kramer Levin 5th quarter | 0.30 | 57.00 |
|  | ALW | Preliminary draft of final report re ferry joseph 5q | 1.00 | 190.00 |
|  | ALW | receive and review of initial reports and responses for Hamilton, Nelson, Legal Analysis, Klett and Pitney for purpose of drafting  preliminary final report | 0.30 | 57.00 |
|  | ALW | Preliminary draft (cont) of Ferry Joseph final report 5q | 0.80 | 152.00 |
|  | ALW | Preliminary draftof Reed Smith final report for the 5th interim | 1.40 | 266.00 |
|  | ALW | draft (cont) final report for Kramer Levin 5th quarter | 0.10 | 19.00 |
|  | ALW | receive and review of ferry joseph initial report and response for purpose of drafting final report | 0.30 | 57.00 |

W.R. Grace & Co.                                                                                                    Page    15

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 10/26/2002 | ALW | detailed review of intial report and response of Reed Smith for purpose of drafting final report | 0.90 | 171.00 |
| | ALW | draft final report (cont) for Kramer Levin 5th quarter | 0.30 | 57.00 |
| | ALW | draft final report re ferry joseph 5q | 1.00 | 190.00 |
| | ALW | receive and review of initial reports and responses for Hamilton, Nelson, Legal Analysis, Klett and Pitney for purpose of drafting final report | 0.30 | 57.00 |
| | ALW | draft (cont) Ferry Joseph final report 5q | 0.80 | 152.00 |
| | ALW | draft Reed  Smith final report 5q | 1.40 | 266.00 |
| 10/27/2002 | MWS | draft final report regarding fee application of Stroock & Stroock & Lavan for the historical period. | 3.60 | 720.00 |
| 10/28/2002 | WHS | telephone conference with Jay Sakalo re Bilzen & UST | 0.10 | 27.50 |
| | WHS | receive and review agreement between Bilzen & UST | 0.10 | 27.50 |
| | WHS | conference with Doreen Williams re no responses | 0.10 | 27.50 |
| | WHS | revise final report re Wallace King | 0.40 | 110.00 |
| | WHS | draft e-mail to applicants re responses | 0.40 | 110.00 |
| | WHS | receive, review, and respond to e-mail from Rita Tobin | 0.10 | 27.50 |
| | WHS | telephone conference with Jay Sakalo re Bilzen's agreement with UST, and whether already deducted | 0.10 | 27.50 |
| | WHS | revise final report re Bilzen | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                                              Page    16

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/28/2002 | WHS | receive, review, and respond to e-mail from Mike Lastowski re Duane | 0.22 | 60.50 |
| | WHS | revise final report re Stroock | 0.30 | 82.50 |
| | JBA | Update database with Holme Roberts response to Int Rpt for the 5th Interim. | 0.10 | 4.00 |
| | DTW | Review responses received to 5th interim initial report to determine who to e-mail requests for responses (.3); finish final report for 1st interim period for Wallace King after receipt of e-mail re expenses (.5); e-mail to W Smith re applicants still needing responses from (.2); telephone conference with A. Willingham  re progress of final reports for 5th interim period (.2); assist M. Stierer re draft final report for Stroock first interim period (2.2). | 3.60 | 486.00 |
| | ALW | Preliminary draft of final report for Reed Smith 5q | 0.90 | 171.00 |
| | ALW | Preliminary draft of final report for Hamilton, 5th quarter | 2.10 | 399.00 |
| | ALW | Preliminary draft of final report for Klett Rooney, 5th quarter | 0.50 | 95.00 |
| | ALW | Preliminary draft of final report for Pitney Hardin, 5th quarter | 0.60 | 114.00 |
| | ALW | Preliminary draft of final report for NMR&S 5th quarter | 0.70 | 133.00 |
| | ALW | Preliminary draft of final report for legal analysis, 5th quarter | 0.50 | 95.00 |
| | MWS | telephone conference with Jay Sakalo of Bilzin Sumberg regarding committee's expense reimbursement application for historical period. | 0.20 | 40.00 |
| | MWS | telephone conference with Ms. Flaagen of Holme Roberts & Owen regarding expense issues regarding fee application for historical period. | 0.20 | 40.00 |
| | MWS | Finalize final report regarding fee application of FTI Policano & Manzo for the historical period by drafting conclusion regarding fee application time. | 0.80 | 160.00 |

W.R. Grace & Co.                                                                    Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/28/2002 | MWS | Finalize final report regarding fee application of Caplin & Drysdale for historical period. | 0.40 | 80.00 |
|  | MWS | Finish drafting final report regarding fee application of Stroock & Stroock & Lavan for historical period. | 5.50 | 1,100.00 |
|  | MWS | Draft recommendation regarding fee application time of FTI Policano & Manzo and finalize final report regarding fee application of FTI Policano & Manzo for historical period. | 0.90 | 180.00 |
|  | CAM | Filing of Final Reports for Wallace King for the 1st, 2nd & 3rd Interim | 0.30 | 33.00 |
|  | CAM | Filing of Final Reports for Caplin for the 1st, 2nd & 3rd Interim | 0.20 | 22.00 |
|  | CAM | Filing of Final Reports for Bilzin for the 1st, 2nd & 3rd Interim | 0.40 | 44.00 |
|  | CAM | Filing of Final Reports for Holme for the 1st Interim | 0.30 | 33.00 |
|  | CAM | Filing of Final Reports for Stroock & Stroock for the 1st, 2nd & 3rd Interim | 0.40 | 44.00 |
|  | ALW | draft final report for Reed Smith 5q | 0.90 | 171.00 |
|  | ALW | draft final report for Hamilton, 5th quarter | 2.10 | 399.00 |
|  | ALW | draft final report for Klett Rooney, 5th quarter | 0.50 | 95.00 |
|  | ALW | draft final report for Pitney Hardin, 5th quarter | 0.60 | 114.00 |
|  | ALW | draft final report for NMR&S 5th quarter | 0.70 | 133.00 |
|  | ALW | draft final report for legal analysis, 5th quarter | 0.50 | 95.00 |

W.R. Grace & Co.                                                                                         Page      18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/29/2002 | WHS | telephone conference with Jeff Waxman re revision in Klett's fees | 0.10 | 27.50 |
|  | DTW | Review e-mails and files for responses to request re preliminary draft of final reports for the 5th interim period (.6); e-mails to all applicants re extension for final reports (1.4);  conference with A. Willingham re final reports for Carella, FTIPM, Hilsoft, Holme and Stroock (.6); respond to e-mails received re extension (.4); telephone call and e-mail to R. Higgins re K&E final report (.2); telephone call from Lindsey at M. Flax's office re final report (.1); revise Pitney preliminary draft of final report (1.2); revisions to Campbell & Levine preliminary draft of final report (.5); revise Kramer & Levine preliminary draft of final report (.6); revisions to Preliminary draft of Legal Analysis final report (.3); revisions to preliminary draft of Reed Smith final report (.5). | 6.40 | 864.00 |
|  | ALW | Preliminary draft of final report for Pitney 5th quarter | 0.90 | 171.00 |
|  | ALW | conference with DTW re status of WRG final reports for 5th quarter | 2.00 | 380.00 |
|  | JBA | Update database withStaptoe 5th Int Fee App | 0.10 | 4.00 |
|  | JBA | Update database with Final Rpts 1-3 Int. for Kirklan, Nelson (Amended), Tersigni, Reed, Conway, and Pachulski. | 0.30 | 12.00 |
|  | MWS | review committee expense reimbursement application for historical period; telephone conference with Jay Sakalo of Bilzin firm regarding travel expenses of committee mebers for historical period. | 0.50 | 100.00 |
|  | MWS | detailed review of expense detail submitted by property damage committee for historical period (1.0); draft final report regarding expense application of committee for the historical period (0.7). | 1.70 | 340.00 |
|  | MWS | draft final report regarding fee application of Kirkland & Ellis for the historical period. | 4.40 | 880.00 |
|  | ALW | draft final report for Pitney 5th quarter | 0.90 | 171.00 |
|  | ALW | conference with DTW re status of WRG final reports for 5th quarter | 2.00 | 380.00 |

W.R. Grace & Co.                                                                              Page    19

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2002 | WHS | telephone conference with Jay Sakalo re Bilzen 1-3 | 0.10 | 27.50 |
|  | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | WHS | revise final report re Klett 5th | 0.30 | 82.50 |
|  | WHS | revise final report re Ferry 5th | 0.30 | 82.50 |
|  | WHS | revise final report re Pitney 5th | 0.50 | 137.50 |
|  | WHS | revise final report re Campbell 5th | 0.30 | 82.50 |
|  | WHS | revise final report re Reed 5th | 0.70 | 192.50 |
|  | WHS | revise final report re Kramer 5th | 0.40 | 110.00 |
|  | DTW | Review and revise preliminary draft of final report for Reed Smith (1.6); call from Glen at Carrella re final report (.1); revise preliminary draft of final report for Ferry Joseph (1.2); conference with A. Willingham re Ferry Joseph (.1); revisions to Preliminary draft of Hamilton final report (.9); revisions to Klett re same (.7); same to Nelson (1.5); e-mail to A. Moran re electronic version of Steptoe response (.1). | 6.20 | 837.00 |
|  | LMF | detailed review of request by Waxman, Klett re: Certificate of Counsel revision for 4th Q fees(.5); review of email from applicants responding to request for revisions to 1st-3d project category summary reports(.5) | 1.00 | 150.00 |
|  | LMF | draft e-mail to Andy, Reed re:6th Q project category summary reporting inquiry(.1); emailed response to Waxman, Klett re:revision to Klett's 4th Q fees(.2); email sent to Grace applicants of final revision of 1st-3d quarterly fees(.2) | 0.50 | 75.00 |
|  | LMF | telephone conference with Waxman, Klett re: revision for Klett's 4th Q fees | 0.40 | 60.00 |

W.R. Grace & Co.                                                                                              Page    20

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2002 | ALW | receive and review FTIP&M initial report and response for purpose of drafting Preliminary final report for 5th quarter | 0.90 | 171.00 |
|  | ALW | receive and review of Hilsoft initial report and response | 0.10 | 19.00 |
|  | ALW | receive and review of Carella initial report and response for 5th quarter | 0.20 | 38.00 |
|  | ALW | receive and review of PI Claimants initial report for the 5th quarter | 0.30 | 57.00 |
|  | ALW | receive and review Holme Roberts initial report and response for the 5th quarter | 0.40 | 76.00 |
|  | ALW | telephone conference with Jeff Allgood re pi committee documents | 0.10 | 19.00 |
|  | ALW | telephone conference with DTW re status of WRG deadline and final reports | 0.20 | 38.00 |
|  | ALW | receive and review Stroock response to 5th quarter initial report | 0.10 | 19.00 |
|  | JBA | draft e-mail to Wallace King (Pat Rupp) Re: 5th Int Rsp. | 0.10 | 4.00 |
|  | CAM | Filing of amended final reports for Bilzin  for the 1st, 2nd & 3rd Interim | 0.50 | 55.00 |
|  | CAM | Filing of final reports for Campbell & Levine  for the 5th Interim | 0.30 | 33.00 |
|  | CAM | Filing of final reports for Kramer, Levin  for the 5th Interim | 0.40 | 44.00 |
|  | CAM | Filing of final reports for Reed Smith  for the 5th Interim | 0.30 | 33.00 |
|  | CAM | Filing of final reports for Ferry Joseph for the 5th Interim | 0.30 | 33.00 |
|  | CAM | Filing of final reports for Pitney Hardin for the 5th Interim | 0.20 | 22.00 |

W.R. Grace & Co.                                                                                    Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/30/2002 | ALW | receive and review FTIP&M initial report and response for purpose of drafting final report for 5th quarter | 0.90 | 171.00 |
|  | ALW | receive and review of Hilsoft initial report and response | 0.10 | 19.00 |
|  | ALW | receive and review of Carella initial report and response for 5th quarter | 0.20 | 38.00 |
|  | ALW | receive and review of PI Claimants initial report for the 5th quarter | 0.30 | 57.00 |
|  | ALW | receive and review Holme Roberts initial report and response for the 5th quarter | 0.40 | 76.00 |
|  | ALW | telephone conference with Jeff Allgood re pi committee documents | 0.10 | 19.00 |
|  | ALW | telephone conference with DTW re status of WRG deadline and final reports | 0.20 | 38.00 |
|  | ALW | receive and review Stroock response to 5th quarter initial report | 0.10 | 19.00 |
| 10/31/2002 | WHS | telephone conference with Mike Lastowski | 0.10 | 27.50 |
|  | WHS | telephone conference with Ed Westbrook re ZAI science trial | 0.10 | 27.50 |
|  | WHS | draft e-mail to Paul Silvern re Hamilton expenses | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Bill Sullivan re ZAI science trial category | 0.20 | 55.00 |
|  | WHS | conference with LaVern Ferdinand re categories | 0.20 | 55.00 |
|  | WHS | conference with Doreen Williams re Steptoe | 0.10 | 27.50 |
|  | WHS | draft e-mail to Paul Silvern re Hamilton | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                    Page    22

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/31/2002 | WHS | draft report re Hamilton | 0.80 | 220.00 |
|  | WHS | draft final report re Nelson 5th | 0.70 | 192.50 |
|  | WHS | draft final report re Septoe 5th | 0.40 | 110.00 |
|  | WHS | draft final report re Steptoe 5th | 0.70 | 192.50 |
|  | DTW | E-mail and telephone conference with A. Moran re Steptoe response and final report (.4); PACER research re personal injury committee's application (.4); Draft preliminary draft of final report for Steptoe (2.6); conference with WHS re final report for Steptoe (.1); draft preliminary draft of final report for personal injury committee (2.7); Review and revise final report for Carella (.4); review and revise final report for Hillsoft (.3); begin review and revisions to Stroock final report (.4). | 7.30 | 985.50 |
|  | ALW | Preliminary draft of final report in Carella for 5th quarter | 0.50 | 95.00 |
|  | ALW | preliminary draft of final report for Hilsoft, 5th quarter | 0.40 | 76.00 |
|  | ALW | Preliminary draft of Stroock final report 5quarter | 1.60 | 304.00 |
|  | ALW | Preliminary draft of FTIPM final report for 5th quarter | 0.40 | 76.00 |
|  | JBA | Update database with Stroock 5th Int Rsp, and Holme 8.02 (e). | 0.10 | 4.00 |
|  | CAM | Filing of final reports for Klett Rooney for the 5th Interim | 0.30 | 33.00 |
|  | CAM | Filing of final reports for Hamilton Rabinovitz for the 5th Interim | 0.30 | 33.00 |
|  | CAM | Filing of final reports for Nelson Mullins for the 5th Interim | 0.40 | 44.00 |

W.R. Grace & Co.                                                                                          Page      23

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 10/31/2002 | ALW | draft final report in Carella for 5th quarter | 0.50 | 95.00 |
| | ALW | draft final report for Hilsoft, 5th quarter | 0.40 | 76.00 |
| | ALW | draft Stroock final report 5quarter | 1.60 | 304.00 |
| | ALW | draft FTIPM final report for 5th quarter | 0.40 | 76.00 |

**For professional services rendered**                                                  **277.52  $47,896.50**

Additional Charges :

|  | Price |  |
|---|---|---|
| Third party copies & document prep/setup. | 225.05 | 225.05 |
| Third party copies & document prep/setup. | 122.43 | 122.43 |
| Third party copies & document prep/setup. | 250.17 | 250.17 |
| Third party copies & document prep/setup. | 145.81 | 145.81 |
| Monthly copying cost | 0.15 | 242.10 |
| Monthly Postage | 266.56 | 266.56 |
| Quarterly PACER charges | 61.18 | 61.18 |
| Long distance charges | 1.60 | 1.60 |

W.R. Grace & Co.

Page    24

|  | Amount |
|---|---|
| **Total costs** | **$1,314.90** |
| **Total amount of this bill** | **$49,211.40** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amber L Willingham | 45.60 | 190.00 | $8,664.00 |
| Cheryl A McKinnon | 7.00 | 110.00 | $770.00 |
| Doreen T Williams | 76.40 | 135.00 | $10,314.00 |
| Gail G Russell | 0.30 | 135.00 | $40.50 |
| Gloria Garcia (Linda) | 0.10 | 125.00 | $12.50 |
| Jeff B. Allgood | 1.80 | 40.00 | $72.00 |
| Lavern Ferdinand | 54.10 | 150.00 | $8,115.00 |
| Lavern Ferdinand | 0.40 | 100.00 | $40.00 |
| Mark W Steirer | 68.00 | 200.00 | $13,600.00 |
| Tiana J. Windland | 1.20 | 40.00 | $48.00 |
| Warren H Smith | 22.62 | 275.00 | $6,220.50 |