UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) |

**SUMMARY OF VERIFIED APPLICATION OF
ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL
TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE
INTERIM PERIOD FROM JULY 23, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | July 23, 2002 through September 30, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $5,738.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $692.54 |
| This is a: | __X__ Monthly   ____Interim   ____Final Application |
| Prior Application Filed: | No.* |

* *This is the first application by Elzufon Austin Reardon Tarlov & Mondell, P.A., since its approval as Delaware Counsel to the ZAI Claimants effective July 22, 2002. As the Order approving the proposed designation of counsel for the ZAI Claimants was not entered until August 26, 2002, no prior monthly applications have been filed. Accordingly, this application covers the 2 ¼ month period from the effective date of appointment, July 22, 2002, to September 30, 2002.*

The total time expended for the preparation of this application is approximately 4 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $880.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 21.1 | $4,642.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.9 | $361.00 |
| TOTALS | | | | | 23.0 | $5,003.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 9.8 | $735.00 |
| TOTALS | | | | | | |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 14-Hearings | 6.0 Hours | $1,320.00 |
| 22-ZAI Science Trial | 26.8 Hours | $4,418.00 |
| TOTALS | 32.8 Hours | $5,738.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | $74.45 |
| Postage Expense | $9.35 |
| Courier & Express Carriers | $387.25 |
| In-House Duplicating / Printing ($.15 per page) | $208.90 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $692.54 |

Dated: Wilmington, Delaware
November 15, 2002

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

__/s/ William D. Sullivan__
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**FEE DETAIL FOR INTERIM FEE APPLICATION OF
ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
FOR THE PERIOD FROM JULY 22, 2002 THROUGH SEPTEMBER 30, 2002**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
10/31/2002

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

Client No: 220305-11221M
Statement No: 184024

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

| | Hours |
|---|---|
| 07/26/02 | |
| CJB Review and revise discovery request. | 0.70 |
| WDS Review discovery requests from co-counsel. | 0.40 |
| WDS Prepare definitions and instructions for each set. | 1.20 |
| WDS Forward to co-counsel for approval. | 0.20 |
| 07/29/02 | |
| CJB Review notice of entry of appearance and revise service list. | 0.10 |
| WDS Prepare notices of filing for discovery requests; identify service parties. | 0.60 |
| 07/30/02 | |
| CJB Telephone conference with co-counsel regarding discovery. | 0.20 |
| 07/31/02 | |
| WDS Phone call to Darrell Scott re: discovery service. | 0.20 |
| WDS Revise Notices and serve Notices and discovery. | 0.40 |
| 08/06/02 | |
| CJB Telephone conference with co-counsel re: filing budget and proposed orders in science trial. | 0.30 |
| WDS Review revised Designation of Counsel and proposed Budget and Order. | 0.20 |
| WDS Review proposed Order on litigation schedule. | 0.20 |
| WDS Prepare Notice of Filing and revise, file and serve documents. | 1.00 |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:         184024

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
| **08/09/02** | | |
| CJB | Review discovery request. | 0.10 |
| CJB | Review rules regarding discovery. | 0.10 |
| CJB | Telephone conference with co-counsel. | 0.20 |
| **08/19/02** | | |
| WDS | Review letter from Claims Administrator; forward to co-counsel. | 0.20 |
| **08/23/02** | | |
| WDS | Review agenda for Hearing; review documents. | 0.20 |
| **08/25/02** | | |
| WDS | Review documents in preparation for 8/26 Hearing. | 3.50 |
| **08/26/02** | | |
| WDS | Attend Hearing on Budget and fee issues; Court requests revised Order. | 3.30 |
| **08/27/02** | | |
| MY | Office conference | 0.20 |
| WDS | Revise Order. | 0.20 |
| MY | Prepare and gather documents for hearing, review docket. | 0.90 |
| MY | Phone conference with Bill Sullivan re: correcting form of Order, delivery to hearing. | 0.50 |
| WDS | Draft Certification of Counsel for Revised ZAI Budget and Counsel Designation. | 0.30 |
| **08/30/02** | | |
| WDS | Review Certification of Counsel re: Scheduling Order submitted by Debtors. | 0.20 |
| MY | Review and Revise Response, Prepare for Delaware Bankruptcy Filing, e-file and serve, correspondence with the court regarding the filing | 2.70 |
| WDS | Phone call to co-counsel re: issues. | 0.30 |
| WDS | Review and revise response. | 0.90 |
| MY | Office conference re: Response to Cert. of Counsel. | 0.20 |
| **09/04/02** | | |
| WDS | Draft letter to co-counsel re: entry of Order on Revised Designation. | 0.10 |
| WDS | Review docket. | 0.20 |
| **09/05/02** | | |
| CJB | Review Opinion and Order of District Court on Appeal. | 0.20 |
| WDS | Review Opinion and Order regarding | |

ZAI Plaintiffs  
Client No: 220305-11221M  
Statement No: 184024

W.R. Grace & Companies, et al.  
CA No. 01-1139  
A-01-771

| | | Hours |
|---|---|---:|
| | appeal; forward to co-counsel. | 0.40 |

**09/16/02**
| | | |
|---|---|---:|
| WDS | Phone conference with Ed Westbrook regarding filing issues for motion to compel. | 0.20 |

**09/18/02**
| | | |
|---|---|---:|
| MY | E-file and serve. | 0.60 |
| WDS | Prepare order granting motion. | 0.40 |
| MY | Office conference re: Motion to Compel. | 0.30 |
| MY | Prepare Motion, Memorandum and Attachments 1-9 for DE Bankruptcy Court Filing. | 1.80 |
| MY | Draft Order and certificate of service. | 0.70 |
| WDS | Review and revise motion to compel and memorandum. | 0.60 |
| WDS | Prepare motion to limit notice. | 1.40 |

**09/19/02**
| | | |
|---|---|---:|
| MY | Follow up on Motion to Compel, contact court deputy, e-mail filing to court in .pdf format, create hard copy for court, serve court and co-counsel | 1.00 |

**09/20/02**
| | | |
|---|---|---:|
| MY | Correspondence with Judge's Chambers (Rachel Bello) regarding order and procedures | 0.30 |
| MY | Review docket, download agenda and order. | 0.20 |

**09/23/02**
| | | |
|---|---|---:|
| WDS | Review pleadings in preparation for hearing. | 1.40 |
| WDS | Attend hearing on discovery disputes. | 2.70 |
| WDS | Phone conference with co-counsel regarding agreement on representation. | 0.20 |
| MY | Office conference. preparation for hearing, download necessary documents from docket | 0.40 |

| | Hours | |
|---|---:|---:|
| For Current Services Rendered | 32.80 | 5,738.00 |

**Recapitulation**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Sullivan, William D. | Partner | 21.10 | $220.00 | $4,642.00 |
| Charles J. Brown | Associate | 1.90 | 190.00 | 361.00 |
| Michael Young | Paralegal | 9.80 | 75.00 | 735.00 |

**Expenses**

| | | |
|---|---|---:|
| 07/29/02 | Photocopies (@ $.20) | 128.40 |
| 07/29/02 | Postage | 29.67 |

ZAI Plaintiffs                                       Client No: 220305-11221M
                                                     Statement No:      184024

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| Date | Description | Amount |
|---|---|---|
| 08/04/02 | Photocopies (@ $.20) | 108.00 |
| 08/05/02 | Postage | 23.20 |
| 08/22/02 | Photocopies (@ $.20) | 4.20 |
| 08/24/02 | let. w/attachments | 55.65 |
| 08/24/02 | letter w/attachments | 13.50 |
| 08/26/02 | Photocopies (@ $.20) | 40.60 |
| 08/30/02 | Postage | 21.58 |
| 08/31/02 | responses | 29.70 |
| 09/18/02 | mot to compel | 7.20 |
| | Total Expenses | 461.70 |

                                Advances

| 08/29/02 | Courier fee Federal Express | 9.35 |
| 08/31/02 | Outside professional fee VirtualDocket.com | 3.24 |
| 09/18/02 | Outside professional fee Reliable Copy Service-Delaware | 218.25 |
| | Total Advances | 230.84 |
| | Total Current Work | 6,430.54 |
| | Balance Due | $6,430.54 |

## VERIFICATION

STATE OF DELAWARE        )
                         )   SS.
COUNTY OF NEW CASTLE     )

William D. Sullivan, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm, Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., and have been admitted to appear before this Court since 1990.

b) I am personally performed many of the legal services rendered by Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. as Delaware Counsel to the ZAI Claimants and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
William D. Sullivan

SWORN AND SUBSCRIBED
this 18th day of November, 2002.

_____
NOTARY PUBLIC
My Commission

ROBIN A. ROBINSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 24 2006

- 5 -

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on November 18, 2002, service of the foregoing

- **Verified Application of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Interim Period from July 23, 2002 through September 30, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
November 18, 2002

/s/ *William D. Sullivan*
**WILLIAM D. SULLIVAN**

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

David B. Seigel, Esquire
Senior VP and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002