**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al</u>.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

**ORDER GRANTING FIRST INTERIM QUARTERLY APPLICATION
OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE
<u>INTERIM PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002</u>**

Elzufon Austin Reardon Tarlov & Mondell, P.A., ("EARTM") as Delaware
Counsel to the ZAI Claimants in the above-referenced bankruptcy case, filed the First
Quarterly Application for Allowance of Compensation and Reimbursement of Expenses
for July 1, 2002 through September 30, 2002 (the "First Quarterly Application"). The
Court has reviewed the First Quarterly Application and finds that: (a) the Court has
jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First
Quarterly Application, and any hearing on the First Quarterly Application, was adequate
under the circumstances; and (c) all person with standing have been afforded the
opportunity to be heard on the First Quarterly Application.

Accordingly, it is hereby

ORDERED that the First Quarterly Application is GRANTED as modified herein,
on an interim basis. Debtors shall pay to EARTM the sum of $5,738.00 as compensation
and $692.54 as reimbursement of expenses, for a total of $6,430.54 for services rendered
and disbursements incurred by EARTM for the period July 1, 2002 through September

30, 2002, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge