# EXHIBIT "B"

**WR GRACE**

| Category | Bilzin Sumberg 2nd Quarter | Bilzin Sumberg Cumulative thru 2nd Quarter | Blackstone Group 2nd Quarter | Blackstone Group Cumulative thru 2nd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 3,195.00 | 4,527.50 | 0.00 | 247.46 |
| 03 - Business Operations | 1,765.00 | 6,836.00 | 0.00 | 0.00 |
| 04 - Case Administration | 42,126.50 | 173,746.00 | 11,468.45 | 41,410.91 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 26,160.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 500.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 27,251.50 | 77,774.50 | 48,422.33 | 116,473.38 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 71,040.66 | 85,393.24 |
| 09 - Employment Applications, Applicant | 310.00 | 2,145.50 | 0.00 | 1,732.21 |
| 10 - Employment Applications, Others | 7,183.00 | 31,893.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 16,197.20 | 26,604.20 | 11,787.01 | 11,787.01 |
| 12 - Fee Applications, Others | 6,813.30 | 9,032.30 | 0.00 | 0.00 |
| 13 - Financing | 180.00 | 8,452.50 | 0.00 | 0.00 |
| 14 - Hearings | 765.00 | 2,780.00 | 0.00 | 4,206.79 |
| 15 - Litigation and Litigation Consulting | 187,465.50 | 307,473.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 212.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 247.46 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 3,767.50 | 5,378.75 | 11,787.01 | 41,729.48 |
| 21 - Valuation | 0.00 | 0.00 | 26,441.14 | 64,797.19 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 344,053.40 | 612,298.27 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 63,844.26 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 297,019.50 | 683,516.25 | 525,000.00 | 1,044,167.66 |
| TOTAL - EXPENSES | 183,000.14 | 226,268.19 | 31,475.48 | 39,139.43 |
| TOTAL FEES AND EXPENSES | 480,019.64 | 909,784.44 | 556,475.48 | 1,083,307.09 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Campbell & Levine 2nd Quarter | Campbell & Levine Cumulative thru 2nd Quarter | Caplin & Drysdale 2nd Quarter | Caplin & Drysdale Cumulative thru 2nd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 1,870.00 | 4,477.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 2,724.50 | 2,999.50 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 1,641.50 |
| 04 - Case Administration | 14,789.50 | 16,706.50 | 50,017.00 | 87,631.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 5,962.50 | 8,907.50 | 68,188.00 | 70,418.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 12,794.00 | 15,194.00 | 4,303.00 | 21,309.00 |
| 08 - Employee Benefits/Pension | 1,512.50 | 3,742.50 | 100.00 | 2,650.00 |
| 09 - Employment Applications, Applicant | 824.50 | 2,434.50 | 250.00 | 5,038.00 |
| 10 - Employment Applications, Others | 1,054.50 | 1,347.00 | 1,871.50 | 3,797.50 |
| 11 - Fee Applications, Applicant | 3,130.50 | 3,130.50 | 2,703.50 | 3,127.50 |
| 12 - Fee Applications, Others | 3,462.50 | 3,462.50 | 129.50 | 129.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,203.00 | 3,908.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 2,055.00 | 3,067.50 | 13,683.50 | 42,833.50 |
| 16 - Plan and Disclosure Statement | 552.50 | 552.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 770.00 | 770.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 1,635.00 | 5,060.00 |
| 21 - Valuation | 157.50 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 53,863.00 | 70,857.50 | 142,881.00 | 243,636.00 |
| TOTAL - EXPENSES | 10,163.99 | 11,817.13 | 13,524.60 | 21,719.81 |
| TOTAL FEES AND EXPENSES | 64,026.99 | 82,674.63 | 156,405.60 | 265,355.81 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Casner & Edwards | |
|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 8,023.50 | 8,023.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| TOTAL - FEES | 8,023.50 | 8,023.50 |
| TOTAL - EXPENSES | 21.24 | 21.24 |
| TOTAL FEES AND EXPENSES | 8,044.74 | 8,044.74 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Committee: Asbestos Property Damage ||
| --- | --- | --- |
| | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | **0.00** | **0.00** |
| **TOTAL - EXPENSES** | 20,195.10 | 56,070.43 |
| **TOTAL FEES AND EXPENSES** | 20,195.10 | 56,070.43 |

| Category | Conway Del Genio [1] | | Duane Morris | |
|---|---|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.0 | 0.0 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.0 | 0.0 | 150.00 | 225.00 |
| 03 - Business Operations | 0.0 | 0.0 | 0.00 | 0.00 |
| 04 - Case Administration | 0.0 | 0.0 | 6,523.50 | 14,576.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.0 | 0.0 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.0 | 0.0 | 48.50 | 1,156.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 87.0 | 160.0 | 1,506.50 | 5,856.50 |
| 08 - Employee Benefits/Pension | 0.0 | 0.0 | 325.50 | 438.00 |
| 09 - Employment Applications, Applicant | 0.0 | 0.0 | 352.00 | 12,745.00 |
| 10 - Employment Applications, Others | 0.0 | 0.0 | 2,141.50 | 4,978.00 |
| 11 - Fee Applications, Applicant | 15.0 | 15.0 | 5,130.00 | 5,130.00 |
| 12 - Fee Applications, Others | 0.0 | 0.0 | 3,580.50 | 4,876.50 |
| 13 - Financing | 0.0 | 0.0 | 0.00 | 4,545.00 |
| 14 - Hearings | 0.0 | 0.0 | 1,365.00 | 4,881.00 |
| 15 - Litigation and Litigation Consulting | 0.0 | 0.0 | 1,252.50 | 4,282.50 |
| 16 - Plan and Disclosure Statement | 0.0 | 0.0 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.0 | 0.0 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.0 | 0.0 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.0 | 0.0 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.0 | 42.0 | 0.00 | 0.00 |
| 21 - Valuation | 0.0 | 0.0 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.0 | 0.0 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.0 | 0.0 | 0.00 | 0.00 |
| 24 - Other | 31.0 | 69.5 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.0 | 0.0 | 0.00 | 0.00 |
| 26 - Business Analysis | 80.0 | 398.0 | 0.00 | 0.00 |
| 27 - Corporate Finance | 87.5 | 90.5 | 0.00 | 0.00 |
| 28 - Data Analysis | 376.5 | 451.0 | 0.00 | 0.00 |
| **TOTAL - FEES** | 450,000.00 | 620,000.00 | 22,375.50 | 63,690.00 |
| **TOTAL - EXPENSES** | 5,597.08 | 14,376.21 | 9,113.34 | 13,140.11 |
| **TOTAL FEES AND EXPENSES** | 455,597.08 | 634,376.21 | 31,488.84 | 76,830.11 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 6,657.00 | 14,749.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 42,823.50 | 83,497.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,705.50 | 8,694.50 | 2,200.00 | 19,994.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 35,481.50 | 82,559.00 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 112.00 | 810.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,137.00 | 4,137.00 | 17,956.50 | 39,268.00 |
| 12 - Fee Applications, Others | 80.00 | 80.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 128.00 | 1,513.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 7,628.50 | 11,001.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 500.00 | 1,522.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 148,769.50 | 217,917.50 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 23,948.00 | 42,951.50 | 247,231.00 | 443,236.50 |
| TOTAL - EXPENSES | 6,189.16 | 10,567.22 | 7,992.39 | 15,086.56 |
| TOTAL FEES AND EXPENSES | 30,137.16 | 53,518.72 | 255,223.39 | 458,323.06 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Holme Roberts | |
|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 2,392.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 179,065.00 | 279,948.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,440.00 | 2,670.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| TOTAL - FEES | 180,505.00 | 285,010.50 |
| TOTAL - EXPENSES | 16,300.41 | 46,695.60 |
| TOTAL FEES AND EXPENSES | 196,805.41 | 331,706.10 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | *Kirkland & Ellis 2nd Quarter | Cumulative thru 2nd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 58,092.50 | 102,254.50 |
| 02 - Asset Disposition | 24,025.50 | 50,721.00 |
| 03 - Business Operations | 1,237.50 | 7,254.00 |
| 04 - Case Administration | 220,091.50 | 407,742.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 213,025.50 | 318,368.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 39,492.00 | 66,403.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 57,307.00 | 121,989.00 |
| 08 - Employee Benefits/Pension | 14,138.00 | 70,997.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 33,010.00 | 85,544.00 |
| 11 - Fee Applications, Applicant | 23,078.50 | 43,648.50 |
| 12 - Fee Applications, Others | 7,953.50 | 8,388.00 |
| 13 - Financing | 4,703.50 | 78,854.00 |
| 14 - Hearings | 27,858.00 | 86,506.50 |
| 15 - Litigation and Litigation Consulting | 561,686.50 | 1,278,941.00 |
| 16 - Plan and Disclosure Statement | 5,533.00 | 9,279.50 |
| 17 - Relief from Stay Proceedings | 40,696.50 | 119,773.00 |
| 18 - Tax Issues | 2,107.00 | 55,486.50 |
| 19 - Tax Litigation | 25,518.50 | 44,940.00 |
| 20 - Travel - Non-working | 16,998.00 | 45,114.50 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 15,982.00 | 144,129.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| TOTAL - FEES | 1,392,534.50 | 3,146,334.00 |
| TOTAL - EXPENSES | 81,482.19 | 236,876.02 |
| TOTAL FEES AND EXPENSES | 1,474,016.69 | 3,383,210.02 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Kramer Levin 2nd Quarter | Kramer Levin Cumulative thru 2nd Quarter | Legal Analysis Systems 2nd Quarter | Legal Analysis Systems Cumulative thru 2nd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 51,805.00 | 51,805.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 27,049.50 | 27,049.50 | 132.00 | 346.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 1,070.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 6,526.00 | 6,526.00 | 750.00 | 750.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 5,432.50 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,276.50 | 4,276.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 600.00 | 600.00 |
| 15 - Litigation and Litigation Consulting | 2,212.50 | 2,212.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 38,895.00 | 43,972.00 |
| 17 - Relief from Stay Proceedings | 370.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 1,250.00 | 1,250.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 98,742.00 | 98,742.00 | 41,627.00 | 46,918.50 |
| TOTAL - EXPENSES | 11,505.90 | 11,505.90 | 2,001.38 | 2,001.38 |
| TOTAL FEES AND EXPENSES | 110,247.90 | 110,247.90 | 43,628.38 | 48,919.88 |

| Category | Nelson Mullins[2] | | Pachulski Stang | |
|---|---|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 2,764.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 2,054.50 | 3,156.50 |
| 03 - Business Operations | 0.00 | 0.00 | 1,379.00 | 7,212.50 |
| 04 - Case Administration | 0.00 | 0.00 | 6,131.00 | 37,488.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 49.00 | 395.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 1,208.00 | 15,079.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 88.50 | 3,491.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 59.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 4,291.50 | 15,888.00 |
| 11 - Fee Applications, Applicant | 8,081.00 | 8,081.00 | 4,750.00 | 6,422.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 5,441.50 | 6,397.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,868.00 |
| 14 - Hearings | 0.00 | 0.00 | 7,006.00 | 29,184.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 1,743.00 | 20,611.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 924.00 | 924.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 2,098.00 | 4,192.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 11.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 1,298.50 | 1,298.50 |
| 20 - Travel - Non-working | 79.90 | 79.90 | 0.00 | 1,371.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 120,980.50 | 120,980.50 | 1,143.50 | 1,389.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 129,141.40 | 129,141.40 | 39,606.00 | 162,202.75 |
| TOTAL - EXPENSES | 1,840.45 | 1,840.45 | 50,845.83 | 127,557.05 |
| TOTAL FEES AND EXPENSES | 130,981.85 | 130,981.85 | 90,451.83 | 289,759.80 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Pitney Hardin | |
|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 1,506.00 | 1,506.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 9,349.50 | 9,402.50 |
| 04 - Case Administration | 39,699.50 | 46,264.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,320.00 | 2,373.00 |
| 12 - Fee Applications, Others | 344.50 | 344.50 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 12,892.00 | 13,024.50 |
| 15 - Litigation and Litigation Consulting | 119,304.50 | 186,901.00 |
| 16 - Plan and Disclosure Statement | 1,045.00 | 1,045.00 |
| 17 - Relief from Stay Proceedings | 185.50 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| TOTAL - FEES | 186,646.50 | 261,046.50 |
| TOTAL - EXPENSES | 30,505.83 | 58,833.56 |
| TOTAL FEES AND EXPENSES | 217,152.33 | 319,880.06 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Reed Smith | |
|---|---|---|
| | 2nd Quarter | Cumulative thru 2nd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 16,676.00 | 18,580.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 910.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,425.00 | 3,425.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 256,676.00 | 265,464.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **TOTAL - FEES** | 277,687.00 | 292,360.00 |
| **TOTAL - EXPENSES** | 11,376.69 | 11,376.69 |
| **TOTAL FEES AND EXPENSES** | 289,063.69 | 303,736.69 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | Steptoe & Johnson 2nd Quarter | Steptoe & Johnson Cumulative thru 2nd Quarter | Stroock & Stroock[3] 2nd Quarter | Stroock & Stroock[3] Cumulative thru 2nd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 5,322.00 | 13,329.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 14,447.00 | 19,407.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 18,685.50 | 66,057.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 51,835.00 | 123,514.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 470.00 | 895.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 43,767.50 | 104,609.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 109,744.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 10,996.50 | 35,939.00 |
| 11 - Fee Applications, Applicant | 1,995.00 | 1,995.00 | 24,759.00 | 43,156.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 5,224.00 | 5,658.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,390.00 |
| 14 - Hearings | 0.00 | 0.00 | 5,375.00 | 17,776.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 3,102.50 | 6,709.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 8,789.50 | 8,789.50 |
| 19 - Tax Litigation | 117,948.00 | 117,948.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 13,310.00 | 13,310.00 | 4,890.00 | 10,172.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 7,902.50 | 7,902.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL - FEES | 133,253.00 | 133,253.00 | 205,566.00 | 578,051.00 |
| TOTAL - EXPENSES | 7,109.29 | 7,109.29 | 15,015.57 | 34,333.57 |
| TOTAL FEES AND EXPENSES | 140,362.29 | 140,362.29 | 220,581.57 | 612,384.57 |

13 of 16

2nd Quarter Project Category Summary
**WR GRACE**

| Category | L. Tersigni 2nd Quarter | L. Tersigni Cumulative thru 2nd Quarter | Wallace King 2nd Quarter | Wallace King Cumulative thru 2nd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 10,973.00 | 10,973.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 15,955.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 168.75 | 168.75 | 3,696.00 | 3,696.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 363,620.30 | 1,104,464.20 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 14,423.75 | 14,423.75 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 11,290.25 | 11,334.00 | 0.00 | 0.00 |
| TOTAL - FEES | 36,855.75 | 52,854.50 | 367,316.30 | 1,108,160.20 |
| TOTAL - EXPENSES | 2,595.54 | 3,632.61 | 133,442.90 | 275,424.61 |
| TOTAL FEES AND EXPENSES | 39,451.29 | 56,487.11 | 500,759.20 | 1,383,584.81 |

2nd Quarter Project Category Summary
**WR GRACE**

| Category | TOTAL 2nd Quarter | TOTAL Cumulative thru 2nd Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | $ 66,790.50 | $ 124,331.00 |
| 02 - Asset Disposition | $ 46,596.50 | $ 81,283.96 |
| 03 - Business Operations | $ 13,731.00 | $ 32,346.50 |
| 04 - Case Administration | $ 467,994.45 | $ 958,177.41 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ 425,741.00 | $ 677,238.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ 41,080.50 | $ 70,024.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ 221,714.33 | $ 525,223.38 |
| 08 - Employee Benefits/Pension | $ 122,686.66 | $ 374,970.24 |
| 09 - Employment Applications, Applicant | $ 8,079.00 | $ 34,920.71 |
| 10 - Employment Applications, Others | $ 60,660.50 | $ 180,196.50 |
| 11 - Fee Applications, Applicant | $ 137,591.46 | $ 212,818.96 |
| 12 - Fee Applications, Others | $ 33,029.30 | $ 38,368.80 |
| 13 - Financing | $ 4,883.50 | $ 101,109.50 |
| 14 - Hearings | $ 58,192.00 | $ 164,380.79 |
| 15 - Litigation and Litigation Consulting | $ 1,704,416.30 | $ 3,515,223.70 |
| 16 - Plan and Disclosure Statement | $ 46,949.50 | $ 55,773.00 |
| 17 - Relief from Stay Proceedings | $ 47,222.50 | $ 132,212.50 |
| 18 - Tax Issues | $ 10,896.50 | $ 64,534.96 |
| 19 - Tax Litigation | $ 144,765.00 | $ 164,186.50 |
| 20 - Travel - Non-working | $ 55,657.41 | $ 127,659.38 |
| 21 - Valuation | $ 26,598.64 | $ 64,954.69 |
| 22 - ZAI Science Trial | $ - | $ - |
| 23 - ZAI Science Trial - Expenses | $ - | $ - |
| 24 - Other | $ 146,008.50 | $ 274,401.00 |
| 25 - Accounting/Auditing | $ - | $ - |
| 26 - Business Analysis | $ 507,246.65 | $ 844,639.52 |
| 27 - Corporate Finance | $ - | $ 63,844.26 |
| 28 - Data Analysis | $ 11,290.25 | $ 11,334.00 |
| TOTAL - FEES | $ 4,859,821.95 | $ 9,514,153.26 |
| TOTAL - EXPENSES | $ 651,294.50 | $ 1,225,393.06 |
| TOTAL FEES AND EXPENSES | $ 5,511,116.45 | $ 10,739,546.32 |

2nd Quarter Project Category Summary
**WR GRACE**

[1] Category amounts for Conway Del Genio are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[2] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[3] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.