**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298831 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ (2,356,425) | | $ - | | $ 193,647 | | $ 45,291 | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ 393,184 | | $ 45,291 | |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | (2,356,525) | | | | (214,873) | | | |
| Other | 100 | | | | 15,336 | | | |
| Adjusted bank balance | $ (2,356,425) | | $ - | | $ 193,647 | | $ 45,291 | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| | 28047 | (169) | | | detail available | | | |
| | 40557 | (451) | | | | | | |
| | 41718 | (200) | | | | | | |
| | 42466 | (45) | | | | | | |
| | 42609 | (200) | | | | | | |
| | 42911 | (750) | | | | | | |
| | various | (2,354,710) | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | 528 | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | 14,808 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | 100 | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | PNC 4002641960 | Hibernia Natl Disbursement 101391210 | Bank of America Payroll 0000 0002 2137 | AmFirst Payroll 16298657 | First Union Petty Cash 2040000016900 |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 10,000 | $ 30,610 | $ 190,675 | $ 41,141 |
| | | | | | |
| Bank Balance | $ 24,762 | $ 10,000 | $ 30,610 | $ 209,723 | $ 24,613 |
| (+) Deposits in transit | | | | | 15,478 |
| ( - ) Outstanding checks | | | | (22,033) | |
| Other | 238 | | | 2,985 | 1,050 |
| Adjusted bank balance | $ 25,000 | $ 10,000 | $ 30,610 | $ 190,675 | $ 41,141 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 09/25/02 | $ 15,478 |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4746 | (1,823) | | |
| | | | | | | | 4964 | (508) | | |
| | | | | | | | 4965 | (1,253) | | |
| | | | | | | | 5025 | (608) | | |
| | | | | | | | 5039 | (1,019) | | |
| | | | | | | | 5147 | (1,008) | | |
| | | | | | | | 5150 | (361) | | |
| | | | | | | | 5151 | (1,864) | | |
| | | | | | | | 5152 | (592) | | |
| | | | | | | | 5153 | (61) | | |
| | | | | | | | various | (12,936) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | 50 |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 238 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | (32) | | |
| Returned item adjustment | | | | | | | | 3,017 | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | 1,000 |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | Banco de Credito Operating Acct 1931115122055 | | Banco de Credito Operating Acct 1931125963172 | | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 8,114 | (US$) | $ 174,184 | (US$) | $ 10,000 | (Soles) | S/. 30,684 | (US$) | $ 1,262,179 |
| | | | | | | | | | | |
| Bank Balance | | S/. 8,114 | | $ 173,695 | | $ 10,000 | | S/. 30,684 | | $ 1,234,356 |
| (+) Deposits in transit | | | | | | | | | | 27,823 |
| (-) Outstanding checks | | | | | | | | | | |
| Other | | | | 489 | | | | | | |
| Adjusted bank balance | | S/. 8,114 | | $ 174,184 | | $ 10,000 | | S/. 30,684 | | $ 1,262,179 |

| Deposits in Transit | Date | | Date | | Date | | Date | | Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 08/29/02 | $ 15,575 |
| | | | | | | | | | 08/29/02 | $ 12,248 |

| Outstanding Checks | Ck # | | Ck # | | Ck # | | Ck # | | Ck # | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | 489 | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co.**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323881963 |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Remedium Group, Inc.**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | $ | 15,500 | $ | (180,345) |
| | | | | |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | (248,962) |
| Other | | 15,500 | | 68,617 |
| Adjusted bank balance | $ | 15,500 | $ | (180,345) |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | 3952 | (1,729) |
| | | | 4158 | (3,600) |
| | | | 4164 | (49,213) |
| | | | 4168 | (87,126) |
| | | | 4179 | (655) |
| | | | 4180 | (500) |
| | | | 4181 | (13,402) |
| | | | 4182 | (6,655) |
| | | | 4184 | (827) |
| | | | 4185 | (640) |
| | | | 4186 | (13,022) |
| | | | 4187 | (190) |
| | | | 4188 | (75) |
| | | | 4189 | (306) |
| | | | 4190 | (78) |
| | | | 4191 | (56,302) |
| | | | 4192 | (39) |
| | | | 4193 | (1,007) |
| | | | 4194 | (90) |
| | | | 4195 | (174) |
| | | | 4196 | (173) |
| | | | 4197 | (3,885) |
| | | | 4198 | (200) |
| | | | 4199 | (104) |
| | | | 4200 | (52) |
| | | | 4201 | (60) |
| | | | 4202 | (3,157) |
| | | | 4203 | (5,701) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | 15,500 | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | 59,511 |
| Unreconciled ledger activity | | | | 9,106 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

Chart 2

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 2,543,200 |
| | |
| Bank Balance | 2,617,802 |
| (+) Deposits in transit | 7,036 |
| ( -) Outstanding checks | (81,102) |
| Other | (536) |
| Adjusted bank balance | $ 2,543,200 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | 08/31/02 | 7,036 |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | 15376 | (12,203) |
| | 15461 | (27) |
| | 15727 | (8,165) |
| | 15782 | (3,428) |
| | 15785 | (886) |
| | 15791 | (86) |
| | 15803 | (12) |
| | 15804 | (20,652) |
| | 15805 | (4,900) |
| | 15806 | (1,353) |
| | 15807 | (3,613) |
| | 15808 | (558) |
| | 15809 | (24) |
| | 15810 | (125) |
| | 15811 | (1,005) |
| | 15812 | (625) |
| | 15813 | (495) |
| | 15814 | (5,190) |
| | 15815 | (19) |
| | 15816 | (258) |
| | 15817 | (186) |
| | 15818 | (8,105) |
| | 15819 | (52) |
| | 15820 | (50) |
| | 15821 | (117) |
| | 15822 | (30) |
| | 15,823 | (1,899) |
| | 15,824 | (37) |
| | 15,825 | (495) |
| | 15,826 | (133) |
| | 15,827 | (2,009) |
| | 15,828 | (1,456) |
| | 15,829 | (40) |
| | various | (2,872) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | (536) |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**CC Partners**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |
| **Deposits in Transit** | |
| | |
| **Outstanding Checks** | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

*Chart 2*

**Kootenai Development Company**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 29,162 |
| Bank Balance | 29,162 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ 29,162 |
| **Deposits in Transit** | |
| | |
| **Outstanding Checks** | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

*Chart 2*

**Grace Europe, Inc.**
**Bank Reconciliations**
**August 2002**
**MOR-1**

| | Barclays Bank PLC | |
|---|---|---|
| Balance per books | $ | - |
| | | |
| Bank Balance | | - |
| (+) Deposits in transit | | - |
| ( -) Outstanding checks | | - |
| Other | | - |
| Adjusted bank balance | $ | - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 70,368,420 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 10,515,216 | - | - | | | - | | | |
| Net sales to filing entities | 40,613 | | - | | | - | | | |
| Interest and royalties from non-filing entities, net | 1,557,215 | | - | | | - | | | |
| Interest and royalties from filing entities, net | (5,651,022) | 4,163,527 | 708,236 | 19,173 | 845,233 | - | 2,602,915 | | |
| Other income | 3,628,217 | - | - | | | - | | | |
| | 80,458,659 | 4,163,527 | 708,236 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 42,881,304 | - | - | | | - | | - | |
| Cost of goods sold to non-filing entities | 7,679,615 | - | - | | | - | | - | |
| Cost of goods sold to filing entities | 52,932 | | - | | | - | | - | |
| Selling, general and administrative expenses | 32,755,823 | - | 6,076 | | - | 18,021 | - | 3,876 | |
| Research and development expenses | 3,423,544 | | - | | - | - | | - | |
| Depreciation and amortization | 5,092,243 | - | 2,257 | | - | - | | - | |
| Interest expense | 1,362,269 | - | - | | - | - | | - | |
| | 93,247,729 | - | 8,333 | - | - | 18,021 | - | 3,876 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (12,789,070) | 4,163,527 | 699,903 | 19,173 | 845,233 | (18,021) | 2,602,915 | (3,876) | - |
| Chapter 11 reorganization expenses, net | (4,079,488) | - | - | | - | - | | - | |
| (Provision for) benefit from income taxes | 3,599,249 | (1,457,234) | (244,966) | (6,711) | (295,831) | 6,307 | (911,020) | 1,357 | |
| Minority interest in income of subsidiary | - | - | - | | - | - | | - | |
| Equity in net income of non-filing entities | - | - | - | | - | - | | - | |
| Net Income | $(13,269,309) | $2,706,293 | $ 454,937 | $ 12,462 | $ 549,402 | $ (11,714) | $1,691,895 | $ (2,519) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 401,667 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,080,821 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,687,985) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (607,164) | 401,667 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 206,569 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | (1) | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 86,843 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,630 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 301,041 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (607,164) | 100,626 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 172,632 | (35,219) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (434,532) | $ 65,407 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

W.R. Grace & Co. - Chapter 11 Filing Entities
Combining Statement of Operations
MOR - 2
Month Ended September 30, 2002

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace - Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - | $       - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended September 30, 2002**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 70,770,086 |
| Net sales to non-filing entities | - | - | - | - | - | 10,515,217 |
| Net sales to filing entities | - | - | - | (40,613) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 3,638,036 |
| Interest and royalties from filing entities, net | - | - | - | (76) | - | - |
| Other income | - | - | - | - | - | 3,628,217 |
| | - | - | - | (40,690) | - | 88,551,555 |
| Cost of goods sold to third parties | - | - | - | - | - | 43,087,873 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 7,679,615 |
| Cost of goods sold to filing entities | - | - | - | (52,931) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 32,870,639 |
| Research and development expenses | - | - | - | - | - | 3,423,544 |
| Depreciation and amortization | - | - | - | - | - | 5,102,130 |
| Interest expense | - | - | - | - | - | 1,362,269 |
| | - | - | - | (52,931) | - | 93,526,069 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 12,241 | - | (4,974,514) |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (4,079,488) |
| (Provision for) benefit from income taxes | - | - | - | - | - | 828,564 |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 7,433,374 | 7,433,374 |
| **Net Income** | $ - | $ - | $ - | $ 12,241 | $7,433,374 | $ (792,064) |

---

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | W.R. Grace & Co. Conn | W.R. Grace & Co. | Hamedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 41,780,230 | $ - | $ (125,864) | $ - | $ - | $ - |
| Notes and accounts receivable, net | 123,505,967 | - | 176,002 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 266,188,335 | (388,847,585) | 122,930 | 12,983,819 | (27,821,010) | (9,510,633) |
| Inventories | 77,887,656 | - | - | | | |
| Deferred income taxes | 9,276,537 | - | 3,178,341 | | | |
| Asbestos-related insurance expected to be realized within one year | 7,717,970 | - | - | | | |
| Other current assets | 57,870,086 | - | - | | | |
| Total Current Assets | 584,226,781 | (388,847,585) | 3,351,410 | 12,983,819 | (27,821,010) | (9,510,633) |
| | | | | | | |
| Properties and equipment, net | 378,249,360 | - | 492,613 | - | - | - |
| Goodwill, net | 14,410,173 | - | - | | | |
| Cash value of company owned life insurance, net of policy loans | 87,461,175 | - | - | | | |
| Deferred income taxes | 728,233,437 | - | 44,101,884 | | | |
| Asbestos-related insurance expected to be realized after one year | 274,943,452 | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,061,701,838) | 792,429,422 | 122,920,787 | 4,533,935 | 195,684,859 | - |
| Investment in filing and non-filing entities | 801,411,141 | 241,512,111 | - | | | |
| Other assets | 304,743,286 | - | - | | | |
| **Total Assets** | **$ 2,111,976,968** | **$ 645,093,947** | **$ 170,866,693** | **$ 17,517,754** | **$ 167,863,849** | **$ (9,510,633)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ 1,575,141 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 33,123,763 | - | 8,848 | | | |
| Income taxes payable | 212,632 | - | - | | | |
| Asbestos-related liability expected to be disbursed within one year | 0 | - | - | | | |
| Other current liabilities | 70,267,481 | - | 25,927 | - | 0 | 11,221 |
| Total Current Liabilities | 105,179,017 | - | 34,775 | - | 0 | 11,221 |
| | | | | | | |
| Long-term debt - DIP facility | (438,134) | - | - | - | - | - |
| Deferred income taxes | 209,440,636 | - | - | | | |
| Asbestos-related liability expected to be disbursed after one year | (0) | - | - | | | |
| Other liabilities | 293,474,103 | 0 | 0 | - | (0) | - |
| Total Liabilities Not Subject to Compromise | 607,655,622 | 0 | 34,776 | - | 0 | 11,221 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 535,237,390 | - | - | - | - | - |
| Accounts payable | 31,281,161 | - | 665,607 | | | |
| Income taxes payable | 179,499,828 | 29,090,462 | 1,796,712 | 58,706 | 8,871,473 | (325,708) |
| Asbestos-related liability | 978,196,800 | - | - | | | |
| Other liabilities | 364,908,606 | 188,091 | 134,002,362 | - | 32,238,829 | - |
| Total Liabilities Subject to Compromise | 2,089,123,784 | 29,278,553 | 136,464,681 | 58,706 | 41,110,302 | (325,708) |
| Total Liabilities | 2,696,779,407 | 29,278,553 | 136,499,456 | 58,706 | 41,110,302 | (314,487) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 83,968,960 | 769,612 | 12,223 | 1,000 | | 1,000 |
| Paid in capital | 142,809,878 | 429,352,702 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (616,948,735) | 322,687,941 | 24,630,565 | (16,594,418) | 70,741,970 | (9,197,147) |
| Treasury stock, at cost | (136,994,960) | | | | | |
| Accumulated other comprehensive loss | (194,632,542) | 100 | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (584,802,439) | 615,815,394 | 34,367,237 | 17,459,048 | 126,753,547 | (9,196,147) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 2,111,976,968** | **$ 645,093,947** | **$ 170,866,693** | **$ 17,517,754** | **$ 167,863,849** | **$ (9,510,633)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | Litigation Management, Inc. | Grace Europe, Inc. | LB Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ (0) | $ 2,927,682 | $ - |
| Notes and accounts receivable, net | - | 78,713 | - | - | 2,338,816 | - |
| Receivables from/(payables to) filing and non-filing entities, net | (372,882,360) | 5,799,194 | 140,479,130 | (85,439,731) | (637,103) | (5,167,157) |
| Inventories | - | (0) | - | - | 131,350 | - |
| Deferred income taxes | - | 70,734 | - | - | 17,655 | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | 2,219 | - |
| **Total Current Assets** | (372,882,360) | 5,948,641 | 140,479,130 | (85,439,731) | 4,780,619 | (5,167,157) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 809,988 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | 38,161 | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 435,103,524 | (3,441,217) | - | (8,595,595) | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | 54,000 | - | - | 160,448 | 1,148,168 |
| **Total Assets** | $ 62,221,164 | $ 2,599,586 | $ 140,479,130 | $ (35,365,861) | $ 5,751,054 | $ (4,018,988) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | 21,160 | - | - | 133,378 | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 349,737 | 1,249 | - | 196,515 | - |
| **Total Current Liabilities** | - | 370,897 | 1,249 | - | 329,893 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 141,872 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 370,898 | 1,249 | - | 471,765 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | 133,907 | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | 19,131,423 | (668,983) | (47,122) | (5,492,019) | 731,354 | (175) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 202,097 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 19,131,423 | (466,886) | (47,122) | (5,492,019) | 865,261 | (175) |
| **Total Liabilities** | 19,131,423 | (95,989) | (45,873) | (5,492,019) | 1,337,026 | (175) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 44,767,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 72,356,039 | (426,529) | 115,166,011 | (34,153,890) | 4,413,028 | (4,293,619) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | 3,121,103 | - | (40,488,440) | - | - |
| **Total Shareholders' Equity (Deficit)** | 43,089,741 | 2,695,574 | 140,525,004 | (29,873,842) | 4,414,028 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 62,221,164 | $ 2,599,586 | $ 140,479,130 | $ (35,365,861) | $ 5,751,054 | $ (4,018,988) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (85) | - | - | (50) | (160) | (496) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (85) | - | - | (50) | (160) | (496) |
| **Total Liabilities** | (85) | - | - | (50) | (160) | (496) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,510,488 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,010,488 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 29,162 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | (562) | (26,718,392) | 57,347,191 | (7,288,696) | | |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | |
| Other current assets | 6,320 | - | - | - | | |
| **Total Current Assets** | 34,919 | (26,718,392) | 57,347,191 | (7,288,696) | - | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | |
| Goodwill, net | - | - | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | - | - | | |
| Other assets | 1,630,940 | - | - | - | | |
| **Total Assets** | $ 1,665,859 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | 551,649 | 5,000 | - | - | | |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | | |
| Accounts payable | - | | - | - | | |
| Income taxes payable | - | (104,565) | 10,346,794 | (5,100) | | |
| Asbestos-related liability | - | | - | - | | |
| Other liabilities | - | | - | - | | |
| **Total Liabilities Subject to Compromise** | - | (104,565) | 10,346,794 | (5,100) | - | - |
| **Total Liabilities** | 551,649 | (99,565) | 10,346,794 | (5,100) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | | |
| Common Stock | - | - | - | 5,150 | | |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | | |
| (Accumulated deficit)/Retained earnings | 9,257 | (27,478,060) | 43,427,950 | (12,433,596) | | |
| Treasury stock, at cost | - | - | (99,212) | - | | |
| Accumulated other comprehensive loss | - | - | - | - | | |
| **Total Shareholders' Equity (Deficit)** | 1,114,211 | (26,618,827) | 47,000,396 | (7,283,596) | | |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,665,859 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $          - | $     1,000 | $          - | $          - | $          - | $          - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | 5,824,344 | (102,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,344 | (101,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $  5,824,344 | $   (7,966) | $ (1,119,043) | $ 10,284,334 | $        540 | $ (2,417,464) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $          - | $          - | $          - | $          - | $          - | $          - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (50) | - | (50) | (350) | (350) | (200) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (50) | - | (50) | (350) | (350) | (200) |
| **Total Liabilities** | (50) | - | (50) | (347) | (350) | (200) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $  5,824,344 | $   (7,966) | $ (1,119,043) | $ 10,284,334 | $        540 | $ (2,417,464) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $           - | $           - | $           - | $           - | $           - | $           - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,534) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | | | | | | |
| Other current assets | - | | | | | - |
| **Total Current Assets** | (26,312,455) | (5,132,534) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | - | 1,184,871 |
| Goodwill, net | - | | - | | | - |
| Cash value of company owned life insurance, net of policy loans | | | | | | |
| Deferred income taxes | - | | - | | | - |
| Asbestos-related insurance expected to be realized after one year | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | | - |
| Investment in filing and non-filing entities | - | | - | | | - |
| Other assets | - | | - | | | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,534) | $ (3,350,574) | $ (2,509,789) | $           900 | $ (45,727) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $           - | $           - | $           - | $           - | $           - | $           - |
| Accounts payable | | | | | | - |
| Income taxes payable | | | | | | - |
| Asbestos-related liability expected to be disbursed within one year | - | | | - | | - |
| Other current liabilities | - | | | - | | - |
| **Total Current Liabilities** | - | | | - | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | | | - | | - |
| Deferred income taxes | - | | | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | | | - | | - |
| Other liabilities | - | | | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | | | - | | - |
| Income taxes payable | - | (419) | (50) | (150) | (50) | (15) |
| Asbestos-related liability | - | | | - | | - |
| Other liabilities | - | | | - | | - |
| **Total Liabilities Subject to Compromise** | - | (419) | (50) | (150) | (50) | (15) |
| **Total Liabilities** | - | (419) | (50) | (150) | (50) | (15) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive loss | | - | - | | | |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,534) | $ (3,350,574) | $ (2,509,789) | $           900 | $ (45,727) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**September 30, 2002**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to) filing and non-filing entities, net | 36,708,687 | 25,045 | (73,001) | (12,559,318) | 174,205 | (19,464,242) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,687 | 25,045 | (73,001) | (12,559,318) | 174,205 | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable) to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,318) | $ 612,650 | $ (19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | 438,134 | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 438,333 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (449) | - | (50) | (65) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (449) | - | (50) | (65) | - | - |
| **Total Liabilities** | (449) | - | (50) | (65) | 438,333 | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,318) | $ 612,650 | $ (19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
Combining Balance Sheet
MOR - 3
September 30, 2002

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC-Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | | | | | - |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,749 | 6,345,536 | 810,350 | (59,581,362) | (100) | (86,661) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | - | | - | | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | 23,479,749 | 6,345,536 | 810,350 | (59,581,362) | (100) | (86,661) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ 23,479,749 | $ 6,345,536 | $ 810,350 | $ (59,581,362) | $ (100) | $ (86,661) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | - | - | - | - | | - |
| **Total Current Liabilities** | - | - | - | - | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | (399) | (125) | (250) | (130) | (100) | (50) |
| Asbestos-related liability | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Subject to Compromise** | (399) | (125) | (250) | (130) | (100) | (50) |
| **Total Liabilities** | (399) | (125) | (250) | (130) | (100) | (50) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | | |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | | 1,900,000 |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | | - |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive loss | - | - | - | - | | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,749 | $ 6,345,536 | $ 810,350 | $ (59,581,362) | $ (100) | $ (86,661) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.