**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

ı 8 3 ı

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 08/01/2002 - 08/31/2002

Account Number
318-3343175-6

Financial Advisor
George L Perez
(--22N07J80)

Account Value As Of 08/31/2002
$5,259.21

Dividends
08/01/2002 - 08/31/2002        Year To Date
$8.13                          $5,259.21

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL
BE OPEN ON COLUMBUS DAY, MONDAY OCTOBER 14
TO HANDLE SHAREHOLDER INQUIRES.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE
MONTH OF AUGUST WAS 1.81%. TRADING
DEADLINES ON OCTOBER 11 WILL BE 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $5,251.08 |
| 08/31/2002 | 08/31/2002 | Div Reinvest | $8.13 | $1.00 | $5,259.21 |
| | | Ending Balance | | | $5,259.21 |

Account Number   318-3343175-6      (page 1 of 1)



MLM..×31190= 010G3B1026.01832.01832.CNSMLM01 INVMWW   .. MLM   000078495

JPMorgan Chase Bank

GE                    D

Account No:           323-223141
Statement Start Date: 01 AUG 2002
Statement End Date:   30 AUG 2002
Statement Code:       000-USA-22
Statement No:         008

Page 1 of 1

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 AUG 2002) | Closing (30 AUG 2002) |
|---|---|---|
| Ledger | 725,645.60 | .00 Ledger |
| | 725,645.60 | |
| | 0.00 | |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | .00 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

29AUG   USD YOUR: NC082760560829020I   725,645.60   NASSAU DEPOSIT TAKEN
        OUR: 0224I0161IN                           B/O: WR GRACE & COMPANY
                                                    JERSEY CITY, NJ 07310
                                                    REF: TO REPAY YOUR DEPOSIT FR 02072
                                                    9 TO 020829 RATE 1.7200

## DEBITS

29AUG   USD YOUR: ND085310190829020I   725,645.60   NASSAU DEPOSIT TAKEN
        OUR: 0224I0753IN                           A/C: WR GRACE & COMPANY
                                                    JERSEY CITY, NJ 07310
                                                    REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                    20829 TO 020930 RATE 1.7000

LEDGER BALANCES
29AUG                                               0.00

## CHECKS

*No Activity*

FT CODE:

USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   16 AUG 2002
Statement End Date:     30 AUG 2002
Statement Code:         S00-USA-22
Statement No:           016
                        Page 1 of 19

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | No | F/C | References |
|---|---|---|---|
| Total Credits | 38 | | |
| Total Debits (incl. checks) | 63 | | |
| Total Checks Paid | 0 | | |

## BALANCES

| Opening (16 AUG 2002) | | Closing (30 AUG 2002) | |
|---|---|---|---|
| Ledger | 63,868,408.34 | Ledger | 536,007.61 |
| | 63,864,897.50 | | 532,496.77 |
| | 0.00 | | 536,007.61 |

## CLOSING BALANCES

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 16AUG | 528,188.82 |
| 19AUG | 316,310.10 |
| 20AUG | 389,531.06 |
| 21AUG | 673,088.77 |
| 22AUG | 540,266.75 |
| 23AUG | 558,928.05 |
| 26AUG | 477,299.28 |
| 27AUG | 496,248.79 |
| 28AUG | 480,261.66 |
| 29AUG | 461,377.66 |
| 30AUG | 536,007.61 |

## TRANSACTIONS

| Ledger Date | Adl Ledger Date | Value Date | F/C | References | Credit /Debit | Description |
|---|---|---|---|---|---|---|

**CREDITS**

16AUG — 16AUG USD YOUR: O/B BKAM II CGO — DUR: 0103701228FF — 1,354,463.85 — FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257/RFB=O/B BKAM IL CGO
O81=HOWI BBI=/TIME/11:18
IMAD: 0816IGJQFGY2C000375

16AUG — 16AUG USD YOUR: O/B WACHOVIA WIN — DUR: 0123714228FF — 2,144,337.00 — FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:54
IMAD: 0816EAQFTI1A000846

19AUG — 19AUG USD YOUR: O/B WACHOVIA WIN — DUR: 0111914231FF — 2,349,357.00 — FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=O/B WACHOVIA WIN

FT CODE:

USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT         USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 2 of 19

| Ledger Date | Value Date | S T | Reference | Credit/Debit | Description | Posing Balance Amount | Date |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 19AUG | 19AUG | USD YOUR: O/B BKAM IL CGO<br>OUR: 0107701231FF | 3,581,784.15 | BBI=/TIME/11:25<br>AMAD: 0819EAQFTIIA000755<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=HOWT BBI=/TIME/11:19 |
| 20AUG | 20AUG | USD OUR: 2328684828TC | 264.95 | INAD: 0819GIQFGY2C000304<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020816<br>ORIG ID:902057107 DESC DATE:020820<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028684828 EED:020820<br>IND ID:GW00000000094820<br>IND NAME:GRACE CORP BENEFITS DE |
| 20AUG | 20AUG | USD YOUR: O/B BKAM IL CGO<br>OUR: 0110903232FF | 2,264,445.71 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>BBI=HOWT BBI=/TIME/11:33 |
| 20AUG | 20AUG | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0114814232FF | 3,563,159.00 | AMAD: 0820GIQFGY2C000375<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:40 |
| 21AUG | 21AUG | USD YOUR: O/B BANK ONE: NA<br>OUR: 0210403233FF | 147,258.08 | AMAD: 0820EAQFTIIA000771<br>FEDWIRE CREDIT<br>VIA: BANK ONE CHICAGO<br>/071000013<br>B/O: GODWINS BOOKE AND DICKENSON TP<br>CHICAGO IL USA |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 3 of 19

| Ledger Date | Adj.Ledger Date | Value Date | Reference | F T | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**21AUG**  USD  YOUR: O/B WACHOVIA WIN
OUR: 0150813233FF
738,385.00
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-08001601257 RFB=O/B BANK ONE NA
BPI=/TIME/13:45
IMAD: 0821G1QH051C002495
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/12:17

**21AUG**  USD  YOUR: MAESTRO
OUR: 0305813233FF
2,000,000.00
IMAD: 0821EAQFTI1A000823
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=MAESTRO OBI=FUND
-318-P I-S 1 ML PREMIER FUND BBI=/O
IMAD: 0821A1Q002GC001564

**22AUG**  USD  YOUR: O/B FIRST UNION
OUR: 0243707234FF
3,744.03
FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BANK OF M
/055003201
B/O: W R GRACE & CO CONN
COLUMBIA, MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B FIRST UNION
BBI=/TIME/14:31
IMAD: 0822E3QPAA7C000177

**22AUG**  USD  YOUR: O/B WACHOVIA WIN
OUR: 0088802234FF
490,701.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/10:57

JPMorganChase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 4 of 19

| Ledger Date | Adj Ledger Date | Value Date | P T | References | Credit Amount | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 22AUG | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0098609234FF | 996,946.11 | IMAD: 0822EAQFT11A000848<br>FEDWIRE CREDIT<br>VIA:FIRST UNION NATIONAL BK OF FLO<br>/06300002<br>B/O:W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BB1=/TIME/11:11 | | |
| 22AUG | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0082103234FF | 1,710,114.13 | IMAD: 0822F3SQCAA1C000537<br>FEDWIRE CREDIT<br>VIA:BANK OF AMERICA<br>/071000039<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBJ=HQWT BB1=/TIME/10:31 | | |
| 22AUG | | | | USD YOUR: MAESTRO<br>OUR: 0314909234F1 | 6,900,000.00 | IMAD: 0822G1QFGY2C000380<br>FEDWIRE CREDIT<br>VIA:STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O:W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/0 | | |
| 23AUG | | | | USD OUR: 2350625251TC | 105.98 | IMAD: 0822A1Q002CC001370<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020821<br>ORIG ID:9020571072 DESC DATE:020823<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000020625251 EED:020823<br>IND NAME:GRACE CORP BENEFITS DE<br>IND ID:GRA00000009 4823 | | |
| 23AUG | | | | USD OUR: 2350625250TC | 1,082.64 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020821<br>ORIG ID:9020571072 DESC DATE:020823<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000020625250 EED:020823<br>IND NAME:GRACE CORP BENEFITS DE<br>IND ID:GRA0000000094823 | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 5 of 19

## CREDITS (CONTINUED)

| Ledger Date | Adj Ledger Date | Value Date | FX | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| 23AUG | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0317207235FF | 8,154.01 | IMO NAME:GRACE CORP BENEFITS DE<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R GRACE & CO ATN:CHARLIE SEB<br>CAMDRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>BBI=/TIME/16:01<br>IMAD: 0823G1QF6Y2C001531 | | |
| 23AUG | | | | USD OUR: 0015280114XF | 63,573.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00032313652A | | |
| 23AUG | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0110008235FF | 597,265.19 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B FIRST UNION<br>BBI=/TIME/11:22<br>IMAD: 0823F3QCAAIC000703 | | |
| 23AUG | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0073913235FF | 1,124,649.74 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C/00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:31<br>IMAD: 0823G1QF6Y2C000353 | | |
| 23AUG | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0113902235FF | 1,247,858.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BB=/TIME/11:28<br>IMAD: 0823EAQFTIIA000792 | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date: 16 AUG 2002
Statement End Date:   30 AUG 2002
Statement Code:       S00-USA-22
Statement No:         016
Page 6 of 19

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit & Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

23AUG

23AUG    USD YOUR: 600823212580001
         OUR: 1196900235FC

9,915,708.33 /CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0959
B/O: GRACE COLLECTION INC.
REF: NBNF=W.R. GRACE AND COMPANY CO
LUMBIA MD 21044-4098/AC-0000160012 5
7 ORG=GRACE COLLECTION INC. OGB=BAN
K OF AMERICA N.A. CROYDON UNITED KI
N6DOM CR9 6BY
-SSN: 0058142

26AUG    USD YOUR: O/B WACHOVIA WIN
         OUR: 0334502238FF

959,804.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B WACHOVIA WIN
-BBI=/TIME/15:11
IMAD: 0826EAQFTI1A001240

26AUG    USD YOUR: O/B BKAM IL CGO
         OUR: 0208813238FF

2,805,141.69 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
CAMBRIDGE MA 02140
B/O: W.R. GRACE & CO.
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/12:27
IMAD: 0826G1QFGY2C000508

27AUG    USD YOUR: O/B WACHOVIA WIN
         OUR: 0108001239FF

997,935.00 FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B WACHOVIA WIN
-BBI=/TIME/11:31
IMAD: 0827EAQFTI1A000690

27AUG    USD YOUR: MAESTRO
         OUR: 0313408239FF

1,800,000.00 FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN

JPMorgan Chase Bank

GE

**Account No:** 016-001257
**Statement Start Date:** 16 AUG 2002
**Statement End Date:** 30 AUG 2002
**Statement Code:** S00-USA-22
**Statement No:** 016
**Page 7 of 19**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | | | References | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 27AUG | 27AUG | | | USD YOUR: O/B BKAM IL C60<br>OUR: 0069903239FF | 2,517,579.24 | COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO DBI=FUND<br>-316-P 1-S 1 ML PREMIER FUND BBI=/O<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL C60<br>OBI=HOWT BBI=/TIME/10:29<br>IMAD: 0827610FGY2C000244 | | |
| 28AUG | | | | USD OUR: 2404085989TC | 82.54 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020826<br>ORIG ID:9020571072 DESC DATE:020828<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024085989 EED:020828<br>IND ID:GWT0000000009828<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 28AUG | | | | USD OUR: 2404085987TC | 360.88 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020826<br>ORIG ID:9020571072 DESC DATE:020828<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024085987 EED:020828<br>IND ID:GRG000000009828<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 28AUG | | | | USD YOUR: O/B BKAM IL C60<br>OUR: 0139107240FF | 1,063,944.89 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL C60<br>OBI=HOWT BBI=/TIME/12:06<br>IMAD: 0828610FGY2C000550 | | |
| 28AUG | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0261413240FF | 3,112,112.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 8 of 19

| Ledger Date | Adj. Ledger Date | Value Date | Reference | F T | Credits/Debits | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 29AUG | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0093013241FF | | 332,474.00 | COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/14:45<br>IMAD:0828EAQFTI1A001271<br>FEDWIRE CREDIT<br>VIA:WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O:W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:55 | | |
| 29AUG | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0089614241FF | | 1,255,568.28 | IMAD:0829EAQFTI1A000736<br>FEDWIRE CREDIT<br>VIA:BANK OF AMERICA<br>/071000039<br>B/O:W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:40<br>IMAD:0829GIQFGY2C000463 | | |
| 29AUG | | | USD YOUR: MAESTRO<br>OUR: 0332809241FF | | 5,200,000.00 | FEDWIRE CREDIT<br>VIA:STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O:W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF:CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO DBI=FUND<br>-31B=P I-S 1 ML PREMIER FUND BBI=/O<br>IMAD:0829AIQ002BC001568 | | |
| 30AUG | | | USD OUR: 2426654096TC | | 466.86 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020828<br>ORIG ID:9020571072 DESC DATE:020830<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000026654096 EED:020830<br>IND ID:GRN000000094830<br>IND NAME:GRACE CORP BENEFITS DE | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 9 of 19

## CREDITS CONTINUED

| Ledger Date | Ref Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 30AUG | | | USD YOUR: O/B BKAM IL CGO OUR: 0109501242FF | 1,239,098.22 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C=0001601001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:35 IMAD: 0830G1QF6Y2C000411 |
| 30AUG | | | USD YOUR: O/B WACHOVIA WIN OUR: 0144707242FF | 1,380,483.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C=0001601001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:15 IMAD: 0830EAQFTI1A001165 |

## DEBITS

| Ledger Date | Ref Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 16AUG | | | USD YOUR: FPRS DEPOSITORY OUR: 0844000228JB | 390.00 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 8/12 /02 HOURLY SSN: 0247703 |
| 16AUG | | | USD OUR: 0031490114XF | 1,592.98 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 |
| 16AUG | | | USD YOUR: SEE WIRE OUR: 0845360228JB | 28,472.88 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 16AUG | | | USD YOUR: FPRS DEPOSITORY OUR: 0843900228JB | 172,652.94 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. |

JPMorganChase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 10 of 19

| Ledger Date | A/c Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 16AUG | | 16AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0843700228.JB | 600,000.00 | X<br>REF: REFER TO WIRE WEEK ENDING 8/12<br>/02 CPD/DAVISON<br>SSN: 0247701<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:47<br>IMAD: 0816B1QGC01C003773 | | |
| 16AUG | | 16AUG | USD | YOUR: SEE WIRE<br>OUR: 0843800228.JB | 2,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:46<br>IMAD: 0816B1QGC07C003778 | | |
| 19AUG | | 19AUG | USD | YOUR: SEE WIRE<br>OUR: 0820000231.1B | 88,210.25 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 19AUG | | 19AUG | USD | YOUR: ACH OF 02/08/19<br>OUR: 0012200231HP | 96,791.00 | BOOK TRANSFER DEBIT<br>A/C: CB/ETS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 19AUG | | 19AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0819900231.JB | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:04<br>IMAD: 0819B1QGC07C003770 | | |
| 19AUG | | 19AUG | USD | YOUR: 0018225102/05A<br>OUR: 0820100231.13 | 3,858,018.62 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: MONEY MOBILIZATION DIVISION<br>ATTENTION GEORGE SEYMOUR<br>REF: DAVISON W.R. GRACE - VALLEYFIE | | |

JPMorgan Chase Bank

GE

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 11 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credits/Debits | Description |
|---|---|---|---|---|
| 20AUG | 20AUG | USD OUR: 0032370114XF | 15,653.22 | LD SETTLEMENT -SSN: 025216 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 |
| 20AUG | 20AUG | USD YOUR: SEE WIRE OUR: 0835000232JB | 51,580.49 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 20AUG | 20AUG | USD YOUR: SEE WIRE OUR: 0426800232JB | 787,414.99 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/12:09 IMAD: 0820B1QGC03C001999 |
| 20AUG | 20AUG | USD YOUR: HOWT-FUCD OUR: 0834900232JB | 4,900,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -2448/TIME/16:11 IMAD: 0820B1QGC07C003762 |
| 21AUG | 21AUG | USD OUR: 0031320114XF | 4,486.31 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 |
| 21AUG | 21AUG | USD YOUR: SEE WIRE OUR: 0797600233JB | 39,826.96 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: AON CONSULTING X REF: ACTUARIAL SERVICES/TIME/16:36 IMAD: 0821B1QGC03C003755 |
| 21AUG | 21AUG | USD YOUR: SEE WIRE OUR: 0758300233JB | 48,612.23 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 21AUG | 21AUG | USD YOUR: SEE WIRE OUR: 0759400233JB | 100,388.25 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PAYMENT OF INVOI |

JPMorgan Chase Bank

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 12 of 19

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | Reference | Debit | Credit/Balance | Description | Posting Balance Date Amount |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

**21AUG** USD YOUR: SEE WIRE
OUR: 0797700233JB
289,140.44

CE 144.11443
SSN: 0237372
CHIPS DEBIT
VIA: THE NORTHERN TRUST INTL BKING
/0112
A/C: FORTIS BANK(NEDERLAND)N.V.
PO BOX 749,3000 AS ROTTERDAM,HOLLND
BEN: MECOMIN DEVELOPMENT LTD
ATTN CAROLINE YATES
REF: GRACE DAVISON PMT OF INV 4392.
044

**21AUG** USD YOUR: 0018201109996B
OUR: 0757800233JR
919,631.18

SSN: 0239156
FEDWIRE DEBIT
VIA: BKAM IL C60
/071000039
A/C: WR GRACE + CO-CONN
X
REF: HOWT

**21AUG** USD YOUR: HOWT-FUCD
OUR: 0758900233J8
1,200,000.00

IMAD: 0821B1Q6C01C003968
FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16.20

**22AUG** USD OUR: 0032160114XF
2,214.66

IMAD: 0821B1QGC06C003631
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238B1963

**22AUG** USD YOUR: SEE WIRE
OUR: 0999900234J5
43,963.47

BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

**22AUG** USD YOUR: ACH OF 02/08/22
OUR: 0014900234HF
183,708.00

BOOK TRANSFER DEBIT
A/C: CB/EFTS PRE-FUNDING CLEARING A
TAMPA FL 33634-

**22AUG** USD YOUR: SEE WIRE
OUR: 1000100234J3
817,142.11

CHIPS DEBIT
VIA: THE BANK OF NOVA SCOTIA
/0253
A/C: THE BANK OF NOVIA SCOTIA
MISSISSAUGA, ONTARIO CANADA TRANSIT
BEN: MONEY MOBILIZATION DIV. - CAMB
ATTN TONY SKIFFINGTON
REF: CAMBRIDGE WR GRACE CANADIAN MO

JPMorgan Chase Bank



GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 13 of 19

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | IF | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 22AUG | | 22AUG | | USD YOUR: SEE WIRE<br>OUR: 0428700234JB | 2,487,299.05 | NEW MOBILIZATION<br>SSN:0252443<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/12:18<br>IMAD: 0822B1QGC02C001987 |
| 22AUG | | 22AUG | | USD YOUR: HOWT-FUCD<br>OUR: 1000000234JB | 6,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>/3448/TIME/16:42<br>IMAD: 0822B1QGC01C003928 |
| 23AUG | | 23AUG | | USD OUR: 0032870114XF | 302.63 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| 23AUG | | 23AUG | | USD YOUR: SEE WIRE<br>OUR: 0860900235JB | 39,433.80 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 23AUG | | 23AUG | | USD YOUR: HOWT-FUCD<br>OUR: 0861100235JB | 3,900,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>/3448/TIME/15:37<br>IMAD: 0823B1QGC01C003922 |
| 23AUG | | 23AUG | | USD YOUR: SEE WIRE<br>OUR: 0861300235JB | 9,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:37<br>IMAD: 0823B1QGC05C003668 |
| 26AUG | | 26AUG | | USD OUR: 0031990114XF | 700.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| 26AUG. | | 26AUG | | USD YOUR: SEE WIRE<br>OUR: 1078100238JB | 2,482.75 | FEDWIRE DEBIT<br>VIA: CITIBANK NYC |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 14 of 19

| Ledger Date | Val Ledgr Date | Value Date | R T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | /021000089 | | |
| | | | | | | A/C: BANCO DE OCCIDENTE | | |
| | | | | | | CALI, COLOMBIA | | |
| | | | | | | BEN: ALVARO BELTRAN FEGED | | |
| | | | | | | X | | |
| | | | | | | REF: MISC EXP APR-JULY 2002 5200135 | | |
| | | | | | | ,7342000,7360000,73600025,735000 | | |
| | | | | | | IMAD: 0826B1QGC06C004400 | | |
| 26AUG | USD YOUR: SEE WIRE OUR: 1112500238.JB | | | | 14,250.30 | FEDWIRE DEBIT | | |
| | | | | | | VIA: ALLFIRST BANK | | |
| | | | | | | /052000113 | | |
| | | | | | | A/C: SPECTERA INC | | |
| | | | | | | X | | |
| | | | | | | REF: JULY 2002 FEES/TIME/17:39 | | |
| 26AUG | USD YOUR: SEE WIRE OUR: 1077700238.JB | | | | 51,612.14 | IMAD: 0826B1QGC07C004706 | | |
| | | | | | | BOOK TRANSFER DEBIT | | |
| | | | | | | A/C: W R GRACE & CO CONN (UHC FUNDI | | |
| | | | | | | COLUMBIA MD 21044- | | |
| | | | | | | REF: UHC PAYMENTS | | |
| 26AUG | USD YOUR: SEE WIRE OUR: 1085200238.JB | | | | 125,056.78 | FEDWIRE DEBIT | | |
| | | | | | | VIA: BANK ONE NA CHGO | | |
| | | | | | | /071000013 | | |
| | | | | | | A/C: AON CONSULTING | | |
| | | | | | | X | | |
| | | | | | | REF: PENSION ADMINISTRATION PYMT/TI | | |
| | | | | | | ME/17:18 | | |
| | | | | | | IMAD: 0826B1QGC02C004541 | | |
| 26AUG | USD YOUR: FPRS DEPOSITORY OUR: 1065600238.JB | | | | 156,578.68 | CHIPS DEBIT | | |
| | | | | | | VIA: BANKERS TRUST COMPANY | | |
| | | | | | | /0103 | | |
| | | | | | | A/C: FPRS DEPOSITORY | | |
| | | | | | | X | | |
| | | | | | | BEN: WR GRACE + CO. | | |
| | | | | | | X | | |
| | | | | | | REF/ REFER TO WIRE WR GRACE PYMT WE | | |
| | | | | | | EK/ENDING 8/19/02 | | |
| | | | | | | SSN: 0245150 | | |
| 26AUG | USD YOUR: SEE WIRE OUR: 1111000238.B | | | | 165,622.35 | FEDWIRE DEBIT | | |
| | | | | | | VIA: BANK ONE NA CHGO | | |
| | | | | | | /071000013 | | |
| | | | | | | A/C: UNITED HEALTHCARE INSURANCE CO | | |
| | | | | | | X | | |
| | | | | | | REF: CR100360-1 IV000099112 AUG 200 | | |
| | | | | | | 2 FEES/TIME/17:35 | | |

JP Morgan Chase Bank

GE

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016
Page 15 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 26AUG | 26AUG USD | YOUR: 240009 OUR: 1109900238J8 | 330,271.46 | MAD: 082681QGC02C004631 BOOK TRANSFER DEBIT A/C: D0022430680 X REF; MET LIFE PREM. AUG 2002 PREMIU M PYMTS |
| 26AUG | 26AUG USD | YOUR: SEE WIRE OUR: 1078400238J8 | 800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF; TRANSFER FUNDS/TIME/17:08 |
| 26AUG | 26AUG USD | YOUR: HOWT-FUCD OUR: 1077500238J8 | 2,200,000.00 | MAD: 082681QGC02C004486 FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:08 |
| 27AUG | 27AUG USD | YOUR: FPRS DEPOSITORY OUR: 0873400239JJ | 390.00 | MAD: 082681QGC02C004471 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF; REFER TO WIRE WEEK ENDING 8/19 /02 HOURLY SSN: 0246539 |
| 27AUG | 27AUG USD | YOUR: FPRS DEPOSITORY OUR: 0873300239JJ | 4,275.81 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 8/21 /02 SALARIED SSN: 0246541 |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 16 of 19

| Ledger Date | Val Ledger Date | Value Date | T | References | Credit | Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

27AUG

27AUG    USD OUR: 0030760114XF        12,687.50 AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003881963

27AUG    USD YOUR: SEE WIRE
OUR: 0872900239JB        74,428.29 BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

27AUG    USD YOUR: HOWT-CHASE
OUR: 0873600239JB        77,194.03 BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098
REF: HOWT

27AUG    USD YOUR: SUPP. PENSION
OUR: 0286300239JB        363,620.85 FEDWIRE DEBIT
VIA: NORTHERN CHGO
/071000152
A/C: W R GRACE + CO. RETIREMENT PLA
ATTN : MR BRUCE HENIKEN
REF: SUPPLEMENTAL PENSION PYMT FOR
THE MONTH OF SEPTEMBER 2002/TIME/11
:36
IMAD: 0827B1QGC06C001773

27AUG    USD YOUR: SEE WIRE
OUR: 0285800239JB        818,566.73 FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
X
REF: HOURLY PAYROLL/TIME/11:35
IMAD: 0827B1QGC04C001738

27AUG    USD YOUR: FPRS DEPOSITORY
OUR: 0873200239JB        845,401.52 CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WEEK ENDING 8/21
/02 SALARIED
SSN: 0246538

27AUG    USD YOUR: HOWT-FUCD
OUR: 0873500239JB        3,100,000.00 FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111.79 ATTN P. LAWING 704-374
-3448/TIME/16:23
IMAD: 0827B1QGC05C003881

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  16 AUG 2002
Statement End Date:    30 AUG 2002
Statement Code:        S00-USA-22
Statement No:          016
Page 17 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

28AUG

28AUG  USD YOUR: 0036590114XF  OUR: 0036590114XF  3,424.00  AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 000323881963

28AUG  USD YOUR: SEE WIRE  OUR: 0951000240JB  55,791.44  BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

28AUG  USD YOUR: SEE WIRE  OUR: 0951800240JB  133,272.00  CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: AS HANSAPANK
SWIFT CODE HABA EE 2X
BEN: AS SILMET
X

28AUG  USD YOUR: SEE WIRE  OUR: 0950700240JB  1,700,000.00  /SSN: 0229846
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
ATTN MERRILL GROUP
REF: TRANSFER FUNDS/TIME/16:01
/MAD: 0828B1QGC08C004740

28AUG  USD YOUR: HOWT-FUCD  OUR: 0951400240JB  2,300,000.00  FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16:01
/MAD: 0828B1QGC05C004127

29AUG  USD YOUR: SEE WIRE  OUR: 0639600241JB  44,477.54  BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

29AUG  USD YOUR: FPRS DEPOSITORY  OUR: 0639500241JB  162,448.74  CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WR GRACE PYMT WE
EK ENDING 8/26/02 CPD/DAV

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

Page 18 of 19

| Ledger Date | Adj Ledger Date | Value Date | F/T | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | F/T | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 29AUG | 29AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0906200241JB | 6,600,000.00 | SSN: 0245421<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:19<br>IMAD: 0829B1QGC08C004661 |
| 30AUG | 30AUG | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0878300242JB | 410.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>REF: REFER TO WIRE WR GRACE + CO WE<br>EK ENDING 8/26/02 HOURLY |
| 30AUG | | USD | OUR: 0032930114XF | 10,998.39 | SSN: 0280390<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 |
| 30AUG | 30AUG | USD | YOUR: SEE WIRE<br>OUR: 0877900242JB | 34,009.74 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 30AUG | 30AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0879000242JB | 700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>/3448/TIME/13:33<br>IMAD: 0830B1QGC03C003770 |
| 30AUG | 30AUG | USD | YOUR: SEE WIRE<br>OUR: 0879400242JB | 1,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/13:34<br>IMAD: 0830B1QGC08C004094 |



GE

Account No: 016-001257
Statement Start Date: 16 AUG 2002
Statement End Date: 30 AUG 2002
Statement Code: S00-USA-22
Statement No: 016

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

JPMorgan Chase Bank

**CHECKS**

*No Activity*

JPMorganChase Bank

# JPMorganChase Statement Account

GE

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 1 of 22

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 69 |
| Total Debits (incl. checks) | 55 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 AUG 2002) | | Closing (15 AUG 2002) | |
|---|---|---|---|---|
| Total Credits | 62,110,479.98 | Ledger | 496,624.20 | Ledger |
| Total Debits (incl. checks) | 62,074,607.41 | | | 532,496.77 |
| Total Checks Paid | 0.00 | | | |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

Closing Balances: 532,496.77

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 01AUG | 459,741.81 |
| 02AUG | 450,813.26 |
| 05AUG | 729,766.71 |
| 06AUG | 456,688.51 |
| 07AUG | 499,558.22 |
| 08AUG | 370,719.23 |
| 09AUG | 537,192.91 |
| 12AUG | 481,258.50 |
| 13AUG | 587,699.91 |
| 14AUG | 499,358.28 |
| 15AUG | 532,496.77 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit /Debit | Description |
|---|---|---|---|---|---|---|---|
| 01AUG | | | | | USD OUR: 2137001975TC | 2.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG ID NAME:EBS C-N 020722<br>ORIG ID,920057l072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000027001975 EED:020801<br>IND ID:GWQ000000093801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | | USD OUR: 2137001980TC | 5.20 | ELECTRONIC FUNDS TRANSFER<br>ORIG ID NAME:EBS C-N 020722<br>ORIG ID,920057l072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000027001980 EED:020801<br>IND ID:GWQ000000092801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | | USD OUR: 2137001976TC | 11.12 | ELECTRONIC FUNDS TRANSFER<br>ORIG ID NAME:EBS C-N 020722<br>ORIG ID,920057l072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000027001976 EED:020801<br>IND ID:GWQ000000092801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | | USD OUR: 2137001983TC | 14.03 | ELECTRONIC FUNDS TRANSFER<br>ORIG ID NAME:EBS C-N 020722<br>ORIG ID,920057l072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000027001983 EED:020801<br>IND ID:GWT000000093801<br>IND NAME:GRACE CORP BENEFITS DE |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | USM - MIXED FLOAT |
| | US3 - THREE DAY FLOAT | |
| | US4 - FOUR DAY FLOAT | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

GE

**JP Morgan Chase Bank**

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 2 of 22

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

01AUG ... USD OUR: 2137001978TC ... 24.96 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027001978 EED:020801
IND ID:GWR000000009280I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137001981TC ... 27.06 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027001981 EED:020801
IND ID:GWS000000009280I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137001994TC ... 52.99 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027001994 EED:020801
IND ID:GYW000000009480I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137001973TC ... 88.45 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027001973 EED:020801
IND ID:GRU000000009480I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137001967TC ... 105.97 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027001967 EED:020801
IND ID:GRF000000009480I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137002000TC ... 105.97 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020730
ORIG ID:902057107Z DESC DATE:020801
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000027002000 EED:020801
IND ID:GRI000000009480I
IND NAME:GRACE CORP BENEFITS DE

01AUG ... USD OUR: 2137001984TC ... 133.64 ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020722

JPMorganChase        Statement of Account

JPMorgan Chase Bank

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 3 of 22

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA   02140

GE

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01AUG | USD OUR: 2137001988TC | 158.96 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001984 EED:020801<br>IND ID:GWT0000000002801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001986TC | 317.92 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001988 EED:020801<br>IND ID:GYD0000000004801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001985TC | 321.22 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001985 EED:020801<br>IND ID:GWY0000000003801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001998TC | 348.11 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020723<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001998 EED:020801<br>IND ID:NQV0000000092801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001990TC | 427.75 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001990 EED:020801<br>IND ID:GYG0000000004801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001965TC | 476.88 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD |

JPMorgan Chase Bank

JP⬤organChase    Statement of Account

GE

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 4 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01AUG | USD YOUR: 31Y9830881213<br>OUR: 2131000881ZA | | TRACE#:02100002700196S EED:020801<br>IND ID:GRD00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | 637.88 | E-AIP/USDP1 INT ACCRUAL TO CUSTOMER<br>CREDIT OF NET AIP INTEREST FOR<br>CURRENT PERIOD AND ANY PRIOR<br>PERIOD ADJUSTMENTS. SEE ENHANCED<br>AIP STATEMENT FOR DETAILS. |
| 01AUG | USD OUR: 2137001991TC | 1,207.82 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:0210000270011991 EED:020801<br>IND ID:GYR00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001993TC | 1,304.62 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:0210000270011993 EED:020801<br>IND ID:GYT00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001987TC | 1,558.65 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:0210000270011987 EED:020801<br>IND ID:GYC00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001966TC | 2,175.31 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:0210000270011966 EED:020801<br>IND ID:GRE00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001992TC | 2,215.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020722<br>ORIG ID:9020571072 DESC DATE:020801<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:0210000270011992 EED:020801<br>IND ID:GYS00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |

JPMorganChase    Statement of Account

GE

In US Dollars

Account No:       016-001257
Statement Start Date: 01 AUG 2002
Statement End Date:   15 AUG 2002
Statement Code:   S00-USA-22
Statement No:     015
Page 5 of 22

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT.MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Date | | | | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 01AUG | | | | USD OUR: 2137001979TC | 2,366.32 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001979 EED:020801<br>IND ID:GWS0000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001996TC | 3,140.52 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020723<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001996 EED:020801<br>IND ID:NQS0000000092801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001989TC | 3,392.61 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001989 EED:020801<br>IND ID:GYE0000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001977TC | 9,088.20 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001977 EED:020801<br>IND ID:GWR0000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001971TC | 13,712.87 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001971 EED:020801<br>IND ID:GRK0000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001982TC | 17,146.97 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001982 EED:020801<br>IND ID:GWT0000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | | | | USD OUR: 2137001972TC | 31,785.59 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722 |

JPMorgan Chase Bank

J.P.Morgan Chase

Statement of Account

In US Dollars

GE

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 AUG 2002 |
| Statement End Date: | 15 AUG 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 015 |

Page 6 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 01AUG | USD OUR: 2137001974TC | 37,846.58 | ELECTRONIC FUNDS TRANSFER<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001972 EED:020801<br>IND ID:GRN00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001964TC | 42,970.92 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001974 EED:020801<br>IND ID:GWQ00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001968TC | 60,549.42 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001964 EED:020801<br>IND ID:GRA00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001969TC | 85,225.44 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001968 EED:020801<br>IND ID:GRG00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD OUR: 2137001970TC | 105,680.48 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001969 EED:020801<br>IND ID:GRI00000000094801<br>IND NAME:GRACE CORP BENEFITS DE |
| 01AUG | USD YOUR: O/B FIRST UNION<br>OUR: 0254807213FF | 220,041.34 | ORIG CO NAME:EBS C-3N 020722<br>ORIG ID:902057107Z DESC DATE:020801<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000027001970 EED:020801<br>INF ID:GRJ00000000094801<br>IND NAME:GRACE CORP BENEFITS DE<br>FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN |