JPMorganChase

Chase Bank

**Statement of Account**

In US Dollars

GE

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 7 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01AUG | | | | USD YOUR: O/B BKAM IL C60 OUR: 0124213213FF | 878,897.74 | COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B FIRST UNION BBI=/TIME/12:13 IMAD: 0801F3QCAA1C000986 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 | | |
| 01AUG | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0324403213FF | 1,144,949.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL C60 BBI=HOWT BBI=/TIME/10:32 IMAD: 0801Q1QFGY2C000465 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 | | |
| 01AUG | | | | USD YOUR: MAESTRO OUR: 0491208213FF | 5,500,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:11 IMAD: 0801EAQFTIIA001234 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-9009 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -3/8=P 1-S 1 ML PREMIER FUND BBI=/0 IMAD: 0801A1Q002BC002337 | | |
| 02AUG | | | | USD OUR: 2142617601C | 52.24 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020731 ORIG ID:9020571072 DESC DATE:020802 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000022661760 EED:020802 IND ID:GWT0000000009480Z IND NAME:GRACE CORP BENEFITS DE | | |

JPMorganChase

GE

Statement of Account

In US Dollars

016-001257
01 AUG 2002
15 AUG 2002
S00-USA-22
015
Page 8 of 22

**Account No:**
**Statement Start Date:**
**Statement End Date:**
**Statement Code:**
**Statement No:**

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

02AUG    02AUG   USD YOUR: O/B WACHOVIA WIN    1,148,025.00
OUR: 0109702214FF

FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0080160001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:15
IMAD: 0802EQAFT1IA000692

02AUG    02AUG   USD YOUR: O/B BKAM IL CG0    2,344,018.66
OUR: 0096003214FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0000160001257 RFB=O/B BKAM IL CG0
OBI=HOWDB1=/TIME/10.53
IMAD: 0802B1GF6Y2C000356

05AUG    05AUG   USD YOUR: O/B HSBC USA    100,000.00
OUR: 0414703217FF

FEDWIRE CREDIT
VIA: HSBC BANK USA
/021001088
B/O: HSBC BANK USA
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0000160001257 RFB=O/B HSBC USA OBI
=ATTN: W. BRIAN MCGOWAN SENIOR VICE
PRESIDENT BBI=/TIME/17:25
IMAD: 0805B1Q8984C003799

05AUG    05AUG   USD YOUR: LOAN AGREEMENT    126,239.50
OUR: 0331202217FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA NA
/121000358
B/O: BANK OF AMERICA
ACCT # 51-430-00
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0080160001257 RFB=LOAN AGREEMENT B
BI=/TIME/15:56
IMAD: 0805L1LFBF6C001364

05AUG    05AUG   USD YOUR: O/B BKAM IL CG0    3,097,966.10
OUR: 0155909217FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.

JPMorganChase

GE

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 9 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | F | References | Value Date | Credit/Credit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 05AUG | USD YOUR: O/B WACHOVIA WIN OUR: 0218608217FF | 05AUG | 3,152,811.00 | CAMBRIDGE MA 02140 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/12:17 IMAD: 0805G61QF6Y2C000527 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:34 IMAD: 0805EAQFTI1A001133 |  |  |

| 06AUG | USD YOUR: O/B WACHOVIA WIN OUR: 0140301218FF | 06AUG | 2,724,934.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:20 IMAD: 0806EAQFTI1A000822 |  |  |

| 06AUG | USD YOUR: O/B BKAM IL CGO OUR: 0107305218FF | 06AUG | 3,479,938.91 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:27 IMAD: 0806G61QF6Y2C000375 |  |  |

| 07AUG | USD YOUR: 6283218812030001 OUR: 027460029 19FC | 07AUG | 2,469.14 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001601125 7 ORG=/000618IO17 COLUMBIA, MD 2104 |  |  |

JPMorgan Chase Bank

GE

**JPMorganChase**

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Account No: | 016-001257 |
| Statement Start Date: | 01 AUG 2002 |
| Statement End Date: | 15 AUG 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 015 |

Page 10 of 22

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 07AUG | | 07AUG | | USD YOUR: O/B WACHOVIA WIN OUR: 0198509219FF | 642,712.00 | 4-4098 OGB=BANK OF AMERICA NT SA CN SSN:0012834 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310049 B/O.: W R GRACE & CO COLUMBIA MD 21044 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125/ RFB=O/B WACHOVIA WIN BBI=/TIME/13:31 IMAD: 0807EAQFT1IA000973 | | |
| 07AUG | | 07AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0158614219FF | 1,598,747.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA /0710100639 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125/ RFB=O/B BKAM IL CGO OBI=/HOW/ BBI=/TIME/12.28 IMAD: 0807B0F6Y2C000557 | | |
| 08AUG | | 08AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0105513220FF | 649,557.26 | FEDWIRE CREDIT VIA: BANK OF AMERICA /0710100639 B/O:W.R. GRACE & CO. CAMBRIDGE MA 02140 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125/ RFB=O/B BKAM IL CGO IBI=/HOW/ BBI=/TIME/11:12 IMAD: 0808G1QF6Y2C000472 | | |
| 08AUG | | 08AUG | | USD YOUR: O/B WACHOVIA WIN OUR: 0091407220FF | 730,611.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310049/ B/O: W R GRACE & CO COLUMBIA MD 21044 REF.: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125/ RFB=O/B WACHOVIA WIN BBI=/TIME/10.57 IMAD: 0808EAQFT1IA000761 | | |
| 08AUG | | 08AUG | | USD YOUR: MAESTRO OUR: 0081300222OFF | 1,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

In US Dollars

GE

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015
Page 11 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit & Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 08AUG | | | USD YOUR: MAESTRO<br>OUR: 0307501220FF | 6,100,000.00 | /01100028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 0808A1Q0026C000207 | | |
| | | 09AUG | | | USD YOUR: MAESTRO<br>OUR: 0307501220FF | 1,084,059.11 | /01100028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 0808A1Q002BC001593<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:18<br>IMAD: 0809GIQFGY2C000418 | | |
| | | 09AUG | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0106302221FF | 1,600,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00P016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 0809A1Q002BC001443 | | |
| | | 09AUG | | | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0106313221FF | 1,699,668.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | 09AUG | | | USD YOUR: MAESTRO<br>OUR: 0318813221FF | | | | |

JPMorgan Chase Bank

**JPMorganChase**

GE

Statement of Account    In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                016-001257
Statement Start Date:      01 AUG 2002
Statement End Date:        15 AUG 2002
Statement Code:            S00-USA-22
Statement No:              015
Page 12 of 22

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 12AUG | | 12AUG | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0091801224FF | 2,077,691.00 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:24<br>IMAD: 0809EAQFT11A000827<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:10 | | | |
| 12AUG | | 12AUG | | USD YOUR: O/B BKAM II. CGO<br>OUR: 0127903224FF | 3,542,037.58 | IMAD: 0812EAQFT11A000731<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:48 | | | |
| 13AUG | | | | USD OUR: 0030520114XF | 7,092.74 | IMAD: 0812GIQFGY2C00037I<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 0003235881963 | | | |
| 13AUG | | 13AUG | | USD YOUR: 13360869<br>OUR: 0210502225FF | 533,951.99 | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=13360869 OBI=DEA<br>TH CLAIMS FOR MB038 AND MB039 BBI=/<br>IMAD: 0813A1QF148C004313 | | | |
| 13AUG | | 13AUG | | USD YOUR: O/B BKAM II CGO<br>OUR: 0111813225FF | 1,868,470.97 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO | | | |

JPMorgan Chase Bank

GE

JPMorganChase

Statement of Account

In US Dollars

Account No:        016-001257
Statement Start Date: 01 AUG 2002
Statement End Date:   15 AUG 2002
Statement Code:       S00-USA-22
Statement No:         015

Page 13 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | F | Reference | Value Date | Credits/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 13AUG | | | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0113902225FF | 13AUG | 3,832,727.00 | OBI=HOWT BBI=/TIME/11:30<br>IMAD: 0813G1QF6Y2C000405<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:42<br>IMAD: 0813EAQFTI1A000771 | | |
| 14AUG | | | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0181013226FF | 14AUG | 1,000,169.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/12:49<br>IMAD: 0814EAQFTI1A000910 | | |
| 14AUG | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0091214226FF | 14AUG | 3,027,188.68 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:50<br>IMAD: 0814G1QF6Y2C000378 | | |
| 15AUG | | | USD YOUR: 0/B WACHOVIA WIN<br>OUR: 0153713227FF | 15AUG | 449,862.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:35<br>IMAD: 0815EAQFTI1A000912 | | |
| 15AUG | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0136814227FF | 15AUG | 1,220,962.96 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA | | |

JPMorganChase    Statement of Account

GE    ⌐ ⌐

In US Dollars

**Account No:** 016-001257
**Statement Start Date:** 01 AUG 2002
**Statement End Date:** 15 AUG 2002
**Statement Code:** S00-USA-22
**Statement No:** 015
**Page 14 of 22**

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 15AUG | | USD | YOUR: MAESTRO<br>OUR: 0412401227FF | | 5,000,000.00 | /071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBJ=HOWT BBI=/TIME/11:13<br>IMAD: 0815GIQFGY2C000538<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4009<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000001601257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 0815AIQ002CC001609 | | |

**DEBITS**

| 01AUG | | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0948600213JB | | 410.00 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 7/29 | | |
| 01AUG | | USD | OUR: 0032770118XF | | 25,823.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963<br>/02 HOURLY CATCH UP CONTRIBUTIONS<br>SSN: 0253477 | | |
| 01AUG | | USD | YOUR: SEE WIRE<br>OUR: 1194500213JB | | 39,786.64 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 01AUG | | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0948500213JB | | 161,041.60 | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 7/29 | | |

JPMorgan Chase Bank

GE

Statement of Account

In US Dollars

Account No:        016-001257
Statement Start Date:  01 AUG 2002
Statement End Date:    15 AUG 2002
Statement Code:        S00-USA-22
Statement No:          015

Page 15 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

/02 CPD/DAVISON
SSN: 0253474

01AUG    01AUG    USD    YOUR: SEE WIRE      878,337.50-    BOOK TRANSFER DEBIT
                          OUR: 1194700213JB                  A/C: E I DUPONT DE NEMOURS & CO CON
                                                             WILMINGTON DE 19898
                                                             REF: ROYALTY PYMT DUE FOR THE PERIO
                                                             D 1/02 THROUGH 6/02

01AUG    01AUG    USD    YOUR: HOWT-FUCD    7,100,000.00-    FEDWIRE DEBIT
                          OUR: 1194600213JB                  VIA: FIRT UNION NC
                                                             /053000219
                                                             A/C: W.R. GRACE AND CO.
                                                             CHARLOTTE NC
                                                             REF: 0111 79 ATTN P. LAWING 704-374
                                                             -3448/TIME/17.08
                                                             IMAD: 0801B1QGC05C004872

02AUG    02AUG    USD    YOUR: SEE WIRE        38,068.06-    BOOK TRANSFER DEBIT
                          OUR: 0827600221 4.JB               A/C: W R GRACE & CO CONN (UHC FUNDI
                                                             COLUMBIA MD 21044-
                                                             REF: UHC PAYMENTS

02AUG             USD    OUR: 0031660114).F    59,258.79-    AUTOMATIC DOLLAR/FLOAT TRANSFER
                                                             TO ACCOUNT 00053538 1963

02AUG    02AUG    USD    YOUR: SEE WIRE        99,333.87-    FEDWIRE DEBIT
                          OUR: 0828500214.JB                 VIA: FW121000358
                                                             /121000358
                                                             A/C: BANK AMERICA BUSINESS CREDIT,
                                                             SONIA ROSADO PHONE 212-503-7835
                                                             REF: MONTHLY.SVCE FEES FOR JULY 200
                                                             2 PD 8/02/TIME/15:43
                                                             IMAD: 0802B1QGC02C003614

02AUG    02AUG    USD    YOUR: HOWT-CHASE     104,363.73-    BOOK TRANSFER DEBIT
                          OUR: 0827200214.JB                 A/C: W R GRACE & CO
                                                             COLUMBIA MD 21044-4098
                                                             REF: HOWT

02AUG    02AUG    USD    YOUR: SEE WIRE       600,000.00-    FEDWIRE DEBIT
                          OUR: 0828900214.JB                 VIA: STATE ST BOS
                                                             /011000028
                                                             A/C: MERRILL LYNCH PREMIER INSTITUT
                                                             FUND
                                                             BEN: N/O W.R. GRACE + CO - CONN
                                                             ATTN MERRILL GROUP
                                                             REF: TRANSFER FUNDS/TIME/15:48
                                                             IMAD: 0802B1QGC07C003743

02AUG    02AUG    USD    YOUR: HOWT-FUCD    2,600,000.00-    FEDWIRE DEBIT
                          OUR: 0828000214.JB                 VIA: FIRT UNION NC

JPMorgan Chase Bank

**JPMorganChase**

GE

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015
Page 16 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F X | References | Credit/Debit | Description | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 05AUG | | | | USD OUR: 0051390114XF | | /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:48 | |
| 05AUG | | | | USD YOUR: SEE WIRE OUR: 1055400217JB | 38,164.81 | IMAD: 0802B1QGC07C003742 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | |
| 05AUG | | | | USD YOUR: HOWT-FUCD OUR: 1055000217JB | 59,898.34 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 05AUG | | | | USD YOUR: SEE WIRE OUR: 1055900217JB | 2,600,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:36 | |
| 06AUG | | | | USD OUR: 0028910114XF | 3,500,000.00 | IMAD: 0805B1QGC04C004274 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/17:36 IMAD: 0805B1QGC05C00429Z | |
| 06AUG | | | | USD YOUR: SEE WIRE OUR: 0850500218JB | 4,231.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | |
| 06AUG | | | | USD YOUR: SEE WIRE OUR: 0296800218JB | 48,719.17 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |
| 06AUG | | | | USD YOUR: SEE WIRE OUR: 0850300218JB | 825,000.00 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X/ REF: HOURLY PAYROLL/TIME/12:00 IMAD: 0806B1QGC07C001786 | |
| 06AUG | | | | | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS | |

JPMorganChase

**Statement of Account**

in US Dollars

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 17 of 22

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 06AUG | | 06AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0850400218JB | 4,100,000.00 | /011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:38<br>IMAD: 0806B1QGC04C003431 |  |  |
| 07AUG | | 07AUG | USD | YOUR: SEE WIRE<br>OUR: 0719990219JB | 25,970.44 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:38<br>IMAD: 0806B1QGC03C003517<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |  |  |
| 07AUG | | 07AUG | USD | OUR: 0031070114XF | 75,088.26 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388196? |  |  |
| 07AUG | | 07AUG | USD | YOUR: SEE WIRE<br>OUR: 0720000219JB | 500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:28<br>IMAD: 0807B1QGC02C003445 |  |  |
| 07AUG | | 07AUG | USD | YOUR: HOWT-FUCD<br>OUR: 0720100219JB | 1,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:29<br>IMAD: 0807B1QGC05C003212 |  |  |
| 08AUG | | 08AUG | USD | OUR: 0030850114XF | 1,094.34 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388196? |  |  |
| 08AUG | | 08AUG | USD | YOUR: SEE WIRE<br>OUR: 0859600220JB | 50,847.14 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |  |  |

JPMorgan Chase Bank

JPMorgan Chase Bank

# JPMorganChase

## Statement of Account

GE

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015

Page 18 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

08AUG  08AUG  USD  YOUR: FPRS DEPOSITORY
OUR: 0838800220JB
165,840.11  CHIPS DEBIT
VIA: BANKERS TRUST COMPANY
/0103
A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X
REF: REFER TO WIRE WR GRACE PYMT FO
R WEEK ENDING 8/5/02.
SSN: 0266677

08AUG  08AUG  USD  YOUR: SEE WIRE
OUR: 0291600220JB
2,491,225.69  FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
X
REF: SALARIED PAYROLL/TIME/11:38
IMAD: 0808B1QGC03SC001758

08AUG  08AUG  USD  YOUR: HOWT-FUCD
OUR: 0839200220JB
6,000,000.00  FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16:20
IMAD: 0808B1QGC06C003605

09AUG  USD  OUR: 0031490114XF
690.00  AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032388I963

09AUG  09AUG  USD  YOUR: ACH OF 02/08/09
OUR: 0005500221HP
710.00  BOOK TRANSFER DEBIT
A/C: CB/EFTS PRE-FUNDING CLEARING A
TAMPA FL 33634-

09AUG  09AUG  USD  YOUR: SEE WIRE
OUR: 0846700221JB
15,853.43  BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

09AUG  09AUG  USD  YOUR: HOWT-FUCD
OUR: 0846800221JB
4,200,000.00  FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16:14
IMAD: 0809B1QGC02C003733

12AUG  USD  OUR: 0031150114XF
7,526.18  AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032388I963

JPMorganChase

JPMorgan Chase Bank

GE

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015
Page 19 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | F | Value Date | Description | References | Credit/Debit | Closing Balances Amount | Date |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | Description | References | Credit/Debit |
|---|---|---|---|---|
| 12AUG | 12AUG USD | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | YOUR: SEE WIRE<br>OUR: 0974100224JB | 68,136.81 |
| 12AUG | 12AUG USD | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:29<br>IMAD: 0812B1QGC06C003904 | YOUR: SEE WIRE<br>OUR: 0973900224JB | 2,800,000.00 |
| 12AUG | 12AUG USD | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:29<br>IMAD: 0812B1QGC06C003905 | YOUR: HOWT-FUCD<br>OUR: 0974000224JB | 2,800,000.00 |
| 13AUG | 13AUG USD | BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>XKALLAY (708)820-7742, GRPGUL<br>REF: EMPLOYEE GUL CONTRIBUTIONS 7/0<br>2 | YOUR: 2401-24<br>OUR: 0752100225JB | 2,611.30 |
| 13AUG | 13AUG USD | CHIPS DEBIT<br>VIA: BANKERS TRUST COMPANY<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 8/5/<br>02 AND 8/7/02 HOURLY AND SALARIED<br>SSN: 0223500 | YOUR: FPRS DEPOSITORY<br>OUR: 0751800225JB | 4,915.81 |
| 13AUG | 13AUG USD | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | YOUR: SEE WIRE<br>OUR: 0752300225JB | 78,677.47 |
| 13AUG | 13AUG USD | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON | YOUR: SEE WIRE<br>OUR: 0453500225JB | 776,857.69 |

JPMorganChase

Statement of Account

GE

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015
Page 20 of 22

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 13AUG | 13AUG | USD | YOUR: FPRS DEPOSITORY OUR: 0751700225JB | 872,739.02 | REF: HOURLY PAYROLL/TIME/12:02 IMAD: 0813B1QGC02C001882 CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 A/C: FPRS DEPOSITORY BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 8/7/ 02 SALARIED |
| 13AUG | 13AUG | USD | YOUR: SEE WIRE OUR: 0915300225JB | 1,900,000.00 | SSN: 0223421 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:20 IMAD: 0813B1QGC08C004228 |
| 13AUG | 13AUG | USD | YOUR: HOWT-FUCD OUR: 0752600225JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 /3448/TIME/15:05 |
| 14AUG | | USD | OUR: 0032110114XF | 2,724.80 | IMAD: 0813B1QGC03C002917 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 14AUG | | USD | YOUR: ACH OF 02/08/14 OUR: 0044700226HP | 5,748.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 14AUG | | USD | YOUR: SEE WIRE OUR: 0700600226JB | 23,187.11 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 14AUG | | USD | YOUR: HOWT-CHASE OUR: 0701100226JB | 66,039.40 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: HOWT |

JPMorganChase

GE

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 AUG 2002
Statement End Date: 15 AUG 2002
Statement Code: S00-USA-22
Statement No: 015
Page 21 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Date | Closing/Balances Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

14AUG    14AUG  USD  YOUR: SEE WIRE
                     OUR:  0701200226JB    218,000.00  CHIPS DEBIT
                                                       VIA: CITIBANK
                                                       /0008
                                                       A/C: THE BANK OF BERMUDA LTD
                                                       SWIFT CODE BDA BMHM
                                                       BEN: MARSH GLOBAL BROKING (BERMUDA)
                                                       X
                                                       REF: DIC PREMIUM(LIBERTY INTL + NOR
                                                       MANDY)RE: MARSH INV 168190
                                                       /SSN:34455

14AUG    14AUG  USD  YOUR: HOWT-FUCD
                     OUR:  0700900226JB  1,500,000.00  FEDWIRE DEBIT
                                                       VIA: FIRT UNION NC
                                                       /053000219
                                                       A/C: W.R. GRACE AND CO.
                                                       CHARLOTTE NC
                                                       REF: 0111 79 ATTN P. LAWING 704-374
                                                       -3448/TIME/15:32
                                                       IMAD: 0814B1Q6C01C003986

14AUG    14AUG  USD  YOUR: SEE WIRE
                     OUR:  0701000226JB  2,300,000.00  FEDWIRE DEBIT
                                                       VIA: STATE ST BOS
                                                       /011000028
                                                       A/C: MERRILL LYNCH PREMIER INSTITUT
                                                       FUND
                                                       BEN: N/O W.R. GRACE + CO - CONN
                                                       AFN: MERRILL GROUP
                                                       REF: TRANSFER FUNDS/TIME/15:32
                                                       IMAD: 0814B1QGC04C003731

15AUG           USD  OUR:  0032840114)F       12,864.02  AUTOMATED DOLLAR/FLOAT TRANSFER
                                                       TO ACCOUNT 00132388 1963

15AUG    15AUG  USD  YOUR: SEE WIRE
                     OUR:  1073400227JB     24,822.45  BOOK TRANSFER DEBIT
                                                       A/C: W R GRACE & CO CONN (UHC FUNDI
                                                       COLUMBIA MD 21044-
                                                       REF: UHC PAYMENTS

15AUG    15AUG  USD  YOUR: HOWT-FUCD
                     OUR:  1073300227JB  6,600,000.00  FEDWIRE DEBIT
                                                       VIA: FIRT UNION NC
                                                       /053000219
                                                       A/C: W.R. GRACE AND CO.
                                                       CHARLOTTE NC
                                                       REF: 0111 79 ATTN P. LAWING 704-374
                                                       -3448/TIME/16:46
                                                       IMAD: 0815B1QGC05C004501



JPMorganChase Bank

JPMorganChase        Statement of Account

In US Dollars

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE    MA    02140

Account No:              016-001257
Statement Start Date:    01 AUG 2002
Statement End Date:      15 AUG 2002
Statement Code:          S00-USA-22
Statement No:            015
**Page 22 of 22**

**CHECKS**

*No Activity*

H

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

```
Account Number     8188003115
01 01 145 01 M0000 E#       0
Last Statement:    07/31/2002
This Statement:    08/30/2002
```

```
Customer Service
  1-800-699-7188
```

W.R. GRACE & CO.
DEWEY AND ALMY CHEMICAL DIVISION
IMPREST ACCOUNT
ATTN  CHARLIE SEBESTYEN
62 WHITTEMORE AVENUE
CAMDRIDGE MA  02140

Page    1 of   1

## ANALYZED CHECKING (BLOCKED THIRD PARTY)

### Account Summary Information

```
Statement Period 08/01/2002 - 08/30/2002    Statement Beginning Balance     8,154.01
Number of Deposits/Credits           0      Amount of Deposits/Credits           .00
Number of Checks                     0      Amount of Checks                     .00
Number of Other Debits               1      Amount of Other Debits          8,154.01
                                            Statement Ending Balance             .00

Number of Enclosures                 0
Number of Days in Cycle             30      Service Charge                       .00
```

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/23 | | 8,154.01 | WIRE TYPE:WIRE OUT DATE:082302 TIME:1500 CT TRN:020823052457 FDREF/SEQ:020823052457/001531 BNF:W. R. GRACE & COMP - CONN ID:016001257 BNF BK: CHASE MANHATTAN BANK ID:021000021 | 00370052457 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 8,154.01 | 8,154.01 | 08/30 | .00 | .00 |
| 08/23 | .00 | .00 | | | |

H

## Bank of America 

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number      8188203114
01 01 142 01 M0000 E#       0
Last Statement:    07/31/2002
This Statement:    08/30/2002

Customer Service
1-800-262-2726

W.R. GRACE & CO.
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    4

# ANALYZED CHECKING

### Account Summary Information

| Statement Period 08/01/2002 - 08/30/2002 | Statement Beginning Balance | 764,032.26 |
|---|---|---|
| Number of Deposits/Credits | 46 | Amount of Deposits/Credits | 45,039,586.50 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 25 | Amount of Other Debits | 43,623,942.04 |
| | | Statement Ending Balance | 2,179,676.72 |

Number of Enclosures            0
Number of Days in Cycle        30    Service Charge                          .00

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/01 | | 325,930.68 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119623 |
| 08/01 | | 1,741,601.30 | Zero Balance Transfer | TRSF FR 8188703107 | 00722119314 |
| 08/02 | | 296,755.31 | Zero Balance Transfer | TRSF FR 8188903106 | 00722121127 |
| 08/02 | | 2,286,575.32 | Zero Balance Transfer | TRSF FR 8188703107 | 00722120848 |
| 08/05 | | 694,187.71 | Zero Balance Transfer | TRSF FR 8188903106 | 00722191067 |
| 08/05 | | 3,795,318.84 | Zero Balance Transfer | TRSF FR 8188703107 | 00722190755 |
| 08/06 | | 332,736.71 | Zero Balance Transfer | TRSF FR 8188903106 | 00722129317 |
| 08/06 | | 1,158,110.45 | Zero Balance Transfer | TRSF FR 8188703107 | 00722129034 |
| 08/07 | | 12,974.94 | Zero Balance Transfer | TRSF FR 8188903106 | 00722116006 |
| 08/07 | | 625,434.44 | Zero Balance Transfer | TRSF FR 8188703107 | 00722115721 |
| 08/08 | | 54,995.76 | Zero Balance Transfer | TRSF FR 8188903106 | 00722118446 |
| 08/08 | | 1,123,350.27 | Zero Balance Transfer | TRSF FR 8188703107 | 00722118178 |
| 08/09 | | 761,476.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722118950 |
| 08/09 | | 1,299,509.59 | Zero Balance Transfer | TRSF FR 8188703107 | 00722118668 |
| 08/12 | | 439,071.99 | Zero Balance Transfer | TRSF FR 8188903106 | 00722190167 |
| 08/12 | | 2,807,544.14 | Zero Balance Transfer | TRSF FR 8188703107 | 00722189872 |
| 08/13 | | 143,974.73 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127115 |
| 08/13 | | 2,929,484.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722126842 |
| 08/14 | | 107,160.28 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114200 |
| 08/14 | | 1,183,552.46 | Zero Balance Transfer | TRSF FR 8188703107 | 00722113914 |
| 08/15 | | 560.34 | Zero Balance Transfer | TRSF FR 8188703107 | 00722003971 |
| | | | Effective Date is 08/12/2002 | | |
| 08/15 | | 184,599.84 | Zero Balance Transfer | TRSF FR 8188903106 | 00722117671 |
| 08/15 | | 1,115,460.36 | Zero Balance Transfer | TRSF FR 8188703107 | 00722117404 |
| 08/16 | | 255,616.71 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119077 |
| 08/16 | | 1,552,156.61 | Zero Balance Transfer | TRSF FR 8188703107 | 00722118799 |
| 08/19 | | 635,662.50 | Zero Balance Transfer | TRSF FR 8188903106 | 00722189498 |
| 08/19 | | 3,373,445.83 | Zero Balance Transfer | TRSF FR 8188703107 | 00722189208 |
| 08/20 | | 265,711.16 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127207 |
| 08/20 | | 1,171,881.15 | Zero Balance Transfer | TRSF FR 8188703107 | 00722126932 |
| 08/21 | | 17,671.64 | Zero Balance Transfer | TRSF FR 8188903106 | 00722114480 |
| 08/21 | | 919,631.18 | WIRE TYPE:WIRE IN DATE: 082102 TIME:1519 CT | | 641200370052952 |
| | | | TRN:020821052952 FDREF/SEQ:0757800233JB/003968 | | |
| | | | ORIG:W.R. GRACE AND COMPANY ID:000016001257 | | |
| | | | SND BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:T | | |
| | | | EBC OF 02/08/21HOWT | | |
| 08/21 | | 1,308,760.43 | Zero Balance Transfer | TRSF FR 8188703107 | 00722114218 |
| 08/22 | | 102,630.03 | Zero Balance Transfer | TRSF FR 8188903106 | 00722117577 |
| 08/22 | | 1,051,119.69 | Zero Balance Transfer | TRSF FR 8188703107 | 00722117303 |

H

**Bank of America** 

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

```
Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   07/31/2002
This Statement:   08/30/2002
```

W.R. GRACE & CO.

Customer Service
1-800-262-2726

Page    2 of    4

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 08/23 | | 199,710.50 | Zero Balance Transfer | TRSF FR 8188903106 | 00722119557 |
| 08/23 | | 1,371,411.64 | Zero Balance Transfer | TRSF FR 8188703107 | 00722119283 |
| 08/26 | | 632,366.82 | Zero Balance Transfer | TRSF FR 8188903106 | 00722196828 |
| 08/26 | | 2,724,566.65 | Zero Balance Transfer | TRSF FR 8188703107 | 00722196529 |
| 08/27 | | 599,355.22 | Zero Balance Transfer | TRSF FR 8188903106 | 00722127646 |
| 08/27 | | 848,614.04 | Zero Balance Transfer | TRSF FR 8188703107 | 00722127377 |
| 08/28 | | 292,097.11 | Zero Balance Transfer | TRSF FR 8188903106 | 00722115193 |
| 08/28 | | 878,015.56 | Zero Balance Transfer | TRSF FR 8188703107 | 00722114935 |
| 08/29 | | 132,964.86 | Zero Balance Transfer | TRSF FR 8188903106 | 00722118993 |
| 08/29 | | 1,109,998.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722118721 |
| 08/30 | | 798,229.51 | Zero Balance Transfer | TRSF FR 8188903106 | 00722121471 |
| 08/30 | | 1,377,602.74 | Zero Balance Transfer | TRSF FR 8188703107 | 00722121189 |

## Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/01 | | 878,897.74 | WIRE TYPE:WIRE OUT DATE:080102 TIME:0931 CT TRN:020801018268 FDREF/SEQ:020801018268/000465 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370018268 |
| 08/02 | | 2,344,018.66 | WIRE TYPE:WIRE OUT DATE:080202 TIME:0952 CT TRN:020802016292 FDREF/SEQ:020802016292/000356 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370016292 |
| 08/05 | | 3,097,966.10 | WIRE TYPE:WIRE OUT DATE:080502 TIME:1117 CT TRN:020805022562 FDREF/SEQ:020805022562/000527 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370022562 |
| 08/06 | | 3,479,938.91 | WIRE TYPE:WIRE OUT DATE:080602 TIME:1027 CT TRN:020806016982 FDREF/SEQ:020806016982/000375 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370016982 |
| 08/07 | | 1,598,747.27 | WIRE TYPE:WIRE OUT DATE:080702 TIME:1127 CT TRN:020807023001 FDREF/SEQ:020807023001/000557 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370023001 |
| 08/08 | | 649,557.26 | WIRE TYPE:WIRE OUT DATE:080802 TIME:1012 CT TRN:020808016811 FDREF/SEQ:020808016811/000472 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370016811 |
| 08/09 | | 1,084,059.11 | WIRE TYPE:WIRE OUT DATE:080902 TIME:1017 CT TRN:020809018392 FDREF/SEQ:020809018392/000418 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN HATTAN BANK ID:021000021 PMT DET:HOWT | 00370018392 |
| 08/12 | | 1,600.00 | Foreign Exchange Debit        FX DRAW DRFX736265 2819.20 SGD ā 1.762 ON 20020808 | 01790300077 |

H

**Bank of America** 

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

| | |
|---|---|
| Account Number | 8188203114 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 07/31/2002 |
| This Statement: | 08/30/2002 |

Customer Service
1-800-262-2726

W.R. GRACE & CO.

Page     3 of     4

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/12 | | 2,000.00 | Foreign Exchange Debit          FX DRAW DRFX736264<br>3524.00 SGD  @ 1.762 ON 20020808 | 01790300232 |
| 08/12 | | 4,491.25 | Foreign Exchange Debit          FX DRAW DRFX736270<br>4638.76 EUR  @ 0.9682 ON 20020808 | 01790300016 |
| 08/12 | | 3,542,037.58 | WIRE TYPE:WIRE OUT DATE:081202 TIME:1047 CT<br>TRN:02081201934S FDREF/SEQ:020812019345/000371<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370019345 |
| 08/13 | | 1,868,470.97 | WIRE TYPE:WIRE OUT DATE:081302 TIME:1029 CT<br>TRN:020813017358 FDREF/SEQ:020813017358/000405<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370017358 |
| 08/14 | | 3,027,188.68 | WIRE TYPE:WIRE OUT DATE:081402 TIME:0950 CT<br>TRN:020814015148 FDREF/SEQ:020814015148/000378<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370015148 |
| 08/15 | | 1,220,962.96 | WIRE TYPE:WIRE OUT DATE:081502 TIME:1013 CT<br>TRN:020815018922 FDREF/SEQ:020815018922/000538<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370018922 |
| 08/16 | | 1,354,463.85 | WIRE TYPE:WIRE OUT DATE:081602 TIME:1017 CT<br>TRN:020816018100 FDREF/SEQ:020816018100/000375<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370018100 |
| 08/19 | | 3,581,784.15 | WIRE TYPE:WIRE OUT DATE:081902 TIME:1019 CT<br>TRN:020819016182 FDREF/SEQ:020819016182/000304<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370016182 |
| 08/20 | | 2,264,445.71 | WIRE TYPE:WIRE OUT DATE:082002 TIME:1032 CT<br>TRN:020820018636 FDREF/SEQ:020820018636/000375<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370018636 |
| 08/22 | | 1,710,114.13 | WIRE TYPE:WIRE OUT DATE:082202 TIME:0930 CT<br>TRN:020822014121 FDREF/SEQ:020822014121/000380<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370014121 |
| 08/22 | | 1,907,215.65 | Foreign Exchange Debit          FX DRAW DRFX107568<br>1907215.65 USD  @ 0.0 ON 20020821 | 01790300020 |
| 08/23 | | 1,124,649.74 | WIRE TYPE:WIRE OUT DATE:082302 TIME:0930 CT<br>TRN:020823014678 FDREF/SEQ:020823014678/000353<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370014678 |
| 08/26 | | 2,805,141.69 | WIRE TYPE:WIRE OUT DATE:082602 TIME:1126 CT<br>TRN:020826024055 FDREF/SEQ:020826024055/000508<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MAN<br>HATTAN BANK ID:021000021 PMT DET:HOWT | 00370024055 |

H

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

| | |
|---|---|
| Account Number | 8188203114 |
| 01 01 142 01 M0000 E# | 0 |
| Last Statement: | 07/31/2002 |
| This Statement: | 08/30/2002 |

Customer Service
1-800-262-2726

W.R. GRACE & CO.

Page     4 of     4

# ANALYZED CHECKING

## Withdrawals and Debits

**Other Debits - Continued**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 08/27 | | 2,517,579.24 | WIRE TYPE:WIRE OUT DATE:082702 TIME:0928 CT TRN:020827012731 FDREF/SEQ:020827012731/000244 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370012731 |
| 08/28 | | 1,063,944.89 | WIRE TYPE:WIRE OUT DATE:082802 TIME:1105 CT TRN:020828022965 FDREF/SEQ:020828022965/000550 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370022965 |
| 08/29 | | 1,255,568.28 | WIRE TYPE:WIRE OUT DATE:082902 TIME:0940 CT TRN:020829016463 FDREF/SEQ:020829016463/000463 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370016463 |
| 08/30 | | 1,239,098.22 | WIRE TYPE:WIRE OUT DATE:083002 TIME:0934 CT TRN:020830020499 FDREF/SEQ:020830020499/000411 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:CHASE MANHATTAN BANK ID:021000021 PMT DET:HOWT | 00370020499 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | 766,032.26 | 128,301.36 | 08/16 | 1,837,771.53 | 560,194.68 |
| 08/01 | 1,952,666.50 | 171,133.41 | 08/19 | 2,265,095.71 | 33,691.65 |
| 08/02 | 2,191,978.47 | 1,832.00 | 08/20 | 1,438,242.31 | 461.79 |
| 08/05 | 3,583,518.92 | 94,113.02 | 08/21 | 3,684,305.56 | 2,309,137.48 |
| 08/06 | 1,594,427.17 | 37,305.25 | 08/22 | 1,220,725.50 | 78,900.58 |
| 08/07 | 634,089.28 | .00 | 08/23 | 1,667,197.90 | 349,292.30 |
| 08/08 | 1,162,878.05 | .00 | 08/26 | 2,218,989.68 | 80,412.47 |
| 08/09 | 2,139,805.11 | 195,794.01 | 08/27 | 1,149,379.70 | 65,480.75 |
| 08/12 | 1,836,852.75 | 156,950.23 | 08/28 | 1,255,547.48 | 251,856.36 |
| 08/13 | 3,041,840.76 | 236,970.58 | 08/29 | 1,242,942.69 | 231,701.69 |
| 08/14 | 1,305,364.82 | 109,175.45 | 08/30 | 2,179,676.72 | 2,250.67 |
| 08/15 | 1,384,462.06 | 156,703.82 | | | |



# Commercial Checking

01    2000000282172  001  130         0    34      670

lllllllllllllllllllllllllllllllllllllllllllll
W.R. GRACE & COMPANY
ATTN: PAUL MILLIKEN                    CB
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

---

# Commercial Checking                        8/01/2002 thru 8/30/2002

Account number:        2000000282172
Account holder(s):     W.R. GRACE & COMPANY

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 8/01 | $2,012,828.74 |
| Deposits and other credits | 75,900,402.63 + |
| Other withdrawals and service fees | 75,916,940.05 - |
| **Closing balance 8/30** | **$1,996,291.32** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 7,100,000.00 | FUNDS TRANSFER  (ADVICE 020801043508) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/01 OBI=0111 79 ATTN P. LAWI REF=1194600213JB    08/01/02 05:07PM |
| 8/02 | 2,600,000.00 | FUNDS TRANSFER  (ADVICE 020802030898) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/02 OBI=0111 79 ATTN P. LAWI REF=0828000214JB    08/02/02 03:47PM |
| 8/05 | 2,600,000.00 | FUNDS TRANSFER  (ADVICE 020805033126) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/05 OBI=0111 79 ATTN P. LAWI REF=1055000217JB    08/05/02 05:35PM |
| 8/06 | 4,100,000.00 | FUNDS TRANSFER  (ADVICE 020806029960) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/06 OBI=0111 79 ATTN P. LAWI REF=0850400218JB    08/06/02 04:37PM |
| 8/07 | 1,600,000.00 | FUNDS TRANSFER  (ADVICE 020807026424) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/07 OBI=0111 79 ATTN P. LAWI REF=0720100219JB    08/07/02 03:27PM |
| 8/08 | 2.16 | ZBA TRANSFER CREDIT TRANSFER FROM 2079920005761 W R GRACE AND C |
| 8/08 | 6,000,000.00 | FUNDS TRANSFER  (ADVICE 020808029587) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/08 OBI=0111 79 ATTN P. LAWI REF=0839200220JB    08/08/02 04:19PM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02      2000000282172  001  130          0   34      671

---

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/09 | 4,200,000.00 | FUNDS TRANSFER  (ADVICE 020809030816)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/09 OBI=0111 79 ATTN P. LAWI<br>REF=0846800221JB      08/09/02  04:13PM |
| 8/12 | 3.07 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079920005761 W R GRACE AND C |
| 8/12 | 2,800,000.00 | FUNDS TRANSFER  (ADVICE 020812030818)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/12 OBI=0111 79 ATTN P. LAWI<br>REF=0974000224JB      08/12/02  04:29PM |
| 8/13 | 98.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 8/13 | 2,500,000.00 | FUNDS TRANSFER  (ADVICE 020813024948)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/13 OBI=0111 79 ATTN P. LAWI<br>REF=0752600225JB      08/13/02  03:04PM |
| 8/14 | 5.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005260 GRACE DAVISON |
| 8/14 | 1,500,000.00 | FUNDS TRANSFER  (ADVICE 020814028105)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/14 OBI=0111 79 ATTN P. LAWI<br>REF=0700900226JB      08/14/02  03:32PM |
| 8/15 | 6,600,000.00 | FUNDS TRANSFER  (ADVICE 020815035837)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/15 OBI=0111 79 ATTN P. LAWI<br>REF=1073300227JB      08/15/02  04:45PM |
| 8/16 | 600,000.00 | FUNDS TRANSFER  (ADVICE 020816029713)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/16 OBI=0111 79 ATTN P. LAWI<br>REF=0843700228JB      08/16/02  03:46PM |
| 8/19 | 67.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 8/19 | 2,100,000.00 | FUNDS TRANSFER  (ADVICE 020819028402)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/19 OBI=0111 79 ATTN P. LAWI<br>REF=0819900231JB      08/19/02  04:04PM |
| 8/20 | 4,900,000.00 | FUNDS TRANSFER  (ADVICE 020820029502)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=TEBC OF 02/08/20 OBI=0111 79 ATTN P. LAWI<br>REF=0834900232JB      08/20/02  04:09PM |

*Deposits and Other Credits continued on next page.*

---



# Commercial Checking

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/21 | 1,200,000.00 | FUNDS TRANSFER (ADVICE 020821029456) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/21 OBI=0111 79 ATTN P. LAWI REF=0758900233JB    08/21/02 04:20PM |
| 8/22 | 6,700,000.00 | FUNDS TRANSFER (ADVICE 020822030137) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/22 OBI=0111 79 ATTN P. LAWI REF=1000000234JB    08/22/02 04:42PM |
| 8/23 | 3,900,000.00 | FUNDS TRANSFER (ADVICE 020823029229) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/23 OBI=0111 79 ATTN P. LAWI REF=0861100235JB    08/23/02 03:36PM |
| 8/26 | 2,200,000.00 | FUNDS TRANSFER (ADVICE 020826032855) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/26 OBI=0111 79 ATTN P. LAWI REF=1077500238JB    08/26/02 05:06PM |
| 8/27 | 3,100,000.00 | FUNDS TRANSFER (ADVICE 020827030970) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/27 OBI=0111 79 ATTN P. LAWI REF=0873500239JB    08/27/02 04:20PM |
| 8/28 | 2,300,000.00 | FUNDS TRANSFER (ADVICE 020828031425) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/28 OBI=0111 79 ATTN P. LAWI REF=0951400240JB    08/28/02 04:01PM |
| 8/29 | 6,600,000.00 | FUNDS TRANSFER (ADVICE 020829033767) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/29 OBI=0111 79 ATTN P. LAWI REF=0906200241JB    08/29/02 04:19PM |
| 8/30 | 4.87 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005260 GRACE DAVISON |
| 8/30 | 220.88 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900016741 W R GRACE & CO |
| 8/30 | 700,000.00 | FUNDS TRANSFER (ADVICE 020830030543) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/08/30 OBI=0111 79 ATTN P. LAWI REF=0879000242JB    08/30/02 01:33PM |
| **Total** | **$75,900,402.63** | |


# Commercial Checking

04        2000000282172  001  130              0    34          673

---

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|-------:|-------------|
| 8/01 | 247.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/01 | 3,434.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/01 | 6,387.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/01 | 9,342.86 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/01 | 22,471.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/01 | 136,255.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/01 | 245,557.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/01 | 1,149,302.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/02 | 107.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/02 | 10,014.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/02 | 13,238.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/02 | 16,827.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/02 | 254,942.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/02 | 848,601.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/02 | 2,728,950.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/02 | 2,848,403.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/05 | 349.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/05 | 1,301.41 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/05 | 2,778.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/05 | 5,123.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/05 | 65,797.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/05 | 329,838.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/05 | 402,546.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

05      2000000282172   001   130      0   34    674

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/05 | 813,146.26 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/05 | 1,070,080.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO. |
| 8/06 | 124.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/06 | 1,134.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/06 | 1,921.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/06 | 4,943.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/06 | 11,532.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/06 | 17,268.53 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/06 | 399,422.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/06 | 1,352,309.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/06 | 1,375,791.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/07 | 287.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/07 | 2,710.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/07 | 6,373.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/07 | 12,042.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/07 | 124,980.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/07 | 529,371.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/07 | 664,086.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/07 | 914,028.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/07 | 1,613,346.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/08 | 592.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/08 | 1,700.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/08 | 5,587.70 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

06    2000000282172  001  130       0   34      675

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/08 | 6,790.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/08 | 7,835.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/08 | 10,738.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/08 | 149,017.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/08 | 189,963.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/08 | 552,184.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/09 | 186.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/09 | 292.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/09 | 14,158.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/09 | 216,793.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/09 | 223,586.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/09 | 374,426.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/09 | 922,379.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/09 | 1,635,820.70 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 3/09 | 3,038,943.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/12 | 590.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/12 | 1,108.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/12 | 8,459.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/12 | 9,152.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/12 | 58,858.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/12 | 613,908.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/12 | 703,093.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/12 | 726,805.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|---|---|---|
| 8/12 | 1,685,916.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/13 | 234.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/13 | 2,118.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/13 | 2,142.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/13 | 16,605.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/13 | 17,575.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/13 | 396,187.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/13 | 480,972.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/13 | 667,224.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/13 | 1,348,508.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/14 | 333.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/14 | 13,941.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/14 | 25,104.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/14 | 67,397.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/14 | 99,744.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/14 | 124,000.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/14 | 381,115.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/14 | 912,203.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/14 | 1,253,603.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/15 | 139.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/15 | 2,631.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/15 | 5,386.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/15 | 6,928.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

08        2000000282172  001   130           0   34        677

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|-------:|-------------|
| 8/15 | 8,626.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/15 | 10,442.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/15 | 11,435.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/15 | 19,584.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/15 | 138,328.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/15 | 144,123.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/15 | 607,566.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/16 | 217.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/16 | 244.41 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/16 | 1,945.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/16 | 16,498.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/16 | 19,411.85 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/16 | 247,378.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/16 | 265,182.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/16 | 1,902,361.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/16 | 3,672,816.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/19 | 115.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/19 | 911.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/19 | 1,167.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/19 | 28,867.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/19 | 29,705.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/19 | 60,525.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/19 | 464,435.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

09        2000000282172  001  130        0   34        678

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|---|---|---|
| 8/19 | 483,296.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/20 | 505.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/20 | 1,983.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/20 | 2,407.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/20 | 17,461.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/20 | 24,346.85 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/20 | 814,636.78 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/20 | 1,043,426.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/20 | 1,125,088.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| | 369.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/21 | 3,260.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/21 | 3,288.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/21 | 14,461.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/21 | 121,058.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/21 | 339,070.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/21 | 669,209.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/21 | 711,279.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/21 | 2,315,335.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/22 | 227.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/22 | 250.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/22 | 713.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/22 | 3,823.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/22 | 4,537.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |

*Other Withdrawals and Service Fees continued on next page.*

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**



# Commercial Checking

10      2000000282172   001   130      0   34      679

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/22 | 5,523.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/22 | 9,453.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/22 | 140,272.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/22 | 266,544.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/22 | 477,938.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/23 | 278.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/23 | 2,348.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/23 | 18,117.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/23 | 225,495.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/23 | 282,355.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/23 | 414,845.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/23 | 908,222.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/23 | 2,511,071.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/23 | 3,259,231.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/26 | 497.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/26 | 781.52 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/26 | 4,504.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/26 | 6,831.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/26 | 45,629.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/26 | 293,233.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/26 | 540,252.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/26 | 638,522.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/26 | 1,678,945.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

## Other Withdrawals and Service Fees    continued

| Date | Amount | Description |
|------|--------|-------------|
| 8/27 | 86.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/27 | 1,456.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/27 | 12,914.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/27 | 26,907.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/27 | 55,819.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/27 | 441,866.32 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/27 | 707,497.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/27 | 1,046,628.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/28 | 171.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/28 | 323.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/28 | 11,059.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/28 | 11,887.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/28 | 50,930.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/28 | 51,899.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/28 | 128,209.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/28 | 392,627.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/28 | 1,686,016.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/28 | 1,748,106.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/29 | 82.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/29 | 230.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/29 | 3,716.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/29 | 4,683.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/29 | 5,473.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

12       2000000282172   001   130          0   34       681

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/29 | 7,019.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/29 | 8,446.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/29 | 18,967.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/29 | 21,490.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/29 | 63,704.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/29 | 140,240.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/29 | 386,455.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/29 | 1,060,663.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/30 | 83.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 8/30 | 240.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 8/30 | 6,855.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 8/30 | 11,758.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 8/30 | 22,186.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 8/30 | 126,142.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 GRACE DAVISON |
| 8/30 | 614,863.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 8/30 | 2,164,350.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 8/30 | 2,682,535.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

| **Total** | **$75,916,940.05** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 8/01 | 7,539,829.62 | 8/12 | 3,787,224.38 | 8/21 | 1,960,913.93 |
| 8/02 | 3,418,744.65 | 8/13 | 3,355,752.56 | 8/22 | 7,751,629.04 |
| 8/05 | 3,327,783.19 | 8/14 | 1,978,311.62 | 8/23 | 4,029,661.94 |
| 8/06 | 4,263,335.56 | 8/15 | 7,623,118.37 | 8/26 | 3,020,463.03 |
| 8/07 | 1,996,108.69 | 8/16 | 2,037,062.42 | 8/27 | 3,827,287.31 |
| 8/08 | 7,071,700.82 | 8/19 | 3,068,105.27 | 8/28 | 2,046,056. |
| 8/09 | 4,795,114.14 | 8/20 | 4,938,248.23 | 8/29 | 6,924,881. |

*Daily Balance Summary continued on next page*



# Commercial Checking

13        2000000282172  001  130         0    34       682         _____  _____

                                                                      _____

---

## Daily Balance Summary continued

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 8/30  | 1,996,291.32 | | | | |

**EFFECTIVE 09/03/02 ACCOUNTS CLOSED IN OVERDRAFT STATUS WILL BE
ASSESSED A $30 COLLECTION FEE.
**FOR ALL ACCOUNTS OPENED PRIOR TO 09/03/02 THE FEE FOR THE CHECK
RETURN STATEMENT AS REFERENCED IN THE ENCLOSED MISCELLANEOUS
FEE SCHEDULE WILL NOT APPLY.



# Commercial Checking

14 .    2000000282172  001  130        0  34      683

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | CHARLOTTE NC  28288-0851 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | |

---

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

**In Case of Errors or Questions About Your Electronic Transfers:** Telephone us at 1-800-222-3862 or write to us at FIRST UNION, POST OFFICE BOX 563966, CHARLOTTE NC  28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



## Commercial Checking

| 01 | 2079900016741 | 005 | 109 | 0 | 0 | 2,830 |
|----|---------------|-----|-----|---|---|-------|

```
Ill....ldlll.ldllulll.....dld
W R GRACE & CO - CONN
ATTN PAUL MILLIKEN
62 WHITTEMORE AVENUE
CAMBRIDGE, MA  02140
```

CB   008

---

## Commercial Checking

**8/01/2002 thru 8/30/2002**

Account number:        2079900016741
Account holder(s):     W R GRACE & CO - CONN

Taxpayer ID Number:    135114230

### Account Summary

| | |
|---|---|
| Opening balance 8/01 | $0.00 |
| Deposits and other credits | 5,660,877.20 + |
| Checks | 372,358.00 - |
| Other withdrawals and service fees | 5,288,519.20 - |
| **Closing balance 8/30** | **$0.00** |

### Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 8/01 | 9,342.86 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/01 | 22,471.30 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/02 | 10,014.08 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/05 | 5,123.21 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/06 | 17,268.53 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/07 | 12,042.66 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/08 | 6,790.29 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/08 | 10,738.72 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/09 | 922,379.30 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/12 | 9,152.46 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/12 | 1,685,916.59 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/13 | 152.96 | AUTOMATED CREDIT RETURN SETTLE    RETURN CO. ID.     020813 CCD MISC SETTL CHOFAXEDI |
| 8/13 | 17,575.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

---

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**