# W.R. Grace & CO. and Subsidiaries

# EIN-65-0773649

# Consolidated U.S. Corporation IncomeTax Return

# Taxable Year 2001

# Book A

### W.R. Grace & Co. & Subsidiaries
### 2001 Consolidated U.S. Corporation Income Tax Return
### Index

| | | |
|---|---|---|
| Form | 1120 | U.S. Corporation Income Tax Return |
| Form | 7004 | Application for Automatic Extension of Time to File U.S. Corporation Income Tax Return |
| Schedule | D | Capital Gains and Losses |
| Schedule | N | Foreign Operations of U.S. Corporations |
| Form | 851 | Affiliations Schedule - W.R. Grace & Co. and Subsidiaries |
| Form | 926 | Return by a U.S. Transferor of Property to a Foreign Corporation - W. R. Grace Argentina, S. A. |
| Form | 1118 | Foreign Tax Credit - Corporations |
| Form | 1122 | Authorization and Consent of Subsidiary Corporation |
| Form | 3800 | General Business Credit |
| Form | 4136 | Credit For Federal Tax Paid on Fuels |
| Form | 4562 | Depreciation and Amortization |
| Form | 4626 | Alternative Minimum Tax - Corporations |
| Form | 4797 | Sales of Business Property |
| Form | 5713 | International Boycott Report |
| Form | 8594 | Asset Acquisition Statement |
| Form | 8827 | Credit for Prior Year Minimum Tax Corporations |
| Statement | 1 | Taxable Income Computation |
| Statement | 2 | Schedule A - Cost of Goods Sold |
| Statement | 3 | Schedule C - Dividends |
| Statement | 4 | Tax Computation |
| Statement | 5 | Schedule L, January 1, 2001 Consolidated Balance Sheet |
| Statement | 6 | Schedule L, December 31, 2001 Consolidated Balance Sheet |

2001 INDEX FOR 1120.xls

### W.R. Grace & Co. & Subsidiaries
### 2001 Consolidated U.S. Corporation Income Tax Return
### Index

Statement  7    Schedule M-1  Summary

Statement  8    Schedule  M-2 Summary

Statement  9    Form 4136 - Consolidated Supporting Schedules

Statement  10   Schedule D - Capital Gains and Losses

Statement  11   Form 4562 - Depreciation and Amortization

Statement  12   Form 4626 - Consolidated Supporting Schedules, AMTI Calculation

Statement  13   Form 4626 ACE Worksheet Detail

Statement  14   Form 4797 - Consolidated Supporting Schedules

Statement  15   Schedule E, Line 1

Statement  16   Schedule K, Line 3

Statement  17   Line 10 - Other Income

Statement  18   Line 17 - Taxes

Statement  19   Line 26 - Other Deductions

Statement  20   Schedule A - 263A

Statement  21   Schedule A, Line 5 Detail, Other Costs of Goods Sold

Statement  22   Schedule L, Line 6 Detail, Other Current Assets

Statement  23   Schedule L, Line 9 Detail, Other Investments

Statement  24   Schedule L, Line 14 Detail, Other Assets

Statement  25   Schedule L, Line 18 Detail, Other Current Liabilities

Statement  26   Schedule L, Line 21 Detail, Other Liabilities

Statement  27   Schedule L, Line 24 Detail, Appropr. Retained Earnings

Statement  28   Schedule M-1, Line 4, Taxable Income Not Recorded on Books

2001 INDEX FOR 1120.xls

## W.R. Grace & Co. & Subsidiaries
## 2001 Consolidated U.S. Corporation Income Tax Return
### Index

| | | |
|---|---|---|
| Statement | 29 | Schedule M-1, Line 5, Expenses on Books Not Deducted in Return |
| Statement | 30 | Schedule M-1, Line 7, Income on Books Not Included in Return |
| Statement | 31 | Schedule M-1, Line 8, Deductions in Return Not on Books |
| Statement | 32 | Schedule M-2, Line 3, Other Increases |
| Statement | 33 | Schedule D , Details |
| Statement | 34 | Form 4797, Details |
| Statement | 35 | Miscellaneous Elections |
| Statement | 36 | Statement Filed in Accordance with Treas. Reg. §1.382-2T(a)(2)(ii) |
| Statement | 37 | Election to Allocate Tax Liability Under Regs. Section 1.1502-33(D) |
| Statement | 38 | Statement Pursuant to Treasury Regulations §1.367(a)-8(b)(5) for W.R. Grace & Co.-Conn. |
| Statement | 39 | NOL Carryover Schedule |
| | | W. R. Grace & Co. - Conn. - Combining Schedules |
| Form 5471 | | Information Return of U.S. Persons with Respect to Certain Foreign Corporations |

## INSTRUCTIONS FOR FILING
## FORM 1120

UNITED STATES CORPORATION INCOME TAX RETURN
FOR THE YEAR ENDED ___12/31/2001___

W.R. GRACE & CO., & Subsidiaries
65-0773649

### SIGNATURE:

On Page 1 of the original return -

The declaration should be signed and dated by the president, vice president, treasurer, assistant treasurer, chief accounting officer, or other duly authorized officer.

Form 851 should be signed by an authorized officer.

The title of the officer should be entered.

A copy of the return, to which this instruction sheet is attached, is for your files.

### PAYMENT OF TAX:

| | |
|---|---:|
| Tax due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | NONE |
| Overpayment to be refunded . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,643 |
| Credited against estimated tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | NONE |
| Total overpayment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17,643 |

### FILING:

To avoid penalty, the executed copy of the return should be filed on or before   03/15/2002 .

Preferably, the return should be sent by registered mail or certified mail with the sender's receipt postmarked to prove mailing on or before the due date. If the due date falls on a Saturday, Sunday or legal holiday, the return will be considered timely if filed on the next succeeding business day.

The executed copy of the return should be filed with the:

Internal Revenue Service Center

### PERIOD OF LIMITATIONS ON CLAIMING REFUNDS:

Future events or changes in interpretation of the tax law may indicate that overpayment of tax will have been made for this year.

The normal limitation period within which a claim for refund may be filed will expire   03/15/2005 , or three years from the date of filing, whichever is later.

### NOTES:

08-30-02 15:07:14

Form **1120**
Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2001**

For calendar year 2001 or tax year beginning _____ ending _____
▶ Instructions are separate. See Instructions for Paperwork Reduction Act Notice.

**A** Check if a:

| | | | |
|---|---|---|---|
| 1 | Consolidated return (attach Form 851) | ☒ | |
| | Personal holding co. (attach Sch. PH) | ☐ | |
| 3 | Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T— see instructions) | ☐ | |

Use IRS label. Other-wise, print or type.

Name
W.R. GRACE & CO., & Subsidiaries

Number, street, and room or suite no. (If a P.O. box, see instructions.)
5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code
Boca Raton          FL    33487

**B** Employer identification number
65-0773649

**C** Date incorporated
08/06/1997

**D** Total assets (see instructions)
$ 3,392,540,686

**E** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | Income | | | | |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1,035,770,117 | b Less returns and allowances | 34,820,489 | c Bal ▶ | 1c | 1,000,949,628 |
| 2 | Cost of goods sold (Schedule A, line 8) | | | | 2 | 599,886,035 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | 3 | 401,063,593 |
| 4 | Dividends (Schedule C, line 19) | | | | 4 | 653,948 |
| 5 | Interest | | | | 5 | 25,831,613 |
| 6 | Gross rents | | | | 6 | 2,242 |
| 7 | Gross royalties | | | | 7 | 9,348,473 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | | 8 | 7,354,793 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | | 9 | 1,829,382 |
| 10 | Other income (see instructions - attach schedule) | | | ▶ | 10 | 6,960,659 |
| 11 | **Total income. Add lines 3 through 10** | | | ▶ | 11 | 453,044,703 |

| | Deductions (See instructions for limitations on deductions.) | | | | |
|---|---|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | | | | 12 | 5,847,889 |
| 13 | Salaries and wages (less employment credits) | | | | 13 | 187,637,053 |
| 14 | Repairs and maintenance | | | | 14 | 33,165,929 |
| 15 | Bad debts | | | | 15 | 907,566 |
| 16 | Rents | | | | 16 | 9,383,466 |
| 17 | Taxes and licenses | | | | 17 | 20,911,989 |
| 18 | Interest | | | | 18 | 32,996,725 |
| 19 | Charitable contributions (see instructions for 10% limitation) | | | | 19 | |
| 20 | Depreciation (attach Form 4562) | 20 | 65,156,992 | | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | | 21b | 65,156,992 |
| 22 | Depletion | | | | 22 | 500,406 |
| 23 | Advertising | | | | 23 | 5,820,869 |
| 24 | Pension, profit-sharing, etc., plans | | | | 24 | 36,771,243 |
| 25 | Employee benefit programs | | | | 25 | 24,531,122 |
| 26 | Other deductions (attach schedule) | | | ▶ | 26 | 96,585,924 |
| 27 | **Total deductions. Add lines 12 through 26** | | | ▶ | 27 | 520,217,173 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | | 28 | -67,172,470 |
| 29 | Less: a Net operating loss (NOL) deduction (see instructions) | 29a | | | | |
| | b Special deductions (Schedule C, line 20) | 29b | 452 | | 29c | 452 |
| 30 | Taxable income. Subtract line 29c from line 28 | | | | 30 | -67,172,922 |
| 31 | Total tax (Schedule J, line 11) | | | | 31 | NONE |

| | Tax and Payments | | | | | |
|---|---|---|---|---|---|---|
| 32 | Payments: a 2000 overpayment credited to 2001 | 32a | | | | |
| b | 2001 estimated tax payments | 32b | | | | |
| c | Less 2001 refund applied for on Form 4466 | 32c | ( ) | d Bal ▶ | 32d | |
| e | Tax deposited with Form 7004 | | | | 32e | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) | | | | 32f | |
| g | Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 17,643 | | 32h | 17,643 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | | 34 | NONE |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | | 35 | 17,643 |
| 36 | Enter amount of line 35 you want: Credited to 2002 estimated tax ▶ NONE Refunded ▶ | | | | 36 | 17,643 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: *Elyn Fila*     Date: 9/13/02     Title: Vice President

May the IRS discuss this return with the preparer shown below? (see instructions) ☐ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | EIN | |
| | | | Phone no. | |

JXB  F 1/7/02          09-09-02 12:02:04          Form **1120** (2001)

| **Schedule A**   Cost of Goods Sold 3022   Filed 11/19/02   Page 7 of 42 | | |
|---|---|---|
| **1** Inventory at beginning of year | **1** | 76,053,579 |
| **2** Purchases | **2** | 505,929,181 |
| **3** Cost of labor | **3** | 61,294,983 |
| **4** Additional section 263A costs (attach schedule) | **4** | -1,232,000 |
| **5** Other costs (attach schedule) | **5** | 48,338,864 |
| **6** Total. Add lines 1 through 5 | **6** | 690,384,607 |
| **7** Inventory at end of year | **7** | 90,498,572 |
| **8** Cost of goods sold. Subtract line 7 from line 6. Enter here and on line 2, page 1 | **8** | 599,886,035 |

**9a** Check all methods used for valuing closing inventory:

   **(i)** ☒ Cost as described in Regulations section 1.471-3

   **(ii)** ☐ Lower of cost or market as described in Regulations section 1.471-4

   **(iii)** ☐ Other (Specify method used and attach explanation.) ▶

  **b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c). ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO **9d** | 100%

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☒ Yes ☐ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation. ☐ Yes ☒ No

## Schedule C   Dividends and Special Deductions   (See instructions.)

| | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|
| **1** Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | 645 | 70 | 452 |
| **2** Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| **3** Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| **4** Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| **5** Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| **6** Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| **7** Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| **8** Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| **9** Total. Add lines 1 through 8. See instructions for limitation | | | 452 |
| **10** Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| **11** Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| **12** Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| **13** Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| **14** Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | 561,829 | | |
| **15** Foreign dividend gross-up (section 78) | 91,474 | | |
| **16** IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)). | | | |
| **17** Other dividends | | | |
| **18** Deduction for dividends paid on certain preferred stock of public utilities | | | |
| **19** Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | 653,948 | | |
| **20** Total special deductions.  Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1. ▶ | | | 452 |

## Schedule E   Compensation of Officers   (See instructions.)

**Note:** Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** | | % | % | % | 5,847,889 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| **2** Total compensation of officers | | | | | 5,847,889 |
| **3** Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| **4** Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | | 5,847,889 |

## Schedule J    Tax Computation (See instructions.)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563). . . . . . . . . ▶ ☐ | | |
| | **Important:** Members of a controlled group, see instructions. | | |
| 2 a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | | |
| | (1) \|$ _____ (2) \|$ _____ (3) $ _____ | | |
| b | Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ _____ | | |
| | (2) Additional 3% tax (not more than $100,000) $ _____ | | |
| 3 | Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see instructions) . ▶ ☐ | 3 | NONE |
| 4 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . | 4 | NONE |
| 5 | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | NONE |
| 6 a | Foreign tax credit (attach Form 1118) . . . . . . . 6a _____ | | |
| b | Possessions tax credit (attach Form 5735) . . . . . . . . 6b _____ | | |
| c | Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) 6c _____ | | |
| d | General business credit. Check box(es) and indicate which forms are attached. 6d _____ | | |
| | ☒ Form 3800 ☐ Form(s) (specify) ▶ _____ | | |
| e | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . . . 6e _____ | | |
| f | Qualified zone academy bond credit (attach Form 8860) . . . . . . . . 6f _____ | | |
| 7 | **Total credits.** Add lines 6a through 6f . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Subtract line 7 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . | 8 | NONE |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . | 9 | |
| 10 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 | 10 | NONE |
| | ☐ Form 8866 ☐ Other (attach schedule) . . . . . . . . . . | | |
| 11 | **Total tax.** Add lines 8 through 10. Enter here and on line 31, page 1 . . . . . . . . . . . | 11 | NONE |

## Schedule K    Other Information (See instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: a ☐ Cash  b ☒ Accrual | | |
| | c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ _____ 5239000 | | |
| b | Business activity ▶ Holding Company | | |
| | Product or service ▶ Holding Company | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . . . . . . . | | X |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income (or loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) . . . . . . | | X |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ _____ | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . . . . . . . . | | X |

| | | Yes | No |
|---|---|---|---|
| | If this is a consolidated return, answer here for the parent corporation and on **Form 851,** Affiliations Schedule, for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of stock of the corporation entitled to vote or **(b)** the total value of all classes of stock of the corporation? . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter: **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____ | | |
| c | The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ NONE | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ _____ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here. . . . . . ▶ ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ 364,213,348 | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

F 01/09/02

09-09-02 12:02:04

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash . . . . . . . . . . . . . | | 41,633,361 | | 42,740,700 |
| 2a Trade notes and accounts receivable . . . . . | 118,562,864 | | 168,182,492 | |
| b Less allowance for bad debts . . . . . . . . | ( 1,990,566 ) | 116,572,298 | ( 3,238,286 ) | 164,944,206 |
| 3 Inventories . . . . . . . . . . . . . | | 76,053,747 | | 90,498,572 |
| 4 U.S. government obligations . . . . . . . . . | | | | |
| 5 Tax-exempt securities (see instructions) . . . | | | | |
| 6 Other current assets (attach schedule) . . . . . | | 167,571,426 | | 49,629,569 |
| 7 Loans to shareholders . . . . . . . . . | | | | |
| 8 Mortgage and real estate loans . . . . . . . | | | | |
| 9 Other investments (attach schedule) . . . . . | | 1,157,796,703 | | 1,177,416,316 |
| 10a Buildings and other depreciable assets . . . . | 1,019,731,318 | | 1,047,605,988 | |
| b Less accumulated depreciation . . . . . . . | ( 619,291,839 ) | 400,439,479 | ( 670,043,927 ) | 377,562,061 |
| 11a Depletable assets . . . . . . . . . . . | 1,109,420 | | 1,109,421 | |
| b Less accumulated depletion . . . . . . . . | ( 240,125 ) | 869,295 | ( 267,879 ) | 841,542 |
| 12 Land (net of any amortization) . . . . . . . | | 8,748,260 | | 9,248,755 |
| 13a Intangible assets (amortizable only) . . . . . | 57,069,703 | | 76,564,134 | |
| b Less accumulated amortization . . . . . . . | ( 11,977,702 ) | 45,092,001 | ( 13,330,974 ) | 63,233,160 |
| 14 Other assets (attach schedule) . . . . . . . | | 1,330,441,346 | | 1,416,425,805 |
| 15 Total assets . . . . . . . . . . . . | | 3,345,217,916 | | 3,392,540,686 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable . . . . . . . . . . . | | 211,224,860 | | 61,579,075 |
| 17 Mortgages, notes, bonds payable in less than 1 year . . | | 258,627,438 | | 299,529 |
| 18 Other current liabilities (attach schedule) . . . | | 1,032,597,932 | | 844,639,651 |
| 19 Loans from shareholders . . . . . . . . . | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more . . | | 438,134 | | 501,981,134 |
| 21 Other liabilities (attach schedule) . . . . . . | | 1,751,221,707 | | 2,047,949,404 |
| 22 Capital stock: a Preferred stock . . . . . . | 112 | | 112 | |
| b Common stock . . . . . . | 799,888 | 800,000 | 769,667 | 769,779 |
| 23 Additional paid-in capital . . . . . . . . . | | 422,600,000 | | 432,989,609 |
| 24 Retained earnings - Appropriated (attach sch) . . | | -2,000 | | -2,000 |
| 25 Retained earnings - Unappropriated . . . . . | | -195,863,454 | | -360,655,457 |
| 26 Adjustments to shareholders' equity (attach schedule) . | | | | |
| 27 Less cost of treasury stock . . . . . . . . . | | ( 136,426,701 ) | | ( 137,010,038 ) |
| 28 Total liabilities and shareholders' equity . . . | | 3,345,217,916 | | 3,392,540,686 |

Note: The corporation is not required to complete Schedules M-1 and M-2 if the total assets on line 15, col. (d) of Schedule L are less than $25,000.

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . . . | 15,109,752 | | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books . . . . . . . . | 29,104,094 | | | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains . . . | | | | | 27,462,453 | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | | 27,462,453 |
| | | 27,373,332 | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | | a Depreciation . . . . $ | 65,136,319 | |
| a Depreciation . . . . . . $ 60,593,937 | | | | b Charitable contributions $ | | |
| b Charitable contributions $ 405,195 | | | | | 71,948,273 | |
| c Travel and entertainment $ 2,709,776 | | | | | | 137,084,592 |
| | -37,921,511 | 25,787,397 | | 9 Add lines 7 and 8 . . . . . . . . . . . | | 164,547,045 |
| 6 Add lines 1 through 5 . . . . . . . . . . | | 97,374,575 | | 10 Income (line 28, page 1) - line 6 less line 9 . | | -67,172,470 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . . . . | -195,863,454 | | 5 Distributions: a Cash . . . . | | |
| 2 Net income (loss) per books . . . . . . . . | 15,109,752 | | b Stock . . . . . . . . | | |
| 3 Other increases (itemize): | | | c Property . . . . . . . | | |
| | | | 6 Other decreases (itemize): | | |
| | -179,901,755 | | 7 Add lines 5 and 6 . . . . . . . . . . . . | | 0 |
| 4 Add lines 1, 2, and 3 . . . . . . . . . . | -360,655,457 | | 8 Balance at end of year (line 4 less line 7) . . | | -360,655,457 |

Form **7004**
(Rev. October 2000)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233

| Name of corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code .

Boca Raton                    FL      33487

**Check type of return to be filed:**

- [ ] Form 990-C
- [ ] Form 1120-FSC
- [ ] Form 1120-PC
- [ ] Form 1120S
- [X] Form 1120
- [ ] Form 1120-H
- [ ] Form 1120-POL
- [ ] Form 1120-SF
- [ ] Form 1120-A
- [ ] Form 1120-L
- [ ] Form 1120-REIT
- [ ] Form 1120-F
- [ ] Form 1120-ND
- [ ] Form 1120-RIC

- Form 1120-F filers: Check here if the foreign corporation does not maintain an office or place of business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**1** Request for Automatic Extension (see instructions)

**a** Extension date. I request an automatic 6-month (or, for certain corporations, 3 month) extension of time until _09/16/02_____, to file the income tax return of the corporation named above for ▶ [X] calendar year __2001 or ▶ [ ] tax year beginning _____and ending _____

**b** Short tax year. If this tax year is for less than 12 months, check reason:
- [ ] Initial return
- [ ] Final return
- [ ] Change in accounting period
- [ ] Consolidated return to be filed

**2** Affiliated group members (see instructions). If this application also covers subsidiaries to be included in a consolidated return, provide the following information:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| See Stmt 1 | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| **3** | Tentative tax (see instructions) . . . . . . . . . . . . . . . | **3** | - 0 |
| **4** | Payments and refundable credits: (see instructions) | | |
| **a** | Overpayment credited from prior year . . . . . | 4a | |
| **b** | Estimated tax payments for the tax year. . . . . | 4b | |
| **c** | Less refund for the tax year applied for on Form 4466 . . . . . . . | 4c ( ) Bal ▶ | 4d | 0 |
| **e** | Credit for tax paid on undistributed capital gains (Form 2439). . . . . . . . . . . | 4e | |
| **f** | Credit for Federal tax on fuels (Form 4136) . . . . . . . . . . . | 4f | |
| **5** | Total. Add lines 4d through 4f (see instructions) . . . . . . . . . . . . . . . . . . | **5** | 0 |
| **6** | Balance due. Subtract line 5 from line 3. Deposit this amount using the Electronic Federal Tax Payment System (EFTPS) or with a Federal Tax Deposit (FTD) Coupon (see instructions) . . . . . . . . . . . . . . | **6** | 0 |

**Signature.** Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

| Elyse Filon | V.P. - Taxation | 3-11-02 |
|---|---|---|
| (Signature of officer or agent) | (Title) | (Date) |

For Paperwork Reduction Act Notice, See Instructions.

JXB

F 08/29/01

Form **7004** (Rev. 10-2000)

U.S. Corporation Income Tax Return
For Year Ended 12/31/2001

Form 7004 Application for Automatic Extension
Affiliated Group Members

Statement 1

| Entity Name and Address of Each Member of the Affiliated Group | FEIN | Tax Period |
|---|---|---|
| W.R. Grace & Co.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0773649 | 1/01/01 - 12/31/01 |
| Ichiban Chemicals Co., Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0773652 | 1/01/01 - 12/31/01 |
| Grace Receivables Purchasing, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 58-2430942 | 1/01/01 - 12/31/01 |
| Remedium Group, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2312556 | 1/01/01 - 12/31/01 |
| Alewife Land Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2603359 | 1/01/01 - 12/31/01 |
| Alewife Boston Ltd.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2603361 | 1/01/01 - 12/31/01 |
| Five Alewife Boston, Ltd.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-3003981 | 1/01/01 - 12/31/01 |
| GN Holdings, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-3613599 | 1/01/01 - 12/31/01 |
| CCHP, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-3613597 | 1/01/01 - 12/31/01 |
| MRA Holdings, Corp.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0546677 | 1/01/01 - 12/31/01 |
| MRA Intermedco, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0180823 | 1/01/01 - 12/31/01 |
| MRA Staffing Systems, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0180825 | 1/01/01 - 12/31/01 |
| Grace Asia Pacific, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0422490 | 1/01/01 - 12/31/01 |
| Construction Products Dubai, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0456165 | 1/01/01 - 12/31/01 |
| CB Biomedical, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0679166 | 1/01/01 - 12/31/01 |
| Amicon, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 04-3137963 | 1/01/01 - 12/31/01 |
| Grace Washington, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2941320 | 1/01/01 - 12/31/01 |

W.R. GRACE & CO., & Subsidiaries
U.S. Corporation Income Tax Return
For Year Ended 12/31/2001

pg 2
EIN: 65-0773649

Form 7004 Application for Automatic Extension
Affiliated Group Members

Statement 1

| Entity Name and Address of Each Member of the Affiliated Group | FEIN | Tax Period |
|---|---|---|
| Grace Environmental, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 13-3546067 | 1/01/01 - 12/31/01 |
| The Separation Group 5400 Broken Sound Blvd. NW Suite 300 Boca Raton FL 33487 | 95-2806643 | 1/01/01 - 12/31/01 |
| Advanced Refining Technologies Management, Inc. 5400 Broken Sound Blvd. NW. Suite 300 Boca Raton FL 33487 | 52-2290300 | 1/01/01 - 12/31/01 |
| Grace Chemical Company of Cuba 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 36-6110408 | 1/01/01 - 12/31/01 |
| Grace Collections, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0419649 | 1/01/01 - 12/31/01 |
| Litigation Management, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0537976 | 1/01/01 - 12/31/01 |
| Southern Oil, Resin & Fiberglass, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 59-0967853 | 1/01/01 - 12/31/01 |
| Guanica-Caribe Land Development Corp. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0504444 | 1/01/01 - 12/31/01 |
| Grace Europe, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 13-2671485 | 1/01/01 - 12/31/01 |
| A-1 Bit & Tool Co., Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 22-2974435 | 1/01/01 - 12/31/01 |
| Grace Tarpons Investors, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0344213 | 1/01/01 - 12/31/01 |
| G C Limited Partners I, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0344211 | 1/01/01 - 12/31/01 |
| Monolith Enterprises, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 52-0913918 | 1/01/01 - 12/31/01 |
| Grace Culinary Systems, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 52-1309187 | 1/01/01 - 12/31/01 |
| Grace Hotel Services Corporation 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 13-3584911 | 1/01/01 - 12/31/01 |
| Monroe Street, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0351861 | 1/01/01 - 12/31/01 |
| Grace Management Services, Inc. 5400 Broken Sound Blvd. NW, Suite 300 Boca Raton, FL 33487 | 65-0391048 | 1/01/01 - 12/31/01 |

U.S. Corporation Income Tax Return
For Year Ended 12/31/2001

Form 7004 Application for Automatic Extension
Affiliated Group Members

Statement 1

| Entity Name and Address of Each Member of the Affiliated Group | FEIN | Tax Period |
|---|---|---|
| LB Realty, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0378942 | 1/01/01 - 12/31/01 |
| Grace H-G Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-3041784 | 1/01/01 - 12/31/01 |
| Hanover Square Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-6112817 | 1/01/01 - 12/31/01 |
| Ecarg, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2065245 | 1/01/01 - 12/31/01 |
| W.R. Grace Land Corp.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-2677646 | 1/01/01 - 12/31/01 |
| G C Management, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0355942 | 1/01/01 - 12/31/01 |
| Grace International Holdings, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0609540 | 1/01/01 - 12/31/01 |
| Water Street Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-6152056 | 1/01/01 - 12/31/01 |
| Del Taco Restaurants, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 75-1437918 | 1/01/01 - 12/31/01 |
| W.R. Grace Capital Corp.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-2934061 | 1/01/01 - 12/31/01 |
| Gloucester New Communities Company, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-2728098 | 1/01/01 - 12/31/01 |
| Creative Food 'N Fun Company<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 58-1505881 | 1/01/01 - 12/31/01 |
| Grace PAR Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2341175 | 1/01/01 - 12/31/01 |
| Grace A-B Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 22-2355544 | 1/01/01 - 12/31/01 |
| Homco International, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 74-1614655 | 1/01/01 - 12/31/01 |
| GPC Thomasville Corp.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0382355 | 1/01/01 - 12/31/01 |
| Grace Ventures Corp.<br>554 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-3102623 | 1/01/01 - 12/31/01 |

W.R. GRACE & CO., & Subsidiaries
U.S. Corporation Income Tax Return
For Year Ended 12/31/2001

pg 4
EIN: 65-0773649

Form 7004 Application for Automatic Extension
Affiliated Group Members

Statement 1

| Entity Name and Address of Each Member of the Affiliated Group | FEIN | Tax Period |
|---|---|---|
| Grace Energy Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 11-2516702 | 1/01/01 - 12/31/01 |
| GEC Management Corporation<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 75-2283780 | 1/01/01 - 12/31/01 |
| Grace Chemicals, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-3614662 | 1/01/01 - 12/31/01 |
| Darex Puerto Rico, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-2830236 | 1/01/01 - 12/31/01 |
| Grace Offshore Company<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 72-0502652 | 1/01/01 - 12/31/01 |
| Coalgrace, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-2934063 | 1/01/01 - 12/31/01 |
| Grace A-B Inc. II<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 58-1969353 | 1/01/01 - 12/31/01 |
| Grace H-G II Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 58-1969354 | 1/01/01 - 12/31/01 |
| Coalgrace II, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 58-1969355 | 1/01/01 - 12/31/01 |
| Gracoal II, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 34-1103784 | 1/01/01 - 12/31/01 |
| Gracoal, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 75-1511800 | 1/01/01 - 12/31/01 |
| Grace Drilling Company<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 73-0971397 | 1/01/01 - 12/31/01 |
| Grace Petroleum Lybia, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-6112816 | 1/01/01 - 12/31/01 |
| Grace Germany Holdings, Inc.<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 65-0799268 | 1/01/01 - 12/31/01 |
| W.R. Grace & Co. - Conn., & Divisions<br>5400 Broken Sound Blvd. NW, Suite 300<br>Boca Raton, FL 33487 | 13-5114230 | 1/01/01 - 12/31/01 |

| SCHEDULE D | **Capital Gains and Losses** | OMB No. 1545-0123 |
|---|---|---|
| (Form 1120) | ▶ Attach to Form 1120, 1120-A, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, 990-C, or certain Forms 990-T. | **2001** |
| Department of the Treasury Internal Revenue Service | | |

Name: W.R. GRACE & CO., & Subsidiaries

Employer identification number: 65-0773649

## Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example, 100 shares of Z Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) (Subtract (e) from (d)) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Short-term gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Unused capital loss carryover (attach computation). . . . . . . . . . . . . . . . . . . . . . . . . | 4 | ( ) |
| 5 | Net short-term capital gain or (loss). Combine lines 1 through 4 . . . . . . . . . . . . . . . . . . . . . | 5 | 0 |

## Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) | (b) | (c) | (d) | (e) | (f) |
|---|---|---|---|---|---|
| 6 See Stmt 33 | | | 6,796,008 | | 6,796,008 |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 7 | Enter gain from Form 4797, column (g), line 7 or 9 . . . . . . . . . . . . . . . . . . . . . | 7 | 558,785 |
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . | 8 | |
| 9 | Long-term gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Net long-term capital gain or (loss). Combine lines 6 through 10 . . . . . . . . . . . . . . . . . . . | 11 | 7,354,793 |

## Part III   Summary of Parts I and II

| | | | |
|---|---|---|---|
| 12 | Enter excess of net short-term capital gain (line 5) over net long-term capital loss (line 11) . . . . . . . . . . | 12 | 0 |
| 13 | Net capital gain. Enter excess of net long-term capital gain (line 11) over net short-term capital loss (line 5). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 7,354,793 |
| 14 | Add lines 12 and 13. Enter here and on Form 1120, page 1, line 8, or the proper line on other returns. . . . . . . | 14 | 7,354,793 |
| | Note: If losses exceed gains, see **Capital losses** in the instructions. | | |

For Paperwork Reduction Act Notice, see Instructions for Forms 1120 and 1120-A.

Schedule D (Form 1120) 2001

JXB   F 01/02/02

**SCHEDULE N**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Foreign Operations of U.S. Corporations

▶ Attach to Form 1120, 1120-IC-DISC, 1120-L,
1120-PC, 1120-REIT, 1120-RIC, or 1120S.

OMB No. 1545-0123

**2001**

Employer identification number (EIN)

65-0773649

ʼme

W.R. GRACE & CO., & Subsidiaries

## Foreign Operations Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3? . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each entity. | X | |
| 2 | Enter the number of **Forms 8865**, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to the corporations income tax return . . . . . . . . . . . . . . . . . ▶ ___0___ | | |
| 3 | Excluding any partnership for which a Form 8865 is attached to the tax return, did the corporation own at least a 10% interest, directly or indirectly, in any other foreign partnership? . . . . . . . . . . . . . . . . . . . . . If "Yes," see instructions. | | X |
| 4a | Was the corporation a U.S. shareholder of any controlled foreign corporation (CFC)? (See sections 951 and 957.) . . . . . . . . If "Yes," attach **Form 5471**, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, for each CFC. | X | |
| b | Enter the number of Forms 5471 attached to the tax return . . . . . . . . . . . . . . . . . . ▶ ___76___ | | |
| 5 | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," the corporation may have to file **Form 3520**, Annual Return to Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. | | X |
| 6a | At any time during the 2001 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See the instructions for exceptions and filing requirements for **Form TD F 90-22.1**, Report of Foreign Bank and Financial Accounts. | X | |
| b | If "Yes," enter the name of the foreign country . . . . . . . . . . . . . . . ▶ <u>Available Upon Request</u> | | |
| 7a | Is the corporation claiming the extraterritorial income exclusion? . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach a separate **Form 8873**, Extraterritorial Income Exclusion, for each transaction or group of transactions. | | X |
| b | Enter the number of Forms 8873 attached to the tax return . . . . . . . . . . . . . . . ▶ ___0___ | | |
| c | Enter the total of the amounts from line 55 (extraterritorial income exclusion (net of disallowed deductions)) of **all** Forms 8873 attached to the tax return . . . . . . . . . . . . ▶ $ ___0___ | | |

**For Paperwork Reduction Act Notice, See Instructions for Forms 1120 and 1120-A.**

Schedule N (Form 1120) 2001

JXB F 11/28/01

**W. R. Grace & Co. And Subsidiaries**

**Consolidated U.S. Corporation Income Tax Return**

**For The Year Ending December 31, 2001**

## Schedule N – Question 1

| Name | Country | EIN |
|---|---|---|
| W. R. Grace SAS (a) | France | 98-0180944 |
| Grace Management GP GmbH | Germany | 65-0919075 |
| Grace Manufacturing GmbH & Co. KG | Germany | N/A |
| Grace GP GmbH | Germany | N/A |
| Grace Catalyst AB | Sweden | N/A |

(a) W. R. Grace SAS was converted from an SAS to an SA on September 28, 2001. The name of this company changed to W. R. Grace SA.

| Form **851** | **Affiliations Schedule** | OMB No. 1545-0025 |
|---|---|---|

(Rev. September 2000)

▶ **File with each consolidated income tax return**

Department of the Treasury
Internal Revenue Service

Tax year ending  December 31, 2001

Name of common parent corporation

W.R. GRACE & CO., & Subsidiaries

Employer identification number: 65-0773649

Number, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton　　　　　　FL　　　　33487

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 3 | W.R. GRACE & CO.-CONN. and DIVISIONS | | | |
| 2 | Boca Raton, FL                              33487 | 13-5114230 | 17,643 | |
| 21 | A-1 Bit & Tool Co., Inc. | | | |
| 3 | Boca Raton,                      FL      33487 | 22-2974435 | | |
| 22 | Alewife Boston Ltd. | | | |
| 4 | Boca Raton,                      FL      33487 | 22-2603361 | | |
| 23 | Alewife Land Corporation | | | |
| 5 | Boca Raton,                      FL      33487 | 22-2603359 | | |
| 24 | CCHP, Inc. | | | |
| 6 | Boca Raton,                      FL      33487 | 13-3613597 | | |
| 25 | CB Biomedical, Inc. | | | |
| 7 | Boca Raton,                      FL      33487 | 65-0679166 | | |
| 26 | Coalgrace, Inc. | | | |
| 8 | Boca Raton,                      FL      33487 | 13-2934063 | | |
| | Coalgrace II, Inc. | | | |
| | Boca Raton,                      FL      33487 | 58-1969355 | | |
| | Construction Products Dubai, Inc. | | | |
| 10 | Boca Raton,                      FL      33487 | 65-0456165 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation: | | | | | | | |
| 3 | Subsidiary corporations: | | | | | | | |
| 2 | SPEC CHEM, CONS PROD, ETC. | 325100 | | X | 94,500,000 | 100.00% | 100.00% | 1 |
| 21 | | | | | | | | |
| 3 | OIL FIELD SERVICES | 213110 | | X | 1,000 | 100.00% | 100.00% | 67 |
| 22 | | | | | | | | |
| 4 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 77 |
| 23 | | | | | | | | |
| 5 | REAL ESTATE | 531390 | | X | 200 | 100.00% | 100.00% | 77 |
| 24 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1 | 100.00% | 100.00% | 38 |
| 25 | | | | | | | | |
| 7 | BIOMEDICAL TECHNOLOGY | 541700 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 26 | | | | | | | | |
| 8 | HOLDING COMPANY | 523900 | | X | 100 | 100.00% | 100.00% | 48 |
| | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 10 | INACTIVE | 999999 | | X | 2,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01                              08-22-02 16:55:54

# Form 851

(Rev September 2000)

**Affiliations Schedule**

▶ File with each consolidated income tax return

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0025

Tax year ending  December 31, 2001

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

ber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton · FL 33487

## Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . | | | 65-0773649 | | |
| | Subsidiary corporations: | | | | | |
| 29 | Creative Food 'N Fun Company | | | | | |
| 2 | Boca Raton, | FL | 33487 | 58-1505881 | | |
| 30 | Darex Puerto Rico, Inc. | | | | ` | |
| 3 | Boca Raton, | FL | 33487 | 13-2830236 | | |
| 31 | Del Taco Restaurants, Inc. | | | | | |
| 4 | Boca Raton, | FL | 33487 | 75-1437918 | | |
| 32 | Amicon, Inc. | | | | | |
| 5 | Boca Raton, | FL | 33487 | 04-3137963 | | |
| 33 | Ecarg, Inc. | | | | | |
| 6 | Boca Raton, | FL | 33487 | 22-2065245 | | |
| 34 | Five Alewife Boston, Ltd. | | | | | |
| 7 | Boca Raton, | FL | 33487 | 22-3003981 | | |
| 35 | G C Limited Partners I, Inc. | | | | | |
| 8 | Boca Raton, | FL | 33487 | 65-0344211 | | |
| | G C Management, Inc. | | | | | |
| | Boca Raton, | FL | 33487 | 65-0355942 | | |
| | GEC Management Corporation | | | | | |
| 10 | Boca Raton, | FL | 33487 | 75-2283780 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . ▶ | | | | 17,643 | |

## Part II — Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | | | | | | | |
| 29 | Subsidiary corporations: | | | | | | | |
| 2 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 31 |
| 30 | | | | | | | | |
| 3 | INDUSTRIAL CHEMICALS | 325100 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 31 | | | | | | | | |
| 4 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 32 | | | | | | | | |
| 5 | MANUFACTURING | 339900 | | X. | 100 | 100.00% | 100.00% | 3 |
| 33 | | | | | | | | |
| 6 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 3 |
| 34 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | | % | % | 77 |
| 35 | | | | | | | | |
| 9 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 37 | | | | | | | | |
| 10 | ADMINISTRATIVE SERVICES | 561110 | | X | 1,000 | 100.00% | 100.00% | 48 |

**For Paperwork Reduction Act Notice, See Instructions.**

Form **851** (Rev. 9-2000)

| Form **851** | | **Affiliations Schedule** | | | OMB No. 1545-0025 |
|---|---|---|---|---|---|
| (Rev. September 2000) | | ▶ **File with each consolidated income tax return** | | | |
| Department of the Treasury Internal Revenue Service | | Tax year ending   December 31, 2001 | | | |

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)
5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code
Boca Raton                    FL                    33487

## Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 38 | GN Holdings, Inc. | | | |
| 2 | Boca Raton,                  FL     33487 | 13-3613599 | | |
| 39 | Gloucester New Communities Company, Inc. | | | |
| 3 | Boca Raton,                  FL     33487 | 13-2728098 | | |
| 40 | GPC Thomasville Corp. | | | |
| 4 | Boca Raton,                  FL     33487 | 65-0382355 | | |
| 41 | Grace A-B Inc. | | | |
| 5 | Boca Raton,                  FL     33487 | 22-2355544 | | |
| 42 | Grace A-B Inc. II | | | |
| 6 | Boca Raton,                  FL     33487 | 58-1969353 | | |
| 43 | Grace Chemical Company of Cuba | | | |
| 7 | Boca Raton,                  FL     33487 | 36-6110408 | | |
| 44 | Grace Chemicals, Inc. | | | |
| 8 | Boca Raton,                  FL     33487 | 13-3614662 | | |
| 45 | Remedium Group, Inc. | | | |
| | Boca Raton,                  FL     33487 | 22-2312556 | | |
| | Grace Culinary Systems, Inc. | | | |
| 10 | Boca Raton,                  FL     33487 | 52-1309187 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II   Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 523900 | | | | | | |
| 38 | Subsidiary corporations: | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 94 | 94.00% | 94.00% | 53 |
| 39 | | | | | | | | |
| 3 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 77 |
| 40 | | | | | | | | |
| 4 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 41 | | | | | | | | |
| 5 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 42 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 43 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | 1,500 | 100.00% | 100.00% | 3 |
| 44 | | | | | | | | |
| 8 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | INDUSTRIAL CHEMICALS | 325100 | | X | 11,000 | 100.00% | 100.00% | 1 |
| 10 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01                              09-09-02 12:02:04

| Form **851** | **Affiliations Schedule** | OMB No. 1545-0025 |
|---|---|---|
| (Rev. September 2000) | ▶ File with each consolidated income tax return | |
| Department of the Treasury Internal Revenue Service | Tax year ending   December 31, 2001 | |

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                           FL                           33487

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 47 | Grace Drilling Company | | | |
| 2 | Boca Raton,                 FL      33487 | 73-0971397 | | |
| 48 | Grace Energy Corporation | | | |
| 3 | Boca Raton,                 FL      33487 | 11-2516702 | | |
| 49 | Grace Environmental, Inc. | | | |
| 4 | Boca Raton,                 FL      33487 | 13-3546067 | | |
| 50 | Grace H-G Inc. | | | |
| 5 | Boca Raton,                 FL      33487 | 13-3041784 | | |
| 51 | Grace H-G II Inc. | | | |
| 6 | Boca Raton,                 FL      33487 | 58-1969354 | | |
| 52 | Grace Hotel Services Corporation | | | |
| 7 | Boca Raton,                 FL      33487 | 13-3584911 | | |
| 53 | Grace International Holdings, Inc. | | | |
| 8 | Boca Raton,                 FL      33487 | 65-0609540 | | |
| | Litigation Management, Inc. | | | |
| 9 | Boca Raton,                 FL      33487 | 65-0537976 | | |
| | Grace Management Services, Inc. | | | |
| 10 | Boca Raton,                 FL      33487 | 65-0391048 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 5239000 | | | | | | |
| 47 | Subsidiary corporations: | | | | | | | |
| 2 | OIL & GAS SERVICES | 211110 | | X | 1,345 | 100.00% | 100.00% | 48 |
| 48 | | | | | | | | |
| 3 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 49 | | | | | | | | |
| 4 | WASTE DISPOSAL | 562000 | | X | 5,150 | 100.00% | 100.00% | 3 |
| 50 | | | | | | | | |
| 5 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 51 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 52 | | | | | | | | |
| 7 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 53 | | | | | | | | |
| 8 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 1 |
| 10 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.                                                 Form **851** (Rev. 9-2000)

JXB    F 08/30/01                          09-09-02 12:02:04

Form **851**

**Affiliations Schedule**

(Rev. September 2000)

▶ File with each consolidated income tax return

OMB No. 1545-0025

Department of the Treasury
Internal Revenue Service

Tax year ending   December 31, 2001

Name of common parent corporation

W.R. GRACE & CO., & Subsidiaries

Employer identification number

65-0773649

er, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                        FL                33487

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . . . | | | 65-0773649 | | |
| | Subsidiary corporations: | | | | | |
| 56 | Grace Offshore Company | | | | | |
| 2 | Boca Raton, | FL | 33487 | 72-0502652 | | |
| 57 | Grace PAR Corporation | | | | | |
| 3 | Boca Raton, | FL | 33487 | 22-2341175 | | |
| 58 | Grace Petroleum Lybia, Inc. | | | | | |
| 4 | Boca Raton, | FL | 33487 | 13-6112816 | | |
| 59 | Grace Receivables Purchasing, Inc. | | | | | |
| 5 | Boca Raton, | FL | 33487 | 58-2430942 | | |
| 60 | Grace Tarpons Investors, Inc. | | | | | |
| 6 | Boca Raton, | FL | 33487 | 65-0344213 | | |
| 61 | Grace Ventures Corp. | | | | | |
| 7 | Boca Raton, | FL | 33487 | 13-3102623 | | |
| 62 | Grace Washington, Inc. | | | | | |
| 8 | Boca Raton, | FL | 33487 | 22-2941320 | | |
| | Gracoal, Inc. | | | | | |
| | Boca Raton, | FL | 33487 | 75-1511800 | | |
| | Gracoal II, Inc. | | | | | |
| 10 | Boca Raton, | FL | 33487 | 34-1103784 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . . ▶ | | | | 17,643 | |

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | | | | | | | |
| 56 | Subsidiary corporations: | | | | | | | |
| 2 | OIL SERVICES | 211110 | | X | 2,336 | 100.00% | 100.00% | 48 |
| 57 | | | | | | | | |
| 3 | COAL MINING | 212110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 58 | | | | | | | | |
| 4 | OIL & GAS PRODUCTION | 339900 | | X | 10 | 100.00% | 100.00% | 3 |
| 59 | | | | | | | | |
| 5 | RECEIVABLES | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 60 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 61 | | | | | | | | |
| 7 | RESEARCH & DEVELOPMENT | 541700 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 62 | | | | | | | | |
| 8 | GOVERNMENT RELATIONS | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | HOLDING COMPANY | 523900 | | X | 100 | 100.00% | 100.00% | 48 |
| 10 | HOLDING COMPANY | 523900 | | X | 1,000 | 100.00% | 100.00% | 48 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01

08-22-02 16:55:54

| Form **851** | **Affiliations Schedule** | | OMB No. 1545-0025 |
|---|---|---|---|
| (Rev. September 2000) | ▶ File with each consolidated income tax return | | |
| Department of the Treasury Internal Revenue Service | Tax year ending  December 31, 2001 | | |

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

ber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

| Boca Raton | , | FL | 33487 |

## Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 65 | Guanica-Caribe Land Development Corp. | | | |
| 2 | Boca Raton,                    FL       33487 | 65-0504444 | | |
| 66 | Hanover Square Corporation | | | |
| 3 | Boca Raton,                    FL       33487 | 13-6112817 | | |
| 67 | Homco International, Inc. | | | |
| 4 | Boca Raton,                    FL       33487 | 74-1614655 | | |
| 68 | Ichiban Chemicals Co., Inc. | | | |
| 5 | Boca Raton,                    FL       33487 | 65-0773652 | | |
| 69 | LB Realty, Inc. | | | |
| 6 | Boca Raton,                    FL       33487 | 65-0378942 | | |
| 70 | Monolith Enterprises, Inc. | | | |
| 7 | Boca Raton,                    FL       33487 | 52-0913918 | | |
| 71 | Monroe Street, Inc. | | | |
| 8 | Boca Raton,                    FL       33487 | 65-0351861 | | |
| | Southern Oil, Resin & Fiberglass, Inc. | | | |
| | Boca Raton,                    FL       33487 | 59-0967853 | | |
| | MRA Holdings, Corp. | | | |
| 10 | Boca Raton,                    FL       33487 | 65-0546677 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II   Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | | | | | | | |
| 65 | Subsidiary corporations: | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 66 | | | | | | | | |
| 3 | NOMINEE | 812990 | | X | 10 | 100.00% | 100.00% | 3 |
| 67 | | | | | | | | |
| 4 | OIL & GAS SERVICE | 213110 | | X | 303 | 100.00% | 100.00% | 48 |
| 68 | | | | | | | | |
| 5 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 69 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 2,000 | 100.00% | 100.00% | 3 |
| 70 | | | | | | | | |
| 7 | RESTAURANT | 722110 | | X | 2,605,000 | 100.00% | 100.00% | 3 |
| 71 | | | | | | | | |
| 8 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | INACTIVE | 999999 | | X | 50 | 100.00% | 100.00% | 3 |
| 10 | HOLDING COMPANY | 551112 | | X | 120 | 100.00% | 100.00% | 53 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01                                      08-22-02 16:55:54

| Form **851** | **Affiliations Schedule** | OMB No. 1545-0025 |
|---|---|---|

(Rev. September 2000)

► File with each consolidated income tax return

Department of the Treasury
Internal Revenue Service

Tax year ending  December 31, 2001

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

...er, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                FL                33487

## Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 74 | MRA Intermedco, Inc. | | | |
| 2 | Boca Raton,                FL    33487 | 65-0180823 | | |
| 75 | MRA Staffing Systems, Inc. | | | |
| 3 | Boca Raton,                FL    33487 | 65-0180825 | | |
| 76 | W.R. Grace Capital Corp. | | | |
| 4 | Boca Raton,                FL    33487 | 13-2934061 | | |
| 77 | W.R. Grace Land Corp. | | | |
| 5 | Boca Raton,                FL    33487 | 13-2677646 | | |
| 78 | Water Street Corporation | | | |
| 6 | Boca Raton,                FL    33487 | 13-6152056 | | |
| 79 | Grace Collections, Inc. | | | |
| 7 | Boca Raton,                FL    33487 | 65-0419649 | | |
| 81 | Grace Asia Pacific, Inc. | | | |
| 8 | Boca Raton,                FL    33487 | 65-0422490 | | |
| | Grace Germany Holdings, Inc. | | | |
| | Boca Raton, FL 33487 | 65-0799268 | | |
| | Grace Europe, Inc. | | | |
| 10 | Boca Raton,                FL    33487 | 13-2671485 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ► | | | 17,643 |

## Part II  Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 74 | | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 12,999 | 100.00% | 100.00% | 3 |
| 75 | | | | | | | | |
| 3 | HOLDING COMPANY | 551112 | | X | 12,999 | 100.00% | 100.00% | 74 |
| 76 | | | | | | | | |
| 4 | REAL ESTATE | 531310 | | X | 50 | 100.00% | 100.00% | 77 |
| 77 | | | | | | | | |
| 5 | REAL ESTATE | 531390 | | X | 50 | 100.00% | 100.00% | 3 |
| 78 | | | | | | | | |
| 6 | NOMINEE | 812990 | | X | 10 | 100.00% | 100.00% | 3 |
| 79 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 81 | | | | | | | | |
| 8 | MISC BUSINESS SERVICES | 812990 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | Holding Company | 551112 | | X | 900 | 100.00% | 100.00% | 3 |
| 84 | | | | | | | | |
| 10 | MANAGEMENT SERVICES | 541600 | | X | 1,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.                    Form **851** (Rev. 9-2000)

JXB    F 08/30/01                    08-22-02 16:55:54

| Form **851**<br>(Rev. September 2000)<br>Department of the Treasury<br>Internal Revenue Service | **Affiliations Schedule**<br>▶ **File with each consolidated income tax return**<br>Tax year ending  December 31, 2001 | | OMB No 1545-0025 |
|---|---|---|---|

Name of common parent corporation

Employer identification number

W.R. GRACE & CO., & Subsidiaries                   65-0773649

ber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                                    FL              33487

## Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 89<br>2 | Advanced Refining Technologies Management, Inc.<br>Boca Raton              FL       33487 | 52-2290300 | | |
| 90<br>3 | The Separation Group<br>Boca Raton              FL       33487 | 95-2806431 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II  Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | |
| 1 | Common parent corporation: | | | | | | | |
| 89<br>2 | Subsidiary corporations:<br>Refining Technology | 324190 | | X | | % | % | 3 |
| 90<br>3 | Manufacturing | 325900 | | X | | % | % | 3 |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 10 | | | | | | % | % | |

For Paperwork Reduction Act Notice, See Instructions.                   Form **851** (Rev. 9-2000)

JXB   F 08/30/01                        08-22-02  16:55:54

Form 851 (Rev. 9-2000)  W.R. GRACE & CO., & Subsidiaries                                    65-0773649          Page **2**

## Part III    Changes in Stock Holdings During the Year

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares aquired | Number of shares disposed of | Percent of voting power | Percent of value |
| 89 | Advanced Refining Technologies | 3 | 01/18/2001 | 1,000 | | 100.00 % | 100.00 % |
| 90 | The Separation Group | 3 | 03/02/2001 | 66,854 | | 100.00 % | 100.00 % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

(c)    If any disposition listed above caused a deconsolidation of a group member, did the basis of any shares retained by the group exceed the value of those shares immediately before the deconsolidation? . . . . . . . . . . .  ☐ Yes    ☐ No

If "Yes," see Regulations section 1.1502-20(b) regarding basis adjustment requirements.

(d)    Is the group claiming that a loss recognized on the disposition of the stock of a group member is allowed under Regulations section 1.1502-20(c)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

If "Yes," attach a statement entitled "ALLOWED LOSS UNDER SECTION 1.1502-20(C)" that contains the information required by Regulations section 1.1502-20(c)(3).

(e)    If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

_____

(f)    If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

F 08/30/01                              08-22-02  16:55:54                         Form **851** (Rev. 9-2000)

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                           65-0773649   Page  3

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 1 | W.R. Grace & Co. | | X | |
| 68 | Ichiban Chemicals Co., Inc. | | X | |
| 59 | Grace Receivables Purchasing, Inc. | | X | |
| 45 | Remedium Group, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 1 | W.R. Grace & Co. | | X | |
| 68 | Ichiban Chemicals Co., Inc. | | X | |
| 59 | Grace Receivables Purchasing, Inc. | | X | |
| 45 | Remedium Group, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 1 | W.R. Grace & Co. | | X | % | % | % |
| 68 | Ichiban Chemicals Co., Inc. | | X | % | % | % |
| 59 | Grace Receivables Purchasing, Inc. | | X | % | % | % |
| 45 | Remedium Group, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 1 | |
| 68 | |
| 59 | |
| 45 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| *Elyse Filo* | 9/13 /02 | Vice President |
|---|---|---|
| Signature of officer | Date | Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000)  W.R. GRACE & CO., & Subsidiaries                              65-0773649   Page **3**

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|-----------|---------------------|------|------|-----------------------------------------------------------------|
| 23 | Alewife Land Corporation |  | X |  |
| 22 | Alewife Boston Ltd. |  | X |  |
| 34 | Five Alewife Boston, Ltd. |  | X |  |
| 38 | GN Holdings, Inc. |  | X |  |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|-----------|---------------------|------|------|-----------------------------------------------------------------|
| 23 | Alewife Land Corporation |  | X |  |
| 22 | Alewife Boston Ltd. |  | X |  |
| 34 | Five Alewife Boston, Ltd. |  | X |  |
| 38 | GN Holdings, Inc. |  | X |  |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|-----------|---------------------|------|------|---------|---------|---------|
| 23 | Alewife Land Corporation |  | X | % | % | % |
| 22 | Alewife Boston Ltd. |  | X | % | % | % |
| 34 | Five Alewife Boston, Ltd. |  | X | % | % | % |
| 38 | GN Holdings, Inc. |  | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|-----------|------------------------------------------------------|
| 23 |  |
| 22 |  |
| 34 |  |
| 38 |  |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|----------------------|------|-------|
|  |  |  |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries      65-0773649    Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | |
| 73 | MRA Holdings, Corp. | | X | |
| 74 | MRA Intermedco, Inc. | | X | |
| 75 | MRA Staffing Systems, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or (b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | |
| 73 | MRA Holdings, Corp. | | X | |
| 74 | MRA Intermedco, Inc. | | X | |
| 75 | MRA Staffing Systems, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | % | % | % |
| 73 | MRA Holdings, Corp. | | X | % | % | % |
| 74 | MRA Intermedco, Inc. | | X | % | % | % |
| 75 | MRA Staffing Systems, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 24 | |
| 73 | |
| 74 | |
| 75 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____  |  _____  |  ▶ _____
Signature of officer      Date      Title

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev 9-2000) W.R. GRACE & CO., & Subsidiaries                    65-0773649    Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | |
| 28 | Construction Products Dubai, Inc. | | X | |
| 25 | CB Biomedical, Inc. | | X | |
| 32 | Amicon, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | |
| 28 | Construction Products Dubai, Inc. | | X | |
| 25 | CB Biomedical, Inc. | | X | |
| 32 | Amicon, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | % | % | % |
| 28 | Construction Products Dubai, Inc. | | X | % | % | % |
| 25 | CB Biomedical, Inc. | | X | % | % | % |
| 32 | Amicon, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 81 | |
| 28 | |
| 25 | |
| 32 | |

**Sign Here**

Under penalties of perjury. I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                                65-0773649   Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | |
| 49 | Grace Environmental, Inc. | | X | |
| 90 | The Separation Group | | X | |
| 89 | Advanced Refining Technologies Management, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | |
| 49 | Grace Environmental, Inc. | | X | |
| 90 | The Separation Group | | X | |
| 89 | Advanced Refining Technologies Management, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | % | % | % |
| 49 | Grace Environmental, Inc. | | X | % | % | % |
| 90 | The Separation Group | | X | % | % | % |
| 89 | Advanced Refining Technologies Management, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 62 | |
| 49 | |
| 90 | |
| 89 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| ▶ Signature of officer | Date | ▶ Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                    65-0773649    Page **3**

## Part IV  Additional Stock Information

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | |
| 79 | Grace Collections, Inc. | | X | |
| 54 | Litigation Management, Inc. | | X | |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | |

**2** During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | |
| 79 | Grace Collections, Inc. | | X | |
| 54 | Litigation Management, Inc. | | X | |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | % | % | % |
| 79 | Grace Collections, Inc. | | X | % | % | % |
| 54 | Litigation Management, Inc. | | X | % | % | % |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 43 | |
| 79 | |
| 54 | |
| 72 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____        |        ▶ _____
Signature of officer            Date              Title

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

**Part IV    Additional Stock Information**

**1    During the tax year, did the corporation have more than one class of stock outstanding?**

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | |
| 84 | Grace Europe, Inc. | | X | |
| 21 | A-1 Bit & Tool Co., Inc. | | X | |
| 60 | Grace Tarpons Investors, Inc. | | X | |

**2    During the tax year, was there (a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | |
| 84 | Grace Europe, Inc. | | X | |
| 21 | A-1 Bit & Tool Co., Inc. | | X | |
| 60 | Grace Tarpons Investors, Inc. | | X | |

**3    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?**

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | % | % | % |
| 84 | Grace Europe, Inc. | | X | % | % | % |
| 21 | A-1 Bit & Tool Co., Inc. | | X | % | % | % |
| 60 | Grace Tarpons Investors, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 65 | |
| 84 | |
| 21 | |
| 60 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries · · · · · · · · · · · · · · · · · · 65-0773649   Page 3

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 35 | G C Limited Partners I, Inc. | | X | |
| 70 | Monolith Enterprises, Inc. | | X | |
| 46 | Grace Culinary Systems, Inc. | | X | |
| 52 | Grace Hotel Services Corporation | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or (b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 35 | G C Limited Partners I, Inc. | | X | |
| 70 | Monolith Enterprises, Inc. | | X | |
| 46 | Grace Culinary Systems, Inc. | | X | |
| 52 | Grace Hotel Services Corporation | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 35 | G C Limited Partners I, Inc. | | X | % | % | % |
| 70 | Monolith Enterprises, Inc. | | X | % | % | % |
| 46 | Grace Culinary Systems, Inc. | | X | % | % | % |
| 52 | Grace Hotel Services Corporation | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 35 | |
| 70 | |
| 46 | |
| 52 | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated. |
|---|---|
| | Signature of officer          Date          Title |

F 08/30/01

08-22-02 16:55:54

Form 851 (Rev 9-2000) W.R. GRACE & CO., & Subsidiaries          65-0773649   Page **3**

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | |
| 55 | Grace Management Services, Inc. | | X | |
| 69 | LB Realty, Inc. | | X | |
| 50 | Grace H-G Inc. | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | |
| 55 | Grace Management Services, Inc. | | X | |
| 69 | LB Realty, Inc. | | X | |
| 50 | Grace H-G Inc. | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | % | % | % |
| 55 | Grace Management Services, Inc. | | X | % | % | % |
| 69 | LB Realty, Inc. | | X | % | % | % |
| 50 | Grace H-G Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 71 | |
| 55 | |
| 69 | |
| 50 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____ Signature of officer    | _____ Date    ▶ _____ Title

Form **851** (Rev. 9-2000)

F 08/30/01

08-22-02 16:55:54

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                              65-0773649   Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | |
| 33 | Ecarg, Inc. | | X | |
| 77 | W.R. Grace Land Corp. | | X | |
| 36 | G C Management, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | |
| 33 | Ecarg, Inc. | | X | |
| 77 | W.R. Grace Land Corp. | | X | |
| 36 | G C Management, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | % | % | % |
| 33 | Ecarg, Inc. | | X | % | % | % |
| 77 | W.R. Grace Land Corp. | | X | % | % | % |
| 36 | G C Management, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 66 | |
| 33 | |
| 77 | |
| 36 | |

**Sign Here**    Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| | | |
|---|---|---|
| Signature of officer | Date | Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000)  W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | |
| 78 | Water Street Corporation | | X | |
| 31 | Del Taco Restaurants, Inc. | | X | |
| 76 | W.R. Grace Capital Corp. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | |
| 78 | Water Street Corporation | | X | |
| 31 | Del Taco Restaurants, Inc. | | X | |
| 76 | W.R. Grace Capital Corp. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | % | % | % |
| 78 | Water Street Corporation | | X | % | % | % |
| 31 | Del Taco Restaurants, Inc. | | X | % | % | % |
| 76 | W.R. Grace Capital Corp. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 53 | |
| 78 | |
| 31 | |
| 76 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| | |
|---|---|
| Signature of officer | Date |
| | Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV   Additional Stock Information

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | |
| 29 | Creative Food 'N Fun Company | | X | |
| 57 | Grace PAR Corporation | | X | |
| 41 | Grace A-B Inc. | | X | |

**2** During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | |
| 29 | Creative Food 'N Fun Company | | X | |
| 57 | Grace PAR Corporation | | X | |
| 41 | Grace A-B Inc. | | X | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | % | % | % |
| 29 | Creative Food 'N Fun Company | | X | % | % | % |
| 57 | Grace PAR Corporation | | X | % | % | % |
| 41 | Grace A-B Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 39 | |
| 29 | |
| 57 | |
| 41 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer _____ Date _____ Title _____

Form **851** (Rev 9-2000)

F 08/30/01

08-22-02 16:55:54

65-0773649   Page **3**

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | |
| 40 | GPC Thomasville Corp. | | X | |
| 61 | Grace Ventures Corp. | | X | |
| 48 | Grace Energy Corporation | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | |
| 40 | GPC Thomasville Corp. | | X | |
| 61 | Grace Ventures Corp. | | X | |
| 48 | Grace Energy Corporation | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | % | % | % |
| 40 | GPC Thomasville Corp. | | X | % | % | % |
| 61 | Grace Ventures Corp. | | X | % | % | % |
| 48 | Grace Energy Corporation | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 67 | |
| 40 | |
| 61 | |
| 48 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer          Date          Title

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries       65-0773649    Page  **3**

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 37 | GEC Management Corporation | | X | |
| 44 | Grace Chemicals, Inc. | | X | |
| 30 | Darex Puerto Rico, Inc. | | X | |
| 56 | Grace Offshore Company | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified or clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 37 | GEC Management Corporation | | X | |
| 44 | Grace Chemicals, Inc. | | X | |
| 30 | Darex Puerto Rico, Inc. | | X | |
| 56 | Grace Offshore Company | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 37 | GEC Management Corporation | | X | % | % | % |
| 44 | Grace Chemicals, Inc. | | X | % | % | % |
| 30 | Darex Puerto Rico, Inc. | | X | % | % | % |
| 56 | Grace Offshore Company | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 37 | |
| 44 | |
| 30 | |
| 56 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated. |
|---|---|
| | Signature of officer          Date          Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                    65-0773649    Page **3**

## Part IV · Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 26 | Coalgrace, Inc. | | X | |
| 42 | Grace A-B Inc. II | | X | |
| 51 | Grace H-G II Inc. | | X | |
| 27 | Coalgrace II, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 26 | Coalgrace, Inc. | | X | |
| 42 | Grace A-B Inc. II | | X | |
| 51 | Grace H-G II Inc. | | X | |
| 27 | Coalgrace II, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 26 | Coalgrace, Inc. | | X | % | % | % |
| 42 | Grace A-B Inc. II | | X | % | % | % |
| 51 | Grace H-G II Inc. | | X | % | % | % |
| 27 | Coalgrace II, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 26 | |
| 42 | |
| 51 | |
| 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____    |    _____    ▶    _____
   Signature of officer            Date              Title

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                     65-0773649   Page **3**

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 64 | Gracoal II, Inc. | | X | |
| 63 | Gracoal, Inc. | | X | |
| 47 | Grace Drilling Company | | X | |
| 58 | Grace Petroleum Lybia, Inc. | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 64 | Gracoal II, Inc. | | X | |
| 63 | Gracoal, Inc. | | X | |
| 47 | Grace Drilling Company | | X | |
| 58 | Grace Petroleum Lybia, Inc. | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 64 | Gracoal II, Inc. | | X | % | % | % |
| 63 | Gracoal, Inc. | | X | % | % | % |
| 47 | Grace Drilling Company | | X | % | % | % |
| 58 | Grace Petroleum Lybia, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 64 | |
| 63 | |
| 47 | |
| 58 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief. it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01