W.R. GRACE & CO., & Subsidiaries

65-0773649

## Adjusted Current Earnings Worksheet
▶ See ACE Worksheet Instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 . . . . . . . . . . . . . . . . . . . | | | **1** | -73,256,392 |
| 2 | ACE depreciation adjustment: | | | | |
| a | AMT depreciation . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | 64,701,702 | | |
| b | ACE depreciation. | | | | |
| | (1) Post-1993 property . . . . . . . . . . . . | **2b(1)** | 59,936,665 | | |
| | (2) Post-1989, pre-1994 property. . . . . . . . | **2b(2)** | 1,447,791 | | |
| | (3) Pre-1990 MACRS property . . . . . . . . . | **2b(3)** | 562,215 | | |
| | (4) Pre-1990 original ACRS property . . . . . . | **2b(4)** | 588,564 | | |
| | (5) Property described in sections | | | | |
| | 168(f)(1) through (4) . . . . . . . . . . . . . | **2b(5)** | | | |
| | (6) Other property . . . . . . . . . . . . . . . . | **2b(6)** | 68,139 | | |
| | (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) . . . . . . . . . . | **2b(7)** | 62,603,374 | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a. | | | **2c** | 2,098,328 |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | | | |
| a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . | **3a** | | | |
| b | Death benefits from life insurance contracts . . . . . . . . . . . . . . . . . . . | **3b** | | | |
| c | All other distributions from life insurance contracts (including surrenders). . . | **3c** | | | |
| d | Inside buildup of undistributed income in life insurance contracts . . . . . . . . | **3d** | 40,343,312 | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) | | | | |
| | for a partial list) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3e** | 112,647 | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e . . . . . . . | | | **3f** | 40,455,959 |
| 4 | Disallowance of items not deductible from E&P: | | | | |
| a | Certain dividends received . . . . . . . . . . . . . . . . . . . | **4a** | 452 | | |
| b | Dividends paid on certain preferred stock of public utilities that are | | | | |
| | deductible under section 247 . . . . . . . . . . . . . . . . . . . . . . | **4b** | | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) . . . . . . | **4c** | | | |
| d | Nonpatronage dividends that are paid and deductible under section | | | | |
| | 1382(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4d** | | | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a | | | | |
| | partial list) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4e** | | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines | | | | |
| | 4a through 4e. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **4f** | 452 |
| 5 | Other adjustments based on rules for figuring E&P: | | | | |
| a | Intangible drilling costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | | | |
| b | Circulation expenditures . . . . . . . . . . . . . . . . . . . . . . . . . | **5b** | | | |
| c | Organizational expenditures . . . . . . . . . . . . . . . . . . | **5c** | | | |
| d | LIFO inventory adjustments . . . . . . . . . . . . . . . . . . . . . . . | **5d** | -3,400,000 | | |
| e | Installment sales . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** | | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e . . . . . . . . . . . . . . . . . | | | **5f** | -3,400,000 |
| 6 | Disallowance of loss on exchange of debt pools . . . . . . . . . . . . . . . . . . . . | | | **6** | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts . . . . . . . . . . . . . . . . . | | | **7** | |
| 8 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **8** | 5,495,486 |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property . . . . . . . . . | | | **9** | -259,036 |
| 10 | **Adjusted current earnings.** Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **10** | -28,865,203 |

**For Paperwork Reduction Act Notice, See Instructions.**

JXB

F 11/19/98

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) | **2001** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to your tax return. ▶ See separate instructions. | Attachment Sequence No. 27 |

| Name(s) shown on return | Identifying number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . . . **1**

### Part I    Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (See instructions.)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| See Stmt 34 | | | | | | -643,249 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . | | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . | | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . | | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . | | **6** | 1,202,034 |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows:. . . . . . . . . | | **7** | 558,785 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . | | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst):. . . | | **9** | 0 |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

### Part II    Ordinary Gains and Losses

| | | | |
|---|---|---|---|
| **10** Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less): | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **11** Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable. . . . . . . . . . . . . . | | **12** | |
| **13** Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . | | **13** | 1,829,382 |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . | | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36. . . . . . . . | | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . | | **16** | |
| **17** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . . . . . | | **17** | |
| **18** Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . . . . . . | | **18** | 1,829,382 |

**a** For all except individual returns. Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions . . . . . . . . . . . . . . . . . . . . . . . . . **18b(1)**

(2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . **18b(2)**

| | |
|---|---|
| For Paperwork Reduction Act Notice, See Instructions. | Form **4797** (2001) |

Form 4797 (2001)   W.R. GRACE & CO., & Subsidiaries   65-0773649   Page **2**

## Part III   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| 19 (a) Description of section 1245, 1250, 1252, or 1255 property: | | | |
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) . . . . | 20 | | | | |
| 21 | Cost or other basis plus expense of sale . . . . . . . . . . . | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable . . . . . . . . | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 . . . . . . . . . . | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 . . . . . . . . . . | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 . . . . . . . . | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a . . . . . . . . . . . . | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) . . . . . | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) . . . . . . . . . . . . . . | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e. . . . | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 . . . . . . | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d . . . . . . . . . . . | 26e | | | | |
| f | Section 291 amount (corporations only) . . . . . . . . . . . | 26f | | | | |
| g | Add lines 26b, 26e, and 26f . . . . . . . . . . . . . | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses . . . . . . . . . . | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b . . . . . . . . . . . | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions). . . . . . . . . . . . . | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a . . . . . . . . . . . | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) . . . . . . . . . . . | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instructions). . . . . . | 29b | | | | |

## Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | 3,031,416 |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . . . . . . . . | 31 | 1,829,382 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6. | 32 | 1,202,034 |

## Part IV   Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(See instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years . . . . . . . . . . . . . . . . . | 33 | | |
| 34 | Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . . . . . . . . | 35 | 0 | 0 |

F 11/08/01

Form 4797 (2001)

W.R. GRACE & Co. - Subsidiaries    65-0773649

Form 4797 (2001)    The Separation Group    95-2806431    Page **2**

## Part III    Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | Automobiles | 12/31/1999 | 03/01/2001 |
| B | | | |
| C | | | |
| D | | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) . . . . | 20 | 78,000 | | | |
| 21 | Cost or other basis plus expense of sale . . . . . . . . . . . . | 21 | 107,351 | | | |
| 22 | Depreciation (or depletion) allowed or allowable . . . . . . . . | 22 | 35,912 | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 . . . . . . . . . . | 23 | 71,439 | | | |
| 24 | Total gain. Subtract line 23 from line 20 . . . . . . . . . . . | 24 | 6,561 | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 . . . . . . . . | 25a | 35,912 | | | |
| b | Enter the **smaller** of line 24 or 25a . . . . . . . . . . . . | 25b | 6,561 | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) . . . . . | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) . . . . . . . . . . . . . . . | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e . . . . | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 . . . . . . | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d . . . . . . . . . . . | 26e | | | | |
| f | Section 291 amount (corporations only) . . . . . . . . . . . | 26f | | | | |
| g | Add lines 26b, 26e, and 26f . . . . . . . . . . . . . . | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses . . . . . . . . . . . | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b . . . . . . . . . . . . | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) . . . . . . . . . . . . . | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a . . . . . . . . . . . . | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) . . . . . . . . . . . . | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instructions) . . . . . | 29b | | | | |

## Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . . . . . . . . . . . . . . . | 30 | 6,561 |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . . . . . . . . | 31 | 6,561 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6. | 32 | 0 |

## Part IV    Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(See instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years . . . . . . . . . . . . . . . . | 33 | | |
| 34 | Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . . . . . . | 35 | | |

F 11/08/01    Form 4797 (2001)

Form 4797 (2001)    W.R. GRACE & CO.-CONN. and DIVISIONS                                    13-5114230    Page 2

## Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| 19A | Auto | 12/31/1998 | 10/25/2001 |
| B | VARIOUS | 01/01/2000 | 03/23/2001 |
| C | | | |
| D | | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) . . . . | 20 | 27,500 | 3,600,000 | | |
| 21 | Cost or other basis plus expense of sale . . . . . . . . . . . | 21 | 54,601 | 2,397,966 | | |
| 22 | Depreciation (or depletion) allowed or allowable . . . . . . . | 22 | 42,021 | 1,807,901 | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 . . . . . . . . . | 23 | 12,580 | 590,065 | | |
| 24 | Total gain. Subtract line 23 from line 20 . . . . . . . . . . | 24 | 14,920 | 3,009,935 | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 . . . . . . . . | 25a | 42,021 | 1,807,901 | | |
| b | Enter the smaller of line 24 or 25a . . . . . . . . . . . . . | 25b | 14,920 | 1,807,901 | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) . . . . . . | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) . . . . . . . . . . . . . . . . | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e . . . . | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 . . . . . . | 26d | | | | |
| e | Enter the smaller of line 26c or 26d . . . . . . . . . . . . | 26e | | | | |
| f | Section 291 amount (corporations only) . . . . . . . . . . . | 26f | | | | |
| g | Add lines 26b, 26e, and 26f . . . . . . . . . . . . . . . . | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses . . . . . . . . . . . | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the smaller of line 24 or 27b . . . . . . . . . . . . . | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions). . . . . . . . . . . . . . | 28a | | | | |
| b | Enter the smaller of line 24 or 28a . . . . . . . . . . . . . | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) . . . . . . . . . . . . . | 29a | | | | |
| b | Enter the smaller of line 24 or 29a (see instructions). . . . . . | 29b | | | | |

## Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . . . . . . . . . . | 30 | 3,024,855 |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . . . . . . . | 31 | 1,822,821 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6. . . . . | 32 | 1,202,034 |

## Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(See instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years. . . . . . . . . . . . . . . . . . | 33 | | |
| 34 | Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . . . . . . . | 35 | | |

Form **5713**

(Rev. November 2001)

Department of the Treasury
Internal Revenue Service

## International Boycott Report

For tax year beginning _____ January 1 _____ , 20 01 ,
and ending _____ December 31 _____ , 20 01 .

► Controlled groups, see page 3 of instructions.

OMB No. 1545-0216

Attachment
Sequence No. 123

File in Duplicate
(See Instructions)

Name
W. R. GRACE & CO . AND SUBSIDIARIES

Identifying number
65-0773649

Number, street, and room or suite no (If a P.O. box, see page 2 of instructions )
5400 BROKEN SOUND BLVD, NW SUITE 300

City or town, state, and ZIP code
BOCA RATON FL 33487

Address of service center where your tax return is filed
ATLANTA, GA

Type of filer (check one):
☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Trust   ☐ Estate   ☐ Other

**1**  **Individuals** — Enter adjusted gross income from your tax return (see page 2 of instructions)

**2**  **Partnerships and corporations:**

a Partnerships — Enter each partner's name and identifying number.

b Corporations — Enter the name and employer identification number of each member of the controlled group (as defined in section 993(a)(3)). Do not list members included in the consolidated return; instead, attach a copy of Form 851. List all other members of the controlled group not included in the consolidated return.

If you list any corporations below or if you attach Form 851, you must designate a common tax year. Enter on line 4b the name and employer identification number of the corporation whose tax year is designated.

| Name | Identifying number |
|---|---|
| Form 851 Attached.  List of Members of Consolidated Group (Not Included in Consolidated Return) **See Attached List for ID Numbers.** | |

If more space is needed, attach additional sheets and check this box . . . . . . . . . . . . . . . . . . . . . . ► ☐

| | Code | Description |
|---|---|---|
| c Enter principal business activity code and description (see instructions) | 325900 | Industrial Chemicals |
| d IC-DISCs — Enter principal product or service code and description (see instructions) | | |

**3**  **Partnerships** — Each partnership filing Form 5713 must give the following information:

a Partnership's total assets (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

b Partnership's ordinary income (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**4**  **Corporations** — Each corporation filing Form 5713 must give the following information:

a Type of form filed (Form 1120, 1120-F, 1120-FSC, 1120-IC-DISC, 1120-L, 1120-PC, etc.)  | 1120

b Common tax year election (see page 2 of instructions)

(1) Name of corporation ► W. R. Grace & Co. and Subsidiaries

(2) Employer identification number . . . . . . . . . . | 65-0773649

(3) Common tax year beginning _____ January 1 _____ , 20 01 , and ending _____ December 31 _____ , 20 01 .

c Corporations filing this form enter:

(1) Total assets (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,392,540,686

(2) Taxable income before net operating loss and special deductions (see instructions) . . . | −67,172,470

**5**  **Estates or trusts** — Enter total income (Form 1041, page 1) . . . . . . . . . . . . . . . . . . . . .

**6**  Enter the total amount (before reduction for boycott participation or cooperation) of the following tax benefits (see instructions):

a Foreign tax credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0

b Deferral of earnings of controlled foreign corporations . . . . . . . . . . . . . . . . . . . . . . . | 195,824,468

c Deferral of IC-DISC income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

d FSC exempt foreign trade income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

e Foreign trade income qualifying for the extraterritorial income exclusion . . . . . . . . . . . . .

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature _Elyn Fets_   Date  9/13/02   Title ► Vice President

For Paperwork Reduction Act Notice, see page 4 of the separate instructions. ISA

Form **5713** (Rev. 11-2001)

STF FED5902F.1

Form 5713 (Rev 11-2001)                                                                                                                    Page 2

| | | Yes | No |
|---|---|---|---|
| 7 | The following information must be submitted by every person filing Form 5713: | | |
| a | Are you a U.S. shareholder (as defined in section 951(b)) of any foreign corporation (including a FSC that does not use the administrative pricing rules) that had operations reportable under section 999(a)? | X | |
| b | If "Yes," is any foreign corporation a controlled foreign corporation (as defined in section 957(a))? | X | |
| c | Do you own any stock of an IC-DISC? | | X |
| d | Do you claim any foreign tax credit? | X | |
| e | Do you control (within the meaning of section 304(c)) any corporation (other than a corporation included in this report) that has operations reportable under section 999(a)? | | X |
| | If "Yes," did that corporation participate in or cooperate with an international boycott at any time during its tax year that ends with or within your tax year? | | |
| f | Are you controlled (within the meaning of section 304(c)) by any person (other than a person included in this report) who has operations reportable under section 999(a)? | | X |
| | If "Yes," did that person participate in or cooperate with an international boycott at any time during its tax year that ends with or within your tax year? | | |
| g | Are you treated under section 671 as the owner of a trust that has reportable operations under section 999(a)? | | X |
| h | Are you a partner in a partnership that has reportable operations under section 999(a)? | | X |
| i | Are you a foreign sales corporation (FSC) (as defined in section 922(a) as in effect before its repeal)? | | X |
| j | Are you excluding extraterritorial income (defined in section 114(e)) from gross income? | | X |

| Part I | Operations in or Related to a Boycotting Country (See instructions beginning on page 3.) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 8 | **Boycott of Israel** — Did you have any operations in or related to any country (or with the government, a company, or a national of that country) associated in carrying out the boycott of Israel which is on the list maintained by the Secretary of the Treasury under section 999(a)(3)? (See **Boycotting Countries** on page 2 of the instructions.) | X | |

If "Yes," enter name of the country, identifying number of person having operations, principal business activity code, and a description of the principal business activity. If you are an IC-DISC, also enter the product code. If more space is needed, attach additional sheets using the exact format and check this box. ▶ ☐

| Name of country (1) | Identifying number of person having operations (2) | Principal business activity | | IC-DISCs only — Enter product code (5) |
|---|---|---|---|---|
| | | Code (3) | Description (4) | |
| a  See Attached Summary | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |
| f | | | | |
| g | | | | |
| h | | | | |
| i | | | | |
| j | | | | |
| k | | | | |
| l | | | | |
| m | | | | |
| n | | | | |
| o | | | | |

Form **5713** (Rev. 11-2001)

**9**  **Nonlisted countries boycotting Israel** — Did you have operations in any nonlisted country which you know or have reason to know requires participation in or cooperation with an international boycott directed against Israel?

| | Yes | No |
|---|---|---|
| | | X |

If "Yes," enter the country, identifying number of person having operations, the principal business activity code, and a description of the principal business activity. If you are an IC-DISC, also enter the product code. If more space is needed, attach additional sheets using the exact format and check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| Name of country (1) | Identifying number of person having operations (2) | Principal business activity | | IC-DISCs only — Enter product code (5) |
|---|---|---|---|---|
| | | Code (3) | Description (4) | |
| **a** | | | | |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** | | | | |
| **f** | | | | |
| **g** | | | | |
| **h** | | | | |

**10**  **Boycotts other than the boycott of Israel** — Did you have operations in any other country which you know or have reason to know requires participation in or cooperation with an international boycott other than the boycott of Israel?

| | Yes | No |
|---|---|---|
| | X | |

If "Yes," enter the country, identifying number of person having operations, the principal business activity code, and a description of the principal business activity. If you are an IC-DISC, also enter the product code. If more space is needed, attach additional sheets using the exact format and check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| Name of country (1) | Identifying number of person having operations (2) | Principal business activity | | IC-DISCs only — Enter product code (5) |
|---|---|---|---|---|
| | | Code (3) | Description (4) | |
| **a** See Attached Summary | | | | |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** | | | | |
| **f** | | | | |
| **g** | | | | |
| **h** | | | | |

| | Yes | No |
|---|---|---|
| **11**  Were you requested to participate in or cooperate with an international boycott? . . . . . . . . . . . . . . . . . . . . . . . . | | X |

If "Yes," attach a copy (in English) of any and all such requests received during your tax year. If the request was in a form other than a written request, attach a separate sheet explaining the nature and form of any and all such requests. (See page 4 of instructions.)

| | Yes | No |
|---|---|---|
| **12**  Did you participate in or cooperate with an international boycott? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

If "Yes," attach a copy (in English) of any and all boycott clauses agreed to, and attach a general statement of the agreement. If the agreement was in a form other than a written agreement, attach a separate sheet explaining the nature and form of any and all such agreements. (See page 4 of instructions.)

**Note:**  *If the answer to either question 11 or 12 is "Yes," you must complete the rest of Form 5713. If you answered "Yes" to question 12, you must complete Schedules A and C or B and C (Form 5713).*

STF FED5902F.3

Form 5713 (Rev. 11-2001)

Page 4

| Part II | Requests for and Acts of Participation in or Cooperation With an International Boycott | Requests | | Agreements | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |

**13a** Did you receive requests to enter into, or did you enter into, any agreement (see page 4 of instructions):

**(1)** As a condition of doing business directly or indirectly within a country or with the government, a company, or a national of a country to —

| | | | | | |
|---|---|---|---|---|---|
| **(a)** Refrain from doing business with or in a country which is the object of an international boycott or with the government, companies, or nationals of that country?. . . . . . . . . . . . . . . . . . . . . | | x | | x | |
| **(b)** Refrain from doing business with any U.S. person engaged in trade in a country which is the object of an international boycott or with the government, companies, or nationals of that country? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x | | x | |
| **(c)** Refrain from doing business with any company whose ownership or management is made up, in whole or in part, of individuals of a particular nationality, race, or religion, or to remove (or refrain from selecting) corporate directors who are individuals of a particular nationality, race, or religion? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x | | x | |
| **(d)** Refrain from employing individuals of a particular nationality, race, or religion? . . . . . . . . . . . | | x | | x | |
| **(2)** As a condition of the sale of a product to the government, a company, or a national of a country, to refrain from shipping or insuring products on a carrier owned, leased, or operated by a person who does not participate in or cooperate with an international boycott? . . . . . . . . . . . . . . . . . . . . . . . . . | | x | | x | |

**b  Requests and agreements** — If the answer to any part of 13a is "Yes," indicate below the country, the identifying number of the person receiving the request or having the agreement, principal business activity code, description of the principal business activity, the number and the number code indicating the type of participation or cooperation requested or agreed to. If you are an IC-DISC, also enter the product code in column (5). (See page 4 of instructions.) If more space is needed, attach additional sheets using the exact format and check this box. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | | | Principal business activity | | IC-DISCs only — Enter product code | Type of cooperation or participation | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name of country | Identifying number of person receiving the request or having the agreement | | | | | Number of requests | | Number of agreements | |
| | | Code | Description | | | Total | Code | Total | Code |
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) | (9) |
| **a** | | | | | | | | | |
| **b** | | | | | | | | | |
| **c** | | | | | | | | | |
| **d** | | | | | | | | | |
| **e** | | | | | | | | | |
| **f** | | | | | | | | | |
| **g** | | | | | | | | | |
| **h** | | | | | | | | | |
| **i** | | | | | | | | | |
| **j** | | | | | | | | | |
| **k** | | | | | | | | | |
| **l** | | | | | | | | | |
| **m** | | | | | | | | | |
| **n** | | | | | | | | | |
| **o** | | | | | | | | | |
| **p** | | | | | | | | | |

Form **5713** (Rev 11-2001)

STF FED5902F.4

**Form 851**
(Rev. September 2000)

Department of the Treasury
Internal Revenue Service

## Affiliations Schedule

▶ File with each consolidated income tax return

OMB No. 1545-0025

Tax year ending    December 31, 2001

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

nber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                                FL                    33487

### Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . | | | 65-0773649 | | |
| | Subsidiary corporations: | | | | | |
| 3 | W.R. Grace & Co. - Conn. | | | | | |
| 2 | Boca Raton, | FL | 33487 | 13-5114230 | | |
| 21 | A-1 Bit & Tool Co., Inc. | | | | | |
| 3 | Boca Raton, | FL | 33487 | 22-2974435 | | |
| 22 | Alewife Boston Ltd. | | | | | |
| 4 | Boca Raton, | FL | 33487 | 22-2603361 | | |
| 23 | Alewife Land Corporation | | | | | |
| 5 | Boca Raton, | FL | 33487 | 22-2603359 | | |
| 24 | CCHP, Inc. | | | | | |
| 6 | Boca Raton, | FL | 33487 | 13-3613597 | | |
| 25 | CB Biomedical, Inc. | | | | | |
| 7 | Boca Raton, | FL | 33487 | 65-0679166 | | |
| 26 | Coalgrace, Inc. | | | | | |
| 8 | Boca Raton, | FL | 33487 | 13-2934063 | | |
| | Coalgrace II, Inc. | | | | | |
| | Boca Raton, | FL | 33487 | 58-1969355 | | |
| | Construction Products Dubai, Inc. | | | | | |
| 10 | Boca Raton, | FL | 33487 | 65-0456165 | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . ▶ | | | | 17,643 | |

### Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 5239000 | | | | | | |
| 3 | Subsidiary corporations: | | | | | | | |
| 2 | SPEC CHEM, CONS PROD, ETC. | 325100 | | X | 84,500,000 | 100.00% | 100.00% | 1 |
| 21 | | | | | | | | |
| 3 | OIL FIELD SERVICES | 213110 | | X | 1,000 | 100.00% | 100.00% | 67 |
| 22 | | | | | | | | |
| 4 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 77 |
| 23 | | | | | | | | |
| 5 | REAL ESTATE | 531390 | | X | 200 | 100.00% | 100.00% | 77 |
| 24 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1 | 100.00% | 100.00% | 38 |
| 25 | | | | | | | | |
| 7 | BIOMEDICAL TECHNOLOGY | 541700 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 26 | | | | | | | | |
| 9 | HOLDING COMPANY | 523900 | | X | 100 | 100.00% | 100.00% | 48 |
| | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 10 | INACTIVE | 999999 | | X | 2,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01                    09-09-02 12:02:04

Form **851**
(Rev. September 2000)

Department of the Treasury
Internal Revenue Service

# Affiliations Schedule
▶ File with each consolidated income tax return

Tax year ending   December 31, 2001

OMB No. 1545-0025

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                              FL                    33487

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . | | | 65-0773649 | | |
| | Subsidiary corporations: | | | | | |
| 29 | Creative Food 'N Fun Company | | | | | |
| 2 | Boca Raton, | FL | 33487 | 58-1505881 | | |
| 30 | Darex Puerto Rico, Inc. | | | | | |
| 3 | Boca Raton, | FL | 33487 | 13-2830236 | | |
| 31 | Del Taco Restaurants, Inc. | | | | | |
| 4 | Boca Raton, | FL | 33487 | 75-1437918 | | |
| 32 | Amicon, Inc. | | | | | |
| 5 | Boca Raton, | FL | 33487 | 04-3137963 | | |
| 33 | Ecarg, Inc. | | | | | |
| 6 | Boca Raton, | FL | 33487 | 22-2065245 | | |
| 34 | Five Alewife Boston, Ltd. | | | | | |
| 7 | Boca Raton, | FL | 33487 | 22-3003981 | | |
| 35 | G C Limited Partners I, Inc. | | | | | |
| 8 | Boca Raton, | FL | 33487 | 65-0344211 | | |
| | G C Management, Inc. | | | | | |
| 9 | Boca Raton, | FL | 33487 | 65-0355942 | | |
| | GEC Management Corporation | | | | | |
| 10 | Boca Raton, | FL | 33487 | 75-2283780 | | |

Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶     17,643

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | | | | |
| 1 | Common parent corporation: | 5239000 | | | | | | |
| 29 | Subsidiary corporations: | | | | | | | |
| 2 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 31 |
| 30 | | | | | | | | |
| 3 | INDUSTRIAL CHEMICALS | 325100 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 31 | | | | | | | | |
| 4 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 32 | | | | | | | | |
| 5 | MANUFACTURING | 339900 | | X | 100 | 100.00% | 100.00% | 3 |
| 33 | | | | | | | | |
| 6 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 3 |
| 34 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | | % | % | 77 |
| 35 | | | | | | | | |
| 8 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 9 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 10 | ADMINISTRATIVE SERVICES | 561110 | | X | 1,000 | 100.00% | 100.00% | 48 |

JXB   F 08/30/01

**Form 851** (Rev September 2000)

**Affiliations Schedule**

▶ **File with each consolidated income tax return**

OMB No. 1545-0025

Department of the Treasury
Internal Revenue Service

Tax year ending **December 31, 2001**

Name of common parent corporation

**W.R. GRACE & CO., & Subsidiaries**

Employer identification number

**65-0773649**

ber, street, and room or suite no. (If a P.O box, see instructions.)

**5400 Broken Sound Blvd. NW. Suite 300**

City or town, state, and ZIP code

**Boca Raton**      FL      **33487**

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . . . | | 65-0773649 | | |
| | Subsidiary corporations: | | | | |
| 38 | GN Holdings, Inc. | | | | |
| 2 | Boca Raton, | FL   33487 | 13-3613599 | | |
| 39 | Gloucester New Communities Company, Inc. | | | | |
| 3 | Boca Raton, | FL   33487 | 13-2728098 | | |
| 40 | GPC Thomasville Corp. | | | | |
| 4 | Boca Raton, | FL   33487 | 65-0382355 | | |
| 41 | Grace A-B Inc. | | | | |
| 5 | Boca Raton, | FL   33487 | 22-2355544 | | |
| 42 | Grace A-B Inc. II | | | | |
| 6 | Boca Raton, | FL   33487 | 58-1969353 | | |
| 43 | Grace Chemical Company of Cuba | | | | |
| 7 | Boca Raton, | FL   33487 | 36-6110408 | | |
| 44 | Grace Chemicals, Inc. | | | | |
| 8 | Boca Raton, | FL   33487 | 13-3614662 | | |
| | Remedium Group, Inc. | | | | |
| | Boca Raton, | FL   33487 | 22-2312556 | | |
| | Grace Culinary Systems, Inc. | | | | |
| 10 | Boca Raton, | FL   33487 | 52-1309187 | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | | 17,643 | |

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | Owned by corporation no |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | |
| 1 | Common parent corporation: | 523900 | | | | | | |
| 38 | Subsidiary corporations: | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 94 | 94.00% | 94.00% | 53 |
| 39 | | | | | | | | |
| 3 | REAL ESTATE | 531390 | | X | 100 | 100.00% | 100.00% | 77 |
| 40 | | | | | | | | |
| 4 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 41 | | | | | | | | |
| 5 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 42 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 43 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | 1,500 | 100.00% | 100.00% | 3 |
| 44 | | | | | | | | |
| 8 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | INDUSTRIAL CHEMICALS | 325100 | | X | 11,000 | 100.00% | 100.00% | 1 |
| 10 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |

**For Paperwork Reduction Act Notice, See Instructions.**

Form **851** (Rev 9-2000)

JXB    F 08/30/01

09-09-02  12:02:04

| Form **851** | | |
|---|---|---|
| (Rev. September 2000) | **Affiliations Schedule** | OMB No. 1545-0025 |
| | ▶ **File with each consolidated income tax return** | |

Department of the Treasury
Internal Revenue Service

Tax year ending  December 31, 2001

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

ber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                    FL                    33487

## Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . | | | 65-0773649 | | |
| 47 | Subsidiary corporations: | | | | | |
| | Grace Drilling Company | | | | | |
| 2 | Boca Raton, | FL | 33487 | 73-0971397 | | |
| 48 | Grace Energy Corporation | | | | | |
| 3 | Boca Raton, | FL | 33487 | 11-2516702 | | |
| 49 | Grace Environmental, Inc. | | | | | |
| 4 | Boca Raton, | FL | 33487 | 13-3546067 | | |
| 50 | Grace H-G Inc. | | | | | |
| 5 | Boca Raton, | FL | 33487 | 13-3041784 | | |
| 51 | Grace H-G II Inc. | | | | | |
| 6 | Boca Raton, | FL | 33487 | 58-1969354 | | |
| 52 | Grace Hotel Services Corporation | | | | | |
| 7 | Boca Raton, | FL | 33487 | 13-3584911 | | |
| 53 | Grace International Holdings, Inc. | | | | | |
| 8 | Boca Raton, | FL | 33487 | 65-0609540 | | |
| 54 | Litigation Management, Inc. | | | | | |
| | Boca Raton, | FL | 33487 | 65-0537976 | | |
| | Grace Management Services, Inc. | | | | | |
| 10 | Boca Raton, | FL | 33487 | 65-0391048 | | |

Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . ▶ | | | | 17,643 |

## Part II   Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 523900 | | | | | | |
| 47 | Subsidiary corporations: | | | | | | | |
| 2 | OIL & GAS SERVICES | 211110 | | X | 1,345 | 100.00% | 100.00% | 48 |
| 48 | | | | | | | | |
| 3 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 49 | | | | | | | | |
| 4 | WASTE DISPOSAL | 562000 | | X | 5,150 | 100.00% | 100.00% | 3 |
| 50 | | | | | | | | |
| 5 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 51 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 48 |
| 52 | | | | | | | | |
| 7 | RESTAURANT | 722110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 53 | | | | | | | | |
| 8 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 1 |
| 10 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.                    Form **851** (Rev. 9-2000)

JXB   F 08/30/01                    09-09-02 12:02:04

| Form **851** (Rev. September 2000) | **Affiliations Schedule** ▶ File with each consolidated income tax return | OMB No. 1545-0025 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Tax year ending   December 31, 2001

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

| Boca Raton | FL | 33487 |

## Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 56 | Grace Offshore Company | | | |
| 2 | Boca Raton,                                 FL      33487 | 72-0502652 | | |
| 57 | Grace PAR Corporation | | | |
| 3 | Boca Raton,                                 FL      33487 | 22-2341175 | | |
| 58 | Grace Petroleum Lybia, Inc. | | | |
| 4 | Boca Raton,                                 FL      33487 | 13-6112816 | | |
| 59 | Grace Receivables Purchasing, Inc. | | | |
| 5 | Boca Raton,                                 FL      33487 | 58-2430942 | | |
| 60 | Grace Tarpons Investors, Inc. | | | |
| 6 | Boca Raton,                                 FL      33487 | 65-0344213 | | |
| 61 | Grace Ventures Corp. | | | |
| 7 | Boca Raton,                                 FL      33487 | 13-3102623 | | |
| 62 | Grace Washington, Inc. | | | |
| 8 | Boca Raton,                                 FL      33487 | 22-2941320 | | |
| 63 | Gracoal, Inc. | | | |
| | Boca Raton,                                 FL      33487 | 75-1511800 | | |
| | Gracoal II, Inc. | | | |
| 10 | Boca Raton,                                 FL      33487 | 34-1103784 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II   Principal Business Activity, Voting Stock Information, Etc.

| Corp. No | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 5239000 | | | | | | |
| 56 | Subsidiary corporations: | | | | | | | |
| 2 | OIL SERVICES | 211110 | | X | 2,336 | 100.00% | 100.00% | 48 |
| 57 | | | | | | | | |
| 3 | COAL MINING | 212110 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 58 | | | | | | | | |
| 4 | OIL & GAS PRODUCTION | 339900 | | X | 10 | 100.00% | 100.00% | 3 |
| 59 | | | | | | | | |
| 5 | RECEIVABLES | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 60 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 61 | | | | | | | | |
| 7 | RESEARCH & DEVELOPMENT | 541700 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 62 | | | | | | | | |
| 8 | GOVERNMENT RELATIONS | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | HOLDING COMPANY | 523900 | | X | 100 | 100.00% | 100.00% | 48 |
| 10 | HOLDING COMPANY | 523900 | | X | 1,000 | 100.00% | 100.00% | 48 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

Form **851**
(Rev. September 2000)

Department of the Treasury
Internal Revenue Service

## Affiliations Schedule

▶ File with each consolidated income tax return

Tax year ending **December 31, 2001**

OMB No. 1545-0025

| Name of common parent corporation | Employer identification number |
|---|---|
| W.R. GRACE & CO., & Subsidiaries | 65-0773649 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)
5400 Broken Sound Blvd. NW, Suite 300

City or town, state, and ZIP code
Boca Raton         FL         33487

### Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| | Subsidiary corporations: | | | |
| 65 | Guanica-Caribe Land Development Corp. | | | |
| 2 | Boca Raton,                    FL      33487 | 65-0504444 | | |
| 66 | Hanover Square Corporation | | | |
| 3 | Boca Raton,                    FL      33487 | 13-6112817 | | |
| 67 | Homco International, Inc. | | | |
| 4 | Boca Raton,                    FL      33487 | 74-1614655 | | |
| 68 | Ichiban Chemicals Co., Inc. | | | |
| 5 | Boca Raton,                    FL      33487 | 65-0773652 | | |
| 69 | LB Realty, Inc. | | | |
| 6 | Boca Raton,                    FL      33487 | 65-0378942 | | |
| 70 | Monolith Enterprises, Inc. | | | |
| 7 | Boca Raton,                    FL      33487 | 52-0913918 | | |
| 71 | Monroe Street, Inc. | | | |
| 8 | Boca Raton,                    FL      33487 | 65-0351861 | | |
| | Southern Oil, Resin & Fiberglass, Inc. | | | |
| | Boca Raton,                    FL      33487 | 59-0967853 | | |
| | MRA Holdings, Corp. | | | |
| 10 | Boca Raton,                    FL      33487 | 65-0546677 | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . ▶ | | 17,643 | |

### Part II   Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | Did the subsidiary make any nondividend distributions? No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation: | 523900 | | | | | | |
| 65 | Subsidiary corporations: | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 66 | | | | | | | | |
| 3 | NOMINEE | 812990 | | X | 10 | 100.00% | 100.00% | 3 |
| 67 | | | | | | | | |
| 4 | OIL & GAS SERVICE | 213110 | | X | 303 | 100.00% | 100.00% | 48 |
| 68 | | | | | | | | |
| 5 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 69 | | | | | | | | |
| 6 | HOLDING COMPANY | 551112 | | X | 2,000 | 100.00% | 100.00% | 3 |
| 70 | | | | | | | | |
| 7 | RESTAURANT | 722110 | | X | 2,605,000 | 100.00% | 100.00% | 3 |
| 71 | | | | | | | | |
| 8 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | INACTIVE | 999999 | | X | 50 | 100.00% | 100.00% | 3 |
| 10 | HOLDING COMPANY | 551112 | | X | 120 | 100.00% | 100.00% | 53 |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB   F 08/30/01                    09-09-02 12:02:04

**Form 851**
(Rev. September 2000)

**Affiliations Schedule**

▶ File with each consolidated income tax return

OMB No 1545-0025

Department of the Treasury
Internal Revenue Service

Tax year ending December 31, 2001

Name of common parent corporation

W.R. GRACE & CO., & Subsidiaries

Employer identification number
65-0773649

Number, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                                    FL                    33487

## Part I    Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | | | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . | | | | 65-0773649 | | |
| | Subsidiary corporations: | | | | | | |
| 74 | MRA Intermedco, Inc. | | | | | | |
| 2 | Boca Raton, | FL | 33487 | | 65-0180823 | | |
| 75 | MRA Staffing Systems, Inc. | | | | | | |
| 3 | Boca Raton, | FL | 33487 | | 65-0180825 | | |
| 76 | W.R. Grace Capital Corp. | | | | | | |
| 4 | Boca Raton, | FL | 33487 | | 13-2934061 | | |
| 77 | W.R. Grace Land Corp. | | | | | | |
| 5 | Boca Raton, | FL | 33487 | | 13-2677646 | | |
| 78 | Water Street Corporation | | | | | | |
| 6 | Boca Raton, | FL | 33487 | | 13-6152056 | | |
| 79 | Grace Collections, Inc. | | | | | | |
| 7 | Boca Raton, | FL | 33487 | | 65-0419649 | | |
| 81 | Grace Asia Pacific, Inc. | | | | | | |
| 8 | Boca Raton, | FL | 33487 | | 65-0422490 | | |
| | Grace Germany Holdings, Inc. | | | | | | |
| | Boca Raton, FL 33487 | | | | 65-0799268 | | |
| | Grace Europe, Inc. | | | | | | |
| 10 | Boca Raton, | FL | 33487 | | 13-2671485 | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | | | | 17,643 | |

## Part II    Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 523900D | | | | | | |
| 74 | Subsidiary corporations: | | | | | | | |
| 2 | HOLDING COMPANY | 551112 | | X | 12,999 | 100.00% | 100.00% | 3 |
| 75 | | | | | | | | |
| 3 | HOLDING COMPANY | 551112 | | X | 12,999 | 100.00% | 100.00% | 74 |
| 76 | | | | | | | | |
| 4 | REAL ESTATE | 531310 | | X | 50 | 100.00% | 100.00% | 77 |
| 77 | | | | | | | | |
| 5 | REAL ESTATE | 531390 | | X | 50 | 100.00% | 100.00% | 3 |
| 78 | | | | | | | | |
| 6 | NOMINEE | 812990 | | X | 10 | 100.00% | 100.00% | 3 |
| 79 | | | | | | | | |
| 7 | INACTIVE | 999999 | | X | 1,000 | 100.00% | 100.00% | 3 |
| 81 | | | | | | | | |
| 8 | MISC BUSINESS SERVICES | 812990 | | X | 1,000 | 100.00% | 100.00% | 3 |
| | Holding Company | 551112 | | X | 900 | 100.00% | 100.00% | 3 |
| 10 | MANAGEMENT SERVICES | 541600 | | X | 1,000 | 100.00% | 100.00% | 3 |

For Paperwork Reduction Act Notice, See Instructions.

09-09-02 12:02:04

Form **851** (Rev. 9-2000)

JXB    F 08/30/01

Form **851**
(Rev. September 2000)

Department of the Treasury
Internal Revenue Service

**Affiliations Schedule**

▶ **File with each consolidated income tax return**

OMB No 1545-0025

Tax year ending    December 31, 2001

Name of common parent corporation

W.R. GRACE & CO., & Subsidiaries

...ber, street, and room or suite no. (If a P.O. box, see instructions.)

5400 Broken Sound Blvd. NW. Suite 300

City or town, state, and ZIP code

Boca Raton                    FL                    33487

Employer identification number

65-0773649

## Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (See instructions.)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation . . . . . . . . . . . . . . . . . . . . . | 65-0773649 | | |
| 89 | Subsidiary corporations: Advanced Refining Technologies Management, Inc. | | | |
| 2 | Boca Raton                    FL       33487 | 52-2290300 | | |
| 90 | The Separation Group | | | |
| 3 | Boca Raton                    FL       33487 | 95-2806431 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . . . . . . ▶ | | 17,643 | |

## Part II — Principal Business Activity, Voting Stock Information, Etc.

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
| 1 | Common parent corporation: | 5239000 | | | | | | |
| 89 | Subsidiary corporations: | | | | | | | |
| 2 | Refining Technology | 324190 | | X | | % | % | 3 |
| 90 | | | | | | | | |
| 3 | Manufacturing | 325900 | | X | | % | % | 3 |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 10 | | | | | | % | % | |

For Paperwork Reduction Act Notice, See Instructions.

Form **851** (Rev. 9-2000)

JXB    F 08/30/01                    09-09-02 12:02:04

Form 851 (Rev. 9-2000)  W.R. GRACE & CO., & Subsidiaries                    65-0773649          Page **2**

## Part III  Changes in Stock Holdings During the Year

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares aquired | Number of shares disposed of | Percent of voting power | Percent of value |
| 89 | Advanced Refining Technologies | 3 | 01/18/2001 | 1,000 | | 100.00 % | 100.00 % |
| 90 | The Separation Group | 3 | 03/02/2001 | 66,854 | | 100.00 % | 100.00 % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

**(c)**  If any disposition listed above caused a deconsolidation of a group member, did the basis of any shares
retained by the group exceed the value of those shares immediately before the deconsolidation? . . . . . . . . . . ☐ **Yes**   ☐ **No**

If "Yes," see Regulations section 1.1502-20(b) regarding basis adjustment requirements.

**(d)**  Is the group claiming that a loss recognized on the disposition of the stock of a group member is allowed
under Regulations section 1.1502-20(c)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**   ☐ **No**

If "Yes," attach a statement entitled "ALLOWED LOSS UNDER SECTION 1.1502-20(C)" that contains the
information required by Regulations section 1.1502-20(c)(3).

**(e)**  If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

_____

**(f)**  If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                    65-0773649   Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 1 | W.R. Grace & Co. | | X | |
| 68 | Ichiban Chemicals Co., Inc. | | X | |
| 59 | Grace Receivables Purchasing, Inc. | | X | |
| 45 | Remedium Group, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 1 | W.R. Grace & Co. | | X | |
| 68 | Ichiban Chemicals Co., Inc. | | X | |
| 59 | Grace Receivables Purchasing, Inc. | | X | |
| 45 | Remedium Group, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 1 | W.R. Grace & Co. | | X | % | % | % |
| 68 | Ichiban Chemicals Co., Inc. | | X | % | % | % |
| 59 | Grace Receivables Purchasing, Inc. | | X | % | % | % |
| 45 | Remedium Group, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 1 | |
| 68 | |
| 59 | |
| 45 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer *Elyn Fike* | Date 9/13/02 | Title Vice President |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000)  W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 23 | Alewife Land Corporation | | X | |
| 22 | Alewife Boston Ltd. | | X | |
| 34 | Five Alewife Boston, Ltd. | | X | |
| 38 | GN Holdings, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 23 | Alewife Land Corporation | | X | |
| 22 | Alewife Boston Ltd. | | X | |
| 34 | Five Alewife Boston, Ltd. | | X | |
| 38 | GN Holdings, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 23 | Alewife Land Corporation | | X | % | % | % |
| 22 | Alewife Boston Ltd. | | X | % | % | % |
| 34 | Five Alewife Boston, Ltd. | | X | % | % | % |
| 38 | GN Holdings, Inc. | | X | % | % | % |

| Corp. No. | Item 3d – Provide a description of any arrangement. |
|---|---|
| 23 | |
| 22 | |
| 34 | |
| 38 | |

**Sign Here**    Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | |
| 73 | MRA Holdings, Corp. | | X | |
| 74 | MRA Intermedco, Inc. | | X | |
| 75 | MRA Staffing Systems, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | |
| 73 | MRA Holdings, Corp. | | X | |
| 74 | MRA Intermedco, Inc. | | X | |
| 75 | MRA Staffing Systems, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 24 | CCHP, Inc. | | X | % | % | % |
| 73 | MRA Holdings, Corp. | | X | % | % | % |
| 74 | MRA Intermedco, Inc. | | X | % | % | % |
| 75 | MRA Staffing Systems, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 24 | |
| 73 | |
| 74 | |
| 75 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer ▶                Date                Title ▶

Form  **851** (Rev. 9-2000)

F 08/30/01

09-09-02 12:02:04

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | |
| 28 | Construction Products Dubai, Inc. | | X | |
| 25 | CB Biomedical, Inc. | | X | |
| 32 | Amicon, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | |
| 28 | Construction Products Dubai, Inc. | | X | |
| 25 | CB Biomedical, Inc. | | X | |
| 32 | Amicon, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 81 | Grace Asia Pacific, Inc. | | X | % | % | % |
| 28 | Construction Products Dubai, Inc. | | X | % | % | % |
| 25 | CB Biomedical, Inc. | | X | % | % | % |
| 32 | Amicon, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 81 | |
| 28 | |
| 25 | |
| 32 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| | | |
|---|---|---|
| ▶ Signature of officer | Date | ▶ Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries   65-0773649

## Part IV   Additional Stock Information

1   During the tax year. did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | |
| 49 | Grace Environmental, Inc. | | X | |
| 90 | The Separation Group | | X | |
| 89 | Advanced Refining Technologies Management, Inc. | | X | |

2   During the tax year, was there (a) any member of the consolidated group that reaffiliated within 60 months of disaffiliation or (b) any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | |
| 49 | Grace Environmental, Inc. | | X | |
| 90 | The Separation Group | | X | |
| 89 | Advanced Refining Technologies Management, Inc. | | X | |

3   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 62 | Grace Washington, Inc. | | X | % | % | % |
| 49 | Grace Environmental, Inc. | | X | % | % | % |
| 90 | The Separation Group | | X | % | % | % |
| 89 | Advanced Refining Technologies Management, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 62 | |
| 49 | |
| 90 | |
| 89 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer          Date          Title

Form **851** (Rev. 9-2000)

F 08/30/01

09-09-02  12:02:04

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

**Part IV    Additional Stock Information**

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | |
| 79 | Grace Collections, Inc. | | X | |
| 54 | Litigation Management, Inc. | | X | |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | |

**2** During the tax year, was there (a) any member of the consolidated group that reaffiliated within 60 months of disaffiliation or (b) any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | |
| 79 | Grace Collections, Inc. | | X | |
| 54 | Litigation Management, Inc. | | X | |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 43 | Grace Chemical Company of Cuba | | X | % | % | % |
| 79 | Grace Collections, Inc. | | X | % | % | % |
| 54 | Litigation Management, Inc. | | X | % | % | % |
| 72 | Southern Oil, Resin & Fiberglass, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 43 | |
| 79 | |
| 54 | |
| 72 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer        Date        Title

Form **851** (Rev. 9-2000)

F 08/30/01

09-09-02 12:02:04

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | Answer to question 1 No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | |
| 84 | Grace Europe, Inc. | | X | |
| 21 | A-1 Bit & Tool Co., Inc. | | X | |
| 60 | Grace Tarpons Investors, Inc. | | X | |

**2**    During the tax year, was there (a) any member of the consolidated group that reaffiliated within 60 months of disaffiliation or (b) any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | Answer to question 2 No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | |
| 84 | Grace Europe, Inc. | | X | |
| 21 | A-1 Bit & Tool Co., Inc. | | X | |
| 60 | Grace Tarpons Investors, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | Answer to question 3 No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 65 | Guanica-Caribe Land Development Corp. | | X | % | % | % |
| 84 | Grace Europe, Inc. | | X | % | % | % |
| 21 | A-1 Bit & Tool Co., Inc. | | X | % | % | % |
| 60 | Grace Tarpons Investors, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 65 | |
| 84 | |
| 21 | |
| 60 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| | | |
|---|---|---|
| Signature of officer | Date | Title |

Form  **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 35 | G C Limited Partners I, Inc. | | X | |
| 70 | Monolith Enterprises, Inc. | | X | |
| 46 | Grace Culinary Systems, Inc. | | X | |
| 52 | Grace Hotel Services Corporation | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 35 | G C Limited Partners I, Inc. | | X | |
| 70 | Monolith Enterprises, Inc. | | X | |
| 46 | Grace Culinary Systems, Inc. | | X | |
| 52 | Grace Hotel Services Corporation | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 35 | G C Limited Partners I, Inc. | | X | % | % | % |
| 70 | Monolith Enterprises, Inc. | | X | % | % | % |
| 46 | Grace Culinary Systems, Inc. . | | X | % | % | % |
| 52 | Grace Hotel Services Corporation | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 35 | |
| 70 | |
| 46 | |
| 52 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated. | | |
|---|---|---|---|
| | ► Signature of officer | Date | ► Title |

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev 9-2000)   W.R. GRACE & CO., & Subsidiaries                65-0773649   Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | |
| 55 | Grace Management Services, Inc. | | X | |
| 69 | LB Realty, Inc. | | X | |
| 50 | Grace H-G Inc. | | X | |

**2**    During the tax year, was there (a) any member of the consolidated group that reaffiliated within 60 months of disaffiliation or (b) any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | |
| 55 | Grace Management Services, Inc. | | X | |
| 69 | LB Realty, Inc. | | X | |
| 50 | Grace H-G Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 71 | Monroe Street, Inc. | | X | % | % | % |
| 55 | Grace Management Services, Inc. | | X | % | % | % |
| 69 | LB Realty, Inc. | | X | % | % | % |
| 50 | Grace H-G Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 71 | |
| 55 | |
| 69 | |
| 50 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated. |
|---|---|
| | ▶ Signature of officer            Date            ▶ Title |

Form **851** (Rev. 9-2000)

F 08/30/01

65-0773649   Page **3**

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | |
| 33 | Ecarg, Inc. | | X | |
| 77 | W.R. Grace Land Corp. | | X | |
| 36 | G C Management, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or (b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | |
| 33 | Ecarg, Inc. | | X | |
| 77 | W.R. Grace Land Corp. | | X | |
| 36 | G C Management, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 66 | Hanover Square Corporation | | X | % | % | % |
| 33 | Ecarg, Inc. | | X | % | % | % |
| 77 | W.R. Grace Land Corp. | | X | % | % | % |
| 36 | G C Management, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 66 | |
| 33 | |
| 77 | |
| 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000)   W.R. GRACE & CO., & Subsidiaries

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | |
| 78 | Water Street Corporation | | X | |
| 31 | Del Taco Restaurants, Inc. | | X | |
| 76 | W.R. Grace Capital Corp. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or (b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505. or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | |
| 78 | Water Street Corporation | | X | |
| 31 | Del Taco Restaurants, Inc. | | X | |
| 76 | W.R. Grace Capital Corp. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 53 | Grace International Holdings, Inc. | | X | % | % | % |
| 78 | Water Street Corporation | | X | % | % | % |
| 31 | Del Taco Restaurants, Inc. | | X | % | % | % |
| 76 | W.R. Grace Capital Corp. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 53 | |
| 78 | |
| 31 | |
| 76 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer            Date            Title

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev 9-2000) W.R. GRACE & CO., & Subsidiaries    65-0773649    Page **3**

## Part IV    Additional Stock Information

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | |
| 29 | Creative Food 'N Fun Company | | X | |
| 57 | Grace PAR Corporation | | X | |
| 41 | Grace A-B Inc. | | X | |

**2** During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to **(a)** or **(b)** of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | |
| 29 | Creative Food 'N Fun Company | | X | |
| 57 | Grace PAR Corporation | | X | |
| 41 | Grace A-B Inc. | | X | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 39 | Gloucester New Communities Company, Inc. | | X | % | % | % |
| 29 | Creative Food 'N Fun Company | | X | % | % | % |
| 57 | Grace PAR Corporation | | X | % | % | % |
| 41 | Grace A-B Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 39 | |
| 29 | |
| 57 | |
| 41 | |

**Sign Here** Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer    Date    Title

Form **851** (Rev. 9-2000)

F 08/30/01

09-09-02 12:02:04

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | |
| 40 | GPC Thomasville Corp. | | X | |
| 61 | Grace Ventures Corp. | | X | |
| 48 | Grace Energy Corporation | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | |
| 40 | GPC Thomasville Corp. | | X | |
| 61 | Grace Ventures Corp. | | X | |
| 48 | Grace Energy Corporation | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 67 | Homco International, Inc. | | X | % | % | % |
| 40 | GPC Thomasville Corp. | | X | % | % | % |
| 61 | Grace Ventures Corp. | | X | % | % | % |
| 48 | Grace Energy Corporation | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 67 | |
| 40 | |
| 61 | |
| 48 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| ► Signature of officer | Date | ► Title |
|---|---|---|

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries                    65-0773649    Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 37 | GEC Management Corporation | | X | |
| 44 | Grace Chemicals, Inc. | | X | |
| 30 | Darex Puerto Rico, Inc. | | X | |
| 56 | Grace Offshore Company | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation **or** **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 37 | GEC Management Corporation | | X | |
| 44 | Grace Chemicals, Inc. | | X | |
| 30 | Darex Puerto Rico, Inc. | | X | |
| 56 | Grace Offshore Company | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 37 | GEC Management Corporation | | X | % | % | % |
| 44 | Grace Chemicals, Inc. | | X | % | % | % |
| 30 | Darex Puerto Rico, Inc. | | X | % | % | % |
| 56 | Grace Offshore Company | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 37 | |
| 44 | |
| 30 | |
| 56 | |

**Sign Here**    Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| ▶ Signature of officer | Date | ▶ Title |
|---|---|---|

Form **851** (Rev. 9-2000)

F 08/30/01

09-09-02  12:02:04

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries     65-0773649   Page **3**

## Part IV    Additional Stock Information

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 26 | Coalgrace, Inc. | | X | |
| 42 | Grace A-B Inc. II | | X | |
| 51 | Grace H-G II Inc. | | X | |
| 27 | Coalgrace II, Inc. | | X | |

**2**    During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 26 | Coalgrace, Inc. | | X | |
| 42 | Grace A-B Inc. II | | X | |
| 51 | Grace H-G II Inc. | | X | |
| 27 | Coalgrace II, Inc. | | X | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 26 | Coalgrace, Inc. | | X | % | % | % |
| 42 | Grace A-B Inc. II | | X | % | % | % |
| 51 | Grace H-G II Inc. | | X | % | % | % |
| 27 | Coalgrace II, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 26 | |
| 42 | |
| 51 | |
| 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

| Signature of officer | Date | Title |
|---|---|---|

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 | | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| | | **Yes** | **No** | |
| 64 | Gracoal II, Inc. | | X | |
| 63 | Gracoal, Inc. | | X | |
| 47 | Grace Drilling Company | | X | |
| 58 | Grace Petroleum Lybia, Inc. | | X | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 | | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| | | **Yes** | **No** | |
| 64 | Gracoal II, Inc. | | X | |
| 63 | Gracoal, Inc. | | X | |
| 47 | Grace Drilling Company | | X | |
| 58 | Grace Petroleum Lybia, Inc. | | X | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 | | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| 64 | Gracoal II, Inc. | | X | % | % | % |
| 63 | Gracoal, Inc. | | X | % | % | % |
| 47 | Grace Drilling Company | | X | % | % | % |
| 58 | Grace Petroleum Lybia, Inc. | | X | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 64 | |
| 63 | |
| 47 | |
| 58 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

Signature of officer _____   Date _____   Title _____

Form **851** (Rev. 9-2000)

F 08/30/01

Form 851 (Rev. 9-2000) W.R. GRACE & CO., & Subsidiaries

## Part IV   Additional Stock Information

**1**   During the tax year, did the corporation have more than one class of stock outstanding?

| Corp. No. | Name of corporation | Answer to question 1 Yes | No | If "Yes" to question 1, list and describe each class of stock. |
|---|---|---|---|---|
| 83 | Grace Germany Holdings, Inc. | | X | |
| 3 | W.R. Grace & Co. - Conn. | | X | |
| | | | | |
| | | | | |

**2**   During the tax year, was there **(a)** any member of the consolidated group that reaffiliated within 60 months of disaffiliation or **(b)** any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified and clarified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| Corp. No. | Name of corporation | Answer to question 2 Yes | No | If "Yes" to (a) or (b) of question 2, list the member(s) and explain the circumstances. |
|---|---|---|---|---|
| 83 | Grace Germany Holdings, Inc. | | X | |
| 3 | W.R. Grace & Co. - Conn. | | X | |
| | | | | |

**3**   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| Corp. No. | Name of corporation | Answer to question 3 Yes | No | Item 3a | Item 3b | Item 3c |
|---|---|---|---|---|---|---|
| 83 | Grace Germany Holdings, Inc. | | X | % | % | % |
| 3 | W.R. Grace & Co. - Conn. | | X | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |

| Corp. No. | Item 3d - Provide a description of any arrangement. |
|---|---|
| 83 | |
| 3 | |
| | |
| | |
| | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____   | _____   ▶ _____
Signature of officer                         Date                    Title

Form **851** (Rev. 9-2000)

F 08/30/01

09-09-02 12:02:04

## W. R. GRACE & CO. AND SUBSIDIARIES

**List Of Members Of Controlled Group
(Not Included In The Consolidated Return)**

### EUROPE

**BELGIUM**

Grace N. V.
Grace Silica N. V.

**DENMARK**

W. R. Grace A/S

**ENGLAND**

AA Consultancy & Cleaning Co., Ltd.
Borndear 1 Ltd.
Borndear 2 Ltd.
Borndear 3 Limited
Chasmbridge Limited
Cormix Ltd.
Darex UK Limited
Emerson & Cuming (Trading) Ltd.
Emerson & Cuming (UK) Ltd.
Grace Construction Products, Ltd.
Pieri U.K. Limited
Servicised Limited
W. R. Grace Limited

**FRANCE**

Etablissements Pieri S. A.
W. R. Grace S. A.

**GERMANY**

Advanced Refining Technologies GmbH
Grace Darex GmbH
Grace GmbH & Co. KG
Grace Holding GmbH
Grace Silicia GmbH

**GREECE**

Grace Hellas E.P.E.

**HUNGARY**
Grace Ertekesito Kft.

- 2 -

## EUROPE

### IRELAND

Amicon Ireland Limited
Grace Construction Products (Ireland) Limited
Trans-Meridian Dublin Limited

### ITALY

W.R. Grace Italiana S.p.A.

### NETHERLANDS

Amicon B.V.
Denac Nederland B.V.
Storm Van Bentem & Kluyver B.V.

### POLAND

W.R. Grace Sp. Zo.o.

### RUSSIA

A/O Grace Kriz
Darex CIS LLC

### SPAIN

Grace, S. A.
Pieri Especialidades, S. L.

### SWEDEN

Grace AB (Sweden)
Grace Sweden AB

### SWITZERLAND

Pieri S. A.

## ASIA-PACIFIC REGION

### AUSTRALIA

Grace Australia Pty. Ltd.

### CHINA
Grace China Ltd.

- 3 -

## ASIA-PACIFIC REGION

### HONG KONG

W. R. Grace (Hong Kong) Limited
W. R. Grace Southeast Asia Holdings Limited

### INDIA

W.R. Grace & Co. (India) Private Ltd.

### INDONESIA

P. T. Grace Specialty Chemicals Indonesia

### JAPAN

Grace Chemicals K.K.
Grace Japan K. K.

### KOREA

Grace Korea Inc.

### MALAYSIA

W. R. Grace (Malaysia) Sendirian Berhad
W. R. Grace Specialty Chemicals (Malaysia) Sdn. Bhd.

### NEW ZEALAND

Grace (NZ) Ltd.

### PHILIPPINES

W. R. Grace (Philippines) Inc.

### SINGAPORE

W. R. Grace (Singapore) Private Ltd.

### SOUTH AFRICA

Grace Davison (Proprietary) Limited
W.R. Grace Africa (Pty.) Limited

### TAIWAN

Grace Taiwan, Inc.

- 4 -

## ASIA-PACIFIC REGION

### THAILAND

W. R. Grace (Thailand) Limited

## LATIN AMERICA

### ARGENTINA

WRG Argentina S.A.
W. R. Grace Argentina S.A.

### BRAZIL

Grace Brasil Ltda.
Grace Davison Ltda.
PEADCO - Engenharia, Comercio E Industria Ltda.

### CHILE

Grace Quimica Compania Limitada

### COLOMBIA

Grace Colombia, S.A.
WRG Colombia, S.A.

### MEXICO

Grace Container, S.A. de C.V.
W.R. Grace Holdings, S.A. de C.V.

### VENEZUELA

Grace Venezuela, S.A.
Inversione GSC, S.A.

## OTHER

### CANADA

GEC Divestment Corporation
Grace Canada, Inc.
W.R. Grace Finance (NRO) Ltd.

### CUBA

Envases Industriales y Comerciales, S. A.
Papelera Camagueyana, S. A.

- 5 -

## NETHERLANDS ANTILLES

W. R. Grace N. V.

<u>**Rider To Form 5713**</u>

<u>**December 31, 2001**</u>

To comply with the international boycott provisions of IRC §999, W. R. Grace & Co. distributed a questionnaire, along with detailed instructions, to the financial executives of Operating Groups that have operations outside the United States.  All Groups responded completely.

A study of these replies along with supplementary information indicated that W. R. Grace & Co. and its subsidiaries did not participate in prohibited boycott activities pursuant to Treasury Guidelines issued on January 20, 1978 and November 14, 1979 and clarified on April 9, 1984.

The questionnaire, responses and other supplemental information are maintained at the taxpayer's main office and are available for inspection.

Form 5713, Part I, Question 8

## Summary Of Operations In Or Related To Boycotting Countries

### December 31, 2001

| Company | Countries | Taxpayer ID No. of Person Having Operations | Code | Principal Business Activity Description |
|---|---|---|---|---|
| Grace Construction Products Limited | Bahrain<br>Oman<br>Qatar<br>Saudi Arabia<br>United Arab Emirates<br>Yemen Arab Republic | | 325900 | Industrial Chemicals |
| Grace Darex GmbH | Lebanon<br>Saudi Arabia<br>Syria<br>United Arab Emirates<br>Yemen Arab Republic | | 325900 | Industrial Chemicals |
| Grace G.m.b.H. & Co. KG | Bahrain<br>Jordan<br>Kuwait<br>Lebanon<br>Saudi Arabia<br>United Arab Emirates | | 325900 | Industrial Chemicals |
| Grace Italiana | United Arab Emirates | | 325900 | Industrial Chemicals |
| .x UK Limited | Saudi Arabia | | 325900 | Industrial Chemicals |
| W. R. Grace & Co.-Conn. | Saudi Arabia<br>United Arab Emirates | 13-5114230 | 325900 | Industrial Chemicals |
| W. R. Grace (Hong Kong) Limited | United Arab Emirates | | 325900 | Industrial Chemicals |

Form 5713, Part I, Question 10

Summary Of Operations In Or Related To Boycotting Countries Other Than Israel

December 31, 2001

| Company | Countries | Taxpayer ID No. of Person Having Operations | Code | Principal Business Activity Description |
|---|---|---|---|---|
| Grace Construction Products Limited | Singapore | | 325900 | Industrial Chemicals |
| Grace Darex GmbH | Philippines<br>Singapore<br>Venezuela | | 325900 | Idustrial Chemicals |
| Darex UK Limited | Singapore | | 325900 | Industrial Chemicals |
| W. R. Grace & Co.-Conn. | Jamaica<br>Malaysia<br>Singapore<br>Trinidad<br>Venezuela | | 325900 | Industrial Chemicals |

Form **8594**

(Rev. July 1998)
Department of the Treasury
Internal Revenue Service

## Asset Acquisition Statement
### Under Section 1060
▶ **Attach to your Federal income tax return.**

OMB No. 1545-1021

Attachment
Sequence No. **61**

| Name as shown on return | Identification number as shown on return |
|---|---|
| ᴸ. R. GRACE & CO. - CONN. | 13-5114230 |

Check the box that identifies you:   ☒ Buyer      ☐ Seller

| Part I | **General Information** — To be completed by all filers. |
|---|---|

| 1   Name of other party to the transaction | Other party's identification number |
|---|---|
| E.I. DuPont De Nemours and Company | 51-0014090 |

Address (number, street, and room or suite no.)
1007 Market Street

City or town, state, and ZIP code
Willmington, Delaware  19898

| 2   Date of sale | 3   Total sales price |
|---|---|
| 06/28/2000 | 21,875,272 |

| Part II | **Assets Transferred** — To be completed by all filers of an original statement. |
|---|---|

| 4   Assets | Aggregate Fair Market Value (Actual Amount for Class I) | Allocation of Sales Price |
|---|---|---|
| Class I | $ | $ |
| Class II | $ | $ |
| Class III | $ 17,938,729 | $ 17,938,729 |
| Classes IV and V | $ 3,936,543 | $ 3,936,543 |
| Total | $ 21,875,272 | $ 21,875,272 |

5   Did the buyer and seller provide for an allocation of the sales price in the sales contract or in another written document signed by both parties? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," are the aggregate fair market values listed for each of asset Classes I, II, III, IV and V the amounts agreed upon in your sales contract or in a separate written document? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

6   In connection with the purchase of the group of assets, did the buyer also purchase a license or a covenant not to compete, or enter into a lease agreement, employment contract, management contract, or similar arrangement with the seller (or managers, directors, owners, or employees of the seller)? . . . . . . . . . . . . . ☒ Yes ☐ No
If "Yes," specify (a) the type of agreement, and (b) the maximum amount of consideration (not including interest) paid or to be paid under the agreement. See the instructions for line 6.

Covenant not to compete - no specific value assigned

For Paperwork Reduction Act Notice, see instructions.

Form **8594** (Rev. 7-98)

ISA
STF FED6841F 1

Form 8594 (Rev. 7-98)

| Part III | Supplemental Statement — To be completed only if amending an original statement or previously filed supplemental statement because of an increase or decrease in consideration. |
|---|---|

| 7    Assets | Allocation of Sales Price as Previously Reported | Increase or (Decrease) | Redetermined Allocation of Sales Price |
|---|---|---|---|
| Class I | $ | $ | $ |
| Class II | $ | $ | $ |
| Class III | $            17,938,729 | $               0.00 | $          17,938,729 |
| Classes IV and V | $             2,097,271 | $          1,839,272 | $           3,936,543 |
| Total | $            20,036,000 | | $          21,875,272 |

8    Reason(s) for increase or decrease. Attach additional sheets if more space is needed.

_____

_____

_____

_____

_____

_____

_____

_____

9    Tax year and tax return form number with which the original Form 8594 and any supplemental statements were filed.

_____

_____

STF FED6841F.2

| Form **8594** | | Asset Acquisition Statement | OMB No. 1545-1021 |
|---|---|---|---|
| (Rev. July 1998)<br>Department of the Treasury<br>Internal Revenue Service | | **Under Section 1060**<br>▶ **Attach to your Federal income tax return.** | Attachment<br>Sequence No **61** |

| Name as shown on return | Identification number as shown on return |
|---|---|
| W.R. Grace & Co. – Conn. | 13-5114230 |

Check the box that identifies you:   ☐ Buyer   ☒ Seller

## Part I  General Information - To be completed by all filers.

| 1  Name of other party to the transaction | Other party's identification number |
|---|---|
| ILLINOIS TOOL WORKS INC. | |

Address (number, street, and room or suite no.)
3600 West Lake Avenue

City or town, state, and ZIP code
Glenview, IL     60025

| 2  Date of sale<br>03/23/2001 | 3  Total sales price<br>3,600,000 |
|---|---|

## Part II  Assets Transferred - To be completed by all filers of an original statement.

| 4   Assets | Aggregate Fair Market Value (Actual Amount for Class I) | Allocation of Sales Price |
|---|---|---|
| Class I | $ | $ |
| Class II | $ | $ |
| Class III | $                57,055 | $                57,055 |
| Classes IV and V | $             3,542,945 | $             3,542,945 |
| Total | $             3,600,000 | $             3,600,000 |

5  Did the buyer and seller provide for an allocation of the sales price in the sales contract or in another
written document signed by both parties? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

If "Yes," are the aggregate fair market values listed for each of asset Classes I, II, III, IV and V the amounts
agreed upon in your sales contract or in a separate written document? . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

6  In connection with the purchase of the group of assets, did the buyer also purchase a license or a covenant not
to compete, or enter into a lease agreement, employment contract, management contract, or similar arrangement
with the seller (or managers, directors, owners, or employees of the seller)? . . . . . . . . . . . . . . ☐ Yes  ☒ No

If "Yes," specify (a) the type of agreement, and (b) the maximum amount of consideration (not including
interest) paid or to be paid under the agreement.  See the instructions for line 6.

_____

_____

_____

_____

_____

_____

_____

_____

**For Paperwork Reduction Act Notice, see instructions.**                       Form **8594** (Rev. 7-98)

JXB
F 03/21/02                          08-22-02 16:03:59