000D37   09/03/2002
FILED PURSUANT TO REV. PROC. 92-70 FOR DORMANT FOREIGN CORPORATIONS

| Form **5471** | **Information Return of U.S. Persons With Respect To Certain Foreign Corporations** | OMB No. 1545-0704 |
|---|---|---|
| (Rev. May 2001) | ► See separate Instructions. | **File In Duplicate** |
| Department of the Treasury / Internal Revenue Service | Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01 ,2001 , and ending 12/31,2001 | (see **When and Where To File** in the instructions) |

| Name of person filing this return | **A** Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

**Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address)**
5400 BROKEN SOUND BLVD. - SUITE 300

**B** Category of filer (See instructions. Check applicable box(es)):
1 ☐   2 ☐   3 ☐   4 ☒   5 ☒

**City or town, state, and ZIP code**
BOCA RATON, FL 33487

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period    100%

Filer's tax year beginning 01/01 ,2001 , and ending 12/31 ,2001

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Share-holder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information **must** be in the English language. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

| **1a** Name and address of foreign corporation | **b** Employer identification number, if any |
|---|---|
| EMERSON & CUMING (TRADING<br>635 AJAX AVENUE<br>SLOUGH, BERKSHIRE, SL1 4BH ENGLAND | |
| | **c** Country under whose laws incorporated<br>UNITED KINGDOM |

| **d** Date of incorporation | **e** Principal place of busn. | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency |
|---|---|---|---|---|
| 5/28/96 | | | | |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, please show: | |
|---|---|---|
| | **(i)** Taxable income or (loss) | **(ii)** U.S. income tax paid (after all credits) |
| | | |

| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different |
|---|---|

| **Schedule A** | **Stock of the Foreign Corporation** |
|---|---|

**Part I — ALL Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| | | |
| | | |
| | | |
| | | |

**Part II — Additional Information for Preferred Stock**
(To be completed **only** by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the separate instructions.    Form **5471** (Rev. 5-2001)

000D38   09/03/2002
FILED PURSUANT TO REV. PROC. 92-70 FOR DORMANT FOREIGN CORPORATIONS

Form **5471**

(Rev. May 2001)

Department of the Treasury
Internal Revenue Service

## Information Return of U.S. Persons With Respect To Certain Foreign Corporations
► See separate instructions.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01 , 2001 , and ending 12/31, 2001

OMB No. 1545-0704

File in Duplicate

(see When and Where To File in the instructions)

| Name of person filing this return | **A** Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address)
5400 BROKEN SOUND BLVD. - SUITE 300

**B** Category of filer (See instructions. Check applicable box(es)):
1 ☐  2 ☐  3 ☐  4 ☒  5 ☒

City or town, state, and ZIP code
BOCA RATON, FL 33487

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period     100%

Filer's tax year beginning 01/01 , 20 01 , and ending 12/31 , 20 01

**D**  Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Share-holder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information **must** be in the English language. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

| **1a** Name and address of foreign corporation | **b** Employer identification number, if any |
|---|---|
| EMERSON & CUMING (UK) LT<br>635 AJAX AVENUE<br>SLOUGH, BERKSHIRE, SL1 4BH ENGLAND | **c** Country under whose laws incorporated<br>UNITED KINGDOM |

| **d** Date of incorporation | **e** Principal place of busn. | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency |
|---|---|---|---|---|
| 8/21/61 | | | | |

**2**  Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, please show:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different

## Schedule A   Stock of the Foreign Corporation
### Part I — ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| | | |
| | | |
| | | |

### Part II — Additional Information for Preferred Stock
(To be completed **only** by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **5471** (Rev. 5-2001)

CAA   **1** 54711   NTF 35686   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000795   09/03/2002

| Form **5471** | **Information Return of U.S. Persons With Respect To Certain Foreign Corporations** | OMB No. 1545-0704 |
|---|---|---|
| (Rev. May 2001) | ▶ See separate Instructions. | **File In Duplicate** (see **When and Where To File** in the instructions) |
| Department of the Treasury Internal Revenue Service | Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01 , 2001 , and ending 12/31 , 2001 | |

Name of person filing this return
**W. R. GRACE & CO. & SUBSIDIARIES**

Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address)
**5400 BROKEN SOUND BLVD. - SUITE 300**

City or town, state, and ZIP code
**BOCA RATON, FL 33487**

Filer's tax year beginning 01/01 , 2001 , and ending 12/31 , 2001

**A** Identifying number
65-0773649

**B** Category of filer (See instructions). Check applicable box(es):
1 ☐  2 ☐  3 ☐  4 ☒  5 ☒

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period  100 %

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information must be in the English language. All amounts must be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
GRACE CONSTRUCTION PROD.
635 AJAX AVENUE SLOUGH
BERKSHIRE SL1 4BH UNITED KINGDOM

**b** Employer identification number, if any

**c** Country under whose laws incorporated
UNITED KINGDOM

| **d** Date of incorporation | **e** Principal place of busn. | **f** Principal business activity code number | **g** Principal business activity OTHER CHEMICAL PRODUCT MFG | **h** Functional currency |
|---|---|---|---|---|
| 11/13/58 | UNITED KINGDOM | 325900 | | Pound Sterling |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, please show:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different
DAVID MICHAEL

---

| **Schedule A** | **Stock of the Foreign Corporation** |
|---|---|

**Part I — ALL Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 13,525,000 | 13,525,000 |
| | | |

**Part II — Additional Information for Preferred Stock**
(To be completed only by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the separate instructions.   Form **5471** (Rev. 5-2001)

CAA   **1  54711**   NTF 35686   Copyright 2001 Greatland/Nelco LP – Forms Software Only

Form 5471 (Rev. 5-2001)                                                                                   Page **2**

## Schedule B   U.S. Shareholders of Foreign Corporation (See the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| *W. R. GRACE & CO. - CONN<br>7500 GRACE DRIVE<br>COLUMBIA MD, 21044<br>13-5114230<br>*A WHOLLY OWNED<br>SUBSIDIARY OF<br>W. R. GRACE & CO. | COMMON | 13,525,000 | 13,525,000 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 100 |

## Schedule C   Income Statement (See the instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **INCOME** | 1a | Gross receipts or sales | 1a | 31,496,723. | 45,375,124. |
| | b | Returns and allowances | 1b | 812,292. | 1,170,212. |
| | c | Subtract line 1b from line 1a | 1c | 30,684,431. | 44,204,912. |
| | 2 | Cost of goods sold | 2 | 18,172,060. | 26,179,215. |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | 12,512,371. | 18,025,697. |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | 257,971. | 371,640. |
| | 6 | Gross rents, royalties, and license fees | 6 | 321,087. | 462,567. |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 | Other income (attach schedule) ........ SEE STATEMENT 1. | 8 | -18,576. | -26,761. |
| | 9 | Total income (add lines 3 through 8) | 9 | 13,072,853. | 18,833,143. |
| **DEDUCTIONS** | 10 | Compensation not deducted elsewhere | 10 | 6,117,953. | 8,813,707. |
| | 11 | Rents, royalties, and license fees | 11 | 2,000,823. | 2,882,445. |
| | 12 | Interest | 12 | | |
| | 13 | Depreciation not deducted elsewhere | 13 | 773,602. | 1,114,474. |
| | 14 | Depletion | 14 | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | 255,383. | 367,912. |
| | 16 | Other deductions (attach schedule -- exclude provision for income, war profits, and excess profits taxes) ........ SEE STATEMENT 2. | 16 | 2,616,287. | 3,769,102. |
| | 17 | Total deductions (add lines 10 through 16) | 17 | 11,764,048. | 16,947,640. |
| **NET INCOME** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | 1,308,805. | 1,885,503. |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | 20 | 1,933,444. | 2,785,377. |
| | 21 | Current year net income or (loss) per books (line 18 plus line 19 minus line 20) | 21 | -624,639. | -899,874. |

CAA    1    54712    NTF 35887    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000795  09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE CONSTRUCTION PROD.                                      65-0773649

Form 5471 (Rev. 5-2001)                                                  Page **3**

**Schedule E**   **Income, War Profits, and Excess Profits Taxes Paid or Accrued** (See instructions.)

| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
|---|---|---|---|
| **1** U.S. | | | |
| **2** Pound Sterling | 74,585. | 1.4257156 | 106,337. |
| **3** | | | |
| **4** | | | |
| **5** | | | |
| **6** | | | |
| **7** | | | |
| **8** Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | 106,337. |

**Schedule F**   **Balance Sheet**

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See the instructions for an exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| **1** Cash | **1** | 2,961,418. | 3,574,776. |
| **2a** Trade notes and accounts receivable. | **2a** | 7,528,802. | 7,304,215. |
| **b** Less allowance for bad debts. | **2b** | ( 23,414. ) | ( 106,262. ) |
| **3** Inventories | **3** | 3,463,116. | 3,848,488. |
| **4** Other current assets (attach schedule) . . . SEE STATEMENT 3 . . . | **4** | 680,316. | 325,959. |
| **5** Loans to stockholders and other related persons. | **5** | | |
| **6** Investment in subsidiaries (attach schedule) | **6** | | |
| **7** Other investments (attach schedule) . . . SEE STATEMENT 4 . . . | **7** | 0. | 2,573. |
| **8a** Buildings and other depreciable assets | **8a** | 19,929,917. | 20,334,183. |
| **b** Less accumulated depreciation | **8b** | ( 12,363,394. ) | ( 13,135,522. ) |
| **9a** Depletable assets | **9a** | | |
| **b** Less accumulated depletion. | **9b** | ( ) | ( ) |
| **10** Land (net of any amortization) | **10** | | |
| **11** Intangible assets: | | | |
| **a** Goodwill. | **11a** | 5,802,580. | 5,639,212. |
| **b** Organization costs | **11b** | | |
| **c** Patents, trademarks, and other intangible assets | **11c** | 378,159. | 367,512. |
| **d** Less accumulated amortization for lines 11a, b, and c | **11d** | ( 1,361,268. ) | ( 1,477,592. ) |
| **12** Other assets (attach schedule). . . . SEE STATEMENT 5 . . . | **12** | 61,337,143. | 59,882,551. |
| **13** Total assets | **13** | 88,333,375. | 86,560,093. |

| Liabilities and Stockholders' Equity | | | |
|---|---|---|---|
| **14** Accounts payable. | **14** | 4,745,903. | 4,814,474. |
| **15** Other current liabilities (attach schedule) . . . SEE STATEMENT 6 . . . | **15** | 2,982,791. | 1,958,310. |
| **16** Loans from stockholders and other related persons. | **16** | -12,082,139. | -11,810,949. |
| **17** Other liabilities (attach schedule) . . . SEE STATEMENT 7 . . . | **17** | 4,257,834. | 6,563,442. |
| **18** Capital stock: | | | |
| **a** Preferred stock. | **18a** | | |
| **b** Common stock. | **18b** | 20,152,250. | 19,584,876. |
| **19** Paid-in or capital surplus (attach reconciliation) | **19** | | 0. |
| **20** Retained earnings | **20** | 68,276,736. | 65,449,940. |
| **21** Less cost of treasury stock | **21** | ( ) | ( ) |
| **22** Total liabilities and stockholders' equity | **22** | 88,333,375. | 86,560,093. |

CAA    **1  54713**    NTF 35888    Copyright 2001 Greatland/Nelco LP – Forms Software Only

Form 5471 (Rev. 5-2001)                                                          Page **4**

### Schedule G    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in a foreign partnership? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| | If "Yes," see the instructions for required attachment. | | |
| **2** | During the tax year, did the foreign corporation own an interest in any trust? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| **3** | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| | If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each entity. | | |

### Schedule H    Current Earnings and Profits (See the instructions.)

**Important:** Enter the amounts on lines 1 through 5c in functional currency.

| | | | | |
|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | -624,639. |

| | | Net Additions | Net Subtractions |
|---|---|---|---|
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | |
| **a** | Capital gains or losses. . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **d** | Investment or incentive allowance . . . . . . . . . . . . . . . . . . . . | | |
| **e** | Charges to statutory reserves. . . . . . . . . . . . . . . . . . . . . . | | 0. |
| **f** | Inventory adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **g** | Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,858,859. | |
| **h** | Other (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 0. |
| **3** | Total net additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,858,859. | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |

| | | | | |
|---|---|---|---|---|
| **5a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | 1,234,220. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **5b** | |
| **c** | Combine lines 5a and 5b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | 1,234,220. |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations) (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** | 1,778,054. |

Enter exchange rate used for line 5d ▶                                1.4406300

### Schedule I    Summary of Shareholder's Income From Foreign Corporation (See the instructions.)

| | | | |
|---|---|---|---|
| **1** | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Earnings invested in U.S. property (line 17, Worksheet B in the instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Total of lines 1 through 5. Enter here and on your income tax return. See instructions . . . . . . . . . . . . . . . . . . . . . | **6** | 0. |
| **7** | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Exchange gain or (loss) on a distribution of previously taxed income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |

| | Yes | No |
|---|---|---|
| ● Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| ● Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |

If the answer to either question is "Yes," attach an explanation.

CAA    1  **54714**    NTF 35689    Copyright 2001 Greatland/Nelco LP - Forms Software Only

| SCHEDULE J (Form 5471) | Accumulated Earnings and Profits (E&P) of Controlled Foreign Corporation | | OMB No. 1545-0704 |
|---|---|---|---|

(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

▶ Attach to Form 5471. See Instructions for Form 5471.

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation
GRACE CONSTRUCTION PROD.

| Important. Enter amounts in functional currency. | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (see instructions) (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| **1** Balance at beginning of year | 6,021,567. | 268,304. | | | | 6,289,871. |
| **2a** Current year E&P | 1,234,220. | | | | | |
| **b** Current year deficit in E&P | | | | | | |
| **3** Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | 7,255,787. | 268,304. | | | | |
| **4** Amounts included under sec. 951(a) or reclassified under section 959(c) in current year | | | | | | |
| **5a** Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| **b** Actual distributions of nonpreviously taxed E&P | | | | | | |
| **6a** Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | 0. | 0. | 0. | |
| **b** Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | 7,255,787. | 268,304. | | | | |
| **7** Balance at end of year. (Enter amount from line 6a / line 6b, whichever is applic.) | 7,255,787. | 268,304. | 0. | 0. | 0. | 7,524,091. |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule J (Form 5471) (Rev. 5-2001)

CAA   **1  5471J1**   NTF 35690   Copyright 2001 Greatland/Nelco LP – Forms Software Only

**SCHEDULE M**
**(Form 5471)**
(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ Attach to Form 5471. See Instructions for Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471
**W. R. GRACE & CO. & SUBSIDIARIES**

Identifying number
**65-0773649**

Name of foreign corporation
**GRACE CONSTRUCTION PROD.**

**Important:** Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See the instructions.

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ **Pound Sterling 1.4406300**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **1** Sales of stock in trade (inventory) . . . . . . . . . . . . . . |  | 135,886. | 2,636,463. |  |  |
| **2** Sales of property rights (patents, trademarks, etc.) . . . . . |  |  |  |  |  |
| **3** Compensation received for technical, managerial, engineering, construction, or like services. . . . . . . . . . . . . . . |  | 198,975. | 2,670,537. |  |  |
| **4** Commissions received . . . . . . . |  |  |  |  |  |
| **5** Rents, royalties, and license fees received. . . . . . . . . . . . . |  |  | 363,773. |  |  |
| **6** Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income). . . . . . |  |  |  |  |  |
| **7** Interest received . . . . . . . . . . . |  | 39,296. | 212,172. |  |  |
| **8** Premiums received for insurance or reinsurance. . . . . . |  |  |  |  |  |
| **9** Add lines 1 through 8 . . . . . . . . | 0. | 374,157. | 5,882,945. | 0. | 0. |
| **10** Purchases of stock in trade (inventory). . . . . . . . . . . . . . . |  | 4,425,553. | 793,579. |  |  |
| **11** Purchases of tangible property other than stock in trade . . . . . |  |  |  |  |  |
| **12** Purchases of property rights (patents, trademarks, etc.) . . . . . |  | . |  |  |  |
| **13** Compensation paid for technical, managerial, engineering, construction, or like services. . . . . . . . . . . . . . |  | 86,330. | 211,209. |  |  |
| **14** Commissions paid. . . . . . . . . . |  | 386,794. | 161,575. |  |  |
| **15** Rents, royalties, and license fees paid . . . . . . . . . . . . . . . . |  |  |  |  |  |
| **16** Dividends paid . . . . . . . . . . . . . |  |  |  |  |  |
| **17** Interest paid . . . . . . . . . . . . . . |  |  |  |  |  |
| **18** Add lines 10 through 17 . . . . . . | 0. | 4,898,677. | 1,166,363. | 0. | 0. |
| **19** Amounts borrowed (enter the maximum loan balance during the year) -- see instructions . . . |  |  | 6,975,344. |  |  |
| **20** Amounts loaned (enter the maximum loan balance during the year) -- see instructions . . . |  |  | 7,155,677. |  |  |

CAA   **1  5471M1**   NTF 35685   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000795    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE CONSTRUCTION PROD.

Statement 1
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Income

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| OPERATING REVENUE | 2,321 | 3,344 |
| OTHER INCOME | -20,897 | -30,105 |
| Total | -18,576 | -26,761 |

000795   09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE CONSTRUCTION PROD.

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Deductions

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| PROFESSIONAL, CORPORATION | 670,514 | 965,963 |
| CHARITABLE DEDUCTIONS | 2,176 | 3,135 |
| ADVERTISING | 165,935 | 239,051 |
| GENERAL STATIONARY AND SU | 170,889 | 246,188 |
| TELEPHONE COMMUNICATIONS | 1,362,917 | 1,963,459 |
| OPERATING COSTS | 308,113 | 443,877 |
| UTILITIES | 133,105 | 191,755 |
| REPAIRS AND MAINTENANCE | 109,167 | 157,269 |
| INSURANCE | 133,853 | 192,833 |
| SERVICE CHARGES | 446,838 | 643,728 |
| EXPENSE TRANSFERS | -1,030,657 | -1,484,795 |
| AMORTIZATION CHARGES | 106,797 | 153,855 |
| OTHER DEDUCTIONS | 650 | 936 |
| INTER CORP. - OTHER EXP. | 35,990 | 51,848 |
| Total | 2,616,287 | 3,769,102 |

000795   09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE CONSTRUCTION PROD.

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 4 -- Other Current Assets

| Detail Description | Beginning | Ending |
|---|---|---|
| OTHER PREPAYMENTS AND OTH | 434,517 | 325,959 |
| CURRENT DEFERRED TAXES | 245,799 | |
| Total | 680,316 | 325,959 |

000795    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE CONSTRUCTION PROD.

Statement 4
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 7 -- Other Investments

| Detail Description | Beginning | Ending |
|---|---|---|
| MISCELLANEOUS INVESTMENTS | | 2,573 |
| Total | 0 | 2,573 |

```
000795   09/03/2002                                    Statement 5
W. R. GRACE & CO. & SUBSIDIARIES                       65-0773649
GRACE CONSTRUCTION PROD.
```

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 12 -- Other Assets

| Detail Description | Beginning | Ending |
|--------------------|-----------|--------|
| DEFERRED CHARGES | 61,337,143 | 59,882,551 |
| Total | 61,337,143 | 59,882,551 |

000795    09/03/2002                                          Statement 6
W. R. GRACE & CO. & SUBSIDIARIES                              65-0773649
GRACE CONSTRUCTION PROD.

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 15 -- Other Current Liabilities

| Detail Description | Beginning | Ending |
|---|---|---|
| ACCEPTANCE PAYABLE | -25,846 | -36,379 |
| INCOME TAXES PAYABLE | 971,590 | 398,967 |
| ACCRUED CURRENT LIABILITI | 1,383,274 | 1,342,871 |
| INTER CORPORATE BAL. WITH | 653,773 | 232,529 |
| DEFERRED INCOME | | 20,322 |
| Total | 2,982,791 | 1,958,310 |

000795    09/03/2002                                    Statement 7
W. R. GRACE & CO. & SUBSIDIARIES                         65-0773649
GRACE CONSTRUCTION PROD.

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 17 -- Other Liabilities

| Detail Description | Beginning | Ending |
| --- | --- | --- |
| NON CURRENT DEFERRED TAX | 4,257,834 | 6,563,442 |
| Total | 4,257,834 | 6,563,442 |

Form **5471**

(Rev. May 2001)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect To Certain Foreign Corporations

▶ **See separate instructions.**

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 07/31 , 2001 , and ending 12/31 , 2001

OMB No. 1545-0704

**File In Duplicate**
(see **When and Where To File** in the instructions)

| Name of person filing this return | **A** Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address)
5400 BROKEN SOUND BLVD. - SUITE 300

**B** Category of filer (See instructions. Check applicable box(es)):
1 ☐  2 ☐  3 ☒  4 ☒  5 ☒

City or town, state, and ZIP code
BOCA RATON, FL 33487

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period    100 %

Filer's tax year beginning 01/01 , 2001 , and ending 12/31 , 2001

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Share-holder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information **must** be in the English language. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
PIERI U.K. LIMITED
843, BIRCHWOOD BOULEVARD
BIRCHWOOD, WARRINGTON, CHESHIRE WA3 7QZ ENGLAND

**b** Employer identification number, if any

**c** Country under whose laws incorporated
UNITED KINGDOM

| **d** Date of incorporation | **e** Principal place of busn. | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency |
|---|---|---|---|---|
| 11/01/83 | UNITED KINGDOM | 422600 | CHEM & ALLIED PROD WHOLESALER | Pound Sterling |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, please show:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different
IAN ROBERT HART

## Schedule A   Stock of the Foreign Corporation

### Part I — ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | | 100 |
| | | |
| | | |
| | | |

### Part II — Additional Information for Preferred Stock
(To be completed only by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **5471** (Rev. 5-2001)

CAA   1  54711   NTF 35686   Copyright 2001 Greatland/Nelco LP – Forms Software Only

Form 5471 (Rev. 5-2001)                                                                     65-0773649                Page **2**

## Schedule B    U.S. Shareholders of Foreign Corporation (See the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| *W. R. GRACE & CO. - CONN<br>7500 GRACE DRIVE<br>COLUMBIA MD, 21044<br>13-5114230 | COMMON | | 100 | |
| *A WHOLLY OWNED<br>SUBSIDIARY OF<br>W. R. GRACE & CO. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 100 |

## Schedule C    Income Statement (See the instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

|  |  |  | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **INCOME** | 1a | Gross receipts or sales | 1a | 56,586. | 81,519. |
| | b | Returns and allowances | 1b | 7,000. | 10,084. |
| | c | Subtract line 1b from line 1a | 1c | 49,586. | 71,435. |
| | 2 | Cost of goods sold | 2 | 35,921. | 51,748. |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | 13,665. | 19,687. |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | -8. | -12. |
| | 6 | Gross rents, royalties, and license fees | 6 | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 | Other income (attach schedule) ...........SEE STATEMENT 1. | 8 | 812. | 1,170. |
| | 9 | Total income (add lines 3 through 8) | 9 | 14,469. | 20,845. |
| **DEDUCTIONS** | 10 | Compensation not deducted elsewhere | 10 | 31,832. | 45,858. |
| | 11 | Rents, royalties, and license fees | 11 | 10,072. | 14,510. |
| | 12 | Interest | 12 | | |
| | 13 | Depreciation not deducted elsewhere | 13 | 4,529. | 6,525. |
| | 14 | Depletion | 14 | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | | |
| | 16 | Other deductions (attach schedule -- exclude provision for income, war profits, and excess profits taxes) ...............SEE STATEMENT 2. | 16 | 10,019. | 14,434. |
| | 17 | Total deductions (add lines 10 through 16) | 17 | 56,452. | 81,327. |
| **NET INCOME** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | -41,983. | -60,482. |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | 20 | -12,400. | -17,864. |
| | 21 | Current year net income or (loss) per books (line 18 plus line 19 minus line 20) | 21 | -29,583. | -42,618. |

CAA    1  54712    NTF 35687    Copyright 2001 Greatland/Nelco LP ~ Forms Software Only

Form 5471 (Rev. 5-2001)    Page **3**

| Schedule E | Income, War Profits, and Excess Profits Taxes Paid or Accrued (See instructions.) | | | |
|---|---|---|---|---|
| | | **Amount of tax** | | |
| | **(a)**<br>Name of country or U.S. possession | **(b)**<br>In foreign currency | **(c)**<br>Conversion rate | **(d)**<br>In U.S. dollars |
| 1 | U.S. | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Total............................................▶ | | | 0. |

| Schedule F | Balance Sheet |
|---|---|

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See the instructions for an exception for DASTM corporations.

| Assets | | | (a)<br>Beginning of annual<br>accounting period | (b)<br>End of annual<br>accounting period |
|---|---|---|---|---|
| 1 | Cash ................................................ | 1 | | 16,754. |
| 2a | Trade notes and accounts receivable........................ | 2a | | 59,954. |
| b | Less allowance for bad debts............................... | 2b | ( ) | ( -295.) |
| 3 | Inventories........................................ | 3 | | 20,341. |
| 4 | Other current assets (attach schedule)....................... | 4 | | 0. |
| 5 | Loans to stockholders and other related persons............... | 5 | | |
| 6 | Investment in subsidiaries (attach schedule) ................. | 6 | | |
| 7 | Other investments (attach schedule) ........................ | 7 | | 0. |
| 8a | Buildings and other depreciable assets ..................... | 8a | | 36,560. |
| b | Less accumulated depreciation ............................ | 8b | ( ) | ( 13,952.) |
| 9a | Depletable assets...................................... | 9a | | |
| b | Less accumulated depletion............................... | 9b | ( ) | ( ) |
| 10 | Land (net of any amortization) ............................ | 10 | | |
| 11 | Intangible assets: | | | |
| a | Goodwill.............................................. | 11a | | 93,501. |
| b | Organization costs....................................... | 11b | | |
| c | Patents, trademarks, and other intangible assets ............. | 11c | | |
| d | Less accumulated amortization for lines 11a, b, and c ......... | 11d | ( ) | ( ) |
| 12 | Other assets (attach schedule)............................ | 12 | | 0. |
| 13 | Total assets ........................................... | 13 | 0. | 213,453. |

| Liabilities and Stockholders' Equity | | | | |
|---|---|---|---|---|
| 14 | Accounts payable...................................... | 14 | | 19,592. |
| 15 | Other current liabilities (attach schedule) ..........SEE STATEMENT 3.... | 15 | | 231,632. |
| 16 | Loans from stockholders and other related persons............ | 16 | | 4,923. |
| 17 | Other liabilities (attach schedule) ......................... | 17 | | 0. |
| 18 | Capital stock: | | | |
| a | Preferred stock......................................... | 18a | | |
| b | Common stock.......................................... | 18b | | 145. |
| 19 | Paid-in or capital surplus (attach reconciliation)............... | 19 | | 0. |
| 20 | Retained earnings...................................... | 20 | | -42,839. |
| 21 | Less cost of treasury stock............................... | 21 | ( ) | ( ) |
| 22 | Total liabilities and stockholders' equity ..................... | 22 | 0. | 213,453. |

CAA    1 **54713**    NTF 35688    Copyright 2001 Greatland/Nelco LP – Forms Software Only

Form 5471 (Rev. 5-2001)                                                          Page **4**

## Schedule G   Other Information

|  |  | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in a foreign partnership?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
|  | If "Yes," see the instructions for required attachment. |  |  |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
|  | If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each entity. |  |  |

## Schedule H   Current Earnings and Profits (See the instructions.)

**Important:** Enter the amounts on lines 1 through 5c in functional currency.

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **1** | -29,583. |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| b | Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| d | Investment or incentive allowance . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| e | Charges to statutory reserves. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| f | Inventory adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| g | Taxes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,400. | | |
| h | Other (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 0. | | |
| 3 | Total net additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | | | |
| 4 | Total net subtractions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,400. | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5a** | -41,983. |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | | | **5b** | |
| c | Combine lines 5a and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5c** | -41,983. |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations) (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5d** | -60,482. |

Enter exchange rate used for line 5d ►                              1.4406300

## Schedule I   Summary of Shareholder's Income From Foreign Corporation (See the instructions.)

| | | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions). . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return. See instructions . . . . . . . . . . . . . . . . . . . | **6** | 0. |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |

|  | Yes | No |
|---|---|---|
| ● Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| ● Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |

If the answer to either question is "Yes," attach an explanation.

CAA   **1  54714**   NTF 35889        Copyright 2001 Greatland/Nelco LP – Forms Software Only

**SCHEDULE J**
**(Form 5471)**

(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

**Accumulated Earnings and Profits (E&P)**
**of Controlled Foreign Corporation**

▶ Attach to Form 5471. See Instructions for Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471
W. R. GRACE & CO. & SUBSIDIARIES

Identifying number
65-0773649

Name of foreign corporation
PIERI U.K. LIMITED

| Important. Enter amounts in functional currency. | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (see instructions) (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| **1** Balance at beginning of year | | | | | | 0. |
| **2a** Current year E&P | | | | | | |
| **b** Current year deficit in E&P | 41,983. | | | | | |
| **3** Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | -41,983. | | | | | |
| **4** Amounts included under sec. 951(a) or reclassified under section 959(c) in current year | | | | | | |
| **5a** Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| **b** Actual distributions of nonpreviously taxed E&P | | | | | | |
| **6a** Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | 0. | 0. | 0. | |
| **b** Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | -41,983. | 0. | | | | |
| **7** Balance at end of year. (Enter amount from line 6a / line 6b, whichever is applic.) | -41,983. | 0. | 0. | 0. | 0. | -41,983. |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule J (Form 5471) (Rev. 5-2001)

CAA   1  5471J1     NTF 35690     Copyright 2001 Greatland/Nelco LP – Forms Software Only

000434   09/03/2002

**SCHEDULE M**
**(Form 5471)**
(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

OMB No. 1545-0704

▶ Attach to Form 5471. See Instructions for Form 5471.

Name of person filing Form 5471
**W. R. GRACE & CO. & SUBSIDIARIES**

Identifying number
**65-0773649**

Name of foreign corporation
**PIERI U.K. LIMITED**

**Important:** Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See the instructions.

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ **Pound Sterling 1.4406300**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **1** Sales of stock in trade (inventory). . . . . . . . . . . . . . | | | | | |
| **2** Sales of property rights (patents, trademarks, etc.). . . . . | | | | | |
| **3** Compensation received for technical, managerial, engineering, construction, or like services. . . . . . . . . . . . . . | | | | | |
| **4** Commissions received . . . . . . . | | | | | |
| **5** Rents, royalties, and license fees received. . . . . . . . . . . . . | | | | | |
| **6** Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income). . . . . . | | | | | |
| **7** Interest received . . . . . . . . . . . | | | | | |
| **8** Premiums received for insurance or reinsurance. . . . . . | | | | | |
| **9** Add lines 1 through 8 . . . . . . . . | 0. | 0. | 0. | 0. | 0. |
| **10** Purchases of stock in trade (inventory). . . . . . . . . . . . . . | | | 30,757. | | |
| **11** Purchases of tangible property other than stock in trade . . . . . . | | | | | |
| **12** Purchases of property rights (patents, trademarks, etc.). . . . . | | | | | |
| **13** Compensation paid for technical, managerial, engineering, construction, or like services. . . . . . . . . . . . . . | | | 3,602. | | |
| **14** Commissions paid. . . . . . . . . . | | | | | |
| **15** Rents, royalties, and license fees paid . . . . . . . . . . . . . . . . | | | | | |
| **16** Dividends paid . . . . . . . . . . . . | | | | | |
| **17** Interest paid . . . . . . . . . . . . . . | | | | | |
| **18** Add lines 10 through 17 . . . . . . | 0. | 0. | 34,359. | 0. | 0. |
| **19** Amounts borrowed (enter the maximum loan balance during the year) -- see instructions . . . | | | 4,898. | | |
| **20** Amounts loaned (enter the maximum loan balance during the year) -- see instructions . . . . | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule M (Form 5471) (Rev. 5-2001)

CAA   **1** 5471M1   NTF 35685   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000434   09/03/2002

**SCHEDULE O**
**(Form 5471)**

(Rev. May 2001)

Department of the Treasury
Internal Revenue Service

# Organization or Reorganization of Foreign Corporation, and Acquisitions and Dispositions of its Stock

▶ Attach to Form 5471. See Instructions for Form 5471.

OMB No. 1545-0704

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation

PIERI U.K. LIMITED

**Important:** Complete a **separate** Schedule O for each foreign corporation for which information must be reported.

## Part I   To Be Completed by U.S. Officers and Directors

| (a) Name of shareholder for whom acquisition information is reported | (b) Address of shareholder | (c) Identifying number of shareholder | (d) Date of original 10% acquisition | (e) Date of additional 10% acquisition |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## Part II   To Be Completed by U.S. Shareholders

**Note:** If this return is required because one or more shareholders became U.S. persons, attach a list showing the names of such persons and the date each became a U.S. person.

### Section A -- General Shareholder Information

| (a) Name, address, and identifying number of shareholder(s) filing this schedule | (b) For shareholder's latest U.S. income tax return filed, indicate: | | | (c) Date (if any) shareholder last filed info. return under section 6046 for the foreign corporation |
|---|---|---|---|---|
| | (1) Type of return (enter form number) | (2) Date return filed | (3) Internal Revenue Service Center where filed | |
| W. R. GRACE & CO. - CONN. COLUMBIA, MD 21044 13-5114230 | 1120 | 9/15/01 | ATLANTA, GA | |
| | | | | |
| | | | | |

### Section B -- U.S. Persons Who Are Officers or Directors of the Foreign Corporation

| (a) Name of U.S. officer or director | (b) Address | (c) Social security number | (d) Check appropriate box(es) | |
|---|---|---|---|---|
| | | | Officer | Director |
| | | | | |
| | | | | |

### Section C -- Acquisition of Stock

| (a) Name of shareholder(s) filing this schedule | (b) Class of stock acquired | (c) Date of acquisition | (d) Method of acquisition | (e) Number of shares acquired | | |
|---|---|---|---|---|---|---|
| | | | | (1) Directly | (2) Indirectly | (3) Constructively |
| W. R. GRACE & CO. - CONN. | COMMON | 7/31/2001 | PURCHASE | | 100 | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule O (Form 5471) (Rev. 5-2001)

CAA    **1   547101**    NTF 35691    Copyright 2001 Greatland/Nelco LP – Forms Software Only

Schedule O (Form 5471) (Rev. 5-2001)                                      Page **2**

| (f) Amount paid or value given | (g) Name and address of person from whom shares were acquired |
|---|---|
| 50,000 | Available at taxpayers office |
|  |  |
|  |  |

### Section D -- Disposition of Stock

| (a) Name of shareholder disposing of stock | (b) Class of stock | (c) Date of disposition | (d) Method of disposition | (e) Number of shares disposed of | | |
|---|---|---|---|---|---|---|
|  |  |  |  | (1) Directly | (2) Indirectly | (3) Constructively |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| (f) Amount received | (g) Name and address of person to whom disposition of stock was made |
|---|---|
|  |  |
|  |  |
|  |  |

### Section E -- Organization or Reorganization of Foreign Corporation

| (a) Name and address of transferor | (b) Identifying number (if any) | (c) Date of transfer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| (d) Assets transferred to foreign corporation | | | (e) Description of assets transferred by, or notes or securities issued by, foreign corporation |
|---|---|---|---|
| (1) Description of assets | (2) Fair market value | (3) Adjusted basis (if transferor was U.S. person) | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Section F -- Additional Information

**(a)** If the foreign corporation or a predecessor U.S. corporation filed (or joined with a consolidated group in filing) a U.S. income tax return for any of the last 3 years, attach a statement indicating the year for which a return was filed (and, if applicable, the name of the corporation filing the consolidated return), the taxable income or loss, and the U.S. income tax paid (after all credits).

**(b)** List the date of any reorganization of the foreign corporation that occurred during the last 4 years while any U.S. person held 10% or more in value or vote (directly or indirectly) of the corporation's stock ►

**(c)** If the foreign corporation is a member of a group constituting a chain of ownership, attach a chart, for each unit of which a shareholder owns 10% or more in value or voting power of the outstanding stock. The chart must indicate the corporation's position in the chain of ownership and the percentages of stock ownership (see the instructions for an example).

CAA   1  547102   NTF 35692   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000434    09/03/2002                                      Statement 1
W. R. GRACE & CO. & SUBSIDIARIES                          65-0773649
PIERI U.K. LIMITED

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Income

| Description | Functional Currency | U.S. Dollars |
| --- | --- | --- |
| OPERATING REVENUE | 812 | 1,170 |
| Total | 812 | 1,170 |

000434    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
PIERI U.K. LIMITED

Statement 2
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Deductions

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| PROFESSIONAL, CORPORATION | 615 | 886 |
| ADVERTISING | 149 | 215 |
| GENERAL STATIONARY AND SU | 2,156 | 3,106 |
| TELEPHONE COMMUNICATIONS | 3,650 | 5,258 |
| UTILITIES | 138 | 199 |
| REPAIRS AND MAINTENANCE | 3,311 | 4,770 |
| Total | 10,019 | 14,434 |

000434    09/03/2002                                    Statement 3
W. R. GRACE & CO. & SUBSIDIARIES                        65-0773649
PIERI U.K. LIMITED

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 15 -- Other Current Liabilities

| Detail Description | Beginning | Ending |
|---|---|---|
| ACCEPTANCE PAYABLE | | 3,464 |
| INCOME TAXES PAYABLE | | -17,859 |
| ACCRUED CURRENT LIABILITI | | 157,153 |
| INTER CORPORATE BAL. WITH | | 88,874 |
| Total | 0 | 231,632 |