# W.R. Grace & CO. and Subsidiaries

# EIN-65-0773649

# Consolidated U.S. Corporation IncomeTax Return

# Taxable Year 2001

# Book C

Statement Pursuant to Treasury Regulation § 1.351-3(b)

for

W. R. Grace SA

By

W. R. Grace & Co.

For the Year Ended September 31, 2001

EIN 65-0773649

The following statement is submitted by W. R. Grace & Co. (the "Taxpayer") on behalf of its affiliate, W. R. Grace SA, with respect to the September 28, 2001 transfer of business assets worth $66,022,000 by W. R. Grace & Co. – Conn. ("Grace – Conn.") to W. R. Grace SA.

**(1) Description of Property Received.**

On September 28 2001, W. R. Grace SA received a contribution to its capital of $66,022,000 in business assets from Grace – Conn.

**(2) Basis in the Hands of the Transferors.**

Grace-Conn.'s basis in the business assets as of the date of the transfer was $66,022,000.

**(3) Capital Stock of Controlled Corporation.**

(i)     **Total Issued and Outstanding Capital Stock Immediately Prior To and Immediately After the Exchange.**

Grace-Conn. owned 100 percent of the issued and outstanding stock of W. R. Grace SA both immediately prior to and immediately after the exchange. W. R. Grace SA issued no shares pursuant to the transfer.

(ii)     **Classes of Stock and Number of Shares Issued to Each Transferor, Number of Shares of Each Class Owned by Each Transferor Immediately Prior To and Immediately After the Exchange.**

Grace-Conn. owned 100 percent of the issued and outstanding stock of W. R. Grace SA both immediately prior to and immediately after the exchange. W. R. Grace SA issued no shares pursuant to the transfer.

### (iii)   Fair Market Value of the Capital Stock Issued to Each Transferor.

W. R. Grace SA issued no shares pursuant to the transfer.

## (4) Description of Controlled Corporation Securities.

### (i) Securities Outstanding Immediately Prior to and Immediately After the Exchange

Grace-Conn. owned 100 percent of the issued and outstanding stock of W. R. Grace SA both immediately prior to and immediately after the exchange.

### (ii) Securities Issued to Transferor in the Exchange.

W. R. Grace SA issued no shares pursuant to the exchange.

### (iii) Fair Market Value Per Share of Each Class at the Date of the Exchange.

N/A

### (iv) Subordination of Securities Issued in the Exchange.

N/A

## (5) Money Received.

W. R. Grace SA did not transfer any money in the exchange.

## (6) Other Property Received.

W. R. Grace SA did not transfer any other property to Grace - Conn. in the exchange.

## (7) Liabilities Assumed by the Controlled Corporation.

W. R. Grace SA did not assume any liabilities in the exchange.

**Statement Pursuant to Treasury Regulation § 1.6038B-1T(c)**

For

**W. R. Grace & Co. - Conn.**

By

**W. R. Grace & Co.**

**For the Year Ended December 31, 2001**

**EIN 65-0773649**

The following statement is submitted by W. R. Grace & Co. (the "Taxpayer") on behalf of its wholly-owned affiliate, W. R. Grace & Co.-Conn. ("Grace-Conn."), with respect to Grace-Conn.'s transfer of business assets on September 28, 2001 of $66,022,000 to W. R. Grace SA.

## (1) Transferor

W. R. Grace & Co. – Conn.    EIN13-5114230
7500 Grace Drive
Columbia, MD 21044

## (2) Transfer

(i)    Transferee:

W. R. Grace SA
33 Route de GallardonBote Postale 3928234
Epernon CEDEX France

(ii)    Description:

On September 28, 2001 Grace-Conn. contributed $66,022,000 consisting of the business assets of its French branch, W. R. Grace SAS, to the capital of W. R. Grace SA when Grace SAS was converted from a *Société par actions simplifiée* ("SAS") to a *Société anonyme* ("SA") under French law.

## (3) Consideration Received

Grace-Conn. owned 100 percent of the issued and outstanding stock of W. R. Grace SA both immediately prior to and immediately after the exchange. Grace – Conn. did not receive any consideration in the transaction.

**(4) Property Transferred**

    (i)     Active business property: See Form 5471 for a balance sheet, profit and loss statement and a general description of the business conducted by W. R. Grace SA.

    (ii)    Stock or securities: None.

    (iii)   Depreciated property: None.

    (iv)   Property to be leased: None.

    (v)    Property to be sold: None.

    (vi)   Transfers to FSCs: None.

    (vii)   Tainted property: None.

    (viii)  Foreign loss branch: None.

    (ix)   Other intangible: None.

**(5) Transfer of Foreign Branch with Previously Deducted Losses**

            N/A

000261   09/03/2002

| Form **5471** | **Information Return of U.S. Persons With Respect To Certain Foreign Corporations** | OMB No. 1545-0704 |
|---|---|---|
| (Rev. May 2001) | ▶ See separate instructions. | **File In Duplicate** |
| Department of the Treasury Internal Revenue Service | Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 02/07 , 2001 , and ending 12/31 , 2001 | (see **When and Where To File** in the instructions) |

| Name of person filing this return W. R. GRACE & CO. & SUBSIDIARIES | **A** Identifying number 65-0773649 |
|---|---|

| Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address) 5400 BROKEN SOUND BLVD. - SUITE 300 | **B** Category of filer (See instructions. Check applicable box(es)): 1 ☐  2 ☐  3 ☒  4 ☒  5 ☒ |
|---|---|

| City or town, state, and ZIP code BOCA RATON, FL 33487 | **C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period    55 % |
|---|---|

Filer's tax year beginning 01/01 , 2001 , and ending 12/31 , 2001

**D**   Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Share-holder | Officer | Director |
| CHEVRON U.S.A. INC. | P. O. BOX 6028 SAN RAMON, CA 94583-0728 | 25-0527925 | X | | |
| | | | | | |
| | | | | | |

**Important:**  Fill in all applicable lines and schedules. All information must be in the English language. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

| **1a** Name and address of foreign corporation ART GMBH IN DER HOLLERHECKE 1 67547 WORMS GERMANY | **b** Employer identification number, if any |
|---|---|
| | **c** Country under whose laws incorporated GERMANY |

| **d** Date of incorporation 10/11/2000 | **e** Principal place of busn. GERMANY | **f** Principal business activity code number 422600 | **g** Principal business activity DIST OF SPECIAL CATALYSTS | **h** Functional currency Euro |
|---|---|---|---|---|

**2**   Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, please show: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different THOMAS HIRSCH | |

## Schedule A   Stock of the Foreign Corporation

### Part I — ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| SHARES - EUROS | | 25,000 |
| | | |
| | | |
| | | |

### Part II — Additional Information for Preferred Stock
(To be completed **only** by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (**Note:** This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the separate instructions.**

Form **5471** (Rev. 5-2001)

CAA    **1** 54711    NTF 35686    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261  09/03/2002

W. R. GRACE & CO. & SUBSIDIARIES

ART GMBH

65-0773649

Form 5471 (Rev. 5-2001)

Page **2**

## Schedule B    U.S. Shareholders of Foreign Corporation (See the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| *W. R. GRACE & CO. - CONN<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044<br>13-5114230 | SHARES - EUROS | | 13,750 | 55 |
| CHEVRON U.S.A. INC.<br>P. O. BOX 6028<br>SAN RAMON, CA 94583<br>25-0527925 | SHARES - EUROS | | 11,250 | 45 |
| *A WHOLLY OWNED<br>DOMESTIC SUBSIDIARY OF<br>W. R. GRACE & CO. | | | | |

## Schedule C    Income Statement (See the instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 1a | 6,401,766. | 5,715,177. |
| | b Returns and allowances | 1b | 790,937. | 706,109. |
| | c Subtract line 1b from line 1a | 1c | 5,610,829. | 5,009,068. |
| | 2 Cost of goods sold | 2 | 4,888,069. | 4,363,823. |
| | 3 Gross profit (subtract line 2 from line 1c) | 3 | 722,760. | 645,245. |
| | 4 Dividends | 4 | | |
| | 5 Interest | 5 | 23,230. | 20,739. |
| | 6 Gross rents, royalties, and license fees | 6 | | |
| | 7 Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 Other income (attach schedule) .... SEE STATEMENT 1 | 8 | 31,476. | 28,100. |
| | 9 Total income (add lines 3 through 8) | 9 | 777,466. | 694,084. |
| **D E D U C T I O N S** | 10 Compensation not deducted elsewhere | 10 | | |
| | 11 Rents, royalties, and license fees | 11 | | |
| | 12 Interest | 12 | | |
| | 13 Depreciation not deducted elsewhere | 13 | | |
| | 14 Depletion | 14 | | |
| | 15 Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | | |
| | 16 Other deductions (attach schedule -- exclude provision for income, war profits, and excess profits taxes) .... SEE STATEMENT 2 | 16 | 563,457. | 503,026. |
| | 17 Total deductions (add lines 10 through 16) | 17 | 563,457. | 503,026. |
| **N E T   I N C O M E** | 18 Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | 214,009. | 191,058. |
| | 19 Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 Provision for income, war profits, and excess profits taxes (see instructions) | 20 | 82,965. | 74,067. |
| | 21 Current year net income or (loss) per books (line 18 plus line 19 minus line 20) | 21 | 131,044. | 116,991. |

CAA    1    54712    NTF 35887    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261   09/03/2002 W. R. GRACE & CO. & SUBSIDIARIES
ART GMBH

65-0773649

Form 5471 (Rev. 5-2001)

Page **3**

## Schedule E   Income, War Profits, and Excess Profits Taxes Paid or Accrued (See instructions.)

| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
|---|---|---|---|
| 1  U.S. | | | |
| 2  GERMANY | 82,714. | 0.8955920 | 74,078. |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8  Total ..............................................▶ | | | 74,078. |

## Schedule F   Balance Sheet

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See the instructions for an exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1  Cash | 1 | | 743,258. |
| 2a Trade notes and accounts receivable | 2a | | 139,130. |
| b Less allowance for bad debts | 2b | ( ) | ( -7,244.) |
| 3  Inventories | 3 | | 1,619,545. |
| 4  Other current assets (attach schedule) | 4 | | 0. |
| 5  Loans to stockholders and other related persons | 5 | | |
| 6  Investment in subsidiaries (attach schedule) | 6 | | |
| 7  Other investments (attach schedule) | 7 | | 0. |
| 8a Buildings and other depreciable assets | 8a | | |
| b Less accumulated depreciation | 8b | ( ) | ( ) |
| 9a Depletable assets | 9a | | |
| b Less accumulated depletion | 9b | ( ) | ( ) |
| 10  Land (net of any amortization) | 10 | | |
| 11  Intangible assets: | | | |
| a Goodwill | 11a | | |
| b Organization costs | 11b | | |
| c Patents, trademarks, and other intangible assets | 11c | | |
| d Less accumulated amortization for lines 11a, b, and c | 11d | ( ) | ( ) |
| 12  Other assets (attach schedule) | 12 | | 0. |
| 13  Total assets | 13 | 0. | 2,509,177. |

### Liabilities and Stockholders' Equity

| | | | |
|---|---|---|---|
| 14  Accounts payable | 14 | | 2,264,321. |
| 15  Other current liabilities (attach schedule) ........ SEE STATEMENT 3 | 15 | | 107,141. |
| 16  Loans from stockholders and other related persons | 16 | | |
| 17  Other liabilities (attach schedule) | 17 | | 0. |
| 18  Capital stock: | | | |
| a Preferred stock | 18a | | |
| b Common stock | 18b | | 22,064. |
| 19  Paid-in or capital surplus (attach reconciliation) | 19 | | 0. |
| 20  Retained earnings | 20 | | 115,651. |
| 21  Less cost of treasury stock | 21 | ( ) | ( ) |
| 22  Total liabilities and stockholders' equity | 22 | 0. | 2,509,177. |

CAA   **1   54713**   NTF 35888   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261   09/03/2002 W. R. GRACE & CO. & SUBSIDIARIES
ART GMBH                                    65-0773649

Form 5471 (Rev. 5-2001)                                                                          Page **4**

## Schedule G    Other Information

|   |   | Yes | No |
|---|---|:---:|:--:|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in a foreign partnership?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
|   | If "Yes," see the instructions for required attachment. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701–2 and 301.7701–3?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
|   | If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each entity. | | |

## Schedule H    Current Earnings and Profits (See the instructions.)

**Important: Enter the amounts on lines 1 through 5c in functional currency.**

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account. . . . . . . . . . . . . . . . . | | | **1** | 131,044. |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| b | Depreciation and amortization . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| d | Investment or incentive allowance . . . . . . . . . . . . . . . . . . . . . . | | | | |
| e | Charges to statutory reserves. . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| f | Inventory adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| g | Taxes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 251. | | | |
| h | Other (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 0. | | |
| 3 | Total net additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 251. | | | |
| 4 | Total net subtractions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . . . . . . | | | **5a** | 131,295. |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | **5b** | |
| c | Combine lines 5a and 5b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5c** | 131,295. |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations) (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **5d** | 117,214. |

Enter exchange rate used for line 5d ▶                          0.8927500

## Schedule I    Summary of Shareholder's Income From Foreign Corporation (See the instructions.)

| | | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions). . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return. See instructions . . . . . . . . . . . . . . . . . | **6** | 0. |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income. . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |

|   |   | Yes | No |
|---|---|:---:|:--:|
| • | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |
| • | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ | ☒ |

If the answer to either question is "Yes," attach an explanation.

CAA    **1  54714**    NTF 35889    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261   09/03/2002

| SCHEDULE J<br>(Form 5471)<br>(Rev. May 2001)<br>Department of the Treasury<br>Internal Revenue Service | Accumulated Earnings and Profits (E&P)<br>of Controlled Foreign Corporation<br>▶ Attach to Form 5471. See Instructions for Form 5471. | | | | OMB No. 1545-0704 |

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation
ART GMBH

| Important. Enter amounts in functional currency. | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (see instructions) (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| **1** Balance at beginning of year | | | | | | 0. |
| **2a** Current year E&P | 131,295. | | | | | |
| **b** Current year deficit in E&P | | | | | | |
| **3** Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | 131,295. | | | | | |
| **4** Amounts included under sec. 951(a) or reclassified under section 959(c) in current year | | | | | | |
| **5a** Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| **b** Actual distributions of nonpreviously taxed E&P | | | | | | |
| **6a** Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | 0. | 0. | 0. | |
| **b** Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | 131,295. | 0. | | | | |
| **7** Balance at end of year. (Enter amount from line 6a / line 6b, whichever is applic.) | 131,295. | 0. | 0. | 0. | 0. | 131,295. |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.            Schedule J (Form 5471) (Rev. 5-2001)

CAA    1  5471J1      NTF 35690      Copyright 2001 Greatland/Nelco LP – Forms Software Only

**SCHEDULE M**
**(Form 5471)**
(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471. See Instructions for Form 5471.**

OMB No. 1545-0704

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation
ART GMBH

**Important:** Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See the instructions.

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ Euro 0.8927500

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of property rights (patents, trademarks, etc.) | | | | | |
| 3 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 4 Commissions received | | | | | |
| 5 Rents, royalties, and license fees received | | | | | |
| 6 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) | | | | | |
| 7 Interest received | | | | | |
| 8 Premiums received for insurance or reinsurance | | | | | |
| 9 Add lines 1 through 8 | 0. | 0. | 0. | 0. | 0. |
| 10 Purchases of stock in trade (inventory) | | 4,363,823. | | | |
| 11 Purchases of tangible property other than stock in trade | | | | | |
| 12 Purchases of property rights (patents, trademarks, etc.) | | | | | |
| 13 Compensation paid for technical, managerial, engineering, construction, or like services | | | | | |
| 14 Commissions paid | | | | | |
| 15 Rents, royalties, and license fees paid | | | | | |
| 16 Dividends paid | | | | | |
| 17 Interest paid | | | | | |
| 18 Add lines 10 through 17 | 0. | 4,363,823. | 0. | 0. | 0. |
| 19 Amounts borrowed (enter the maximum loan balance during the year) -- see instructions | | | | | |
| 20 Amounts loaned (enter the maximum loan balance during the year) -- see instructions | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule M (Form 5471) (Rev. 5-2001)

CAA   1  5471M1   NTF 35685   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261  09/03/2002

| SCHEDULE O (Form 5471) | Organization or Reorganization of Foreign Corporation, and Acquisitions and Dispositions of its Stock | |
|---|---|---|
| (Rev. May 2001) | | OMB No. 1545-0704 |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 5471. See Instructions for Form 5471. | |

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation

ART GMBH

**Important:** Complete a **separate** Schedule O for each foreign corporation for which information must be reported.

### Part I  To Be Completed by U.S. Officers and Directors

| (a) Name of shareholder for whom acquisition information is reported | (b) Address of shareholder | (c) Identifying number of shareholder | (d) Date of original 10% acquisition | (e) Date of additional 10% acquisition |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Part II  To Be Completed by U.S. Shareholders

**Note:** If this return is required because one or more shareholders became U.S. persons, attach a list showing the names of such persons and the date each became a U.S. person.

#### Section A -- General Shareholder Information

| (a) Name, address, and identifying number of shareholder(s) filing this schedule | (b) For shareholder's latest U.S. income tax return filed, indicate: | | | (c) Date (if any) share- holder last filed info. return under section 6046 for the foreign corporation |
|---|---|---|---|---|
| | (1) Type of return (enter form number) | (2) Date return filed | (3) Internal Revenue Service Center where filed | |
| W. R. GRACE & CO. - CONN. COLUMBIA, MD 21044 13-5114230 | 1120 | 9/15/01 | ATLANTA, GA | |
| CHEVRON U.S.A. INC. SAN RAMON, CA 94583 25-0527925 | 1120 | 9/15/01 | OGDEN, UT | |

#### Section B -- U.S. Persons Who Are Officers or Directors of the Foreign Corporation

| (a) Name of U.S. officer or director | (b) Address | (c) Social security number | (d) Check appropriate box(es) | |
|---|---|---|---|---|
| | | | Officer | Director |
| | | | | |
| | | | | |
| | | | | |

#### Section C -- Acquisition of Stock

| (a) Name of shareholder(s) filing this schedule | (b) Class of stock acquired | (c) Date of acquisition | (d) Method of acquisition | (e) Number of shares acquired | | |
|---|---|---|---|---|---|---|
| | | | | (1) Directly | (2) Indirectly | (3) Constructively |
| W. R. GRACE & CO. - CONN. | SHS - EUROS | 02/07/2001 | PURCHASE | | 13,750 | |
| CHEVRON U.S.A. INC. | SHS - EUROS | 02/07/2001 | PURCHASE | | 11,250 | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**      Schedule O (Form 5471) (Rev. 5-2001)

CAA    1  547101    NTF 35691    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261    09/03/2002W. R. GRACE & CO. & SUBSIDIARIES
ART GMBH                                    65-0773649

Schedule O (Form 5471) (Rev. 5-2001)                                            Page **2**

| (f)<br>Amount paid or value given | (g)<br>Name and address of person from whom shares were acquired |
|---|---|
| 15,197 | FRESHFIELDS BRUCKHAUS DERINGER<br>TAUNUSANLAGE 11, D-60329 FRANKFURT AM MAIN, GERMANY |
| 12,434 | FRESHFIELDS BRUCKHAUS DERINGER<br>TAUNUSANLAGE 11, D-60329 FRANKFURT AM MAIN, GERMANY |
|  |  |

### Section D -- Disposition of Stock

| (a)<br>Name of shareholder disposing of stock | (b)<br>Class of stock | (c)<br>Date of disposition | (d)<br>Method of disposition | (e)<br>Number of shares disposed of | | |
|---|---|---|---|---|---|---|
| | | | | (1)<br>Directly | (2)<br>Indirectly | (3)<br>Constructively |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| (f)<br>Amount received | (g)<br>Name and address of person to whom disposition of stock was made |
|---|---|
| | |
| | |
| | |
| | |

### Section E -- Organization or Reorganization of Foreign Corporation

| (a)<br>Name and address of transferor | (b)<br>Identifying number (if any) | (c)<br>Date of transfer |
|---|---|---|
| | | |
| | | |
| | | |

| (d)<br>Assets transferred to foreign corporation | | | (e)<br>Description of assets transferred by, or notes or securities issued by, foreign corporation |
|---|---|---|---|
| (1)<br>Description of assets | (2)<br>Fair market value | (3)<br>Adjusted basis (if transferor was U.S. person) | |
| | | | |
| | | | |
| | | | |

### Section F -- Additional Information

**(a)** If the foreign corporation or a predecessor U.S. corporation filed (or joined with a consolidated group in filing) a U.S. income tax return for any of the last 3 years, attach a statement indicating the year for which a return was filed (and, if applicable, the name of the corporation filing the consolidated return), the taxable income or loss, and the U.S. income tax paid (after all credits).

**(b)** List the date of any reorganization of the foreign corporation that occurred during the last 4 years while any U.S. person held 10% or more in value or vote (directly or indirectly) of the corporation's stock ▶

**(c)** If the foreign corporation is a member of a group constituting a chain of ownership, attach a chart, for each unit of which a shareholder owns 10% or more in value or voting power of the outstanding stock. The chart must indicate the corporation's position in the chain of ownership and the percentages of stock ownership (see the instructions for an example).

CAA    **1  547102**    NTF 35692    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000261    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
ART GMBH

Statement 1
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Income

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| OTHER INCOME | 31,476 | 28,100 |
| Total | 31,476 | 28,100 |

000261    09/03/2002                                    Statement 2
W. R. GRACE & CO. & SUBSIDIARIES                         65-0773649
ART GMBH

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Deductions

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| PROFESSIONAL, CORPORATION | 7,593 | 6,779 |
| GENERAL STATIONARY AND SU | 125 | 112 |
| TELEPHONE COMMUNICATIONS | 846 | 755 |
| SERVICE CHARGES | 38,462 | 34,337 |
| EXPENSE TRANSFERS | 515,773 | 460,456 |
| OTHER DEDUCTIONS | 658 | 587 |
| Total | 563,457 | 503,026 |

000261    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
ART GMBH

Statement 3
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 15 -- Other Current Liabilities

| Detail Description | Beginning | Ending |
|---|---|---|
| ACCEPTANCE PAYABLE | | 25,086 |
| INCOME TAXES PAYABLE | | 48,110 |
| OTHER CURRENT LIABILITIES | | 33,945 |
| Total | 0 | 107,141 |

000420   09/03/2002

| Form **5471** | **Information Return of U.S. Persons With Respect To Certain Foreign Corporations** | OMB No. 1545-0704 |
|---|---|---|
| (Rev. May 2001) | ▶ See separate Instructions. | **File in Duplicate** |
| Department of the Treasury Internal Revenue Service | Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01 ,2001 , and ending 12/31,2001 | (see **When and Where To File** in the instructions) |

Name of person filing this return
**W. R. GRACE & CO. & SUBSIDIARIES**

**A** Identifying number
65-0773649

Number, street, & room or suite no. (or P.O. box no. if mail is not delivered to street address)
**5400 BROKEN SOUND BLVD. - SUITE 300**

**B** Category of filer (See instructions. Check applicable box(es)):
1 ☐  2 ☐  3 ☐  4 ☒  5 ☒

City or town, state, and ZIP code
**BOCA RATON, FL 33487**

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period  **100%**

Filer's tax year beginning  01/01 ,20 01 , and ending  12/31 .20 01

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Share-holder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** Fill in all applicable lines and schedules. All information must be in the English language. All amounts **must** be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
**GRACE DAREX GMBH**
**ERLENGANG 31**
**22844 NORDERSTEDT, GERMANY**

**b** Employer identification number, if any

**c** Country under whose laws incorporated
**GERMANY**

| **d** Date of incorporation | **e** Principal place of busn. | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency |
|---|---|---|---|---|
| 10/16/97 | GERMANY | 325900 | OTHER CHEMICAL PRODUCT MFG | Euro |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, please show:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of books & records of the foreign corporation, and the location of such books and records, if different
**I HEDDE**

**Schedule A**   **Stock of the Foreign Corporation**
**Part I — ALL Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 500,000 | 500,000 |
| | | |
| | | |
| | | |

**Part II — Additional Information for Preferred Stock**
(To be completed **only** by Category 1 filers for foreign personal holding companies)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the separate Instructions.                    Form **5471** (Rev. 5-2001)

CAA    **1** 54711    NTF 35686    Copyright 2001 Greatland/Nelco LP ~ Forms Software Only

000420  09/03/2002

W. R. GRACE & CO. & SUBSIDIARIES

GRACE DAREX GMBH

65-0773649

Form 5471 (Rev. 5-2001)                                                                                           Page **2**

## Schedule B    U.S. Shareholders of Foreign Corporation (See the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| *W. R. GRACE & CO. - CONN<br>7500 GRACE DRIIVE<br>COLUMBIA, MD<br>13-5114230<br>*A WHOLLY OWNED<br>DOMESTIC SUBSIDIARY<br>OF W.R. GRACE & CO. | COMMON | 499,500 | 499,500 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 99.9 |

## Schedule C    Income Statement (See the instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **I N C O M E** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | 21,564,245. | 19,251,480. |
| | b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | 1,014,969. | 906,114. |
| | c | Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 20,549,276. | 18,345,366. |
| | 2 | Cost of goods sold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 15,598,960. | 13,925,971. |
| | 3 | Gross profit (subtract line 2 from line 1c) . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 4,950,316. | 4,419,395. |
| | 4 | Dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 51,661. | 46,120. |
| | 6 | Gross rents, royalties, and license fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| | 7 | Net gain or (loss) on sale of capital assets . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| | 8 | Other income (attach schedule) . . . . . . . . . . . . . SEE .STATEMENT. 1 . . . . | **8** | 1,863,514. | 1,663,652. |
| | 9 | Total income (add lines 3 through 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 6,865,491. | 6,129,167. |
| **D E D U C T I O N S** | 10 | Compensation not deducted elsewhere . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 3,298,927. | 2,945,117. |
| | 11 | Rents, royalties, and license fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 202,832. | 181,078. |
| | 12 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | | |
| | 13 | Depreciation not deducted elsewhere . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 781,857. | 698,003. |
| | 14 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) . . . . . . . . | **15** | 17,844. | 15,930. |
| | 16 | Other deductions (attach schedule -- exclude provision for income, war profits, and excess profits taxes) . . . . . . . . . . . . . . . . . . . . SEE .STATEMENT. 2 . . . . . . . . . . . | **16** | 1,898,415. | 1,694,807. |
| | 17 | Total deductions (add lines 10 through 16) . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 6,199,875. | 5,534,935. |
| **N E T   I N C O M E** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 665,616. | 594,232. |
| | 19 | Extraordinary items and prior period adjustments (see instructions) . . . . . . . . . . . . . | **19** | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) . . . . . . . . | **20** | 305,351. | 272,602. |
| | 21 | Current year net income or (loss) per books (line 18 plus line 19 minus line 20) . . . . . . | **21** | 360,265. | 321,630. |

000420  09/03/2002  W. R. GRACE & CO. & SUBSIDIARIES
GRACE DAREX GMBH
65-0773649

Form 5471 (Rev. 5-2001)  Page **3**

| Schedule E | Income, War Profits, and Excess Profits Taxes Paid or Accrued (See instructions.) | | |
|---|---|---|---|
| | | Amount of tax | |
| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
| 1 U.S. | | | |
| 2 GERMANY | 196,921. | 0.8825500 | 173,793. |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 Total............................................................▶ | | | 173,793. |

**Schedule F**  **Balance Sheet**

**Important:** Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See the instructions for an exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash ........................................ | 1 | 2,547,627. | 2,271,077. |
| 2a Trade notes and accounts receivable................... | 2a | 2,515,103. | 3,156,087. |
| b Less allowance for bad debts...................... | 2b | ( -93,878. ) | ( -45,640. ) |
| 3 Inventories .................................. | 3 | 2,081,437. | 1,880,246. |
| 4 Other current assets (attach schedule)............SEE. STATEMENT. 3 . | 4 | 128,696. | 60,489. |
| 5 Loans to stockholders and other related persons.................. | 5 | | |
| 6 Investment in subsidiaries (attach schedule) ................ | 6 | | |
| 7 Other investments (attach schedule) ................... | 7 | 0. | 0. |
| 8a Buildings and other depreciable assets ..................... | 8a | 14,800,226. | 14,307,719. |
| b Less accumulated depreciation ..................... | 8b | (9,672,047. ) | ( 9,803,886.) |
| 9a Depletable assets ................................ | 9a | | |
| b Less accumulated depletion..................... | 9b | ( ) | ( ) |
| 10 Land (net of any amortization) ...................... | 10 | 1,067,509. | 1,103,052. |
| 11 Intangible assets: | | | |
| a Goodwill................................. | 11a | 599,999. | 568,563. |
| b Organization costs ............................ | 11b | | |
| c Patents, trademarks, and other intangible assets.............. | 11c | 4,635,981. | 4,393,085. |
| d Less accumulated amortization for lines 11a, b, and c.............. | 11d | (5,235,980. ) | ( 4,961,648.) |
| 12 Other assets (attach schedule).................SEE. STATEMENT. 4 . | 12 | 146,161. | 1,129. |
| 13 Total assets ................................. | 13 | 13,708,590. | 13,021,553. |

| Liabilities and Stockholders' Equity | | | |
|---|---|---|---|
| 14 Accounts payable.............................. | 14 | 1,065,044. | 745,810. |
| 15 Other current liabilities (attach schedule)..........SEE. STATEMENT. 5 . | 15 | 2,873,555. | 2,791,539. |
| 16 Loans from stockholders and other related persons............... | 16 | | |
| 17 Other liabilities (attach schedule) ...............SEE. STATEMENT. 6 . | 17 | 571,070. | 449,291. |
| 18 Capital stock: | | | |
| a Preferred stock................................ | 18a | | |
| b Common stock................................ | 18b | 238,095. | 225,620. |
| 19 Paid-in or capital surplus (attach reconciliation)................. | 19 | 10,999,989. | 10,423,659. |
| 20 Retained earnings ............................. | 20 | -2,039,163. | -1,614,366. |
| 21 Less cost of treasury stock....................... | 21 | ( ) | ( ) |
| 22 Total liabilities and stockholders' equity ................... | 22 | 13,708,590. | 13,021,553. |

CAA    1  54713    NTF 35688    Copyright 2001 Greatland/Nelco LP – Forms Software Only

000420  09/03/2002 W. R. GRACE & CO. & SUBSIDIARIES
GRACE DAREX GMBH                            65-0773649

Form 5471 (Rev. 5-2001)                                                    Page **4**

## Schedule G    Other Information

|  |  | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in a foreign partnership?. . . . . | ☐ | ☒ |
|  | If "Yes," see the instructions for required attachment. |  |  |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? . . . . . | ☐ | ☒ |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as entities separate from their owners under Regulations sections 301.7701-2 and 301.7701-3?. . . . . | ☐ | ☒ |
|  | If "Yes," attach a statement listing the name, country under whose laws the entity was organized, and EIN (if any) of each entity. |  |  |

## Schedule H    Current Earnings and Profits (See the instructions.)

**Important:** Enter the amounts on lines 1 through 5c in functional currency.

| | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account. . . . . | | | **1** | 360,265. |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| a | Capital gains or losses . . . . . | | | | |
| b | Depreciation and amortization . . . . . | | | | |
| c | Depletion . . . . . | | | | |
| d | Investment or incentive allowance . . . . . | | | | |
| e | Charges to statutory reserves. . . . . | | | | |
| f | Inventory adjustments . . . . . | | | | |
| g | Taxes . . . . . | 108,430. | | | |
| h | Other (attach schedule) . . . . . | 4. | 0. | | |
| 3 | Total net additions . . . . . | 108,434. | | | |
| 4 | Total net subtractions . . . . . | | 0. | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . | | | **5a** | 468,699. |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . | | | **5b** | |
| c | Combine lines 5a and 5b. . . . . | | | **5c** | 468,699. |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the appropriate exchange rate as defined in section 989(b) and the related regulations) (see instructions). . . . . | | | **5d** | 418,431. |
|  | Enter exchange rate used for line 5d ▶ | | 0.8927500 | | |

## Schedule I    Summary of Shareholder's Income From Foreign Corporation (See the instructions.)

| | | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . | **1** | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions). . . . . | **2** | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . | **3** | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . | **4** | |
| 5 | Factoring income . . . . . | **5** | |
| 6 | Total of lines 1 through 5. Enter here and on your income tax return. See instructions . . . . . | **6** | 0. |
| 7 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . | **7** | |
| 8 | Exchange gain or (loss) on a distribution of previously taxed income. . . . . | **8** | |

|  | Yes | No |
|---|---|---|
| • Was any income of the foreign corporation blocked? . . . . . | ☐ | ☒ |
| • Did any such income become unblocked during the tax year (see section 964(b))? . . . . . | ☐ | ☒ |

If the answer to either question is "Yes," attach an explanation.

CAA  **1 54714**  NTF 35889  Copyright 2001 Greatland/Nelco LP – Forms Software Only

**SCHEDULE J**
**(Form 5471)**
(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

**Accumulated Earnings and Profits (E&P)**
**of Controlled Foreign Corporation**

▶ Attach to Form 5471. See Instructions for Form 5471.

OMB No. 1545-0704

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation
GRACE DAREX GMBH

| Important. Enter amounts in functional currency. | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (see instructions) (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| **1** Balance at beginning of year | 860,031. | 659,709. | | | | 1,519,740. |
| **2a** Current year E&P | 468,699. | | | | | |
| **b** Current year deficit in E&P | | | | | | |
| **3** Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | 1,328,730. | 659,709. | | | | |
| **4** Amounts included under sec. 951(a) or reclassified under section 959(c) in current year | | | | | | |
| **5a** Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| **b** Actual distributions of nonpreviously taxed E&P | | | | | | |
| **6a** Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | 0. | 0. | 0. | |
| **b** Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | 1,328,730. | 659,709. | | | | |
| **7** Balance at end of year. (Enter amount from line 6a / line 6b, whichever is applic.) | 1,328,730. | 659,709. | 0. | 0. | 0. | 1,988,439. |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.      Schedule J (Form 5471) (Rev. 5-2001)

CAA    1  5471J1    NTF 35980 ---    Copyright 2001 Greatland/Nelco LP-Forms Software Only

**SCHEDULE M**
**(Form 5471)**
(Rev. May 2001)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

OMB No. 1545-0704

▶ Attach to Form 5471. See Instructions for Form 5471.

| Name of person filing Form 5471 | Identifying number |
|---|---|
| W. R. GRACE & CO. & SUBSIDIARIES | 65-0773649 |

Name of foreign corporation
GRACE DAREX GMBH

**Important:** Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See the instructions.

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ Euro 0.8927500

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **1** Sales of stock in trade (inventory)................ | | 21,149. | 3,359,057. | | |
| **2** Sales of property rights (patents, trademarks, etc.)..... | | | | | |
| **3** Compensation received for technical, managerial, engineering, construction, or like services.............. | | 85,456. | 171,900. | | |
| **4** Commissions received ....... | | | 1,291,705. | | |
| **5** Rents, royalties, and license fees received............. | | | 112,896. | | |
| **6** Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income)...... | | | | | |
| **7** Interest received ........... | | | 23,653. | | |
| **8** Premiums received for insurance or reinsurance...... | | | | | |
| **9** Add lines 1 through 8 ........ | 0. | 106,605. | 4,959,211. | 0. | 0. |
| **10** Purchases of stock in trade (inventory)................ | | 4,087. | 297,446. | | |
| **11** Purchases of tangible property other than stock in trade ...... | | | | | |
| **12** Purchases of property rights (patents, trademarks, etc.)..... | | | | | |
| **13** Compensation paid for technical, managerial, engineering, construction, or like services.............. | | 45,486. | 190,752. | | |
| **14** Commissions paid.......... | | | 64,966. | | |
| **15** Rents, royalties, and license fees paid................. | | | | | |
| **16** Dividends paid ............. | | | | | |
| **17** Interest paid .............. | | | | | |
| **18** Add lines 10 through 17 ...... | 0. | 49,573. | 553,164. | 0. | 0. |
| **19** Amounts borrowed (enter the maximum loan balance during the year) -- see instructions ... | | | | | |
| **20** Amounts loaned (enter the maximum loan balance during the year) -- see instructions ... | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.

Schedule M (Form 5471) (Rev. 5-2001)

CAA   **1 5471M1**   NTF 35685   Copyright 2001 Greatland/Nelco LP – Forms Software Only

000420    09/03/2002                                          Statement 1
W. R. GRACE & CO. & SUBSIDIARIES                              65-0773649
GRACE DAREX GMBH

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Income

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| OPERATING REVENUE | 107,524 | 95,992 |
| OTHER INCOME | 73,300 | 65,439 |
| INTER CORP. OTHER INCOME | 1,682,690 | 1,502,221 |
| Total | 1,863,514 | 1,663,652 |

```
000420   09/03/2002                                    Statement 2
W. R. GRACE & CO. & SUBSIDIARIES                       65-0773649
GRACE DAREX GMBH
```

Tax Year Ended 12/31/2001

Form 5471 Page 2 Schedules

Other Deductions

| Description | Functional Currency | U.S. Dollars |
|---|---|---|
| PROFESSIONAL, CORPORATION | 422,255 | 376,968 |
| CHARITABLE DEDUCTIONS | 383 | 342 |
| ADVERTISING | 101,937 | 91,004 |
| GENERAL STATIONARY AND SU | 105,341 | 94,043 |
| TELEPHONE COMMUNICATIONS | 317,912 | 283,816 |
| OPERATING COSTS | 59,102 | 52,763 |
| UTILITIES | 158,337 | 141,355 |
| REPAIRS AND MAINTENANCE | 312,574 | 279,050 |
| INSURANCE | 79,931 | 71,358 |
| SERVICE CHARGES | 18,729 | 16,720 |
| EXPENSE TRANSFERS | 105,062 | 93,794 |
| OTHER DEDUCTIONS | 143,737 | 128,321 |
| INTER CORP. - OTHER EXP. | 73,115 | 65,273 |
| Total | 1,898,415 | 1,694,807 |

```
  000420    09/03/2002                                    Statement 3
  W. R. GRACE & CO. & SUBSIDIARIES                        65-0773649
  GRACE DAREX GMBH

  Tax Year Ended 12/31/2001

  Form 5471 Page 3 Schedules

  Schedule F, line 4 -- Other Current Assets

          Detail Description           Beginning          Ending
  --------------------------------------------------------------------
  OTHER PREPAYMENTS AND OTH                22,969          46,704
  CURRENT DEFERRED TAXES                  105,727          13,785
                                    ----------------  ----------------
          Total                           128,696          60,489
                                    ================  ================
```

000420    09/03/2002
W. R. GRACE & CO. & SUBSIDIARIES
GRACE DAREX GMBH

Statement 4
65-0773649

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 12 -- Other Assets

| Detail Description | Beginning | Ending |
|---|---|---|
| DEFERRED CHARGES | 19,954 | 1,129 |
| NON CURRENT DEFERRED TAXE | 126,207 | |
| Total | 146,161 | 1,129 |

```
000420    09/03/2002                                    Statement 5
W. R. GRACE & CO. & SUBSIDIARIES                        65-0773649
GRACE DAREX GMBH
```

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 15 -- Other Current Liabilities

| Detail Description | Beginning | Ending |
|---|---|---|
| ACCEPTANCE PAYABLE | 6,046 | -40,011 |
| INCOME TAXES PAYABLE | -230 | 173,959 |
| ACCRUED CURRENT LIABILITI | 981,737 | 993,554 |
| OTHER CURRENT LIABILITIES | 105,904 | 165,710 |
| DEFERRED INCOME | 19,463 | |
| INDEMNITIES, PENSIONS AND | 2,293,091 | 2,620,914 |
| INTER CORPORATE BAL. WITH | -532,456 | -1,122,587 |
| Total | 2,873,555 | 2,791,539 |

000420   09/03/2002                                    Statement 6
W. R. GRACE & CO. & SUBSIDIARIES                       65-0773649
GRACE DAREX GMBH

Tax Year Ended 12/31/2001

Form 5471 Page 3 Schedules

Schedule F, line 17 -- Other Liabilities

| Detail Description | Beginning | Ending |
| --- | --- | --- |
| NON CURRENT DEFERRED TAX | 571,070 | 449,291 |
| Total | 571,070 | 449,291 |