**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**AMENDED FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING**
**FOR THE FIFTH INTERIM PERIOD**

This is the amended final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifth Interim Quarterly Fee Application of Klett Rooney Lieber & Schorling (the "Application").

**BACKGROUND**

1. Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the official committee of equity holders. In the Application, Klett Rooney seeks approval of fees totaling $18,489.00 and costs totaling $2,014.51 for its services from April 1, 2002 through June 30, 2002.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Klett Rooney an initial report based on our review, and received a response from Klett Rooney, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. We noted in our initial report that for the application period, Klett Rooney's charges for Case Administration total 54% of the total fees requested. Klett Rooney's services in this project category are primarily reviewing the pleadings filed by others as well as organizing and indexing pleadings and dockets. Several time entries are listed below as examples of these fees.

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/25/02 | VJD | ORGANIZE AND INDEX PLEADINGS | .70 |
| 04/29/02 | JRW | REVIEW RECENT DOCKET ENTRIES | .20 |
| 05/06/02 | SLP | ORGANIZING, INDEXING AND LINKING IMAGES FOR PLEADINGS | 1.90 |
| 06/01/02 | VJD | RETRIEVE DOCKET UPDATES FROM PACER SYSTEM, IMPORT INTO SUMMATION, REVIEW, ORGANIZE AND INDEX PLEADINGS | 1.20 |

Klett Rooney's co-counsel Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") appear to spend time on the same administrative matters. We noted our concern that there may be a duplication of effort among the co-counsels and requested Klett Rooney please explain the division and allocation of responsibilities between firms as well as what procedures are in place to avoid such duplication. Klett Rooney responded that:

> First, Klett Rooney asserts that the amount of time spent on administrative matters is necessary and appropriate for a case of this size. In response to your last initial report, Klett Rooney altered its filing procedures to reduce the amount of time spent

**AMENDED FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR amended Klett 5Q4-6.02.wpd

maintaining files in light of the availability of documents on the EM/ECF system. Second, at this point in the case, the overarching role of the Official Committee of Equity Holders has been fairly minimal, particularly with regard to many of the issues which have been, and continue to be, litigiously pursued by other parties in interest. The relatively modest fees spent on all other matters make the portion of time spent on administrative matters appear larger than it ordinarily would. However, I believe that $7,000 of fees for administrative matters over the course of three months is an appropriate amount of time, especially for an official committee in one of the largest bankruptcy cases pending in the country. Finally, while Klett Rooney has attempted to avoid duplicating any efforts with Kramer Levin, each firm must maintain its own files to properly represent the Official Committee of Equity Holders, pursuant to and in accordance with applicable local bankruptcy rules. See D. Del. L.R. 9011-1 (requiring each attorney to maintain a copy of any pleading with his original signature).

We accept this response and thus we have no objection to these fees.

4.      We noted in our initial report that professionals VJD, JRW, and RTT often did not include sufficient detail in their time entries. This problem was addressed in the initial report for the previous interim period.   Local Rule 2016-2(d) provides that "activity descriptions ... shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary".  We asked Klett Rooney to please advise these professionals to provide sufficient detail in the future and Klett Rooney responded that it would do so.

Specific Time and Expense Entries

5.      We noted in our initial report that in May and June TC billed twice for reviewing the agenda prior to a hearing for a total of 1.6 hours and $632.00.

| | | | |
|---|---|---|---|
| 05/16/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 5/20 | .40 |
| 05/18/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 5/20 | .40 |
| 06/11/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING 6/18 | .40 |
| 06/12/02 | TC | REVIEWED AGENDA NOTICE FOR HEARING NEXT WEEK | .40 |

We asked Klett Rooney to please explain this apparent duplication.  Klett Rooney responded that

the entry for May 18, 2002 should reflect the review of an amended agenda while the entry for June 12, 2002 was in fact a duplicate entry. Thus, we recommend a reduction of $158.00 in fees.

## CONCLUSION

6.  Thus, we recommend approval of fees totaling $18,331.00 ($18,489.00 minus $158.00) and costs totaling $2,014.51 for Klett Rooney's services from April 1, 2002, through June 30, 2002.

           Respectfully submitted,

           **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ Warren H. Smith_
       Warren H. Smith
       State Bar No. 18757050

900 Jackson Street
120 Founders Square
Dallas, Texas 75202
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 19${}^{th}$ day of November, 2002.

                                                           */s/ Warren H. Smith*

                                                           Warren H. Smith

**SERVICE LIST**

Notice Parties

**The Applicant**

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

**AMENDED FEE AUDITOR'S FINAL REPORT** - Page 7
wrg FR amended Klett 5Q4-6.02.wpd