IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | |
| | ) | **Case No. 01-01139 (JJF)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | Objection Deadline: December 9, 2002 at 4:00 p.m. |

**FIRST INTERIM FEE APPLICATION OF
WACHTELL, LIPTON, ROSEN & KATZ
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS
SPECIAL CORPORATE COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM APRIL 2, 2001 THROUGH SEPTEMBER 30, 2002**

Name of Applicant:  Wachtell, Lipton, Rosen & Katz ("Applicant")

Authorized to Provide
Professional Services to:  The above captioned debtors and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

| | |
|---|---|
| Date of Retention: | May 3, 2001 (nunc pro tunc to April 2, 2001) |
| Period for which compensation and reimbursement is sought: | April 2, 2001 through September 30, 2002 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $147,341.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $24,879.53 |

This is Applicant's first interim application.

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bernard W. Nussbaum | Litigation Partner since 1968/37 years[2]/ admitted to Bar in 1962 | $800 | 7.00 | $5,600.00 |
| Robert B. Mazur | Litigation Partner since 1981/23 years at Applicant/admitted to Bar in 1974 | $675 | 28.50 | $19,237.50 |
| Harold S. Novikoff | Creditors' Rights Partner since 1981/27 years at Applicant/admitted to Bar in 1976 | $675 | 29.30 | $19,777.50 |
| Eric M. Roth | Litigation Partner since 1984/23 years at Applicant/admitted to Bar in 1978 | $675 | 5.90 | $3,982.50 |
| Andrew R. Brownstein | Corporate Partner since 1985/22 years at Applicant/ admitted to Bar in 1980 | $650 | 36.00 | $23,400.00 |
| Marc Wolinsky | Litigation Partner since 1987/21 years at Applicant/admitted to Bar in 1982 | $650 | 17.50 | $11,375.00 |
| Douglas K. Mayer | Creditors' Rights Partner since 1995/13 years at Applicant/admitted to Bar in 1987 | $575 | 1.50 | 862.50 |
| Andrew J. Nussbaum | Corporate Partner since 1999/9 years at Applicant/admitted to Bar in 1993 | $450 | 1.00 | $450.00 |

---

[2] This includes a short period of time while Mr. Nussbaum served at the White House under the Clinton Administration.

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| David C. Bryan | Creditors' Rights Partner since 2000/8 years at Applicant/admitted to Bar in 1993 | $400 | 2.80 | $1,120.00 |
| Deborah L. Paul | Tax Partner since 2001/5 years at Applicant/admitted to Bar in 1991 | $400 | 30.70 | $12,280.00 |
| Claire Chappell | Litigation Associate/12 years at Applicant/admitted to Bar in 1991 | $395 | 54.50 | $21,527.50 |
| Dimitry Joffe | Litigation Associate/4 years at Applicant/admitted to Bar in 1999 | 2001 -- $175<br>2002 -- $250 | 22.50 | $4,125.00 |
| Sean Sullivan | Creditors' Rights Associate/3 years/admitted to Bar in 2000 | $150 | 11.00 | $1,650.00 |
| Roy Katzovicz | Corporate Associate/3 years at Applicant/admitted to Bar in 2000 | $175 | 3.40 | $595.00 |
| David B. Lat | Litigation Associate/2 years at Applicant/admitted to Bar in 2001 | $150 | 20.60 | $3,090.00 |
| Danielle Rolfes | Summer Associate/NA | $95 | 64.20 | $6,099.00 |
| Paul Polking | Litigation Paralegal/3 years/NA | 2001 – $90<br>2002 – $100 | 68.00 | $6,750.00 |
| Aretina Samuel | Litigation Paralegal/3 years/NA | $100 | 6.00 | $600.00 |
| Clara Song | Corporate Paralegal/2 years/NA | $100 | 18.00 | $1,800.00 |
| David Cheifitz | Litigation Paralegal/2 years/NA | $90 | 33.00 | $2,970.00 |
| Shera Goldman | Head Reference Librarian/ 16 years/NA | $125 | 0.40 | $50.00 |
| | Total: | | 461.80 | $147,341.50 |
| | Blended Rate: | | | $474.18 per hour |

## COMPENSATION BY PROJECT CATEGORY[3]

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Tax Issues and Corporate Governance 03901-0005 | 132.00 | $37,850.50 |
| Case Administration 03901-1005 | 11.90 | $8,520.00 |
| Asset Analysis and Recovery 03901-1507 | 315.10 | $99,851.00 |
| Fee/Employment Applications 03901-0007 | 2.80 | $1,120 |
| **Total** | **461.80** | **$147,341.50** |

---

[3] Attached hereto are the time details maintained by Applicant's professionals and paraprofessionals, which are generated contemporaneously with the services performed.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Telecopy | 120.00 |
| Messenger Service | 70.00 |
| Courier Service | 15,282.18[4] |
| Duplicating | 3,407.04 |
| Telecopy—Satellite Stations | 8.00 |
| Duplicating/Velobinding/Tab | 365.95 |
| Local Travel—Attorneys | 345.38 |
| Local Travel—Staff | 533.59 |
| Local Travel—Messengers | 6.00 |
| Out of Town Travel—Attorneys | 798.50 |
| Travel—Night Secretaries | 35.00 |
| Travel—Night Word Processing | 88.43 |
| Lodging | 208.52 |
| Proofreading | 105.00 |
| Westlaw Recovery | 126.90 |
| Word Processing | 135.00 |
| Night Secretary | 787.50 |
| Library Database Research | 4.88 |
| Lexis Research | 73.58 |
| Meals—Attorneys | 254.25 |
| Meals—Paralegals | 211.43 |
| Meals—Support Staff | 34.88 |
| Meals—Conference | 494.97 |
| Meals—Support Staff Overtime | 32.30 |
| Miscellaneous | 395.00 |
| Duplicating Overtime | 309.75 |
| Messengers Overtime | 325.50 |
| Messengers Double-Time | 140.00 |
| Secretarial Overtime | 180.00 |
| **TOTAL** | **$24,879.53** |

---

[4] Most of the expenses in this category are attributable to Federal Express mailings in connection with document production on behalf of the Debtors..

Dated:  New York, New York
         November 18, 2002

                         WACHTELL, LIPTON, ROSEN & KATZ

                         By   /s/ Harold S. Novikoff
                            Harold S. Novikoff
                            A Member of the Firm
                            51 West 52nd Street
                            New York, New York  10019
                            (212) 403-1000

                         Special Corporate Counsel to the Debtors

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Harold S. Novikoff, after being duly sworn according to law, deposes and says:

1. I am a member of the applicant firm, Wachtell, Lipton, Rosen & Katz ("Wachtell, Lipton").

2. I have personally performed some of the legal services rendered by Wachtell, Lipton, and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Wachtell, Lipton, as special corporate counsel to the Debtors.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

/s/ Harold S. Novikoff
Harold S. Novikoff

SWORN and SUBSCRIBED
before me this 18th day of November, 2002.

/s/ Jay W. Song
NOTARY PUBLIC

Jay W. Song
Notary Public, State of New York
No. 01SO6062776
Qualified in Queens County
Commission Expires August 13, 2003