IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 9, 2002 at 4:00 p.m.**
**Hearing Date: Scheduled if Necessary (Negative Notice)**

### FEE DETAIL FOR WACHTELL, LIPTON, ROSEN & KATZ'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 2, 2001 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:59163.1

| Client Number: | 03901 | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Client Name: | W.R. GRACE & COMPANY | | | | | | |
| Report Description: | **Unbilled Recap of Time [11/07/2002 12:16:56 PM]** | | | | | | |

| Date | Code | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 04/02/2001 | 0285 | David Bryan | 0.30 | 120.00 | Filing and retention issues. | 03901-0007 | 1425382 |
| 04/02/2001 | 0224 | Harold S. Novikoff | 0.40 | 270.00 | Conference call with Board of Directors. | 03901-1005 | 1428062 |
| 04/03/2001 | 0238 | Andrew R. Brownstein | 1.00 | 650.00 | consultation re fraudulent conveyance litigation | 03901-1507 | 1424752 |
| 04/03/2001 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | Sprayregen voicemail; TC Brownstein. | 03901-1005 | 1428065 |
| 04/03/2001 | 0281 | Andrew Nussbaum | 1.00 | 450.00 | with wolinsky | 03901-1507 | 1430852 |
| 04/12/2001 | 0285 | David Bryan | 1.70 | 680.00 | Draft/finalize supplemental disclosure affidavit and do conflicts check for same. | 03901-0007 | 1425408 |
| 04/12/2001 | 0240 | Marc Wolinsky | 2.00 | 1,300.00 | consultation re fraudulent conveyance litigation | 03901-1507 | 1432714 |
| 04/18/2001 | 0285 | David Bryan | 0.30 | 120.00 | Calls, emails re switching over conflicts check process to J. O'Brien; supplemental conflicts/disclosure per K&E additional names. | 03901-0007 | 1425429 |
| 04/19/2001 | 0238 | Andrew R. Brownstein | 1.00 | 650.00 | consultation re fraudulent conveyance litigation | 03901-1507 | 1424810 |
| 04/23/2001 | 0285 | David Bryan | 0.50 | 200.00 | Calls w/ Lagman, Katcher etc. re disclosure procedures. | 03901-0007 | 1425443 |
| 04/26/2001 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | TC David Siegel re status | 03901-1005 | 1428122 |
| 05/16/2001 | 0224 | Harold S. Novikoff | 0.50 | 337.50 | TC Beber and Siegel re PWC issues | 03901-0005 | 1442987 |
| 06/12/2001 | 0677 | David B. Lat | 1.70 | 255.00 | Collection of board materials. | 03901-1507 | 1451375 |
| 06/12/2001 | 2290 | David Cheifitz | 5.00 | 450.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463767 |
| 06/13/2001 | 0677 | David B. Lat | 6.30 | 945.00 | Collection of board materials. | 03901-1507 | 1451377 |
| 06/13/2001 | 0240 | Marc Wolinsky | 1.00 | 650.00 | Contested Matters/adversary proceedings: follow-up on JDA | 03901-1005 | 1457937 |
| 06/14/2001 | 0677 | David B. Lat | 9.40 | 1,410.00 | Collection of board materials. | 03901-1507 | 1451379 |
| 06/14/2001 | 2290 | David Cheifitz | 7.00 | 630.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463771 |
| 06/15/2001 | 0677 | David B. Lat | 2.90 | 435.00 | Collection of board materials; revisions of indexes. | 03901-1507 | 1451381 |
| 06/15/2001 | 2290 | David Cheifitz | 5.00 | 450.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463773 |
| 06/18/2001 | 2290 | David Cheifitz | 6.00 | 540.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463775 |
| 06/19/2001 | 2290 | David Cheifitz | 2.00 | 180.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463777 |
| 06/25/2001 | 2290 | David Cheifitz | 1.00 | 90.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1463785 |
| 06/26/2001 | 1301 | Danielle Rolfes | 0.40 | 38.00 | Getting history of client and overview of assignment from Deborah Paul. (Deborah Paul) | 03901-0005 | 1457227 |
| 06/26/2001 | 1301 | Danielle Rolfes | 4.00 | 380.00 | Reading background materials for assignment. (Deborah Paul) | 03901-0005 | 1457228 |
| 06/26/2001 | 0288 | Deborah Paul | 3.00 | 1,200.00 | Meeting with D. Rolfes. Research substantial authority tax issues. | 03901-0005 | 1463129 |
| 06/27/2001 | 1301 | Danielle Rolfes | 3.00 | 285.00 | Researching issue identified above. (Deborah Paul) | 03901-0005 | 1457231 |
| 06/27/2001 | 0288 | Deborah Paul | 2.40 | 960.00 | Research substantial authority tax issues. | 03901-0005 | 1463133 |
| 06/28/2001 | 0224 | Harold S. Novikoff | 0.20 | 135.00 | Review pleadings re employee indemnity | 03901-0005 | 1459462 |

Client Number:   03901                                                                Page 2
Client Name:     W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time  [11/07/2002 12:16:56 PM]**

| Date | ID | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 06/28/2001 | 1301 | Danielle Rolfes | 5.00 | 475.00 | Researching substantial authority for spin-off. (Deborah Paul) | 03901-0005 | 1460532 |
| 06/28/2001 | 0288 | Deborah Paul | 3.00 | 1,200.00 | Research substantial authority tax issues. | 03901-0005 | 1463136 |
| 06/29/2001 | 1301 | Danielle Rolfes | 2.00 | 190.00 | Meeting with client. (Deborah Paul) | 03901-0005 | 1460533 |
| 06/29/2001 | 1301 | Danielle Rolfes | 6.00 | 570.00 | Research. (Deborah Paul) | 03901-0005 | 1460534 |
| 06/29/2001 | 0288 | Deborah Paul | 4.00 | 1,600.00 | Meeting with Elyse Napoli Filon and D. Rolfes at WLRK offices. | 03901-0005 | 1463138 |
| 07/02/2001 | 1301 | Danielle Rolfes | 4.00 | 380.00 | Researching fourth circuit substantial authority for spin off. (Deborah Paul) | 03901-0005 | 1464405 |
| 07/03/2001 | 1301 | Danielle Rolfes | 4.00 | 380.00 | Researching fourth circuit substantial authority for spin off. (Deborah Paul) | 03901-0005 | 1466678 |
| 07/05/2001 | 1301 | Danielle Rolfes | 7.00 | 665.00 | Researching fourth circuit substantial authority for spin off. (Deborah Paul) | 03901-0005 | 1466684 |
| 07/06/2001 | 1301 | Danielle Rolfes | 6.00 | 570.00 | Researching and writing memo. (Deborah Paul) | 03901-0005 | 1466685 |
| 07/09/2001 | 1301 | Danielle Rolfes | 3.50 | 332.50 | Researching and writing memo. (Deborah Paul) | 03901-0005 | 1466687 |
| 07/09/2001 | 0224 | Harold S. Novikoff | 1.10 | 742.50 | Review brief re fraudulent transfer claims | 03901-1507 | 1473978 |
| 07/09/2001 | 0240 | Marc Wolinsky | 1.00 | 650.00 | review draft of F.C. motion | 03901-1005 | 1474058 |
| 07/10/2001 | 0224 | Harold S. Novikoff | 0.20 | 135.00 | TC McMillin re fraudulent transfer brief | 03901-1507 | 1473980 |
| 07/11/2001 | 0677 | David B. Lat | 0.30 | 45.00 | Discussion with M. Wolinsky. | 03901-1507 | 1474856 |
| 07/12/2001 | 0288 | Deborah Paul | 1.00 | 400.00 | Review D. Rolfes memo re: substantial authority. | 03901-0005 | 1465824 |
| 07/19/2001 | 1301 | Danielle Rolfes | 1.00 | 95.00 | Researching and writing memo. (Deborah Paul) | 03901-0005 | 1470838 |
| 07/23/2001 | 1301 | Danielle Rolfes | 3.00 | 285.00 | Revising memo. (Deborah Paul) | 03901-0005 | 1470845 |
| 07/24/2001 | 1301 | Danielle Rolfes | 3.00 | 285.00 | Revising memo. (Deborah Paul) | 03901-0005 | 1470847 |
| 07/27/2001 | 1301 | Danielle Rolfes | 4.00 | 380.00 | Revising memo. (Deborah Paul) | 03901-0005 | 1470855 |
| 07/27/2001 | 0288 | Deborah Paul | 0.40 | 160.00 | Review D. Rolfes memo re: substantial authority. | 03901-0005 | 1474331 |
| 07/30/2001 | 1301 | Danielle Rolfes | 1.00 | 95.00 | Revising memo. (Deborah Paul) | 03901-0005 | 1470860 |
| 07/30/2001 | 0288 | Deborah Paul | 0.40 | 160.00 | Review D. Rolfes memo re: substantial authority. | 03901-0005 | 1474338 |
| 08/03/2001 | 1301 | Danielle Rolfes | 2.50 | 237.50 | Researching/writing memo on fourth circuit substantial authority for spin-off.(Deborah Paul) | 03901-0005 | 1479540 |
| 08/06/2001 | 1301 | Danielle Rolfes | 2.50 | 237.50 | Revising substantial authority memo. (Deborah Paul) | 03901-0005 | 1482171 |
| 08/07/2001 | 1301 | Danielle Rolfes | 1.00 | 95.00 | Revising substantial authority memo. (Deborah Paul) | 03901-0005 | 1482174 |
| 08/08/2001 | 1301 | Danielle Rolfes | 1.00 | 95.00 | Revising substantial authority memo. (Deborah Paul) | 03901-0005 | 1482176 |
| 08/09/2001 | 1301 | Danielle Rolfes | 0.30 | 28.50 | Revising substantial authority memo. (Deborah Paul) | 03901-1507 | 1482180 |
| 08/09/2001 | 2290 | David Cheifitz | 5.00 | 450.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1495866 |
| 08/10/2001 | 2290 | David Cheifitz | 2.00 | 180.00 | Organized and indexed files previously presented to the board of directors. | 03901-1507 | 1495870 |
| 08/13/2001 | 0240 | Marc Wolinsky | 4.00 | 2,600.00 | review WLRK files in prep for mtg w/ K&E | 03901-1507 | 1483930 |

Case 01-01139-AMC    Doc 3031-1    Filed 11/19/02    Page 4 of 7

Client Number:     03901                                                                Page 3
Client Name:       W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time**  [11/07/2002 12:16:56 PM]

| Date | ID | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 08/13/2001 | 0288 | Deborah Paul | 1.70 | 680.00 | Correspondence with Elyse Napoli Filon re: substantial authority and Joint defense agreement. | 03901-0005 | 1488376 |
| 08/14/2001 | 0271 | Douglas K. Mayer | 1.50 | 862.50 | Fraudulent conveyance lawsuits. | 03901-1507 | 1484159 |
| 08/14/2001 | 0234 | Eric M. Roth | 2.10 | 1,417.50 | Meeting w/Brownstein, Wolinsky, Mayer. | 03901-1507 | 1485482 |
| 08/14/2001 | 0238 | Andrew R. Brownstein | 4.00 | 2,600.00 | Prep mtg w/MW and EMR re litigation. | 03901-1507 | 1486567 |
| 08/15/2001 | 0240 | Marc Wolinsky | 3.50 | 2,275.00 | mtg @ K&E to review fraud conv. issues | 03901-1507 | 1483934 |
| 08/15/2001 | 0234 | Eric M. Roth | 3.80 | 2,565.00 | Meeting w/Brownstein, Wolinsky, K&E. | 03901-1507 | 1486490 |
| 08/15/2001 | 0238 | Andrew R. Brownstein | 3.50 | 2,275.00 | Mtg @ K&E w/Bernik, Siegel. | 03901-1507 | 1486575 |
| 08/20/2001 | 0288 | Deborah Paul | 2.00 | 800.00 | Analyze release of tax opinion to Canadian authorities and JDA issues; corres. with E. Napoli Filon. | 03901-0005 | 1488407 |
| 08/22/2001 | 0288 | Deborah Paul | 1.50 | 600.00 | Analyze JDA issues; corres. with Elyse Napoli Filon. | 03901-0005 | 1488416 |
| 08/23/2001 | 0288 | Deborah Paul | 1.00 | 400.00 | Analyze JDA issues. | 03901-0005 | 1488418 |
| 09/14/2001 | 0224 | Harold S. Novikoff | 0.20 | 135.00 | TC Wolinsky | 03901-0005 | 1508434 |
| 09/21/2001 | 0288 | Deborah Paul | 2.00 | 800.00 | Analyze NMC tax sharing agreement; corres. with C. Finke. | 03901-0005 | 1510469 |
| 10/02/2001 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | TC Wolinsky re fraudulent conveyance issues | 03901-1507 | 1529723 |
| 10/03/2001 | 0288 | Deborah Paul | 2.60 | 1,040.00 | Analyze Sealed Air tax sharing agreement. | 03901-0005 | 1517440 |
| 10/05/2001 | 0288 | Deborah Paul | 3.00 | 1,200.00 | Analyze disclosure of tax opinion issues. | 03901-0005 | 1517450 |
| 10/09/2001 | 0288 | Deborah Paul | 2.50 | 1,000.00 | Analyze disclosure of tax opinion issues. | 03901-0005 | 1517459 |
| 10/10/2001 | 0240 | Marc Wolinsky | 1.00 | 650.00 | Conf calls, follow up to resolve dispute re: JDA | 03901-1005 | 1522953 |
| 10/16/2001 | 0288 | Deborah Paul | 0.20 | 80.00 | Analyze disclosure of tax opinion issues. | 03901-0005 | 1517476 |
| 10/17/2001 | 0224 | Harold S. Novikoff | 0.20 | 135.00 | Emails with Wolinsky re Board mtg. | 03901-1005 | 1531688 |
| 10/18/2001 | 0224 | Harold S. Novikoff | 0.20 | 135.00 | TC Wolinsky re Board mtg. | 03901-1005 | 1531694 |
| 10/22/2001 | 0654 | Roy Katzovicz | 3.40 | 595.00 | Conference call with K&E. | 03901-1507 | 1532801 |
| 10/29/2001 | 0240 | Marc Wolinsky | 1.00 | 650.00 | Mtg w/ HSN | 03901-1005 | 1522979 |
| 10/29/2001 | 0224 | Harold S. Novikoff | 2.60 | 1,755.00 | Conf. Wolinsky; TC Brownstein re insurance and board meeting; review materials | 03901-0005 | 1531731 |
| 11/01/2001 | 0224 | Harold S. Novikoff | 1.70 | 1,147.50 | TC Posner (2) re O&D insurance coverage; rvw. policy memos | 03901-0005 | 1547610 |
| 11/02/2001 | 0224 | Harold S. Novikoff | 0.50 | 337.50 | Conf. Sullivan re insurance issues | 03901-0005 | 1547618 |
| 11/04/2001 | 0650 | Sean Sullivan | 4.00 | 600.00 | Westlaw research; case reading. | 03901-0005 | 1532563 |
| 11/05/2001 | 0650 | Sean Sullivan | 7.00 | 1,050.00 | Westlaw research; case reading; meeting with H. Novikoff. | 03901-0005 | 1532564 |
| 11/05/2001 | 0616 | Dmitry Joffe | 0.50 | 87.50 | W.T. Grace - conference call with Kirkland & Ellis. | 03901-1507 | 1538325 |
| 11/05/2001 | 0224 | Harold S. Novikoff | 3.20 | 2,160.00 | Rvw. Board agenda; review insurance memoranda and cases | 03901-0005 | 1547628 |
| 11/06/2001 | 0224 | Harold S. Novikoff | 6.30 | 4,252.50 | Travel to Md.; reviewed insurance and other board materials en route; dinner meeting with Siegel, Posner, Tarola; TCs Norris, McGowan | 03901-0005 | 1547630 |
| 11/07/2001 | 0224 | Harold S. Novikoff | 8.50 | 5,737.50 | Attend Board meeting and related sessions; | 03901-0005 | 1547636 |

Client Number:    03901
Client Name:      W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time** [11/07/2002 12:16:56 PM]

| Date | ID | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| | | | | | return to NY; reviewed board materials en route. | | |
| 11/09/2001 | 0224 | Harold S. Novikoff | 0.30 | 202.50 | TC Wolinsky re insurance and litigation | 03901-0005 | 1547648 |
| 11/13/2001 | 0616 | Dmitry Joffe | 8.00 | 1,400.00 | W. R. Grace - document review for Kirkland & Ellis. | 03901-1507 | 1538332 |
| 11/13/2001 | 2230 | Paul Polking | 5.00 | 450.00 | Accompanied Kirkland & Ellis attorneys at the warehouse as they reviewed documents from our files. | 03901-1507 | 1541417 |
| 11/14/2001 | 0616 | Dmitry Joffe | 11.50 | 2,012.50 | W. R. Grace - document review for Kirkland & Ellis. | 03901-1507 | 1538333 |
| 12/10/2001 | 0240 | Marc Wolinsky | 0.50 | 325.00 | issues | 03901-1005 | 1552242 |
| 01/15/2002 | 0240 | Marc Wolinsky | 1.00 | 650.00 | Calls, e-mails re various JDA issues | 03901-1005 | 1564538 |
| 01/17/2002 | 0240 | Marc Wolinsky | 2.00 | 1,300.00 | Call w/ Beber and K&E re doc prod issues | 03901-1507 | 1564540 |
| 01/29/2002 | 0240 | Marc Wolinsky | 0.50 | 325.00 | Call w/Beber re: doc. prod. | 03901-1507 | 1578779 |
| 02/04/2002 | 0471 | Claire Chappell | 9.00 | 3,555.00 | Document review. | 03901-1507 | 1585144 |
| 02/05/2002 | 0471 | Claire Chappell | 10.50 | 4,147.50 | Document review. | 03901-1507 | 1585145 |
| 02/06/2002 | 0471 | Claire Chappell | 9.00 | 3,555.00 | Document review. | 03901-1507 | 1585146 |
| 02/06/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588296 |
| 02/07/2002 | 0616 | Dmitry Joffe | 2.50 | 625.00 | W.R. Grace - document review. | 03901-1507 | 1582279 |
| 02/07/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588297 |
| 02/08/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588298 |
| 02/11/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588299 |
| 02/12/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588300 |
| 02/13/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588301 |
| 02/14/2002 | 0471 | Claire Chappell | 9.50 | 3,752.50 | Document review. | 03901-1507 | 1585152 |
| 02/14/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588302 |
| 02/15/2002 | 0471 | Claire Chappell | 7.50 | 2,962.50 | Document Review. | 03901-1507 | 1585153 |
| 02/15/2002 | 2232 | Aretina Samuel | 6.00 | 600.00 | Document review at warehouse w/Paul Polking & Claire Chappell. | 03901-1507 | 1586718 |
| 02/15/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588303 |
| 02/18/2002 | 2285 | Clara Song | 10.00 | 1,000.00 | Received boxes at warehouse; made labels; redacted and replaced docs in 3 boxes (4 sets of 3 boxes); packed up boxes; shipped out boxes; organized boxes and listed them for tomorrow's shipment | 03901-1507 | 1579487 |

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time** [11/07/2002 12:16:56 PM]

| Date | ID | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 02/18/2002 | 0471 | Claire Chappell | 5.50 | 2,172.50 | Document Review. | 03901-1507 | 1585154 |
| 02/19/2002 | 2285 | Clara Song | 6.00 | 600.00 | Went to the warehouse and helped Paul produce another 130 boxes to co-counsel | 03901-1507 | 1579603 |
| 02/19/2002 | 0471 | Claire Chappell | 3.50 | 1,382.50 | Document Review. | 03901-1507 | 1585155 |
| 02/19/2002 | 2230 | Paul Polking | 7.00 | 700.00 | Worked on document productio from warehouse. Sent sets to Kirkland & Ellis, Skadden, McDermott Will & Emery and Grace. | 03901-1507 | 1588305 |
| 04/18/2002 | 0238 | Andrew R. Brownstein | 0.50 | 325.00 | consultation re fraudulent conveyance litigation | 03901-1507 | 1610589 |
| 06/07/2002 | 0103 | Bernard W. Nussbaum | 2.00 | 1,600.00 | Conference calls. | 03901-1005 | 1642636 |
| 06/14/2002 | 0103 | Bernard W. Nussbaum | 3.00 | 2,400.00 | Conference calls. | 03901-1005 | 1642639 |
| 06/14/2002 | 0224 | Harold S. Novikoff | 2.30 | 1,552.50 | TC Shelnitz re disclosure statement issues; meeting w/Siegel re fraudulent conveyance litigation | 03901-1507 | 1666881 |
| 07/31/2002 | 2706 | Shera Goldman | 0.40 | 50.00 | Obtain court docs for d lam/m wolinsky re: sealed air/wr grace | 03901-0005 | 1672134 |
| 08/05/2002 | 0238 | Andrew R. Brownstein | 1.50 | 975.00 | litigation review. | 03901-1507 | 1676559 |
| 08/06/2002 | 0238 | Andrew R. Brownstein | 0.50 | 325.00 | litigation review. | 03901-1507 | 1676563 |
| 08/07/2002 | 0238 | Andrew R. Brownstein | 0.50 | 325.00 | litigation review. | 03901-1507 | 1676566 |
| 08/09/2002 | 0238 | Andrew R. Brownstein | 1.50 | 975.00 | litigation review. | 03901-1507 | 1676581 |
| 08/12/2002 | 0238 | Andrew R. Brownstein | 0.50 | 325.00 | litigation review. | 03901-1507 | 1676587 |
| 08/13/2002 | 0238 | Andrew R. Brownstein | 2.50 | 1,625.00 | litigation review. | 03901-1507 | 1676588 |
| 08/13/2002 | 0223 | Robert B. Mazur | 3.00 | 2,025.00 | Preparation for Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1677368 |
| 08/15/2002 | 0238 | Andrew R. Brownstein | 1.00 | 650.00 | litigation review. | 03901-1507 | 1676599 |
| 08/22/2002 | 0238 | Andrew R. Brownstein | 0.50 | 325.00 | litigation review. | 03901-1507 | 1676627 |
| 08/22/2002 | 0223 | Robert B. Mazur | 2.00 | 1,350.00 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1677389 |
| 08/30/2002 | 0223 | Robert B. Mazur | 1.50 | 1,012.50 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1677400 |
| 09/01/2002 | 0238 | Andrew R. Brownstein | 1.50 | 975.00 | Review of materials re deposition. | 03901-1507 | 1693200 |
| 09/02/2002 | 0223 | Robert B. Mazur | 2.00 | 1,350.00 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1691796 |
| 09/03/2002 | 0223 | Robert B. Mazur | 5.00 | 3,375.00 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1691801 |
| 09/03/2002 | 0238 | Andrew R. Brownstein | 2.50 | 1,625.00 | Review of materials for deposition. | 03901-1507 | 1693206 |
| 09/04/2002 | 0223 | Robert B. Mazur | 8.00 | 5,400.00 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1691802 |
| 09/04/2002 | 0238 | Andrew R. Brownstein | 4.00 | 2,600.00 | Deposition prep session. | 03901-1507 | 1693209 |
| 09/05/2002 | 0238 | Andrew R. Brownstein | 1.00 | 650.00 | Preparation for deposition. | 03901-1507 | 1693214 |
| 09/05/2002 | 0223 | Robert B. Mazur | 1.00 | 675.00 | Preparation For Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn. | 03901-1507 | 1691809 |

Client Number:     03901
Client Name:       W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time** [11/07/2002 12:16:56 PM]

| Date | Code | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 09/06/2002 | 0238 | Andrew R. Brownstein | 1.50 | 975.00 | Preparation for deposition. | 03901-1507 | 1693220 |
| 09/08/2002 | 0238 | Andrew R. Brownstein | 1.00 | 650.00 | Preparation for deposition. | 03901-1507 | 1693224 |
| 09/09/2002 | 0223 | Robert B. Mazur | 6.00 | 4,050.00 | Preparation for Brownstein Deposition, including review of documents and conferences with Brownstein and Winston & Strawn.. | 03901-1507 | 1691811 |
| 09/09/2002 | 0238 | Andrew R. Brownstein | 4.50 | 2,925.00 | Deposition. | 03901-1507 | 1693225 |
| 09/13/2002 | 0103 | Bernard W. Nussbaum | 2.00 | 1,600.00 | Conference calls. | 03901-1507 | 1684431 |
| 09/13/2002 | 0238 | Andrew R. Brownstein | 1.50 | 975.00 | Review deposition transcript. | 03901-1507 | 1693247 |
| | | UNBILLED TOTALS: WORK: | 461.80 | 147,341.50 | 148 records | | |
| | | UNBILLED TOTALS: BILL: | 461.80 | 147,341.50 | | | |
| | | GRAND TOTALS: WORK: | 461.80 | 147,341.50 | 148 records | | |
| | | GRAND TOTALS: BILL: | 461.80 | 147,341.50 | | | |