RESPONSE EXHIBIT 1 - Response to No. 12

Breakdown of travel expenses:

April 2001

| | |
|---|---|
| Mrraro - Meals on trips to New York City and in Washington, DC during month | $889.32 |
| Marraro - Parking at Airport on trip to New Jersey for Deposition | 14.00 |
| Marraro - Air Fares to Florida, Charlotte, NC and New Jersey for Depositions (air fares are at business or coach cost) | $1,283.75 |
| Marraro - Meals on trips to NC, FL and NJ | $763.93 |

May 2001:

| | |
|---|---|
| Parker - Amtrak to NJ for Deposition on 5/20/01 | $180.00 |
| Parker - Hotel in NJ for Deposition on 5/20/01 | $200.34 |
| Parker - Meals in NJ for Deposition on 5/20/01 | $ 12.79 |
| Parker - Taxis on trip to NJ for Deposition on 5/20/01 | $ 98.00 |
| Hughes - Air Fares to New York/New Jersey on 5/14/01 for Depositions | $483.00 |
| Hughes - Hotel in New York/New Jersey on 5/14 for Depositions | $264.34 |
| Hughes - Meals in New York/New Jersey for Depositions 5/14 | $ 77.95 |
| Hughes - Taxis in New York/New Jersey for Depositions 5/14 | $122.00 |
| Hughes - Parking at Airport for New York/New Jersey Depositions 5/14 | $ 10.00 |
| Pelletier - Meals for Vasquez and Reese Depositions | $ 24.62 |
| Pelletier - Taxis for Vasquez and Reese Depositions | $ 66.00 |
| Pelletier -Parking for Vasquez and Reese Depositions | $ 12.00 |
| Pelletier - Tolls for Vasquez and Reese Depositions | $  1.10 |
| Hughes -Air Fare to NY/NJ for 30(b)(6) Depositions 4/29 | $481.50 |
| Hughes - Hotel in NY/NJ for 30(b)(6) Depositions 4/29 | $304.51 |
| Hughes - Auto Rental in NY/NJ for 30(b)(6) Depositions 4/29 | $ 55.95 |
| Hughes - Meals in NY/NJ for 30(b)(6) Depositions 4/29-5/1 | $422.23 |
| Hughes - Taxis in NY/NJ for 30(b)(6) Depositions 4/29 | $ 68.50 |
| Hughes - Misc. Travel - Tolls, Gas in NY/NJ for 30(b)(6) Depositions 4/29 | $ 13.00 |
| Pelletier - Air Fare to NJ for Vasquez Deposition - 4/20 | $521.50 |
| Hughes - Air Fare to NJ for Depositions - 5/1 | $202.78 |
| Hughes - Hotel in NJ for Depositions - 5/1 | $178.08 |
| Hughes - Meals in NJ for Depositions 5/1 | $181.57 |
| Hughes - Hotel for Meeting with Myskiw - 5/2 | $410.37 |

June 2001

| | |
|---|---|
| Hughes - Air Fares to New Jersey for Depositions 6/14; 6/15 | $609.75 |
| Hughes - Air Fare to New Jersey/Boston for Depositions 6/28 | $956.50 |
| Hughes - Meals on trip to New Jersey/Boston on 6/28 | $ 48.55 |
| Hughes - Taxis on trip to New Jersey/Boston on 6/28 | $ 83.00 |

Hughes - Misc. Expenses on trip to New Jersey/Boston on 6/28                    $ 10.00
Hughes - Hotel in New Jersey re Depositions                                    $559.96
Hughes - Meals in New Jersey                                                   $490.54
Hughes - Air Fare to New York/New Jersey 5/25 for Depositions                  $483.00
Hughes - Meals on trip to New Jersey on 5/25                                    $ 19.00
Hughes - Taxis on trip to New Jersey on 5/25                                    $ 31.00
Hughes- Air Fare to New York/New Jersey for 5/29-31 for Depositions            $753.00
Hughes - Hotel on Trip to New Jersey on 5/29                                   $415.93
Hughes - Meals on trip to New Jersey on 5/29                                    $ 41.00
Hughes - Taxis on trip to New Jersey on 5/29                                    $ 81.50
Hughes - Air Fare to New Jersey on 6/18-21 for Depositions                     $240.75
Hughes - Meals on Trip to New Jersey on 6/18                                    $ 80.60
Hughes - Taxis on trip to New Jersey on 6/18                                    $ 19.75
Hughes - Misc. Expenses on Trip to New Jersey on 6/18                           $  5.80
Parker - Air Fare to Newark on 6/5 for Depositions                             $250.00
Parker - Air Fare to Newark on 6/12 for Depositions                            $250.00
Parker - Misc. Expenses on Trip                                                $125.67
Parker - Meals on Trip to Newark on 6/5                                         $  7.25
Parker - Taxis on trip to Newark on 6/5                                         $ 42.00
Parker - Misc. Expenses on trip to Newark on 6/5                                $ 23.00
Parker - Meals on Trip to Newark on 6/12                                        $  3.75
Parker - Taxis on trip to Newark on 6/12                                        $ 44.00
Parker - Misc. Expenses on Trip to Newark on 6/12 Gas/Parking/Tolls             $ 99.00
Pelletier - Air Fare to Newark on 4/18-20 for Depositions                      $729.50
Pelletier - Car Rental in Newark on 4/18 for Depositions                       $108.67
Pelletier - Misc. Expenses - Tips and other on Newark Trip on 4/18              $ 89.65

July 2001

Parker - Air fare to Newark for Hart Deposition - 7/16                         $250.00
Parker - Hotel in Newark for Hart Deposition 7/16                              $279.58
Parker - Taxis in Newark for Hart Deposition - 7/16                             $ 76.00
Parker - Parking at Airport for Hart Deposition 7/16                            $  7.50
Parker - Miscellaneous Expenses on Hart Deposition 7/16 - Tips etc.             $ 23.00
Moasser - Hotel in NJ for Filing Briefs 7/23                                   $381.08
Hughes - Air Fare to NJ for Depositions 7/9-11                                 $483.00
Hughes - Auto Rental in NJ for Depositions 7/9                                 $290.08
Hughes - Meals on trip to NJ for Depositions 7/9-11                             $ 31.50
Hughes - Taxis in NJ for Depositions 7/9-11                                     $ 86.00
Hughes - Miscellaneous Expenses in NJ for Depositions 7/9 - Tips; tolls         $  6.10
Hughes - Air fare to NJ for Depositions 7/12-13                                $483.00
Hughes - Meals in NJ for Depositions 7/12                                       $ 48.50
Hughes - Taxis in NJ for Depositions 7/12                                       $ 74.00
Hughes - Miscellaneous Expenses in NJ for Depositions 7/9 - Tips                $  4.00
Moasser - Parking at Airport on 7/23 on trip to NJ for Deposition               $ 14.00
Moasser - Meals on trip to NJ to File Brief - 7/23                              $  4.86

| | |
|---|---|
| Moasser - Hotel in NJ for filing preparation - 7/23 | $ 80.09 |
| Moasser - Parking at Airport - 7/24 trip to NJ | $ 14.00 |
| Marraro - Air Fare on trip to Newark on 4/2 | $628.25 |
| Marraro - Meals in Newark on 4/2 | $292.66 |
| Marraro - Parking at Airport on trip to Newark on 4/2 | $ 98.00 |
| Marraro - Air Fare to Newark for Wong Deposition and Expert Deposition - 4/19 and 4/30 | $853.00 |
| Marraro - Hotels in Newark for Wong and Expert Depositions 4/19 and 4/30 | $1393.65 |
| Marraro - Auto Rental in Newark for Wong and Expert Depositions 4/19 and 4/30 | $426.02 |
| Marraro - Meals in Newark for Wong and Expert Depositions 4/19 and 4/30 | $232.87 |
| Marraro - Parking at airport on trips to Newark for Depositions | $ 67.00 |

August 2001:

| | |
|---|---|
| Pelletier - Air fare to Boston and Newark on 7/11 and 7/12 for meetings with Gayle Koch in Boston and deposition in Newark | $685.25 |
| Pelletier - Auto Rental in Boston for meeting with Koch 7/11 | $126.33 |
| Pelletier - Hotel in Boston for Koch meeting | $254.07 |
| Pelletier - Taxis in Newark and Boston on 7/11 | $ 87.60 |
| Pelletier - Parking at Airport for Newark and Boston trip - 7/11 | $ 28.00 |
| Pelleier - Air Fare to Newark for Chapman Deposition 6/24-26 | $503.00 |
| Pelletier - Hotel in Newark for Chapman Deposition 6/24 | $628.15 |
| Pelletier - Auto Rental in Newark for Chapman Deposition 6/24 | $243.04 |
| Pelletier - Parking in Newark and at Airport for Chapman Deposition 6/24 | $ 56.00 |
| Pelletier - Airfare to Newark for Anderson Deposition 6/20 | $503.00 |
| Pelletier - Taxis in Newark for Anderson Deposition 6/20 | $ 85.60 |
| Marraro - Air Fare to Newark for Depositions 5/18 | $262.25 |
| Marraro - Hotel in Newark for Depositions 5/18 | $564.92 |
| Marraro - Auto Rental in Newark for Depositions 5/18 | $256.15 |
| Marraro - Parking at Airport on trip to Newark for Depositions 5/18 | $ 25.00 |
| Marraro - Air Fare to/from Newark for 30(b)(6) depositions and to Connecticut to meet with potential experts - 5/22-23 | $1277.88 |
| Marraro - Hotels Newark/Connecticut 5/22 | $798.98 |
| Marraro - Parking at Airport Newark/Connecticut | $ 19.00 |
| Marraro - Air Fares to Newark and NYC for Depositions 6/4 | $1317.50 |
| Marraro - Hotels in Newark and NYC for Depositions 6/4-5 | $1755.42 |
| Marraro - Auto Rentals in Newark and NYC on 6/4 Depositions | $ 92.96 |
| Marraro - Parking at Airport on 6/4-5 trip | $ 76.00 |
| Marraro - Air Fare to NYC re McGuire on 6/8 | $184.75 |
| Marraro - Hotel in NYC re McGuire on 6/8 | $150.60 |
| Marraro - Auto Rental in NYC re McGuire on 6/8 | $237.07 |
| Marraro - Air Fare to Newark on 6/11 for Deposition | $260.75 |
| Marraro - Hotel in Newark on 6/11 for Deposition | $318.07 |
| Marraro - Air Fare to NYC and Newark on 6/14 re Belsito deposition | $427.00 |
| Marraro - Auto Rental in Newark for 6/13 | $249.48 |
| Marraro - Air Fare to Newark for Coup deposition - 6/21-22 | $503.00 |

Marraro - Auto Rental in Newark for Coup Deposition - 6/21     $235.28
Marraro - Parking at Airport for Newark Trips     $ 62.00
Marraro - Miscellaneous travel on trip to Newark on 6/21 - tips, taxis, etc.     $ 82.88
Marraro - Air Fare to NYC for Kantor Deposition - 6/25     $225.75
Marraro - Hotel in NYC for Kantor Deposition 6/25     $263.65
Marraro - Meals in NYC for Kantor Deposition 6/25     $301.05
Marraro - Auto Rental in NYC for Kantor Deposition 6/25     $ 82.57
Marraro - Parking at Airport for Kantor Deposition 6/25     $ 14.00
Marraro - Air Fare to NYC to Meet Investigator on 6/29     $202.75
Marraro - Hotel in NYC to meet Investigator 6/29     $363.29
Marraro - Parking at Airport on 6/29 trip to NYC     $ 25.00
Marraro - Air Fare to Newark and NYC to meet experts/investigators 7/5     $705.75
Marraro - Auto Rentals Newark/NYC to meet experts - 7/5     $ 82.57
Marraro - Parking at Airport on trip to NYC - 7/5     $ 14.00
Marraro - Air Fare to Newark for Walters Deposition - 7/10     $427.00
Marraro - Meals on Trip to New Jersey with Shelnutt and Nye - 7/11     $282.55
Marraro - Air Fare to Newark/NYC for Rifkin Deposition - 7/12     $705.75
Marraro - Meals in Newark and NYC on 7/12-13     $ 30.98
Marraro - Auto Rental Newark and NYC on 7/12-13     $159.64
Marraro - Parking at Airport Newark and NYC 7/12     $ 42.00
Marraro - Meals in NJ for Parker, Iossa and Marraro - 7/16     $217.50
Hughes - Parking in NJ for Ross Deposition - 6/8     $ 10.00
Hughes - Hotel in NY for ICO Deposition - 6/16     $532.86
Hughes - Air Fare to New Jersey for Kirk Brown Deposition - 6/18     $483.00
Hughes - Air Fare to New Hampshire for Ross Deposition 6/19     $306.75
Hughes - Auto Rental in New Jersey for Brown Deposition 6/18     $236.81
Hughes - Air Fare from New Hampshire to NJ for Ross Deposition 6/20     $306.75
Hughes - Meals on Trip to New Jersey - 6/21 for Brown and Valera Depositions     $102.59
Hughes - Hotel in NJ for Brown and Valera Depositions - 6/21     $1049.49
Hughes - Auto Rental in NJ for J. Schmiermund Deposition - 6/22     $ 79.02
Hughes - Parking at Airport for Brown/Valera Depositions - 6/22     $ 66.00
Hughes - Hotel in New York for Chapman Deposition - 6/23     $377.02
Hughes - Amtrak to NJ for Chapman Deposition 6/26     $144.00
Hughes - Auto Rental in NJ re Davis Deposition - 6/26     $294.57
Hughes - Meals in NJ for Davis Deposition - 6/26     $200.00
Hughes - Meal in NJ for Nye meeting - 6/27     $184.39
Hughes - Parking at Airport re Davis Deposition - 6/27     $ 44.00
Hughes - Hotel in NY for Davis Deposition - 6/28     $399.93
Hughes -Parking at Union Station re Davis Deposition     $ 36.00
Hughes - Hotel in NJ re Davis Deposition - 6/29     $508.96
Hughes - Hotel in NJ for work on Summary Judgment Briefs - 7/1     $429.04
Hughes - Meals in NJ for Summary Judgment Brief Prep     $ 27.41
Hughes - Hotel in NJ for Walter Deposition - 7/8     $164.75
Hughes - Miscellaneous Expenses for Walter Deposition - Gas for Rental Car     $ 10.00
Hughes - Hotel in NJ for Walter Deposition - 7/11     $384.36
Hughes - Hotel in NJ for James Deposition - 7/12     $117.53

Hughes - Miscellaneous Expenses for James Deposition - Gas for Rental Car    $ 18.70
Hughes - Hotel in NJ for James and Deming Depositions - 7/14    $809.10
Hughes - Hotel in NY for Costa Deposition - 7/15    $427.27
Hughes - Air Fare to NJ for Valera preparation - 7/23    $483.00
Hughes - Taxis in NJ for Valera preparation - 7/23    $302.75
Pelletier - Air Fare for Walsh Deposition 7/26    $528.00
Pelletier - Hotel for Walsh Deposition 7/26    $594.32
Pelletier - Auto Rental for Walsh Deposition 7/26    $112.99
Pellertier - Meals on Trips - site visit; filing of summary judgment;
 Delaney deposition; Walsh Deposition, etcv.    $221.22
Pelletier - Taxis at Anderson and Delaney Depositions    $105.00

September 2001

Hughes - Air Fare to NJ for Meeting with J. Agnello - 8/27    $483.00
Hughes - Taxis in NJ for Agnello meeting 8/27    $ 16.00
Hughes - Air Fare NJ for Site Visit and Koch Preparation - 8/14-15    $483.00
Hughes - Meals on Trip to NJ for site Visit and Koch Prep - 8/14    $ 19.00
Hughes - Taxis in NJ for site visit and Koch Prep. - 8/14    $121.50
Hughes - Tips on NJ site visit and Koch prep - 8/14    $   6.00
Hughes - Dinner Meeting with Ms. Koch - 8/14    $101.12
Hughes - Parking Fee for Koch Deposition - 8/14    $ 11.00
Hughes - Gas for Rental Car for Koch Deposition    $ 26.01
Hughes - Air Fare to NJ for Meeting with Mr. Agnello - 7/19    $483.00
Hughes - Air Fare to NJ for Summary Judgment Filing    $483.00
Hughes - Air Fare re ICO Deposition and Meeting for Trial Prep.    $1245.00
Hughes - Return Air Fare from NJ re Koch Deposition and Meeting with Ms. Flax $482.75
Hughes - Hotel in NJ for ICO Expert Depositions    $313.39
Hughes - Hotel in NJ for Valera and Schmiermund Depositions    $597.84
Hughes - Hotel in NJ for Grace Expert Depositions    $995.26
Hughes - Hotels in NJ for Davis, Valera, Deming Depositions    $2802.16
Hughes - Hotel in NJ for Koch and ICO Depositions    $631.67
Hughes - Rental Car in NJ for ICO Expert Depositions    $197.94
Hughes - Rental Car in NJ for Koch Deposition    $279.60
Hughes - Rental Car in NJ for Schmiermund and Valera Depositions    $247.80

October 2001

Hughes - Hotel re Prep Session and Deposition of Koch    $737.07
Hughes - Air Fare for Meeting with J. Agnello for Trial
 Preparation    $483.00
Hughes - Parking at Airport for Agnello Meeting    $ 18.00

November 2001

None

December 2001

| | |
|---|---|
| Marraro - Hotel in Newark for Site Visit - 10/18 | $319.16 |
| Marraro - Hotel I NYC - 10/20 | $388.00 |
| Marraro - Air Fare to NYC - 10/22 | $427.00 |
| Marraro - Auto Rental in NYC - 10/20 | $ 75.30 |
| Marraro - Parking at Airport | $ 14.00 |
| Marraro - Hotel in NYC - 10/22 | $367.18 |
| Marraro - Air Fare NYC for Meeting with Experts - 11/1 | $394.00 |
| Marraro - Hotel in NYC for Meeting with Experts - 11/1 | $391.26 |
| Marraro - Air fare to NYC for Trial Preparation - 11/14 | $470.00 |
| Marraro - Auto Rental in NYC for Trial Preparation - 11/14 | $ 83.20 |
| Marraro - Parking at Airport on 11/14 trip | $ 14.00 |
| Marraro - Air fare NYC and Houston - 10/2 Meet with Agnello | $998.25 |
| Marraro - Air Fare NYC to Meet with Trial Witnesses - 10/10 | $351.00 |
| Marraro - Air fare NYC to meet with Experts - 10/15 | $427.00 |
| Marraro - Hotel in NYC to Meet with Experts - 10/15 | $365.14 |
| Marraro - Auto Rental in NYC to meet with experts 10/15 | $ 67.77 |
| Marraro - Parking at Airport on 10/15 trip | $ 22.00 |
| Marraro - Amtrak to Newark and PA for meeting with Nagy - 9/14 | $906.00 |
| Marraro - Hotel on trip to Newark and PA - 9/16 | $386.88 |
| Marraro - Parking on trips to NYC and Newark | $ 66.00 |
| Marraro - Miscellaneous travel expenses on trip to Newark 10/2 | $203.30 |
| Marraro - Air Fare from NYC - 8/14 for AAA Depositions | $202.75 |
| Marraro - Air Fare to Newark for Trial Preparation - 8/17 | $503.00 |
| Marraro - Air fare Newark 8/24 for Trial Preparation | $262.25 |
| Marraro - Auto Rental on Trip to Newark - 8/24 | $ 73.96 |
| Marraro - Air Fare Newark for Status Conference 8/28 | $351.00 |
| Marraro - Hotel for Status Conference | $374.27 |
| Marraro - Auto Rental for Status Conference | $ 80.19 |
| Marraro - Parking at Airport for Status Conference | $ 14.00 |
| Marraro - Amtrak from NYC after Status Conference | $199.00 |
| Marraro - Parking at Airport 8/27 | $ 14.00 |
| Marraro - Amtrak to Newark for Nagy meeting - 9/12 | $418.00 |
| Marraro - Hotel in Newark - 9/12 | $435.60 |
| Marraro - Parking on 9/12 trip | $ 49.00 |
| Marraro - Parking at Airport on 8/28 trip | $ 28.00 |
| Marraro - Meals in NYC with Agnello, Shea and Nagy | $517.52 |