# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Engagement Costs – Chapter 11 Administration

| | |
|---|---|
| Duplicating | 3.36 |
| Express Delivery[3] | 7.74 |
| Telephone | 9.12 |
| Amtrak to Wilmington, DE for fee hearing on August 26, 2002 | 302.00 |
| Travel Agency Fee | 40.00 |
| Food and Miscellaneous Expense for August 26, 2002[4] | 76.95 |
| Matter Total Engagement Cost | 439.17 |

Engagement Costs – NY Superfund Action

| | |
|---|---|
| Computer Assisted Research[5] | 484.02 |
| Document Access Facility -- Annex -- September 2002 | 2864.00 |
| Duplicating | 12.60 |
| Express Delivery[6] | 98.29 |
| Facility Copying Expense | 306.88 |
| Postage | 4.24 |
| Telephone | 6.13 |
| Matter Total Engagement Cost | 3,776.16 |

Engagement Costs – Tahari, Ltd.

| | |
|---|---|
| Computer Assisted Research[7] | 114.14 |
| Duplicating | 15.26 |
| Express Delivery[8] | 175.78 |
| Meals and Miscellaneous[9] | 68.47 |

---

[3] See Engagement Cost Report attached hereto as Exhibit "1."
[4] See Engagement Cost Report attached hereto as Exhibit "2."
[5] See Engagement Cost Report attached hereto as Exhibit "3."
[6] See Engagement Cost Report attached hereto as Exhibit "4."
[7] See Engagement Cost Report attached hereto as Exhibit "5."
[8] See Engagement Cost Report attached hereto as Exhibit "6."
[9] See Engagement Cost Report attached hereto as Exhibit "7."

Telephone                                             38.74
Travel and Miscellaneous Expense[10]                 117.23

Matter Total Engagement Cost        529.62

---

[10]  See Engagement Cost Report attached hereto as Exhibit "7."

# EXHIBIT 1

11/5/02

3:13 PM

Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200209 To 200210  Dates: 9/1/02 To 10/31/02

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 095992  Chapter 11 Administration

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 9/6/02 | EXPDEL | PD UPS TO WILMINGTON DE;KMJ;CK# 239802 | 1527917 | WRG.24 | 2002267 | 10/15/02 | $7.74 | $7.74 | $7. |
| **Matter 095992 Totals:** | | | | | | | $7.74 | $7.74 | $7.74 |
| **Client 082910 Totals:** | | | | | | | $7.74 | $7.74 | $7. |
| **Report Totals** | | | | | | | $7.74 | $7.74 | $7.74 |

Page: 1

# EXHIBIT 2

11/5/02

2:58 PM

Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200208 To 200210  Dates: 8/1/02 To 10/31/02

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 095992  Chapter 11 Administration

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 9/6/02 | MLMIS | PD FOOD & MISC. EXPENSES FOR AUGUST 26, 2002 | 1534533 | WRG.24 | 2002267 | 10/15/02 | $76.95 | $76.95 | $76.95 |
| | | Hearing in Delaware | | | | | | | |
| **Matter 095992 Totals:** | | | | | | | $76.95 | $76.95 | $76.95 |
| **Client 082910 Totals:** | | | | | | | $76.95 | $76.95 | $76.95 |
| **Report Totals** | | | | | | | $76.95 | $76.95 | $76.95 |

# EXHIBIT 3

11/5/02
3:07 PM
Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200209 To 200210  Dates: 9/1/02 To 10/31/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

## COMPUTER ASSISTED RESEARCH (CAR)

Client: 082913  W.R. GRACE & CO.\INSURANCE CO
Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | |
| 9/30/02 | CAR | | 1528282 | WRG.24 | 2002673 | 10/15/02 | $32.26 | $32.26 | $32.26 |
| 9/30/02 | CAR | | 1528283 | WRG.24 | 2002673 | 10/15/02 | $390.84 | $390.84 | $390.84 |
| 9/30/02 | CAR | | 1528468 | WRG.24 | 2002673 | 10/15/02 | $60.92 | $60.92 | $60.92 |
| **Matter 000009 Totals:** | | | | | | | $484.02 | $484.02 | $484.02 |
| **Client 082913 Totals:** | | | | | | | $484.02 | $484.02 | $484.02 |
| **Report Totals** | | | | | | | $484.02 | $484.02 | $484.02 |

# EXHIBIT 4

11/5/02
3:17 PM
Includes: Hard, Soft, Billed

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Case 01-01139-AMC    Doc 3039-2    Filed 11/20/02    Page 11 of 19

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200208 To 200210  Dates: 8/1/02 To 10/31/02

Client: 082913  W.R. GRACE & CO.\INSURANCE CO

Matter: 000009  NY Superfund Action

Client: 082913  W.R. GRACE & CO.\INSURANCE CO

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8/23/02 | EXPDEL | Pd Delivery to New York NY;rmh;Check no. 239776 | 1527382 | WRG.24 | 2002673 | 10/15/02 | $12.00 | $12.00 | $12.00 |
| 8/23/02 | EXPDEL | Pd Delivery to New York NY;rmh;Check no. 239776 | 1527383 | WRG.24 | 2002673 | 10/15/02 | $7.00 | $7.00 | $7.00 |
| 9/5/02 | EXPDEL | PD GEN MESS TO NEW YORK NY;CK# 239562 | 1525386 | WRG.24 | 2002673 | 10/15/02 | $72.75 | $72.75 | $72.75 |
| 9/20/02 | EXPDEL | Pd UPS to New York NY;rmh;Check no. 239329 | 1523641 | WRG.24 | 2002673 | 10/15/02 | $6.54 | $6.54 | $6.54 |
| **Matter 000009 Totals:** | | | | | | | $98.29 | $98.29 | $98.29 |
| **Client 082913 Totals:** | | | | | | | $98.29 | $98.29 | $98.29 |
| **Report Totals** | | | | | | | $98.29 | $98.29 | $98.29 |

# EXHIBIT 5

11/5/02

2:52 PM

Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 20020 To 200210  Dates: 9/1/02 To 10/31/02

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 102292  Tahari, Ltd.

## COMPUTER ASSISTED RESEARCH  (CAR)

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 9/30/02 | CAR | | 1528280 | | 2002268 | 10/11/02 | $74.56 | $74.56 | $74.56 |
| 9/30/02 | CAR | | 1528281 | | 2002268 | 10/11/02 | $39.58 | $39.58 | $39.58 |
| **Matter 102292 Totals:** | | | | | | | $114.14 | $114.14 | $114.14 |
| **Client 082910 Totals:** | | | | | | | $114.14 | $114.14 | $114.14 |
| **Report Totals** | | | | | | | $114.14 | $114.14 | $114.14 |

# EXHIBIT 6

11/5/02
3:20 PM
Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200208 To 200210  Dates: 8/1/02 To 10/31/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 8/19/02 | EXPDEL | Pd Delivery to New York NY;rsb;Check no. 239776 | 1527400 | | 2002268 | 10/11/02 | $85.30 | $85.30 | $85.30 |
| 8/23/02 | EXPDEL | Pd Fedex to New York NY;bmb;Check no. 239328 | 1523610 | | 2002268 | 10/11/02 | $11.48 | $11.48 | $11.48 |
| 9/3/02 | EXPDEL | PD GEN MESS TO NEW YORK NY;SUP,CK# 239562 | 1525387 | WRG.24 | 2002268 | 10/11/02 | $66.50 | $66.50 | $66.50 |
| 9/5/02 | EXPDEL | PD UPS TO SWEDESBORO NJ;AJM;CK# 239802 | 1527772 | | 2002268 | 10/11/02 | $12.50 | $12.50 | $12.50 |
| **Matter 102292 Totals:** | | | | | | | $175.78 | $175.78 | $175.78 |
| **Client 082910 Totals:** | | | | | | | $175.78 | $175.78 | $175.78 |
| **Report Totals** | | | | | | | $175.78 | $175.78 | $175.78 |

Page: 1

# EXHIBIT 7

11/5/02
2:48 PM

Pitney, Hardin, Kipp & Szuch, LLP

(_PHDSB02JB)
Req'd By: KANDOLAB

**Engagement Cost Report**

Includes: Hard, Soft, Billed

Periods: 200208 To 200210  Dates: 8/1/02 To 10/31/02

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910 W.R. GRACE & CO. | | | | | | | | | |
| 8/15/02 | TVLEXP | PD TRAVEL EXPENSE;AJM;CK# 239627 | 1527099 | E100 E110 | 2002268 | 10/11/02 | $68.98 | $68.98 | $68.98 |
| 8/20/02 | MLMIS | PD MEAL EXPENSES; AJM | 1523459 | | 2002268 | 10/11/02 | $19.08 | $19.08 | $19.08 |
| 8/20/02 | MLMIS | PD MEAL EXPENSES; AJM | 1523462 | | 2002268 | 10/11/02 | $45.79 | $45.79 | $45.79 |
| 8/20/02 | MLMIS | PD MEAL EXPENSES; AJM | 1523480 | | 2002268 | 10/11/02 | $3.60 | $3.60 | $3.60 |
| 8/23/02 | TVLEXP | Paid Elite Limo Plus, Inc. for services rendered #10501; 13004; 54561; S#63576 | 1523322 | NONE XXX | 2002268 | 10/11/02 | $38.25 | $38.25 | $38.25 |
| 9/17/02 | TVLEXP | Pd Travel Expense;bmb;uh&p;7p;9-15-02 | 1521708 | | 2002268 | 10/11/02 | $10.00 | $10.00 | $10.00 |
| **Matter 102292 Totals:** | | | | | | | $185.70 | $185.70 | $185.70 |
| **Client 082910 Totals:** | | | | | | | $185.70 | $185.70 | $185.70 |
| **Report Totals** | | | | | | | $185.70 | $185.70 | $185.70 |

Settlement meeting in New York

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Objection Deadline:  December 10, 2002 |
|  | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.    I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and

am a member in good standing of the bars of the State of New Jersey, the United States District

Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for the Northern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.   I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.   The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: November 14, 2002

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950