IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 10, 2002 |
| | : | Hearing Date: TBD, if necessary |

**SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY FEE APPLICATION
OF PITNEY, HARDIN, KIPP & SZUCH LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **September 1, 2002 – September 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$29,290.10** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$4,744.95** |

This is a: **X** monthly ___ quarterly interim ___ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

954067A01111402

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Pending | Pending |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481 (Objections due 1/29/02) | 7/1/01 – 9/30/02 | $186,646.50 | $30,505.83 | Pending | Pending |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871 (Objections due 4/16/02) | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Pending | Pending |

954067A01110102

|  |  | REQUESTED |  | APPROVED |  |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Pending | Pending |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721 (Objections due 10/10/02; Hearing date 11/25/02) | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Pending | Pending |
| October 22, 2002 #2858 (Objections due November 11, 2002) | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Pending | Pending |
| Pending | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Pending | Pending |
| Pending | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Pending | Pending |

4

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 14.3 | $5,863.00 |
| Scott A. Zuber | 1987 | 295.00 | 4.0 | $1,180.00 |
| Michael E. Waller | 1990 | 280.00 | 7.2 | $2,016.00 |
| **COUNSEL** | | | | |
| John P. Scordo | 1988 | 270.00 | 23.2 | $6,264.00 |
| William S. Hatfield | 1993 | 240.00[2] | 9.6 | $2,229.60 |
| **ASSOCIATES** | | | | |
| Barry M. Benjamin | 1993 | 285.00 | 7.9 | $2,251.50 |
| Brian E. Moffitt | 1990 | 245.00 | 8.7 | $2,131.50 |
| Jonathan M. Borg | 1999 | 215.00 | 1.1 | $236.50 |
| Mitchell D. Cohen | 1999 | 215.00 | 1.2 | $258.00 |
| Kristen M. Jasket | 2000 | 155.00 | 22.6 | $3,503.00 |
| Bridget A. Cooney | Pending | 140.00 | 2.2 | $308.00 |
| **PARAPROFESSIONALS** | | | | |
| Dipali Patel | N/A | 110.00 | 9.8 | $1,078.00 |
| Susan Parker | N/A | 90.00 | 21.9 | $1,971.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period August 1, 2002 through August 31, 2002** | | | **133.70 Hours TOTAL** | **$29,290.10** |

---

[2] A 10% discount was applied to the bill for the *West Deptford Property* matter.

5

954067A01110102

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| TYPE OF EXPENSE | |
|---|---:|
| | |
| Computer-Assisted Research | $598.16 |
| Duplicating | $31.22 |
| Telephone | $53.99 |
| Express Delivery | $281.81 |
| Travel and Miscellaneous Expense | $459.23 |
| Meals and Miscellaneous Expense | $145.42 |
| Document Access Facility – Annex – September 2002 | $2,864.00 |
| Facility Copying Expenses | $306.88 |
| Postage | $4.24 |
| **Grand Total Expenses for the Fee Period September 1, 2002 through September 30, 2002** | **$4,744.95** |

*Pitney, Hardin, Kipp, and Szuch LLP's Compensation for September 2002*

| PROJECT CATEGORIES | September 1 - September 30, 2002 | TOTAL of April 2, 2001 - September 30, 2002 |
|---|---|---|
| 01 - Asset Analysis and Recovery | | $ 3,888.50 |
| 02 - Asset Disposition | | $ 13,881.00 |
| 03 - Business Operations | | $ 64,697.50 |
| 04 - Case Administration | $ 7,385.10 | $ 127,658.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | $ 7,438.50 | $ 37,045.00 |
| 12 - Fee Applications, Others | | $ 1,179.00 |
| 13 - Financing | | |
| 14 - Hearings | | $ 48,215.50 |
| 15 - Litigation and Litigation Consulting | $ 14,466.50 | $ 766,006.10 |
| 16 - Plan and Disclosure Statement | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | $ 185.50 |
| 18 - Tax Issues | | |
| 19 - Tax Litigation | | |
| 20 - Travel -- Non Working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial -- Expenses | | |
| 24 - Other | | |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| TOTAL - FEES | $ 29,290.10 | $ 1,110,598.70 |
| TOTAL - EXPENSES | $ 4,744.95 | $ 157,091.90 |
| TOTAL FEES AND EXPENSES | $ 34,035.05 | $ 1,267,690.60 |