IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                  Chapter 11

W.R. GRACE & Co., et al.,               Case No. 01-01139 (JKF)
                                        (Jointly Administered)


            Debtor                      Objection Deadline: To be Determined
                                        Hearing Date: To be Determined


**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)**

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to:  The Official Committee of
                                                Unsecured Creditors

Date of Retention:                              June 21, 2001

Period for which compensation and              July 1, 2002 through
reimbursement is sought:                        September 30, 2002

Amount of Compensation sought
as actual, reasonable and necessary
during the Quarter (100%):                      $145,067.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary during
the Quarter (100%):                             $   1,781.28


This is an: __X___ interim _____ final application


This is the Sixth Quarterly application filed. Disclosure for all periods is as follows:

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)</u>**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| **Totals First Quarterly** | **April 20, 2001 through June 30, 2001** | **$196,005.50** | **$7,094.17** | | |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| **Totals Second Quarterly** | **July 1, 2001 through September 30, 2001** | **$247,231.00** | **$7,992.39** | | |

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| **Totals Third Quarterly** | **October 1, 2001 through December 31, 2001** | **$146,678.00** | **$6,540.87** | | |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| **Totals Fourth Quarterly** | **January 1, 2002 through March 31, 2002** | **$197,137.00** | **$6,343.22** | | |
| | | | | | |

3

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH  SEPTEMBER 30, 2002)**

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| May 28, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $ 4,657.40 (less adjustment of $126.55 per Exhibit G) | $81,851.20 (80% of requested fees) | $4,530.85 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 28, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | 1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| **Totals Fifth Quarterly** | **April 1, 2002 through June 30, 2002** | **$195,700.00** | **$8,119.58** | | |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| **Totals Sixth Quarterly** | **July 1, 2002 through September 30, 2002** | **$145,067.00** | **$1,781.28** | | |
| | | | | | |

4

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)**

### ATTACHMENT B

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours during the Quarter | Total Compensation for the Quarter |
|---|---|---|---|
| E. Ordway | $550 | 23.0 | $12,650.00 |
| S. Cunningham | $440 | 47.1 | $20,702.00 |
| C. Whitney | $375 | 38.3 | $14,362.50 |
| W. Gilligan | $375 | 64.0 | $24,000.00 |
| L. Hamilton | $350 | 187.5 | $65,625.00 |
| J. Schwendeman | $325 | 8.0 | $2,600.00 |
| M. DeSalvio | $175 | 3.5 | $612.50 |
| M. Hakoun | $150 | 19.3 | $2,895.00 |
| N. Backer | $75 | 21.6 | $1,620.00 |
| | | | |
| Grand Total: | | 412.3 | $145,067.00 |
| Blended Rate: | $351.7 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours for the Quarter | Total Fees for the Quarter |
|---|---|---|---|
| 2 | Business Analysis | 140.3 | $51,652.50 |
| 3 | Corporate Finance | 26.5 | $10,726.00 |
| 4 | Data Analysis | 96.4 | $36,375.50 |
| 8 | Case Administration | 42.8 | $10,235.00 |
| 9 | Claims Analysis/Objections/Administration (asbestos) | 11.4 | $2,850.00 |
| 11 | Creditors Committee | 14.1 | $5,927.00 |
| 12 | Employee Benefits/Pension | 9.5 | $3,596.00 |
| 16 | Fee Applications, Applicant | 71.3 | $23,705.00 |
| | | | |
| | Total | 412.3 | $145,067.00 |

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)**

### EXPENSE SUMMARY

| Expense Category | Total Expenses for the Quarter |
|---|---|
| Copies | $473.70 |
| Facsimile Charges | $41.00 |
| Telecommunications | $1,208.06 |
| Postage, Express Delivery | $58.52 |
| Travel Expenses | $0.00 |
| | |
| Total | $1,781.28 |

6

**SIXTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment) and Del.Bankr.LR 2016-2, of FTI Policano & Manzo ("FTI P&M"),

Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R.

Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-

possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the

amount of $145,067.00 for professional services rendered by FTI P&M as financial advisors for

the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary

expenses incurred by FTI P&M in rendering such services in the amount of $1,781.28, less $0.00

previously paid, (the "Sixth Quarterly Fee Application"), in each case for the interim quarterly

period from July 1, 2002 through September 30, 2002 (the "Fee Period"). In support of this

Application, FTI P&M respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1.  Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

    professionals may apply for monthly compensation and reimbursement (each such

    application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2.  Furthermore, and also pursuant to the Administrative Fee Order and Amendment, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

3.  Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court order dated June 21, 2001 (the "Retention Order"), FTI P&M was retained as financial advisors for the Committee, nunc pro tunc to April 20, 2001. Since its retention, FTI P&M has continuously and vigorously pursued the Committee's interests in these cases.

4.  FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related matters, and is an operating unit of FTI Consulting, Inc. Since being retained by the Committee, FTI P&M has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the

8

Debtors' estates. FTI P&M respectfully submits that the professional services that it

rendered on behalf of the Committee were necessary and have directly benefited the creditor

constituents represented by the Committee and have contributed to the effective

administration of these cases.

5.  This is the Sixth Quarterly Fee Application for compensation for services rendered that FTI

    P&M has filed with the Bankruptcy Court in connection with the representation of the

    Committee in these chapter 11 cases.

6.  FTI P&M has filed the following Monthly Fee Applications for interim compensation during

    the Fee Period:

       a.  Sixteenth application of FTI Policano & Manzo, financial advisor to the
          Official Committee of Unsecured Creditors, for allowance of compensation
          for service rendered and reimbursement of expenses incurred for the period
          from July 1, 2002, through July 31, 2002, filed on or about August 31, 2002,
          (the "Sixteenth Fee Application") attached hereto as <u>Exhibit B</u>.

       b.  Seventeenth application of FTI Policano & Manzo, financial advisor to the
          Official Committee of Unsecured Creditors, for allowance of compensation
          for service rendered and reimbursement of expenses incurred for the period
          from August1, 2002, through August 31, 2002, filed on or about September
          30, 2002, (the "Seventeenth Fee Application") attached hereto as <u>Exhibit C</u>.

       c.  Eighteenth application of FTI Policano & Manzo, financial advisor to the
          Official Committee of Unsecured Creditors, for allowance of compensation
          for service rendered and reimbursement of expenses incurred for the period
          from September1, 2002, through September 30, 2002, filed on or about
          October 31, 2002, (the "Fifteenth Fee Application") attached hereto as <u>Exhibit
          D.</u>

FTI P&M has not filed any other Quarterly Fee Applications or Monthly Fee Applications for

the Fee Period. FTI P&M has not received any payments from the Debtors for any of the

applications that are part of this quarterly period.

**Description of Services, Fees and Expenses**

7. During the Sixth Quarterly Interim Period, the Applicant rendered professional services

   aggregating a total of 412.3 hours in the discharge of its duties as financial advisor and

   bankruptcy consultant to the Committee. The Applicant is seeking an interim allowance for

   compensation of professional services rendered to the Debtors of $145,067.00, representing

   100% of fees incurred, and reimbursement of expenses in connection therewith of $1,781.28.

   The Applicant, respectfully, submits the following:

   a) The Applicant believes that the interim fees applied for herein for professional services
      rendered in performing accounting and advisory services for the Committee in this
      proceeding are fair and reasonable in view of the time spent, the extent of work
      performed, the nature of the Debtors' capitalization structure and financial condition, the
      Debtors' financial accounting resources and the results obtained.

   b) All expenses were billed at actual cost, exclusive of amortization of the cost of
      investment, equipment or capital outlay. Internal charges for outgoing out-of-town
      facsimile transmissions were billed at $1.00 per page for domestic transmissions.
      Photocopy charges were billed at actual cost for external copying and $.15 per page for
      internal copying. FTI P&M believes that these charges reflect its actual out-of-pocket
      costs.

   c) The disbursements and expenses have been incurred in accordance with FTI P&M's
      normal practice of charging clients for expenses clearly related to and required by
      particular matters. Such expenses were often incurred to enable FTI P&M to devote time
      beyond normal office hours to matters that imposed extraordinary time demands. FTI
      P&M has endeavored to minimize these expenses to the fullest extent possible.

   d) FTI P&M expended an aggregate of 412.3 hours, substantially all of which was expended
      by the professional staff of FTI P&M. The work involved, and thus the time expended,
      was carefully assigned in light of the experience and expertise required for a particular
      task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The
      staff of the Debtors or their advisors has been utilized where practical and prudent.

   e) FTI P&M's approach is to utilize senior, experienced personnel and to encourage the
      Debtors to provide the staff-level support and analysis to minimize total cost. In addition,
      FTI P&M's per diem rates for professionals of comparable experience are 15% to 25%

lower than its competitors, the "Big-Five" accounting firms and certain other nationally-recognized specialty firms.

f)  Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

g)  Edwin N. Ordway, Jr., Managing Director in charge of this case, directed the activities of the FTI P&M team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h)  To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i)  FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtor.

j)  In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

k)  Annexed hereto as Exhibit B, Exhibit C and Exhibit D are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

l)  Annexed hereto as Exhibit E is a summary of fees by professional and by task during the Sixth Quarterly Interim Period.

m)  Annexed hereto as Exhibit F is a summary of expenses for the Sixth Quarterly Interim Period.

n)  Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its

accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

o) As stated in the Affidavit of Edwin N. Ordway, Jr. annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

8.   The detail of services provided by FTI P&M during the Fee Period is included in the monthly fee applications attached as Exhibit B, Exhibit C, and Exhibit D.  A brief summary of the services provided by FTI P&M during the Fee Period is provided as follows:

    a)      Task Code 2 – Business Analysis (140.3 Hours)

    During the Fee Period, we read and analyzed the Debtors' Trustee Reports and investigated sales trends of Debtors' and competitors and of the Debtors' business divisions.  We read and analyzed information pertaining to the second quarter operating performance, discussed the results with management and prepared a report thereon for the Committee.

    In addition, we analyzed sales and EBITDA performance year-to-date at the divisional level and compared results to the business plan and prior year.  We prepared a sensitized forecast for the balance of the year, including liquidity analyses.

    We also analyzed information and prepared reports for the Committee regarding the Debtors' fraudulent conveyance litigation, specifically matter pertaining to solvency, read and analyzed various current topical motions, read and analyzed current news and industry trade reports.

    b)      Task Code 3 – Corporate Finance (26.5 Hours)

    During the Fee Period, we read and analyzed monthly operating items, information from the latest 10-Q and discussed various related issues with the Debtors.  In addition, we read and analyzed information regarding the divestiture of a business unit by the Debtors and prepared a report thereon for the Committee.

    c)      Task Code 4 – Data Analysis (96.4 Hours)

    During the Fee Period, we read and analyzed information regarding Sealed Air and other asbestos-related cases and prepared a summary of the information for distribution to the Committee.  We also read and analyzed the insolvency analysis prepared by Conway, Del

Genio, Gries & Co., related expert testimony and valuation methodology and prepared a report to the Committee thereon.

We read and analyzed recent news articles, economic releases and industry trade reports and summarized the information for use in discussions with Debtors and Committee members.

We also read and analyzed information regarding the COLI issue and the potential "80/20" settlement with the Internal Revenue Service. We reviewed the relevant tax indemnity and tax sharing agreements. We held discussions with counsel regarding this issue and prepared summary memoranda for distribution to the Committee pertaining thereto.

e)    Task Code 8 – Case Administration (42.8 Hours)

During the Fee Period approximately 24.2 hours were spent by professional timekeepers who read and analyzed the case court docket, selected specific items for more detailed review and analysis, summarized the information in the filings and distributed the information to case team members.  In addition, approximately 18.6 hours were spent by paraprofessionals to update our database and index of case-related court docket items.

f)    Task Code 9 – Claims Analysis (asbestos) (11.4 Hours)

During the Fee Period we read and analyzed information obtained from counsel regarding asbestos claims activity.  We also read and evaluated current asbestos research data.

g)    Task Code 11 – Creditors Committee (14.1 Hours)

During the Fee Period we discussed various case issues with Committee members and counsel including, divestiture of a business unit, fraudulent conveyance issues, COLI issues and the related Internal Revenue Service 80/20 settlement proposal.

We also discussed with Committee members and counsel case issues including the Debtors' KERP, EPA issues and other legacy liabilities.

In addition, we reviewed monthly and quarterly operating results, work plans and meeting and hearing agendas with Committee members and counsel.

h)     Task Code 12 – Employee Benefits/Pension (9.5 Hours)

During the Fee Period we read and analyzed court documents related to the Debtors' KERP and prepared a summary of the information for distribution to the Committee. We read information and responded to counsel regarding the PD Committee's objection to the Debtors' KERP motion.

i)     Task Code 16 – Fee Applications, Applicant (71.3 Hours)

During the Fee Period we spent approximately 33.4 hours to prepare and file fee applications for the June, July and August interim periods, as well as the 5th interim period quarterly fee application.

In addition, we spent approximately 3.8 hours to review the new task categorization requirements and to convert prior fee data to comply with the new task categories.

We also spent approximately 34.1 hours reading the Fee Auditor's report on the 1st, 2nd and 3rd interim period and preparing appropriate responses to issues raised by the Fee Auditor and discussing the responses with the Fee Auditor.

## Relief Requested

j)  By this Sixth Quarterly Fee Application, FTI P&M requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FTI P&M for the Fee Period, and as detailed in

the July to September Monthly Applications, less the amounts previously paid to FTI P&M

pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As

stated above, the full scope of services provided and the related expenses incurred are fully

described in the July to September Monthly Applications, which are attached hereto as

Exhibits B through D.

---

[1]     FTI P&M reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the July through September 2002 period that are not otherwise included in the relevant July to September Monthly Applications.

**Disinterestedness**

k) As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") FTI P&M does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

l) FTI P&M may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. FTI P&M disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. FTI P&M will provide supplemental Affidavits when necessary and when FTI P&M becomes aware of material new information.

WHEREFORE, FTI P&M respectfully requests that the Court enter an order, substantially in the form attached hereto

(a)    granting FTI P&M an allowance of (i) $145,067.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $1,781.28 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a total of $146,848.28 owing and unpaid, for the Fee period from July 1, 2002 through September 30, 2002;

(b)    authorizing and directing the Debtors to pay to FTI P&M the outstanding amount of such sums; and

(c)    granting such other and further relief as this Court may deem just and proper.

15

Date: <u>November 1, 2002</u>                                        FTI Policano & Manzo


By __/s/_____
    Edwin N. Ordway, Jr.

FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 843-4900

**Index to Exhibits**

**Exhibit A**          **Affidavit**

**Exhibit B**          **Fee Application for the Period July 1 – July 31, 2002**

**Exhibit C**          **Fee Application for the Period August 1 – August 31, 2002**

**Exhibit D**          **Fee Application for the Period September 1 – September 30, 2002**

**Exhibit E**          **Summary Schedules of Fees for the Quarter**

**Exhibit F**          **Summary Schedule of Expenses for the Quarter**

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | ) | Hearing Date: To Be Determined |

**<u>AFFIDAVIT</u>**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1.  I am a Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Fifth Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from July 1, 2002 through and including September 30, 2002 in the aggregate amount of $146,848.28, of which $146,848.28 has not yet been paid.

3.  All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from July 1, 2002 through and including September 30, 2002 and not on behalf of any other person.

4.  In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.  In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.


_____
EDWIN N. ORDWAY, JR

Sworn to before me this
1st day of November, 2002


_____
Notary Public

2

Exhibit B

Fee Application for the period

July 1 – July 31, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                 Debtors


SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through July 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $23,895.50): | $19,116.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    473.91 |

This is an: __X__ interim _____ final application

The total time expended for fee application preparation is approximately 17.7 hours and corresponding compensation requested is approximately $5,522.50. The time expended included approximately 7.1 hours spent on preparation of the fifteenth interim fee application, approximately 6.2 spent on preparation of the fifth quarterly interim fee application and approximately 4.4 hours spent preparing a response to the fee auditor's report.

This is the SIXTEENTH application filed. Disclosure for prior periods and current period is as follows:

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)
ATTACHMENT A
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |

3

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 5.9 | $3,245.00 |
| S. Cunningham | $440 | 11.7 | $5,148.00 |
| W. Gilligan | $375 | 2.5 | $937.50 |
| L. Hamilton | $350 | 34.6 | $12,110.00 |
| J. Schwendeman | $325 | 1.0 | $325.00 |
| M. Hakoun | $150 | 7.3 | $1,095.00 |
| N. Backer | $ 75 | 13.8 | $1,035.00 |
| | | | |
| Grand Total: | | 76.8 | $23,895.50 |
| Blended Rate: | $311 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 24.9 | $9,247.50 |
| 3 | Corporate Finance | 7.5 | $3,531.00 |
| 8 | Case Administration | 13.5 | $1,462.50 |
| 9 | Claims Analysis (Asbestos) | 7.0 | $1,470.00 |
| 11 | Creditors Committee | 4.5 | $1,991.00 |
| 12 | Employee Benefits/Pension | 1.7 | $ 671.00 |
| 16 | Fee Applications, Applicant | 17.7 | $5,522.50 |
| | | | |
| | Total | 76.8 | $23,895.50 |

4

SIXTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $268.50 |
| Telecommunications | $191.09 |
| Postage, Express Delivery | $14.32 |
| Travel Expenses | $0.00 |
| | |
| Total | $473.91 |

5

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period July 1, 2002 through July 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 5.9 | $ 550 | $ 3,245.00 |
| S. Cunningham | 11.7 | $ 440 | 5,148.00 |
| W. Gilligan | 2.5 | $ 375 | 937.50 |
| L. Hamilton | 34.6 | $ 350 | 12,110.00 |
| J. Schwendeman | 1.0 | $ 325 | 325.00 |
| M. Hakoun | 7.3 | $ 150 | 1,095.00 |
| N. Backer | 13.8 | $ 75 | 1,035.00 |
| TOTAL | 76.8 |  | $ 23,895.50 |

1 of 13

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period July 1, 2002 through July 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Case Administration 8 | Claims Analysis/Object ions/Administra tion (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pensio n 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | 3,245.00 | E. Ordway | | $ 990.00 | $ 1,155.00 | $ - | $ 440.00 | $ 55.00 | $ 110.00 | $ 495.00 | $ 3,245.00 |
| $ 440 | 5,148.00 | S. Cunningham | | 660.00 | 2,376.00 | - | - | 1,936.00 | 176.00 | - | 5,148.00 |
| $ 375 | 937.50 | W. Gilligan | | 937.50 | - | - | - | - | - | - | 937.50 |
| $ 350 | 12,110.00 | L. Hamilton | | 6,335.00 | - | 420.00 | 175.00 | - | 385.00 | 4,795.00 | 12,110.00 |
| $ 325 | 325.00 | J. Schwendeman | | 325.00 | - | - | - | - | - | - | 325.00 |
| $ 150 | 1,095.00 | M. Hakoun | | - | - | 240.00 | 855.00 | - | - | - | 1,095.00 |
| $ 75 | 1,035.00 | N. Backer | | - | - | 802.50 | - | - | - | 232.50 | 1,035.00 |
| $ | 23,895.50 | Totals | | $ 9,247.50 | $ 3,531.00 | $ 1,462.50 | $ 1,470.00 | $ 1,991.00 | $ 671.00 | $ 5,522.50 | $ 23,895.50 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period July 1, 2002 through July 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 3,245.00 | E. Ordway | | 1.8 | 2.1 | 0.0 | 0.8 | 0.1 | 0.2 | 0.9 | 5.9 |
| $ 440 | $ 5,148.00 | S. Cunningham | | 1.5 | 5.4 | 0.0 | 0.0 | 4.4 | 0.4 | 0.0 | 11.7 |
| $ 375 | $ 937.50 | W. Gilligan | | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 |
| $ 350 | $ 12,110.00 | L. Hamilton | | 18.1 | 0.0 | 1.2 | 0.5 | 0.0 | 1.1 | 13.7 | 34.6 |
| $ 325 | $ 325.00 | J. Schwenderman | | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 150 | $ 1,095.00 | M. Hakoun | | 0.0 | 0.0 | 1.6 | 5.7 | 0.0 | 0.0 | 0.0 | 7.3 |
| $ 75 | $ 1,035.00 | N. Backer | | 0.0 | 0.0 | 10.7 | 0.0 | 0.0 | 0.0 | 3.1 | 13.8 |
| | $ 23,895.50 | Totals | | 24.9 | 7.5 | 13.5 | 7.0 | 4.5 | 1.7 | 17.7 | 76.8 |

3 of 13

## Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 2 | Read and responded to memorandum prepared by counsel regarding fraudulent conveyance issues. | 1.1 |
| | 16 | Read and analyzed memorandum from fee auditor. | 0.7 |
| 8-Jul | 2 | Read and analyzed memorandum prepared by counsel regarding recent motions filed in court. | 0.7 |
| 11-Jul | 11 | Called Committee Chair to discuss near-term work plan. | 0.1 |
| 19-Jul | 9 | Read and analyzed memorandum from counsel regarding asbestos claims activity. | 0.8 |
| 22-Jul | 12 | Read and responded to counsel memorandum regarding KERP objection from other committee. | 0.2 |
| 24-Jul | 3 | Read and analyzed monthly operating items and summarized follow-up issues for Debtors' conference call. | 1.4 |
| 31-Jul | 3 | Read and analyzed most current 10-Q and summarized follow-up issues for Debtors' conference call. | 0.7 |
| | 16 | Prepared fee application. | 0.2 |
| | | **Total Hours – July** | 5.9 |

**Invoice**

W.R. GRACE & CO. ET AL.
Professional Services Rendered by Sean Cunningham
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours | N/C Hours |
|---|---|---|---|---|
| 1-Jul | 2 | Read and analyzed updates regarding fraudulent conveyance and information pertaining to Babcock & Wilcox ruling. | 1.5 | |
| 8-Jul | 3 | Analyzed report on results of operation for May. | 5.4 | |
| 15-Jul | 12 | Discussed PD Committee objection to KERP with Blackstone. | 0.4 | |
| | 11 | Discussed Committee response to objection with counsel. | 0.4 | |
| 16-Jul | 11 | Discussed Committee response to objection with counsel. | 0.7 | |
| | 11 | Reviewed draft response of Committee with counsel and Chair. | 0.8 | |
| 18-Jul | 12 | Attended Asbestos Conference in NYC- Guest Speaker Paul Norris CEO- Grace. | 0.0 | 8.5 |
| 22-Jul | 11 | Discussed bankruptcy issues with Committee Chair including asbestos claim valuation, tax indemnity issues with previous spin offs and EPA issues. | 1.3 | |
| 25-Jul | 11 | Discussed case issues and bankruptcy exit timing with Committee member, including fraudulent conveyance, Zonolite and legacy liabilities. | 1.2 | |
| | | **Total Hours – July** | 11.7 | 8.5 |

## Invoice

### W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Walter Gilligan
### For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 25-Jul | 2 | Read and analyzed court ruling, legal arguments and valuations submitted in relation to Debtors' fraudulent transfer case. | 2.5 |
| | | **Total Hours - July** | 2.5 |

## Invoice

### W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|------|-------------|-------|
| 3-Jul | 8 | Reviewed latest court docket listing for case. | 0.1 |
| | 2 | Read and analyzed current topical motions and orders. | 0.4 |
| 8-Jul | 12 | Read and analyzed motions related to KERP. | 1.1 |
| | 2 | Read and analyzed current topical motions and orders. | 2.7 |
| | 2 | Read and prepared summary of recent news articles reporting on various issues of Debtors. | 1.8 |
| | 8 | Reviewed latest court docket listing for case. | 0.1 |
| | 2 | Read and analyzed current topical motions and orders. | 0.4 |
| | 9 | Read and summarized asbestos research items. | 0.5 |
| 9-Jul | 2 | Prepared memo summarizing recent fraudulent conveyance issues. | 2.1 |
| 10-Jul | 2 | Continued to prepare memo summarizing recent fraudulent conveyance issues. | 0.3 |
| | 16 | Prepared June fee application. | 1.8 |
| 11-Jul | 16 | Continued to prepare June fee application. | 0.2 |
| 16-Jul | 16 | Continued to prepare June fee application. | 0.9 |
| 17-Jul | 2 | Continued to read and document fraudulent conveyance issues. | 2.9 |
| | 16 | Prepared 5th Quarterly fee application. | 4.2 |
| | 2 | Reviewed documentation and discussed fraudulent conveyance issues with team members. | 0.7 |
| 19-Jul | 16 | Continued to prepare June fee application. | 1.1 |
| | 16 | Continued to prepare 5th Quarterly fee application. | 0.2 |
| 22-Jul | 2 | Continued to read and document fraudulent conveyance issues. | 0.9 |

| 23-Jul | 8 | Reviewed status of projects and revised workplans. | 0.5 |
| | 8 | Reviewed latest court docket listing for case. | 0.5 |
| 25-Jul | 16 | Continued to prepare 5th Quarterly fee application. | 1.8 |
| | 2 | Read and analyzed *Special Master/Judge Wolin's ruling regarding fraudulent conveyance issues.* | 3.5 |
| 26-Jul | 2 | Continued to prepare memo summarizing Judge Wolin's ruling regarding fraudulent conveyance issues. | 1.1 |
| | 2 | Prepared documents related to current issues. | 0.8 |
| 29-Jul | 2 | Continued to prepare memo summarizing Judge Wolin's ruling regarding fraudulent conveyance issues. | 0.5 |
| 30-Jul | 16 | Prepared memo responding to fee audit report. | 3.0 |
| | 16 | Discussed fee audit report with case team members and R. Serrette at Stroock. | 0.5 |
| | | **Total Hours - July** | 34.6 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 24-Jul | 2 | Read and analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.0 |
| | | **Total Hours - July** | 1.0 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 9 | Gathered recent news and analyst reports regarding the current status of asbestos litigation, and claims settled and outstanding. | 1.5 |
| 2-Jul | 9 | Prepared summary flash report of findings pertaining to asbestos claims and distributed to group members. | 2.3 |
| 9-Jul | 8 | Continued updating virtual database along with printing and distributing selected filings. | 0.5 |
| 11-Jul | 8 | Updated virtual database. | 0.1 |
| 18-Jul | 9 | Researched and analyzed asbestos bankruptcy report with regards to asbestos litigation. | 1.9 |
| 30-Jul | 8 | Updated virtual database, printed and distributed selected docket filings. | 1.0 |
| | | **Total Hours - July** | 7.3 |

**Invoice**

W.R.GRACE & CO. ET AL.

Professional Services Rendered by Nancy Backer

For the period July 1, 2002 through July 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.8 |
| | 16 | Prepared time descriptions for monthly fee application. | 0.5 |
| | 8 | Updated files for new items. | 1.5 |
| 12-Jul | 16 | Prepared time descriptions for monthly fee application. | 1.0 |
| 15-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 0.9 |
| 16-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.1 |
| | 16 | Prepared time descriptions for monthly fee application. | 0.4 |
| 18-Jul | 16 | Prepared monthly fee application package for distribution. | 1.2 |
| 19-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.5 |
| 25-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.0 |
| 26-Jul | 8 | Prepared report binders including key Committee reports. | 1.9 |
| 29-Jul | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.0 |
| | | **Total Hours - July** | 13.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2002 through July 31, 2002

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 268.50 |
| External | | - |
| Telecommunications: | | |
| Telephone | | 67.87 |
| Toll Charges | | 122.22 |
| Facsimile | | 1.00 |
| Postage, Federal Express, Airborne | | 14.32 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| Total Expenses | $ | 473.91 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period July 1, 2002 through July 31, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,790 | pages @ $0.15/page: | $ | 268.50 |
| Facsimile Charges: | 1 | pages @ $1.00/page: | | 1.00 |
| Telephone Charges: | | | | 67.87 |
| Toll Charges: | Online research fees | | | 122.22 |
| Postage, Federal Express: | Airborne | | | 14.32 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 473.91 |

**Exhibit C**

**Fee Application for the period**

**August 1 – August 31, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------x

In re:                                     Chapter 11

W.R. GRACE & Co., et al.,                  Case No. 01-01139 (JKF)
                                           (Jointly Administered)

                Debtors

SEVENTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2002 through August 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $76,092.50): | $60,874.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 1,264.23 |

This is an: _X___ interim _____ final application

The total time expended for fee application preparation is approximately 26.7 hours and corresponding compensation requested is approximately $9,177.50. The time expended included approximately 9.1 hours spent on preparation of the sixteenth interim fee application, approximately 1.0 hours spent on preparation of the fifth quarterly interim fee application and approximately 16.6 hours spent preparing our response to the fee auditor's report.

This is the SEVENTEENTH application filed. Disclosure for prior periods and current period is as follows:

SEVENTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH  AUGUST 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

SEVENTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002)</u>
ATTACHMENT A
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 | $1,264.23 |

3

SEVENTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 11.2 | $6,160.00 |
| S. Cunningham | $440 | 23.8 | $10,450.00 |
| C. Whitney | $375 | 12.0 | $4,500.00 |
| W. Gilligan | $375 | 54.9 | $20,587.50 |
| L. Hamilton | $350 | 90.3 | $31,605.00 |
| J. Schwendeman | $325 | 3.0 | $975.00 |
| M. Hakoun | $150 | 9.6 | $1,440.00 |
| N. Backer | $ 75 | 5.0 | $375.00 |
| | | | |
| Grand Total: | | 209.8 | $76,092.50 |
| Blended Rate: | $363 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 105.9 | $38,915.00 |
| 3 | Corporate Finance | 18.4 | 6,985.00 |
| 4 | Data Analysis | 25.0 | $9,645.00 |
| 8 | Case Administration | 15.0 | 4,277.50 |
| 9 | Claims Analysis (Asbestos) | 4.4 | 1,380.00 |
| 11 | Creditors Committee | 6.6 | 2,787.50 |
| 12 | Employee Benefits/Pension | 7.8 | $2,925.00 |
| 16 | Fee Applications, Applicant | 26.7 | $9,177.50 |
| | | | |
| | Total | 209.8 | $76,092.50 |

4

SEVENTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $181.80 |
| Telecommunications | $1,052.07 |
| Postage, Express Delivery | $36.36 |
| Travel Expenses | $0.00 |
| | |
| Total | $1,264.23 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period August 1, 2002 through August 31, 2002

| | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 11.2 | $ 550 | $ 6,160.00 |
| S. Cunningham | 23.8 | $ 440 | 10,450.00 |
| C. Whitney | 12.0 | $ 375 | 4,500.00 |
| W. Gilligan | 54.9 | $ 375 | 20,587.50 |
| L. Hamilton | 90.3 | $ 350 | 31,605.00 |
| J. Schwendeman | 3.0 | $ 325 | 975.00 |
| M. Hakoun | 9.6 | $ 150 | 1,440.00 |
| N. Backer | 5.0 | $ 75 | 375.00 |
| TOTAL | 209.8 | | $ 76,092.50 |

1 of 16

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
For the period August 1, 2002 through August 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 6,160.00 | E. Ordway | | $ 2,640.00 | $ 385.00 | $ 1,375.00 | $ 275.00 | $ 275.00 | $ 1,210.00 | - | $ - | $ 6,160.00 |
| $ 440 | $ 10,450.00 | S. Cunningham | | 3,740.00 | 1,980.00 | 4,070.00 | - | - | - | - | 660.00 | 10,450.00 |
| $ 375 | $ 4,500.00 | C. Whitney | | 2,775.00 | - | 1,725.00 | - | - | - | - | - | 4,500.00 |
| $ 375 | $ 20,587.50 | W. Gilligan | | 17,100.00 | - | - | - | - | 562.50 | 2,925.00 | - | 20,587.50 |
| $ 350 | $ 31,605.00 | L. Hamilton | | 11,760.00 | 4,620.00 | 1,155.00 | 3,710.00 | 910.00 | 1,015.00 | - | 8,435.00 | 31,605.00 |
| $ 325 | $ 975.00 | J. Schwendeman | | - | - | 975.00 | - | - | - | - | - | 975.00 |
| $ 150 | $ 1,440.00 | M. Hakoun | | 900.00 | - | 345.00 | - | 195.00 | - | - | - | 1,440.00 |
| $ 75 | $ 375.00 | N. Backer | | - | - | - | 292.50 | - | - | - | 82.50 | 375.00 |
| | $ 76,092.50 | Totals | | $ 38,915.00 | $ 6,985.00 | $ 9,645.00 | $ 4,277.50 | $ 1,380.00 | $ 2,787.50 | $ 2,925.00 | $ 9,177.50 | $ 76,092.50 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period August 1, 2002 through August 31, 2002

| Rate | Fees Per Professional | | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ | 6,160.00 | E. Ordway | 4.8 | 0.7 | 2.5 | 0.5 | 0.5 | 2.2 | 0.0 | 0.0 | 11.2 |
| $ 440 | $ | 10,450.00 | S. Cunningham | 8.5 | 4.5 | 9.3 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 23.8 |
| $ 375 | $ | 4,500.00 | C. Whitney | 7.4 | 0.0 | 4.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 |
| $ 375 | $ | 20,587.50 | W. Gilligan | 45.6 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 7.8 | 0.0 | 54.9 |
| $ 350 | $ | 31,605.00 | L. Hamilton | 33.6 | 13.2 | 3.3 | 10.6 | 2.6 | 2.9 | 0.0 | 24.1 | 90.3 |
| $ 325 | $ | 975.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 150 | $ | 1,440.00 | M. Haksun | 6.0 | 0.0 | 2.3 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 9.6 |
| $ 75 | $ | 375.00 | N. Backer | 0.0 | 0.0 | 0.0 | 3.9 | 0.0 | 0.0 | 0.0 | 1.1 | 5.0 |
| | $ | 76,092.50 | Totals | 105.9 | 18.4 | 25.0 | 15.0 | 4.4 | 6.6 | 7.8 | 26.7 | 209.8 |

Invoice

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Aug | 8 | Prepared and edited affidavits regarding acquisition of PwC's financial advisory practice. | 0.3 |
| 8-Aug | 4 | Read and analyzed counsel's memo regarding Sealed Air matters. | 0.5 |
| 9-Aug | 4 | Read and analyzed Armstrong memo prepared by counsel. | 0.4 |
| 12-Aug | 4 | Read and analyzed insolvency analysis prepared by Conway and prepared list of items for staff to analyze and investigate. | 1.3 |
| 13-Aug | 2 | Read and analyzed most recent monthly Trustee report and prepared list of items for investigation. | 1.2 |
| 14-Aug | 8 | Reviewed and edited document for supplemental affidavit regarding disclosure of BRS acquisition. | 0.2 |
| 14-Aug | 2 | Analyzed sales performance of Performance Chemical division. | 1.1 |
| 14-Aug | 9 | Read and analyzed recent news and industry trend reports relating to asbestos litigation. | 0.5 |
| 14-Aug | 11 | Called Committee chair to discuss quarterly performance and impact on valuations. | 0.3 |
| 14-Aug | 2 | Prepared trend analysis for revenues by major category to compare to peer group. | 0.7 |
| 15-Aug | 11 | Obtained and read industry analyses referred to in Conway insolvency report. | 1.7 |
| 19-Aug | 2 | Updated near-term work plan. | 0.1 |
| 20-Aug | 4 | Met with staff to discuss fraudulent conveyance issues and next steps to be performed. | 0.3 |
| 26-Aug | 11 | Read and analyzed agenda for upcoming hearings and called chair to discuss. | 0.2 |
| 27-Aug | 2 | Prepared and edited report for Committee regarding 2nd quarter operating performance versus plan. | 1.7 |

| | | | |
|---|---|---|---|
| 27-Aug | 3 | Analyzed data regarding proposed acquisition and prepared and edited report on same. | 0.7 |
| | | **Total Hours - August** | 11.2 |

Invoice

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Aug | 4 | Read and analyzed Judge's decision regarding fraudulent conveyance litigation. | 1.0 |
| 6-Aug | 16 | Prepared information regarding response to recent fee audit. | 1.5 |
| 7-Aug | 2 | Analyzed results of operations for the 2nd quarter and year-to-date period compared to plan and prior year. | 2.5 |
| 7-Aug | 2 | Prepared questions for conference call with Debtors. | 1.0 |
| 8-Aug | 2 | Participated in conference call with Debtors' management regarding 2nd quarter financial results. | 1.5 |
| 8-Aug | 3 | Read and edited draft memorandum to Committee regarding the pending ART acquisition. | 1.0 |
| 9-Aug | 4 | Read and analyzed  Conway Del Genio Gries & Co., LLC (CDG) report and the expert witness testimony of Charles E. Bates regarding fraudulent conveyance litigation. | 1.8 |
| 9-Aug | 3 | Discussed and analyzed ART acquisition pro forma data. | 1.3 |
| 14-Aug | 4 | Continued to read and analyze expert testimony regarding asbestos valuations in the fraudulent conveyance litigation. | 1.5 |
| 20-Aug | 4 | Read and discussed analytic approach to CDG valuation in preparation for report to Committee. | 1.0 |
| 22-Aug | 4 | Read and analyzed transcripts of various court rulings regarding fraudulent conveyance. | 1.5 |
| 23-Aug | 2 | Read and edited financial analysis and draft report pertaining to 2nd quarter financial performance. | 3.5 |
| 26-Aug | 3 | Updated report and analysis pertaining to ART acquisition. | 2.2 |
| 30-Aug | 4 | Prepared analysis of valuation methodology utilized in CDG report. | 2.5 |
| | | **Total Time - August** | 23.8 |

**Invoice**          **Exhibit D**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|------|------|------|
| 20-Aug | 2 | Read and analyzed Debtors' 2nd quarter 2002 financial package. | 3.2 |
| 21-Aug | 2 | Prepared and edited the report analyzing 2nd quarter 2002 performance. | 4.2 |
| 22-Aug | 4 | Read and analyzed the expert testimony solvency analysis prepared by Conway Del Genio Gries & Co., LLC and the expert witness report of Charles E. Bates. | 4.6 |
| | | **Total Hours - August** | 12.0 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Aug | 2 | Analyzed 2nd quarter performance by reviewing monthly financial reports and business plan data and prepared list of questions for conference call. | 5.4 |
| 7-Aug | 2 | Continued to analyze 2nd quarter performance and prepare list of questions for conference call. | 3.2 |
| 8-Aug | 11 | Participated in 2nd quarter performance conference call with Debtors. | 1.5 |
| 12-Aug | 2 | Analyzed Debtors' 2nd quarter sales and EBITDA performance. | 1.8 |
| 16-Aug | 2 | Continued to analyze Debtors' 2nd quarter sales and EBITDA performance. | 4.2 |
| 16-Aug | 2 | Read and analyzed Debtors' 10 Q report. | 2.6 |
| 19-Aug | 2 | Started preparation of a report for the Committee summarizing our findings and observations regarding operational performance. | 6.9 |
| 19-Aug | 12 | Reviewed court documents filed related to Debtors' KERP motion. | 3.5 |
| 20-Aug | 2 | Analyzed Debtors' current balance sheet and changes in working capital. | 5.4 |
| 21-Aug | 2 | Continued to analyze Debtors' 2nd quarter sales and EBITDA performance. | 4.4 |
| 21-Aug | 2 | Continued preparation of report to the Committee. | 3.2 |
| 22-Aug | 12 | Prepared summary of motions related to Debtors' KERP proposal. | 4.3 |
| 22-Aug | 2 | Analyzed Debtors' corporate overhead and quantified variances to plan and prior year. | 3.1 |
| 23-Aug | 2 | Analyzed divisional level overhead and quantified variances to plan and prior year. | 3.1 |
| 23-Aug | 2 | Continued preparation of report to Committee. | 2.3 |
| | | **Total Hours - August** | 54.9 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Aug | 8 | Prepared disclosure documents regarding BRS acquisition. | 1.6 |
| 6-Aug | 3 | Analyzed ART acquisition transaction. | 6.2 |
| 6-Aug | 2 | Read and summarized 2nd quarter results of operations by reviewing Debtors' report. | 0.8 |
| 6-Aug | 2 | Prepared questions for conference call regarding 2nd quarter results of operations based on review of Debtors' report. | 1.2 |
| 6-Aug | 8 | Updated disclosure documents regarding BRS acquisition. | 1.1 |
| 7-Aug | 16 | Read fee audit report and prepared initial response. | 4.0 |
| 7-Aug | 11 | Held discussions with counsel regarding BRS acquisition and fee audit. | 0.6 |
| 7-Aug | 8 | Updated disclosure documents regarding BRS acquisition. | 2.1 |
| 7-Aug | 8 | Held discussions with PwC regarding BRS's W.R. Grace engagement and receivable status. | 1.3 |
| 7-Aug | 3 | Prepared report on ART acquisition and discussed details of transaction with P. Zilly at Blackstone. | 1.1 |
| 8-Aug | 16 | Continued to prepare response to fee audit report. | 7.5 |
| 8-Aug | 2 | Participated in conference call with Debtors' management regarding 2nd quarter results of operations. | 0.5 |
| 9-Aug | 2 | Distributed reports to counsel. | 0.9 |
| 9-Aug | 16 | Prepared 5th Quarterly fee application. | 1.0 |
| 9-Aug | 3 | Continued to prepare ART acquisition report. | 3.6 |
| 9-Aug | 8 | Discussed BRS disclosure documents with J. Stegengas. | 0.2 |
| 9-Aug | 3 | Discussed ART acquisition transaction with P. Zilly at Blackstone. | 0.2 |
| 12-Aug | 9 | Prepared memo regarding Babcock & Wilcox asbestos issues. | 2.6 |
| 13-Aug | 3 | Finalized ART acquisition report. | 0.9 |

| 14-Aug | 11 | Prepared documents and discussed same with M. Kelly at Willkie Farr regarding BRS acquisition. | 0.7 |
|---|---|---|---|
| 14-Aug | 16 | Set up phone interview with fee auditor. | 0.4 |
| 14-Aug | 8 | Prepared BRS disclosure documents for J. Stegengas. | 0.5 |
| 15-Aug | 4 | Read and analyzed A. Krieger email regarding expert report. | 0.6 |
| 16-Aug | 2 | Prepared schedules analyzing 2nd quarter results of operations including comparisons to plan and prior year. | 4.4 |
| 16-Aug | 8 | Held discussions regarding BRS disclosure documents with A. Pasacreta and M. Kelly at Willkie Farr. | 0.6 |
| 19-Aug | 2 | Prepared report on 2nd quarter results of operations including commentary based on conference call with Debtors. | 7.6 |
| 20-Aug | 2 | Continued to prepare report on 2nd quarter results of operations. | 5.4 |
| 20-Aug | 8 | Read and edited latest versions of BRS disclosure documents and forwarded documents to counsel. | 0.5 |
| 20-Aug | 4 | Reviewed interlocutory order regarding the Sealed Air motion in the fraudulent conveyance proceedings and prepared summary memo. | 1.2 |
| 20-Aug | 16 | Prepared July fee application. | 1.1 |
| 20-Aug | 16 | Prepared documents for use in fee audit hearing. | 0.3 |
| 20-Aug | 8 | Prepared BRS disclosure documents package for review by case manager. | 0.3 |
| 21-Aug | 8 | Prepared emails and discussed latest versions of BRS disclosure documents with A. Pasacreta and M. Kelly at Willkie Farr. | 1.9 |
| 21-Aug | 11 | Prepared emails and discussed BRS disclosure documents and response to fee audit with counsel. | 0.5 |
| 21-Aug | 2 | Continued to prepare report on 2nd quarter results of operations by including summary of analyses of acquisition and divestiture activities. | 2.3 |
| 21-Aug | 8 | Updated BRS disclosure documents. | 0.5 |
| 22-Aug | 4 | Obtained, read and analyzed current topical motions and orders after reviewing latest court docket listing. | 1.5 |
| 22-Aug | 16 | Participated in conference calls with fee auditor. | 0.8 |

| 22-Aug | 16 | Continued to prepare July fee application. | 3.1 |
| 22-Aug | 16 | Updated response to fee audit and distributed it to team members and to counsel. | 2.1 |
| 22-Aug | 2 | Continued to prepare report on 2nd quarter results of operations by including commentary on results of operations by division. | 1.6 |
| 22-Aug | 11 | Discussed attendance at fee audit hearing with counsel. | 0.9 |
| 23-Aug | 2 | Continued to prepare report on 2nd quarter results of operations by including commentary on results of operations by division. | 2.1 |
| 23-Aug | 3 | Updated ART acquisition report. | 1.2 |
| 23-Aug | 16 | Prepared emails and held discussions with counsel and fee auditor regarding fee audit. | 0.6 |
| 26-Aug | 2 | Continued to prepare report on 2nd quarter results of operations by including commentary on results of operations by division. | 3.1 |
| 28-Aug | 2 | Edited report on 2nd quarter results of operations | 2.0 |
| 28-Aug | 16 | Held discussion with fee auditor regarding new task codes. | 0.2 |
| 28-Aug | 11 | Held discussion with counsel regarding ART acquisition and fee audit process. | 0.2 |
| 29-Aug | 2 | Finalized 2nd quarter report and distributed to Committee member and counsel for comment. | 1.7 |
| 29-Aug | 16 | Continued to prepare July fee application. | 1.8 |
| 30-Aug | 16 | Continued to prepare July fee application. | 1.2 |
| | | **Total Hours - August** | 90.3 |

## Invoice

### W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Jeffrey E. Schwendeman
### For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 9-Aug | 4 | Prepared analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 16-Aug | 4 | Prepared analysis of recent economic releases and the impact on the heavy construction industry. | 1.3 |
| 26-Aug | 4 | Prepared analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.8 |
| | | **Total Hours - August** | 3.0 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Aug | 9 | Prepared an update of the asbestos litigation memorandum. | 1.3 |
| 12-Aug | 2 | Analyzed company 2nd quarter filing, gathered earnings releases for selected competitors and prepared a schedule to compare financials. | 3.5 |
| 13-Aug | 2 | Continued compiling and entering data into financial comparison spreadsheet. | 2.5 |
| 21-Aug | 4 | Gathered economic data on housing and researched economic indicator that directly relate to housing and building and compiled a trend history. | 2.3 |
| | | | 9.6 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period August 1, 2002 through August 31, 2002

| Date | Task Code | Description | Hours |
|------|------|-------------|-------|
| 7-Aug | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 0.7 |
| 8-Aug | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 0.9 |
| 9-Aug | 16 | Processed time descriptions for entry into fee application. | 0.6 |
| 12-Aug | 16 | Processed time descriptions for entry into fee application. | 0.5 |
| 22-Aug | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.0 |
| 23-Aug | 8 | Updated docket listing of motions and orders.  Distributed selected items to case team members. | 1.3 |
| | | **Total Hours - August** | 5.0 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period August 1, 2002 through August 31, 2002

| | | |
|---|---|---:|
| Copies: | | |
|     Internal | $ | 181.80 |
|     External | | - |
| Telecommunications: | | |
|     Telephone | | - |
|     Toll Charges | | 1,012.07 |
|     Facsimile | | 40.00 |
| Postage, Federal Express, Airborne | | 30.36 |
| Travel Expenses: | | |
|     Transportation, lodging, tolls and parking | | - |
|     Meals | | - |
| | | |
|     Total Expenses | $ | 1,264.23 |

**Invoice**

CE & CO. ET. AL.
nses by Type of Expense
1, 2002 through August 31, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,212 | pages @ $0.15/page: | $ | 181.80 |
| Facsimile Charges: | 40 | pages @ $1.00/page: | | 40.00 |
| Telephone Charges: | | | | - |
| Toll Charges: | | Subscriptions and Online research fees | | 1,012.07 |
| Postage, Federal Express: | Airborne | 7-Aug | | 14.32 |
| | Airborne | 23-Aug | | 16.04 |
| Transportation, lodging, tolls and parking: | | | | |
| | | | | - |
| Meals: | | | | - |
| Total | | | $ | 1,264.23 |

**Exhibit D**

**Fee Application for the period**

**September 1 – September 30, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

                    Debtors

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through September 30, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $45,079.00): | $36,063.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     43.14 |

This is an: _X___ interim _____ final application

The total time expended for fee application preparation and other activities related to additional fee reporting as requested by the fee examiner is approximately 26.9 hours and corresponding compensation requested is approximately $7,204.00 (80% of the fees incurred of $9,005.00). The time expended included approximately 7.2 hours spent on preparation of the sixteenth and seventeenth interim fee applications, approximately 5.6 hours converting the data from prior fee applications to conform to the new categorization requirements, 14.1 hours preparing our response to the fee auditor's report on the 1st, 2nd and 3rd interim periods.

This is the EIGHTEENTH application filed.  Disclosure for prior periods and current period is as follows:

SSL-DOCS1 1281762v1

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH  SEPTEMBER 30, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

3

SSL-DOCS1 1281762v1

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |

4

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH  SEPTEMBER 31, 2002)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 5.9 | $3,245.00 |
| S. Cunningham | $440 | 11.6 | $5,104.00 |
| C. Whitney | $375 | 26.3 | $9,862.50 |
| W. Gilligan | $375 | 6.6 | $2,475.00 |
| L. Hamilton | $350 | 62.6 | $21,910.00 |
| J. Schwendeman | $325 | 4.0 | $1,300.00 |
| M. DeSalvio | $175 | 3.5 | $612.50 |
| M. Hakoun | $150 | 2.4 | $360.00 |
| N. Backer | $ 75 | 2.8 | $210.00 |
|  |  |  |  |
| Grand Total: |  | 125.7 | $45,079.00 |
| Blended Rate: | $359 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 9.5 | $3,490.00 |
| 3 | Corporate Finance | 0.6 | $210.00 |
| 4 | Data Analysis | 71.4 | $26,730.50 |
| 8 | Case Administration | 14.3 | $4,495.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 3.0 | $1,148.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.0 |
| 16 | Fee Applications, Applicant | 26.9 | $9,005.00 |
|  |  |  |  |
|  | Total | 125.7 | $45,079.00 |

5

EIGHTEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002)

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $23.40 |
| Telecommunications | $5.90 |
| Postage, Express Delivery | $13.84 |
| Travel Expenses | $0.00 |
| | |
| Total | $43.14 |

6

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period September 1, 2002 through September 30, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 5.9 | $ 550 | $ 3,245.00 |
| S. Cunningham | 11.6 | $ 440 | 5,104.00 |
| C. Whitney | 26.3 | $ 375 | 9,862.50 |
| W. Gilligan | 6.6 | $ 375 | 2,475.00 |
| L. Hamilton | 62.6 | $ 350 | 21,910.00 |
| J. Schwendeman | 4.0 | $ 325 | 1,300.00 |
| M. DeSalvio | 3.5 | $ 175 | 612.50 |
| M. Hakoun | 2.4 | $ 150 | 360.00 |
| N. Backer | 2.8 | $ 75 | 210.00 |
| TOTAL | 125.7 |  | $ 45,079.00 |

**Invoice**

W. R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2002 through September 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 3,245.00 | E. Ordvay | | $ - | $ - | $ 3,135.00 | $ - | $ - | $ - | $ - | $ - | $ 3,245.00 |
| $ 440 | 5,104.00 | S. Cunningham | | - | - | 4,268.00 | 220.00 | - | - | - | 110.00 | 5,104.00 |
| $ 375 | 9,862.50 | C. Whitney | | - | - | 9,600.00 | - | - | 396.00 | - | 220.00 | 9,862.50 |
| $ 375 | 2,475.00 | W. Gilligan | | 2,475.00 | - | - | - | - | 262.50 | - | - | 2,475.00 |
| $ 350 | 21,910.00 | L. Hamilton | | 1,015.00 | - | 7,665.00 | 3,990.00 | - | - | - | - | 21,910.00 |
| $ 325 | 1,300.00 | J. Schwendeman | | - | 210.00 | 1,300.00 | - | - | - | - | 8,540.00 | 1,300.00 |
| $ 175 | 612.50 | M. DeSalvio | | - | - | 612.50 | - | - | 490.00 | - | - | 612.50 |
| $ 150 | 360.00 | M. Hakoun | | - | - | 150.00 | 210.00 | - | - | - | - | 360.00 |
| $ 75 | 210.00 | N. Backer | | - | - | - | 75.00 | - | - | - | 135.00 | 210.00 |
| | $ 45,079.00 | Totals | | $ 3,490.00 | $ 210.00 | $ 26,730.50 | $ 4,495.00 | $ - | $ 1,148.50 | $ - | $ 9,005.00 | $ 45,079.00 |

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period September 1, 2002 through September 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Commitee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | 3,246.00 | E. Ordway | | 0.0 | 0.0 | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 5.9 |
| $ 440 | 5,104.00 | S. Cunningham | | 0.0 | 0.0 | 9.7 | 0.5 | 0.0 | 0.9 | 0.0 | 0.5 | 11.6 |
| $ 375 | 9,862.50 | C. Whitney | | 0.0 | 0.0 | 25.6 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 26.3 |
| $ 375 | 2,475.00 | W. Gilligan | | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 |
| $ 350 | 21,910.00 | L. Hamilton | | 2.9 | 0.6 | 21.9 | 11.4 | 0.0 | 1.4 | 0.0 | 24.4 | 62.6 |
| $ 325 | 1,300.00 | J. Schwendeman | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 175 | 612.50 | M. DeSalvio | | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 150 | 360.00 | M. Haloun | | 0.0 | 0.0 | 1.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 |
| $ 75 | 210.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.8 | 2.8 |
| $ | 45,079.00 | Totals | | 9.5 | 0.6 | 71.4 | 14.3 | 0.0 | 3.0 | 0.0 | 26.9 | 125.7 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Sep | 4 | Read and analyzed counsels' memorandum regarding Sealed Air litigation and identified follow up items for FTI investigation. | 0.5 |
| 9-Sep | 16 | Prepared fee application. | 0.2 |
| 12-Sep | 4 | Prepared and edited report to committee regarding CDG valuation. | 0.2 |
| 13-Sep | 4 | Read and analyzed data regarding status of other asbestos-related cases. | 0.3 |
| 13-Sep | 4 | Verified comparable company data, and appropriateness of analyses thereof, used in the CDG valuation by accessing historical financial data. | 1.1 |
| 13-Sep | 4 | Read motion pertaining to exclusivity extension. | 0.3 |
| 18-Sep | 4 | Called Committee member to discuss Sealed Air issue. | 0.2 |
| 25-Sep | 4 | Read and analyzed data relevant to the COLI issue. | 0.8 |
| 27-Sep | 4 | Researched tax literature relating to COLI issue. | 0.6 |
| 30-Sep | 4 | Read and analyzed various memorandum and motions regarding Sealed Air fraudulent conveyance action. | 1.7 |
| | | **Total Hours** | 5.9 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Sep | 4 | Read and analyzed counsel's updates regarding fraudulent conveyance litigation. | 1.8 |
| 9-Sep | 11 | Discussed divestiture of business unit with counsel. | 0.2 |
| 9-Sep | 8 | Read and discussed confidentiality and disclosure notices regarding BRS acquisition with case team members. | 0.5 |
| 9-Sep | 4 | Prepared and edited memo to Committee outlining results of CDG valuation. | 1.8 |
| 13-Sep | 4 | Finalized report regarding CDG valuation. | 0.7 |
| 13-Sep | 16 | Read and analyzed the report of the Fee Auditor. | 0.3 |
| 19-Sep | 11 | Reviewed and discussed fraudulent conveyance issues with counsel. | 0.7 |
| 20-Sep | 4 | Read and analyzed legal ruling with respect to fraudulent conveyance in Chapter 11 cases. | 1.7 |
| 23-Sep | 4 | Read and analyzed information regarding the COLI issue. | 0.9 |
|  | 4 | Prepared analyses to evaluate proposed COLI settlement. | 0.3 |
| 23-Sep | 4 | Read and analyzed information regarding fraudulent conveyance in Chapter 11 cases. | 1.1 |
| 27-Sep | 4 | Read and analyzed transcripts of various court rulings regarding fraudulent conveyance. | 1.4 |
| 27-Sep | 16 | Read and analyzed portions of Fee Auditor's report. | 0.2 |
|  |  | **Total Hours** | 11.6 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Sep | | Performed the following financial analysis as part of our assessment of the expert testimony solvency analysis prepared by Conway Del Genio Gries and Co ("CDG"): | |
| 6-Sep | 4 | Compared the CDG solvency valuation to the original valuation prepared by Houlihan Lokey Howard & Zukin. | 0.5 |
| 6-Sep | 4 | Researched the Debtor's historical market capitalization immediately before and after completion of the Sealed Air transaction. | 2.2 |
| 6-Sep | 4 | Reviewed historical 10Q and 10K filings to determine the book value of the Debtors' asbestos and environmental liabilities at the time of the Sealed Air transaction. Prepared a schedule comparing the book value of the liabilities to the values assumed in the CDG analysis. | 3.2 |
| 6-Sep | 4 | Prepared an analysis comparing actual sales growth and EBITDA margin improvement from 1998 to 2001 to the assumptions included in the CDG analysis. | 2.6 |
| 9-Sep | 4 | Analyzed the comparable company analysis prepared by CDG. Compared the competitors included in CDG's analysis to the Debtors' list of primary competitors. | 2.1 |
| 9-Sep | 4 | Summarized key assumptions underlying CDG's base case projections and compared to the original assumptions employed by the Debtors in the March 1998 projections. | 0.6 |
| 9-Sep | 4 | Drafted a memo to counsel regarding our preliminary findings and observations pertaining to the expert testimony solvency analysis prepared by CDG. | 5.3 |
| 19-Sep | 4 | Coordinated potential dates for a meeting with counsel and L. Chambers to discuss the analysis of the Debtors' asbestos exposure. | 0.3 |
| 26-Sep | 4 | Read the motion and related materials provided by the Company pertaining to the proposed settlement with the IRS pertaining to the Debtors' company-owned life insurance policies and prepared follow-up questions for the Debtors. | 4.2 |

| | | | |
|---|---|---|---|
| 27-Sep | 11 | Participated in a phone conversation with the Debtors to discuss the proposed IRS settlement. | 0.7 |
| 27-Sep | 4 | Edited a memo to the Committee providing a summary of the proposed IRS settlement as well as key issues and follow-up information requests. | 3.7 |
| 30-Sep | 4 | Edited a memo to the Committee providing a summary of the proposed IRS settlement as well as key issues and follow-up information requests. | 0.9 |
| | | **Total Hours** | 26.3 |

**Invoice**

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Walter Gilligan
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 2 | Analyzed Debtors' 2nd quarter Sales and EBITDA performance at divisional and corporate levels by comparing results to plan and prior year; sensitized balance of year performance based on trend analysis. | 3.2 |
| 5-Sep | 2 | Continued to analyze Debtors' 2nd quarter sales and EBITDA performance at divisional and corporate levels and developed projection and liquidity analyses thereof. | 3.4 |
| | | **Total Hours** | 6.6 |

## Invoice

### W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 9-Sep | 3 | Read and analyzed information regarding divestiture of business unit and prepared summary data. | 0.6 |
| 9-Sep | 11 | Discussed divestiture of business unit with counsel. | 0.2 |
| 9-Sep | 11 | Discussed divestiture of business unit with Debtors' advisors. | 0.3 |
| 9-Sep | 8 | Drafted confidentiality and disclosure notices regarding BRS acquisition. | 3.5 |
| 10-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 1.3 |
| 10-Sep | 16 | Finalized and distributed July fee application. | 0.2 |
| 10-Sep | 16 | Read and analyzed court order and memos regarding new fee categories. | 0.9 |
| 10-Sep | 16 | Prepared schedules to convert fee application data categorization to comply with Fee Auditor's request. | 2.1 |
| 11-Sep | 16 | Continued to prepare schedules to convert fee application data categorization. | 2.6 |
| 11-Sep | 4 | Prepared memo regarding latest fraudulent conveyance issues. | 3.1 |
| 11-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 0.6 |
| 11-Sep | 11 | Discussed ethical wall procedures with Debtors' advisors. | 0.2 |
| 12-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 2.5 |
| 12-Sep | 4 | Read and analyzed court docket items including order regarding extension of exclusivity period. | 1.9 |
| 12-Sep | 16 | Prepared response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 1.1 |
| 13-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.5 |

| 13-Sep | 11 | Discussed BRS disclosure documents with A. Pasacreta. | 0.2 |
| 13-Sep | 8 | Continued to draft confidentiality and disclosure notices regarding BRS acquisition. | 1.9 |
| 17-Sep | 8 | Prepared and distributed confidentiality and disclosure notices. | 0.5 |
| 17-Sep | 2 | Read and analyzed industry reports related to asbestos liabilities of bankrupt companies. | 2.9 |
| 17-Sep | 4 | Read and analyzed various court docket items. | 2.3 |
| 17-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.9 |
| 17-Sep | 8 | Discussed procedures regarding ethical wall and distribution of confidentiality agreements with case team members. | 0.2 |
| 18-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 4.2 |
| 19-Sep | 16 | Prepared August fee application. | 0.2 |
| 19-Aug | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 2.2 |
| 20-Sep | 16 | Continued to prepare August fee application. | 0.8 |
| 23-Sep | 16 | Continued to prepare August fee application. | 1.2 |
| 24-Sep | 16 | Called fee auditor to schedule conference call. | 0.1 |
| 24-Sep | 16 | Continued to prepare August fee application. | 1.0 |
| 25-Sep | 16 | Continued to prepare August fee application. | 0.3 |
| 25-Sep | 4 | Read and analyzed motion regarding COLI issue, and prepared analysis to evaluate settlement proposed. | 2.2 |
| 25-Sep | 4 | Prepared memo and schedules summazing COLI issue. | 2.9 |
| 26-Sep | 4 | Updated memo and schedules summarizing COLI issue after discussion with case manager. | 2.0 |
| 26-Sep | 16 | Discussed 1st, 2nd and 3rd interim period fee audit issues with Fee Auditor. | 0.6 |
| 26-Sep | 4 | Reviewed IRS rules regarding life insurance. | 0.8 |
| 26-Sep | 16 | Discussed results of discussion with Fee Auditor with case manager and drafted summary of proposed adjustments. | 0.6 |
| 26-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 0.8 |

| | | | |
|---|---|---|---|
| 27-Sep | 11 | Participated in conference call with Debtors and Debtors' advisors regarding the COLI issue. | 0.5 |
| 27-Sep | 4 | Updated case team members based on COLI conference call. | 0.4 |
| 27-Sep | 16 | Continued to prepare response to fee audit report regarding the 1st, 2nd and 3rd interim periods. | 1.6 |
| 27-Sep | 4 | Updated analysis of proposed settlement and compared to alternatives. | 1.1 |
| 27-Sep | 4 | Obtained, read and analyzed additional information regarding the COLI issue. | 3.4 |
| 27-Sep | 16 | Finalized August fee application. | 1.5 |
| 30-Sep | 4 | Updated COLI issue memo and schedules. | 1.8 |
| 30-Sep | 16 | Updated response to fee audit report based on case manager's review. | 1.0 |
| 30-Sep | 8 | Prepared draft of acknowledgement letter regarding BRS and distributed draft to counsel. | 0.9 |
| | | **Total Hours** | 62.6 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 19-Sep | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 19-Sep | 4 | Analyzed recent economic relaeases and impact on the heavy construction industry. | 0.8 |
| 30-Sep | 4 | Examined Debtors' executive employment plan and compared it to competitors and construction industry. | 2.3 |
| | | **Total Hours** | 4.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 27-Sep | 4 | Researched tax indemnity agreements and tax sharing agreements for companies in bankruptcy. | 2.0 |
| 30-Sep | 4 | Continued to research tax indemnity agreements and tax sharing agreements for companies in bankruptcy. | 1.5 |
| | | **Total Hours** | 3.5 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Matt Hakoun
For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Sep | 8 | Obtained current court docket listing and updated internal virtual database for selected court filings. | 0.7 |
| 17-Sep | 8 | Obtained current court docket listing and updated internal virtual database for selected court filings. | 0.7 |
| 25-Sep | 4 | Researched and distributed economic indicators pertaining to U.S. housing market, and analyzed potential impact to Debtors' roofing and masonry business lines. | 1.0 |
| | | **Total Hours** | 2.4 |

## Invoice

### W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Nancy Backer
### For the period September 1, 2002 through September 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 20-Sep | 16 | Processed time descriptions for entry into August fee application. | 0.9 |
| 23-Sep | 16 | Processed time descriptions for entry into August fee application. | 0.4 |
| 23-Sep | 8 | Updated docket listing of motions and orders. Distributed selected items to case team members. | 1.0 |
| 24-Sep | 16 | Proofread and edited August fee application. | 0.5 |
| | | **Total Hours** | 2.8 |

Note: Nancy Backer is a para-professional; her billing rate is $75.00

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period September 1, 2002 through September 30, 2002

| Copies: | | |
|---|---|---|
| Internal | $ | 23.40 |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | 5.90 |
| Facsimile | | |
| Postage, Federal Express, Airborne | | 13.84 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| Total Expenses | $ | 43.14 |

**Invoice**

CE & CO. ET. AL.
nses by Type of Expense
1, 2002 through September 30, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 156 | pages @ $0.15/page: | $ | 23.40 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | | | | - |
| Toll Charges: | | Subscriptions and Online research fees | | 5.90 |
| Postage, Federal Express: | Airborne | 16-Sep | | 7.68 |
| | Airborne | 27-Sep | | 6.16 |
| Transportation, lodging, tolls and parking: | | | | |
| | | | | - |
| Meals: | | | | - |
| Total | | | $ | 43.14 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period July 1, 2002 through September 30, 2002

| TASK CODE | TASK | July | August | September | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $ 9,247.50 | $ 38,915.00 | $ 3,490.00 | $ 51,652.50 |
| 3 | Corporate Finance | 3,531.00 | 6,985.00 | 210.00 | 10,726.00 |
| 4 | Data Analysis | - | 9,645.00 | 26,730.50 | 36,375.50 |
| 8 | Case Administration | 1,462.50 | 4,277.50 | 4,495.00 | 10,235.00 |
| 9 | Claims Analysis (asbestos) | 1,470.00 | 1,380.00 | - | 2,850.00 |
| 11 | Creditors Committee | 1,991.00 | 2,787.50 | 1,148.50 | 5,927.00 |
| 12 | Employee Benefits/Pension | 671.00 | 2,925.00 | - | 3,596.00 |
| 16 | Fee Applications, Applicant | 5,522.50 | 9,177.50 | 9,005.00 | 23,705.00 |
| | TOTAL | $ 23,895.50 | $ 76,092.50 | $ 45,079.00 | $ 145,067.00 |

Exhibit E

W.R. GRACE & CO. ET. AL.
Summary of Hours by Project Category by Month
For the Period July 1, 2002 through September 30, 2002

| TASK CODE | TASK | July | August | September | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | 24.9 | 105.9 | 9.5 | 140.3 |
| 3 | Corporate Finance | 7.5 | 18.4 | 0.6 | 26.5 |
| 4 | Data Analysis | - | 25.0 | 71.4 | 96.4 |
| 8 | Case Administration | 13.5 | 15.0 | 14.3 | 42.8 |
| 9 | Claims Analysis (asbestos) | 7.0 | 4.4 | - | 11.4 |
| 11 | Creditors Committee | 4.5 | 6.6 | 3.0 | 14.1 |
| 12 | Employee Benefits/Pension | 1.7 | 7.8 | - | 9.5 |
| 16 | Fee Applications, Applicant | 17.7 | 26.7 | 26.9 | 71.3 |
| | TOTAL | 76.8 | 209.8 | 125.7 | 412.3 |

6 of 10

Exhibit E

W.R. GRACE & CO. ET AL.
Summary of Hours and Fees by Professional
For the Period July 1, 2002 through September 30, 2002

**Hours**

| Rate | Fees Per Professional | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 12,650.00 | E. Ordway | 6.6 | 2.8 | 8.2 | 0.5 | 1.3 | 2.3 | 0.2 | 1.1 | 23.0 |
| $ 440 | $ 20,702.00 | S. Cunningham | 10.0 | 9.9 | 19.0 | 0.5 | - | 5.3 | 0.4 | 2.0 | 47.1 |
| $ 375 | $ 14,362.50 | C. Whitney | 7.4 | - | 30.2 | - | - | 0.7 | - | - | 38.3 |
| $ 375 | $ 24,000.00 | W. Gilligan | 54.7 | - | - | - | - | 1.5 | 7.8 | - | 64.0 |
| $ 350 | $ 65,625.00 | L. Hamilton | 54.6 | 13.8 | 25.2 | 23.2 | 3.1 | 4.3 | 1.1 | 62.2 | 187.5 |
| $ 325 | $ 2,600.00 | J. Schwenderman | 1.0 | - | 7.0 | - | - | - | - | - | 8.0 |
| $ 175 | $ 612.50 | M. DeSalvio | - | - | 3.5 | - | - | - | - | - | 3.5 |
| $ 150 | $ 2,895.00 | M. Hakoun | 6.0 | - | 3.3 | 3.0 | 7.0 | - | - | - | 19.3 |
| $ 75 | $ 1,620.00 | N. Backer | - | - | - | 15.6 | - | - | - | 6.0 | 21.6 |
| | $ 145,067.00 | Totals | 140.3 | 26.5 | 96.4 | 42.8 | 11.4 | 14.1 | 9.5 | 71.3 | 412.3 |

**Fees**

| Rate | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | E. Ordway | $ 3,630.00 | $ 1,540.00 | $ 4,510.00 | $ 275.00 | $ 715.00 | $ 1,265.00 | $ 110.00 | $ 605.00 | $ 12,650.00 |
| $ 440 | S. Cunningham | 4,400.00 | 4,356.00 | 8,338.00 | 220.00 | - | 2,332.00 | 176.00 | 880.00 | 20,702.00 |
| $ 375 | C. Whitney | 2,775.00 | - | 11,325.00 | - | - | 262.50 | - | - | 14,362.50 |
| $ 375 | W. Gilligan | 20,512.50 | - | - | - | - | 562.50 | 2,925.00 | - | 24,000.00 |
| $ 350 | L. Hamilton | 19,110.00 | 4,830.00 | 8,820.00 | 8,120.00 | 1,085.00 | 1,505.00 | 385.00 | 21,770.00 | 65,625.00 |
| $ 325 | J. Schwenderman | 325.00 | - | 2,275.00 | - | - | - | - | - | 2,600.00 |
| $ 175 | M. DeSalvio | - | - | 612.50 | - | - | - | - | - | 612.50 |
| $ 150 | M. Hakoun | 900.00 | - | 495.00 | 450.00 | 1,050.00 | - | - | - | 2,895.00 |
| $ 75 | N. Backer | - | - | - | 1,170.00 | - | - | - | 450.00 | 1,620.00 |
| | Totals | $ 51,652.50 | $ 10,726.00 | $ 36,375.50 | $ 10,235.00 | $ 2,850.00 | $ 5,927.00 | $ 3,596.00 | $ 23,705.00 | $ 145,067.00 |

7 of 10

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period July 1, 2002 through July 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | 3,245.00 | E. Ordway | | 1.8 | 2.1 | - | - | 0.8 | 0.1 | 0.2 | 0.9 | 5.9 |
| $ 440 | 5,148.00 | S. Cunningham | | 1.5 | 5.4 | - | - | - | 4.4 | 0.4 | - | 11.7 |
| $ 375 | 937.50 | W. Gilligan | | 2.5 | - | - | - | - | - | - | - | 2.5 |
| $ 350 | 12,110.00 | L. Hamilton | | 18.1 | - | - | 1.2 | 0.5 | - | 1.1 | 13.7 | 34.6 |
| $ 325 | 325.00 | J. Schwendeman | | 1.0 | - | - | - | - | - | - | - | 1.0 |
| $ 150 | 1,095.00 | M. Hakoun | | - | - | - | 1.6 | 5.7 | - | - | - | 7.3 |
| $ 75 | 1,035.00 | N. Backer | | - | - | - | 10.7 | - | - | - | 3.1 | 13.8 |
| $ | 23,695.50 | Totals | | 24.9 | 7.5 | - | 13.5 | 7.0 | 4.5 | 1.7 | 17.7 | 76.8 |

8 of 10

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period August 1, 2002 through August 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 6,160.00 | E. Ordway | | 4.8 | 0.7 | 2.5 | 0.5 | 0.5 | 2.2 | - | - | 11.2 |
| $ 440 | $ 10,450.00 | S. Cunningham | | 8.5 | 4.5 | 9.3 | - | - | - | - | 1.5 | 23.8 |
| $ 375 | $ 4,500.00 | C. Whitney | | 7.4 | - | 4.6 | - | - | - | - | - | 12.0 |
| $ 375 | $ 20,587.50 | W. Gilligan | | 45.6 | - | - | - | - | - | - | - | 54.9 |
| $ 350 | $ 31,603.00 | L. Hamilton | | 33.6 | 13.2 | 3.3 | 10.6 | 2.6 | 1.5 | 7.8 | 24.1 | 90.3 |
| $ 325 | $ 975.00 | J. Schwendeman | | - | - | 3.0 | - | - | 2.9 | - | - | 3.0 |
| $ 150 | $ 1,440.00 | M. Hakoun | | 6.0 | - | 2.3 | 3.9 | 1.3 | - | - | - | 9.6 |
| $ 75 | $ 375.00 | N. Backer | | - | - | - | - | - | - | - | 1.1 | 5.0 |
| | $ 76,092.50 | Totals | | 105.9 | 18.4 | 25.0 | 15.0 | 4.4 | 6.6 | 7.8 | 26.7 | 209.8 |

9 of 10

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2002 through September 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | 3,245.00 | E. Ordway | | - | - | 5.7 | - | - | - | - | 0.2 | 5.9 |
| $ 440 | 5,104.00 | S. Cunningham | | - | - | 9.7 | 0.5 | - | 0.9 | - | 0.5 | 11.6 |
| $ 375 | 9,862.50 | C. Whitney | | - | - | 25.6 | - | - | 0.7 | - | - | 26.3 |
| $ 375 | 2,475.00 | W. Gilligan | | 6.6 | - | - | - | - | - | - | - | 6.6 |
| $ 350 | 21,910.00 | L. Hamilton | | 2.9 | 0.6 | 21.9 | 11.4 | - | 1.4 | - | 24.4 | 62.6 |
| $ 325 | 1,300.00 | J. Schwendtman | | - | - | 4.0 | - | - | - | - | - | 4.0 |
| $ 175 | 612.50 | M. DeSalvio | | - | - | 3.5 | - | - | - | - | - | 3.5 |
| $ 150 | 360.00 | M. Hakoun | | - | - | 1.0 | 1.4 | - | - | - | - | 2.4 |
| $ 75 | 210.00 | N. Backer | | - | - | - | 1.0 | - | - | - | 1.8 | 2.8 |
| $ | 45,079.00 | Totals | | 9.5 | 0.6 | 71.4 | 14.3 | - | 3.0 | - | 26.9 | 125.7 |

**Exhibit F**

W.R. GRACE & CO. <u>ET. AL.</u>
Summary of Expenses by Type of Expense
For the period July 1, 2002 through September 30, 2002

| | July | August | September | TOTAL |
|---|---|---|---|---|
| Copies: | | | | |
| Internal | $ 268.50 | $ 181.80 | $ 23.40 | $ 473.70 |
| External | - | - | - | - |
| Facsimile Charges | 1.00 | 40.00 | - | 41.00 |
| Telecommunications: | | | | |
| Telephone | 67.87 | - | - | 67.87 |
| Toll Charges | 122.22 | 1,012.07 | 5.90 | 1,140.19 |
| Postage, Federal Express | 14.32 | 30.36 | 13.84 | 58.52 |
| Travel Expenses: | | | | |
| Transportation, lodging, tolls and parking | - | - | - | - |
| Meals | - | - | - | - |
| Total Expenses | $ 473.91 | $ 1,264.23 | $ 43.14 | $ 1,781.28 |

**Exhibit F**

## W.R. GRACE & CO. ET. AL.
### Detail of Expenses by Type of Expense
#### For the period July 1, 2002 through July 31, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,790 | pages @ $0.15/page: | $ | 268.50 |
| Facsimile Charges: | 1 | pages @ $1.00/page: | | 1.00 |
| Telephone Charges: | | | | 67.87 |
| Toll Charges: | Online research fees | | | 122.22 |
| Postage, Federal Express: | Airborne | | | 14.32 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 473.91 |