IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: December 11, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2002 THROUGH JULY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

EXHIBIT A

**Professional services rendered in July 2002: Matter 46**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/02/02 | J.M. Baxley | Followup research re effect of state law on COLI operations. | 3.50 |
| 07/02/02 | A.E. Moran | Review proposed settlement submission to IRS. | 0.50 |
| 07/03/02 | J.W. Johnson | Revisions to submission to W.R. Grace re insurance policy issues. | 1.00 |
| 07/03/02 | S.G. Watters | Research State Code regarding treatment of insurance policies. | 1.00 |
| 07/03/02 | J.M. Baxley | Research re effect of state law on COLI operations; transmit information to Ms. Finke, Mr. Senftleben. | 4.50 |
| 07/09/02 | B. Kaufman | Meeting with A. Moran re: status of IRS Notice of Proposed Adjustment. | 0.20 |
| 07/09/02 | A.E. Moran | Review IRS Notice of Proposed Adjustment. | 1.20 |
| 07/09/02 | A.E. Moran | Office consult with B. Kaufman re IRS Notice of Proposed Adjustment. | 0.20 |
| 07/10/02 | B. Kaufman | Meeting with A. Moran re: status of Grace response to IRS Notice of Proposed Adjustment. | 0.20 |
| 07/10/02 | A.E. Moran | Review Grace materials in light of IRS Notice, requests for information. | 2.00 |
| 07/10/02 | A.E. Moran | Meet with B. Kaufman re IRS Notice. | 0.20 |
| 07/11/02 | A.E. Moran | Review memo on recent legislation affecting insurance. | 0.30 |
| 07/12/02 | A.E. Moran | Telephone conference with C. Finke re settlement. | 0.10 |
| 07/15/02 | J.M. Baxley | Phone call with Ms. Finke re: status of tax issue. | 0.20 |
| 07/15/02 | A.E. Moran | Telephone conference with C. Finke re IRS settlement procedures. | 0.20 |
| 07/16/02 | J.W. Johnson | Telcons re IRS action on early referral request. | 0.20 |
| 07/16/02 | A.E. Moran | Telephone conference with W. Johnson re status of settlement. | 0.10 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/16/02 | A.E. Moran | Review statutes re IRS settlement of COLI and other cases. | 0.10 |
| 07/17/02 | A.E. Moran | Telephone conference with C. Finke re Fresenius review of W.R. Grace materials. | 0.20 |
| 07/17/02 | J.W. Johnson | Discuss IRS procedural issues with Carol Finke. | 0.30 |
| 07/17/02 | A.E. Moran | Review materials for Fresenius review. | 1.80 |
| 07/18/02 | A.E. Moran | Review files and file list in response to Sealed Air questions regarding review of files. | 3.30 |
| 07/19/02 | J.W. Johnson | Review documents related to document request from outside parties. | 1.20 |
| 07/22/02 | J.W. Johnson | Review documents re request for documents re issue from outside parties. | 1.20 |
| 07/24/02 | A.E. Moran | Review case on document disclosure. | 0.20 |
| 07/25/02 | A.E. Moran | Telephone conference with C. Finke re litigation issues. | 0.20 |
| 07/25/02 | B. Kaufman | Meeting with A. Moran re: final IRS Notice of Proposed Adjustment and Grace litigation with Sealed Air. | 0.20 |
| 07/25/02 | A.E. Moran | Review litigation issues with B. Kaufman (IRS Notice of Adjustment). | 0.20 |
| 07/25/02 | B. Kaufman | Review of Final IRS COLI NPA and edit W.R. Grace Response to reflect changes from draft. | 0.50 |
| 07/26/02 | A.E. Moran | Telephone conference with C. Finke re privilege. | 0.20 |
| 07/26/02 | A.E. Moran | Review order regarding document sharing; review privilege issue. | 1.80 |
| 07/26/02 | A.E. Moran | Review update from B. Kaufman on status of privilege and IRS issues. | 0.20 |
| 07/26/02 | J.W. Johnson | Review and research COLI issues related to waiver of privilege on COLI documents. | 2.00 |
| 07/29/02 | A.E. Moran | Review documents in consideration of privilege question. | 2.10 |
| 07/29/02 | M.D. Lerner | Call from Elise Filon re litigation issues. | 0.50 |
| 07/29/02 | A.E. Moran | Respond to e-mail re document disclosure. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/30/02 | A.E. Moran | Review documents in response to questions from former parent. | 3.50 |
| 07/31/02 | A.E. Moran | Review briefs re privilege. | 1.40 |
| 07/31/02 | A.E. Moran | Telephone call with C. Finke re privilege issue. | 0.20 |
| 07/31/02 | J.W. Johnson | Conference call with Carol Finke re privilege issues re COLI documents. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| J.W. Johnson | 6.20 | 445.00 | 2,759.00 |
| M.D. Lerner | 0.50 | 425.00 | 212.50 |
| A.E. Moran | 20.40 | 375.00 | 7,650.00 |
| J.M. Baxley | 8.20 | 300.00 | 2,460.00 |
| B. Kaufman | 1.10 | 270.00 | 297.00 |
| S.G. Watters | 1.00 | 150.00 | 150.00 |
| Total | 37.40 | | 13,528.50 |

**Total Fees – Matter 46**     **$13,528.50**

Disbursements:

| | |
|---|---|
| Duplicating | 100.50 |
| On-Line Research/Information Retrieval | 5,007.93 |
| Long Distance Telephone | 3.43 |

**Total Disbursements**     **$5,111.86**

**Total This Matter**     **$18,640.36**

**Professional services rendered through July 2002: Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/10/02 | A.E. Moran | Respond to audit report (billing). | 1.00 |
| 07/11/02 | A.E. Moran | Work on bills; memo to fee auditor. | 1.70 |
| 07/15/02 | A.E. Moran | Respond to fee auditor. | 0.10 |
| 07/23/02 | A.E. Moran | Prepare bills for 2002 (April-June). | 0.60 |
| 07/26/02 | A.E. Moran | Prepare bill exhibits for April-June, 2002. | 0.70 |
| 07/29/02 | A.E. Moran | Work on bills (April-June 2002). | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 4.90 | 375.00 | 1,837.50 |

**Total Fees – Matter 32**    $1,837.50

Disbursements:

Duplicating    27.00

**Total Disbursements**    $27.00

**Total This Matter**    $1,864.50