# EXHIBIT B

EXHIBIT B

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Cost Recap Summary by CostCode [11/04/2002 1:32:36 PM]

| | CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|---|
| 1 | DUPLDC | 135.40 | 101.55 | Duplicating |
| 2 | DUPLX | 34.00 | 0.30 | Duplicating |
| 3 | INFOX | 10.58 | 10.58 | On-Line Research/Information Retrieval |
| 4 | LASR | 34.20 | 25.65 | PC/Network Printing |
| 5 | TELEDC | 3.43 | 3.43 | DC Telephone |
| 6 | WESTLAW | 4,997.35 | 4,997.35 | Westlaw On-Line Research |
| 7 | | | | |
| 8 | TOTAL | 5,214.96 | 5,138.86 | |

Duplicating 101.55
.30
25.65
$127.50

Online 16.58
4,997.35
5007.93

Worked = .20/page
Billed = .15/page

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/24/2002 | 00079 | Melanie F. Nussdorf | WESTLAW | 1.00 | 2,533.13 | 2,533.13 | Westlaw On-Line Research DC Lexis Search by: MALE,JEAN |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | 07/22/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing |
| 5 | | | | | | | | PC LASER 3 Pages Jean Baxley |
| 6 | | | | | | | | |
| 7 | 07/22/2002 | 00206 | Anne E. Moran | WESTLAW | 1.00 | 1,373.52 | 1,373.52 | Westlaw On-Line Research DC Lexis Search by: MALE,JEAN |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | 07/03/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 3.43 | 3.43 | DC Telephone TELEDC 4064443064 FROM EXT. 0067752 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | 07/03/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing PC LASER 2 Pages Jean Baxley |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | 07/03/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Jean Baxley |
| 17 | | | | | | | | |
| 18 | 07/03/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Jean Baxley |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | 07/03/2002 | 00206 | Anne E. Moran | WESTLAW | 1.00 | 1,090.70 | 1,090.70 | Westlaw On-Line Research DC Lexis Search by: MALE,JEAN |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | 07/10/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing PC LASER 3 Pages Anne Moran |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | 07/11/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Anne Moran |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | 07/12/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Mary Lou Ballentine |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | 07/17/2002 | 00206 | Anne E. Moran | INFOX | 1.00 | 10.58 | 10.58 | On-Line Research/Information Retrieval - GULL PHOTOCOPY - INV# 0607-1 (COPIED COMPENDIUM OF STATE LAWS ON INSURANCE TOPICS) |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | Voucher=390629 Paid | | | | | Vendor=GULL PHOTOCOPY Balance=.00  Amount=10.58 |
| 38 | | | | | | | | |
| 39 | 07/18/2002 | 00206 | Anne E. Moran | DUPLX | 1.00 | 20.00 | 20.00 | Duplicating - UNIVERSITY OF SOUTH CAROLINA- INV# 53980 |
| 40 | | | | | | | | |
| 41 | | | Voucher=390664 Paid | | | | | Vendor=UNIVERSITY OF SOUTH CAROLINA Balance=.00  Amount=20. |
| 42 | | | | | | | | |

Case 01-01139-AMC   Doc 3046-2   Filed 11/21/02   Page 4 of 5

Client Number:          012046                                              Page 2
Client Name:            W.R. GRACE & CO.
Report Description:     Unbilled Recap of Cost [11/04/2002 1:28:22 PM]

| # | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 43 | 07/18/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 85.00 | 0.20 | 17.00 | PHOTOCOPIES MADE BY 7822 |
| 44 | | | | | | | | |
| 45 | 07/18/2002 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing |
| 46 | | | | | | | | PC LASER 5 Pages Anne Moran |
| 47 | | | | | | | | |
| 48 | 07/18/2002 | 00206 | Anne E. Moran | LASR | 23.00 | 0.20 | 4.60 | PC/Network Printing |
| 49 | | | | | | | | PC LASER 23 Pages Anne Moran |
| 50 | | | | | | | | |
| 51 | 07/18/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |
| 52 | | | | | | | | PC LASER 8 Pages Anne Moran |
| 53 | | | | | | | | |
| 54 | 07/18/2002 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing |
| 55 | | | | | | | | PC LASER 4 Pages Anne Moran |
| 56 | | | | | | | | |
| 57 | 07/19/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 111.00 | 0.20 | 22.20 | PHOTOCOPIES MADE BY 7822 |
| 58 | | | | | | | | |
| 59 | 07/23/2002 | 00206 | Anne E. Moran | DUPLDC | 4.00 | 0.20 | 0.80 | PHOTOCOPIES MADE BY 0206 |
| 60 | | | | | | | | |
| 61 | 07/23/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| 62 | | | | | | | | PC LASER 6 Pages Anne Moran |
| 63 | | | | | | | | |
| 64 | 07/23/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |
| 65 | | | | | | | | PC LASER 8 Pages Anne Moran |
| 66 | | | | | | | | |
| 67 | 07/24/2002 | 00206 | Anne E. Moran | DUPLDC | 8.00 | 0.20 | 1.60 | PHOTOCOPIES MADE BY 0206 |
| 68 | | | | | | | | |
| 69 | 07/26/2002 | 09504 | Ken Tien Lee | DUPLDC | 416.00 | 0.20 | 83.20 | PHOTOCOPIES MADE BY 9504 |
| 70 | | | | | | | | |
| 71 | 07/26/2002 | 00206 | Anne E. Moran | DUPLDC | 12.00 | 0.20 | 2.40 | PHOTOCOPIES MADE BY 0206 |
| 72 | | | | | | | | |
| 73 | 07/26/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 23.00 | 0.20 | 4.60 | PHOTOCOPIES MADE BY 7822 |
| 74 | | | | | | | | |
| 75 | 07/26/2002 | 00206 | Anne E. Moran | LASR | 27.00 | 0.20 | 5.40 | PC/Network Printing |
| 76 | | | | | | | | PC LASER 27 Pages Anne Moran |
| 77 | | | | | | | | |
| 78 | 07/29/2002 | 00206 | Anne E. Moran | DUPLX | 1.00 | 14.00 | 14.00 | Duplicating - STATE LAW LIBRARY OF MONTANA- INTERLIBRARY LOAN 7/3/02 (FAXED) |
| 79 | | | | | | | | |
| 80 | | | Voucher=391675 Paid | | | | | Vendor=STATE LAW LIBRARY OF MONTANA   Balance=.00   Amount=14. |
| 81 | | | | | | | | |
| 82 | 07/29/2002 | 00206 | Anne E. Moran | DUPLDC | 14.00 | 0.20 | 2.80 | PHOTOCOPIES MADE BY 0206 |
| 83 | | | | | | | | |
| 84 | 07/29/2002 | 00206 | Anne E. Moran | DUPLDC | 4.00 | 0.20 | 0.80 | PHOTOCOPIES MADE BY 0206 |

Client Number:  ☐012046  
Client Name: ☐W.R. GRACE & CO.  
Report Description:☐Unbilled Recap of Cost [11/04/2002 1:28:22 PM]  
Page 3

Case 01-01139-AMC    Doc 3046-2    Filed 11/21/02    Page 5 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 07/29/2002 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing PC LASER 4 Pages Anne Moran |
| 07/29/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Anne Moran |
| 07/29/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing PC LASER 6 Pages Anne Moran |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Anne Moran |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing PC LASER 8 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing PC LASER 8 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing PC LASER 1 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 10.00 | 0.20 | 2.00 | PC/Network Printing PC LASER 10 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 10.00 | 0.20 | 2.00 | PC/Network Printing PC LASER 10 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing PC LASER 9 Pages Mary Lou Ballentine |
| 07/30/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing PC LASER 9 Pages Mary Lou Ballentine |
| | | UNBILLED TOTALS: WORK | | | | 5,214.96 | 42 records |
| | | UNBILLED TOTALS: BILL: | | | | 5,138.86 | |
| | | GRAND TOTAL: WORK: | | | | 5,214.96 | 42 records |
| | | GRAND TOTAL: BILL: | | | | 5,138.86 | |