IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 11, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2002 THROUGH AUGUST 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**Professional services rendered in August 2002: Matter 46**

| | | | |
|---|---|---|---|
| 08/02/02 | M.D. Lerner | Prepare responsive email to Elise N. Filon re litigation questions. | 0.30 |
| 08/05/02 | B. Kaufman | Review of IRS NPA (Notice of Proposed Adjustment) to determine application of section 861 issue; review of revenue agent report calculations. | 0.30 |
| 08/05/02 | A.E. Moran | Review documents re Grace bankruptcy. | 0.40 |
| 08/06/02 | B. Kaufman | Meeting with A. Moran re: inclusion of section 861 argument in Response to IRS COLI NPA. | 0.20 |
| 08/06/02 | A.E. Moran | Meeting with B. Kaufman re alternative 861 argument. | 0.20 |
| 08/06/02 | A.E. Moran | Telephone call with B. Kaufman re COLI. | 0.20 |
| 08/06/02 | A.E. Moran | Telephone call with J. Gibbs/C. Finke re status. | 0.40 |
| 08/06/02 | B. Kaufman | Review of IRS COLI NPA and revenue agent's calculations. | 0.50 |
| 08/06/02 | A.E. Moran | Consider 861 issue (foreign tax). | 0.40 |
| 08/06/02 | B. Kaufman | Meeting with A. Moran re: COLI NPA and RAR (Revenue Agent Report) calculations. | 0.30 |
| 08/07/02 | A.E. Moran | Review email re 861 issue and respond. | 0.30 |
| 08/07/02 | A.E. Moran | Review new documents to be disclosed. | 3.10 |
| 08/09/02 | A.E. Moran | Telephone call with C. Finke re outstanding issues to respond to IRS. | 0.10 |
| 08/12/02 | B. Kaufman | Phone call with A. Moran re: phone call with C. Finke re: COLI Protest and addition of section 861 argument. | 0.10 |
| 08/12/02 | B. Kaufman | Phone call with C. Finke re: COLI Protest and addition of section 861 argument. | 0.20 |
| 08/12/02 | A.E. Moran | Review W.R. Grace protest to be sent to IRS. | 1.60 |
| 08/12/02 | A.E. Moran | Telephone calls to B. Kaufman re protest follow-up. | 0.60 |
| 08/12/02 | A.E. Moran | Telephone calls to C. Finke re protest. | 0.40 |
| 08/12/02 | B. Kaufman | Phone call with A. Moran re: COLI Protest and addition of section 861 argument. | 0.20 |

| 08/13/02 | A.E. Moran | Telephone call to C. Finke re protest. | 0.10 |
|---|---|---|---|
| 08/13/02 | A.E. Moran | Final check of protest to be sent to IRS. | 0.40 |
| 08/14/02 | B. Kaufman | Phone call with C. Finke and A. Moran re: filing of Grace protest in response to IRS proposed adjustment. | 0.20 |
| 08/14/02 | A.E. Moran | Follow-up on protest question. | 0.10 |
| 08/14/02 | A.E. Moran | Telephone call from B. Kaufman re protest. | 0.10 |
| 08/15/02 | B. Kaufman | Review section 861 issues. | 0.20 |
| 08/15/02 | M.D. Lerner | Conference call with W.R. Grace to discuss NPAs. | 0.80 |
| 08/15/02 | A.E. Moran | Office consult with B. Kaufman re COLI protests and next steps (appeals). | 0.20 |
| 08/15/02 | B. Kaufman | Meeting with A. Moran re: COLI appeals process. | 0.30 |
| 08/16/02 | B. Kaufman | Phone call with C. Finke re: supplemental Response to COLI NPAs to include short 1996 year and disallowed refund claim for 1990-92. | 0.20 |
| 08/16/02 | A.E. Moran | Respond to telephone call from C. Finke re protest. | 0.20 |
| 08/16/02 | A.E. Moran | Respond to telephone call re Camelot (CM Holdings)  case. | 0.10 |
| 08/19/02 | A.L. Bailey | Further review of CM Holdings Third Circuit opinion; memorandum to client. | 1.00 |
| 08/19/02 | B. Kaufman | Editing of supplemental letter to IRS. | 0.40 |
| 08/19/02 | J.W. Johnson | Review and revise letter to IRS re COLI statement. | 0.40 |
| 08/19/02 | A.E. Moran | Telephone call with C. Finke re Camelot decision. | 0.30 |
| 08/19/02 | A.E. Moran | Office consult with B. Kaufman re protest, follow-up. | 0.20 |
| 08/19/02 | A.E. Moran | Review changes made to protest. | 0.10 |
| 08/19/02 | B. Kaufman | Meeting with A. Moran re: supplemental letter to IRS re: COLI NPA for short 1996 year and 1990-92 refund claims. | 0.20 |

Doc. #1182469 v.1 11/18/02 03:46 PM

| 08/19/02 | B. Kaufman | Meeting with W. Johnson re: status of COLI NPA response and CM Holdings decision. | 0.30 |
|---|---|---|---|
| 08/19/02 | B. Kaufman | Drafting of supplemental letter to IRS re: COLI NPA for short 1996 year and 1990-92 refund claims. | 2.30 |
| 08/19/02 | B. Kaufman | Review of supplemental letter to IRS with A. Moran. | 0.20 |
| 08/19/02 | B. Kaufman | Review of supplemental letter to IRS with W. Johnson. | 0.30 |
| 08/20/02 | B. Kaufman | Meeting with A. Moran re: supplemental letter to IRS. | 0.20 |
| 08/20/02 | B. Kaufman | Phone call with C. Finke re: supplemental letter to IRS. | 0.20 |
| 08/20/02 | A.E. Moran | Review materials in light of document disclosure request. | 1.50 |
| 08/21/02 | A.L. Bailey | Review of CM Holdings opinion for implications of opinion regarding the status of policyholder dividends and section 264 compliance. | 0.50 |
| 08/22/02 | A.E. Moran | Read Camelot (CM Holdings) decision. | 0.80 |
| 08/22/02 | A.E. Moran | Consider next procedural moves once protest filed. | 0.20 |
| 08/25/02 | J.M. Baxley | Review files of W.R. Grace to ensure all research documented. | 0.30 |
| 08/26/02 | A.E. Moran | Review court documents to be filed. | 0.20 |
| 08/27/02 | A.L. Bailey | Check with IRS regarding continued settlement of COLI cases post-CM Holdings Third Circuit opinion. | 0.50 |
| 08/28/02 | B. Kaufman | Meeting with A. Moran re: phone conference with E. Filon with respect to settlement of COLI issues with IRS Appeals. | 0.20 |
| 08/28/02 | A.E. Moran | Telephone call with E. Filon. | 0.10 |
| 08/28/02 | A.E. Moran | Telephone call with B. Kaufman. | 0.20 |
| 08/29/02 | A.E. Moran | Telephone call with C. Finke re split-dollar policies. | 0.40 |
| 08/29/02 | A.E. Moran | Review split-dollar issue for Carol Finke. | 2.20 |

   Doc. #1182469 v.1 11/18/02 03:46 PM

| 08/29/02 | B. Kaufman | Conference call with E. Filon, C. Finke, T. Borders, A. Moran, C. Finke re: Ms. Filon's discussions with N. Regberg re: surrender issues, 861 issue, and bankruptcy issue and discussion of path for proceeding with settlement. | 0.80 |
|---|---|---|---|
| 08/29/02 | A.E. Moran | Meeting with B. Kaufman re settlement. | 0.20 |
| 08/29/02 | A.E. Moran | Conference with M. Mancini re split-dollar issue in light of law changes. | 0.60 |
| 08/29/02 | A.E. Moran | Review COLI settlement language and numbers. | 1.60 |
| 08/29/02 | J.W. Johnson | Teleconference re COLI settlement. | 1.70 |
| 08/29/02 | J.W. Johnson | Review of IRS COLI settlement closing agreement language. | 2.00 |
| 08/29/02 | A.E. Moran | Conference call re settlement. | 0.80 |
| 08/29/02 | A.E. Moran | Follow-up conference call re settlement. | 0.40 |
| 08/29/02 | B. Kaufman | Conference call with E. Filon, C. Finke, J. Gibbs, W. Johnson, Fresenius, and Sealed Air re: COLI 80/20 settlement and Ms. Filon's discussions with IRS Appeals. | 1.50 |
| 08/29/02 | B. Kaufman | Review of generic COLI 80/20 settlement closing agreement and transmission to E. Filon and C. Finke. | 0.50 |
| 08/29/02 | B. Kaufman | Meeting with A. Moran re: morning conference call and terms of closing agreement. | 0.20 |
| 08/29/02 | B. Kaufman | Preparation of sanitized closing agreement with surrender language for transmission to W.R. Grace. | 0.30 |
| 08/29/02 | B. Kaufman | Preparation for conference call with E. Filon and C. Finke re: settlement strategy. | 0.40 |
| 08/29/02 | M.A. Mancini | Review e-mail regarding split dollar arrangements | 0.10 |
| 08/29/02 | M.A. Mancini | Conference with a. Moran re W.R. Grace questions. | 0.60 |
| 08/30/02 | A.E. Moran | Review and respond to emails re settlement. | 0.50 |
| 08/30/02 | A.E. Moran | Review questions on split-dollar insurance and surrender issues. | 2.40 |

Doc. #1182469 v.1 11/18/02 03:46 PM

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/30/02 | B. Kaufman | Research re: requirements of waiver of ex parte communication prohibition between IRS Appeals and examination. | 0.40 |
| 08/30/02 | B. Kaufman | Drafting of letter to N. Regberg re: COLI settlement. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 2.00 | 465.00 | 930.00 |
| J.W. Johnson | 4.10 | 445.00 | 1,824.50 |
| M.D. Lerner | 1.10 | 425.00 | 467.50 |
| A.E. Moran | 21.60 | 375.00 | 8,100.00 |
| M.A. Mancini | 0.70 | 335.00 | 234.50 |
| J.M. Baxley | 0.30 | 300.00 | 90.00 |
| B. Kaufman | 12.10 | 270.00 | 3,267.00 |
| Total | 41.90 | | 14,913.50 |

**Total Fees – Matter 46**          **$14,913.50**

Disbursements:

| | |
|---|---|
| Overnight Messenger | 8.53 |
| Duplicating | 23.55 |
| On-Line Research/Information Retrieval | 91.23 |
| Long Distance Telephone | 12.54 |

**Total Disbursements**          **$135.85**

**Total This Matter**          **$15,049.35**

**Professional services rendered in August 2002: Matter 32**

| 08/15/02 | A.E. Moran | Check billing question on filing. | | | 0.10 |
|----------|------------|-----------------------------------|---|---|------|

| Name | | Hours | Rate | Value | |
|------|---|-------|------|-------|---|
| A.E. Moran | | .10 | 375.00 | 37.50 | |

Total This Matter                    $37.50

Doc. #1182469 v.1 11/18/02 03:46 PM