# EXHIBIT B

Case 01-01139-AMC   Doc 3047-2   Filed 11/21/02   Page 2 of 4
Page 1

**EXHIBIT B**
**AUGUST 2002 EXPENSES**

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Cost Recap Summary by CostCode [11/04/2002 1:20:28 PM]

| | CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|---|
| 1 | DLFD | 8.53 | 8.53 | Federal Express |
| 2 | DUPLDC | 28.60 | 21.45 | Duplicating |
| 3 | INFO | 38.49 | 38.49 | On-Line Research/Information Retrieval |
| 4 | LASR | 2.80 | 2.10 | PC/Network Printing |
| 5 | TELEDC | 12.54 | 12.54 | DC Telephone |
| 6 | WESTLAW | 52.74 | 52.74 | Westlaw On-Line Research |
| 7 | | | | |
| 8 | TOTAL | 143.70 | 135.85 | |

Page 1

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:14 PM]

| # | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 08/07/2002 | 00206 | Anne E. Moran | DUPLDC | 8.00 | 0.20 | 1.60 | 8   PHOTOCOPIES MADE BY 0206 |
| 2 | | | | | | | | |
| 3 | 08/11/2002 | 00206 | Anne E. Moran | DUPLDC | 46.00 | 0.20 | 9.20 | 46   PHOTOCOPIES MADE BY 0206 |
| 4 | | | | | | | | |
| 5 | 08/14/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.36 | 0.36 | DC Telephone |
| 6 | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| 7 | | | | | | | | |
| 8 | 08/19/2002 | 00206 | Anne E. Moran | INFO | 1.00 | 38.49 | 38.49 | On-Line Research/Information Retrieval PACER |
| 9 | | | | | | | | DATABASE CHARGES TO CLIENTS FOR USE OF THE |
| 10 | | | | | | | | DATABASE FOR SECOND QUARTER 2002 ON 08/13/02 |
| 11 | | | | | | | | |
| 12 | 08/19/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 2.34 | 2.34 | DC Telephone |
| 13 | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| 14 | | | | | | | | |
| 15 | 08/19/2002 | 02693 | Brian Kaufman | DUPLDC | 6.00 | 0.20 | 1.20 | 6   PHOTOCOPIES MADE BY 2693 |
| 16 | | | | | | | | |
| 17 | 08/20/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.46 | 0.46 | DC Telephone |
| 18 | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| 19 | | | | | | | | |
| 20 | 08/20/2002 | 00206 | Anne E. Moran | DUPLDC | 13.00 | 0.20 | 2.60 | 13   PHOTOCOPIES MADE BY 0206 |
| 21 | | | | | | | | |
| 22 | 08/20/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 23 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 24 | | | | | | | | |
| 25 | 08/20/2002 | 00206 | Anne E. Moran | WESTLAW | 1.00 | 42.16 | 42.16 | Westlaw On-Line Research |
| 26 | | | | | | | | DC Lexis Search by: KAUFFMAN,BRIAN |
| 27 | | | | | | | | |
| 28 | 08/21/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 29 | | | | | | | | PC LASER 2 Pages Anne Moran |
| 30 | | | | | | | | |
| 31 | 08/21/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 32 | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| 33 | | | | | | | | |
| 34 | 08/21/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 35 | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| 36 | | | | | | | | |
| 37 | 08/21/2002 | 00206 | Anne E. Moran | WESTLAW | 1.00 | 10.58 | 10.58 | Westlaw On-Line Research |
| 38 | | | | | | | | DC Lexis Search by: KAUFFMAN,BRIAN |
| 39 | | | | | | | | |
| 40 | 08/25/2002 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing |
| 41 | | | | | | | | PC LASER 5 Pages Jean Baxley |
| 42 | | | | | | | | |

Client Number:      012046
Client Name:        W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost  [11/04/2002 1:20:14 PM]

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 43 | 08/25/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 44 | | | | | | | | PC LASER 1 Pages Jean Baxley |
| 45 | | | | | | | | |
| 46 | 08/26/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 47 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 48 | | | | | | | | |
| 49 | 08/27/2002 | 00206 | Anne E. Moran | DUPLDC | 2.00 | 0.20 | 0.40 | 2 PHOTOCOPIES MADE BY 0206 |
| 50 | | | | | | | | |
| 51 | 08/27/2002 | 09049 | Trudy Jones | DUPLDC | 21.00 | 0.20 | 4.20 | 21 PHOTOCOPIES MADE BY 9049 |
| 52 | | | | | | | | |
| 53 | 08/28/2002 | 00206 | Anne E. Moran | DUPLDC | 6.00 | 0.20 | 1.20 | 6 PHOTOCOPIES MADE BY 0206 |
| 54 | | | | | | | | |
| 55 | 08/29/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 8.91 | 8.91 | DC Telephone |
| 56 | | | | | | | | TELEDC 5172670146 FROM EXT. 006371 |
| 57 | | | | | | | | |
| 58 | 08/29/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.47 | 0.47 | DC Telephone |
| 59 | | | | | | | | TELEDC 4102286206 FROM EXT. 008028 |
| 60 | | | | | | | | |
| 61 | 08/29/2002 | 02693 | Brian Kaufman | DUPLDC | 6.00 | 0.20 | 1.20 | 6 PHOTOCOPIES MADE BY 2693 |
| 62 | | | | | | | | |
| 63 | 08/29/2002 | 02693 | Brian Kaufman | DUPLDC | 12.00 | 0.20 | 2.40 | 12 PHOTOCOPIES MADE BY 2693 |
| 64 | | | | | | | | |
| 65 | 08/29/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 22.00 | 0.20 | 4.40 | 22 PHOTOCOPIES MADE BY 7822 |
| 66 | | | | | | | | |
| 67 | 08/30/2002 | 02693 | Brian Kaufman | DUPLDC | 1.00 | 0.20 | 0.20 | 1 PHOTOCOPIES MADE BY 2693 |
| 68 | | | | | | | | |
| 69 | 08/30/2002 | 00206 | Anne E. Moran | DLFD | 1.00 | 8.53 | 8.53 | Federal Express FROM ANNE E MORAN TO PACHULSKI |
| 70 | | | | | | | | STANG ZIEHL YOUNG ON 07/31/02 |
| 71 | | | | | | | | |
| 72 | | | UNBILLED TOTALS:  WORK: | | | | 143.70 | 27 records |
| 73 | | | UNBILLED TOTALS:  BILL: | | | | 135.85 | |
| 74 | | | | | | | | |
| 75 | | | GRAND TOTAL:  WORK: | | | | 143.70 | 27 records |
| 76 | | | GRAND TOTAL:  BILL: | | | | 135.85 | |