IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 11, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

EXHIBIT A

Professional services rendered through September 2002: Matter 46

| | | | |
|---|---|---|---|
| 09/02/02 | J.W. Johnson | Review and revise closing agreement and memorandum re COLI settlement. | 1.70 |
| 09/03/02 | A.L. Bailey | Check status; review letter to Appeals. | 0.80 |
| 09/03/02 | B. Kaufman | Phone call with C. Finke re: ex parte communication waiver letter. | 0.20 |
| 09/03/02 | J.W. Johnson | Review and revise Appeals submission. | 0.70 |
| 09/03/02 | J.W. Johnson | Meeting with B. Kaufman re Regberg letter. | 0.30 |
| 09/03/02 | A.E. Moran | Office consult with B. Kaufman re letter asking for settlement. | 0.20 |
| 09/03/02 | A.E. Moran | Conference call with Grace re split-dollar policies. | 1.30 |
| 09/03/02 | A.E. Moran | Prepare for conference call on split-dollar. | 1.20 |
| 09/03/02 | B. Kaufman | Drafting of COLI proposed settlement letter to Neil Regberg. | 1.80 |
| 09/03/02 | B. Kaufman | Consider language for letter waiving ex parte communication limitations between IRS examination and Appeals. | 0.20 |
| 09/03/02 | B. Kaufman | Drafting of ex parte communication waiver letter. | 1.10 |
| 09/03/02 | B. Kaufman | Meeting with W. Johnson re: Regberg letter. | 0.20 |
| 09/03/02 | M.A. Mancini | Review e-mails re split-dollar. | 0.20 |
| 09/03/02 | M.A. Mancini | Conference with client re split-dollar insurance | 1.30 |
| 09/04/02 | B. Kaufman | Conference call with C. Finke, E. Filon re: Steptoe experience with COLI settlements with Neil Regberg and issues that may be raised. | 0.80 |
| 09/04/02 | J.W. Johnson | Calls with Grace re COLI settlement and settlement proposal. | 0.80 |
| 09/04/02 | B. Kaufman | Editing of Regberg letter based upon E. Filon and W. Johnson comments. | 2.60 |
| 09/04/02 | J.W. Johnson | Revise letter to IRS. | 0.70 |

Doc. #1182466 v.1 11/18/02 04:39 PM

| | | | |
|---|---|---|---|
| 09/04/02 | S.H. Serling | Conference call with Elyse Filon, Carol Finke, and Rich Sentfleben regarding Appeals process and Neil Regberg. | 0.80 |
| 09/04/02 | A.L. Bailey | Review draft letters; discuss waiver of ex parte limitations; telephone call with client. | 0.80 |
| 09/04/02 | B. Kaufman | Phone call with W. Johnson and E. Filon re: Regberg letter. | 0.30 |
| 09/05/02 | A.E. Moran | Office consult with B. Kaufman re letter to Regberg (IRS). | 0.20 |
| 09/05/02 | J.W. Johnson | Review COLI proposal to Appeals. | 0.50 |
| 09/05/02 | A.E. Moran | Research compensation funding question for C. Finke. | 0.40 |
| 09/06/02 | J.W. Johnson | Teleconference with Grace and others re COLI settlement proposal; revise settlement proposal language. | 2.00 |
| 09/09/02 | B. Kaufman | Meeting with A. Moran re: Letter to Regberg | 0.20 |
| 09/09/02 | J.M. Baxley | Transmit information to Mr. Sentfleben, Mss. Napoli-Filon and Finke re COLI issue. | 0.10 |
| 09/09/02 | A.E. Moran | Review actions taken by other taxpayers on COLI. | 0.20 |
| 09/10/02 | A.E. Moran | Review split dollar issues. | 1.40 |
| 09/10/02 | A.E. Moran | Telephone call re use of anniversary illustrations. | 0.20 |
| 09/11/02 | A.E. Moran | Discussions with C. Finke re compensation tax issues. | 0.80 |
| 09/11/02 | J.M. Baxley | Obtain and provide case information to Mr. Sentfleben re COLI issues. | 0.40 |
| 09/12/02 | J.W. Johnson | Respond to Grace's procedural question regarding COLI settlement with IRS. | 0.20 |
| 09/12/02 | A.E. Moran | Telephone call with C. Finke re progress on COLI case and review of files. | 0.40 |
| 09/13/02 | A.E. Moran | Review recent COLI, and other insurance cases on economic benefit. | 2.00 |
| 09/16/02 | J.W. Johnson | Review draft of IRS letter re COLI settlement. | 0.20 |
| 09/16/02 | A.E. Moran | Review letter re COLI settlement. | 0.50 |

| 09/17/02 | A.E. Moran | Review materials on COLI and new split-dollar regulations. | 1.90 |
|---|---|---|---|
| 09/17/02 | J.W. Johnson | Conference calls with Grace, FMC-NA and Sealed Air re IRS COLI settlement procedural issues. | 1.20 |
| 09/18/02 | J.W. Johnson | Review Grace's revisions to IRS letter; teleconference to Elyse Napoli-Filon. | 0.10 |
| 09/18/02 | B. Kaufman | Review of Regberg letter. | 0.30 |
| 09/18/02 | A.E. Moran | Review legislation re economic substance and effect on Grace settlement. | 2.40 |
| 09/18/02 | A.E. Moran | Review settlement language to go to IRS. | 0.70 |
| 09/18/02 | A.E. Moran | Telephone call with E. Filon re settlement language to go to IRS. | 0.10 |
| 09/18/02 | A.E. Moran | Work on questions re insurance proceeds. | 2.00 |
| 09/19/02 | J.W. Johnson | Teleconference with Carol Finke re COLI legislative materials; assemble and send same to Grace. | 0.50 |
| 09/19/02 | A.E. Moran | Telephone calls to Grace re settlement rumors. | 0.10 |
| 09/19/02 | A.E. Moran | Review proposed COLI legislation and likelihood of passage. | 0.80 |
| 09/20/02 | A.L. Bailey | Advice regarding change in procedure for COLI settlement. | 0.30 |
| 09/20/02 | A.E. Moran | Review questions re taxation of settlement. | 0.50 |
| 09/23/02 | J.W. Johnson | Review Grace bankruptcy motions. | 0.70 |
| 09/23/02 | A.E. Moran | Review issues involving deduction under 162(m) (executive compensation and bankruptcy). | 3.20 |
| 09/24/02 | A.E. Moran | Review IRS announcement on COLI priorities and determine if this will affect Grace. | 0.60 |
| 09/25/02 | J.W. Johnson | Review COLI documents; teleconference with Grace and other parties regarding COLI settlement and bankruptcy procedures and COLI closing agreement. | 1.10 |
| 09/26/02 | A.E. Moran | Review IRS private letter rulings that might be analogous to treatment of deductions in bankruptcy. | 2.20 |

Doc. #1182466 v.1 11/18/02 04:39 PM

| 09/30/02 | J.W. Johnson | Teleconference with Grace and Skadden Arps re COLI closing agreement with IRS; revise draft closing agreement drafted by Fresenius; research closing agreement issues. | 3.70 |
|---|---|---|---|
| 09/30/02 | A.E. Moran | Review article on economic substance and its application to Grace litigation. | 1.80 |
| 09/30/02 | A.E. Moran | Discussion with B. Kaufman re status of settlement process. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.90 | 465.00 | 883.50 |
| S.H. Serling | 0.80 | 450.00 | 360.00 |
| J.W. Johnson | 14.40 | 445.00 | 6,408.00 |
| A.E. Moran | 25.30 | 375.00 | 9,487.50 |
| M.A. Mancini | 1.50 | 335.00 | 502.50 |
| J.M. Baxley | 0.50 | 300.00 | 150.00 |
| B. Kaufman | 7.70 | 270.00 | 2,079.00 |
| Total | 50.60 | | 19,368.00 |

**Total Fees – Matter 46**        **$19,870.50**

Disbursements:

| Duplicating | 81.30 |
|---|---|
| Facsimile | 6.00 |
| Postage | 0.74 |
| Long Distance Telephone | 44.92 |

**Total Disbursements**        **$132.96**

**Total This Matter**        **$20,003.46**

**For Services rendered through September 2002: Matter 32**

| 09/09/02 | A.E. Moran | Billing: Review audit report. | 0.10 |
| 09/11/02 | A.E. Moran | Billing: Discussions re bills with auditor. | 0.20 |
| 09/12/02 | A.E. Moran | Billing: Work on bills. | 1.00 |
| 09/13/02 | A.E. Moran | Billing: Work on bills; respond to auditor. | 1.50 |
| 09/17/02 | E. Brondfield | Billing: Research Delaware bankruptcy docket; locate certificates of no objection. | 0.50 |
| 09/17/02 | A.E. Moran | Billing: Respond to auditor request. | 1.80 |
| 09/20/02 | A.E. Moran | Billing: Review auditor charts. | 0.20 |
| 09/25/02 | A.E. Moran | Billing: Work on response to auditor. | 1.00 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.E. Moran | 5.80 | 375.00 | 2,175.00 |
| E. Brondfield | .50 | 175.00 | 87.50 |
| Total | 6.30 | | 2,262.50 |

**Total Fees – Matter 32**          **$2,262.50**

Disbursements:

Duplicating                                        9.00

**Total Disbursements**          **$9.00**

**Total This Matter**          **$2,271.50**