# EXHIBIT B

EXHIBIT B
SEPTEMBER 2002 EXPENSES

Duplicate Printing

Matter billing = 25.35
~~25.75~~
64.95
$ 90.30

Telephone

33.04
11.24
.64
44.92

| | CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|---|
| 1 | DUPLDC | 61.20 | 45.90 | Duplicating |
| 2 | FAXDC | 6.90 | 6.00 | DC Fax |
| 3 | FAXTDC | 0.64 | 0.64 | Fax Telephone Charges |
| 4 | LASR | 59.20 | 44.40 | PC/Network Printing |
| 5 | POST | 0.74 | 0.74 | Postage |
| 6 | TELEDC | 33.04 | 33.04 | DC Telephone |
| 7 | TELEDCX | 11.24 | 11.24 | Long Distance Telephone |
| 8 | | | | |
| 9 | TOTAL | 172.96 | 141.96 | |

Page 1

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 09/03/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 1.25 | 1.25 | DC Telephone |
| 2 | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| 3 | | | | | | | | |
| 4 | 09/03/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 1.35 | 1.35 | DC Telephone |
| 5 | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| 6 | | | | | | | | |
| 7 | 09/03/2002 | 00206 | Anne E. Moran | DUPLDC | 3.00 | 0.20 | 0.60 | 3 PHOTOCOPIES MADE BY 0206 |
| 8 | | | | | | | | |
| 9 | 09/03/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 10 | | | | | | | | PC LASER 9 Pages Brian Kaufman |
| 11 | | | | | | | | |
| 12 | 09/03/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing |
| 13 | | | | | | | | PC LASER 3 Pages Brian Kaufman |
| 14 | | | | | | | | |
| 15 | 09/03/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 16 | | | | | | | | PC LASER 1 Pages Brian Kaufman |
| 17 | | | | | | | | |
| 18 | 09/04/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 4.26 | 4.26 | DC Telephone |
| 19 | | | | | | | | TELEDC 5613621302 FROM EXT. 006225 |
| 20 | | | | | | | | |
| 21 | 09/04/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 8.45 | 8.45 | DC Telephone |
| 22 | | | | | | | | TELEDC 5613621302 FROM EXT. 006409 |
| 23 | | | | | | | | |
| 24 | 09/04/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 3.32 | 3.32 | DC Telephone |
| 25 | | | | | | | | TELEDC 5613621302 FROM EXT. 008028 |
| 26 | | | | | | | | |
| 27 | 09/04/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 28 | | | | | | | | PC LASER 9 Pages Brian Kaufman |
| 29 | | | | | | | | |
| 30 | 09/04/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| 31 | | | | | | | | PC LASER 6 Pages Brian Kaufman |
| 32 | | | | | | | | |
| 33 | 09/06/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.35 | 0.35 | DC Telephone |
| 34 | | | | | | | | TELEDC 5613621302 FROM EXT. 006225 |
| 35 | | | | | | | | |
| 36 | 09/10/2002 | 00206 | Anne E. Moran | DUPLDC | 15.00 | 0.20 | 3.00 | 15 PHOTOCOPIES MADE BY 0206 |
| 37 | | | | | | | | |
| 38 | 09/10/2002 | 00206 | Anne E. Moran | DUPLDC | 2.00 | 0.20 | 0.40 | 2 PHOTOCOPIES MADE BY 0206 |
| 39 | | | | | | | | |
| 40 | 09/12/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 41 | | | | | | | | PC LASER 2 Pages Anne Moran |
| 42 | | | | | | | | |

Page 2

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

*[handwritten: billing    35]*

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 43 | 09/12/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 44 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 45 | | | | | | | | |
| 46 | 09/12/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 47 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 48 | | | | | | | | |
| 49 | 09/12/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 50 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 51 | | | | | | | | |
| 52 | 09/12/2002 | 00206 | Anne E. Moran | LASR | 14.00 | 0.20 | 2.80 | PC/Network Printing |
| 53 | | | | | | | | PC LASER 14 Pages Anne Moran |
| 54 | | | | | | | | |
| 55 | 09/12/2002 | 00206 | Anne E. Moran | FAXDC | 6.00 | 1.15 | 6.90 | DC Fax |
| 56 | | | | | | | | 6 pages sent to 17576834264 City: NORFOLK Stat |
| 57 | | | | | | | | |
| 58 | 09/12/2002 | 00206 | Anne E. Moran | FAXTDC | 1.00 | 0.64 | 0.64 | Fax Telephone Charges |
| 59 | | | | | | | | NORFOLKVA at 21:55 on theCOMMUN03 machine |
| 60 | | | | | | | | |
| 61 | 09/13/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 62 | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| 63 | | | | | | | | |
| 64 | 09/16/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 9.00 | 0.20 | 1.809 | PHOTOCOPIES MADE BY 7822 |
| 65 | | | | | | | | |
| 66 | 09/16/2002 | 08174 | DEFAULT ATTORNEY | POST | 1.00 | 0.37 | 0.37 | Postage |
| 67 | | | | | | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| 68 | | | | | | | | |
| 69 | 09/16/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 70 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 71 | | | | | | | | |
| 72 | 09/16/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 73 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 74 | | | | | | | | |
| 75 | 09/16/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 76 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 77 | | | | | | | | |
| 78 | 09/16/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 79 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 80 | | | | | | | | |
| 81 | 09/16/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 82 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 83 | | | | | | | | |
| 84 | 09/16/2002 | 08174 | DEFAULT ATTORNEY | POST | 1.00 | 0.37 | 0.37 | Postage |

Page 3

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 85 | | | | | | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| 86 | | | | | | | | |
| 87 | 09/17/2002 | 00206 | Anne E. Moran | DUPL.DC | 29.00 | 0.20 | 5.80 | 29    PHOTOCOPIES MADE BY 0206 |
| 88 | | | | | | | | |
| 89 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 5.00 | 0.20 | 1.00 | PC/Network Printing |
| 90 | | | | | | | | PC LASER 5 Pages Anne Moran |
| 91 | | | | | | | | |
| 92 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| 93 | | | | | | | | PC LASER 6 Pages Mary Lou Ballentine |
| 94 | | | | | | | | |
| 95 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 96 | | | | | | | | PC LASER 9 Pages Anne Moran |
| 97 | | | | | | | | |
| 98 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 99 | | | | | | | | PC LASER 9 Pages Anne Moran |
| 100 | | | | | | | | |
| 101 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 102 | | | | | | | | PC LASER 9 Pages Anne Moran |
| 103 | | | | | | | | |
| 104 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing |
| 105 | | | | | | | | PC LASER 4 Pages Anne Moran |
| 106 | | | | | | | | |
| 107 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 108 | | | | | | | | PC LASER 2 Pages Anne Moran |
| 109 | | | | | | | | |
| 110 | 09/17/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 111 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 112 | | | | | | | | |
| 113 | 09/18/2002 | 00206 | Anne E. Moran | TELEDCX | 1.00 | 11.24 | 11.24 | Long Distance Telephone - AT&T TELECONFERENCE SERVICES- ACCT# 36349154-00001 |
| 114 | | | Voucher=396432 Paid | | | | | Vendor=AT&T TELECONFERENCE SERVICES  Balance=.00  Amount=11. |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 118 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 119 | | | | | | | | |
| 120 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 121 | | | | | | | | PC LASER 1 Pages Anne Moran |
| 122 | | | | | | | | |
| 123 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 124 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 125 | | | | | | | | |
| 126 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |

[handwritten annotation at top: "billing" with "74" circled]

Client Number:  012046
Client Name:  W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

| # | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 127 | | | | | | | | PC LASER 8 Pages Mary Lou Ballentine |
| 128 | | | | | | | | |
| 129 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 130 | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| 131 | | | | | | | | |
| 132 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 10.00 | 0.20 | 2.00 | PC/Network Printing |
| 133 | | | | | | | | PC LASER 10 Pages Anne Moran |
| 134 | | | | | | | | |
| 135 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 136 | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| 137 | | | | | | | | |
| 138 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |
| 139 | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| 140 | | | | | | | | |
| 141 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 14.00 | 0.20 | 2.80 | PC/Network Printing |
| 142 | | | | | | | | PC LASER 14 Pages Anne Moran |
| 143 | | | | | | | | |
| 144 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 18.00 | 0.20 | 3.60 | PC/Network Printing |
| 145 | | | | | | | | PC LASER 18 Pages Anne Moran |
| 146 | | | | | | | | |
| 147 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 14.00 | 0.20 | 2.80 | PC/Network Printing |
| 148 | | | | | | | | PC LASER 14 Pages Anne Moran |
| 149 | | | | | | | | |
| 150 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 24.00 | 0.20 | 4.80 | PC/Network Printing |
| 151 | | | | | | | | PC LASER 24 Pages Anne Moran |
| 152 | | | | | | | | |
| 153 | 09/18/2002 | 00206 | Anne E. Moran | LASR | 14.00 | 0.20 | 2.80 | PC/Network Printing |
| 154 | | | | | | | | PC LASER 14 Pages Mary Lou Ballentine |
| 155 | | | | | | | | |
| 156 | 09/25/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 13.30 | 13.30 | DC Telephone |
| 157 | | | | | | | | TELEDC 5172670146 FROM EXT. 006225 |
| 158 | | | | | | | | |
| 159 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |
| 160 | | | | | | | | PC LASER 8 Pages Anne Moran |
| 161 | | | | | | | | |
| 162 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 10.00 | 0.20 | 2.00 | PC/Network Printing |
| 163 | | | | | | | | PC LASER 10 Pages Anne Moran |
| 164 | | | | | | | | |
| 165 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 166 | | | | | | | | PC LASER 9 Pages Anne Moran |
| 167 | | | | | | | | |
| 168 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |

Client Number:    012046
Client Name:      W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

*billing (23)*

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 169 | | | | | | | | PC LASER 8 Pages Anne Moran |
| 170 | | | | | | | | |
| 171 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| 172 | | | | | | | | PC LASER 6 Pages Anne Moran |
| 173 | | | | | | | | |
| 174 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 8.00 | 0.20 | 1.60 | PC/Network Printing |
| 175 | | | | | | | | PC LASER 8 Pages Anne Moran |
| 176 | | | | | | | | |
| 177 | 09/25/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 178 | | | | | | | | PC LASER 9 Pages Brian Kaufman |
| 179 | | | | | | | | |
| 180 | 09/25/2002 | 02406 | Jean M. Baxley | DUPLDC | 188.00 | 0.20 | 37.60 | 188   PHOTOCOPIES MADE BY 2406 |
| 181 | | | | | | | | |
| 182 | 09/25/2002 | 07822 | Mary Lou Ballentine | DUPLDC | 27.00 | 0.20 | 5.40 | 27   PHOTOCOPIES MADE BY 7822 |
| 183 | | | | | | | | |
| 184 | 09/25/2002 | 00206 | Anne E. Moran | DUPLDC | 11.00 | 0.20 | 2.20 | 11   PHOTOCOPIES MADE BY 0206 |
| 185 | | | | | | | | |
| 186 | 09/26/2002 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing |
| 187 | | | | | | | | PC LASER 4 Pages Anne Moran |
| 188 | | | | | | | | |
| 189 | 09/30/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.21 | 0.21 | DC Telephone |
| 190 | | | | | | | | TELEDC 5613621300 FROM EXT. 006225 |
| 191 | | | | | | | | |
| 192 | 09/30/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.30 | 0.30 | DC Telephone |
| 193 | | | | | | | | TELEDC 5613621300 FROM EXT. 006225 |
| 194 | | | | | | | | |
| 195 | 09/30/2002 | 00206 | Anne E. Moran | TELEDC | 1.00 | 0.25 | 0.25 | DC Telephone |
| 196 | | | | | | | | TELEDC 2127353475 FROM EXT. 006225 |
| 197 | | | | | | | | |
| 198 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing |
| 199 | | | | | | | | PC LASER 3 Pages Jean Baxley |
| 200 | | | | | | | | |
| 201 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing |
| 202 | | | | | | | | PC LASER 3 Pages Jean Baxley |
| 203 | | | | | | | | |
| 204 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 4.00 | 0.20 | 0.80 | PC/Network Printing |
| 205 | | | | | | | | PC LASER 4 Pages Anne Moran |
| 206 | | | | | | | | |
| 207 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| 208 | | | | | | | | PC LASER 9 Pages Jean Baxley |
| 209 | | | | | | | | |
| 210 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 2.00 | 0.20 | 0.40 | PC/Network Printing |

Client Number: 012046
Client Name: W.R. GRACE & CO.
Report Description: Billed and Unbilled Recap of Cost [11/04/2002 1:20:58 PM]

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 211 | | | | | | | | PC LASER 2 Pages Jean Baxley |
| 212 | | | | | | | | |
| 213 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| 214 | | | | | | | | PC LASER 1 Pages Dahlia Astifo |
| 215 | | | | | | | | |
| 216 | 09/30/2002 | 00206 | Anne E. Moran | LASR | 3.00 | 0.20 | 0.60 | PC/Network Printing |
| 217 | | | | | | | | PC LASER 3 Pages Dahlia Astifo |
| 218 | | | | | | | | |
| 219 | 09/30/2002 | 00206 | Anne E. Moran | DUPLDC | 10.00 | 0.20 | 2.00 | 10   PHOTOCOPIES MADE BY 0206 |
| 220 | | | | | | | | |
| 221 | 09/30/2002 | 00206 | Anne E. Moran | DUPLDC | 12.00 | 0.20 | 2.40 | 12   PHOTOCOPIES MADE BY 0206 |
| 222 | | | | | | | | |
| 223 | | | UNBILLED TOTALS:  WORK: | | | | 172.96 | 77 records |
| 224 | | | UNBILLED TOTALS:  BILL: | | | | 141.96 | |
| 225 | | | | | | | | |
| 226 | | | GRAND TOTAL:    WORK: | | | | 172.96 | 77 records |
| 227 | | | GRAND TOTAL:    BILL: | | | | 141.96 | |