IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS PF W.R. GRACE & CO., suing of behalf of the Chapter 11 Bankruptcy estate of W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) | |
| | ) | Adv. No. 02-2210 |
| Plaintiffs, | ) | [LEAD DOCKET] |
| | ) | |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. Grace & CO., et al., | ) ) ) ) ) ) ) | Adv. No. 02-2211 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC. | ) ) ) ) | **Affects Dockets 02-2210 and 02-2211** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FIRST MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., _ET AL._ FOR THE PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al.

Date of retention:  June 13, 2001, _nunc pro tunc_ to April 12, 2001

Period for which compensation and reimbursement is sought:  June 1, 2002 through June 30, 2002

Amount of compensation sought as actual, reasonable and necessary:  $51,153.60 (80% of $63,942.00)

Amount of expense reimbursement sought as actual, reasonable and necessary:  $00

This is a: __X__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/02 | June 1, 2002 through June 30, 2002 | $51,153.60 (80% of $63,942.00) | $0 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JUNE 1, 2002 THROUGH JUNE 30, 2002**

**CAPLIN & DRYSDALE, CHARTERED**

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
| --- | --- | --- | --- | --- | --- |
| Elihu Inselbuch (EI) | Member | 39 | .3 | $675 | $202.50 |

| Peter V. Lockwood (PVL) | Member | 33 | 9.0 | $560 | $5,040.00 |
|---|---|---|---|---|---|
| Trevor W. Swett (TWS) | Member | 20 | 32.8 | $425 | $13,940.00 |
| Christopher S. Rizek (CSR) | Member | 19 | 4.5 | $345 | $1,552.50 |
| Nathan D. Finch (NDF) | Member | 9 | 90.8 | $350 | $31,780.00 |
| Beth S. Heleman (BSH) | Associate | 6 | .1 | $260 | $26.00 |
| John P. Cunningham (JPC) | Associate | 1 | 41.6 | $215 | $8,944.00 |
| Stacie M. Evans (SME) | Paralegal | 2 | 18.2 | $135 | $2,457.00 |
| **Total** | | | 197.30 | | $63,942.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 06/01/02 through 06/30/02 | Total Fees for the Period 06/01/02 through 06/30/02 |
|---|---|---|
| Fraudulent Conveyance Adv. Proceeding | 197.3 | $63,942.00 |
| **Grand totals** | 197.30 | $63,942.00 |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period June 1, 2002 through June 30, 2002 |
|---|---|---|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $.00 |
| Facsimile ($0.15 per page) | | $.00 |
| Federal Express | | $.00 |
| Long Distance Telephone Calls | | $.00 |
| Air & Train Transportation | | $.00 |
| Meal Expense | | $.00 |
| Messenger Service | | $.00 |

| | | | |
|---|---|---|---|
| Local Transportation | | | $.00 |
| Miscellaneous Exp | | | $.00 |
| Conference Meals | | | $.00 |
| Postage | | | $.00 |
| Research Material | | | $.00 |
| Westlaw/Lexis | | | $.00 |
| Professional Fees & Expert Witness Fees | | | $.00 |
| Court Reporting/Transcript Service | | | $.00 |
| Travel – Ground Transportation | | | $.00 |
| Travel – Hotel Charges | | | $.00 |
| Travel - Miscellaneous | | | $.00 |
| **Total:** | | | **$ 0.00** |

CAPLIN & DRYSDALE, CHARTERED

_____
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 King Street, Suite 300
Wilmington, Delaware 19801
(302) 426-1900

Counsel for the Official Committee
of Asbestos Personal Injury Claimants

Dated: October 28, 2002

A

## EXHIBIT A

### Fraudulent Conveyance Adv. Proceeding (197.30 Hours; $ 63,942.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $675 | 202.50 |
| Peter V. Lockwood | 9.00 | $560 | 5,040.00 |
| Trevor W. Swett | 32.80 | $425 | 13,940.00 |
| Nathan D. Finch | 90.80 | $350 | 31,780.00 |
| Christopher S. Rizek | 4.50 | $345 | 1,552.50 |
| Beth S. Heleman | .10 | $260 | 26.00 |
| John P. Cunningham | 41.60 | $215 | 8,944.00 |
| Stacie M. Evans | 18.20 | $135 | 2,457.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/02 | BSH | 260.00 | .10 | Review memo re: critical dates |
| 06/03/02 | JPC | 215.00 | .50 | Run and analyze survey of claims literature and legislation |
| 06/04/02 | SME | 135.00 | .30 | Assist NDF in research regarding potential expert witness by compiling relevant resumes and organizing appropriately. |
| 06/04/02 | NDF | 350.00 | 4.00 | Review ltrs, pleadings and corresp. re: discovery disputes in Grace (2.0); t/c hearing with Judge Dreier et al (1.6); t/c Turken and Fleishman re: attorneys eyes only docs and standards brief (.4). |
| 06/04/02 | JPC | 215.00 | 5.90 | Continue collection, analysis, and organization of survey of claims literature and legislation |
| 06/05/02 | PVL | 560.00 | .30 | Review correspondence re discovery (.1); confer TWS (.1); review PD motion re comm counsel fees (.1). |
| 06/05/02 | NDF | 350.00 | .60 | T/c TWS re: case issues re: experts and expert depos (.6). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/05/02 | TWS | 425.00 | .20 | TC R.Fleishman |
| 06/05/02 | TWS | 425.00 | .70 | Study claims valuation issues |
| 06/05/02 | TWS | 425.00 | .20 | Notes and TCs to B.Friedman and R.Fleishman-left messages |
| 06/05/02 | TWS | 425.00 | .60 | Conf NDF re pending motions |
| 06/06/02 | PVL | 560.00 | .20 | Review Kaplin memo. |
| 06/06/02 | NDF | 350.00 | 2.80 | T/c Friedman re: case issues, experts, PD estimation; (.7); revise and edit section of brief re: "perspective of debtor" et al (2.1). |
| 06/06/02 | TWS | 425.00 | 1.50 | Edit choice of law and standards brief |
| 06/06/02 | TWS | 425.00 | 1.00 | Study claims valuation issues |
| 06/06/02 | TWS | 425.00 | 3.50 | Court hearing on Grace's motion to intervene |
| 06/06/02 | JPC | 215.00 | 2.70 | Continue researching survey of claims literature and legislation |
| 06/06/02 | TWS | 425.00 | 1.50 | Read briefs on Grace's motion to intervene |
| 06/07/02 | PVL | 560.00 | .50 | Conferences TWS (.4); review memo re insolvency test (.1). |
| 06/07/02 | SME | 135.00 | 2.30 | Assist NDF and JPC in the review of documents produced by the debtors by adding additional information regarding documents to a previously created database. |
| 06/07/02 | NDF | 350.00 | 5.00 | Prepare for Rourke and Florence depos. (2.5); t/c Brad, Mitch, Bob re: 6/6 hearing and case issues (1.2); t/c Brad re: case and expert issues (.7); drafting Section 544(b) argument; leg rs re same: (.6) |
| 06/07/02 | TWS | 425.00 | .50 | TC B.Friedman |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/07/02 | TWS | 425.00 | .30 | Conf NDF re standards brief |
| 06/07/02 | TWS | 425.00 | 1.00 | Conf Bilzen & Millberg |
| 06/07/02 | TWS | 425.00 | .50 | Edits to standards brief |
| 06/07/02 | JPC | 215.00 | 4.70 | Continue researching survey of claims literature and legislation |
| 06/10/02 | PVL | 560.00 | 1.50 | Teleconference Wohlforth (.3); teleconference Davis (.1); teleconference Baena and Turken (.6); conf w/TWS (.4); e-mail Baena, et. al. (.1) |
| 06/10/02 | TWS | 425.00 | .20 | TC PVNL re status and developments |
| 06/10/02 | TWS | 425.00 | .20 | Conf NDF re 3rd Circuit authorities |
| 06/10/02 | TWS | 425.00 | .30 | Conf NDF re claims valuation matters |
| 06/10/02 | TWS | 425.00 | .50 | Review motions and correspondence |
| 06/10/02 | TWS | 425.00 | .20 | Conf PNVL re objection to Millberg retention |
| 06/10/02 | TWS | 425.00 | .10 | TC D.Bernick-left message |
| 06/11/02 | NDF | 350.00 | 1.50 | Rev. standards brief draft (.6); t/c Fleishman re: PwC issue other case issues (.5); t/c TWS, Turken, Friedman re: standards brief (.4). |
| 06/11/02 | TWS | 425.00 | .20 | Discuss standards brief with NDF |
| 06/11/02 | TWS | 425.00 | 1.00 | Conf call with Millberg and Bilzin re standards brief |
| 06/11/02 | TWS | 425.00 | .10 | File search |
| 06/12/02 | NDF | 350.00 | 1.10 | Analysis and review of legal authorities and prior pleadings re: estimation and claim litigation issues in preparation for tomorrow's meeting (1.1). |
| 06/12/02 | NDF | 350.00 | 1.30 | Analysis of docs for use in depositions of Stallard and Rourke (1.3). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/12/02 | TWS | 425.00 | .10 | Conf PVNL re ruling on Grace motion to intervene |
| 06/12/02 | TWS | 425.00 | .20 | E-mail to R.Fleishman re standards brief (.1); TC to R.Fleishman-left message(.1) |
| 06/12/02 | TWS | 425.00 | .40 | TC R.Fleishman re standards brief |
| 06/12/02 | TWS | 425.00 | .20 | Conf NDF re experts |
| 06/12/02 | TWS | 425.00 | .10 | Conf NDF re depo schedule |
| 06/12/02 | TWS | 425.00 | 1.80 | Read B&W avoidance action transcript |
| 06/12/02 | SME | 135.00 | .90 | Assist local counsel in research regarding fraudulent transfer litigation by compiling and organizing transcripts and exhibits from other trials. |
| 06/12/02 | PVL | 560.00 | .10 | Review motion to compel. |
| 06/12/02 | JPC | 215.00 | .10 | Discuss further document runs w/NDF |
| 06/13/02 | SME | 135.00 | .30 | Assist NDF in research regarding expert witnesses by compiling and organizing relevant deposition transcripts and expert reports. |
| 06/13/02 | PVL | 560.00 | .50 | Review 2 Fleishman letters (.1); review Sealed Air opposition to EPA int. motion (.4). |
| 06/13/02 | TWS | 425.00 | .20 | TC R.Turken re court hearing |
| 06/13/0 | JPC | 215.00 | 7.30 | Run and select documents from various discovery requests to be used in upcoming Rourke deposition and that relate to BI Grace estimations produced for questionable spin-offs |
| 06/13/02 | NDF | 350.00 | 2.90 | Selecting docs for possible use in Rourke depo and review of same (1.5); review revised standards brief and give edits to RSF (.6); t/c Friedman re: case issues (.5); t/c Turken re: case issues (.3). |

Case 01-01139-⬤MC   Doc 3049-1   Filed 11/21/02   Page 11 of 19
- 5 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/13/02 | TWS | 425.00 | .60 | Read and edit standards brief |
| 06/13/02 | TWS | 425.00 | .20 | Read reply in support of U.S. motion to intervene |
| 06/13/02 | TWS | 425.00 | .20 | Prepare for hearing |
| 06/13/02 | TWS | 425.00 | .20 | Read correspondence re discovery |
| 06/13/02 | TWS | 425.00 | .20 | TCs R.Fleishman re standards brief |
| 06/14/02 | NDF | 350.00 | 1.40 | Rev. docs re: Grace asbestos reserves for use with Beber (1.4). |
| 06/14/02 | PVL | 560.00 | 2.00 | Review standards brief (.4); teleconferences Sakalo (.1); review Sealed Air v. Fresenius complaint and motion papers (1.5). |
| 06/14/02 | TWS | 425.00 | .50 | Review papers re U.S. motion to intervene |
| 06/14/02 | JPC | 215.00 | 6.30 | Finalize document reviews by organizing discovery documents in preparation for depositions |
| 06/14/02 | TWS | 425.00 | 1.40 | In court on U.S. motion to intervene |
| 06/14/02 | TWS | 425.00 | .30 | Review discovery motions and related correspondence |
| 06/17/02 | PVL | 560.00 | .80 | Review and send email to NDF et al re ins. (.1); confer NDF re same (.1); teleconference Cohen and NDF re same (.3); review Dreier op. re discovery (.2); teleconference EI re ins. (.1). |
| 06/17/02 | TWS | 425.00 | .20 | Review discovery correspondence and related motions |
| 06/17/02 | NDF | 350.00 | 6.20 | Prepare for Rourke depo including selecting docs, reading KPMG study, reading Stallard criticisms, reading other expert analyses (3.6); t/c BF et al re: depositions (.5); rev. Dreier opinion and t/c Friedman re: same |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | (.5); t/c RF and JS re: logistics and insurance issues (.3); t/c Cohen re: insurance (.4); rev. Grace settlement offer (.3); review analysis of questions to ask Rourke (.6). |
| 06/17/02 | TWS | 425.00 | .40 | Conf call with Milberg and Bilzin re discovery matters and follow-up re U.S. intervention |
| 06/17/02 | TWS | 425.00 | .10 | Conf NDF re Special Master's ruling on motion for protective order |
| 06/17/02 | NDF | 350.00 | .70 | Draft memo to experts and partners re: jury verdicts and judgments (.2); read estimation cases re: jury verdict estimations (.1); draft memo to associate re: legal issues to research (.2); rev. Grace Financial info in light of settlement proposal for committee memo purposes (.2). |
| 06/18/02 | PVL | 560.00 | 1.10 | Teleconference Rosenbloom and Baena re settlement (.9); review discovery requests (.1); review Mitberg letter to Dreier (.1). |
| 06/18/02 | NDF | 350.00 | 5.30 | Preparing for Rourke deposition (4.5); telephone conference with Friedman re eyes only ruling; claims data to Peterson (0.4); read Judge Dreier discovery order; SAC discovery to US; correspondence with court re: "eyes only"; florence deposition notes (0.4). |
| 06/18/02 | NDF | 350.00 | .50 | Telephone conference with Zaleski re: Rule 2004 memo (0.3); send e-mail memo to Zaleski (0.2). |
| 06/18/02 | SME | 135.00 | 2.50 | Assist NDF in deposition preparation by compiling and organizing documents to be used as potential exhibits. Create index for possible exhibits. |
| 06/18/02 | TWS | 425.00 | .10 | Conf NDF re status and developments |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/18/02 | TWS | 425.00 | .10 | Read discovery correspondence and rulings |
| 06/19/02 | PVL | 560.00 | .50 | Confer NDF re case prep (.3); confer Peterson re same (.2). |
| 06/19/02 | NDF | 350.00 | 9.70 | Preparing for Relles deposition (reviewing documents and statistics treatise) (7.5); telephone conference with Friedman re: FT case issues (.5); meeting with expert Dan Relles (1.2); telephone conference with Turken re: beber deposition (.1); conference with PVNL re: Grace jury verdict information (.4). |
| 06/20/02 | PVL | 560.00 | .20 | Review Friedman letter to J. Wolin (.1); confer Weitz (.1). |
| 06/20/02 | NDF | 350.00 | 11.20 | Meet with Relles re: Rourke deposition (1.1); final preparation for Rourke deposition (1.5); taking Rourke deposition (7.9); debriefing with Fleishman (.3); working on post-deposition memo (.4). |
| 06/20/02 | SME | 135.00 | 8.50 | Assist NDF in the deposition of Daniel Rourke by compiling and organizing relevant deposition exhibits. |
| 06/20/02 | JPC | 215.00 | .30 | Telephone conference with NDF re: deposition of Dan Rourke and analysis of outcome for future depos (.3) |
| 06/21/02 | PVL | 560.00 | 1.30 | Teleconference Peterson, TWS and NDF re case prep (1.2); review 12 depo notices (.1). |
| 06/21/02 | NDF | 350.00 | 3.70 | Telephone conference with Peterson re: Florence critique (1.5); write post-deposition notes re: Rourke, conference with TWS re: Florence deposition (.6); review documents received from Milberg re: claims valuation (1.2); conference with TWS re: Florence deposition exhibits and preparation for same (.4). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/21/02 | NDF | 350.00 | .60 | Conference with BAS re: project to use jury verdict information for estimation (0.5); revise and edit motion for RUle 2004 examination re: PI judgments (0.6) (time divided with another case) |
| 06/21/02 | TWS | 425.00 | .40 | Conf NDF re status and developments |
| 06/21/02 | TWS | 425.00 | 1.30 | Conf call NDF, PNVL, M.Peterson re claims valuation issues |
| 06/21/02 | JPC | 215.00 | 2.40 | Conference with NDF re: strategy for future depos and files (.2); review Dan Rourke deposition (1.0); review pleadings (1.2) |
| 06/21/02 | TWS | 425.00 | .20 | Read pleadings and notices |
| 06/24/02 | NDF | 350.00 | 3.30 | Telephone conference with Friedman, Turken et al re: case management issues; discovery; PD and PI depositions, sealed air deposition; next steps; expert report tasks (1.9); telephone conference with Friedman re: tax liability issue (.4); conference with CSR re: tax liability issue (.3); telephone confer with Friedman re: tax issue (.2); telephone conference with Fleishman and Turken re: Grace/RPC database production issues (.5). |
| 06/24/02 | SME | 135.00 | .50 | Assist in the organization of deposition exhibits by adding additional documents used during the deposition of Daniel Rourke to the previously created database. |
| 06/24/02 | TWS | 425.00 | .10 | Conf NDF re status and developments |
| 06/24/02 | TWS | 425.00 | .10 | Read correspondence |
| 06/24/02 | EI | 675.00 | .30 | Conference NDF re: fraudulent conveyance case motions. |
| 06/24/02 | JPC | 215.00 | 4.50 | Review Hickey deposition and extract information for future FT depositions (3.3); review renewed motion to intervene and corresponding answer |


| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | and affirmative defenses (.5); review unimpaired claims analysis in previous PI claimants' committee briefs in preparation for draft deposition to Grace's supplemental brief re: procedures for litigation of the personal injury issues (.7) |
| 06/25/02 | NDF | 350.00 | 4.50 | Read Hickey deposition for use in Stallard (2.1); telephone conference with Friedman re: asbestos sensitivity analysis; Peterson affidavit; standards brief (.4); telephone conference with Friedman re: tax issue (.3); telephone conference with Swett re: letter to Wolin (.2); telephone conference with Swett re: Florence deposition (.1); review documents to prepare for Stallard deposition (.8); analyze public documents re: COLI tax liability (.6). |
| 06/25/02 | SME | 135.00 | 1.60 | Assist NDF in research regarding Florence and Stallard by compiling and organizing relevant documents as per his request. |
| 06/25/02 | TWS | 425.00 | .10 | T/C TWS re proposed letter to Judge Wolin |
| 06/25/02 | JPC | 215.00 | 2.40 | Continue review and analysis of new Grace pleadings, incl. amended complaint (.9); collect, organize and analyze docs re: deposition witness Eric Stallard per NDF (1.5) |
| 06/25/02 | TWS | 425.00 | .10 | TC NDF re proposed letter to Judge Wolin |
| 06/26/02 | NDF | 350.00 | 4.50 | Draft memo to Peterson re: expert opinions (.5); conference with TWS re: expert report (.4); revise memo re: expert opinions (.4); review documents for use with Stallard deposition (2.2); conference with CSR re: tax liability issue for FT purposes (.5); reviewing "eyes only documents" recently |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | released for PI deposition purposes (.5). |
| 06/26/02 | CSR | 345.00 | 3.20 | Review Grace's financial statements, research regarding COLI tax treatment, draft document request regarding COLI tax treatment (2.7); office conference with NDF regarding same (.5). |
| 06/26/02 | SME | 135.00 | .30 | Assist NDF in research regarding fraudulent transfers by compiling and organizing relevant financial statements as per his request. |
| 06/26/02 | SME | 135.00 | .40 | Assist NDF in research regarding asbestos exposure by compiling and organizing relevant journal articles and news reports as per his request. |
| 06/26/02 | JPC | 215.00 | 4.50 | Finish review and analysis of arguments re: procedures for the litigation of PI liability issues (1.6); continued work on claims literature and legislation survey (.4) conduct extensive research re: asymptomatic and unimpaired claims for response to brief (2.5) |
| 06/27/02 | SME | 135.00 | .30 | Assist NDF in preparation of deposition of Eric Stallard by compiling and organizing documents to be used as exhibits. |
| 06/27/02 | CSR | 345.00 | 1.30 | Draft and edit document request. |
| 06/27/02 | NDF | 350.00 | 7.90 | Preparing for Stallard deposition- reading his prior work for Manville (4.2); reviewing "eyes only" docs for PI depo and trial purposes (2.1); reviewing and selecting docs to send to expert witness in light of opinions requested (1.6). |
| 06/28/02 | TWS | 425.00 | .10 | Conf NDF re depositions |
| 06/28/02 | TWS | 425.00 | .10 | TC E.Lieberstein re logistics of Florence deposition |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/28/02 | SME | 135.00 | .30 | Assist NDF in preparation for deposition of Eric Stallard by compiling and organizing documents to be used as exhibits. |
| 06/28/02 | TWS | 425.00 | 1.50 | Read transcript of Rourke deposition |
| 06/28/02 | NDF | 350.00 | 4.50 | T/c Ainzley re: Stallard depo (.3); draft letter to Stallard lawyer (.5); review docs selected for use with Stallard (2.1); read Rourke depo transcript to use with Stallard (1.0); rs and draft memo to Fleishman re GAAS 57 and subsequent events (.6). |
| 06/29/02 | TWS | 425.00 | .50 | TC R.Turken, M.Widom and NDF re Florence deposition |
| 06/29/02 | TWS | 425.00 | .10 | TC R.Turken, M.Widom and NDF re legal standards for insolvency determination |
| 06/29/02 | TWS | 425.00 | .20 | TC M.Peterson re deposition of T.Florence |
| 06/29/02 | TWS | 425.00 | 1.30 | Read transcript of Rourke deposition |
| 06/29/02 | TWS | 425.00 | 2.90 | Discuss documentary evidence with NDF in preparation for deposition of T.Florence |
| 06/29/02 | NDF | 350.00 | 4.90 | Prepare for Stallard depo (.5); assisting TWS to prepare for Florence depo (3.1); t/c Turken and Widom re: depo prep Florence and Standards Reply (.7); read K&E letter to Wolin (.2); read Sealed Air Standards brief (.4). |
| 06/30/02 | TWS | 425.00 | 2.00 | Study exhibits in preparation for deposition of T.Florence |
| 06/30/02 | NDF | 350.00 | 2.70 | Prepare for Stallard Depo (2.2); draft insert for Standards Brief (.5). |

**Total Task Code .30**            197.30

B

# EXHIBIT B

**Fraudulent Conveyance (197.30 Hours; $ 63,942.00)**

        Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .30**        197.3