UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE OF ZAI CLAIMANTS' THIRD SET OF
<u>REQUESTS FOR PRODUCTION TO DEBTORS</u>**

PLEASE TAKE NOTICE, that on this 20th day of November, 2002, a copy of ZAI Claimants' Third Set of Requests for Production to Debtors, was served on counsel for the Debtors as set forth below:

    James J. Restivo, Jr., Esquire
    Reed Smith LLP
    435 Sixth Avenue
    Pittsburgh, PA  15219-1886

DATED: November 21, 2002

    Edward J. Westbrook
    WESTBROOK & BRICKMAN
    174 East Bay Street
    Charleston, SC 29401
    Telephone: (843) 727-6513
    Facsimile: (843) 727-6688

    And

- 2 -

        Darrell W. Scott, WSBA# 20241
        LUKINS & ANNIS, P.S.
        1600 Washington Trust Financial Cntr
        717 W Sprague Ave.
        Spokane, WA  99201-0466
        Telephone: (509) 455-9555
        Facsimile: (509) 747-2323

        And

        ELZUFON AUSTIN REARDON, TARLOV
        & MONDELL, P.A.

        */s/ William D. Sullivan*
        William D. Sullivan (#2820)
        Charles J. Brown, III  (#3368)
        300 Delaware Avenue, Suite 1700
        P.O. Box 1630
        Wilmington, DE 19899-1630
        (302) 428-3181

G:\Docs\CLIENT\220305\11221\pleading\00142359.DOC

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: |
| | | Hearing Date: TBD only if necessary |

## ZAI CLAIMANTS' THIRD SET OF REQUESTS TO PRODUCE AND INSPECT TO DEBTORS

1. Please produce the file(s) entitled "Attic Insulation – Haz Evaluation", "Attic Insulation – Hazard Evaluation" and all documents in such files, as kept by R.H. Locke, S. Venuti or any other Grace individual.

RESPECTFULLY SUBMITTED,

_____
Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Richardson, Patrick, Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Tel. (843) 727-6513
Fax (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

-and-

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis PS
717 W. Sprague Ave. Suite 1600
Spokane WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

-and-

William D. Sullivan
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Counsel for the Zonolite Claimants,
Barbanti, Busch, Prebil, and Price

Dated: November 20, 2002

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on November 21, 2002, service of the foregoing

- **NOTICE OF SERVICE OF ZAI CLAIMANTS' THIRD SET OF REQUESTS FOR PRODUCTION TO DEBTORS**

was made upon the attached Mail Service List via first class mail.

Dated:  November 21, 2002

                                                  */s/  William D. Sullivan*
                                                  **WILLIAM D. SULLIVAN**

## SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
***(Counsel to Debtors and
Debtors-in-Possession)***

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
***(Counsel to Debtor)***

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
***(Counsel for The Chase Manhattan Bank)***

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
***(Counsel to Official Committee
of Unsecured Creditors)***

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
***(Local Counsel to DIP Lender)***

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
***(Counsel for Property Damage Claimants)***

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
***(Counsel to Debtors and
Debtors-in-Possession)***

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
***(Counsel to Debtor)***

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
***(Debtor)***

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
***(Counsel to Official Committee
of Unsecured Creditors)***

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
***(Counsel to Official Committee
of Unsecured Creditors)***

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
***(Counsel to DIP Lender)***

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801
***(Counsel to Personal Injury Committee)***

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022
***(Equity Committee Counsel)***

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801
***(Equity Committee Counsel)***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801
***(United States Trustee)***

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131
***(Official Committee of Property Damage Claimants)***

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022
***(Official Committee of Personal Injury Claimants)***

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005
***(Official Committee of Personal Injury Claimants)***

G:\Docs\CLIENT\220305\11221\address\00132220.DOC