## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:  December 11, 2002 at 4:00 p.m. |

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

Name of Applicant:  *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:  *Official Committee of Equity Holders*

Date of Retention:  *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:  *July 1, 2002 through and including September 30, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$87,266.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$10,070.69*

This is a(n):  _    monthly    **X**    interim application

KL2:2185197.1

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 30, 2002

| Name | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|------|------------------------|--------------------|--------------------|
| Bentley, Philip | 475.00 | 19.00 | $9,025.00 |
| Schmidt, Robert T. | 450.00 | 1.10 | $495.00 |
| Becker, Gary M. | 415.00 | 22.90 | $9,503.50 |
| Caton, Amy | 380.00 | 0.20 | $76.00 |
| O'Hanlon, Grace | 300.00 | 6.80 | $2,040.00 |
| Mangual, Kathleen | 175.00 | 25.40 | $4,445.00 |
| **Total** | | **75.80** | **$25,584.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/02 through 9/30/02 | Total Fees for the Period 9/1/02 through 9/30/02 |
|------------------|----------------------------------------------------|---------------------------------------------------|
| Bankruptcy Motion | 0.20 | $95.00 |
| Case Administration | 6.90 | $1,255.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 7.20 | $2,230.00 |
| Creditor Committee | 7.70 | $3,489.50 |
| Fee Applications, Applicant | 22.60 | $6,307.00 |
| Fradulent Conveyance Adv Proceeding | 25.50 | $9,690.00 |
| Hearings | 4.90 | $2,327.50 |
| Travel/Non-Working | 0.40 | $190.00 |
| **Total** | **75.80** | **$25,584.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 9/1/02 through 9/30/02 |
|------------------|-------------------------------------------------------|
| Velobingings | $45.00 |
| Tabs | $24.00 |
| Photocopying | $913.35 |
| Long-Distance Tel. | $571.50 |
| Messenger Service | $132.89 |
| Cab Fares | $74.72 |
| **Total** | **$1,761.46** |

---

[1] Rates increased as part of the normal yearly review.

KL2 2185921.1

| | | | |
|---|---|---|---|
| Becker, Gary M. | 415.00 | 22.90 | $9,503.50 |
| Tadelis, Jamie | 210.00 | 2.10 | $441.00 |
| Temp, Paralegal | 160.00 | 12.50 | $2,000.00 |
| Mangual, Kathleen | 175.00 | 48.90 | $8,557.50 |
| Stein, Steven | 75.00 | 0.90 | $67.50 |
| Fontein, Lauren | 175.00 | 0.30 | $52.50 |
| **Total** | | **246.80** | **$87,266.50** |

KL2:2185197 1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 7/1/02 through 9/30/02 | Total Fees for the Period 7/1/02 through 9/30/02 |
|---|---|---|
| Bankruptcy Motions | 0.20 | $95.00 |
| Case Administration | 48.90 | $11,253.00 |
| Claims Analysis Objection | 61.90 | $25,794.50 |
| Creditor Committee | 14.90 | $6,407.00 |
| Employee Benefits/Pension | 3.00 | $1,215.00 |
| Fee Applications, Applicant | 39.20 | $11,139.50 |
| Fraudulent Conveyance Issues | 53.80 | $21,257.50 |
| Hearings | 17.40 | $6,947.50 |
| Litigation | 5.10 | $2,167.50 |
| Travel\Non-Working | 2.40 | $990.00 |
| **Total** | **246.80** | **$87,266.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/02 through 9/30/02 |
|---|---|
| Telecopier | $147.00 |
| Velobindings | $52.50 |
| Tabs | $84.00 |
| Photocopying | $1,710.00 |
| Research Services | $28.00 |
| Postage | $29.81 |
| Long-Distance Tel. | $1,727.76 |
| Westlaw On-Line Research | $468.56 |
| Lexis / Nexis On-Line Research | $51.00 |
| Messenger Service | $203.73 |
| Cab Fares | $463.62 |
| Meals | $64.95 |
| Out-of-Town-Travel | $602.61 |
| Court Rept's Costs | $4,437.15 |
| **Total** | **$10,070.69** |

KL2:2185197.1

The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the

Amended Administrative Order, Kramer Levin respectfully requests that, for the period July 1,

2002 through September 30, 2002, it be allowed the total amount of fees of $87,266.50, and

disbursements $10,070.69, and that the Debtor be directed to pay all unpaid amounts as set forth

above.

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP


                     By:_____
                            Philip Bentley
                            919 Third Avenue
                            New York, New York 10022
                            (212) 715-9100

                            Counsel to the Official Committee of
                            Equity Holders

Dated:  November 20, 2002

KL2:2185197.1