```
alp_132r: Billed Charges Analysis                                                                                              PAGE   47
Run Date & Time: 11/19/2002 13:01:02

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                      Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status    : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM: 07/01/2002                TO: 07/08/2002
         UNBILLED DISB FROM:                           TO:

                                             FEES                COSTS

GROSS BILLABLE AMOUNT:                    1,215.00                0.00
AMOUNT WRITTEN DOWN:
     PREMIUM:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:               07/08/2002
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

         FEES:                       1,215.00        UNIDENTIFIED RECEIPTS:      0.00
         DISBURSEMENTS:                   0.00       PAID FEE RETAINER:          0.00
         FEE RETAINER:                    0.00       PAID DISB RETAINER:         0.00
         DISB RETAINER:                   0.00       TOTAL AVAILABLE FUNDS:      0.00
         TOTAL OUTSTANDING:          1,215.00        TRUST BALANCE:
                                                     BILLING HISTORY

         DATE OF LAST BILL:        08/19/02          LAST PAYMENT DATE:     10/30/02
         LAST BILL NUMBER:           356269          FEES BILLED TO DATE:   1,310.00
         LAST BILL THRU DATE:      07/31/02

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee       (6)  Summer Associate
         (2) Late Time & Costs Posted (7)  Fixed Fee
         (3) Pre-arranged Discount    (8)  Premium
         (4) Excessive Legal Time     (9)  Rounding
         (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   48
Run Date & Time: 11/19/2002 13:01:02

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y  ------------------- Total Billed -------------------
Emp Id Employee Name                  Group          Oldest         Latest        Hours         Amount
------ ----------------------------   ------       ----------     ----------    --------    ------------
02495  BENTLEY, PHILIP                CRED         07/01/02       07/01/02         0.20          95.00
05292  BECKER, GARY M.                CRED         07/01/02       07/08/02         2.80       1,120.00

                        Total:                                                     3.00       1,215.00

Sub-Total Hours  :     0.20 Partners       0.00 Counsels     2.80 Associates    0.00 Legal Assts    0.00 Others

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 11/19/02 13:01:02)
                                        ------- Billed -------      --- Applied ---    --- Collections ---
Bill Date  Thru Date   Bill#      Fee & OA       Disbursement         From OA   Total           Date           Balance
                                                                                                                Due
----------  ----------  ------   ------------    -------------    ------------  ------     --------------   ----------
08/15/02   06/30/02    357518        95.00              .00              .00    95.00       10/30/02          1,215.00
08/19/02   07/31/02    356269     1,215.00              .00              .00      .00                         1,215.00

                       Total:     1,310.00              .00                     95.00                         1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   49
Run Date & Time: 11/19/2002 13:01:02

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status    : ACTIVE

    B I L L E D     T I M E     D E T A I L
Employee Name         Work Date    Description                                         Hours      Amount    Index#   Batch Date

BENTLEY, PHILIP       07/01/02     Discs. GB and voicemail re retention motion.         0.20       95.00    4262430  08/02/02

Total For BENTLEY P - 02495                                                             0.20       95.00

BECKER, GARY M.       07/01/02     Review motion to implement compensation systems      2.40      960.00    4215723  07/03/02
                                   (0.6); conf. with Bentley re motion re
                                   compensation (0.2); conf. with Committee
                                   Counsel re compensation (0.3); conf with
                                   Debtors counsel re compensation motion (0.3);
                                   prepare pleading in support of compensation
                                   motion (1.0).
BECKER, GARY M.       07/08/02     Review responses to debtors' compensation            0.40      160.00    4224695  07/12/02
                                   motion (0.4).

Total For BECKER G - 05292                                                              2.80    1,120.00

                                                                            Fee Total   3.00    1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE  50
Run Date & Time: 11/19/2002 13:01:02

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                       Orig Prtnr : CRED. RGTS  - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status   : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name                   Hours      Amount            Bill       W/o / W/u        Transfer To  Clnt/Mtr  Carry Forward
-----------------------------------------------------------  ---------  ---------------  ----------------------------------

BENTLEY, PHILIP                  0.20       95.00

BECKER, GARY M.                  2.80    1,120.00

            Total:               3.00    1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  51
Run Date & Time: 11/19/2002 13:01:02

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  07/22/2002    TO:  09/03/2002
UNBILLED DISB FROM:  08/27/2002    TO:  08/27/2002

                                       FEES                         COSTS
                                       ----                         -----
GROSS BILLABLE AMOUNT:              6,947.50                        58.14
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          09/03/2002                      08/27/2002
CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                            ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

           FEES:             21,266.00      UNIDENTIFIED RECEIPTS:    0.00
           DISBURSEMENTS:        58.14      PAID FEE RETAINER:        0.00
           FEE RETAINER:         0.00       PAID DISB RETAINER:       0.00
           DISB RETAINER:        0.00       TOTAL AVAILABLE FUNDS:    0.00
           TOTAL OUTSTANDING:  21,324.14    TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
           DATE OF LAST BILL:    10/31/02              LAST PAYMENT DATE:       10/30/02
           LAST BILL NUMBER:     359721                FEES BILLED TO DATE:    46,725.00
           LAST BILL THRU DATE:  09/30/02

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee           (6) Summer Associate
       (2) Late Time & Costs Posted     (7) Fixed Fee
       (3) Pre-arranged Discount        (8) Premium
       (4) Excessive Legal Time         (9) Rounding
       (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                              PAGE   52
Run Date & Time: 11/19/2002 13:01:02

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                              Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                              ------------- Total Billed -------------
Emp Id  Employee Name              Group           Oldest         Latest        Hours           Amount
                                                   -------        -------       -------         -------
02495   BENTLEY, PHILIP            CRED            09/03/02       09/03/02       4.90           2,327.50
04711   MCCARROLL, JAMES C.        CRED            07/22/02       07/22/02       7.60           2,660.00
05292   BECKER, GARY M.            CRED            08/26/02       08/26/02       4.90           1,960.00

                      Total:                                                    17.40           6,947.50

Sub-Total Hours :   4.90 Partners     0.00 Counsels    12.50 Associates    0.00 Legal Assts   0.00 Others

B I L L E D   C O S T S   S U M M A R Y                  ------- Total Billed -------
Code  Description                               Oldest          Latest           Total
                                                Entry           Entry            Amount
                                                -------         -------          -------
0940  CAB FARES                                 08/27/02        08/27/02         58.14

                              Total                                              58.14

                              Grand Total                                     7,005.64
                                                                           =============

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 11/19/02 13:01:02)
                                        ------- Billed -------      --- Collections ---
Bill Date  Thru Date  Bill#             Fee & OA    Disbursement   From OA    Total     Date         Balance
                                                                                                       Due
                                        --------    ------------   -------    --------  ----         -------
01/18/02   12/31/01   345477             2,220.00          .00        .00          .00                2,220.00
06/10/02   04/30/02   352100             3,200.00          .00        .00          .00                3,200.00
07/12/02   05/31/02   352980             4,820.00          .00        .00          .00                4,820.00
08/08/02   06/30/02   357518             4,200.00          .00        .00          .00                4,078.50
08/19/02   07/31/02   356269             2,660.00          .00        .00          .00                2,660.00
09/30/02   08/31/02   358460             1,960.00        58.14        .00          .00                2,018.14
10/21/02   09/30/02   359721             2,327.50          .00        .00       121.50  10/30/02      2,327.50

            Total:                      21,387.50        58.14                  121.50               21,324.14
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   53
Run Date & Time: 11/19/2002 13:01:02                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                             Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : HEARINGS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

BILLED TIME DETAIL
Employee Name         Work Date    Description                                              Hours     Amount      Index#   Batch No  Batch Date

BENTLEY, PHILIP       09/03/02     Attend status conference in Newark, review                4.90   2,327.50    4376315   10/09/02
                                   Sealed Air pleadings enroute, and discs. TW re
                                   same (4.9).

Total For BENTLEY P - 02495                                                                  4.90   2,327.50

BECKER, GARY M.       08/26/02     Prepare for and appear at omnibus hearing in              4.90   1,960.00    4344864   09/13/02
                                   Wilmington (4.9).

Total For BECKER G - 05292                                                                   4.90   1,960.00

MCCARROLL, JAMES C.   07/22/02     Travel back from hrg, consolidating and                   2.70     945.00    4249313   07/29/02
                                   reviewing notes during travel time.
MCCARROLL, JAMES C.   07/22/02     Attend hrg and take detailed notes.                       2.30     805.00    4249314   07/29/02
MCCARROLL, JAMES C.   07/22/02     Further review of docs                                    0.50     175.00    4249315   07/29/02
MCCARROLL, JAMES C.   07/22/02     Travel to hrg, reviewing docs during travel               2.10     735.00    4249318   07/29/02
                                   time.

Total For MCCARROLL J - 04711                                                                7.60   2,660.00

                                                      Fee Total                             17.40   6,947.50

BILLED COSTS DETAIL
Description/Code                                  Employee           Date          Amount   Index#    Batch No  Batch Date

CAB FARES                 0940
  DIAL CAR INC.                                   MANGUAL, K M      08/27/02       27.54   5714401     82093    08/27/02
  CAB FARES - VENDOR-DIAL CAR INC. 7/17/02
  DIAL CAR INC.                                   MANGUAL, K M      08/27/02       30.60   5714402     82093    08/27/02
  CAB FARES - VENDOR-DIAL CAR INC. 7/17/02
                                                  0940 CAB FARES Total :           58.14

                                                      Costs Total :                58.14
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    54
Run Date & Time: 11/19/2002 13:01:02

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours          Amount            Bill           W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP          4.90        2,327.50
MCCARROLL, JAMES C.      7.60        2,660.00
BECKER, GARY M.          4.90        1,960.00

         Total:         17.40        6,947.50


B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount            Bill           W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                          58.14

         Costs Total :                  58.14
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   55
Run Date & Time: 11/19/2002 13:01:02

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                    Orig Prtnr  : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                   PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:  08/01/2002          TO:  08/30/2002
           UNBILLED DISB FROM:  08/29/2002          TO:  08/29/2002

                                           FEES                                          COSTS
                                         --------                                      --------
    GROSS BILLABLE AMOUNT:                2,167.50                                      4,437.15
    AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:                            08/30/2002
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



                                                     ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

           FEES:                    2,167.50       UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:            4,437.15       PAID FEE RETAINER:           0.00
           FEE RETAINER:                 0.00       PAID DISB RETAINER:          0.00
           DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:       0.00
           TOTAL OUTSTANDING:       6,604.65       TRUST BALANCE:

                                                          BILLING HISTORY
                                                          ---------------
           DATE OF LAST BILL:           10/21/02        LAST PAYMENT DATE:
           LAST BILL NUMBER:                            FEES BILLED TO DATE:        2,167.50
           LAST BILL THRU DATE:         09/30/02

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee              (6) Summer Associate
       (2) Late Time & Costs Posted        (7) Fixed Fee
       (3) Pre-arranged Discount           (8) Premium
       (4) Excessive Legal Time            (9) Rounding
       (5) Business Development           (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE   56
Run Date & Time: 11/19/2002 13:01:02

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                 Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : LITIGATION                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                              Status  : ACTIVE

 B I L L E D     T I M E    S U M M A R Y  ----------------- Total  Billed --------------------
Emp Id Employee Name               Group          Oldest      Latest         Hours        Amount
                                                  ------      ------         -----        ------
02495  BENTLEY, PHILIP              CRED         08/09/02    08/30/02          1.70        807.50
05292  BECKER, GARY M.              CRED         08/01/02    08/30/02          3.40      1,360.00

                     Total:                                                    5.10      2,167.50

Sub-Total Hours  :    1.70 Partners      0.00 Counsels      3.40 Associates      0.00 Legal Assts    0.00 Others

 B I L L E D     C O S T S   S U M M A R Y  ------------ Total Billed ---------------
Code Description                             Oldest         Latest       Total
                                             Entry          Entry        Amount
                                             -----          -----        ------
0965  COURT REPT'S COSTS                    08/29/02       08/29/02      4,437.15

                     Total                                               4,437.15
                                                                       ============
                     Grand Total                                         6,604.65

A C C O U N T S     R E C E I V A B L E     (Reflects Payments As of 11/19/02 13:01:02)
                                      -------- Billed --------   ---- Collections ----
Bill Date Thru Date   Bill#          Fee & OA    Disbursement    Applied      Total       Balance
                                                                 From OA      Date        Due
                                     --------    ------------    -------      -----       -------
09/30/02  08/31/02   358460          2,167.50        4,437.15        .00         .00      6,604.65
                                     --------    ------------    -------      -----       -------
             Total:                  2,167.50        4,437.15        .00         .00      6,604.65
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    57
Run Date & Time: 11/19/2002 13:01:02                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                    Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : LITIGATION                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                            Hours      Amount     Index#   Batch No   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/09/02 | Review pleadings re motion for leave to appeal. | 0.30 | 142.50 | 4304373 | 09/03/02 | |
| BENTLEY, PHILIP | 08/13/02 | Review motion for leave to appeal. | 0.10 | 47.50 | 4304377 | 09/03/02 | |
| BENTLEY, PHILIP | 08/30/02 | Review and edit memo to Committee re recent developments in sealed air suit, and confs. GB and TM re same; review recent pleadings in sealed air suit. | 1.30 | 617.50 | 4304442 | 09/03/02 | |
| Total For BENTLEY P - 02495 | | | 1.70 | 807.50 | | | |
| BECKER, GARY M. | 08/01/02 | Prepare memo to committee re Sealed Air decisions on standards (1.5). | 1.50 | 600.00 | 4268740 | 08/07/02 | |
| BECKER, GARY M. | 08/14/02 | Review letter exchange re case management conference (0.5); call S. Birnbaum re same (0.1) | 0.60 | 240.00 | 4277696 | 08/15/02 | |
| BECKER, GARY M. | 08/27/02 | Conf. with debtors counsel re 8/26 hearing before Judge Wolin (0.3); conf. with Bentley re same (0.2). | 0.50 | 200.00 | 4292660 | 08/29/02 | |
| BECKER, GARY M. | 08/30/02 | Conf. with plaintiffs' counsel re conference on September 3 (0.3); call debtors counsel re September 3 conference (0.1); conf. with Bentley re September 3 conference (0.4) | 0.80 | 320.00 | 4303965 | 09/03/02 | |
| Total For BECKER G - 05292 | | | 3.40 | 1,360.00 | | | |
| | | Fee Total | 5.10 | 2,167.50 | | | |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| COURT REPT'S COSTS    0965 | | | | | | |
| JANE ROSE REPORTING INC. COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | BECKER, G M | 08/29/02 | 933.15 | 5719753 | 82282 | 08/29/02 |
| JANE ROSE REPORTING INC. COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | BECKER, G M | 08/29/02 | 2,127.10 | 5719754 | 82282 | 08/29/02 |
| JANE ROSE REPORTING INC. COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | BECKER, G M | 08/29/02 | 1,376.90 | 5719755 | 82282 | 08/29/02 |
| 0965 COURT REPT'S COSTS Total : | | | 4,437.15 | | | |

```
alp_132r: Billed Charges Analysis                                                                              PAGE  58
Run Date & Time: 11/19/2002 13:01:03

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

   B I L L E D    C O S T S    D E T A I L
Description/Code            Employee                     Date            Amount        Index#    Batch No     Batch Date
---------------------       --------                     ----            ------        ------    --------     ----------


            Costs Total :                                             4,437.15
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   59
Run Date & Time: 11/19/2002 13:01:03                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                           Orig Prtnr : CRED. RGTS       - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP   - 02495          Bill Frequency: M
Matter Name : LITIGATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                       Status     : ACTIVE

         B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount              Bill                W/o / W/u        Transfer To   Clnt/Mtr        Carry Forward

BENTLEY, PHILIP             1.70        807.50
BECKER, GARY M.             3.40      1,360.00
         Total:             5.10      2,167.50

         B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount              Bill                W/o / W/u        Transfer To   Clnt/Mtr        Carry Forward

0965 COURT REPT'S COSTS             4,437.15

                   Costs Total :    4,437.15
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    60
Run Date & Time: 11/19/2002 13:01:03

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No : 056772-00021                                Orig Prtnr : CRED. RGTS     - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                               PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                          TO:
UNBILLED DISB FROM:                          TO:

                                       FEES                 COSTS

GROSS BILLABLE AMOUNT:                 0.00                 0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

    FEES:                       370.00      UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:                0.00      PAID FEE RETAINER:         0.00
    FEE RETAINER:                 0.00      PAID DISB RETAINER:        0.00
    DISB RETAINER:                0.00      TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:          370.00      TRUST BALANCE:
                                            BILLING HISTORY

    DATE OF LAST BILL:        10/29/01       LAST PAYMENT DATE:
    LAST BILL NUMBER:           341359       FEES BILLED TO DATE:    370.00
    LAST BILL THRU DATE:      09/30/01

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   61
Run Date & Time: 11/19/2002 13:01:03

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status  : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 11/19/02 13:01:03)
                                           Billed  --------     Applied  ---- Collections ----     Balance
Bill Date Thru Date Bill#         Fee & OA     Disbursement     From OA              Total Date       Due

10/29/01 09/30/01  341359           370.00              .00         .00                .00         370.00

                  Total:            370.00              .00         .00                .00         370.00
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE    62
Run Date & Time: 11/19/2002 13:01:03

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/26/2002                         TO:   09/03/2002
UNBILLED DISB FROM:                                      TO:

                          FEES                                   COSTS

GROSS BILLABLE AMOUNT:         990.00                                0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:            09/03/2002
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                      BILLING COMMENTS:       BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                               ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

                 FEES:              5,390.00          UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:                 0.00          PAID FEE RETAINER:        0.00
         FEE RETAINER:                  0.00          PAID DISB RETAINER:       0.00
         DISB RETAINER:                 0.00          TOTAL AVAILABLE FUNDS:    0.00
     TOTAL OUTSTANDING:             5,390.00          TRUST BALANCE:

                                                      BILLING HISTORY

         DATE OF LAST BILL:        10/31/02              LAST PAYMENT DATE:
         LAST BILL NUMBER:           359721              FEES BILLED TO DATE:    5,390.00
         LAST BILL THRU DATE:      09/30/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____ FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE  63
Run Date & Time: 11/19/2002 13:01:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y  --------------- Total Billed ------------------
Emp Id Employee Name              Group          Oldest        Latest         Hours      Amount
                                                 -------       -------        -------    ----------
02495  BENTLEY, PHILIP            CRED           09/03/02      09/03/02          0.40        190.00
05292  BECKER, GARY M.            CRED           08/26/02      08/26/02          2.00        800.00

                                       Total:                                    2.40        990.00


Sub-Total Hours :     0.40 Partners       0.00 Counsels     2.00 Associates     0.00 Legal Assts    0.00 Others


A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 11/19/02 13:01:03)
                                       ------- Billed -------   --- Collections ---
Bill Date Thru Date  Bill#       Fee & OA   Disbursement     From OA     Total    Date       Balance
                                                                                                Due
                                 ----------    -----------    --------   -------  ----       --------
06/10/02  04/30/02   352100       4,400.00         .00           .00       .00                4,400.00
09/30/02  09/30/02   358460         800.00         .00           .00       .00                  800.00
10/21/02  09/30/02   359721         190.00         .00           .00       .00                  190.00
                                 ----------                                                  ---------
                       Total:     5,390.00         .00           .00       .00                5,390.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   64
Run Date & Time: 11/19/2002 13:01:03

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                     Status  : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name           Work Date     Description                                  Hours     Amount    Index#  Batch Date
---------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP         09/03/02  non-working travel time (0.8).                    0.40     190.00   4340147  09/30/02

Total For BENTLEY P - 02495                                                         0.40     190.00

BECKER, GARY M.         08/26/02  non-working travel time: bill at 1/2 normal       2.00     800.00   4292638  08/29/02
                                  rate (2.0).

Total For BECKER G - 05292                                                          2.00     800.00

                                                                       Fee Total    2.40     990.00
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   65
Run Date & Time: 11/19/2002 13:01:03

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                 Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours     Amount            Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
------------------------      -----   ----------          ----        ---------        -----------   --------    -------------
BENTLEY, PHILIP                0.40       190.00
BECKER, GARY M.                2.00       800.00
                              -----   ----------
              Total:           2.40       990.00
```

```
alp_132rc: Client Analysis Sheet                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
Run Date & Time: 11/19/02 13:01:12                         *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE        Worked : 07/01/02 thru 09/30/02
```

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 48.90 | 11,253.00 | 3,293.86 | 14,546.86 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 14.90 | 6,407.00 | 135.59 | 6,542.59 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 0.20 | 95.00 | 198.00 | 293.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 39.20 | 11,139.50 | 2.10 | 11,141.60 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 61.90 | 25,794.50 | 1,404.74 | 27,199.24 | BENTLEY PHILIP - 02495 | M | B | |
| 00013 | FRAUDULENT CONVEYANCE AD | 53.80 | 21,257.50 | 541.11 | 21,798.61 | BENTLEY PHILIP - 02495 | M | B | |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 3.00 | 1,215.00 | 0.00 | 1,215.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 17.40 | 6,947.50 | 58.14 | 7,005.64 | BENTLEY PHILIP - 02495 | M | B | |
| 00020 | LITIGATION | 5.10 | 2,167.50 | 4,437.15 | 6,604.65 | BENTLEY PHILIP - 02495 | M | B | |
| 00021 | RELIEF FROM STAY PROCEED | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 2.40 | 990.00 | 0.00 | 990.00 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 246.80 | 87,266.50 | 10,070.69 | 97,337.19 | | | | |