# Exhibit A

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD ||||||
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[4] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 8/6/2001 | 883 | $389,683.75 | $43,268.05 | |
| 2nd Quarter | 11/9/2001 | 1105 | $297,019.50 | $183,000.14 | |
| 3rd Quarter | 2/7/2002 | 1642 | $215,475.50 | $195,640.24 | |
| Total: ||| $902,178.75 | $421,908.43 | $858,501.75 | $421,908.43 |

| BLACKSTONE GROUP LLP ||||||
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/31/2001 | 783 | $519,166.67 | $7,663.95 | |
| 2nd Quarter | 12/29/2001 | 1429 | $525,000.00 | $31,475.46 | |
| 3rd Quarter | 1/31/2002 | 1591 | $525,000.00 | $14,653.41 | |
| Total: ||| $1,569,166.67 | $53,792.82 | $1,569,166.67 | $38,677.48 |

| CAMPBELL AND LEVINE ||||||
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/27/2001 | 748 | $16,994.50 | $1,653.14 | |
| 2nd Quarter | 1/10/2002 | 1486 | $53,863.00 | $6,363.58 | |
| 3rd Quarter | 1/31/2002 | 1576 | $32,084.50 | $8,052.31 | |
| Total: ||| $102,942.00 | $16,069.03 | $102,620.75 | $16,069.03 |

| CAPLIN AND DRYSDALE, CHARTERED ||||||
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/27/2001 | 747 | $100,755.00 | $8,195.21 | |
| 2nd Quarter | 10/31/2001 | 1049 | $142,881.00 | $13,524.60 | |
| 3rd Quarter | 1/28/2002 | 1557 | $94,630.50 | $3,768.08 | |
| Total: ||| $338,266.50 | $25,487.89 | $334,596.00 | $25,487.89 |

---

[4] The columns for "Fees Allowed on Interim Basis" and "Expenses Allowed on Interim Basis" for each applicant are not itemized by quarter because the fee auditor's adjustments were calculated based on the total fees and expenses sought for the entire reviewing period, April 2001 through December 2001, not on a quarterly basis.

| CASNER & EDWARDS LLP ||||||
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 3/15/2002 | 1823 | $8,023.50 | $21.24 | | |
| 3rd Quarter | 3/15/2002 | 1823 | $281,892.50 | $13,772.91 | | |
| Total: ||| $289,916.00 | $13,794.15 | $289,916.00 | $13,794.15 |

| OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS ||||||
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/2/2001 | 1069 | $0.00 | $35,875.33 | | |
| 2nd Quarter | 11/9/2001 | 1103 | $0.00 | $20,195.10 | | |
| 3rd Quarter | 2/7/2002 | 1641 | $0.00 | $9,456.87 | | |
| Total: ||| $0.00 | $65,527.30 | $0.00 | $65,527.30 |

| CONWAY, DEL GENIO, GRIES & CO., LLP ||||||
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 10/26/2001 | 1036 | $170,000.00 | $8,779.13 | | |
| 2nd Quarter | 10/26/2001 | 1036 | $450,000.00 | $5,597.08 | | |
| 3rd Quarter | 2/26/2002 | 1718 | $450,000.00 | $4,063.91 | | |
| Total: ||| $1,070,000.00 | $18,440.12 | $1,070,000.00 | $18,440.12 |

| DUANE MORRIS LLP ||||||
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $41,314.50 | $4,026.77 | | |
| 2nd Quarter | 2/5/2002 | 1623 | $22,375.50 | $9,113.34 | | |
| 3rd Quarter | 2/11/2002 | 1660 | $17,349.50 | $3,436.30 | | |
| Total: ||| $81,039.50 | $16,576.41 | $68,886.50 | $16,576.41 |

| FERRY & JOSEPHS, P.A. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/30/2001 | 767 | $19,003.50 | $4,378.06 | | |
| 2nd Quarter | 10/31/2001 | 1056 | $23,948.00 | $6,189.16 | | |
| 3rd Quarter | 1/31/2002 | 1586 | $21,014.00 | $5,381.10 | | |
| Total: | | | $63,965.50 | $15,948.32 | $63,965.50 | $15,948.32 |

| FTI POLICANO & MANZO | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/30/2001 | 776 | $196,005.50 | $7,094.17 | | |
| 2nd Quarter | 11/23/2001 | 1230 | $247,231.00 | $7,992.39 | | |
| 3rd Quarter | 2/7/2002 | 1647 | $146,678.00 | $6,540.87 | | |
| Total: | | | $589,914.50 | $21,627.43 | $574,021.11 | $20,474.88 |

| HOLME ROBERTS AND OWEN LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 11/7/2001 | 1092 | $285,970.50 | $47,668.25 | | |
| 3rd Quarter | 3/1/2002 | 1748 | $442,631.50 | $74,769.32 | | |
| Total: | | | $728,602.00 | $122,437.57 | $718,144.50 | $115,781.52 |

| KIRKLAND & ELLIS | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 8/2/2001 | 775 | $1,753,799.50 | $155,393.83 | | |
| 2nd Quarter | 11/7/2001 | 1090 | $1,392,534.50 | $81,482.19 | | |
| 3rd Quarter | 2/7/2002 | 1644 | $1,423,332.50 | $84,679.70 | | |
| Total: | | | $4,569,666.50 | $321,555.72 | $4,565,461.00 | $321,555.72 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 3rd Quarter | 12/28/2001 & 1/25/2002 | 1426 & 1548 | $9,637.50 | $2,969.43 | | |
| Total: | | | $9,637.50 | $2,969.43 | $9,637.50 | $2,969.43 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 10/30/2001 | 1044 | $98,742.00 | $11,505.90 | | |
| 3rd Quarter | | | $79,151.50 | $7,033.74 | | |
| Total: | | | $177,893.50 | $18,539.64 | $176,976.00 | $17,114.64 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 9/21/2001 | 955 | $38,340.50 | $2,001.38 | | |
| 2nd Quarter | 4/29/2002 | 1985 | $8,578.00 | $0.00 | | |
| 3rd Quarter | 6/19/2002 | 1979 | $9,419.50 | $0.00 | | |
| Total: | | | $56,338.00 | $2,001.38 | $48,663.00 | $1,780.88 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 9/3/2002 | 2640 | $129,061.50 | $1,920.35 | | |
| 3rd Quarter | 9/3/2002 | 2642 | $119,593.50 | $2,190.74 | | |
| Total: | | | $248,655.00 | $4,111.09 | $247,825.00 | $4,111.09 |

| PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C. ||| | | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | | |
| 1st Quarter | 11/21/2001 | 1227 | $122,597.25 | $76,711.22 | | |
| 2nd Quarter | 1/8/2002 | 1468 | $39,606.00 | $50,845.83 | | |
| 3rd Quarter | 5/14/2002 | 2050 | $88,429.25 | $44,896.10 | | |
| Total: ||| $250,632.50 | $172,453.15 | $246,155.50 | $170,314.34 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP[5] ||| | | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | | |
| 1st Quarter | 8/14/2001 | 796 | $80,776.00 | $28,327.73 | | |
| 2nd Quarter | 1/9/2002 | 1481 | $186,646.50 | $30,505.83 | | |
| 3rd Quarter | 3/28/2002 | 1871 | $456,487.00 | $28,241.08 | | |
| Total: ||| $723,909.50 | $87,074.64 | $477,533.50 | $87,074.64 |

| REED SMITH LLP ||| | | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | | |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 10/30/2001 | 1055 | $286,500.00 | $11,376.69 | | |
| 3rd Quarter | 11/30/2002 | 1610 | $598,028.00 | $76,007.27 | | |
| Total: ||| $884,528.00 | $87,383.96 | $875,629.50 | $80,790.87 |

| STEPTOE & JOHNSON LLP ||| | | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | | |
| 1st Quarter | n/a | n/a | $0.00 | $0.00 | | |
| 2nd Quarter | 6/19/2002 | 2253 | $133,253.00 | $7,109.29 | | |
| 3rd Quarter | 6/19/2002 | 2257 | $68,713.00 | $966.72 | | |
| Total: ||| $201,966.00 | $8,076.01 | $198,590.50 | $8,076.01 |

---

[5] Total fees requested for the 3rd Quarter include a contingency fee of $240,000.00 requested by the applicant in a separately filed Special Fee Application.

| STROOCK & STROOCK & LAVAN LLP ||| | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 7/30/2001 | 770 | $369,873.75 | $19,318.00 | | |
| 2nd Quarter | 11/1/2001 | 1068 | $204,923.50 | $15,015.57 | | |
| 3rd Quarter | 2/8/2002 | 1658 | $329,842.00 | $21,880.90 | | |
| Total: ||| $904,639.25 | $56,214.47 | $887,112.50 | $54,578.77 |

| L. TERSIGNI CONSULTING, P.C. ||| | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 9/21/2001 | 953 | $15,998.75 | $1,037.07 | | |
| 2nd Quarter | 1/10/2002 | 1484 | $36,855.75 | $2,595.54 | | |
| 3rd Quarter | 1/31/2002 | 1585 | $46,931.25 | $2,345.75 | | |
| Total: ||| $99,785.75 | $5,978.36 | $99,785.75 | $5,927.97 |

| WALLACE KING MARRARO & BRANSON PLLC ||| | | | |
|---|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. ||| Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis[3] | Expenses Allowed on Interim Basis[3] |
| 1st Quarter | 12/4/2001 | 1301 | $742,843.90 | $141,981.71 | | |
| 2nd Quarter | 1/23/2002 | 1543 | $367,286.30 | $133,442.90 | | |
| 3rd Quarter | 6/5/2002 | 2172 | $231,020.70 | $40,904.16 | | |
| Total: ||| $1,341,150.90 | $316,328.77 | $1,338,827.90 | $316,328.77 |