IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* [1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: 11/25/02 Agenda Items No. 1 & 2.
Various Docket Numbers[2]

### CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE FIFTH PERIOD

1. The undersigned counsel hereby submits, on behalf of the Fee Auditor, Warren H. Smith, the attached proposed Order Approving Quarterly Fee Applications For The Fifth Period (the "Order").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Re. Docket Numbers: 2395, 2501, 2519, 2522, 2534, 2538, 2550, 2551, 2557, 2558, 2565, 2566 2608, 2636, 2638, 2671, 2681, 2700, 2702, 2719, 2723, 2843, 2950, 2956, 2989, 3001.

91100-001\DOCS_DE:59355.1

2.   The amounts set forth in the proposed Order are those that the Fee Auditor asserts should be allowed. The Fee Auditor may be continuing discussions with certain parties with respect to disagreements to these amounts.

3.   The respective Interim Fee Applications are scheduled to be heard at the November 25, 2002 omnibus hearing and any objections to the amounts set forth in the Order will be heard at that time.

Dated: November 21, 2002

        KIRKLAND & ELLIS
        David M. Bernick
        James H.M. Sprayregen, P.C.
        James W. Kapp III
        Janet S. Baer
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000
        (312) 861-2200 (fax)

        and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

        */s/ Scotta E. McFarland*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4184)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession