## Exhibit A

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/10/2002 | 2671 | $230,759.40 | $69,271.20 | $226,482.40 | $21,450.64 |
| Total: | | $230,759.40 | $69,271.20 | $226,482.40 | $21,450.64 |

| BLACKSTONE GROUP LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/15/2002 | 2550 | $525,000.00 | $3,953.17 | $525,000.00 | $3,953.17 |
| Total: | | $525,000.00 | $3,953.17 | $525,000.00 | $3,953.17 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/6/2002 | 2501 | $60,308.00 | $5,102.20 | $60,299.00 | $5,102.20 |
| Total: | | $60,308.00 | $5,102.20 | $60,299.00 | $5,102.20 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7/17/2002 | 2395 | $351,396.00 | $43,352.68 | $287,454.00 | $41,985.89 |
| Total: | | $351,396.00 | $43,352.68 | $287,454.00 | $41,985.89 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2002 | 2534 | $38,999.26 | $2,076.93 | $38,999.26 | $2,076.93 |
| Total: | | $38,999.26 | $2,076.93 | $38,999.26 | $2,076.93 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2002 | 2538 | $614,567.00 | $59,120.55 | $614,567.00 | $59,120.55 |
| Total: | | $614,567.00 | $59,120.55 | $614,567.00 | $59,120.55 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7/2/2002 | 2321 | $0.00 | $8,040.83 | $0.00 | $7,725.73 |
| Total: | | $0.00 | $8,040.83 | $0.00 | $7,725.73 |

| OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| | | $0.00 | $41,582.59 | $0.00 | $41,582.59 |
| Total: | | $0.00 | $41,582.59 | $0.00 | $41,582.59 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/7/2002 | 2950 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| Total: | | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |

| FERRY & JOSEPHS, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/12/2002 | 2681 | $26,113.00 | $10,994.77 | $26,013.00 | $10,994.77 |
| Total: | | $26,113.00 | $10,994.77 | $26,013.00 | $10,994.77 |

| FTI POLICANO & MANZO | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/16/2002 | 2558 | $195,700.00 | $8,119.58 | $185,161.00 | $7,093.58 |
| Total: | | $195,700.00 | $8,119.58 | $185,161.00 | $7,093.58 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/19/2002 | 2566 | $42,535.00 | $5,473.05 | $42,535.00 | $5,119.12 |
| Total: | | $42,535.00 | $5,473.05 | $42,535.00 | $5,119.12 |

| HILSOFT NOTIFICATIONS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/18/2002 | 2700 | $15,735.00 | $28.54 | $15,735.00 | $28.54 |
| Total: | | $15,735.00 | $28.54 | $15,735.00 | $28.54 |

| HOLME ROBERTS AND OWEN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/16/2002 | 2551 | $1,429,411.50 | $158,522.92 | $1,409,465.75 | $158,522.92 |
| Total: | | $1,429,411.50 | $158,522.92 | $1,409,465.75 | $158,522.92 |

| KIRKLAND & ELLIS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/3/2001 | 2636 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |
| Total: | | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 3001 | $18,489.00 | $2,014.51 | $18,331.00 | $2,014.51 |
| Total: | | $18,489.00 | $2,014.51 | $18,331.00 | $2,014.51 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/18/2002 | 2702 | $73,418.50 | $5,015.76 | $74,418.50 | $5,015.76 |
| Total: | | $73,418.50 | $5,015.76 | $74,418.50 | $5,015.76 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/13/2002 | 2529 | $159,537.50 | $6,689.72 | $159,537.50 | $6,577.95 |
| Total: | | $159,537.50 | $6,689.72 | $159,537.50 | $6,577.95 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/20/2002 | 2723 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| Total: | | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

| PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/8/2002 | 2956 | $124,876.50 | $76,888.61 | $124,596.50 | $76,795.36 |
| Total: | | $124,876.50 | $76,888.61 | $124,596.50 | $76,795.36 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/20/2002 | 2719 | $72,578.50 | $14,272.56 | $72,578.50 | $14,272.56 |
| Total: | | $72,578.50 | $14,272.56 | $72,578.50 | $14,272.56 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/8/2002 | 2519 | $478,463.75 | $159,602.71 | $478,383.75 | $159,602.71 |
| Total: | | $478,463.75 | $159,602.71 | $478,383.75 | $159,602.71 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/19/2002 | 2565 | $111,471.00 | $362.89 | $111,471.00 | $362.89 |
| Total: | | $111,471.00 | $362.89 | $111,471.00 | $362.89 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 10/18/2002 | 2843 | $108,822.50 | $7,433.20 | $108,822.50 | $7,433.20 |
| Total: | | $108,822.50 | $7,433.20 | $108,822.50 | $7,433.20 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/16/2002 | 2557 | $245,259.00 | $174,414.75 | $245,259.00 | $174,414.75 |
| Total: | | **$245,259.00** | **$174,414.75** | **$245,259.00** | **$174,414.75** |

| L. TERSIGNI CONSULTING, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/9/2002 | 2522 | $117,542.50 | $955.19 | $117,542.50 | $955.19 |
| Total: | | **$117,542.50** | **$955.19** | **$117,542.50** | **$955.19** |

| WALLACE KING MARRARO & BRANSON PLLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/3/2002 | 2638 | $233,627.60 | $19,992.42 | $231,788.60 | $18,938.90 |
| Total: | | **$233,627.60** | **$19,992.42** | **$231,788.60** | **$18,938.90** |

91100-002\DOCS_DE:59353.1

:ODMA\PCDOCS\DOCS_DE\59353\1