UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
W.R. GRACE & CO.                                                |
                                                                | Case No. 01-01139
                                                                |
            Debtors.                                            |
----------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Longacre Master Fund, Ltd. has changed its address and requests that service of all papers in this matter be sent to the address listed below:

        Longacre Master Fund, Ltd.
        810 Seventh Avenue, 22nd Floor
        New York, NY 10019
        Attn: Maurie Shalmone

Dated: November 19, 2002

Respectfully submitted,

*/s/ Maurie Shalmone*
Maurie Shalmone
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
212-752-6104