**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al., <br><br> Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION REGARDING VERIFIED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002(Docket No. 2919)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application (the "Application") for Interim Professional Compensation of Richardson Patrick Westbrook & Brickman, LLC ("RPWB") for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2002 through September 30, 2002 filed on October 31st, 2002 (Docket No. 2919). The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed no later than 4:00 p.m. on November 20, 2002.

Pursuant the Administrative Order Under U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay RPWB $ 136,055.60 representing 80 % of the fees and $ 44,005.38 representing 100 % of the expenses for an aggregate total of  $ 180,060.98, requested in the Application for the period, July

22, 2002 through September 30, 2002, upon the filing of this Certification and without the need for entry of a Court order approving the application.

DATED: November 22, 2002
       Wilmington, DE

                                  ELZUFON  AUSTIN REARDON
                                  TARLOV & MONDELL, P.A.

                                  */s/ William D. Sullivan*
                                  William D. Sullivan (Bar No. 2820)
                                  Charles J. Brown, III (Bar No. 3368)
                                  300 Delaware Avenue, Suite 1700
                                  P. O. Box 1630
                                  Wilmington, Delaware 19899
                                  (302) 428-3181

                                  and

                                  Edward J. Westbrook
                                  WESTBROOK & BRICKMAN
                                  174 East Bay Street
                                  Charleston, SC 29401
                                  Telephone: (843) 727-6513
                                  FAX: (843) 727-6688

                                  Lead Counsel for ZAI Claimants

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing No Order Required Certificate of No Objection Regarding Verified Application for Interim Professional Compensation of Richardson Patrick Westbrook & Brickman, LLC for Compensation For Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2002 through September 30, 2002 (Docket No. 2919) to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: November 22, 2002                              */s/ William D. Sullivan*
                                                                            William D. Sullivan