## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires, NOW, THEREFORE, pursuant to the provisions of Title 28 U.S.C. § 292(b), I do hereby designate and assign the Honorable Alfred M. Wolin, of the United States District Court for the District of New Jersey, to hold court in the District of Delaware during the period beginning November 26, 2002 and ending November 27, 2003, and for additional time thereafter as may be required to complete unfinished business in the following cases:

| | |
|---|---|
| Armstrong World Industries | - No. 00-4471 |
| Federal-Mogul | - No. 01-10578 |
| USG | - No. 01-2094 |
| W.R. Grace | - No. 01-1139 |
| Owens Corning | - No. 00-3837 |

This Order supplements a prior Order wherein it was determined by me as Chief Judge of the Court of Appeals and presiding officer of the Judicial Council of the Third Circuit, that the above-styled cases, consisting of tens of thousands of asbestos claims, were required to be consolidated before a single judge to coordinate and implement a management plan. Towards this end, such a plan has been developed and is currently engaged in various stages of implementation. As a significant portion of the asbestos cases in this country are still proceeding under the aegis of this litigation, I continue to deem this assignment and

consolidation critically important to the administration of justice.

_____
EDWARD R. BECKER
CHIEF JUDGE OF THE THIRD CIRCUIT

Dated: November 15, 2002