### CERTIFICATE OF SERVICE

      I, William D. Sullivan, Esquire, hereby certify that on November 22, 2002, service of the foregoing

**Letter dated November 22, 2002 to Judge Fitzgerald with enclosed proposed Amended Order for scheduling purposes**

was made upon the parties on the attached service list by Hand Delivery or First Class Mail.

| | |
|---|---|
| *November 22, 2002* | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |

# SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
**(Counsel to Debtors and Debtors-in-Possession)**

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
**(Counsel to Debtors and Debtors-in-Possession)**

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**(Counsel to Debtor)**

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
**(Counsel to Debtor)**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
**(United States Trustee)**

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
**(Counsel to Official Committee of Unsecured Creditors)**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**(Counsel to Official Committee of Unsecured Creditors)**

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**(Counsel for The Chase Manhattan Bank)**

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
**(Counsel to Official Committee of Unsecured Creditors)**

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**(Local Counsel to DIP Lender)**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to DIP Lender)**

| | |
|---|---|
| Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE  19899<br>***(Counsel for Property Damage Claimants)*** | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena<br>   Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL  33131<br>***(Official Committee of Property Damage Claimants)*** |
| Matthew G. Zaleski, III, Esquire<br>Campbell & Levine<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br>***(Counsel to Personal Injury Committee)*** | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022<br>***(Official Committee of Personal Injury Claimants)*** |
| | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005<br>***(Official Committee of Personal Injury Claimants)*** |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801<br>***(Equity Committee Counsel)*** | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>***(Equity Committee Counsel)*** |

*G:\Docs\CLIENT\220305\11221\pleading\00133503.DOC*