## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
2500 FIRST UNION FINANCIAL CENTER
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com
————

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

October 18, 2002

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  59037

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2002

Atty - SLB

RE:    01- Case Administration

Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/02 | SLB | 0.80 | 360.00 | Telephone conference with M. Dies, D. Speights and J. Sakalo regarding notice program, appeals, experts, etc. (.8). |
| 08/01/02 | NP | 0.20 | 12.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 08/02/02 | SLB | 1.00 | 450.00 | Telephone call from D. Speights regarding status of various matters (.4); several emails from D. Speights and email to D. Speights regarding protocol for distribution of documents (.6). |
| 08/02/02 | NP | 0.20 | 12.00 | Download copy of docket for Jay Sakalo (.2) |
| 08/05/02 | JMS | 0.70 | 164.50 | Telephone conference with G. Martin regarding potential PD claims (.7). |
| 08/05/02 | NP | 3.20 | 192.00 | Pull docket list for Jay Sakalo (.2) Search through documents for redaction stamps and make list on bate stamp numbers (3) |
| 08/06/02 | SLB | 0.20 | 90.00 | Email from and to J. Sakalo regarding motion to extend exclusivity (.1). |
| 08/06/02 | JMS | 1.30 | 305.50 | Review motion of debtors to extend exclusivity for 6 months and email to S. Baena thereon (.6); review unsecured creditors' brief on PI estimation (.7)). |
| 08/06/02 | NP | 0.20 | 12.00 | Pull docket list for Jay Sakalo (.2) |
| 08/07/02 | SLB | 2.80 | 1,260.00 | Review response of Unsecured Creditors Committee and PI case management proposal (.7); email to Todd Hilsee regarding notice program (.2); review privilege log (.4); review debtor's motion to extend exclusivity (.3); email response from and to T. Hilsee (.3); review unredacted proposal by PI committee (.9). |
| 08/07/02 | JMS | 1.70 | 399.50 | Review response of Select Asbestos claimants to PI estimation (.8); review ordinary course professionals list and letter to J. Kapp thereon (.6); review emails from notice expert (.3). |
| 08/07/02 | NP | 0.20 | 12.00 | Pull docket list for Jay Sakalo (.2) |
| 08/08/02 | SLB | 0.40 | 180.00 | Telephone conference with T. Hilsee regarding notice survey (.4). |
| 08/08/02 | JMS | 1.40 | 329.00 | Review docket (.4); emails to committee regarding responses to PI estimation brief (1.0). |
| 08/08/02 | JMS | 0.40 | 94.00 | Review Gerard motion for posting of bond (.4). |
| 08/08/02 | NP | 0.20 | 12.00 | Pull docket list for Jay Sakalo (.2) |
| 08/09/02 | JMS | 0.70 | 164.50 | Review transcript regarding motion for clarification, draft proposed order and email to J. Baer thereon (.7). |
| 08/09/02 | NP | 0.20 | 12.00 | Pull docket list for Jay Sakalo (.2). |
| 08/12/02 | SLB | 1.00 | 450.00 | Emails from and to T. Hilsee regarding survey (.5); telephone call from E. Wolforth regarding motion for leave to appeal case management order and email to D. Speights and M. Dies regarding same (.2); two telephone calls from T. Hilsee regarding survey (.3). |
| 08/12/02 | JMS | 1.20 | 282.00 | Emails from/to T. Hilsee regarding adequacy of notice (.6); email from J. Baer regarding proposed order on motion for clarification, revise same and email to T. Tacconelli thereon (.6). |

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 08/13/02 | SLB | 0.20 | 90.00 | Emails to and from F. Rabinovitz regarding notice survey (.2). |
| 08/13/02 | JMS | 0.40 | 94.00 | Email to T. Tacconelli regarding certification of counsel regarding motion for clarification of bar date order and review draft of same (.4). |
| 08/13/02 | NP | 0.20 | 12.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 08/14/02 | JMS | 0.90 | 211.50 | Telephone conference with L.M. Sharpe (ZAI claimant) regarding ZAI claims (.6); review docket (.3). |
| 08/14/02 | NP | 0.20 | 12.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 08/15/02 | SLB | 2.20 | 990.00 | Review Equity Committee's brief on PI claims (.3); telephone conference with F. Rabinovitz and R. Sims regarding notice issues (.9); email to D. Speights regarding same (.2); email to K. Cordry regarding same (.2); attention to National Schools and National Colleges opt outs and email to R. Sims regarding same (.6). |
| 08/15/02 | NP | 0.40 | 24.00 | Download and print copy of docket for Jay Sakalo (.2) verify docket index (.2) |
| 08/16/02 | SLB | 0.50 | 225.00 | Review order denying PD Committee leave to appeal case management order and memorandum to client regarding same (.5). |
| 08/19/02 | JMS | 0.30 | 70.50 | Review draft agenda for 8/26 hearing (.3). |
| 08/19/02 | NP | 1.00 | 60.00 | Download and print copy of the docket report for Jay Sakalo (.2) download and save various pleadings (.2) meet with Jay Sakalo and began hearing notebook (.6) |
| 08/20/02 | SLB | 0.60 | 270.00 | Telephone call from M. Dies regarding proof of claim (.4); review August 26 Preliminary Hearing agenda (.2). |
| 08/20/02 | JMS | 0.70 | 164.50 | Review hearing notebook (.3); review case docket (.4). |
| 08/20/02 | NP | 4.70 | 282.00 | Download and print copy of the docket for Jay Sakalo (.2); download pleadings for hearing notebook (2.00) organize documents and prepare hearing notebook (2.5) |
| 08/21/02 | NP | 0.20 | 12.00 | Download and print copy of the docket for Jay Sakalo (.2) |
| 08/22/02 | JMS | 0.40 | 94.00 | Review docket (.4). |
| 08/24/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 08/25/02 | SLB | 1.30 | 585.00 | Prepare for August 26th hearing (1.3). |
| 08/26/02 | SLB | 1.00 | 450.00 | Pre-hearing meeting with D. Scott and J. Sakalo, later joined by E. Westbrook and R. Turkewitz regarding hearing agenda and ZAI litigation (1.0). |
| 08/27/02 | SLB | 0.20 | 90.00 | Review file and letter to J. Fitzgerald regarding ZAI (.2). |
| 08/28/02 | SLB | 0.10 | 45.00 | Telephone call from W. Smith regarding spreadsheet (.1). |
| 08/28/02 | JMS | 0.40 | 94.00 | Telephone conference with R. Higgins regarding ordinary course professionals and follow up email to committee thereon (.4). |
| 08/28/02 | NP | 0.20 | 12.00 | Download copy of Docket for Jay Sakalo (.2) |
| 08/29/02 | NP | 0.20 | 12.00 | Download copy of Docket for Jay Sakalo (.2) |

**PROFESSIONAL SERVICES**                                                              $8,739.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 07/16/02 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 802415399; DATE: 7/31/02 - Westlaw Charges | 35.90 |
| 07/29/02 | AirfareTravel to Illinois - VENDOR: AMERICAN EXPRESS; INVOICE#: ADL-08/29/02; DATE: 8/29/02 - Acct. #3732-728259-93003 | 1,739.00 |
| 07/30/02 | AirfareTravel to Washinton, D.C. - VENDOR: AMERICAN EXPRESS; INVOICE#: ADL-08/29/02; DATE: 8/29/02 - Acct. #3732-728259-93003 | 746.00 |
| 08/01/02 | Long Distance Telephone(704) 392-1200 | 29.09 |
| 08/01/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2080413031; DATE: 8/4/02 - ACCT.#BILZIN01 | 46.63 |
| 08/01/02 | Car RentalTravel to Washington, D.C. - VENDOR: AMERICAN EXPRESS; INVOICE#: ADL-08/29/02; DATE: 8/29/02 - Acct. #3732-728259-93003 | 81.05 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 08/02/02 | Photocopies  18.00pgs @ .15/pg | 2.70 |
| 08/02/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/02/02 | Long Distance Telephone(803) 943-6047 | 2.03 |
| 08/02/02 | Long Distance Telephone(646) 638-0653 | 0.68 |
| 08/02/02 | Long Distance Telephone(509) 455-9555 | 10.82 |
| 08/05/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/05/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/05/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/05/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/05/02 | Long Distance Telephone(409) 883-4394 | 1.35 |
| 08/05/02 | Long Distance Telephone(323) 651-1808 | 5.41 |
| 08/05/02 | Long Distance Telephone(212) 688-2550 | 6.09 |
| 08/05/02 | Long Distance Telephone(803) 943-4599 | 1.35 |
| 08/05/02 | Long Distance Telephone(409) 883-4814 | 1.35 |
| 08/05/02 | Long Distance Telephone(310) 645-9000 | 4.74 |
| 08/06/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 08/06/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/06/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/06/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/06/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/06/02 | Long Distance Telephone(212) 813-1703 | 2.71 |
| 08/06/02 | Long Distance Telephone(615) 256-3439 | 0.68 |
| 08/06/02 | Long Distance Telephone(803) 943-4599 | 2.03 |
| 08/06/02 | Long Distance Telephone(409) 883-4814 | 1.35 |
| 08/06/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 08/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 08/07/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 08/07/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 08/07/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 08/07/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 08/07/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 08/07/02 | Long Distance Telephone(646) 733-5682 | 1.35 |
| 08/07/02 | Long Distance Telephone(843) 727-6688 | 0.68 |
| 08/07/02 | Long Distance Telephone(803) 943-4599 | 1.35 |
| 08/07/02 | Long Distance Telephone(409) 883-4814 | 1.35 |
| 08/07/02 | Long Distance Telephone(843) 524-5708 | 14.88 |
| 08/08/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 08/08/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 08/08/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/08/02 | Postage | 0.37 |
| 08/08/02 | Postage | 0.60 |
| 08/08/02 | Long Distance Telephone(409) 883-4394 | 11.50 |
| 08/08/02 | Long Distance Telephone(843) 524-5708 | 10.15 |
| 08/08/02 | Long Distance Telephone(843) 524-1242 | 1.35 |
| 08/08/02 | Long Distance Telephone(215) 721-2120 | 6.09 |
| 08/08/02 | Long Distance Telephone(843) 768-2121 | 18.94 |
| 08/08/02 | Long Distance Telephone(212) 946-9440 | 0.68 |
| 08/08/02 | Meals SCOTT L. BAENA; INVOICE#: SLB-08/08/02; DATE: 8/8/02  -  CLIENT - 15537 | 40.00 |
| 08/08/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2081113182; DATE: 8/11/02  -  Acct.#BILZIN01 | 32.52 |
| 08/09/02 | Photocopies  293.00pgs @ .15/pg | 43.95 |
| 08/09/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 08/09/02 | Long Distance Telephone(409) 882-1731 | 3.38 |
| 08/09/02 | Long Distance Telephone(903) 454-3700 | 15.56 |
| 08/09/02 | Long Distance Telephone(803) 943-6047 | 0.68 |
| 08/09/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249778 DATE: 8/20/02 | 22.34 |
| 08/12/02 | Long Distance Telephone(803) 943-4444 | 0.68 |
| 08/12/02 | Long Distance Telephone(803) 943-4444 | 23.68 |
| 08/12/02 | Long Distance Telephone(409) 883-4394 | 18.27 |
| 08/13/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/13/02 | Long Distance Telephone(302) 575-1555 | 4.06 |
| 08/13/02 | Long Distance Telephone(803) 943-4444 | 24.35 |
| 08/13/02 | Long Distance Telephone(843) 524-5708 | 24.35 |
| 08/13/02 | Long Distance Telephone(302) 575-1555 | 5.41 |
| 08/13/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 08/14/02 | Photocopies  42.00pgs @ .15/pg | 6.30 |
| 08/14/02 | Long Distance Telephone(312) 861-2000 | 2.03 |
| 08/15/02 | Photocopies  38.00pgs @ .15/pg | 5.70 |
| 08/15/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 08/15/02 | Telecopies    76.00pgs @ .50/pg | 38.00 |
| 08/15/02 | Long Distance Telephone(503) 222-9122 | 33.15 |
| 08/15/02 | Long Distance Telephone(818) 400-5606 | 32.47 |
| 08/15/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 08/15/02 | Long Distance Telephone-Outside Services CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2081813339; DATE: 8/18/02  -  Acct.#BILZIN01 | 4.91 |
| 08/16/02 | Transcript of DepositionDeposition of Nick Bubnovich - ATKINSON-BAKER, INC.; INVOICE#: 9C05836A; DATE: 8/16/02  -  Client #15537 | 1,263.28 |
| 08/16/02 | Photocopies  37.00pgs @ .15/pg | 5.55 |
| 08/16/02 | Postage | 1.75 |
| 08/16/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 08/19/02 | Long Distance Telephone(212) 946-9440 | 3.38 |
| 08/19/02 | Long Distance Telephone(401) 438-5020 | 1.35 |
| 08/19/02 | Long Distance Telephone(212) 946-9432 | 12.85 |
| 08/19/02 | Long Distance Telephone(212) 813-9774 | 2.03 |
| 08/19/02 | Long Distance Telephone(401) 438-5020 | 3.38 |
| 08/19/02 | Long Distance Telephone(401) 438-5020 | 2.71 |
| 08/20/02 | Photocopies  183.00pgs @ .15/pg | 27.45 |
| 08/20/02 | Photocopies  10.00pgs @ .15/pg | 1.50 |
| 08/20/02 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 08/20/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/20/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 08/20/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 08/21/02 | Photocopies  17.00pgs @ .15/pg | 2.55 |
| 08/21/02 | Long Distance Telephone(803) 943-4444 | 2.03 |
| 08/21/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 08/21/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 08/22/02 | Photocopies  24.00pgs @ .15/pg | 3.60 |
| 08/22/02 | Photocopies - Outside Service NEW AGE IMAGE, INC.; INVOICE#: 15928; DATE: 8/22/02 - Client #15537 | 38.32 |
| 08/22/02 | MealsVENDOR: MIAMI CITY CLUB; INVOICE#: RMD-08/31/02; DATE: 8/31/02  -  Acct.#000693 | 48.39 |
| 08/23/02 | Photocopies  70.00pgs @ .15/pg | 10.50 |
| 08/23/02 | Long Distance Telephone(409) 883-4394 | 8.12 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 08/25/02 | AirfareTravel to Philadelphia - Continental Travel; INVOICE#: 272380; DATE: 8/23/02 - Client- 15537 ( J. Sakalo Travel For Hearing ) | 540.75 |
| 08/25/02 | LodgingVENDOR: JAY M. SAKALO; INVOICE#: JMS-08/27/02; DATE: 8/27/02 - Clients - Travel to Philadelphia | 230.70 |
| 08/25/02 | Fares, Mileage, ParkingTransportation PIA/WILMINGTON - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 110425L; DATE: 8/25/02 - Client - 15537 | 76.16 |
| 08/26/02 | AirfareTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/26/02; DATE: 8/26/02 - Client - 15537 | 1,369.00 |
| 08/26/02 | LodgingTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/26/02; DATE: 8/26/02 - Client - 15537 | 265.22 |
| 08/26/02 | MealsTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/26/02; DATE: 8/26/02 - Client - 15537 | 5.33 |
| 08/26/02 | Fares, Mileage, ParkingTaxi Fares - Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/26/02; DATE: 8/26/02 - Client - 15537  Travel to Philadelphia | 94.00 |
| 08/26/02 | Fares, Mileage, ParkingTransportation WILMINGTON/PIA - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 110476; DATE: 8/26/02 - Client - 15537 | 73.16 |
| 08/27/02 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 08/27/02 | Telecopies    12.00pgs @ .50/pg | 6.00 |
| 08/27/02 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 08/27/02 | Telecopies    12.00pgs @ .50/pg | 6.00 |
| 08/27/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 08/27/02 | Long Distance Telephone(412) 644-5448 | 2.71 |
| 08/27/02 | Long Distance Telephone(312) 861-2200 | 1.35 |
| 08/27/02 | Long Distance Telephone(509) 747-2323 | 1.35 |
| 08/27/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 08/27/02 | Fares, Mileage, ParkingTaxi fares - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/27/02; DATE: 8/27/02 - Clients - Travel to Philadelphia | 46.00 |
| 08/27/02 | MealsVENDOR: JAY M. SAKALO; INVOICE#: JMS-08/27/02; DATE: 8/27/02 - Clients - Travel to Philadelphia | 32.65 |
| 08/27/02 | Fares, Mileage, ParkingTransportation WILMINGTON/PIA - VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 110430; DATE: 8/27/02 - Client - 15537 | 73.16 |
| 08/27/02 | MealsVENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 5597489; DATE: 8/27/02 - Clients | 12.14 |
| 08/28/02 | Telecopies    70.00pgs @ .50/pg | 35.00 |
| 08/28/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 08/28/02 | Long Distance Telephone(803) 943-4444 | 13.53 |
| 08/28/02 | Long Distance Telephone(212) 278-1733 | 8.79 |
| 08/28/02 | Long Distance Telephone(803) 943-4444 | 5.41 |
| 08/29/02 | Long Distance Telephone(302) 575-1555 | 8.79 |
| 08/29/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2090113984; DATE: 9/1/02 - Acct. # BILZIN01 | 20.20 |
| 08/30/02 | Photocopies  167.00pgs @ .15/pg | 25.05 |
| 08/30/02 | Long Distance Telephone(202) 862-5000 | 2.03 |
| 08/30/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 0961249797 DATE: 9/11/02 | 11.55 |

| | |
|---|---|
| **TOTAL COSTS ADVANCED** | $7,649.47 |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 12.30 | 450.00 | $5,535.00 |
| Sakalo, Jay M | 10.70 | 235.00 | $2,514.50 |
| Pelleya, Nicolas | 11.50 | 60.00 | $690.00 |
| *TOTAL* | *34.50* | | *$8,739.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $4,394.75 |
| Car Rental | $81.05 |
| Photocopies | $144.00 |
| Photocopies - Outside Service | $38.32 |
| Fares, Mileage, Parking | $362.48 |
| Telecopies | $135.00 |
| Federal Express | $33.89 |
| Long Distance Telephone | $419.39 |
| Long Distance Telephone-Outside Services | $104.26 |
| Lodging | $495.92 |
| Meals | $138.51 |
| Postage | $2.72 |
| Transcript of Deposition | $1,263.28 |
| Westlaw-Online Legal Research | $35.90 |
| TOTAL | $7,649.47 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$16,388.97**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    02 - Debtors' Business Operations
Client No. 74817/15538

| 08/08/02 | JMS | 0.40 | 94.00 | Brief review of June operating report and letter to G. Boyer thereon (.4). |
| 08/13/02 | SLB | 0.40 | 180.00 | Review June operating report (.4). |
| 08/13/02 | JMS | 4.50 | 1,057.50 | Continue work on supplemental objection to Debtors' KERP, including conferences with S. Baena thereon (4.5). |
| 08/14/02 | SLB | 1.30 | 585.00 | Interoffice conference with J. Sakalo regarding KERP issues (.2); revise KERP supplemental objection (1.1). |
| 08/14/02 | JMS | 0.90 | 211.50 | Review 2nd quarter 10-Q (.9). |
| 08/22/02 | JMS | 0.40 | 94.00 | Review quarterly reports of sales and settlements (.4). |

**PROFESSIONAL SERVICES**                                                    $2,222.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 450.00 | $765.00 |
| Sakalo, Jay M | 6.20 | 235.00 | $1,457.00 |
| *TOTAL* | *7.90* | | *$2,222.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$2,222.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15539

RE:   03 - Creditors Committee

| 08/01/02 | SLB | 1.00 | 450.00 | Committee meeting (.8); telephone call from D. Speights regarding same (.2). |
|---|---|---|---|---|
| 08/01/02 | JMS | 1.10 | 258.50 | Prepare for committee call, including review of pending matters (.3); committee call (.8). |
| 08/05/02 | JMS | 0.50 | 117.50 | Revise minutes of meetings (.5). |
| 08/08/02 | SLB | 0.70 | 315.00 | Committee meeting (.7). |
| 08/08/02 | JMS | 1.00 | 235.00 | Prepare for committee call (.3); committee call (.7). |
| 08/22/02 | JMS | 0.40 | 94.00 | Committee call (.4). |
| 08/29/02 | JMS | 0.70 | 164.50 | Prepare for committee call (.2); committee conference call (.5). |

**PROFESSIONAL SERVICES**                                                $1,634.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 450.00 | $765.00 |
| Sakalo, Jay M | 3.70 | 235.00 | $869.50 |
| *TOTAL* | *5.40* | | *$1,634.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$1,634.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 07/01/02 | JMS | 0.30 | 70.50 | Telephone conference with W. Smith regarding response to initial report and follow conference with S. Baena thereon (.3). |
| 07/02/02 | SLB | 0.20 | 90.00 | Telephone call to W. Smith regarding fee objections (.2). |
| 07/12/02 | JMS | 0.30 | 70.50 | Review bill for May fees (.3). |
| 07/18/02 | JMS | 1.20 | 282.00 | Review bills for May fees (1.2). |
| 07/22/02 | JMS | 1.80 | 423.00 | Review/revise June bill (1.8). |
| 07/27/02 | SLB | 0.20 | 90.00 | Interoffice conference with J. Sakalo and email regarding treatment of fraudulent transfer fees in future fee applications (.2). |
| 07/30/02 | LMF | 2.00 | 200.00 | Review order regarding fees on fraudulent transfer matter (.5); conferences with J. Sakalo regarding order and revisions to Notice and Summary of Bilzin's fee applications (.3); meet with accounting regarding new procedures for preparing invoice andstatements (.3); prepare new notice and summary of interim fee application for Bilzin (.9). |
| 07/30/02 | JMS | 0.50 | 117.50 | Review and revise notice of fee application to comply with order withdrawing reference (.5). |
| 07/31/02 | LMF | 0.40 | 40.00 | Revise notice and summary and email to local counsel for filing (.4). |
| 07/31/02 | JMS | 0.20 | 47.00 | Review final May fee statement (.2). |
| 08/05/02 | SLB | 0.70 | 315.00 | Begin preparation of response to Fee Auditor's report (.7). |
| 08/05/02 | LMF | 0.30 | 30.00 | Review of auditor's final report regarding Bilzin's quarterly fee application (.3). |
| 08/06/02 | SLB | 3.00 | 1,350.00 | Telephone conference with W. Smith regarding Fee Auditor's Report on Fourth Quarter of Fee App (1.2); preparation of response to Fee Auditor's report (1.8). |
| 08/06/02 | LMF | 0.30 | 30.00 | Office conference with J. Sakalo regarding quarterly fee applications (.1); obtain copies of April and May bills for J. Sakalo to prepare description of services (.2). |
| 08/08/02 | SLB | 1.60 | 720.00 | Revise response to Fee Auditor report on Fourth Interim Quarterly fees (1.6). |
| 08/08/02 | JMS | 1.50 | 352.50 | Revise June bill (1.2); review response to Fee Auditor's final report (.3). |
| 08/09/02 | LMF | 0.30 | 30.00 | Attend to edited prebill and review of same (.3). |
| 08/09/02 | JMS | 0.40 | 94.00 | Further revision to response to Fee Auditor's final report (.2); email to T. Tacconelli thereon (.2). |
| 08/12/02 | LMF | 1.40 | 140.00 | Begin compiling invoices and drafting quarterly fee application (1.4). |
| 08/13/02 | LMF | 1.30 | 130.00 | Preparation of Notice and Summary of Fee Application for June for all matters and separately for fraudulent transfer matters (1.3). |
| 08/13/02 | JMS | 0.40 | 94.00 | Review June bill and attend to fee application issues (.4). |
| 08/14/02 | LMF | 1.60 | 160.00 | Meet with J. Sakalo and revise notices and summaries for June fees (1.6). |
| 08/15/02 | LMF | 0.60 | 60.00 | Finalize notices and summaries of June statement and submit to local counsel for filing and serving (.6). |
| 08/15/02 | JMS | 0.60 | 141.00 | Review/revise June application (.4); emails from/to T. Tacconelli thereon (.2). |
| 08/20/02 | LMF | 3.20 | 320.00 | Email to local counsel renotice for filing (.2); draft first quarterly application for fraudulent transfer actions and fifth quarterly for all other matters (1.9); complete exhibits (1.1). |
| 08/21/02 | JMS | 1.00 | 235.00 | Work on narrative for 5th iterim fee application (.8); telephone conference with L. Coggins regarding certificate of no objection. |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

|         |     |      |        | (.2). |
|---------|-----|------|--------|-------|
| 08/22/02 | JMS | 0.50 | 117.50 | Continue draft of narrative for quarterly application (.5). |
| 08/23/02 | JMS | 0.60 | 141.00 | Continue working on fee application narrative (.6). |
| 08/24/02 | JMS | 3.00 | 705.00 | Review quarterly fee applications for main case and fraudulent transfer case (3.0). |
| 08/26/02 | LMF | 1.00 | 100.00 | Review email message from J. Sakalo regarding revisions to quarterly fee applications (.1); revise and finalize 5th quarterly fee app for all matters (.8); emails revised documents to J. Sakalo for review (.1). |
| 08/28/02 | LMF | 0.70 | 70.00 | Revise quarterly fee applications (.7). |
| 08/28/02 | JMS | 0.70 | 164.50 | Receive and review fee auditors document regarding fee categories and compare to Bilzin compliance (.7). |

PROFESSIONAL SERVICES                                                    $6,930.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 5.70 | 450.00 | $2,565.00 |
| Sakalo, Jay M | 13.00 | 235.00 | $3,055.00 |
| Flores, Luisa M | 13.10 | 100.00 | $1,310.00 |
| *TOTAL* | *31.80* | | *$6,930.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$6,930.00**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 08 - Hearings                                                 Client No. 74817/15544

| | | | | |
|---|---|---|---|---|
| 08/24/02 | JMS | 0.30 | 70.50 | Prepare for and organize files for omnibus hearing (.3). |
| 08/25/02 | JMS | 2.00 | 470.00 | Prepare for 8/26 omnibus hearing en route to Wilmington (2.0). |
| 08/26/02 | SLB | 3.00 | 1,350.00 | Attend Omnibus Hearing (3.0). |
| 08/26/02 | JMS | 6.00 | 1,410.00 | Prepare for and attend omnibus hearing including pre-hearing meeting with D. Scott, R. Turkewitz & E. Westbrook (6.0). |

**PROFESSIONAL SERVICES**                                                    $3,300.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.00 | 450.00 | $1,350.00 |
| Sakalo, Jay M | 8.30 | 235.00 | $1,950.50 |
| *TOTAL* | *11.30* | | *$3,300.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$3,300.50**

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 08/14/02 | JMS | 0.50 | 117.50 | Telephone conference with J. Baer regarding claims register (.2); email to J. Baer regarding calls received from Grace bar date notice (.3). |
| 08/15/02 | SLB | 0.10 | 45.00 | Email from J. Baer to Rust Consulting regarding PD claims (.1). |
| 08/15/02 | JMS | 0.50 | 117.50 | Emails from J. Baer regarding claims database and claimant calls (.3); telephone call from/to M.Daslin thereon (.2). |
| 08/19/02 | JMS | 0.30 | 70.50 | Telephone conference with M. Daslin regarding claims register and follow up email thereon (.3). |
| 08/20/02 | SLB | 0.70 | 315.00 | Exchange of emails with D. Gropper (.5); review proposed revisions to motion (.2). |
| 08/21/02 | SLB | 0.30 | 135.00 | Email exchange with M. Bloom and D. Gropper (.3). |
| 08/22/02 | JMS | 0.50 | 117.50 | Telephone call to M. Daslin regarding claims register (.2); email from/to M. Daslin regarding same (.3). |
| 08/23/02 | JMS | 0.40 | 94.00 | Emails from/to M. Dalsin at Rust Consulting regarding claims database (.4). |
| 08/23/02 | JMS | 0.50 | 117.50 | Review claims database (.5). |

**PROFESSIONAL SERVICES**                                           $1,129.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.10 | 450.00 | $495.00 |
| Sakalo, Jay M | 2.70 | 235.00 | $634.50 |
| *TOTAL* | *3.80* | | *$1,129.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**              **$1,129.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 10 - Travel
Client No. 74817/15546

| 08/01/02 | ADL | 2.00 | 720.00 | Travel time to and from Columbia, travel for Norris and McGowan depositions (4.0) |
| 08/25/02 | SLB | 1.60 | 720.00 | Travel to Wilmington [non-working portion of trip] (3.2). |
| 08/25/02 | JMS | 1.50 | 352.50 | Travel to Wilmington (3.0). |
| 08/26/02 | SLB | 3.00 | 1,350.00 | Return to Miami (6.0). |

**PROFESSIONAL SERVICES** $3,142.50

**COSTS ADVANCED**

| 08/09/02 | Photocopies  18.00pgs @ .15/pg | 2.70 |

**TOTAL COSTS ADVANCED** $2.70

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lodish, Alvin D | 2.00 | 360.00 | $720.00 |
| Baena, Scott L | 4.60 | 450.00 | $2,070.00 |
| Sakalo, Jay M | 1.50 | 235.00 | $352.50 |
| *TOTAL* | *8.10* | | *$3,142.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Photocopies | $2.70 |
| TOTAL | $2.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$3,145.20**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB

RE**:**    27 - Litigation Consulting                                                      Client No. 74817/15563

| 08/27/02 | SLB | 0.40 | 180.00 | Email from and to D. Speights regarding effect of denial of motion for leave to file interlocutory appeal (.4). |
| 08/27/02 | JAM | 1.00 | 170.00 | Interoffice conference with S. Baena regarding whether denial of leave to appeal interlocutory order is itself as interlocutory order for purposes of appealing to Circuit Court (.3); research regarding appealing interlocutory order (.7). |

**PROFESSIONAL SERVICES**                                                                          $350.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 450.00 | $180.00 |
| Moore, John A | 1.00 | 170.00 | $170.00 |
| *TOTAL* | *1.40* | | *$350.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                              **$350.00**

# BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:     30 - Fee Application of Others                                          Client No. 74817/17781

| 08/01/02 | LMF | 0.70 | 70.00 | Emails to Hilsoft Notifications regarding application of payment, recovery of the 20% holdback and entry of order approving retention (.3); review court docket to confirm entry of order on retention (.4). |
|---|---|---|---|---|
| 08/05/02 | JMS | 0.80 | 188.00 | Review fee auditor's report regarding Reed Smith (.4); telephone conference with P. Silvern regarding protocal for filing fee applications (.4). |
| 08/06/02 | SLB | 0.30 | 135.00 | Review Gobbell Hays invoice and letter to Gobbell Hays regarding expense adjustment (.3). |
| 08/07/02 | SLB | 1.30 | 585.00 | Review Fee Auditor's report regarding Kramer Levin (.2); review Fee Auditor's report regarding Blackstone (.2); review Fee Auditor's report regarding Pitney Hardin and email to D. Speights and M. Dies regarding portions thereof (.4); review Fee Auditor's report regarding Reed Smith (.2); interoffice conference with R. Turken regarding ZAI letter to J. Wolin, amended witness list and August 16 status conference (.3). |
| 08/08/02 | JMS | 0.50 | 117.50 | Telephone conference with S. Lichtman regarding filing fee application procedure (.2); telephone conference with P. Silvern regarding fee application requirements (.3). |
| 08/09/02 | JMS | 0.30 | 70.50 | Review Fee Auditor's final report regarding Blackstone Group (.3). |
| 08/13/02 | SLB | 0.30 | 135.00 | Review fee application of Kramer Levin (.3). |
| 08/13/02 | LMF | 1.40 | 140.00 | Prepare notice and summary for June statement of Hamilton, Rabinovitz and Alschuler (.7); begin preparation of first quarterly fee application (.7). |
| 08/14/02 | LMF | 3.00 | 300.00 | Research court docket and files to obtain copies of PD Committee applications from 2001 that fee auditor's office requested (1.9); revise and email HR&A's June statement to local counsel for filing (1.1). |
| 08/14/02 | JMS | 0.30 | 70.50 | Review Reed Smith response to Fee Auditor's report regarding quarterly application (.3). |
| 08/15/02 | LMF | 2.90 | 290.00 | Complete first quarterly fee application for Hamilton, Rabinovitz and email to local counsel for filing (1.6); complete research of PD committee applications for 2001 and email to L. Ham at Warren H. Smith's office (.9); compile hard copies for mailing (.4). |
| 08/15/02 | JMS | 0.70 | 164.50 | Review/revise HR&A fee application (.4); conference with L. Flores regarding documents for fee auditor (.3). |
| 08/16/02 | LMF | 1.10 | 110.00 | Email finalized quarterly application for Hamilton, Rabinovitz for approval on certification (.2); telephone conference with local counsel regarding quarterly application and March statement (.4); revise quarterly to include March statement (.5); |
| 08/19/02 | LMF | 1.30 | 130.00 | Telephone conference with J. Hallwell regarding outstanding fees and expenses for their professional services (.3); meeting with accounting regarding processing of fees and payments to Hallwell (.4); email local counsel regarding the filing of HR&A's first quarterly application (.1); review invoices received from PD Committee member's counsel for reimbursement (.5). |
| 08/20/02 | SLB | 1.20 | 540.00 | Review Fifth Interim fee app of Reed Smith (.6); review quarterly fee app of Holmes Roberts & Owen (.2); review fee app of Casner & Edwards (.4). |
| 08/21/02 | LMF | 0.50 | 50.00 | Receive, review and revise July statement from HR&A in preparation for filing (.5). |

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| 08/22/02 | JMS | 1.30 | 305.50 | Review Casner fee application, Reed Smith fee application, special counsels fee applications (1.3). |
| 08/28/02 | LMF | 0.70 | 70.00 | Review invoice received from HR&A for July and prepare notice and summary for same (.7). |

**PROFESSIONAL SERVICES** $3,471.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.10 | 450.00 | $1,395.00 |
| Sakalo, Jay M | 3.90 | 235.00 | $916.50 |
| Flores, Luisa M | 11.60 | 100.00 | $1,160.00 |
| *TOTAL* | *18.60* | | *$3,471.50* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER** $3,471.50

## BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:     33 - Employee Benefits/Pension                                           Client No. 74817/17898

| | | | | |
|---|---|---|---|---|
| 08/01/02 | ADL | 6.60 | 2,376.00 | Review Norris and McGowan depositions (.6); take deposition of CEO Norris and V.P. Administration McGowan regarding motion to modify retention and benefits program (6.0). |
| 08/02/02 | ADL | 3.20 | 1,152.00 | Meet with S. Baena and J. Sakalo regarding Norris and McGowan depositions and position to take with court regarding retention program (.3); review Norris transcript, McGowan transcript and highlight for responsive pleading (2.90). |
| 08/05/02 | ADL | 3.30 | 1,188.00 | Review Bubnovitch transcript (.8); draft outline and comments per deposition for opposition to revision to retention and benefit plan and meet with J. Sakalo regarding depositions and positions (2.5). |
| 08/06/02 | ADL | 1.30 | 468.00 | Review and revise memo and outline of Grace depositions for S. Baena for reply to bankruptcy court. |
| 08/06/02 | JMS | 1.60 | 376.00 | Review deposition transcripts of McGowan and Norris in connection with supplemental response to Key Employee Retention Program (1.6). |
| 08/07/02 | ADL | 2.80 | 1,008.00 | Continue to revise summary of Norris, McGowan and Bubnovich deposition for reply to compensation revision. |
| 08/07/02 | JMS | 0.60 | 141.00 | Review of hearing transcript in connection with supplemental response to KERP (.6). |
| 08/08/02 | SLB | 0.30 | 135.00 | Conference with J. Sakalo regarding KERP objection (.3). |
| 08/08/02 | JMS | 2.30 | 540.50 | Conference with S. Baena regarding supplemental response to KERP (.3); review memo from A. Lodish regarding summary of KERP depositions and begin outline of supplemental response (2.0). |
| 08/09/02 | JMS | 0.80 | 188.00 | Review 7/20 transcript for KERP objection (.8). |
| 08/12/02 | JMS | 3.50 | 822.50 | Research case law regarding "sound business judgment" in connection with supplemental response to KERP (1.3); conference with S. Baena regarding supplemental response (.2); review Bubnovich deposition (1.0); begin draft of supplemental response (1.0). |
| 08/14/02 | JMS | 3.50 | 822.50 | Continue draft of supplemental response to KERP and conferences with S. Baena thereon (3.5). |
| 08/15/02 | SLB | 0.90 | 405.00 | Complete supplemental KERP objection (.9). |
| 08/15/02 | JMS | 5.00 | 1,175.00 | Revise and finalize supplemental objection, prepare exhibits and emails to T. Tacconelli and G. Boyer thereon (5.0). |
| 08/20/02 | JMS | 0.70 | 164.50 | Review article on key employee plans (.7). |
| 08/23/02 | JMS | 0.70 | 164.50 | Review Debtors' supplemental reply to KERP objection (.7). |

PROFESSIONAL SERVICES                                                                $11,126.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lodish, Alvin D | 17.20 | 360.00 | $6,192.00 |
| Baena, Scott L | 1.20 | 450.00 | $540.00 |
| Sakalo, Jay M | 18.70 | 235.00 | $4,394.50 |
| *TOTAL* | *37.10* | | *$11,126.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                      **$11,126.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

Atty - SLB
RE:   38 - ZAI Science Trial
Client No. 74817/17905

| | | | | |
|---|---|---|---|---|
| 08/06/02 | JMS | 1.10 | 258.50 | Review Debtors' revised budget for ZAI claims (.4); review ZAI claimants supplemental budget (.4); email to D. Scott regarding Debtors' ZAI budget (.3). |
| 08/07/02 | JMS | 5.10 | 1,198.50 | Analyze pleadings in connection with Zonolite trial issues and begin work on memorandum to committee (3.3); analyze historical breakdown of asbestos payments and begin work on memorandum to committee (1.8). |
| 08/08/02 | JMS | 0.60 | 141.00 | Emails to D. Speights regarding statements in various pleadings regarding ZAI (.6). |
| 08/19/02 | JMS | 0.30 | 70.50 | Review ZAI revised special counsel designation (.3). |

**PROFESSIONAL SERVICES**                                                                 $1,668.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 7.10 | 235.00 | $1,668.50 |
| *TOTAL* | *7.10* | | *$1,668.50* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$1,668.50**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lodish, Alvin D | 19.20 | 360.00 | $6,912.00 |
| Baena, Scott L | 34.80 | 450.00 | $15,660.00 |
| Flores, Luisa M | 24.70 | 100.00 | $2,470.00 |
| Sakalo, Jay M | 75.80 | 235.00 | $17,813.00 |
| Moore, John A | 1.00 | 170.00 | $170.00 |
| Pelleya, Nicolas | 11.50 | 60.00 | $690.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** $43,715.00

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $4,394.75 |
| Car Rental | $81.05 |
| Photocopies | $146.70 |
| Photocopies - Outside Service | $38.32 |
| Fares, Mileage, Parking | $362.48 |
| Telecopies | $135.00 |
| Federal Express | $33.89 |
| Long Distance Telephone | $419.39 |
| Long Distance Telephone-Outside Services | $104.26 |
| Lodging | $495.92 |
| Meals | $138.51 |
| Postage | $2.72 |
| Transcript of Deposition | $1,263.28 |
| Westlaw-Online Legal Research | $35.90 |

**TOTAL COSTS ADVANCED THIS PERIOD** $7,652.17

**TOTAL AMOUNT DUE THIS PERIOD** **$51,367.17**

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

---

**CLIENT SUMMARY**

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF – 08/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 8,739.50 | 7,649.47 | 16,388.97 |
| 02 - Debtors' Business Operations/15538 | 2,222.00 | 0.00 | 2,222.00 |
| 03 - Creditors Committee/15539 | 1,634.50 | 0.00 | 1,634.50 |
| 07 - Applicant's Fee Application/15543 | 6,930.00 | 0.00 | 6,930.00 |
| 08 - Hearings/15544 | 3,300.50 | 0.00 | 3,300.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,129.50 | 0.00 | 1,129.50 |
| 10 - Travel/15546 | 3,142.50 | 2.70 | 3,145.20 |
| 27 - Litigation Consulting/15563 | 350.00 | 0.00 | 350.00 |
| 30 - Fee Application of Others/17781 | 3,471.50 | 0.00 | 3,471.50 |
| 33 - Employee Benefits/Pension/17898 | 11,126.50 | 0.00 | 11,126.50 |
| 38 - ZAI Science Trial/17905 | 1,668.50 | 0.00 | 1,668.50 |
| Client Total | $43,715.00 | $7,652.17 | $51,367.17 |