**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500
MIAMI , FLORIDA  33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

───────

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE:  (954) 356-0030 • FAX:  (954) 356-0406

October 24, 2002

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   59273

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 23, 2002

Atty - SLB
RE:   01- Case Administration                                                                           Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2). |
| 09/04/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/05/02 | JMS | 0.20 | 47.00 | Review notice of hearing regarding personal injury case management conference and email to Committee thereon (.2). |
| 09/05/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/06/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/09/02 | NP | 0.40 | 34.00 | Download and print copy of docket for Jay Sakalo (.2) maintain pleading files (.2) |
| 09/10/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/11/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/12/02 | NP | 0.40 | 34.00 | Download and print copy of docket for Jay Sakalo (.2) download individual pleading (.2) |
| 09/13/02 | JMS | 1.00 | 235.00 | Telephone conference with E. Cottingham regarding bar date order and overall case status (.6); review/revise critical dates calendar and email to committee thereon (.4). |
| 09/13/02 | NP | 0.20 | 17.00 | Download and print copy of docket for Jay Sakalo (.2) |
| 09/16/02 | JMS | 0.30 | 70.50 | Review hearing agenda (.3). |
| 09/17/02 | JMS | 0.40 | 94.00 | Email to J. Baer regarding hearing agenda (.2); email to T. Tacconelli regarding telephonic participation in hearing (.2). |
| 09/17/02 | MW | 3.30 | 280.50 | Retrieve daily docket and save/print relevant documents for hearing notebooks. |
| 09/18/02 | JMS | 0.70 | 164.50 | Review certification of counsel with respect to order denying Gerald motion to reconsider (.2); review Debtors' reply to Gerald motion to require posting of bond (.2); review letter from Higgins regarding ordinary course professionals (.3). |
| 09/18/02 | JMS | 0.30 | 70.50 | Meet with M. Wong re: hearing notebook ( .3). |
| 09/18/02 | MW | 0.50 | 42.50 | Pull up case dockets and compile relevant documents. |
| 09/18/02 | MW | 0.30 | 25.50 | Meet with Jay M. Sakalo regarding hearing notebook. |
| 09/18/02 | MW | 1.70 | 144.50 | Compile, organize and index documents in preparation for 9/23 hearing. |
| 09/19/02 | SLB | 0.30 | 135.00 | Review revised Schedule E and F filed by debtors (.3). |
| 09/19/02 | MW | 1.00 | 85.00 | Pull case dockets and compile relevant documents. |
| 09/20/02 | JMS | 1.50 | 352.50 | Telephone conference with T. Tacconelli regarding participating by telephone (.2); review case docket for week (.3); telephone conferences (x2) with E. Westbrook regarding hearing on 9/23 (.4); review revised agenda for hearing (.2); emails from/to T. Tacconelli regarding participation by telephone (.4). |
| 09/20/02 | MW | 0.70 | 59.50 | Pull case dockets and compile relevant documents. |
| 09/23/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 09/23/02 | MW | 1.10 | 93.50 | Pull case dockets and compile relevant documents. |
| 09/24/02 | MW | 0.80 | 68.00 | Pull dockets and compile relevant documents. (.8). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 09/25/02 | JMS | 0.60 | 141.00 | Review case docket (.3); review orders entered at 9/23 hearing regarding Hilsoft, motion for clarification (.3). |
| 09/25/02 | MW | 2.20 | 187.00 | Pull case dockets and compile relevant documents. |
| 09/26/02 | MW | 0.60 | 51.00 | Pull case dockets and compile relevant documents. |
| 09/27/02 | JMS | 0.20 | 47.00 | Letter from Higgins regarding orders to the Court (.2). |
| 09/27/02 | MW | 0.70 | 59.50 | Pull dockets and compile relevant documents. |
| 09/30/02 | JMS | 0.60 | 141.00 | Review 9/23 transcript (.4); review docket (.2). |
| 09/30/02 | MW | 0.60 | 51.00 | Pull dockets and compile relevant documents. |

**PROFESSIONAL SERVICES** $2,879.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 09/01/02 | Long Distance Telephone(609) 361-9889 | 6.09 |
| 09/01/02 | Long Distance Telephone(202) 986-0050 | 10.15 |
| 09/02/02 | Transcript of DepositionVENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056148; DATE: 9/2/02 - Client #15537 | 1,804.65 |
| 09/03/02 | Long Distance Telephone(312) 861-6369 | 1.35 |
| 09/03/02 | Long Distance Telephone(803) 943-8094 | 1.35 |
| 09/03/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 09/05/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 09/05/02 | Long Distance Telephone(212) 813-1703 | 4.06 |
| 09/05/02 | Long Distance Telephone(202) 862-8852 | 0.68 |
| 09/06/02 | Photocopies 10.00pgs @ .15/pg | 1.50 |
| 09/06/02 | Photocopies 36.00pgs @ .15/pg | 5.40 |
| 09/06/02 | Photocopies 85.00pgs @ .15/pg | 12.75 |
| 09/06/02 | Telecopies 20.00pgs @ .50/pg | 10.00 |
| 09/06/02 | Telecopies 88.00pgs @ .50/pg | 44.00 |
| 09/06/02 | Telecopies 56.00pgs @ .50/pg | 28.00 |
| 09/06/02 | Telecopies 86.00pgs @ .50/pg | 43.00 |
| 09/06/02 | Long Distance Telephone(903) 453-2169 | 2.03 |
| 09/06/02 | Long Distance Telephone(409) 883-4394 | 2.71 |
| 09/06/02 | Long Distance Telephone(409) 883-4394 | 1.35 |
| 09/06/02 | Long Distance Telephone(409) 883-4394 | 2.03 |
| 09/06/02 | Long Distance Telephone(409) 883-4814 | 14.88 |
| 09/06/02 | Long Distance Telephone(409) 883-4814 | 9.47 |
| 09/06/02 | Long Distance Telephone(409) 883-4814 | 0.68 |
| 09/06/02 | Long Distance Telephone(409) 883-4814 | 12.85 |
| 09/06/02 | Long Distance Telephone(202) 862-7801 | 1.35 |
| 09/06/02 | Long Distance Telephone(409) 883-4394 | 22.32 |
| 09/09/02 | Telecopies 26.00pgs @ .50/pg | 13.00 |
| 09/09/02 | Telecopies 26.00pgs @ .50/pg | 13.00 |
| 09/09/02 | Telecopies 26.00pgs @ .50/pg | 13.00 |
| 09/09/02 | Telecopies 28.00pgs @ .50/pg | 14.00 |
| 09/09/02 | Telecopies 26.00pgs @ .50/pg | 13.00 |
| 09/09/02 | Telecopies 10.00pgs @ .50/pg | 5.00 |
| 09/09/02 | Telecopies 6.00pgs @ .50/pg | 3.00 |
| 09/09/02 | Long Distance Telephone(609) 361-9889 | 2.03 |
| 09/09/02 | Long Distance Telephone(312) 984-7759 | 6.09 |
| 09/10/02 | Photocopies 4.00pgs @ .15/pg | 0.60 |
| 09/10/02 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 09/10/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 09/10/02 | Long Distance Telephone(212) 813-9774 | 0.68 |
| 09/10/02 | Long Distance Telephone(212) 813-9774 | 7.44 |
| 09/10/02 | Long Distance Telephone(214) 698-3868 | 0.68 |
| 09/10/02 | Long Distance Telephone(214) 698-3868 | 25.71 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 09/10/02 | Long Distance Telephone(212) 813-9774 | 1.35 |
| 09/10/02 | Long Distance Telephone(310) 645-9000 | 6.09 |
| 09/10/02 | Long Distance Telephone(302) 426-1900 | 4.06 |
| 09/10/02 | Long Distance Telephone(212) 813-9774 | 1.35 |
| 09/10/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 09/10/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 09/11/02 | Long Distance Telephone(312) 861-2000 | 10.82 |
| 09/11/02 | Long Distance Telephone(212) 313-9307 | 1.35 |
| 09/11/02 | Long Distance Telephone(903) 454-3700 | 1.35 |
| 09/12/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 09/12/02 | Photocopies  160.00pgs @ .15/pg | 24.00 |
| 09/12/02 | Long Distance Telephone(212) 506-2999 | 27.74 |
| 09/12/02 | Long Distance Telephone(409) 883-4394 | 0.68 |
| 09/12/02 | Long Distance Telephone(212) 594-5300 | 13.53 |
| 09/13/02 | Long Distance Telephone(843) 216-9148 | 1.35 |
| 09/13/02 | Long Distance Telephone(214) 698-3868 | 0.68 |
| 09/17/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 09/17/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 09/18/02 | Long Distance Telephone(214) 698-3868 | 2.03 |
| 09/18/02 | Long Distance Telephone(212) 946-9432 | 10.15 |
| 09/19/02 | Photocopies  86.00pgs @ .15/pg | 12.90 |
| 09/19/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 09/19/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2092215155; DATE: 9/22/02 - Acct.#BILZIN01 | 29.07 |
| 09/20/02 | Photocopies  20.00pgs @ .15/pg | 3.00 |
| 09/20/02 | Telecopies   42.00pgs @ .50/pg | 21.00 |
| 09/20/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 09/20/02 | Long Distance Telephone(212) 558-5500 | 1.35 |
| 09/20/02 | Long Distance Telephone(202) 744-6750 | 0.68 |
| 09/20/02 | Long Distance Telephone(214) 698-3868 | 5.41 |
| 09/20/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 09/20/02 | Long Distance Telephone(212) 319-7125 | 1.35 |
| 09/20/02 | Long Distance Telephone(212) 813-1300 | 1.35 |
| 09/20/02 | Long Distance Telephone(843) 727-6513 | 2.03 |
| 09/20/02 | Long Distance Telephone(843) 727-6688 | 2.71 |
| 09/20/02 | Long Distance Telephone(202) 744-6750 | 1.35 |
| 09/20/02 | Long Distance Telephone(843) 727-6513 | 0.68 |
| 09/21/02 | Long Distance Telephone(908) 769-4387 | 10.15 |
| 09/21/02 | Long Distance Telephone(212) 517-8080 | 0.68 |
| 09/21/02 | Long Distance Telephone(803) 943-6047 | 5.41 |
| 09/21/02 | Long Distance Telephone(202) 862-5081 | 1.35 |
| 09/23/02 | Photocopies  1753.00pgs @ .15/pg | 262.95 |
| 09/23/02 | Long Distance Telephone(302) 691-6119 | 1.35 |
| 09/23/02 | Long Distance Telephone(302) 575-1555 | 0.68 |
| 09/23/02 | Long Distance Telephone(302) 575-1555 | 14.21 |
| 09/24/02 | Long Distance Telephone(212) 313-9307 | 1.35 |
| 09/25/02 | Photocopies  40.00pgs @ .15/pg | 6.00 |
| 09/25/02 | Telecopies   108.00pgs @ .50/pg | 54.00 |
| 09/25/02 | Long Distance Telephone(212) 813-1703 | 3.38 |
| 09/25/02 | Long Distance Telephone(310) 825-7460 | 8.79 |
| 09/25/02 | Long Distance Telephone(212) 813-0580 | 4.74 |
| 09/26/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 09/26/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 09/26/02 | Long Distance Telephone(415) 989-1801 | 0.68 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| 09/27/02 | Long Distance Telephone(214) 698-3868 | | 1.35 |
| 09/30/02 | Photocopies  1.00pgs @ .15/pg | | 0.15 |
| 09/30/02 | Photocopies  20.00pgs @ .15/pg | | 3.00 |
| 09/30/02 | Photocopies  27.00pgs @ .15/pg | | 4.05 |
| 09/30/02 | Photocopies  742.00pgs @ .15/pg | | 111.30 |
| 09/30/02 | Photocopies  2.00pgs @ .15/pg | | 0.30 |
| 09/30/02 | Telecopies  4.00pgs @ .50/pg | | 2.00 |
| 09/30/02 | Long Distance Telephone(213) 892-4000 | | 0.68 |
| 09/30/02 | Long Distance Telephone(302) 651-7700 | | 0.68 |

**TOTAL COSTS ADVANCED** $2,867.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 450.00 | $135.00 |
| Sakalo, Jay M | 6.00 | 235.00 | $1,410.00 |
| Wong, Nichole | 13.50 | 85.00 | $1,147.50 |
| Pelleya, Nicolas | 2.20 | 85.00 | $187.00 |
| *TOTAL* | *22.00* | | *$2,879.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $448.05 |
| Telecopies | $282.00 |
| Long Distance Telephone | $303.73 |
| Long Distance Telephone-Outside Services | $29.07 |
| Transcript of Deposition | $1,804.65 |
| TOTAL | $2,867.50 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $5,747.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 02 - Debtors' Business Operations                                    Client No. 74817/15538

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/18/02 | JMS | 0.30 | 70.50 | Review monthly operating report for July 2002 and letter to G. Boyer thereon (.3). |
| 09/19/02 | SLB | 0.60 | 270.00 | Review July 2002 monthly operating report (.6). |

**PROFESSIONAL SERVICES**                                                        $340.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 450.00 | $270.00 |
| Sakalo, Jay M | 0.30 | 235.00 | $70.50 |
| *TOTAL* | *0.90* | | *$340.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                   **$340.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 03 - Creditors Committee

Atty - SLB
Client No. 74817/15539

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/05/02 | SLB | 0.50 | 225.00 | Committee meeting (.5). |
| 09/05/02 | JMS | 0.70 | 164.50 | Prepare for and attend committee call (.7). |
| 09/17/02 | JMS | 0.20 | 47.00 | Emails from/to J. Schwartz regarding Prudential representatives on committee (.2). |
| 09/19/02 | JMS | 0.80 | 188.00 | Prepare for committee call and participate in same (.8). |
| 09/26/02 | SLB | 1.30 | 585.00 | Committee meeting. |
| 09/26/02 | JMS | 1.70 | 399.50 | Prepare for committee call (.4); committee call (1.3). |

**PROFESSIONAL SERVICES** $1,609.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.80 | 450.00 | $810.00 |
| Sakalo, Jay M | 3.40 | 235.00 | $799.00 |
| *TOTAL* | *5.20* | | *$1,609.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,609.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application |  |  | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/02 | LMF | 0.20 | 20.00 | Compile copies of all invoices from 4/1/01 through 3/1/02 (.2). |
| 09/03/02 | JMS | 0.40 | 94.00 | Conference with N. Wong regarding spreadsheet requested by fee examiner (.4). |
| 09/03/02 | MW | 0.40 | 34.00 | Meet with Jay regarding organization of billing. |
| 09/03/02 | MW | 2.20 | 187.00 | Review and revise 4/01-6/02 bills according to new service categories. |
| 09/04/02 | MW | 1.50 | 127.50 | Review and revise time billed according to new service categories. |
| 09/04/02 | MW | 5.90 | 501.50 | Create spreadsheet of client costs using new service categories. |
| 09/05/02 | MW | 1.80 | 153.00 | Revise and make corrections to spreadsheet thereon. |
| 09/06/02 | SJA | 2.00 | 200.00 | Review and revise July prebill (2.0). |
| 09/09/02 | SLB | 0.30 | 135.00 | Review Fee Auditor's initial report on fees (.3). |
| 09/09/02 | LMF | 0.90 | 90.00 | Final revisions to quarterly fee applications (.6); email quarterlies and corresponding invoices to local counsel for filing (.3). |
| 09/09/02 | JMS | 2.90 | 681.50 | Finalize first quarterly for fraudulent transfer and fifth quarterly for other matters (1.3); review summary of fees incurred from beginning of case through current and re-categorization of fees pursuant to fee auditor request (1.2); review fee auditor's report regarding 1st and 3rd interim periods (.4). |
| 09/10/02 | JMS | 1.70 | 399.50 | Telephone conferences with L. Ferdinand and W. Smith regarding compliance with spreadsheet requirement for fees and expenses (1.3); review spreadsheet prepared by N. Wong (.4). |
| 09/10/02 | MW | 0.20 | 17.00 | Meet with Jay regarding billing spreadsheet. |
| 09/10/02 | MW | 3.50 | 297.50 | Revise and restructure spreadsheet thereon. |
| 09/11/02 | JMS | 0.40 | 94.00 | Review final spreadsheet for fee auditor and telephone conferences with J. Baer and R. Higgins regarding same (.4). |
| 09/11/02 | SJA | 0.50 | 50.00 | Finalize review of July invoice (.5). |
| 09/11/02 | MW | 0.20 | 17.00 | Meet with J. Sakalo regarding Hamilton and Conway fee applicant spreadsheets. |
| 09/11/02 | MW | 2.60 | 221.00 | Create and revise fee application spreadsheets for Hamilton, Conway, and Bilzin. |
| 09/13/02 | JMS | 0.40 | 94.00 | Finalize Bilzin spreadsheet and email to W. Smith and L. Ferdinand regarding same (.4). |
| 09/16/02 | MW | 0.30 | 25.50 | Revise and restructure billing spreadsheet. |
| 09/19/02 | JMS | 3.30 | 775.50 | Review and revise July prebill (2.2); begin draft of response to fee auditor's initial report regarding first, second and third quarterly applications (.8); review spreadsheet from L. Ferdinand regarding fees through fourth quarter (.3). |
| 09/19/02 | MW | 0.70 | 59.50 | Consult accounting department regarding Federal Express expense details in response to Fee Auditor's initial report. |
| 09/20/02 | JMS | 0.20 | 47.00 | Telephone conference with W. Smith regarding response to initial report (.2). |
| 09/23/02 | MW | 1.50 | 127.50 | Consult accounting department regarding Federal Express expense detail and create spreadsheet thereon. |
| 09/25/02 | JMS | 1.40 | 329.00 | Continue draft reply to fee auditor's initial report regarding first through third fee applications (1.4). |
| 09/27/02 | JMS | 1.70 | 399.50 | Continue draft of response to fee auditor (1.5); telephone conference with L. Ferdinand regarding same (.2). |
| 09/30/02 | LMF | 0.40 | 40.00 | Attention to final revisions to August fees (.4). |

**PROFESSIONAL SERVICES** $5,217.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 0.30 | 450.00 | $135.00 |
| Sakalo, Jay M | 12.40 | 235.00 | $2,914.00 |
| Flores, Luisa M | 1.50 | 100.00 | $150.00 |
| Anderson, Silvia J | 2.50 | 100.00 | $250.00 |
| Wong, Nichole | 20.80 | 85.00 | $1,768.00 |
| *TOTAL* | *37.50* | | *$5,217.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$5,217.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 08 - Hearings | | Atty - SLB<br>Client No. 74817/15544 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 09/23/02 | JMS | 0.70 | 164.50 | Prepare for telephonic appearance at hearing (.3); telephone conference with T. Tacconelli regarding recap of hearing results (.4). |

**PROFESSIONAL SERVICES** $164.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 235.00 | $164.50 |
| *TOTAL* | *0.70* | | *$164.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $164.50

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:   09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)   Client No. 74817/15545

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 09/05/02 | JMS | 0.80 | 188.00 | Review 8/23 list of PD claims from Rust Consulting and conference with N. Wong regarding same (.8). |
| 09/05/02 | MW | 0.80 | 68.00 | Meet with J. Sakalo regarding Property Damage Claim Register. |
| 09/05/02 | MW | 1.20 | 102.00 | Create Property Damage Claim Register spreadsheet. |
| 09/06/02 | JMS | 0.40 | 94.00 | Continue review of latest version of PD claims database and new claims forms filed (.4). |
| 09/06/02 | MW | 1.00 | 85.00 | Complete property damage claim register spreadsheet. |
| 09/09/02 | MW | 2.00 | 170.00 | Print and sort/organize new claim forms. |
| 09/12/02 | MW | 1.50 | 127.50 | Print and organize new property damage claim forms. |
| 09/12/02 | MW | 0.30 | 25.50 | Update property damage claims register. |
| 09/16/02 | MW | 0.30 | 25.50 | Update property damage claims register. |
| 09/18/02 | JMS | 0.60 | 141.00 | Review supplemental schedules for W.R. Grace-Conn (.6). |
| 09/19/02 | MW | 1.00 | 85.00 | Update property damage claims register. |
| 09/19/02 | MW | 1.00 | 85.00 | Print and sort new property damage claim forms. |
| 09/26/02 | MW | 0.50 | 42.50 | Update property damage claims register. |

**PROFESSIONAL SERVICES**                                                                 $1,239.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | 235.00 | $423.00 |
| Wong, Nichole | 9.60 | 85.00 | $816.00 |
| *TOTAL* | *11.40* | | *$1,239.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                            **$1,239.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE: 27 - Litigation Consulting     Client No. 74817/15563

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/23/02 | JMS | 1.30 | 305.50 | Review/analyze strategic alternatives regarding injunctions (1.3). |

**PROFESSIONAL SERVICES** $305.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.30 | 235.00 | $305.50 |
| *TOTAL* | *1.30* | | *$305.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$305.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 28 - Relief from Stay |  |  | Client No. 74817/15564 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/18/02 | JMS | 0.50 | 117.50 | Review motion of Bank of America for relief from automatic stay to setoff balances against outstanding letters of credit and email to S. Baena thereon (.5). |
| 09/24/02 | JMS | 0.40 | 94.00 | Review Wachovia motion for relief from stay (.4). |
| 09/30/02 | JMS | 4.50 | 1,057.50 | Research California law issues related to Bank of America motion for relief from automatic stay (3.8); telephone conferences with R. Higgins, J. Kapp regarding objection to Bank of America motion (.4); telephone call to and email to M. Collins regarding extension of time to file response (.3). |
| 09/30/02 | RMS | 0.60 | 204.00 | Conference with J. Sakalo regarding setoff and letter of credit issues. |

**PROFESSIONAL SERVICES** $1,473.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Siegel, Robert M | 0.60 | 340.00 | $204.00 |
| Sakalo, Jay M | 5.40 | 235.00 | $1,269.00 |
| *TOTAL* | *6.00* |  | *$1,473.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,473.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | RE: | 30 - Fee Application of Others |  | Atty - SLB<br>Client No. 74817/17781 |
|---|---|---|---|---|---|

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/09/02 | JMS | 0.20 | 47.00 | Telephone conference with P. Silvern regarding compliance with fee auditor spreadsheet (.2). |
| 09/10/02 | JMS | 0.60 | 141.00 | Telephone conference with P. Silvern regarding requirements for spreadsheet of fees and expenses (.3); telephone conferences with S. Jones regarding requirements for spreadsheet of fees and expenses (.3). |
| 09/11/02 | JMS | 0.30 | 70.50 | Review final spreadsheet for Conway, HRA (.3). |
| 09/13/02 | JMS | 0.70 | 164.50 | Telephone conference with S. Jones regarding CDG spreadsheet (.3); telephone conference with L. Ferdinand of CDG and HRA (.4). |
| 09/16/02 | LMF | 2.40 | 240.00 | Compile copies of all applications filed on behalf of the PD Committee members for reimbursement of expenses and prepare spreadsheet with totals for each application and each member (1.8); assist project assistant with updating spreadsheet for fee auditor (.6). |
| 09/16/02 | LMF | 1.40 | 140.00 | Draft first quarterly fee application for Hilsoft (1.4). |
| 09/16/02 | JMS | 0.80 | 188.00 | Emails from/to L. Ferdinand regarding Hilsoft (.3); telephone conference with T. Hilsee regarding fee application for April 2002 (.3); telephone conference with L. Flores regarding same (.2). |
| 09/16/02 | MW | 1.20 | 102.00 | Create spreadsheet for committee members' expenses. |
| 09/17/02 | LMF | 0.90 | 90.00 | Revise first quarterly fee application for Hilsoft Notifications and email to local counsel with copy of invoice for filing and serving (.9). |
| 09/17/02 | JMS | 0.70 | 164.50 | Review/revise Hilsee quarterly application and email to N. Wong regarding same (.7). |
| 09/17/02 | MW | 0.20 | 17.00 | Meet with J. Sakalo regarding committee member expense spreadsheet. |
| 09/17/02 | MW | 0.70 | 59.50 | Revise and restructure spreadsheet thereon. |
| 09/18/02 | JMS | 0.50 | 117.50 | Conference with N. Wong regarding Hilsoft spreadsheet and telephone conference with L. Ferdinand regarding same (.5). |
| 09/18/02 | MW | 0.10 | 8.50 | Meet with Jay M. Sakalo regarding Hilsoft fee application. |
| 09/18/02 | MW | 0.40 | 34.00 | Create spreadsheet for Hilsoft fee application. |
| 09/19/02 | JMS | 0.40 | 94.00 | Review spreadsheet from L. Ferdinand and email to G. Boyer, P. Silvern and T. Hilsee thereon (.4). |
| 09/23/02 | SLB | 0.20 | 90.00 | Email from and to F. Rabinovitz regarding fee auditor report (.2). |
| 09/23/02 | LMF | 0.40 | 40.00 | Review docket for Hilsoft fee application and confirm filing date to fee auditor's assistant and J. Sakalo (.4). |
| 09/23/02 | JMS | 0.60 | 141.00 | Emails from L. Ferdinand regarding HR&A fees and follow up thereon with N. Wong and L. Flores (.3); telephone conference with W. Smith regarding same (.1); emails from/to F. Rabinovitz regarding fee auditor report (.2). |
| 09/23/02 | MW | 0.80 | 68.00 | Calculate Hamilton fee breakdown for first interim application and revise fee application spreadsheet thereon. |
| 09/26/02 | LMF | 0.80 | 80.00 | Prepare notice and summary for Hamilton, Rabinovitz August fees and costs (.8). |
| 09/30/02 | LMF | 0.30 | 30.00 | Telephone conference with J. Hallowell regarding outstanding invoices and payments from debtor (.3). |
| 09/30/02 | LMF | 0.90 | 90.00 | Research to obtain back up to applications for reimbursement to the PD committee at the request of fee auditor (.9). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**PROFESSIONAL SERVICES** $2,217.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 450.00 | $90.00 |
| Sakalo, Jay M | 4.80 | 235.00 | $1,128.00 |
| Flores, Luisa M | 7.10 | 100.00 | $710.00 |
| Wong, Nichole | 3.40 | 85.00 | $289.00 |
| *TOTAL* | *15.50* | | *$2,217.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,217.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 33 - Employee Benefits/Pension | | Atty - SLB<br>Client No. 74817/17898 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/24/02 | JMS | 0.70 | 164.50 | Review motion to approve amendment of Norris employment contract (.7). |

**PROFESSIONAL SERVICES** $164.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 235.00 | $164.50 |
| *TOTAL* | *0.70* | | *$164.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$164.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
| RE: | 38 - ZAI Science Trial | | | Atty - SLB<br>Client No. 74817/17905 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 08/06/02 | JMS | 1.50 | 352.50 | Review Debtors' revised budget for ZAI claims (.4); review ZAI claimants supplemental budget (.4); email to D. Scott regarding Debtors' ZAI budget (.3); telephone conferences with A. King regarding Drier's orders (.4). |
| 09/03/02 | JMS | 0.20 | 47.00 | Email to D. Scott, D. Bernick regarding ZAI order (.2). |
| 09/04/02 | SLB | 0.80 | 360.00 | Review Judge Wolin's order on appeal by ZAI Claimants and explanatory memorandum to PD Committee (.8). |
| 09/04/02 | JMS | 0.40 | 94.00 | Review Wolin order regarding motion for leave to appeal (.4). |
| 09/18/02 | JMS | 0.90 | 211.50 | Review Debtors' objection to response of ZAI claimants with respect to scheduling order for ZAI science trial (.4); review discovery motion filed by ZAI claimants (.5). |
| 09/20/02 | JMS | 1.10 | 258.50 | Review attachments to ZAI motion to compel (.8); review Debtors' reply to motion to compel (.3). |
| 09/20/02 | MW | 1.20 | 102.00 | Compile attachments to memo supporting ZAI motion. |

**PROFESSIONAL SERVICES** $1,425.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 450.00 | $360.00 |
| Sakalo, Jay M | 4.10 | 235.00 | $963.50 |
| Wong, Nichole | 1.20 | 85.00 | $102.00 |
| *TOTAL* | *6.10* | | *$1,425.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,425.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 4.00 | 450.00 | $1,800.00 |
| Flores, Luisa M | 8.60 | 100.00 | $860.00 |
| Sakalo, Jay M | 40.90 | 235.00 | $9,611.50 |
| Siegel, Robert M | 0.60 | 340.00 | $204.00 |
| Anderson, Silvia J | 2.50 | 100.00 | $250.00 |
| Pelleya, Nicolas | 2.20 | 60.00 | $187.00 |
| Wong, Nichole | 48.50 | 85.00 | $4,122.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**             $17,035.00

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Overtime Air Conditioning & Services | $0.00 |
| Photocopies | $448.05 |
| Telecopies | $282.00 |
| Long Distance Telephone | $303.73 |
| Long Distance Telephone-Outside Services | $29.07 |
| Transcript of Deposition | $1,804.65 |

**TOTAL COSTS ADVANCED THIS PERIOD**             $2,867.50

**TOTAL AMOUNT DUE THIS PERIOD**             **$19,902.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF- 10/23/02**<br>**WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 2,879.50 | 2,867.50 | 5,747.00 |
| 02 - Debtors' Business Operations/15538 | 340.50 | 0.00 | 340.50 |
| 03 - Creditors Committee/15539 | 1,609.00 | 0.00 | 1,609.00 |
| 07 - Applicant's Fee Application/15543 | 5,217.00 | 0.00 | 5,217.00 |
| 08 - Hearings/15544 | 164.50 | 0.00 | 164.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,239.00 | 0.00 | 1,239.00 |
| 27 - Litigation Consulting/15563 | 305.50 | 0.00 | 305.50 |
| 28 - Relief from Stay/15564 | 1,473.00 | 0.00 | 1,473.00 |
| 30 - Fee Application of Others/17781 | 2,217.00 | 0.00 | 2,217.00 |
| 33 - Employee Benefits/Pension/17898 | 164.50 | 0.00 | 164.50 |
| 38 - ZAI Science Trial/17905 | 1,425.50 | 0.00 | 1,425.50 |
| Client Total | $17,035.00 | $2,867.50 | $19,902.50 |