IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* [1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: 11/18/02 Agenda Item Nos. 1 & 2.
**Numerous Docket Numbers.**[2]

# CERTIFICATION OF COUNSEL WITH RESPECT TO REVISED FEE AUDITOR PROJECT CATEGORY SUMMARIES OF PROFESSIONAL FEES FOR THE FIRST, SECOND, THIRD AND FIFTH INTERIM FEE PERIODS

1. The undersigned counsel hereby submits, on behalf of the Fee Auditor, Warren H. Smith, the **Revised** (A) First Quarter Project Category Summary, (B) Second Quarter

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Re: Docket Nos. 747, 748, 767, 770, 775, 776, 783, 796, 829, 883, 953, 955, 1036, 1055, 1056, 1068, 1090, 1092, 1103, 1105, 1227, 1230, 1301, 1429, 1468, 1481, 1486, 1543, 1557, 1576, 1585, 1591, 1610, 1612, 1613, 1623, 1642, 1644, 1647, 1658, 1659, 1660, 1718, 1748, 1823, 1871, 2050, 2066, 2172, 2246, 2253, 2255, 2257, 2395, 2501, 2519, 2522, 2534, 2538, 2550, 2551, 2557, 2558, 2565, 2566 2608, 2636, 2638, 2640, 2642, 2671, 2681, 2700, 2702, 2719, 2723, 2843, 2950, 2956, 2989, 3001.

Project Category Summary, (C) Third Quarter Project Category Summary, and (D) Fifth Quarter Project Category Summary (together, the "Project Summaries")

2. The Project Summaries were prepared by the Fee Auditor at the Court's request.

3. The previous Project Summaries, filed with the Court on November 18, 2002, contained the project category totals for the respective quarters and the sum of the project category totals. It was noted by the various parties and the Fee Auditor that in a number of cases the sum of the project category totals was less than the total fees sought on the original fee applications. The discrepancies result from the fact that during the painstaking process of recategorizing fees it was inevitable that some time would be lost due to mathematical or clerical error. Where the difference was small it was not efficient nor effective to try to determine where the error lie. In order to provide an accurate picture for the Court's analysis, the Fee Auditor thought it best to revise the Project Summaries to reflect both the recategorized totals, as well as the totals sought by the professionals on the respective fee applications.

4. The respective Interim Fee Applications are scheduled to be heard at the November 25, 2002 omnibus hearing.

Dated: November 22, 2002

                                        KIRKLAND & ELLIS
David M. Bernick
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000
(312) 861-2200 (fax)

91100-001\DOCS_DE:59356.1

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

*Scotta McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705  (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:59356.1