# Exhibit A

WR GRACE

1st Quarter Project Category Summary

1 of 13

| Category | Bilzin Sumberg | | Blackstone Group | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 1,332.50 | 1,332.50 | 247.46 | 247.46 |
| 03 - Business Operations | 5,071.00 | 5,071.00 | 0.00 | 0.00 |
| 04 - Case Administration | 131,619.50 | 131,619.50 | 29,942.46 | 29,942.46 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 26,160.50 | 26,160.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 500.00 | 500.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 50,523.00 | 50,523.00 | 68,051.05 | 68,051.05 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 14,352.59 | 14,352.59 |
| 09 - Employment Applications, Applicant | 1,835.50 | 1,835.50 | 1,732.21 | 1,732.21 |
| 10 - Employment Applications, Others | 24,710.00 | 24,710.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 10,407.00 | 10,407.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 2,219.00 | 2,219.00 | 0.00 | 0.00 |
| 13 - Financing | 8,272.50 | 8,272.50 | 0.00 | 0.00 |
| 14 - Hearings | 2,015.00 | 2,015.00 | 4,206.79 | 4,206.79 |
| 15 - Litigation and Litigation Consulting | 120,007.50 | 120,007.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 212.50 | 212.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 247.46 | 247.46 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,611.25 | 1,611.25 | 29,942.46 | 29,942.46 |
| 21 - Valuation | 0.00 | 0.00 | 38,356.05 | 38,356.05 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 268,244.87 | 268,244.87 |
| 27 - Corporate Finance | 0.00 | 0.00 | 63,844.26 | 63,844.26 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **386,496.75** | **386,496.75** | **519,167.66** | **519,167.66** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **43,268.05** | **43,268.05** | **7,663.95** | **7,663.95** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **429,764.80** | **429,764.80** | **526,831.61** | **526,831.61** |
| FEE APPLICATION - TOTAL FEES | 389,683.75 | | 519,166.67 | |
| FEE APPLICATION - TOTAL EXPENSES | 43,268.05 | | 7,663.95 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **432,951.80** | | **526,830.62** | |

WR GRACE
1st Quarter Project Category Summary

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 2,607.50 | 2,607.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 275.00 | 275.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 1,641.50 | 1,641.50 |
| 04 - Case Administration | 1,917.00 | 1,917.00 | 37,614.50 | 37,614.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,945.00 | 2,945.00 | 2,230.00 | 2,230.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,400.00 | 2,400.00 | 17,006.00 | 17,006.00 |
| 08 - Employee Benefits/Pension | 2,230.00 | 2,230.00 | 2,550.00 | 2,550.00 |
| 09 - Employment Applications, Applicant | 1,610.00 | 1,610.00 | 4,788.00 | 4,788.00 |
| 10 - Employment Applications, Others | 292.50 | 292.50 | 1,926.00 | 1,926.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 424.00 | 424.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,705.00 | 1,705.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 1,012.50 | 1,012.50 | 29,150.00 | 29,150.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 3,425.00 | 3,425.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 16,994.50 | 16,994.50 | 100,755.00 | 100,755.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,653.14 | 1,653.14 | 8,195.21 | 8,195.21 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 18,647.64 | 18,647.64 | 108,950.21 | 108,950.21 |
| FEE APPLICATION - TOTAL FEES | 16,994.50 | 16,994.50 | 100,755.00 | |
| FEE APPLICATION - TOTAL EXPENSES | 1,653.14 | 1,653.14 | 8,195.21 | |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 18,647.64 | | 108,950.21 | |

**WR GRACE**

1st Quarter Project Category Summary

| Category | Committee: Asbestos Property Damage | |
|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | 35,875.33 | 35,875.33 |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | 35,875.33 | 35,875.33 |
| FEE APPLICATION - TOTAL FEES | 0.00 | |
| FEE APPLICATION - TOTAL EXPENSES | 35,875.33 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | 35,875.33 | |

WR GRACE

1st Quarter Project Category Summary

4 of 13

| Category | Conway Del Genio[3] | | Duane Morris | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.0 | 0.0 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.0 | 0.0 | 75.00 | 75.00 |
| 03 - Business Operations | 0.0 | 0.0 | 0.00 | 0.00 |
| 04 - Case Administration | 0.0 | 0.0 | 8,053.00 | 8,053.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.0 | 0.0 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.0 | 0.0 | 1,107.50 | 1,107.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 73.0 | 73.0 | 4,350.00 | 4,350.00 |
| 08 - Employee Benefits/Pension | 0.0 | 0.0 | 112.50 | 112.50 |
| 09 - Employment Applications, Applicant | 0.0 | 0.0 | 12,393.00 | 12,393.00 |
| 10 - Employment Applications, Others | 0.0 | 0.0 | 2,836.50 | 2,836.50 |
| 11 - Fee Applications, Applicant | 0.0 | 0.0 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.0 | 0.0 | 1,296.00 | 1,296.00 |
| 13 - Financing | 0.0 | 0.0 | 4,545.00 | 4,545.00 |
| 14 - Hearings | 0.0 | 0.0 | 3,516.00 | 3,516.00 |
| 15 - Litigation and Litigation Consulting | 0.0 | 0.0 | 3,030.00 | 3,030.00 |
| 16 - Plan and Disclosure Statement | 0.0 | 0.0 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.0 | 0.0 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.0 | 0.0 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.0 | 0.0 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 42.0 | 42.0 | 0.00 | 0.00 |
| 21 - Valuation | 0.0 | 0.0 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.0 | 0.0 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.0 | 0.0 | 0.00 | 0.00 |
| 24 - Other | 38.5 | 38.5 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.0 | 0.0 | 0.00 | 0.00 |
| 26 - Business Analysis | 318.0 | 318.0 | 0.00 | 0.00 |
| 27 - Corporate Finance | 3.0 | 3.0 | 0.00 | 0.00 |
| 28 - Data Analysis | 74.5 | 74.5 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 170,000.00 | 170,000.00 | 41,314.50 | 41,314.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 8,779.13 | 8,779.13 | 4,026.77 | 4,026.77 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 178,779.13 | 178,779.13 | 45,341.27 | 45,341.27 |
| FEE APPLICATION - TOTAL FEES | | 170,000.00 | | 41,314.50 |
| FEE APPLICATION - TOTAL EXPENSES | | 8,779.13 | | 4,026.77 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | | 178,779.13 | | 45,341.27 |

WR GRACE

1st Quarter Project Category Summary

5 of 13

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 8,092.00 | 8,092.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 40,674.00 | 40,674.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 3,989.00 | 3,989.00 | 17,794.50 | 17,794.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 47,077.50 | 47,077.50 |
| 09 - Employment Applications, Applicant | 444.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 698.00 | 698.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 21,311.50 | 21,311.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,385.00 | 1,385.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 3,373.00 | 3,373.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,022.50 | 1,022.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 69,148.00 | 69,148.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 19,003.50 | 19,003.50 | 196,005.50 | 196,005.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,378.06 | 4,378.06 | 7,094.17 | 7,094.17 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 23,381.56 | 23,381.56 | 203,099.67 | 203,099.67 |
| FEE APPLICATION - TOTAL FEES | 19,003.50 | | 196,005.50 | |
| FEE APPLICATION - TOTAL EXPENSES | 4,378.06 | | 7,094.17 | |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 23,381.56 | | 203,099.67 | |

WR GRACE     1st Quarter Project Category Summary

| Category | Holme Roberts[4] 1st Quarter | Cumulative thru 1st Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,392.50 | 2,392.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 100,883.00 | 100,883.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,230.00 | 1,230.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **104,505.50** | **104,505.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **30,395.15** | **30,395.15** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **134,900.65** | **134,900.65** |
| **FEE APPLICATION - TOTAL FEES** | 0.00 | |
| **FEE APPLICATION - TOTAL EXPENSES** | 0.00 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **0.00** | |

**WR GRACE**
1st Quarter Project Category Summary

| Category | Kirkland & Ellis | | Legal Analysis Systems | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 44,162.00 | 44,162.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 26,695.50 | 26,695.50 | 0.00 | 0.00 |
| 03 - Business Operations | 6,016.50 | 6,016.50 | 0.00 | 0.00 |
| 04 - Case Administration | 187,651.00 | 187,651.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 105,343.00 | 105,343.00 | 214.50 | 214.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 26,911.00 | 26,911.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 64,682.00 | 64,682.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 56,859.00 | 56,859.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 52,534.00 | 52,534.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 20,570.00 | 20,570.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 434.50 | 434.50 | 0.00 | 0.00 |
| 13 - Financing | 74,150.50 | 74,150.50 | 0.00 | 0.00 |
| 14 - Hearings | 58,648.50 | 58,648.50 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 717,254.50 | 717,254.50 | 5,077.00 | 5,077.00 |
| 16 - Plan and Disclosure Statement | 3,746.50 | 3,746.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 79,076.50 | 79,076.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 53,379.50 | 53,379.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 19,421.50 | 19,421.50 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 28,116.50 | 28,116.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 128,147.00 | 128,147.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **1,753,799.50** | **1,753,799.50** | **5,291.50** | **5,291.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **155,393.83** | **155,393.83** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **1,909,193.33** | **1,909,193.33** | **5,291.50** | **5,291.50** |
| FEE APPLICATION - TOTAL FEES | 1,753,799.50 | | 38,340.50 | |
| FEE APPLICATION - TOTAL EXPENSES | 155,393.83 | | 2,001.38 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **1,909,193.33** | | **40,341.88** | |

WR GRACE  
1st Quarter Project Category Summary

| Category | Pachulski Stang | |
|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 2,764.00 | 2,764.00 |
| 02 - Asset Disposition | 1,102.00 | 1,102.00 |
| 03 - Business Operations | 5,833.50 | 5,833.50 |
| 04 - Case Administration | 31,357.00 | 31,357.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 346.00 | 346.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 13,871.50 | 13,871.50 |
| 08 - Employee Benefits/Pension | 3,402.50 | 3,402.50 |
| 09 - Employment Applications, Applicant | 59.00 | 59.00 |
| 10 - Employment Applications, Others | 11,596.50 | 11,596.50 |
| 11 - Fee Applications, Applicant | 1,672.00 | 1,672.00 |
| 12 - Fee Applications, Others | 955.50 | 955.50 |
| 13 - Financing | 4,868.00 | 4,868.00 |
| 14 - Hearings | 22,178.50 | 22,178.50 |
| 15 - Litigation and Litigation Consulting | 18,868.00 | 18,868.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 2,094.00 | 2,094.00 |
| 18 - Tax Issues | 11.50 | 11.50 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,371.75 | 1,371.75 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 245.50 | 245.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **122,596.75** | **122,596.75** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **76,711.22** | **76,711.22** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **199,307.97** | **199,307.97** |
| FEE APPLICATION - TOTAL FEES | 122,597.25 | |
| FEE APPLICATION - TOTAL EXPENSES | 76,711.22 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **199,308.47** | |

WR GRACE

1st Quarter Project Category Summary

| Category | Pitney Hardin 1st Quarter | Cumulative thru 1st Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 53.00 | 53.00 |
| 04 - Case Administration | 6,565.00 | 6,565.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 53.00 | 53.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 132.50 | 132.50 |
| 15 - Litigation and Litigation Consulting | 67,596.50 | 67,596.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | 74,400.00 | 74,400.00 |
| **PROJECT CATEGORY - TOTAL EXPENSES** | 28,327.73 | 28,327.73 |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | 102,727.73 | 102,727.73 |
| FEE APPLICATION - TOTAL FEES | 80,776.00 | |
| FEE APPLICATION - TOTAL EXPENSES | 28,327.73 | |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | 109,103.73 | |

WR GRACE

1st Quarter Project Category Summary

| Category | Reed Smith[4] | | Stroock & Stroock[5] | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 8,007.00 | 8,007.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 4,960.00 | 4,960.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 47,371.50 | 47,371.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 1,904.50 | 1,904.50 | 71,679.50 | 71,679.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 425.00 | 425.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 60,842.00 | 60,842.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 109,744.50 | 109,744.50 |
| 09 - Employment Applications, Applicant | 3,980.00 | 3,980.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 24,942.50 | 24,942.50 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 18,397.50 | 18,397.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 434.50 | 434.50 |
| 13 - Financing | 0.00 | 0.00 | 4,390.00 | 4,390.00 |
| 14 - Hearings | 0.00 | 0.00 | 12,401.50 | 12,401.50 |
| 15 - Litigation and Litigation Consulting | 8,788.50 | 8,788.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 3,607.00 | 3,607.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 5,282.50 | 5,282.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 14,673.00 | 14,673.00 | 372,485.00 | 372,485.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 0.00 | 19,318.00 | 19,318.00 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 14,673.00 | 14,673.00 | 391,803.00 | 391,803.00 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 | 369,873.75 | |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 0.00 | 19,318.00 | |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 0.00 | 0.00 | 389,191.75 | |

WR GRACE
1st Quarter Project Category Summary
11 of 13

| Category | L. Tersigni | | Wallace King | |
|---|---|---|---|---|
| | 1st Quarter | Cumulative thru 1st Quarter | 1st Quarter | Cumulative thru 1st Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 15,955.00 | 15,955.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 740,843.90 | 740,843.90 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 43.75 | 43.75 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 15,998.75 | 15,998.75 | 740,843.90 | 740,843.90 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,037.07 | 1,037.07 | 141,981.71 | 141,981.71 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 17,035.82 | 17,035.82 | 882,825.61 | 882,825.61 |
| FEE APPLICATION - TOTAL FEES | 15,998.75 | | 742,843.90 | |
| FEE APPLICATION - TOTAL EXPENSES | 1,037.07 | | 141,981.71 | |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 17,035.82 | | 884,825.61 | |

WR GRACE — 1st Quarter Project Category Summary

| Category | TOTAL 1st Quarter | TOTAL Cumulative thru 1st Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | $ 57,540.50 | $ 57,540.50 |
| 02 - Asset Disposition | $ 34,687.46 | $ 34,687.46 |
| 03 - Business Operations | $ 18,615.50 | $ 18,615.50 |
| 04 - Case Administration | $ 490,182.96 | $ 490,182.96 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ 251,497.00 | $ 251,497.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ 28,943.50 | $ 28,943.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ 303,509.05 | $ 303,509.05 |
| 08 - Employee Benefits/Pension | $ 252,283.59 | $ 252,283.59 |
| 09 - Employment Applications, Applicant | $ 26,841.71 | $ 26,841.71 |
| 10 - Employment Applications, Others | $ 119,536.00 | $ 119,536.00 |
| 11 - Fee Applications, Applicant | $ 75,227.50 | $ 75,227.50 |
| 12 - Fee Applications, Others | $ 5,339.50 | $ 5,339.50 |
| 13 - Financing | $ 96,226.00 | $ 96,226.00 |
| 14 - Hearings | $ 106,188.79 | $ 106,188.79 |
| 15 - Litigation and Litigation Consulting | $ 1,810,807.40 | $ 1,810,807.40 |
| 16 - Plan and Disclosure Statement | $ 8,823.50 | $ 8,823.50 |
| 17 - Relief from Stay Proceedings | $ 84,990.00 | $ 84,990.00 |
| 18 - Tax Issues | $ 53,638.46 | $ 53,638.46 |
| 19 - Tax Litigation | $ 19,421.50 | $ 19,421.50 |
| 20 - Travel - Non-working | $ 72,001.96 | $ 72,001.96 |
| 21 - Valuation | $ 38,356.05 | $ 38,356.05 |
| 22 - ZAI Science Trial | $ - | $ - |
| 23 - ZAI Science Trial - Expenses | $ - | $ - |
| 24 - Other | $ 128,392.50 | $ 128,392.50 |
| 25 - Accounting/Auditing | $ - | $ - |
| 26 - Business Analysis | $ 337,392.87 | $ 337,392.87 |
| 27 - Corporate Finance | $ 63,844.26 | $ 63,844.26 |
| 28 - Data Analysis | $ 43.75 | $ 43.75 |
| PROJECT CATEGORY - TOTAL FEES | $ 4,654,331.31 | $ 4,654,331.31 |
| PROJECT CATEGORY - TOTAL EXPENSES | $ 574,098.52 | $ 574,098.52 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | $ 5,228,429.83 | $ 5,228,429.83 |
| FEE APPLICATION - TOTAL FEES | $ 4,577,153.07 | |
| FEE APPLICATION - TOTAL EXPENSES | $ 545,704.75 | |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | $ 5,122,857.82 | |

**WR GRACE**

1st Quarter Project Category Summary

13 of 13

[1] Amounts represent the total fees and expenses by Project Category that each applicant reported via email.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts for Conway Del Genio are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Amounts in the column for the first quarter are $0 because fees attributable to the 1st quarter were requested in subsequent interim fee applications.

[5] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.