# Exhibit C

WR GRACE

3rd Quarter Project Category Summary

| Category | Bilzin Sumberg 3rd Quarter | Bilzin Sumberg Cumulative thru 3rd Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 4,527.50 |
| 03 - Business Operations | 1,425.00 | 8,261.00 |
| 04 - Case Administration | 19,467.50 | 193,213.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 90.00 | 26,250.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 500.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 8,555.00 | 86,329.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 90.00 | 2,235.50 |
| 10 - Employment Applications, Others | 4,712.50 | 36,605.50 |
| 11 - Fee Applications, Applicant | 6,947.50 | 33,551.70 |
| 12 - Fee Applications, Others | 5,905.00 | 14,937.30 |
| 13 - Financing | 0.00 | 8,452.50 |
| 14 - Hearings | 7,412.50 | 10,192.50 |
| 15 - Litigation and Litigation Consulting | 149,118.00 | 456,591.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 212.50 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 13,996.25 | 19,375.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 217,719.25 | 901,235.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 195,640.24 | 421,908.43 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 413,359.49 | 1,323,143.93 |
| FEE APPLICATION - TOTAL FEES | 215,475.50 | 902,178.75 |
| FEE APPLICATION - TOTAL EXPENSES | 195,640.24 | 421,908.43 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 411,115.74 | 1,324,087.18 |

WR GRACE
3rd Quarter Project Category Summary

| Category | Blackstone Group 3rd Quarter | Blackstone Group Cumulative thru 3rd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 247.46 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 43,849.66 | 85,260.57 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 3,986.33 | 3,986.33 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 105,637.81 | 222,111.20 |
| 08 - Employee Benefits/Pension | 62,984.05 | 148,377.30 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 1,732.21 |
| 11 - Fee Applications, Applicant | 12,357.63 | 24,144.65 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 1,195.90 | 5,402.69 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 3,587.70 | 3,835.16 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 45,842.82 | 87,572.30 |
| 21 - Valuation | 41,457.86 | 106,255.05 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 204,100.23 | 816,398.50 |
| 27 - Corporate Finance | 0.00 | 63,844.26 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **525,000.00** | **1,569,167.66** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **14,653.41** | **53,792.84** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **539,653.41** | **1,622,960.50** |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 1,569,166.67 |
| FEE APPLICATION - TOTAL EXPENSES | 14,653.41 | 53,792.82 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **539,653.41** | **1,622,959.49** |

WR GRACE

3rd Quarter Project Category Summary

3 of 18

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 3rd Quarter | Cumulative thru 3rd Quarter | 3rd Quarter | Cumulative thru 3rd Quarter |
| 01 - Asset Analysis and Recovery | 657.50 | 5,135.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 605.00 | 3,604.50 | 0.00 | 0.00 |
| 03 - Business Operations | 55.00 | 55.00 | 2,714.50 | 4,356.00 |
| 04 - Case Administration | 9,750.50 | 26,457.00 | 40,217.00 | 127,848.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,264.50 | 11,172.00 | 38,632.50 | 109,050.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 5,406.00 | 20,600.00 | 242.00 | 21,551.00 |
| 08 - Employee Benefits/Pension | 137.50 | 3,880.00 | 0.00 | 2,650.00 |
| 09 - Employment Applications, Applicant | 0.00 | 2,434.50 | 0.00 | 5,038.00 |
| 10 - Employment Applications, Others | 4,984.50 | 6,331.50 | 621.50 | 4,419.00 |
| 11 - Fee Applications, Applicant | 2,523.00 | 5,653.50 | 2,073.00 | 5,200.50 |
| 12 - Fee Applications, Others | 574.00 | 4,036.50 | 50.00 | 179.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 3,080.00 | 6,988.00 | 7,027.00 | 7,027.00 |
| 15 - Litigation and Litigation Consulting | 1,964.50 | 5,032.00 | 1,740.00 | 44,573.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 552.50 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 82.50 | 852.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 1,313.00 | 6,373.00 |
| 21 - Valuation | 0.00 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 32,084.50 | 102,942.00 | 94,630.50 | 338,266.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 8,052.31 | 19,869.44 | 3,768.08 | 25,487.89 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 40,136.81 | 122,811.44 | 98,398.58 | 363,754.39 |
| FEE APPLICATION - TOTAL FEES | 32,084.50 | 102,942.00 | 94,630.50 | 338,266.50 |
| FEE APPLICATION - TOTAL EXPENSES | 8,052.31 | 16,069.03 | 3,768.08 | 25,487.89 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 40,136.81 | 119,011.03 | 98,398.58 | 363,754.39 |

WR GRACE

3rd Quarter Project Category Summary

| Category | Casner & Edwards 3rd Quarter | Casner & Edwards Cumulative thru 3rd Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,145.00 | 4,145.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 277,747.50 | 285,771.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **281,892.50** | **289,916.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **13,772.91** | **13,794.15** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **295,665.41** | **303,710.15** |
| FEE APPLICATION - TOTAL FEES | 281,892.50 | 289,916.00 |
| FEE APPLICATION - TOTAL EXPENSES | 13,772.91 | 13,794.15 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **295,665.41** | **303,710.15** |


WR GRACE

3rd Quarter Project Category Summary

Committee: Asbestos Property Damage

| Category | 3rd Quarter | Cumulative thru 3rd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 9,456.87 | 65,527.30 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 9,456.87 | 65,527.30 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 9,456.87 | 65,527.30 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 9,456.87 | 65,527.30 |

WR GRACE

3rd Quarter Project Category Summary

6 of 18

| Category | Conway Del Genio[3] | | Duane Morris | |
|---|---|---|---|---|
| | 3rd Quarter | Cumulative thru 3rd Quarter | 3rd Quarter | Cumulative thru 3rd Quarter |
| 01 - Asset Analysis and Recovery | 0.0 | 0.0 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.0 | 0.0 | 165.00 | 390.00 |
| 03 - Business Operations | 0.0 | 0.0 | 0.00 | 0.00 |
| 04 - Case Administration | 0.0 | 0.0 | 4,350.00 | 18,926.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.0 | 0.0 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.0 | 0.0 | 150.00 | 1,306.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 62.5 | 222.5 | 0.00 | 5,856.50 |
| 08 - Employee Benefits/Pension | 0.0 | 0.0 | 37.50 | 475.50 |
| 09 - Employment Applications, Applicant | 0.0 | 0.0 | 0.00 | 12,745.00 |
| 10 - Employment Applications, Others | 0.0 | 0.0 | 357.00 | 5,335.00 |
| 11 - Fee Applications, Applicant | 52.0 | 67.0 | 383.00 | 5,513.00 |
| 12 - Fee Applications, Others | 0.0 | 0.0 | 4,569.50 | 9,446.00 |
| 13 - Financing | 0.0 | 0.0 | 0.00 | 4,545.00 |
| 14 - Hearings | 0.0 | 0.0 | 4,375.00 | 9,256.00 |
| 15 - Litigation and Litigation Consulting | 0.0 | 0.0 | 2,962.50 | 7,245.00 |
| 16 - Plan and Disclosure Statement | 0.0 | 0.0 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.0 | 0.0 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.0 | 0.0 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.0 | 0.0 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 6.0 | 48.0 | 0.00 | 0.00 |
| 21 - Valuation | 0.0 | 0.0 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.0 | 0.0 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.0 | 0.0 | 0.00 | 0.00 |
| 24 - Other | 4.0 | 73.5 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.0 | 0.0 | 0.00 | 0.00 |
| 26 - Business Analysis | 102.0 | 500.0 | 0.00 | 0.00 |
| 27 - Corporate Finance | 531.5 | 622.0 | 0.00 | 0.00 |
| 28 - Data Analysis | 6.5 | 457.5 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 450,000.00 | 1,070,000.00 | 17,349.50 | 81,039.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,232.91 | 18,609.12 | 3,436.30 | 16,576.41 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 454,232.91 | 1,088,609.12 | 20,785.80 | 97,615.91 |
| FEE APPLICATION - TOTAL FEES | 450,000.00 | 1,070,000.00 | 17,349.50 | 81,039.50 |
| FEE APPLICATION - TOTAL EXPENSES | 4,063.91 | 18,440.12 | 3,436.30 | 16,576.41 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 454,063.91 | 1,088,440.12 | 20,785.80 | 97,615.91 |

WR GRACE

3rd Quarter Project Category Summary

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 3rd Quarter | Cumulative thru 3rd Quarter | 3rd Quarter | Cumulative thru 3rd Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 9,847.00 | 24,596.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 5,267.00 | 88,764.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,070.50 | 10,765.00 | 10,422.00 | 30,416.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 50,902.50 | 133,461.50 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,240.00 | 2,050.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,712.00 | 6,849.00 | 16,566.00 | 55,834.00 |
| 12 - Fee Applications, Others | 84.50 | 164.50 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,120.00 | 2,633.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 3,640.00 | 14,641.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 300.00 | 1,822.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 63,520.50 | 281,438.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 21,014.00 | 63,965.50 | 146,678.00 | 589,914.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,381.10 | 15,948.32 | 6,540.87 | 21,627.43 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 26,395.10 | 79,913.82 | 153,218.87 | 611,541.93 |
| FEE APPLICATION - TOTAL FEES | 21,014.00 | 63,965.50 | 146,678.00 | 589,914.50 |
| FEE APPLICATION - TOTAL EXPENSES | 5,381.10 | 15,948.32 | 6,540.87 | 21,627.43 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 26,395.10 | 79,913.82 | 153,218.87 | 611,541.93 |

WR GRACE

3rd Quarter Project Category Summary

| Category | Holme Roberts 3rd Quarter | Holme Roberts Cumulative thru 3rd Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,805.00 | 11,197.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 416,312.50 | 696,260.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 17,514.00 | 20,184.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **442,631.50** | **727,642.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **72,696.32** | **119,391.92** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **515,327.82** | **847,033.92** |
| FEE APPLICATION - TOTAL FEES | 442,631.50 | 728,602.00 |
| FEE APPLICATION - TOTAL EXPENSES | 74,769.32 | 122,437.57 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **517,400.82** | **851,039.57** |

WR GRACE
3rd Quarter Project Category Summary

| Category | Kirkland & Ellis 3rd Quarter | Kirkland & Ellis Cumulative thru 3rd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 22,495.50 | 124,750.00 |
| 02 - Asset Disposition | 19,412.00 | 70,133.00 |
| 03 - Business Operations | 0.00 | 7,254.00 |
| 04 - Case Administration | 175,232.00 | 582,974.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 303,930.00 | 622,298.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 6,561.50 | 72,964.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 20,252.50 | 142,241.50 |
| 08 - Employee Benefits/Pension | 3,898.00 | 74,895.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 45,837.00 | 131,381.00 |
| 11 - Fee Applications, Applicant | 22,201.00 | 65,849.50 |
| 12 - Fee Applications, Others | 5,166.00 | 13,554.00 |
| 13 - Financing | 667.00 | 79,521.00 |
| 14 - Hearings | 135,140.00 | 221,646.50 |
| 15 - Litigation and Litigation Consulting | 576,292.00 | 1,855,233.00 |
| 16 - Plan and Disclosure Statement | 1,085.00 | 10,364.50 |
| 17 - Relief from Stay Proceedings | 4,732.50 | 124,505.50 |
| 18 - Tax Issues | 4,917.50 | 60,404.00 |
| 19 - Tax Litigation | 30,847.50 | 75,787.50 |
| 20 - Travel - Non-working | 43,500.50 | 88,615.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 1,165.00 | 145,294.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **1,423,332.50** | **4,569,666.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **84,679.70** | **321,555.72** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **1,508,012.20** | **4,891,222.22** |
| FEE APPLICATION - TOTAL FEES | 1,423,332.50 | 4,569,666.50 |
| FEE APPLICATION - TOTAL EXPENSES | 84,679.70 | 321,555.72 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **1,508,012.20** | **4,891,222.22** |

WR GRACE 3rd Quarter Project Category Summary

| Category | Klett Rooney | |
|---|---|---|
| | 3rd Quarter | Cumulative thru 3rd Quarter |
| 01 - Asset Analysis and Recovery | 276.50 | 276.50 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 671.50 | 671.50 |
| 04 - Case Administration | 3,911.00 | 3,911.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 79.00 | 79.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 632.00 | 632.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,055.50 | 1,055.50 |
| 12 - Fee Applications, Others | 1,236.50 | 1,236.50 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 1,695.50 | 1,695.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 80.00 | 80.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **9,637.50** | **9,637.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **2,969.43** | **2,969.43** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **12,606.93** | **12,606.93** |
| FEE APPLICATION - TOTAL FEES | 9,637.50 | 9,637.50 |
| FEE APPLICATION - TOTAL EXPENSES | 2,969.43 | 2,969.43 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **12,606.93** | **12,606.93** |

**WR GRACE**
3rd Quarter Project Category Summary

| Category | Kramer Levin 3rd Quarter | Kramer Levin Cumulative thru 3rd Quarter | Legal Analysis Systems 3rd Quarter | Legal Analysis Systems Cumulative thru 3rd Quarter |
|---|---:|---:|---:|---:|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 27,248.50 | 79,053.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 33,914.00 | 60,963.50 | 0.00 | 346.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 8,064.00 | 14,590.00 | 0.00 | 750.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,705.00 | 11,981.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,220.00 | 2,220.00 | 0.00 | 600.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 2,212.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 1,798.00 | 45,770.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 1,250.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **79,151.50** | **177,893.50** | **1,798.00** | **48,716.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **7,033.74** | **18,539.64** | **0.00** | **2,001.38** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **86,185.24** | **196,433.14** | **1,798.00** | **50,717.88** |
| FEE APPLICATION - TOTAL FEES | 79,151.50 | 177,893.50 | 9,419.50 | 56,338.00 |
| FEE APPLICATION - TOTAL EXPENSES | 7,033.74 | 18,539.64 | 0.00 | 2,001.38 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **86,185.24** | **196,433.14** | **9,419.50** | **58,339.38** |

WR GRACE
3rd Quarter Project Category Summary

12 of 18

| Category | Nelson Mullins[4] 3rd Quarter | Nelson Mullins[4] Cumulative thru 3rd Quarter | Pachulski Stang 3rd Quarter | Pachulski Stang Cumulative thru 3rd Quarter |
|---|---:|---:|---:|---:|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 2,764.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 804.00 | 3,960.50 |
| 03 - Business Operations | 0.00 | 0.00 | 5,075.00 | 12,287.50 |
| 04 - Case Administration | 0.00 | 0.00 | 13,769.50 | 51,257.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 571.00 | 966.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 3,155.00 | 18,234.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 472.50 | 3,963.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 59.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 2,387.50 | 18,275.50 |
| 11 - Fee Applications, Applicant | 15,207.50 | 23,288.50 | 8,479.00 | 14,901.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 11,788.25 | 18,185.25 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,868.00 |
| 14 - Hearings | 0.00 | 0.00 | 21,396.00 | 50,580.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 6,368.50 | 26,979.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 368.00 | 1,292.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 2,661.50 | 6,853.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 11.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 520.50 | 1,819.00 |
| 20 - Travel - Non-working | 78.20 | 158.10 | 0.00 | 1,371.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 2,015.00 | 2,015.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 104,386.00 | 225,366.50 | 8,598.00 | 9,987.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **119,671.70** | **248,813.10** | **88,429.25** | **250,632.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **2,112.54** | **3,952.99** | **44,896.10** | **172,453.15** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **121,784.24** | **252,766.09** | **133,325.35** | **423,085.15** |
| FEE APPLICATION - TOTAL FEES | 119,593.50 | 248,655.00 | 88,429.25 | 250,632.50 |
| FEE APPLICATION - TOTAL EXPENSES | 2,190.74 | 4,111.09 | 44,896.10 | 172,453.15 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **121,784.24** | **252,766.09** | **133,325.35** | **423,085.65** |

WR GRACE

3rd Quarter Project Category Summary

| Category | Pitney Hardin[5] 3rd Quarter | Pitney Hardin[5] Cumulative thru 3rd Quarter |
|---|---:|---:|
| 01 - Asset Analysis and Recovery | 2,382.50 | 3,888.50 |
| 02 - Asset Disposition | | |
| 03 - Business Operations | 18,541.00 | 27,943.50 |
| 04 - Case Administration | 20,316.00 | 66,580.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 237.00 | 2,610.00 |
| 12 - Fee Applications, Others | 185.50 | 530.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 5,462.50 | 18,487.00 |
| 15 - Litigation and Litigation Consulting | 370,961.50 | 557,862.50 |
| 16 - Plan and Disclosure Statement | 38,401.00 | 39,446.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **456,487.00** | **717,533.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **28,241.08** | **87,074.64** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **484,728.08** | **804,608.14** |
| FEE APPLICATION - TOTAL FEES | 456,487.00 | 723,909.50 |
| FEE APPLICATION - TOTAL EXPENSES | 28,241.08 | 87,074.64 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **484,728.08** | **810,984.14** |

WR GRACE  
3rd Quarter Project Category Summary

| Category | Reed Smith 3rd Quarter | Cumulative thru 3rd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 12,777.50 | 31,358.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 5,922.00 | 9,347.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 578,783.50 | 844,248.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 545.00 | 545.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **598,028.00** | **890,388.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **76,007.27** | **87,383.96** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **674,035.27** | **977,771.96** |
| FEE APPLICATION - TOTAL FEES | 598,028.00 | 884,528.00 |
| FEE APPLICATION - TOTAL EXPENSES | 76,007.27 | 87,383.96 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **674,035.27** | **971,911.96** |

WR GRACE

3rd Quarter Project Category Summary

15 of 18

| Category | Steptoe & Johnson 3rd Quarter | Steptoe & Johnson Cumulative thru 3rd Quarter | Stroock & Stroock 3rd Quarter | Stroock & Stroock[6] Cumulative thru 3rd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 15,797.50 | 29,126.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 19,407.00 |
| 03 - Business Operations | 0.00 | 0.00 | 24,866.00 | 24,866.00 |
| 04 - Case Administration | 0.00 | 0.00 | 35,445.00 | 101,502.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 57,960.00 | 181,474.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 895.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 35,497.50 | 140,107.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 109,744.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 19,268.00 | 55,207.00 |
| 11 - Fee Applications, Applicant | 1,505.00 | 3,500.00 | 15,057.50 | 58,214.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 2,552.50 | 8,211.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 4,390.00 |
| 14 - Hearings | 0.00 | 0.00 | 19,442.50 | 37,219.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 6,709.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 93,293.00 | 102,082.50 |
| 19 - Tax Litigation | 67,208.00 | 185,156.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 13,310.00 | 11,975.00 | 22,147.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 4,335.00 | 12,237.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 68,713.00 | 201,966.00 | 335,489.50 | 913,540.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 966.72 | 8,076.01 | 21,880.90 | 56,214.47 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 69,679.72 | 210,042.01 | 357,370.40 | 969,754.97 |
| FEE APPLICATION - TOTAL FEES | 68,713.00 | 201,966.00 | 329,842.00 | 904,639.25 |
| FEE APPLICATION - TOTAL EXPENSES | 966.72 | 8,076.01 | 21,880.90 | 56,214.47 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 69,679.72 | 210,042.01 | 351,722.90 | 960,853.72 |

WR GRACE

3rd Quarter Project Category Summary

16 of 18

| Category | L. Tersigni 3rd Quarter | L. Tersigni Cumulative thru 3rd Quarter | Wallace King 3rd Quarter | Wallace King Cumulative thru 3rd Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,370.00 | 13,343.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 15,955.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,147.50 | 1,316.25 | 1,092.00 | 4,788.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 229,928.70 | 1,334,392.90 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 900.00 | 900.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 29,351.25 | 43,775.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 13,162.50 | 24,496.50 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 46,931.25 | 99,785.75 | 231,020.70 | 1,339,180.90 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,318.75 | 5,951.36 | 40,743.53 | 316,168.14 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 49,250.00 | 105,737.11 | 271,764.23 | 1,655,349.04 |
| FEE APPLICATION - TOTAL FEES | 46,931.25 | 99,785.75 | 231,020.70 | 1,341,150.90 |
| FEE APPLICATION - TOTAL EXPENSES | 2,345.75 | 5,978.36 | 40,904.16 | 316,328.77 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 49,277.00 | 105,764.11 | 271,924.86 | 1,657,479.67 |

WR GRACE

3rd Quarter Project Category Summary

| Category | TOTAL 3rd Quarter | TOTAL Cumulative thru 3rd Quarter |
|---|---|---|
| 01 - Asset Analysis and Recovery | $ 41,609.50 | $ 165,940.50 |
| 02 - Asset Disposition | $ 20,986.00 | $ 102,269.96 |
| 03 - Business Operations | $ 53,348.00 | $ 85,694.50 |
| 04 - Case Administration | $ 403,403.66 | $ 1,361,581.07 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ 455,406.50 | $ 1,132,644.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ 10,776.83 | $ 80,800.83 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ 202,304.31 | $ 727,527.70 |
| 08 - Employee Benefits/Pension | $ 118,432.05 | $ 493,402.30 |
| 09 - Employment Applications, Applicant | $ 90.00 | $ 35,010.71 |
| 10 - Employment Applications, Others | $ 79,408.00 | $ 259,604.50 |
| 11 - Fee Applications, Applicant | $ 136,121.13 | $ 348,940.10 |
| 12 - Fee Applications, Others | $ 32,111.75 | $ 70,480.55 |
| 13 - Financing | $ 667.00 | $ 101,776.50 |
| 14 - Hearings | $ 207,871.40 | $ 372,252.19 |
| 15 - Litigation and Litigation Consulting | $ 2,617,514.70 | $ 6,132,738.40 |
| 16 - Plan and Disclosure Statement | $ 41,652.00 | $ 97,425.00 |
| 17 - Relief from Stay Proceedings | $ 7,556.50 | $ 139,769.00 |
| 18 - Tax Issues | $ 101,798.20 | $ 166,333.16 |
| 19 - Tax Litigation | $ 98,576.00 | $ 262,762.50 |
| 20 - Travel - Non-working | $ 135,064.77 | $ 262,724.15 |
| 21 - Valuation | $ 42,357.86 | $ 107,312.55 |
| 22 - ZAI Science Trial | $ 2,015.00 | $ 2,015.00 |
| 23 - ZAI Science Trial - Expenses | $ - | $ - |
| 24 - Other | $ 118,484.00 | $ 392,885.00 |
| 25 - Accounting/Auditing | $ - | $ - |
| 26 - Business Analysis | $ 296,971.98 | $ 1,141,611.50 |
| 27 - Corporate Finance | $ - | $ 63,844.26 |
| 28 - Data Analysis | $ 13,162.50 | $ 24,496.50 |
| PROJECT CATEGORY - TOTAL FEES | $ 5,687,689.65 | $ 15,201,842.91 |
| PROJECT CATEGORY - TOTAL EXPENSES | $ 649,481.08 | $ 1,874,874.14 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | $ 6,337,170.73 | $ 17,076,717.05 |
| FEE APPLICATION - TOTAL FEES | $ 5,687,341.70 | $ 15,204,793.82 |
| FEE APPLICATION - TOTAL EXPENSES | $ 651,650.91 | $ 1,874,296.09 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | $ 6,338,992.61 | $ 17,079,089.91 |

**WR GRACE**

3rd Quarter Project Category Summary

[1] Amounts represent the total fees and expenses by Project Category that each applicant reported via email.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts for Conway Del Genio are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Category amounts in "Litigation and Litigation Consulting" include a contingency fee of $240,000.00 requested by the applicant in a separately filed Special Fee Application.

[6] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.