# Exhibit D

**WR GRACE**

5th Quarter Project Category Summary

| Category | Bilzin Sumberg | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 4,527.50 |
| 03 - Business Operations | 3,068.50 | 12,604.50 |
| 04 - Case Administration | 30,023.90 | 286,667.90 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 26,250.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 500.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,370.50 | 99,924.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 2,247.50 |
| 10 - Employment Applications, Others | 114.00 | 39,999.50 |
| 11 - Fee Applications, Applicant | 5,541.50 | 42,474.20 |
| 12 - Fee Applications, Others | 4,724.00 | 22,334.80 |
| 13 - Financing | 0.00 | 8,452.50 |
| 14 - Hearings | 12,290.00 | 36,979.50 |
| 15 - Litigation and Litigation Consulting | 129,696.00 | 764,266.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 212.50 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 24,027.50 | 60,457.50 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 13,903.50 | 13,903.50 |
| 23 - ZAI Science Trial - Expenses | 369.45 | 369.45 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **231,128.85** | **1,422,171.35** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **68,901.75** | **570,772.80** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **300,030.60** | **1,992,944.15** |
| FEE APPLICATION - TOTAL FEES | 230,759.40 | 1,414,117.65 |
| FEE APPLICATION - TOTAL EXPENSES | 69,271.20 | 571,142.25 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **300,030.60** | **1,985,259.90** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Blackstone Group[3] | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 11,520.38 | 11,767.83 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 18,103.45 | 144,460.63 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 42,491.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 55,956.11 | 342,489.03 |
| 08 - Employee Benefits/Pension | 43,201.41 | 342,636.53 |
| 09 - Employment Applications, Applicant | 0.00 | 1,732.21 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 6,583.07 | 37,392.03 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 411.44 | 10,257.01 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 26,743.73 | 38,724.16 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 14,400.47 | 111,969.25 |
| 21 - Valuation | 270,317.40 | 382,126.04 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 77,762.54 | 1,089,277.40 |
| 27 - Corporate Finance | 0.00 | 63,844.26 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **525,000.00** | **2,619,167.66** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **3,953.17** | **63,489.54** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **528,953.17** | **2,682,657.20** |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 2,619,166.67 |
| FEE APPLICATION - TOTAL EXPENSES | 3,953.17 | 65,237.86 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **528,953.17** | **2,684,404.53** |

**WR GRACE**  5th Quarter Project Category Summary

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 1,275.00 | 6,484.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 617.00 | 4,221.50 | 0.00 | 0.00 |
| 03 - Business Operations | 477.00 | 1,034.50 | 446.00 | 4,858.00 |
| 04 - Case Administration | 5,324.00 | 37,117.00 | 38,654.50 | 226,546.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 5,983.00 | 19,221.00 | 42,350.50 | 163,818.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 542.50 | 542.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 12,783.50 | 40,564.50 | 7,608.00 | 29,226.50 |
| 08 - Employee Benefits/Pension | 2,537.00 | 6,417.00 | 258.50 | 2,908.50 |
| 09 - Employment Applications, Applicant | 795.00 | 3,229.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 834.00 | 7,899.00 | 3,119.00 | 14,292.50 |
| 11 - Fee Applications, Applicant | 1,060.50 | 11,596.00 | 8,366.50 | 14,167.00 |
| 12 - Fee Applications, Others | 7,963.50 | 14,325.50 | 1,167.50 | 1,347.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 3,796.50 | 20,069.00 | 4,794.50 | 18,332.50 |
| 15 - Litigation and Litigation Consulting | 4,127.50 | 11,794.50 | 163,316.50 | 382,907.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 552.50 | 3,020.00 | 3,076.00 |
| 17 - Relief from Stay Proceedings | 431.50 | 1,313.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,131.00 | 1,566.00 | 13,810.00 | 37,536.75 |
| 21 - Valuation | 0.00 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 11,172.00 | 11,172.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **60,308.00** | **198,734.00** | **287,454.00** | **907,773.75** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **5,102.20** | **31,548.94** | **43,352.68** | **96,456.03** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **65,410.20** | **230,282.94** | **330,806.68** | **1,004,229.78** |
| FEE APPLICATION - TOTAL FEES | 60,308.00 | 198,734.00 | 351,396.00 | 971,715.75 |
| FEE APPLICATION - TOTAL EXPENSES | 5,102.20 | 27,748.53 | 43,352.68 | 96,456.03 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **65,410.20** | **226,482.53** | **394,748.68** | **1,068,171.78** |

**WR GRACE**

5th Quarter Project Category Summary

4 of 20

| Category | Carella Byrne | | Casner & Edwards | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,262.50 | 3,262.50 | 4,272.00 | 12,392.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 60,413.00 | 72,705.50 | 610,295.00 | 1,473,787.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,950.00 | 4,550.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **65,625.50** | **80,518.00** | **614,567.00** | **1,486,179.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **2,877.34** | **4,043.91** | **59,120.55** | **168,945.85** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **68,502.84** | **84,561.91** | **673,687.55** | **1,655,125.35** |
| FEE APPLICATION - TOTAL FEES | 38,999.26 | 53,891.76 | 614,567.00 | 1,486,179.50 |
| FEE APPLICATION - TOTAL EXPENSES | 2,076.93 | 3,678.60 | 59,120.55 | 168,945.85 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **41,076.19** | **57,570.36** | **673,687.55** | **1,655,125.35** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Committee: Asbestos Personal Injury | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **2,177.71** | **12,450.12** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **2,177.71** | **12,450.12** |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 8,040.83 | 8,040.83 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **8,040.83** | **8,040.83** |

**WR GRACE**

5th Quarter Project Category Summary

| | Committee: Asbestos Property Damage | |
|---|---|---|
| Category | 5th Quarter | Cumulative thru Quarter 5th |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **8,321.04** | **107,109.89** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **8,321.04** | **107,109.89** |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 41,582.17 | 107,109.47 |
| **FEE APPLICATION  - TOTAL FEES AND EXPENSES[2]** | **41,582.17** | **107,109.47** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Duane Morris | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 83.00 |
| 02 - Asset Disposition | 598.50 | 1,030.00 |
| 03 - Business Operations | 207.50 | 207.50 |
| 04 - Case Administration | 4,977.00 | 35,118.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 929.00 | 929.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 1,020.50 | 3,405.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 3,443.50 | 14,489.50 |
| 08 - Employee Benefits/Pension | 308.50 | 784.00 |
| 09 - Employment Applications, Applicant | 0.00 | 12,745.00 |
| 10 - Employment Applications, Others | 2,982.00 | 8,738.00 |
| 11 - Fee Applications, Applicant | 7,128.00 | 16,085.00 |
| 12 - Fee Applications, Others | 1,319.00 | 16,806.00 |
| 13 - Financing | 0.00 | 4,545.00 |
| 14 - Hearings | 7,985.00 | 23,359.50 |
| 15 - Litigation and Litigation Consulting | 16,501.00 | 28,132.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 27.30 |
| 17 - Relief from Stay Proceedings | 857.50 | 857.50 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 95.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 2,066.00 | 2,439.50 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **50,323.00** | **169,876.80** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **4,181.96** | **25,871.96** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **54,504.96** | **195,748.76** |
| FEE APPLICATION - TOTAL FEES | 50,323.00 | 170,122.00 |
| FEE APPLICATION - TOTAL EXPENSES | 4,181.96 | 25,871.96 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **54,504.96** | **195,993.96** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Ferry & Joseph | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 4,423.50 | 33,446.75 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,162.50 | 15,922.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 |
| 10 - Employment Applications, Others | 100.00 | 3,718.00 |
| 11 - Fee Applications, Applicant | 1,499.00 | 10,217.00 |
| 12 - Fee Applications, Others | 2,302.00 | 3,440.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 2,000.00 | 7,473.00 |
| 15 - Litigation and Litigation Consulting | 13,046.00 | 35,388.75 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 580.00 | 2,752.50 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **26,113.00** | **112,802.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **10,994.77** | **36,364.72** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **37,107.77** | **149,167.22** |
| FEE APPLICATION - TOTAL FEES | 26,113.00 | 112,802.50 |
| FEE APPLICATION - TOTAL EXPENSES | 10,994.77 | 36,364.72 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **37,107.77** | **149,167.22** |

**WR GRACE**  5th Quarter Project Category Summary  9 of 20

| Category | FTI Policano & Manzo | | Hamilton Rabinovitz | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 12,272.50 | 21,222.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 910.00 | 94,872.00 | 30,262.50 | 49,257.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 20,915.50 | 66,254.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 133,461.50 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 29,845.00 | 97,760.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 144,029.50 | 567,594.50 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **195,700.00** | **959,943.00** | **42,535.00** | **70,480.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **8,119.58** | **34,341.93** | **5,473.05** | **5,782.86** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **203,819.58** | **994,284.93** | **48,008.05** | **76,262.86** |
| FEE APPLICATION - TOTAL FEES | 195,700.00 | 982,751.50 | 42,535.00 | 70,480.00 |
| FEE APPLICATION - TOTAL EXPENSES | 8,119.58 | 36,090.23 | 5,473.05 | 5,782.86 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **203,819.58** | **1,018,841.73** | **48,008.05** | **76,262.86** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Hilsoft Notifications | | Holme Roberts | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 11,970.00 | 30,729.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 15,735.00 | 15,735.00 | 1,368,946.50 | 3,033,767.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 47,302.50 | 106,520.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **15,735.00** | **15,735.00** | **1,428,219.00** | **3,171,016.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **28.54** | **28.54** | **158,522.92** | **414,899.36** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **15,763.54** | **15,763.54** | **1,586,741.92** | **3,585,915.86** |
| FEE APPLICATION - TOTAL FEES | 15,735.00 | 15,735.00 | 1,429,411.50 | 3,173,169.00 |
| FEE APPLICATION - TOTAL EXPENSES | 28.54 | 28.54 | 158,522.92 | 417,945.01 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **15,763.54** | **15,763.54** | **1,587,934.42** | **3,591,114.01** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Kirkland & Ellis | | Klett Rooney | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 8,306.00 | 162,314.00 | 0.00 | 276.50 |
| 02 - Asset Disposition | 25,073.00 | 130,818.50 | 885.00 | 1,833.00 |
| 03 - Business Operations | 1,448.00 | 9,266.00 | 316.00 | 1,177.50 |
| 04 - Case Administration | 100,907.50 | 843,295.00 | 7,077.50 | 23,530.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 105,888.00 | 853,815.00 | 1,664.00 | 2,044.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 4,473.00 | 101,592.00 | 79.00 | 269.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,264.00 | 152,034.50 | 632.00 | 3,305.00 |
| 08 - Employee Benefits/Pension | 12,838.00 | 97,854.00 | 118.50 | 237.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 32,949.50 | 227,661.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 16,531.00 | 110,574.50 | 2,371.00 | 6,272.50 |
| 12 - Fee Applications, Others | 15,091.00 | 29,035.00 | 1,656.00 | 6,585.50 |
| 13 - Financing | 0.00 | 79,521.00 | 0.00 | 0.00 |
| 14 - Hearings | 56,805.00 | 408,498.00 | 1,264.00 | 4,376.00 |
| 15 - Litigation and Litigation Consulting | 497,520.50 | 2,861,092.00 | 2,283.00 | 4,620.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 13,180.00 | 0.00 | 411.00 |
| 17 - Relief from Stay Proceedings | 21,720.00 | 155,069.50 | 64.00 | 144.00 |
| 18 - Tax Issues | 7,895.00 | 79,632.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 48,824.50 | 221,487.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 27,906.00 | 157,302.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 79.00 | 79.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 670.00 | 146,437.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **989,110.00** | **6,840,479.00** | **18,489.00** | **55,160.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **67,169.24** | **491,239.34** | **2,014.51** | **8,708.19** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **1,056,279.24** | **7,331,718.34** | **20,503.51** | **63,868.19** |
| FEE APPLICATION - TOTAL FEES | 989,110.00 | 6,840,479.00 | 18,489.00 | 55,160.00 |
| FEE APPLICATION - TOTAL EXPENSES | 67,169.24 | 491,239.34 | 2,014.51 | 8,708.19 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **1,056,279.24** | **7,331,718.34** | **20,503.51** | **63,868.19** |

**WR GRACE**  5th Quarter Project Category Summary  12 of 20

| Category | Kramer Levin | | Legal Analysis Systems | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 24,106.00 | 124,522.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 10,280.00 | 92,198.50 | 30,625.00 | 46,063.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 8,212.50 | 34,617.50 | 6,542.00 | 8,257.00 |
| 08 - Employee Benefits/Pension | 95.00 | 95.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,162.50 | 27,204.00 | 739.00 | 1,739.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 6,220.00 | 32,977.50 | 0.00 | 600.00 |
| 15 - Litigation and Litigation Consulting | 9,342.50 | 15,815.00 | 95,426.00 | 95,426.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 828.00 | 57,755.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,400.00 | 2,200.00 | 3,485.00 | 6,035.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **67,818.50** | **338,477.00** | **137,645.00** | **215,875.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **5,015.76** | **30,519.06** | **7,147.29** | **9,666.16** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES [1]** | **72,834.26** | **368,996.06** | **144,792.29** | **225,541.66** |
| FEE APPLICATION - TOTAL FEES | 73,418.50 | 344,077.00 | 159,537.50 | 257,709.00 |
| FEE APPLICATION - TOTAL EXPENSES | 5,015.76 | 30,519.06 | 6,689.72 | 9,208.59 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES [2]** | **78,434.26** | **374,596.06** | **166,227.22** | **266,917.59** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Nelson Mullins[4] | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 5,834.50 | 32,416.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 83.30 | 241.40 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 54,559.00 | 339,541.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **60,476.80** | **372,198.90** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **618.44** | **4,893.47** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **61,095.24** | **377,092.37** |
| FEE APPLICATION - TOTAL FEES | 60,393.50 | 371,957.50 |
| FEE APPLICATION - TOTAL EXPENSES | 701.74 | 5,134.87 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **61,095.24** | **377,092.37** |

**WR GRACE** — 5th Quarter Project Category Summary

| Category | Pachulski Stang 5th Quarter | Pachulski Stang Cumulative thru 5th Quarter | Pitney Hardin 5th Quarter | Pitney Hardin Cumulative thru 5th Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 2,764.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 2,092.00 | 8,708.50 | 13,881.00 | 13,881.00 |
| 03 - Business Operations | 1,564.00 | 15,335.50 | 4,084.00 | 36,731.00 |
| 04 - Case Administration | 12,672.00 | 75,767.00 | 0.00 | 92,913.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 72.00 | 1,530.00 | 0.00 | 6,165.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 60.00 | 60.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,932.00 | 27,349.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 1,232.00 | 5,195.50 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 59.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 3,105.00 | 30,433.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,652.00 | 37,344.00 | 6,501.00 | 23,982.50 |
| 12 - Fee Applications, Others | 20,708.50 | 53,538.75 | 354.00 | 1,179.00 |
| 13 - Financing | 0.00 | 5,056.00 | 0.00 | 0.00 |
| 14 - Hearings | 21,377.00 | 113,221.50 | 15,992.50 | 48,215.50 |
| 15 - Litigation and Litigation Consulting | 29,000.00 | 78,645.00 | 31,766.00 | 658,095.10 |
| 16 - Plan and Disclosure Statement | 60.00 | 1,948.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 2,396.00 | 19,309.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 11.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 980.00 | 3,667.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 5,016.00 | 10,248.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 3,102.00 | 20,754.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **123,020.50** | **512,765.50** | **72,578.50** | **926,629.10** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **76,888.61** | **342,920.06** | **14,272.56** | **127,578.68** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **199,909.11** | **855,685.56** | **86,851.06** | **1,054,207.78** |
| FEE APPLICATION - TOTAL FEES | 124,876.50 | 514,622.00 | 72,578.50 | 933,005.10 |
| FEE APPLICATION - TOTAL EXPENSES | 76,888.61 | 342,920.06 | 14,272.56 | 127,578.68 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **201,765.11** | **857,542.06** | **86,851.06** | **1,060,583.78** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | Reed Smith | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 10,137.50 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 7,750.00 | 21,178.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 13,794.00 | 15,564.00 |
| 15 - Litigation and Litigation Consulting | 443,392.25 | 1,637,878.25 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 6,452.00 | 9,255.50 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **481,525.75** | **1,735,615.25** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **159,602.71** | **381,125.76** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **641,128.46** | **2,116,741.01** |
| FEE APPLICATION - TOTAL FEES | 478,463.75 | 1,726,693.25 |
| FEE APPLICATION - TOTAL EXPENSES | 159,602.71 | 381,125.76 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **638,066.46** | **2,107,819.01** |

**WR GRACE**  5th Quarter Project Category Summary  16 of 20

| Category | Warren Smith & Assoc., P.C. | | Steptoe & Johnson | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 657.50 | 657.50 | 15,412.50 | 30,392.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 93,410.00 | 357,856.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 16,950.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 110,813.50 | 113,703.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **111,471.00** | **114,360.50** | **108,822.50** | **405,198.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **362.89** | **362.89** | **7,433.20** | **23,783.69** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **111,833.89** | **114,723.39** | **116,255.70** | **428,982.19** |
| FEE APPLICATION - TOTAL FEES | 111,471.00 | 114,360.50 | 108,822.50 | 405,198.40 |
| FEE APPLICATION - TOTAL EXPENSES | 362.89 | 362.89 | 7,433.20 | 23,783.69 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **111,833.89** | **114,723.39** | **116,255.70** | **428,982.09** |

**WR GRACE**  5th Quarter Project Category Summary

| Category | Stroock & Stroock[5] | |
|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 37,996.50 |
| 02 - Asset Disposition | 0.00 | 20,554.50 |
| 03 - Business Operations | 1,763.00 | 29,930.00 |
| 04 - Case Administration | 14,047.00 | 148,618.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 16,942.00 | 239,715.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 4,475.50 | 20,308.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 54,777.50 | 232,434.50 |
| 08 - Employee Benefits/Pension | 12,375.00 | 122,119.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,567.50 | 66,194.50 |
| 11 - Fee Applications, Applicant | 13,182.00 | 89,509.50 |
| 12 - Fee Applications, Others | 3,036.50 | 12,835.00 |
| 13 - Financing | 0.00 | 4,390.00 |
| 14 - Hearings | 31,447.00 | 101,908.50 |
| 15 - Litigation and Litigation Consulting | 88,725.00 | 123,404.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 285.00 | 7,897.00 |
| 18 - Tax Issues | 166.50 | 127,317.50 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 4,939.00 | 35,052.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 12,237.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **247,728.50** | **1,432,422.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **174,414.75** | **236,778.98** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **422,143.25** | **1,669,200.98** |
| FEE APPLICATION - TOTAL FEES | 245,259.00 | 1,417,068.50 |
| FEE APPLICATION - TOTAL EXPENSES | 174,414.75 | 263,359.21 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **419,673.75** | **1,680,427.71** |

**WR GRACE**

5th Quarter Project Category Summary

18 of 20

| Category | L. Tersigni | | Wallace King | |
|---|---|---|---|---|
| | 5th Quarter | Cumulative thru 5th Quarter | 5th Quarter | Cumulative thru 5th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 10,218.75 | 28,024.25 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 15,955.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,936.00 | 5,536.25 | 3,828.00 | 12,532.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 229,799.60 | 1,813,636.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 2,235.00 | 0.00 | 0.00 |
| 21 - Valuation | 45,842.75 | 57,622.75 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 3,316.00 | 3,316.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 39,871.75 | 100,110.50 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 15,357.25 | 58,869.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **117,542.50** | **271,668.75** | **233,627.60** | **1,826,168.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **955.19** | **8,145.99** | **19,992.42** | **344,737.25** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **118,497.69** | **279,814.74** | **253,620.02** | **2,170,905.25** |
| FEE APPLICATION - TOTAL FEES | 117,542.50 | 271,668.75 | 233,627.60 | 1,828,138.00 |
| FEE APPLICATION - TOTAL EXPENSES | 955.19 | 8,172.99 | 19,992.42 | 344,897.88 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **118,497.69** | **279,841.74** | **253,620.02** | **2,173,035.88** |

**WR GRACE**

5th Quarter Project Category Summary

| Category | | TOTAL 5th Quarter | | TOTAL Cumulative thru 5th Quarter |
|---|---|---:|---|---:|
| 01 - Asset Analysis and Recovery | $ | 9,581.00 | $ | 213,806.50 |
| 02 - Asset Disposition | $ | 54,666.88 | $ | 199,317.33 |
| 03 - Business Operations | $ | 13,374.00 | $ | 111,144.50 |
| 04 - Case Administration | $ | 272,588.85 | $ | 2,093,654.78 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ | 256,043.50 | $ | 1,642,299.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ | 10,650.50 | $ | 170,238.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ | 199,818.36 | $ | 1,094,892.78 |
| 08 - Employee Benefits/Pension | $ | 72,963.91 | $ | 727,663.53 |
| 09 - Employment Applications, Applicant | $ | 795.00 | $ | 38,993.71 |
| 10 - Employment Applications, Others | $ | 44,771.00 | $ | 398,936.00 |
| 11 - Fee Applications, Applicant | $ | 178,085.07 | $ | 675,413.98 |
| 12 - Fee Applications, Others | $ | 58,322.00 | $ | 161,426.55 |
| 13 - Financing | $ | - | $ | 101,964.50 |
| 14 - Hearings | $ | 178,176.94 | $ | 841,831.51 |
| 15 - Litigation and Litigation Consulting | $ | 3,809,331.35 | $ | 13,107,096.10 |
| 16 - Plan and Disclosure Statement | $ | 3,908.00 | $ | 118,342.80 |
| 17 - Relief from Stay Proceedings | $ | 25,754.00 | $ | 185,358.50 |
| 18 - Tax Issues | $ | 34,805.23 | $ | 245,685.66 |
| 19 - Tax Litigation | $ | 142,234.50 | $ | 581,257.00 |
| 20 - Travel - Non-working | $ | 148,446.77 | $ | 558,290.65 |
| 21 - Valuation | $ | 316,830.15 | $ | 439,906.29 |
| 22 - ZAI Science Trial | $ | 30,170.50 | $ | 35,402.50 |
| 23 - ZAI Science Trial - Expenses | $ | 369.45 | $ | 369.45 |
| 24 - Other | $ | 58,331.00 | $ | 518,970.00 |
| 25 - Accounting/Auditing | $ | 114,129.50 | $ | 117,019.00 |
| 26 - Business Analysis | $ | 263,729.79 | $ | 1,759,421.90 |
| 27 - Corporate Finance | $ | - | $ | 63,844.26 |
| 28 - Data Analysis | $ | 15,357.25 | $ | 58,869.00 |
| **PROJECT CATEGORY - TOTAL FEES** | $ | 6,312,564.50 | $ | 26,261,416.06 |
| **PROJECT CATEGORY - TOTAL EXPENSES** | $ | 917,014.83 | $ | 3,582,565.97 |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | $ | 7,229,579.33 | $ | 29,843,982.03 |
| FEE APPLICATION - TOTAL FEES | $ | 6,374,437.01 | $ | 26,349,002.33 |
| FEE APPLICATION - TOTAL EXPENSES | $ | 955,333.85 | $ | 3,607,453.95 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | $ | 7,329,770.86 | $ | 29,956,456.28 |

**WR GRACE**

5th Quarter Project Category Summary

[1] Amounts represent the total fees and expenses by Project Category that each applicant reported via email.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts in "CORPORATE FINANCE" for Blackstone Group were categorized as "FINANCING" in the 4th Quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.