**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>JULY 1, 2002 THROUGH SEPTEMBER 30, 2002</u>

1.    Case Administration – 41.9 hours ($15,710.00)

During the Application Period, the Applicant expended time reviewing a variety of court documents related to the Debtor's bankruptcy filing and the Zonolite science, including proposed and final orders, briefs, motions, answers, transcripts of hearings before Judges Fitzgerald and Wolin, and judicial decisions in related matters. The Applicant also participated in weekly telephone conference calls with the members of the Property Damage (PD) Committee, and responded to questions from PD Committee members and PD Committee counsel regarding case management issues that are within the Applicant's areas of expertise.

2.    Asbestos: Claims Analysis & Evaluation – 15.8 hours ($3,335.00)

During the Application Period, the Applicant expended time conducting research on issues related to the PD Committee; and reviewing documents, data files and other electronic files produced through discovery concerning estimates and projections of Debtor's near-term and long-term asbestos-related property damage and personal injury liability prepared by Debtor's consultant, in-house personnel, outside auditors and investment bankers. The Applicant provided information about these estimates and projections to the PD Committee, PD Committee counsel and counsel representing the PD Committee in the fraudulent transfer litigation, and responded to questions about the Debtor's estimates and projections from same. The Applicant also assembled various resource materials on asbestos property damage liability estimates and projections. The Applicant prepared for and attended an all-day meeting of PD Committee counsel, members of the PD Committee and other PD Committee consultants in Miami, Florida to discuss asbestos liability estimation and projection methodologies and calculation issues.

598904

3.        Compensation of Professionals – 6.8 hours ($2,390.00)

During the Application Period, the Applicant expended time contributing to the filing of monthly fee applications, quarterly fee applications, and responding to inquiries from the Fee Auditor on claimed professional time, expenses and categorization of professional work by topic, as requested by Judge Fitzgerald.