# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

INVOICE
#HRA20020820
August 20, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For month of July, 2002.

### CURRENT FEES

| | | |
|---|---|---|
| Francine F. Rabinovitz 1.00 hours @ $ 400 per hour | $ | 400.00 |
| James E. Hass 2.90 hours @ $ 400 per hour | | 1,160.00 |
| Paul Silvern 2.10 hours @ $ 350 per hour | | 735.00 |
| Robert H. Sims 0.80 hours @ $ 300 per hour | | 240.00 |
| Paul Honig 2.00 hours @ $ 175 per hour | | 350.00 |
| Jill E. McClain 1.10 hours @ $ 150 per hour | | 165.00 |
| Jeremy Cohen 8.00 hours @ $ 125 per hour | | 1,000.00 |
| **TOTAL CURRENT FEES:** | | **$ 4,050.00** |

### Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace).  For the month of July, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | Robert H. Sims | Paul Honig | Jill McClain | Jeremy Cohen |
|---|---|---|---|---|---|---|---|
| 07/01/2002 | 1.00 | | | | | | |
| 07/02/2002 | | | | | | | |
| 07/03/2002 | | | 0.30 | | | | |
| 07/04/2002 | | | | | | | |
| 07/05/2002 | | | | 0.80 | | | |
| 07/06/2002 | | | | | | | |
| 07/07/2002 | | | | | | | |
| 07/08/2002 | | | | | | | |
| 07/09/2002 | | | | | | | |
| 07/10/2002 | | | | | | | |
| 07/11/2002 | | | 0.40 | | | | |
| 07/12/2002 | | | | | | | |
| 07/13/2002 | | | | | | | |
| 07/14/2002 | | | | | | | |
| 07/15/2002 | | | | | | | |
| 07/16/2002 | | | | | | | |
| 07/17/2002 | | | | | | | |
| 07/18/2002 | | | 0.40 | | | | |
| 07/19/2002 | | | | | | | |
| 07/20/2002 | | | | | | | |
| 07/21/2002 | | | | | | | |
| 07/22/2002 | | | | | | | |
| 07/23/2002 | | | | | | | |
| 07/24/2002 | | | | | | | |
| 07/25/2002 | | 1.80 | 0.50 | | | | |
| 07/26/2002 | | | | | | | |
| 07/27/2002 | | | | | | | |
| 07/28/2002 | | | | | 2.00 | | |
| 07/29/2002 | | 1.10 | | | | 1.10 | |
| 07/30/2002 | | | | | | | |
| 07/31/2002 | | | 0.50 | | | | 8.00 |
| Hours | 1.00 | 2.90 | 2.10 | 0.80 | 2.00 | 1.10 | 8.00 |
| Rate | $400 | $400 | $350 | $300 | $175 | $150 | $125 |
| | $400.00 | $1,160.00 | $735.00 | $240.00 | $350.00 | $165.00 | $1,000.00 |

| | |
|---|---|
| TOTAL HOURS: | 17.90 |
| TOTAL FEES: | $4,050.00 |

JULY, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| <u>DATE</u> | <u>TIME</u> | <u>TASK</u> |
|------|------|------|
| | | <u>Cat 2. Asbestos: Claims Analysis and Valuation</u> |
| 07/01/02 | <u>1.00</u> | Begin review of Rourke BI deposition. |
| TOTAL | 1.00 | |

JULY, 2002, TIME LOG OF JAMES E. HASS (JEH)

| DATE | TIME | TASK |
|------|------|------|
| | | <u>Cat 14. Case Administration</u> |
| 07/25/02 | 1.80 | Read deposition of Ellberger. |
| 07/29/02 | <u>1.10</u> | Project administration, file, and other administrative work. |
| TOTAL | 2.90 | |

JULY 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|------|------|------|
| | | Cat 12. Case Administration and Consulting |
| 07/03/02 | 0.30 | Review June 18 hearing transcript re: Zonolite science trial procedures. |
| SUBTOTAL | 0.30 | |
| | | Cat 14. Case Administration |
| 07/11/02 | 0.40 | Participate in Property Damage (PD) Committee call re: case status. |
| 07/18/02 | 0.40 | Participate in PD Committee call re: case status. |
| 07/25/02 | 0.50 | Participate in PD Committee call re: case status. |
| 07/31/02 | 0.50 | Review July 22 omnibus hearing transcript. |
| SUBTOTAL | 1.80 | |
| TOTAL | 2.10 | |

JULY 2002, TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|------|------|------|
| | | Cat 2. Asbestos: Claims Analysis and Valuation |
| 07/05/02 | 0.80 | Review document & consider issues related to survey designed to measure effect of Grace Notice Campaign. Email to FFR. |
| TOTAL | 0.80 | |

JULY 2002, TIME LOG OF PAUL HONIG (PH)

| <u>DATE</u> | <u>TIME</u> | <u>TASK</u> |
|------|------|------|
| | | <u>Cat 14. Case Administration</u> |
| 07/28/02 | 2.00 | Attempt to unscramble an encoded report FFR received; determine the format and sender's application but solution rests on sender's side. |
| TOTAL | 2.00 | |

JULY 2002, TIME LOG OF JILL E. McCLAIN (JEM)

<u>DATE</u>          <u>TIME</u>    <u>TASK</u>

                        <u>Cat 14. Case Administration</u>

07/29/02      <u>1.10</u>    Project administration, file, and other
                        administrative.

TOTAL          1.10

JULY 2002, TIME LOG OF JEREMY COHEN (JC)

| DATE | TIME | TASK |
|------|------|------|
|  |  | Cat 2. Asbestos: Claims Analysis and Valuation |
| 07/31/02 | 8.00 | Online ordering of documents relevant to project, followed by search and retrieval of documents from various firm storage locations. |
| TOTAL | 8.00 | |