# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                    INVOICE
                  #HRA20021014
                 October 14, 2002
```

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of September, 2002.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 0.70 hours @ $ 400 per hour | $    280.00 |
| James E. Hass | |
| 7.30 hours @ $ 400 per hour | 2,920.00 |
| Paul J. Silvern | |
| 6.00 hours @ $ 350 per hour | 2,100.00 |
| Total Current Fees: | $ 5,300.00 |

**EXPENSES** (Receipt copies attached.)

| | |
|---|---:|
| Courier | 16.24 |
| **TOTAL FEES & EXPENSES:** | **$ 5,316.24** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace).  For the month of September, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | |
|---|---|---|---|---|
| 09/01/2002 | | | | |
| 09/02/2002 | | | | |
| 09/03/2002 | | 4.10 | | |
| 09/04/2002 | | | 0.10 | |
| 09/05/2002 | | | 0.50 | |
| 09/06/2002 | | | | |
| 09/07/2002 | | | | |
| 09/08/2002 | | | | |
| 09/09/2002 | | | | |
| 09/10/2002 | | | | |
| 09/11/2002 | | | | |
| 09/12/2002 | | | | |
| 09/13/2002 | | | 0.50 | |
| 09/14/2002 | | | | |
| 09/15/2002 | | | | |
| 09/16/2002 | | | | |
| 09/17/2002 | | | | |
| 09/18/2002 | | | | |
| 09/19/2002 | | | 1.00 | |
| 09/20/2002 | | | | |
| 09/21/2002 | | | | |
| 09/22/2002 | | | | |
| 09/23/2002 | 0.50 | | 0.50 | |
| 09/24/2002 | | | | |
| 09/25/2002 | | 0.50 | 2.30 | |
| 09/26/2002 | 0.20 | 1.50 | 0.10 | |
| 09/27/2002 | | | | |
| 09/28/2002 | | | | |
| 09/29/2002 | | | | |
| 09/30/2002 | | 1.20 | 1.00 | Total Hours |
| Hours | 0.70 | 7.30 | 6.00 | 13.80 |
| Rate | $400 | $400 | $350 | Total Fees |
| | $280.00 | $2,920.00 | $2,100.00 | $5,300.00 |

SEPTEMBER 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 09/23/02 | 0.5 | Quick review of <u>Cybergenics v. Chinery</u> re S. Baena messages re Grace fraudulent transfer case. |
| | | <u>Compensation of Professionals</u> |
| 09/26/02 | <u>0.2</u> | Phone call with Pual J. Silvern re: Fee Auditors report on HR&A's Fee Application for The Fifth Interim Period. |
| TOTAL | 0.7 | |

SEPTEMBER 2002, TIME LOG OF JAMES E. HASS (JEH)

<u>Case Administration</u>

| | | |
|---|---|---|
| 09/03/02 | 4.1 | Organize project files. |
| 09/25/02 | 0.5 | Invoice preparation |
| 09/26/02 | 1.5 | Weekly conference call with Property Damage Committee re: case status. |
| 09/30/02 | <u>1.2</u> | Invoice preparation. |
| TOTAL: | 7.3 | |

SEPTEMBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|------|------|------|

### Case Administration and Consulting

| DATE | TIME | TASK |
|------|------|------|
| 09/04/02 | 0.1 | Review Judge Wolin's opinion and order affirming Judge Fitzgerald's ruling re: Zonolite science trial. |
| 09/05/02 | 0.5 | Participate in Property Damage (PD) Committee call re: case status. |
| 09/19/02 | 0.6 | Participate in PD Committee call re: case status. |
|  | 0.2 | Voice mail messages for Francine F. Rabinovitz (FFR) and James E. Hass (JEH) re: PD Committee call. |
| 09/26/02 | 0.1 | Voice mail message from JEH re: weekly PD Committee call re: case status. |
| SUBTOTAL | 1.5 | CATEGORY 12 |

### Compensation of Professionals

| DATE | TIME | TASK |
|------|------|------|
| 09/13/02 | 0.5 | Review Fee Auditor's proposed consultant billing categories and discuss with HR&A project staff. |
| 09/19/02 | 0.2 | Review Fee Auditor's 4th Quarterly billing spreadsheet and related e-mail. |
| 09/23/02 | 0.5 | Review Fee Auditor's report on HR&A's Fee Application for the Fifth Interim Period and discuss with FFR. |
| 09/25/02 | 2.3 | Prepare draft response to Fee Auditor's report. |
| 09/30/02 | 1.0 | Complete and send response to Fee Auditor's report. |
| SUBTOTAL | 4.5 | CATEGORY 18 |
| TOTAL | 6.0 | |