IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 16, 2002 @ 4:00 p.m. |

**FIFTHTEENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *October 1, 2002 through and
                                    including October 31, 2002*

Amount of Compensation sought a
actual, reasonable and necessary: *$39,887.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$2,124.93*

This is a(n):    _x_  monthly        __   interim application

KL2:2185921.1

## Prior Applications:

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 | April 1, 2002 June 30, 2002 | $74,418.50 $5,015.76 | pending |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | pending |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | pending |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | pending |
| November 21, 2002 | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |

KL2:2185921.1

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 30, 2002

| Name | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 26.40 | $12,255.00 |
| Horowitz, Gregory A. | 445.00 | 2.00 | $890.00 |
| Becker, Gary M. | 415.00 | 25.60 | $10,624.00 |
| Klein, David | 300.00 | 6.80 | $2,040.00 |
| O'Hanlon, Grace | 300.00 | 34.50 | $10,350.00 |
| Lane, Joanne | 180.00 | 0.20 | $36.00 |
| Mangual, Kathleen | 175.00 | 18.80 | $3,290.00 |
| Kornblum, Shoshanah | 175.00 | 2.30 | $402.50 |
| Total | | 116.60 | $39,887.50 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/02 through 10/31/02 | Total Fees for the Period 10/1/02 through 10/31/02 |
|---|---|---|
| Bankruptcy Motion | 1.70 | $717.50 |
| Case Administration | 18.00 | $4,217.00 |
| Claim Analysis Objection & Resolution(Asbestos) | 7.40 | $3,131.00 |
| Creditor Committee | 10.10 | $4,587.50 |
| Fee Applications, Applicant | 10.60 | $2,917.00 |
| Fradulent Conveyance Adv Proceeding | 62.30 | $21,575.00 |
| Hearings | 3.30 | $1,567.50 |
| Other | 2.00 | $890.00 |
| Travel/Non-Working | 1.20 | $285.00 |
| Total | 116.60 | $39,887.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/02 through 10/31/02 |
|---|---|
| Telecopier | $49.00 |
| Photocopying | $258.00 |
| Research Services | $28.00 |
| Postage | $1.06 |

---

[1] Rates increased as part of the normal yearly review.

- 3 -

KL2:2185921.1

| | |
|---|---:|
| Long-Distance Tel. | $711.89 |
| Westlaw On-Line Research | $48.74 |
| Lexis/Nexis On-Line Research | $439.25 |
| Messenger Service | $45.00 |
| Cab Fares | $342.99 |
| Out-Of-Town Travel | $201.00 |
| **Total** | **$2,124.93** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: ___/s/ Philip Bentley___
     Philip Bentley
     Gary M. Becker
     919 Third Avenue
     New York, New York 10022
     (212) 715-9100

     Counsel to the Official Committee of
     Equity Holders

Dated: November 22, 2002

- 4 -

KL2:2185921.1