**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

*CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.90 | 415.00 | 373.50 |
| KLEIN, DAVID | CRED | 6.80 | 300.00 | 2,040.00 |
| **PARAPROFESSIONALS** | | | | |
| LANE, JOANNE | IMAG | 0.20 | 180.00 | 36.00 |
| MANGUAL, KATHLEEN | CRED | 7.80 | 175.00 | 1,365.00 |
| KORNBLUM, SHOSHANAH | CRED | 2.30 | 175.00 | 402.50 |
| | Subtotal | 18.00 | $ | 4,217.00 |

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.60 | 475.00 | 3,135.00 |
| BECKER, GARY M. | CRED | 3.50 | 415.00 | 1,452.50 |
| | Subtotal | 10.10 | $ | 4,587.50 |

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CRED | 1.50 | 415.00 | 622.50 |
| | Subtotal | 1.70 | $ | 717.50 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.50 | 475.00 | 237.50 |
| BECKER, GARY M. | CRED | 3.80 | 415.00 | 1,577.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 6.30 | 175.00 | 1,102.50 |
| | Subtotal | 10.60 | $ | 2,917.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.00 | 475.00 | 475.00 |
| BECKER, GARY M. | CRED | 6.40 | 415.00 | 2,656.00 |
| | Subtotal | 7.40 | $ | 3,131.00 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 13.60 | 475.00 | 6,460.00 |
| O'HANLON, GRACE | LITI | 34.50 | 300.00 | 10,350.00 |
| BECKER, GARY M. | CRED | 9.50 | 415.00 | 3,942.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 4.70 | 175.00 | 822.50 |
| | Subtotal | 62.30 | $ | 21,575.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.30 | 475.00 | 1,567.50 |
| | Subtotal | 3.30 | $ | 1,567.50 |

### OTHER

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| HOROWITZ, GREGORY A. | LITI | 2.00 | 445.00 | 890.00 |
| | Subtotal | 2.00 | $ | 890.00 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 475.00 | 285.00 |
| | Subtotal | 1.20 | $ | 285.00 |
| | Total | 116.60 | $ | 39,887.50 |

KL4:2062261.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 26.40 | 475.00 | 12,255.00 |
| HOROWITZ, GREGORY A. | PARTNER | 2.00 | 445.00 | 890.00 |
| O'HANLON, GRACE | ASSOCIATE | 34.50 | 300.00 | 10,350.00 |
| BECKER, GARY M. | ASSOCIATE | 25.60 | 415.00 | 10,624.00 |
| KLEIN, DAVID | ASSOCIATE | 6.80 | 300.00 | 2,040.00 |
| LANE, JOANNE | OTHER TKPR | 0.20 | 180.00 | 36.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 18.80 | 175.00 | 3,290.00 |
| KORNBLUM, SHOSHANAH | PARALEGAL | 2.30 | 175.00 | 402.50 |
| | Total | 116.60 | | $39,887.50 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 49.00 |
| PHOTOCOPYING | 258.00 |
| RESEARCH SERVICES | 28.00 |
| POSTAGE | 1.06 |
| LONG-DISTANCE TEL. | 711.89 |
| WESTLAW ON - LINE RESEARCH | 48.74 |
| LEXIS/NEXIS ON-LINE RESEARCH | 439.25 |
| MESSENGER SERVICE | 45.00 |
| CAB FARES | 342.99 |
| OUT-OF-TOWN TRAVEL | 201.00 |
| Subtotal | $2,124.93 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 24.50 |
| PHOTOCOPYING | 137.60 |
| MANUSCRIPT SERVICE | 660.00 |
| MEALS | 22.07 |
| Subtotal | $844.17 |

aip_132c: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:14

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

### PRE-BILLING SUMMARY REPORT

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: 10/31/2002 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: 10/31/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 39,887.50 | 2,124.93 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 10/31/2002 |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

### ACCOUNTS RECEIVABLE TOTALS

| | | | | |
|---|---|---|---|---|
| FEES: | 180,668.65 | UNIDENTIFIED RECEIPTS: | 0.00 | |
| DISBURSEMENTS: | 12,346.35 | PAID FEE RETAINER: | 0.00 | |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 | |
| TOTAL OUTSTANDING: | 202,507.00 | TRUST BALANCE: | | |

### BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 11/19/02 | LAST PAYMENT DATE: | 10/30/02 |
| LAST BILL NUMBER: | 361261 | FEES BILLED TO DATE: | 474,631.00 |
| LAST BILL THRU DATE: | 10/31/02 | | |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:19

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 10/01/02 | 10/31/02 | 26.40 | 12,255.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 10/02/02 | 10/31/02 | 2.00 | 890.00 |
| 05039 | O'HANLON, GRACE | ASSOCIATE | 10/01/02 | 10/09/02 | 34.50 | 10,350.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 10/02/02 | 10/29/02 | 25.60 | 10,624.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 10/02/02 | 10/31/02 | 6.80 | 2,040.00 |
| | PARAPROFESSIONALS | | | | | |
| 03691 | LANE, JOANNE | OTHER TKPR | | 10/08/02 | 0.20 | 36.00 |
| 05208 | MANUAL, KATHLEEN | PARALEGAL | 10/01/02 | 10/30/02 | 18.80 | 3,290.00 |
| 05452 | KORNBLUM, SHOSHANNAH | PARALEGAL | 10/10/02 | 10/22/02 | 2.30 | 402.50 |
| | Total: | | | | 116.60 | 39,887.50 |

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 10/02/02 | 10/28/02 | 49.00 |
| 0820 | PHOTOCOPYING | 10/02/02 | 10/31/02 | 258.00 |
| 0840 | MANUSCRIPT SERVICE | 10/01/02 | 10/31/02 | 0.00 |
| 0841 | RESEARCH SERVICES | 10/03/02 | 10/03/02 | 28.00 |
| 0880 | POSTAGE | 10/09/02 | 10/09/02 | 1.06 |
| 0885 | LONG-DISTANCE TEL. | 10/01/02 | 10/07/02 | 9.46 |
| 0910 | LONG DIST. TELE. | 10/30/02 | 10/30/02 | 702.43 |
| 0917 | WESTLAW ON - LINE RESEARCH | 10/03/02 | 10/30/02 | 48.74 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 10/03/02 | 10/22/02 | 439.25 |
| 0930 | MESSENGER/COURIER | 10/10/02 | 10/24/02 | 45.00 |
| 0940 | CAB FARES | 09/23/02 | 10/30/02 | 342.99 |
| 0942 | MEALS/IN-HOUSE | 10/30/02 | 10/30/02 | 0.00 |
| 0943 | IN-HOUSE/MEALS | 10/29/02 | 10/29/02 | 0.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 10/30/02 | 10/30/02 | 201.00 |
| | Total | | | 2,124.93 |
| | Grand Total | | | 42,012.43 |

## BILLING & PAYMENT HISTORY (Reflects Payments As of 11/22/02 13:26:19)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 09/28/01 | 08/31/01 | 339400 | 60,166.00 | 5,439.63 | | | 52,500.93 | 11/30/01 | 13,104.70 |
| 10/29/01 | 09/30/01 | 341359 | 32,073.50 | 5,995.49 | | | 31,375.29 | | 6,643.70 |
| 11/29/01 | 10/31/01 | 342994 | 26,585.00 | 1,663.89 | | | 22,931.89 | 01/22/02 | 5,317.00 |
| 12/27/01 | 11/30/01 | 344503 | 20,099.00 | 3,081.62 | | | 19,110.82 | 03/05/02 | 4,019.80 |
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 | | | 28,312.23 | | 6,493.50 |
| 01/31/02 | 12/31/01 | 346114 | .00 | | | | | | |
| 02/27/02 | 01/31/02 | 340586 | 23,407.00 | 1,961.58 | | | 25,369.08 | 10/30/02 | .00 |

alp_132c: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:19

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/02 13:26:19)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | From OA Applied | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 03/27/02 | 02/28/02 | 348979 | 29,782.50 | 2,597.44 | | 32,379.94 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 28,405.00 | 2,107.94 | | 30,512.94 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 32,194.00 | 2,669.24 | | 25,704.44 | 10/30/02 | 9,158.80 |
| 07/12/02 | 05/31/02 | 352280 | 24,232.00 | 2,297.61 | | 21,683.21 | | 4,846.40 |
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | 16,702.61 | 10/30/02 | 4,078.50 |
| 08/19/02 | 07/31/02 | 356269 | 28,083.50 | 1,121.59 | | .00 | | 29,205.09 |
| 09/30/02 | 09/30/02 | 358460 | 33,598.50 | 7,190.62 | | .00 | | 40,789.12 |
| 10/31/02 | 09/30/02 | 359721 | 25,584.50 | 1,761.46 | | .00 | | 27,345.96 |
| 11/19/02 | 10/31/02 | 361261 | 39,887.50 | 2,124.93 | | .00 | | 42,012.43 |
| Total: | | | 456,958.50 | 42,639.88 | | 306,583.38 | | 193,015.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 11/22/2002 13:26:11

Matter No: 056772-00001          Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

─────────────────────────────────────────────────────────────────────────────────────
                                    PRE-BILLING SUMMARY REPORT
─────────────────────────────────────────────────────────────────────────────────────

UNBILLED TIME FROM:  10/01/2002                      TO:   10/31/2002
UNBILLED DISB FROM:  09/23/2002                      TO:   10/31/2002

                                    FEES                          COSTS

GROSS BILLABLE AMOUNT:             4,217.00                      1,777.44
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
  THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO           10/31/2002
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

─────────────────────────────────────────────────────────────────────────────────────
           ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
─────────────────────────────────────────────────────────────────────────────────────

                        FEES:      15,470.00       UNIDENTIFIED RECEIPTS:     0.00
DISBURSEMENTS:           5,074.28       PAID FEE RETAINER:        0.00
FEE RETAINER:                0.00       PAID DISB RETAINER:       0.00
DISB RETAINER:               0.00       TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:      20,544.28       TRUST BALANCE:

                                     BILLING HISTORY

DATE OF LAST BILL:      11/19/02       LAST PAYMENT DATE:      10/30/02
LAST BILL NUMBER:       361261         FEES BILLED TO DATE:   139,354.50
LAST BILL THRU DATE:    10/31/02

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee         (6) Summer Associate
        (2) Late Time & Costs Posted   (7) Fixed Fee
        (3) Pre-arranged Discount      (8) Premium
        (4) Excessive Legal Time       (9) Rounding
        (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP

"PRIVILEGED AND CONFIDENTIAL"

PAGE   2

Matter No: 056772-00001          Orig Prtnr : CRED. RGTS - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001

Status   : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | ----- Total ----- Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 05292 | BECKER, GARY M. | CRED | 10/09/02 | 10/22/02 | 0.90 | 373.50 |
| 05646 | KLEIN, DAVID | CRED | 10/09/02 | 10/31/02 | 6.80 | 2,040.00 |
| | PARAPROFESSIONALS | | | | | |
| 03691 | LANE, JOANNE | Imag | 10/08/02 | 10/08/02 | 0.20 | 36.00 |
| 05208 | MANGUAL, KATHLEEN | CRED | 10/01/02 | 10/25/02 | 7.80 | 1,365.00 |
| 05452 | KORNBLUM, SHOSHANAH | CRED | 10/10/02 | 10/22/02 | 2.30 | 402.50 |
| | | Total: | | | 18.00 | 4,217.00 |

## BILLED TIME SUMMARY

Sub-Total Hours : 0.00 Partners   0.00 Counsels   7.70 Associates   10.10 Legal Assts   0.20 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed | Total Amount |
|------|-------------|--------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 10/02/02 | 10/31/02 | | 161.10 |
| 0840 | MANUSCRIPT SERVICE | 10/01/02 | 10/31/02 | | 0.00 |
| 0841 | RESEARCH SERVICES | 10/03/02 | 10/03/02 | | 28.00 |
| 0880 | POSTAGE | 10/09/02 | 10/09/02 | | 1.06 |
| 0885 | LONG-DISTANCE TEL. | 10/01/02 | 10/07/02 | | 8.87 |
| 0910 | LONG DIST. TELE. | 10/30/02 | 10/30/02 | | 702.43 |
| 0917 | WESTLAW ON - LINE RESEARCH | 10/03/02 | 10/03/02 | | 48.74 |
| 0921 | LEXIS / NEXIS ON - LINE RESEAR | 10/03/02 | 10/22/02 | | 439.25 |
| 0910 | MESSENGER/COURIER | 10/02/02 | 10/24/02 | | 45.00 |
| 0942 | CAB FARES | 09/23/02 | 10/30/02 | | 342.99 |
| 0942 | MEALS/IN-HOUSE | 10/30/02 | 10/30/02 | | 0.00 |
| 0943 | IN-HOUSE/MEALS | 10/29/02 | 10/29/02 | | 0.00 |
| | | | Total | | 1,777.44 |
| | | | Grand Total | | 5,994.44 |

## BILLING & PAYMENT HISTORY (Reflects Payments As of 11/22/02 13:26:11)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|-------------|------|-------------|
| 09/28/01 | 08/31/01 | 339400 | 35,884.50 | 4,154.07 | | 40,038.57 | | 11/30/01 | |
| 10/29/01 | 09/30/01 | 341359 | 15,920.50 | 1,491.63 | | 17,412.13 | | 09/13/02 | |
| 11/29/01 | 10/31/01 | 342994 | 10,001.50 | 1,059.00 | | 11,060.50 | | 01/22/02 | |
| 12/27/01 | 11/30/01 | 344503 | 9,220.00 | 1,455.48 | | 10,685.48 | | 03/05/02 | |
| 01/16/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 | | 9,151.54 | | 09/13/02 | |
| 01/31/02 | 07/31/01 | 346114 | | | | .00 | | | |
| 02/27/02 | 01/31/02 | 346586 | 4,970.00 | 1,638.70 | | 6,608.70 | | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 1,970.00 | 612.36 | | 2,582.36 | | 10/30/02 | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  3

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/02 13:26:11)

| Bill Date | Thru Date | Bill# | Billed | | Applied | Collections | | Balance |
| | | | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|-------|--------|--------------|---------|-------|------|---------|
| 04/30/02 | 03/31/02 | 347464 | 4,590.00 | 876.66 | | 5,466.66 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 | | 15,463.97 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 6,262.00 | 2,100.07 | | 8,362.07 | 10/30/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | .00 | | 6,342.89 |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 | | .00 | | 5,192.09 |
| 10/31/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 | | .00 | | 3,014.86 |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | .00 | | 5,994.44 |
| | | Total: | 130,159.50 | 21,419.67 | | 131,034.89 | | 20,544.28 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   4

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/09/02 | Conf. with Bentley re various case issues (0.4); conf. with Klein re document screening process (0.1). | 0.50 | 207.50 | 4367805 | 10/14/02 |
| BECKER, GARY M. | 10/22/02 | Conf. with Bentley re 10/28 hearing (0.2); review hearing agenda (0.2). | 0.40 | 166.00 | 4383163 | 10/28/02 |
| **Total For BECKER G - 05292** | | | **0.90** | **373.50** | | |
| KLEIN, DAVID | 10/09/02 | disc w/ GB re document screening. | 0.10 | 30.00 | 4365879 | 10/14/02 |
| KLEIN, DAVID | 10/11/02 | disc w/ GB re the four large issues. | 0.30 | 90.00 | 4365965 | 10/14/02 |
| KLEIN, DAVID | 10/14/02 | check Cybergenics status, review pleadings. | 1.00 | 300.00 | 4371065 | 10/17/02 |
| KLEIN, DAVID | 10/15/02 | review pleadings. | 0.70 | 210.00 | 4371117 | 10/17/02 |
| KLEIN, DAVID | 10/16/02 | review pleadings | 0.50 | 150.00 | 4371443 | 10/17/02 |
| KLEIN, DAVID | 10/22/02 | review M to dism (0.3); M to appoint 1104(a) trustee (0.3); M to appoint examiner for Sealed Air action (0.4); review misc. pleadings, distr relevant pleadings to PB, GB (0.7) and disc re same w/ GB (0.5), KW (0.3). | 2.50 | 750.00 | 4378926 | 10/23/02 |
| KLEIN, DAVID | 10/23/02 | email re electronic filings (0.1) and review of same (0.1). | 0.20 | 60.00 | 4380738 | 10/24/02 |
| KLEIN, DAVID | 10/24/02 | review electronic filings for internal distr. and distr as necessary. | 0.50 | 150.00 | 4381940 | 10/25/02 |
| KLEIN, DAVID | 10/28/02 | review electronic filings re distrib. & distrib relevant docs (0.4). | 0.40 | 120.00 | 4385949 | 10/29/02 |
| KLEIN, DAVID | 10/29/02 | review electronic filings re distrib. | 0.30 | 90.00 | 4391323 | 10/31/02 |
| KLEIN, DAVID | 10/31/02 | review various filings re distrib. | 0.30 | 90.00 | 4407709 | 11/04/02 |
| **Total For KLEIN D - 05646** | | | **6.80** | **2,040.00** | | |
| KORNBLUM, SHOSHANAH | 10/10/02 | Research on Pacer re Operating Reports per G. Becker (1.5). | 1.50 | 262.50 | 4379512 | 10/24/02 |
| KORNBLUM, SHOSHANAH | 10/22/02 | Research on Pacer per P. Bentley (0.8). | 0.80 | 140.00 | 4390715 | 10/31/02 |
| **Total For KORNBLUM S - 05452** | | | **2.30** | **402.50** | | |
| MANGUAL, KATHLEEN | 10/01/02 | pacer review of pleadings, retrieval of such (1.1); review files, organization of such and update pleadings index and correspondence (.90). | 2.00 | 350.00 | 4384584 | 10/29/02 |
| MANGUAL, KATHLEEN | 10/08/02 | pacer search, review of Sealed Air docket per PB, print out of such (.40). | 0.40 | 70.00 | 4384327 | 10/29/02 |
| MANGUAL, KATHLEEN | 10/10/02 | retrieval of debtors monthly operating reports per GB (2.0). | 2.00 | 350.00 | 4384333 | 10/29/02 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Run Date & Time: 11/22/2002 13:26:11

Matter No: 056772-00001                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 10/11/02 | update pleadings index to main case and all adv proc (1.7) | 1.70 | 297.50 | 4384878 | 10/29/02 | |
| MANGUAL, KATHLEEN | 10/22/02 | disc/w D. Klein re: incoming files and confirmation of corporate documents (.30) | 0.30 | 52.50 | 4384356 | 10/29/02 | |
| MANGUAL, KATHLEEN | 10/25/02 | organization of files, pacer search for docket number and update pleadings index (1.4) | 1.40 | 245.00 | 4400064 | 11/01/02 | |

Total For MANGUAL K - 05208                                        7.80          1,365.00

| LANE, JOANNE | 10/08/02 | Reviewing CD of production received from ALS; Telephone conversations with GB, KM re same. | 0.20 | 36.00 | 4362039 | 10/10/02 | |

Total For LANE J - 03691                                          0.20          36.00

Fee Total                                                        18.00          4,217.00


B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/02/02 | 3.75 | 5777860 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/02/02 | 1.05 | 5777861 | 84505 | 10/04/02 |
| PHOTOCOPYING BECKER GARY M. | | BECKER, G M | 10/02/02 | 4.50 | 5777862 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/03/02 | 1.35 | 5777863 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/03/02 | 6.00 | 5777864 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/03/02 | 1.20 | 5777865 | 84505 | 10/04/02 |
| PHOTOCOPYING TEMP. LIBRARY | | TEMP, LIBRARY, | 10/03/02 | 1.05 | 5777866 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/03/02 | 19.35 | 5777867 | 84505 | 10/04/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/04/02 | 3.60 | 5782487 | 84605 | 10/08/02 |
| PHOTOCOPYING BENTLEY PHILIP | | BENTLEY, P | 10/04/02 | 0.90 | 5782488 | 84605 | 10/08/02 |
| PHOTOCOPYING MANGUAL KATHLEEN | | MANGUAL, K M | 10/09/02 | 4.80 | 5791618 | 84740 | 10/10/02 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/09/02 | 2.40 | 5794741 | 84834 | 10/11/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/11/02 | 5.55 | 5795615 | 84890 | 10/14/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/11/02 | 0.15 | 5795616 | 84890 | 10/14/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/11/02 | 30.60 | 5801015 | 84929 | 10/15/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/15/02 | 1.50 | 5802385 | 85015 | 10/16/02 |
| PHOTOCOPYING  KLEIN DAVID | KLEIN, D K | 10/22/02 | 7.20 | 5811821 | 85315 | 10/23/02 |
| PHOTOCOPYING  MANGUAL KATHLEEN | MANGUAL, K M | 10/22/02 | 16.50 | 5811822 | 85315 | 10/23/02 |
| PHOTOCOPYING  MANGUAL KATHLEEN | MANGUAL, K M | 10/23/02 | 26.55 | 5814724 | 85440 | 10/25/02 |
| PHOTOCOPYING  MANGUAL KATHLEEN | MANGUAL, K M | 10/23/02 | 9.15 | 5814725 | 85440 | 10/25/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/31/02 | 2.25 | 5827928 | 85818 | 11/01/02 |
| PHOTOCOPYING  BENTLEY PHILIP | BENTLEY, P | 10/31/02 | 11.70 | 5827929 | 85818 | 11/01/02 |

0820 PHOTOCOPYING Total :   161.10

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 0840 | SEAMRIGHT, J | 10/01/02 | 0.00 | 5780086 | 84573 | 10/07/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/01/02 | 0.00 | 5780087 | 84573 | 10/07/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/02/02 | 0.00 | 5780088 | 84573 | 10/07/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/03/02 | 0.00 | 5780089 | 84573 | 10/07/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/04/02 | 0.00 | 5780260 | 84574 | 10/07/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/09/02 | 0.00 | 5793911 | 84791 | 10/10/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/09/02 | 0.00 | 5793912 | 84791 | 10/10/02 |
| MANUSCRIPT SERVICE | SEAMRIGHT, J | 10/10/02 | 0.00 | 5799275 | 84876 | 10/14/02 |
| MANUSCRIPT SERVICE 10/11/2002 | SEAMRIGHT, J | 10/11/02 | 0.00 | 5802259 | 84902 | 10/14/02 |
| MANUSCRIPT SERVICE 10/11/2002 | SEAMRIGHT, J | 10/11/02 | 0.00 | 5802260 | 84902 | 10/14/02 |
| MANUSCRIPT SERVICE 10/14/2002 | SEAMRIGHT, J | 10/14/02 | 0.00 | 5803163 | 84948 | 10/16/02 |
| MANUSCRIPT SERVICE 10/15/2002 | SEAMRIGHT, J | 10/15/02 | 0.00 | 5800260 | 85048 | 10/16/02 |

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

PAGE   7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 10/21/2002 | SEAWRIGHT, J | 10/21/02 | 0.00 | 5811504 | 85293 | 10/22/02 |
| MANUSCRIPT SERVICE 10/24/2002 | SEAWRIGHT, J | 10/24/02 | 0.00 | 5816101 | 85480 | 10/25/02 |
| MANUSCRIPT SERVICE 10/28/2002 | SEAWRIGHT, J | 10/28/02 | 0.00 | 5823653 | 85704 | 10/30/02 |
| MANUSCRIPT SERVICE 10/31/2002 | SEAWRIGHT, J | 10/31/02 | 0.00 | 5827253 | 85815 | 11/01/02 |
| 0840 MANUSCRIPT SERVICE Total : | | | 0.00 | | | |
| RESEARCH SERVICES 10/03/2002 | TEMP, LIBRARY, | 10/03/02 | 14.00 | 5781623 | 84594 | 10/07/02 |
| RESEARCH SERVICES 10/03/2002 | RAPHAEL, D R | 10/03/02 | 14.00 | 5826151 | 85764 | 10/31/02 |
| 0841 RESEARCH SERVICES Total : | | | 28.00 | | | |
| POSTAGE Danny Rivera | MANGUAL, K M | 10/09/02 | 1.06 | 5794155 | 84802 | 10/10/02 |
| 0880 POSTAGE Total : | | | 1.06 | | | |
| LONG-DISTANCE TEL. 3128612248 | BENTLEY, P | 10/01/02 | 0.89 | 5787712 | 84509 | 10/04/02 |
| LONG-DISTANCE TEL. 3128612449 | BENTLEY, P | 10/03/02 | 3.25 | 5778713 | 84509 | 10/04/02 |
| LONG-DISTANCE TEL. 3128612460 | BENTLEY, P | 10/03/02 | 0.59 | 5829296 | 85822 | 11/01/02 |
| LONG-DISTANCE TEL. 3128612460 | MANGUAL, K M | 10/07/02 | 0.30 | 5782889 | 84606 | 10/08/02 |
| LONG-DISTANCE TEL. 3026524100 | BENTLEY, P | 10/07/02 | 3.84 | 5782890 | 84606 | 10/08/02 |
| 0885 LONG-DISTANCE TEL. Total : | | | 8.87 | | | |
| LONG DIST. TELE. - VENDOR-DERAVENTURES, INC. DERAVENTURES, INC. | BENTLEY, P | 10/30/02 | 702.43 | 5823316 | 85673 | 10/30/02 |
| 0910 LONG DIST. TELE. Total : | | | 702.43 | | | |
| WESTLAW ON - LINE RE | RAPHAEL, D R | 10/03/02 | 14.22 | 5795619 | 84859 | 10/11/02 |
| WESTLAW ON - LINE RE | BENTLEY, P | 10/03/02 | 34.52 | 5795620 | 84859 | 10/11/02 |
| 0917 WESTLAW ON - LINE RE Total : | | | 48.74 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| LEXIS / NEXIS ON -L | | | | 0921 | | |
| LEXIS / NEXIS ON -L -LINE RESEARCH | DOLAN, E | 10/03/02 | 7.00 | 5795463 | 84857 | 10/11/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | BECKER, G M | 10/03/02 | 293.25 | 5795464 | 84857 | 10/11/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | MANUAL, K M | 10/22/02 | 139.00 | 5823044 | 85682 | 10/30/02 |
| 0921 LEXIS / NEXIS ON -L Total : | | | 439.25 | | | |
| MESSENGER/COURIER | | | | 0930 | | |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 10/10/02 | 10.66 | 5800213 | 84898 | 10/14/02 |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 10/22/02 | 10.66 | 5816602 | 85497 | 10/28/02 |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 10/23/02 | 10.66 | 5818990 | 85612 | 10/29/02 |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 10/24/02 | 13.02 | 5818429 | 85612 | 10/29/02 |
| 0930 MESSENGER/COURIER Total : | | | 45.00 | | | |
| CAB FARES | | | | 0940 | | |
| THE COMPANY CAR | BENTLEY, P | 09/23/02 | 75.48 | 5758383 | 83517 | 09/23/02 |
| CAB FARES - VENDOR-THE COMPANY CAR 9/3/02 | | | | | | |
| DIAL CAR INC. | BENTLEY, P | 10/29/02 | 245.51 | 5820037 | 85568 | 10/29/02 |
| CAB FARES - VENDOR-DIAL CAR INC. 10/7/02 | | | | | | |
| MARIANNE FERGUSON, CASH | BENTLEY, P | 10/30/02 | 11.00 | 5824192 | 85695 | 10/30/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 10/25/02 | | | | | | |
| MARIANNE FERGUSON, CASH | BENTLEY, P | 10/30/02 | 11.00 | 5824194 | 85695 | 10/30/02 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 10/07/02 | | | | | | |
| 0940 CAB FARES Total : | | | 342.99 | | | |
| MEALS/IN-HOUSE | | | | 0942 | | |
| MARIANNE FERGUSON, CASH | BENTLEY, P | 10/30/02 | 0.00 | 5824191 | 85695 | 10/30/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 10/25/02 | | | | | | |
| MARIANNE FERGUSON, CASH | BENTLEY, P | 10/30/02 | 0.00 | 5824193 | 85695 | 10/30/02 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 10/07/02 | | | | | | |
| 0942 MEALS/IN-HOUSE Total : | | | 0.00 | | | |
| IN-HOUSE/MEALS | | | | 0943 | | |
| IN-HOUSE/MEALS | KLEIN, D K | 10/29/02 | 0.00 | 5831311 | 85895 | 11/04/02 |
| 0943 IN-HOUSE/MEALS Total : | | | 0.00 | | | |

Costs Total :                                               1,777.44

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                      PAGE    9

Run Date & Time: 11/22/2002 13:26:11                                      *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975                     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE


B I L L E D   C O S T S   D E T A I L

Description/Code                                 Employee        W/o / W/u        Date            Transfer To   Clnt/Mtr    Amount      Index#   Batch No   Batch Date

BECKER, GARY M.             0.90      373.50
KLEIN, DAVID               6.80    2,040.00
LANE, JOANNE               0.20       36.00
MANGUAL, KATHLEEN          7.80    1,365.00
KORNBLUM, SHOSHANAH        2.30      402.50
       Total:             18.00    4,217.00


B I L L E D   C O S T S   S U M M A R Y

Code Description                    Amount                     Bill                 W/o / W/u                 Transfer To   Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                  161.10
0840 MANUSCRIPT SERVICE              0.00
0841 RESEARCH SERVICES              28.00
0880 POSTAGE                         1.06
0885 LONG-DISTANCE TEL.              8.87
0910 LONG DIST. TELE.              702.43
0917 WESTLAW ON - LINE RESEARC      48.74
0921 LEXIS / NEXIS  ON -LINE R     439.25
0930 MESSENGER/COURIER              45.00
0940 CAB FARES                     342.99
0942 MEALS/IN-HOUSE                  0.00
0943 IN-HOUSE/MEALS                  0.00

       Costs Total :            1,777.44
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE   10

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:

```
                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     10/01/2002          TO:    10/28/2002
UNBILLED DISB FROM:     10/02/2002          TO:    10/28/2002

                              FEES                    COSTS
                            ----------              ----------

GROSS BILLABLE AMOUNT:       4,587.50                  49.00
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
  THRU DATE:                                          10/28/2002
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                        ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

DISBURSEMENTS:              FEES:      10,994.50       UNIDENTIFIED RECEIPTS:        0.00
                      FEE RETAINER:       184.59          PAID FEE RETAINER:        0.00
                     DISB RETAINER:         0.00         PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:                     11,179.09      TOTAL AVAILABLE FUNDS:        0.00
                                                              TRUST BALANCE:
                                         BILLING HISTORY

DATE OF LAST BILL:         11/19/02          LAST PAYMENT DATE:       10/30/02
LAST BILL NUMBER:            361261          FEES BILLED TO DATE:    45,612.00
LAST BILL THRU DATE:       10/31/02
```

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

                (1) Exceeded Fixed Fee        (6)  Summer Associate
                (2) Late Time & Costs Posted  (7)  Fixed Fee
                (3) Pre-arranged Discount     (8)  Premium
                (4) Excessive Legal Time      (9)  Rounding
                (5) Business Development     (10)  Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:11

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

| | |
|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status   : ACTIVE |

B I L L E D   T I M E   S U M M A R Y   --------------- Total ------------- ------------- Billed ------------

| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | CRED | 10/01/02 | 10/08/02 | 6.60 | 3,135.00 |
| 05292 BECKER, GARY M. | CRED | 10/02/02 | 10/28/02 | 3.50 | 1,452.50 |
| | Total: | | | 10.10 | 4,587.50 |

Sub-Total Hours :     6.60 Partners     0.00 Counsels     3.50 Associates     0.00 Legal Assts     0.00 Others

B I L L E D   C O S T S   S U M M A R Y   ------------ Total ------------ --- Latest ---

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 10/02/02 | 10/28/02 | 49.00 |
| | Total | | | 49.00 |

| | |
|---|---|
| Grand Total | 4,636.50 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/02 13:26:11)

| Bill Date Thru Date Bill# | ---- Billed ---- Fee & OA  Disbursement | Applied From OA | Total | ---- Collections ---- Date | Balance Due |
|---|---|---|---|---|---|
| 09/28/01 08/31/01 339400 | 5,226.00      997.34 | | 6,223.34 11/30/01 | |
| 10/29/01 09/30/01 341359 | 1,300.00 | | 1,300.00 09/13/02 | |
| 11/29/01 10/31/01 342994 | 3,507.50      434.03 | | 3,941.53 01/22/02 | |
| 12/27/01 11/30/01 344503 | 1,080.00      197.20 | | 1,277.20 03/05/02 | |
| 01/18/02 12/31/01 345477 | 3,476.50      302.15 | | 3,778.65 09/13/02 | |
| 01/31/02 07/31/01 346114 | .00 | | .00 | |
| 02/27/02 01/31/02 346586 | 3,602.50 | | 3,602.50 10/30/02 | |
| 03/27/02 02/28/02 348979 | 4,045.00 | | 5,468.03 10/30/02 | |
| 04/30/02 03/31/02 347464 | 4,167.50     1,423.03 | | 4,260.76 10/30/02 | |
| 05/31/02 04/30/02 352100 | 600.00       93.26 | | 625.84 09/13/02 | |
| 07/12/02 05/31/02 355280 | 3,895.00       25.84 | | 3,895.12 10/30/02 | |
| 08/15/02 06/30/02 357518 | 3,717.50       .12 | | 3,721.50 10/30/02 | |
| 08/19/02 07/31/02 356269 | 1,287.50        4.00 | | .00 | 1,302.09 |
| 09/30/02 08/31/02 358460 | 1,630.00       14.59 | | .00 | 1,751.00 |
| 10/31/02 09/30/02 359721 | 3,489.50      121.00 | | .00 | 3,489.50 |
| 11/19/02 10/31/02 362261 | 4,587.50       49.00 | | .00 | 4,636.50 |
| Total: | 45,612.00    3,661.56 | | 38,094.47 | 11,179.09 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 11/22/2002 13:26:11

Matter No: 056772-00002                        Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/01/02 | TC D. Bernick, and prepare memo to Committee, re appointment of futures representative(1.1). | 1.10 | 522.50 | 4419340 | 11/14/02 | |
| BENTLEY, PHILIP | 10/02/02 | Memo to Committee re futures rep. | 0.30 | 142.50 | 4390231 | 10/31/02 | |
| BENTLEY, PHILIP | 10/03/02 | Review and edit draft brief re Cybergenics issues, review treatise and key cases re same, and discs. GB and N. Browdy re same; prepare memo to Committee re same. | 3.90 | 1,852.50 | 4390236 | 10/31/02 | |
| BENTLEY, PHILIP | 10/07/02 | Prepare memo to Committee re today's hearing. | 1.10 | 522.50 | 4390225 | 10/31/02 | |
| BENTLEY, PHILIP | 10/08/02 | Memo to Committee. | 0.20 | 95.00 | 4390226 | 10/31/02 | |

Total For BENTLEY P - 02495                                                            6.60    3,135.00

| BECKER, GARY M. | 10/02/02 | Review Sealed Air order issued today, prepare and circulate memo to Equity Committee re same (1.0); conf. with Bentley re committee memo (0.3). | 1.30 | 539.50 | 4353883 | 10/07/02 | |
| BECKER, GARY M. | 10/09/02 | Conf. with T. Weschler re Norris motion (0.2). | 0.20 | 83.00 | 4367801 | 10/14/02 | |
| BECKER, GARY M. | 10/25/02 | Prepare memo for equity committee re yesterday's opinion from Judge Wolin (1.1); conf. with P. Bentley re same (0.2); conf with local counsel re same and re 10/28 hearing (0.5). | 1.80 | 747.00 | 4396379 | 11/01/02 | |
| BECKER, GARY M. | 10/28/02 | Review memo to committee re various case issues. | 0.20 | 83.00 | 4396380 | 11/01/02 | |

Total For BECKER G - 05292                                                             3.50    1,452.50

Fee Total                                                                              10.10   4,587.50

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| TELECOPIER | BECKER, G M | 10/02/02 | 10.00 | 5783147 | 84608 | 10/08/02 |
| TELECOPIER | BECKER, G M | 10/10/02 | 5.00 | 5795267 | 84843 | 10/11/02 |
| 0815 | | | | | | |
| radcast no 6 nu | | | | | | |
| TELECOPIER | BENTLEY, P | 10/28/02 | 34.00 | 5821937 | 85645 | 10/30/02 |
| 04 542 1423 | | | | | | |

0815 TELECOPIER Total :                                                                         49.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:12

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00002                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| | | | | | | |

Costs Total :                                    49.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                              PAGE   14

Run Date & Time: 11/22/2002 13:26:12                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                          Orig Prtnr : CRED. RGHTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name   | Hours | Amount   | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|-----------------|-------|----------|------|-----------|-------------|----------|---------------|
| BENTLEY, PHILIP | 6.60  | 3,135.00 |      |           |             |          |               |
| BECKER, GARY M. | 3.50  | 1,452.50 |      |           |             |          |               |
| Total:          | 10.10 | 4,587.50 |      |           |             |          |               |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description      | Amount | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|------------------|--------|------|-----------|-------------|----------|---------------|
| 0815 | TELECOPIER       | 49.00  |      |           |             |          |               |
|      | Costs Total :    | 49.00  |      |           |             |          |               |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   15

Run Date & Time: 11/22/2002 13:26:12

Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                              Supv Prtnr : MAYER THOMAS MOERS - 03376
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

GROSS BILLABLE AMOUNT:           717.50
    AMOUNT WRITTEN DOWN:
               PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                    10/10/2002
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

UNBILLED TIME FROM:    10/09/2002                               TO:    10/10/2002
UNBILLED DISB FROM:                                            TO:

                                 FEES                          COSTS

                                                              0.00

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

                    FEES:         812.50          UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:            198.00              PAID FEE RETAINER:        0.00
         FEE RETAINER:             0.00              PAID DISB RETAINER:        0.00
        DISB RETAINER:             0.00           TOTAL AVAILABLE FUNDS:        0.00
     TOTAL OUTSTANDING:         1,010.50              TRUST BALANCE:

                                                  BILLING HISTORY

     DATE OF LAST BILL:          11/19/02          LAST PAYMENT DATE:        10/30/02
     LAST BILL NUMBER:            361261         FEES BILLED TO DATE:       1,450.00
     LAST BILL THRU DATE:        10/31/02

Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:             (1) Exceeded Fixed Fee          (6) Summer Associate
                                (2) Late Time & Costs Posted    (7) Fixed Fee
                                (3) Pre-arranged Discount       (8) Premium
                                (4) Excessive Legal Time        (9) Rounding
                                (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:12

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y     ----------- Total ----------  ------ Billed -------

Emp Id Employee Name          Group        Oldest      Latest      Hours       Amount
-------------------------     -------      --------    --------     ---------   ---------
02495  BENTLEY, PHILIP        CRED         10/10/02    10/10/02     0.20        95.00
05292  BECKER, GARY M.        CRED         10/09/02    10/10/02     1.50        622.50

                              Total:                                1.70        717.50

Sub-Total Hours :   0.20 Partners   0.00 Counsels   1.50 Associates   0.00 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/02 13:26:12)
                                   ------------------ Billed ------------------   ---- Applied ----   ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA    Disbursement    From OA    Total                Date        Balance
                                                                                                          Due
--------- --------- -----          --------    ------------    -------    -------              ----        -------
02/27/02 01/31/02 340586           637.50          .00                    637.50 10/30/02                 198.00
08/19/02 07/31/02 356269              .00       198.00                    198.00                          198.00
10/31/02 09/30/02 359721             95.00          .00                       .00                          95.00
11/19/02 10/31/02 361261            717.50          .00                       .00                         717.50

         Total:                   1,450.00       198.00                    637.50                       1,010.50

alp_132r: Billed Charges Analysis

PAGE 17

Run Date & Time: 11/22/2002 13:26:12

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/10/02 | Review draft response to Norris compensation motion. | 0.20 | 95.00 | 4390227 | 10/31/02 |
| **Total For BENTLEY P - 02495** | | | **0.20** | **95.00** | | |
| BECKER, GARY M. | 10/09/02 | Prepare motion in support of Norris contract amendment (0.6). | 0.60 | 249.00 | 4367800 | 10/14/02 |
| BECKER, GARY M. | 10/10/02 | Conf. with Bentley re response to Norris motion (0.2), revise document and circulate to Equity Committee (0.7). | 0.90 | 373.50 | 4367812 | 10/14/02 |
| **Total For BECKER G - 05292** | | | **1.50** | **622.50** | | |
| | | **Fee Total** | **1.70** | **717.50** | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:12

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  18

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 95.00 | | | | | |
| BECKER, GARY M. | 1.50 | 622.50 | | | | | |
| Total: | 1.70 | 717.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/22/2002 13:26:12

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 19

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 10/03/2002        TO: 10/30/2002
UNBILLED DISB FROM:                   TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,917.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 14,056.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 2.10 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 14,058.60 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 11/19/02 | LAST PAYMENT DATE: | 10/30/02 |
|---|---|---|---|
| LAST BILL NUMBER: | 361261 | FEES BILLED TO DATE: | 41,260.50 |
| LAST BILL THRU DATE: | 10/31/02 | | |

FOR ACCTG USE ONLY:

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____

Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development      (10) Client Arrangement

DATE OF BILL: _____                                    CRC: _____