```
alp_132r: Billed Charges Analysis                                                                                                               PAGE    20
Run Date & Time: 11/22/2002 13:26:12

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP  - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

  B I L L E D    T I M E    S U M M A R Y   ------------- Total Billed -----------------
Emp Id Employee Name                         Group    Oldest      Latest       Hours        Amount
-----------------------------------------------------------------------------------------------
02495  BENTLEY, PHILIP                       CRED     10/03/02    10/21/02      0.50         237.50
05292  BECKER, GARY M.                       CRED     10/04/02    10/29/02      3.80       1,577.00
05208  MANGUAL, KATHLEEN                     CRED     10/08/02    10/30/02      6.30       1,102.50
                                                                             ------      ---------
                         Total:                                               10.60       2,917.00

Sub-Total Hours :    0.50 Partners    0.00 Counsels    3.80 Associates    6.30 Legal Assts    0.00 Others

  B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/22/02 13:26:12)
                                        ------- Billed --------   ----- Applied -----   --- Collections ---
Bill Date Thru Date  Bill#   Fee & OA   Disbursement     From OA          Total              Date          Balance
                                                                                                              Due
------------------------------------------------------------------------------------------------------------------
09/28/01 08/31/01   339400       357.50         .00                      357.50  11/30/01
10/29/01 09/30/01   341359     3,919.00       76.11                    3,995.11  09/13/02
11/29/01 10/31/01   342994     3,356.00       51.69                    3,407.69  01/22/02
12/27/01 11/30/01   344503     2,532.50       63.68                    2,596.18  03/05/02
01/18/02 12/31/01   345477     1,816.50       29.58                    1,846.08  09/13/02
02/27/02 01/31/02   340586     3,877.50       94.17                    3,971.67  10/30/02
03/27/02 02/28/02   348979     1,712.50        3.00                    1,715.50  10/30/02
04/30/02 03/31/02   347464     1,470.00        3.70                    1,473.70  10/30/02
05/31/02 04/30/02   352100     2,477.50       29.58                    2,507.08  09/13/02
06/10/02 04/30/02   352100     2,477.50       29.58                    2,507.08  09/13/02
07/12/02 05/31/02   352890     4,370.00       21.01                    4,391.01  10/30/02
08/15/02 06/30/02   357518     1,315.00         .00                    1,315.00  10/30/02
08/19/02 07/31/02   356269     1,922.50         .00                         .00                    1,922.50
09/30/02 08/31/02   358460     2,910.00         .00                         .00                    2,910.00
10/31/02 09/30/02   359721     6,307.00        2.10                         .00                    6,309.10
11/19/02 10/31/02   361261     2,917.00         .00                         .00                    2,917.00
                             ----------    --------                  ----------                 ----------
                  Total:     41,260.50      374.62                   27,576.52                  14,058.60
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    21
Run Date & Time: 11/22/2002 13:26:12                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS    - 06975                     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495                    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status    : ACTIVE

     B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                                            Hours     Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/03/02 | Review and comment on two draft letters to W. Smith re fee issues. | 0.30 | 142.50 | 4390228 | 10/31/02 |
| BENTLEY, PHILIP | 10/21/02 | Review fee application and trade emails re same. | 0.20 | 95.00 | 4390229 | 10/31/02 |
| Total For BENTLEY P - 02495 | | | 0.50 | 237.50 | | |
| BECKER, GARY M. | 10/04/02 | Final revision and email letters re fee auditor reports (0.6); conf. with accounting re fee reporting issues (0.2). | 0.80 | 332.00 | 4367669 | 10/14/02 |
| BECKER, GARY M. | 10/08/02 | Attention to information for fee auditor report and conf. with Mangual re same. | 0.40 | 166.00 | 4367731 | 10/14/02 |
| BECKER, GARY M. | 10/09/02 | Attention to cab fare detail for fee auditor request, including conf. with K. Mangual re same. | 0.30 | 124.50 | 4367795 | 10/14/02 |
| BECKER, GARY M. | 10/16/02 | Review and revise monthly fee applications for July and August. | 1.00 | 415.00 | 4385476 | 10/29/02 |
| BECKER, GARY M. | 10/18/02 | Review fee auditor final report | 0.40 | 166.00 | 4376661 | 10/21/02 |
| BECKER, GARY M. | 10/28/02 | Review and revise September fee application (0.6); conf. with Mangual re same (0.1). | 0.70 | 290.50 | 4396381 | 11/01/02 |
| BECKER, GARY M. | 10/29/02 | Conf. with accounting re fee application. | 0.20 | 83.00 | 4396382 | 11/01/02 |
| Total For BECKER G - 05292 | | | 3.80 | 1,577.00 | | |
| MANGUAL, KATHLEEN | 10/08/02 | review time details and isolate cab fares per GB (.30). | 0.30 | 52.50 | 4419336 | 11/14/02 |
| MANGUAL, KATHLEEN | 10/09/02 | coordinate w/ accounting cabfares and attend to fedex of ltr to w. smith per GB (.70) | 0.70 | 122.50 | 4384330 | 10/29/02 |
| MANGUAL, KATHLEEN | 10/15/02 | draft July and August monthly fee application | 1.60 | 280.00 | 4374845 | 10/20/02 |
| MANGUAL, KATHLEEN | 10/18/02 | disc/w GB re: July and Aug fee app (.20); coordinate w/ accounting re: Aug revisions (.30) | 0.50 | 87.50 | 4375286 | 10/20/02 |
| MANGUAL, KATHLEEN | 10/21/02 | draft new Aug monthly fee app (.90) | 0.90 | 157.50 | 4384352 | 10/29/02 |
| MANGUAL, KATHLEEN | 10/22/02 | draft September monthly fee app; revise August fee app; file July (1.2). | 1.20 | 210.00 | 4384355 | 10/29/02 |
| MANGUAL, KATHLEEN | 10/23/02 | attention to service of Aug fee app to local counsel and accounting department (.70) | 0.70 | 122.50 | 4398170 | 11/01/02 |
| MANGUAL, KATHLEEN | 10/30/02 | conference w/ accounting re: applied payment and orders for future fees (.40) | 0.40 | 70.00 | 4399928 | 11/01/02 |
| Total For MANGUAL K - 05208 | | | 6.30 | 1,102.50 | | |
| | | Fee Total | 10.60 | 2,917.00 | | |

alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  22
Run Date & Time: 11/22/2002 13:26:12                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOKRS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name          Work Date         Hours         Amount       Index#   Batch Date   Description
-----------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                           0.50         237.50
BECKER, GARY M.                           3.80       1,577.00
MANGUAL, KATHLEEN                         6.30       1,102.50

       Total:                            10.60       2,917.00

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   23
Run Date & Time: 11/22/2002 13:26:12

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status   : ACTIVE

Special Billing Instructions:

===========================================================================================================================================
                                                  PRE-BILLING SUMMARY REPORT
===========================================================================================================================================

       UNBILLED TIME FROM:    10/01/2002              TO:  10/28/2002
       UNBILLED DISB FROM:    10/07/2002              TO:  10/30/2002

                                             FEES                   COSTS
                                           --------              ---------
       GROSS BILLABLE AMOUNT:              3,131.00                 298.49
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
                 THRU DATE:               10/28/2002             10/30/2002
       CLOSE MATTER/FINAL BILLING?        YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:

                      BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:




-------------------------------------------------------------------------------------------------------------------------------------------
                                                ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                                -------------------------                       --------------

                    FEES:            59,553.95       UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:            1,703.23       PAID FEE RETAINER:           0.00
            FEE RETAINER:                 0.00       PAID DISB RETAINER:          0.00
           DISB RETAINER:                 0.00       TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:           61,257.18       TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
                DATE OF LAST BILL:       11/19/02       LAST PAYMENT DATE:           10/30/02
                LAST BILL NUMBER:         361261        FEES BILLED TO DATE:       121,124.00
                LAST BILL THRU DATE:     10/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (6) Summer Associate
       (2) Late Time & Costs Posted      (7) Fixed Fee
       (3) Pre-arranged Discount         (8) Premium
       (4) Excessive Legal Time          (9) Rounding
       (5) Business Development         (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE  24
Run Date & Time: 11/22/2002 13:26:12                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)            Supv Prtnr : MAYER THOMAS MOERS  - 03976
Matter Opened : 07/27/2001                                                                                             Status    : ACTIVE

   B I L L E D    T I M E    S U M M A R Y   ---------------------------------- Total Billed ----------------------------------
Emp Id Employee Name               Group            Oldest       Latest        Total                Billed            Amount
                                                    Entry        Entry         Hours
02495 BENTLEY, PHILIP              CRED           10/01/02      10/22/02                             1.00              475.00
05292 BECKER, GARY M.              CRED           10/17/02      10/28/02                             6.40            2,656.00

                            Total:                                                                   7.40            3,131.00


Sub-Total Hours :   1.00 Partners    0.00 Counsels    6.40 Associates    0.00 Legal Assts    0.00 Others


   B I L L E D   C O S T S   S U M M A R Y  ---------------------------------- Total Billed ----------------------------------
Code Description                                    Oldest       Latest        Total
                                                    Entry        Entry         Amount
0820 PHOTOCOPYING                                  10/28/02     10/28/02         96.90
0840 MANUSCRIPT SERVICE                            10/08/02     10/29/02          0.00
0885 LONG-DISTANCE TEL.                            10/07/02     10/07/02          0.59
0950 OUT-OF-TOWN TRAVEL                            10/30/02     10/30/02        201.00

                            Total                                               298.49

                            Grand Total                                       3,429.49
                                                                          ============

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/02 13:26:12)
                                     -------- Billed --------    ---- Applied ----    ---- Collections ----     Balance
Bill Date Thru Date Bill#       Fee & OA     Disbursement      From OA        Total          Date               Due
09/28/01 08/31/01 339400       16,485.50           46.22                    5,639.52    11/30/01               10,892.20
10/29/01 09/30/01 341359       10,564.00        4,230.00                    8,668.05    09/13/02                6,125.95
11/29/01 10/31/01 342994        9,720.00          119.17                    4,522.17    01/22/02                5,317.00
12/27/01 11/30/01 344503        7,256.50        1,315.26                    4,551.96    03/05/02                4,019.80
01/18/02 12/31/01 345477       16,937.50          871.96                   13,535.96    09/13/02                4,273.50
01/31/02 12/31/01 346114             .00                                         .00
02/27/02 01/31/02 340586        4,160.00          228.71                    4,388.71    10/30/02
03/27/02 02/28/02 348979        6,957.50          559.05                    7,516.55    10/30/02
04/30/02 03/31/02 347464        9,837.50        1,134.32                   10,971.82    10/30/02
06/10/02 04/30/02 352100        3,277.50        1,123.85                    4,401.35    09/13/02
07/12/02 05/31/02 352980        3,845.00          176.41                    4,021.41    10/30/02
08/15/02 06/30/02 357518        3,157.50           41.90                    3,199.40    10/30/02
08/19/02 07/31/02 356269        3,456.00             .00                         .00                            3,456.00
09/30/02 08/31/02 358460       20,108.50        1,404.74                         .00                           21,513.24
10/31/02 09/30/02 359721        2,230.00             .00                         .00                            2,230.00
11/19/02 10/31/02 361261        3,131.00          298.49                         .00                            3,429.49

                 Total:      121,124.00       11,550.08                    71,416.90                           61,257.18
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    25
Run Date & Time: 11/22/2002 13:26:12                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                 Orig Prtnr  : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                                           Hours       Amount    Index#    Batch No   Batch Date
-------------         ---------    -----------                                                           -----       ------    ------    --------   ----------

BENTLEY, PHILIP       10/01/02     review recent pleadings re asbestos                                    0.20        95.00    4390230   10/31/02
                                   issues(0.2).
BENTLEY, PHILIP       10/15/02     Trade voicemails re asbestos issues.                                   0.10        47.50    4390232   10/31/02
BENTLEY, PHILIP       10/18/02     Conf. GB re USG hearing on case management                             0.50       237.50    4390233   10/31/02
                                   procedures, and notes re same.
BENTLEY, PHILIP       10/22/02     Discs. GB and voicemail re case management                             0.20        95.00    4390234   10/31/02
                                   issues.

Total For BENTLEY P - 02495                                                                               1.00       475.00

BECKER, GARY M.       10/17/02     Review USG pleadings re asbestos claims                                5.00     2,075.00    4376647   10/21/02
                                   estimation/liquidation (1.8); attend USG
                                   hearing in Newark re asbestos claims
                                   liquidation/estimation (2.5); outline hearing
                                   for equity committee report(0.7).
BECKER, GARY M.       10/18/02     Conf. with Bentley re 10/17 USG hearing issues                         0.50       207.50    4376660   10/21/02
BECKER, GARY M.       10/24/02     Research re asbestos issues.                                           0.40       166.00    4383178   10/28/02
BECKER, GARY M.       10/28/02     Review USG hearing transcript re asbestos                              0.50       207.50    4396383   11/01/02
                                   estimation issues.

Total For BECKER G - 05292                                                                                6.40     2,656.00

                                                      Fee Total                                           7.40     3,131.00


B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee                      Date              Amount   Index#    Batch No   Batch Date
----------------                        --------                      ----              ------   ------    --------   ----------

PHOTOCOPYING
  PHOTOCOPYING               0820       MAU, A M                      10/28/02           34.50   5821439   85642      10/30/02
  MAU ANGIE
  PHOTOCOPYING                          MAU, A M                      10/28/02           62.40   5827930   85818      11/01/02
  MAU ANGIE
                                        0820 PHOTOCOPYING Total :                        96.90

MANUSCRIPT SERVICE
  MANUSCRIPT SERVICE         0840       O'BRIEN, M O                  10/08/02            0.00   5809575   85219      10/21/02
  10/08/2002
  MANUSCRIPT SERVICE                    HALLMAN, M E                  10/29/02            0.00   5831183   85892      11/04/02
  10/29/2002
                                        0840 MANUSCRIPT SERVICE Total :                   0.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    26
Run Date & Time: 11/22/2002 13:26:12                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                    Supv Prtnr : MAYER THOMAS MOERS - 03976     Status      : ACTIVE

             B I L L E D    C O S T S    D E T A I L

Description/Code                  Employee               Date          Amount     Index#    Batch No   Batch Date
-----------------                 --------               ----          ------     ------    --------   ----------

LONG-DISTANCE TEL.                  0885
   LONG-DISTANCE TEL.             BENTLEY, P           10/07/02           0.59    5814088    85392      10/24/02
   3128612000
                                                     0885 LONG-DISTANCE TEL. Total :    0.59

OUT-OF-TOWN TRAVEL                  0950
   CITICORP DINERS CLUB            BECKER, G M         10/30/02         201.00    5823838    85696      10/30/02
   OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
   CLUB 10/17/02 Newark
                                                     0950 OUT-OF-TOWN TRAVEL Total :  201.00

                                   Costs Total :                                  298.49
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  27
Run Date & Time: 11/22/2002 13:26:12

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y                  ----------------------------------------------
Employee Name                   Hours        Amount         Bill           W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
----------------                -----        ------         ----           ---------        -----------    --------    -------------
BENTLEY, PHILIP                  1.00        475.00
BECKER, GARY M.                  6.40      2,656.00
     Total:                      7.40      3,131.00

  B I L L E D   C O S T S   S U M M A R Y
Code Description                             Amount         Bill           W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
----------------                             ------         ----           ---------        -----------    --------    -------------
0820 PHOTOCOPYING                             96.90
0840 MANUSCRIPT SERVICE                        0.00
0885 LONG-DISTANCE TEL.                        0.59
0950 OUT-OF-TOWN TRAVEL                      201.00

                     Costs Total :           298.49
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  28
Run Date & Time: 11/22/2002 13:26:12

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                      Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:    10/01/2002                    TO:   10/31/2002
   UNBILLED DISB FROM:                                  TO:

                                  FEES                                     COSTS

  GROSS BILLABLE AMOUNT:         21,575.00                                  0.00
  AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
            THRU DATE:           10/31/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

         FEES:                     46,630.20          UNIDENTIFIED RECEIPTS:           0.00
  DISBURSEMENTS:                      688.86          PAID FEE RETAINER:               0.00
  FEE RETAINER:                         0.00          PAID DISB RETAINER:              0.00
  DISB RETAINER:                        0.00          TOTAL AVAILABLE FUNDS:           0.00
  TOTAL OUTSTANDING:              47,319.06           TRUST BALANCE:

                                           BILLING HISTORY

  DATE OF LAST BILL:           11/19/02            LAST PAYMENT DATE:      10/30/02
  LAST BILL NUMBER:             361261             FEES BILLED TO DATE:   58,647.50
  LAST BILL THRU DATE:         10/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   29
Run Date & Time: 11/22/2002 13:26:12                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                       Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status     : ACTIVE

B I L L E D   T I M E    S U M M A R Y                  ------------- Total Billed ----------------
Emp Id Employee Name              Group         Oldest       Latest         Hours            Amount
------ --------------              -----         ------       ------         -----            ------
02495  BENTLEY, PHILIP             CRED          10/02/02     10/31/02       13.60           6,460.00
05039  O'HANLON, GRACE             LITI          10/01/02     10/09/02       34.50          10,350.00
05292  BECKER, GARY M.             CRED          10/03/02     10/24/02        9.50           3,942.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN           CRED          10/07/02     10/28/02        4.70             822.50
                                                                            ------          ---------
                        Total:                                              62.30          21,575.00

Sub-Total Hours :       13.60 Partners    0.00 Counsels   44.00 Associates   4.70 Legal Assts   0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/02 13:26:12)
                                                     ------ Billed ------   ---- Applied ----  ---- Collections ----
Bill Date Thru Date  Bill#          Fee & OA  Disbursement   From OA         Total             Date            Balance Due
---------  ---------  -----          --------  ------------   -------         -----             ----            -----------
09/28/01   08/31/01  339400          2,212.50        242.00                    242.00 11/30/01                   2,212.50
10/29/01   09/30/01  341359                .00       147.75                       .00                              147.75
03/27/02   02/28/02  348979          4,260.00           .00                   4,260.00 10/30/02
06/10/02   04/30/02  352100          4,265.00           .00                   2,706.20 09/13/02                   1,558.80
07/12/02   05/31/02  352980          1,040.00           .00                   1,013.60 10/30/02                      26.40
08/15/02   06/30/02  357518          4,037.50          9.80                   4,047.30 10/30/02
08/19/02   07/31/02  356269         11,567.50        541.11                        .00                          12,108.61
10/31/02   09/30/02  359721          9,690.00           .00                        .00                           9,690.00
11/19/02   10/31/02  361261         21,575.00           .00                        .00                          21,575.00
                                    ---------        ------                  ---------                          ---------
                Total:              58,647.50        940.66                  12,269.10                          47,319.06
```

```
alp_132r: Billed Charges Analysis                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    30
Run Date & Time: 11/22/2002 13:26:12                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                             Orig Prtnr : CRED. RGTS        - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP   - 02495            Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status     : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                              Hours        Amount      Index#    Batch Date

BENTLEY, PHILIP          10/02/02  Review Judge Wolin's opinion, discs. GB re                   0.70         332.50      4390235  10/31/02
                                   same, and review and edit memo to Committee re
                                   same.
BENTLEY, PHILIP          10/04/02  Work on brief in response to show cause order.               2.30       1,092.50      4390237  10/31/02
BENTLEY, PHILIP          10/07/02  Review responses to show cause order and                     1.20         570.00      4390238  10/31/02
                                   prepare for today's hearing.
BENTLEY, PHILIP          10/08/02  Conf. GB and trade emails re Cybergenics                     0.60         285.00      4390239  10/31/02
                                   issues.
BENTLEY, PHILIP          10/09/02  Work on brief re Cybergenics issues, and                     3.10       1,472.50      4390240  10/31/02
                                   prepare memo to Committee re same; discs. B.
                                   Friedman, K. Pasquale and GB re same.
BENTLEY, PHILIP          10/10/02  Review draft affidavit re KL fees.                           0.20          95.00      4390241  10/31/02
BENTLEY, PHILIP          10/11/02  Review and analyze Cybergenics issues, and                   0.40         190.00      4390242  10/31/02
                                   trade emails re same.
BENTLEY, PHILIP          10/14/02  Trade emails w/GB re Cybergenics.                            0.10          47.50      4390243  10/31/02
BENTLEY, PHILIP          10/16/02  Discs. GB and voicemail re Cybergenics.                      0.10          47.50      4390244  10/31/02
BENTLEY, PHILIP          10/21/02  Review briefs filed on Cybergenics issues.                   0.40         190.00      4390245  10/31/02
BENTLEY, PHILIP          10/25/02  Review Judge Wolin's decision, discs. GB re                  2.50       1,187.50      4390246  10/31/02
                                   same, and prepare memo to Committee re same.
BENTLEY, PHILIP          10/28/02  Memo to Committee re Judge Wolin's decision,                 1.60         760.00      4390247  10/31/02
                                   and discs. TW and GAH re same.
BENTLEY, PHILIP          10/31/02  Discs. GB, G. Horowitz, and G. O'Hanlon.                     0.40         190.00      4395554  11/01/02

    Total For BENTLEY P - 02495                                                                13.60       6,460.00

BECKER, GARY M.          10/03/02  Research and prepare response to court letter                3.50       1,452.50      4353892  10/07/02
                                   opinion and order to show cause in Sealed Air
                                   (2.7); conf. with local counsel re filing
                                   response and re effect on DIP order (0.3);
                                   conf. with Bentley re response to show cause
                                   (0.5).
BECKER, GARY M.          10/04/02  Conf. with Bentley re response to order to show              0.80         332.00      4367668  10/14/02
                                   cause (0.3); multiple conf. with local counsel
                                   re filing of response and email re same (0.5).
BECKER, GARY M.          10/08/02  Conf. with Bentley re response to motion for                 0.50         207.50      4367739  10/14/02
                                   trustee.
BECKER, GARY M.          10/09/02  Review pleading re waiver issues in Sealed Air               1.90         788.50      4367799  10/14/02
                                   (0.5); research and prepare pleading re
                                   examiner issue (1.0); conf. with local counsel
                                   re pleadings to be filed in Sealed Air,
                                   including affidavit (0.4).
BECKER, GARY M.          10/10/02  Attention to affidavit ordered by court (0.5).               0.50         207.50      4367813  10/14/02
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   31
Run Date & Time: 11/22/2002 13:26:12                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                        Orig Prtnr   : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr   : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING            Supv Prtnr   : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status   : ACTIVE

           B I L L E D    T I M E    D E T A I L
Employee Name          Work Date   Description                                                  Hours        Amount    Index#     Batch Date
------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        10/14/02    Review various parties' pleadings re examiner                 1.10         456.50   4376468    10/21/02
                                   trustee issue.
BECKER, GARY M.        10/21/02    Research re Sealed Air issues.                                0.30         124.50   4385477    10/29/02
BECKER, GARY M.        10/22/02    Research re Sealed Air issues.                                0.30         124.50   4383161    10/28/02
BECKER, GARY M.        10/24/02    Review Judge Wolin opinion re Sealed Air                      0.60         249.00   4383177    10/28/02
                                   standing issues.
                                                                                                -----      ---------
Total For BECKER G - 05292                                                                       9.50       3,942.50

O'HANLON, GRACE        10/01/02    reviewing motions in limine; prepare summaries.               3.00         900.00   4366618    10/14/02
O'HANLON, GRACE        10/02/02    reviewing motions in limine; prepare summaries.               3.80       1,140.00   4366619    10/14/02
O'HANLON, GRACE        10/03/02    Reviewing motions in limine; prepare summaries                5.10       1,530.00   4366620    10/14/02
O'HANLON, GRACE        10/04/02    Drafting summaries of motions in limine.                      7.50       2,250.00   4366621    10/14/02
O'HANLON, GRACE        10/07/02    reviewing motions in limine; prepare summaries.               5.90       1,770.00   4370972    10/17/02
O'HANLON, GRACE        10/08/02    reviewing motions in limine; prepare summaries.               7.60       2,280.00   4370973    10/17/02
O'HANLON, GRACE        10/09/02    editing summaries of motions in limine.                       1.60         480.00   4370975    10/17/02
                                                                                                -----      ---------
Total For O'HANLON G - 05039                                                                    34.50      10,350.00

MANGUAL, KATHLEEN      10/07/02    pacer review of Sealed Air docket, retrieval of               0.60         105.00   4384856    10/29/02
                                   recently filed docs (.60)
MANGUAL, KATHLEEN      10/09/02    daily review of sealed air docket for recent                  1.30         227.50   4384329    10/29/02
                                   pleadings, retrieval of such per PB (1.3)
MANGUAL, KATHLEEN      10/14/02    review of sealed air docket and retrieval of                  0.80         140.00   4374773    10/20/02
                                   recently filed pleadings per PB (.80)
MANGUAL, KATHLEEN      10/18/02    update pleadings index (1.6)                                  1.60         280.00   4375297    10/20/02
MANGUAL, KATHLEEN      10/28/02    retrieval of sealed air pleadings via pacer per               0.40          70.00   4400029    11/01/02
                                   P.Bentley (.40)
                                                                                                -----      ---------
Total For MANGUAL K - 05208                                                                      4.70         822.50

                                                                        Fee Total               62.30      21,575.00
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE  32
Run Date & Time: 11/22/2002 13:26:12

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

       B I L L E D   T I M E   S U M M A R Y                            -------- Total Billed --------
Employee Name              Hours        Amount           Bill      W/o / W/u      Transfer To      Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            13.60      6,460.00
O'HANLON, GRACE            34.50     10,350.00
BECKER, GARY M.             9.50      3,942.50
MANGUAL, KATHLEEN           4.70        822.50

        Total:             62.30     21,575.00
```

```
alp_132r: Billed Charges Analysis                                    KRAMER NAFTALIS & FRANKEL LLP                                    PAGE  33
Run Date & Time: 11/22/2002 13:26:12                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------

                   UNBILLED TIME FROM:                                  TO:
                   UNBILLED DISB FROM:                                  TO:

                                              FEES                                COSTS
                                              ----                                -----

      GROSS BILLABLE AMOUNT:                  0.00                                0.00
      AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                                 ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------------

                                FEES:           1,215.00            UNIDENTIFIED RECEIPTS:         0.00
                       DISBURSEMENTS:               0.00            PAID FEE RETAINER:             0.00
                       FEE RETAINER:                0.00            PAID DISB RETAINER:            0.00
                       DISB RETAINER:               0.00            TOTAL AVAILABLE FUNDS:         0.00
                   TOTAL OUTSTANDING:           1,215.00            TRUST BALANCE:
                                                                    BILLING HISTORY
                                                                    ---------------
                    DATE OF LAST BILL:       08/19/02               LAST PAYMENT DATE:        10/30/02
                    LAST BILL NUMBER:         357518                FEES BILLED TO DATE:      1,310.00
                    LAST BILL THRU DATE:     06/30/02

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee             (6)  Summer Associate
        (2) Late Time & Costs Posted       (7)  Fixed Fee
        (3) Pre-arranged Discount          (8)  Premium
        (4) Excessive Legal Time           (9)  Rounding
        (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   34
Run Date & Time: 11/22/2002 13:26:12

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/02 13:26:12)
                          ------- Billed --------      ---- Applied ----     ---- Collections ----
Bill Date Thru Date Bill#   Fee & OA    Disbursement   From OA      Total    Date         Balance Due
-------------------------   --------    ------------   ------       -----    ----         -----------
08/15/02 06/30/02 357518      95.00          .00        95.00       95.00    10/30/02            .00
08/19/02 07/31/02 356269   1,215.00          .00           .00         .00                  1,215.00
                           ---------    ---------    ---------   ---------                 ---------
                Total:     1,310.00          .00        95.00       95.00                  1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   35
Run Date & Time: 11/22/2002 13:26:12

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr  : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status    : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------
                                     PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   10/07/2002                     TO:  10/07/2002
UNBILLED DISB FROM:                                  TO:

                                     FEES                           COSTS
                                     ----                           -----

GROSS BILLABLE AMOUNT:            1,567.50                           0.00
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:                10/07/2002
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                     --------------------------                 --------------

         FEES:                           22,833.50       UNIDENTIFIED RECEIPTS:           0.00
DISBURSEMENTS:                               58.14       PAID FEE RETAINER:                0.00
FEE RETAINER:                                 0.00       PAID DISB RETAINER:               0.00
DISB RETAINER:                                0.00       TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:                       22,891.64       TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------

DATE OF LAST BILL:              11/19/02                   LAST PAYMENT DATE:       10/30/02
LAST BILL NUMBER:               361261                     FEES BILLED TO DATE:    48,292.50
LAST BILL THRU DATE:            10/31/02

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee        (6) Summer Associate
  (2) Late Time & Costs Posted  (7) Fixed Fee
  (3) Pre-arranged Discount     (8) Premium
  (4) Excessive Legal Time      (9) Rounding
  (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    36
Run Date & Time: 11/22/2002 13:26:12                              *PRIVILEGED AND CONFIDENTIAL*

Matter.No: 056772-00019                                                                      Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                              Bill Prtnr : BENTLEY PHILIP  - 02495       Bill Frequency: M
Matter Name : HEARINGS                                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                              Status   : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ---------------------- Total  Billed --------------------
Emp Id Employee Name                         Group         Oldest      Latest      Hours     Amount
------ ---------------------------------     -----         --------    --------    -------   --------
02495  BENTLEY, PHILIP                       CRED          10/07/02    10/07/02    3.30      1,567.50

                          Total:                                                   3.30      1,567.50

Sub-Total Hours  :   3.30 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/22/02 13:26:12)
                                   -------- Billed --------        ---- Applied ----    ---- Collections ----   Balance
Bill Date  Thru Date  Bill#        Fee & OA   Disbursement         From OA   Total      Total        Date       Due
---------- ---------- ------       ---------- ------------         -------   --------   --------     --------   --------
01/18/02   12/31/01   345477        2,220.00    .00                  .00                    .00                  2,220.00
02/27/02   01/31/02   340586        6,160.00    .00                  .00                6,160.00   10/30/02
03/27/02   02/28/02   348979       10,837.50    .00                  .00               10,837.50   10/30/02
04/30/02   03/31/02   347464        8,340.00    .00                  .00                8,340.00   10/30/02
06/10/02   04/30/02   352100        3,200.00    .00                  .00                    .00                  3,200.00
07/12/02   05/31/02   352980        4,820.00    .00                  .00                    .00                  4,820.00
08/15/02   06/30/02   357518        4,200.00    .00                  .00                 121.50    10/30/02      4,078.50
08/19/02   07/31/02   356269        2,660.00    .00                  .00                    .00                  2,660.00
09/30/02   08/31/02   358460        1,960.00   58.14                 .00                    .00                  2,018.14
10/31/02   09/30/02   359721        2,327.50    .00                  .00                    .00                  2,327.50
11/19/02   10/31/02   361261        1,567.50    .00                  .00                    .00                  1,567.50

                      Total:       48,292.50   58.14                                   25,459.00                22,891.64
```