```
alp_132r: Billed Charges Analysis                                                                                        PAGE   37

Run Date & Time: 11/22/2002 13:26:12

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status   : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name             Work Date    Description                              Hours       Amount       Index#     Batch Date

BENTLEY, PHILIP           10/07/02     Attend hearing on Judge Wolin's show cause 3.30       1,567.50    4390248    10/31/02
                                       order.

                                                                                 3.30       1,567.50

    Total For BENTLEY P - 02495                                                  3.30       1,567.50

                                                                Fee Total
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   38
Run Date & Time: 11/22/2002 13:26:12

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

     B I L L E D   T I M E   S U M M A R Y
 Employee Name                   Hours      Amount        Bill       W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward
 ---------------------------   --------   -----------   --------   --------------  --------------------------------------
 BENTLEY, PHILIP                  3.30      1,567.50
                               --------   -----------
       Total:                     3.30      1,567.50
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  39
Run Date & Time: 11/22/2002 13:26:12

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                 Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
```

```
                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

                             FEES                       COSTS
GROSS BILLABLE AMOUNT:       0.00                       0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
```

```
                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                  FEES:         2,167.50       UNIDENTIFIED RECEIPTS:    0.00
          DISBURSEMENTS:        4,437.15       PAID FEE RETAINER:        0.00
           FEE RETAINER:            0.00       PAID DISB RETAINER:       0.00
          DISB RETAINER:            0.00       TOTAL AVAILABLE FUNDS:    0.00
       TOTAL OUTSTANDING:       6,604.65       TRUST BALANCE:
                                               BILLING HISTORY
      DATE OF LAST BILL:       10/21/02        LAST PAYMENT DATE:
       LAST BILL NUMBER:         358460        FEES BILLED TO DATE:     2,167.50
    LAST BILL THRU DATE:       08/31/02
```

```
FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE   40
Run Date & Time: 11/22/2002 13:26:12

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                       Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/02 13:26:12)
                                ------- Billed -------       ---- Collections ----
Bill Date Thru Date Bill#       Fee & OA    Disbursement     Applied     Total        Balance
                                                             From OA     Date         Due
09/30/02 08/31/02  358460       2,167.50    4,437.15         .00                      6,604.65
                                --------    --------         ---                      --------
                 Total:         2,167.50    4,437.15         .00                      6,604.65
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE  41
Run Date & Time: 11/22/2002 13:26:12

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                        Orig Prtnr : CRED. RGTS    - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                               PRE-BILLING SUMMARY REPORT

 UNBILLED TIME FROM:                        TO:
 UNBILLED DISB FROM:                        TO:

                                        FEES                                       COSTS

 GROSS BILLABLE AMOUNT:                 0.00                                       0.00
 AMOUNT WRITTEN DOWN:
                PREMIUM:
    ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:
 CLOSE MATTER/FINAL BILLING?    YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                  FEES:                  370.00         UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:                    0.00         PAID FEE RETAINER:        0.00
          FEE RETAINER:                    0.00         PAID DISB RETAINER:       0.00
         DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:    0.00
      TOTAL OUTSTANDING:                 370.00         TRUST BALANCE:
                                                        BILLING HISTORY
       DATE OF LAST BILL:         10/29/01                LAST PAYMENT DATE:
       LAST BILL NUMBER:            341359                FEES BILLED TO DATE:   370.00
       LAST BILL THRU DATE:       09/30/01

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee         (6) Summer Associate
       (2) Late Time & Costs Posted   (7) Fixed Fee
       (3) Pre-arranged Discount      (8) Premium
       (4) Excessive Legal Time       (9) Rounding
       (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   42

Run Date & Time: 11/22/2002 13:26:12

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00021                                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : RELIEF FROM STAY PROCEEDINGS                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/22/02 13:26:12)
------------------------------------  Billed  --------  ---- Collections ----
                                                               Applied                         Balance
Bill Date Thru Date  Bill#            Fee & OA  Disbursement   From OA     Total     Date      Due
------------------- ------            --------  ------------   --------    -----     ----      -------
10/29/01   09/30/01  341359            370.00      .00           .00        .00                 370.00

             Total:                    370.00      .00           .00        .00                 370.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   43
Run Date & Time: 11/22/2002 13:26:12

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   10/31/2002                    TO:   10/31/2002
UNBILLED DISB FROM:                                 TO:

                                        FEES                              COSTS
                                       ------                            -------

GROSS BILLABLE AMOUNT:                 890.00                              0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:           10/31/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                          ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

DISBURSEMENTS:                     FEES:          890.00
                           FEE RETAINER:            0.00
                          DISB RETAINER:            0.00
                       TOTAL OUTSTANDING:         890.00

                                             BILLING HISTORY

DATE OF LAST BILL:          11/19/02        UNIDENTIFIED RECEIPTS:           0.00
LAST BILL NUMBER:             361261        PAID FEE RETAINER:               0.00
LAST BILL THRU DATE:        10/31/02        PAID DISB RETAINER:              0.00
                                            TOTAL AVAILABLE FUNDS:           0.00
                                            TRUST BALANCE:
                                            LAST PAYMENT DATE:
                                            FEES BILLED TO DATE:           890.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

 (1) Exceeded Fixed Fee          (6) Summer Associate
 (2) Late Time & Costs Posted    (7) Fixed Fee
 (3) Pre-arranged Discount       (8) Premium
 (4) Excessive Legal Time        (9) Rounding
 (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   44
Run Date & Time: 11/22/2002 13:26:12

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                              Orig Prtnr : CRED. RGTS.    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : OTHER                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status     : ACTIVE

  B I L L E D    T I M E    S U M M A R Y    ---------------- Total Billed ----------------
Emp Id Employee Name                 Group         Oldest       Latest           Hours        Amount
------ ---------------------         -----         ------       ------           -----        ------
07850  HOROWITZ, GREGORY A.          LITI          10/31/02     10/31/02          2.00        890.00
                                                                              -------     ---------
                     Total:                                                       2.00        890.00

Sub-Total Hours :    2.00 Partners      0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


  B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As Of 11/22/02 13:26:12)
                                   ------- Billed --------     ------- Applied ---- Collections ----
Bill Date  Thru Date  Bill#           Fee & OA  Disbursement       From OA    Total         Date         Balance
                                                                                                         Due
---------- ---------- ------        ---------- -------------   ----------   -------    -----------      -------
11/19/02   10/31/02   361261            890.00           .00          .00       .00                      890.00
                                     ---------  ------------   ----------   -------                    ---------
                     Total:             890.00           .00          .00       .00                      890.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   45
Run Date & Time: 11/22/2002 13:26:12

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                        Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : OTHER                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status    : ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name            Work Date     Description                              Hours        Amount        Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------

HOROWITZ, GREGORY A.     10/31/02  Review debtor's information memo, other       2.00        890.00     4397075   11/01/02
                                   background material

                                                            Fee Total            2.00        890.00

 Total For HOROWITZ G - 07850                                                    2.00        890.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   46
Run Date & Time: 11/22/2002 13:26:12

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                       Bill       W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
 Employee Name                       Hours       Amount
 ------------------------------------------------------
 HOROWITZ, GREGORY A.                 2.00       890.00

          Total:                      2.00       890.00
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 11/22/2002 13:26:12

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  47
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS    - 06975    Proforma Number: 1607497
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                           PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   10/07/2002    TO:  10/07/2002
UNBILLED DISB FROM:                 TO:

                                      FEES              COSTS
                                      ----              -----

GROSS BILLABLE AMOUNT:              285.00               0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:           10/07/2002
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECIVABLE TOTALS              UNAPPLIED CASH

        FEES:                  5,675.00     UNIDENTIFIED RECEIPTS:     0.00
DISBURSEMENTS:                     0.00     PAID FEE RETAINER:         0.00
 FEE RETAINER:                     0.00     PAID DISB RETAINER:        0.00
DISB RETAINER:                     0.00     TOTAL AVAILABLE FUNDS:     0.00
TOTAL OUTSTANDING:             5,675.00     TRUST BALANCE:
                                            BILLING HISTORY

DATE OF LAST BILL:           11/19/02       LAST PAYMENT DATE:
LAST BILL NUMBER:              361261       FEES BILLED TO DATE:   5,675.00
LAST BILL THRU DATE:         10/31/02

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   48
Run Date & Time: 11/22/2002 13:26:12

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1607497
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

   B I L L E D   T I M E    S U M M A R Y    ------------------- Total Billed ------------------
Emp Id Employee Name                  Group              Oldest        Latest        Hours        Amount
------------------------------------  -----              ------        ------        -----        ------
02495 BENTLEY, PHILIP                  CRED            10/07/02      10/07/02         1.20        285.00

                         Total:                                                       1.20        285.00

Sub-Total Hours :      1.20 Partners      0.00 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

  B I L L I N G   &   P A Y M E N T    H I S T O R Y   (Reflects Payments As of 11/22/02 13:26:12)
                               ------- Billed --------   ---- Applied ----   ---- Collections ----
Bill Date Thru Date Bill#       Fee & OA   Disbursement   From OA     Total         Date           Balance Due
---------  ---------  -----    ---------   ------------   -------     -----         ----           -----------
06/10/02 04/30/02 352100       4,400.00            .00        .00       .00                         4,400.00
09/30/02 09/30/02 358460         800.00            .00        .00       .00                           800.00
10/31/02 09/30/02 359721         190.00            .00        .00       .00                           190.00
11/19/02 10/31/02 361261         285.00            .00        .00       .00                           285.00

               Total:          5,675.00            .00        .00       .00                         5,675.00
```

```
alp_132r: Billed Charges Analysis                                                                               PAGE   49
Run Date & Time: 11/22/2002 13:26:12

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1607497
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status     : ACTIVE

    B I L L E D   T I M E    D E T A I L
Employee Name              Work Date      Description                                          Hours        Amount   Index#    Batch Date
---------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            10/07/02  Non-working travel to and from Newark(1.20).              1.20        285.00  4390249 10/31/02

                                                                                    Fee Total  1.20        285.00

    Total For BENTLEY P - 02495                                                                 1.20        285.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   50
Run Date & Time: 11/22/2002 13:26:13

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1607497
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                           Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours        Amount           Bill         W/o / W/u      Transfer To     Clnt/Mtr    Carry Forward
-----------------------------  --------    -----------    -------------    -------------   ------------------------    -------------
BENTLEY, PHILIP                    1.20        285.00
                               --------    -----------
        Total:                     1.20        285.00
```

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 11/22/02 13:26:19
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 10/31/02

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 18.00 | 4,217.00 | 1,777.44 | 5,994.44 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 10.10 | 4,587.50 | 49.00 | 4,636.50 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 1.70 | 717.50 | 0.00 | 717.50 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 10.60 | 2,917.00 | 0.00 | 2,917.00 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 7.40 | 3,131.00 | 298.49 | 3,429.49 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 62.30 | 21,575.00 | 0.00 | 21,575.00 | BENTLEY PHILIP - 02495 | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 3.30 | 1,567.50 | 0.00 | 1,567.50 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00021 | RELIEF FROM STAY PROCEED | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00026 | OTHER | 2.00 | 890.00 | 0.00 | 890.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 1.20 | 285.00 | 0.00 | 285.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 116.60 | 39,887.50 | 2,124.93 | 42,012.43 | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE