## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

    Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: December 16, 2002 at 4:00 p.m.**

---

## TWELFTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $12,568.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,343.14 |

This is a(n):   _x_ interim    ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:40364.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 1/25/02 1548 | 12/1/01 through 12/31/01 | $4,119.50/ $   940.67 | $3,295.60/ $   940.67 | 1689 |
| 2/26/02 1720 | 1/1/02 through 1/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 4/3/02 1895 | 2/1/02 through 2/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 5/8/02 2025 | 3/1/02 through 3/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 6/3/02 2145 | 4/1/02 through 4/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 7/2/02 2316 | 5/1/02 through 5/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 8/2/02 2489 | 6/1/02 through 6/3002 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 8/28/02 2609 | 7/1/02 through 7/3102 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 9/26/2002 2751 | 8/1/02 through 8/31/02 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |
| 10/25/2002 2885 | 9/1/02 through 9/30/02 | $14,313.50 $665.71 | $11,450.80 $665.71 | 3057 |

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------:|-------------------:|-------------------:|
| Teresa K. D. Currier | $395.00 | 17.5 | $6,912.50 |
| Jeffrey R. Waxman | $160.00 | 23.5 | $3,760.00 |
| Raelena T. Taylor | $120.00 | 14.3 | $1,716.00 |
| Ciro Malleo | $90.00 | 2.0 | $180.00 |
| TOTAL | | 57.3 | $12,568.50 |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| Project category | Total Hours | Total Fees |
|------------------|------------:|-----------:|
| Asset Disposition | 1.1 | $411.00 |
| Business Operations | 1.8 | $593.50 |
| Case Administration | 5.7 | $786.50 |
| Claims Administration/Objections | 1.8 | $523.00 |
| Employee Benefits/Pensions | 2.8 | $725.50 |
| Fee/Employment Applications | 4.1 | $1,050.50 |
| Meetings of Creditors | 0.3 | $118.50 |
| Plan & Disclosure Statement | 0.1 | $16.00 |
| Relief from Stay Proceedings | 0.5 | $174.00 |
| Klett Rooney Fee/Employment Applications | 12.2 | $2,052.50 |
| Hearings | 2.0 | $649.00 |
| Objections to Asbestos Claims | 0.1 | $16.00 |
| ZAI Science Trial | 0.1 | $16.00 |
| Fraudulent Transfer Litigation | 24.7 | $5,436.50 |
| TOTAL | 57.3 | $12,568.50 |

### SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $75.60 |
| Duplicating Services/Digital Legal Services | $674.64 |
| Telecopy expenses | $7.22 |
| Professional Services/Pacer/Virtual Docket | $175.89 |
| Express/Certified Mail | $135.57 |
| Federal Express | $41.86 |
| Messenger Services | $228.00 |
| Telephone Services | $4.36 |
| **TOTAL** | **$1,343.14** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Richard S. Cobb (No. 3157)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: November 25, 2002

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  NOVEMBER 15, 2002
                                              MATTER :  W9600-001
                                              INVOICE : 147624


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

        RE:  IN RE: W.R. GRACE & CO., ET AL.
```

```
          DESCRIPTION OF EXPENSE ADVANCES                 AMOUNT
          ------------------------------                  ------

09/21/02 TELEPHONE 5608                                      .14
09/24/02 TELEPHONE UNDEFINED                                 .07
10/03/02 FEDERAL EXPRESS - 4-390-42651 -  FEDERAL          10.19
         EXPRESS CORPORATION
10/04/02 REPRODUCTION OF DOCUMENTS                          4.50
10/08/02 FEDERAL EXPRESS - 4-390-82541 -  FEDERAL          21.48
         EXPRESS CORPORATION
10/09/02 REPRODUCTION OF DOCUMENTS                          8.55
10/11/02 MESSENGER SERVICES -  13577 - PARCELS, INC.-D D   16.50
         R
10/11/02 MESSENGER SERVICES -  13577 - PARCELS, INC.-D D    7.50
         R
10/11/02 REPRODUCTION OF DOCUMENTS                         15.00
10/11/02 REPRODUCTION OF DOCUMENTS                          9.90
10/11/02 REPRODUCTION OF DOCUMENTS                          5.25
10/14/02 REPRODUCTION OF DOCUMENTS                          6.90
10/16/02 FEDERAL EXPRESS - 4-391-21169 -  FEDERAL          10.19
         EXPRESS CORPORATION
10/16/02 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES   150.00
10/17/02 REPRODUCTION OF DOCUMENTS                          8.55
10/17/02 TELECOPY EXPENSES                                  7.22
10/17/02 REPRODUCTION OF DOCUMENTS                         13.20
10/17/02 REPRODUCTION OF DOCUMENTS                          3.75
10/21/02 EXPRESS/CERTIFIED MAIL                           135.57
10/24/02 MESSENGER SERVICES - 23535 -    PARCELS, INC.-D   69.00
         D R
10/24/02 PROFESSIONAL SERVICES - PACER - 3RD QUARTER -    101.22
         WILMINGTON
10/24/02 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES   524.64
10/24/02 PROFESSIONAL SERVICES - PACER - 3RD QUARTER -      5.25
         WILMINGTON
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   NOVEMBER 15, 2002
                                           MATTER :  W9600-001
                                           INVOICE : 147624

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

        RE:   IN RE: W.R. GRACE & CO., ET AL.


| Date | Description | Amount |
|---|---|---|
| 10/24/02 | PROFESSIONAL SERVICES - PACER - 3RD QUARTER - PGH | 8.40 |
| 10/25/02 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 135.00 |
| 10/25/02 | PROFESSIONAL SERVICES - VIRTUALDOCKET.COM | 61.02 |
| 10/25/02 | TELEPHONE | 4.15 |

                        TOTAL EXPENSE ADVANCES :        1,343.14

                        TOTAL DUE   :                   1,343.14


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-003
                                              INVOICE : 147625


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

        RE:  ASSET DISPOSITION



   DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
   ----   ----   -------------------------------                     -----

10/08/02  TC     REVIEWED OBJECTION TO DEBTORS' MOTION TO EXTEND      .30
                 THE TIME TO ASSUME AND ASSIGN LEASES

10/09/02  TC     REVIEWED DEBTORS' MOTION TO ENTER INTO              .40
                 SETTLEMENT WITH IRS

10/22/02  TC     REVIEWED ORDER EXTENDING TIME TO ASSUME OR          .30
                 REJECT LEASES AND EXECUTORY CONTRACTS

10/30/02  JRW    REVIEW DEBTORS' QUARTERLY REPORT OF ASSET SALES     .10



                    T I M E   S U M M A R Y
                    -----------------------

                        RATE      HOURS            TOTALS
                        ----      -----            ------

    J R WAXMAN         160.00      .10              16.00
    T CURRIER          395.00     1.00             395.00
                TOTALS            1.10             411.00


                     TOTAL FEES :                        411.00


                     TOTAL DUE  :                        411.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-004
                                              INVOICE : 147626


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

     RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/17/02 | JRW | REVIEW MONTHLY OPERATING REPORT | .50 |
| 10/18/02 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 10/21/02 | TC | REVIEWED MONTHLY OPERATING REPORT | .80 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

     J R WAXMAN          160.00    .50         80.00
     T CURRIER           395.00   1.30        513.50
                  TOTALS          1.80        593.50


               TOTAL FEES :                  593.50


               TOTAL DUE  :                  593.50
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   NOVEMBER 15, 2002
                                          MATTER : W9600-005
                                          INVOICE : 147709


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02   T C

     RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/01/02 | JRW | OBTAIN AND REVIEW DOCKET FOR RECENTLY FILED PLEADINGS. | .10 |
| 10/03/02 | JRW | REVIEW FAX RE: APPOINTMENT OF EXAMINER | .10 |
| 10/03/02 | RTT | TELEPHONE CALL TO AND FROM J.WAXMAN RE PLEADINGS REQUEST(.1); DOWNLOAD EMERGENCY MOTION FOR FINAL ORDERS APPROVING POST-PETITON FINANCING & RELIEF & SETTING FINAL HEARING(.3); DOWNLOAD RELATED ORDERS(.3) | .70 |
| 10/03/02 | RTT | DOWNLOAD NOTICE OF APPEARANCE FILED BY CITADEL INVESTMENT GROUP LLC | .10 |
| 10/04/02 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER. | .50 |
| 10/04/02 | RTT | UPDATE 2002 SERVICE LIST | .20 |
| 10/07/02 | TC | REVIEWED OBJECTION OF ASBESTOS PERSONAL INJURY COMMITTEE TO SECOND CASE MANAGEMENT ORDER | .30 |
| 10/15/02 | JRW | EMAILS FROM PBENTLEY AND TO TKDCURRIER RE: RECEIPT OF E-FILING | .30 |
| 10/17/02 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER. | .70 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-005
                                              INVOICE : 147709
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 10/18/02 RTT | UPDATE SERVICE LIST OF ALL PARTIES IN INTEREST. | .20 |
| 10/18/02 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER. | .60 |
| 10/24/02 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER. | .60 |
| 10/24/02 RTT | DOWNLOAD AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON 10/28/02 | .30 |
| 10/24/02 RTT | UPDATE 2002 SERVICE LIST | .10 |
| 10/30/02 RTT | EMAIL FROM J.WAXMAN RE FEE APP CHART(.1); REVIEW SAME(.1) | .10 |
| 10/30/02 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER. | .80 |

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 15, 2002
MATTER : W9600-005
INVOICE : 147709

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02   T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .50 | 80.00 |
| R T TAYLOR | 120.00 | 4.90 | 588.00 |
| T CURRIER | 395.00 | .30 | 118.50 |
| TOTALS | | 5.70 | 786.50 |

TOTAL FEES :                    786.50

TOTAL DUE  :                    786.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-006
                                              INVOICE : 147628
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  CLAIMS ADMINISTRATION & OBJECTIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/02 | JRW | REVIEW DEBTORS' OBJECTION TO CLAIMS OF WESCONN AND FUS | .10 |
| 10/02/02 | TC | REVIEWED DEBTORS' CLAIM OBJECTION TO CLAIMS OF WESCONN AND FUS INC | .30 |
| 10/02/02 | TC | REVIEWED COMMITTEE MEMO RE APPOINTMENT OF A FUTURES REPRESENTATIVE | .40 |
| 10/08/02 | TC | REVIEWED FUTURE REPRESENTATIVE MEMO, AND RESUME OF ERIC GREEN, PROPOSED FUTURES REPRESENTATIVE | .30 |
| 10/15/02 | JRW | OBTAIN AND REVIEW RESPONSE OF FRESENIUS TO MOTION TO SETTLE CLAIM OF IRS TO PAY COLI TAXES | .50 |
| 10/22/02 | JRW | OBTAIN AND REVIEW ORDER AUTHORIZING SETTLEMENT DISCUSSIONS REGARDING IRS CLAIMS FROM COLI | .20 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| J R WAXMAN | 160.00 | .80 | 128.00 |
| T CURRIER | 395.00 | 1.00 | 395.00 |
| TOTALS | | 1.80 | 523.00 |

```
                  TOTAL FEES :                    523.00


                  TOTAL DUE  :                    523.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 15, 2002
MATTER :  W9600-007
INVOICE :  147629

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  EMPLOYEE BENEFITS/PENSIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/09/02 | JRW | EMAILS FROM TKDCURRIER AND GBECKER RE: NORRIS MOTION AND RESPONSE THERETO | .10 |
| 10/09/02 | TC | CALLS FROM ASBESTOS COMMITTEE RE PAUL NORRIS CONTRACT | .20 |
| 10/10/02 | TC | REVIEWED DRAFT PLEADING ON PAUL NORRIS EMPLOYMENT AGREEMENT | .40 |
| 10/11/02 | JRW | DRAFT AND REVISE RESPONSE IN SUPPORT OF NORRIS COMPENSATION PACKAGE (.5); CONFERENCE WITH TKDCURRIER RE: SAME (.2) | .70 |
| 10/11/02 | RTT | E-FILE AND SERVE RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS MOTION AUTHORIZING THE AMENDMENT OF THE EMPLOYMENT CONTRACT OF PAUL J. NORRIS AS CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | .70 |
| 10/11/02 | TC | REVIEWED RESPONSE OF EQUITY COMMITTEE TO PAUL NORRIS EMPLOYMENT | .50 |
| 10/24/02 | TC | REVIEWED ORDER ON PAUL NORRIS CONTRACT AND AMENDMENT | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-007
                                              INVOICE : 147629


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

    RE:  EMPLOYEE BENEFITS/PENSIONS




                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

J R WAXMAN                160.00    .80           128.00
R T TAYLOR                120.00    .70            84.00
T CURRIER                 395.00   1.30           513.50
                 TOTALS            2.80           725.50


                    TOTAL FEES :                  725.50


                    TOTAL DUE  :                  725.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 15, 2002
MATTER :  W9600-008
INVOICE : 147710

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/08/02 | TC | CALL FROM MARK HURFORD OF ASBESTOS COMMITTEE RE EQUITY COMMITTEE RESPONSE TO MOTION TO MODIFY EMPLOYMENT | .20 |
| 10/09/02 | TC | CONFERENCE WITH JEFF WAXMAN RE INITIAL RESPONSES TO FEE AUDITOR'S REPORTS | .20 |
| 10/09/02 | TC | CONF WITH JEFF WAXMAN RE NEED FOR AFFIDAVITS OF COUNSEL RE SEALED AIR COSTS, AND SEALED AIR DISPOSITION BY JUDGE WOLIN | .30 |
| 10/10/02 | JRW | OBTAIN AND REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE FOURTH INTERIM PERIOD | .20 |
| 10/16/02 | TC | REVIEWED TIME ENTRIES FOR FEE APPLICATION AND CONFERENCE WITH JEFF WAXMAN RE SAME | .30 |
| 10/17/02 | JRW | TELEPHONE CALL TO KMANGUAL RE: KRAMER FEE APPLICATIONS FOR JULY AND AUGUST | .10 |
| 10/17/02 | RTT | DISCUSSION WITH J.WAXMAN RE KRAMER LEVIN'S CERTIFICATE OF NO OBJECTION TO ELEVENTH FEE APPLICATION | .10 |
| 10/18/02 | JRW | OBTAIN AND FORWARD TO GBECKER WSMITH'S FINAL REPORT RE: KRAMER'S INTERIM FEE APPLICATIONS | .10 |
| 10/21/02 | TC | REVIEWED INTERIM FEE AUDITOR'S REPORT ON KRAMER LEVIN | .30 |
| 10/22/02 | JRW | EMAIL TO AND FROM KMANGUAL RE: FILING OF KRAMER LEVIN'S FEE APPLICATION AND OBJECTION DEADLINE THERETO | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 147710


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

      RE:  FEE/EMPLOYMENT APPLICATIONS
```

| Date | | Description | Hours |
|------|------|-------------|-------|
| 10/23/02 | TC | COMMUNICATION WITH JEFF WAXMAN REGARDING FILING OF KRAMER LEVIN FEE APPS | .20 |
| 10/23/02 | TC | REVIEWED SPREADSHEET | .40 |
| 10/24/02 | JRW | CONFERENCE WITH RTAYLOR RE KRAMER LEVIN FEE APPLICATION (.1); REVIEW NOTICE OF FEE APPLICATION (.1) | .20 |
| 10/24/02 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S THIRTEENTH FEE APPLICATION | .10 |
| 10/24/02 | RTT | DRAFT NOTICE RE KRAMER LEVIN NAFTALIS & FRANKEL LLP'S THIRTEENTH FEE APPLICATION(.3); REVISIONS TO SAME(.1) | .40 |
| 10/24/02 | RTT | E-FILE AND SERVE THIRTEENTH FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP | .60 |
| 10/25/02 | RTT | CALENDAR OBJECTION D/L TO KRAMER LEVIN NAFTALIS & FRANKEL'S THIRTEENTH FEE APPLICATION | .10 |
| 10/29/02 | JRW | EMAIL FROM AND TELEPHONE CALL TO DWILLIAMS RE: FEE APPLICATION | .10 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

    J R WAXMAN           160.00      .90          144.00
    R T TAYLOR           120.00     1.30          156.00
    T CURRIER            395.00     1.90          750.50
                TOTALS             4.10          1050.50
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   NOVEMBER 15, 2002
MATTER :   W9600-008
INVOICE :  147710

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

TOTAL FEES :                          1,050.50

TOTAL DUE  :                          1,050.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER :  W9600-012
                                              INVOICE : 147631


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

      RE:  MEETINGS OF CREDITORS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/11/02 | TC | REVIEWED COMMUNICATION TO COMMITTEE RE JUDGE WOLLIN DISPOSITION OF SEALED AIR TRIAL ISSUE | .30 |


                    T I M E   S U M M A R Y
                    -----------------------

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 395.00 | .30   | 118.50 |
|            | TOTALS |        | .30   | 118.50 |


                    TOTAL FEES :                    118.50

                    TOTAL DUE  :                    118.50


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 15, 2002
                                              MATTER :  W9600-013
                                              INVOICE : 147632


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

     RE:  PLAN & DISCLOSURE STATEMENT



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED               HOURS
 ----   ----   -------------------------------               -----

10/01/02 JRW   OBTAIN RESPONSE TO PLAN BY ERNESTO              .10
               FORERO-VARGAS


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

    J R WAXMAN          160.00      .10            16.00
                 TOTALS             .10            16.00


                  TOTAL FEES :                    16.00


                  TOTAL DUE  :                    16.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER :  W9600-014
                                              INVOICE : 147633


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

     RE:  RELIEF FROM STAY PROCEEDINGS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                  -----

10/15/02 JRW   OBTAIN AND REVIEW ORDER DENYING KANE'S MOTION      .10
               TO LIFT THE STAY

10/24/02 TC    REVIEWED ORDER GRANTING BANK OF AMERICA RELIEF     .20
               FROM THE STAY

10/24/02 TC    REVIEWED ORDER GRANTING WACHOVIA BANK RELIEF       .20
               FROM THE STAY



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

  J R WAXMAN            160.00     .10            16.00
  T CURRIER             395.00     .40           158.00
                 TOTALS            .50           174.00


              TOTAL FEES :                      174.00


              TOTAL DUE  :                      174.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 15, 2002
                                              MATTER :  W9600-017
                                              INVOICE : 147634


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

        RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/02/02 | JRW | EMAIL FROM LAVERN (WSMITH & ASSOC) RE: FIFTH INTERIM PERIOD CHART (.1); TELEPHONE CALL TO LAVERN RE: SAME (.1); UPDATE CHART FOR TENTH FEE APPLICATION (.5); | .70 |
| 10/08/02 | JRW | EMAIL FROM WSMITH RE: RESPONSES TO FEE APPLICATION AND TELEPHONE CALL TO LAVERNE RE: SAME (.1) TELEPHONE CALL TO TKDCURRIER RE: SAME (.1) | .20 |
| 10/09/02 | JRW | REVIEW TIME ENTRIES IN PREPARATION FOR FILING FEE APPLICATION | .50 |
| 10/09/02 | RTT | PREPARE PRE-BILL REQUEST TO ACCOUNTING FOR SEPT 2002(.2); EMAIL RE SAME(.1) | .30 |
| 10/10/02 | JRW | REVIEW AND REVISE TIME ENTRIES IN PREPARATION FOR FEE APPLICATION | .30 |
| 10/15/02 | RTT | REVIEW AND COMPARE PRE-BILS/FINAL BILLS FOR SEPT 2002 | .40 |
| 10/16/02 | JRW | REVIEW FEE APPLICATION TIME ENTRIES AND CONFERENCE WITH TKDCURRIER RE: SAME | .30 |
| 10/16/02 | RTT | DRAFT ELEVENTH FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD OF SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002. | 1.50 |
| 10/16/02 | RTT | DISCUSSION WITH J.WAXMAN RE KRLS SEPTEMBER 2002 FINAL BILL | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-017
                                              INVOICE : 147634


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

     RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


10/17/02 JRW    REVIEW DOCKET AND DRAFT OF CNO FOR KRLS 10TH          .50
                FEE APPLICATION (.2); CONFERENCE WITH RTAYLOR
                RE: REVISIONS AND EMAIL TO AND FROM TKDCURRIER
                RE: OBJECTIONS OR RESPONSES (.2); EMAIL FROM
                RTAYLOR RE: SERVICE OF CNO VIE EMAIL (.1)

10/17/02 JRW    REVIEW AND REVISE KRLS 11TH FEE APPLICATION           .20

10/17/02 RTT    E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO       .40
                KLETT ROONEY'S TENTH FEE APPLICATION

10/17/02 RTT    DRAFT CERTIFICATE OF NO OBJECTION TO KRLS TENTH       .40
                FEE APPLICATION(.3);PREPARE AFFIDAVIT OF
                SERVICE RE SAME(.1)

10/18/02 JRW    OBTAIN COPY OF WSMITH FINAL REPORT RE: KRLS           .60
                INTERIM FEES (INCLUDING CALL TO AND EMAIL FROM
                WSMITH) (.4); REVIEW FINAL REPORT AND EMAIL TO
                TKDCURRIER RE: SAME (.2)

10/18/02 RTT    REVISIONS TO KLETT ROONEY'S ELEVENTH FEE             .30
                APPLICATION

10/21/02 TC     CONF WITH JEFF WAXMAN RE WARREN SMITH INITIAL        .20
                REPORT

10/21/02 TC     REVIEWED WARREN SMITH INITIAL REPORT ON OUR          .30
                FEES

10/25/02 JRW    CONFERENCE WITH RTAYLOR AND TKDCURRIER RE:           .20
                FILING KRLS FEE APPLICATION

10/25/02 RTT    PREPARE AFFIDAVIT OF SERVICE RE KRLS ELEVENTH        .80
                MONTHLY FEE APPLICATION FOR THE PERIOD
                SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30,
                2002(.2); E-FILE AND SERVE FEE APPLICATION RE
                SAME(.6)


**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 15, 2002
MATTER : W9600-017
INVOICE : 147634

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 10/25/02 TC | REVIEWED 11TH KLETT ROONEY FEE APP | | .50 |
| 10/28/02 RTT | REVIEW FILES RE KLETT ROONEY'S INTERIM FEE APPLICATIONS(.2); DISCUSSION WITH J.WAXMAN RE SAME(.1) | | .30 |
| 10/28/02 TC | CONF WITH JEFF WAXMAN RE ERROR IN KLRS CNO | | .20 |
| 10/29/02 JRW | CONFERENCE WITH MZICKGRAF AND TKDCURRIER RE: FEES AND CERTIFICATION OF COUNSEL (.1); TELEPHONE CALL TO WSMITH RE: SAME (.1); EMAIL TO LAVERN RE: SAME (.4); CONFERENCE WITH RTAYLOR RE: QUARTERLY FEE APPLICATION FOR SIXTH PERIOD (.1) | | .70 |
| 10/29/02 RTT | DRAFT QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002 | | 1.70 |
| 10/29/02 TC | REVIEWED REQUESTS FROM FEE AUDITOR RE INTERIM REPORTS | | .30 |
| 10/30/02 JRW | TELEPHONE CALL TO LAVERN (WSMITH) RE: KRLS' FEES FOR FOURTH INTERIM PERIOD. | | .10 |
| 10/30/02 JRW | EMAIL FROM LAVERN (WSMITH) RE: THIRD INTERIM FEES | | .10 |

---

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 15, 2002
                                            MATTER : W9600-017
                                            INVOICE : 147634
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 4.40 | 704.00 |
| R T TAYLOR | 120.00 | 6.30 | 756.00 |
| T CURRIER | 395.00 | 1.50 | 592.50 |
| TOTALS | | 12.20 | 2052.50 |

```
            TOTAL FEES :                    2,052.50


            TOTAL DUE  :                    2,052.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 15, 2002
MATTER : W9600-018
INVOICE : 147635

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/21/02 | JRW | REVIEW AGENDA FOR OCTOBER 28, 2002 HEARING AND EMAIL TO TKDCURRIER RE: SAME (.4); EMAIL TO GBECKER RE: SAME (.2) | .60 |
| 10/22/02 | TC | REVIEWED AGENDA LETTER FOR HEARING 10/28 | .40 |
| 10/24/02 | TC | REVIEWED AGENDA FOR WRGRACE HEARING | .40 |
| 10/25/02 | TC | REVIEWED AMENDED AGENDA LETTER | .40 |
| 10/25/02 | TC | CONF WITH JEFF WAXMAN RE COVERAGE OF OMNIBUS HEARING MONDAY | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| J R WAXMAN | 160.00 | .60 | 96.00 |
| T CURRIER | 395.00 | 1.40 | 553.00 |
| TOTALS | | 2.00 | 649.00 |

TOTAL FEES :            649.00

TOTAL DUE  :            649.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 15, 2002
                                            MATTER : W9600-019
                                            INVOICE : 147636
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  OBJECTIONS TO ASBESTOS CLAIMS

```
DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
----  ----   -------------------------------                  -----

10/01/02 JRW  OBTAIN AND REVIEW CLARIFYING ORDER REGARDING      .10
              ASBESOS PROPERTY DAMAGE CLAIMS, BAR DATE, AND
              NOTICE
```

```
              T I M E   S U M M A R Y
              ------------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

J R WAXMAN             160.00    .10           16.00
              TOTALS            .10           16.00


              TOTAL FEES :                          16.00


              TOTAL DUE  :                          16.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 15, 2002
                                              MATTER : W9600-020
                                              INVOICE : 147637

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

    RE:  ZAI SCIENCE TRIAL


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/22/02 | JRW | OBTAIN AND REVIEW ZAI TRIAL SCHEDULING ORDER | .10 |


                    T I M E   S U M M A R Y
                    -----------------------

|              |        | RATE | HOURS | TOTALS |
|              |        | ---- | ----- | ------ |
| J R WAXMAN   |        | 160.00 | .10 | 16.00 |
|              | TOTALS |      | .10 | 16.00 |

                        TOTAL FEES :                    16.00

                        TOTAL DUE  :                    16.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 15, 2002
                                              MATTER :  W9600-021
                                              INVOICE : 147711
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/02/02 | JRW | OBTAIN AND REVIEW OPINION AND ORDER OF JUDGE WOLIN RE: PROCEDURE IN LIGHT OF CYBERGENICS DECISION | .30 |
| 10/03/02 | JRW | REVIEW FAX FROM GBECKER RE: SEALED AIR ACTION AND JUDGE WOLIN'S DECISION | .10 |
| 10/03/02 | JRW | TELEPHONE CALL FROM GBECKER RE: RESPONSE IN SEALED AIR TO APPOINT AN EXAMINER (.1); REVIEW DOCKET AND CONFERENCE WITH RTAYLOR RE: OBTAINING DIP ORDERS (.1); REVIEW DIP MOTION AND ORDERS RE: EVENT OF DEFAULT AND TELEPHONE CALL TO GBECKER RE: SAME (.3) | .50 |
| 10/04/02 | CM | DELIVER DOCUMENTS TO JUDGE WOLIN | 1.50 |
| 10/04/02 | JRW | TELEPHONE CALL TO GBECKER RE: PLEADING TO BE FILED IN SEALED AIR LITIGATION IN LIGHT OF CYBERGENICS DECISION (.2); CONFERENCE WITH RTAYLOR RE: FILING (.1); TELEPHONE CALL TO CMALLEO RE: SERVICE TO JUDGE WOLIN'S CHAMBERS (.1); TELEPHONE CALLS TO AND FROM GBECKER RE: SAME (.2); REVIEW AND REVISE MOTION AND SERVICE LIST AND COORDINATE FOR FILING AND SERVICE (1.2) | 1.80 |
| 10/04/02 | RTT | EMAIL FROM J. WAXMAN RE POSSIBLE FILING OF MOTION | .10 |
| 10/04/02 | RTT | DISCUSSION WITH J.WAXMAN RE ORGANIZATION OF PLEADINGS | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 15, 2002
MATTER :  W9600-021
INVOICE : 147711

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:   FRAUDULENT TRANSFER LITIGATION

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 10/04/02 | RTT | E-FILE AND SERVE RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE COURTS OCTOBER 2, 2002 LETTER OPINION AND ORDER TO SHOW CAUSE | .60 |
| 10/05/02 | JRW | OBTAIN AND REVIEW USTS MEMORANDUM RESPONSE TO JUDGE WOLIN'S ORDER TO SHOW CAUSE (.4); OBTAIN AND REVIEW ASBESTOS PI COMMITTEE'S RESPONSE TO ORDER TO SHOR CAUSE (.3) | .70 |
| 10/07/02 | JRW | EMAIL FROM AND TO GBECKER RE: SERVICE OF RESPONSE (.1); TELEPHONE CALLS TO CMALLEO AND GBECKER RE: SAME (.2) | .30 |
| 10/07/02 | TC | REVIEWED PLEADING FILED BY EQUITY COMMITTEE RE EXAMINER WITH EXPANDED POWERS | .40 |
| 10/07/02 | TC | REVIEWED COMMUNICATIONS RE MOTION TO APPOINT EXAMINER/TRUSTEE FOR LIMITED PURPOSE | .40 |
| 10/08/02 | JRW | TELEPHONE CALL FROM CLOCOASTRO (CAXED & ASSOC) RE: SEALED AIR LITIGATION AND OCTOBER 7, 2002 HEARING BEFORE JUDGE WOLIN | .10 |
| 10/08/02 | TC | REVIEWED REVISED CYBERGENICS BRIEF RE SEALED AIR LITIGATION, AND PREPARED SAME FOR FILING FOR EQUITY COMMITTEE | .50 |
| 10/09/02 | JRW | TELEPHONE CALL TO AND FROM TKDCURRIER RE: OCTOBER 7, 2002 SEALED AIR HEARING (.1); TELEPHONE CALL TO AND FROM GBECKER RE: SAME (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.2); EMAIL FROM GBECKER RE: FEES AND EXPENSES INCURRED IN CONNECTION WITH THE SEALED AIR LITIGATION (.1) | .50 |
| 10/09/02 | TC | REVIEWED TRANSCRIPT AND ORDER ADJOURNING TRIAL ON SEALED AIR | .50 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 15, 2002
MATTER : W9600-021
INVOICE : 147711

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION

| | | | |
|---|---|---|---|
| 10/10/02 | JRW | DRAFT AND REVISE AFFIDAVITS FOR KRAMER LEVIN AND KLETT ROONEY REGARDING FEES AND EXPENSES IN CONNECTION WITH THE SEALED AIR LITIGATION (.6); REVIEW KRLS FEES AND EXPENSES INCURRERED IN CONNECTION WITH THE SEALED AIR LITIGATION (.2) | .80 |
| 10/10/02 | TC | CONF WITH KRAMER LEVIN RE SEALED AIR DISPOSITION | .30 |
| 10/11/02 | CM | DELIVER FILED PAPERS TO JUDGE WOLIN. | .50 |
| 10/11/02 | JRW | REVIEW DECLARATION OF PBENTLEY RE: SEALED AIR FEES AND EXPENSES (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.2); REVISE TCURRIER DECLARATION (.1); EMAIL TO PBENTLEY RE: FILING (.2); TELEPHONE CALL AND EMAIL TO CMALLEO RE: DELIVERY OF DECLARATIONS TO DISTRICT COURT (.2); REVIEW AND REVISE MEMORANDUM IN SUPPORT OF APPOINTMENT OF EXAMINER (.5); CONFERENCE WITH TKDCURRIER RE: SAME (.3); CONFERENCE WITH RTAYLOR RE: FILING AND SERVICE (.2); EMAIL TO PBENTLEY AND GBECKER RE: FILINGS (.2) | 2.00 |
| 10/11/02 | JRW | REVIEW AND EDIT DRAFT BRIEF TO APPOINT AN EXAMINER FOR SEALED AIR LITIGATION (.5); CONFERENCE WITH TKDCURRIER RE: SAME (.2) | .70 |
| 10/11/02 | TC | REVIEWED AFFIDAVIT RE SEALED AIR FEES FOR KLETT ROONEY AND DECLARATION FOR KRAMER LEVIN | .50 |
| 10/11/02 | TC | CONF WITH JEFF WAXMAN RE PROPER FILING PROCEDURE FOR AFFIDAVIT | .30 |
| 10/11/02 | TC | REVIEWED JUDGE WOLLIN'S BENCH MEMORANDUM | .40 |
| 10/12/02 | TC | REVIEWED BRIEF OF EQUITY COMMITTEE ON EXAMINER ISSUE | .40 |

---

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 15, 2002
                                            MATTER : W9600-021
                                            INVOICE : 147711


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02   T C

RE:  FRAUDULENT TRANSFER LITIGATION


| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/12/02 | TC | REVIEWED USTRUSTEE'S SUPPLEMENTAL MEMORANDUM ON CYBERGENICS ISSUES IN SEALED AIR LITIGATION | .40 |
| 10/12/02 | TC | REVIEWED MOTION FOR THE APPOINTMENT OF AN EXAMINER | .50 |
| 10/12/02 | TC | BRIEFLY REVIEWED BRIEF OF ASBESTOS PERSONAL INJURY COMMITTEE ON APPOINTMENT OF A TRUSTEE TO PROSECUTE LITIGATION ON SEALED AIR | .40 |
| 10/12/02 | TC | REVIEWED FRENSENIUS SUBMISSION RE APPOINTMENT OF AN EXAMINER ET AL RE CYBERGENICS ISSUES | .30 |
| 10/13/02 | TC | REVIEWED WRGRACE OF CONNECTICUT'S MEMORANDUM IN SUPPORT OF APPOINTMENT OF AN EXAMINER | .50 |
| 10/13/02 | TC | REVIEWED WRGRACE OF CONNECTICUT SUBMISSION RE APPOINTMENT OF EXAMINER | .40 |
| 10/14/02 | JRW | REVIEW ASBESTOS COMMITTEE'S MOTION TO APPOINT A TRUSTEE AND RESPONSE TO SEALED AIR'S MOTION TO DISMISS (.9); REVIEW SEALED AIR'S MOTION TO DISMISS (.5); REVIEW DEBTORS' MOTION TO APPOINT A TRUSTEE (.7) | 2.10 |
| 10/14/02 | JRW | OBTAIN AND REVIEW OCTOBER 9, 2002 MEMORANDUM BY JUDGE WOLIN | .10 |
| 10/14/02 | RTT | E-FILE AFFIDAVIT OF SERVICE RE BRIEF OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS RE POTENTIAL APPOINTMENT OF A TRUSTEE OR EXAMINIER | .30 |
| 10/15/02 | JRW | OBTAIN AND REVIEW UST MEMORANDUM RE: CYBERGENICS | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 15, 2002
MATTER :  W9600-021
INVOICE : 147711

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

RE:   FRAUDULENT TRANSFER LITIGATION

| | | | |
|---|---|---|---|
| 10/15/02 | JRW | EMAIL FROM PBENTLEY RE: ADJOURNMENT OF HEARING BEFORE JUDGE WOLIN (.1); REVIEW DOCKETS AND EMAIL TO PBENTLEY RE: SAME (.2) | .30 |
| 10/16/02 | JRW | OBTAIN AND REVIEW FESENIUS MOTION TO APPOINT TRUSTEE | .30 |
| 10/17/02 | JRW | OBTAIN AND REVIEW TRANSCRIPT OF HEARING BEFORE JUDGE WOLIN IN SEALED AIR ACTION RE: CRYBERGENICS AND APPOINTMENT OF A TRUSTEE OR EXAMINER | 2.30 |
| 10/24/02 | JRW | OBTAIN JUDGE WOLIN OPINION AND EMAIL TO PBENTLEY AND GBECKER RE: SAME | .20 |
| 10/25/02 | JRW | REVIEW JUDGE WOLIN'S OPINION RE: SEALED AIR IN LIGHT OF CYBERGENICS | .60 |
| 10/25/02 | JRW | REVIEW CHARTS FROM LAVERN RE: KRLS FEES AND EXPENSES | .20 |
| 10/25/02 | JRW | OBTAIN AND REVIEW JUDGE WOLIN ORDERS AND EMAIL TO PBENTLEY AND GBECKER RE: SAME | .20 |
| 10/25/02 | TC | REVIEWED USTRUSTEE SUPPLEMENTAL MEMORANDUM ADDRESSING CYBERGENICS ISSUES | .30 |
| 10/28/02 | JRW | EMAIL FROM PBENTLEY RE: JUDGE WOLIN'S OPINION | .10 |
| 10/28/02 | TC | REVIEWED REPORT TO COMMITTEE ON JUDGE WOLLIN DECISION (0.4) AND BRIEFLY REVIEWED ATTACHED MATERIALS (0.2) | .60 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 15, 2002
                                            MATTER : W9600-021
                                            INVOICE : 147711


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/02    T C

    RE:  FRAUDULENT TRANSFER LITIGATION




                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

 C MALLEO               90.00    2.00           180.00
 J R WAXMAN            160.00   14.50          2320.00
 R T TAYLOR            120.00    1.10           132.00
 T CURRIER            395.00     7.10          2804.50
                TOTALS          24.70          5436.50


                  TOTAL FEES :                 5,436.50


                  TOTAL DUE  :                 5,436.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**