**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No.  2821 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 2821**

The undersigned hereby certifies that, as of the date hereof, he or she has received no

answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense

Invoice (the "Invoice"), for September 1, 2002 through September 30, 2002 filed on October 16,

2002.  The undersigned further certifies that he or she has reviewed the Court's docket in this

case and no answer, objection or other responsive pleading to the Invoice appears thereon.

Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than

November 5, 2002.  Thus Debtors are authorized to pay the undersigned eighty percent (80%) of

the fees and one hundred percent (100%) of the expenses requested in the Invoice.

November 25, 2002                                    **WARREN H. SMITH & ASSOCIATES**

By:_____
                      Warren H. Smith
                      State Bar No. 18757050

                      900 Jackson Street
                      120 Founders Square
                      Dallas, Texas 75202
                      (214) 698-3868
                      (214) 722-0081 (FAX)
                      **FEE AUDITOR**