IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

1. CLAIMS BAR DATE NOTICE MATERIALS COMPRISED OF:  ATTACHED HERETO AS EXHIBIT 1
   a. CLAIMS BAR DATE NOTICE
   b. ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM
   c. GENERAL INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORMS FOR THE BAR DATE

2. GRACE NON-ASBESTOS PROOF OF CLAIM FORM    ATTACHED HERETO AS EXHIBIT 2

3. WR GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM    ATTACHED HERETO AS EXHIBIT3

4. WR GRACE & CO. ASBESTOS PROPERTY DAMAMGE PROOF OF CLAIM FORM    ATTACHED HERETO AS EXHIBIT4

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Michelle S Dalsin, being duly sworn state as follows:

1. I am over twenty-one years of age and I believe the statements contained herein are true, based on my personal knowledge.

2. I am employed by Rust Consulting, Inc., located at 201 South Lyndale, Faribault, MN, as a Senior Project Administrator.

3. On the dates indicated, I caused copies of certain of the above referenced documents, to be served by first class mail upon the parties listed on the attached service lists. The specific documents served on each party are indicated respectively.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Personally appeared before me on this 19th day of November, 2002, Michelle S. Dalsin, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

SHARON E. VELANDER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

DATED: November 19, 2002
Faribault, Minnesota

State of  Minnesota            )

County of  Rice                )