# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

---

00036368
HAROLD LEVINSON
11 EVANS CIRCLE
POQUOSON, VA 23662
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00036399
KENNETH MEYER
41 WEST RD
CIRCLE PINES, MN 55014
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00036405
ARCHIE TOBIAS
26314 DAWSON DR
CHESTER, SC 29706
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036412
CAROL COCHRAN
50 MARSHLAND RD #30
HILTON HEAD ISLAND, SC 29926
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036429
LUTHER SLOANE
4587 N ROMERO RD
TUCSON, AZ 85705
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036436
TOMMY ELDER
PO BOX 105
POINT BLANK, TX 77364
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036443
TILLY DUNCAN
PO BOX 74
CORONACH, SA S0H0V0
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00036450
JOHN BOSSHARDT
658 BOCA RATAN DR
LAKE OSWEGO, OR 97034
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036467
CORY THOMPSON
7340 E 200 S
HUNTSVILLE, UT 84317-9711
10/11/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036474
BRUCE GREENSTEIN
3501 E. FIRST AVE.
DENVER, CO 80206
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036481
BRUCE GREENSTEIN
3501 EE. FIRST AVE.
DENVER, CO 80206
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036498
ALBERT FLEISCHMAN
C/O BENENSON FUNDING CORPORATION
445 PARK AVENUE
NEW YORK, NY 10022
10/11/2002
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00036504
ANTONIO GARCIA
375 SUNSET AVE
SUNNYVILLE, CA 94086
10/11/2002
| | | |
|---|---|---|
| Property: | | 0001 |
| Notice: | | 0001 |

00036542
GLEN HARRIS
c/o GLEN HARRIS 49105-080
FEDERAL MEDICAL CENTER
PO BOX 14500
LEXINGTON, KY 40512
10/16/2002
| | | |
|---|---|---|
| Property: | | 0001 |
| Medical: | | 0001 |
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036573
FERNANDO CASTILLO
PASEO ALTO #43
SAN JUAN, PR 00926
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036597
AMELIA CANZONERI
342 N ATLANTIC BLVD
ALHAMBRA, CA 91801
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0002 |
| Notice: | | 0001 |

00036610
ROGER BARNETT
215 W 62ND ST
LOS ANGELES, CA 90003
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036634
CHARLOTTE JONES
1242 BELTLINE RD SW
DECATUR, AL 35601-6269
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0002 |
| Notice: | | 0001 |

00036535
PETER PEARSON
c/o PETER PEARSON #53430
ASPC-EYMAN-COOK
PO BOX 3200
FLORENCE, AZ 85232-3200
10/16/2002
| | | |
|---|---|---|
| Medical: | | 0001 |
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036566
MARK PALENCIA
3115 N KENMORE AVE
CHICAGO, IL 60657-3304
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0002 |
| Notice: | | 0001 |

00036580
JESSIE & LILLIAN KELLEY
2461 SEWELL MILL RD
MARIETTA, GA 30062-2809
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036603
JOYCE CHARLAND
21 SEARS RD
CHARLEMONT, MA 13399-0619
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036627
MARK PAULETTE
287 TOWNSHIP RD 267
AMSTERDAM, OH 43903-7909
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

00036641
WILLIAM GUNSALUS
47 GROVE ST
GREENFIELD, MA 13012-0327
10/16/2002
| | | |
|---|---|---|
| Non-asbestos: | | 0001 |
| Notice: | | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00036658
DALE JOHNSON
2255 E SHAW AVE, APT B
FRESNO, CA 93710
10/16/2002
    Property:    0001
    Notice:    0001

00036672
NICHOLAS GRITIS
40 HASLEMERE ROAD
TORONTO, ON 00000        CANADA
10/16/2002
    Medical:    0002
    Notice:    0001

00036696
BRENDA LIFSEY
1445 WEST 120TH STREET
LOS ANGELES, CA 90047
10/16/2002
    Property:    0001
    Non-asbestos:    0001
    Notice:    0002

00036719
J.L. DERBY
230 6TH ST E
KALISPELL, MT 59901-4931
10/18/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00036740
FRANCIS GODDARD
3618 ROYAL COURT NORTH
LAKELAND, FL 33813
10/18/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00036665
CLARKE RUSS
2229 WINDWARD SHORE DRIVE
VIRGINIA BEACH, VA 23451
10/16/2002
    Medical:    0006
    Notice:    0001

00036689
BONNIE NEAL
5664
THORNTON, CO 80602
10/16/2002
    Non-asbestos:    0001
    Notice:    0001

00036702
RAND W GOULD
c/o RAND W GOULD (C187131)
CARSON CITY CORRECTIONAL FACILITIES
PO BO 5000
CARSON CITY, MI 48811-5000
10/18/2002
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00036726
DANNY R CLEM
c/o DANNY R CLEM 14689074
FEDERAL MEDICAL CENTER
PO BOX 14500
LEXINGTON, KY 40512
10/18/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00036757
BOBBY NANDEPATE
2000 CRESCENT COURT
SUITE 250
DALLAS, TX 75201
10/18/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

---

00036764
BRENDA WILLIAMS
108 HARVARD ST
LAS VEGAS, NV 89107-1860
10/18/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036788
SAM COHEN
5153 SAN AQUARIO DR
SAN DIEGO, CA 92109-1511
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036801
MILDRED GUTMAN
120 CLINTON AVE
MINEOLA, NY 11501-2873
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036825
VICKI BONNICI
269 RUBIDGE ST
PETERBOROUGH, ON K9J3P1
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00036849
CLYDE CONKLIN
501 WEIRICH AVE
WASHINGTON, PA 15301
10/22/2002
| | |
|---|---|
| Notice: | 0001 |

00036863
INGRID BALADY
3235 EMMONS AVE  326 APT
BROOKLYN, NY 11235-1134
10/22/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036771
FRED BUGGEY
3751 S NULLIS BLVD #418
LAS VEGAS, NV 89121
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00036795
BONNIE JANKOWSKI
631 PO BOX
GLEN SAINT MARY, FL 32040-0631
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036818
EVLON CAVAZOS
4852 KYLEDALE CT
FORT WORTH, TX 76135-1718
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00036832
HAROLD LARSEN
4644 W JENNIFER AVE
FRESNO, CA 93722-6416
10/18/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036856
WILBERT FERDINAND
6850 HIGHWAY 190 W
PORT ALLEN, LA 70767-4768
10/22/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00036870
LONNIE HOLMES
9416 S BURNSIDE AVE
CHICAGO, IL 60619-7767
10/22/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

---

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00036887
TIMOTHY MURPHY
115 WEBSTER ST
ROCKLAND, MA 23701-0738
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036894
RICHARD LARSON
172 IVORY ST
FREWSBURG, NY 14738-9533
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036900
CAROL PROUTY
8232 16TH AVE NE
SEATTLE, WA 98115-4368
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036917
KEITH BROWN
2211 GILMORE ST
JACKSONVILLE, FL 32204
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036924
MARK PAULETTE
287 TOWNSHIP RD 267
AMSTERDAM, OH 43903-7909
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036931
ERICA MOBLEY
317 W. CHESTNUT
COWETA, OK 74429
10/22/2002
    Property:    0001
    Notice:    0001

00036948
NANCY PHILPOT
800 PRESQUE ISLE DRIVE
PITTSBURGH, PA 15239
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036955
THOMAS PALMER
956 WENDOVER BLVD
MUSKEGON, MI 49441
10/22/2002
    Property:    0001
    Notice:    0001

00036962
ALISA MINSCH
CONTRARIAN CAPITAL TRADE CLAIMS, L.P.
411 W. PUTNAM AVE., SUITE 225
GREENWICH, CT 06830
10/22/2002
    Non-asbestos:    0001
    Notice:    0001

00036979
JON F DALY
6725 S E PINECREEK WAY
MILWAUKIE, OR 97267-1930
10/22/2002
    Property:    0001
    Medical:    0001
    Notice:    0001

00036986
HARRY S PARKS
c/o BRUNSWICK CORRECTIONAL CENTER
1147 PLANTERS RD
LAWRENCEVILLE, VA 23868
10/25/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00036993
DONNERELL WARREN
c/o FEDERAL MEDICAL CENTER
ID #15564-058
PO BOX 14500
LEXINGTON, KY 40512
10/25/2002
    Notice:    0001

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037006
BERNARD J MOLLOY
166 CHESTNUT ST
WALTHAM, MA 02453-0435
10/25/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00037020
DINAH QUINTANA
PO BOX 639
LOS ALAMOS, NM 87544
10/25/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037044
HENRY LE SURE
106 BARNES CIRCLE
HATTIESBURG, MS 39401
10/25/2002
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00037068
FLOYD FREDSON
PO BOX 731913
PUYALLUP, WA 98373-0045
10/25/2002
| | |
|---|---|
| Property: | 0003 |
| Medical: | 0003 |
| Notice: | 0003 |

00037082
ALLENE SPADAFORA
80 W 200 S
GREEN RIVER, UT 84525
10/25/2002
| | |
|---|---|
| Property: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037105
BONNIE JANKOWSKI
P.O.BOX 631
GLEN ST. MARY, FL 32040
10/25/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037013
ALFRED WILLIAMS
3942 PLEASURE HILL DR
SAN ANTONIO, TX 78229-2632
10/25/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037037
JOEL ARAGONA
c/o ARAGONA MANAGEMENT GROUP
1780 BROADWAY  -  SUITE 910
NEW YORK, NY 10019
10/25/2002
| | |
|---|---|
| Property: | 0010 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037051
DOUG BRACY
924 E. GIRARD RD
QUINCY, MI 49082
10/25/2002
| | |
|---|---|
| Property: | 0003 |
| Medical: | 0003 |
| Non-asbestos: | 0003 |
| Notice: | 0001 |

00037075
CLAY WILLIS
906 CHEYENNE MEADOWS
KATY, TX 77450
10/25/2002
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00037099
THOMAS DAVIS
9320 BLUE STAR HWY
QUINCY, FL 32352
10/25/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037112
RODNEY L. WASHBURN
c/o HAZWLWOOD & WEBER  LLC
200 NORTH THIRD STREED
ST. CHARLES, MO 63301
10/25/2002
| | |
|---|---|
| Property: | 0002 |
| Non-asbestos: | 0002 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037129
LORETTA JONES
4409 OBO DRIVE
LOUISVILLE, KY 40216
10/25/2002
    Medical:    0001
    Notice:    0001

00037143
MELTON L HARRELL
c/o VALU-LODGE
2200 NORTHLAKE PKWY STE 277
TUCKER, GA 30084
10/30/2002
    Property:    0066
    Notice:    0001

00037150
BOBBY BYRD
c/o MARTIN WORK CAMP
100 SW ALLAPOTHA RD
INDIANTOWN, FL 34956
10/30/2002
    Medical:    0001
    Notice:    0001

00037174
JOE H PETTY
62 HAYES RD
ETHELSVILLE, AL 35461
10/30/2002
    Property:    0001
    Notice:    0001

00037181
PATRICIA FRIDDLE
419 FAIRVIEW ST
FOUNTAIN INN, SC 29644-1811
10/30/2002
    Non-asbestos:    0001
    Notice:    0001

00037198
TIMOTHY REYNOLDS
1302 ELIZABETH ST  1 APT
LAFAYETTE, IN 47904-2581
10/30/2002
    Non-asbestos:    0003
    Notice:    0001

00037204
MARK A PAULETTE
287 TOWNSHIP RD 267
AMSTERDAM, OH 43903-7909
10/30/2002
    Non-asbestos:    0001
    Notice:    0001

00037211
CLAUDE FELKER
1561 JOHNSON ST
MONTEZUMA, GA 31063-3022
10/30/2002
    Non-asbestos:    0001
    Notice:    0001

00037228
JAMES VAN GORDER
6023 NE FAILING ST
PORTLAND, OR 97213-3229
10/30/2002
    Non-asbestos:    0001
    Notice:    0001

00037235
TED WERNER
760 W 27TH ST
SAN PEDRO, CA 90731-6541
10/30/2002
    Non-asbestos:    0002
    Notice:    0001

00037242
PEDRO CERDA
6928 MARKET ST
HOUSTON, TX 77020-6928
10/30/2002
    Non-asbestos:    0001
    Notice:    0001

00037259
DONALD DOWNING
4815 SLOCUM TRL
ATKINSON, NC 28421-9489
10/30/2002
    Non-asbestos:    0002
    Notice:    0001

# *W.R. Grace & Co. et al*

*Service list for requests from 10/11/2002 to 11/05/2002*

---

00037266
PAUL LINDEN
1010 UNIVERSITY AVE
PMB #375
SAN DIEGO, CA 92103
10/30/2002
| | |
|---|---|
| Property: | 0002 |
| Notice: | 0001 |

00037280
CATHERINE GARNIER
MCKENNA LONG & ALDRIDGE,
1900 K STREET NW
WASHINGTON, DC 20006-1108
10/30/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037303
ETHEL TONER
324 PARK AVENUE
ARLINGTON, MA 02476
10/30/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00037327
FRACES O'CONNOR
c/o WALSH & AMICUCCI, LLP
2900 WESTCHESTER AVE STUITE 205
PURCHASE, NY 10577
10/30/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037341
ERNST E MOORE
115 W PIER ST
OXFORD, MD 21654
10/30/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037365
JOE GRIBBONS
6839 FEJI CIRCLE
BOYNTON BEACH, FL 33437
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037273
MARTIN DIES
c/o DIES & HILE L.L.P.
1009 W. GREEN AVENUE
ORANGE, TX 77630
10/30/2002
| | |
|---|---|
| Property: | 0250 |
| Notice: | 0001 |

00037297
ROBERT TAROLA
8550 LEISURE HILL DRIVE
BALTIMORE, MD 21208
10/30/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037310
CATHERINE FARRELL
350 EAST 79TH ST
NEW YORK, NY 10021
10/30/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037334
ANNE LEHR
90-11 35TH AVE APT 5-J
JACKSON HEIGHTS, NY 11372
10/30/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037358
PEGGY CANTRELL
2549 HARRIS BRIDGE RD
WOODRUFF, SC 29388
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037372
JOE LAMARTINA
101 CLARK STREET APT 14F
BROOKLYN, NY 11201
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

---

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037389
BLANCHE WRONIESKI
154 BLACKBIRD DRIVE
MONROE TOWNSHIP, NJ 08831
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037402
DOROTHY S GROAT
31-40 43RD ST
ASTORIA, NY 11103
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037426
WILLIAM COPULSKY
9520-B PRINCE GEORGE LANE
RALEIGH, NC 27615
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037440
ERNST E MOORE
115 WEST PIER STREET
OXFORD, MD 21654
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037464
PETE KOEHLER
828 WAKE FOREST RD
RALEIGH, NC 27604-1220
11/01/2002

| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00037488
SUSAN M HASS
84 W CAYUGA ST
MORAVIA, NY 13118
11/01/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037396
CASIMER C LEGAL
17900 GULF BLVD
REDINGTON SHORES APT 17B
ST PETERSBURG, FL 33708
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037419
WILLIAM SCHAFF
67 CAMBRIDGE AVE
GARDEN CITY, NY 11530
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037433
JOAN FINGER
720 SOUTH SAPODILLA AVENUE
APT 301
WEST PALM BEACH, FL 33480
11/01/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037457
ARNOLD ROSENBERG
11836 GOYA DR
POTOMAC, MD 20854
11/01/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037471
STEVEN GELETKA
480 NW 20TH ST   APT
BOCA RATON, FL 33431-7939
11/01/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037495
JESSICA B CLARK
73 IRELAND PL
AMITYVILLE, NY 11701-2955
11/01/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037501
BRENDALENE MOORE
426 HILLSIDE RD SW
DECATUR, AL 35601-3957
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037518
SAGIE RAY
PO BOX 23544
SAN JOSE, CA 95153
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037525
DOMENICO ROSA
69 ARNOLDALE ROAD
WEST HARTFORD, CT 06119-1717
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00037532
PAUL BIRK
12607 WILLIAMSON ROAD
REDDING, CA 96003
11/01/2002
| | |
|---|---|
| Medical: | 0002 |
| Non-asbestos: | 0002 |
| Notice: | 0002 |

00037549
MERWIN ARNESON
8019 E. SETTELMENT AVE.
WASILLA, AK 99654
11/01/2002
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00037556
CHAD GARDNER
SOFTWARE SPECTRUM
2140 MERRITT DR
GARLAND, TX 75041
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037563
WILL MUNGLE
100 N. ARLINGTON 4TH FLOOR
RENO, NV 89501
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00037570
BRIAN SMITH
2667 NW 63RD PLACE
BOCA RATON, FL 33496-2004
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0005 |
| Notice: | 0001 |

00037587
DAVID WIGHTMAN
39 ARNOLD ROAD
HINGHAM, MA 02043-2809
11/01/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0002 |

00037594
WILLIAM SOMERVILLE
3670 GOLF VIEW DR
WILLIAMSTON, MI 48895
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037600
HENRY CONRAD
163 W WAYZATA BLVD APT 206
WAYZATA, MN 55391
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037617
WILLIAM F SMITH
185 JEFFERSON DR
PALMYRA, VA 22963
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037624
JOSEPH CORCORAN
6211 W NORTHWEST HIGHWAY UNIT 2604
DALLAS, TX 75225
11/01/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037655
BRENDALENE MOORE
426 HILLSIDE RD SW
DECATOR, AL 35601
11/05/2002
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00037662
JOHN A ANDERSON
4220 SCARLET SAGE COURT
ELLICOTT CITY, MD 21042
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037679
BILL MCCAFFREY JR
2525 OCEAN BOULEVARD APT G-4
CORONA DEL MAR, CA 92625
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037686
HAROLD DAVIS
4 BROOKING COURT APT #201
TIMONIUM, MD 21093
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037693
OLE SOMMERFELT
BJARNE SKAUS VEI 2
NO-1362 HOSLE
00000                                    NORWAY
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037709
CHRIS ROOBIS
5110 11TH ST
MUKILTEO, WA 98275
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00037716
MR & MRS W KOTCHOREK
65 SNOWDON CRES SW
CALGARY,  T2W 0S4                         CANANDA
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037723
FLOYD V PIRTLE
531 1ST AVE SE
ARDMORE, OK 73401
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037730
MRS HILL
6406 30TH
DETROIT, MI 48210
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037747
MR. & MRS. NIXON
18300 NORTHLAWN
DETROIT, MI 48221
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037754
MR. & MRS. HILL
18661 FERGUSON
DETROIT, MI 48235
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037761
MR. BOST
6406 30TH
DETROIT, MI 48210
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037778
CAROL WARD
6590 PONDAPPLE RD
BOCA RATON, FL 33433
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037785
BARBARA GUTAI
1 VANDERVERE LN
COLUMBUS, NJ 08022
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037792
JOSEPHINE ANDERSON
36 SPRINGDALE DR
TRAVELERS REST, SC 29690-2135
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037808
RONALD HILBERT
2223 8TH ST NE
CALGARY, AB T2E4H5
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00037815
LAWRENCE CAUFIELD
56 HORFIELD AVE
TORONTO, ON M1M1X9
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037822
BRANDON KELLEY
335 WINDING RIVER DR  I UNIT
ATLANTA, GA 30350-1927
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037839
ROBERT HOLMBECK
PO BOX 462
HIBBING, MN 55746
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037846
ROBERT HOLMBECK
3233 ANDERSON RD
HIBBING, MN 55746-8564
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037853
GLADYS ROST
14 TANGLEWOOD CIR
SILVER CITY, NM 88061-8627
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037860
DONALD JONES
701 N 7TH ST
KANSAS CITY, KS 66101
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037877
LEON ROSENBERG
857 S BROAD ST
TRENTON, NJ 86111-0996
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 10/11/2002 to 11/05/2002*

00037884
PETER SPAHN
29255 WHALEBONE WAY
HAYWARD, CA 94544-6426
11/05/2002
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037891
LARRY STEWART
BOX 11491
NORFOLK, VA 23517-0491
11/05/2002
| | |
|---|---|
| Property: | 0002 |
| Medical: | 0002 |
| Non-asbestos: | 0002 |
| Notice: | 0002 |

00037907
MARTIN LUTZ
4 LAPP ROAD
MALVERN, PA 19355
11/05/2002
| | |
|---|---|
| Property: | 0004 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00037914
NESTOR MARCELO
6535 CRABTREE STREET
SAN DIEGO, CA 92114-7038
11/05/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |