## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: December 17, 2002 at 4:00 p.m.**
**Hearing Date:**

### QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD FROM JULY 1, 2002 THROUGH SEPTEMBER 30, 2002</u>

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2002 through September 30, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $27,368.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $2,718.61 |

This is a(n):    _x_ interim    ___ final application.

KRLSWIL:40430.1

The total time expended for the preparation of this application will be included in the next interim fee application.

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1, 2002 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1, 2002 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |
| July 2, 2002 2316 | May 1, 2002 through May 31, 2002 | $6,957.50 $688.60 | $5,566.00 $688.60 | 2436 |
| August 2, 2002 2489 | June 1, 2002 through June 30, 2002 | $5,520.00 $447.36 | $4,416.00 $447.36 | 2607 |
| August 28, 2002 2609 | July 1, 2002 through July 31, 2002 | $3,597.50 $879.97 | $2,878.00 $879.97 | 2701 |
| September 26, 2002 2751 | August 1, 2002 through August 31, 2002 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |
| October 25, 2002 2885 | September 1, 2002 through September 30, 2002 | $14,313.50 $665.71 | $11,450.80 $665.71 | 2885 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder (1992) | $395.00 | 31.5 | $12,442.50 |
| Kathleen P. Makowski Associate (1997) | $190.00 | 1.8 | $342.00 |
| Jeffrey R. Waxman Associate (2001) | $160.00 | 67.3 | $10,768.00 |
| Victoria Dye Paralegal | $120.00 | 10.6 | $1,272.00 |
| Frances A. Panchak | $120.00 | 0.8 | $96.00 |
| Raelena Taylor Paralegal | $120.00 | 16.8 | $2,016.00 |
| Debra L. Hanby | $80.00 | 2.5 | $200.00 |
| Maryann M. Zickgraf | $80.00 | 2.9 | $232.00 |
| TOTAL | | 134.2 | $27,368.50 |

KRLSWIL:40430.1

**SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD
JULY 1, 2002 THROUGH SEPTEMBER 30, 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.7 | $206.00 |
| Business Operations | 0.5 | $197.50 |
| Case Administration | 21.8 | $3,171.50 |
| Claims Administration & Objs. | 2.0 | $484.50 |
| Employee Benefits/Pensions | 2.6 | $634.50 |
| Fee/Employment Applications | 9.7 | $1,476.50 |
| Klett Rooney Fee/Employment Applications | 37.2 | $7,427.00 |
| Meetings of Creditors | 3.5 | $1,382.50 |
| Plan & Disclosure Statement | 1.6 | $538.00 |
| Litigation | 21.3 | $4,503.50 |
| Relief from Stay Proceedings | 1.7 | $460.00 |
| ZAI Science Trial | 3.4 | $1,108.00 |
| Objections to Asbestos Claims | 4.7 | $891.00 |
| Hearings | 12.4 | $2,242.50 |
| Fraudulent Transfer Litigation | 11.1 | $2,645.50 |
| **TOTAL** | **134.2** | **$27,368.5** |

---

[1]     Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

KRLSWIL:40430.1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

| Expense Category | Vendor (if applicable) | Total Expenses |
|---|---|---|
| Telecopy | | $161.69 |
| Reproduction of Documents | | $997.06 |
| Messenger Services (Courier) | Parcels, Inc. and Tri-State Courier | $259.50 |
| Express/Certified Mail | | $105.87 |
| Federal Express | | $238.35 |
| Duplicating Services | | $956.14 |
| **TOTAL** | | $2,718.61 |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period July 1, 2002 through September 30, 2002, it be allowed the total amount of fees of $27,368.50 and expenses in the total amount of $2,718.61.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Richard S. Cobb (No. 3157)
Jeffrey R. Waxman (No. 4159)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Dated: November 27, 2002

Co-Counsel to the Official Committee of Equity Holders

KRLSWIL:40430.1