*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:     (302) 575-1714

| | |
|---|---|
| WR Grace PD Committee | August 1, 2002 - August 31, 2002 |
| | File #:   WR |
| | Inv #:   5346 |

**Attention:**

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 7.50 | 1,247.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.00 | 757.50 |
| B18 | Fee Applications, Others - | 8.20 | 836.00 |
| B25 | Fee Applications, Applicant - | 12.50 | 1,072.00 |
| B32 | Litigation and Litigation Consulting - | 6.40 | 1,164.50 |
| B33 | ZAI Science Trial - | 0.20 | 40.00 |
| B37 | Hearings - | 2.80 | 560.00 |
| B40 | Employment Applications, Others - | 0.10 | 20.00 |
| | **Total** | **41.70** | **$5,697.00** |
| | **Grand Total** | **41.70** | **$5,697.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 80.00 | 21.40 | 1,712.00 |
| Rick S. Miller | 175.00 | 3.00 | 525.00 |
| Theodore J. Tacconelli | 200.00 | 17.30 | 3,460.00 |
| **Total** | | **41.70** | **$5,697.00** |

## DISBURSEMENT SUMMARY

| | | | |
|---|---|---|---:|
| CA | Expenses - | | 1,229.39 |
| | **Total Disbursements** | | **$1,229.39** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-02 | *Case Administration* - Review pleading, re: Debtors 4th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Debtors 4th Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Debtors Motion to Extend Exclusivity | 0.10 | TJT |
| Aug-05-02 | *Case Administration* - Confer with T. Tacconelli re: filing of papers | 0.10 | RSM |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: CDG's 2001 4th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: Casner Edwards 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: Steptoe and Johnson 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: FTI Policano's 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: Caplin Drysdale 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Fee Auditor's Final Report, re: Kramer Levin 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Kletz Rooney 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Bilzin, Sumberg 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Wallace, King 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Report re: Nelson, Mullins 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Strook, Stroock 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Holme, Roberts 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: K&E 4th Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Motion of C. Gerard to Require Posting of a Bond re: TRO | 0.10 | TJT |
| Aug-09-02 | *Case Administration* - Revise and update service list | 0.60 | LLC |
| Aug-10-02 | *Case Administration* - Review pleading re: Reed Smith's April - June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Reed Smith | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Continental Casualty's Objection to C. Gerard Motion for Reconsideration | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Carella Byrne | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: L. Tersigni Consulting | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Pitney Harden | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Blackstone Group | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Kramer Levin May 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Caplin Drysdale June 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Monthly Operating Report re: June 2002 | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Campbell Levin June 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Campbell Levin's 5th Interim Fee Application | 0.10 | TJT |
| Aug-11-02 | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Duane Morris | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Debtor's Reply to Motion of C. Gerard to Reconsider Order | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Select Asbestos Claimants Response to Debtor's Personal Injury Case Management Program | 0.10 | TJT |
| Aug-12-02 | *Case Administration* - Review pleading re: Debtor's Objection to T. Kane's Motion to Lift Stay | 0.10 | TJT |
| Aug-13-02 | *Case Administration* - Update and revise service list | 0.40 | LLC |
| Aug-16-02 | *Case Administration* - Review Court opinion re: Appeal of Bar Date Order | 0.20 | RSM |
|  | *Case Administration* - E-mail to Mr. Baena re: Court Opinion re: Appeal of Bar Date Order | 0.10 | RSM |
|  | *Case Administration* - Confer with T. Tacconelli re: Court's denial of Motion to Appeal | 0.10 | RSM |
| Aug-17-02 | *Case Administration* - Review pleading re: K&E's June 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: L. Tersigni's June 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Campbell Levine 4th Quarter 2001 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: E. Warren's 4th Quarter 2001 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Certification of Counsel re: Klett Rooney's Revised 4th Quarter 2001 Fee Application | 0.10 | TJT |
| Aug-18-02 | *Case Administration* - Review agenda for 8/26/02 hearing | 0.10 | TJT |
| Aug-19-02 | *Case Administration* - Revise and update service list and labels | 0.20 | LLC |
|  | *Case Administration* - Review pleading re: First Interim Fee Application of Legal Analysis Systems | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Second Interim Fee Application of Legal Analysis Systems | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Carella Byrne Fifth Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading re: Casner Edwards Second Quarterly 2002 Fee Application | 0.10 | TJT |
| Aug-22-02 | *Case Administration* - Confer with T. Tacconelli re: Case Scheduling Matters | 0.30 | RSM |
|  | *Case Administration* - Review Amended Agenda for 8/26/02 hearing | 0.10 | TJT |
| Aug-26-02 | *Case Administration* - Confer with T. Tacconelli re: 8/26/02 hearing | 0.20 | LLC |
| Aug-27-02 | *Case Administration* - Review e-mail from C. McKinnon re: proposed project categories | 0.20 | LLC |
|  | *Case Administration* - E-mail to C. McKinnon re: proposed project categories | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re: Scheduling | 0.20 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Obtain hearing transcript of 8/26/02 hearing | 0.10 | TJT |
| Aug-29-02 | *Case Administration* - Review e-mail from W. Smith re: project categories | 0.20 | LLC |
| Aug-01-02 | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.70 | TJT |
| Aug-08-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.80 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.60 | TJT |
| Aug-15-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.20 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.20 | TJT |
| Aug-22-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.40 | TJT |
| Aug-29-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.40 | TJT |
| Aug-01-02 | *Fee Applications, Others* - Review e-mail from J. Sakalo, re: Order Appointing Fee Auditor | 0.10 | TJT |
| | *Fee Applications, Others* - Review pleading file, re: Order Appointing Fee Auditor | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo, re: Order Appointing Fee Auditor | 0.10 | TJT |
| Aug-04-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo, re: Bilzin Sumberg's Interim Fee Application | 0.10 | TJT |
| Aug-08-02 | *Fee Applications, Others* - Telephone call to Clerk of Court re: Hilsoft Retention Order | 0.10 | TJT |
| Aug-09-02 | *Fee Applications, Others* - Review correspondence re: e-mail from J.Sakalo re: Bilzin Sumberg's Response to Fee Auditor's Final Report | 0.10 | TJT |
| | *Fee Applications, Others* - Teleconference with J. Sakalo re: Bilzin Sumberg Response to Fee Auditor's Final Report | 0.10 | TJT |
| Aug-13-02 | *Fee Applications, Others* - Prepare Certificate of Service re: Bilzin Response to Final Report | 0.20 | LLC |
| | *Fee Applications, Others* - E-file Bilzin Response to Final Report | 0.40 | LLC |
| Aug-14-02 | *Fee Applications, Others* - Prepare Certificate of Service re: Rabinovitz 4th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Rabinovitz 4th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve 4th Rabinovitz Fee Application | 0.60 | LLC |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Response to Fee Auditor's Final Report re: Bilzin Sumberg's Fourth Quarterly 2001 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: HRA's Fourth Interim Fee Application | 0.10 | TJT |
| Aug-15-02 | *Fee Applications, Others* - Finalize Bilzin 12th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: 12th Bilzin Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve 12th Bilzin Fee Application | 0.60 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Sumberg's 12th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: HRA's 4th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Bilzin Sumberg's 12th Interim Fee Application | 0.10 | TJT |
| Aug-16-02 | *Fee Applications, Others* - Revise and finalize 1st Rabinovitz Quarterly fee request for e-filing | 1.00 | LLC |
| | *Fee Applications, Others* - Call to L. Flores at Bilzin re: Rabinovitz Interim applications | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-19-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Rabinovitz Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Revise Rabinovitz 1st Quarterly fee request | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Rabinovitz fee request | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Rabinovitz 1st fee request | 0.60 | LLC |
| | *Fee Applications, Others* - Review First Interim Fee Application of HRA | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: First Interim Fee Application of HRA | 0.10 | TJT |
| Aug-21-02 | *Fee Applications, Others* - Call to J. Sakalo re: Certificate of No Objection re: Bilzin May Fee Application | 0.10 | LLC |
| Aug-22-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2481 | 0.40 | LLC |
| | *Fee Applications, Others* - Review docket re: objections to no. 2481 | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to J. Sakalo re: Certificate of No Objection's | 0.10 | LLC |
| Aug-23-02 | *Fee Applications, Others* - Review e-mail from J. Sakalo re: Certificate of No Objection's | 0.10 | LLC |
| | *Fee Applications, Others* - Revise Certificate of No Objection re: docket no. 2481 and Certificate of Service | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 2481 | 0.40 | LLC |
| Aug-29-02 | *Fee Applications, Others* - Review correspondence re: e-mail from S. Jones re: CDG's Jan. - Mar. 2002 fees | 0.10 | TJT |
| Aug-22-02 | *Employment Applications, Others* - Teleconference with R. Bello re: Hillsoft Retention Order | 0.10 | TJT |
| Aug-01-02 | *Litigation and Litigation Consulting* - Teleconference with R. Lamond, re: Asbestos PD Claims | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review 7/22/02 hearing Transcript, re: ZAI Matters | 1.00 | TJT |
| Aug-08-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Reply of Unsecured Creditors Committee re: Personal Injury Case Management Procedures | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Reply of Select Asbestos Claimants re: PI Case Management Procedures | 0.10 | TJT |
| Aug-10-02 | *Litigation and Litigation Consulting* - Review pleading re: Unsecured Creditors Committee Motion re: Personal Injury Case Management Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Equity Committee's Motion re: Personal Injury Case Management Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Debtor's Revised Estimated ZAI Litigation Budget | 0.10 | TJT |
| Aug-12-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Order re: Motion for Clarification of Bar Date Order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Order re: Motion for Clarification of Bar Date Order | 0.10 | TJT |
| Aug-13-02 | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: Certificate of Counsel re: Docket No. 2274 | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - E-file and coordinate service of Certificate of Counsel re: docket no. 2274 | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certification of Counsel re: PD Committees Motion for Clarification of Bar Date Order | 0.50 | TJT |
| Aug-15-02 | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | supplemental objection | | |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Supplemental Objection to Revised Key Employee Retention Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of Supplemental Objection to Revised Key Employee Retention Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Supplemental Response to Revised Key Employee Retention Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from J. Sakalo re: Supplemental Response to Revised Key Employee Retention Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review and revise Supplemental Response to Revised Key Employee Retention Program | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Supplemental Response to Revised Key Employee Retention Program for e-filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review exhibits to Supplemental Response to Revised Key Employee Retention Program | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare exhibits to Supplemental Response to Revised Key Employee Retention Program for e-filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - File and serve Supplemental Response to Revised Key Employee Retention Program | 0.50 | TJT |
| Aug-16-02 | *Litigation and Litigation Consulting* - Review Memorandum Decision re: Motion for Leave to Appeal PD Bar Date Order | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Memorandum Opinion re: Motion for Leave to Appeal PD Bar Date Order | 0.10 | TJT |
| Aug-18-02 | *Litigation and Litigation Consulting* - Prepare letter to J. Sakalo re: Supplemental Response to Revised Key Employee Compensation Program | 0.10 | TJT |
| Aug-20-02 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli, research re: Appellate Procedure | 0.30 | RSM |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Speights to Committee re: PD Bar Date Appeal | 0.10 | TJT |
| Aug-23-02 | *Litigation and Litigation Consulting* - Review Debtor's Response to PD Committee's Supplemental Objection to Revised Compensation Program | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo and S. Baena re: Debtor's Response to Supplemental Objection to Revised Compensation Program | 0.10 | TJT |
| Aug-26-02 | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: Supplemental Response to Debtor's Revised Key Employee Compensation Program | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court Hearing | 2.80 | TJT |
| Aug-08-02 | *Fee Applications, Applicant* - Prepare 5th Interim fee request | 0.60 | LLC |
| Aug-13-02 | *Fee Applications, Applicant* -Prepare 14th Ferry, Joseph & Pearce Fee Application | 0.40 | LLC |
| Aug-20-02 | *Fee Applications, Applicant* - Prepare fee detail to 14th Monthly Fee Application | 1.00 | LLC |
| | *Fee Applications, Applicant* - Prepare 14th monthly Fee Application, Notice and Certificate of Service | 0.60 | LLC |
| | *Fee Applications, Applicant* - Revise 14th Fee Application | 0.30 | LLC |
| | *Fee Applications, Applicant* - Prepare 5th Quarterly fee request | 2.50 | LLC |
| | *Fee Applications, Applicant* - Review June 2002 Fee Application Time Detail | 0.20 | TJT |
| Aug-21-02 | *Fee Applications, Applicant* - Prepare 5th Quarterly fee request | 2.60 | LLC |
| Aug-22-02 | *Fee Applications, Applicant* - Prepare 5th Quarterly Fee Application | 0.80 | LLC |
| Aug-27-02 | *Fee Applications, Applicant* - Review e-mail from C. McKinnon re: preparation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | of spreadsheet to Court | | |
| | *Fee Applications, Applicant* - Confer with paralegal re: preparation of spreadsheet to Court | 0.10 | TJT |
| Aug-28-02 | *Fee Applications, Applicant* - Review e-mail from W. Smith re: Categories for spreadsheet to Judge | 0.10 | TJT |
| Aug-29-02 | *Fee Applications, Applicant* - Conform fee details to final list of project categories | 1.00 | LLC |
| | *Fee Applications, Applicant* - Review correspondence and e-mail from W. Smith re: Revised list of categories for billing purposes | 0.10 | TJT |
| Aug-30-02 | *Fee Applications, Applicant* - Revise and conform 4th Interim fee request fee details | 2.10 | LLC |
| Aug-12-02 | *ZAI Science Trial* - Review pleading re: ZAI Claimant's Opposed ZAI Litigation Order | 0.10 | TJT |
| | *ZAI Science Trial* - Review pleading re: ZAI Claimant's Revised Special Counsel Designation | 0.10 | TJT |

**Totals**                                                                                              41.70

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-01-02 | *Expenses* - Fax | 8.00 |
| Aug-03-02 | *Expenses* - Postage | 6.90 |
| Aug-05-02 | *Expenses* - Writer's Cramp Inc. | 331.25 |
| Aug-06-02 | *Expenses* - TriState Courier & Carriage - delivery service | 30.00 |
| Aug-09-02 | *Expenses* - Copying cost 247 @ .15 | 37.05 |
| Aug-10-02 | *Expenses* - Copying cost | 18.75 |
| Aug-12-02 | *Expenses* - TriState Courier & Carriage - delivery service | 25.00 |
| Aug-13-02 | *Expenses* - Copying cost | 47.55 |
| | *Expenses* - Postage | 6.64 |
| Aug-15-02 | *Expenses* - Virtual Docket | 39.50 |
| | *Expenses* - Copying cost - 114 @ .15 | 17.10 |
| Aug-16-02 | *Expenses* - Federal Express | 34.44 |
| Aug-19-02 | *Expenses* - Copying cost -192 @ .15 | 28.80 |
| | *Expenses* - Postage - 4 @ $2.21 | 8.84 |
| Aug-20-02 | *Expenses* - TriState Courier & Carriage - delivery service | 35.00 |
| Aug-27-02 | *Expenses* - Federal Express | 10.37 |
| Aug-28-02 | *Expenses* - Reliable Copy Service - copies | 469.20 |
| Aug-30-02 | *Expenses* - TriState Courier & Carriage - delivery service | 75.00 |

**Totals**                                                                                              $1,229.39

**Total Fees & Disbursements**                                                                          $6,926.39

**Balance Due Now**                                                                                     $6,926.39