## Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 904  
P.O. Box 1351  
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee              09/01/2002 - 09/30/2002  
                                   File #:    WR  
                                   Inv  #:    5653

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 12.80 | 2,318.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.50 | 645.00 |
| B18 | Fee Applications, Others - | 10.10 | 1,474.00 |
| B25 | Fee Applications, Applicant - | 28.20 | 4,068.50 |
| B32 | Litigation and Litigation Consulting - | 2.20 | 440.00 |
| B33 | ZAI Science Trial - | 1.90 | 375.00 |
| B37 | Hearings - | 2.70 | 519.00 |
| B40 | Employment Applications, Others - | 0.90 | 177.50 |
| | **Total** | 62.30 | $10,017.00 |
| | **Grand Total** | 62.30 | $10,017.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 130.00 | 33.40 | 4,342.00 |
| Rick S. Miller | 175.00 | 4.20 | 735.00 |
| Theodore J. Tacconelli | 200.00 | 24.70 | 4,940.00 |
| **Total** | | 62.30 | $10,017.00 |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 4,957.00 |
|---|---|---|
| **Total Disbursements** | | **$4,957.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-03-02 | *Case Administration* - Call to R. Bello re: Order vacating docket no. 2365 | 0.10 | LLC |
| | *Case Administration* - Discussion with T. Tacconelli re: order to vacate | 0.20 | LLC |
| | *Case Administration* - Prepare e-mail to S. Baena re: order to vacate | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Baena re: Order to Vacate | 0.10 | LLC |
| | *Case Administration* - Prepare Certificate of Service re: Order to Vacate | 0.10 | LLC |
| | *Case Administration* - E-file and serve proposed Order to Vacate | 0.50 | LLC |
| | *Case Administration* - Prepare e-mail to R. Bello re: Order to Vacate | 0.10 | LLC |
| | *Case Administration* - - Review pleading re: Blackstone April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: W.H. Smith June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Download and review pleading re: Casner Edwards June 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Download and review pleading re: W.H. Smith July 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Download and review pleading re: Pachulski Stang June 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Download and review pleading re: Blackstone's May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Download and review pleading re: Blackstone's June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Download and review pleading re: FTI Policano 5th Quarterly Fee Application April - June 2002 | 0.20 | TJT |
| Sep-04-02 | *Case Administration* - - Review pleading re: 5th Quarterly Fee Application of Holme Roberts, April - June 2002 | 0.10 | TJT |
| | *Case Administration* - - Review pleading re: 5th Quarterly Fee Application of Blackstone | 0.10 | TJT |
| | *Case Administration* - - Review pleading re: 5th Quarterly Fee Application of W.H. Smith & Associates | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Supplemental List of Ordinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - File Administration | 0.10 | TJT |
| Sep-05-02 | *Case Administration* - Review pleading re: Stroock 5th Quarterly Fee Application April - June 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe & Johnson April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe & Johnson May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe & Johnson June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Harden June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney July 2002 Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Duane Morris April - June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order re: Notice of Hearing re: PI CMO | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to S. Baena re: Order re: Notice of Hearing re: PI CMO | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale July 2002 Fee Application | 0.20 | TJT |
| Sep-06-02 | *Case Administration* - Revise service lists | 0.30 | LLC |
| | *Case Administration* - Review letter from W. Smith to Judge Fitzgerald re: 9/23/02 Quarterly Fee Application Hearing | 0.10 | TJT |
| Sep-10-02 | *Case Administration* - Review pleading re: Reed Smith July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Teleconference with J. Sakalo re: 8/26/02 hearing | 0.10 | TJT |
| Sep-11-02 | *Case Administration* - Review pleading re: L. Tersigni July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Reply to C. Gerard's Motion to Require Posting of Bond | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel re: Order Denying Motion of C. Gerard to clarify scope of PI | 0.10 | TJT |
| Sep-12-02 | *Case Administration* - Review e-mail from LaVern at fee auditors office and discuss with T. Tacconelli | 0.30 | LLC |
| | *Case Administration* - Review pleading re: K&E July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holme Roberts July 2002 Fee Application | 0.10 | TJT |
| Sep-13-02 | *Case Administration* - Call to LaVern at fee auditor's office re: Fee Applications | 0.10 | LLC |
| | *Case Administration* - Review e-mail from LaVern at fee auditor's office re: categories | 0.10 | LLC |
| | *Case Administration* - Review e-mail from J. Sakalo re: Calendar of Events | 0.10 | TJT |
| Sep-15-02 | *Case Administration* - Review pleading re: Motion of Bank of America for Relief from Automatic Stay to Effectuate Setoff | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Supplements to Exhibits E and F of Schedules for W.R. Grace and Co. Conn. | 0.20 | TJT |
| Sep-16-02 | *Case Administration* - Review agenda for 9/23/02 hearing | 0.10 | TJT |
| Sep-17-02 | *Case Administration* - Review Chambers procedures and call to R. Bello re: hearing attendance by phone | 0.30 | LLC |
| | *Case Administration* - Revise and update service list | 0.40 | LLC |
| Sep-18-02 | *Case Administration* - Review pleading re: Casner Edwards July 2002 Fee Application | 0.10 | TJT |
| Sep-19-02 | *Case Administration* - Confer with T. Tacconelli re: Results of Committee Teleconference | 0.30 | RSM |
| | *Case Administration* - Review pleading re: Kramer Levin Quarterly Fee Application April - June 2002 | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to D. Carickhoff re: 9/23/02 hearing | 0.10 | TJT |
| | *Case Administration* - Confer with R. Miller re: teleconference with Committee | 0.30 | TJT |
| | *Case Administration* - Review correspondence re: e-mail from D. Carickhoff re: no longer working on this case | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. McFarland re: 9/23/02 hearing | 0.10 | TJT |
| Sep-20-02 | *Case Administration* - Review e-mail from LaVern at fee auditor's office re: spreadsheet | 0.20 | LLC |
| | *Case Administration* - Review form of order draft approving quarterly Fee Applications | 0.20 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Warren Smith and Associates April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Teleconference with J. Sakalo re: 9/23/02 hearing and Response to Motion of Bank of America N.A. for Limited Relief from Automatic Stay to Effectuate Setoff | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Amended Agenda for 9/23/02 hearing | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re: Application to Employ Legal Representative | 0.10 | TJT |
| | *Case Administration* - Review e-mail from T. Sobol re: Application to Employ Legal Representative | 0.10 | TJT |
| | *Case Administration* - Teleconference with J. Sakalo re: 9/23/02 hearing | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to P. Galbraith re: 9/23/02 hearing | 0.10 | TJT |
| | *Case Administration* - Review correspondence re: e-mail from P. Galbraith re: 9/23/02 hearing | 0.10 | TJT |
| Sep-21-02 | *Case Administration* - Review pleading re: Debtor's Motion to Extend Time to Assume or Reject Leases | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reply of C. Gerrard to Objection by Debtor's and Maryland Casualty to Motion to Require Posting of Bond | 0.10 | TJT |
| | *Case Administration* - Review miscellaneous professional affidavits (x3) | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Second Supplement to the Affidavit of E. Ordway re: F.T.I. Policano as Financial Advisors for the Unsecured Creditor Committee | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins Second Quarterly Fee Application July 2001 - September 2001 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King Fifth Quarterly Fee Application April 2002 - June 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins Quarterly Fee Application October 2001 - December 2001 | 0.10 | TJT |
| Sep-23-02 | *Case Administration* - Teleconference with Mr. Sakalo; confer with T. Tacconelli; confer with Ms. Bello re: Telephone connection with Omnibus hearing | 0.40 | RSM |
| | *Case Administration* - Confer with T. Tacconelli re: results of hearing | 0.20 | RSM |
| | *Case Administration* - Teleconference with J. Sakalo re: 9/23/02 hearing | 0.40 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano's July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock July 2002 Fee Application | 0.10 | TJT |
| Sep-24-02 | *Case Administration* - Review pleading re: Legal Analysis Systems July 2002 Fee Application | 0.10 | TJT |
| Sep-25-02 | *Case Administration* - Review e-mail to S. Baena re: results of conference with Judge Wolin on 9/25/02 | 0.10 | TJT |
| | *Case Administration* - Review notice of appeal by C. Gerard, et al. | 0.10 | TJT |
| Sep-27-02 | *Case Administration* - Review pleading re: Klett Rooney's 2002 Fee Application | 0.10 | TJT |
| Sep-29-02 | *Case Administration* - Review pleading re: Debtors' Motion to Enter into Settlement Agreement with IRS re: Interest Deductions | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Motion to Amend Employment Application with P. Norris | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Motion of Wachovia Bank for Relief from Stay To Effectuate Setoff | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Harden Quarterly Fee Application (April - June 2002) | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Nelson Mullins Quarterly Fee Application (April - June 2002) | 0.10 | TJT |
| Sep-30-02 | *Case Administration* - Confer with Mr. Sakalo re: extension granted on objection | 0.10 | RSM |
| Sep-05-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.50 | TJT |
| Sep-10-02 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: Cancellation of weekly conference call with Committee | 0.10 | TJT |
| Sep-19-02 | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.60 | TJT |
| Sep-26-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 1.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - E-mail to Co-Counsel re: Cybergenics decision | 0.20 | RSM |
| | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re: Committee Telephone Conference today | 0.10 | TJT |
| Sep-03-02 | *Fee Applications, Others* - Prepare form of order vacating docket 2365 | 0.30 | LLC |
| Sep-04-02 | *Fee Applications, Others* - Review docket re: objections to HR&A 2nd, 3rd & 4th Fee Applications | 0.30 | LLC |
| | *Fee Applications, Others*-Prepare Certificate of No Objection re: Docket No. 2379 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Docket No. 2381 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Docket No. 2533 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: Docket No. 2379 | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: Docket No. 2381 | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: Docket No. 2533 | 0.40 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's 2nd Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's 3rd Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's 4th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: HRA Certificate of No Objection's | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Order Vacating Bilzin Quarterly Fee Application Order | 0.10 | TJT |
| Sep-06-02 | *Fee Applications, Others* - Review docket re: objections to Bilzin 12th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Docket No. 2543 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and Serve Certificate of No Objection re: Docket No. 2543 | 0.50 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin June 2002 Fee Application | 0.10 | TJT |
| Sep-08-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Certificate of No Objection's re: 12th Interim Fee Application | 0.10 | TJT |
| Sep-09-02 | *Fee Applications, Others* - E-mail to L. Flores at Bilzin re: new categories | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin 2nd Quarterly 2002 Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-10-02 | *Fee Applications, Others* - Finalize Bilzin 5th quarterly fee request for e-filing | 0.60 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 5th quarterly fee request | 0.90 | LLC |
| | *Fee Applications, Others* - Review Bilzin 2nd Quarterly Fee Application | 0.10 | TJT |
| Sep-16-02 | *Fee Applications, Others* - Review docket re: objections to Docket No. 2566 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Docket No. 2566 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's First Quarterly Fee Application April 2002 - June 2002 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: HRA's First Quarterly Fee Application April 2002 - June 2002 | 0.10 | TJT |
| Sep-17-02 | *Fee Applications, Others* - Revise Certificate of No Objection re: Docket No. 2566 and Certificate of Service | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: Docket No. 2566 | 0.60 | LLC |
| Sep-18-02 | *Fee Applications, Others* - Finalize Hilsoft 1st Interim Fee Application request for e-filing | 0.60 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: Hilsoft 1st Interim fee request | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve Hilsoft 1st Interim fee request | 0.70 | LLC |
| | *Fee Applications, Others* - Review First Interim Quarterly Fee Application of Hilsoft Notifications | 0.10 | TJT |
| Sep-20-02 | *Fee Applications, Others* - Prepare e-mail to R. Bello re: Hilsoft Notifications Retention Order | 0.20 | TJT |
| | *Fee Applications, Others* - Review e-mail from R. Bello re: Hilsoft Notifications Retention Order | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo re: Hilsoft Notifications Retention Order | 0.10 | TJT |
| Sep-25-02 | *Fee Applications, Others* - Review order vacating order approving Bilzin Sumberg quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo re: order vacating order approving Bilzin Sumberg quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare affidavit of service re: order vacating Bilzin Sumberg quarterly Fee Application | 0.20 | TJT |
| Sep-27-02 | *Fee Applications, Others* - e-file Affidavit of Service re: Order vacating order granting Bilzin Sumberg's quarterly Fee Application | 0.20 | TJT |
| Sep-17-02 | *Employment Applications, Others* - E-mail to Mr. Sakalo re: Hilsoft Application | 0.10 | RSM |
| | *Employment Applications, Others* - Review e-mail from J. Sakalo re: Hillsoft Retention Order | 0.10 | TJT |
| | *Employment Applications, Others* - Teleconference with J. Sakalo re: Hillsoft Retention Order | 0.10 | TJT |
| Sep-25-02 | *Employment Applications, Others* - Prepare e-mail to R. Bello re: Hilsoft notifications retention order | 0.10 | TJT |
| | *Employment Applications, Others* - Review order approving retention of Hilsoft Notifications | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare e-mail to J. Sakalo re: order approving retention of Hilsoft Notifications | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare affidavit of service re: Hilsoft Notifications Retention order | 0.10 | TJT |
| Sep-27-02 | *Employment Applications, Others* - e-file Affidavit of Service re: Hillsoft Notification Retention Order | 0.20 | TJT |
| Sep-04-02 | *Litigation and Litigation Consulting* - Review pleading re: Debtors Reply Brief of PI Liability Issues | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Reply Memorandum of PI | 0.20 | TJT |

Committee re: PI Liability Issues

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-06-02 | *Litigation and Litigation Consulting* - Review transcript of 8/26/02 hearing | 0.50 | TJT |
| Sep-16-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Appearance by telephone of committee member at next omnibus hearing | 0.10 | TJT |
| Sep-25-02 | *Litigation and Litigation Consulting* - Review order re: clarification of bar date order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: order re: clarification of bar date order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare affidavit of service re: order clarification of bar date order | 0.10 | TJT |
| Sep-27-02 | *Litigation and Litigation Consulting* - e-file Affidavit of Service re: Order granting PD Committee's Motion to Clarify Bar Date Order | 0.20 | TJT |
| Sep-29-02 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Objection to Bank of America's Motion for Relief from Stay to Effectuate Setoff | 0.10 | TJT |
| Sep-30-02 | *Litigation and Litigation Consulting* - Review 9/23/02 Hearing Transcript | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena and J. Sakalo re: 9/23/02 hearing transcript | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: response to Bank of America Motion | 0.10 | TJT |
| Sep-18-02 | *Hearings* - Call to R. Bello at Bankruptcy Court re: telephonic appearance | 0.10 | LLC |
| | *Hearings* - Call to D. Carickhoff at Pachulski re: telephonic appearances | 0.10 | LLC |
| Sep-20-02 | *Hearings* - Return call to P. Galbraith at Pachulski re: telephonic appearance | 0.10 | LLC |
| Sep-23-02 | *Hearings* - Attend Bankruptcy Court | 2.40 | TJT |
| Sep-05-02 | *Fee Applications, Applicant* - Prepare revised fee details and cumulative summaries | 2.70 | LLC |
| | *Fee Applications, Applicant* - Forward revised compensation summary and fee details to fee auditor | 0.20 | LLC |
| Sep-09-02 | *Fee Applications, Applicant* - Review fee auditor's initial report re: 1st, 2nd and 3rd quarterly report | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review letter from P. Galbraith re: compensation of professionals | 0.20 | LLC |
| | *Fee Applications, Applicant* - E-mail to fee auditor re: new categories and spreadsheet | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review pleading re: Fee Auditors Report re: Ferry, Joseph & Pearce's 1st, 2nd and 3rd Interim Fee Application | 0.20 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re: Response to Fee Auditors Report re: Ferry, Joseph & Pearce's 1st, 2nd and 3rd Interim Fee Applications | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review letter from P. Galbraith, Esquire re: billing categories and deadlines | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re: letter from P. Galbraith, Esquire re: billing categories and deadlines | 0.10 | TJT |
| Sep-10-02 | *Fee Applications, Applicant* - Call from fee auditor's office re: new categories and spreadsheet | 0.10 | LLC |
| | *Fee Applications, Applicant* - Revise Fee Application spreadsheet and send to fee auditor's office | 2.50 | LLC |
| Sep-11-02 | *Fee Applications, Applicant* - Revise fee details for 14th monthly Fee Application to reflect new categories | 1.70 | LLC |
| | *Fee Applications, Applicant* - Revise fee details for 5th Interim Fee Application to reflect new categories | 3.00 | LLC |
| | *Fee Applications, Applicant* - Return call to D. Williams at fee auditor's office re: June Fee Application | 0.10 | LLC |
| Sep-12-02 | *Fee Applications, Applicant* - Prepare 14th monthly Fee Application and attachments | 1.60 | LLC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Applicant* - Prepare 5th Interim Fee Application and attachments | 2.80 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 14th monthly Fee Application | 0.70 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 5th Interim Fee Application | 1.20 | LLC |
| | *Fee Applications, Applicant* - Review June 2002 Fee Application | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review Quarterly Fee Application | 0.30 | RSM |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce June 2002 Time Details for Fee Application | 0.20 | TJT |
| Sep-16-02 | *Fee Applications, Applicant* - Revise Fee Application chart and e-mail to LaVern at fee auditor's office | 0.30 | LLC |
| | *Fee Applications, Applicant* - Draft response to fee auditor's Initial Report re: 1st, 2nd and 3rd Interim Fee Applications | 1.50 | LLC |
| Sep-17-02 | *Fee Applications, Applicant* - Revise response to fee auditor's initial report | 0.50 | LLC |
| Sep-18-02 | *Fee Applications, Applicant* - Confer with T. Tacconelli re: Response to Fee Auditor's objections | 0.20 | RSM |
| Sep-19-02 | *Fee Applications, Applicant* - Review e-mail from LaVern at fee auditor's office re: expenses | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail to LaVern at fee auditor's office re: expenses | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare expense chart and e-mail to LaVern at fee auditor's office | 0.20 | LLC |
| Sep-20-02 | *Fee Applications, Applicant* - Review e-mail from L. Ferdinand re: Draft of Order re: 4th Quarterly Fee Applications | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Draft of Order re:4th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with L. Coggins re: Order re: 4th Quarterly Fee Applications | 0.10 | TJT |
| | *Fee Applications, Applicant* -Confer with L. Coggins re: Spreadsheet re: Fee Applications | 0.10 | TJT |
| Sep-23-02 | *Fee Applications, Applicant* - Review fee auditor's initial report re: 5th Interim Fee Application | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review pleading re: Fee Auditors report re: 5th Quarterly Fee Application | 0.10 | TJT |
| Sep-25-02 | *Fee Applications, Applicant* - Revise cumulative project summary from 5th Interim fee period | 0.50 | LLC |
| | *Fee Applications, Applicant* - Prepare response to fee auditor's initial report to 5th Interim Fee Application | 1.00 | LLC |
| | *Fee Applications, Applicant* - Confer with L. Coggins re: response to fee auditors initial report regarding interim application of Ferry, Joseph & Pearce for 5th Interim fee | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review document re: travel time re: response to fee auditors initial report regarding interim application of Ferry, Joseph & Pearce for 5th interim fee | 0.10 | TJT |
| Sep-26-02 | *Fee Applications, Applicant* - Prepare response to fee auditor's initial report to 5th Quarterly Interim Fee Application | 3.20 | TJT |
| Sep-27-02 | *Fee Applications, Applicant* - Review revisions to response to fee auditor's report and discuss with T. Tacconelli | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review letter from R. Higgins re: quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise response to fee auditor's initial report re: Ferry, Joseph & Pearce 5th Quarterly Fee Application | 0.60 | TJT |
| Sep-04-02 | *ZAI Science Trial* - Confer with T. Tacconelli re: Denial of ZAI Appeal | 0.20 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *ZAI Science Trial* - Review Memorandum Opinion re: ZAI Motion for Leave to Appeal | 0.30 | TJT |
| | *ZAI Science Trial* - Prepare e-mail to S. Baena re: Memorandum Opinion re: ZAI Motion for Leave to Appeal | 0.10 | TJT |
| | *ZAI Science Trial* - Review e-mail from S. Baena to Committee re: Memorandum Opinion re: ZAI Motion for Leave to Appeal | 0.20 | TJT |
| Sep-12-02 | *ZAI Science Trial* - Review Debtor's objection to ZAI claimant's proposed scheduling order | 0.20 | TJT |
| Sep-20-02 | *ZAI Science Trial* - Review ZAI Claimant's Motion to Compel/ Memorandum in Support Thereof | 0.50 | TJT |
| | *ZAI Science Trial* - Review Order re: Scheduling Hearing on ZAI Claimant's Emergency Motion to Compel | 0.10 | TJT |
| | *ZAI Science Trial* - Prepare e-mail to J. Sakalo and D. Scott re: Order Setting Hearing on ZAI Claimant's Emergency Motion to Compel | 0.10 | TJT |
| | *ZAI Science Trial* - Review Debtor's Objection to ZAI Claimant's Motion to Compel | 0.20 | TJT |
| | **Totals** | **62.30** | |

**DISBURSEMENTS:**

| Date | Description | Amount |
|---|---|---|
| Sep-03-02 | *Expense* - Copying cost | 66.75 |
| Sep-04-02 | *Expense* - Copying cost | 37.80 |
| | *Expense* - Postage | 8.48 |
| Sep-05-02 | *Expense* - Copying cost | 54.75 |
| | *Expense* - Copying cost | 21.15 |
| Sep-06-02 | *Expense* - Copying cost | 12.60 |
| | *Expense* - Postage | 6.64 |
| Sep-09-02 | *Expense* - TriState Courier & Carriage - delivery service | 20.00 |
| Sep-10-02 | *Expense* - Parcel's | 145.00 |
| | *Expense* - Copying cost | 77.40 |
| | *Expense* - Copying cost | 13.35 |
| Sep-11-02 | *Expense* - Copying cost | 5.10 |
| Sep-12-02 | *Expense* - Copying cost | 18.45 |
| Sep-13-02 | *Expense* - Virtual Docket | 23.10 |
| | *Expense* - Writer's Cramp Inc. | 408.00 |
| Sep-17-02 | *Expense* - Copying cost | 17.10 |
| | *Expense* - Postage | 4.80 |
| Sep-18-02 | *Expense* - Parcel's | 3,538.50 |
| | *Expense* - Copying cost | 15.75 |
| | *Expense* - Postage | 3.18 |
| | *Expense* - Copying cost | 16.15 |
| Sep-19-02 | *Expense* -  Federal Express | 15.22 |
| Sep-20-02 | *Expense* - Copying cost | 6.45 |
| Sep-23-02 | *Expense* - TriState Courier & Carriage - delivery service | 60.00 |
| | *Expense* - Virtual Docket | 24.00 |
| | *Expense* - Parcel's | 175.35 |
| | *Expense* - Parcel's | 70.00 |
| | *Expense* - Copying cost | 16.65 |
| Sep-24-02 | *Expense* - Copying cost | 4.95 |
| Sep-25-02 | *Expense* - TriState Courier & Carriage - | 30.00 |

| | | |
|---|---|---|
| | delivery service | |
| Sep-27-02 | *Expense* - Copying cost | 10.65 |
| Sep-30-02 | *Expense* - PACER Service Center (Billing Period of 7/1/02 through 9/30/02) | 29.68 |

**Totals**     **$4,957.00**

**Total Fees & Disbursements**     **$14,974.00**