# EXHIBIT B

## EXHIBIT B

### FEES FOR THE FEE PERIOD
### JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

### FEES FOR THE FEE PERIOD JULY 1, 2002 THROUGH JULY 31, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 07/02/02 | Updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 07/02/02 | Attention to filing May 2002 Fee Application. | | |
| | K. Jasket | 0.4 (11) | 62.00 |
| 07/03/02 | Work on fee application issues with S. Zuber and review regarding same. | | |
| | A. Marchetta | 0.7 (11) | 287.00 |
| 07/03/02 | Receipt, review and analysis of Fee Auditor's Initial Report regarding PHK&S's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.4 (11) | 118.00 |
| 07/03/02 | Review Fourth Interim Quarterly Fee Application for purpose of preparing response to Fee Auditor's Initial Report regarding same. | | |
| | S. Zuber | 0.3 (11) | 88.50 |
| 07/03/02 | Work on response to Fee Auditor's Initial Report regarding PHK&S's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.7 (11) | 206.50 |
| 07/10/02 | Updated docket and forwarded CNO for April 2002 Fee Application to R. Rosen and S. Zuber. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 07/18/02 | Reviewed May 2002 Fee Application for NY Superfund matter inclusion. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 07/18/02 | Updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 07/18/02 | Reviewed Hearing Agenda for relevance to W.R. Grace Fee Applications. | | |
| | K. Jasket | 0.5 (11) | 77.50 |
| 07/23/02 | Reviewed and updated docket. | | |
| | K. Jasket | 0.3 (11) | 46.50 |

2

| 07/24/02 | Began drafting June 2002 Fee Application.<br>K. Jasket | 0.9 (11) | 139.50 |
| 07/29/02 | Continue drafting June 2002 Fee Application.<br>K. Jasket | 0.8 (11) | 124.00 |
| 07/30/02 | Continue drafting June 2002 Fee Application.<br>K. Jasket | 0.7 (11) | 108.50 |
| 07/31/02 | Drafted June 2002 Fee Application.<br>K. Jasket | 1.0 (11) | 155.00 |
| 07/31/02 | Drafted Quarterly Fee Application for April - June 2002.<br>K. Jasket | 1.8 (11) | 279.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 0.70 (11) | 410.00 | 287.00 |
| S. Zuber | 1.40 (11) | 295.00 | 413.00 |
| K. Jasket | 7.20 (11) | 155.00 | 1,116.00 |
| TOTALS | 9.30 (11) | | 1,816.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102361 Fraud Case: Discovery/Insurance Information

| 07/08/02 | Telephone call with client.<br>A. Marchetta | 0.3 (04) | 123.00 |
| 07/08/02 | Follow up regarding project as to production of orders and opinions on insurance issues.<br>A. Marchetta | 0.7 (04) | 287.00 |
| 07/08/02 | Work with A. Marchetta regarding response to request in bankruptcy action for insurance decisions in all cases involving Grace insurance policies.<br>M. Waller | 0.1 (04) | 28.00 |
| 07/08/02 | Review Grace case list to identify all cases involving insurance coverage.<br>M. Waller | 0.5 (04) | 140.00 |
| 07/09/02 | Telephone calls regarding document request. | | |

3

|  |  |  |  |
|---|---|---|---|
|  | A. Marchetta | 0.3 (04) | 123.00 |
| 07/09/02 | Follow up regarding cases for search regarding document request and review of lists regarding same. | | |
|  | A. Marchetta | 0.7 (04) | 287.00 |
| 07/09/02 | Review request for insurance information in letter to Grace's bankruptcy counsel (Kirkland & Ellis) and attend to gathering of archived files in connection with response. | | |
|  | M. Waller | 0.3 (04) | 84.00 |
| 07/10/02 | Follow up with M. Waller and S. Parker regarding document search. | | |
|  | A. Marchetta | 1.0 (04) | 410.00 |
| 07/10/02 | Meeting with S. Parker regarding search for and compilation of orders and memoranda responsive to request for insurance information in letter to Grace's bankruptcy counsel. | | |
|  | M. Waller | 0.4 (04) | 112.00 |
| 07/10/02 | Follow up with A. Marchetta regarding identification of insurance files. | | |
|  | M. Waller | 0.2 (04) | 56.00 |
| 07/10/02 | Conferred with M. Waller and A. Marchetta regarding scope of assignment regarding identification and retrieval of all judicial decisions and/or orders in insurance coverage litigations. | | |
|  | S. Parker | 0.6 (04) | 54.00 |
| 07/10/02 | Commenced review of files and identification of relevant indices regarding same. | | |
|  | S. Parker | 0.7 (04) | 63.00 |
| 07/11/02 | Working with S. Parker regarding identification, location, and review of litigation involving Grace insurance coverage for production of decisions relating to insurance coverage. | | |
|  | M. Waller | 0.4 (04) | 112.00 |
| 07/11/02 | Reviewing docket entries in Maryland Casualty (NY Ins.) litigation and identifying Orders and decisions for production and follow up with S. Parker regarding same. | | |
|  | M. Waller | 0.5 (04) | 140.00 |
| 07/11/02 | Work with team reviewing pleadings in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
|  | D. Florence | 1.8 (04) | 162.00 |
| 07/11/02 | Working with M. Waller regarding search of order and opinions responsive to request. | | |
|  | S. Parker | 0.4 (04) | 36.00 |

959934A01111102

| 07/11/02 | Worked with team regarding project status, coordinated team assignments, responded to inquiries regarding responsive documents. | | |
| | S. Parker | 1.2 (04) | 108.00 |

| 07/11/02 | Continued review of files and identification of relevant indices regarding same. | | |
| | S. Parker | 1.6 (04) | 144.00 |

| 07/11/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Datilus | 2.7 (04) | 202.50 |

| 07/11/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Aviles | 2.7 (04) | 202.50 |

| 07/12/02 | E-mails and telephone calls with S. Parker and conference with M. Waller regarding documents. | | |
| | A. Marchetta | 0.5 (04) | 205.00 |

| 07/12/02 | Working with S. Parker regarding search for documents responsive to request in bankruptcy matter and process to prepare same for production and discuss response with A. Marchetta. | | |
| | M. Waller | 0.5 (04) | 140.00 |

| 07/12/02 | Work with team reviewing pleadings in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | D. Florence | 3.3 (04) | 297.00 |

| 07/12/02 | Worked with M. Waller regarding project status. | | |
| | S. Parker | 0.3 (04) | 27.00 |

| 07/12/02 | Worked with team regarding project status, coordinated team assignments and responded to inquiries regarding responsive documents. | | |
| | S. Parker | 1.9 (04) | 171.00 |

| 07/12/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | M. Pellegrino | 3.0 (04) | 225.00 |

| 07/12/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Datilus | 3.3 (04) | 247.50 |

| 07/12/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Aviles | 3.3 (04) | 247.50 |

| 07/13/02 | Continued review of files and related indices regarding identification and |

5

|  |  |  |  |
|---|---|---|---|
|  | retrieval of all responsive judicial decisions and/or orders. |  |  |
|  | S. Parker | 2.4 (04) | 216.00 |
| 07/13/02 | Reviewed files in various litigations regarding same. |  |  |
|  | S. Parker | 0.5 (04) | 45.00 |
| 07/13/02 | Created list of boxes containing potentially responsive documents to be retrieved from storage facility regarding same. |  |  |
|  | S. Parker | 0.8 (04) | 72.00 |
| 07/15/02 | Review indices of archived records regarding litigation involving Grace insurance coverage in connection with bankruptcy case request and attending to retrieval of boxes. |  |  |
|  | M. Waller | 0.5 (04) | 140.00 |
| 07/15/02 | Working with S. Parker regarding retrieval of archived records regarding actions involving Grace insurance coverage and responsiveness of same. |  |  |
|  | M. Waller | 0.5 (04) | 140.00 |
| 07/15/02 | Review case law regarding statutory interpretation, contract law, constitutionality of statutes impairing contract rights and drafting additions and revisions to reply brief regarding Section 46. |  |  |
|  | M. Waller | 4.3 (04) | 1,204.00 |
| 07/15/02 | Work with team reviewing pleadings in prior insurance coverage litigations regarding identification of judicial decisions and orders. |  |  |
|  | D. Florence | 3.7 (04) | 333.00 |
| 07/15/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. |  |  |
|  | S. Parker | 2.3 (04) | 207.00 |
| 07/15/02 | Worked with M. Waller regarding identification of responsible materials. |  |  |
|  | S. Parker | 0.5 (04) | 45.00 |
| 07/15/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. |  |  |
|  | M. Pellegrino | 3.5 (04) | 262.50 |
| 07/15/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. |  |  |
|  | C. Aviles | 3.5 (04) | 262.50 |
| 07/15/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. |  |  |
|  | C. Datilus | 3.5 (04) | 262.50 |
| 07/16/02 | Working with S. Parker regarding categories of orders and transcripts to pull and copy from numerous insurance files in connection with request in |  |  |

6

|  |  | bankruptcy action. |  |  |
|--|--|--|--|--|
|  |  | M. Waller | 1.7 (04) | 476.00 |

07/16/02    Work with team reviewing pleadings in prior insurance coverage litigations regarding identification of judicial decisions and orders.
D. Florence                     3.6 (04)            324.00

07/16/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
S. Parker                       5.4 (04)            486.00

07/16/02    Worked with M. Waller regarding project status, including categories of responsive judicial decisions, orders and transcripts of proceedings.
S. Parker                       1.7 (04)            153.00

07/16/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
M. Pellegrino                   3.4 (04)            255.00

07/16/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
C. Aviles                       3.4 (04)            255.00

07/16/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
C. Datilus                      3.4 (04)            255.00

07/17/02    Supervising S. Parker in connection with review and preparation of documents for production.
M. Waller                       0.2 (04)             56.00

07/17/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
S. Parker                       3.3 (04)            297.00

07/17/02    Worked with M. Waller regarding project status.
S. Parker                       0.2 (04)             18.00

07/17/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
M. Pellegrino                   3.2 (04)            240.00

07/17/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
C. Aviles                       3.2 (04)            240.00

07/17/02    Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders.
C. Datilus                      3.2 (04)            240.00

959934A01111102

| 07/18/02 | Quality Control review of judicial orders copied for review by M. Waller. | | |
| | D. Florence | 0.7 (04) | 63.00 |

| 07/18/02 | Review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | S. Parker | 4.7 (04) | 423.00 |

| 07/18/02 | Prepared responsive documents following review of files in prior insurance coverage litigations. | | |
| | S. Parker | 2.2 (04) | 198.00 |

| 07/18/02 | Worked with D. Florence regarding implementation of quality control procedures and creation of reports detailing all relevant judicial decisions and/or orders and listing all transcripts of proceedings from prior insurance coverage litigations. | | |
| | S. Parker | 0.8 (04) | 72.00 |

| 07/18/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | M. Pellegrino | 3.5 (04) | 262.50 |

| 07/18/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Datilus | 3.5 (04) | 262.50 |

| 07/18/02 | Worked with team regarding review of files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | C. Aviles | 3.5 (04) | 262.50 |

| 07/19/02 | Follow up with S. Parker regarding status of search for and collection of orders and opinions. | | |
| | M. Waller | 0.1 (04) | 28.00 |

| 07/19/02 | Reviewing orders and opinions regarding insurance coverage as requested in bankruptcy matter and working with S. Parker prepare same for production. | | |
| | M. Waller | 1.1 (04) | 308.00 |

| 07/19/02 | Quality Control review of judicial orders copied for review by M. Waller. | | |
| | D. Florence | 0.6 (04) | 54.00 |

| 07/19/02 | Reviewed files in prior insurance coverage litigations regarding identification of judicial decisions and orders. | | |
| | S. Parker | 2.8 (04) | 252.00 |

| 07/19/02 | Worked with M. Waller regarding project status, including review of judicial decisions and orders responsive to request. | | |
| | S. Parker | 1.1 (04) | 99.00 |

959934A01111102

| | | | |
|---|---|---|---|
| 07/21/02 | Review information regarding document production and e-mails regarding same. | | |
| | A. Marchetta | 0.4 (04) | 164.00 |
| 07/22/02 | Conference with M. Waller regarding document production and follow up regarding same. | | |
| | A. Marchetta | 0.4 (04) | 164.00 |
| 07/22/02 | Confer with A. Marchetta regarding status of review for orders and decisions concerning insurance coverage and production of same. | | |
| | M. Waller | 0.4 (04) | 112.00 |
| 07/22/02 | Confer with S. Parker regarding finalizing documents for production. | | |
| | M. Waller | 0.1 (04) | 280.. |
| 07/22/02 | Quality Control Review of paginated documents for production to client. | | |
| | D. Florence | 0.7 (04) | 63.00 |
| 07/22/02 | Work with M. Waller regarding project status. | | |
| | S. Parker | 0.1 (04) | 9.00 |
| 07/23/02 | Review letter to F. Zaremby regarding production of judicial orders and memos from all cases involving Grace insurance coverage and confer with A. Marchetta regarding production of same. | | |
| | M. Waller | 0.2 (04) | 56.00 |
| 07/23/02 | Telephone calls and forward documents to client. | | |
| | A. Marchetta | 0.6 (04) | 246.00 |
| 07/23/02 | Conference with M. Waller regarding call with client. | | |
| | A. Marchetta | 0.1 (04) | 41.00 |
| 07/25/02 | Follow up regarding return of documents. | | |
| | A. Marchetta | 1.0 (04) | 410.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.00 (04) | 410.00 | 2,460.00 |
| M. Waller | 12.00 (04) | 280.00 | 3,360.00 |
| D. Florence | 14.40 (04) | 90.00 | 1,296.00 |
| S. Parker | 35.50 (04) | 90.00 | 3,195.00 |
| C. Aviles | 19.60 (04) | 75.00 | 1,470.00 |
| C. Datilus | 19.60 (04) | 75.00 | 1,470.00 |
| M. Pellegrino | 16.60 (04) | 75.00 | 1,245.00 |

TOTALS   123.70 (04)                          14,496.00

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 06/24/02 | Review claims bar date notice and order. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| 06/24/02 | Memos to A. Marchetta and R. Rose regarding Grace issues. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| 06/27/02 | Address case issues. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| 07/02/02 | Review status of Jersey City site litigation regarding Clean Machine site and chromium issues. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 (15) | 240.00 | 216.00 |
| TOTALS | 0.90 | | 216.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 07/08/02 | Draft letter to all counsel requesting response to requested revisions and attend to service of same. | | |
| | J. Scordo | 0.3 (04) | 81.00 |
| 07/16/02 | Review documents received from adversary counsel requesting change to structure of settlement and telephone call to L. Reilly regarding same. | | |
| | J. Scordo | 0.3 (04) | 81.00 |
| 07/17/02 | Work with J. Scordo regarding revision of settlement. | | |

|          | L. Reilly | 0.1 (04) | 33.50 |

| 07/17/02 | Work with L. Reilly on termination issue; conference call on documents with A. Nagy and V. Finkelstein. | | |
|          | J. Scordo | 0.3 (04) | 81.00 |

| 07/22/02 | Telephone conference with client. | | |
|          | L. Reilly | 0.2 (04) | 67.00 |

| 07/22/02 | Further revision to settlement documents. | | |
|          | L. Reilly | 0.5 (04) | 167.50 |

| 07/22/02 | Work with J. Scordo regarding revision to documents. | | |
|          | L. Reilly | 0.3 (04) | 100.50 |

| 07/22/02 | Revise settlement agreement; draft letter to counsel; work with L. Reilly regarding termination; e-mails regarding same. | | |
|          | J. Scordo | 0.4 (04) | 108.00 |

| 07/23/02 | Revise assignment & termination agreement. | | |
|          | L. Reilly | 0.1 (04) | 33.50 |

| 07/24/02 | Review/transmit draft of lease termination agreement to Finkelstein & J. Scordo. | | |
|          | L. Reilly | 0.3 (04) | 100.50 |

| 07/25/02 | Revise/transmit termination agreement to clients. | | |
|          | L. Reilly | 0.3 (04) | 100.50 |

| 07/25/02 | Telephone calls and follow up regarding revised settlement. | | |
|          | A. Marchetta | 0.3 (04) | 123.00 |

| 07/25/02 | Telephone calls and e-mails regarding stipulations. | | |
|          | A. Marchetta | 0.2 (04) | 82.00 |

| 07/25/02 | Review e-mails and respond regarding status and settlement. | | |
|          | J. Scordo | 0.2 (04) | 54.00 |

| 07/29/02 | Work with J. Scordo regarding terms of termination agreement. | | |
|          | L. Reilly | 0.1 (04) | 33.50 |

| 07/29/02 | Revise and finalize next draft of settlement agreement and termination/assignment. | | |
|          | J. Scordo | 0.4 (04) | 108.00 |

| 07/29/02 | Draft, revise and finalize letter to all counsel forwarding revised settlement agreement. | | |
|          | J. Scordo | 1.0 (04) | 270.00 |

959934A01111102

| 07/29/02 | Work with L. Reilly on issues of termination. | | |
|----------|-----------------------------------------------|----------|-------|
|          | J. Scordo                                     | 0.1 (04) | 27.00 |

Attorney Summary

| Timekeeper   | Hours      | Rate   | Dollars  |
|--------------|------------|--------|----------|
| A. Marchetta | 0.50 (04)  | 410.00 | 205.00   |
| L. Reilly    | 1.90 (04)  | 335.00 | 636.50   |
| J. Scordo    | 3.00 (04)  | 270.00 | 810.00   |
| TOTALS       | 5.40 (04)  |        | 1,651.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 07/01/02 | Telephone conference with printer regarding preparation of Joint Appendix; | | |
|----------|---------------------------------------------------------------------------|----------|--------|
|          | M. Waller                                                                 | 0.3 (15) | 84.00  |

| 07/01/02 | Working with B. Moffitt and S. Parker to finalize documents in Joint appendix and letter to printer regarding preparation of same. | | |
|----------|-----------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|          | M. Waller                                                                                                                         | 0.9 (15) | 252.00 |

| 07/01/02 | Continuing to review CNA opposition brief  regarding choice of law, "self-insurance"/1990 Settlement agreement, argument regarding limiting review of record and Section 46 issues. | | |
|----------|-----------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|          | M. Waller                                                                                                                         | 1.5 (15) | 420.00 |

| 07/01/02 | Continuing to review CNA opposition brief  regarding choice of law, "self-insurance"/1990 Settlement agreement, argument regarding limiting review of record and Section 46 issues. | | |
|----------|-----------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|          | M. Waller                                                                                                                         | 0.9 (15) | 252.00 |

| 07/01/02 | Draft e-mail to G. Apple at Echo Appellate Press regarding preparation of Joint Record. | | |
|----------|----------------------------------------------------------------------------------------|----------|--------|
|          | M. Waller                                                                              | 0.1 (15) | 28.00  |

| 07/01/02 | Review appellate briefs in preparation for reply brief. | | |
|----------|---------------------------------------------------------|----------|--------|
|          | K. Helmer                                               | 1.9 (15) | 494.00 |

| 07/01/02 | Researched law of the case issues | | |
|----------|-----------------------------------|----------|--------|
|          | D. Soutar                         | 2.1 (15) | 378.00 |

12

| 07/01/02 | Continued preparation of joint appendix.<br>B. Moffitt | 1.4 (15) | 343.00 |

| 07/01/02 | Preparation of letter to printer regarding same.<br>B. Moffitt | 0.4 (15) | 98.00 |

| 07/01/02 | Work with M. Waller regarding assembly of joint appendix.<br>B. Moffitt | 0.3 (15) | 73.50 |

| 07/01/02 | Telephone call with printer regarding same.<br>B. Moffitt | 0.2 (15) | 49.00 |

| 07/01/02 | Work with M. Waller regarding assembly of joint appendix.<br>B. Moffitt | 0.6 (15) | 147.00 |

| 07/01/02 | Worked with M. Waller and B. Moffitt regarding preparation of joint appellate exhibits for transmittal to printer.<br>S. Parker | 0.6 (15) | 54.00 |

| 07/02/02 | Work with M. Waller regarding briefing schedule.<br>A. Marchetta | 0.3 (15) | 123.00 |

| 07/02/02 | Reviewing letter from CNA counsel regarding documents to be added to Joint Appendix.<br>M. Waller | 0.6 (15) | 168.00 |

| 07/02/02 | Working with Echo Appellate Press to finalize Joint Appendix.<br>M. Waller | 0.3 (15) | 84.00 |

| 07/02/02 | Draft memos to Echo Appellate Press and forwarding documents to included in Joint Appendix.<br>M. Waller | 0.4 (15) | 112.00 |

| 07/02/02 | Review letter from B. Moffitt to Echo Appellate Press.<br>M. Waller | 0.1 (15) | 28.00 |

| 07/02/02 | Work with A. Marchetta regarding reply brief and e-mail regarding final schedule.<br>M. Waller | 0.3 (15) | 84.00 |

| 07/02/02 | Analyzing and outlining issues from CNA opposition brief.<br>M. Waller | 1.2 (15) | 336.00 |

| 07/02/02 | Work with B. Moffitt regarding documents missing from Court's copy of certified docket entries, supplementing same, and communications with clerks' office regarding contents of Joint Appendix.<br>M. Waller | 0.1 (15) | 28.00 |

| 07/02/02 | Work with S. Parker and B. Moffitt regarding review of same and order |

13

|  |  |  |  |
|---|---|---|---|
|  | permitting same to be included in record. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 07/02/02 | Follow up with Brian Moffitt regarding attempts to rectify same. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 07/02/02 | Work with K. Helmer, K. Lewis, and D. Soutar regarding arguments in reply, briefing schedule and finalizing Joint Appendix. | | |
|  | M. Waller | 0.4 (15) | 112.00 |
| 07/02/02 | Reviewed briefs filed with the Second Circuit Court of Appeals in preparation for drafting choice of law brief point for reply brief. | | |
|  | K. Lewis | 3.2 (15) | 624.00 |
| 07/02/02 | Work with M. Waller, K. Helmer, K. Lewis regarding strategy, briefing schedule, and responsibilities. | | |
|  | D. Soutar | 0.5 (15) | 90.00 |
| 07/02/02 | Researched law of the case decisions | | |
|  | D. Soutar | 0.4 (15) | 72.00 |
| 07/02/02 | Telephone call with appeals coordinator at Southern District of New York regarding preparation of joint appendix. | | |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 07/02/02 | Work with Second Circuit personnel regarding same. | | |
|  | B. Moffitt | 0.6 (15) | 147.00 |
| 07/02/02 | Work with M. Waller regarding contents of joint appendix. | | |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 07/02/02 | Preparation of letter to printer regarding preparation of joint appendix. | | |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 07/02/02 | Follow up with M. Waller regarding joint appendix. | | |
|  | B. Moffitt | 0.1 (15) | 24.50 |
| 07/02/02 | Work with personnel at Southern District Court regarding obtaining documents for inclusion in joint appendix. | | |
|  | B. Moffitt | 2.8 (15) | 686.00 |
| 07/02/02 | Preparation of joint appendix. | | |
|  | B. Moffitt | 1.4 (15) | 343.00 |
| 07/02/02 | Worked with S. Parker and reviewed file documents regarding identification & retrieval of documents to be added to the joint appendix as requested by appellee. | | |
|  | D. Florence | 0.8 (15) | 72.00 |

| 07/02/02 | Conducted database searches, reviewed file documents, including certified docket entries and relevant orders regarding confirmation that additional documents requested by appellee to be included in joint appendix are part of the record on appeal. | | |
| | S. Parker | 0.7 (15) | 63.00 |

| 07/02/02 | Worked with M. Waller regarding resolution of outstanding issues concerning the joint appellate exhibits. | | |
| | S. Parker | 0.3 (15) | 27.00 |

| 07/02/02 | Worked with D. Florence and reviewed file documents for inclusion in the joint appendix as requested by appellee. | | |
| | S. Parker | 0.8 (15) | 72.00 |

| 07/03/02 | Obtain documents to be added to Joint Appendix and draft cover letter and forward to printer. | | |
| | M. Waller | 0.4 (15) | 112.00 |

| 07/03/02 | Telephone call with Echo Appellate Press regarding preparation of Joint Appendix and Order permitting filing under seal. | | |
| | M. Waller | 0.1 (15) | 28.00 |

| 07/05/02 | Drafting additions and revisions to Table of Contents and working with Echo Appellate Press to finalize same. | | |
| | M. Waller | 0.4 (15) | 112.00 |

| 07/05/02 | Reviewing working draft of Joint Appendix and table of contents. | | |
| | M. Waller | 0.6 (15) | 168.00 |

| 07/05/02 | Working with B. Moffitt and Echo Appellate Press to finalize Joint Appendix. | | |
| | M. Waller | 2.0 (15) | 560.00 |

| 07/05/02 | Review of documents for preparation of joint appendix. | | |
| | B. Moffitt | 2.4 (15) | 588.00 |

| 07/05/02 | Telephone calls with Echo Appellate Press regarding final preparation of joint appendix. | | |
| | B. Moffitt | 0.4 (15) | 98.00 |

| 07/05/02 | Work with M. Waller regarding additions to Joint Appendix. | | |
| | B. Moffitt | 2.0 (15) | 490.00 |

| 07/06/02 | Researched discretion under de novo review. | | |
| | D. Soutar | 0.9 (15) | 162.00 |

| 07/07/02 | Researched res judicata and judicial estoppel. | | |
| | D. Soutar | 0.7 (15) | 126.00 |

| 07/07/02 | Drafted outline of brief point. | | |
| | D. Soutar | 0.5 (15) | 90.00 |
| 07/08/02 | Review revised draft Table of Contents to Joint Appendix and telephone conferences with B. Moffitt to Echo Appellate Press to finalize same. | | |
| | M. Waller | 0.5 (15) | 140.00 |
| 07/08/02 | Review draft outline to reply brief point from D. Soutar regarding de novo review of entire record/review of law of case. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/08/02 | Work with D. Helmer regarding de novo review of entire record/review of law of case. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/08/02 | Preparing arguments for reply brief in response to opposition to appeal by CNA. | | |
| | M. Waller | 2.6 (15) | 728.00 |
| 07/08/02 | Review choice of law issues with K. Lewis. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/08/02 | Prepare outline for reply brief argument regarding retrospective premium/deductible issues. | | |
| | K. Helmer | 1.4 (15) | 364.00 |
| 07/08/02 | Review outline of argument regarding scope of record reviewable on appeal. | | |
| | K. Helmer | 0.6 (15) | 156.00 |
| 07/08/02 | Work with M. Waller regarding scope of appellate court review. | | |
| | K. Helmer | 0.2 (15) | 52.00 |
| 07/08/02 | Work with M. Waller regarding finalization of joint appendix. | | |
| | B. Moffitt | 0.5 (15) | 122.50 |
| 07/09/02 | Reviewing arguments by CNA and preparing arguments for reply brief. | | |
| | M. Waller | 3.8 (15) | 1,064.00 |
| 07/09/02 | Research regarding effect of retrospective premiums and deductibles on insurer's duty to defend. | | |
| | K. Helmer | 2.1 (15) | 546.00 |
| 07/09/02 | Drafting argument for reply brief. | | |
| | K. Helmer | 0.7 (15) | 182.00 |
| 07/10/02 | Analyzing CNA opposition brief and preparing arguments to make in response to same. | | |
| | M. Waller | 3.8 (15) | 1,064.00 |

959934A01111102

| | | | |
|---|---|---|---|
| 07/10/02 | Work with D. Soutar regarding research in connection with responding to Section 46 arguments by CNA as part of reply brief. | | |
| | M. Waller | 0.3 (15) | 84.00 |
| 07/10/02 | Revising outline regarding reply to CNA's opposition to Grace's argument regarding application of Section 46 to CNA Policies. | | |
| | M. Waller | 0.9 (15) | 252.00 |
| 07/10/02 | Review finalized Joint Appendix from Echo Appellate Press and revise same. | | |
| | M. Waller | 0.4 (15) | 112.00 |
| 07/10/02 | Drafting argument regarding effect of retrospective premiums and deductibles on duty to defend | | |
| | K. Helmer | 2.9 (15) | 754.00 |
| 07/10/02 | Compiled and began reviewing case law cited by CAN in appellate brief. | | |
| | K. Lewis | 4.4 (15) | 858.00 |
| 07/10/02 | Researched issues including: Illusory clauses in insurance contracts; statutory construction (provisions strictly construed). | | |
| | D. Soutar | 1.8 (15) | 324.00 |
| 07/10/02 | Conducted database searches and reviewed file documents regarding identification and retrieval of briefs on the choice of law regarding preparation of reply appellate brief. | | |
| | S. Parker | 1.1 (15) | 99.00 |
| 07/11/02 | Review order on briefing and follow up regarding same. | | |
| | A. Marchetta | 0.2 (15) | 82.00 |
| 07/11/02 | Drafting additions and revisions to outline regarding appeal arguments. | | |
| | M. Waller | 4.0 (15) | 1,120.00 |
| 07/11/02 | Drafting argument regarding effect of retrospective premiums and deductibles on duty to defend. | | |
| | K. Helmer | 2.9 (15) | 754.00 |
| 07/11/02 | Researched law of the case doctrine and scope of appellate review. | | |
| | D. Soutar | 1.5 (15) | 270.00 |
| 07/12/02 | Memo to A. Marchetta regarding status of matter and preparation of reply brief on appeal. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/12/02 | Reviewing draft brief points regarding choice of law and preparing additions and revisions to same and drafting appeal argument in reply to CNA's opposition regarding application of section 46. | | |

959934A01111102

|  |  |  |  |
|---|---|---|---|
|  | M. Waller | 6.2 (15) | 1,736.00 |
| 07/12/02 | Continued drafting argument relating to retrospective premiums and deductibles. | | |
|  | K. Helmer | 3.0 (15) | 780.00 |
| 07/12/02 | Continued research on choice of law issue for reply appellate brief. | | |
|  | K. Lewis | 2.1 (15) | 409.50 |
| 07/13/02 | Drafting appeal argument in reply to CNA's opposition regarding application of section 46. | | |
|  | M. Waller | 4.4 (15) | 1,232.00 |
| 07/13/02 | Working with K. Helmer regarding arguments in reply to CNA's opposition to Grace's appeal. | | |
|  | M. Waller | 0.5 (15) | 140.00 |
| 07/13/02 | Drafting argument for reply brief regarding effect of retrospective premiums and deductibles on duty to defend. | | |
|  | K. Helmer | 3.1 (15) | 806.00 |
| 07/13/02 | Research relating to effect of change back provisions on duty to defend. | | |
|  | K. Helmer | 1.1 (15) | 286.00 |
| 07/13/02 | Began drafting brief point on choice of law for reply appellate brief. | | |
|  | K. Lewis | 3.7 (15) | 721.50 |
| 07/13/02 | Conducted further research of caselaw related to the retroactive application of statutes. | | |
|  | D. Soutar | 1.0 (15) | 180.00 |
| 07/13/02 | Drafted section of brief addressing law of the case doctrine. | | |
|  | D. Soutar | 0.6 (15) | 108.00 |
| 07/13/02 | Researched issues relating to illusory coverage in insurance policies. | | |
|  | D. Soutar | 0.6 (15) | 108.00 |
| 07/14/02 | Working with K. Helmer regarding arguments in reply to CNA's opposition to Grace's appeal. | | |
|  | M. Waller | 0.6 (15) | 168.00 |
| 07/14/02 | Drafting appeal argument in reply to CNA's opposition regarding application of section 46. | | |
|  | M. Waller | 4.9 (15) | 1,372.00 |
| 07/14/02 | Working with K. Lewis regarding choice of law issues in connection with arguments in reply to CNA's opposition. | | |
|  | M. Waller | 0.5 (15) | 140.00 |

18

| 07/14/02 | Research regarding fronting policies and insurer's duty to defend. | | |
| | K. Helmer | 0.8 (15) | 208.00 |

| 07/14/02 | Drafting argument for reply brief. | | |
| | K. Helmer | 3.0 (15) | 780.00 |

| 07/14/02 | Continued to draft brief point on choice of law issue for reply brief. | | |
| | K. Lewis | 3.7 (15) | 721.50 |

| 07/15/02 | Working with K. Lewis in connection with choice of law brief point. | | |
| | M. Waller | 0.4 (15) | 112.00 |

| 07/15/02 | Review revised brief point regarding choice of law from K. Lewis and prepare comments to same. | | |
| | M. Waller | 0.8 (15) | 224.00 |

| 07/15/02 | Review self-insurance argument from CNA's opposing brief. | | |
| | K. Helmer | 0.8 (15) | 208.00 |

| 07/15/02 | Drafting argument for reply brief. | | |
| | K. Helmer | 2.8 (15) | 728.00 |

| 07/15/02 | Research law review articles regarding self-insurance and insurer's duty to defend. | | |
| | K. Helmer | 2.6 (15) | 676.00 |

| 07/15/02 | Work with M. Waller regarding CNA's incorrect citation of Olin opinions in opposition brief and Grace's response to same. | | |
| | K. Lewis | 0.4 (15) | 78.00 |

| 07/15/02 | Completed draft of brief point on choice of law. | | |
| | K. Lewis | 3.5 (15) | 682.50 |

| 07/15/02 | Revised draft brief argument regarding de novo review and added needed citations. | | |
| | D. Soutar | 0.9 (15) | 162.00 |

| 07/16/02 | Working with B. Moffitt to conform initial brief with joint appendix citations and corrections to joint appendix. | | |
| | M. Waller | 1.2 (15) | 336.00 |

| 07/16/02 | Review brief point from D. Soutar regarding use of items subsequently added to record in appeal of earlier decisions. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 07/16/02 | Drafting additions and revisions to appellate response brief - in support of arguments regarding legality of gradual pollution provisions. | | |
| | M. Waller | 6.8 (15) | 1,904.00 |

959934A01111102

| 07/16/02 | Work with M. Waller and S. Parker regarding Joint Appendix. | | |
|---|---|---|---|
| | B. Moffitt | 1.2 (15) | 294.00 |

| 07/16/02 | Conform citations in Initial Brief to Joint Appendix pagination. | | |
|---|---|---|---|
| | B. Moffitt | 1.2 (15) | 294.00 |

| 07/17/02 | Review letter from AM Best Company regarding providing financial data regarding Continental Casualty during the periods of its primary policies to Grace and return approval of same for inclusion of information in brief. | | |
|---|---|---|---|
| | M. Waller | 0.2 (15) | 56.00 |

| 07/17/02 | Researching NY case law regarding change in public policy on contracts and claimed illegality of contractual provisions and drafting additions and revisions to reply brief point. | | |
|---|---|---|---|
| | M. Waller | 5.6 (15) | 1,568.00 |

| 07/17/02 | Drafting argument regarding duty to defend. | | |
|---|---|---|---|
| | K. Helmer | 3.4 (15) | 884.00 |

| 07/17/02 | Research regarding self-insurance and fronting policies. | | |
|---|---|---|---|
| | K. Helmer | 1.1 (15) | 286.00 |

| 07/17/02 | Review initial drafts of choice of law and de novo review arguments. | | |
|---|---|---|---|
| | K. Helmer | 0.7 (15) | 182.00 |

| 07/17/02 | Researched application of parol evidence rule to insurance contracts under New York law. | | |
|---|---|---|---|
| | D. Soutar | 0.9 (15) | 162.00 |

| 07/17/02 | Telephone calls with Staff counsel regarding supplementing appendix timing of motion for over length brief. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 (15) | 49.00 |

| 07/17/02 | Preparation of e-mail regarding timing of motion for over length brief. | | |
|---|---|---|---|
| | B. Moffitt | 0.1 (15) | 24.50 |

| 07/17/02 | Telephone calls with printer regarding supplementing appendix. | | |
|---|---|---|---|
| | B. Moffitt | 0.2 (15) | 49.00 |

| 07/17/02 | Revise initial brief to conform cites with joint appendix documents; review joint appendix regarding same. | | |
|---|---|---|---|
| | B. Moffitt | 2.0 (15) | 490.00 |

| 07/18/02 | Drafting additions and revisions to reply brief point. | | |
|---|---|---|---|
| | M. Waller | 5.8 (15) | 1,624.00 |

| 07/18/02 | Working with D. Soutar regarding additions and revisions to brief point regarding Grace's reference to materials submitted in connection with later motion to reverse earlier decisions. | | |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | M. Waller | 0.4 (15) | 112.00 |
| 07/18/02 | Working with K. Lewis regarding research under NY law concerning duty to defend in excess of limits. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 07/18/02 | Follow up with S. Parker regarding briefs for D. Soutar in connection with same. | | |
|  | M. Waller | 0.2 (15) | 56.00 |
| 07/18/02 | Research regarding duty to defend. | | |
|  | K. Helmer | 0.6 (15) | 156.00 |
| 07/18/02 | Research regarding fronting policies and self-insurance. | | |
|  | K. Helmer | 1.2 (15) | 312.00 |
| 07/18/02 | Drafting argument regarding CNA's duty to defend. | | |
|  | K. Helmer | 2.2 (15) | 572.00 |
| 07/18/02 | Researched caselaw in support of statement that a CGL insurer's duty to defend is generally in addition to the limits of coverage. | | |
|  | K. Lewis | 1.7 (15) | 331.50 |
| 07/18/02 | Reviewed arguments regarding application of section 46 to insurance policies contained in moving and opposition briefs; reviewed and edited brief point for reply brief on section 46. | | |
|  | K. Lewis | 1.7 (15) | 331.50 |
| 07/18/02 | Discuss same with M. Waller. | | |
|  | D. Soutar | 0.4 (15) | 72.00 |
| 07/18/02 | Draft letter to Echo regarding same. | | |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 07/18/02 | Telephone call with printer regarding finalizing joint appendix. | | |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 07/18/02 | Telephone call with Second Circuit regarding same. | | |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 07/18/02 | Reviewed caselaw regarding parol evidence and insurance contracts, performed supplemental research. | | |
|  | D. Soutar | 0.8 (15) | 144.00 |
| 07/18/02 | Conducted database searches and reviewed file documents as requested by M. Waller regarding identification and retrieval of parties' briefing on the motion to enforce the 1990 settlement agreement regarding preparation of reply appellate brief. | | |
|  | S. Parker | 0.4 (15) | 36.00 |

959934A01111102

| 07/19/02 | Working with B. Moffitt regarding conforming initial brief with citations to the joint appendix and finalizing joint appendix by Echo Appellate. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 07/19/02 | Follow up conference with B. Moffitt regarding approval by staff counsel of schedule to submit motion for over-length brief on date reply brief is due. | | |
| | M. Waller | 0.2 (15) | 56.00 |

| 07/19/02 | Follow up with D. Soutar regarding revision brief point concerning reference to materials filed in later motion to seek reversal of earlier decision by court. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 07/19/02 | Draft additions and revisions to brief point regarding legality and application of gradual pollution provisions. | | |
| | M. Waller | 1.8 (15) | 504.00 |

| 07/19/02 | Telephone conference with E. DeCristofaro regarding consent to submit motion for over length brief on August 9. | | |
| | M. Waller | 0.2 (15) | 56.00 |

| 07/19/02 | Work with B. Moffitt regarding schedule to submit motion for over-length brief and telephone conferences with staff counsel regarding same. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 07/19/02 | Research regarding self-insurance issues. | | |
| | K. Helmer | 0.8 (15) | 208.00 |

| 07/19/02 | Meeting with M. Waller and K. Lewis regarding brief points. | | |
| | K. Helmer | 0.8 (15) | 208.00 |

| 07/19/02 | Revising argument regarding effect of deductibles on duty to defend. | | |
| | K. Helmer | 3.2 (15) | 832.00 |

| 07/19/02 | Draft letter to CNA counsel confirming timing of motion for over length reply brief. | | |
| | B. Moffitt | 0.3 (15) | 73.50 |

| 07/19/02 | Telephone call with Staff Counsel's office regarding timing of motion for over length brief. | | |
| | B. Moffitt | 0.2 (15) | 49.00 |

| 07/19/02 | Work with M. Waller regarding issues regarding over length brief motion. | | |
| | B. Moffitt | 0.3 (15) | 73.50 |

| 07/19/02 | Work with M. Waller regarding same. | | |
| | B. Moffitt | 0.3 (15) | 73.50 |

959934A01111102

| 07/19/02 | Continued revision of initial brief to conform with Joint Appendix and regarding formatting issues. | | |
|---|---|---|---|
| | B. Moffitt | 1.0 (15) | 245.00 |
| 07/21/02 | Follow up regarding briefing. | | |
| | A. Marchetta | 0.2 (15) | 82.00 |
| 07/22/02 | Review and revise letter to E. DeCristofaro confirming CNA's consent to schedule to file over-length brief. | | |
| | M. Waller | 0.3 (15) | 84.00 |
| 07/22/02 | Follow up with K. Lewis regarding preparation of brief outline, tables of contents and authorities, certifications, and format. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/22/02 | Review financial information from A.M. Best regarding Continental Casualty during time it issued policies to Grace for use in reply brief. | | |
| | M. Waller | 0.3 (15) | 84.00 |
| 07/22/02 | Drafting additions and revisions to appellate argument and researching record regarding CNA involvement in policy negotiation, supplementary payment language, and payment of gradual pollution claims. | | |
| | M. Waller | 4.4 (15) | 1,232.00 |
| 07/22/02 | Reviewed 1999 motions in preparation for drafting insert for Reply Brief | | |
| | D. Soutar | 0.9 (15) | 162.00 |
| 07/23/02 | Working with B. Moffitt to finalize initial brief, certification of service, and certification of compliance. | | |
| | M. Waller | 0.9 (15) | 252.00 |
| 07/23/02 | Work with D. Soutar regarding preparation of motion to file over length brief and finalizing reply brief point regarding reference to later filed materials in support of appeal of decision on earlier motion. | | |
| | M. Waller | 0.3 (15) | 84.00 |
| 07/23/02 | Work with A. Marchetta regarding finalizing Joint Appendix, conforming initial brief, and drafting reply brief. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/23/02 | Reviewing memorandum to appellate printer regarding revised initial brief from B. Moffitt. | | |
| | M. Waller | 0.2 (15) | 56.00 |
| 07/23/02 | Follow up regarding draft brief. | | |
| | A. Marchetta | 0.1 (15) | 41.00 |
| 07/23/02 | Work with M. Waller regarding same. | | |
| | A. Marchetta | 0.4 (15) | 164.00 |

23

| 07/23/02 | Drafting argument on duty to defend and self-insurance issues. | | |
| | K. Helmer | 3.1 (15) | 806.00 |

| 07/23/02 | Updated and revised formatting of appellate brief. | | |
| | D. Buerrosse | 3.5 (15) | 542.50 |

| 07/23/02 | Various telephone calls with printer regarding same. | | |
| | B. Moffitt | 0.3 (15) | 73.50 |

| 07/23/02 | Work with M. Waller and D. Buerrosse regarding formatting of appellate brief. | | |
| | B. Moffitt | 1.2 (15) | 294.00 |

| 07/23/02 | Continued revision of initial appellate brief and conforming of citations therein with joint appendix. | | |
| | B. Moffitt | 2.1 (15) | 514.50 |

| 07/24/02 | Telephone conferences with Echo Appellate Press regarding finalizing briefs. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 07/24/02 | Drafting reply brief argument regarding legality of gradual pollution provisions and reviewing record for consistent evidence | | |
| | M. Waller | 3.8 (15) | 1,064.00 |

| 07/24/02 | Working with B. Moffitt regarding inclusion of 1999 Posner Affidavit in Joint Appendix. | | |
| | M. Waller | 0.4 (15) | 112.00 |

| 07/24/02 | Work with B. Moffitt regarding redacted versions of same. | | |
| | M. Waller | 0.4 (15) | 112.00 |

| 07/24/02 | Drafting argument for reply brief regarding duty to defend and self-insurance issues. | | |
| | K. Helmer | 5.7 (15) | 1,482.00 |

| 07/24/02 | Drafted insertion for brief relating to 1999 motions | | |
| | D. Soutar | 0.8 (15) | 144.00 |

| 07/24/02 | Draft memo to S. Parker regarding Appendix of Unreported Decisions. | | |
| | B. Moffitt | 0.1 (15) | 24.50 |

| 07/24/02 | Work with M. Waller and D. Soutar regarding facts regarding CNA counsel's failure to object regarding inclusion of 1999 Posner affidavit in the record on appeal. | | |
| | B. Moffitt | 0.4 (15) | 98.00 |

| 07/24/02 | Assemble documents regarding same. | | |

959934A01111102

|  | B. Moffitt | 0.4 (15) | 98.00 |
|---|---|---|---|

07/24/02   Work with M. Waller regarding redacted version of initial brief.

|  | B. Moffitt | 0.4 (15) | 98.00 |
|---|---|---|---|

07/24/02   Compared exhibits to appendix of unreported decisions to WRG's initial appellate to table of contents as requested by B. Moffitt regarding preparation for transmittal to printer.

|  | S. Parker | 0.9 (15) | 81.00 |
|---|---|---|---|

07/25/02   Reviewing prior briefing regarding same.

|  | M. Waller | 0.8 (15) | 224.00 |
|---|---|---|---|

07/25/02   Follow up with B. Moffitt regarding notice to CNA regarding finalization and filing of Joint Appendix.

|  | M. Waller | 0.1 (15) | 28.00 |
|---|---|---|---|

07/25/02   Work with D. Buerrosse and B. Moffitt regarding review of factual citations and reference to Joint Appendix.

|  | M. Waller | 0.4 (15) | 112.00 |
|---|---|---|---|

07/25/02   Reviewing and revising appellate reply brief points regarding choice of law and section 46.

|  | M. Waller | 2.9 (15) | 812.00 |
|---|---|---|---|

07/25/02   Work with S. Parker regarding briefing by CNA and Grace to respond to CNA's opposition to Grace appeal.

|  | M. Waller | 0.3 (15) | 84.00 |
|---|---|---|---|

07/25/02   Drafting argument for reply brief regarding duty to defend and self-insurance issue

|  | K. Helmer | 6.0 (15) | 1,560.00 |
|---|---|---|---|

07/25/02   Work with B. Moffitt and M. Waller regarding format of brief.

|  | D. Buerrosse | 0.4 (15) | 62.00 |
|---|---|---|---|

07/25/02   Work with M. Waller regarding notifying CNA counsel regarding Joint Appendix finalization.

|  | B. Moffitt | 0.1 (15) | 24.50 |
|---|---|---|---|

07/25/02   Reviewed appellate brief for form and proper references.

|  | D. Buerrosse | 1.3 (15) | 201.50 |
|---|---|---|---|

07/25/02   Work with M. Waller and D. Buerrosse regarding conforming Initial Brief with joint appendix pagination.

|  | B. Moffitt | 0.4 (15) | 98.00 |
|---|---|---|---|

07/25/02   Work with M. Waller and printer regarding finalization of appendix of unreported decisions in initial brief.

25

|          |                                                                                                                                                                                                                                                              |          |          |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------|
|          | B. Moffitt                                                                                                                                                                                                                                                    | 0.4 (15) | 98.00    |
| 07/25/02 | Work with S. Parker regarding supplementation of joint appendix and preparation of redacted version of initial brief.                                                                                                                                         |          |          |
|          | B. Moffitt                                                                                                                                                                                                                                                    | 0.5 (15) | 122.50   |
| 07/25/02 | Telephone calls with printer.                                                                                                                                                                                                                                 |          |          |
|          | B. Moffitt                                                                                                                                                                                                                                                    | 0.3 (15) | 73.50    |
| 07/25/02 | Reviewed file documents as requested by B. Moffitt regarding identification and retrieval of documents outlining chronology of parties' respective positions concerning WR Grace's 1999 motion to enforce the 1990 settlement agreement regarding preparation of reply appellate brief. |          |          |
|          | S. Parker                                                                                                                                                                                                                                                     | 2.8 (15) | 252.00   |
| 07/25/02 | Worked with B. Moffitt regarding appendix of unreported decisions to WR Grace's initial appellate brief regarding transmittal to printer.                                                                                                                     |          |          |
|          | S. Parker                                                                                                                                                                                                                                                     | 0.3 (15) | 27.00    |
| 07/25/02 | Work with M. Waller regarding ISYS search regarding clarification of information in joint appendix exhibit regarding preparation of reply appellate brief.                                                                                                     |          |          |
|          | S. Parker                                                                                                                                                                                                                                                     | 0.4 (15) | 36.00    |
| 07/26/02 | Follow up regarding briefing of issues.                                                                                                                                                                                                                       |          |          |
|          | A. Marchetta                                                                                                                                                                                                                                                  | 0.3 (15) | 123.00   |
| 07/26/02 | Working with M. Moffitt and D. Buerrosse regarding final review of initial brief and finalizing same for service on August 9.                                                                                                                                 |          |          |
|          | M. Waller                                                                                                                                                                                                                                                     | 0.6 (15) | 168.00   |
| 07/26/02 | Drafting reply brief in response to CNA opposition regarding illegality of contract, public policy considerations, and intent of parties as reflected in contract.                                                                                            |          |          |
|          | M. Waller                                                                                                                                                                                                                                                     | 2.4 (15) | 672.00   |
| 07/26/02 | Follow up with B. Moffitt and K. Helmer regarding page/word limits for brief.                                                                                                                                                                                 |          |          |
|          | M. Waller                                                                                                                                                                                                                                                     | 0.1 (15) | 28.00    |
| 07/26/02 | Drafting argument for reply brief regarding duty to defend and self-insurance issues                                                                                                                                                                          |          |          |
|          | K. Helmer                                                                                                                                                                                                                                                     | 6.8 (15) | 1,768.00 |
| 07/26/02 | Cross checked references in brief to Joint Appendix.                                                                                                                                                                                                          |          |          |
|          | D. Buerrosse                                                                                                                                                                                                                                                  | 1.2 (15) | 186.00   |
| 07/26/02 | Working with M. Waller and B. Moffitt to discuss cross checking of brief with Joint Appendix.                                                                                                                                                                 |          |          |

26