| | | | |
|---|---|---|---|
| | D. Buerrosse | 0.6 (15) | 93.00 |
| 07/26/02 | Telephone call with printer regarding same.<br>B. Moffitt | 0.1 (15) | 24.50 |
| 07/26/02 | Preparation of facsimile to printer regarding revisions to initial brief.<br>B. Moffitt | 0.2 (15) | 49.00 |
| 07/26/02 | Work with M. Waller, K. Helmer and D. Buerrosse regarding finalizing initial brief.<br>B. Moffitt | 0.6 (15) | 147.00 |
| 07/27/02 | Work with K. Helmer regarding choice of law argument and finalizing "self-insurance"/1990 Settlement Agreement argument.<br>M. Waller | 0.5 (15) | 140.00 |
| 07/27/02 | Work with K. Helmer and D. Soutar regarding brief point refuting CNA's de novo review argument and finalizing same.<br>M. Waller | 0.3 (15) | 84.00 |
| 07/27/02 | Outlining preliminary statement<br>M. Waller | 0.7 (15) | 196.00 |
| 07/27/02 | Reviewing and revising appellate reply brief points regarding self-insurance arguments and section 46<br>M. Waller | 1.4 (15) | 392.00 |
| 07/27/02 | Reviewing and preparing comments to brief point regarding de novo review prepared by D. Soutar.<br>M. Waller | 0.6 (15) | 168.00 |
| 07/27/02 | Review and revise first three points of reply brief.<br>K. Helmer | 2.5 (15) | 650.00 |
| 07/27/02 | Review updated de novo review argument and revise same<br>K. Helmer | 2.3 (15) | 598.00 |
| 07/27/02 | Performed additional research to supplement revisions to brief point regarding de novo review.<br>D. Soutar | 0.9 (15) | 162.00 |
| 07/28/02 | Review revised brief point regarding de novo review and memo from K. Helmer regarding same.<br>M. Waller | 0.4 (15) | 112.00 |
| 07/28/02 | Drafting additions and revisions to brief point.<br>M. Waller | 0.3 (15) | 84.00 |
| 07/28/02 | Telephone conference with K. Helmer regarding revisions to reply brief and | | |

27

|  |  |  |  |
|--|--|--|--|
| | brief point regarding de novo review<br>M. Waller | 0.4 (15) | 112.00 |
| 07/28/02 | Drafting additions and revisions to reply brief and drafting preliminary statement.<br>M. Waller | 2.7 (15) | 756.00 |
| 07/28/02 | Working with B. Moffitt regarding format, citations, and revisions to brief point.<br>M. Waller | 0.9 (15) | 252.00 |
| 07/28/02 | Work with M. Waller regarding same.<br>B. Moffitt | 0.9 (15) | 220.50 |
| 07/28/02 | Supplementation of reply brief with additional factual and legal citations and revise brief regarding same.<br>B. Moffitt | 2.5 (15) | 612.50 |
| 07/29/02 | Working with B. Moffitt regarding additions and revisions to reply appellate brief, conforming citations, and preparation of table of authorities, formatting, and substance and citation check by D. Buerrosse.<br>M. Waller | 1.4 (15) | 392.00 |
| 07/29/02 | Working with D. Buerrosse and B. Moffitt regarding preparation of table of authorities and checking citations and quotes, and review memo from D. Buerrosse regarding same.<br>M. Waller | 0.8 (15) | 224.00 |
| 07/29/02 | Review letter and exhibits from Echo Appellate Press regarding conforming filed set of Joint Appendix.<br>M. Waller | 0.1 (15) | 28.00 |
| 07/29/02 | Drafting additions and revisions to appellate reply brief and drafting preliminary statement and summary of argument.<br>M. Waller | 4.4 (15) | 1,232.00 |
| 07/29/02 | Working with M. Waller and B. Moffitt regarding same and Table of Authorities.<br>D. Buerrosse | 0.8 (15) | 124.00 |
| 07/29/02 | Telephone call with printer regarding finalization of initial brief.<br>B. Moffitt | 0.1 (15) | 24.50 |
| 07/29/02 | Work with M. Waller and D. Buerrosse regarding conforming legal and factual citations in reply brief.<br>B. Moffitt | 0.8 (15) | 196.00 |
| 07/29/02 | Shepardized citations in brief; checked citations to verify accuracy with case law. | | |

28

|  |  |  |  |
|--|--|--|--|
|  | D. Buerrosse | 1.3 (15) | 201.50 |

| 07/30/02 | Work with M. Waller regarding briefing and draft; follow up regarding draft. | | |
|--|--|--|--|
|  | A. Marchetta | 0.7 (15) | 287.00 |

| 07/30/02 | Review memorandum from S. Parker regarding review of same. | | |
|--|--|--|--|
|  | M. Waller | 0.1 (15) | 28.00 |

| 07/30/02 | Follow up with A. Marchetta regarding draft briefing and revisions to same. | | |
|--|--|--|--|
|  | M. Waller | 0.7 (15) | 196.00 |

| 07/30/02 | Drafting additions and revisions to reply brief with B. Moffitt. | | |
|--|--|--|--|
|  | M. Waller | 5.7 (15) | 1,596.00 |

| 07/30/02 | Working with B. Moffitt and D. Buerrosse regarding check of citations, additional research to finalize arguments, and formatting. | | |
|--|--|--|--|
|  | M. Waller | 0.8 (15) | 224.00 |

| 07/30/02 | Review final drafts of redacted and unredacted versions of initial brief and work with B. Moffitt to finalize appendix of unreported decisions. | | |
|--|--|--|--|
|  | M. Waller | 0.3 (15) | 84.00 |

| 07/30/02 | Continuing to draft preliminary statement and summary of the argument. | | |
|--|--|--|--|
|  | M. Waller | 1.4 (15) | 392.00 |

| 07/30/02 | Prepare summary of argument for inclusion in preliminary statement and review and revise reply brief. | | |
|--|--|--|--|
|  | K. Helmer | 5.3 (15) | 1,378.00 |

| 07/30/02 | Working with M. Waller and B. Moffitt regarding brief format. | | |
|--|--|--|--|
|  | D. Buerrosse | 0.8 (15) | 124.00 |

| 07/30/02 | Work with M. Waller regarding further drafting and revision of reply appellate brief. | | |
|--|--|--|--|
|  | B. Moffitt | 5.7 (15) | 1,396.50 |

| 07/30/02 | Work with M. Waller and D. Buerrosse regarding supplementing reply brief with additional factual and legal citation and review joint appendix regarding same. | | |
|--|--|--|--|
|  | B. Moffitt | 0.8 (15) | 196.00 |

| 07/30/02 | Work with M. Waller regarding review and finalization of unredacted and redacted versions of initial appellate brief and appendix of unreported decisions. | | |
|--|--|--|--|
|  | B. Moffitt | 0.3 (15) | 73.50 |

| 07/30/02 | Begin preparation of motion to file over length reply brief. | | |
|--|--|--|--|
|  | B. Moffitt | 0.3 (15) | 73.50 |

959934A01111102

| 07/30/02 | Attention to reply brief, including reviewing case citations in reply brief and verified accuracy.<br>D. Buerrosse | 4.1 (15) | 635.50 |
|---|---|---|---|
| 07/30/02 | Attention to reply brief, including revising table of authorities.<br>D. Buerrosse | 1.1 (15) | 170.50 |
| 07/30/02 | Attention to reply brief, including researching miscellaneous issues.<br>D. Buerrosse | 1.3 (15) | 201.50 |
| 07/30/02 | Reviewed file documents as requested by B. Moffitt regarding identification and retrieval of documents needed to prepare motion for overlength brief.<br>S. Parker | 0.4 (15) | 36.00 |
| 07/30/02 | Compared file copy of appendix of unreported decisions to final version received from printer as requested by B. Moffitt regarding confirmation of completeness.<br>S. Parker | 0.7 (15) | 63.00 |
| 07/31/02 | Working with B. Moffitt regarding follow up with printer regarding finalizing initial brief, signature pages, and certifications.<br>M. Waller | 1.1 (15) | 308.00 |
| 07/31/02 | Work with A. Marchetta regarding comments and schedule to finalize reply appellate brief.<br>M. Waller | 0.1 (15) | 28.00 |
| 07/31/02 | Draft additional edits to final version of reply brief.<br>M. Waller | 0.3 (15) | 84.00 |
| 07/31/02 | Review draft reply brief and prepare comments.<br>A. Marchetta | 1.0 (15) | 410.00 |
| 07/31/02 | E-mail and telephone calls with printer regarding reply brief.<br>B. Moffitt | 0.2 (15) | 49.00 |
| 07/31/02 | Work with M. Waller regarding finalizing reply brief with printer.<br>B. Moffitt | 1.1 (15) | 269.50 |
| 07/31/02 | Review updated version of Initial Brief and revise same prior to printing.<br>B. Moffitt | 0.9 (15) | 220.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.20 (15) | 410.00 | 1,312.00 |

959934A01111102

| | | | |
|---|---|---|---|
| M. Waller | 115.20 (15) | 280.00 | 32,256.00 |
| K. Helmer | 75.60 (15) | 260.00 | 19,656.00 |
| D. Buerrosse | 16.40 (15) | 155.00 | 2,542.00 |
| K. Lewis | 24.40 (15) | 195.00 | 4,758.00 |
| B. Moffitt | 42.70 (15) | 245.00 | 10,461.50 |
| D. Soutar | 16.20 (15) | 180.00 | 2,916.00 |
| D. Florence | 0.80 (15) | 90.00 | 72.00 |
| S. Parker | 9.40 (15) | 90.00 | 846.00 |
| TOTALS | 303.90 (15) | | 74,819.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| | | | |
|---|---|---|---|
| 07/01/02 | Review motion and forward to client; telephone call from USG counsel regarding handling same. | | |
| | A. Marchetta | 0.4 (15) | 164.00 |
| 07/01/02 | Review motion and forward to client; telephone call from USG counsel regarding handling same | | |
| | A. Marchetta | 0.4 (15) | 164.00 |
| 07/22/02 | Review and forward USG response. | | |
| | A. Marchetta | 0.3 (15) | 123.00 |
| 07/25/02 | Review and forward Prudential's reply brief. | | |
| | A. Marchetta | 0.9 (15) | 369.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.00 (15) | 410.00 | 820.00 |
| TOTALS | 2.00 (15) | | 820.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

959934A01111102

| 06/25/02 | E-mails regarding rent checks and follow up regarding complaint. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (03) | 123.00 |

| 06/25/02 | Review materials from client and work with J. Scordo regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (03) | 205.00 |

| 06/25/02 | Work with A. Marchetta and A. Chan on upcoming tasks for filing complaint in new matter. | | |
|---|---|---|---|
| | J. Scordo | 0.5 (03) | 135.00 |

| 07/01/02 | Telephone call to client and work with J. Scordo regarding filing suit. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 (03) | 82.00 |

| 07/01/02 | Work with A. Marchetta on issues regarding upcoming filing of complaint and declaration of default. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (03) | 54.00 |

| 07/01/02 | Work with J. Scordo and A. Marchetta regarding action against tenant. | | |
|---|---|---|---|
| | A. Chan | 0.1 (03) | 24.00 |

| 07/01/02 | Review case file materials regarding same. | | |
|---|---|---|---|
| | A. Chan | 0.2 (03) | 48.00 |

| 07/02/02 | Telephone call with client regarding instituting suit. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (03) | 123.00 |

| 07/02/02 | Conference call with V. Finkelstein and A. Marchetta. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (03) | 54.00 |

| 07/03/02 | Review case file materials to prepare notice letter to tenant and work with J. Scordo regarding same. | | |
|---|---|---|---|
| | A. Chan | 0.8 (03) | 192.00 |

| 07/09/02 | Telephone conference with B. Benjamin regarding issues in case. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (03) | 123.00 |

| 07/09/02 | Revise default letter. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (03) | 27.00 |

| 07/09/02 | Work with A. Chan on upcoming complaint. | | |
|---|---|---|---|
| | J. Scordo | 0.3 (03) | 81.00 |

| 07/09/02 | Draft Notice of Petition and Petition to recover possession of real property from Tahari and conference with A. Marchetta regarding same. | | |
|---|---|---|---|
| | B. Benjamin | 2.7 (03) | 769.50 |

| 07/09/02 | Work with J. Scordo and B. Benjamin regarding notice letter and draft complaint; work on revisions to same. | | |
|---|---|---|---|

32

|            |                                                                                                                                                                                 | A. Chan | 0.7 (03) | 168.00 |

| 07/10/02 | Telephone call from attorney regarding notice. | | | |
| | A. Marchetta | 0.3 (03) | 123.00 |

| 07/10/02 | Telephone call to client and follow up regarding complaint. | | | |
| | A. Marchetta | 0.3 (03) | 123.00 |

| 07/10/02 | Draft and revise Notice of Petition and Petition against Tahari Ltd. for possession and money judgment. | | | |
| | B. Benjamin | 2.1 (03) | 598.50 |

| 07/10/02 | Legal research regarding action for both possession of premises and amounts past due and owing, seeking unpaid rent and other recoverable claims in a non-payment/possessory action in New York. | | | |
| | B. Benjamin | 3.7 (03) | 1,054.50 |

| 07/10/02 | Work with J. Scordo and B. Benjamin regarding filing petition. | | | |
| | A. Chan | 0.2 (03) | 48.00 |

| 07/11/02 | Research concerning applicability of non-payment and holdover provisions of New York's R.P.A.P.L. | | | |
| | M. Lewis | 1.0 (03) | 240.00 |

| 07/11/02 | Assist in conforming Non-payment Petition and Notice of Petition to satisfy statutory and jurisdictional requirements. | | | |
| | M. Lewis | 0.5 (03) | 120.00 |

| 07/12/02 | Revise Notice of Petition and Petition against Tahari Ltd. | | | |
| | B. Benjamin | 0.8 (03) | 228.00 |

| 07/12/02 | Work with B. Benjamin regarding petition/review e-mail and draft petition/review case file materials regarding same. | | | |
| | A. Chan | 0.4 (03) | 96.00 |

| 07/12/02 | Legal research regarding type of 3-day notice to serve in non-payment proceeding. | | | |
| | B. Benjamin | 1.8 (03) | 513.00 |

| 07/12/02 | Draft 3-day notice to Tahari. | | | |
| | B. Benjamin | 0.7 (03) | 199.50 |

| 07/16/02 | Telephone call with B. Benjamin. | | | |
| | J. Scordo | 0.4 (03) | 108.00 |

| 07/16/02 | E-mail to A. Nagy and V. Finkelstein. | | | |
| | J. Scordo | 0.3 (03) | 81.00 |

| 07/16/02 | Review and revise complaint. | | | |

959934A01111102

|            | J. Scordo | 0.3 (03) | 81.00 |

| 07/16/02 | Review/revise Petition per J. Scordo.<br>B. Benjamin | 0.3 (03) | 85.50 |

| 07/17/02 | Conference call with A. Nagy and V. Finkelstein regarding complaint.<br>J. Scordo | 0.2 (03) | 54.00 |

| 07/17/02 | E-mail to L. Heller on default information.<br>J. Scordo | 0.1 (03) | 27.00 |

| 07/17/02 | Review and revise complaint.<br>J. Scordo | 0.6 (03) | 162.00 |

| 07/18/02 | Work with A. Chan on issues with respect to default and Grace's failure to increase rent invoices.<br>J. Scordo | 0.4 (03) | 108.00 |

| 07/18/02 | Work with J. Scordo and B. Benjamin regarding revisions to petition.<br>A. Chan | 0.5 (03) | 120.00 |

| 07/18/02 | Work with client regarding rental arrearages.<br>A. Chan | 0.3 (03) | 72.00 |

| 07/18/02 | Review case file and client documents regarding calculation of arrearages and interest due.<br>A. Chan | 1.0 (03) | 240.00 |

| 07/18/02 | Calculate/break down rental arrearages and revisions to petition regarding same.<br>A. Chan | 0.3 (03) | 72.00 |

| 07/18/02 | Review sublease agreement regarding waiver issues; work with client regarding rent calculations.<br>A. Chan | 0.2 (03) | 48.00 |

| 07/19/02 | Research regarding proper parties to execute 3 day notice, petition and notice of petition.<br>B. Benjamin | 0.5 (03) | 142.50 |

| 07/19/02 | Work with J. Scordo and client regarding calculations of rent arrearages; attention to file regarding same.<br>A. Chan | 0.4 (03) | 96.00 |

| 07/19/02 | Draft/revise 3 day notice.<br>B. Benjamin | 0.2 (03) | 57.00 |

| 07/19/02 | Research regarding required service procedures – service of 3 day notice, notice of petition and petition, service on unknown/named under-tenants, |

34

|            |                                                                                                                                                                  |          |        |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            | etc.                                                                                                                                                              |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.6 (03) | 171.00 |
| 07/22/02   | Follow up regarding notice on lease, default and complaint.                                                                                                       |          |        |
|            | A. Marchetta                                                                                                                                                      | 0.4 (03) | 164.00 |
| 07/22/02   | Review Sublease regarding necessary parties to serve with 3 day notice and Petition pursuant to Sublease; Revise/Finalize 3 day notice.                           |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.5 (03) | 142.50 |
| 07/22/02   | Telephone conference with Process Server regarding service of 3 day notice.                                                                                       |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.2 (03) | 57.00  |
| 07/22/02   | Draft letter to process server re service of 3 day notice, parties to serve, method of service.                                                                  |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.2 (03) | 57.00  |
| 07/22/02   | Work with B. Benjamin regarding three day notice letter.                                                                                                          |          |        |
|            | A. Chan                                                                                                                                                           | 0.1 (03) | 24.00  |
| 07/23/02   | Work with A. Marchetta regarding notice letter to tenants.                                                                                                        |          |        |
|            | J. Scordo                                                                                                                                                         | 0.4 (03) | 108.00 |
| 07/24/02   | Telephone calls regarding communication with defendant's attorney and follow up with client and J. Scordo regarding same.                                        |          |        |
|            | A. Marchetta                                                                                                                                                      | 0.6 (03) | 246.00 |
| 07/24/02   | Work with A. Marchetta on issues regarding complaint and telephone call with V. Finkelstein.                                                                      |          |        |
|            | J. Scordo                                                                                                                                                         | 0.3 (03) | 81.00  |
| 07/26/02   | E-mails and follow up regarding notice letter and call from tenant's attorney.                                                                                    |          |        |
|            | A. Marchetta                                                                                                                                                      | 0.2 (03) | 82.00  |
| 07/26/02   | Telephone calls and e-mails regarding stipulations.                                                                                                               |          |        |
|            | A. Marchetta                                                                                                                                                      | 0.2 (03) | 82.00  |
| 07/30/02   | Work with A. Marchetta; telephone call with B. Benjamin on status and filing of complaint.                                                                        |          |        |
|            | J. Scordo                                                                                                                                                         | 0.2 (03) | 54.00  |
| 07/31/02   | Review affidavit of service and filing receipts regarding service of 3 day notice.                                                                               |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.3 (03) | 85.50  |
| 07/31/02   | Telephone conference with J. Golub regarding service of 3 day notice.                                                                                             |          |        |
|            | B. Benjamin                                                                                                                                                       | 0.3 (03) | 85.50  |

959934A01111102

07/31/02          Revise/finalize Notice of Petition and Petition regarding service on Tahari.
                  B. Benjamin                              0.5 (03)              142.50

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 3.60 (03) | 410.00 | 1,476.00 |
| J. Scordo | | 4.50 (03) | 270.00 | 1,215.00 |
| B. Benjamin | | 15.40 (03) | 285.00 | 4,389.00 |
| A. Chan | | 5.20 (03) | 240.00 | 1,248.00 |
| M. Lewis | | 1.50 (03) | 240.00 | 360.00 |
| | TOTALS | 30.20 (03) | | 8,688.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

07/15/02          Update the case file, pleading board and database.
                  D. Florence                              1.0 (05)               90.00

07/29/02          Correspondence to N. Alt regarding order modifying Grace's claim based
                  upon payment by co-defendant.
                  S. Zuber                                 0.2 (05)               59.00

07/29/02          Update the case file, pleading board, database and orders binder.
                  D. Florence                              1.5 (05)              135.00

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.20 (05) | 295.00 | 59.00 |
| D. Florence | | 2.50 (05) | 90.00 | 225.00 |
| | TOTALS | 2.70 (05) | | 284.00 |

959934A01111102

Client: 082910 W.R. GRACE & CO.
Matter: 062455 Channel Home Centers

| 05/08/02 | Review file and telephone conference with Wynn regarding Jerico, New York lease and e-mail Finkelstein. | | |
|---|---|---|---|
| | L. Reilly | 0.3 (04) | 100.50 |
| 05/09/02 | Send Jerico, NY lease amendment to Finkelstein. | | |
| | L. Reilly | 0.1 (04) | 33.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 0.40 (04) | 335.00 | 134.00 |
| TOTALS | 0.40 (04) | | 134.00 |

## FEES FOR THE FEE PERIOD AUGUST 1, 2002 THROUGH AUGUST 31, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 08/01/02 | Receipt and review of Fee Auditor's final report regarding Pitney, Hardin's Fourth Interim Quarterly Fee Application. | | |
|---|---|---|---|
| | S. Zuber | 0.3 (11) | 88.50 |
| 08/05/02 | Telephone conference with S. Zuber regarding hearings on fee applications. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/05/02 | Reviewed final report from Fee Auditor regarding January - March 2002 Fee Application. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/05/02 | Placed call to D. Carickhoff regarding hearing for August 26, 2002. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/05/02 | Reviewed and updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/06/02 | Revised June 2002 Fee Application. | | |
| | K. Jasket | 0.2 (11) | 31.00 |

959934A01111102

| 08/06/02 | Began drafting Quarterly Fee Application for April – June 2002. | | |
| | K. Jasket | 0.9 (11) | 139.50 |
| 08/06/02 | Telephone conference with D. Carickhoff regarding April 26th hearing. | | |
| | K. Jasket | 0.1 (11) | 15.50 |
| 08/07/02 | Attention to possible response to Fee Auditors Final Report regarding PHK&S's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.2 (11) | 59.00 |
| 08/08/02 | Revised June 2002 Fee Application.  Updated docket. | | |
| | K. Jasket | 1.0 (11) | 155.00 |
| 08/08/02 | Drafted Quarterly Fee Application for April - June 2002. | | |
| | K. Jasket | 1.8 (11) | 279.00 |
| 08/09/02 | Drafted Quarterly Fee Application for April - June 2002.  Forwarded to S. Zuber for review. | | |
| | K. Jasket | 2.0 (11) | 310.00 |
| 08/13/02 | Attention to filing June 2002 fee application. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 08/16/02 | Revised Quarterly Fee Application for April - June 2002. | | |
| | K. Jasket | 1.5 (11) | 232.50 |
| 08/19/02 | Revised Quarterly Fee Application for April - June 2002. | | |
| | K. Jasket | 2.7 (11) | 418.50 |
| 08/20/02 | Review Agenda of Matters Scheduled for August 26, 2002. | | |
| | S. Zuber | 0.3 (11) | 88.50 |
| 08/21/02 | Emailed D. Carickhoff regarding Notice of Agenda for hearing on August 26, 2002.  Forwarded Agenda to A. Marchetta. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/21/02 | Revised Quarterly Fee Application for April - June 2002. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/22/02 | Review information regarding court hearing regarding fourth quarterly application; conference with S. Zuber regarding same. | | |
| | A. Marchetta | 0.6 (4) | 246.00 |
| 08/22/02 | Work with A. Marchetta to prepare for hearing on PHK&S's Fourth Interim Quarterly Fee Application. | | |
| | S. Zuber | 0.5 (11) | 147.50 |
| 08/23/02 | Updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |

38

| 08/23/02 | Revised Quarterly Fee Application for April – June 2002. | | |
| | K. Jasket | 2.3 (11) | 356.50 |
| 08/25/02 | Revised Quarterly Fee Application for April – June 2002. | | |
| | K. Jasket | 1.9 (11) | 294.50 |
| 08/26/02 | Attend court hearing and follow up with client regarding same. | | |
| | A. Marchetta | 8.5 (4) | 3,485.00 |
| 08/26/02 | Revised Quarterly Fee Application for April - June 2002.  Forwarded to A. Marchetta for signature. | | |
| | K. Jasket | 1.8 (11) | 279.00 |
| 08/26/02 | Updated docket. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/27/02 | Meeting with A. Marchetta regarding Judge's ruling on PHK&S's Fourth Interim Fee Application and categories to be used for future applications. | | |
| | S. Zuber | 0.5 (4) | 147.50 |
| 08/27/02 | Work with K. Jasket and S. Zuber regarding billing codes. | | |
| | A. Marchetta | 0.5 (4) | 205.00 |
| 08/27/02 | Conferred with A. Marchetta and S. Zuber regarding August 26th hearing and fee applications. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 08/27/02 | Reviewed correspondence from Fee Auditor regarding billing categories and conference with A. Marchetta regarding same. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 08/29/02 | Work with K. Jasket regarding summaries on billings and follow up regarding same. | | |
| | A. Marchetta | 0.7 (4) | 287.00 |
| 08/30/02 | Work on categorization of invoices. | | |
| | A. Marchetta | 0.4 (4) | 164.00 |
| 08/30/02 | Work with D. Patel to re-categorize prior fee applications for submission to the Fee Auditor. | | |
| | K. Jasket | 0.4 (11) | 62.00 |
| 08/30/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 4.1 (11) | 451.00 |
| 8/30/02 | Meet with K. Jasket to discuss categories. | | |
| | D. Patel | 0.4 (11) | 44.00 |

959934A01111102

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 10.70 (4) | 410.00 | 4,387.00 |
| S. Zuber | 0.50 (4) | 295.00 | 147.50 |
| S. Zuber | 1.30 (11) | 295.00 | 383.50 |
| K. Jasket | 18.90 (11) | 155.00 | 2,929.50 |
| D. Patel | 4.50 (11) | 110.00 | 495.00 |

| | TOTALS | Hours | | Dollars |
|---|---|---|---|---|
| | | 24.70 (11) | | 8,342.50 |
| | | 11.20 (4) | | |
| | | 35.90 | | |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | | |
|---|---|---|---|---|
| 08/08/02 | Review file for information needed and status and draft e-mail to summarize same. | | | |
| | J. Scordo | | 0.2 (4) | 54.00 |
| 08/22/02 | Review and organize prior e-mails. | | | |
| | J. Scordo | | 0.2 (15) | 54.00 |
| 08/28/02 | Review file to obtain status and lengthy correspondence. | | | |
| | J. Scordo | | 0.1 (15) | 27.00 |
| 08/28/02 | Draft letter to all counsel. | | | |
| | J. Scordo | | 0.2 (15) | 54.00 |
| 08/29/02 | Conference with J. Scordo and client regarding settlement. | | | |
| | A. Marchetta | | 0.2 (4) | 82.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 (4) | 410.00 | 82.00 |
| J. Scordo | 0.20 (4) | 270.00 | 54.00 |
| J. Scordo | 0.50 (15) | 270.00 | 135.00 |

40

TOTALS   0.40 (4)                                    271.00
         0.50 (15)
         0.90

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 08/01/02 | Work on appeal brief; revise same.<br>A. Marchetta | 1.9 (4) | 779.00 |
|---|---|---|---|
| 08/01/02 | Finalizing final version of reply brief.<br>M. Waller | 1.7 (15) | 476.00 |
| 08/01/02 | Working with B. Moffitt regarding filing of briefs in final form, executing certifications, and working with printer regarding same.<br>M. Waller | 1.0 (15) | 280.00 |
| 08/01/02 | Work with M. Waller regarding finalization of Grace's Initial Brief.<br>B. Moffitt | 0.6 (15) | 147.00 |
| 08/01/02 | Telephone calls with Court and printer regarding Grace's Initial Brief.<br>B. Moffitt | 0.3 (15) | 73.50 |
| 08/01/02 | E-mail to M. Waller and printer regarding Grace's Initial Brief.<br>B. Moffitt | 0.1 (15) | 24.50 |
| 08/02/02 | Work on brief changes.<br>A. Marchetta | 0.7 (4) | 287.00 |
| 08/02/02 | Letter to R. Beber and D. Siegel forwarding final draft of brief for review and comment.<br>M. Waller | 0.1 (15) | 28.00 |
| 08/03/02 | Work on issues regarding brief.<br>A. Marchetta | 0.3 (4) | 123.00 |
| 08/05/02 | Work on conclusions to brief.<br>A. Marchetta | 0.6 (4) | 246.00 |
| 08/05/02 | Drafting additions and revisions to reply brief and drafting itemized conclusion.<br>M. Waller | 2.3 (15) | 644.00 |
| 08/05/02 | Working with B. Moffitt regarding signing final brief, review of final draft, and service.<br>M. Waller | 0.5 (15) | 140.00 |
| 08/05/02 | Conferring with A. Marchetta regarding revisions to and itemization of | | |

|  |  |  |  |
|---|---|---|---|
|  | conclusion and discuss status of printing of final brief with B. Moffitt. | | |
|  | M. Waller | 0.5 (15) | 140.00 |
| 08/05/02 | Revised Table of Authorities in Reply Brief. | | |
|  | D. Buerrose | 0.2 (15) | 31.00 |
| 08/05/02 | Work with M. Waller regarding finalizing reply brief. | | |
|  | B. Moffitt | 0.8 (15) | 196.00 |
| 08/05/02 | Telephone calls and correspondence with printer regarding reply brief. | | |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 08/05/02 | Confer with A. Marchetta and M. Waller regarding conclusion section of brief. | | |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 08/07/02 | Drafting additions and revisions to brief, including itemized conclusion. | | |
|  | M. Waller | 3.2 (15) | 896.00 |
| 08/07/02 | Working with D. Buerrose regarding additional citations in brief. | | |
|  | M. Waller | 0.6 (15) | 168.00 |
| 08/07/02 | Working with B. Moffitt to finalize motion for overlength brief and draft additions and revisions to same. | | |
|  | M. Waller | 1.6 (15) | 448.00 |
| 08/07/02 | Work with B. Moffitt regarding finalizing reply brief, waiting comments from client, additional revisions, motion for overlength brief. | | |
|  | M. Waller | 0.3 (15) | 84.00 |
| 08/07/02 | Worked on citations and final revisions in reply brief in preparation for submission. | | |
|  | D. Buerrose | 3.0 (15) | 465.00 |
| 08/07/02 | Work with M. Waller and D. Buerrose regarding preparation of motion for leave to file overlength reply and finalization of reply brief. | | |
|  | B. Moffitt | 4.6 (15) | 1,127.00 |
| 08/08/02 | Work on brief and conclusions. | | |
|  | A. Marchetta | 1.2 (4) | 492.00 |
| 08/08/02 | Working with B. Moffitt regarding motion for overlength brief and cover letters to Echo appellate for service with final form of brief. | | |
|  | M. Waller | 1.8 (15) | 504.00 |
| 08/08/02 | Follow up with S. Parker regarding redaction of brief pages to comply with protective orders. | | |
|  | M. Waller | 0.3 (15) | 84.00 |

42

| 08/08/02 | Reviewing memos from B. Moffitt to appellate printers regarding form, printing and service of briefs. | | |
| | M. Waller | 0.3 (15) | 84.00 |

| 08/08/02 | Finalize itemized conclusion per comments by A. Marchetta and working with printer regarding same. | | |
| | M. Waller | 0.8 (15) | 224.00 |

| 08/08/02 | Checked citations and made final revisions to reply brief and prepared for submission to court. | | |
| | D. Buerrose | 3.5 (15) | 542.50 |

| 08/08/02 | Work with M. Waller regarding continued preparation of reply brief and motion for overlength brief. | | |
| | B. Moffitt | 3.8 (15) | 931.00 |

| 08/08/02 | Preparation of filing letter and letter forwarding papers to printer. | | |
| | B. Moffitt | 0.4 (15) | 98.00 |

| 08/09/02 | Work on final issues in brief. | | |
| | A. Marchetta | 0.9 (4) | 369.00 |

| 08/09/02 | Final revisions to appellate brief and work with printer regarding same. | | |
| | M. Waller | 0.8 (15) | 224.00 |

| 08/09/02 | Final revisions to affidavit in support of overlength brief and work with printer regarding same to file and serve with brief. | | |
| | M. Waller | 0.8 (15) | 224.00 |

| 08/12/02 | Review final versions of opposition brief as served by CNA counsel and initial and reply briefs by Grace as received from printer. | | |
| | M. Waller | 0.2 (15) | 56.00 |

| 08/12/02 | Follow up with A. Marchetta regarding service of final versions of opposition brief by CNA and Grace's initial and reply briefs and forwarding same to client. | | |
| | M. Waller | 0.2 (15) | 56.00 |

| 08/12/02 | Confer with B. Moffitt regarding confirmation of service of all briefs on Second Circuit with motion for leave to file overlength brief. | | |
| | M. Waller | 0.2 (15) | 56.00 |

| 08/12/02 | Worked with M. Waller regarding transmittal of parties' appellate briefs to client. | | |
| | S. Parker | 0.3 (4) | 27.00 |

| 08/12/02 | Update the case file, pleading board and letters of submission index. | | |
| | D. Florence | 2.3 (4) | 207.00 |

| Date | Description | | |
|---|---|---|---|
| 08/16/02 | Organize various appellate brief versions and update the case file accordingly.<br>D. Florence | 1.3 (4) | 117.00 |
| 08/20/02 | Review opposition by CNA to Grace's motion for overlength brief.<br>M. Waller | 0.4 (15) | 112.00 |
| 08/20/02 | Working with B. Moffitt to prepare reply affidavit to CNA's opposition to Grace's motion for overlength brief.<br>M. Waller | 0.8 (15) | 224.00 |
| 08/20/02 | Preparation of reply papers in further support of motion for leave to file overlength reply brief.<br>B. Moffitt | 4.3 (15) | 1,053.50 |
| 08/20/02 | Work with M. Waller regarding preparation of reply papers in further support of motion for leave to file overlength reply brief.<br>B. Moffitt | 0.8 (15) | 196.00 |
| 08/20/02 | Telephone call to Second Circuit case manager regarding reply papers in further support of motion for leave to file overlength reply brief.<br>B. Moffitt | 0.1 (15) | 24.50 |
| 08/21/02 | Review information regarding objections to over length brief and work on same.<br>A. Marchetta | 0.5 (4) | 205.00 |
| 08/21/02 | Prepare outline of response to CNA's opposition to motion for overlength brief.<br>M. Waller | 0.9 (15) | 252.00 |
| 08/21/02 | Follow up with B. Moffitt regarding response to CNA's opposition to motion for overlength brief.<br>M. Waller | 0.3 (15) | 84.00 |
| 08/21/02 | Work with A. Marchetta regarding response to CNA's opposition to motion for overlength brief.<br>M. Waller | 0.2 (15) | 56.00 |
| 08/21/02 | Work with M. Waller regarding affidavit in further support of motion for leave to file overlength reply brief.<br>B. Moffitt | 0.4 (15) | 98.00 |
| 08/21/02 | Word by word comparison of CNA's appellate brief to scanned version as requested by B. Moffitt regarding confirmation of completeness regarding preparation of affidavit.<br>S. Parker | 4.7 (4) | 423.00 |
| 08/22/02 | Review objections response on over length brief. | | |

44

|  |  |  |  |
|---|---|---|---|
| | A. Marchetta | 0.3 (4) | 123.00 |

08/22/02    Drafting additions and revisions to draft affidavit in reply to CNA's opposition to motion to file overlength brief.
M. Waller    0.5 (15)    140.00

08/22/02    Working with B. Moffitt regarding revisions to draft affidavit in reply to CNA's opposition to motion to file overlength brief.
M. Waller    0.3 (15)    84.00

08/22/02    Continued preparation of reply papers in further support of motion for leave to file overlength reply brief and work with S. Parker regarding same.
B. Moffitt    5.3 (15)    1,298.50

08/22/02    Worked with B. Moffitt regarding review of parties' appellate briefs and identification of fact cites regarding preparation of certification replying to opposition to overlength brief.
S. Parker    3.1 (4)    279.00

08/23/02    Review and revise submission regarding reply brief.
A. Marchetta    0.5 (4)    205.00

08/23/02    Working with B. Moffitt regarding additions and revisions to affidavit in reply to CNA's opposition to motion for overlength brief.
M. Waller    0.9 (15)    252.00

08/23/02    Working with A. Marchetta regarding revisions to affidavit in reply to CNA's opposition to motion for overlength brief.
M. Waller    0.4 (15)    112.00

08/23/02    Drafting revisions to affidavit in reply to CNA's opposition to motion for overlength brief.
M. Waller    0.6 (15)    168.00

08/23/02    Attended to filing and serving Affidavit of A. Marchetta in Further Support of Motion for Leave to Filer an Overlength Reply Brief.
R. Hirsh    1.5 (4)    322.50

08/23/02    Work with A. Marchetta and M. Waller regarding continued preparation of papers in further support of motion to file overlength brief, including cover letter filing same with Court and certifications of service and compliance.
B. Moffitt    3.1 (15)    759.50

08/29/02    Review scheduling and prepare regarding oral argument.
A. Marchetta    0.2 (4)    82.00

08/29/02    Discussing materials needed to prepare for oral argument with B. Moffitt and follow up with D. Buerrose and S. Parker in connection with same.
M. Waller    0.3 (15)    84.00

959934A01111102

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 7.10 (4) | 410.00 | 2,911.00 |
| M. Waller | 22.80 (15) | 280.00 | 6,384.00 |
| D. Buerrose | 6.70 (15) | 155.00 | 1,038.50 |
| R. Hirsh | 1.50 (4) | 215.00 | 322.50 |
| B. Moffitt | 25.10 (15) | 245.00 | 6,149.50 |
| D. Florence | 3.60 (4) | 90.00 | 324.00 |
| S. Parker | 8.10 (4) | 90.00 | 729.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS | 20.30 (4) | | | 17,858.50 |
| | 54.60 (15) | | | |
| | 74.90 | | | |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 08/01/02 | Follow up with Barry Benjamin regarding service and proceedings. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 (3) | 82.00 |

| 08/02/02 | Work with B. Benjamin regarding case status. | | |
|---|---|---|---|
| | A. Chan | 0.1 (3) | 24.00 |

| 08/05/02 | E-mail to A. Nagy and V. Finkelstein regarding status. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (3) | 54.00 |

| 08/08/02 | Review file for information needed and status and draft e-mail to summarize same. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (3) | 54.00 |

| 08/08/02 | Review defendant's answer and counterclaims. | | |
|---|---|---|---|
| | A. Chan | 0.2 (3) | 48.00 |

| 08/09/02 | E-mails regarding service and counterclaim and summary proceeding. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (3) | 123.00 |

| 08/09/02 | Review answer and confer with A. Chan on defenses raised. | | |
|---|---|---|---|
| | J. Scordo | 0.5 (3) | 135.00 |

| 08/09/02 | Review Defendant's Answer to Petition. | | |

46

|            |                                                                                                                                                                    |         |        |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|--------|
|            | B. Benjamin                                                                                                                                                         | 0.3 (3) | 85.50  |
| 08/09/02   | Work with J. Scordo and B. Benjamin regarding Defendants' Answer and Counterclaim.                                                                                  |         |        |
|            | A. Chan                                                                                                                                                             | 0.2 (3) | 48.00  |
| 08/09/02   | Fax to client regarding Defendants Answer and Counterclaim.                                                                                                         |         |        |
|            | A. Chan                                                                                                                                                             | 0.1 (3) | 24.00  |
| 08/12/02   | Telephone calls regarding trial date, answer to counterclaim and adjustment and telephone calls with client regarding information regarding trial.                  |         |        |
|            | A. Marchetta                                                                                                                                                        | 0.9 (3) | 369.00 |
| 08/12/02   | Review Answer and Counterclaims, and Draft Reply to Counterclaims.                                                                                                  |         |        |
|            | B. Benjamin                                                                                                                                                         | 1.5 (3) | 427.50 |
| 08/12/02   | Work on response to counterclaim/case strategy and call to client regarding reply to counterclaim.                                                                  |         |        |
|            | A. Chan                                                                                                                                                             | 0.4 (3) | 96.00  |
| 08/12/02   | Work with A. Marchetta regarding follow up issues for Thursday's hearing.                                                                                           |         |        |
|            | A. Chan                                                                                                                                                             | 0.1 (3) | 24.00  |
| 08/13/02   | Work with D. Buerrose and client regarding trial preparation.                                                                                                       |         |        |
|            | A. Marchetta                                                                                                                                                        | 0.9 (3) | 369.00 |
| 08/13/02   | Telephone calls with client regarding trial.                                                                                                                        |         |        |
|            | A. Marchetta                                                                                                                                                        | 0.2 (3) | 82.00  |
| 08/13/02   | Review demand for particulars.                                                                                                                                      |         |        |
|            | A. Marchetta                                                                                                                                                        | 0.2 (3) | 82.00  |
| 08/13/02   | Finalize/serve Reply to Counterclaims.                                                                                                                              |         |        |
|            | B. Benjamin                                                                                                                                                         | 0.2 (3) | 57.00  |
| 08/13/02   | Telephone conferences (2) with A. Nagy and A. Marchetta regarding hearing, timing, documents supporting case.                                                       |         |        |
|            | B. Benjamin                                                                                                                                                         | 1.1 (3) | 313.50 |
| 08/13/02   | Telephone conference with Clerk of Court regarding hearing.                                                                                                         |         |        |
|            | B. Benjamin                                                                                                                                                         | 0.2 (3) | 57.00  |
| 08/13/02   | Telephone conference with D. Rozenholc regarding hearing, Demand for Bill of Particulars.                                                                           |         |        |
|            | B. Benjamin                                                                                                                                                         | 0.3 (3) | 85.50  |
| 08/13/02   | Research/analysis regarding Bill of Particulars/Discovery in Summary L/T proceeding.                                                                                |         |        |
|            | B. Benjamin                                                                                                                                                         | 0.3 (3) | 85.50  |

959934A01111102

| 08/13/02 | Review Demand for Bill of Particulars.<br>B. Benjamin | 0.4 (3) | 114.00 |

| 08/14/02 | Trial preparation with B. Benjamin and follow up regarding documents and exhibits necessary at trial.<br>A. Marchetta | 1.3 (3) | 533.00 |

| 08/14/02 | Draft outline of direct examination of A. Nagy; Review Sublease, Assignment and Assumption, Invoices, calculate rent and other obligations owed, etc. regarding preparation for hearing.<br>B. Benjamin | 3.3 (3) | 940.50 |

| 08/14/02 | Work with A. Marchetta in preparation for hearing.<br>B. Benjamin | 1.9 (3) | 541.50 |

| 08/15/02 | Prepare for and court appearance regarding trial call.<br>A. Marchetta | 5.0 (3) | 2,050.00 |

| 08/15/02 | Conference with A. Nagy and A. Marchetta regarding preparation for hearing; Attendance at Hearing<br>B. Benjamin | 3.8 (3) | 1,083.00 |

| 08/16/02 | Telephone call from client and telephone call with B. Benjamin regarding strategy as to Bill of Particulars, petition and settlement.<br>A. Marchetta | 0.8 (3) | 328.00 |

| 08/16/02 | Research/analysis regarding sufficiency of 3 day notice and other notices; Telephone conference with A. Marchetta regarding responding to Demand for Bill of Particulars, Serving Demand for Bill of Particulars<br>B. Benjamin | 1.1 (3) | 313.50 |

| 08/17/02 | Follow up phone calls from client.<br>A. Marchetta | 0.2 (3) | 82.00 |

| 08/19/02 | Telephone call to client and with B. Benjamin regarding papers to be filed and settlement conference.<br>A. Marchetta | 0.5 (3) | 205.00 |

| 08/19/02 | Prepare for settlement conference.<br>A. Marchetta | 0.4 (3) | 164.00 |

| 08/19/02 | Set up settlement agreement.<br>A. Marchetta | 0.3 (3) | 123.00 |

| 08/19/02 | Review e-mail and recently received correspondence.<br>J. Scordo | 0.1 (3) | 27.00 |

| 08/19/02 | Discuss status of matter and recent developments with A. Marchetta. |

48

|            |                                                                                                                                  | J. Scordo     | 0.2 (3) | 54.00    |
|------------|----------------------------------------------------------------------------------------------------------------------------------|---------------|---------|----------|
| 08/19/02   | Review file (including lease) for status of discovery requests and information needed. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.5 (3) | 135.00   |
| 08/19/02   | Draft Bill of Particulars in response to Respondent's Demand and draft Demand for Bill of Particulars to Respondent | | | |
|            |                                                                                                                                  | B. Benjamin   | 3.2 (3) | 912.00   |
| 08/20/02   | Meeting with A. Nagy, A. Marchetta and principals and counsel for Tahari to discuss possible workout on lease default. | | | |
|            |                                                                                                                                  | S. Zuber      | 1.3 (3) | 383.50   |
| 08/20/02   | Prepare for and meeting with client and adversary regarding settlement. | | | |
|            |                                                                                                                                  | A. Marchetta  | 4.0 (3) | 1,640.00 |
| 08/20/02   | Review file and confer with A. Marchetta and A. Nagy on status of settlement. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.5 (3) | 135.00   |
| 08/20/02   | Review bill of particulars and revise same. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.2 (3) | 54.00    |
| 08/21/02   | Telephone calls and forward information regarding settlement. | | | |
|            |                                                                                                                                  | A. Marchetta  | 1.0 (3) | 410.00   |
| 08/22/02   | Review and organize prior e-mails. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.2 (3) | 54.00    |
| 08/22/02   | Revise/finalize Demand for Bill of Particulars; Revise/finalize Bill of Particulars. | | | |
|            |                                                                                                                                  | B. Benjamin   | 0.8 (3) | 228.00   |
| 08/23/02   | Telephone calls with client and adversary regarding settlement; work with J. Scordo regarding discovery. | | | |
|            |                                                                                                                                  | A. Marchetta  | 0.9 (3) | 369.00   |
| 08/23/02   | Review lease to determine confidentiality issues and if it can be produced. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.3 (3) | 81.00    |
| 08/23/02   | Confer with A. Marchetta regarding production of underlying lease. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.2 (3) | 54.00    |
| 08/23/02   | Review files from other matter to obtain form settlement document. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.4 (3) | 108.00   |
| 08/23/02   | Confer with A. Marchetta on settlement. | | | |
|            |                                                                                                                                  | J. Scordo     | 0.2 (3) | 54.00    |

49

| 08/26/02 | Telephone calls with client and to adversary regarding settlement. | | |
| | A. Marchetta | 0.3 (3) | 123.00 |
| 08/27/02 | Telephone calls regarding settlement with adversary; work with J. Scordo regarding agreement; follow up with B. Benjamin regarding same. | | |
| | A. Marchetta | 1.2 (3) | 492.00 |
| 08/28/02 | Work on settlement agreement with J. Scordo; telephone call to adversary regarding same and follow up with client regarding same. | | |
| | A. Marchetta | 1.2 (3) | 492.00 |
| 08/28/02 | Review file for information needed to work on settlement agreement. | | |
| | J. Scordo | 0.3 (3) | 81.00 |
| 08/28/02 | Draft, revise and finalize first draft of settlement agreement. | | |
| | J. Scordo | 2.0 (3) | 540.00 |
| 08/28/02 | Work with A. Marchetta regarding issues on same. | | |
| | J. Scordo | 0.3 (3) | 81.00 |
| 08/28/02 | Revise settlement agreement per A. Marchetta and others. | | |
| | J. Scordo | 0.4 (3) | 108.00 |
| 08/28/02 | Revise e-mail forwarding settlement agreement to A. Nagy and V. Finkelstein. | | |
| | J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Telephone call with B. Benjamin for information needed. | | |
| | J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Telephone call with B. Benjamin on affidavit and consent judgment. | | |
| | J. Scordo | 0.1 (3) | 27.00 |
| 08/28/02 | Review affidavit and consent judgment. | | |
| | J. Scordo | 0.2 (3) | 54.00 |
| 08/28/02 | Draft Affidavit for Confession of Judgment and Judgment by Confession for Tahari execution in connection with settlement regarding Sublease default. | | |
| | B. Benjamin | 1.8 (3) | 513.00 |
| 08/29/02 | Work with J. Scordo regarding settlement agreement and telephone call with A. Nagy regarding agreement terms. | | |
| | A. Marchetta | 1.6 (3) | 656.00 |
| 08/29/02 | Conference with A. Marchetta and A. Nagy on settlement agreement. | | |
| | J. Scordo | 0.3 (3) | 81.00 |

50

| 08/29/02 | E-mails regarding same.<br>J. Scordo | 0.1 (3) | 27.00 |
|---|---|---|---|
| 08/29/02 | Review and revise settlement agreement.<br>J. Scordo | 0.5 (3) | 135.00 |
| 08/29/02 | E-mail latest draft.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/29/02 | Telephone call with V. Finkelstein on revisions.<br>J. Scordo | 0.3 (3) | 81.00 |
| 08/29/02 | Revise settlement agreement.<br>J. Scordo | 0.2 (3) | 54.00 |
| 08/29/02 | Work with assistant to A. Marchetta to get settlement agreement to adversary.<br>J. Scordo | 0.1 (3) | 27.00 |
| 08/30/02 | Review summary judgment motion and telephone calls with client, S. Zuber, J. Scordo and B. Benjamin regarding responses to same.<br>A. Marchetta | 1.1 (3) | 451.00 |
| 08/31/02 | Review summary judgment motion, e-mails and follow up with J. Scordo regarding response to same.<br>A. Marchetta | 0.8 (3) | 328.00 |
| 08/31/02 | Review and analyze motion for summary judgment filed by Tahari.<br>J. Scordo | 0.2 (3) | 54.00 |
| 08/31/02 | Review and analyze documents and file for facts raised in motion for summary judgment filed by Tahari.<br>J. Scordo | 0.4 (3) | 108.00 |
| 08/31/02 | Legal research on issues of 3-day notice, demand date and itemization requirements for motion for summary judgment filed by Tahari.<br>J. Scordo | 0.9 (3) | 243.00 |
| 08/31/02 | Analyze cases located on issues of 3-day notice, demand date and itemization requirements for motion for summary judgment filed by Tahari.<br>J. Scordo | 1.6 (3) | 432.00 |
| 08/31/02 | Draft and finalize email listing responses and cases for opposition to motion for summary judgment filed by Tahari.<br>J. Scordo | 0.4 (3) | 108.00 |

Attorney Summary

959934A01111102