| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 23.30 (3) | 410.00 | 9,553.00 |
| S. Zuber | 1.30 (3) | 295.00 | 383.50 |
| J. Scordo | 12.30 (3) | 270.00 | 3,321.00 |
| B. Benjamin | 20.20 (3) | 285.00 | 5,757.00 |
| A. Chan | 1.10 (3) | 240.00 | 264.00 |
| TOTALS | 58.20 (3) | | 19,278.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 08/08/02 | Attend to Jersey City issues regarding IFC case. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 (15) | 48.00 |
| 08/09/02 | Calls to client and C. Mararro on Jersey City matter. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 08/09/02 | Review memos and opinions from DC counsel. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |
| 08/09/02 | Motions by Grace and Honeywell on damages and Spill Act issues. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 08/09/02 | Impacts to Weja case. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| 08/09/02 | Memo to A. Marchetta and R. Rose on matter. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |
| 08/09/02 | Memo regarding Weja trial materials to S. Purrington. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 08/13/02 | Call with B. Miller on case status and impact of Interfaith decision; attend to same. | | |
| | W. Hatfield | 0.4 (15) | 96.00 |
| 08/14/02 | Call with A. Nagy on case issues and impact of IFC case opinions on Weja. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| 08/15/02 | Conference with client regarding status and developments | | |
| | A. Marchetta | 0.2 (4) | 82.00 |

959934A01111102

| 08/16/02 | Memo to Marraro firm on requesting information regarding IFC case impact for site. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| | | | |
| 08/20/02 | Attend to case issues. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |
| | | | |
| 08/20/02 | Meeting with A. Marchetta and client; discuss case rulings, trial, status and potential issues for appeal with A. Nagy; discuss impact of ICF case on same. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |
| | | | |
| 08/29/02 | Attend to post trial documents and files. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 (4) | 410.00 | 82.00 |
| W. Hatfield | 0.40 (4) | 240.00 | 96.00 |
| W. Hatfield | 3.70 (15) | 240.00 | 888.00 |
| | | | |
| TOTALS | 0.60 (4) | | 1,066.00 |
| | 3.70 (15) | | |
| | 4.30 | | |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 12/18/01 | Review new proposed SWDA act regulations on Landfill closure and deed notice issues. | | |
| | W. Hatfield | 0.4 (15) | 90.00 |
| | | | |
| 02/05/02 | Memo to C. Dailey at Pennoni on status of gas sampling report. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |
| | | | |
| 02/05/02 | Review draft report and attachment - comment on same. | | |
| | W. Hatfield | 0.9 (15) | 216.00 |
| | | | |
| 02/05/02 | Memo to C. Daily on WRA issues. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |

959934A01111102

| 02/06/02 | Review draft Pennoni report.<br>W. Hatfield | 0.5 (15) | 120.00 |
|---|---|---|---|
| 02/06/02 | Revise draft deed notice regarding disturbance/disruption issues.<br>W. Hatfield | 1.0 (15) | 240.00 |
| 02/06/02 | Memos with C. Dailey on groundwater issues at site and report; deed notice issues.<br>W. Hatfield | 0.3 (15) | 72.00 |
| 02/06/02 | Call with B. Bowe on case issues regarding closure requirements for city water and deed notice.<br>W. Hatfield | 0.3 (15) | 72.00 |
| 02/07/02 | Review attachment to draft report from Pennoni.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 02/07/02 | Attend to comments to draft report.<br>W. Hatfield | 0.8 (15) | 192.00 |
| 02/07/02 | Revise deed notice.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 02/07/02 | Call with C. Dailey on comments and questions to draft report –proposed clarifications to same.<br>W. Hatfield | 0.5 (15) | 120.00 |
| 02/07/02 | Discuss closure issues and NJDEP approvals, requirements for future O&M work.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 02/08/02 | Call with A. Nagy on case issues; regarding Pennoni draft report and deed notice provisions; calls to B. Miller on same.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 02/12/02 | Attend to revised draft Pennoni report; call with B. Miller on same; discuss comments to initial draft, deed notice revisions and B. Bowe insert.<br>W. Hatfield | 0.6 (15) | 144.00 |
| 02/14/02 | Call with C. Dailey on strategy with NJDEP and draft report; attend to same.<br>W. Hatfield | 0.5 (15) | 120.00 |
| 02/15/02 | Review and comment on revised report from Pennoni.<br>W. Hatfield | 1.0 (15) | 240.00 |
| 02/15/02 | Compare with prior drafts.<br>W. Hatfield | 0.4 (15) | 96.00 |

959934A01111102

| 02/15/02 | Complete letter to B. Bowe on deed notice and city water issues. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |

| 02/15/02 | Prepare letter to C. Dailey on deed notice; revise deed notice. | | |
| | W. Hatfield | 0.5 (15) | 120.00 |

| 02/15/02 | Finalize package on same. | | |
| | W. Hatfield | 0.3 (15) | 72.00 |

| 02/18/02 | Attend to Pennoni report; call with C. Dailey on comments on same - discuss strategy for obtaining final closure approval from NJDEP. | | |
| | W. Hatfield | 1.4 (15) | 336.00 |

| 02/21/02 | Attend to final report from Pennoni on closure issues. | | |
| | W. Hatfield | 0.2 (15) | 48.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| W. Hatfield | 12.10 (15) | 240.00 | 2,904.00 |
| W. Hatfield | 0.40 (15) | 225.00 | 90.00 |
| TOTALS | 12.50 (15) | | 2,994.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 08/13/02 | Review letter from NJDEP on Closure report issues. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/13/02 | Call with B. Miller on same. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/13/02 | Call to Pennoni on matter discuss landfill issues with C. Dailey and proposed meeting with NJDEP. | | |
| | W. Hatfield | 0.3 (4) | 72.00 |

| 08/13/02 | Call to S. Bhalla at NJDEP on same. | | |
| | W. Hatfield | 0.1 (4) | 24.00 |

| 08/13/02 | Memo to A. Marchetta and R. Rose on matter. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |

| 08/13/02 | Call to A. Nagy at GNCC. | | |
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/13/02 | Respond to same e-mail from Pennoni to NJDEP. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/13/02 | Review fax from client & e-mail to A. Marchetta and R. Rose on matter. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 (4) | 96.00 |

| 08/14/02 | Attend to NJDEP issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 (4) | 72.00 |

| 08/14/02 | Call with B. Bowe on case issues and potential impact on development, proposed NJDEP meeting, issues on GNCC and Pennoni work on landfill. | | |
|---|---|---|---|
| | W. Hatfield | 0.5 (4) | 120.00 |

| 08/14/02 | Call to A. Nagy on matter. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 (4) | 96.00 |

| 08/14/02 | Memo to C. Dailey and clients on matter; evaluate issues raised at site. | | |
|---|---|---|---|
| | W. Hatfield | 0.5 (4) | 120.00 |

| 08/14/02 | Forward memo to B. Bowe. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/15/02 | Review memo from C. Dailey on matter. | | |
|---|---|---|---|
| | W. Hatfield | 0.5 (4) | 120.00 |

| 08/15/02 | Prepare response memo to C. Dailey and clients on case issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.5 (4) | 120.00 |

| 08/15/02 | Call with C. Dailey on strategy and case issues; discuss options and costs for same and preparations for meeting. | | |
|---|---|---|---|
| | W. Hatfield | 0.6 (4) | 144.00 |

| 08/15/02 | Call with B. Miller on Pennoni costs for meeting, preparations and strategy for case. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 (4) | 96.00 |

| 08/15/02 | Memo to C. Dailey on alternative meeting date and streamlining meeting. | | |
|---|---|---|---|
| | W. Hatfield | 0.5 (4) | 120.00 |

| 08/16/02 | Prepare memo to clients on same and strategy with NJDEP. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 (4) | 72.00 |

| 08/16/02 | Attend to case issues and memos from Pennoni. | | |
|---|---|---|---|
| | W. Hatfield | 0.2 (4) | 48.00 |

| 08/20/02 | Call with A. Nagy and B. Miller on matter and discuss case issues. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 (4) | 96.00 |

| 08/20/02 | Meeting with A. Nagy on case issues; discuss proposed strategy with NJDEP for meeting on landfill closure. | | |
| | W. Hatfield | 0.8 (4) | 192.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 8.10 (4) | 240.00 | 1,944.00 |
| TOTALS | 8.10 (4) | | 1,944.00 |

## FEES FOR THE FEE PERIOD SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 08/29/02 | Review correspondence from the Fee Auditor. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 08/29/02 | Work with A. Marchetta regarding revised codes. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 08/29/02 | Work with D. Patel to re-categorize codes on prior fee applications. | | |
| | K. Jasket | 0.5 (11) | 77.50 |
| 08/29/02 | Revise current codes and work with J. Barretti to implement same. | | |
| | K. Jasket | 0.6 (11) | 93.00 |
| 08/29/02 | Telephone conference with W. Smith regarding fee applications. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 09/03/02 | Revise Quarterly Fee Application for April - June 2002 according to the Fee Auditor's project categories. | | |
| | K. Jasket | 1.2 (11) | 186.00 |
| 09/03/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 1.6 (11) | 176.00 |
| 09/04/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 1.3 (11) | 143.00 |

959934A01111102

| | | | |
|---|---|---|---|
| 09/05/02 | Revise Quarterly Fee Application for April - June 2002 according to Fee Auditor's categories. | | |
| | K. Jasket | 1.2 (11) | 186.00 |
| 09/05/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 2.3 (11) | 253.00 |
| 09/06/02 | Attention to filing April - June 2002 Quarterly Fee Application. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 09/06/02 | Conferred with D. Patel regarding figures on October - December 2001 Quarterly Fee Application.  Reviewed same for accuracy. | | |
| | K. Jasket | 0.4 (11) | 62.00 |
| 09/06/02 | Drafted July 2002 Fee Application. | | |
| | K. Jasket | 2.9 (11) | 449.50 |
| 09/09/02 | Work on response to Fee Auditor. | | |
| | A. Marchetta | 0.6 (11) | 246.00 |
| 09/09/02 | Work regarding responding to Fee Auditor's report. | | |
| | K. Jasket | 0.5 (11) | 77.50 |
| 09/09/02 | Telephone conference with Laverne of W. Smith's office regarding information to be submitted. | | |
| | K. Jasket | 0.3 (11) | 46.50 |
| 09/09/02 | Telephone calls with A. Marchetta and M. Waller regarding drafting response to paragraph 11 of Fee Auditor's initial report. | | |
| | B. Moffitt | 0.2 (11) | 49.00 |
| 09/10/02 | Reviewed correspondence from Fee Auditor regarding adjournment of 9/23 hearing on prior fee applications and forwarded same to A. Marchetta and S. Zuber. | | |
| | K. Jasket | 0.2 (11) | 31.00 |
| 09/10/02 | Review Fee Auditor's initial report and review time entries in question. | | |
| | B. Moffitt | 0.3 (11) | 73.50 |
| 09/10/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 2.8 (11) | 308.00 |
| 09/11/02 | Receipt, review and analysis of Fee Auditors Initial Report regarding PHK&S's Interim Applications for the First, Second and Third Interim Periods. | | |
| | S. Zuber | 0.7 (11) | 206.50 |

| 09/11/02 | Responding to inquiries regarding requests for clarification in connection with fee application and working with B. Moffitt regarding same and drafting response regarding time entries. | | |
| | M. Waller | 1.0 (11) | 280.00 |

| 09/11/02 | Reviewed correspondence from Pachulski, Stang regarding the fee application process. | | |
| | K. Jasket | 0.2 (11) | 31.00 |

| 09/11/02 | Work to prepare spreadsheet for Fee Auditor. | | |
| | K. Jasket | 4.9 (11) | 759.50 |

| 09/11/02 | Work with M. Waller regarding drafting response to paragraph 11 of Fee Auditor's initial report. | | |
| | B. Moffitt | 2.7 (11) | 661.50 |

| 09/11/02 | Review billing entries in order to categorize for assistance in preparation of fee application. | | |
| | D. Patel | 1.8 (11) | 198.00 |

| 09/13/02 | Work on response to Fee Auditor's Initial Report regarding PHK&S's Second, Third and Fourth Interim Fee Applications. | | |
| | S. Zuber | 1.3 (11) | 383.50 |

| 09/13/02 | Worked with S. Zuber regarding responding to report of Fee Auditor. | | |
| | K. Jasket | 0.7 (11) | 108.50 |

| 09/16/02 | Telephone conference with Laverne of W. Smith's office regarding submissions by project categories. | | |
| | K. Jasket | 0.1 (11) | 15.50 |

| 09/16/02 | Review spreadsheets prepared for submission to Fee Auditor. | | |
| | K. Jasket | 0.8 (11) | 124.00 |

| 09/17/02 | Continued work on response to Fee Auditor's Initial Report regarding PHK&S's First, Second and Third Interim Fee Applications. | | |
| | S. Zuber | 1.3 (11) | 383.50 |

| 09/17/02 | Drafted July 2002 Fee Application. | | |
| | K. Jasket | 1.0 (11) | 155.00 |

| 09/18/02 | Work with S. Zuber and K. Jasket regarding presentation of information to Fee Auditor as per court instructions. | | |
| | A. Marchetta | 0.6 (4) | 246.00 |

| 09/18/02 | Revised spreadsheet to reflect expenses. | | |
| | K. Jasket | 0.8 (11) | 124.00 |

| 09/18/02 | Revised spreadsheets to reflect litigation totals and telephone conference | | |

59

with Laverne of W. Smith's office regarding same.

| | | |
|---|---|---|
| K. Jasket | 1.0 (11) | 155.00 |

09/18/02   Reviewed revised spreadsheets and forwarded same to Fee Auditor.

| | | |
|---|---|---|
| K. Jasket | 0.8 (11) | 124.00 |

09/19/02   Reviewed docket.

| | | |
|---|---|---|
| K. Jasket | 0.2 (11) | 31.00 |

09/20/02   Review information from auditor and work with K. Jasket regarding response.

| | | |
|---|---|---|
| A. Marchetta | 0.4 (4) | 164.00 |

09/20/02   Reviewed fees and expenses for Fourth Quarter, as provided by Fee Auditor, and responded to Fee Auditor that the fees and expenses were accurate.

| | | |
|---|---|---|
| K. Jasket | 0.5 (11) | 77.50 |

09/20/02   Conferred with A. Marchetta regarding draft Order for Fourth Quarter. Reviewed same and responded to email of LaVern of W. Smith's Office.

| | | |
|---|---|---|
| K. Jasket | 0.3 (11) | 46.50 |

09/24/02   Work on information requested by Fee Auditor.

| | | |
|---|---|---|
| A. Marchetta | 0.3 (11) | 123.00 |

09/25/02   Follow up regarding issues for fee auditor.

| | | |
|---|---|---|
| A. Marchetta | 0.7 (11) | 287.00 |

09/25/02   Reviewed and updated docket.

| | | |
|---|---|---|
| K. Jasket | 0.3 (11) | 46.50 |

09/25/02   Conferred with A. Marchetta, S. Zuber and R. Rosen regarding Fee Auditor's report regarding the Fifth Interim Fee Period and payments for Fourth Interim Period.

| | | |
|---|---|---|
| K. Jasket | 0.3 (11) | 46.50 |

09/25/02   Sent email to S. McFarland regarding Order for Fourth Interim Period.

| | | |
|---|---|---|
| K. Jasket | 0.1 (11) | 15.50 |

09/26/02   Drafted July 2002 Fee Application.

| | | |
|---|---|---|
| K. Jasket | 1.7 (11) | 263.50 |

09/27/02   Follow up regarding billing submissions.

| | | |
|---|---|---|
| A. Marchetta | 0.4 (11) | 164.00 |

959934A01111102

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 1.00 (4) | 410.00 | 410.00 |
| A. Marchetta | | 2.00 (11) | 410.00 | 820.00 |
| M. Waller | | 1.00 (11) | 280.00 | 280.00 |
| S. Zuber | | 3.30 (11) | 295.00 | 973.50 |
| K. Jasket | | 22.60 (11) | 155.00 | 3,503.00 |
| B. Moffitt | | 3.20 (11) | 245.00 | 784.00 |
| D. Patel | | 9.80 (11) | 110.00 | 1,078.00 |
| | TOTALS | 1.00 (4) | | 7,848.50 |
| | | 41.90 (11) | | |
| | | 42.90 | | |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 09/03/02 | Forward memo to S. Parker and B. Moffitt regarding preparation of materials for oral argument. | | |
|---|---|---|---|
| | M. Waller | 0.2 (15) | 56.00 |

| 09/04/02 | Working with B. Moffitt regarding follow up with Second Circuit regarding reconsideration of decision regarding decision to deny motion for leave to file overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.6 (15) | 168.00 |

| 09/04/02 | Review letter to staff counsel from CNA counsel regarding decision regarding leave to file overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.2 (15) | 56.00 |

| 09/04/02 | Review order of Second Circuit regarding motion to file overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.1 (15) | 28.00 |

| 09/04/02 | Draft memorandum to A. Marchetta regarding decision regarding Grace's motion to file overlength brief, response and request for reconsideration, and letter to staff counsel from CNA counsel regarding same. | | |
|---|---|---|---|
| | M. Waller | 0.3 (15) | 84.00 |

| 09/04/02 | Preparation of letter to case manager regarding motion for leave to file overlength brief and work with M. Waller regarding same. | | |
|---|---|---|---|
| | B. Moffitt | 1.9 (15) | 465.50 |

61

| 09/04/02 | Attention to service to adversary of submission to second circuit case manager as requested by B. Moffitt regarding motion for leave to file an overlength brief. | | |
|---|---|---|---|
| | S. Parker | 0.3 (4) | 27.00 |

| 09/05/02 | Telephone calls and follow up with M. Waller regarding order on reply brief. | | |
|---|---|---|---|
| | A. Marchetta | 0.6 (4) | 246.00 |

| 09/05/02 | Review order limiting length of reply brief with A. Marchetta and response to Second Circuit staff counsel. | | |
|---|---|---|---|
| | M. Waller | 0.1 (15) | 28.00 |

| 09/05/02 | Working with B. Moffitt to respond to letters from CNA counsel to Staff Counsel and Second Circuit case manager. | | |
|---|---|---|---|
| | M. Waller | 0.8 (15) | 224.00 |

| 09/05/02 | Drafting letter to client regarding motion to file overlength brief. | | |
|---|---|---|---|
| | M. Waller | 0.3 (15) | 84.00 |

| 09/05/02 | Working with S. Parker regarding letter to client forwarding briefing and correspondence with Second Circuit regarding Grace's motion for leave to file overlength brief and request for reconsideration of Order in connection with same. | | |
|---|---|---|---|
| | M. Waller | 0.3 (15) | 84.00 |

| 09/05/02 | Follow up conference with A. Marchetta regarding status of motion to file overlength brief and call to Staff Counsel's office regarding resolution of same. | | |
|---|---|---|---|
| | M. Waller | 0.2 (15) | 56.00 |

| 09/05/02 | Review letter from CNA counsel regarding motion to file overlength reply brief and work with M. Waller regarding preparation of letter to Second Circuit responding to same. | | |
|---|---|---|---|
| | B. Moffitt | 2.1 (15) | 514.50 |

| 09/05/02 | Worked with M. Waller regarding preparation of transmittal to client of documents pertaining to the Second Circuit's Order regarding Grace's motion for leave to file an overlength brief. | | |
|---|---|---|---|
| | S. Parker | 0.3 (4) | 27.00 |

| 09/05/02 | Reviewed file documents and compiled documents to be forwarded to client as requested by M. Waller regarding Second Circuit's Order regarding Grace's motion for leave to file an overlength brief. | | |
|---|---|---|---|
| | S. Parker | 0.4 (4) | 36.00 |

| 09/06/02 | Conferring with B. Moffitt regarding calls to Second Circuit staff counsel's office regarding reconsideration of order regarding overlength brief. | | |
|---|---|---|---|

959934A01111102

|  |  |  |  |
|---|---|---|---|
|  | M. Waller | 0.3 (15) | 84.00 |
| 09/06/02 | Work with B. Moffitt regarding confirming letter to Second Circuit staff counsel regarding request for reconsideration of motion for leave to file overlength brief. |  |  |
|  | M. Waller | 0.3 (15) | 84.00 |
| 09/06/02 | Work with M. Waller regarding communication with second circuit regarding motion for overlength reply brief. |  |  |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 09/06/02 | Calls with Second Circuit regarding motion for overlength reply brief. |  |  |
|  | B. Moffitt | 0.2 (15) | 49.00 |
| 09/06/02 | Preparation of e-mail regarding contacting Second Circuit regarding motion for overlength reply brief. |  |  |
|  | B. Moffitt | 0.1 (15) | 24.50 |
| 09/06/02 | Preparation of letter to Second Circuit regarding motion for leave to file overlength reply brief. |  |  |
|  | B. Moffitt | 0.4 (15) | 98.00 |
| 09/06/02 | Work with M. Waller regarding CNA letter regarding motion for leave to file overlength reply brief. |  |  |
|  | B. Moffitt | 0.3 (15) | 73.50 |
| 09/11/02 | Revising reply brief to conform to word limit imposed by Second Circuit order in anticipation of approval of same. |  |  |
|  | M. Waller | 2.3 (15) | 644.00 |
| 09/12/02 | Preparing opinions and statutes for use in preparation for oral argument. |  |  |
|  | B. Cooney | 2.2 (15) | 308.00 |
| 09/20/02 | Accessed Westlaw and Lexis to prepare case opinions cited in Grace's appellate briefs in preparation for oral argument. |  |  |
|  | S. Parker | 0.8 (4) | 72.00 |
| 09/20/02 | Indexing, organizing and preparation of cases cited in Grace's initial appellate brief in preparation for oral argument. |  |  |
|  | S. Parker | 1.7 (4) | 153.00 |
| 09/24/02 | Continued to prepare materials cited in Grace's appellate briefs and CNA's brief in preparation for oral argument. |  |  |
|  | S. Parker | 1.6 (4) | 144.00 |
| 09/24/02 | Accessed Westlaw and Lexis to prepare additional cases cited in CNA's brief and Grace's reply brief in preparation for oral argument. |  |  |
|  | S. Parker | 0.9 (4) | 81.00 |

63

| 09/25/02 | Follow up with M. Waller regarding briefing. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 (4) | 164.00 |

| 09/26/02 | Follow up with B. Moffitt and Second Circuit regarding pending request for reconsideration of order regarding word limitations for Grace's reply briefing and review memo from B. Moffitt in connection with same. | | |
|---|---|---|---|
| | M. Waller | 0.2 (15) | 56.00 |

| 09/26/02 | Confer with M. Waller and telephone call to Second Circuit regarding status of motion for leave to file overlength reply brief; preparation of e-mail to team regarding same. | | |
|---|---|---|---|
| | B. Moffitt | 0.3 (15) | 73.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.00 (4) | 410.00 | 410.00 |
| M. Waller | 6.20 (15) | 280.00 | 1,736.00 |
| B. Cooney | 2.20 (15) | 140.00 | 308.00 |
| B. Moffitt | 5.50 (15) | 245.00 | 1,347.50 |
| S. Parker | 6.00 (4) | 90.00 | 540.00 |
| TOTALS | 7.00 (4) | | 4,341.50 |
| | 13.90 (15) | | |
| | 20.90 | | |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 09/01/02 | Analysis of Grace's rights and options in light of Tahari's motion to dismiss complaint, including attention to possible involuntary bankruptcy filing. | | |
|---|---|---|---|
| | S. Zuber | 0.7 (4) | 206.50 |

| 09/01/02 | E-mails with A. Marchetta regarding response to Tahari motion. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/03/02 | Telephone calls with client regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.2 (4) | 82.00 |

| 09/03/02 | Numerous telephone calls regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (4) | 205.00 |

| 09/03/02 | Work on form of agreement.<br>A. Marchetta | 1.2 (4) | 492.00 |

| 09/03/02 | Revisions; work on summary judgment motion.<br>A. Marchetta | 0.5 (4) | 205.00 |

| 09/03/02 | Work on settlement.<br>A. Marchetta | 0.8 (4) | 328.00 |

09/03/02    Work with A. Marchetta and B. Benjamin on drafting opposition to tenant's motion to dismiss.
J. Scordo                        0.5 (15)            135.00

09/03/02    Review file for information needed to respond to discovery requests.
J. Scordo                        0.3 (15)             81.00

09/03/02    Review and finalize discovery responses.
J. Scordo                        0.2 (15)             54.00

09/03/02    Work with S. Parker to assemble and confirm exhibits to be attached to discovery responses.
J. Scordo                        1.0 (15)            270.00

09/03/02    Work with S. Parker on service of discovery responses and logistics.
J. Scordo                        0.2 (15)             54.00

09/03/02    Conference call with A. Marchetta, A. Nagy and V. Finkelstein on settlement issues.
J. Scordo                        0.4 (15)            108.00

09/03/02    Conference with A. Marchetta on settlement issues.
J. Scordo                        0.1 (15)             27.00

09/03/02    Draft affidavits in opposition to Tahari's motion to dismiss.
J. Scordo                        1.2 (15)            324.00

09/03/02    Telephone call with A. Nagy regarding drafting affidavits.
J. Scordo                        0.2 (15)             54.00

09/03/02    Revise Affidavit of A. Nagy after telephone call.
J. Scordo                        0.3 (15)             81.00

09/03/02    Work with A. Marchetta on changes to settlement documents.
J. Scordo                        0.3 (15)             81.00

09/03/02    Review and draft additions and revise settlement documents.
J. Scordo                        1.4 (15)            378.00

09/03/02    E-mail to A. Marchetta regarding settlement and opposition to motion.

|  |  |  |  |
|---|---|---|---|
|  | J. Scordo | 0.1 (15) | 27.00 |
| 09/03/02 | Draft affidavit of V. Finkelstein. | | |
|  | J. Scordo | 0.3 (15) | 81.00 |
| 09/03/02 | Revisions to affidavits of A. Nagy and V. Finkelstein. | | |
|  | J. Scordo | 0.4 (15) | 108.00 |
| 09/03/02 | Telephone call with B. Benjamin on brief. | | |
|  | J. Scordo | 0.2 (15) | 54.00 |
| 09/03/02 | Review, revise and draft factual arguments to brief. | | |
|  | J. Scordo | 1.5 (15) | 405.00 |
| 09/03/02 | E-mail opposition papers to A. Nagy and V. Finkelstein. | | |
|  | J. Scordo | 0.2 (15) | 54.00 |
| 09/03/02 | Telephone call with A. Marchetta regarding latest version of opposition papers. | | |
|  | J. Scordo | 0.2 (15) | 54.00 |
| 09/03/02 | E-mail with A. Marchetta regarding proposed settlement. | | |
|  | J. Scordo | 0.1 (15) | 27.00 |
| 09/03/02 | E-mail with L. Heller regarding Tahari account receivable. | | |
|  | J. Scordo | 0.1 (15) | 27.00 |
| 09/03/02 | Research/analysis regarding Tahari's motion for summary judgment - arguments regarding itemization of 3-day notice; arguments regarding specification of date by which rent must be paid; arguments regarding defective rent demand, demanding rent escalations. | | |
|  | B. Benjamin | 2.8 (15) | 798.00 |
| 09/03/02 | Draft/revise Memorandum of Law in Opposition to Tahari's motion for summary judgment - 4 sections based on validity of 3 day notice, verification of petition, responding to Tahari's arguments regarding itemization of rent demand, payment date for rent demand, invoicing for rent escalation. | | |
|  | B. Benjamin | 4.7 (15) | 1,339.50 |
| 09/03/02 | Worked with J. Scordo regarding identification and retrieval of exhibits to Verified Bill of Particulars, including status of compilation of same regarding preparation of same. | | |
|  | S. Parker | 1.0 (4) | 90.00 |
| 09/03/02 | Reviewed file, identified and retrieved documents regarding exhibits to Verified Bill of Particulars. | | |
|  | S. Parker | 0.7 (4) | 63.00 |

| | | | |
|---|---|---|---|
| 09/03/02 | Compiled exhibits, confirmed completeness of all copy sets and assembled sets of same in preparation for service of Verified Bill of Particulars. | | |
| | S. Parker | 2.8 (4) | 252.00 |
| 09/03/02 | Worked with J. Scordo regarding confirmation of exhibits to Verified Bill of Particulars and service issues. | | |
| | S. Parker | 0.2 (4) | 18.00 |
| 09/04/02 | Work on motion papers; follow up regarding settlement. | | |
| | A. Marchetta | 2.0 (4) | 820.00 |
| 09/04/02 | Organize file with A. Parker for the filing of opposition papers. | | |
| | J. Scordo | 0.4 (15) | 108.00 |
| 09/04/02 | Return documents to client. | | |
| | J. Scordo | 0.2 (15) | 54.00 |
| 09/04/02 | Telephone call with Rosenholc on settlement. | | |
| | J. Scordo | 0.1 (15) | 27.00 |
| 09/04/02 | Confirm with Rosenholc that matter will be carried pending settlement. | | |
| | J. Scordo | 0.1 (15) | 27.00 |
| 09/04/02 | E-mail to A. Nagy, V. Finkelstein and A. Marchetta regarding settlement. | | |
| | J. Scordo | 0.1 (15) | 27.00 |
| 09/04/02 | Work with A. Marchetta on changes to affidavits and opposition brief. | | |
| | J. Scordo | 0.4 (15) | 108.00 |
| 09/04/02 | Revise and finalize opposition brief. | | |
| | J. Scordo | 1.0 (15) | 270.00 |
| 09/04/02 | Revise and finalize Affidavits of A. Nagy and V. Finkelstein. | | |
| | J. Scordo | 0.5 (15) | 135.00 |
| 09/04/02 | Telephone call with A. Nagy regarding affidavit. | | |
| | J. Scordo | 0.2 (15) | 54.00 |
| 09/04/02 | Work with S. Parker on exhibits to A. Nagy Affidavit. | | |
| | J. Scordo | 0.5 (15) | 135.00 |
| 09/04/02 | Work with S. Parker to finalize brief, affidavits, exhibits, cover letter, certificate of service and attend to service. | | |
| | J. Scordo | 1.5 (15) | 405.00 |
| 09/04/02 | Telephone call with V. Finkelstein regarding her affidavit. | | |
| | J. Scordo | 0.2 (15) | 54.00 |
| 09/04/02 | Revise affidavit of V. Finkelstein. | | |

67

|  |  | J. Scordo | 0.1 (15) | 27.00 |
|---|---|---|---|---|

| 09/04/02 | E-mail latest versions of affidavits to A. Nagy and V. Finkelstein. |
|---|---|
|  | J. Scordo | 0.2 (15) | 54.00 |

| 09/04/02 | E-mails with A. Marchetta, A. Nagy and B. Benjamin regarding our reply. |
|---|---|
|  | J. Scordo | 0.1 (15) | 27.00 |

| 09/04/02 | Review e-mail from R. Rosen regarding telephone call from D. Rozenholc on financial terms. |
|---|---|
|  | J. Scordo | 0.1 (15) | 27.00 |

| 09/04/02 | Telephone conference with B. Benjamin regarding service of memorandum of law and supporting affidavits in opposition to motion for summary judgment and prepare same for service and filing with Court. |
|---|---|
|  | M. Cohen | 0.2 (15) | 43.00 |

| 09/04/02 | Preparation of affidavit of service regarding same. |
|---|---|
|  | M. Cohen | 0.2 (15) | 43.00 |

| 09/04/02 | Preparation of correspondence to A. Mack regarding same. |
|---|---|
|  | M. Cohen | 0.2 (15) | 43.00 |

| 09/04/02 | Edit/revise verified bill of particulars. |
|---|---|
|  | M. Cohen | 0.4 (15) | 86.00 |

| 09/04/02 | Numerous telephone calls to Court regarding whether matter is set for a hearing or trial. |
|---|---|
|  | M. Cohen | 0.2 (15) | 43.00 |

| 09/04/02 | Preparation of Memorandum of Law, Verified Response to Bill of Particulars, and client affidavits for service and filing. |
|---|---|
|  | J. Borg | 0.4 (15) | 86.00 |

| 09/04/02 | Numerous telephone conferences with J. Scordo regarding same. |
|---|---|
|  | J. Borg | 0.3 (15) | 64.50 |

| 09/04/02 | Multiple telephone conferences with M. Cohen regarding same. |
|---|---|
|  | J. Borg | 0.4 (15) | 86.00 |

| 09/04/02 | Worked with J. Scordo regarding identification and retrieval of exhibits to A. Nagy Affidavit, including status of compilation of same regarding preparation of same. |
|---|---|
|  | S. Parker | 0.6 (4) | 54.00 |

| 09/04/02 | Compiled exhibits, confirmed completeness of all copy sets and assembled sets of same regarding preparation of A. Nagy affidavit. |
|---|---|
|  | S. Parker | 2.9 (4) | 261.00 |

| 09/04/02 | Forwarded complete set of proposed exhibits to A. Nagy as requested by J. Scordo. | | |
|---|---|---|---|
| | S. Parker | 0.2 (4) | 18.00 |

| 09/04/02 | Worked with J. Scordo regarding finalizing brief and corresponding affidavits, including confirmation of exhibits to A. Nagy affidavit and Verified Bill of Particulars, and related service issues. | | |
|---|---|---|---|
| | S. Parker | 1.1 (4) | 99.00 |

| 09/04/02 | Organization of requisite sets of briefs and corresponding affidavits, and Verified Bill of Particulars and attention to service of same to NY Office regarding service of same to adversary. | | |
|---|---|---|---|
| | S. Parker | 1.1 (4) | 99.00 |

| 09/04/02 | Worked with J. Scordo regarding file organization. | | |
|---|---|---|---|
| | S. Parker | 0.5 (4) | 45.00 |

| 09/04/02 | Reviewed file, identified and retrieved documents regarding exhibits to A. Nagy affidavit. | | |
|---|---|---|---|
| | S. Parker | 0.9 (4) | 81.00 |

| 09/05/02 | Follow up regarding settlement agreement; telephone calls regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.9 (4) | 369.00 |

| 09/05/02 | Review e-mail from B. Benjamin regarding call from D. Rozenholc on revised settlement agreement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/05/02 | Telephone conference with D. Rosenholc regarding adjournment of defendant's summary judgment motion, review of revised settlement agreement. | | |
|---|---|---|---|
| | B. Benjamin | 0.1 (15) | 28.50 |

| 09/05/02 | Attention to Affidavits in Opposition to Defendant's Motion for Summary Judgment, assembling and submitting original to court. | | |
|---|---|---|---|
| | B. Benjamin | 0.3 (15) | 85.50 |

| 09/05/02 | Organized and indexed file, and created pleading board. | | |
|---|---|---|---|
| | S. Parker | 3.5 (4) | 315.00 |

| 09/06/02 | Telephone calls regarding court schedule and follow up regarding settlement agreement and summary judgment filing. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (4) | 205.00 |

| 09/09/02 | Conferences calls with A. Marchetta and A. Nagy on status. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/10/02 | Revise settlement agreement. | | |
|---|---|---|---|
| | J. Scordo | 0.3 (15) | 81.00 |

959934A01111102

| 09/10/02 | E-mails from L. Heller on October rent and review spreadsheet regarding same. | | |
| | J. Scordo | 0.3 (15) | 81.00 |

| 09/10/02 | Reviewed file documents as requested by J. Scordo regarding confirmation of information needed to finalize settlement agreement. | | |
| | S. Parker | 0.4 (4) | 36.00 |

| 09/11/02 | Telephone calls with A. Nagy on settlement. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/11/02 | Review settlement agreement for issues raised by E. Rozenholc. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/11/02 | Telephone calls with E. Rozenholc regarding settlement. | | |
| | J. Scordo | 0.3 (15) | 81.00 |

| 09/11/02 | Telephone calls with B. Benjamin to revise confessions of judgment. | | |
| | J. Scordo | 0.2 (15) | 54.00 |

| 09/11/02 | Review and revise settlement agreement following telephone calls. | | |
| | J. Scordo | 1.3 (15) | 351.00 |

| 09/11/02 | Review and revise confession of judgment. | | |
| | J. Scordo | 0.8 (15) | 216.00 |

| 09/11/02 | Draft, revise and finalize letter to E. Rozenholc. | | |
| | J. Scordo | 0.3 (15) | 81.00 |

| 09/11/02 | Telephone call with V. Finkelstein. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/11/02 | Telephone call with E. Rozenholc after new drafts. | | |
| | J. Scordo | 0.3 (15) | 81.00 |

| 09/11/02 | Review e-mail from L. Heller regarding Tahari account receivable. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/11/02 | E-mail to A. Nagy regarding settlement agreement. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/12/02 | E-mail to A. Nagy regarding settlement documents. | | |
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/16/02 | Review and revise settlement agreement to reflect telephone call with V. Finkelstein and A. Nagy on default on Phase I of settlement payments. | | |
| | J. Scordo | 1.3 (15) | 351.00 |

70

| 09/16/02 | Fax revised agreement to D. Rosenholc; fax to A. Naqy and V. Finkelsteins. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (15) | 54.00 |

| 09/16/02 | Review file for information needed. | | |
|---|---|---|---|
| | J. Scordo | 0.3 (15) | 81.00 |

| 09/17/02 | Telephone call with D. Rozenholc regarding settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/17/02 | Revise settlement agreement. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (15) | 54.00 |

| 09/17/02 | Draft letter to D. Rozenholc regarding settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (15) | 54.00 |

| 09/17/02 | Telephone call with A. Nagy regarding settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/18/02 | Review information regarding status of settlement and work with J. Scordo regarding letters of credit issue. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 (15) | 164.00 |

| 09/19/02 | Work with J. Scordo regarding revisions to settlement agreement. | | |
|---|---|---|---|
| | A. Marchetta | 0.3 (15) | 123.00 |

| 09/19/02 | Review e-mail from V. Finkelstein regarding settlement agreement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/20/02 | Review changes regarding agreement and work with J. Scordo regarding same. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (15) | 205.00 |

| 09/20/02 | Telephone call with D. Rozenholc regarding status of settlement documents. | | |
|---|---|---|---|
| | J. Scordo | 0.2 (15) | 54.00 |

| 09/23/02 | Follow up with J. Scordo and review issues regarding settlement and new court date. | | |
|---|---|---|---|
| | A. Marchetta | 0.4 (15) | 164.00 |

| 09/25/02 | Follow up regarding e-mails on settlement and court hearing. | | |
|---|---|---|---|
| | A. Marchetta | 0.5 (15) | 205.00 |

| 09/25/02 | E-mail on status of settlement. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/25/02 | Leave voicemail for D. Rozenholc. | | |
|---|---|---|---|
| | J. Scordo | 0.1 (15) | 27.00 |

| 09/25/02 | Review e-mail from A. Nagy regarding same. | | |
|---|---|---|---|

959934A01111102

|  |  |  |  |
|---|---|---|---|
|  | J. Scordo | 0.1 (15) | 27.00 |
| 09/25/02 | Work with A. Marchetta on status of settlement. |  |  |
|  | J. Scordo | 0.3 (15) | 81.00 |
| 09/26/02 | Work with J. Scordo regarding follow up to agreement. |  |  |
|  | A. Marchetta | 0.4 (15) | 164.00 |
| 09/30/02 | Review information from adversary and conference with J. Scordo regarding same. |  |  |
|  | A. Marchetta | 0.4 (15) | 164.00 |
| 09/30/02 | Phone call to D. Rosenholc on settlement documents. |  |  |
|  | J. Scordo | 0.1 (15) | 27.00 |
| 09/30/02 | Receive and review proposed letters of credit. |  |  |
|  | J. Scordo | 0.2 (15) | 54.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.90 (15) | 410.00 | 1,189.00 |
| A. Marchetta | 6.60 (4) | 410.00 | 2,706.00 |
| S. Zuber | 0.70 (4) | 295.00 | 206.50 |
| J. Scordo | 23.20 (15) | 270.00 | 6,264.00 |
| B. Benjamin | 7.90 (15) | 285.00 | 2,251.50 |
| J. Borg | 1.10 (15) | 215.00 | 236.50 |
| M. Cohen | 1.20 (15) | 215.00 | 258.00 |
| S. Parker | 15.90 (4) | 90.00 | 1,431.00 |
| TOTALS | 23.20 (4) |  | 14,542.50 |
|  | 36.30 (15) |  |  |
|  | 59.50 |  |  |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

|  |  |  |  |
|---|---|---|---|
| 09/20/02 | Attend to B. Miller request on status. |  |  |
|  | W. Hatfield | 0.1 (4) | 24.00 |
| 09/24/02 | Follow up regarding court decision. |  |  |
|  | A. Marchetta | 0.3 (4) | 123.00 |

959934A01111102

| 09/24/02 | Call with N. Peterson on matter regarding status; memo to A. Marchetta and R. Rose on matter. | | |
|---|---|---|---|
| | W. Hatfield | 0.4 (4) | 96.00 |
| 09/25/02 | Conference with R. Rose regarding e-mails and regarding telephone call to court. | | |
| | A. Marchetta | 0.3 (4) | 123.00 |
| 09/25/02 | Attend to case issues with A. Marchetta and R. Rose; proposed conference call with adversary and court. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |
| 09/27/02 | Call with C. Mararro on status of Weja case; discuss claim for soil disposal cost and chromium issue in case. | | |
| | W. Hatfield | 0.3 (4) | 72.00 |
| 09/27/02 | Prepare memo to A. Marchetta and R. Rose on matter regarding call with C. Mararro. | | |
| | W. Hatfield | 0.4 (4) | 96.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.60 (4) | 410.00 | 246.00 |
| W. Hatfield | 1.60 (4) | 240.00 | 384.00 |
| TOTALS | 2.20 (4) | | 630.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 051680 West Deptford Property

| 08/14/02 | Review NJDEP oversight invoice and memo to C. Donovan on same. | | |
|---|---|---|---|
| | W. Hatfield | 0.3 (15) | 64.80 |
| 08/16/02 | Attend to ISRA issues; review NJDEP invoice; prepare letter to client on ISRA Oversight costs; finalize same. | | |
| | W. Hatfield | 0.6 (15) | 129.60 |
| 08/23/02 | Call with client on DEP oversight cost invoice; regarding bankruptcy - discuss same and position with LC for ISRA. | | |
| | W. Hatfield | 0.3 (15) | 64.80 |

959934A01111102

| | | | |
|---|---|---|---|
| 08/23/02 | Review memo from client; memo to C. Donovan on matter. | | |
| | W. Hatfield | 0.1 (15) | 21.60 |
| 08/27/02 | Attend to NJDEP oversight costs. | | |
| | W. Hatfield | 0.2 (15) | 43.20 |
| 08/29/02 | Call to NJDEP on oversight cost issues; discuss oversight costs with M. Confer and payment via Fa and draw down on LC for case. | | |
| | W. Hatfield | 0.3 (4) | 64.80 |
| 08/29/02 | Memo to client and C. Donovan on matter regarding communications with DEP on cost invoice and ISRA LC issues. | | |
| | W. Hatfield | 0.3 (4) | 64.80 |
| 09/04/02 | Attend to NJDEP ISRA cost invoice and draw down of LC for same. | | |
| | W. Hatfield | 0.3 (4) | 64.80 |
| 09/05/02 | Memo to clients on additional communications with NJDEP concerning LC draw down for ISRA case costs. | | |
| | W. Hatfield | 0.3 (4) | 64.80 |
| 09/06/02 | Address case issues and new memo with client on ISRA cost issues. | | |
| | W. Hatfield | 0.2 (4) | 43.20 |
| 09/11/02 | Review memo from client on NJDEP issues; forward same to C. Donovan. | | |
| | W. Hatfield | 0.2 (4) | 43.20 |

959934A01111102

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| W. Hatfield | | 1.6 (4) | 240.00 | 345.60 |
| | | 1.5 (15) | 240.00 | 324.00 |
| | TOTALS | 1.6 (4) | | 669.60 |
| | | 1.5 (15) | | |
| | | 3.1 | | |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 09/06/02 | Attend to case issues regarding meeting with NJDEP.<br>W. Hatfield | 0.2 (15) | 48.00 |
|---|---|---|---|
| 09/09/02 | Attend to NJDEP closure issues for landfill and memo on same.<br>W. Hatfield | 0.6 (15) | 144.00 |
| 09/11/02 | Attend to issues on status of NJDEP closure approval for landfill.<br>W. Hatfield | 0.4 (15) | 96.00 |
| 09/12/02 | Call with B. Miller on outcome of Meeting with NJDEP; discuss additional monitoring and reporting obligations for closure; attend to same.<br>W. Hatfield | 0.3 (15) | 72.00 |
| 09/13/02 | Address closure issues and recent NJDEP meeting; memo to A. Marchetta and R. Rose on matter and strategy for future methane sampling at site; protection from potential claims from future property owners.<br>W. Hatfield | 0.8 (15) | 192.00 |
| 09/18/02 | Review memo from W. Hatfield regarding New Jersey DEP site requirements for follow up with client.<br>A. Marchetta | 0.2 (4) | 82.00 |
| 09/20/02 | Call with B, Miller on outcome of meeting with NJDEP on methane and landfill closure approval issues; planned monitoring; additional 6 probes and 2 years of sampling; Bowe contact with NJDEP on water issues.<br>W. Hatfield | 0.4 (4) | 96.00 |
| 09/26/02 | Address case issues regarding DEP meeting follow up.<br>W. Hatfield | 0.2 (4) | 48.00 |
| 09/30/02 | Call with B. Bowe on Landfill closure issues; NJDEP request for water use information; buffer zone and development issues concerning site; attend to |  |  |

|  |  |  |  |
|---|---|---|---|
|  | same. |  |  |
|  | W. Hatfield | 0.4 (4) | 96.00 |

| 09/30/02 | Call with B. Miller on matter - NJDEP meeting issues and B. Bowe follow up on water issue; Miller comments on draft Pennoni letter to NJDEP. |  |  |
|---|---|---|---|
|  | W. Hatfield | 0.3 (4) | 72.00 |

| 09/30/02 | Review and revise draft Pennoni letter on closure issues to NJDEP and discuss comments and methane sampling issues with B. Miller on same regarding final to NJDEP. |  |  |
|---|---|---|---|
|  | W. Hatfield | 1.3 (4) | 312.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 (4) | 410.00 | 82.00 |
| W. Hatfield | 2.60 (4) | 240.00 | 624.00 |
|  | 2.30 (15) | 240.00 | 552.00 |
|  |  |  |  |
| TOTALS | 2.80 (4) |  | 1,258.00 |
|  | 2.3 (15) |  |  |
|  | 5.10 |  |  |

959934A01111102