# EXHIBIT C

## EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002[2]

### EXPENSES FOR THE FEE PERIOD
### JULY 1, 2002 THROUGH JULY 30,2002

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| Duplicating | | 18.20 |
| Express Delivery | | 7.74 |
| Telephone | | 0.57 |
| Travel and Miscellaneous Expense | | 92.00 |
| | Matter Total Engagement Cost | 118.51 |

Engagement Costs - Fraud Case: Discovery/Insurance Information

| | | |
|---|---|---|
| Express Delivery | | 39.06 |
| Facility Copying Expense | | 622.72 |
| | Matter Total Engagement Cost | 661.78 |

Engagement Costs - Lampetr Joint Venture/WRG

| | | |
|---|---|---|
| Duplicating | | 31.78 |
| Telephone | | 9.12 |
| | Matter Total Engagement Cost | 40.90 |

Engagement Costs - NY Superfund Action

| | | |
|---|---|---|
| 07/09/02 | Paid Echo Appellate for service rendered # 10501 S#3362 | 11889.90 |
| 07/31/02 | Duplicating (408 copies @ $0.14 per copy) | 57.12 |
| | Computer Assisted Research | 1681.66 |
| | Document Access Facility -- Annex -- July 2002 | 2864.00 |
| | Express Delivery | 62.82 |
| | Facility Copying Expense | 99.12 |
| | Telephone | 37.88 |
| | Matter Total Engagement Cost | 16,692.50 |

---

2  Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

959934A01111202

Engagement Costs - Prudential, et al.

|  |  |  |
|---|---|---|
| Duplicating | | 16.10 |
| | Matter Total Engagement Cost | 16.10 |

Engagement Costs - Tahari, Ltd.

|  |  |  |
|---|---|---|
| Computer Assisted Research | | 68.25 |
| Duplicating | | 37.80 |
| Express Delivery | | 25.48 |
| Telephone | | 9.81 |
| | Matter Total Engagement Cost | 141.34 |

Engagement Costs - Intercat, Inc. et al.

|  |  |  |
|---|---|---|
| Computer Assisted Research | | 2.50 |
| Telephone | | 14.25 |
| | Matter Total Engagement Cost | 16.75 |

Engagement Costs – Channel Home Centers

|  |  |  |
|---|---|---|
| Charge New Jersey Treasury from Deposit Account for filing | | 5.00 |
| | Matter Total Engagement Cost | 5.00 |

## EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2002 THROUGH AUGUST 31,2002

Engagement Costs – Chapter 11 Administration

|  |  |  |
|---|---|---|
| 08/13/92 | Paid UPS to Wilmington, DE; CK# 238739 | 7.74 |
| | Duplicating | 42.70 |
| | Telephone | 0.57 |
| | Matter Total Engagement Cost | 51.01 |

959934A01111102

Engagement Costs - Lampetr Joint Venture/WRG

|  |  |  |
|---|---|---|
| | Duplicating | 0.56 |
| | Matter Total Engagement Cost | 0.56 |

Engagement Costs - NY Superfund Action

| | | |
|---|---|---|
| 06/27/02 | Paid INTEGRITY EXP TO NEW YORK NY; CK# 236983 | 124.05 |
| 06/27/02 | Paid INTEGRITY EXP TO NEW YORK NY; CK# 236983 | 98.00 |
| 07/02/02 | Paid TRAVEL EXPENSE; UH&P7P;8-15-02 | 105.92 |
| 07/25/02 | Paid UPS TO LONG BEACH, NY; K# 238736 | 10.78 |
| 08/02/02 | Paid UPS TO BOCA RATON FL; CK# 238736 | 9.26 |
| 08/02/02 | Paid UPS TO COLUMBIA MD; CK# 238736 | 7.74 |
| 08/05/02 | Paid UPS TO LONG BCH NJ; CK# 238583 | 7.74 |
| 08/08/02 | Paid INTEGRITY EXP TO LONG BCH NY; CK# 238825 | 186.35 |
| 08/09/02 | Paid UPS EXPENSES TO NYC; INV. # 81207322 | 9.22 |
| 08/12/02 | Paid UPS TO COLUMBIA MO; CK# 238739 | 12.97 |
| 08/13/02 | Paid Echo Appell for service rendered # 10501 S# 3507 | 2036.40 |
| 08/13/02 | Paid Echo Appellate Press for service #10501 S#3506 | 561.20 |
| 08/30/02 | DOCUMENT ACCESS FACILITY—ANNEX--AUGUST 2002 | 2864.00 |
| | Computer Assisted Research | 372.73 |
| | Duplicating | 74.48 |
| | Telephone | 33.63 |
| | Matter Total Engagement Cost | 6,514.47 |

Engagement Costs - Tahari, Ltd.

| | | |
|---|---|---|
| 07/31/02 | Service, postage and postal check; ck no. 238215 | 145.00 |
| 08/05/02 | Service, Filing/issue, court filing fee paid by attorney, expenses, tolls, extra copies, postage and postal check; ck no. 238215 | 124.00 |
| 08/13/02 | Paid Fedex to New York NY; Check no. 238824 | 14.71 |
| 08/14/02 | Paid GENERAL MESSENGER TO NEW YORK NY; CK# 238741 | 66.50 |
| | Computer Assisted Research | 31.66 |
| | Duplicating | 57.26 |
| | Telephone | 15.97 |
| | Matter Total Engagement Cost | 455.10 |

959934A01111102

Engagement Costs – Weja, Inc.

| | | | |
|---|---|---|---|
| 04/04/02 | Paid TRAVEL EXPENSES TO JERSEY CITY NJ; UH 6/15/02 | | 29.56 |
| | Express Delivery | | 7.74 |
| | | Matter Total Engagement Cost | 37.30 |

Engagement Costs – Landfill Closure Issues (Gloucester)

| | | |
|---|---|---|
| Express Delivery | | 7.74 |
| Telephone | | 9.21 |
| | Matter Total Engagement Cost | 16.95 |

### EXPENSES FOR THE FEE PERIOD
### SEPTEMBER 1, 2002 THROUGH SEPTEMBER 31, 2002

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| Duplicating | | 3.36 |
| Express Delivery | | 7.74 |
| Telephone | | 9.12 |
| Amtrak to Wilmington, DE for fee hearing on August 26, 2002 | | 302.00 |
| Travel Agency Fee | | 40.00 |
| Food and Miscellaneous Expense for August 26, 2002 | | 76.95 |
| | Matter Total Engagement Cost | 439.17 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| Computer Assisted Research | | 484.02 |
| Document Access Facility -- Annex -- September 2002 | | 2864.00 |
| Duplicating | | 12.60 |
| Express Delivery | | 98.29 |
| Facility Copying Expense | | 306.88 |
| Postage | | 4.24 |
| Telephone | | 6.13 |
| | Matter Total Engagement Cost | 3,776.16 |

959934A01111102

Engagement Costs – Tahari, Ltd.

| | |
|---|---:|
| Computer Assisted Research | 114.14 |
| Duplicating | 15.26 |
| Express Delivery | 175.78 |
| Meals and Miscellaneous | 68.47 |
| Telephone | 38.74 |
| Travel and Miscellaneous Expense | 117.23 |
| Matter Total Engagement Cost | 529.62 |

959934A01111102