IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

**Objection Deadline:  December 17, 2002 at 4:00 p.m.**
**Hearing Date:  March 17, 2003 at 12:00 p.m.**

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the
Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal
Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6)
Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official
Committee of Equity Holders.

Kirkland & Ellis, bankruptcy co-counsel to the above-captioned debtors and debtors

in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed and served

the Sixth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services

and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., Et Al., for the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-
Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe
Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del
Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C
Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace
A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace
Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services
Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR
Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.
R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development
Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation
Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated,
Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA,
Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability
Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street
Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G
Coal Company.

91100-001\DOCS_DE:27383.6

-1-

Interim Period from July 1, 2002 through September 30, 2002, seeking compensation for the

reasonable and necessary services rendered to the Debtors in the amount of $918,624.50 and

reimbursement for actual and necessary expenses in the amount of $135,434.17 (the "Fee

Application").

Objections or responses to the Fee Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza,

824 Market Street, Wilmington, Delaware 19801, on or before **December 17, 2002 at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any,

upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, P.C., Kirkland & Ellis,

200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis

Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600,

P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii)

counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock &

Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-

6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market

Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to

the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg,

Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite

2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry &

Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu

91100-001\DOCS_DE:27383.6

Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022

(fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax

number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham &

Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven

M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States

Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (vii) counsel to the Official Committee of Equity Holders, Thomas M.

Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York

10022 (fax number 212-715-8000).

A HEARING ON THE FEE APPLICATION WILL BE HELD **MARCH 17, 2003**
**AT 12:00 P.M.** NOTICE OF SUCH HEARING WILL BE PROVIDED TO THE PARTIES SET

FORTH ABOVE AND TO ALL PARTIES THAT HAVE REQUESTED SUCH NOTICE

PURSUANT TO FED. R. BANKR. P. 2002.

Dated: November 27, 2002            KIRKLAND & ELLIS
                                    James H.M. Sprayregen
                                    James W. Kapp III
                                    Christian J. Lane
                                    Roger J. Higgins
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601
                                    (312) 861-2000

                                            and

                                    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                                    Laura Davis Jones (Bar No. 2436)
                                    Scotta E. McFarland (Bar No. 4184)
                                    919 North Market Street, 16th Floor
                                    P.O. Box 8705
                                    Wilmington, DE 19899-8705 (Courier 19801)
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400

                                    Co-counsel for Debtors and Debtors in Possession