# EXHIBIT A-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 23, 2002 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#861020 v1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 62.85 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ 26.90 |
| Travel Expense | $ 130.00 |
| Lexis | $ 641.90 |
| Westlaw | $ 21.54 |
| Meal Expenses | $ 8.03 |
| Temporary Staffing | $ - |
| Velo Binding | $ - |
| **Total** | **$ 891.22** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 10/01/02 | | Other Meal Expense: VENDOR: Jay McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey - Mileage | $ | 8.03 |
| 10/01/02 | 1 | Photocopy | | 0.15 |
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19574; DATE: 10/1/2002 - Denver, Airfare, 10/1/02, New York City Denver, K. Lund | | 130.00 |
| 10/11/02 | 1 | Lexis | | 354.14 |
| 10/11/02 | 1 | Lexis | | 130.80 |
| 10/15/02 | 1 | Lexis | | 156.96 |
| 10/16/02 | 264 | Photocopy | | 39.60 |
| 10/16/02 | 1 | Westlaw | | 21.54 |
| 10/21/02 | 2 | Photocopy | | 0.30 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-423-34136; DATE: 10/25/2002 - Courier, Acct. 1166-7194-8 09-27; Lauren Hibbe Chicago, IL | | 13.38 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-21; Don J Frost Washington, DC | | 13.52 |
| 10/28/02 | 152 | Photocopy | | 22.80 |

| | | **Total Disbursements:** | $ | 891.22 |
|---|---|---|---|---|

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page             6
Invoice No.:    613444
Client   No.:    04339
Matter  No.:    00000

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 62.85 |
| Outside Courier | | 26.90 |
| Travel Expense | | 130.00 |
| Lexis | | 641.90 |
| Westlaw | | 21.54 |
| Other Meal Expense | | 8.03 |
| **Total Disbursements:** | **$** | **891.22** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 577748 | 10/30/01 | Bill | | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | *$* | *4,651.11* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 64.00 |
| | 01/24/02 | Cash Receipt | | -63.88 |
| | *Outstanding Balance on Invoice 579873:* | | *$* | *0.12* |
| | | | | |
| 583055 | 12/27/01 | Bill | | 484.80 |
| | 02/28/02 | Cash Receipt | | -398.10 |
| | *Outstanding Balance on Invoice 583055:* | | *$* | *86.70* |
| | | | | |
| 589414 | 02/28/02 | Bill | | 175.70 |
| | 04/18/02 | Cash Receipt | | -152.32 |
| | 10/22/02 | Cash Receipt | | -23.09 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | October | Total Comp |
|------|----------|-------------|---------|------------|
| Neitzel, Charlotte | Partner | $ 300.00 | 3.00 | $ 900.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.4 | $ 110.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 0.3 | $ 37.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 2.6 | $ 325.00 |
| Herceglic, Angela | Paralegal | $ 100.00 | 8 | $ 800.00 |
| Thede, Donna | Document Manager | $ 30.00 | 15.6 | $ 468.00 |
| Payne, Williams | Info. Specialist | $ 85.00 | 19.2 | $ 1,632.00 |
| | | | | |
| Total | | | 49.10 | 4,272.50 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $        - |
| Photocopies | $      57.00 |
| Facsimiles | $        - |
| Long Distance Telephone | $       0.40 |
| Outside Courier | $     105.56 |
| Lexis | $        - |
| Travel Expense | $        - |
| Meal Expenses | $       5.35 |
| Overtime | $        - |
| Other Expenses | $    1,120.08 |
| Velo Binding | $       2.00 |
| Tab Stock | $        - |
| Color Copies | $        - |
| **Total** | **$    1,290.39** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/02/02 | WEP | Export production 208 from Document Director for production to EPA. | 7.50 | $ 637.50 |
| 10/03/02 | WEP | Export images of CDs 208.1 through 208.6 and 208.11 for production to EPA. | 5.50 | 467.50 |
| 10/04/02 | TME | Prep, scan, QC, export and import correspondence, pleadings and reports (libby104) (N/C). | 2.50 | 0.00 |
| 10/07/02 | TME | Prep, scan, QC, export and import transcripts and correspondence (libby105) (N/C). | 3.50 | 0.00 |
| 10/08/02 | KJC | Conferences with JLSherman re production of ledgers to plaintiffs (0.40). | 0.40 | 110.00 |
| 10/08/02 | TME | Prep and scan correspondence, pleadings and transcripts (libby106) (N/C). | 3.00 | 0.00 |
| 10/08/02 | MCL | Telephone conference with JLSherman re ledger boxes at Iron Mountain in Denver and plaintiffs' review of same (.30). | 0.30 | 37.50 |
| 10/08/02 | JLS | Telephone conference with Matt Murphy re plaintiff review of Iron Mountain ledger documents (0.30); telephone conferences with various Iron Mountain personnel re same (0.80); conference with AHerceglic re monitoring production of Iron Mountain ledger documents (0.40); read and respond to e-mails re same (0.40). | 1.90 | 237.50 |
| 10/09/02 | TME | QC, export and import correspondence, pleadings and transcripts (libby106); prep and scan correspondence, pleadings and reports (libby107) (N/C). | 4.00 | 0.00 |
| 10/10/02 | TME | QC, export and import correspondence, pleadings and reports (libby107) (N/C). | 3.00 | 0.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/02 | AH | Review attorney documents at Iron Mountain document repository (8.00). | 8.00 | 800.00 |
| 10/10/02 | JLS | Telephone conferences with Rob Turkewitz and AHerceglic re Iron Mountain ledger box review (0.20); telephone conference with Matt Murphy re same (0.30); read and respond to e-mails re same (.020). | 0.70 | 87.50 |
| 10/11/02 | CLN | Review of U.S. liability motion/brief (1.80); conference with Eschenbach and W. Sparks re deposition transcript (.80); draft changes to Eschenbach deposition transcription (.20); conference with CGHarris re administrative record issues (.20). | 3.00 | 900.00 |
| 10/17/02 | TME | Prep and scan pleadings (libby108) (N/C). | 4.00 | 0.00 |
| 10/21/02 | TME | QC, export and import pleadings (libby108) (N/C). | 5.50 | 0.00 |
| 10/23/02 | TME | Prep, scan, QC, export and import correspondence, pleadings, transcripts and reports (libby109); prep and scan correspondence, invoices and transcripts (libby110) (N/C). | 7.50 | 0.00 |
| 10/23/02 | DT | Telephone conferences, conferences and exchanges of e-mails with KJCoggon, JLSherman, and PRStacey re status of document database, maintenance of database and documents, and related database issues. | 5.50 | 165.00 |
| 10/24/02 | TME | Scan, QC, export and import correspondence, invoices and transcripts (libby110) (N/C). | 7.00 | 0.00 |
| 10/24/02 | DT | Telephone conferences with and/or conferences with PRStacey and AHerceglic re status of document database, maintenance of database and documents, and related database issues. | 0.00 | 0.00 |
| 10/25/02 | DT | Review of database procedures (.30); training session with AHerceglic re status of document database, maintenance of database and documents, and related database issues (3.80). | 4.10 | 123.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/25/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes (0.80).; Export images of CDs PMT029, PMT037, PMT038, PMT040 and PMT041 (2.40) | 3.20 | 272.00 |
| 10/28/02 | DT | Completion of document control system coding sheets (1.80); training session with AHerceglic re status of document control system database, maintenance of database and documents, and related database issues (3.70). | 5.50 | 165.00 |
| 10/28/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 0.60 | 51.00 |
| 10/29/02 | TME | Prep and scan transcripts, invoices, correspondence and pleadings (libby111) (N/C). | 2.50 | 0.00 |
| 10/29/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 1.20 | 102.00 |
| 10/30/02 | TME | QC, export and import transcripts, invoices, correspondence and pleadings (libby111) (N/C). | 3.50 | 0.00 |
| 10/30/02 | DT | Training session with AHerceglic re status of document control system database coding, maintenance of database and documents, and related database issues. | 0.50 | 15.00 |
| 10/31/02 | WEP | Review and revise organization of scanned documents to match coding in Lotus Notes. | 1.20 | 102.00 |

**Total Fees Through October 31, 2002:** **95.10** **$** **4,272.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| CLN | Charlotte L Neitzel | Partner | $ 300.00 | 3.00 | $ 900.00 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 0.40 | 110.00 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 0.30 | 37.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L Sherman | Paralegal | 125.00 | 2.60 | 325.00 |
| AH | Angela Herceglic | Paralegal | 100.00 | 8.00 | 800.00 |
| TME | Theresa M. Enriquez | Paralegal | 0.00 | 46.00 | 0.00 |
| DT | Donna Thede | Document Manager | 30.00 | 15.60 | 468.00 |
| WEP | William E. Payne | Information Specialist | 85.00 | 19.20 | 1,632.00 |

|  |  |  |  |
|---|---|---|---|
| **Total Fees:** | **95.10** | **$** | **4,272.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/02/02 | 32 | Photocopy | $    4.80 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002  -  Courier, Acct. 0802-0410-8 09-27; Richard Senftleben Boca Raton, Fl | 18.26 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002  -  Courier, Acct. 0802-0410-8 09-30; Don J Frost, Jr Washington, DC | 13.46 |
| 10/04/02 | | Other Meal Expense: VENDOR: Holme Roberts & Owen LLP (Denver); INVOICE#: 10-3-2002; DATE: 10/4/2002  -  Petty Cash Reimbursements for the month of September.  Denver. 8/27/02 Sandwich for meeting with KJCoggon, LBrown, and JDMCarthy. | 5.35 |
| 10/04/02 | 7 | Photocopy | 1.05 |
| 10/05/02 | | Other Expense: VENDOR: Dialog Corporation, The; INVOICE#: 2A002288; DATE: 10/5/2002  -  Dialog Services - September 2002 | 70.08 |
| 10/07/02 | 4 | Photocopy | 0.60 |
| 10/07/02 | 4 | Photocopy | 0.60 |
| 10/07/02 | 3 | Photocopy | 0.45 |
| 10/07/02 | 6 | Photocopy | 0.90 |
| 10/07/02 | 177 | Photocopy | 26.55 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/09/02 | 2 | Velo Binding | 2.00 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-04; Don J Frost Washington, DC | 16.92 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-07; William Sparks Wilmington, De | 16.73 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Don J Frost Washington, DC | 9.66 |
| 10/24/02 | 66 | Photocopy | 9.90 |
| 10/24/02 | 64 | Photocopy | 9.60 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Don J Frost Washington, DC | 13.52 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Dori Anne Kuchinsky Leesburg, Va | 17.01 |
| 10/27/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90251; DATE: 10/30/2002 - Temporary services for week-ending 10/27/02 - Stephen Haraldson - 40.00 hours | 1,050.00 |
| 10/28/02 | | Long Distance Telephone: 4062532500, 1 Mins., TranTime:10:48 | 0.01 |
| 10/28/02 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:10:49 | 0.15 |
| 10/28/02 | | Long Distance Telephone: 4065232500, 3 Mins., TranTime:10:52 | 0.24 |
| 10/30/02 | 1 | Photocopy | 0.15 |
| 10/31/02 | 1 | Photocopy | 0.15 |
| 10/31/02 | 12 | Photocopy | 1.80 |
| 10/31/02 | 3 | Photocopy | 0.45 |

**Total Disbursements:**  $  **1,290.39**

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 57.00 |
| Long Distance Telephone | | 0.40 |
| Outside Courier | | 105.56 |
| Other Meal Expense | | 5.35 |
| Other Expense | | 1,120.08 |
| Velo Binding | | 2.00 |
| **Total Disbursements:** | **$** | **1,290.39** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| | | | |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$  88,335.39* |
| | | | |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | *Outstanding Balance on Invoice 579873:* | | *$  14,330.32* |
| | | | |
| 583055 | 12/27/01 | Bill | 41,549.74 |
| | 02/28/02 | Cash Receipt | -34,558.94 |
| | *Outstanding Balance on Invoice 583055:* | | *$   6,990.80* |

**Matter 00301 Libby Access Defense**

| Name | Position | Hourly Rate | October | Total Comp |
|------|----------|-------------|---------|------------|
| Lund, Kenneth | Partner | $    350.00 | 1.80 | $    630.00 |
| | | | | |
| Total | | | 1.80 | $    630.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 613444 |
| Client   No.: | 04339 |
| Matter  No.: | 00301 |

**Regarding: Libby - Access Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/17/02 | KWL | Telephone conference with Matt Cohn re revised Health Care Plan Agreement (.30);  telephone conference with Charles Evans re final revisions to Health Care Plan Agreement (.50). | 0.80 | $ | 280.00 |
| 10/18/02 | KWL | Review revised Health Care Plan Agreement receive from Charles Evans (.60); telephone conference with Bob Emmett re same (.40). | 1.00 | | 350.00 |
| | | **Total Fees Through October 31, 2002:** | **1.80** | **$** | **630.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W Lund | Partner | $ 350.00 | 1.80 | $ | 630.00 |
| | | **Total Fees:** | | **1.80** | **$** | **630.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577905 | 10/31/01 | Bill | 31,638.92 |
| | *Outstanding Balance on Invoice 577905:* | | *$  31,638.92* |
| 579873 | 11/20/01 | Bill | 4,639.70 |
| | 01/24/02 | Cash Receipt | -3,715.66 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | October | Total Comp |
|------|----------|-------------|---------|------------|
| Brown, Linnea | Partner | $ 400.00 | 120.60 | $ 48,240.00 |
| Tuchman, Robert | Partner | $ 375.00 | 0.30 | $ 112.50 |
| Harris, Colin | Partner | $ 350.00 | 17.70 | $ 6,195.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 96.1 | $ 33,635.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 136.6 | $ 40,980.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 37.8 | $ 11,340.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 104.5 | $ 31,350.00 |
| Weakley, Mark | Special Counsel | $ 295.00 | 30.7 | $ 9,056.50 |
| Baarlaer, Dennis | Special Counsel | $ 275.00 | 63.1 | $ 17,352.50 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 201.3 | $ 55,357.50 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 221.6 | $ 62,048.00 |
| D'Alessandro, Jennifer | Senior Counsel | $ 260.00 | 40.3 | $ 10,478.00 |
| Cooley, Caroline | Contract Attorney | $ 260.00 | 171.2 | $ 44,512.00 |
| Rita, Elizabeth | Contract Attorney | $ 175.00 | 47 | $ 8,225.00 |
| Humphrey, Brian | Associate | $ 250.00 | 35.5 | $ 8,875.00 |
| Young, Spencer | Associate | $ 250.00 | 13.7 | $ 3,425.00 |
| Kunstle, David | Associate | $ 240.00 | 83.4 | $ 20,016.00 |
| Collins, Sven | Associate | $ 235.00 | 13.2 | $ 3,102.00 |
| Cohen, Louie | Associate | $ 225.00 | 43 | $ 9,675.00 |
| Rogers, Constance | Associate | $ 225.00 | 23.1 | $ 5,197.50 |
| Barry, Geoffrey | Associate | $ 220.00 | 166.7 | $ 36,674.00 |
| Hall, Jennifer | Associate | $ 220.00 | 156.3 | $ 34,386.00 |
| Trammell, Keith | Associate | $ 185.00 | 7.8 | $ 1,443.00 |
| Ochs, Matthew | Associate | $ 180.00 | 75.2 | $ 13,536.00 |
| Beasley, James | Associate | $ 175.00 | 9.5 | $ 1,662.50 |
| Bono, Eric | Associate | $ 175.00 | 1 | $ 175.00 |
| Crist, Allison | Associate | $ 175.00 | 119.7 | $ 20,947.50 |
| Higuera, Michael | Associate | $ 175.00 | 58.5 | $ 10,237.50 |
| Aschenbrenner, C. | Paralegal | $ 125.00 | 17.5 | $ 2,187.50 |
| Carroll, Ann | Paralegal | $ 125.00 | 121.4 | $ 15,175.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 146.7 | $ 18,337.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 55.6 | $ 6,950.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 155.4 | $ 19,425.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 48.8 | $ 6,100.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 151 | $ 16,610.00 |
| Davidson, Dyan | Paralegal | $ 110.00 | 38.1 | $ 4,191.00 |
| Haag, Susan | Paralegal | $ 105.00 | 12 | $ 1,260.00 |
| Herceglic, Angela | Paralegal | $ 100.00 | 57.4 | $ 5,740.00 |
| Howard, Jennifer | Law Clerk | $ 140.00 | 26.6 | $ 3,724.00 |
| Street, Loraine | Paralegal | $ 85.00 | 29.8 | $ 2,533.00 |
| Proctor, Faye | Paralegal | $ 70.00 | 33 | $ 2,310.00 |
| Cheeks, Stephanie | Paralegal | $ 60.00 | 54.5 | $ 3,270.00 |
| Duffus, Deborah | Paralegal | $ 60.00 | 153.2 | $ 9,192.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 56.8 | $ 3,408.00 |
| Giunta Merz, Trista | Paralegal | $ 60.00 | 36 | $ 2,160.00 |
| Simpson, Lorrie | Paralegal | $ 60.00 | 18 | $ 1,080.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 106.5 | $ 11,715.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 78.5 | $ 7,065.00 |
| | | | | |
| Total | | | 3,492.20 | $ 690,667.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 15.00 |
| Photocopies | $ 11,920.20 |
| Facsimiles | $ 432.00 |
| Long Distance Telephone | $ 434.73 |
| Outside Courier | $ 1,935.84 |
| Travel Expense | $ 11,868.37 |
| Postage | $ 6.50 |
| Other Meal Expenses | $ 603.39 |
| Lexis | $ 17,882.64 |
| Westlaw | $ 171.28 |
| Medical Reports | $ 29.00 |
| Oversize/Map Charge | |
| Other Exp/Temporary Staffing | $ 4,644.78 |
| Legal Asst. Overtime | |
| Velo Binding | $ 19.00 |
| Tab Stock | $ 11.25 |
| Color Copies | $ 26.65 |
| **Total** | **$ 50,000.63** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/01/02 | LB | Conferences with KJCoggon re remaining tasks to prepare for pre-trial conferences, depositions and other issues (1.20). | 1.20 | $ 480.00 |
| 10/01/02 | CGH | Review and revise timeline of Libby events. | 0.50 | 175.00 |
| 10/01/02 | KWL | Telephone call to Bill Corcoran re trial strategy issues (.50); telephone call to Bob Emmett re trial strategy and budget issues (.40); review revised draft brief re administrative record issues (2.20). | 3.10 | 1,085.00 |
| 10/01/02 | JDM | Review and comment on motion to reopen administrative record (0.7); review Peronard deposition for purposes of developing cross-examination (1.1). | 1.80 | 540.00 |
| 10/01/02 | CLN | Review of Anderson revised report (3.70); conferences with KJCoggon and LBrown re Anderson report (0.30); revisions to motion re administrative record (3.20); conference with Anderson re report (0.30). | 7.50 | 2,250.00 |
| 10/01/02 | LSD | Revise Stipulation based on CLNeitzel comments (.30). | 0.30 | 90.00 |
| 10/01/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 1.30 | 357.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/01/02 | KJC | Address billing issues from vendors and experts (0.20); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.30); conferences with LBrown re remaining tasks to prepare for pre-trial conferences, depositions and other issues (1.20); review and forward budget numbers to R. Emmett (0.30); review motion to open administrative record (1.30); review E. Anderson comments re EPA response to comments (0.90). | 4.70 | 1,292.50 |
| 10/01/02 | EES | Review EPA and GAO re cost documentation standards for inclusion in our opposition brief re Dale Jensen's accounting opinions (3.20); review additional accounting expert witness case authority (2.80); conference calls with accounting experts re ATSDR indirect cost issues (.90). | 6.90 | 1,932.00 |
| 10/01/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/01/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.80 | 1,080.00 |
| 10/01/02 | SCC | Review, categorize and code documents produced by EPA for relevance to various case issues (6.20). | 6.20 | 1,457.00 |
| 10/01/02 | ATC | Research Dearwent deposition for Motion to Reopen the Administrative Record. | 0.30 | 52.50 |
| 10/01/02 | NKA | Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (2.00); Begin organizing new WRG10 million series documents, and manage coding assignments of same (1.50); Upate EPA production coding assignment sheet and check for uncoded material in database (1.50). | 5.00 | 550.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/01/02 | AEC | Review and compile supplemental production documents for potential use by our experts (3.0); review, categorize and code documents produced by EPA for relevance to various case issues (3.2). | 6.20 | 775.00 |
| 10/01/02 | KLK | Review, categorize and code documents produced by EPA for relevance to various case issues (6.2). | 6.20 | 775.00 |
| 10/01/02 | JLS | Review, categorize and code documents for relevance to various case issues (4.40); review and respond to e-mails re document coding (0.30); telephone conferences with Linda Harper re Bates labeling Rich Lee deposition documents (0.30); load Wiley Wright deposition in LiveNote and e-mail to client and co-counsel (0.40); telephone conferences with scanning vendor re DOJ documents (0.80); edit deposition schedule re transcripts received (0.20). | 6.40 | 800.00 |
| 10/01/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/01/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/01/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 540.00 |
| 10/01/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (9.0). | 9.00 | 540.00 |
| 10/01/02 | MBF | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.30 | 297.00 |
| 10/01/02 | WEP 023 | Make one copy of six URS CDs (2.50) (N/C). | 0.00 | 0.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 613444 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/02 | LB | Prepare preliminary outlines of proposed findings of fact and conclusion of law (.70); team meeting (KWLund, Gary Graham, CLNeitzel, KJCoggon, JDMcCarthy and for part, CGHarris) re pretrial preparation, including findings of fact, conclusions of law and trial strategy (1.70); meeting with CGHarris re preparation for Peronard cross examination (2.00). | 4.40 | 1,760.00 |
| 10/02/02 | CGH | Prepare for meeting with Grace trial team (.80); attend portion of Grace trial team meeting re strategy (1.60); meet with LBrown re Peronard cross examination and Libby events timeline preparation (2.00). | 4.40 | 1,540.00 |
| 10/02/02 | KWL | Review R. Lee deposition transcript (3.0); telephone conference with LBrown re case status and strategy (.30); coordinate and attend trial team strategy meeting for purpose of trial team strategy and coordination of work assignments (1.70); provide comments to CLNeitzel re administrative record brief (.30); review Eschenbach deposition transcript in preparation for trial (2.70); telephone conference with KJCoggon re case status and strategy (.30). | 8.30 | 2,905.00 |
| 10/02/02 | JDM | Strategy meeting with trial team and G. Graham (1.7); review Peronard deposition (1.1); prepare draft findings of fact re ATSDR mortality study (2.8); review draft response to motion in limine re experts and administrative record (0.6); review draft motion re Weis and Peronard depositions (0.2); draft findings of fact for screening study (0.8). | 7.20 | 2,160.00 |
| 10/02/02 | CLN | Conference with KWLund re administrative record brief (0.30); review and revise administrative record brief (1.0); attend internal organizational Grace meeting (1.70); review and revise motion re administrative record (4.50). | 7.50 | 2,250.00 |
| 10/02/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.00 | 1,650.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 613444 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/02 | KJC | Address inquiries and issues re document databases (1.00); review and respond to e-mail and follow up on document production from EPA (0.60); respond to questions from client and team re facts and documents (1.40); conferences with G. Graham, KWLund, LBrown, JDMcCarthy, EEStevenson and CLNeitzel re findings of fact, conclusions of law and trial strategy (1.70); conferences with KWLund re budget and stipulation (0.30); coordinate assignment of sections in pretrial brief (0.90); review and organize files relative to work on findings of fact (1.70) | 7.60 | 2,090.00 |
| 10/02/02 | EES | Grace trial team strategy meeting (1.70); review accounting standards/guidance documents cited in the Shapiro rebuttal report (3.90); begin draft outline of response brief opposing the exclusion of Dale Jensen's expert opinions (2.40). | 8.00 | 2,240.00 |
| 10/02/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/02/02 | GMB | Review of pleadings related to DOJ challenge to Dale Jensen's methodology (3.20); Lexis research re Daubert and financial methodologies (2.50); review of filings in fraudulent conveyance action (analogous to cost recovery case) (2.00). | 7.70 | 1,694.00 |
| 10/02/02 | EMB | Attend training session on working with Lotus Notes and re document review/coding issues (1.30) (N/C). | 0.00 | 0.00 |
| 10/02/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.20 | 1,170.00 |
| 10/02/02 | SCC | Review, categorize and code documents produced by EPA for relevance to various case issues (0.80). | 0.80 | 188.00 |
| 10/02/02 | ATC | Research re administrative record and review cases for CLNeitzel (5.4); draft memo re same (3.0). | 8.40 | 1,470.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/02/02 | JAH | Conference with JDMcCarthy re ATSDR conclusions of law and findings of fact (.20); consider and follow-up on same (.90). | 1.10 | 242.00 |
| 10/02/02 | MHH | Review documents for responsiveness to discovery requests and privilege (2.5). | 2.50 | 437.50 |
| 10/02/02 | NKA | Review, categorize and code documents produced by EPA for relevance to various case issues (2.10); Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (2.00); Meeting with WBrown, WPayne, MThompson and KJCoggon re Administrative Record and Site File documents (1.00); Check Production database for documents from KJCoggon, and arrange for scanning of those which are not imaged (.70). | 5.80 | 638.00 |
| 10/02/02 | AEC | Review supplemental production documents for potential use by our experts (4.3); review, categorize and code documents produced by EPA for relevance to various case issues (1.8); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.0). | 7.10 | 887.50 |
| 10/02/02 | TME | Prep and scan documents regarding the Libby Asbestos Site Administrative Record (cost5) (N/C). | 3.00 | 0.00 |
| 10/02/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.70 | 670.00 |
| 10/02/02 | KLK | Review, categorize and code documents produced by EPA for relevance to various case issues (6.0). | 6.00 | 750.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/02 | JLS | Review, categorize and code documents for relevance to various case issues (3.40); review and respond to e-mails re document coding and database issues (0.50); conference with WBrown re photos received from DOJ (0.30); database research re same for LBrown (0.90); load Harry Eschenbach deposition in LiveNote and e-mail to client and co-counsel (0.40); edit deposition schedule re transcripts received (0.20); conferences with AHerceglic re document review and coding of undated materials (1.50). | 7.20 | 900.00 |
| 10/02/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/02/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/02/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 540.00 |
| 10/02/02 | MBF | Review, categorize and code documents produced by EPA for relevance to various case issues (2.30). | 2.30 | 207.00 |
| 10/02/02 | ICM | Conduct case law research for Motion in Opposition to Exclude the Expert Testimony of Dale Jensen and Motion in Opposition to Summary Judgement (3.10); conduct case law research and research citations to support specific fact statements in Statement of Material Facts re Cost recovery (.90). | 4.00 | 440.00 |
| 10/03/02 | LB | Conference with KJCoggon re Lee testimony, fact development testimony and time lines, and status of various documents (1.00); travel from Denver to Pittsburgh (2.70) (2.70 N/C) (50% NWT); meeting with Rich Lee, Drew VanOrden, Richard Finke, KJCoggon, and Doug Cameron (3.50); meeting with Richard Finke and KJCoggon re liability stipulation (.50); telephone conference with CLNeitzel re motion to reopen Administrative Record (.20). | 7.90 | 3,160.00 |