# EXHIBIT A-2

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 27
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/02 | CGH | Planning re developments in timeline of Libby events (.50); conference with KWLund and LBrown re findings and trial technology and prepare e-mail to KWLund and LBrown re same (.50). | 1.00 | 350.00 |
| 10/03/02 | KWL | Review United States expert supplements for purposes of developing trial themes and strategy (2.50). | 2.50 | 875.00 |
| 10/03/02 | JDM | Review and provide comments on administrative record motion (0.5); draft findings of fact for ATSDR screening study (1.2); review Whitehouse deposition (1.3). | 3.00 | 900.00 |
| 10/03/02 | CLN | Review and revise motion re administrative record (4.80). | 4.80 | 1,440.00 |
| 10/03/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 1,100.00 |
| 10/03/02 | KJC | Travel to Pittsburgh to meet with R. Lee (2.50) (2.50 N/C) (50% NWT); conference with R. Lee, R. Finke, D. Cameron, LBrown re R. Lee trial testimony (3.50); conference with R. Finke and LBrown re liability stipulation (0.50); review World Trade Center indoor air benchmarks document (1.10); conferences with LBrown re R. Lee, E. Chatfield and J. Millette depositions (1.00). | 8.60 | 2,365.00 |
| 10/03/02 | EES | Expand draft outline re arguments opposing exclusion of Dale Jensen's testimony (2.60); conference calls with accounting experts re Shapiro's rebuttal reports and production issues (1.20); begin review of Cotton & Company's workpapers re its evaluation of ATSDR's indirect cost accounting system (3.70); review key EPA employee travel cost and billing information (1.90). | 9.50 | 2,660.00 |
| 10/03/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page                28
Invoice No.:   613444
Client   No.:    04339
Matter  No.:    00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/02 | GMB | Review of CFR concerning NCP and removal authority (1.30); Lexis research re NCP and removal authority (2.00). | 3.30 | 726.00 |
| 10/03/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.10 | 922.50 |
| 10/03/02 | SCC | Review, categorize and code documents produced by EPA for relevance to various case issues (1.0). | 1.00 | 235.00 |
| 10/03/02 | ATC | Research re cases from 9/28/01 defendants' brief (2.1); draft memo re same (1.9); research re conclusions of law/administrative record review (1.5). | 5.50 | 962.50 |
| 10/03/02 | MHH | Review documents for responsiveness to discovery requests and privilege (1.8). | 1.80 | 315.00 |
| 10/03/02 | NKA | Various calls to/from DTI and EEStevenson re status of Cotton and Company documents and new VOLPE material (.60); Prepare exhibits and other LBrown work product for shipment to Boulder per JLSherman's request (.40); Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (2.50); | 3.50 | 385.00 |
| 10/03/02 | AEC | Update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (3.5); review, categorize and code documents produced by EPA for relevance to various case issues (4.2). | 7.70 | 962.50 |
| 10/03/02 | TME | QC, export and import documents regarding the Libby Asbestos Site Administrative Record (cost5) (N/C). | 3.00 | 0.00 |
| 10/03/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.00 | 600.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/02 | KLK | Review, categorize and code documents produced by EPA for relevance to various case issues (4.5); Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (3.5). | 8.00 | 1,000.00 |
| 10/03/02 | JLS | Review, categorize and code documents for relevance to various case issues (4.20); review and respond to e-mails re document coding and database issues (0.60); telephone conferences with WBrown re loading images (0.30); load Rich Lee and Rich Bartelt depositions in LiveNote and e-mail to client and co-counsel (0.80); telephone conferences with scanning vendor re DOJ documents (0.70); edit deposition schedule re transcripts received (0.20); conferences with AECarroll re assignments for AHerceglic (0.40); conferences with AHerceglic re same (0.50). | 7.70 | 962.50 |
| 10/03/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/03/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 510.00 |
| 10/03/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 540.00 |
| 10/03/02 | LS | Review, categorize and code documents produced by EPA for relevance to various case issues (9.0). | 9.00 | 540.00 |
| 10/04/02 | LB | Meeting with Rich Lee, Drew VanOrden, Richard Finke, Doug Cameron, and KJCoggon re Dr. Lee's trial testimony (5.50); conference with KJCoggon and Richard Finke re follow-up action items and schedule (.50); conference with KJCoggon re document issues and other questions within PME/TEM Lee testimony block (.50); travel from Pittsburgh to Denver (3.10) (3.10 N/C) (NWT 50%). | 9.60 | 3,840.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page           30
Invoice No.:   613444
Client No.:    04339
Matter No.:    00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/04/02 | KWL | Telephone call with David Siegel and Bill Corcoran re case strategy issues (2.0); review Bartelt expert report and United States rebuttal re trial preparation (3.20); review draft findings of fact and conclusions of law (1.0). | 6.20 | 2,170.00 |
| 10/04/02 | JDM | Prepare findings of fact and conclusions of law in preparation for court ordered pre-trial conference. | 0.90 | 270.00 |
| 10/04/02 | CLN | Review of documents to prepare to respond to various motions (3.0). | 0.00 | 0.00 |
| 10/04/02 | KJC | Conference with R. Lee, R. Finke, D. Cameron, LBrown re R. Lee trial testimony (5.50); draft R. Lee direct exam (2.50); conferences with LBrown re trial strategies (1.20); return travel from Pittsburgh (2.20) (2.20 N/C) (50% NWT). | 11.40 | 3,135.00 |
| 10/04/02 | EES | Complete review of extensive Cotton & Company files re Plaintiffs' review of ATSDR's indirect cost methodology and calculations (4.10); incorporate additional case authority in draft outline opposing exclusion of Dale Jensen's testimony (1.80). | 5.90 | 1,652.00 |
| 10/04/02 | GMB | Continue Lexis research and review of cases re NCP and removal authority (2.80). | 2.80 | 616.00 |
| 10/04/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 900.00 |
| 10/04/02 | SCC | Review, categorize and code documents produced by EPA for relevance to various case issues (0.70). | 0.70 | 164.50 |
| 10/04/02 | MHH | Review documents for responsiveness to discovery requests and privilege (6.0). | 6.00 | 1,050.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/04/02 | NKA | Update WRG10 Million coding spread sheet with new Alan Stringer data and coordinate review of same (1.50); Manage and provide substantive review re document coding issues (1.00); | 2.50 | 275.00 |
| 10/04/02 | AEC | Update deposition exhibit tracking chart and notebooks and update database to reflect previously marked exhibits (2.8); review, categorize and code documents produced by EPA for relevance to various case issues (1.2). | 4.00 | 500.00 |
| 10/04/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 800.00 |
| 10/04/02 | KLK | Review, categorize and code documents produced by EPA for relevance to various case issues (3.00); Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (4.50). | 7.50 | 937.50 |
| 10/04/02 | JLS | Review, categorize and code documents for relevance to various case issues (4.80); identify and code in Boulder boxes various documents related to cost recovery issues (2.30). | 7.10 | 887.50 |
| 10/04/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/04/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 510.00 |
| 10/04/02 | TGM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 540.00 |
| 10/04/02 | LCS | Review, categorize and code documents for relevance to various case issues | 4.50 | 382.50 |
| 10/06/02 | LB | Prepare for meetings with Betty Anderson (.30); travel from Denver to Washington, D.C. (1.80) (1.80 N/C) (NWT 50%). | 2.10 | 840.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/07/02 | LB | Work with Betty Anderson and her staff on preparation for her direct testimony and continue work re same alone (9.20). | 9.20 | 3,680.00 |
| 10/07/02 | CGH | Assess and draft timeline organization points (1.10); review reply brief re deposition motion to extend time (.30). | 1.40 | 490.00 |
| 10/07/02 | KWL | Review various administrative record documents for inclusion as trial exhibits. | 2.00 | 700.00 |
| 10/07/02 | JDM | Review Whitehouse deposition in preparation of findings of fact (4.2); begin findings of fact for Case Series/Middleton (0.6). | 4.80 | 1,440.00 |
| 10/07/02 | CLN | Evaluate documents in administrative record to determine whether to attempt to add to administrative record (2.5); arrange to send Eschenbach deposition transcript to Eschenbach (.30); review of E. Anderson final rebuttal report (.50); evaluate documents in administrative record to prepare to respond to U.S. motions and add comments in Lotus Notes (5.0). | 8.30 | 2,490.00 |
| 10/07/02 | KJC | Address inquiries and issues re document databases (0.20); address deposition transcript issues (0.30); address billing issues (0.20); review and respond to e-mail and questions re document review and coding (0.70); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.50); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (1.10); review and revise proposed draft stipulation re liability (0.40); review reply brief re Dr. Quivik (0.30); draft direct exam of R. Lee (0.40); review motion to reopen administrative record (0.50); telephone conferences with LBrown re expert work for trial (0.40). | 5.20 | 1,430.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/07/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 737.50 |
| 10/07/02 | EES | Review first day of Charles Young's deposition testimony (2.60); review additional EPA documentation re CERCLA cost documentation standards (2.90); review first day of John McGuiggan's deposition testimony (1.70); extended conference calls with accounting experts re Libby DOT cost variance issues (1.70). | 8.90 | 2,492.00 |
| 10/07/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/07/02 | GMB | Lexis research re requirements for remedial action (2.70). | 2.70 | 594.00 |
| 10/07/02 | EMB | Review, categorize and code documents produced by EPA for relevance to various case issues (3.40) (N/C). | 0.00 | 0.00 |
| 10/07/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.40 | 990.00 |
| 10/07/02 | SCC | Review, categorize and code documents produced by EPA for relevance to various case issues (0.4); review documents for responsiveness to discovery requests and privilege (1.90). | 2.30 | 540.50 |
| 10/07/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 5.00 | 875.00 |
| 10/07/02 | NKA | Review, categorize and code documents to be produced to EPA for relevances to document request issues (3.30); Update Cost Recovery coding spreadsheet to reflect new material entered into database (1.10); Manage, train and coordinate temporary employees and HRO personnel re document review/coding issues (2.20). | 6.60 | 726.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/07/02 | AEC | Review, categorize and code documents produced by EPA for relevance to various case issues (3.2); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (3.5). | 6.70 | 837.50 |
| 10/07/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.80 | 780.00 |
| 10/07/02 | KLK | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (8.00). | 8.00 | 1,000.00 |
| 10/07/02 | JLS | Review, categorize and code documents for relevance to various case issues (3.90); load James Millette deposition in LiveNote and e-mail to client and co-counsel (0.40); telephone conference with John Griffin of Sciences International re Peronard deposition exhibits (0.30); database research re same (0.60); conferences with KJCoggon and Roger Bradley re Boulder cost recovery documents (0.80); read and respond to e-mails re status of database files (0.30); review MDEQ and URS images and prepare for coding (1.20). | 7.50 | 937.50 |
| 10/07/02 | JMH | Reviewed Bartelt report as background for creating timeline of EPA activities in Libby (2.00) | 2.00 | 280.00 |
| 10/07/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/07/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/07/02 | ICM | Conduct case law research for Motion in Opposition to Exclude the Expert Testimony of Dale Jensen and Motion in Opposition to Summary Judgement; and conduct case law research and research citations to support specific fact statements in Statement of Material Facts re Cost recovery. | 2.80 | 308.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 35
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/07/02 | WEP 023 | Make one copy of six URS CDs (2.50) (N/C). | 0.00 | 0.00 |
| 10/08/02 | LB | Prepare questions for Betty Anderson direct examination (5.60). | 5.60 | 2,240.00 |
| 10/08/02 | CGH | Review of draft opposition brief to outline response (.40); outline response to opposition brief (.40). | 0.80 | 280.00 |
| 10/08/02 | KWL | Review EPA production documents for inclusion as trial exhibits. | 2.00 | 700.00 |
| 10/08/02 | JDM | Review documents in preparation of findings of fact for medical issues. | 4.10 | 1,230.00 |
| 10/08/02 | CLN | Quality control coding and add information in Lotus Notes to prepare for U.S. motions (5.0) (5.0 N/C); conference with LBrown re description of Export Screening Plant sampling (.30). | 0.30 | 90.00 |
| 10/08/02 | LSD | Draft and revise stipulation based on comments received from various reviewers (1.0). | 1.00 | 300.00 |
| 10/08/02 | KJC | Respond to questions from client and team re facts and documents (0.30); conferences with JLSherman re various issues related to databases and documents (0.90); draft letter to Cohn re expert documents (0.20); draft R. Lee trial testimony direct exam including e-mail exchange with R. Finke re scheduling for additional time with R. Lee (3.50); telephone conference with D. Van Orden re various tasks and progress (0.40); revise proposed liability stipulation (1.10); review Dahl expert report (1.20). | 7.60 | 2,090.00 |
| 10/08/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 590.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 36
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/02 | EES | Review ECC deposition transcript (2.20); review additional Daubert expert testimony case authority (2.90); meet with accounting expert re accounting findings of fact/conclusions of law (3.00). | 8.10 | 2,268.00 |
| 10/08/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/08/02 | GMB | Lexis Research for conclusions of law re types of response actions, requirements for removal actions, and requirements for remedial actions (4.30); review of cases re conclusions of law re types of response actions, requirements for removal actions, and requirements for remedial actions (3.0). | 7.30 | 1,606.00 |
| 10/08/02 | EMB | Review documents for responsiveness to discovery requests and privilege (2.50) (N/C). | 0.00 | 0.00 |
| 10/08/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.20 | 720.00 |
| 10/08/02 | JAH | Consider and prepare findings of fact and conclusions of law re ATSDR issues. | 2.00 | 440.00 |
| 10/08/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 5.00 | 875.00 |
| 10/08/02 | NKA | Review, categorize and code documents produced by EPA for relevance to various case issues (4.50); manage, train and provide assistance to temporary employees and HRO employees re document review/coding issues (1.30); meeting with PRStacey, JLSherman and temporary employees re duplicate document check and protocol in EPA Production database (1.00). | 6.80 | 748.00 |
| 10/08/02 | AEC | Review and compile sampling documents for R. Lee direct testimony (4.5); review, categorize and code documents produced by EPA for relevance to various case issues (2.2). | 6.70 | 837.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 37
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.50 | 750.00 |
| 10/08/02 | KLK | Review progress reports from contractors and subcontractors and create timeline of activities at Libby site (9.00). | 9.00 | 1,125.00 |
| 10/08/02 | JLS | Conference with KJCoggon re status of various case issues (0.70); conference with Roger Bradley re new Volpe documents for scanning and new procedures (0.50); review, categorize and code documents re various case issues (2.80); conferences with NKAberle and PRStacey re duplicate project (0.50); training session with temporary staff re same (0.40). | 4.90 | 612.50 |
| 10/08/02 | PRS | Work with temporary staff re protocols for duplicate check project (.60). | 0.60 | 75.00 |
| 10/08/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (5.00). | 5.00 | 700.00 |
| 10/08/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/08/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/08/02 | ICM | Conduct case law research for Motion in Opposition to Exclude the Expert Testimony of Dale Jensen and Motion in Opposition to Summary Judgement (2.80); conduct case law research and research citations to support specific fact statements in Statement of Material Facts re Cost recovery (2.20). | 5.00 | 550.00 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | |
|---|---|---|
| | Page | 38 |
| | Invoice No.: | 613444 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/02 | LB | Office conference with KJCoggon re elements of proof at trial and pre-trial deadlines (.30); office conference with KWLund and KJCoggon re stipulation on liability, pretrial tasks, deadlines, and assignments, and trial team issues (.70); office conference with KWLund re stipulation (and telephone conference with Bob Emmett re same), trial team, and trial themes (.30); office conference with KJCoggon re trial logistics and technology support and graphics for courtroom presentation (.40); review Eschenbach deposition transcript and telephone conference with CLNeitzel re same (1.10); travel from Washington D.C. to Denver (2.70) (N/C 2.70) (NWT 50%); analyze elements of proof for trial (1.00). | 6.50 | 2,600.00 |
| 10/09/02 | KWL | Conference with LBrown and KJCoggon re stipulation on liability, pretrial tasks, deadlines, and assignments, and trial team issues (.70); conference with LBrown and Bob Emmett re stipulation, trial team, and trial themes (.30); review Cameron summary re Julie Yang deposition testimony (.60); review Yang deposition exhibits for purposes of drafting witness summary (.40). | 2.00 | 700.00 |
| 10/09/02 | JDM | Review and revise draft stipulation re Grace-Conn. (0.7); conference with KJCoggon and EEStevenson re findings of fact, deposition proffers and examination outlines (0.6); telephone conference with J. Freeman re ZAI stipulation (0.3); review recent ATSDR publications re Libby and research website for additional information (0.7); review additional documents re findings of fact (0.8). | 3.10 | 930.00 |
| 10/09/02 | CLN | Quality control check of document coding to prepare for motions (4.5) (4.5 N/C); prepare exhibits for transmittal to Eschenbach (.30); review Hughson deposition transcript to prepare witness for trial (2.80); review of new ATSDR information and communicate comments to LBrown (.20). | 3.30 | 990.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/02 | DJB | Review box of privilege documents to determine if accurately labeled. | 2.00 | 550.00 |
| 10/09/02 | KJC | Draft, review and edit findings of fact and conclusions of law (2.20); address inquiries and issues re document databases (0.20); review and respond to e-mail and questions re document review and coding (0.40); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.30); conference with JDMcCarthy and EEStevenson re findings of fact, outlines for direct and cross exam, and deposition proffers (0.60); telephone conference with R. Bartelt re Dahl expert report, deposition transcript, exhibits, and coordination of other experts (1.10); telephone conference with R. Bartelt and EEStevenson re coordination with D. Jensen testimony and exhibits (0.30); e-mail exchange with R. Finke re R. Lee trial preparation (0.30); review and forward deposition transcripts to R. Bartelt (0.20); draft deadlines chart for use at team meeting including research local rules (0.70); e-mail exchange re proposed liability stipulation (0.20); conference with KWLund and LBrown re trial logistics, schedule and stipulation (0.70); conferences with LBrown re trial logistics and schedule and court room logistics (.70); telephone conference with J. Freeman re stipulation, motions and document production (0.20). | 8.30 | 2,282.50 |
| 10/09/02 | EES | Strategy meeting with JDMcCarthy and KJCoggon re trial cross examination, direct examination and findings of fact issues on cost witnesses (.60); draft summary analysis for motion opposing exclusion of Dale Jensen's accounting opinions (2.20); review documentation for inclusion in findings of fact (3.60). | 6.40 | 1,792.00 |
| 10/09/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 2,080.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 40
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/02 | GMB | Additional research re conclusions of law (3.20); draft conclusions of law (3.0). | 6.20 | 1,364.00 |
| 10/09/02 | EMB | Review documents for responsiveness to discovery requests and privilege (1.00) (N/C). | 1.00 | 175.00 |
| 10/09/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.50 | 1,012.50 |
| 10/09/02 | SCC | Review documents for responsiveness to discovery requests and privilege (1.60) | 1.60 | 376.00 |
| 10/09/02 | ATC | Research re administrative record review (.5); research and draft conclusions of law re administrative record review (3.0). | 3.50 | 612.50 |
| 10/09/02 | JAH | Consider and prepare findings of fact and conclusions of law regarding ATSDR issues. | 2.50 | 550.00 |
| 10/09/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 6.00 | 1,050.00 |
| 10/09/02 | KAT | Review documents for responsiveness to discovery requests and privilege (4.30). | 4.30 | 795.50 |
| 10/09/02 | SBY | Review documents for responsiveness to discovery requests and privilege. | 0.30 | 75.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 41
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/02 | NKA | Review, categorize and code documents produced by EPA for relevance to various case issues (3.00); Review DCS materials for various manuscripts of depositions and e-mail correspondence with CJackson and JLSherman re same (.40); Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (2.00); Review and enter new WRG 10 million series documents into coding assignment spreadsheet (.80); Calculate status and estimated completion date of Alan Stringer material to be produced (.50); Search for and locate Wiley Wright deposition exhibits per EEStevenson's request (.20) (.20 N/C). | 6.70 | 737.00 |
| 10/09/02 | AEC | Review supplemental production documents for potential use by our experts (3.3); review, categorize and code documents produced by EPA for relevance to various case issues (2.0); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.5). | 6.80 | 850.00 |
| 10/09/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.80 | 780.00 |
| 10/09/02 | KLK | Review progress reports from contractors and subcontractors and create timeline of activities at Libby Sites (7.0). | 7.00 | 875.00 |
| 10/09/02 | JLS | Review, categorize and code KDC documents for various case issues (3.20); database research for motion to extend time limits re Peronard and Weis depositions (1.10). | 4.30 | 537.50 |
| 10/09/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (2.20). | 2.20 | 308.00 |
| 10/09/02 | SDC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.50 | 390.00 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | | | |
|---|---|---|---|---|
| | | | Page | 42 |
| | | | Invoice No.: | 613444 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/09/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/09/02 | ICM | Conduct case law research for Motion in Opposition to Exclude the Expert Testimony of Dale Jensen and Motion in Opposition to Summary Judgement (1.70); conduct case law research and research citations to support specific fact statements in Statement of Material Facts re Cost recovery (1.30). | 3.00 | 330.00 |
| 10/10/02 | LB | Conference with CLNeitzel re elements of proof and administrative record exceptions remedy at trial v. discovery (.30); conference with KJCoggon re Grace discovery responses and whether any need supplementation and plan re same (.20); review memoranda and briefs re standard of proof, exceptions to administrative record review (1.40); continue work analyzing elements of proof (.50); meeting with KJCoggon, JDMcCarthy, CLNeitzel, et al. re pretrial deadlines and tasks (1.00); review draft time line and e-mail comments to Karen Kinnear re same (.30); telephone conference with CGHarris re reply re Weis and Peronard deposition limits (.10); telephone conference with KJCoggon re Dan Thornton admissions at asbestos conference (.10); review January and February 2000 CAG minutes for trial preparation and assign tasks re time line re same to Karen Kinnear (.30); travel from Denver to Kalispell for interview of Jim Stout and Alan Stringer re trial preparation and for site visit (3.00) (N/C 3.00) (NWT 50%). | 7.20 | 2,880.00 |
| 10/10/02 | KWL | Review EPA production documents re Max Dodson for purposes of identifying trial exhibits (1.80); telephone conference with Bill Corcoran re trial strategy issues (.20). | 2.00 | 700.00 |
| 10/10/02 | JDM | Review depositions and documents for findings of facts (0.5); conference with cost recovery team (1.00); meet with JAHall re ATSDR conclusions of law (0.3). | 1.80 | 540.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page             43
Invoice No.:  613444
Client   No.:  04339
Matter  No.:  00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/02 | CLN | Review of Hughson deposition transcript and memo to file re testimony (1.80); attend internal meeting re Grace trial strategy and coordination of work assignments (1.00); memorandum to file re Hughson deposition (.50); review of Quivik motion (.20); conference with D. Kuchinsky re deposition transcripts (.30); review of Eschenbach transcript to prepare to discuss with D. Kuchinsky and memo to file re Eschenbach deposition (3.10); conference with LBrown re finding of fact (.90); review of liabilities summary judgment motion (.30). | 8.10 | 2,430.00 |
| 10/10/02 | LSD | Review motion for summary judgment on liability issues received from DOJ, draft e-mail re preliminary thoughts and research issues on same (2.30). | 2.30 | 690.00 |
| 10/10/02 | KJC | Address inquiries and issues re document databases (0.30); review and respond to e-mail and questions re document review and coding (2.20); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.60); review and respond to e-mail and follow up on document production from EPA (0.40); conference with cost recovery team (1.00); conferences with JLSherman, ATCrist, and NKAberle re outstanding discovery issues and privilege logs (1.30); telephone conferences with WBrown re schedule, deadlines, trial support and database issues (1.30); telephone conference with A. Stringer re schedule and trial (0.20); telephone conference with W. Sparks re J. Wolter and other witnesses (0.20); conferences with LBrown re discovery responses, trial strategies, logistics and new information re EPA (0.20); research re EPA HQ involvement (1.80); review and forward Motion for Summary Judgment for preparation of response (1.30); draft letter to H. Kukis re outstanding discovery (1.10); telephone conference with EEStevenson re outstanding discovery (0.40); telephone conference with J. Freeman re discovery issues and motions (0.40). | 12.70 | 3,492.50 |