# EXHIBIT A-3

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 613444 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/02 | JD | Review documents for responsiveness to discovery requests and privilege (1.50). | 1.50 | 390.00 |
| 10/10/02 | EES | Trial team strategy meeting for purposes of coordinating work assignments (1.00); review Wiley Wright deposition testimony (3.90); extensive telephone conference with accounting expert re Wiley Wright documentation and expert report issues (1.40); draft proposed findings of fact (2.80). | 9.10 | 2,548.00 |
| 10/10/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 10.00 | 2,600.00 |
| 10/10/02 | GMB | Lexis research re removal action/remedial action distinction; review cases (2.00); review cases re removal action/remedial action distinction (1.80). | 3.80 | 836.00 |
| 10/10/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.10 | 697.50 |
| 10/10/02 | SCC | Review documents for responsiveness to discovery requests and privilege (0.60). | 0.60 | 141.00 |
| 10/10/02 | ATC | Conference with cost recovery team (1.00); review documents for responsiveness to discovery requests and privilege (5.1). | 6.10 | 1,067.50 |
| 10/10/02 | MFC | Attend training session on working with Lotus Notes and re document review/coding issues (1.00) (N/C). | 0.00 | 0.00 |
| 10/10/02 | JAH | Attend strategy meeting (1.00); conference with JDMcCarthy re ATSDR findings of fact and conclusions of law (.50). | 1.50 | 330.00 |
| 10/10/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 8.80 | 1,540.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | Page | 45 |
|---|---|---|---|---|
| | | | Invoice No.: | 613444 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/02 | BCH | Review, categorize, and code documents for various case issues. | 1.00 | 250.00 |
| 10/10/02 | KAT | Review documents for responsiveness to discovery requests and privilege (2.50). | 2.50 | 462.50 |
| 10/10/02 | SBY | Review documents for responsiveness to discovery requests and privilege (4.30). | 4.30 | 1,075.00 |
| 10/10/02 | NKA | Review, categorize and code documents to be produced to EPA for relevances to document request issues (5.00); Manage and provide assistance to temporary employees and HRO employees re document review/coding issues (2.50); Attend Grace cost recovery team meeting re trial schedule, deadlines, and priorities (1.00); Office meeting with KJCoggon, JLSherman, and AECarroll re outstanding discovery issues (.30). | 8.80 | 968.00 |
| 10/10/02 | AEC | Trial team meeting re upcoming deadlines and strategy (1.00); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.8); review, categorize and code documents produced by EPA for relevance to various case issues (1.5); review and compile sampling documents for R. Lee direct testimony (3.2). | 7.50 | 937.50 |
| 10/10/02 | KLK | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (6.50). | 6.50 | 812.50 |
| 10/10/02 | JLS | Cost recovery team meeting re status of various deadlines and case issues (1.00); conferences with CCotts, NKAberle, AECarroll and KJCoggon re privilege logs (1.30); conference with CLNeitzel re deposition transcripts for Dori Kuchinsky and database research re same (0.60); review, categorize and code document for various case issues (3.40). | 6.30 | 787.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page            46
Invoice No.:    613444
Client  No.:    04339
Matter  No.:    00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/10/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites. | 7.80 | 1,092.00 |
| 10/10/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/10/02 | MBF | Review, categorize and code problem work-product/medical confidential documents to be produced to EPA for relevance to various case issues (3.60). | 3.60 | 324.00 |
| 10/10/02 | ICM | Conduct case law research for Motion in Opposition to Exclude the Expert Testimony of Dale Jensen and Motion in Opposition to Summary Judgement (4.20); conduct case law research and research citations to support specific fact statements in Statement of Material Facts re Cost recovery (2.80). | 7.00 | 770.00 |
| 10/11/02 | LB | Prepare for and meeting with Alan Stringer and Jim Stout, including site tour (5.00); travel to Libby from Kalispell (1.00) (N/C 1.00) (NWT 50%); travel from Libby to Denver (2.80) (N/C 2.80) (NWT 50%); telephone conferences with KJCoggon re site information and case issues (.40). | 9.20 | 3,680.00 |
| 10/11/02 | CGH | Conferences re administrative record briefs and citations needed for reply on depositions, review of same (1.80); review of documents, deposition transcripts in preparation for brief drafting and draft reply brief on Peronard and Weis (3.50). | 5.30 | 1,855.00 |
| 10/11/02 | KWL | Telephone conference with KJCoggon re motions, discovery issues, and schedule (.50); review EPA documents re Max Dodson and Marianne Horinko for purposes of developing trial cross-examination (1.20); telephone conference with KJCoggon re coordinating responses to US' motions (.30). | 2.00 | 700.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | Page | 47 |
|---|---|---|---|---|
| | | | Invoice No.: | 613444 |
| | | | Client  No.: | 04339 |
| | | | Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/11/02 | LSD | Continue reviewing motion for summary judgment, including statement of facts for purposes of developing response (2.50). | 2.50 | 750.00 |
| 10/11/02 | KJC | Address inquiries and issues re document databases (0.40); review and respond to e-mail and questions re document review and coding (1.20); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.20); follow up on document production from EPA (0.40); respond to questions from client and team re facts and documents (0.30); telephone conference with KWLund re U.S. motions, discovery issues and schedule (0.50); telephone conference with W. Corcoran re motions and related issues (0.30); address trial logistics re computers, staffing, space and software (1.40); address issues re production to EPA (1.80); review and respond to emails re responses to motions for summary judgment (2.30); telephone conference with R. Marriam re EPA decisions (0.10); telephone conferences with LBrown re site visit, timeline and motions (0.40); telephone conference with KLKinnear re timeline (0.30); draft e-mail re timeline (0.20); conference with MJOchs re motion to exclude R. Lee (0.20). | 10.00 | 2,750.00 |
| 10/11/02 | JD | Review documents for responsiveness to discovery requests and privilege (5.70). | 5.70 | 1,482.00 |
| 10/11/02 | EES | Complete review of Wiley Wright's deposition testimony (1.60); draft proposed findings of fact for cost issues (4.80); begin review of Timothy Wall's (CDM) deposition testimony (1.10). | 7.50 | 2,100.00 |
| 10/11/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | Page | 48 |
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/11/02 | GMB | Lexis research re remedy for exceptions to review limited to administrative record (3.50); review cases re remedy for exceptions to review limited to administrative record (2.80). | 6.30 | 1,386.00 |
| 10/11/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 900.00 |
| 10/11/02 | ATC | Research re de novo review of administrative record for GMBarry and conclusions of law (6.4). | 6.40 | 1,120.00 |
| 10/11/02 | JAH | Consider and perform legal research re removal issues (9.20); conference with GMBarry re same (1.00). | 10.20 | 2,244.00 |
| 10/11/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 7.70 | 1,347.50 |
| 10/11/02 | KAT | Review documents for responsiveness to discovery requests and privilege (1.00). | 1.00 | 185.00 |
| 10/11/02 | SBY | Review documents for responsiveness to discovery requests and privilege (9.10). | 9.10 | 2,275.00 |
| 10/11/02 | NKA | Review, categorize and code documents to be produced to EPA for relevances to document request issues (3.80); Manage and provide substantive review re document coding issues (2.10); | 5.90 | 649.00 |
| 10/11/02 | AEC | Review and compile supplemental production documents for potential use by our experts (3.8); review, categorize and code documents produced by EPA for relevance to various case issues (4.5). | 8.30 | 1,037.50 |
| 10/11/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.50 | 750.00 |
| 10/11/02 | KLK | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (8.00). | 8.00 | 1,000.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | Page | 49 |
| --- | --- | --- | --- | --- |
| | | | Invoice No.: | 613444 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 10/11/02 | JLS | Research for Motion for Summary Judgment re residential properties listed in Statement of Uncontroverted Facts including review of Weis, Peronard, Stringer and Owens depositions (4.20); review categorize and code documents for various case issues (2.80). | 7.00 | 875.00 |
| 10/11/02 | PRS | Conference with KJCoggon re organization of Libby, Cost Recovery and other Grace files (0.60); conference with T. Johnson re same (0.60). | 1.20 | 150.00 |
| 10/11/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/11/02 | MBF | Review, categorize and code documents produced by EPA for relevance to various case issues (2.70); obtain cases cited in government brief at request of LSDecker (2.00). | 4.70 | 423.00 |
| 10/12/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.30 | 678.50 |
| 10/12/02 | EES | Complete review of Day 1 of Timothy Wall's deposition testimony (2.30); review Day 2 of Timothy Wall's deposition testimony (2.90); begin review of Day 2 of John McGuiggan's deposition testimony (1.60). | 6.80 | 1,904.00 |
| 10/12/02 | JAH | Receive and evaluate US' motion for partial summary judgment on third defense (.50); consider and review legal research re removal issues (7.50). | 8.00 | 1,760.00 |
| 10/12/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 1.80 | 315.00 |
| 10/12/02 | NKA | Update cost recovery coding spreadsheet with contents of images from cd PMT_029 (1.70). | 1.70 | 187.00 |
| 10/13/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 2,360.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | Page | 50 |
|---|---|---|---|
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/13/02 | JAH | Consider and review legal research re removal issues and prepare outline of same. | 7.00 | 1,540.00 |
| 10/13/02 | MJO | Review Motion in Limine to Strike Portions of Proposed Testimony of Dr. Richard Lee as filed by EPA (with Exhibits) (.30); review deposition of Dr. Lee (1.50); retrieve and review case law cited by EPA and case law in response (Lexis) (3.20). | 5.00 | 900.00 |
| 10/14/02 | LB | Meeting with Rich Bartelt, Frank Jones, and KJCoggon (and for part also with Dale Jensen, Kurt Fessler, and EEStevenson) re preparation for testimony (7.20); conference with KJCoggon re schedule for preparation of Hughson, Chatfield, and follow up with Lee and Stringer (.30); e-mail exchange with KWLund and then conference call with KWLund and KJCoggon re November client strategy meeting (.10); office conference with CLNeitzel re findings of fact re non-cancer end points and Hughson trial preparation schedule (.50); review first draft of reply re Weis and Peronard deposition continuation and brief conference with ATCrist re same (.20). | 8.30 | 3,320.00 |
| 10/14/02 | CGH | Review of draft brief and assemble research re same in preparation for filing (.20). | 0.20 | 70.00 |
| 10/14/02 | KWL | Review deposition transcript of Harry Eschenbach for purposes of developing trial testimony (1.50); review deposition transcripts for Meeker and Millette for purpose of coordinating trial testimony (4.50). | 6.00 | 2,100.00 |
| 10/14/02 | JDM | Telephone conference with CLNeitzel re non-cancer findings of fact (0.2); telephone conference with CLNeitzel re deposition testimony as it relates to findings of fact (0.2). | 0.40 | 120.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page             51
Invoice No.:   613444
Client   No.:   04339
Matter  No.:   00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/14/02 | CLN | Review of information re liability brief (.30); review and revise findings of fact re non-pleural endpoints (2.70); memo to file re Hughson deposition (.20); review and revise Eschenbach deposition (.30); memo to file re Eschenbach deposition (1.0); review U.S. motions filed on Friday (1.0); conference with LBrown re findings of fact (.30); review and revise findings of fact (2.80); conference with H. Eschenbach (.20). | 8.80 | 2,640.00 |
| 10/14/02 | LSD | Respond to e-mail from KJCoggon re Motion for Summary Judgment and Stipulations (.20); review further documents in preparation for responding to Motion for Summary Judgment re liability and telephone conference with JLSherman re her review of pertinent deposition transcripts (.70). | 0.90 | 270.00 |
| 10/14/02 | KJC | Address inquiries and issues re document databases (0.20); review and respond to e-mail and questions re document review and coding (0.30); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.20); respond to questions from client and team re facts and documents (0.40); telephone conference with G. Graham re trial logistics, options re getting the Court to respond, and various pending motions (1.20); conference with R. Bartelt, LBrown and F. Johns re trial testimony (5.40); conference with R. Bartelt, D. Jensen et al re trial testimony coordination (1.20); conferences with LBrown re expert trial testimony, reply brief, schedule and staffing (0.70). | 9.60 | 2,640.00 |
| 10/14/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues. | 0.80 | 236.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | Page | 52 |
|---|---|---|---|---|---|
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/02 | EES | Review EPA's brief in support of their motion for summary judgment (3.40); draft outline of response to EPA's summary judgment motion (2.80); meet with accounting experts, cost experts, LBrown and KJCoggon re cost issues/trial strategy (1.20); review case authority for use in opposition to the government's summary judgment motion (3.20). | 10.60 | 2,968.00 |
| 10/14/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/14/02 | GMB | Meeting with JAHall re Motion for Summary Judgement brief (.70); Lexis research re "arbitrary and capricious" issues for Motion for Summary Judgement brief (2.30); review Lexis research cases re same (2.80). | 5.80 | 1,276.00 |
| 10/14/02 | LAC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.70 | 1,282.50 |
| 10/14/02 | ATC | Cite check and edit reply to U.S. opposition re deposition time limits (4.8); meet with JAHall re response to motion for summary judgement re third affirmative defense (0.5); review motion and preliminary motions (1.5). | 6.80 | 1,190.00 |
| 10/14/02 | JAH | Review legal research for response to motion for summary judgment-third defense and prepare summaries of same (5.50); telephone conference with GMBarry re preparation of response to motion for summary judgment-third defense (.70); conference with MBFloyd re top EPA NPL sites (.20); review research regarding same (.30); conference with ATCrist re response to motion for summary judgment-third defense (.50). | 7.20 | 1,584.00 |
| 10/14/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 4.90 | 857.50 |
| 10/14/02 | BCH | Review, categorize, and code documents for various case issues. | 3.50 | 875.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | Page | 53 |
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/14/02 | DPK | Review and comment on government briefs (1.0); research summary judgment standards (1.0). | 2.00 | 480.00 |
| 10/14/02 | MJO | Begin draft response to Motion in Limine re Dr. Lee. | 3.30 | 594.00 |
| 10/14/02 | NKA | Manage and provide assistance to temporary employees and HRO personnel regarding document coding/review issues (1.00); Update coding assignment spreadsheets with new material in WRG 10 million series and Production database (.70); Phone conferences with expert and AECarroll re cd's still to be provided for review (.20); Review and revise privilege log for Alan Stringer paper documents and e-mail files (5.40). | 7.30 | 803.00 |
| 10/14/02 | AEC | Review supplemental production documents for potential use by our experts (5.2); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.5). | 6.70 | 837.50 |
| 10/14/02 | AH | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.10 | 610.00 |
| 10/14/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (8.00). | 8.00 | 1,000.00 |
| 10/14/02 | JLS | Research re liability for Motion for Summary Judgment including review of expert depositions (2.40); conference with AHerceglic re database research (0.30); load Brody deposition in Livenote and send to client (0.30) (N/C); database research for LBrown re Libby property values (0.90); review categorize and code documents for various case issues (1.20). | 4.80 | 600.00 |
| 10/14/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

|  |  |
|---|---|
| Page | 54 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/02 | MBF | Research and obtain EPA guidance documents for KJCoggon (1.50); research on five most contaminated NPL sites for JAHall (1.50). | 3.00 | 270.00 |
| 10/14/02 | ICM | Review and analyze issues in summary judgement motions as per EEStevenson's request. | 3.20 | 352.00 |
| 10/15/02 | LB | Conference with KJCoggon re priorities, schedule and case facts (0.80). | 0.80 | 320.00 |
| 10/15/02 | KWL | Review United States motions for Summary Judgement and Motions to Exclude for purpose of formulating strategic response (3.0); review final proposed stipulation on liability issues for purpose of considering additional proposed stipulations (1.40). | 4.40 | 1,540.00 |
| 10/15/02 | JDM | Review Middleton deposition in preparation for draft findings of fact (3.3); outline findings of fact re case series (1.7). | 5.00 | 1,500.00 |
| 10/15/02 | CLN | Review of Dahl expert report (.50); review of documents re non-cancer endpoints in connection with findings of fact and conference with Rick Reiss re same (3.30); review of asbestos documents for findings of fact in preparation for call with Rick Reiss (1.0); review of pleural plaques documents in preparation for call with Rick Reiss (1.0); telephone conference with Rick Reiss and Jay Turim re trial preparation issues (.80). | 6.60 | 1,980.00 |
| 10/15/02 | LSD | Coordinate with JAD'Alessandro re additional research issues (.30); office conference with JLSherman re findings of fact relating to Motion for Summary Judgment (.50); continue reviewing Statement of Fact and brief in support of Motion in preparation for responding to same (2.0). | 2.80 | 840.00 |
| 10/15/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (6.10). | 6.10 | 1,677.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | |
|---|---|---|---|---|
| Page | 55 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/02 | KJC | Draft, review and edit findings of fact and conclusions of law (0.30); draft direct examination questions (0.10); address billing issues from team, vendors and experts (0.40); address inquiries and issues re document databases (0.50); review and respond to e-mail and questions re document review and coding (0.60); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); respond to questions from client and team re facts and documents (0.20); address EPA motion in limine re R. Lee (2.40); telephone conference with A. Stringer re trial testimony (0.20); research re EPA decisions on asbestos (0.30); conference with LBrown re priorities, schedule and case facts (0.80); telephone conference with EEStevenson re schedule for responding to motion for summary judgment and motion in limine (0.30); address trial logistics (0.70); review A. Stringer documents for responsiveness and privilege (1.20); research EPA data (0.70); review EPA admissions (0.40). | 9.40 | 2,585.00 |
| 10/15/02 | JD | Conference with LSDecker re response to summary judgment motion on liability (0.30); review emails re summary judgment issues (0.20). | 0.50 | 130.00 |
| 10/15/02 | EES | Draft indirect cost portion of the findings of fact (3.80); review additional case authority re opposition to summary judgment motion (2.20); review analysis opposing the government's motion to exclude Dale Jensen's testimony (2.70); meet with accounting experts re findings of fact, cost opinion updates/revisions, and summary judgment issues (3.10). | 11.80 | 3,304.00 |
| 10/15/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 2,080.00 |
| 10/15/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.00 | 350.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | Page | 56 |
|---|---|---|---|---|
| | | | Invoice No.: | 613444 |
| | | | Client  No.: | 04339 |
| | | | Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/02 | GMB | Review of exhibits to DOJ's Motion for Summary Judgement (4.10). | 4.10 | 902.00 |
| 10/15/02 | ATC | Research re response to motion for summary judgment re third affirmative defense (4.60); conference with JAHall re organization of response (1.20). | 5.80 | 1,015.00 |
| 10/15/02 | MFC | Review, categorize and code documents produced by EPA for relevance to various case issues (4.50) (N/C). | 0.00 | 0.00 |
| 10/15/02 | JAH | Conference with ATCrist re research and strategy for response to motion for summary judgment-third defense. | 1.20 | 264.00 |
| 10/15/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 3.00 | 525.00 |
| 10/15/02 | BCH | Review, categorize, and code documents for various case issues. | 9.00 | 2,250.00 |
| 10/15/02 | DPK | Research statutes and case law re CERCLA standards for response costs recovery and re admission of expert testimony (3.0); review and comment on government briefs on motion for summary judgment and motion in limine to exclude expert testimony and conference with HRO personnel re same (3.0); review and comment on expert reports (2.0). | 8.00 | 1,920.00 |
| 10/15/02 | MJO | Begin draft of response to Motion in Limine re Dr. Lee (3.80); review pleadings and ruling from Barbanti v. Grace in Washington State re challenge to Dr. Lee's testimony (1.00). | 4.80 | 864.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | Page | 57 |
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/15/02 | NKA | Continue to draft privilege log for Alan Stringer material in WRG 10 million series (5.30); Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (2.00); Search for and locate "clean" copies of three Action Memoranda as requested by expert (.80); Search for and locate response document per EEStevenson's request, and provide same to DPKunstle and ICMulholland (.70). | 8.80 | 968.00 |
| 10/15/02 | AEC | Review and transmit supplemental production documents for potential use by our experts (2.7). | 2.70 | 337.50 |
| 10/15/02 | AH | Review and organize W.R. Grace case file (N/C). | 0.00 | 0.00 |
| 10/15/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (10.50). | 10.50 | 1,312.50 |
| 10/15/02 | JLS | Review categorize and code documents for various case issues (2.80); research re liability for Motion for Summary Judgment including database research (3.10); conferences with CCotts re EPA Production/Cost Recovery database (1.20). | 7.10 | 887.50 |
| 10/15/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (2.00). | 2.00 | 280.00 |
| 10/15/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/15/02 | MBF | Research EPA website for guidance documents on removal actions (.20); call EPA Superfund hotline re same (.10); review, categorize and code documents produced by EPA for relevance to various case issues (.40); research caselaw regarding section 9601(35)(C) for LSDecker (2.80). | 3.50 | 315.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page            58
Invoice No.:    613444
Client  No.:    04339
Matter  No.:    00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 10/15/02 | ICM | Conduct research on several legal issues to develop motions in response to DOJ motions to exclude experts and request for summary judgment. | 8.00 | 880.00 |
| 10/16/02 | KWL | Review various emails re responses to United States Summary Judgment motions (.60); telephone conference with Bill Corcoran re case status and strategy (.40); review draft findings of fact and conclusions of law for purposes of developing consistent trial strategy (2.70). | 3.70 | 1,295.00 |
| 10/16/02 | JDM | Draft findings of fact re Middleton. | 1.00 | 300.00 |
| 10/16/02 | CLN | Conference with B.Hughson re deposition (.50); review and revise Eschenbach deposition changes (.20); review Hughson changes (.30). | 1.00 | 300.00 |
| 10/16/02 | LSD | Office conference with KJCoggon re facts and strategies related to responding to Motion for Summary Judgment on liability (1.0); follow up on issues discussed as well as further review of information and brief from plaintiff (1.20). | 2.20 | 660.00 |
| 10/16/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (1.80). | 1.80 | 495.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | |
|---|---|---|---|---|
| Page | | | | 59 |
| Invoice No.: | | | | 613444 |
| Client No.: | | | | 04339 |
| Matter No.: | | | | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/02 | KJC | Draft direct examination questions (1.30); address billing issues from team, vendors and experts (0.30); review and respond to e-mail and questions re document review and coding (0.10); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.60); review and respond to e-mail and follow up on document production from EPA (0.30); respond to questions from client and team re facts and documents (0.10); conference with LSDecker re opposition to Motion for Summary Judgment re liability (1.10); research re opposition to Motion for Summary Judgment re liability (0.40); telephone conference with R. Lee re trial testimony (2.00); review and revise opposition to motion in limine (0.50); review, research and revise privilege log (0.50); conference with AHerceglic and TTJohnson re case status, documents and depositions (0.40); conference with GMBarry re progress on response to Motion for Summary Judgment (0.20); conference with EEStevenson re progress on response to Motion for Summary Judgment and motion in limine, findings of fact and new Jensen cost schedule (0.40). | 8.20 | 2,255.00 |
| 10/16/02 | JD | Review KDC's response to government motion for partial summary judgment on liability issue (2.00); research re passive migration theory (3.30). | 5.30 | 1,378.00 |
| 10/16/02 | EES | Revise and expand the findings of fact re direct cost documentation issues and annual allocation cost issues (4.90); extended phone conference with accounting expert re cost findings of fact issues (1.40); review documentation issues raised by Wiley Wright's new cost opinions (.80); expand Daubert brief analysis opposing the exclusion of Dale Jensen's expert testimony (2.70). | 9.80 | 2,744.00 |
| 10/16/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | |
|---|---|---|---|---|
| | | Page | | 60 |
| | | Invoice No.: | | 613444 |
| | | Client No.: | | 04339 |
| | | Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/02 | GMB | Review of previous filings dealing with lack of evidentiary support in administrative record, Bartelt report and conclusions (6.50). | 6.50 | 1,430.00 |
| 10/16/02 | ATC | Research and draft chart re response to motion for summary judgment on third affirmative defense. | 6.40 | 1,120.00 |
| 10/16/02 | MFC | Review, categorize and code documents produced by EPA for relevance to various case issues (2.80) (N/C). | 0.00 | 0.00 |
| 10/16/02 | JAH | Review of legal research re motion for summary judgment-third defense and preparation of response re same. | 2.00 | 440.00 |
| 10/16/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 2.20 | 385.00 |
| 10/16/02 | BCH | Review, categorize, and code documents for various case issues. | 8.50 | 2,125.00 |
| 10/16/02 | DPK | Research and summarize case law for summary judgment brief re response costs (1.0); draft outline of summary judgment brief (0.8); conference with HRO personnel re same (0.5). | 2.30 | 552.00 |
| 10/16/02 | MJO | Continue draft of response to Motion in Limine re Dr. Lee (3.50); draft Affidavit of Dr. Lee in support of Response to Motion in Limine (1.00); edit both response and affidavit for consistency (.80); review and incorporate language from Barbanti pleading (1.00). | 6.30 | 1,134.00 |
| 10/16/02 | NKA | Continue to draft privilege log for Alan Stringer material in WRG 10 million series (4.80); Manage and provide assistance to temporary employees and HRO personnel re document review/coding issues (1.50). | 6.30 | 693.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | | | Page | 61 |
|---|---|---|---|---|---|
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/02 | AEC | Review and transmit supplemental production documents for potential use by our experts (3.3); review, categorize and code documents produced by EPA for relevance to various case issues (1.8); update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.5). | 6.60 | 825.00 |
| 10/16/02 | AH | Review and organize W.R. Grace case file (N/C). | 0.00 | 0.00 |
| 10/16/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (12.00). | 12.00 | 1,500.00 |
| 10/16/02 | JLS | Research re liability for Motion for Summary Judgment (4.30); database research re Libby timeline (0.90); conferences with KLKinnear re same (0.30); review categorize and code Boulder documents for various case issues (3.20). | 8.70 | 1,087.50 |
| 10/16/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.80 | 528.00 |
| 10/16/02 | MBF | Research for LSDecker regarding CERCLA section 9601(35)(A) and owner/operator liability (3.70); review, categorize and code documents to be produced to EPA (2.80). | 5.50 | 495.00 |
| 10/16/02 | ICM | Conduct research on several legal issues to develop motions in response to DOJ motions to exclude experts and summary judgment. | 8.00 | 880.00 |
| 10/17/02 | KWL | Telephone conference with KJCoggon re coordination of various trial preparation issues. (N/C) | 0.00 | 0.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | Page | 62 |
|---|---|---|
| | Invoice No.: | 613444 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | CLN | Review and evaluate U.S. motions (2.0); conference with J. Flynn (.30); conference with H. Eschenbach and arrange for affidavit (.20); perform quality control check on documents (.80) (.80 N/C); finalize H. Eschenbach deposition memo and provide to D. Cameron (.20); review and revise findings of fact and conclusions of law (3.0). | 5.70 | 1,710.00 |
| 10/17/02 | LSD | Office conference with JAD'Alessandro re status of research (.30); respond to emails re strategies for additional scope of stipulation (.70); continue research and review of facts in preparation for responding to Motion for Summary Judgment on liability (2.80). | 3.80 | 1,140.00 |
| 10/17/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (3.00). | 3.00 | 825.00 |
| 10/17/02 | KJC | Draft, review and edit findings of fact and conclusions of law (1.10); draft direct examination questions (0.40); review and respond to e-mail and questions re document review and coding (0.20); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.70); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.30); telephone conference with R. Lee re direct exam testimony and exhibits (2.00); draft emails to client re Motion for Summary Judgments (0.40); telephone conference with W. Corcoran re stipulation, schedule and progress (0.10); telephone conference with KWLund re status of various case projects (0.40); review Motion for Summary Judgment re liability (0.30); telephone conference with EEStevenson re Daubert and Jensen revised schedule (0.30). | 6.40 | 1,760.00 |