# EXHIBIT A-4

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 63 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | JD | Review government motion for partial summary judgment on liability issue (1.10); research re passive migration theory (8.70); research re indemnification contracts in CERCLA context (1.00). | 10.80 | 2,808.00 |
| 10/17/02 | EES | Review and revise draft findings of fact (4.60); extended phone conferences with accounting experts re findings of fact issues (1.70); review additional Daubert case authority re the admissibility of financial expert testimony (2.80). | 9.10 | 2,548.00 |
| 10/17/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 2,080.00 |
| 10/17/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 5.50 | 962.50 |
| 10/17/02 | GMB | Draft outline for response to Motion for Summary Judgement (1.20); draft and edit sections re standard for review; summary or argument (3.0); additional Lexis research re "arbitrary capricious" non-environmental cases (2.20). | 6.40 | 1,408.00 |
| 10/17/02 | MFC | Review, categorize and code documents produced by EPA for relevance to various case issues (2.20) (N/C). | 0.00 | 0.00 |
| 10/17/02 | BCH | Review, categorize, and code documents for various case issues. | 3.50 | 875.00 |
| 10/17/02 | DPK | Research case law re summary judgment and accounting experts (3.0); review and summarize expert reports (3.0); draft summary judgment response brief and conference with MJOchs re same (4.5). | 10.50 | 2,520.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | MJO | Conference with DPKunstle re response to summary judgment motion dated October 11, 2002 (.50); review summary judgment pleadings and supporting documentation (1.50); review case law cited by EPA therein (.70); conference with DPKunstle re response strategy (.30); retrieve case law re summary judgment in the face of expert report (Lexis) (.60); outline response to summary judgment (2.70). | 6.30 | 1,134.00 |
| 10/17/02 | NKA | Review final draft of privilege log and prepare cd's and transmittal letter for "Second Supplemental Production in Response to US Discovery Requests" for delivery to DOJ (1.90); Prepare cd's and transmittal letter for "First and Second Supplemental Production in Response to US Discovery Requests" for mailing to D. Frost (.50); Search, locate and prepare portions of Colette Wilson testimony per ICMulholland's request (.50); Update assignment sheet with document ranges to be coded in the EPA Production database (.80); Manage and provide substantive review re document coding issues (1.50); Match bates numbers to documents pulled from Boulder and Winthrop boxes and scanned into WRG 10 million database (1.70). | 6.90 | 759.00 |
| 10/17/02 | AEC | Update deposition exhibit tracking chart and notebooks, and update database to reflect previously marked exhibits (1.5); review, categorize and code documents produce by EPA for relevance to various case issues (2.0). | 3.50 | 437.50 |
| 10/17/02 | AH | Review and organize W.R. Grace case file (N/C). | 0.00 | 0.00 |
| 10/17/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (12.00). | 12.00 | 1,500.00 |
| 10/17/02 | JLS | Research re liability for Motion for Summary Judgment (5.90). | 5.90 | 737.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.00 | 420.00 |
| 10/17/02 | MBF | Review, categorize and code documents to be produced to EPA for relevance to various case issues (1.00). | 1.00 | 90.00 |
| 10/17/02 | ICM | Conduct research on several legal issues to develop motions in response to DOJ motions to exclude experts and request for summary judgment. | 8.00 | 880.00 |
| 10/18/02 | KWL | Review draft stipulation re ZAI issues and Grace Conn liability (1.00). | 1.00 | 350.00 |
| 10/18/02 | CLN | Review and revise deposition summaries for file (1.80); review S.Moolgavkar deposition for purposes of findings of facts and prepare memorandum to file (4.0); review Peronard deposition to prepare for reply brief re administrative record (2.0). | 7.80 | 2,340.00 |
| 10/18/02 | LSD | Office conference with NKAberle re questionnaires relating to Libby residents' use of vermiculite (.30); office conference with CLRogers re scope of a range of liability (.50); begin response to Motion for Summary Judgment re liability (6.5). | 7.30 | 2,190.00 |
| 10/18/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (4.00). | 4.00 | 1,100.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page           66
Invoice No.:   613444
Client  No.:   04339
Matter  No.:   00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/02 | KJC | Draft, review and edit findings of fact and conclusions of law (0.40); address billing issues from team, vendors and experts (0.10); address inquiries and issues re document databases (0.20); review and respond to e-mail and questions re document review and coding (0.40); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); respond to questions from client and team re facts and documents (0.30); e-mail exchange with client re position for response to Motion for Summary Judgment liability (0.30); telephone conferences with LSDecker re opposition to Motion for Summary Judgment re liability (0.30); telephone conferences with G. Graham re schedule, Motion for Summary Judgments, findings of fact and general strategy (1.10); address trial logistics (0.30); conference with GMBarry, JAHall, ATCrist re opposition to Motion for Summary Judgment (1.10). | 4.80 | 1,320.00 |
| 10/18/02 | JD | Draft insert for response to summary judgment motion re passive migration theory (3.40); conference with LSDecker re response to summary judgment motion (0.30); research re indemnification contracts in CERCLA context (3.50). | 7.20 | 1,872.00 |
| 10/18/02 | EES | Review extensive supporting declarations and other attachments supporting EPA's summary judgment motion (3.60); review and finalize cost findings of fact (3.30). | 6.90 | 1,932.00 |
| 10/18/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 67 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/02 | GMB | Meeting with KJCoggon, JAHall and ATCrist re progress on Motion for Summary Judgement response and themes of Grace case (1.10); meeting with JAHall and ATCrist re responsibilities for Motion for Summary Judgement response (.60); review of DOJ's exhibits for use in factual support (4.50); draft "arbitrary and capricious" section of Motion for Summary Judgement response (2.30). | 8.50 | 1,870.00 |
| 10/18/02 | JGB | Review electronic documents for preparation of timeline for cost recovery litigation (4.20). | 4.20 | 735.00 |
| 10/18/02 | ATC | Meeting with KJCoggon and JAHall re response to motion for summary judgment (1.10); research re response to motion for summary judgment (.40). | 1.50 | 262.50 |
| 10/18/02 | JAH | Review legal for response to motion for summary judgment-third defense (1.00); conference with KJCoggon, GMBarry and ATCrist re same (1.10); conference with GMBarry and ATCrist re strategy for response (.80); conference with LSDecker re motion for summary judgment responses (.20). | 3.10 | 682.00 |
| 10/18/02 | BCH | Review, categorize, and code documents for various case issues. | 3.50 | 875.00 |
| 10/18/02 | DPK | Research statutes, regulations and case law re summary judgment motion (2.0); review expert reports and depositions and outline same (3.0); draft summary judgment response brief and conference with HRO personnel re same (3.8). | 8.80 | 2,112.00 |
| 10/18/02 | MJO | Continue outline of response to summary judgment (research, write) (.50); read expert report of Dale Jensen (2.30); conference with DPKunstle and EEStevenson re outline of response (.30); begin draft of response (4.90). | 8.00 | 1,440.00 |

Holme Roberts & Owen LLP

November 21, 2002

| | |
|---|---|
| W.R. Grace | Page 68<br>Invoice No.: 613444<br>Client No.: 04339<br>Matter No.: 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/02 | NKA | Search EPA Production database and WRG 10 Million series database for documents to be used for preparation of response to plaintiff's motion for summary judgement (3.70); Match bates numbers to documents pulled from Boulder and Winthrop boxes and scanned into WRG 10 Million series database (1.10); Manage and provide substantive review re document coding issues (1.00). | 5.80 | 638.00 |
| 10/18/02 | AEC | Review, categorize and code documents produced by EPA for relevance to various case issues (3.5). | 3.50 | 437.50 |
| 10/18/02 | AH | Review and organize W.R. Grace case file (N/C). | 0.00 | 0.00 |
| 10/18/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (10.50). | 10.50 | 1,312.50 |
| 10/18/02 | JLS | Research re Libby timeline (4.80); create work folders for coders for same (0.40); telephone conferences with John Griffin and AECarroll re Peronard exhibits (0.30); telephone conferences with KJCoggon and KLKinnear re Grace timeline (0.90). | 6.40 | 800.00 |
| 10/18/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites. | 5.80 | 812.00 |
| 10/18/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.00 | 420.00 |
| 10/18/02 | MBF | Review, categorize and code documents to be produced to EPA for relevance to various case issues (.60). | 0.60 | 54.00 |
| 10/19/02 | LSD | Draft Motion for Summary Judgment response (1.80). | 1.80 | 540.00 |
| 10/19/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (6.00). | 6.00 | 1,650.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 69
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/19/02 | JD | Research re indemnification contracts in CERCLA context (6.10); draft insert for response to summary judgment motion re same (2.70). | 8.80 | 2,288.00 |
| 10/19/02 | EES | Review draft cost summary judgment opposition brief (2.20); draft comments and outline of additional analysis re the government's Daubert brief (1.90); review additional findings of fact (1.20). | 5.30 | 1,484.00 |
| 10/19/02 | JAH | Consider and prepare findings of fact and conclusions of law for ATSDR issues. | 3.00 | 660.00 |
| 10/19/02 | DPK | Draft summary judgment response brief and review related case law and exhibits (1.80). | 1.80 | 432.00 |
| 10/19/02 | KLK | Review progress reports from contractors and subcontractors and other documents to create timeline of activities at Libby sites (2.50). | 2.50 | 312.50 |
| 10/20/02 | LSD | Respond to Motion for Summary Judgment re liability. | 6.30 | 1,890.00 |
| 10/20/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (5.50). | 5.50 | 1,512.50 |
| 10/20/02 | ATC | Research cases and deposition testimony re response to motion for summary judgment (3.1). | 3.10 | 542.50 |
| 10/20/02 | DPK | Review and revise summary judgment response brief (3.8); research and review related statutes, case law, expert reports and exhibits (3.0). | 6.80 | 1,632.00 |
| 10/20/02 | MJO | Review comments from EEStevenson re response to summary judgment (.20); continue draft of response to summary judgment (4.60). | 4.80 | 864.00 |
| 10/20/02 | CLR | Case research re arranger liability (4.50). | 4.50 | 1,012.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 70
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | LB | Telephone conference with KWLund re case issues (.20); e-mail exchange with CLNeitzel re Hughson preparation for trial testimony (.10). | 0.30 | 120.00 |
| 10/21/02 | KWL | Telephone conference with LBrown re trial strategy issues. | 0.20 | 70.00 |
| 10/21/02 | CLN | Review U.S. response to Quivik motion (.30); arrange for meeting with B.Hughson and coordinate with R.Senftleben and LBrown (.20); review Peronard deposition transcript for Genuine Issues for Selection of Remedy Brief and draft memo to file (6.30) | 6.80 | 2,040.00 |
| 10/21/02 | LSD | Draft and revise Motion for Summary Judgment and additional research re Statement of Facts. | 3.80 | 1,140.00 |
| 10/21/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (5.80). | 5.80 | 1,595.00 |
| 10/21/02 | JD | Review cases re indemnification agreements in CERCLA context (0.50). | 0.50 | 130.00 |
| 10/21/02 | EES | Review additional supporting declarations and exhibits submitted by EPA in support of its Daubert and summary judgment briefs re costs (2.50); review additional case authority re admissibility of accounting expert testimony involving "legal" issues (2.80); review revised cost schedules prepared by accounting experts (1.10); phone conferences with accounting experts re revised cost documents and updated schedules (1.70). | 8.10 | 2,268.00 |
| 10/21/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 2,210.00 |
| 10/21/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 2.50 | 437.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | Page | 71 |
|---|---|---|---|
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | GMB | Continue Lexis research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (2.40); continue Admin Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (3.50). | 5.90 | 1,298.00 |
| 10/21/02 | JGB | Review electronic documents in connection with timeline on cost recovery issues (3.00). | 3.00 | 525.00 |
| 10/21/02 | ATC | Draft response to motion for summary judgment re third affirmative defense -- remedial v. removal action. | 7.90 | 1,382.50 |
| 10/21/02 | JAH | Prepare findings of fact and conclusions of law for ATSDR issues (2.80); review U. S. motion for summary judgment-third defense and attachments (.50); review U. S. statement of facts and related documents (.50). | 3.80 | 836.00 |
| 10/21/02 | DPK | Draft response costs summary judgment brief (5.0); review and comment on related expert reports (3.0); research and review case law (3.0); conference with ATCrist re summary judgment brief (1.0). | 12.00 | 2,880.00 |
| 10/21/02 | MJO | Continue draft of response to summary judgment; research summary judgment issues as they related to expert testimony (Lexis). | 10.00 | 1,800.00 |
| 10/21/02 | CLR | Case research regarding arranger liability (8.50); draft section of Motion for Summary Judgement brief re same (2.30). | 10.80 | 2,430.00 |
| 10/21/02 | NKA | Search for and locate action memorandum in Production database and transmit same to cost expert (.40); manage and provide substantive review re document coding issues (.50). | 0.90 | 99.00 |
| 10/21/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page            72
Invoice No.:    613444
Client  No.:    04339
Matter  No.:    00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 10/21/02 | LCS | Review, categorize and code documents for relevance to various case issues | 8.00 | 680.00 |
| 10/21/02 | ICM | Conduct legal research on developing legal issues for motions (3.00); conduct research on issues of material fact (2.50); search for statements to support assertions made in briefs (1.00). | 6.50 | 715.00 |
| 10/22/02 | LB | Review photo CDs from URS (1.50); travel from Denver to Washington, D.C. for meeting with Betty Anderson (.80) (N/C .80) (NWT 50%). | 2.30 | 920.00 |
| 10/22/02 | KWL | Review and revise portions of statements of fact in support of Response to Summary Judgment Motions. | 7.00 | 2,450.00 |
| 10/22/02 | JDM | Conference with JAHall re findings of fact and conclusions of law for ATSDR (0.2); conference with EEStevenson re cost accounting findings of fact (0.2). | 0.40 | 120.00 |
| 10/22/02 | CLN | Review Peronard deposition to prepare for administrative record brief reply (2.00); review and revise Genuine Issues for Selection of Remedy Brief (.30); review U.S. response to Grace motion re administrative record (1.0); review and revise selection of remedy response brief (5.70). | 9.00 | 2,700.00 |
| 10/22/02 | LSD | Draft and revise Motion for Summary Judgment and Statement of Facts. | 9.20 | 2,760.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 73 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/02 | KJC | Address inquiries and issues re document databases (0.10); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.20); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents (0.30); telephone conference with LSDecker re response to Motion for Summary Judgment on liability (0.50); research and draft insert to response to Motion for Summary Judgment on liability (0.60); review CAG meeting minutes (0.30); address questions re responses to Motion for Summary Judgments (1.80); telephone conference with LBrown re schedule, Motion for Summary Judgments and findings of fact (0.40); address trial logistics (0.80); review and revise opposition to motion in limine (2.20). | 7.40 | 2,035.00 |
| 10/22/02 | EES | Expand and revise summary judgment/expert testimony admissibility analysis for use in opposition brief (3.30); complete review of cases cited by EPA in support of its summary judgment and Daubert briefs re costs (2.90); extended conference calls with accounting experts re exhibits and declaration issues (1.40); expand Daubert brief opposition analysis outline (1.80). | 9.40 | 2,632.00 |
| 10/22/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/22/02 | GMB | Continue Admin Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (4.60). | 4.60 | 1,012.00 |
| 10/22/02 | ATC | Revise response to motion for summary judgment (2.0); research administrative record for statement of facts for response to motion for summary judgment re third affirmative defense (8.2). | 10.20 | 1,785.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 74
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/02 | JDH | Review, categorize and code documents produced by EPA for relevance to various case issues (2.80) (N/C). | 0.00 | 0.00 |
| 10/22/02 | JAH | Review of prior motions re KDC claims and responses (.50); consider and prepare statement of genuine issues in support of response to U. S. motion for summary judgment-third defense (1.00); consider and prepare facts and conclusions re ATSDR (1.30); conference with ATCrist re response to U. S. motion for summary judgment-third defense (.50); review of legislative history and other research in support of response to U. S. motion for summary judgment-third defense (.80); strategy conference re responses to motions with EEStevenson, LSDecker and ATCrist (1.00); consider and draft response to U. S. motion for summary judgment-third defense (5.80). | 10.90 | 2,398.00 |
| 10/22/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 3.80 | 665.00 |
| 10/22/02 | DPK | Review and revise response costs summary judgment brief (1.5); draft Statement of Genuine Issues re response costs (1.8); conference with EEStevenson re same (0.5). | 3.80 | 912.00 |
| 10/22/02 | MJO | Edit response to opposition brief for review by EEStevenson. | 2.30 | 414.00 |
| 10/22/02 | CLR | Draft and revise section of Motion for Summary Judgement brief re arranger liability. | 2.80 | 630.00 |
| 10/22/02 | JLS | Telephone conferences with KJCoggon re trial requirements in Missoula including space issues (0.20). | 0.20 | 25.00 |
| 10/22/02 | ICM | Conduct research on issues of material fact (3.50); search for statements to support assertions made in briefs (3.00); begin cite check of brief and statement of material facts (.50). | 7.00 | 770.00 |
| 10/23/02 | LB | Work with Betty Anderson and her staff re preparation for trial (8.10); followup work re same (.50) | 8.60 | 3,440.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | CGH | Confer with CLNeitzel re her requests for documents not in administrative record re opposition to motion and review of records from deposition preparation in response to same (1.30); review of site chronology and Peronard documents for potential inclusion into timeline and select same and write notes for same for use by JMHoward (1.30); draft e-mail re Rainy Road issue and timeline review re same (.40). | 3.00 | 1,050.00 |
| 10/23/02 | KWL | Review and revise portions of Statements of Fact in support of Response to Summary Judgment Motions (4.00); review draft response to NCP Summary Judgment motion (2.80); telephone conference with KJCoggon re work coordination and strategy (.30) (.30 N/C). | 6.80 | 2,380.00 |
| 10/23/02 | JDM | Exchange e-mails re ATSDR issues and review CAG minutes (0.3); review final ZAI motion (0.4); telephone conference with J. Freeman re ZAI motion (0.2). | 0.90 | 270.00 |
| 10/23/02 | LSD | Draft and revise Motion for Summary Judgment and Statement of Facts. | 10.50 | 3,150.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page                76
Invoice No.:    613444
Client No.:       04339
Matter No.:     00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | KJC | Draft, review and edit findings of fact and conclusions of law (0.30); address billing issues from team, vendors and experts (0.30); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); respond to questions from client and team re facts and documents to support responses to motion for summary judgment (2.50); telephone conference with W. Corcoran re stipulation and strategy meeting (0.10); research re responses to motion for summary judgment (0.30); telephone conference with KWLund status of case projects and trial logistics (0.30); telephone conferences with LBrown re responses to motion for summary judgment (0.30); revise stipulation re liability (0.40); telephone conference with R. Lee re expert testimony (1.0); address trial logistics including options for trial presentation expert (0.40); telephone conference with J. Freeman re stipulation and discovery (0.30). | 6.50 | 1,787.50 |
| 10/23/02 | EES | Revise and expand draft opposition brief to EPA's motion for summary judgment re costs (6.40); review draft declaration in support of cost opposition brief (1.10); review draft statement of disputed facts re cost summary judgment brief (1.60); review draft Daubert brief re Dale Jensen's expert opinions (2.30). | 11.40 | 3,192.00 |
| 10/23/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 2,210.00 |
| 10/23/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 1,400.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | GMB | Continue Lexis research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (2.0); continue Administrative Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (4.80); draft brief in response to Motion for Summary Judgement on 3rd Affirmative Defense (4.00); drafting session and conference with JAHall and ATCrist re U. S. motion for summary judgment-third defense (2.50); conference with JAHall re brief (.50). | 13.80 | 3,036.00 |
| 10/23/02 | ATC | Research re administrative record for response to motion for summary judgment re third affirmative defense (6.80); draft statement of facts re motion for summary judgment re third affirmative defense (4.10); drafting session and conference with JAHall and GMBarry re U. S. motion for summary judgment-third defense (2.50). | 13.40 | 2,345.00 |
| 10/23/02 | JAH | Consider and draft response to U. S. motion for summary judgment-third defense (12.50); conference with KJCoggon re same (.50); drafting session and conference with GMBarry and ATCrist re same (2.50). | 15.50 | 3,410.00 |
| 10/23/02 | DPK | Draft Grace Statement of Genuine Issues re response costs summary judgment motion (3.5); review expert reports and declarations (1.5); research factual sources (0.5); conference with EEStevenson re same (0.5). | 6.00 | 1,440.00 |
| 10/23/02 | MJO | Review Motion to Exclude Testimony and Report of Dale Jensen with exhibits (1.60); review response outline prepared by EEStevenson (.80); begin draft of Response to Motion to exclude Jensen (7.40). | 9.80 | 1,764.00 |
| 10/23/02 | CLR | Revise arranger liability section of Motion for Summary Judgement brief. | 5.00 | 1,125.00 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | | | |
|---|---|---|---|---|
| | | | Page | 78 |
| | | | Invoice No.: | 613444 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | NKA | Research Charles Young deposition transcript per ICMulholland's request (2.00); Search for and locate export plant ownership documentation per LSDecker's request (1.40). | 3.40 | 374.00 |
| 10/23/02 | JLS | Telephone conferences with Angela Anderson and KJCoggon re repository documents for the cost recovery case (0.30); prepare e-mails re same (0.40); conferences with LCStreet re Boulder cost recovery documents (0.40). | 1.10 | 137.50 |
| 10/23/02 | LCS | Review, categorize and code documents for relevance to various case issues | 3.50 | 297.50 |
| 10/23/02 | ICM | Cite check brief and statement of material facts (3.50); work with expert to draft declaration (4.50). | 8.00 | 880.00 |
| 10/24/02 | LB | Meeting with Betty Anderson and her staff re preparation for trial testimony (8.90); exchange e-mails with KJCoggon re summary judgment opposition briefs - status and issues (.20); telephone conference with JLSherman re document issues (.10). | 9.20 | 3,680.00 |
| 10/24/02 | CGH | Review of e-mails re motion and fact issues. | 0.60 | 210.00 |
| 10/24/02 | KWL | Review and revise draft response to Motion in Limine on R. Lee (4.00); review draft statement of facts on selection of remedy brief (2.00). | 6.00 | 2,100.00 |
| 10/24/02 | LSD | Draft and revise Motion for Summary Judgment and Statement of Facts. | 10.80 | 3,240.00 |
| 10/24/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (4.30). | 4.30 | 1,182.50 |