# EXHIBIT A-5

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/02 | KJC | Address billing issues from team, vendors and experts (0.10); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.10); review and respond to e-mail and follow up on document production from EPA (0.20); respond to questions from client and team re facts and documents in support of responses to Motion for Summary Judgments (1.00); review Motion for Summary Judgment re selection of remedy and research factual bases for response (2.40); coordinate efforts to resolve data for Libby site (1.30); telephone conferences with R. Finke and D. Van Orden re data issues (1.70); review and revise opposition to RJ Lee Motion in limine (0.80); telephone conference with KWLund re oppositions to Motion for Summary Judgments and schedule (0.20). | 7.80 | 2,145.00 |
| 10/24/02 | EES | Complete revisions for draft summary judgment opposition brief regarding costs (4.90); revise draft "legal opinions" section of opposition to Daubert brief re Dale Jensen's testimony (2.80); revise factual analysis for opposition to EPA's Daubert brief re Dale Jensen's testimony (3.90); phone conferences with accounting experts re documentation issues (1.10). | 12.70 | 3,556.00 |
| 10/24/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/24/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.00 | 1,050.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 80 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/02 | GMB | Continue drafting and editing brief in response to Motion for Summary Judgement on 3rd Affirmative Defense (4.80); continue Lexis research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (1.80); continue Admin Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (2.30). | 8.90 | 1,958.00 |
| 10/24/02 | JGB | Review electronic documents in connection with timeline on cost-recovery issues (.90) | 0.90 | 157.50 |
| 10/24/02 | ATC | Revise statement of facts for response to motion for summary judgment re third affirmative defense. | 6.30 | 1,102.50 |
| 10/24/02 | JDH | Review, categorize and code documents produced by EPA for relevance to various case issues (3.30) (N/C). | 0.00 | 0.00 |
| 10/24/02 | JAH | Revise response to motion for summary judgment-third defense (3.00); conference with ATCrist re statement of facts in support of motion for summary judgment-third defense (.30); consider and prepare same (1.80); consider and prepare findings of fact and conclusions re ATSDR (1.50). | 6.60 | 1,452.00 |
| 10/24/02 | DPK | Review and revise Grace Statement of Genuine Issues re response costs summary judgment motion (5.0); review related expert reports, declarations, depositions and briefs (2.0); evidence research for EEStevenson (2.0); conference with EEStevenson re same (0.5). | 9.50 | 2,280.00 |
| 10/24/02 | MJO | Edit draft response to motion to exclude report and testimony of Jensen (2.50); retrieve and review case law in support of arguments (Lexis) (.90); review and edit response to summary judgment motion on costs following review by EEStevenson (1.20); conference with EEStevenson re additional case law required in support of Jensen Daubert response (.40); retrieve and review case law (Lexis) (1.30). | 6.30 | 1,134.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 81 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/02 | NKA | Research database and locate screening plant documentation per LSDecker's request (.70); research Rich Lee Expert Report for references and search administrative record for same (1.10). | 1.80 | 198.00 |
| 10/24/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (2.0). | 2.00 | 250.00 |
| 10/24/02 | JLS | Research for summary judgment motions (3.40). | 3.40 | 425.00 |
| 10/24/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (1.00). | 1.00 | 140.00 |
| 10/24/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.30 | 258.00 |
| 10/24/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 240.00 |
| 10/24/02 | LCS | Review, categorize and code documents for relevance to various case issues | 7.00 | 595.00 |
| 10/24/02 | MBF | Begin cite-check of response to motion for partial summary judgment on response costs (1.00). | 1.00 | 90.00 |
| 10/24/02 | ICM | Review and cross reference briefs (3.00); search for exhibits (1.00); conduct research to support assertions made in briefs (2.50). | 6.50 | 715.00 |
| 10/25/02 | KWL | Review and revise R.J. Lee Motion (1.20); conference with KJCoggon re same (.40). | 1.60 | 560.00 |
| 10/25/02 | LSD | Draft and revise Statement of Facts and Motion for Summary Judgment. | 15.50 | 4,650.00 |
| 10/25/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (7.80). | 7.80 | 2,145.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page             82
Invoice No.:     613444
Client No.:      04339
Matter No.:      00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/02 | KJC | Address billing issues from team, vendors and experts (0.20); address inquiries and issues re document databases (0.10); respond to questions from client and team re facts and documents (0.50); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); address trial logistics and issues (0.70); review, revise and discuss changes with author re Lee motion in limine (0.70); conferences with KWLund re status of opposition briefs and trial logistics (0.40); coordinate Motion for Summary Judgement response efforts (1.30); review cost Motion for Summary Judgement opposition and forward to client (1.30); conference with EEStevenson re comments on cost Motion for Summary Judgement response and Jensen motion in limine (0.40); conferences with paralegal team re data organization task (0.80). | 6.70 | 1,842.50 |
| 10/25/02 | EES | Meet with accounting experts re cost summary judgment opposition brief and supporting declarations (1.90); revise and expand analysis of requirements of generally accepted accounting practices for use in the Daubert opposition brief re Dale Jensen's expert testimony (3.80); review potential excerpts for opposition brief (2.10). | 7.80 | 2,184.00 |
| 10/25/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.00 | 1,225.00 |
| 10/25/02 | GMB | Continue drafting and editing brief in response to Motion for Summary Judgement on 3rd Affirmative Defense (2.60); continue Lexis research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (.70); continue Admin Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (2.0). | 5.30 | 1,166.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 83
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/02 | JGB | Review electronic documents in connection with the creation of a timeline (1.40). | 1.40 | 245.00 |
| 10/25/02 | ATC | Meet with CLNeitzel and JAHall re statement of genuine issues for response re third affirmative defense. | 0.30 | 52.50 |
| 10/25/02 | JAH | Telephone conference with JLSherman re privilege log review; consider and revise same (.70); telephone conference with LSDecker re issues relating to response to motion for summary judgment-liability (.30); perform legal research for motion for summary judgment-liability (4.00); conference with LSDecker re same (.50); review discovery depositions for preparation of statement of facts in support of motion for summary judgment-third defense (2.50); conference with ATCrist and CLNeitzel re preparation of statement of facts in support of motion for summary judgment-third defense (.50). | 8.50 | 1,870.00 |
| 10/25/02 | BCH | Review, categorize, and code documents for various case issues. | 6.50 | 1,625.00 |
| 10/25/02 | DPK | Evidence research for EEStevenson (1.8); conference with EEStevenson re same (0.5). | 2.30 | 552.00 |
| 10/25/02 | MJO | Respond to requests by EEStevenson for case law information (retrieve and review case law for inclusion in Jensen Daubert response). | 1.50 | 270.00 |
| 10/25/02 | NKA | Manage and provide substantive review re document coding issues (.90); locate action memoranda material per LSDecker's request (.20); review and sort related data re AOC's in Libby (5.30). | 6.40 | 704.00 |
| 10/25/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 1.00 | 125.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 84
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (7.00). | 7.00 | 875.00 |
| 10/25/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.80). | 5.80 | 725.00 |
| 10/25/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 4.90 | 612.50 |
| 10/25/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 10/25/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.10 | 426.00 |
| 10/25/02 | LCS | Review, categorize and code documents for relevance to various case issues (6.00). | 6.00 | 510.00 |
| 10/25/02 | MBF | Cite-check and assist with revisions to Memorandum in Opposition to Summary Judgment regarding costs (4.60); and cite-check and assist with revisions regarding Memorandum in Opposition to Motion in Limine regarding Dale Jensen testimony (3.40). | 8.00 | 720.00 |
| 10/26/02 | KWL | Telephone conference with KJCoggon re coordination of summary judgment response briefs. | 0.30 | 105.00 |
| 10/26/02 | JDM | Telephone conference with CLNeitzel re summary judgment brief. | 0.20 | 60.00 |
| 10/26/02 | LSD | Continue drafting and revising Statement of Facts and Motion for Summary Judgment. | 15.30 | 4,590.00 |
| 10/26/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (4.00) | 4.00 | 1,100.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/26/02 | KJC | Review, revise and discuss changes with authors re selection of remedy Motion for Summary Judgement (3.40); telephone conference with KWLund re status of opposition briefs (0.30). | 3.70 | 1,017.50 |
| 10/26/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (7.30). | 7.30 | 2,153.50 |
| 10/26/02 | EES | Revise and finalize draft for circulation of the Daubert opposition brief re Dale Jensen's accounting testimony. | 2.40 | 672.00 |
| 10/26/02 | GMB | Continue drafting and editing brief in response to Motion for Summary Judgement on 3rd Affirmative Defense (5.80). | 5.80 | 1,276.00 |
| 10/26/02 | JAH | Consider and prepare statement of facts in support of motion for summary judgment-third defense (3.00); conference with CLNeitzel re same (.20); conference with EEStevenson re cost schedules (.20); review discovery materials for statement of facts in support of motion for summary judgment-third defense (5.30); consider and review documents relating to motion to re-open administrative record and U. S. response to same (.80); conference with CLNeitzel re same (.10); telephone conference with GMBarry re same (.10). | 9.70 | 2,134.00 |
| 10/26/02 | MJO | Review and revise response to Motion to Exclude Jensen following edits by EEStevenson (1.30); review and revise draft response to Motion to Exclude portions of Dr. Lee's testimony following edits by KJCoggon (1.70). | 3.00 | 540.00 |
| 10/26/02 | NKA | Review and compile information related to data for the AOC's in Libby, including field data sheet, chains of custody, and count sheets (6.80). | 6.80 | 748.00 |
| 10/26/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.0). | 6.00 | 660.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 86
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/26/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (8.60). | 8.60 | 1,075.00 |
| 10/26/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.30 | 498.00 |
| 10/26/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 4.50 | 315.00 |
| 10/26/02 | MBF | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (1.00); cite-check and help with revisions of Opposition to Motion in Limine regarding Dale Jensen testimony (4.90). | 5.90 | 531.00 |
| 10/27/02 | KWL | Review response to selection of remedy summary judgment motion and statement of genuine issues of fact (3.70); conference with LSDecker re same (.50); conference with KJCoggon re opposition briefs (.30). | 4.50 | 1,575.00 |
| 10/27/02 | JDM | Review draft response to motion for summary judgment and provide comments. | 0.50 | 150.00 |
| 10/27/02 | LSD | Continue drafting and revising Motion for Summary Judgment and Statement of Facts re liability on First and Fourth Affirmative Defenses. | 12.70 | 3,810.00 |
| 10/27/02 | DJB | Review, categorize and code documents produced by EPA for relevance to various case issues (1.50). | 1.50 | 412.50 |
| 10/27/02 | KJC | Review and revise liability Motion for Summary Judgement response and research re factual support (3.30); telephone conference with LSDecker re liability Motion for Summary Judgement (1.90); conference with KWLund re opposition briefs (0.30); address questions and issues re data organization task (0.40); revise RJ Lee motion in limine response (1.20); coordinate Motion for Summary Judgement and motions in limine responses (0.30). | 7.40 | 2,035.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 87 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/27/02 | MWW | Review, categorize and code documents produced by EPA for relevance to various case issues (7.80). | 7.80 | 2,301.00 |
| 10/27/02 | ER | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 5.50 | 962.50 |
| 10/27/02 | GMB | Continue drafting and editing brief in response to Motion for Summary Judgement on 3rd Affirmative Defense (7.40); continue Administrative Record research on issues for Response to Motion for Summary Judgement on 3rd Affirmative Defense (2.40); meeting with JAHall re brief (1.00). | 10.80 | 2,376.00 |
| 10/27/02 | JAH | Consider and prepare revisions to response to motion for summary judgment-third defense (11.00); conference with GMBarry re same (1.00); consider and prepare revisions to statement of facts in support of motion for summary judgment-third defense (1.50). | 13.50 | 2,970.00 |
| 10/27/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 6.20 | 682.00 |
| 10/27/02 | JLS | Research for summary judgment motion on liability (4.50); review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.70). | 9.20 | 1,150.00 |
| 10/27/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 6.50 | 812.50 |
| 10/27/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 5.50 | 385.00 |
| 10/27/02 | MBF | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.30). | 6.30 | 567.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | LB | Meeting with KJCoggon re status of each Response (.20); review Liability Response draft and meeting with LSDecker and KJCoggon re comments re same (.70); work on Response to U.S. Motion re Third Defense (NCP Inconsistency/Remedy Selection) (5.40); meeting with KJCoggon re same (1.00) | 7.30 | 2,920.00 |
| 10/28/02 | KWL | Review and revise summary judgment response briefs (2.00); review and revise statement of facts in support of response briefs (1.00); review and revise response to motion regarding administrative record re-opening (3.00) | 6.00 | 2,100.00 |
| 10/28/02 | JDM | Telephone conference with J. Freeman re pre-trial order. | 0.10 | 30.00 |
| 10/28/02 | LSD | Continue drafting and revising Statement of Facts and Motion for Summary Judgment re liability and the First and Fourth Affirmative Defenses. | 12.40 | 3,720.00 |
| 10/28/02 | KJC | Address inquiries and issues re document databases (0.10); respond to questions from client and team re facts and documents (0.90); address trial logistics and issues (0.20); conference with LBrown, GMBarry, JAHall, ATCrist re remedy selection Motion for Summary Judgement (1.00); research factual support for oppositions to MSJs (2.00); conferences with EEStevenson, LBrown, JAHall, LSDecker, GMBarry and ATCrist re additional revisions to Motion for Summary Judgement responses and support for genuine issues of material facts (1.80); telephone conference with G. Graham re oppositions to Motions for Summary Judgment (0.40); revise opposition to motion in limine re R. Lee (0.30); address issues re data organization project (1.20); review Motion for Summary Judgement oppositions and comment on same (1.60). | 9.50 | 2,612.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | EES | Revise and expand annual allocation and indirect cost arguments for cost summary judgment brief opposition (2.80); review and provide comments for summary judgment opposition declarations (1.90); review and incorporate expert NCP compliance opinions in cost summary judgment opposition brief (3.70); review revised statement of genuine issues re EPA's cost experts (1.80). | 10.20 | 2,856.00 |
| 10/28/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 10/28/02 | ER | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 7.50 | 1,312.50 |
| 10/28/02 | GMB | Conference with LBrown, JAHalll, KJCoggon and ATCrist on status of brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (1.00); additional Lexis research for brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (2.20); research to support facts for use in Statement of Facts for brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (3.20); edit brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (5.90). | 12.30 | 2,706.00 |
| 10/28/02 | ATC | Research re statement of issues and draft citations to administrative record (4.5); meet with JAHall, KJCoggon, GMBarry and LBrown re response to motion to third affirmative defense (1.0). | 5.50 | 962.50 |
| 10/28/02 | JDH | Review, categorize and code documents produced by EPA for relevance to various case issues (5.50) (N/C). | 0.00 | 0.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page                90
Invoice No.:    613444
Client  No.:       04339
Matter  No.:     00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | JAH | Telephone conference with CLNeitzel re reply for motion to re-open and statement of facts in support of motion for summary judgment-third defense (.20); consider and prepare statement of facts in support of motion for summary judgment-third defense (3.80); conference with CLNeitzel and GMBarry re same (.70); conference with KJCoggon re same (.50); conference with LBrown, KJCoggon, ATCrist and GMBarry re strategy for response to motion for summary judgment-third defense (1.00); review documents in administrative record for facts in support of response to motion for summary judgment-third defense (3.50). | 9.70 | 2,134.00 |
| 10/28/02 | DPK | Review and research briefs and related documents re admissibility of Jensen testimony (2.0); conference with EEStevenson and MJOchs re same (0.5). | 2.50 | 600.00 |
| 10/28/02 | MJO | Review Findett and Arvin cases in an effort to distinguish them (with regard to Jensen's testimony) (1.30); conference with EEStevenson and DPKunstle re same (.50). | 1.80 | 324.00 |
| 10/28/02 | NKA | Research database for documentation to be included in Statement of Facts and Liability Motion for Summary Judgment per LSDecker request (7.60). | 7.60 | 836.00 |
| 10/28/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 6.00 | 750.00 |
| 10/28/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.2). | 6.20 | 775.00 |
| 10/28/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. (7.5) | 7.50 | 825.00 |
| 10/28/02 | SH | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 3.00 | 315.00 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | |
|---|---|---|
| | Page | 91 |
| | Invoice No.: | 613444 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | KLK | Review progress reports, log books, work plans and other documents and create timeline of activities at Libby sites (4.50). | 4.50 | 562.50 |
| 10/28/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (7.50). | 7.50 | 937.50 |
| 10/28/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.70); research for summary judgment motion on liability (6.90). | 11.60 | 1,450.00 |
| 10/28/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (8.3). | 8.30 | 1,037.50 |
| 10/28/02 | JMH | Review progress reports from contractors and subcontractors and create timeline of activities at Libby sites (0.80). | 0.80 | 112.00 |
| 10/28/02 | DRD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.50 | 510.00 |
| 10/28/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 7.20 | 432.00 |
| 10/28/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.50 | 595.00 |
| 10/28/02 | LCS | Review, categorize and code documents for relevance to various case issues (.80). | 0.80 | 68.00 |
| 10/28/02 | MBF | Review and revise Opposition to Summary Judgment regarding cost (2.00); cite-check Opposition to Summary Judgment on liability issues (4.60). | 6.60 | 594.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 92
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | ICM | Research and revise Brief in Opposition to Motion for Summary Judgment re costs and Genuine Issues of Material Fact re Remedy Motion for Summary Judgment (4.0); conferences with team re supporting citations and exhibits (.80); cite check Statement of Material Facts re Remedy (3.70); research citations to support specific fact statements in brief and prepare for including as exhibit (1.0). | 9.50 | 1,045.00 |
| 10/29/02 | LB | Review and revise Response to US' Motion for Partial Summary Judgment re NCP Inconsistency/Remedy Selection (7.10). | 7.10 | 2,840.00 |
| 10/29/02 | CGH | Conference with LBrown re draft brief (.20); review of draft brief (.30). | 0.50 | 175.00 |
| 10/29/02 | KWL | Review and revise summary judgment response briefs (1.50); review and revise statement of facts in support of response briefs (3.00); review and revise response to motion regarding administrative record re-opening (1.50) | 6.00 | 2,100.00 |
| 10/29/02 | JDM | Conference with KJCoggon and EEStevenson re responses to U.S. motions (0.1); review response to Jensen motion in limine (0.8); telephone conference with EEStevenson re response to Jensen motion in limine (0.4); review draft declaration (0.4); conference with EEStevenson and expert re draft declaration (0.4); telephone conference with EEStevenson, expert and LBrown re government production of documents (0.5). | 2.60 | 780.00 |
| 10/29/02 | CLN | Draft brief in reply re re-opening administrative record (11.20) (5.00 N/C). | 6.20 | 1,860.00 |
| 10/29/02 | LSD | Finalize Motion for Summary Judgement Response in Opposition to Government's Motion for Summary Judgement on Liability on the First and Fourth Affirmative Defenses and finalize Statement of Facts re same. | 12.40 | 3,720.00 |