# EXHIBIT A-6

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 93 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/02 | KJC | Address inquiries and issues re document databases (0.40); respond to questions from client and team re facts and documents (1.30); review and respond to e-mail and follow up on document production from EPA (0.10); address trial logistics and issues (0.20); research, revise, and address issues re liability Motion for Summary Judgement and facts (6.30); research and draft remedy facts (4.50); address issues re data organization project (0.70). | 13.50 | 3,712.50 |
| 10/29/02 | EES | Revise and expand legal analysis of cases cited by EPA in their brief to exclude Dale Jensen's testimony re indirect costs, direct cost documentation and expert "legal" opinions (3.90); extended telephone conferences with accounting experts re revised cost schedules and other cost opinion issues (1.80); revise statement of disputed issues for cost summary judgment opposition brief (3.10); select supporting exhibits for cost opposition brief (2.10). | 10.90 | 3,052.00 |
| 10/29/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 4.00 | 1,040.00 |
| 10/29/02 | GMB | Edit brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (3.40); research to support facts for use in Statement of Facts for brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense ( 6.50). | 9.90 | 2,178.00 |
| 10/29/02 | ATC | Research and revise genuine issues of material fact re remedy motion for summary judgment. | 6.70 | 1,172.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 94
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/02 | JAH | Telephone conference with Kurt Fessler at PriceWaterhouseCoopers re schedules and progress report summaries (.30); telephone conference with EEStevenson re same (.30); meet with Kurt Fessler and PriceWaterhouseCoopers (.40); conference with ATCrist re statement of facts (.80); research and revise statement of facts in support of response to motion for summary judgment-third defense (4.50); research and review documents to support same (4.00). | 10.30 | 2,266.00 |
| 10/29/02 | DPK | Review Daubert brief, response costs summary judgment brief and related statement of genuine issues and draft exhibit index (0.5); conference with EEStevenson re same (0.3). | 0.80 | 192.00 |
| 10/29/02 | NKA | Research and revise Motion for Summary Judgement re liability including conference call with team re supporting citations and exhibits (9.00); review privilege log edits for 104(e) response (.30); Research citations to support specific fact statements in Motion for Summary Judgement re remedy and prepare for including as exhibits (2.00). | 11.30 | 1,243.00 |
| 10/29/02 | NLA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.00) (N/C). | 0.00 | 0.00 |
| 10/29/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.50 | 1,062.50 |
| 10/29/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.2); research database to find exhibits supporting specific statements in our liability brief and statement of facts (6.5). | 10.70 | 1,337.50 |
| 10/29/02 | DD | Review and cite-check "Defendants' Response to United States' Motion for Partial Summary Judgment on Defendants' Third Affirmative Defense" per MBFloyd (10.5); research and locate May 2002 Action Memorandum for ATCrist (.3) | 10.80 | 1,188.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 95
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/02 | SH | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 5.40 | 567.00 |
| 10/29/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (7.50). | 7.50 | 937.50 |
| 10/29/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (11.10). | 11.10 | 1,387.50 |
| 10/29/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (2.70); research for summary judgment motion on liability (6.30); prepare exhibits for summary judgment motion on liability (4.20). | 13.20 | 1,650.00 |
| 10/29/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (9.2). | 9.20 | 1,150.00 |
| 10/29/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues (1.30); review and organize data re EPA sampling in Libby to support statement of facts and expert review (7.0). | 8.30 | 498.00 |
| 10/29/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 9.50 | 570.00 |
| 10/29/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 10.50 | 735.00 |
| 10/29/02 | MBF | Cite-check and prepare Opposition to Summary Judgment motion re liability (6.00); locate documents to support statements made in Statement of Fact for Opposition to Summary Judgment regarding remedy (.60). | 6.60 | 594.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/29/02 | ICM | Research and revise Jensen Affidavit, Brief in Opposition to Motion for Summary Judgment re Costs and Genuine Issues of Material Fact re Remedy Motion for Summary Judgment (5.80); conferences with team re supporting citations and exhibits (1.0). | 6.80 | 748.00 |
| 10/30/02 | LB | Review and revise response to U.S.' Motion for Partial Summary Judgment re Third Defense (NCP Inconsistency/Remedy Selection)(7.70); review and comment on Reply re Administrative Record drafts (1.40). | 9.10 | 3,640.00 |
| 10/30/02 | KWL | Review and revise summary judgment response briefs (2.60); review and revise statement of facts in support of response briefs (1.00); review and revise response to motion regarding administrative record re-opening (2.40). | 6.00 | 2,100.00 |
| 10/30/02 | CLN | Review and revise brief re re-opening administrative record (15.50) (8.00 N/C). | 7.50 | 2,250.00 |
| 10/30/02 | LSD | Follow up on additional issues re revisions to Statement of Facts and Motion for Summary Judgment for final pleading (1.0); telephone conference with Gary Graham re same (.30). | 1.30 | 390.00 |
| 10/30/02 | KJC | Address inquiries and issues re document databases (0.30); respond to questions from client and team re facts and documents (0.20); address trial logistics and issues (0.20); telephone conference with G. Graham re briefs and schedule (0.50); research and revise Genuine Issues of Material Fact re remedy Motion for Summary Judgement including conferences with team re supporting citations and exhibits (15.0); review remedy Motion for Summary Judgement response (0.70); conferences with CLNeitzel re reply brief on opening administrative record (0.40); telephone conferences with KWLund re progress and issues on briefs (0.20); conferences with EEStevenson re cost briefs (0.30). | 17.80 | 4,895.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 97
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/02 | EES | Extended conference calls with accounting experts re cost statement of material issues and declaration issues (2.60); revise and finalize for filing Grace's summary judgment opposition brief re costs (.50); revise and finalize opposition brief re Dale Jensen's accounting expert testimony (3.30); expand and finalize statement of genuine issues in opposition to the government's summary judgment brief (4.90); review exhibits for summary judgment brief and opposition to exclusion of Dale Jensen's testimony (.50). | 11.80 | 3,304.00 |
| 10/30/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.20 | 2,132.00 |
| 10/30/02 | ER | Review, categorize and code documents produced by EPA for relevance to various case issues. | 3.00 | 525.00 |
| 10/30/02 | GMB | Edit brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (2.80); research to support facts for use in Statement of Facts for brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (13.10); cross-referencing brief to statement of facts (1.80); review brief in response to DOJ Motion for Summary Judgement on 3rd Affirmative Defense (1.00). | 18.00 | 3,960.00 |
| 10/30/02 | ATC | Research citations to support specific fact statements in genuine issues of material fact re remedy motion for summary judgment and prepare for including as exhibits. | 15.20 | 2,660.00 |
| 10/30/02 | JAH | Research and revise statement of facts in support of response to motion for summary judgment-third defense (10.00); research and review documents to support same (5.00); cite check same (1.00). | 16.00 | 3,520.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 98
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/02 | DPK | Review and revise response costs summary judgment brief and related statement of genuine issues (4.50); draft exhibit index and conference with JAHall, ATCrist and NKAberle and Dale Jensen's office re same (1.80). | 6.30 | 1,512.00 |
| 10/30/02 | MJO | Final review of Response to Summary Judgment on costs. | 2.00 | 360.00 |
| 10/30/02 | NKA | Research and revise Motion for Summary Judgement re remedy including csw/team re supporting citations and exhibits (15.80). | 15.80 | 1,738.00 |
| 10/30/02 | AEC | Research database to find exhibits supporting specific statements in our cost, Daubert, and remedy briefs and statements of facts, compile exhibits, and prepare briefs for filing (14.0). | 14.00 | 1,750.00 |
| 10/30/02 | DD | Review, edit and cite-check "Defendants' Response to United States' Motion for Partial Summary Judgment on Defendants' Third Affirmative Defense" (3.6); Review and organize data re EPA sampling in Libby to support statement of facts and expert review (1.0). | 4.60 | 506.00 |
| 10/30/02 | SH | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 3.60 | 378.00 |
| 10/30/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.50). | 6.50 | 812.50 |
| 10/30/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of fact and expert review (4.70); research citations to support specific fact statements in remedy brief and prepare for including as exhibits (5.00); research and revise Genuine Issues of Material Fact re remedy Motion for Summary Judgement including conferences with team re supporting citations and exhibits (5.80). | 15.50 | 1,937.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 99 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/02 | JLS | Research citations to support specific fact statements in remedy brief and prepare for including exhibits (8.50); research and revise Genuine Issues of Material Fact re remedy Motion for Summary Judgement including conferences with team re supporting citations and exhibits (8.00). | 16.50 | 2,062.50 |
| 10/30/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.3); research and revise Genuine Issues of Material Fact re Costs and Opposition to Motion in Limine re Dale Jensen testimony re Supporting Citations and Exhibits (8.0). | 11.30 | 1,412.50 |
| 10/30/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.20 | 492.00 |
| 10/30/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 1.50 | 105.00 |
| 10/30/02 | MBF | Cite-check and revise brief in Opposition to Summary Judgment on remedy (5.00); gather citations to support statements made in Statement of Fact (8.00); cite-check and revise Statement of Fact (3.60). | 16.60 | 1,494.00 |
| 10/30/02 | ICM | Research and revise Genuine Issues of Material Fact re Cost Motion for Summary Judgment (7.50); conferences with team re supporting citations and exhibits (1.0). | 8.50 | 935.00 |
| 10/31/02 | LB | Final revisions to Response to U.S. Motion re NCP Inconsistency and Remedy Selection including telephone conferences with client representatives re same (3.80); telephone conference with Doug Cameron re drop tests and brief (.10); review and comment on drafts of reply re Administrative Record (.80). | 4.70 | 1,880.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/31/02 | KWL | Review and revise summary judgment response briefs (1.70); review and revise statement of facts in support of response briefs (2.30); review and revise response to motion regarding administrative record re-opening (2.00); telephone conference with Bill Corcoran re trial strategy (.50). | 6.50 | 2,275.00 |
| 10/31/02 | CLN | Finalize brief re re-opening administrative record. | 5.30 | 1,590.00 |
| 10/31/02 | LSD | Follow up on Motion for Summary Judgment, including review of Affirmative Response (.30); begin drafting Statement of Facts and list of issues being admitted (1.2). | 1.50 | 450.00 |
| 10/31/02 | RT | Review and revise W.R. Grace's Response to Motion for Summary Judgment on Third Affirmative Defense. | 0.30 | 112.50 |
| 10/31/02 | KJC | Address final changes and filing/service of oppositions to MSJs and motion in limine (4.3); telephone conference with G. Graham re briefs (0.70); conference with KWLund re status of projects (0.40); conference with LBrown re trial preparation plan (1.10). | 6.50 | 1,787.50 |
| 10/31/02 | EES | Conference calls with accounting experts re cost exhibits and statement of fact issues (.60); review Charles Young's expert deposition testimony and outline description of exhibits for use in his cross-examination (2.80); review cost witness deposition exhibits for possible use as trial exhibits (2.90). | 6.30 | 1,764.00 |
| 10/31/02 | ATC | Research citations to support specific fact statements in genuine issues of material fact re remedy motion for summary judgment and prepare for including as exhibits. | 0.40 | 70.00 |
| 10/31/02 | JAH | Research and review documents to support statement of facts. | 3.00 | 660.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/31/02 | NKA | Research and revise Motion for Summary Judgement re remedy including csw/team re supporting citations and exhibits (3.40); Make final edits to 104(e) response privilege log and prepare for hand delivery to DOJ (5.20). | 8.60 | 946.00 |
| 10/31/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 2.00 | 250.00 |
| 10/31/02 | AEC | Research database to find exhibits supporting specific statements in our cost, Daubert, and remedy briefs and statements of facts, compile exhibits, and prepare briefs for filing (4.5). | 4.50 | 562.50 |
| 10/31/02 | DD | Cite-check CLNietzel's brief re re-opening administrative record (3.0) | 3.00 | 330.00 |
| 10/31/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.50). | 6.50 | 812.50 |
| 10/31/02 | MCL | Research citations to support specific fact statements in remedy brief and prepare for including as exhibits (1.50); research and revise Genuine Issues of Material Fact re remedy Motion for Summary Judgement including conferences with team re supporting citations and exhibits (1.50); prepare various briefs for delivery and mailing (2.90). | 5.90 | 737.50 |
| 10/31/02 | JLS | Research citations to support specific fact statements in remedy brief and prepare for including exhibits (2.10); research and revise Genuine Issues of Material Fact re remedy Motion for Summary Judgement including conferences with team re supporting citations and exhibits (1.00). | 3.10 | 387.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

**Itemized Services**

| | | | Page | 102 |
|---|---|---|---|---|
| | | | Invoice No.: | 613444 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00302 |

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 10/31/02 | PRS | Review and revise Response to Selection of Remedy Brief (2.3); review, categorize and code documents for inclusion on 104(e) response privilege log (2.9); coordinate and supervise clerical staff regarding filing/service of Opposition to Motions for Summary Judgment and Motion in Limine (1.6). | 6.80 | 850.00 |
| 10/31/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues (5.30); review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.0). | 8.30 | 498.00 |
| 10/31/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.50 | 510.00 |
| 10/31/02 | FP | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 2.50 | 175.00 |
| 10/31/02 | ICM | Research citations to support specific fact statements in Administrative Record brief and prepare for filing (2.60); cite check same brief (2.10). | 4.70 | 517.00 |

**Total Fees Through October 31, 2002:**   3498.20   $ 690,667.00

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 400.00 | 120.60 | $ 48,240.00 |
| RT | Robert Tuchman | Partner | 375.00 | 0.30 | 112.50 |
| CGH | Colin G Harris | Partner | 350.00 | 17.70 | 6,195.00 |
| KWL | Kenneth W Lund | Partner | 350.00 | 96.10 | 33,635.00 |
| LSD | Lisa Schuh-Decker | Partner | 300.00 | 136.60 | 40,980.00 |
| JDM | Jay D McCarthy | Partner | 300.00 | 37.80 | 11,340.00 |
| CLN | Charlotte L Neitzel | Partner | 300.00 | 104.50 | 31,350.00 |
| KWL | Kenneth W Lund | Partner | 0.00 | 0.00 | 0.00 |
| CLN | Charlotte L Neitzel | Partner | 0.00 | 0.00 | 0.00 |
| MWW | Mark W Weakley | Special Counsel | 295.00 | 30.70 | 9,056.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page: 103
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| DJB | Dennis J. Baarlaer | Special Counsel | 275.00 | 63.10 | 17,352.50 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 201.30 | 55,357.50 |
| EES | Edward E Stevenson | Senior Counsel | 280.00 | 221.60 | 62,048.00 |
| JD | Jennifer A. D'Alessandro | Senior Counsel | 260.00 | 40.30 | 10,478.00 |
| CCC | Caroline C. Cooley | Contract Attorney | 260.00 | 171.20 | 44,512.00 |
| ER | Elizabeth Rita | Contract Attorney | 175.00 | 47.00 | 8,225.00 |
| BCH | Brian C. Humphrey | Associate | 250.00 | 35.50 | 8,875.00 |
| SBY | Spencer B. Young | Associate | 250.00 | 13.70 | 3,425.00 |
| DPK | David P Kunstle | Associate | 240.00 | 83.40 | 20,016.00 |
| SCC | Sven C. Collins | Associate | 235.00 | 13.20 | 3,102.00 |
| LAC | Louie A Cohen | Associate | 225.00 | 43.00 | 9,675.00 |
| CLR | Constance L. Rogers | Associate | 225.00 | 23.10 | 5,197.50 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 166.70 | 36,674.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 156.30 | 34,386.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 7.80 | 1,443.00 |
| MJO | Matthew J. Ochs | Associate | 180.00 | 75.20 | 13,536.00 |
| JGB | James G. Beasley | Associate | 175.00 | 9.50 | 1,662.50 |
| EMB | Eric M. Bono | Associate | 175.00 | 1.00 | 175.00 |
| ATC | Allison T. Crist | Associate | 175.00 | 119.70 | 20,947.50 |
| MHH | Michael H Higuera | Associate | 175.00 | 58.50 | 10,237.50 |
| EMB | Eric M. Bono | Associate | 0.00 | 0.00 | 0.00 |
| MFC | Michael F. Cyran | Associate | 0.00 | 0.00 | 0.00 |
| JDH | Jason D. Haislmaier | Associate | 0.00 | 0.00 | 0.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 125.00 | 17.50 | 2,187.50 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 121.40 | 15,175.00 |
| KLK | Karen L Kinnear | Paralegal | 125.00 | 146.70 | 18,337.50 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 55.60 | 6,950.00 |
| JLS | Joan L Sherman | Paralegal | 125.00 | 155.40 | 19,425.00 |
| PRS | Paula R Stacey | Paralegal | 125.00 | 48.80 | 6,100.00 |