# EXHIBIT A-7

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 104
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 151.00 | 16,610.00 |
| DD | Dyan Davidson | Paralegal | 110.00 | 38.10 | 4,191.00 |
| SH | Susan Haag | Paralegal | 105.00 | 12.00 | 1,260.00 |
| AH | Angela Herceglic | Paralegal | 100.00 | 57.40 | 5,740.00 |
| TME | Theresa M. Enriquez | Paralegal | 0.00 | 6.00 | 0.00 |
| NLA | Nora L Ablutz | Paralegal | 0.00 | 0.00 | 0.00 |
| AH | Angela Herceglic | Paralegal | 0.00 | 0.00 | 0.00 |
| JMH | Jennifer M. Howard | Law Clerk | 140.00 | 26.60 | 3,724.00 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 29.80 | 2,533.00 |
| FP | Faye Proctor | Paralegal | 70.00 | 33.00 | 2,310.00 |
| SDC | Stephanie D. Cheeks | Paralegal | 60.00 | 54.50 | 3,270.00 |
| DRD | Deborah R. Duffus | Paralegal | 60.00 | 153.20 | 9,192.00 |
| LAM | Lisa A. Martel | Paralegal | 60.00 | 56.80 | 3,408.00 |
| TGM | Trista Giunta Merz | Paralegal | 60.00 | 36.00 | 2,160.00 |
| LS | Lorrie Simpson | Paralegal | 60.00 | 18.00 | 1,080.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 106.50 | 11,715.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 78.50 | 7,065.00 |
| WEP | William E. Payne | Information Specialist | 0.00 | 0.00 | 0.00 |

**Total Fees:** 3,498.20   $ 690,667.00

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/10/02 | | Long Distance Telephone: made from 07/23/02 to 07/29/02. | $ 73.27 |
| 09/10/02 | | Long Distance Telephone: made from 08/19/02 to 09/05/02 | 31.89 |
| 09/11/02 | | Long Distance Telephone: 5163787750, 35 Mins., TranTime:16:35 | 3.43 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/11/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 104702; DATE: 10/15/2002 - Document Delivery through October 15, 2002 | 15.00 |
| 09/17/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 43748; DATE: 9/17/2002 - Denver, Catering for September, 2002, Lunch 9/17/02, L. Brown | 67.15 |
| 09/18/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 166374-000; DATE: 9/30/2002 - Conference Call | 143.22 |
| 09/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 101502D; DATE: 10/15/2002 - September 17-19/2002 - travel expenses for Yang deposition preparation/Meals | 7.60 |
| 09/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 101502D; DATE: 10/15/2002 - September 17-19/2002 - travel expenses for Yang deposition preparation/Taxis/tips | 93.00 |
| 09/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 101502D; DATE: 10/15/2002 - September 17-19/2002 - travel expenses for Yang deposition preparation/Personal mileage | 10.95 |
| 09/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 101502D; DATE: 10/15/2002 - September 17-19/2002 - travel expenses for Yang deposition preparation/Parking | 21.00 |
| 09/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 101502D; DATE: 10/15/2002 - September 17-19/2002 - travel expenses for Yang deposition preparation/Tolls | 3.25 |
| 09/20/02 | | Long Distance Telephone: 4065232543, 85 Mins., TranTime:13:16 | 8.41 |
| 09/25/02 | | Long Distance Telephone: 5613621533, 23 Mins., TranTime:13:26 | 2.30 |
| 09/26/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 166374-000; DATE: 9/30/2002 - Conference Call | 32.82 |
| 09/26/02 | | Travel Expense: VENDOR: Hertz Corporation; INVOICE#: 590332551; DATE: 9/26/2002 - Auto Rental - Kenneth Lund | 95.53 |
| 09/27/02 | | Long Distance Telephone: 3128612162, 2 Mins., TranTime:14:7 | 1.35 |
| 09/27/02 | | Long Distance Telephone: 3128612000, 5 Mins., TranTime:14:10 | 3.38 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 106
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Hotel | 1,710.66 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Meals | 164.06 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Telephone | 9.37 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Taxis/tips | 101.00 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Personal Mileage | 18.03 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Parking | 90.00 |
| 09/28/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 102502; DATE: 10/25/2002 - Travel expenses - September 22-28,2002 - Washington, DC - for Anderson deposition and preparation of both Anderson and Moolgavkar/Metro train between hotel and Sciences International and train from D.C. to BWI | 56.20 |
| 09/30/02 | | Other Expense: VENDOR: Iron Mountain (Acct CW616); INVOICE#: C974940; DATE: 9/30/2002 - Off-site storage - September 2002 | 190.24 |
| 10/01/02 | 3 | Facsimile | 3.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 107
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/01/02 | 3 | Facsimile | 3.00 |
| 10/01/02 | 3 | Facsimile | 3.00 |
| 10/01/02 | 1 | Facsimile | 1.00 |
| 10/01/02 | 32 | Facsimile | 32.00 |
| 10/01/02 | | Long Distance Telephone: 4122884237, 2 Mins., TranTime:11:1 | 0.11 |
| 10/01/02 | | Long Distance Telephone: 4065232543, 9 Mins., TranTime:11:17 | 0.87 |
| 10/01/02 | | Long Distance Telephone: 4122884237, 1 Mins., TranTime:12:7 | 0.06 |
| 10/01/02 | | Long Distance Telephone: 5096246255, 2 Mins., TranTime:14:12 | 0.12 |
| 10/01/02 | | Long Distance Telephone: McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey, Telephone | 2.00 |
| 10/01/02 | | Long Distance Telephone: 7036840123, 29 Mins., TranTime:14:13 | 2.87 |
| 10/01/02 | | Other Meal Expense: VENDOR: Jay McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey, Meals | 27.30 |
| 10/01/02 | | Other Meal Expense: VENDOR: Jay McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey - Taxis | 60.00 |
| 10/01/02 | | Parking: VENDOR: Jay McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey, Parking | 15.00 |
| 10/01/02 | 4 | Photocopy | 0.60 |
| 10/01/02 | 55 | Photocopy | 8.25 |
| 10/01/02 | 4 | Photocopy | 0.60 |
| 10/01/02 | 32 | Photocopy | 4.80 |
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19575; DATE: 10/1/2002 - Denver, Airfare, 10/6-10/9/02, Denver Washington Washington Denver, L. Brown | 1,688.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19577; DATE: 10/1/2002 - Denver, Airfare, 10/3-10/4/02, Denver Chicago Chicago Pittsburgh Pittsburgh Washington Washington Denver, L. Brown | 802.50 |
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19578; DATE: 10/1/2002 - Denver, Airfare, 10/3-10/4/02, Denver Chicago Chicago Pittsburgh Pittsburgh Washington Washington Denver, K. Coggon | 1,050.50 |
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19583; DATE: 10/1/2002 - Denver, Airfare, 10/21-10/22/02, Denver Ontario Ontario Denver, L. Brown | 436.50 |
| 10/01/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19584; DATE: 10/1/2002 - Denver, Airfare, 10/22-10/24/02, Denver Washington Washington Denver, L. Brown | 520.00 |
| 10/01/02 | | Travel Expense: VENDOR: Jay McCarthy; INVOICE#: 10/01/02; DATE: 10/1/2002 - Denver, 9/29-9/30/02, New Orleans, LA, Deposition of James Lockey - Hotel | 252.87 |
| 10/01/02 | 5 | Velo Binding | 5.00 |
| 10/01/02 | 2 | Velo Binding | 2.00 |
| 10/02/02 | 15 | Color Photocopy | 9.75 |
| 10/02/02 | 11 | Color Photocopy | 7.15 |
| 10/02/02 | 2 | Facsimile | 2.00 |
| 10/02/02 | 16 | Facsimile | 16.00 |
| 10/02/02 | 3 | Facsimile | 3.00 |
| 10/02/02 | 1 | Lexis | 80.49 |
| 10/02/02 | 1 | Lexis | 1,635.38 |
| 10/02/02 | | Long Distance Telephone: 4105314203, 2 Mins., TranTime:14:24 | 0.11 |
| 10/02/02 | | Medical Report: VENDOR: Imelda C. Mulholland; INVOICE#: 10/02/02; DATE: 10/2/2002 - Denver, Access to Medical Articles for C. Neitzel | 29.00 |

Holme Roberts & Owen LLP

November 21, 2002

| | | | |
|---|---|---|---|
| W.R. Grace | | Page | 109 |
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/02/02 | 501 | Photocopy | 75.15 |
| 10/02/02 | 2,495 | Photocopy | 374.25 |
| 10/02/02 | 157 | Photocopy | 23.55 |
| 10/02/02 | 52 | Photocopy | 7.80 |
| 10/02/02 | 13 | Photocopy | 1.95 |
| 10/02/02 | 4 | Photocopy | 0.60 |
| 10/02/02 | 1 | Photocopy | 0.15 |
| 10/02/02 | 834 | Photocopy | 125.10 |
| 10/02/02 | 3 | Photocopy | 0.45 |
| 10/02/02 | 303 | Photocopy | 45.45 |
| 10/02/02 | 2 | Photocopy | 0.30 |
| 10/02/02 | 134 | Photocopy | 20.10 |
| 10/02/02 | 252 | Photocopy | 37.80 |
| 10/02/02 | 72 | Photocopy | 10.80 |
| 10/02/02 | 18 | Photocopy | 2.70 |
| 10/02/02 | 2 | Photocopy | 0.30 |
| 10/02/02 | 45 | Photocopy | 6.75 |
| 10/02/02 | 1,704 | Photocopy | 255.60 |
| 10/02/02 | 3,167 | Photocopy | 475.05 |
| 10/02/02 | 69 | Tab Stock | 3.45 |
| 10/03/02 | 7 | Facsimile | 7.00 |
| 10/03/02 | 17 | Facsimile | 17.00 |
| 10/03/02 | 11 | Facsimile | 11.00 |
| 10/03/02 | | Long Distance Telephone: 4122810189, 2 Mins., TranTime:13:18 | 0.13 |
| 10/03/02 | | Long Distance Telephone: 9192809479, 1 Mins., TranTime:16:57 | 0.04 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page         110
Invoice No.: 613444
Client No.:  04339
Matter No.:  00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/03/02 |   | Long Distance Telephone: 9722399345, 23 Mins., TranTime:17:12 | 2.27 |
| 10/03/02 | 1 | Outside Courier | 13.00 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; From Andy Fulham Denver, Co to Joan Von Herbulis Washington, DC | 131.46 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; From Andy Fulham Denver, Co to Joan Von Herbulis Washington, DC | 81.49 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; David Codevilla Washington, DC | 94.81 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; Robert Emmett Columbia, Md | 13.22 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; Katheryn Coggon Pittsburgh, Pa | 71.75 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; Doug Cameron Pittsburgh, Pa | 41.86 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-24; Suresh Moolegavkar Bellevue, Wa | 14.13 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; Richard Bartelt Chicago, IL | 59.71 |
| 10/03/02 |   | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; Elizabeth Anderson Alexandria, Va | 63.55 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 111 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; Dale R Jensen Denver, Co | 46.13 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; Richard J Lee Monroeville, Pa | 62.27 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-26; William Mercer Billings, Mt | 12.39 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-26; Dr Suresh Moolgavkar Bellevue, Wa | 10.08 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-27; Katheryn Coggon Pittsburgh, Pa | 24.66 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-27; Dr William G Hughson La Jolla, Ca | 17.61 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-30; Doug Cameron Pittsburgh, Pa | 13.06 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-30; Robert Emmett Columbia, Md | 13.46 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-30; Matthew T Murphy Boston, Ma | 13.46 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; From Corrine Christen Denver, Co to Richard Bartelt Chicago, IL | 145.55 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | Page | 112 |
|---|---|---|---|
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-25; Ed Stevenson Washington, DC | 63.55 |
| 10/03/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-28304; DATE: 10/3/2002 - Courier, Acct. 0802-0410-8 09-03; From Diane Lannin San Diego, Ca to Charlotte Neitzel Denver, Co | 8.90 |
| 10/03/02 | 297 | Photocopy | 44.55 |
| 10/03/02 | 45 | Photocopy | 6.75 |
| 10/03/02 | 33 | Photocopy | 4.95 |
| 10/03/02 | 366 | Photocopy | 54.90 |
| 10/03/02 | 262 | Photocopy | 39.30 |
| 10/03/02 | 517 | Photocopy | 77.55 |
| 10/03/02 | 224 | Photocopy | 33.60 |
| 10/03/02 | 140 | Photocopy | 21.00 |
| 10/03/02 | 601 | Photocopy | 90.15 |
| 10/03/02 | 14 | Photocopy | 2.10 |
| 10/04/02 | 3 | Facsimile | 3.00 |
| 10/04/02 | 1 | Outside Courier | 6.50 |
| 10/04/02 | 108 | Photocopy | 16.20 |
| 10/04/02 | 244 | Photocopy | 36.60 |
| 10/04/02 | 6 | Photocopy | 0.90 |
| 10/04/02 | 8 | Photocopy | 1.20 |
| 10/04/02 | 140 | Photocopy | 21.00 |
| 10/04/02 | 1 | Photocopy | 0.15 |
| 10/04/02 | 336 | Photocopy | 50.40 |
| 10/04/02 | 15 | Photocopy | 2.25 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/04/02 | 6 | Photocopy | 0.90 |
| 10/04/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100702; DATE: 10/7/2002 - Travel expenses to Pittsburgh, Pa on 10/3-10/4/2002 relating to meeting with expert R. Lee/Hotel | 192.66 |
| 10/04/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100702; DATE: 10/7/2002 - Travel expenses to Pittsburgh, Pa on 10/3-10/4/2002 relating to meeting with expert R. Lee/Meals | 7.00 |
| 10/04/02 | | Travel Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 100702; DATE: 10/7/2002 - Travel expenses to Pittsburgh, Pa on 10/3-10/4/2002 relating to meeting with expert R. Lee/Taxis/tips | 3.00 |
| 10/04/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902B; DATE: 10/9/2002 - October 3-4,2002 Travel expenses - Pittsburgh, PA for meeting with Rich Lee/Hotel | 192.66 |
| 10/04/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902B; DATE: 10/9/2002 - October 3-4,2002 Travel expenses - Pittsburgh, PA for meeting with Rich Lee/Meals | 156.78 |
| 10/04/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902B; DATE: 10/9/2002 - October 3-4,2002 Travel expenses - Pittsburgh, PA for meeting with Rich Lee/Taxis/tips | 40.00 |
| 10/04/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902B; DATE: 10/9/2002 - October 3-4,2002 Travel expenses - Pittsburgh, PA for meeting with Rich Lee/Personal Mileage | 18.03 |
| 10/04/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 100902B; DATE: 10/9/2002 - October 3-4,2002 Travel expenses - Pittsburgh, PA for meeting with Rich Lee/Parking | 30.00 |
| 10/04/02 | 6 | Velo Binding | 6.00 |
| 10/06/02 | | Long Distance Telephone: 7036246561, 1 Mins., TranTime:14:22 | 0.09 |
| 10/07/02 | 9 | Color Photocopy | 5.85 |
| 10/07/02 | | Long Distance Telephone: 4062532543, 1 Mins., TranTime:12:20 | 0.01 |
| 10/07/02 | | Long Distance Telephone: 4065232543, 2 Mins., TranTime:12:20 | 0.11 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 114
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/07/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 104702; DATE: 10/15/2002 - Document Delivery through October 15, 2002 | 37.80 |
| 10/07/02 | 681 | Photocopy | 102.15 |
| 10/07/02 | 8 | Photocopy | 1.20 |
| 10/07/02 | 102 | Photocopy | 15.30 |
| 10/07/02 | 4 | Photocopy | 0.60 |
| 10/07/02 | 2 | Photocopy | 0.30 |
| 10/07/02 | 1 | Tab Stock | 0.05 |
| 10/08/02 | 3 | Facsimile | 3.00 |
| 10/08/02 | 3 | Facsimile | 3.00 |
| 10/08/02 | 14 | Facsimile | 14.00 |
| 10/08/02 | | Long Distance Telephone: 7243871869, 2 Mins., TranTime:10:22 | 0.16 |
| 10/08/02 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:11:8 | 0.19 |
| 10/08/02 | | Long Distance Telephone: 4153627135, 12 Mins., TranTime:11:18 | 1.17 |
| 10/08/02 | | Long Distance Telephone: 7036840123, 1 Mins., TranTime:12:3 | 0.07 |
| 10/08/02 | | Long Distance Telephone: 3124254103, 1 Mins., TranTime:15:48 | 0.08 |
| 10/08/02 | | Long Distance Telephone: 2023473000, 12 Mins., TranTime:16:2 | 1.13 |
| 10/08/02 | 13 | Photocopy | 1.95 |
| 10/08/02 | 8 | Photocopy | 1.20 |
| 10/08/02 | 100 | Photocopy | 15.00 |
| 10/08/02 | 20 | Photocopy | 3.00 |
| 10/08/02 | 17 | Photocopy | 2.55 |
| 10/08/02 | 96 | Tab Stock | 4.80 |
| 10/09/02 | 1 | Lexis | 199.20 |
| 10/09/02 | 1 | Lexis | 177.07 |
| 10/09/02 | 1 | Lexis | 169.53 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 115
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/09/02 | 1 | Lexis | 20.13 |
| 10/09/02 | | Long Distance Telephone: 3124254103, 79 Mins., TranTime:8:48 | 7.81 |
| 10/09/02 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:13:7 | 0.12 |
| 10/09/02 | | Long Distance Telephone: 4065232543, 2 Mins., TranTime:14:8 | 0.17 |
| 10/09/02 | | Long Distance Telephone: 3026525340, 1 Mins., TranTime:15:3 | 0.01 |
| 10/09/02 | | Long Distance Telephone: 8438342014, 4 Mins., TranTime:16:41 | 2.71 |
| 10/09/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90154; DATE: 10/9/2002 - Temporary services for Stephen Haraldson for week-ending 10/06/02 | 1,023.75 |
| 10/09/02 | 99 | Photocopy | 14.85 |
| 10/09/02 | 300 | Photocopy | 45.00 |
| 10/09/02 | 2 | Photocopy | 0.30 |
| 10/09/02 | 234 | Photocopy | 35.10 |
| 10/09/02 | 38 | Photocopy | 5.70 |
| 10/09/02 | 1 | Photocopy | 0.15 |
| 10/09/02 | 4 | Photocopy | 0.60 |
| 10/09/02 | 3 | Photocopy | 0.45 |
| 10/09/02 | 289 | Photocopy | 43.35 |
| 10/09/02 | 473 | Photocopy | 70.95 |
| 10/09/02 | 381 | Photocopy | 57.15 |
| 10/09/02 | 137 | Photocopy | 20.55 |
| 10/09/02 | 245 | Photocopy | 36.75 |
| 10/09/02 | 49 | Photocopy | 7.35 |
| 10/09/02 | 100 | Photocopy | 15.00 |
| 10/09/02 | 345 | Photocopy | 51.75 |
| 10/09/02 | 53 | Photocopy | 7.95 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 116
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/09/02 | 701 | Photocopy | 105.15 |
| 10/09/02 | 232 | Photocopy | 34.80 |
| 10/09/02 | 72 | Photocopy | 10.80 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Hotel | 844.59 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Meals | 8.23 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Hotel Fax | 3.17 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Telephone | 6.17 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Taxis/tips | 109.00 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Personal Mileage | 18.03 |
| 10/09/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Parking at Airport | 45.00 |
| 10/10/02 | 6 | Color Photocopy | 3.90 |
| 10/10/02 | 1 | Lexis | 526.72 |
| 10/10/02 | | Long Distance Telephone: 7036840123, 7 Mins., TranTime:12:10 | 0.70 |
| 10/10/02 | | Long Distance Telephone: 7243871812, 1 Mins., TranTime:14:16 | 0.01 |
| 10/10/02 | | Long Distance Telephone: 7243871869, 2 Mins., TranTime:14:17 | 0.17 |
| 10/10/02 | | Long Distance Telephone: made from 09/24/02 to 10/07/02. | 74.57 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 117
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-82817; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-04; Eric J Chatfield Mississauga, On | 15.38 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-02; Gary L Graham Missoula, Mt | 8.90 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-07; Harry Eschenbach Fairfield, SC | 17.18 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-01; Neil M Ram Burlington, Ma | 9.61 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-01; David Zott Chicago, IL | 8.90 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-01; Richard Bartelt Chicago, IL | 17.72 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; William Corcoran Columbia, Md | 15.01 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Elizabeth Anderson Alexandria, Va | 9.23 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Richard Bartelt Chicago, IL | 8.61 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Frank Johns Littleton, Co | 6.34 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 118  
Invoice No.: 613444  
Client No.: 04339  
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Richard A Senftleben Boca Raton, Fl | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Douglas E Cameron Pittsburgh, Pa | 13.06 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Jay Hughes Boca Raton, Fl | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Robert Emmett Columbia, Md | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Dori Ann Kuchinsky Leesburg, Va | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Richard Finke Boca Raton, Fl | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; William Corcoran Columbia, Md | 13.46 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; William W Mercer Billings, Mt | 11.19 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-04; Doug Cameron Pittsburgh, Pa | 12.78 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-04; Dr Rich Lee Monroeville, Pa | 13.06 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 119
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-04; Richard Finke Boca Raton, Fl | 13.22 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-07; Elizabeth Anderson Alexandria, Va | 13.52 |
| 10/10/02 | 12 | Photocopy | 1.80 |
| 10/10/02 | 118 | Photocopy | 17.70 |
| 10/10/02 | 323 | Photocopy | 48.45 |
| 10/10/02 | 1,574 | Photocopy | 236.10 |
| 10/10/02 | 21 | Photocopy | 3.15 |
| 10/10/02 | 32 | Tab Stock | 1.60 |
| 10/10/02 | 26 | Tab Stock | 1.30 |
| 10/11/02 | 3 | Facsimile | 3.00 |
| 10/11/02 | 3 | Facsimile | 3.00 |
| 10/11/02 | 2 | Facsimile | 2.00 |
| 10/11/02 | 2 | Facsimile | 2.00 |
| 10/11/02 | 1 | Lexis | 454.78 |
| 10/11/02 | 1 | Lexis | 243.48 |
| 10/11/02 | 1 | Lexis | 409.75 |
| 10/11/02 | | Long Distance Telephone: 4065232543, 2 Mins., TranTime:11:8 | 0.12 |
| 10/11/02 | | Long Distance Telephone: 9192809479, 2 Mins., TranTime:12:15 | 0.16 |
| 10/11/02 | | Long Distance Telephone: 4105314203, 18 Mins., TranTime:13:0 | 1.72 |
| 10/11/02 | | Long Distance Telephone: 9018202023, 4 Mins., TranTime:15:0 | 0.33 |
| 10/11/02 | | Long Distance Telephone: 2125958992, 31 Mins., TranTime:8:35 | 3.08 |
| 10/11/02 | | Long Distance Telephone: 2125958992, 29 Mins., TranTime:8:37 | 2.85 |
| 10/11/02 | 581 | Photocopy | 87.15 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 120
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/11/02 | 2 | Photocopy | 0.30 |
| 10/11/02 | 22 | Photocopy | 3.30 |
| 10/11/02 | 1,074 | Photocopy | 161.10 |
| 10/11/02 | 160 | Photocopy | 24.00 |
| 10/11/02 | 48 | Photocopy | 7.20 |
| 10/11/02 | 31 | Photocopy | 4.65 |
| 10/11/02 | 13 | Photocopy | 1.95 |
| 10/11/02 | 480 | Photocopy | 72.00 |
| 10/11/02 | 6,017 | Photocopy | 902.55 |
| 10/11/02 | 2,961 | Photocopy | 444.15 |
| 10/11/02 | 3,018 | Photocopy | 452.70 |
| 10/11/02 | 966 | Photocopy | 144.90 |
| 10/11/02 | 6 | Photocopy | 0.90 |
| 10/11/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702B; DATE: 10/17/2002 - Travel expense - Kalispell, Montana - October 10-11,2002/Auto Rental | 95.80 |
| 10/11/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702B; DATE: 10/17/2002 - Travel expense - Kalispell, Montana - October 10-11,2002/Hotel | 93.60 |
| 10/11/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702B; DATE: 10/17/2002 - Travel expense - Kalispell, Montana - October 10-11,2002/Meals | 2.39 |
| 10/11/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702B; DATE: 10/17/2002 - Travel expense - Kalispell, Montana - October 10-11,2002/Personal Mileage | 18.03 |
| 10/11/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702B; DATE: 10/17/2002 - Travel expense - Kalispell, Montana - October 10-11,2002/Parking | 25.00 |
| 10/12/02 | 1 | Lexis | 43.77 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page             121
Invoice No.:     613444
Client  No.:     04339
Matter  No.:     00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/14/02 | 1 | Lexis | 40.24 |
| 10/14/02 | 1 | Lexis | 216.80 |
| 10/14/02 | 1 | Lexis | 304.10 |
| 10/14/02 | 1 | Lexis | 20.12 |
| 10/14/02 | 1 | Lexis | 213.81 |
| 10/14/02 |   | Long Distance Telephone: 4065232543, 1 Mins., TranTime:8:58 | 0.02 |
| 10/14/02 |   | Long Distance Telephone: 4065232500, 2 Mins., TranTime:14:51 | 0.12 |
| 10/14/02 |   | Long Distance Telephone: 5133818228, 1 Mins., TranTime:15:24 | 0.06 |
| 10/14/02 |   | Other Expense: VENDOR: Access/Information; INVOICE#: 103702; DATE: 10/14/2002 - Special projects for August and September 2002 including interlibrary loan charges, additional copyright fees and postage, Federal Express and courier charges | 2,327.99 |
| 10/14/02 |   | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 44301; DATE: 10/14/2002 - Denver, Catering for October, 2002, Lunch 10/14/02, K. Bunning | 32.76 |
| 10/14/02 | 1 | Outside Courier | 6.50 |
| 10/14/02 | 89 | Photocopy | 13.35 |
| 10/14/02 | 5 | Photocopy | 0.75 |
| 10/14/02 | 5 | Photocopy | 0.75 |
| 10/14/02 | 74 | Photocopy | 11.10 |
| 10/14/02 | 135 | Photocopy | 20.25 |
| 10/14/02 | 136 | Photocopy | 20.40 |
| 10/14/02 | 4 | Photocopy | 0.60 |
| 10/14/02 | 3 | Photocopy | 0.45 |
| 10/14/02 | 99 | Photocopy | 14.85 |
| 10/14/02 | 21 | Photocopy | 3.15 |
| 10/14/02 | 29 | Photocopy | 4.35 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page          122
Invoice No.:  613444
Client No.:   04339
Matter No.:   00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/14/02 | 185 | Photocopy | 27.75 |
| 10/14/02 | 5 | Photocopy | 0.75 |
| 10/14/02 | 58 | Photocopy | 8.70 |
| 10/14/02 | 40 | Photocopy | 6.00 |
| 10/14/02 | 83 | Photocopy | 12.45 |
| 10/14/02 | 1 | Westlaw | 42.32 |
| 10/15/02 | 10 | Facsimile | 10.00 |
| 10/15/02 | 1 | Lexis | 0.00 |
| 10/15/02 | 1 | Lexis | 191.16 |
| 10/15/02 | 1 | Lexis | 96.59 |
| 10/15/02 | 1 | Lexis | 10.07 |
| 10/15/02 | 1 | Lexis | 606.69 |
| 10/15/02 | 1 | Lexis | 85.52 |
| 10/15/02 |  | Long Distance Telephone: 4065232500, 1 Mins., TranTime:11:9 | 0.07 |
| 10/15/02 |  | Long Distance Telephone: 9058967611, 3 Mins., TranTime:11:47 | 3.69 |
| 10/15/02 |  | Long Distance Telephone: 7243094381, 3 Mins., TranTime:16:15 | 0.24 |
| 10/15/02 |  | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-04; U S EPA | 6.55 |
| 10/15/02 |  | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-07; U S EPA | 8.25 |
| 10/15/02 |  | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-09; U S EPA | 8.25 |
| 10/15/02 |  | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-10; ARCADIS | 21.15 |