# EXHIBIT A-8

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 123 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-15; U S Dept. of Justice | 8.25 |
| 10/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7151802; DATE: 10/15/2002 - Courier, Acct. HO7068 10-15; U S EPA Region 8 | 8.25 |
| 10/15/02 | 49 | Photocopy | 7.35 |
| 10/15/02 | 163 | Photocopy | 24.45 |
| 10/15/02 | 111 | Photocopy | 16.65 |
| 10/15/02 | 395 | Photocopy | 59.25 |
| 10/15/02 | 392 | Photocopy | 58.80 |
| 10/15/02 | 54 | Photocopy | 8.10 |
| 10/15/02 | 13 | Photocopy | 1.95 |
| 10/15/02 | 2 | Photocopy | 0.30 |
| 10/15/02 | 2 | Photocopy | 0.30 |
| 10/15/02 | 60 | Photocopy | 9.00 |
| 10/15/02 | 22 | Photocopy | 3.30 |
| 10/15/02 | 181 | Photocopy | 27.15 |
| 10/15/02 | 1 | Postage | 6.50 |
| 10/16/02 | 1 | Lexis | 88.54 |
| 10/16/02 | 1 | Lexis | 29.43 |
| 10/16/02 | 1 | Lexis | 10.06 |
| 10/16/02 | 1 | Lexis | 70.43 |
| 10/16/02 | | Long Distance Telephone: 5613621533, 1 Mins., TranTime:9:44 | 0.10 |
| 10/16/02 | | Long Distance Telephone: 5613621551, 25 Mins., TranTime:11:28 | 2.42 |
| 10/16/02 | | Long Distance Telephone: 5613621551, 25 Mins., TranTime:11:28 | 2.45 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 124
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/16/02 | | Other Expense: VENDOR: Gibson Arnold & Associates; INVOICE#: 90187; DATE: 10/16/2002 - Temporary services for Stephen Haraldson for week-ending 10/13/02 | 1,050.00 |
| 10/16/02 | 5 | Photocopy | 0.75 |
| 10/16/02 | 35 | Photocopy | 5.25 |
| 10/16/02 | 12 | Photocopy | 1.80 |
| 10/16/02 | 22 | Photocopy | 3.30 |
| 10/16/02 | 3 | Photocopy | 0.45 |
| 10/16/02 | 2 | Photocopy | 0.30 |
| 10/16/02 | 6 | Photocopy | 0.90 |
| 10/16/02 | 4 | Velo Binding | 4.00 |
| 10/17/02 | 2 | Facsimile | 2.00 |
| 10/17/02 | 2 | Facsimile | 2.00 |
| 10/17/02 | 1 | Lexis | 5.00 |
| 10/17/02 | 1 | Lexis | 411.02 |
| 10/17/02 | 1 | Lexis | 305.86 |
| 10/17/02 | 1 | Lexis | 125.52 |
| 10/17/02 | 1 | Lexis | 308.88 |
| 10/17/02 | 1 | Lexis | 481.45 |
| 10/17/02 | | Long Distance Telephone: 4065232500, 3 Mins., TranTime:8:59 | 0.21 |
| 10/17/02 | | Other Meal Expense: VENDOR: Linnea Brown; INVOICE#: 101702A; DATE: 10/17/2002 - Lunch with Expert, Dr. Betty Anderson and Jay McCarthy at The Brown Palace Hotel | 71.20 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-14; Harry Eschenbach Fairfield, SC | 10.58 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 125
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-07; John Griffin Alexandria, Va | 9.66 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Robert Emmett Columbia, Md | 17.01 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Matthew T Murphy Boston, Ma | 17.01 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Doug Cameron Pittsburgh, Pa | 18.52 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Doug Cameron Pittsburgh, Pa | 16.07 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-08; Richard Finke Boca Raton, Fl | 19.26 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-09; Richard Bartelt Chicago, IL | 17.81 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-11; Dori Anne Kuchinsky Leesburg, Va | 15.08 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-11; Doug Cameron Pittsburgh, Pa | 19.15 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-11; Richard Finke Boca Raton, Fl | 19.82 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 126 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-09; Harry Eschenbach Fairfield, SC | 16.08 |
| 10/17/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-06710; DATE: 10/17/2002 - Courier, Acct. 0802-0410-8 10-09; William Sparks Wilmington, De | 15.26 |
| 10/17/02 | 151 | Photocopy | 22.65 |
| 10/17/02 | 30 | Photocopy | 4.50 |
| 10/17/02 | 3 | Photocopy | 0.45 |
| 10/17/02 | 46 | Photocopy | 6.90 |
| 10/17/02 | 78 | Photocopy | 11.70 |
| 10/17/02 | 58 | Photocopy | 8.70 |
| 10/17/02 | | Travel Expense: VENDOR: Linnea Brown; INVOICE#: 101702C; DATE: 10/17/2002 - Travel expenses - October 6-9/2002 - Washington, D.C. for meeting with Betty Anderson/Metro train between hotel and Sciences International | 8.20 |
| 10/17/02 | 1 | Westlaw | 5.46 |
| 10/18/02 | 17 | Facsimile | 17.00 |
| 10/18/02 | 1 | Lexis | 134.82 |
| 10/18/02 | 1 | Lexis | 20.13 |
| 10/18/02 | 1 | Lexis | 461.82 |
| 10/18/02 | 1 | Lexis | 72.68 |
| 10/18/02 | 1 | Lexis | 650.97 |
| 10/18/02 | | Long Distance Telephone: 5613621532, 1 Mins., TranTime:9:26 | 0.05 |
| 10/18/02 | | Long Distance Telephone: 4065232543, 28 Mins., TranTime:10:47 | 2.77 |
| 10/18/02 | | Long Distance Telephone: 4065232543, 8 Mins., TranTime:11:15 | 0.71 |
| 10/18/02 | | Long Distance Telephone: 2537795588, 2 Mins., TranTime:11:59 | 0.11 |
| 10/18/02 | 4 | Photocopy | 0.60 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | | Page | 127 |
|---|---|---|---|
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/18/02 | 15 | Photocopy | 2.25 |
| 10/18/02 | 11 | Photocopy | 1.65 |
| 10/18/02 | 80 | Photocopy | 12.00 |
| 10/18/02 | 85 | Photocopy | 12.75 |
| 10/18/02 | 32 | Photocopy | 4.80 |
| 10/18/02 | 7 | Photocopy | 1.05 |
| 10/18/02 | 4 | Photocopy | 0.60 |
| 10/18/02 | 1 | Westlaw | 75.57 |
| 10/18/02 | 1 | Westlaw | 22.71 |
| 10/19/02 | 1 | Lexis | 368.99 |
| 10/20/02 | 1 | Lexis | 31.19 |
| 10/20/02 | 1 | Lexis | 28.68 |
| 10/20/02 | 1 | Lexis | 91.56 |
| 10/21/02 | 2 | Facsimile | 2.00 |
| 10/21/02 | 1 | Lexis | 307.59 |
| 10/21/02 | 1 | Lexis | 54.32 |
| 10/21/02 | 1 | Lexis | 697.67 |
| 10/21/02 | 1 | Lexis | 225.09 |
| 10/21/02 | 1 | Outside Courier | 6.50 |
| 10/21/02 | 426 | Photocopy | 63.90 |
| 10/21/02 | 10 | Photocopy | 1.50 |
| 10/21/02 | 23 | Photocopy | 3.45 |
| 10/21/02 | 84 | Photocopy | 12.60 |
| 10/21/02 | 582 | Photocopy | 87.30 |
| 10/21/02 | 15 | Photocopy | 2.25 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 128 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/21/02 | 25 | Photocopy | 3.75 |
| 10/21/02 | 18 | Photocopy | 2.70 |
| 10/21/02 | 15 | Photocopy | 2.25 |
| 10/21/02 | | Travel Expense: VENDOR: Hertz Corporation; INVOICE#: 525326922; DATE: 10/21/2002 - Auto Rental - Kenneth Lund | 187.83 |
| 10/21/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19801; DATE: 10/21/2002 - Denver, Airfare, 11/18-11/20/02, Denver Washington Washington Denver, L. Brown | 223.50 |
| 10/22/02 | 43 | Facsimile | 43.00 |
| 10/22/02 | 1 | Lexis | 96.58 |
| 10/22/02 | 1 | Lexis | 205.22 |
| 10/22/02 | 1 | Lexis | 15.09 |
| 10/22/02 | | Long Distance Telephone: 4152178800, 1 Mins., TranTime:11:56 | 0.03 |
| 10/22/02 | | Long Distance Telephone: 4153627135, 1 Mins., TranTime:11:57 | 0.04 |
| 10/22/02 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:12:3 | 0.27 |
| 10/22/02 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:12:8 | 0.11 |
| 10/22/02 | | Long Distance Telephone: 5613621532, 1 Mins., TranTime:12:10 | 0.04 |
| 10/22/02 | 2 | Photocopy | 0.30 |
| 10/22/02 | 97 | Photocopy | 14.55 |
| 10/22/02 | 10 | Photocopy | 1.50 |
| 10/22/02 | 28 | Photocopy | 4.20 |
| 10/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19828; DATE: 10/22/2002 - Denver, Airfare, 10/30-10/31/02, Denver Missoula Missoula Denver, C. Thorne | 853.00 |
| 10/22/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19829; DATE: 10/22/2002 - Denver, Airfare, 10/30-10/31/02, Denver Missoula Missoula Denver, R. Fellinger | 853.00 |
| 10/23/02 | 10 | Facsimile | 10.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 129
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/23/02 | 1 | Lexis | 0.00 |
| 10/23/02 | 1 | Lexis | 174.04 |
| 10/23/02 | 1 | Lexis | 19.37 |
| 10/23/02 |  | Long Distance Telephone: 4105314203, 1 Mins., TranTime:10:47 | 0.02 |
| 10/23/02 |  | Long Distance Telephone: 4105314203, 14 Mins., TranTime:14:10 | 1.39 |
| 10/23/02 |  | Long Distance Telephone: 4067283830, 43 Mins., TranTime:11:54 | 4.24 |
| 10/23/02 |  | Other Meal Expense: VENDOR: Jennifer Hall; INVOICE#: 102302AA; DATE: 10/23/2002 - Working late dinners - Jennifer Hall and Allison Crist on 10/22/02 | 41.00 |
| 10/23/02 | 32 | Photocopy | 4.80 |
| 10/23/02 | 10 | Photocopy | 1.50 |
| 10/23/02 | 5 | Photocopy | 0.75 |
| 10/23/02 | 22 | Photocopy | 3.30 |
| 10/23/02 | 14 | Photocopy | 2.10 |
| 10/23/02 | 15 | Photocopy | 2.25 |
| 10/24/02 | 2 | Facsimile | 2.00 |
| 10/24/02 | 4 | Facsimile | 4.00 |
| 10/24/02 | 14 | Facsimile | 14.00 |
| 10/24/02 | 13 | Facsimile | 13.00 |
| 10/24/02 | 4 | Facsimile | 4.00 |
| 10/24/02 | 1 | Lexis | 420.50 |
| 10/24/02 | 1 | Lexis | 15.09 |
| 10/24/02 | 1 | Lexis | 20.12 |
| 10/24/02 |  | Long Distance Telephone: 4105314751, 1 Mins., TranTime:8:50 | 0.03 |
| 10/24/02 |  | Long Distance Telephone: 5613621533, 4 Mins., TranTime:10:23 | 0.32 |
| 10/24/02 |  | Long Distance Telephone: 6174984968, 2 Mins., TranTime:13:56 | 0.18 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 130 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/24/02 | | Long Distance Telephone: 7243871869, 1 Mins., TranTime:14:12 | 0.08 |
| 10/24/02 | | Other Meal Expense: VENDOR: Jennifer Hall; INVOICE#: 102402BB; DATE: 10/24/2002 - Dinner reimbursement for JAHall and ATCrist - working overtime on 10/23/02 | 45.44 |
| 10/24/02 | 8 | Photocopy | 1.20 |
| 10/24/02 | 342 | Photocopy | 51.30 |
| 10/24/02 | 2 | Photocopy | 0.30 |
| 10/24/02 | 331 | Photocopy | 49.65 |
| 10/24/02 | 182 | Photocopy | 27.30 |
| 10/24/02 | 720 | Photocopy | 108.00 |
| 10/25/02 | 20 | Facsimile | 20.00 |
| 10/25/02 | 3 | Facsimile | 3.00 |
| 10/25/02 | 1 | Lexis | 94.81 |
| 10/25/02 | 1 | Lexis | 657.94 |
| 10/25/02 | 1 | Lexis | 206.48 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-15; Dr Jay Flynn West Long Branch, NJ | 17.01 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-15; Charlotte L Neitzel Denver, Co | 9.23 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-17; Harry Eschenbach Fairfield, SC | 10.58 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Charlotte L Neitzel Denver, Co | 9.23 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 131 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-15; Dori Anne Kuchinsky Leesburg, Va | 22.90 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-15; William Mercer Billings, Mt | 8.80 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-16; Robert Emmett Columbia, Md | 9.27 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-16; Richard J Lee Monroeville, Pa | 18.52 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-16; Richard Bartelt Chicago, IL | 17.32 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-16; Elizabeth Anderson Alexandria, Va | 19.26 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-17; Don J Frost Washington, DC | 13.29 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Doug Cameron Pittsburgh, Pa | 13.12 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Matthew T Murphy Boston, Ma | 13.52 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Suresh Moolgavkar Bellevue, Wa | 17.42 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 132 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Robert Emmett Columbia, Md | 13.29 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-21; Matthew T Murphy Boston, Ma | 13.52 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-21; Doug Cameron Pittsburgh, Pa | 13.12 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-21; Robert Emmett Columbia, Md | 13.52 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-15; Drew Van Orden Monroeville, Pa | 9.23 |
| 10/25/02 | 53 | Photocopy | 7.95 |
| 10/25/02 | 2 | Photocopy | 0.30 |
| 10/25/02 | 66 | Photocopy | 9.90 |
| 10/25/02 | 53 | Photocopy | 7.95 |
| 10/26/02 | 1 | Lexis | 14.33 |
| 10/26/02 | 1 | Lexis | 805.81 |
| 10/26/02 | 38 | Photocopy | 5.70 |
| 10/26/02 | 1 | Westlaw | 25.22 |
| 10/27/02 | 1 | Lexis | 223.34 |
| 10/27/02 | 1 | Lexis | 589.79 |
| 10/27/02 | 180 | Photocopy | 27.00 |
| 10/28/02 | 4 | Facsimile | 4.00 |
| 10/28/02 | 1 | Lexis | 112.43 |
| 10/28/02 | 1 | Lexis | 237.43 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 133
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/28/02 | 1 | Lexis | 218.06 |
| 10/28/02 | 1 | Lexis | 463.77 |
| 10/28/02 | 1 | Lexis | 673.03 |
| 10/28/02 |  | Long Distance Telephone: 6174984968, 1 Mins., TranTime:11:25 | 0.08 |
| 10/28/02 |  | Long Distance Telephone: 6174984968, 5 Mins., TranTime:13:54 | 0.46 |
| 10/28/02 |  | Long Distance Telephone: 4065232543, 3 Mins., TranTime:15:34 | 0.23 |
| 10/28/02 |  | Long Distance Telephone: 4062933964, 1 Mins., TranTime:15:47 | 0.08 |
| 10/28/02 |  | Other Meal Expense: VENDOR: Natalie Aberle; INVOICE#: 102802; DATE: 10/28/2002 - Overtime dinners on 10/26/02 for NKAberle, MATognetti, CLatuda, CJackson, DDavidson, FProctor and LMartel while working on the review and organization of data regarding the EPA sampling in the Libby matter to support the Statement of Facts and Expert Review | 47.46 |
| 10/28/02 | 19 | Photocopy | 2.85 |
| 10/28/02 | 34 | Photocopy | 5.10 |
| 10/28/02 | 590 | Photocopy | 88.50 |
| 10/28/02 | 12 | Photocopy | 1.80 |
| 10/28/02 | 33 | Photocopy | 4.95 |
| 10/28/02 | 490 | Photocopy | 73.50 |
| 10/28/02 | 446 | Photocopy | 66.90 |
| 10/28/02 | 99 | Photocopy | 14.85 |
| 10/28/02 | 554 | Photocopy | 83.10 |
| 10/28/02 | 147 | Photocopy | 22.05 |
| 10/28/02 | 46 | Photocopy | 6.90 |
| 10/28/02 | 21 | Photocopy | 3.15 |
| 10/28/02 | 4 | Photocopy | 0.60 |
| 10/28/02 | 14 | Photocopy | 2.10 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | |
|---|---|---|
| | Page | 134 |
| | Invoice No.: | 613444 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/28/02 | 42 | Photocopy | 6.30 |
| 10/29/02 | 13 | Facsimile | 13.00 |
| 10/29/02 | 11 | Facsimile | 11.00 |
| 10/29/02 | 4 | Facsimile | 4.00 |
| 10/29/02 | 2 | Facsimile | 2.00 |
| 10/29/02 | 5 | Facsimile | 5.00 |
| 10/29/02 | 4 | Facsimile | 4.00 |
| 10/29/02 | 1 | Lexis | 14.34 |
| 10/29/02 | 1 | Lexis | 902.52 |
| 10/29/02 | 1 | Lexis | 132.56 |
| 10/29/02 | | Long Distance Telephone: 6174984968, 4 Mins., TranTime:8:51 | 0.37 |
| 10/29/02 | | Long Distance Telephone: 4062933964, 1 Mins., TranTime:10:46 | 0.04 |
| 10/29/02 | | Long Distance Telephone: 6174984968, 5 Mins., TranTime:10:54 | 0.43 |
| 10/29/02 | | Long Distance Telephone: 4065448253, 1 Mins., TranTime:11:50 | 0.03 |
| 10/29/02 | 34 | Photocopy | 5.10 |
| 10/29/02 | 5 | Photocopy | 0.75 |
| 10/29/02 | 6 | Photocopy | 0.90 |
| 10/29/02 | 118 | Photocopy | 17.70 |
| 10/29/02 | 150 | Photocopy | 22.50 |
| 10/29/02 | 1 | Photocopy | 0.15 |
| 10/29/02 | 4 | Photocopy | 0.60 |
| 10/29/02 | 43 | Photocopy | 6.45 |
| 10/29/02 | 2 | Photocopy | 0.30 |
| 10/29/02 | 29 | Photocopy | 4.35 |
| 10/29/02 | 24 | Photocopy | 3.60 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page         135
Invoice No.: 613444
Client No.:  04339
Matter No.:  00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/29/02 | 900 | Photocopy | 135.00 |
| 10/29/02 | 364 | Photocopy | 54.60 |
| 10/29/02 | 994 | Photocopy | 149.10 |
| 10/29/02 | 3 | Photocopy | 0.45 |
| 10/29/02 | 320 | Photocopy | 48.00 |
| 10/29/02 | 1 | Photocopy | 0.15 |
| 10/29/02 | 1 | Tab Stock | 0.05 |
| 10/29/02 | 2 | Velo Binding | 2.00 |
| 10/30/02 | 2 | Facsimile | 2.00 |
| 10/30/02 | 21 | Facsimile | 21.00 |
| 10/30/02 | 21 | Facsimile | 21.00 |
| 10/30/02 | 1 | Lexis | 80.49 |
| 10/30/02 |  | Long Distance Telephone: 4065232543, 30 Mins., TranTime:10:37 | 2.97 |
| 10/30/02 |  | Long Distance Telephone: 4105314203, 2 Mins., TranTime:16:9 | 0.12 |
| 10/30/02 |  | Long Distance Telephone: 4065232543, 3 Mins., TranTime:16:26 | 0.21 |
| 10/30/02 |  | Long Distance Telephone: 4108492981, 8 Mins., TranTime:18:7 | 0.78 |
| 10/30/02 |  | Other Meal Expense: VENDOR: Katheryn J. Coggon; INVOICE#: 110502; DATE: 11/5/2002 - Team dinner for late work on response briefs (15 people) on 10/30/02 | 211.08 |
| 10/30/02 | 1 | Outside Courier | 13.00 |
| 10/30/02 | 12 | Photocopy | 1.80 |
| 10/30/02 | 3 | Photocopy | 0.45 |
| 10/30/02 | 9 | Photocopy | 1.35 |
| 10/30/02 | 2 | Photocopy | 0.30 |
| 10/30/02 | 7 | Photocopy | 1.05 |
| 10/30/02 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 136
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/30/02 | 136 | Photocopy | 20.40 |
| 10/30/02 | 2 | Photocopy | 0.30 |
| 10/30/02 | 8 | Photocopy | 1.20 |
| 10/30/02 | 3 | Photocopy | 0.45 |
| 10/30/02 | 182 | Photocopy | 27.30 |
| 10/30/02 | 80 | Photocopy | 12.00 |
| 10/30/02 | 4 | Photocopy | 0.60 |
| 10/30/02 | 358 | Photocopy | 53.70 |
| 10/30/02 | 5 | Photocopy | 0.75 |
| 10/30/02 | 50 | Photocopy | 7.50 |
| 10/30/02 | 21 | Photocopy | 3.15 |
| 10/30/02 | 161 | Photocopy | 24.15 |
| 10/30/02 | 1 | Photocopy | 0.15 |
| 10/30/02 | 1 | Photocopy | 0.15 |
| 10/30/02 | 217 | Photocopy | 32.55 |
| 10/30/02 | 30 | Photocopy | 4.50 |
| 10/30/02 | 1,903 | Photocopy | 285.45 |
| 10/30/02 | 360 | Photocopy | 54.00 |
| 10/30/02 | 181 | Photocopy | 27.15 |
| 10/30/02 | 3,911 | Photocopy | 586.65 |
| 10/30/02 | 1,224 | Photocopy | 183.60 |
| 10/30/02 | 26 | Photocopy | 3.90 |
| 10/30/02 | 31 | Photocopy | 4.65 |
| 10/30/02 | 1 | Photocopy | 0.15 |
| 10/30/02 | 20 | Photocopy | 3.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 137
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/30/02 | 22 | Photocopy | 3.30 |
| 10/30/02 | 502 | Photocopy | 75.30 |
| 10/30/02 | 5 | Photocopy | 0.75 |
| 10/30/02 | 112 | Photocopy | 16.80 |
| 10/30/02 | 237 | Photocopy | 35.55 |
| 10/30/02 | 66 | Photocopy | 9.90 |
| 10/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19903; DATE: 10/30/2002 - Denver, Airfare, 11/14/02, Denver San Diego San Diego Denver, L. Brown | 271.50 |
| 10/31/02 | 4 | Facsimile | 4.00 |
| 10/31/02 | 3 | Facsimile | 3.00 |
| 10/31/02 | 2 | Facsimile | 2.00 |
| 10/31/02 | 21 | Facsimile | 21.00 |
| 10/31/02 | 12 | Facsimile | 12.00 |
| 10/31/02 | 26 | Facsimile | 26.00 |
| 10/31/02 | 1 | Lexis | 41.25 |
| 10/31/02 | 1 | Lexis | 0.00 |
| 10/31/02 | 1 | Lexis | 154.19 |
| 10/31/02 | 1 | Lexis | 50.32 |
| 10/31/02 | 1 | Lexis | 274.68 |
| 10/31/02 | 1 | Lexis | 241.96 |
| 10/31/02 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:9:40 | 0.03 |
| 10/31/02 | | Long Distance Telephone: 4122884104, 9 Mins., TranTime:10:51 | 0.87 |
| 10/31/02 | | Long Distance Telephone: 4065232543, 3 Mins., TranTime:11:4 | 0.28 |
| 10/31/02 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:11:22 | 0.16 |
| 10/31/02 | | Long Distance Telephone: 4105314203, 4 Mins., TranTime:13:49 | 0.35 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 138
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/31/02 | | Long Distance Telephone: 4105314751, 13 Mins., TranTime:14:6 | 1.28 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-21; Spherion Deposition Services San Diego, Ca | 5.86 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-24; Linnea Brown Washington, DC | 19.82 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-24; Rick Reiss Alexandria, Va | 19.82 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-24; Linnea Brown Washington, DC | 19.82 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-25; Robert Emmett Columbia, Md | 13.29 |
| 10/31/02 | 395 | Photocopy | 59.25 |
| 10/31/02 | 237 | Photocopy | 35.55 |
| 10/31/02 | 207 | Photocopy | 31.05 |
| 10/31/02 | 117 | Photocopy | 17.55 |
| 10/31/02 | 273 | Photocopy | 40.95 |
| 10/31/02 | 188 | Photocopy | 28.20 |
| 10/31/02 | 18 | Photocopy | 2.70 |
| 10/31/02 | 60 | Photocopy | 9.00 |
| 10/31/02 | 127 | Photocopy | 19.05 |
| 10/31/02 | 171 | Photocopy | 25.65 |
| 10/31/02 | 13 | Photocopy | 1.95 |
| 10/31/02 | 22 | Photocopy | 3.30 |
| 10/31/02 | 9 | Photocopy | 1.35 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | |
|---|---|---|
| | Page | 139 |
| | Invoice No.: | 613444 |
| | Client No.: | 04339 |
| | Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/31/02 | 3,718 | Photocopy | 557.70 |
| 10/31/02 | 2,807 | Photocopy | 421.05 |
| 10/31/02 | 75 | Photocopy | 11.25 |
| 10/31/02 | 3,772 | Photocopy | 565.80 |
| 10/31/02 | 2,893 | Photocopy | 433.95 |
| 10/31/02 | 718 | Photocopy | 107.70 |
| 10/31/02 | 3,499 | Photocopy | 524.85 |
| 10/31/02 | 15 | Photocopy | 2.25 |
| 10/31/02 | 390 | Photocopy | 58.50 |
| 10/31/02 | 27 | Photocopy | 4.05 |
| 10/31/02 | 340 | Photocopy | 51.00 |
| 10/31/02 | 78 | Photocopy | 11.70 |
| 10/31/02 | 1,211 | Photocopy | 181.65 |
| 10/31/02 | 3 | Photocopy | 0.45 |
| 10/31/02 | 770 | Photocopy | 115.50 |
| 10/31/02 | | Travel Expense: VENDOR: Robert Fellinger; INVOICE#: 110102; DATE: 11/1/2002 - Site Preparation for Missoula Trial/Meals - Dinner for R. Fellinger and C. Thorne | 110.70 |
| 10/31/02 | | Travel Expense: VENDOR: Robert Fellinger; INVOICE#: 110102; DATE: 11/1/2002 - Site Preparation for Missoula Trial/Personal Mileage | 18.98 |
| 10/31/02 | | Travel Expense: VENDOR: Robert Fellinger; INVOICE#: 110102; DATE: 11/1/2002 - Site Preparation for Missoula Trial/Parking | 30.00 |
| 10/31/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 19915; DATE: 10/31/2002 - Denver, Airfare, 11/14/02, Denver San Diego San Diego Denver, C. Neitzel | 271.50 |

**Total Disbursements:** $ 50,000.63

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 140
Invoice No.: 613444
Client No.: 04339
Matter No.: 00302

### Disbursement Summary

| | |
|---|---:|
| Parking | $ 15.00 |
| Photocopy | 11,920.20 |
| Facsimile | 432.00 |
| Long Distance Telephone | 434.73 |
| Outside Courier | 1,935.84 |
| Travel Expense | 11,868.37 |
| Postage | 6.50 |
| Lexis | 17,882.64 |
| Medical Report | 29.00 |
| Westlaw | 171.28 |
| Other Meal Expense | 603.39 |
| Other Expense | 4,644.78 |
| Color Photocopy | 26.65 |
| Velo Binding | 19.00 |
| Tab Stock | 11.25 |
| **Total Disbursements:** | **$ 50,000.63** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | | *Outstanding Balance on Invoice 577764:* | $ 5,425.00 |
| 577905 | 10/31/01 | Bill | 64,445.24 |
| | | *Outstanding Balance on Invoice 577905:* | $ 64,445.24 |