# EXHIBIT A-9

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Street, Loraine | Paralegal | $ 85.00 | 38.5 | $ 3,272.50 |
| | | | | |
| Total | | | 38.50 | $ 3,272.50 |

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ 1.60 |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ - |
| Other Meal Expenses | $ - |
| Word Processing | $ - |
| **Total** | **$ 1.60** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 148 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/02 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 7.50 | $ 637.50 |
| 10/02/02 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 1.00 | 85.00 |
| 10/15/02 | LCS | Input and maintain data in the Boulder Box Tracking Database. | 8.00 | 680.00 |
| 10/16/02 | LCS | Input and maintain data in the Boulder Box Tracking Database. | 8.00 | 680.00 |
| 10/17/02 | LCS | Input and maintain data in the Boulder Box Tracking Database. | 7.50 | 637.50 |
| 10/18/02 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 6.50 | 552.50 |

**Total Fees Through October 31, 2002:**  38.50  $ 3,272.50

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LCS | Loraine C. Street | Other | $ 85.00 | 38.50 | $ 3,272.50 |
| | | **Total Fees:** | | **38.50** | **$ 3,272.50** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page          149
Invoice No.:  613444
Client No.:   04339
Matter No.:   00370

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/01/02 | 8 | Photocopy | $ 1.60 |
| | | **Total Disbursements:** | **$ 1.60** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.60 |
| **Total Disbursements:** | **$** | **1.60** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | | *Outstanding Balance on Invoice 577747:* | $ 12,656.44 |
| 589414 | 02/28/02 | Bill | 648.00 |
| | 04/18/02 | Cash Receipt | -509.62 |
| | 10/22/02 | Cash Receipt | -136.68 |
| | | *Outstanding Balance on Invoice 589414:* | $ 1.70 |
| 593727 | 04/16/02 | Bill | 26,030.82 |
| | 06/18/02 | Cash Receipt | -20,862.52 |
| | 10/22/02 | Cash Receipt | -4,465.45 |
| | | *Outstanding Balance on Invoice 593727:* | $ 702.85 |
| 597443 | 05/28/02 | Bill | 1,812.50 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 8.80 | $ 2,420.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.20 | $ 55.00 |
| Dempsey, Bradford | Associate | $ 200.00 | 16.00 | $ 3,200.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 0.40 | $ 50.00 |
| Haag, Susan | Paralegal | $ 105.00 | 29.8 | $ 3,129.00 |
|  |  |  |  |  |
| Total |  |  | 55.20 | $ 8,854.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 156.45 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | 0.07 |
| Outside Courier | $ | 27.01 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Research Services | $ | 19.74 |
| Word Processing | $ | - |
| **Total** | **$** | **203.27** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 153
Invoice No.: 613444
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/02 | SH | Locate information for response to fee auditor's report on fifth interim fee application. | 2.10 | $ 220.50 |
| 10/09/02 | SH | Research information for response to Auditors Report (2.00); calculate and draft fifth interim fee application category chart (1.60). | 3.60 | 378.00 |
| 10/10/02 | BED | Begin drafting response to Fee Auditor's Report re Fifth Interim Fee Application. | 1.00 | 200.00 |
| 10/10/02 | SH | Locate and e-mail response to Fee Auditor (.30); review bills with KJBates for August Fee Application (.70); conference with KJBates and ALTrujillo re errors in August bills (.30); finalize calculations for category spreadsheet on Fifth Interim Fee Application (1.20). | 2.50 | 262.50 |
| 10/11/02 | SH | Several conferences with KJBates and ALTrujillo re status of August bills (.50); set up charts for August Fee Application (.80). | 1.30 | 136.50 |
| 10/14/02 | SH | Final review of August bill. | 1.20 | 126.00 |
| 10/16/02 | SH | Conference with KJBates re August bill issues. | 0.20 | 21.00 |
| 10/17/02 | EKF | Begin review and revision of September invoices. | 1.70 | 467.50 |
| 10/17/02 | BED | Review accounting records re travel expenses challenged by Fee Auditor's Report to Fifth Interim Application (2.0); conferences with SHaag re collection of information recovery to prepare response to Fee Auditor's Report (0.5); draft responses to Fee Auditor's Report relating to travel expenses, hotel expenses, and meal expenses (2.7). | 5.20 | 1,040.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 154 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | SH | Calculate and draft August fee application charts (2.30); calculate and draft August fee summary (2.80). | 5.10 | 535.50 |
| 10/18/02 | EKF | Conference with SHaag re August fee application (.20); e-mails to and from local counsel re same (.10); review, finalize and execute August fee application (.30); continue review and revisions of September invoices (1.60). | 2.20 | 605.00 |
| 10/18/02 | KJC | Conference with BEDempsey re response to Fee Auditor (0.20). | 0.20 | 55.00 |
| 10/18/02 | BED | Conferences with SHaag re information gathered to prepare response to Fee Auditor's Report on Fifth Application (0.7); conference with KJCoggon re cost recovery case and overtime expense issues (0.2); draft e-mail inquiries to HRO professionals and support staff requesting information recovery to respond to specific issues raised in Fee Auditor's Report (1.0); review responses to e-mail inquiries and draft responses to overtime issues, overhead issues, issues regarding fluctuations in hotel rates and issues regarding multiple professionals attending the same meetings (2.6); make revisions to responses re travel expenses based on new information (0.5). | 5.00 | 1,000.00 |
| 10/18/02 | SH | Compile August fee application (1.00); draft cover letter to local counsel with August fee application, fee procedure order and service list (.50); locate invoices in response to fee auditor's report of fifth interim fee application (1.60); format August invoices for fee auditor (.80). | 3.90 | 409.50 |
| 10/21/02 | EKF | Continue review and revision of September invoices (2.60); review and revise response to fee auditor's initial report on fifth interim fee application (.50). | 3.10 | 852.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 155 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | BED | Conferences with SHaag re expense reports and preparation of exhibits for Response to Fee Auditor's Report and re Fifth Interim Application (1.0); continue drafting Response (2.0); revise Response (1.0); confirm Response with EKFlaagan, SHaag and KJCoggon (0.8). | 4.80 | 960.00 |
| 10/21/02 | SH | Review travel expense invoices and draft chart for response to fee auditors report on 5th interim fee application. | 4.50 | 472.50 |
| 10/21/02 | JLS | Research re response to fee auditor request (0.40). | 0.40 | 50.00 |
| 10/22/02 | EKF | E-mails to and from KJBates re September invoices (.20). | 0.20 | 55.00 |
| 10/22/02 | SH | Research third interim fees for PNewman (N/C). | 0.00 | 0.00 |
| 10/23/02 | EKF | E-mails to and from KJCoggon and KJBates re September and October billing issues (.30). | 0.30 | 82.50 |
| 10/24/02 | EKF | Conference with SHaag re project category spreadsheet for fee auditor (.10); review same (.20). | 0.30 | 82.50 |
| 10/28/02 | EKF | E-mails to and from Warren Smith re response to fifth interim application (.10); draft e-mail to BEDempsey re same (.10); telephone conference with Mark Stier re first and second interim fee application response (.10); draft e-mail to fee auditor re exhibits to response to HRO's fifth interim fee application (.20). | 0.50 | 137.50 |
| 10/29/02 | EKF | Review fee auditor's final report on first interim fee application (.30); conference with KWLund re same (.20). | 0.50 | 137.50 |
| 10/30/02 | SH | Set up charts for September fee application (.80); review spreadsheets from fee auditor (.40). | 1.20 | 126.00 |
| 10/31/02 | SH | Begin calculating and drafting September fee application. | 4.20 | 441.00 |

**Total Fees Through October 31, 2002:**    55.20    $    8,854.00

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 156 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 8.80 | $ 2,420.00 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 0.20 | 55.00 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 16.00 | 3,200.00 |
| JLS | Joan L Sherman | Paralegal | 125.00 | 0.40 | 50.00 |
| SH | Susan Haag | Paralegal | 105.00 | 29.80 | 3,129.00 |
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **55.20** | **$ 8,854.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/08/02 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 10/08/02; DATE: 10/8/2002 - Denver, Customer # JJ0001, Pacer Net Transactions, Web Pages for 7/1-9/30/02 | $ 19.74 |
| 10/18/02 | | Long Distance Telephone: 3028886818, 1 Mins., TranTime:10:52 | 0.07 |
| 10/18/02 | 14 | Photocopy | 2.10 |
| 10/18/02 | 120 | Photocopy | 18.00 |
| 10/18/02 | 869 | Photocopy | 130.35 |
| 10/18/02 | 4 | Photocopy | 0.60 |
| 10/18/02 | 3 | Photocopy | 0.45 |
| 10/22/02 | 33 | Photocopy | 4.95 |
| 10/25/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-47775; DATE: 10/25/2002 - Courier, Acct. 0802-0410-8 10-18; Gayle Ignudo Wilmington, De | 18.07 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-22; Warren H Smith Dallas, Tx | 8.94 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 157
Invoice No.: 613444
Client No.: 04339
Matter No.: 00390

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 203.27** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 156.45 |
| Long Distance Telephone | | 0.07 |
| Outside Courier | | 27.01 |
| Research Service | | 19.74 |
| **Total Disbursements:** | **$** | **203.27** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577655 | 10/26/01 | Bill | 10,008.00 |
| | | *Outstanding Balance on Invoice 577655:* | *$ 10,008.00* |
| 579873 | 11/20/01 | Bill | 4,761.50 |
| | 01/24/02 | Cash Receipt | -3,839.71 |
| | | *Outstanding Balance on Invoice 579873:* | *$ 921.79* |
| 583055 | 12/27/01 | Bill | 2,583.36 |
| | 02/28/02 | Cash Receipt | -2,074.46 |
| | | *Outstanding Balance on Invoice 583055:* | *$ 508.90* |
| 585053 | 01/23/02 | Bill | 1,755.51 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Tuchman, Robert | Partner | $ 375.00 | 8.80 | $ 3,300.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 1.7 | $ 595.00 |
| Baarlaer, Dennis | Special Counsel | $ 275.00 | 24.7 | $ 6,792.50 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 10.1 | $ 2,777.50 |
| D'Alessandro, Jennifer | Senior Counsel | $ 260.00 | 23.5 | $ 6,110.00 |
| Rita, Elizabeth | Contract Attorney | $ 175.00 | 2.5 | $ 437.50 |
| Cryran, Michael | Associate | $ 275.00 | 2.1 | $ 577.50 |
| Tracy, Brent | Associate | $ 240.00 | 97.5 | $ 23,400.00 |
| Maurelli, Gino | Associate | $ 225.00 | 19.1 | $ 4,297.50 |
| Tognetti, Michael | Associate | $ 225.00 | 83.4 | $ 18,765.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 6.7 | $ 1,474.00 |
| Dempsey, Brad | Associate | $ 200.00 | 0.5 | $ 100.00 |
| Trammell, Keith | Associate | $ 185.00 | 25.5 | $ 4,717.50 |
| Wall, Douglas | Associate | $ 185.00 | 39.3 | $ 7,270.50 |
| Beasley, James | Associate | $ 175.00 | 49.3 | $ 8,627.50 |
| Higuera, Michael | Associate | $ 175.00 | 17.7 | $ 3,097.50 |
| Biaggne, Heather | Paralegal | $ 125.00 | 6 | $ 750.00 |
| Carroll, Ann | Paralegal | $ 125.00 | 55.6 | $ 6,950.00 |
| Dickert, Nancy | Paralegal | $ 125.00 | 10.3 | $ 1,287.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 16.9 | $ 2,112.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 49.3 | $ 6,162.50 |
| Stacey, Paula | Paralegal | $ 125.00 | 32.9 | $ 4,112.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 38.2 | $ 4,202.00 |
| Davidson, Dyan | Paralegal | $ 110.00 | 8.8 | $ 968.00 |
| Herceglic, Angela | Paralegal | $ 100.00 | 14.1 | $ 1,410.00 |
| Street, Loraine | Paralegal | $ 85.00 | 41 | $ 3,485.00 |
| Duffus, Deborah | Paralegal | $ 60.00 | 24.3 | $ 1,458.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 24.5 | $ 1,470.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 23.6 | $ 2,124.00 |
| Bowen, Cathy | Fileroom | $ 75.00 | 3 | $ 225.00 |
| | | | | |
| Total | | | 760.90 | 129,056.50 |

**Matter 00400 - Boston Document Production**

| Description | TOTAL | |
|---|---|---:|
| Parking | | |
| Photocopies | $ | 81.75 |
| Facsimile | $ | - |
| Long Distance Telephone | $ | 1.09 |
| Outside Courier | $ | 35.47 |
| Travel Expense | $ | 25.00 |
| Lexis | | |
| Temporary Services | | |
| Meal Expenses | $ | 53.37 |
| Outside Reproduction | $ | 16.21 |
| Tab Stock | $ | 0.40 |
| Velo Binding | $ | 1.00 |
| **Total** | **$** | **214.29** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page           160
Invoice No.:   613444
Client No.:    04339
Matter No.:    00400

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/02 | BAT | Review documents in production 208 for final quality control check and to ensure no privileged documents were produced. | 8.80 | $ 2,112.00 |
| 10/02/02 | BAT | Review documents in production 208 for final quality control check and to ensure no privileged documents were produced. | 7.80 | 1,872.00 |
| 10/02/02 | MCL | Conference with LCStreet re protocol for coding of Lason documents inadvertently scanned (.30). | 0.30 | 37.50 |
| 10/03/02 | BAT | Review documents in production 208 for final quality control check and to ensure no privileged documents were produced (2.60); conference with MThompson re preparing copies of EH&S microfilm database for co-counsel (.30); draft cover letter transmitting copies of database (.30). | 3.20 | 768.00 |
| 10/03/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 4.00 | 340.00 |
| 10/04/02 | BAT | Perform final review of 210 production batch before production to EPA. | 0.60 | 144.00 |
| 10/04/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 2.00 | 170.00 |
| 10/07/02 | KJC | Review and respond to e-mail and questions re preparing documents for production (0.20). | 0.20 | 55.00 |
| 10/07/02 | BAT | Perform final review of 210 production batch before production to EPA (1.4). | 1.40 | 336.00 |
| 10/07/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 5.50 | 467.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 161 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/02 | BAT | Perform final review of 210 production batch before production to EPA (0.9). | 0.90 | 216.00 |
| 10/08/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 5.50 | 467.50 |
| 10/09/02 | KJC | Telephone conferences with BATracy re final production issues and timing (0.60). | 0.60 | 165.00 |
| 10/09/02 | BAT | Conference with information technologies personnel re updating databases for resolving coding problems (0.3); review problem documents to resolve coding issues for production (3.8). | 4.10 | 984.00 |
| 10/09/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 2.50 | 212.50 |
| 10/10/02 | KJC | Telephone conferences with BATracy re production schedule for 104e documents (0.70). | 0.70 | 192.50 |
| 10/10/02 | MAT | Review documents for responsiveness to EPA and discovery requests (3.90). | 3.90 | 877.50 |
| 10/10/02 | BAT | Telephone conference with KJCoggon re production deadlines and privilege log issues (0.2); review documents to resolve coding issues with problem documents (3.8); conference with CCotts re organizing privilege documents for generation of log (0.7). | 4.70 | 1,128.00 |
| 10/10/02 | MCL | Prepare spreadsheet for Maureen Atkinson of Reed Smith re boxes scanned by ONSS (.80); review box databases and tracking spreadsheets to locate box information for Angela Anderson of Casner & Edwards (1.20). | 2.00 | 250.00 |
| 10/10/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 7.50 | 637.50 |