# EXHIBIT A-10

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 162 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/11/02 | DJB | Review privileged documents to determine if labeled correctly on privilege log. | 4.50 | 1,237.50 |
| 10/11/02 | KJC | Address issues re production of 104e documents to EPA (0.30). | 0.30 | 82.50 |
| 10/11/02 | GM | Review and code documents for responsiveness to EPA request. | 4.00 | 900.00 |
| 10/11/02 | MAT | Review documents for responsiveness to EPA and discovery requests (4.00). | 4.00 | 900.00 |
| 10/11/02 | BAT | Respond to questions by reviewers re problem documents (0.9); conferences with information technologies personnel re preparation of privilege documents for coding (0.6); review documents to resolve coding problems (2.3). | 3.80 | 912.00 |
| 10/11/02 | NKA | Draft spreadsheet for check-out of "problem documents" in Libby Historical database per BATracy's request. | 0.60 | 66.00 |
| 10/11/02 | MCL | Telephone conference with Matthew Murphy of Casner & Edwards re location of box at Cambridge (.20); review and respond to e-mails re same (.20); review of tracking spreadsheets re same (.30). | 0.70 | 87.50 |
| 10/11/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 8.00 | 680.00 |
| 10/12/02 | DJB | Review privileged documents to determine if labeled properly on privilege log. | 1.00 | 275.00 |
| 10/14/02 | DJB | Review privileged documents to determine whether they are labeled correctly on privilege log. | 6.30 | 1,732.50 |
| 10/14/02 | JGB | Review and code electronic documents for responsiveness to EPA information request (5.30). | 5.30 | 927.50 |
| 10/14/02 | GM | Review and code documents for responsiveness to EPA request. | 5.30 | 1,192.50 |

Holme Roberts & Owen LLP

November 21, 2002

| | |
|---|---|
| W.R. Grace | Page 163 |
| | Invoice No.: 613444 |
| | Client  No.: 04339 |
| | Matter  No.: 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/14/02 | MAT | Review documents for responsiveness to EPA and discovery requests (5.0). | 5.00 | 1,125.00 |
| 10/14/02 | BAT | Answer questions re resolving coding issues with problem documents (.60); review documents with coding issues in 205 production range and resolve same (1.70). | 2.30 | 552.00 |
| 10/14/02 | KAT | Review documents for responsiveness to discovery requests and privilege (7.50). | 7.50 | 1,387.50 |
| 10/14/02 | MCL | Review and recode documents in Historical database that were inadvertently scanned by Lason (3.20); conferences with LCStreet and BATracy re same (.30). | 3.50 | 437.50 |
| 10/14/02 | LCS | Review and recode documents in Historical database that were inadvertently scanned by Lason. | 6.00 | 510.00 |
| 10/15/02 | DJB | Finalize examination of privileged documents to determine if properly labeled on privilege log and edit privilege log. (1.0) | 1.00 | 275.00 |
| 10/15/02 | KJC | Telephone conference with J. Bentz re document production to EPA (0.40); e-mail trade secret description (0.20). | 0.60 | 165.00 |
| 10/15/02 | JGB | Review and code electronic documents for responsiveness to EPA information request (5.20). | 5.20 | 910.00 |
| 10/15/02 | GM | Review and code documents for responsiveness to EPA request. | 3.50 | 787.50 |
| 10/15/02 | MAT | Review documents for responsiveness to EPA and discovery requests (8.0). | 8.00 | 1,800.00 |

Holme Roberts & Owen LLP

November 21, 2002

| | |
|---|---|
| W.R. Grace | Page             164<br>Invoice No.:   613444<br>Client No.:     04339<br>Matter No.:   00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/02 | BAT | Conference with JLSherman and AECarroll re database issues for privilege review (.50); answer questions of reviewers re resolving coding issues (.30); review documents with coding issues in 205 production range and resolve same (4.80); conference with CCotts re merging databases, production of documents with resolved coding issues, and database design for privilege review (.90). | 6.50 | 1,560.00 |
| 10/15/02 | KAT | Review documents for responsiveness to discovery requests and privilege (9.00). | 9.00 | 1,665.00 |
| 10/15/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (3.8). | 3.80 | 475.00 |
| 10/16/02 | JGB | Review and code electronic documents for responsiveness to EPA information request (7.50). | 7.50 | 1,312.50 |
| 10/16/02 | MAT | Review documents for responsiveness to EPA and discovery requests (6.50). | 6.50 | 1,462.50 |
| 10/16/02 | BAT | Review documents with coding problems to resolve same (4.60); conduct final review of 209 production privilege, trade secret and responsiveness issues before production to EPA (2.80). | 7.40 | 1,776.00 |
| 10/16/02 | KAT | Review documents for responsiveness to discovery requests and privilege (9.00). | 9.00 | 1,665.00 |
| 10/16/02 | NKA | Review, categorize and code documents for responsiveness to EPA Information requests per BATracy's request (1.90). | 1.90 | 209.00 |
| 10/17/02 | KWL | Review project status re completion of 104 (e) document review (1.00); review various privileged documents for inclusion on privilege log (.70) | 1.70 | 595.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 165 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/02 | BAT | Conduct final review of 209 production for privilege trade secret and responsiveness issues prior to production to EPA (1.10); complete review of documents with coding problems (.40). | 1.50 | 360.00 |
| 10/17/02 | AEC | Meeting re format of 104 (e) privilege log (1.5); review, categorize and code 104 (e) response documents for inclusion on privilege log (2.3). | 3.80 | 475.00 |
| 10/17/02 | JLS | Conferences with AECarroll, CCotts, PRStacey and WBrown re database for 104(e) privilege log (1.50). | 1.50 | 187.50 |
| 10/17/02 | PRS | Preparations for 104(e) response privilege log (1.00). | 1.00 | 125.00 |
| 10/18/02 | KJC | Address issues re privilege log (0.40). | 0.40 | 110.00 |
| 10/18/02 | MFC | Review, categorize and code documents for inclusion on 104(e) response privilege log (1.00) (N/C). | 0.00 | 0.00 |
| 10/18/02 | BAT | Conferences with information technologies personnel re 211 production issues and preparing for privilege review (.60); release 209 production to EPA (.10). | 0.70 | 168.00 |
| 10/18/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (3.0). | 3.00 | 375.00 |
| 10/18/02 | JLS | Conferences with AECarroll and CCotts re 104(e) privilege log and database issues (0.40). | 0.40 | 50.00 |
| 10/18/02 | PRS | Telephone conference with JLSherman re 104(e) privilege log (0.3); review title options for 104(e) privilege log (0.6). | 0.90 | 112.50 |
| 10/19/02 | BAT | Conduct final review of documents prior to making 0211 production to EPA for privilege, confidential business information and responsiveness issues. | 3.10 | 744.00 |
| 10/21/02 | DJB | Review, categorize and code documents for inclusion on 104(e) response privilege log (1.80). | 1.80 | 495.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 166 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | JD | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.60). | 3.60 | 936.00 |
| 10/21/02 | ER | Review, categorize and code documents for inclusion on 104e response privilege log. | 2.50 | 437.50 |
| 10/21/02 | JGB | Review, categorize and code documents for inclusion on 104(e) response privilege log (2.60). | 2.60 | 455.00 |
| 10/21/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 3.80 | 665.00 |
| 10/21/02 | MAT | Review, categorize and code documents for inclusion on 104(e) response privilege log (7.80). | 7.80 | 1,755.00 |
| 10/21/02 | BAT | Draft letter re transmittal of production to EPA (.30); manage information technologies personnel re privilege log issues (.80); answer questions from reviewers re privilege log (.70). | 1.80 | 432.00 |
| 10/21/02 | DPW | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 3.40 | 629.00 |
| 10/21/02 | NKA | Review, categorize and code documents for inclusion on 104e response privilege log (6.90); train temporary employees in procedures and protocol for 104e response privilege log (.90); office meeting with PRStacey, AECarroll, JLSherman re procedures and instructions for 104e response privilege log (.50). | 8.30 | 913.00 |
| 10/21/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (11.0). | 11.00 | 1,375.00 |
| 10/21/02 | DD | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.1) | 3.10 | 341.00 |
| 10/21/02 | AH | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 6.10 | 610.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 167 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/21/02 | JLS | Prepare coding folders for 104(e) privilege review (0.40); prepare instructions for coders for same (0.50); review, categorize and code documents for inclusion on 104(e) response privilege log (10.30); office meeting with PRStacey, AECarroll, NKAberle re procedures and instructions for 104e response privilege log (0.50). | 11.70 | 1,462.50 |
| 10/21/02 | PRS | Review, categorize and code documents for inclusion on 104(e) response privilege log (9.4). | 9.40 | 1,175.00 |
| 10/21/02 | DRD | Review, categorize and code documents for inclusion on 104e response privilege log. | 4.00 | 240.00 |
| 10/21/02 | LAM | Review, categorize and code documents for inclusion on 104e response privilege log. | 4.00 | 240.00 |
| 10/21/02 | MBF | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.00). | 3.00 | 270.00 |
| 10/22/02 | DJB | Review, categorize and code documents for inclusion in 104(e) response privilege log (.80). | 0.80 | 220.00 |
| 10/22/02 | KJC | Address issues and questions re privilege log preparation (0.90); conferences with JLSherman re privilege log preparation (0.40). | 1.30 | 357.50 |
| 10/22/02 | JD | Review, categorize and code documents for inclusion on 104(e) response privilege log (6.70). | 6.70 | 1,742.00 |
| 10/22/02 | JGB | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.90) | 3.90 | 682.50 |
| 10/22/02 | BED | Review e-mails from JLSherman and BATracy re overtime inquiries re Boston Document Production. | 0.50 | 100.00 |
| 10/22/02 | MAT | Review, categorize and code documents for inclusion on 104(e) response privilege log (10.40). | 10.40 | 2,340.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 168 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/02 | BAT | Answer questions of reviewers re privilege issues (.50); review documents for privilege (.70). | 1.20 | 288.00 |
| 10/22/02 | NKA | Review, categorize and code documents for inclusion on 104e response privilege log, and provide assistance to temporary employees and HRO personnel re same (11.20). | 11.20 | 1,232.00 |
| 10/22/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (9.5). | 9.50 | 1,187.50 |
| 10/22/02 | DD | Review, categorize and code documents for inclusion on 104(e) response privilege log (1.7) | 1.70 | 187.00 |
| 10/22/02 | AH | Review, categorize and code documents for inclusion on 104(e) response privilege log (8.00). | 8.00 | 800.00 |
| 10/22/02 | JLS | Review, categorize and code documents for inclusion on 104(e) privilege log (10.90); review and respond to coders e-mails re 104(e) privilege log (1.00). | 11.90 | 1,487.50 |
| 10/22/02 | PRS | Review, categorize and code documents for inclusion in 104(c) response privilege log (6.3). | 6.30 | 787.50 |
| 10/22/02 | DRD | Review, categorize and code documents for inclusion on 104e response privilege log. | 8.00 | 480.00 |
| 10/22/02 | LAM | Review, categorize and code documents for inclusion on 104e response privilege log. | 8.00 | 480.00 |
| 10/22/02 | MBF | Review, categorize and code documents for inclusion on 104(e) response privilege log (7.60). | 7.60 | 684.00 |
| 10/23/02 | DJB | Review, categorize and code documents for inclusion on 104(e) response privilege log (5.50). | 5.50 | 1,512.50 |
| 10/23/02 | KJC | Respond to questions re 104(e) privilege log (1.40). | 1.40 | 385.00 |
| 10/23/02 | JD | Review, categorize and code documents for inclusion on 104(e) response privilege log (6.80). | 6.80 | 1,768.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 169 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | JGB | Review, categorize and code documents for inclusion on 104(e) response privilege log (4.30). | 4.30 | 752.50 |
| 10/23/02 | MHH | Review documents for responsiveness to discovery requests and privilege. | 7.50 | 1,312.50 |
| 10/23/02 | MAT | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 9.20 | 2,070.00 |
| 10/23/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 4.30 | 1,032.00 |
| 10/23/02 | DPW | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 6.60 | 1,221.00 |
| 10/23/02 | NKA | Review, categorize and code documents for inclusion on 104e response privilege log, and provide assistance to temporary employees and HRO personnel re same (5.70). | 5.70 | 627.00 |
| 10/23/02 | HLB | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 6.00 | 750.00 |
| 10/23/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (10.5). | 10.50 | 1,312.50 |
| 10/23/02 | DD | Review, categorize and code documents for inclusion on 104(e) response privilege log (4.0) | 4.00 | 440.00 |
| 10/23/02 | NPD | Review, categorize and code documents for inclusion on 104e response privilege log. | 4.00 | 500.00 |
| 10/23/02 | MCL | Review, categorize and code documents for inclusion on 104(e) response privilege log (2.70). | 2.70 | 337.50 |
| 10/23/02 | JLS | Review, categorize and code documents for inclusion on 104(e) privilege log (8.60); review and respond to coders e-mails re 104(e) privilege log (1.20). | 9.80 | 1,225.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 170 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | PRS | Review categorize and code documents for inclusion on 104(e) response privilege log (8.7); work with DThede and AHerceglic on Document Control System (0.8) (N/C). | 8.70 | 1,087.50 |
| 10/23/02 | DRD | Review, categorize and code documents for inclusion on 104e response privilege log. | 8.00 | 480.00 |
| 10/23/02 | LAM | Review, categorize and code documents for inclusion on 104e response privilege log. | 8.50 | 510.00 |
| 10/23/02 | MBF | Review, categorize and code documents for inclusion on 104(e) privilege log (6.00). | 6.00 | 540.00 |
| 10/23/02 | CB | Review, categorize and code documents for inclusion on 104(e) response privilege log (2.50). | 2.50 | 187.50 |
| 10/24/02 | DJB | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.80). | 3.80 | 1,045.00 |
| 10/24/02 | KJC | Review and revise privilege log titles (1.20). | 1.20 | 330.00 |
| 10/24/02 | JD | Review, categorize and code documents for inclusion on 104(e) response privilege log (6.40). | 6.40 | 1,664.00 |
| 10/24/02 | JGB | Review, categorize and code documents for inclusion on 104(e) response privilege log (4.00). | 4.00 | 700.00 |
| 10/24/02 | MFC | Review, categorize and code documents for inclusion on 104(e) response privilege log (1.30) (N/C). | 0.00 | 0.00 |
| 10/24/02 | CRS | Review, categorize and code documents for inclusion on 104(e) response privilege log (0.80) (N/C). | 0.00 | 0.00 |
| 10/24/02 | MAT | Review, categorize and code documents for inclusion on 104(e) response privilege log (3.90). | 3.90 | 877.50 |
| 10/24/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 5.00 | 1,200.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page: 171
Invoice No.: 613444
Client No.: 04339
Matter No.: 00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/24/02 | DPW | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 7.20 | 1,332.00 |
| 10/24/02 | NKA | Review, categorize and code documents for inclusion on 104(e) privilege log (6.10). | 6.10 | 671.00 |
| 10/24/02 | AEC | Review, categorize and code 104 (e) response documents for inclusion on privilege log (6.5). | 6.50 | 812.50 |
| 10/24/02 | NPD | Review, categorize and code documents for inclusion on 104e response privilege log. | 6.30 | 787.50 |
| 10/24/02 | MCL | Review, categorize and code documents for inclusion on 104(e) response privilege log (5.50). | 5.50 | 687.50 |
| 10/24/02 | JLS | Review, categorize and code documents for inclusion on 104(e) privilege log (7.40). | 7.40 | 925.00 |
| 10/24/02 | PRS | Review, categorize and code documents for inclusion on 104(e) response privilege log (6.6). | 6.60 | 825.00 |
| 10/24/02 | DRD | Review, categorize and code documents for inclusion on 104e response privilege log. | 4.30 | 258.00 |
| 10/24/02 | LAM | Review, categorize and code documents for inclusion on 104e response privilege log. | 4.00 | 240.00 |
| 10/24/02 | MBF | Review, categorize and code documents for inclusion on 104(e) response privilege log (7.00). | 7.00 | 630.00 |
| 10/24/02 | CB | Review, categorize and code documents for inclusion on 104(e) response privilege log (.50). | 0.50 | 37.50 |
| 10/25/02 | GMB | Review 104e response draft privilege log for completeness and accuracy (4.70). | 4.70 | 1,034.00 |
| 10/25/02 | MFC | Review, categorize and code documents for inclusion on 104(e) response privilege log. | 2.10 | 577.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 172 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/25/02 | MAT | Review 104e response draft privilege log for completeness and accuracy (5.80). | 5.80 | 1,305.00 |
| 10/25/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 4.60 | 1,104.00 |
| 10/25/02 | NKA | Prepare draft privilege log for 104e response documents and meeting with CCotts re same (4.40). | 4.40 | 484.00 |
| 10/25/02 | JLS | Review, categorize and code documents for inclusion on 104(e) privilege log (1.20). | 1.20 | 150.00 |
| 10/26/02 | GMB | Review 104e response draft privilege log for completeness and accuracy (2.0). | 2.00 | 440.00 |
| 10/26/02 | MAT | Review 104e response draft privilege log for completeness and accuracy (4.20). | 4.20 | 945.00 |
| 10/26/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 2.40 | 576.00 |
| 10/27/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 3.80 | 912.00 |
| 10/28/02 | RT | Review W.R. Grace privilege log and conference with JLSherman re same (.3); review W.R. Grace privilege log (2.7). | 3.00 | 1,125.00 |
| 10/28/02 | JGB | Review draft 104(e) response privilege log for accuracy and completeness (3.40). | 3.40 | 595.00 |
| 10/28/02 | MHH | Review draft 104(e) response privilege log for accuracy and completeness (3.0). | 3.00 | 525.00 |
| 10/28/02 | MAT | Review 104e response draft privilege log for completeness and accuracy (6.90). | 6.90 | 1,552.50 |
| 10/28/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 6.50 | 1,560.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page 173
Invoice No.: 613444
Client No.: 04339
Matter No.: 00400

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/02 | DPW | Review draft 104(e) response privilege log for accuracy and completeness. | 8.40 | 1,554.00 |
| 10/28/02 | AEC | Review and edit 104 (e) response privilege log (1.5). | 1.50 | 187.50 |
| 10/29/02 | RT | Review and revise privilege log. | 5.80 | 2,175.00 |
| 10/29/02 | JGB | Review draft 104(e) response privilege log for accuracy and completeness (5.80). | 5.80 | 1,015.00 |
| 10/29/02 | MHH | Review draft 104(e) response privilege log for accuracy and completeness. | 3.40 | 595.00 |
| 10/29/02 | GM | Review 104e response draft privilege log for completeness and accuracy (2.30). | 2.30 | 517.50 |
| 10/29/02 | MAT | Review 104e response draft privilege log for completeness and accuracy (7.80). | 7.80 | 1,755.00 |
| 10/29/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues (3.60); answer questions of reviewers re privilege log (.70); telephone conference with Matt Murphy re whether individuals listed in historical documents were attorneys (.10). | 4.40 | 1,056.00 |
| 10/29/02 | DPW | Review draft 104(e) response privilege log for accuracy and completeness. | 7.30 | 1,350.50 |
| 10/30/02 | JGB | Review draft 104(e) response privilege log for accuracy and completeness (5.70). | 5.70 | 997.50 |
| 10/30/02 | GM | Review 104e response draft privilege log for completeness and accuracy (4.00). | 4.00 | 900.00 |
| 10/30/02 | BAT | Review documents removed from draft privilege log for privilege and responsiveness issues. | 3.50 | 840.00 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 174 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/02 | DPW | Review draft 104(e) response privilege log for accuracy and completeness. | 6.40 | 1,184.00 |
| 10/30/02 | AEC | Review and edit 104 (e) response privilege log (1.5). | 1.50 | 187.50 |
| 10/31/02 | KJC | Review CBI letter from EPA and develop plan of response (1.10); address issues re privilege log for 104e response and serve same (2.30). | 3.40 | 935.00 |
| 10/31/02 | JGB | Review draft 104(e) response privilege log for accuracy and completeness (1.60). | 1.60 | 280.00 |
| 10/31/02 | BAT | Perform final review of documents not privileged for production to EPA (.50); review EPA letter re CBI claims (.20); telephone conference with KJCoggon re same (.20); review and respond to questions re documents on the privilege log (.90); investigate options for responding to EPA's CBI letter (1.40). | 3.20 | 768.00 |
| 10/31/02 | AEC | Review and edit 104 (e) response privilege log (4.5). | 4.50 | 562.50 |
| 10/31/02 | MCL | Make final edits to 104(e) response privilege logs (0.70); coordinate and supervise clerical staff regarding filing/service of same (1.50). | 2.20 | 275.00 |
| 10/31/02 | JLS | Finalize 104(e) privilege log (5.40). | 5.40 | 675.00 |
| | | **Total Fees Through October 31, 2002:** | **760.90** | **$ 129,056.50** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| RT | Robert Tuchman | Partner | $ 375.00 | 8.80 | $ 3,300.00 |
| KWL | Kenneth W Lund | Partner | 350.00 | 1.70 | 595.00 |
| DJB | Dennis J. Baarlaer | Special Counsel | 275.00 | 24.70 | 6,792.50 |
| KJC | Katheryn J Coggon | Special Counsel | 275.00 | 10.10 | 2,777.50 |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

Page         175
Invoice No.: 613444
Client  No.: 04339
Matter  No.: 00400

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JD | Jennifer A. D'Alessandro | Senior Counsel | 260.00 | 23.50 | 6,110.00 |
| ER | Elizabeth Rita | Contract Attorney | 175.00 | 2.50 | 437.50 |
| MFC | Michael F. Cyran | Associate | 275.00 | 2.10 | 577.50 |
| BAT | Brent A Tracy | Associate | 240.00 | 97.50 | 23,400.00 |
| GM | Gino Maurelli | Associate | 225.00 | 19.10 | 4,297.50 |
| MAT | Michael A. Tognetti | Associate | 225.00 | 83.40 | 18,765.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 6.70 | 1,474.00 |
| BED | Bradford E. Dempsey | Associate | 200.00 | 0.50 | 100.00 |
| KAT | Keith A. Trammell | Associate | 185.00 | 25.50 | 4,717.50 |
| DPW | Douglas P. Wall | Associate | 185.00 | 39.30 | 7,270.50 |
| JGB | James G. Beasley | Associate | 175.00 | 49.30 | 8,627.50 |
| MHH | Michael H Higuera | Associate | 175.00 | 17.70 | 3,097.50 |
| MFC | Michael F. Cyran | Associate | 0.00 | 0.00 | 0.00 |
| CRS | Corey R. Sanchez | Associate | 0.00 | 0.00 | 0.00 |
| HLB | Heather L. Biaggne | Paralegal | 125.00 | 6.00 | 750.00 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 55.60 | 6,950.00 |
| NPD | Nancy Dickert | Paralegal | 125.00 | 10.30 | 1,287.50 |
| MCL | M Carla Latuda | Paralegal | 125.00 | 16.90 | 2,112.50 |
| JLS | Joan L Sherman | Paralegal | 125.00 | 49.30 | 6,162.50 |
| PRS | Paula R Stacey | Paralegal | 125.00 | 32.90 | 4,112.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 38.20 | 4,202.00 |
| DD | Dyan Davidson | Paralegal | 110.00 | 8.80 | 968.00 |
| AH | Angela Herceglic | Paralegal | 100.00 | 14.10 | 1,410.00 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 41.00 | 3,485.00 |
| DRD | Deborah R. Duffus | Paralegal | 60.00 | 24.30 | 1,458.00 |
| LAM | Lisa A. Martel | Paralegal | 60.00 | 24.50 | 1,470.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 23.60 | 2,124.00 |
| CB | Cathy Bowen | Fileroom | 75.00 | 3.00 | 225.00 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | | | Page | 176 |
| --- | --- | --- | --- | --- | --- |
| | | | | Invoice No.: | 613444 |
| | | | | Client No.: | 04339 |
| | | | | Matter No.: | 00400 |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
| --- | --- | --- | --- | --- | --- |
| | | **Total Fees:** | | **760.90** | **$ 129,056.50** |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
| --- | --- | --- | --- |
| 10/03/02 | 8 | Photocopy | $ 1.20 |
| 10/10/02 | | Long Distance Telephone: 6174265900, 5 Mins., TranTime:11:52 | 0.46 |
| 10/10/02 | | Long Distance Telephone: 6174265900, 3 Mins., TranTime:12:22 | 0.25 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Andrew Trevelise Philadelphia, Pa | 9.23 |
| 10/10/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-395-66423; DATE: 10/10/2002 - Courier, Acct. 0802-0410-8 10-03; Matthew Murphy Boston, Ma | 9.23 |
| 10/11/02 | 16 | Photocopy | 2.40 |
| 10/11/02 | 8 | Photocopy | 1.20 |
| 10/11/02 | 54 | Photocopy | 8.10 |
| 10/14/02 | | Outside Reproduction: VENDOR: Document Technologies Inc.; INVOICE#: D-3312; DATE: 10/14/2002 - Outside Reproduction | 16.21 |
| 10/14/02 | 2 | Photocopy | 0.30 |
| 10/14/02 | 8 | Tab Stock | 0.40 |
| 10/14/02 | 1 | Velo Binding | 1.00 |
| 10/15/02 | | Long Distance Telephone: 4122884048, 1 Mins., TranTime:15:20 | 0.05 |
| 10/22/02 | 36 | Photocopy | 5.40 |
| 10/22/02 | 24 | Photocopy | 3.60 |
| 10/23/02 | | Long Distance Telephone: 6174263501, 2 Mins., TranTime:15:29 | 0.13 |

Holme Roberts & Owen LLP

November 21, 2002

| W.R. Grace | | | |
|---|---|---|---|
| | | Page | 177 |
| | | Invoice No.: | 613444 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00400 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/23/02 | | Other Meal Expense: VENDOR: Natalie Aberle; INVOICE#: 102502; DATE: 10/25/2002 - OT dinners: N.A. Aberle and M. A. Tognetti "Review categorize and code documents for inclusion on 104(c) response privilege log." - 10/21,22,23/2002 | 53.37 |
| 10/29/02 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:11:25 | 0.20 |
| 10/29/02 | 46 | Photocopy | 6.90 |
| 10/29/02 | 4 | Photocopy | 0.60 |
| 10/30/02 | 274 | Photocopy | 41.10 |
| 10/31/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-442-84804; DATE: 10/31/2002 - Courier, Acct. 0802-0410-8 10-22; Matthew T Murphy Boston, Ma | 17.01 |
| 10/31/02 | 1 | Photocopy | 0.15 |
| 10/31/02 | 72 | Photocopy | 10.80 |
| 10/31/02 | | Travel Expense: VENDOR: Yellow Cab; INVOICE#: 117121; DATE: 10/31/2002 - Denver, Customer #7220, Cab Fare, 10/23/02, From 1700 Lincoln To 7890 W 68th Ave., Elvira Weinstein | 25.00 |
| | | **Total Disbursements:** $ | **214.29** |

Holme Roberts & Owen LLP

November 21, 2002

W.R. Grace

| | |
|---|---|
| Page | 178 |
| Invoice No.: | 613444 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 81.75 |
| Long Distance Telephone | | 1.09 |
| Outside Courier | | 35.47 |
| Travel Expense | | 25.00 |
| Other Meal Expense | | 53.37 |
| Outside Reproduction | | 16.21 |
| Velo Binding | | 1.00 |
| Tab Stock | | 0.40 |
| **Total Disbursements:** | $ | **214.29** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 02/28/02 | Cash Receipt | -86,081.45 |
| | *Outstanding Balance on Invoice 583055:* | | $ 17,487.80 |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | *Outstanding Balance on Invoice 585053:* | | $ 19,636.67 |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | 04/18/02 | Cash Receipt | -143,440.28 |
| | 05/20/02 | Cash Receipt | -2,000.00 |
| | 06/18/02 | Cash Receipt | -2,279.20 |
| | 10/22/02 | Cash Receipt | -24,190.73 |