```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R Grace & Co.                       Invoice Number      987226
   One Town Center Road                  Invoice Date      11/25/02
   Boca Raton, FL   33486                Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
     Fees                          18,068.50


               TOTAL BALANCE DUE UPON RECEIPT      $ 18,068.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      987226
One Town Center Road                     Invoice Date      11/25/02
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2002

  Date   Name                                               Hours
-------- -----------                                        -----


10/01/02 Bentz            Review of news articles regarding   1.30
                          Grace, Libby and ZAI.

10/01/02 Cameron          Reviewing and organizing materials  3.10
                          from Millette deposition in
                          Atlanta (1.7); Telephone call with
                          R. Finke regarding status of open
                          pre-trial issues in cost recovery
                          action (.3); Prepare for meeting
                          with R. J. Lee regarding cost
                          recovery action trial testimony
                          (1.1).

10/03/02 Cameron          Prepare for meeting with expert     3.90
                          witness in cost recovery action
                          (1.8); Participate in portion of
                          meeting with Grace in-house
                          counsel, counsel from HRO and
                          expert witness regarding cost
                          recovery action strategy issues
                          (2.1).

10/04/02 Cameron          Prepare for and meet with expert    7.00
                          witness, R. Finke and HRO lawyers
                          regarding trial preparation for
                          testimony in cost recovery action
                          (6.5); Review documents supplied
                          by expert witness at meeting (.5).

10/04/02 Flatley          D. Cameron e-mail re: H.            1.90
                          Eschenbach deposition in cost
                          recovery action (.10); preliminary
                          review of H. Eschenbach transcript
                          from cost recovery case (1.70);

```
172573 W. R. Grace & Co.                        Invoice Number  987226
60026  Litigation and Litigation Consulting      Page   2
       November 25, 2002

   Date   Name                                           Hours
 -------- -----------                                    -----
                        e-mail to R. Finke re same (.10).

10/06/02 Cameron        Review materials from last week's    .80
                        meeting for summary memo to
                        in-house counsel.

10/07/02 Muha           Review Grace docket filings for     1.60
                        cost recovery and fraudulent
                        conveyance actions (7/02 to
                        present).

10/08/02 Cameron        Review Rich Lee cost recovery        .90
                        action work and meeting notes for
                        upcoming conference call with
                        expert.

10/09/02 Bentz          Review of news articles regarding    .20
                        Grace.

10/09/02 Cameron        Telephone call with R. Finke and    1.50
                        review of e-mail relating to
                        meetings and conference call with
                        expert witness for EPA cost
                        recovery action trial preparation
                        (.7); Review expert witness
                        materials for conference call
                        regarding same (.8).

10/14/02 Cameron        Review motion to exclude R. J. Lee  1.60
                        testimony in cost recovery action
                        (.6); Telephone call with R. Finke
                        regarding same (.3); Review
                        materials from HRO regarding Rich
                        Lee preparation meeting and follow
                        up conference calls (.7).

10/15/02 Cameron        Review materials in preparation     2.60
                        for conference call with expert
                        witness in preparation for cost
                        recovery action trial testimony
                        (1.2); Review motion to exclude R.
                        J. Lee testimony in cost recovery
                        action, and research materials
                        from other cases for draft
                        response (1.4).

10/15/02 Rossi          Memo re: CD from HRO containing      .10
                        coded microfilm images of
                        documents for cost-recovery action.
```

172573 W. R. Grace & Co.                          Invoice Number  987226
60026  Litigation and Litigation Consulting       Page   3
       November 25, 2002


  Date   Name                                               Hours
 -------- -----------                                       -----

 10/16/02 Cameron          Prepare for and participate in      3.60
                           lengthy telephone conference with
                           expert witness in cost recovery
                           action concerning trial testimony
                           preparation (2.3); Review e-mail
                           and attached materials from HRO
                           regarding outlines for next day's
                           expert witness trial preparation
                           conference call (1.3).

 10/16/02 Restivo          Review and comment on expert       2.50
                           materials of Anderson, Lee,
                           Hughson, Whitehouse, Miller in
                           cost recovery action.

 10/16/02 Rossi            Multi memos re: loading of HRO       .20
                           microfilm CD of documents for
                           cost-recovery action.

 10/17/02 Cameron          Prepare for and participate in      2.30
                           second day conference call with
                           cost recovery action expert
                           witness regarding trial testimony
                           preparation and related issues.

 10/17/02 K. Hindman       Converted an Access database         .30
                           received from HRO to text and
                           imported 2,121 into the WR Grace
                           Test Load 2 database for use in
                           relation with cost recovery action.

 10/17/02 Restivo          Continuing review of expert         1.00
                           submissions in cost-recovery
                           action.

 10/18/02 Cameron          Prepare memo regarding open issues   .90
                           in EPA cost recovery action expert
                           preparation.

 10/19/02 Cameron          Review R. J. Lee (expert)           1.30
                           materials for follow-up
                           discussions with HRO concerning
                           trial prep in cost recovery action.

 10/21/02 Restivo          Finish review of experts' reports   1.00
                           filed in cost recovery action.

```
172573 W. R. Grace & Co.                        Invoice Number  987226
60026  Litigation and Litigation Consulting     Page   4
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/21/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 1.00 |
| 10/22/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 2.00 |
| 10/23/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 4.00 |
| 10/24/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 4.00 |
| 10/25/02 | Bentz | Review of opinion excluding evidence under Daubert. | .70 |
| 10/28/02 | Cameron | Review draft response to Motion to Exclude R. J. Lee in cost recovery action and comment (1.2); Review materials for potential trial exhibits in cost recovery action (.4). | 1.60 |
| 10/28/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 1.00 |
| 10/30/02 | Bentz | Review of various news articles regarding Grace. | .30 |
| 10/30/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 4.00 |
| 10/31/02 | Bentz | Reviewing and summarizing various news articles regarding Grace. | 1.30 |
| 10/31/02 | Cameron | Review and provide comments to HRO draft Opposition to Motion for Summary Judgement in Cost Recovery Action. | 1.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  987226
60026  Litigation and Litigation Consulting   Page    5
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/31/02 | Turkaly | Review and organize case file materials and prepare index for same for litigation support in cost recovery action. | 3.50 |

```
                                          ------
                              TOTAL HOURS    64.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| James J. Restivo Jr. | 4.50 | at $ | 430.00 | = | 1,935.00 |
| Lawrence E. Flatley | 1.90 | at $ | 400.00 | = | 760.00 |
| Douglas E. Cameron | 32.20 | at $ | 385.00 | = | 12,397.00 |
| James W Bentz | 3.80 | at $ | 300.00 | = | 1,140.00 |
| Andrew J. Muha | 1.60 | at $ | 185.00 | = | 296.00 |
| Martha Susan Haines Rossi | .30 | at $ | 150.00 | = | 45.00 |
| Christine H. Turkaly | 19.50 | at $ | 75.00 | = | 1,462.50 |
| Karen Hindman | .30 | at $ | 110.00 | = | 33.00 |

```
                         CURRENT FEES                    18,068.50


                                              ------------
               TOTAL BALANCE DUE UPON RECEIPT    $ 18,068.50
                                              ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W. R. Grace                            Invoice Number     987224
  5400 Broken Sound Blvd., N.W.          Invoice Date     11/25/02
  Boca Raton, FL 33487                   Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                           151,045.25


              TOTAL BALANCE DUE UPON RECEIPT     $ 151,045.25
                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      987224
5400 Broken Sound Blvd., N.W.              Invoice Date      11/25/02
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028
```

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2002

| Date | Name | | Hours |
|------|------|------|-------|
| 09/30/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/30/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/30/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/30/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 09/30/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

172573 W. R. Grace & Co.                          Invoice Number 987224
60028  ZAI Science Trial                          Page   2
       November 25, 2002


   Date   Name                                                    Hours
 -------- -----------                                             -----

 09/30/02 Peterson        Attorney work-product review,           8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 09/30/02 Rice            Attorney work-product review,           2.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 09/30/02 Turner          Attorney work-product review,           8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/01/02 Bentz           Work on electronic document             1.60
                          production for Science Trial.

 10/01/02 Cameron         Review materials relating to            1.30
                          expert witness issues for science
                          trial (.8); Review materials from
                          potential consultant for upcoming
                          meeting (.5).

 10/01/02 Campbell        Attorney work-product review,           7.50
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/01/02 Gompers         Attorney work-product review,           8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/01/02 Kennedy         Attorney work-product review,           8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/01/02 Muha            Meet with J. Bentz to discuss            .40
                          requirements for and status of ZAI
                          science trial document production.

```
172573 W. R. Grace & Co.                         Invoice Number  987224
60028  ZAI Science Trial                         Page   3
        November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 10/01/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/01/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/01/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/01/02 | Restivo | Meeting re: production of ZAI Science Trial documents. | .50 |
| 10/02/02 | Bentz | Corresponding with ZAI claimants' counsel regarding document production in ZAI Science Trial (.6); corresponding with K. Hindman on status of document production and open issues (.5). | 1.10 |
| 10/02/02 | Cameron | Telephone call with W. Sparks regarding ZAI Science Trial budget issues and e-mail regarding same. | .60 |
| 10/02/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/02/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/02/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page   4
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

10/02/02 Muha            Meet with paraprofessionals re:      1.10
                         document review and coding project
                         status and answer questions (0.9);
                         attend to ZAI Science Trial budget
                         issues (0.2).

10/02/02 Nath            Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

10/02/02 Paulen          Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

10/02/02 Peterson        Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

10/02/02 Turner          Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

10/03/02 Atkinson        Meet with paraprofessionals re:        .60
                         review of documents for production
                         of attic insulation documents
                         (.3); organizing coding summaries
                         (.3).

10/03/02 Bentz           Corresponding with ZAI claimants'    1.30
                         counsel regarding document
                         production (0.3); work on document
                         production to ZAI claimants (1.0).

10/03/02 Campbell        Attorney work-product review,         8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

```
172573 W. R. Grace & Co.                        Invoice Number 987224
60028  ZAI Science Trial                        Page   5
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/03/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/03/02 | K. Hindman | Created a Test Merge database and imported the corrected data from On-Site Sourcing for use in connection with Science Trial document production. | .30 |
| 10/03/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/03/02 | Muha | Review paraprofessionals' work-product on document coding project and identify issues and questions re: same. | 6.00 |
| 10/03/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/03/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/03/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/03/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

172573 W. R. Grace & Co.                          Invoice Number 987224
60028  ZAI Science Trial                          Page   6
       November 25, 2002

```
  Date   Name                                                    Hours
-------- -----------                                             -----


10/03/02 Turner        Attorney work-product review,             8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

10/04/02 Atkinson      Meeting with J. Bentz, K. Hindman          .80
                       re: logistical issues for
                       automated Science Trial document
                       production (.3); supervision of
                       paraprofessionals and organizing
                       summaries for use in review of
                       documents (.5).

10/04/02 Bentz         Review of documents to be produced         .20
                       in Science Trial.

10/04/02 Bentz         Corresponding with claimants'              .50
                       counsel regarding document
                       production in Science Trial.

10/04/02 Bentz         Meeting with K. Hindman and M.             .50
                       Atkinson regarding document
                       production in Science Trial.

10/04/02 Campbell      Attorney work-product review,             7.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

10/04/02 Gompers       Attorney work-product review,             8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

10/04/02 Kennedy       Attorney work-product review,             8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

10/04/02 Muha          Complete review of                        4.60
                       paraprofessionals' work-product on
                       document coding work-product
                       (2.6); draft memo to
                       paraprofessionals regarding
                       additional guidelines for coding
```

172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page   7
       November 25, 2002


  Date   Name                                               Hours
-------- -----------                                        -----

                          project (1.4); attention to
                          additional issues regarding
                          paraprofessionals' work-product
                          document coding project (0.6).

10/04/02 Nath             Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/04/02 Paulen           Attorney work-product review,       6.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/04/02 Peterson         Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/04/02 Rice             Attorney work-product review,       7.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/04/02 Turner           Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/07/02 Bentz            Review of correspondence from ZAI   1.10
                          claimants' counsel regarding
                          discovery (.2); work on document
                          production for Science Trial (.9).

10/07/02 Campbell         Attorney work-product review,       8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

10/07/02 Gompers          Attorney work-product review,       8.00
                          organization and coding of

```
   Date   Name                                                Hours
 -------- -----------                                         -----
```

```
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 K. Hindman     Created a new Summation database      3.00
                        for the Lason Production set for
                        ZAI Science Trial, and load data
                        and images into litigation
                        database, with attention to
                        performing maintenance checks and
                        searching for missing data.

10/07/02 Kennedy        Attorney work-product review,         8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 Nath           Attorney work-product review,         7.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 Paulen         Attorney work-product review,         7.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 Peterson       Attorney work-product review,         7.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 Rice           Attorney work-product review,         7.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/07/02 Turner         Attorney work-product review,         8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.
```

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page   9
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|------|
| 10/08/02 | Bentz | Corresponding with ZAI claimants' counsel regarding document production and discovery (.9). work on Science Trial document production (1.2). | 2.10 |
| 10/08/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/08/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/08/02 | K. Hindman | Develop Summation database for the Lason Production set for ZAI Science Trial, and load data and images into litigation database, with attention to performing maintenance checks and searching for missing data. | 1.50 |
| 10/08/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/08/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/08/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/08/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |

172573 W. R. Grace & Co.                                    Invoice Number  987224
60028  ZAI Science Trial                                    Page  10
        November 25, 2002

  Date   Name                                                              Hours
-------- -----------                                                       -----

10/08/02 Rice              Attorney work-product review,         4.50
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/08/02 Turner            Attorney work-product review,         8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/09/02 Atkinson          Reviewing documents to draft          1.50
                           privilege log re: production of
                           attic insulation documents (.9);
                           arrange for coding of privilege
                           information from review of
                           documents for production (.6).

10/09/02 Bentz             Review of privilege log to be         1.20
                           provided with Science Trial
                           document production (.5);
                           corresponding with claimants'
                           counsel regarding document
                           production (.7).

10/09/02 Campbell          Attorney work-product review,         8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/09/02 Gompers           Attorney work-product review,         8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/09/02 K. Hindman        Work on Summation database for the    4.00
                           Lason Production set for ZAI
                           Science Trial, and load data and
                           images into litigation database,
                           with attention to performing
                           maintenance checks and searching
                           for missing data.

10/09/02 Kennedy           Attorney work-product review,         8.00
                           organization and coding of
                           documents for production in EPA

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  11
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | cost recovery and ZAI Science Trial matters. |  |
| 10/09/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/09/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/09/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/09/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/10/02 | Atkinson | Searches on Summation database to determine number of documents with substantive indexing information, in connection with request for production of documents in Science Trial (.6); supervision of paraprofessionals including organizing summaries prepared in connection with review of documents (.8). | 1.40 |
| 10/10/02 | Bentz | Conference with ZAI claimants' counsel (.2); meeting with K. Hindman regarding electronic production of documents (.3); conference with Grace regarding various discovery issues in Science Trial (.3); conference with M. Murphy of Casner & Edwards regarding Science Trial document production in Colorado (.3); preparation of letter to ZAI claimants' counsel explaining | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  12
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|      |      | document production and access to database (1.4). | |
| 10/10/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 10/10/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/10/02 | K. Hindman | Work on Summation database for the Lason Production set for ZAI Science Trial, and load data and images into litigation database, with attention to performing maintenance checks and searching for missing data. | 5.00 |
| 10/10/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/10/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/10/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/10/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/10/02 | Rice | Attorney work-product review, organization and coding of | 8.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  987224
60028  ZAI Science Trial                      Page  13
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | documents for production in EPA cost recovery and ZAI Science Trial matters. | |
| 10/10/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/11/02 | Atkinson | Drafting log of privileged documents re: production of attic insulation documents. | 1.70 |
| 10/11/02 | Bentz | Meeting with K. Hindman regarding electronic production of documents in Science Trial (.9); letter to ZAI claimants' counsel explaining document production (1.1); review of potentially privileged documents (.9). | 2.90 |
| 10/11/02 | Bentz | Investigating documents produced in Maryland Casualty litigation and letter regarding same. | 1.70 |
| 10/11/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.25 |
| 10/11/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/11/02 | K. Hindman | Work on Summation database for the Lason Production set for ZAI Science Trial, and load data and images into litigation database, with attention to performing maintenance checks and searching for missing data. | 4.00 |
| 10/11/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  14
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|

Trial matters.

| 10/11/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/11/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 10/11/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/11/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 10/11/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/12/02 | Atkinson | Preparing summaries for paraprofessionals' review in connection with production of attic insulation documents (1.3); queries in Summation database for privileged attic documents and printing, review of these documents (1.2); proofreading, revising privilege log for attic insulation documents (.5). | 3.00 |
| 10/13/02 | Atkinson | Finalizing log of attic documents withheld from production on basis of attorney-client privilege and/or attorney work product, including review, with notes to J. Bentz as to documents with coding errors and which should be | 3.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  15
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | produced. | |
| 10/14/02 | Atkinson | Reviewing, printing additional documents re: privilege log (.2); training of paraprofessionals in review of documents for production (.8); reviewing and organizing summaries relating to paraprofessionals' review of documents for production (.9). | 1.90 |
| 10/14/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/14/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/14/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.10 |
| 10/14/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/14/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/14/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/14/02 | Rice | Attorney work-product review, | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page  16
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. |  |
| 10/14/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/15/02 | Atkinson | Reviewing pleadings files, notebooks re: Motion In Limine/responses in Science Trial litigation regarding Dr. Lee testimony (.8); prepare summaries for paraprofessionals' review of documents for production (1.2). | 2.00 |
| 10/15/02 | Bentz | Corresponding with plaintiff's counsel regarding various discovery issues in Science Trial (.75); researching various discovery issues raised by ZAI claimants, including issues re: Grace document production to the EPA (2.3). | 3.05 |
| 10/15/02 | Cameron | Review materials from consultants for conference call with R. Finke (.9); Review document review and production issues to respond to ZAI claimants' counsel (.8). | 1.70 |
| 10/15/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 10/15/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/15/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page  17
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|

|  |  | Trial matters. |  |
| 10/15/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/15/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/15/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 10/15/02 | Restivo | Respond to discovery issues in Science Trial proceeding. | 1.00 |
| 10/15/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/15/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/16/02 | Atkinson | Preparation of documents and database for production to ZAI claimants in Science Trial. | 2.00 |
| 10/16/02 | Atkinson | Organizing documents reviewed by paraprofessionals for interim storage pending further use as part of document production and trial preparation. | .60 |
| 10/16/02 | Bentz | Reviewing, circulating and preparing response to ZAI claimants' second set of interrogatories and requests for production (2.3); drafting | 5.20 |

172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  18
       November 25, 2002

  Date   Name                                                    Hours
 -------- -----------                                            -----

                        response to several letters from
                        claimants' counsel regarding
                        various discovery issues (1.5);
                        conference call with counsel for
                        claimants and our respective
                        technology personnel on electronic
                        production of documents and
                        preparation for call (.9);
                        conference with J. Restivo
                        regarding September 23rd hearing,
                        October 28th hearing and status of
                        discovery (.5).

10/16/02 Cameron        Review summary of transcript from    1.30
                        hearing regarding scope of
                        discovery in Science Trial (.5);
                        Review correspondence and new
                        discovery from ZAI claimant's
                        counsel (.8).

10/16/02 Campbell       Attorney work-product review,        8.25
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/16/02 Gompers        Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/16/02 Kennedy        Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/16/02 Nath           Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/16/02 Paulen         Attorney work-product review,        8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page  19
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/16/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/17/02 | Atkinson | Revisions to privilege log for attic insulation production, per J. Bentz's corrections (.4); preparing summary sheets for paraprofessionals' use in review of documents (0.6);  meeting with J. Restivo to discuss status of review (1.3).Searches on Summation and e-mail to J. Bentz re: progress on review of attic documents for production(.60). | 2.90 |
| 10/17/02 | Bentz | Reviewing privileged documents and revising privilege log (2.1); conference with R. Murphy regarding document production at Winthrop Square (.25); conference with R. Finke regarding possible compromises of discovery disputes (.3); work on responses to second set of interrogatories and requests for production of documents (.9); letter responding to claimants' counsel regarding various discovery issues (.45). | 4.00 |
| 10/17/02 | Cameron | Review and revise draft response to discovery inquiries from ZAI claimants counsel. | .70 |
| 10/17/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 10/17/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  20
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

10/17/02 Kennedy    Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/17/02 Nath       Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/17/02 Paulen     Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/17/02 Peterson   Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/17/02 Restivo    Meeting with and supervision of    1.00
                    document coding team for work on
                    Science Trial document production
                    project.

10/17/02 Rice       Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/17/02 Turner     Attorney work-product review,      8.00
                    organization and coding of
                    documents for production in EPA
                    cost recovery and ZAI Science
                    Trial matters.

10/18/02 Bentz      Letter to claimants' counsel       2.30
                    regarding various outstanding
                    discovery issues (.9); review of
                    potentially privileged documents
                    and reviewing log (1.0); review of
                    correspondence regarding
                    outstanding discovery issues (.4).

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  21
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/18/02 | Cameron | Review e-mails and correspondence relating to document production and discovery issue in Science Trial (.5); Prepare comments and response to same (.8); Meet with J. Bentz regarding open issues with respect to discovery requiring my attention (.2). | 1.50 |
| 10/18/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.00 |
| 10/18/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/18/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.50 |
| 10/18/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/18/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/18/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/18/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page  22
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 10/20/02 | Atkinson | Reviewing and organizing documents not printed from database/reviewed by coding group, for preparation of documents for Science Trial document production. | 1.80 |
| 10/21/02 | Atkinson | Revisions to privilege log re: October 11, 2002 production of attic insulation documents, and reviewing documents which are not privileged and/or not ZAI documents (1.2). | 3.00 |
| 10/21/02 | Bentz | Reviewing and revising log of privileged documents (.8); conferences with K. Hindman and review of correspondence with ZAI claimants' counsel's office regarding electronic production of documents (.9); corresponding with Grace legal department regarding responses to newly served discovery requests (.7); review of information potentially responsive to discovery requests (.5). | 2.90 |
| 10/21/02 | Cameron | Review new Science Trial discovery and prepare for conference call. | .50 |
| 10/21/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/21/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/21/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/21/02 | Nath | Attorney work-product review, organization and coding of | 8.00 |

172573 W. R. Grace & Co.                              Invoice Number  987224
60028  ZAI Science Trial                              Page  23
        November 25, 2002

   Date   Name                                                      Hours
 --------  -----------                                              -----

                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/21/02 Paulen            Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/21/02 Peterson          Attorney work-product review,            9.50
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/21/02 Turner            Attorney work-product review,            7.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/22/02 Atkinson          Reviewing coding/summaries re:           2.20
                           privileged medical, workers comp.
                           documents re: production of ZAI
                           documents.

10/22/02 Bentz             Letter to ZAI claimants' counsel         3.60
                           regarding privileged documents log
                           (.3); obtaining information from
                           various sources responsive to ZAI
                           claimants second set of discovery
                           requests (3.3).

10/22/02 Campbell          Attorney work-product review,            8.25
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/22/02 Gompers           Attorney work-product review,            8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

10/22/02 Kennedy           Attorney work-product review,            6.50
                           organization and coding of
                           documents for production in EPA

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  24
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | cost recovery and ZAI Science Trial matters. | |
| 10/22/02 | Muha | Search for subset of documents for preparation for Science Trial document production conference call. | 1.60 |
| 10/22/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/22/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/22/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/22/02 | Restivo | Review newly received materials, e-mails, reports relating to Science Trial issues. | 1.00 |
| 10/22/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/22/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/23/02 | Atkinson | Reviewing database for medical/confidential and workers' comp. documents. | 1.10 |
| 10/23/02 | Bentz | Conference call regarding information for responses to second set of discovery requests | 5.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  25
        November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | (1.5); collecting information and documentation responsive to discovery requests (2.1); work on ongoing electronic production of documents (2.0). |  |
| 10/23/02 | Cameron | Telephone call with L. Flatley regarding discovery issues raised in Science Trial (.4); Review new discovery and telephone call with R. Finke regarding same. (.5). | .90 |
| 10/23/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/23/02 | Flatley | Conference call re: Science Trial discovery requests and responses with W. Sparks, R. Finke, B. Murphy, M. Murphy, and J. Bentz. | 1.90 |
| 10/23/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/23/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/23/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/23/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/23/02 | Peterson | Attorney work-product review, organization and coding of | 8.00 |

```
   Date    Name                                                       Hours
-------- -----------                                                 -----

                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/23/02 Rice           Attorney work-product review,         7.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/23/02 Turner         Attorney work-product review,         8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/24/02 Atkinson       Review of Summation database re:      4.20
                        medical/confidential and workers
                        comp. documents.

10/24/02 Atkinson       Summation database searches and        .70
                        information to J. Bentz in
                        response to 10/23/02 fax from Mr.
                        Westbrook concerning attic
                        documents produced.

10/24/02 Bentz          Conference regarding responses to     4.25
                        second set of discovery requests
                        (1.0); work on responses to second
                        set of discovery requests (.75);
                        researching document production
                        issues and responding to
                        Claimants' counsel questions
                        regarding electronic production of
                        documents (2.0); review of
                        searches (.5).

10/24/02 Cameron        Review new correspondence from ZAI     .40
                        claimants' counsel regarding
                        discovery issues.

10/24/02 Campbell       Attorney work-product review,         8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/24/02 Flatley        Call with W. Sparks re: witness        .40
                        issues for ZAI Science Trial
```

```
172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  27
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | (.30); with J. Bentz re: discovery issues relating to Grace representative (.10). |  |
| 10/24/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/24/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/24/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 10/24/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/24/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/24/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/25/02 | Atkinson | Reviewing Summation database and documents for medical confidential/other personal confidential and for privileged documents in preparation for production of attic documents (1.4); reviewing Summation database and organizing documents relating to certain Grace | 8.20 |

172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  28
       November 25, 2002

   Date   Name                                                   Hours
 -------- -----------                                            -----

                        representatives (6.1); reviewing
                        and organizing summaries for
                        paraprofessionals' review in
                        document production project (.7)

10/25/02 Bentz          Review of documents for                  .75
                        information responsive to ZAI
                        claimants' discovery requests.

10/25/02 Cameron        Telephone call with R. Finke            1.70
                        regarding expert witness issues
                        for ZAI Science Trial (.6); Review
                        attorney work product document
                        review materials (.7); E-mails
                        regarding historical testing
                        issues (.4).

10/25/02 Campbell       Attorney work-product review,          6.50
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/25/02 Kennedy        Attorney work-product review,          7.20
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/25/02 Nath           Attorney work-product review,          8.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/25/02 Paulen         Attorney work-product review,          4.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/25/02 Peterson       Attorney work-product review,          5.00
                        organization and coding of
                        documents for production in EPA
                        cost recovery and ZAI Science
                        Trial matters.

10/25/02 Rice           Attorney work-product review,          8.00
                        organization and coding of

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  29
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

documents for production in EPA
cost recovery and ZAI Science
Trial matters.

| 10/27/02 | Atkinson | Reviewing additional documents re: particular Grace representatives and organizing for J. Bentz's review (2.3); reviewing Summation database re: privileged documents in connection with production of documents (1.4). | 3.70 |

| 10/27/02 | Cameron | Review material for Science Trial strategy meeting in Pittsburgh (.9); Review correspondence relating to discovery disputes (.6). | 1.50 |

| 10/28/02 | Atkinson | Meeting with J. Bentz re: status of review and production of attic insulation documents and searches on Summation database in preparation for meeting (.2); reviewing documents re: privilege (2.2); summation searches for testing documents for Science Trial work-product (1.1); meeting with T. Rea to review potential testing documents (0.4). | 3.70 |

| 10/28/02 | Bentz | Review of historical Grace documents regarding particular Grace representatives (3.5); letter to W. Sparks regarding document review (.4); preparation of responses to ZAI Claimants' second set of interrogatories and second request for production of documents (2.7). | 6.60 |

| 10/28/02 | Cameron | Begin memo regarding strategy meeting and consultant issues for ZAI Science Trial (.8); Review materials received from R. Finke regarding same (.6). | 1.40 |

| 10/28/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA | 8.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page   30
       November 25, 2002
```

| Date | Name | | Hours |
| --- | --- | --- | --- |
| | | cost recovery and ZAI Science Trial matters. | |
| 10/28/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/28/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/28/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/28/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/28/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/28/02 | Rea | Met with M. Atkinson re: search for testing documents for Science Trial work-product preparation. | .30 |
| 10/28/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/28/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  31
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/29/02 | Atkinson | Reviewing documents on Summation database re: privileged documents and revising coding where necessary (3.4); drafting privilege log of documents to withhold from production in Science Trial (1.4). | 4.80 |
| 10/29/02 | Bentz | Investigation of facts and documents in preparation of response to Claimants' Second Set of Discovery Requests (2.5); correspondence with Claimants' counsel regarding outstanding discovery issues (.6). | 3.10 |
| 10/29/02 | Cameron | Prepare agenda for strategy meeting and e-mail regarding same (.9); Review correspondence regarding discovery disputes and comment (.8). | 1.70 |
| 10/29/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.25 |
| 10/29/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/29/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/29/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/29/02 | Restivo | Review new material received on discovery issues in Science Trial proceedings. | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  987224
60028  ZAI Science Trial                        Page  32
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/29/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/29/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/30/02 | Atkinson | Reviewing Summation database re: testing documents, and copies to T. Rea (.7); reviewing Summation database re: privileged documents in preparation for Science Trial document production (1.9); adding to and revising privilege log re: attic insulation documents (.9). | 3.50 |
| 10/30/02 | Atkinson | Reviewing Summation database re: summaries and copies to paraprofessionals for review (1.8); supervision of paraprofessionals re: review of documents (.9). | 2.70 |
| 10/30/02 | Bentz | Conference with M. Murphy regarding production of documents from repository (.5); corresponding with R. Finke regarding discovery responses (.5); researching information responsive to second request for production and second set of interrogatories (1.9); review of correspondence from Claimants' counsel regarding discovery requests (.3). | 3.20 |
| 10/30/02 | Cameron | Revise agenda and review expert witness materials in preparation for 10/31 meeting (1.4); Review new correspondence regarding additional discovery dispute (.4). | 1.80 |
| 10/30/02 | Campbell | Attorney work-product review, organization and coding of | 8.25 |

```
172573 W. R. Grace & Co.                    Invoice Number  987224
60028  ZAI Science Trial                    Page  33
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | documents for production in EPA cost recovery and ZAI Science Trial matters. | |
| 10/30/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/30/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/30/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/30/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 7.50 |
| 10/30/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/30/02 | Rea | Reviewed documents relating to testing issues. | 2.30 |
| 10/30/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/31/02 | Atkinson | Reviewing documents on Summation re: privileged documents (1.6); arrangements for coding information from paraprofessionals' review of documents (.4); summaries to | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  34
       November 25, 2002

   Date    Name                                                    Hours
 -------- -----------                                              -----

                          paraprofessionals for review of
                          documents (.4).

 10/31/02 Bentz           Attending portions of planning and       4.40
                          strategy meeting regarding
                          discovery, pre-trial proceedings,
                          experts and expected motions with
                          R. Finke, J. Restivo, D. Cameron
                          and A. Muha (3.0); review of
                          correspondence from claimants'
                          counsel regarding discovery issues
                          (.8); discuss various discovery
                          issues with R. Finke (.6).

 10/31/02 Cameron         Prepare for and chair/attend             4.30
                          portions of meeting with R. Finke
                          and (for parts of meeting) J.
                          Restivo, J. Bentz, and A. Muha
                          regarding ZAI Science Trial
                          strategy (3.5); Meet with R. Finke
                          after meeting regarding follow-up
                          issues (.8).

 10/31/02 Campbell        Attorney work-product review,            8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/31/02 Gompers         Attorney work-product review,            8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/31/02 Kennedy         Attorney work-product review,            7.50
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

 10/31/02 Miller          Initial research regarding               4.20
                          elements of proof for an asbestos
                          injury claim(3.80).Instruction
                          from J. Restivo to research case
                          law regarding the necessary
                          elements of proof needed by a
                          plaintiff to establish an
                          asbestos-related injury(.40).

```
172573 W. R. Grace & Co.                          Invoice Number  987224
60028  ZAI Science Trial                          Page  35
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/31/02 | Muha | Attend various portions of strategy and planning meeting for ZAI Science Trial with members of Reed Smith's Grace team and R. Finke, Grace in-house counsel. | 3.10 |
| 10/31/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/31/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/31/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 10/31/02 | Restivo | Preparation for (3.5) and chair/attend portions of ZAI Science Trial planning meeting (2.8). | 6.30 |
| 10/31/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
                                                      ------
                                       TOTAL HOURS    1580.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 11.30 | at $ | 430.00 | = | 4,859.00 |
| Lawrence E. Flatley | 2.30 | at $ | 400.00 | = | 920.00 |
| Douglas E. Cameron | 21.30 | at $ | 385.00 | = | 8,200.50 |
| James W Bentz | 65.65 | at $ | 300.00 | = | 19,695.00 |
| Andrew J. Muha | 16.80 | at $ | 185.00 | = | 3,108.00 |
| Traci Sands Rea | 2.60 | at $ | 265.00 | = | 689.00 |
| Rosa Copeland Miller | 4.20 | at $ | 195.00 | = | 819.00 |
| Maureen L. Atkinson | 63.90 | at $ | 120.00 | = | 7,668.00 |

```
Karen Hindman              17.80  at  $  110.00  =   1,958.00
Bruce Campbell            187.75  at  $   75.00  =  14,081.25
Eric Gompers              175.50  at  $   75.00  =  13,162.50
Andrew Kennedy            186.80  at  $   75.00  =  14,010.00
Caroline Nath             191.50  at  $   75.00  =  14,362.50
Jamie Paulen              175.00  at  $   75.00  =  13,125.00
Ryan Peterson             180.00  at  $   75.00  =  13,500.00
Anana Rice                138.50  at  $   75.00  =  10,387.50
Joan Turner               140.00  at  $   75.00  =  10,500.00

                   CURRENT FEES                      151,045.25


                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT       $ 151,045.25
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      987247
One Town Center Road                    Invoice Date      11/25/02
Boca Raton, FL   33486                  Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                                760.00

               TOTAL BALANCE DUE UPON RECEIPT        $ 760.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      987247
One Town Center Road                     Invoice Date      11/25/02
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60030

===============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 10/08/02 | Bentz | Review of transcript of hearing on motion to compel. | 1.10 |
| 10/16/02 | Restivo | Review of transcript of September 23 hearing and telephone conference with J. Baer re same. | 1.00 |

```
                                              ------
                               TOTAL HOURS      2.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.00 | at $ | 430.00 | = | 430.00 |
| James W Bentz | 1.10 | at $ | 300.00 | = | 330.00 |

```
                  CURRENT FEES                         760.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT    $ 760.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    987246
5400 Broken Sound Blvd., N.W.        Invoice Date    11/25/02
Boca Raton, FL 33487                 Client Number     172573



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          2,965.00


              TOTAL BALANCE DUE UPON RECEIPT      $ 2,965.00
                                                 =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      987246
5400 Broken Sound Blvd., N.W.            Invoice Date      11/25/02
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029
```

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2002

| Date | Name | | Hours |
|------|------|---|-------|

09/25/02 Keuler          Reviewed correspondence received        .20
                         regarding fee applications and
                         future requests and telephone call
                         to A. Muha re: same.

10/01/02 Lord            Review and edit 14th Monthly Fee       3.20
                         Application (2.4); various e-mails
                         with P. Lykens re: same (.3);
                         prepare and perfect service of
                         same (.3); discuss same with R.
                         Keuler (.1); coordinate e-filing
                         of same (.1).

10/03/02 Keuler          Reviewed e-mail messages from PGH       .30
                         and fee auditor; composed
                         e-message re: new procedures.

10/03/02 Keuler          Reviewed certificate of no             .20
                         objection and met with J. Lord re:
                         filing and service of same.

10/03/02 Lord            Research docket and draft CNO for      2.00
                         Reed Smith 13th Monthly Fee
                         Application (.6); discuss same
                         with R. Keuler (.2); prepare and
                         perfect service for same (.6);
                         e-file same (.3); prepare
                         correspondence to R. Finke at
                         Grace re: payment of same (.3).

10/09/02 Muha            Discuss September DBRs for             .20
                         incorporation into 15th Monthly
                         Fee Application with D. Cameron.

```
172573 W. R. Grace & Co.                    Invoice Number  987246
60029  Fee Applications-Applicant           Page   2
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|

10/10/02 Keuler — Reviewed e-messages from PGH and drafted message to J. Lord re: same (0.1).  Telephone calls with debtors' counsel re: questions regarding hearings on fee applications and e-message to PGH regarding same (0.2). — .30

10/14/02 Lord — Research and respond to D. Cameron's e-correspondence re: fee application CNOs and status. — .50

10/15/02 Keuler — Follow up regarding e-messages from A. Muha (0.1).  Telephone call with opposing counsel (0.1). Follow-up e-message to PGH (0.1). — .30

10/16/02 Muha — Review and revise portion of DBR for incorporation in 15th Monthly Fee Application. — 1.00

10/17/02 Muha — Review and revise portions of DBR for incorporation into 15th Monthly Fee Application. — 1.50

10/18/02 Lord — Update 2002 service list. — .20

10/18/02 Muha — Finish revisions of DBRs for incorporation into 15th Monthly Fee Application. — 1.00

10/21/02 Muha — Develop and revise fee/expense detail for 15th Monthly Fee Application. — 1.30

10/22/02 Lord — Research docket and draft CNO for Reed Smith's August 2002 fee application. — .40

10/24/02 Lord — Research docket for objections to Reed Smith's 14th Monthly Fee Application (.2); prepare service for same (.3). — .50

10/28/02 Muha — Prepare fee and expense details for final revisions for 15th Monthly Fee Application (0.8). — .80

```
172573 W. R. Grace & Co.                        Invoice Number  987246
60029  Fee Applications-Applicant               Page   3
       November 25, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/29/02 | Lord | Telephone call with Clerk's office re: disk containting 2nd interim fee application (.3); e-mail to D. Cameron and A. Muha re: same (.2). | .20 |
| 10/29/02 | Muha | Prepare fee/expense details for incorporation into 6th Quarterly Fee Applications. | .30 |
| 10/30/02 | Muha | Gather information and prepare summary spreadsheet for 6th Quarterly Fee Application. | 1.30 |
| 10/31/02 | Lord | Review and revise 15th Monthly Fee Application (1.2); Prepare e-mails to/from P. Lykens re: same (.2); prepare certificate of service for same (.2). | 1.60 |
| 10/31/02 | Muha | Finalize materials to file 15th Monthly Fee Application. | .20 |

```
                                                          ------
                                        TOTAL HOURS        17.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 7.60 | at $ | 185.00 | = | 1,406.00 |
| Richard A. Jr. Keuler | 1.30 | at $ | 240.00 | = | 312.00 |
| John B. Lord | 8.60 | at $ | 145.00 | = | 1,247.00 |

```
                        CURRENT FEES                         2,965.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $ 2,965.00
                                                          ============
```