```
                        REED SMITH LLP
                       PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
   W.R Grace & Co.                        Invoice Number      987233
   One Town Center Road                   Invoice Date      11/25/02
   Boca Raton, FL   33486                 Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


      Expenses                          3,825.84

                    TOTAL BALANCE DUE UPON RECEIPT      $ 3,825.84
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      987233
One Town Center Road                    Invoice Date      11/25/02
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                           31.08
    Documentation Charge                       105.40
    Duplicating/Printing                       474.55
    Postage Expense                             18.74
    Express Mail Service                        46.13
    Courier Service                            555.00
    Outside Duplicating                      1,309.47
    Lodging                                    168.46
    Air Travel Expense                         496.50
    Taxi Expense                               202.00
    Mileage Expense                             21.90
    Meal Expense                               360.26
    Telephone - Outside                         36.35

                    CURRENT EXPENSES             3,825.84
                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $ 3,825.84
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      987233
One Town Center Road                     Invoice Date      11/25/02
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/22/02 | Telephone Expense | 6.76 |
| 08/20/02 | fedex inv 8/13/02 | 9.17 |
| 08/27/02 | fedex inv 8/21/02 | 12.99 |
| 09/10/02 | Telephone Expense | 9.25 |
| 09/17/02 | 518-283-7671/TROY, NY/2 | .17 |
| 09/19/02 | UPS WAYBILL | 23.97 |
| 09/19/02 | 312-861-2162/CHICAGO, IL/13 | .74 |
| 09/23/02 | 302-778-7583/WILMINGTON, DE/5 | .34 |
| 09/23/02 | 561-362-1533/BOCA RATON, FL/6 | .40 |
| 09/23/02 | 302-778-7583/WILMINGTON, DE/12 | .68 |
| 09/24/02 | 561-362-1533/BOCA RATON, FL/32 | 1.88 |
| 09/24/02 | 212-252-9700/NEW YORK, NY/9 | .51 |
| 09/24/02 | 212-252-9700/NEW YORK, NY/2 | .11 |
| 09/25/02 | 561-362-1533/BOCA RATON, FL/15 | .86 |
| 09/25/02 | 215-851-8250/PHILA, PA/19 | 1.16 |
| 09/25/02 | 561-362-1533/BOCA RATON, FL/16 | .97 |
| 09/26/02 | 724-387-1869/EXPORT, PA/3 | .21 |
| 09/26/02 | 212-252-9700/NEW YORK, NY/2 | .11 |

172573 W. R. Grace & Co.                          Invoice Number  987233
 60026  Litigation and Litigation Consulting       Page   2
        November 25, 2002


| 09/26/02 | ATTY # 3608; 54 COPIES | 8.10 |
|---|---|---|
| 09/27/02 | Courier Service UPS | 65.48 |
| 09/27/02 | 404-881-1300/ATLANTA, GA/1 | .11 |
| 09/27/02 | ATTY # 3593; 7 COPIES | 1.05 |
| 09/28/02 | ATTY # 0559: 64 COPIES | 9.60 |
| 09/29/02 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/29/02 | ATTY # 0559: 141 COPIES | 21.15 |
| 09/29/02 | ATTY # 0559: 2 COPIES | .30 |
| 09/29/02 | ATTY # 0559: 110 COPIES | 16.50 |
| 09/29/02 | ATTY # 0559: 6 COPIES | .90 |
| 09/29/02 | 724-387-1869/EXPORT, PA/10 | .70 |
| 09/30/02 | ATTY # 0856: 1 COPIES | .15 |
| 09/30/02 | Courier Service UPS | 72.70 |
| 10/01/02 | ATTY # 0559; 31 COPIES | 4.65 |
| 10/01/02 | ATTY # 0718; 69 COPIES | 10.35 |
| 10/01/02 | ATTY # 0718; 138 COPIES | 20.70 |
| 10/01/02 | ATTY # 0718; 144 COPIES | 21.60 |
| 10/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 10/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 10/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 10/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 10/01/02 | ATTY # 0559: 1 COPIES | .15 |
| 10/01/02 | Postage Expense | 3.95 |
| 10/01/02 | Postage Expense | 4.90 |
| 10/02/02 | 214-698-3868/DALLAS, TX/4 | .23 |
| 10/02/02 | ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  987233
60026  Litigation and Litigation Consulting        Page   3
       November 25, 2002


| 10/02/02 | 302-652-5340/WILMINGTON, DE/22 | 1.25 |
| 10/02/02 | 412-288-4148/PITTSBURGH, PA/4 | .23 |
| 10/03/02 | Air Travel Expense - DOUGLAS E. CAMERON TRIP TO ATLANTA FOR DEPOSITION OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29-9/30/02 | 446.50 |
| 10/03/02 | Meal Expense - -  TRIP TO ATLANTA FOR DEPO OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29  2 LUNCHES | 23.00 |
| 10/03/02 | Lodging - Hotel tips on TRIP TO ATLANTA FOR DEPO OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29 | 10.00 |
| 10/03/02 | Taxi Expense TRIP TO ATLANTA FOR DEPO OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29 | 138.00 |
| 10/03/02 | Meal Expense - MEALS W/ R FINKE, K COGGON AND CONSULTANTon 9/26 in PGH 2 LUNCHES | 76.50 |
| 10/03/02 | Taxi Expense -Transportation to  MEALS W/ R FINKE, K COGGEON AND CONSULTANT, 9/26 PGH | 12.00 |
| 10/03/02 | ATTY # 0559; 66 COPIES | 9.90 |
| 10/03/02 | ATTY # 0559; 154 COPIES | 23.10 |
| 10/03/02 | ATTY # 4197; 4 COPIES | .60 |
| 10/03/02 | ATTY # 0559; 210 COPIES | 31.50 |
| 10/03/02 | ATTY # 4197; 4 COPIES | .60 |
| 10/03/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 10/03/02 | ATTY # 0559; 95 COPIES | 14.25 |
| 10/03/02 | ATTY # 0718; 5 COPIES | .75 |
| 10/03/02 | ATTY # 0718; 19 COPIES | 2.85 |
| 10/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 10/03/02 | ATTY # 0710: 32 COPIES | 4.80 |
| 10/03/02 | Courier Service UPS | 288.42 |
| 10/04/02 | ATTY # 0396; 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                        Invoice Number  987233
 60026  Litigation and Litigation Consulting    Page   4
        November 25, 2002
```

| Date | Description | Amount |
|---|---|---|
| 10/04/02 | ATTY # 0559; 1 COPIES | .15 |
| 10/04/02 | ATTY # 0396; 3 COPIES | .45 |
| 10/04/02 | ATTY # 0559; 90 COPIES | 13.50 |
| 10/04/02 | 724-325-1776/EXPORT, PA/3 | .28 |
| 10/04/02 | Courier Service UPS | 27.94 |
| 10/04/02 | Courier Service UPS | 53.46 |
| 10/07/02 | ATTY # 0559; 44 COPIES | 6.60 |
| 10/07/02 | Courier Service parcels,inc inv 10/7/02 | 35.00 |
| 10/07/02 | Courier Service parcels,inc inv 10/7/02 | 12.00 |
| 10/09/02 | Meal Expense - DOUGLAS E. CAMERON, GRACE IN HOUSE COUNSEL AND DEPONENT (RICH LEE) - LUNCH DURING DEPOSITION BREAK | 43.43 |
| 10/09/02 | ATTY # 0710: 8 COPIES | 1.20 |
| 10/09/02 | 561-362-1533/BOCA RATON, FL/9 | .57 |
| 10/10/02 | ATTY # 0710: 27 COPIES | 4.05 |
| 10/10/02 | ATTY # 0710: 2 COPIES | .30 |
| 10/10/02 | ATTY # 0710: 10 COPIES | 1.50 |
| 10/10/02 | ATTY # 0710: 10 COPIES | 1.50 |
| 10/10/02 | 215-851-8250/PHILA, PA/11 | .64 |
| 10/10/02 | 724-733-3838/EXPORT, PA/5 | .42 |
| 10/11/02 | Postage Expense | 2.44 |
| 10/11/02 | ATTY # 0710: 10 COPIES | 1.50 |
| 10/11/02 | 214-698-3868/DALLAS, TX/2 | .11 |
| 10/11/02 | 214-698-3868/DALLAS, TX/1 | .11 |
| 10/11/02 | ATTY # 0559; 108 COPIES | 16.20 |
| 10/11/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 10/11/02 | ATTY # 0559; 20 COPIES | 3.00 |

172573 W. R. Grace & Co.                          Invoice Number  987233
60026  Litigation and Litigation Consulting       Page   5
       November 25, 2002


| | | |
|---|---|---:|
| 10/14/02 | Meal Expense - TRIP TO ATLANTA FOR DEPOSITION OF JAMES MILLETTE IN COST RECOVERY ACTION 09/29-9/30/02 | 47.84 |
| 10/14/02 | Lodging - -  DOUGLAS E. CAMERON TRIP TO ATLANTA FOR DEPOSITION OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29-9/30/02 | 158.46 |
| 10/14/02 | Telephone - Outside DOUGLAS E. CAMERON TRIP TO ATLANTA FOR DEPOSITION OF JAMES MILLETTE IN COST RECOVERY ACTION 9/29-9/30/02 | 12.95 |
| 10/15/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 10/16/02 | Meal Expense: BREAKFASTON 9/19/02 (LAWRENCE E. FLATLEY) for attendees at witness meeting  - - VENDOR: THE COVENTRY DELI | 20.50 |
| 10/16/02 | Meal Expense: LUNCH ON 9/19/02 (LAWRENCE E. FLATLEY) for  witness meeting  - - VENDOR: THE COVENTRY DELI | 67.50 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349: 1 COPIES | .15 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0349; 28 COPIES | 4.20 |
| 10/17/02 | Meal Expense -  MARK'S GRILLE & CATERING LUNCH FOR MEETING WITH GRACE IN HOUSE COUNSEL, COUNSEL FROM HRO AND EXPERT WITNESS IN COST RECOVERY ACTION | 81.49 |
| 10/17/02 | Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 15.37 |
| 10/17/02 | ATTY # 0559; 115 COPIES | 11.50 |
| 10/17/02 | 561-362-1533/BOCA RATON, FL/4 | .29 |
| 10/18/02 | Postage Expense | 3.95 |

172573 W. R. Grace & Co.                              Invoice Number  987233
60026  Litigation and Litigation Consulting          Page    6
       November 25, 2002


10/18/02   ATTY # 0396: 1 COPIES                              .15

10/18/02   ATTY # 0396: 1 COPIES                              .15

10/18/02   ATTY # 0559; 16 COPIES                           2.40

10/21/02   ATTY # 0559; 5 COPIES                             .75

10/21/02   ATTY # 0559; 5 COPIES                             .75

10/21/02   ATTY # 0559: 1 COPIES                             .15

10/21/02   ATTY # 0559: 1 COPIES                             .15

10/21/02   ATTY # 0559: 1 COPIES                             .15

10/21/02   ATTY # 0349: 32 COPIES                           4.80

10/22/02   Documentation Charge - - VENDOR: PARCELS,       62.35
           INC.-D D R

10/22/02   Taxi Expense - -Petty Cash Custodian 9/19       52.00

10/22/02   Mileage Expense - 9/19 60 mi                    21.90

10/22/02   ATTY # 0718: 3 COPIES                             .45

10/23/02   Outside Duplicating - IKON OFFICE SOLUTIONS,    1294.10
           INC. COPYING AND LABELING OF EXPERT RELIANCE
           FILES FOR PRODUCTION TO THE EPA IN COST
           RECOVERY ACTION

10/23/02   PACER USAGE FOR MONTH OF SEPTEMBER 2002 -        36.12
           Documentation Charge - - VENDOR: PACER SERVICE
           CENTER

10/23/02   ATTY # 0559: 2 COPIES                             .30

10/23/02   ATTY # 0559; 5 COPIES                             .75

10/24/02   Telephone - Outside - -DOUGLAS E. CAMERON       23.40
           TELEPHONE CHARGES REGARDING MILLETTE DEPOSITION
           IN COST RECOVERY ACTION

10/24/02   DOUGLAS E. CAMERON AMEX FEE FOR AIRLINE TICKET   25.00
           - DENVER TRIP (9/18-20) FOR DEPOSITION THAT WAS
           SUBSEQUENTLY MOVED TO ATLANTA IN THE COST
           RECOVERY ACTION

10/24/02   DOUGLAS E. CAMERON AMEX FEE FOR AIRLINE TICKET   25.00
           - TRAVEL TO ATLANTA (9/29-30) FOR DEPOSITION OF

```
172573 W. R. Grace & Co.                        Invoice Number  987233
60026  Litigation and Litigation Consulting     Page   7
       November 25, 2002
```

JAMES MILLETTE IN COST RECOVERY ACTION

| | | |
|---|---|---|
| 10/24/02 | ATTY # 0718; 33 COPIES | 4.95 |
| 10/25/02 | 561-362-1533/BOCA RATON, FL/13 | .80 |
| 10/25/02 | 561-362-1533/BOCA RATON, FL/16 | .97 |
| 10/28/02 | Documentation charge -PACER SERVICE CENTER PACER NET TRANSACTIONS (7/1/02-9/30/02)- Downloading Grace Docket entries | 6.93 |
| 10/28/02 | ATTY # 0349; 2 COPIES | .30 |
| 10/28/02 | ATTY # 0349; 113 COPIES | 16.95 |
| 10/28/02 | ATTY # 0559; 18 COPIES | 2.70 |
| 10/28/02 | ATTY # 0559; 52 COPIES | 7.80 |
| 10/28/02 | ATTY # 0559; 70 COPIES | 10.50 |
| 10/28/02 | ATTY # 0559; 78 COPIES | 11.70 |
| 10/28/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/28/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/28/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/28/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/28/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/28/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/29/02 | ATTY # 0856: 2 COPIES | .30 |
| 10/29/02 | ATTY # 0885: 6 COPIES | .90 |
| 10/29/02 | ATTY # 0559: 2 COPIES | .30 |
| 10/29/02 | ATTY # 0885: 12 COPIES | 1.80 |
| 10/29/02 | ATTY # 0885: 6 COPIES | .90 |
| 10/29/02 | ATTY # 0559: 2 COPIES | .30 |
| 10/29/02 | ATTY # 0559: 2 COPIES | .30 |
| 10/29/02 | ATTY # 0885: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number  987233
60026  Litigation and Litigation Consulting       Page   8
       November 25, 2002


10/29/02   ATTY # 0856: 3 COPIES                                    .45

10/29/02   ATTY # 0559: 2 COPIES                                    .30

10/30/02   ATTY # 0887; 99 COPIES                                 14.85

10/30/02   ATTY # 0559; 113 COPIES                                16.95

10/30/02   ATTY # 0349; 34 COPIES                                  5.10

10/30/02   ATTY # 0885: 2 COPIES                                    .30

10/30/02   ATTY # 0710: 1 COPIES                                    .15

10/30/02   ATTY # 0559: 3 COPIES                                    .45

10/30/02   ATTY # 0559: 3 COPIES                                    .45

10/30/02   ATTY # 0559: 1 COPIES                                    .15

10/30/02   ATTY # 0885: 6 COPIES                                    .90

10/30/02   ATTY # 0559: 6 COPIES                                    .90

10/30/02   ATTY # 0559: 6 COPIES                                    .90

10/31/02   Postage Expense                                        1.75

10/31/02   Postage Expense                                        1.75

10/31/02   ATTY # 0349; 18 COPIES                                 2.70

10/31/02   ATTY # 0559; 18 COPIES                                 2.70

10/31/02   ATTY # 0559; 15 COPIES                                 2.25

10/31/02   ATTY # 0349; 348 COPIES                               52.20

10/31/02   214-698-3868/DALLAS, TX/2                               .11

10/31/02   ATTY # 0349: 3 COPIES                                   .45

10/31/02   ATTY # 0559: 4 COPIES                                   .60

10/31/02   ATTY # 0559: 21 COPIES                                 3.15

10/31/02   ATTY # 0559: 12 COPIES                                 1.80

10/31/02   ATTY # 0559: 12 COPIES                                 1.80

10/31/02   ATTY # 0559: 23 COPIES                                 3.45

172573 W. R. Grace & Co.                          Invoice Number  987233
60026  Litigation and Litigation Consulting       Page    9
       November 25, 2002


 10/31/02   ATTY # 0559: 5 COPIES                              .75

 10/31/02   ATTY # 0559: 5 COPIES                              .75

 10/31/02   ATTY # 0559: 5 COPIES                              .75

 10/31/02   ATTY # 0559: 5 COPIES                              .75

 10/31/02   ATTY # 0559: 3 COPIES                              .45

 10/31/02   ATTY # 0559: 15 COPIES                            2.25

 10/31/02   ATTY # 0349: 21 COPIES                            3.15

 10/31/02   ATTY # 0559: 4 COPIES                              .60

                         CURRENT EXPENSES                  3,825.84
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $ 3,825.84
                                                        ============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W. R. Grace                        Invoice Number      987235
  5400 Broken Sound Blvd., N.W.      Invoice Date      11/25/02
  Boca Raton, FL 33487               Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


      Expenses                        30,558.85

                        TOTAL BALANCE DUE UPON RECEIPT    $ 30,558.85
                                                          =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number     987235
  5400 Broken Sound Blvd., N.W.        Invoice Date     11/25/02
  Boca Raton, FL 33487                 Client Number     172573
                                       Matter Number      60028
```

================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Telephone Expense                      2.23
      Duplicating/Printing                 146.55
      Postage Expense                        5.55
      Courier Service                       32.84
      Outside Duplicating               25,443.70
      Secretarial Overtime               4,897.50
      Transportation                         3.00
      Mileage Expense                       16.04
      Meal Expense                          11.44

                  CURRENT EXPENSES                   30,558.85
                                                    -------------

                  TOTAL BALANCE DUE UPON RECEIPT  $ 30,558.85
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      987235
5400 Broken Sound Blvd., N.W.                  Invoice Date      11/25/02
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

09/18/02   215-851-8232/PHILA, PA/15                         .87

09/19/02   215-851-8232/PHILA, PA/2                          .12

09/23/02   Secretarial Overtime : Input coding data into   585.00
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

09/23/02   215-851-8232/PHILA, PA/2                          .12

09/27/02   215-851-8232/PHILA, PA/3                          .17

09/28/02   Secretarial Overtime : Input coding data into   240.00
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

09/30/02   Secretarial Overtime : Input coding data into   472.50
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

10/01/02   410-727-1115/BALTIMORE, MD/1                      .11

10/01/02   410-727-1115/BALTIMORE, MD/1                      .11

10/02/02   ATTY # 0885: 1 COPIES                             .15

10/02/02   ATTY # 0885: 2 COPIES                             .30

10/02/02   ATTY # 0885: 3 COPIES                             .45

```
172573 W. R. Grace & Co.                      Invoice Number  987235
60028  ZAI Science Trial                      Page   2
       November 25, 2002
```

| | | |
|---|---|---|
| 10/02/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/02/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/04/02 | ATTY # 0856: 1 COPIES | .15 |
| 10/04/02 | ATTY # 0710: 4 COPIES | .60 |
| 10/07/02 | Mileage Expense - -  S HELBLING for support work re: paraprofessional document coding project | 8.02 |
| 10/07/02 | Meal Expense - - S HELBLING - LUNCH for support work re: paraprofessional document coding project | 6.41 |
| 10/07/02 | ATTY # 0856; 16 COPIES | 1.60 |
| 10/07/02 | ATTY # 0710; 20 COPIES | 3.00 |
| 10/07/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/07/02 | ATTY # 0885: 4 COPIES | .60 |
| 10/07/02 | ATTY # 0710: 2 COPIES | .30 |
| 10/07/02 | ATTY # 0856: 2 COPIES | .30 |
| 10/08/02 | ATTY # 0559; 2 COPIES | .30 |
| 10/08/02 | ATTY # 0559; 2 COPIES | .30 |
| 10/08/02 | ATTY # 0559: 2 COPIES | .30 |
| 10/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0856: 1 COPIES | .15 |
| 10/08/02 | ATTY # 0885: 4 COPIES | .60 |
| 10/08/02 | ATTY # 0885: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  987235
60028  ZAI Science Trial                        Page   3
       November 25, 2002
```

| | | |
|---|---|---|
| 10/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/09/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/09/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/09/02 | ATTY # 0856: 5 COPIES | .75 |
| 10/09/02 | ATTY # 0856: 5 COPIES | .75 |
| 10/09/02 | ATTY # 0856; 23 COPIES | 2.30 |
| 10/09/02 | ATTY # 0885; 5 COPIES | .75 |
| 10/09/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 180.00 |
| 10/10/02 | Outside Duplicating - CLICKS PROFESSIONAL COPY SERV. IMAGE PRINTING  of documents for paraprofessionals doucument coding project to comply with court's schedule for production of documents to ZAI claimaints | 2514.37 |
| 10/10/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/10/02 | ATTY # 0856: 4 COPIES | .60 |
| 10/10/02 | ATTY # 0856: 5 COPIES | .75 |
| 10/10/02 | ATTY # 1398; 121 COPIES | 12.10 |
| 10/10/02 | ATTY # 1398; 10 COPIES | 1.00 |
| 10/11/02 | Outside Duplicating - CLICKS PROFESSIONAL COPY SERV. IMAGE PRINTING  of documents for paraprofessionals doucument coding project to comply with court's schedule for production of documents to ZAI claimants | 2971.03 |
| 10/11/02 | Postage Expense | 1.85 |
| 10/11/02 | Courier Service FEDEX | 14.06 |
| 10/11/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/11/02 | ATTY # 0885: 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  987235
60028  ZAI Science Trial                          Page   4
       November 25, 2002


10/11/02   ATTY # 0885: 6 COPIES                                    .90

10/11/02   ATTY # 0885: 1 COPIES                                    .15

10/11/02   ATTY # 0885: 1 COPIES                                    .15

10/11/02   ATTY # 0885: 2 COPIES                                    .30

10/11/02   ATTY # 0885: 3 COPIES                                    .45

10/11/02   ATTY # 0885: 3 COPIES                                    .45

10/11/02   ATTY # 0885: 3 COPIES                                    .45

10/11/02   ATTY # 0885: 3 COPIES                                    .45

10/11/02   ATTY # 0885: 2 COPIES                                    .30

10/11/02   ATTY # 0885: 1 COPIES                                    .15

10/11/02   ATTY # 0885: 1 COPIES                                    .15

10/11/02   ATTY # 0885: 1 COPIES                                    .15

10/11/02   ATTY # 0885: 2 COPIES                                    .30

10/11/02   ATTY # 0885: 3 COPIES                                    .45

10/11/02   ATTY # 0856: 5 COPIES                                    .75

10/11/02   ATTY # 0856: 5 COPIES                                    .75

10/11/02   ATTY # 0856: 1 COPIES                                    .15

10/11/02   ATTY # 0856: 5 COPIES                                    .75

10/11/02   ATTY # 0885; 20 COPIES                                  3.00

10/12/02   ATTY # 0856: 12 COPIES                                  1.80

10/13/02   ATTY # 0856: 7 COPIES                                   1.05

10/13/02   ATTY # 0856: 7 COPIES                                   1.05

10/14/02   Transportation - -  S HELBLING - PARKING for           3.00
           support work re: paraprofessional document
           coding project

10/14/02   Meal Expense - - S HELBLING - LUNCH for support        5.03
           work re: paraprofessional document coding
           project

| Date | Description | Amount |
|------|-------------|--------|
| 10/14/02 | Mileage Expense - - S HELBLING - MILEAGE for support work re: paraprofessional document coding project | 8.02 |
| 10/14/02 | ATTY # 0856; 5 COPIES | .75 |
| 10/15/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 262.50 |
| 10/15/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 277.50 |
| 10/15/02 | 303-866-0408/DENVER, CO/2 | .11 |
| 10/15/02 | ATTY # 1847: 18 COPIES | 2.70 |
| 10/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/16/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/16/02 | ATTY # 0856: 1 COPIES | .15 |
| 10/16/02 | ATTY # 0856: 2 COPIES | .30 |
| 10/16/02 | ATTY # 0885; 4 COPIES | .60 |
| 10/17/02 | ATTY # 0856: 4 COPIES | .60 |
| 10/17/02 | 617-426-0135/BOSTON, MA/2 | .11 |
| 10/18/02 | Postage Expense | .37 |
| 10/18/02 | Postage Expense | .37 |
| 10/18/02 | Postage Expense | .37 |
| 10/18/02 | Postage Expense | .37 |
| 10/18/02 | Postage Expense | .37 |

172573 W. R. Grace & Co.                          Invoice Number  987235
60028  ZAI Science Trial                          Page   6
       November 25, 2002


10/18/02   ATTY # 0885: 3 COPIES                              .45

10/18/02   ATTY # 0885: 4 COPIES                              .60

10/18/02   ATTY # 0885: 5 COPIES                              .75

10/18/02   ATTY # 0885: 2 COPIES                              .30

10/18/02   ATTY # 0885: 3 COPIES                              .45

10/18/02   ATTY # 0885: 3 COPIES                              .45

10/18/02   ATTY # 0885: 2 COPIES                              .30

10/18/02   ATTY # 0885: 1 COPIES                              .15

10/18/02   ATTY # 0885: 1 COPIES                              .15

10/18/02   ATTY # 0885: 2 COPIES                              .30

10/18/02   ATTY # 0885; 16 COPIES                            2.40

10/18/02   ATTY # 0885; 5 COPIES                              .75

10/18/02   Secretarial Overtime : Input coding data into   150.00
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

10/21/02   ATTY # 0856: 3 COPIES                              .45

10/21/02   ATTY # 0856: 3 COPIES                              .45

10/21/02   ATTY # 0856: 1 COPIES                              .15

10/21/02   ATTY # 0856: 6 COPIES                              .90

10/21/02   ATTY # 0856: 4 COPIES                              .60

10/21/02   Secretarial Overtime : Input coding data into   652.50
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

10/22/02   Postage Expense                                   .74

10/22/02   ATTY # 0885; 21 COPIES                            3.15

10/22/02   ATTY # 0710; 234 COPIES                          23.40

```
172573 W. R. Grace & Co.                        Invoice Number  987235
60028  ZAI Science Trial                        Page   7
       November 25, 2002
```

| Date | Description | Amount |
|---|---|---|
| 10/22/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/22/02 | ATTY # 0885: 5 COPIES | .75 |
| 10/22/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/22/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/22/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/22/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/22/02 | ATTY # 0856: 12 COPIES | 1.80 |
| 10/22/02 | Courier Service UPS | 8.92 |
| 10/22/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 315.00 |
| 10/22/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 307.50 |
| 10/23/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. IMAGE PRINTING of documents for paraprofessionals document coding project to comply with court's schedule for production of documents to ZAI claimants. | 2653.78 |
| 10/23/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. DIGITAL PRINTING  of documents for paraprofessionals document coding project to comply with court's schedule for production of documents to ZAI claimants | 2511.13 |
| 10/23/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV.-Printing of Documents for Paraprofessionals review and coding project to ZAI claimants . | 2714.75 |
| 10/23/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 10/23/02 | ATTY # 0885: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                         Invoice Number  987235
60028  ZAI Science Trial                         Page   8
       November 25, 2002
```

| Date | Description | Amount |
|---|---|---|
| 10/23/02 | ATTY # 0856: 2 COPIES | .30 |
| 10/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 10/24/02 | Postage Expense | .74 |
| 10/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885: 3 COPIES | .45 |
| 10/24/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/24/02 | ATTY # 1911: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885: 1 COPIES | .15 |
| 10/24/02 | ATTY # 0885: 2 COPIES | .30 |
| 10/24/02 | ATTY # 0885; 6 COPIES | .90 |
| 10/25/02 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC. printing of documents for paraprofessionals document coding project to comply with court's schedule for production of documents to ZAI claimants . | 6686.97 |
| 10/25/02 | ATTY # 0856: 1 COPIES | .15 |
| 10/25/02 | ATTY # 0885; 93 COPIES | 13.95 |
| 10/27/02 | Secretarial Overtime : Input coding data into document database for completion of paraprofessionals document coding project, as part of compliance with document production schedule. | 337.50 |
| 10/28/02 | 302-652-5338/WILMINGTON, DE/8 | .51 |
| 10/28/02 | ATTY # 0885; 92 COPIES | 13.80 |
| 10/28/02 | ATTY # 0885; 23 COPIES | 3.45 |

172573 W. R. Grace & Co.                          Invoice Number  987235
60028  ZAI Science Trial                          Page   9
       November 25, 2002


10/28/02   ATTY # 0856; 20 COPIES                         3.00

10/28/02   ATTY # 0885; 4 COPIES                           .60

10/28/02   Courier Service FEDEX                          9.86

10/28/02   Secretarial Overtime : Input coding data into  555.00
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule.

10/28/02   ATTY # 0856: 1 COPIES                           .15

10/28/02   ATTY # 0856: 2 COPIES                           .30

10/28/02   ATTY # 0856: 1 COPIES                           .15

10/28/02   ATTY # 0856: 1 COPIES                           .15

10/29/02   Outside Duplicating - - VENDOR: CLICKS         2227.83
           PROFESSIONAL COPY SERV. PRINTS  of documents
           for paraprofessionals document coding project
           to comply with court's schedule for production
           of documents to ZAI claimants

10/29/02   Outside Duplicating - - VENDOR: CLICKS         3163.84
           PROFESSIONAL COPY SERV. PRINTS  of documents
           for paraprofessionals document coding project
           to comply with court's schedule for production
           of documents to ZAI claimants

10/29/02   Secretarial Overtime : Input coding data into  562.50
           document database for completion of
           paraprofessionals document coding project, as
           part of compliance with document production
           schedule to ZAI claimants .

10/29/02   ATTY # 0856: 1 COPIES                           .15

10/29/02   ATTY # 0856: 2 COPIES                           .30

10/30/02   ATTY # 0856; 2 COPIES                           .30

10/30/02   ATTY # 1911; 85 COPIES                         8.50

10/30/02   ATTY # 0856: 3 COPIES                           .45

10/30/02   ATTY # 0856: 2 COPIES                           .30

10/30/02   ATTY # 0856: 3 COPIES                           .45

172573 W. R. Grace & Co.                         Invoice Number  987235
60028  ZAI Science Trial                         Page  10
       November 25, 2002


  10/31/02    Postage Expense                                    .37


                       CURRENT EXPENSES                      30,558.85
                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT    $ 30,558.85
                                                          =============