# EXHIBIT A

## Case Administration (42.90 Hours; $ 7,924.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $710 | 71.00 |
| Peter V. Lockwood | 1.90 | $625 | 1,187.50 |
| Walter B. Slocombe | .10 | $540 | 54.00 |
| Trevor W. Swett | .20 | $470 | 94.00 |
| Rita C. Tobin | 2.20 | $340 | 748.00 |
| Robert C. Spohn | 15.80 | $165 | 2,607.00 |
| Elyssa J. Strug | 5.60 | $155 | 868.00 |
| Karen A. Albertelli | 11.50 | $135 | 1,552.50 |
| Samira A. Taylor | 1.90 | $135 | 256.50 |
| Tracy L. Wantuck | 3.60 | $135 | 486.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/02 | PVL | 625.00 | .60 | Confer NDF re case management (.2); review 4 miscellaneous orders (.1); teleconference EI re status (.1); confer TWS re case management (.1); email JPC (.1). |
| 10/01/02 | RCT | 340.00 | .20 | Review EI status memos re: all pending issues. |
| 10/01/02 | RCS | 165.00 | .40 | Review and index correspondence and pleadings received 9/30/02 |
| 10/01/02 | KAA | 135.00 | .30 | Updated Ct Dep & transcripts index (02-2210). |
| 10/01/02 | KAA | 135.00 | .30 | Updated litigation calendar. |
| 10/02/02 | EJS | 155.00 | .50 | Updated EI, PVNL and JWD agenda files. |
| 10/02/02 | RCS | 165.00 | .40 | Review and index correspondence and pleadings received 10/1/02 |
| 10/02/02 | KAA | 135.00 | .20 | Updated Ct doc index (01-771). |
| 10/02/02 | KAA | 135.00 | .70 | Updated Ct doc & Orders indexes (01-1139). |

{D0006553:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/02/02 | KAA | 135.00 | .30 | Updated Ct doc index (02-2210). |
| 10/03/02 | WBS | 540.00 | .10 | Discussion of status. |
| 10/03/02 | RCT | 340.00 | .30 | Prepare meeting memo for distribution to team. |
| 10/03/02 | EJS | 155.00 | .20 | Updated EI files. |
| 10/03/02 | EJS | 155.00 | .50 | Updated fee app indexes & files. |
| 10/03/02 | RCS | 165.00 | .40 | Review and index correspondence and pleadings received 10/02/02 |
| 10/03/02 | TWS | 470.00 | .10 | Discussion of status |
| 10/03/02 | EI | 710.00 | .10 | Staff conference call re: agenda. |
| 10/03/02 | KAA | 135.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/04/02 | RCT | 340.00 | .20 | Revise and complete memo. |
| 10/04/02 | EJS | 155.00 | .10 | Meet w/RCT re minutes. |
| 10/04/02 | RCS | 165.00 | .30 | Review and index correspondence and pleadings received 10/4/02 |
| 10/04/02 | TWS | 470.00 | .10 | TC M.Borja |
| 10/07/02 | EJS | 155.00 | .50 | Updated EI & PVNL agenda files and EI hearing files. |
| 10/07/02 | RCS | 165.00 | .60 | Review and index correspondence and pleadings received 10/7/02 (.3); retrieve docs requested by attorney (.3) |
| 10/08/02 | EJS | 155.00 | .60 | Updated players list and files. |
| 10/09/02 | PVL | 625.00 | .30 | Email CSR et al re COLI motions (.1); review draft reply re same (.2). |
| 10/09/02 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 10/7/02 - 10/8/02 (.6); search files for specific documents requested by attorney (.3); download pleadings from electronic docket per attorney request (.4) |

{D0006553:1 }

| Date | Init | Rate | Hours | Description |
|---|---|---|---|---|
| 10/09/02 | SAT | 135.00 | .40 | Proofread NDF Declaration. |
| 10/09/02 | KAA | 135.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/09/02 | KAA | 135.00 | .30 | Updated litigation calendar. |
| 10/09/02 | TLW | 135.00 | 1.50 | Pull requested pleadings and search LiveEdgar for Form 10-Ks. |
| 10/10/02 | RCS | 165.00 | 1.10 | Review and index pleadings and correspondence received 10/9/02 (.4); retrieve documents requested by attorney using electronic dockets and in-house indices (.7) |
| 10/10/02 | SAT | 135.00 | .50 | Searched for and retrieved BS requested pleadings and transcript. |
| 10/10/02 | SAT | 135.00 | .30 | Print pleadings docket as per BAS request. |
| 10/10/02 | SAT | 135.00 | .70 | Search docket for and download BAS requested transcript. |
| 10/11/02 | RCS | 165.00 | 1.10 | Review and index pleadings and correspondence received 10/10/02 (.3); check electronic dockets for a transcript of a specific hearing per attorney request (.4); gather specific documents requested by attorney (.4) |
| 10/11/02 | KAA | 135.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/13/02 | RCT | 340.00 | .30 | Review and analyze memos, calendars; memo to EI re: upcoming matters and events. |
| 10/15/02 | RCT | 340.00 | .20 | Telecon local counsel re: hearing. |
| 10/15/02 | KAA | 135.00 | .30 | Updated litigation calendar. |
| 10/15/02 | KAA | 135.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/16/02 | EJS | 155.00 | .60 | Updated EI, PVNL, JWD agenda files and EI hearing files. |

- 4 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/16/02 | KAA | 135.00 | .50 | Updated Ct doc index (02-2210). |
| 10/16/02 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 10/16/02 | KAA | 135.00 | .50 | Updated Ct doc index (01-771). |
| 10/16/02 | KAA | 135.00 | .20 | Updated Ct & dep transcripts index (02-2210). |
| 10/16/02 | KAA | 135.00 | .50 | Updated Ct doc index (02-2211). |
| 10/17/02 | RCS | 165.00 | 2.40 | Review and index pleadings and correspondence received 10/16/02 (.3); review electronic docket, download pleadings not held in firm files, update pleadings database and attach downloaded imaged documents (2.1) |
| 10/17/02 | KAA | 135.00 | .20 | Searched and retrieved various Ct docs for RCT. |
| 10/18/02 | PVL | 625.00 | .10 | Review draft COLI order and confer CSR re same. |
| 10/18/02 | RCS | 165.00 | .60 | Review and index pleadings and correspondence received 10/17/02 (.3); review electronic docket and download documents requested by attorney (.3) |
| 10/18/02 | KAA | 135.00 | .20 | Forwarded L Tersigni Monthly Operating Report. |
| 10/18/02 | KAA | 135.00 | .40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/21/02 | PVL | 625.00 | .30 | Review 7 miscellaneous filings (.1); review EI memo re status (.1); review agenda letter (.1). |
| 10/21/02 | RCT | 340.00 | .20 | Review schedules and emails from C&D attys and local counsel; draft memo to EI re: status and pending matters. |
| 10/21/02 | RCS | 165.00 | .50 | Review and index pleadings and correspondence received 10/18/02 (.2); review correspondence files for specific documents requested by attorney (.3) |

{D0006553:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/21/02 | KAA | 135.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/22/02 | RCS | 165.00 | .30 | Review and index pleadings and correspondence received 10/21/02 (.3); |
| 10/22/02 | KAA | 135.00 | .30 | Updated litigation calendar. |
| 10/22/02 | KAA | 135.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/23/02 | RCT | 340.00 | .30 | Review schedules from local counsel re: status and events. |
| 10/23/02 | EJS | 155.00 | .70 | Updated EI files. |
| 10/23/02 | RCS | 165.00 | .90 | Review and index pleadings and correspondence received 10/22/02 (.3); download documents from electronic docket and attach to images to firm file database (.6) |
| 10/23/02 | KAA | 135.00 | .10 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/23/02 | TLW | 135.00 | .50 | Search for filings requested by BAS. |
| 10/24/02 | PVL | 625.00 | .30 | Teleconference Pacheco re status (.1); teleconference Hurford re status (.1); review 4 miscellaneous filings (.1). |
| 10/24/02 | RCS | 165.00 | .70 | Review and index pleadings and correspondence received 10/23/02 (.3); review electronic document in bankruptcy and download files requested by attorney (.4) |
| 10/24/02 | KAA | 135.00 | .20 | Updated Monthly Op Rpt index. |
| 10/24/02 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 10/24/02 | KAA | 135.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/25/02 | PVL | 625.00 | .10 | Review 5 miscellaneous filings. |

{D0006553:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/25/02 | RCT | 340.00 | .30 | Prepare EI weekly report re: significant pending events and issues. |
| 10/25/02 | RCS | 165.00 | .30 | Review and index pleadings and correspondence received 10/24/02 |
| 10/25/02 | KAA | 135.00 | .20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/28/02 | RCS | 165.00 | 1.70 | Review and index pleadings and correspondence received 10/25/02 (.3); retrieve documents requested by attorney (.5); update pleadings database and attach image files to database (.3); check docket for any filing in Cybergenics appeal (.1); attach imaged files to document database (.5) |
| 10/28/02 | KAA | 135.00 | .30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/28/02 | KAA | 135.00 | .30 | Searched & retrieved Ct docs per RCT request re: responses to Fee Auditor. |
| 10/28/02 | TLW | 135.00 | 1.60 | Organize and assemble materials for trial preparation binders. |
| 10/29/02 | EJS | 155.00 | .50 | Updated EI, PVNL and JWD agenda files. |
| 10/29/02 | RCS | 165.00 | 1.80 | Review and index pleadings and correspondence received 10/28/02 (.2); retrieve pleadings requested by attorney (.2); download electronic files and append to pleadings database (.7); review main case electronic docket with local firm files and prepare to download documents for file (.7) |
| 10/29/02 | KAA | 135.00 | .30 | Updated litigation calendar. |
| 10/30/02 | EJS | 155.00 | .50 | Updated EI Judge Wolin files. |
| 10/30/02 | EJS | 155.00 | .20 | Updated EI files. |
| 10/30/02 | RCS | 165.00 | .70 | Review and index pleadings and correspondence received 10/29/02 (.3); download docket for period June to |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | present per attorney request (.2); request files for specific issue documents (.2) |
| 10/31/02 | PVL | 625.00 | .20 | Teleconference Klee re status. |
| 10/31/02 | RCT | 340.00 | .20 | Review schedules re: agenda items to be addressed. |
| 10/31/02 | EJS | 155.00 | .70 | Updated C&D fee app files/indexes. |
| 10/31/02 | RCS | 165.00 | .30 | Review and index pleadings and correspondence received 10/30/02 |
| 10/31/02 | KAA | 135.00 | .50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

**Total Task Code .04          42.90**


**Claim Analysis Objection & Resolution (Asbestos)(25.60 Hours; $ 7,974.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.50 | $625 | 937.50 |
| Albert G. Lauber | 1.10 | $490 | 539.00 |
| Trevor W. Swett | .30 | $470 | 141.00 |
| Kimberly N. Brown | 8.10 | $350 | 2,835.00 |
| Max C. Heerman | .70 | $265 | 185.50 |
| John P. Cunningham | 1.10 | $240 | 264.00 |
| Brian A. Skretny | 12.80 | $240 | 3,072.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/02 | TWS | 470.00 | .10 | Conf NDF re Grace bar date issue |
| 10/01/02 | TWS | 470.00 | .10 | Conf NDF re case law pertaining to appointment of trustee |
| 10/01/02 | TWS | 470.00 | .10 | Conf NDF re bar date issue |
| 10/01/02 | BAS | 240.00 | .10 | Web rs re: non-malignant claims (.1). |
| 10/02/02 | BAS | 240.00 | .20 | Rs re non-malignant claims (.2). |
| 10/03/02 | BAS | 240.00 | .80 | Web rs re non-malignant asbestos claims (.8) |

{D0006553:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/04/02 | BAS | 240.00 | .20 | Web-based res re: non-malignant asbestos claims (.2). |
| 10/04/02 | BAS | 240.00 | .20 | Organize non-malignant rs to date (.2). |
| 10/06/02 | PVL | 625.00 | .70 | Review 2002 Rand report (half time). |
| 10/07/02 | AGL | 490.00 | .40 | Conference w/KNB, MCH re revisions to oral argument outline. |
| 10/07/02 | PVL | 625.00 | .70 | Confer KNB re est. argument prep. |
| 10/08/02 | AGL | 490.00 | .40 | Conference w/KNB re revisions to oral argument outline (0.2); follow-up email to her (0.2). |
| 10/08/02 | KNB | 350.00 | 3.40 | Draft memorandum to EI re claims filings of Grace and Manville (.5); confer with EI re oral argument outline (.1); edit same (2.8) |
| 10/08/02 | BAS | 240.00 | .70 | Performed web search for verdicts on challenged asbestos claims. (.7). |
| 10/09/02 | BAS | 240.00 | .10 | Performed web search for verdicts on challenged asbestos claims (.1). |
| 10/10/02 | AGL | 490.00 | .30 | Review final outline of oral argument. |
| 10/10/02 | PVL | 625.00 | .10 | Review draft COLI order and email CSR re same. |
| 10/14/02 | BAS | 240.00 | .30 | Gathered docs for NDF (.3). |
| 10/15/02 | BAS | 240.00 | .40 | Rs re challenged claims (.4). |
| 10/16/02 | BAS | 240.00 | 1.20 | Locate transcript re 10/07/02 hearing via Pacer and telephone w/ Clerk's office and Court Reporter (.6); prepare transcript for submission to Court (.6). |
| 10/16/02 | BAS | 240.00 | 6.50 | Draft and update memo to PI Committee (5.4); update memo and incorporate edits (1.1). |
| 10/17/02 | BAS | 240.00 | .30 | E-mail communication w/local counsel re submission of 10/07/02 transcript to Court (.3). |

{D0006553:1 }

| Date | Init | Rate | Hours | Description |
|---|---|---|---|---|
| 10/18/02 | JPC | 240.00 | .70 | Update pleural disease state survey research |
| 10/21/02 | JPC | 240.00 | .40 | Update pleural disease state survey research |
| 10/23/02 | MCH | 265.00 | .30 | Research re: non-malignant claims |
| 10/23/02 | MCH | 265.00 | .20 | Research re: diagnosis of asbestos disease |
| 10/24/02 | MCH | 265.00 | .20 | Research re: diagnosis of asbestos-related disease (.2) |
| 10/28/02 | BAS | 240.00 | .20 | Web search re challenged asbestos personal injury claims (.2). |
| 10/29/02 | KNB | 350.00 | 1.20 | Review incoming PD pleadings |
| 10/29/02 | BAS | 240.00 | .20 | Web rs re viability of challenged asbestos-related PI claims (.2). |
| 10/30/02 | KNB | 350.00 | 3.50 | Review PD pleadings, materials and prepare memo re same |
| 10/31/02 | BAS | 240.00 | 1.40 | Rs Relative risk regs for reliability requirement (1.4). |

**Total Task Code .05        25.60**


**Committee, Creditors', Noteholders' or Equity Holders'(1.70 Hours; $ 1,190.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.50 | $710 | 1,065.00 |
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/08/02 | PVL | 625.00 | .20 | Teleconference Milch re COLI settlement. |
| 10/10/02 | EI | 710.00 | 1.00 | Report to Committee re: status. |

{D0006553:1 }

| 10/19/02 | EI | 710.00 | .50 | Edited report to Committee on Cybergenics. |

**Total Task Code .07      1.70**

**Fee Applications, Applicant (16.50 Hours; $ 4,538.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $470 | 47.00 |
| Rita C. Tobin | 10.50 | $340 | 3,570.00 |
| Brian A. Skretny | .20 | $240 | 48.00 |
| Elyssa J. Strug | 5.20 | $155 | 806.00 |
| Karen A. Albertelli | .50 | $135 | 67.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/02 | EJS | 155.00 | .30 | P/c w/M.Hurtford at C&L re fee apps re fraudulent conveyance time. |
| 10/03/02 | EJS | 155.00 | .70 | Searched and retrieved various fee auditor final reports and responses in preparation of response for RCT. |
| 10/04/02 | EJS | 155.00 | .10 | Memo to EI re payments. |
| 10/07/02 | TWS | 470.00 | .10 | E-mails to and from legal team re fee application matters |
| 10/09/02 | RCT | 340.00 | .10 | Response to email re: initial report and conference with ES re: same. |
| 10/10/02 | RCT | 340.00 | .20 | Email TB re: same. |
| 10/10/02 | RCT | 340.00 | 1.30 | Review and edit time detail. |
| 10/11/02 | BAS | 240.00 | .20 | Discussed 12/02 billing w/ R. Tobin. (.2). |
| 10/11/02 | KAA | 135.00 | .50 | Searched & retrieved correspondence & mtg minutes for RCT re: fee auditor. |
| 10/15/02 | EJS | 155.00 | .60 | Created task description document with new codes needed by TB. |

{D0006553:1 }

Case 01-01139-AMC    Doc 3098-1    Filed 12/03/02    Page 11 of 16

- 11 -

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 10/16/02 | RCT | 340.00 | 1.60 | E-mails to fee auditor re: spreadsheet (.1); e-mails t/review e-mails from KNB re: bar date brief (.5); draft and edit letter to fee auditor (1.0). |
| 10/17/02 | RCT | 340.00 | .70 | E-mail fee auditor re: response (.2); review E. Warren fee app (.5). |
| 10/22/02 | RCT | 340.00 | .80 | Review and edit final of monthly fee app. |
| 10/22/02 | EJS | 155.00 | .20 | Calculated quarterly fee figures for TB. |
| 10/22/02 | EJS | 155.00 | .50 | Worked on monthly fee application. |
| 10/24/02 | RCT | 340.00 | 1.50 | Collect data for fee auditor response. |
| 10/24/02 | RCT | 340.00 | .10 | Conference with KAA and ES re: fee auditor procedures, C&D. |
| 10/25/02 | RCT | 340.00 | 1.20 | Review final of Grace interim fee app. |
| 10/25/02 | EJS | 155.00 | .10 | Created working files for RCT re fee auditor documents. |
| 10/25/02 | EJS | 155.00 | 2.00 | Worked on quarterly fee application (July-September). |
| 10/28/02 | RCT | 340.00 | .20 | Review final reports re: fee apps. |
| 10/28/02 | RCT | 340.00 | .80 | Review Grace fee apps - quarterly (.8) |
| 10/28/02 | EJS | 155.00 | .70 | P/cs & emails w/W.Sparks at Grace re payment received 10/25/02. |
| 10/31/02 | RCT | 340.00 | 2.00 | Draft response to fee auditor (1.0); collect info re: response to fee auditor (1.0). |

**Total Task Code .12**          16.50


**Fee Applicants, Others (6.20 Hours; $ 1,275.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0006553:1 }

| | | | |
|---|---|---|---|
| Rita C. Tobin | 1.70 | $340 | 578.00 |
| Elyssa J. Strug | 4.50 | $155 | 697.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/15/02 | EJS | 155.00 | 1.60 | Worked on Professor Elizabeth Warren's monthly fee application. |
| 10/21/02 | RCT | 340.00 | .50 | Review 7 final reports of fee auditor. |
| 10/24/02 | RCT | 340.00 | .10 | Conference with KAA & ES re: fee auditor procedures, LAS & Tersigni. |
| 10/28/02 | RCT | 340.00 | .30 | Review Elizabeth Warren fee apps. |
| 10/28/02 | EJS | 155.00 | 2.50 | Worked on Professor Elizabeth Warren's quarterly fee application. |
| 10/29/02 | RCT | 340.00 | .30 | Review revised Warren apps. |
| 10/31/02 | RCT | 340.00 | .50 | Review 8 "final reports." |
| 10/31/02 | EJS | 155.00 | .40 | Updated fee apps files/indexes re Prof. Warren. |

**Total Task Code .13**      6.20

**Hearings (13.70 Hours; $ 7,187.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.90 | $710 | 4,189.00 |
| Peter V. Lockwood | .40 | $625 | 250.00 |
| Albert G. Lauber | 1.70 | $490 | 833.00 |
| Nathan D. Finch | .50 | $395 | 197.50 |
| Kimberly N. Brown | 4.00 | $350 | 1,400.00 |
| Max C. Heerman | 1.20 | $265 | 318.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0006553:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/01/02 | AGL | 490.00 | 1.10 | Work on revisions to oral argument outline for hearing before Judge Wolin on October 17-18. |
| 10/01/02 | KNB | 350.00 | 1.40 | Review and edit draft oral argument outline on estimation (1.0); confer with litigation group re trial (.4) |
| 10/02/02 | AGL | 490.00 | .60 | Memos to/from KNB and MCH re revisions to argument outline. |
| 10/02/02 | KNB | 350.00 | 1.50 | Review and edit draft oral argument outline on estimation |
| 10/02/02 | EI | 710.00 | .10 | T/c AGL re: argument prep (1/2 of total time: see 2814). |
| 10/02/02 | MCH | 265.00 | .10 | Email correspondence with KNB and AGL re: oral argument on estimation |
| 10/03/02 | PVL | 625.00 | .40 | Review draft EI argument outline (.3); confer EI et al. re status (.1). |
| 10/03/02 | MCH | 265.00 | .80 | Review depos for oral argument re: estimation (.6); conference with NDF re: same (.2) |
| 10/03/02 | NDF | 395.00 | .50 | Gather docs and conf. Max Heerman re: Grace settlement program for EI argument outline (.5). |
| 10/07/02 | KNB | 350.00 | 1.10 | Confer with PVNL re oral argument outline (.7); revise same (.4) |
| 10/07/02 | EI | 710.00 | 5.80 | Travel to court reviewing papers in car (.7); conference at Court with all counsel (.7); hearing before Court on O/S/C (3.0); return to NY and conference call PVNL/NDF to report and plan work (.7); t/c McGovern to report (.2); t/cs Friedman re: strategy before hearing (.5). |
| 10/07/02 | MCH | 265.00 | .30 | Conference with KNB and PVNL re: oral argument (.1); draft changes to same (.2) |

**Total Task Code .15         13.70**

{D0006553:1 }

**Tax Litigation (18.30 Hours; $ 4,666.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Diana R. Hartstein | 18.30 | $255 | 4,666.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/02 | DRH | 255.00 | .40 | Updates on case progress |
| 10/01/02 | DRH | 255.00 | 3.10 | Preparing accounting memo; telephone calls with AICPA, FASB, library, etc. |
| 10/02/02 | DRH | 255.00 | 1.50 | Accounting research |
| 10/03/02 | DRH | 255.00 | 6.50 | Preparing accounting memo on discount rates |
| 10/04/02 | DRH | 255.00 | 5.60 | Discount rate memo |
| 10/28/02 | DRH | 255.00 | 1.20 | Preparing FAS's for NDF |

**Total Task Code .20**     18.30

**Travel - Non-Working (8.00 Hours; $ 1,320.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 6.00 | $197.50 | 1,185.00 |
| Tracy L. Wantuck | 2.00 | $ 67.50 | 135.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/11/02 | TLW | 67.50 | 2.00 | Travel to client office to serve filing. |
| 10/30/02 | NDF | 197.50 | 2.00 | Travel to NY for meeting with environ. experts (2.0). |
| 10/31/02 | NDF | 197.50 | 4.00 | Travel to DC. |

{D0006553:1 }

**Total Task Code .21          8.00**

{D0006553:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 949.15 |
| Air Freight & Express Mail | 875.84 |
| Conference Meals | 43.74 |
| Database Research | 9,751.75 |
| Local Transportation – DC | 63.85 |
| Long Distance Telephone Chge-Credit Card | 29.73 |
| Long Distance Telephone - Equitrac In-House | 42.73 |
| Miscellaneous: Client Advances | 47.45 |
| NYO Long Distance Telephone | 294.72 |
| Outside Local Deliveries | 73.55 |
| Outside Duplication Service | 1,490.00 |
| Postage | 9.80 |
| Professional Fees & Expert Witness Fees | 548.50 |
| Research Material | 132.77 |
| Telecopier | 81.30 |
| Travel Expenses – Ground Transportation | 672.19 |
| Duplicating | 2,929.65 |
| Total: | $ 18,036.72 |