**EXHIBIT B**

**Case Administration (42.9 Hours; $ 7,924.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        42.9**

**Claim Analysis Objection & Resolution (Asbestos) (25.6 Hours; $ 7,974.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        25.6**

**Committee, Creditors' Noteholders' or Equity Holders' (1.7 Hours; $ 1,190.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        1.7**

**Fee Applications, Applicant (16.5 Hours; $ 4,538.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        16.5**

**Fee Applications, Others (6.2 Hours; $ 1,275.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        6.2**

**Hearings (13.7 Hours; $ 7,187.50)**

{D0006554:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         13.7**

**Tax Litigation (18.3 Hours; $ 4,666.50)**

Services rendered in this category pertain to the analysis and negotiation of tax litigation in these bankruptcy proceedings.

**Total Task Code .20         18.3**

**Non-Working Travel Time (8.0 Hours; $ 1,320.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         8.0**

{D0006554:1 }