**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 949.15 |
| Air Freight & Express Mail | 875.84 |
| Conference Meals | 43.74 |
| Database Research | 9,751.75 |
| Local Transportation – DC | 63.85 |
| Long Distance Telephone Chge-Credit Card | 29.73 |
| Long Distance Telephone - Equitrac In-House | 42.73 |
| Miscellaneous: Client Advances | 47.45 |
| NYO Long Distance Telephone | 294.72 |
| Outside Local Deliveries | 73.55 |
| Outside Duplication Service | 1,490.00 |
| Postage | 9.80 |
| Professional Fees & Expert Witness Fees | 548.50 |
| Research Material | 132.77 |
| Telecopier | 81.30 |
| Travel Expenses – Ground Transportation | 672.19 |
| Duplicating | <u>2,929.65</u> |
| Total: | $ 18,036.72 |

{D0006555:1 }