# PREBILL / CONTROL  REPORT

Client Number:  4642    Grace Asbestos Personal Injury Claimants

Matter      000          Disbursements

November 18, 2002

Attn:

Invoice #

Matter      000

Trans Date Range:  1/1/1950  to: 10/31/2002

Disbursements

Bill Cycle:      Monthly          Style:      il          Start:    4/16/2001

| | | |
|---|---|---|
| Trust Amount Available | Billed Exp | $180,365.09 |
| | Total: | $180,365.09 |

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G -------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G -------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1367769 | Database Research-Westlaw research by JPC on 09/23,25 | E | 10/01/2002 | 0999 | C&D | | | $513.22 | | | $513.22 | 513.22 |
| 1367770 | Database Research-Westlaw research by NDF on 09/23,24,26 | E | 10/01/2002 | 0999 | C&D | | | $154.50 | | | $154.50 | 667.72 |
| 1367771 | Database Research-Westlaw research by MCH on 09/23-27 | E | 10/01/2002 | 0999 | C&D | | | $3,463.29 | | | $3,463.29 | 4,131.01 |
| 1367772 | Database Research-Westlaw research by BAS on 09/23,25 | E | 10/01/2002 | 0999 | C&D | | | $1,126.01 | | | $1,126.01 | 5,257.02 |
| 1367773 | Database Research-Westlaw research by TWS on 09/25 | E | 10/01/2002 | 0999 | C&D | | | $62.21 | | | $62.21 | 5,319.23 |
| 1367774 | Database Research-Westlaw research by NDF/MLR on 09/23 | E | 10/01/2002 | 0999 | C&D | | | $104.62 | | | $104.62 | 5,423.85 |
| 1367891 | Federal Express delivery to US District Court on 9/30 From Federal Express        002001 AUDIT * AP-0073,715:0004  Date: 10/01/02 | E | 10/01/2002 | 0999 | C&D | | | $9.69 | | | $9.69 | 5,433.54 |
| 1369067 | Equitrac - Photocopy charges | E | 10/01/2002 | 0999 | C&D | | | $7.35 | | | $7.35 | 5,440.89 |
| 1369068 | Equitrac - Photocopy charges | E | 10/01/2002 | 0999 | C&D | | | $4.20 | | | $4.20 | 5,445.09 |
| 1369069 | Equitrac - Photocopy charges | E | 10/01/2002 | 0999 | C&D | | | $4.20 | | | $4.20 | 5,449.29 |
| 1369070 | Equitrac - Photocopy charges | E | 10/01/2002 | 0999 | C&D | | | $2.55 | | | $2.55 | 5,451.84 |
| 1369071 | Equitrac - Photocopy charges | E | 10/01/2002 | 0999 | C&D | | | $29.40 | | | $29.40 | 5,481.24 |
| 1369081 | Equitrac - Fax charges | E | 10/01/2002 | 0999 | C&D | | | $4.35 | | | $4.35 | 5,485.59 |
| 1368861 | Long Distance-Equitrac In-House | E | 10/01/2002 | 0999 | C&D | | | $0.83 | | | $0.83 | 5,486.42 |

(0000656:1 )

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1368862 | Long Distance-Equitrac In-House | E | 10/02/2002 | 0999 | C&D | $7.39 | $7.39 | 5,493.81 |
| 1369082 | Telecopier/Equitrac | E | 10/02/2002 | 0999 | C&D | $0.75 | $0.75 | 5,494.56 |
| 1369083 | Telecopier/Equitrac | E | 10/02/2002 | 0999 | C&D | $6.60 | $6.60 | 5,501.16 |
| 1369084 | Equitrac - Fax charges | E | 10/02/2002 | 0999 | C&D | $1.65 | $1.65 | 5,502.81 |
| 1369072 | Equitrac - Photocopy charges | E | 10/02/2002 | 0999 | C&D | $0.45 | $0.45 | 5,503.26 |
| 1369073 | Equitrac - Photocopy charges | E | 10/02/2002 | 0999 | C&D | $6.90 | $6.90 | 5,510.16 |
| 1369074 | Xeroxing | E | 10/02/2002 | 0999 | C&D | $9.15 | $9.15 | 5,519.31 |
| 1369075 | Equitrac - Photocopy charges | E | 10/02/2002 | 0999 | C&D | $4.80 | $4.80 | 5,524.11 |
| 1368265 | Petty Cash TWS mileage expense t/f Columbia, MD for depositions on 9/19-20<br>From Petty Cash              005317<br>AUDIT * AP-0073,717:0024  Date: 10/02/02 | E | 10/02/2002 | 0106 | TWS | $32.85 | $32.85 | 5,556.96 |
| 1368268 | Petty Cash Lunch for TWS, NDF and Mark Peterson on 9/24<br>From Petty Cash              005317<br>AUDIT * AP-0073,717:0027  Date: 10/02/02 | E | 10/02/2002 | 0187 | NDF | $13.94 | $13.94 | 5,570.90 |
| 1368555 | Database Research-Lexis research by MCH/NR on 09/25,26 | E | 10/02/2002 | 0999 | C&D | $231.59 | $231.59 | 5,802.49 |
| 1369076 | Equitrac - Photocopy charges | E | 10/03/2002 | 0999 | C&D | $0.15 | $0.15 | 5,802.64 |
| 1369077 | Equitrac - Photocopy charges | E | 10/03/2002 | 0999 | C&D | $5.85 | $5.85 | 5,808.49 |
| 1369078 | Xeroxing | E | 10/03/2002 | 0999 | C&D | $1.35 | $1.35 | 5,809.84 |
| 1369079 | Equitrac - Photocopy charges | E | 10/03/2002 | 0999 | C&D | $1.50 | $1.50 | 5,811.34 |
| 1369080 | Xeroxing | E | 10/03/2002 | 0999 | C&D | $7.05 | $7.05 | 5,818.39 |
| 1369085 | Telecopier/Equitrac | E | 10/03/2002 | 0999 | C&D | $1.80 | $1.80 | 5,820.19 |
| 1369086 | Equitrac - Fax charges | E | 10/03/2002 | 0999 | C&D | $1.80 | $1.80 | 5,821.99 |
| 1368863 | Long Distance-Equitrac In-House | E | 10/03/2002 | 0999 | C&D | $3.35 | $3.35 | 5,825.34 |
| 1369705 | Equitrac - Long Distance | E | 10/04/2002 | 0999 | C&D | $0.40 | $0.40 | 5,825.74 |
| 1369814 | Equitrac - Photocopy charges | E | 10/04/2002 | 0999 | C&D | $0.90 | $0.90 | 5,826.64 |
| 1369815 | Equitrac - Photocopy charges | E | 10/04/2002 | 0999 | C&D | $0.15 | $0.15 | 5,826.79 |
| 1369816 | Equitrac - Photocopy charges | E | 10/04/2002 | 0999 | C&D | $2.85 | $2.85 | 5,829.64 |
| 1369817 | Equitrac - Photocopy charges | E | 10/04/2002 | 0999 | C&D | $1.20 | $1.20 | 5,830.84 |
| 1369818 | Xeroxing | E | 10/04/2002 | 0999 | C&D | $6.15 | $6.15 | 5,836.99 |
| 1369819 | Xeroxing | E | 10/04/2002 | 0999 | C&D | $113.55 | $113.55 | 5,950.54 |
| 1369970 | Equitrac - Photocopy charges | E | 10/07/2002 | 0999 | C&D | $4.05 | $4.05 | 5,954.59 |
| 1369971 | Xeroxing | E | 10/07/2002 | 0999 | C&D | $10.50 | $10.50 | 5,965.09 |
| 1369972 | Equitrac - Photocopy charges | E | 10/07/2002 | 0999 | C&D | $2.40 | $2.40 | 5,967.49 |
| 1369973 | Equitrac - Photocopy charges | E | 10/07/2002 | 0999 | C&D | $9.00 | $9.00 | 5,976.49 |
| 1369754 | Long Distance-Equitrac In-House | E | 10/07/2002 | 0999 | C&D | $0.67 | $0.67 | 5,977.16 |
| 1370244 | Federal Express to Loreto Tersigni from PVNL on 10/1<br>From Federal Express            002001<br>AUDIT * AP-0073,766:0002  Date: 10/08/02 | E | 10/08/2002 | 0020 | PVL | $12.48 | $12.48 | 5,989.64 |

{D0006556:1 }

Page:

November 18, 2002

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1370252 | Charge & Ride for EI t/f Newark for status conf before Judge Wolin on 9/24<br>From Charge & Ride Inc.        002821<br>AUDIT * AP-0073,768:0006  Date: 10/08/02 | E | 10/08/2002 | 0120 | EI | $161.77 | $161.77 | 6,151.41 |
| 1370269 | Federal Express to Marla Eskin from EI on 9/24<br>From Federal Express        002001<br>AUDIT * AP-0073,774:0013  Date: 10/08/02 | E | 10/08/2002 | 0120 | EI | $7.15 | $7.15 | 6,158.56 |
| 1370307 | Long Distance-Equitrac In-House | E | 10/08/2002 | 0999 | C&D | $1.21 | $1.21 | 6,159.77 |
| 1370381 | Equitrac - Photocopy charges | E | 10/08/2002 | 0999 | C&D | $3.60 | $3.60 | 6,163.37 |
| 1370382 | Equitrac - Photocopy charges | E | 10/08/2002 | 0999 | C&D | $1.95 | $1.95 | 6,165.32 |
| 1370383 | Equitrac - Photocopy charges | E | 10/08/2002 | 0999 | C&D | $60.00 | $60.00 | 6,225.32 |
| 1370384 | Xeroxing | E | 10/08/2002 | 0999 | C&D | $13.20 | $13.20 | 6,238.52 |
| 1370385 | Equitrac - Photocopy charges | E | 10/08/2002 | 0999 | C&D | $31.35 | $31.35 | 6,269.87 |
| 1370491 | Equitrac - Long Distance | E | 10/08/2002 | 0999 | C&D | $0.05 | $0.05 | 6,269.92 |
| 1370576 | Database Research-Lexis research by DRH on 10/03 | E | 10/09/2002 | 0999 | C&D | $89.89 | $89.89 | 6,359.81 |
| 1370801 | Global Securities Information database research on 9/3 by Library<br>From Global Securities Information  002192<br>AUDIT * AP-0073,802:0002  Date: 10/09/02 | E | 10/09/2002 | 0999 | C&D | $36.76 | $36.76 | 6,396.57 |
| 1370803 | Research Assoc Database research on 9/3 by Library<br>From Research Associates        001948<br>AUDIT * AP-0073,803:0002  Date: 10/09/02 | E | 10/09/2002 | 0999 | C&D | $26.13 | $26.13 | 6,422.70 |
| 1370806 | Guide to implementation of statement 125 on accounting for transfers (book loan)<br>From GULL Photocopy Service        000446<br>AUDIT * AP-0073,805:0002  Date: 10/09/02 | E | 10/09/2002 | 0103 | DRH | $21.15 | $21.15 | 6,443.85 |
| 1370982 | Long Distance-Equitrac In-House | E | 10/09/2002 | 0999 | C&D | $7.21 | $7.21 | 6,451.06 |
| 1371038 | Xeroxing | E | 10/09/2002 | 0999 | C&D | $3.15 | $3.15 | 6,454.21 |
| 1371039 | Xeroxing | E | 10/09/2002 | 0999 | C&D | $22.50 | $22.50 | 6,476.71 |
| 1371040 | Equitrac - Photocopy charges | E | 10/09/2002 | 0999 | C&D | $7.65 | $7.65 | 6,484.36 |
| 1371041 | Equitrac - Photocopy charges | E | 10/09/2002 | 0999 | C&D | $1.80 | $1.80 | 6,486.16 |
| 1371042 | Equitrac - Photocopy charges | E | 10/09/2002 | 0999 | C&D | $2.40 | $2.40 | 6,488.56 |
| 1371043 | Equitrac - Photocopy charges | E | 10/09/2002 | 0999 | C&D | $58.50 | $58.50 | 6,547.06 |
| 1371044 | Telecopier/Equitrac | E | 10/09/2002 | 0999 | C&D | $7.50 | $7.50 | 6,554.56 |
| 1371045 | Equitrac - Fax charges | E | 10/09/2002 | 0999 | C&D | $1.20 | $1.20 | 6,555.76 |
| 1371046 | Equitrac - Fax charges | E | 10/09/2002 | 0999 | C&D | $0.30 | $0.30 | 6,556.06 |
| 1371176 | Lasership, Inc. Deliveryto Cates, White & Callentine and Charles Bates on 9/16<br>From Lasership, Inc        003253<br>AUDIT * AP-0073,843:0009  Date: 10/10/02 | E | 10/10/2002 | 0999 | C&D | $22.38 | $22.38 | 6,578.44 |
| 1371222 | Long Distance-Equitrac In-House | E | 10/10/2002 | 0999 | C&D | $6.13 | $6.13 | 6,584.57 |
| 1371275 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $1.80 | $1.80 | 6,586.37 |
| 1371276 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $5.25 | $5.25 | 6,591.62 |
| 1371277 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $37.35 | $37.35 | 6,628.97 |

{000436:1 }

Client Number:   4642    Grace Asbestos Personal Injury Claimants

Page:

Matter      000            Disbursements

November 18, 2002

Attn:

Invoice #

| 1371278 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $3.30 | $3.30 | 6,632.27 |
|---|---|---|---|---|---|---|---|---|
| 1371279 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $1.80 | $1.80 | 6,634.07 |
| 1371280 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $1.50 | $1.50 | 6,635.57 |
| 1371281 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $52.05 | $52.05 | 6,687.62 |
| 1371282 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $0.15 | $0.15 | 6,687.77 |
| 1371283 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $0.60 | $0.60 | 6,688.37 |
| 1370915 | Long Distance Charges-Credit Cards-Long distance call made in the month of August | E | 10/10/2002 | 0999 | C&D | $12.51 | $12.51 | 6,700.88 |
| 1371284 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $7.95 | $7.95 | 6,708.83 |
| 1371285 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $40.35 | $40.35 | 6,749.18 |
| 1371286 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $2.25 | $2.25 | 6,751.43 |
| 1371287 | Xeroxing | E | 10/10/2002 | 0999 | C&D | $10.05 | $10.05 | 6,761.48 |
| 1371288 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $0.45 | $0.45 | 6,761.93 |
| 1371289 | Equitrac - Photocopy charges | E | 10/10/2002 | 0999 | C&D | $218.40 | $218.40 | 6,980.33 |
| 1371290 | Equitrac - Fax charges | E | 10/10/2002 | 0999 | C&D | $0.60 | $0.60 | 6,980.93 |
| 1371291 | Telecopier/Equitrac | E | 10/10/2002 | 0999 | C&D | $13.20 | $13.20 | 6,994.13 |
| 1371292 | Equitrac - Fax charges | E | 10/10/2002 | 0999 | C&D | $0.90 | $0.90 | 6,995.03 |
| 1371293 | Equitrac - Fax charges | E | 10/10/2002 | 0999 | C&D | $2.70 | $2.70 | 6,997.73 |
| 1371294 | Equitrac - Fax charges | E | 10/10/2002 | 0999 | C&D | $0.30 | $0.30 | 6,998.03 |
| 1371295 | Telecopier/Equitrac | E | 10/10/2002 | 0999 | C&D | $3.15 | $3.15 | 7,001.18 |
| 1371404 | Petty Cash; NDF dinner w/BAS on 10/7<br>From Petty Cash            005317<br>AUDIT * AP-0073,850:0036  Date: 10/11/02 | E | 10/11/2002 | 0187 | NDF | $14.80 | $14.80 | 7,015.98 |
| 1371408 | Petty Cash; Cabs in Richmond, VA for TWS for depositions on 9/12<br>From Petty Cash            005317<br>AUDIT * AP-0073,850:0040  Date: 10/11/02 | E | 10/11/2002 | 0106 | TWS | $17.00 | $17.00 | 7,032.98 |
| 1371437 | Federal Express to Dan Relles from JPC on 9/24<br>From Federal Express        002001<br>AUDIT * AP-0073,853:0005  Date: 10/11/02 | E | 10/11/2002 | 0149 | JPC | $10.24 | $10.24 | 7,043.22 |
| 1371438 | Federal Express to Mark PEterson from NDF on 9/24<br>From Federal Express        002001<br>AUDIT * AP-0073,853:0006  Date: 10/11/02 | E | 10/11/2002 | 0187 | NDF | $1.35 | $1.35 | 7,044.57 |
| 1371442 | Federal Express to Brad Friedman from TWS and Dan Relles and Mark Peterson from RCS on 9/21<br>From Federal Express        002001<br>AUDIT * AP-0073,854:0003  Date: 10/11/02 | E | 10/11/2002 | 0101 | RCS | $66.14 | $66.14 | 7,110.71 |
| 1371448 | Federal Express to Marla Eskin and Alfred Wolin from NDF on 10/10<br>From Federal Express        002001<br>AUDIT * AP-0073,860:0004  Date: 10/11/02 | E | 10/11/2002 | 0187 | NDF | $23.88 | $23.88 | 7,134.59 |
| 1374642 | Xeroxing | E | 10/11/2002 | 0999 | C&D | $1.50 | $1.50 | 7,136.09 |
| 1374643 | Xeroxing | E | 10/11/2002 | 0999 | C&D | $1.65 | $1.65 | 7,137.74 |
| 1374644 | Xeroxing | E | 10/11/2002 | 0999 | C&D | $429.60 | $429.60 | 7,567.34 |

{D0006556:1 }

Client Number:  4642   Grace Asbestos Personal Injury Claimants

Matter      000            Disbursements

Page:

November 18, 2002

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1374645 | Xeroxing | E | 10/11/2002 | 0999 | C&D | $30.90 | $30.90 | 7,598.24 |
| 1374646 | Equitrac - Photocopy charges | E | 10/11/2002 | 0999 | C&D | $5.70 | $5.70 | 7,603.94 |
| 1374647 | Equitrac - Photocopy charges | E | 10/11/2002 | 0999 | C&D | $9.00 | $9.00 | 7,612.94 |
| 1374648 | Xeroxing | E | 10/11/2002 | 0999 | C&D | $2.40 | $2.40 | 7,615.34 |
| 1374649 | Equitrac - Photocopy charges | E | 10/11/2002 | 0999 | C&D | $7.65 | $7.65 | 7,622.99 |
| 1374650 | Equitrac - Photocopy charges | E | 10/11/2002 | 0999 | C&D | $2.70 | $2.70 | 7,625.69 |
| 1374673 | Telecopier/Equitrac | E | 10/11/2002 | 0999 | C&D | $1.35 | $1.35 | 7,627.04 |
| 1374674 | Telecopier/Equitrac | E | 10/11/2002 | 0999 | C&D | $3.45 | $3.45 | 7,630.49 |
| 1374202 | Long Distance-Equitrac In-House | E | 10/11/2002 | 0999 | C&D | $5.47 | $5.47 | 7,635.96 |
| 1374203 | Long Distance-Equitrac In-House | E | 10/14/2002 | 0999 | C&D | $0.29 | $0.29 | 7,636.25 |
| 1374204 | Long Distance-Equitrac In-House | E | 10/15/2002 | 0999 | C&D | $1.78 | $1.78 | 7,638.03 |
| 1374675 | Equitrac - Fax charges | E | 10/15/2002 | 0999 | C&D | $0.90 | $0.90 | 7,638.93 |
| 1374651 | Xeroxing | E | 10/15/2002 | 0999 | C&D | $0.60 | $0.60 | 7,639.53 |
| 1374652 | Equitrac - Photocopy charges | E | 10/15/2002 | 0999 | C&D | $10.95 | $10.95 | 7,650.48 |
| 1374653 | Equitrac - Photocopy charges | E | 10/15/2002 | 0999 | C&D | $13.50 | $13.50 | 7,663.98 |
| 1374654 | Xeroxing | E | 10/15/2002 | 0999 | C&D | $35.70 | $35.70 | 7,699.68 |
| 1374655 | Equitrac - Photocopy charges | E | 10/15/2002 | 0999 | C&D | $2.40 | $2.40 | 7,702.08 |
| 1374656 | Equitrac - Photocopy charges | E | 10/15/2002 | 0999 | C&D | $4.95 | $4.95 | 7,707.03 |
| 1372664 | ImageNet: Color copies<br>From ImageNet of Washington DC      003527<br>AUDIT * AP-0073,865:0002  Date: 10/15/02 | E | 10/15/2002 | 0101 | RCS | $29.61 | $29.61 | 7,736.64 |
| 1372669 | Federal Express to Cooney,Meyer,Rice,Baron<br>,Wolin,Cloud, Campbell,Eskin,Jacobs, Weitz,<br>Baron, Kelley, Ferraro, Kazan, Heberling from<br>EI on 9/30<br>From Federal Express          002001<br>AUDIT * AP-0073,870:0006  Date: 10/15/02 | E | 10/15/2002 | 0120 | EI | $182.95 | $182.95 | 7,919.59 |
| 1374657 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $7.05 | $7.05 | 7,926.64 |
| 1374658 | Xeroxing | E | 10/16/2002 | 0999 | C&D | $170.70 | $170.70 | 8,097.34 |
| 1374659 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $19.50 | $19.50 | 8,116.84 |
| 1374660 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $4.50 | $4.50 | 8,121.34 |
| 1374661 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $81.30 | $81.30 | 8,202.64 |
| 1374662 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $2.25 | $2.25 | 8,204.89 |
| 1374663 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $0.15 | $0.15 | 8,205.04 |
| 1374664 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D | $0.45 | $0.45 | 8,205.49 |
| 1374676 | Equitrac - Fax charges | E | 10/16/2002 | 0999 | C&D | $0.45 | $0.45 | 8,205.94 |
| 1374205 | Long Distance-Equitrac In-House | E | 10/16/2002 | 0999 | C&D | $0.69 | $0.69 | 8,206.63 |
| 1374206 | Equitrac - Long Distance | E | 10/17/2002 | 0999 | C&D | $0.36 | $0.36 | 8,206.99 |
| 1374677 | Equitrac - Fax charges | E | 10/17/2002 | 0999 | C&D | $1.05 | $1.05 | 8,208.04 |
| 1374665 | Equitrac - Photocopy charges | E | 10/17/2002 | 0999 | C&D | $1.05 | $1.05 | 8,209.09 |
| 1374666 | Equitrac - Photocopy charges | E | 10/17/2002 | 0999 | C&D | $6.30 | $6.30 | 8,215.39 |
| 1374667 | Xeroxing | E | 10/17/2002 | 0999 | C&D | $69.30 | $69.30 | 8,284.69 |

{B00086:1 }

Client Number:   4642    Grace Asbestos Personal Injury Claimants

Page:

Matter      000             Disbursements

November 18, 2002

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1373308 | Federal Express delivery to M. Peterson on 8/19 | E | 10/17/2002 | 0106 | TWS | $14.78 | $14.78 | 8,299.47 |
| | From Federal Express          002001 | | | | | | | |
| | AUDIT * AP-0073,958:0004  Date: 10/17/02 | | | | | | | |
| 1373309 | Federal Express delivery to P. Cook Court | E | 10/17/2002 | 0187 | NDF | $72.52 | $72.52 | 8,371.99 |
| | Reporters on 8/19 | | | | | | | |
| | From Federal Express          002001 | | | | | | | |
| | AUDIT * AP-0073,958:0005  Date: 10/17/02 | | | | | | | |
| 1373313 | ADA Travel; Coach travel to NYC for TWS on 9/8 | E | 10/18/2002 | 0106 | TWS | $340.65 | $340.65 | 8,712.64 |
| | From ADA Travel, Inc.          000534 | | | | | | | |
| | AUDIT * AP-0073,975:0006  Date: 10/18/02 | | | | | | | |
| 1373315 | ADA Travel; Coach travel for CSR to Ft. | E | 10/18/2002 | 0083 | CSR | $476.50 | $476.50 | 9,189.14 |
| | Lauderdale on 9/12 | | | | | | | |
| | From ADA Travel, Inc.          000534 | | | | | | | |
| | AUDIT * AP-0073,975:0008  Date: 10/18/02 | | | | | | | |
| 1373316 | ADA Travel; Business class travel for TWS to | E | 10/18/2002 | 0106 | TWS | $132.00 | $132.00 | 9,321.14 |
| | Richmond on 9/12 | | | | | | | |
| | From ADA Travel, Inc.          000534 | | | | | | | |
| | AUDIT * AP-0073,975:0009  Date: 10/18/02 | | | | | | | |
| 1373521 | Database Research-Westlaw research by JPC on | E | 10/18/2002 | 0999 | C&D | $532.48 | $532.48 | 9,853.62 |
| | 09/30 | | | | | | | |
| 1373522 | Database Research-Westlaw research by NDF on | E | 10/18/2002 | 0999 | C&D | $64.31 | $64.31 | 9,917.93 |
| | 10/01 | | | | | | | |
| 1373523 | Database Research-Westlaw research by MCh on | E | 10/18/2002 | 0999 | C&D | $479.07 | $479.07 | 10,397.00 |
| | 09/30 | | | | | | | |
| 1373524 | Database Research-Westlaw research by BAS on | E | 10/18/2002 | 0999 | C&D | $50.76 | $50.76 | 10,447.76 |
| | 10/01 | | | | | | | |
| 1373539 | Database Research-Westlaw research by JPC on | E | 10/18/2002 | 0999 | C&D | $775.14 | $775.14 | 11,222.90 |
| | 10/08-10 | | | | | | | |
| 1373540 | Database Research-Westlaw research by NDF on | E | 10/18/2002 | 0999 | C&D | $73.79 | $73.79 | 11,296.69 |
| | 10/10 | | | | | | | |
| 1373541 | Database Research-Westlaw research by BAS on | E | 10/18/2002 | 0999 | C&D | $31.01 | $31.01 | 11,327.70 |
| | 10/10 | | | | | | | |
| 1373547 | Database Research-Lexis research by TWS on 10/11 | E | 10/18/2002 | 0999 | C&D | $26.44 | $26.44 | 11,354.14 |
| 1373548 | Database Research-Lexis research by JPC/NR on | E | 10/18/2002 | 0999 | C&D | $71.91 | $71.91 | 11,426.05 |
| | 10/10 | | | | | | | |
| 1374668 | Xeroxing | E | 10/18/2002 | 0999 | C&D | $220.05 | $220.05 | 11,646.10 |
| 1374669 | Xeroxing | E | 10/18/2002 | 0999 | C&D | $51.30 | $51.30 | 11,697.40 |
| 1374670 | Equitrac - Photocopy charges | E | 10/18/2002 | 0999 | C&D | $27.75 | $27.75 | 11,725.15 |
| 1374207 | Long Distance-Equitrac In-House | E | 10/18/2002 | 0999 | C&D | $0.76 | $0.76 | 11,725.91 |
| 1374208 | Equitrac - Long Distance | E | 10/21/2002 | 0999 | C&D | $0.11 | $0.11 | 11,726.02 |
| 1374671 | Xeroxing | E | 10/21/2002 | 0999 | C&D | $55.50 | $55.50 | 11,781.52 |
| 1374672 | Equitrac - Photocopy charges | E | 10/21/2002 | 0999 | C&D | $0.30 | $0.30 | 11,781.82 |
| 1376464 | Equitrac - Photocopy charges | E | 10/21/2002 | 0999 | C&D | $3.60 | $3.60 | 11,785.42 |
| 1376465 | Xeroxing | E | 10/21/2002 | 0999 | C&D | $46.95 | $46.95 | 11,832.37 |
| 1376466 | Xeroxing | E | 10/21/2002 | 0999 | C&D | $7.35 | $7.35 | 11,839.72 |
| 1373820 | Red Top Cab for Tracy Wantuck round trip | E | 10/21/2002 | 0197 | TLW | $251.30 | $251.30 | 12,091.02 |
| | Columbia, MD on 10/11 | | | | | | | |

{0006556:1 }

Page:

November 18, 2002

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | From Red Top Cab              006004<br>AUDIT * AP-0073,997:0003  Date: 10/21/02 | | | | | | | |
| 1373823 | Red Top Exec Sedan to train station for BAS on 10/10 | E | 10/21/2002 | 0138 | BAS | $25.88 | $25.88 | 12,116.90 |
| | From Red Top Executive Sedan      001899<br>AUDIT * AP-0073,998:0003  Date: 10/21/02 | | | | | | | |
| 1376472 | Equitrac - Fax charges | E | 10/21/2002 | 0999 | C&D | $0.60 | $0.60 | 12,117.50 |
| 1376473 | Telecopier/Equitrac | E | 10/21/2002 | 0999 | C&D | $12.60 | $12.60 | 12,130.10 |
| 1376467 | Equitrac - Photocopy charges | E | 10/22/2002 | 0999 | C&D | $8.40 | $8.40 | 12,138.50 |
| 1376468 | Equitrac - Photocopy charges | E | 10/22/2002 | 0999 | C&D | $1.65 | $1.65 | 12,140.15 |
| 1375640 | Velocity Express to McKenna & Cuneo from DRH on 10/2 | E | 10/22/2002 | 0103 | DRH | $17.50 | $17.50 | 12,157.65 |
| | From Velocity Express          002986<br>AUDIT * AP-0074,021:0003  Date: 10/22/02 | | | | | | | |
| 1375659 | Federal Express freight delivery of boxes at BAS request on 10/11 | E | 10/22/2002 | 0138 | BAS | $405.76 | $405.76 | 12,563.41 |
| | From Federal Express           002001<br>AUDIT * AP-0074,030:0002  Date: 10/22/02 | | | | | | | |
| 1375688 | Equitrac - Long Distance | E | 10/22/2002 | 0999 | C&D | $0.05 | $0.05 | 12,563.46 |
| 1375752 | Equitrac - Photocopy charges | E | 10/22/2002 | 0999 | C&D | $2.55 | $2.55 | 12,566.01 |
| 1375753 | Equitrac - Photocopy charges | E | 10/22/2002 | 0999 | C&D | $0.30 | $0.30 | 12,566.31 |
| 1375951 | Discovery Copy; Medium litigation | E | 10/23/2002 | 0999 | C&D | $1,460.39 | $1,460.39 | 14,026.70 |
| | From Discovery Copy Service     001360<br>AUDIT * AP-0074,046:0002  Date: 10/23/02 | | | | | | | |
| 1375970 | Federal Express to Pat Able from RCP on 10/18 | E | 10/23/2002 | 0101 | RCS | $40.82 | $40.82 | 14,067.52 |
| | From Federal Express           002001<br>AUDIT * AP-0074,054:0003  Date: 10/23/02 | | | | | | | |
| 1376375 | Equitrac - Long Distance | E | 10/23/2002 | 0999 | C&D | $0.09 | $0.09 | 14,067.61 |
| 1376469 | Equitrac - Photocopy charges | E | 10/23/2002 | 0999 | C&D | $32.40 | $32.40 | 14,100.01 |
| 1376470 | Xeroxing | E | 10/23/2002 | 0999 | C&D | $89.85 | $89.85 | 14,189.86 |
| 1376471 | Equitrac - Photocopy charges | E | 10/23/2002 | 0999 | C&D | $0.15 | $0.15 | 14,190.01 |
| 1376474 | Equitrac - Fax charges | E | 10/23/2002 | 0999 | C&D | $0.15 | $0.15 | 14,190.16 |
| 1376631 | Air Freight & Express Mail - refund from Federal Express | E | 10/24/2002 | 0999 | C&D | -$19.14 | -$19.14 | 14,171.02 |
| 1376645 | Petty Cash; Late night cab home for Sharon Clark after working for NDF in the filing of brief on 10/10 | E | 10/24/2002 | 0999 | C&D | $25.00 | $25.00 | 14,196.02 |
| | From Petty Cash                005317<br>AUDIT * AP-0074,061:0024  Date: 10/24/02 | | | | | | | |
| 1376646 | Petty Cash; Late night dinner for NDF while working on brief on 10/10 | E | 10/24/2002 | 0187 | NDF | $15.00 | $15.00 | 14,211.02 |
| | From Petty Cash                005317<br>AUDIT * AP-0074,061:0025  Date: 10/24/02 | | | | | | | |
| 1376647 | Petty Cash; Delivery of doc to NDF at DC Bar Seminor on 10/10 | E | 10/24/2002 | 0138 | BAS | $6.00 | $6.00 | 14,217.02 |
| {D0006556:1 } | From Petty Cash                005317<br>AUDIT * AP-0074,061:0026  Date: 10/24/02 | | | | | | | |
| 1376656 | Petty Cash; DRH ordered a publication for | E | 10/24/2002 | 0103 | DRH | $26.30 | $26.30 | 14,243.32 |

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | research purposes re Environmental Liability on 10/1 | | | | | | | |
| | From Petty Cash              005317 | | | | | | | |
| | AUDIT * AP-0074,061:0035  Date: 10/24/02 | | | | | | | |
| 1376690 | Equitrac - Long Distance | E | 10/24/2002 | 0999 | C&D | $0.30 | $0.30 | 14,243.62 |
| 1376749 | Equitrac - Photocopy charges | E | 10/24/2002 | 0999 | C&D | $1.95 | $1.95 | 14,245.57 |
| 1376750 | Xeroxing | E | 10/24/2002 | 0999 | C&D | $30.45 | $30.45 | 14,276.02 |
| 1376751 | Xeroxing | E | 10/24/2002 | 0999 | C&D | $13.80 | $13.80 | 14,289.82 |
| 1376752 | Xeroxing | E | 10/24/2002 | 0999 | C&D | $16.50 | $16.50 | 14,306.32 |
| 1376753 | Equitrac - Fax charges | E | 10/24/2002 | 0999 | C&D | $2.10 | $2.10 | 14,308.42 |
| 1377021 | Charge & Ride; EI trans t/f Newark Courthouse for dealed air showcause hearing on 10/7 | E | 10/25/2002 | 0120 | EI | $216.24 | $216.24 | 14,524.66 |
| | From Charge & Ride Inc.         002821 | | | | | | | |
| | AUDIT * AP-0074,075:0002  Date: 10/25/02 | | | | | | | |
| 1377032 | Federal Express to Warren Smith from EI on 10/17 | E | 10/25/2002 | 0120 | EI | $24.07 | $24.07 | 14,548.73 |
| | From Federal Express          002001 | | | | | | | |
| | AUDIT * AP-0074,078:0007  Date: 10/25/02 | | | | | | | |
| 1377037 | Pacer Service public access to Court Electronic records | E | 10/25/2002 | 0120 | EI | $69.88 | $69.88 | 14,618.61 |
| | From Pacer Service Center       001839 | | | | | | | |
| | AUDIT * AP-0074,080:0004  Date: 10/25/02 | | | | | | | |
| 1377420 | Long Distance-Equitrac In-House | E | 10/25/2002 | 0999 | C&D | $1.61 | $1.61 | 14,620.22 |
| 1377474 | Xeroxing | E | 10/25/2002 | 0999 | C&D | $7.65 | $7.65 | 14,627.87 |
| 1377475 | Xeroxing | E | 10/25/2002 | 0999 | C&D | $58.95 | $58.95 | 14,686.82 |
| 1377476 | Equitrac - Photocopy charges | E | 10/25/2002 | 0999 | C&D | $4.95 | $4.95 | 14,691.77 |
| 1377477 | Xeroxing | E | 10/25/2002 | 0999 | C&D | $7.35 | $7.35 | 14,699.12 |
| 1377478 | Equitrac - Photocopy charges | E | 10/25/2002 | 0999 | C&D | $0.90 | $0.90 | 14,700.02 |
| 1377479 | Xeroxing | E | 10/25/2002 | 0999 | C&D | $24.00 | $24.00 | 14,724.02 |
| 1377480 | Equitrac - Photocopy charges | E | 10/25/2002 | 0999 | C&D | $3.15 | $3.15 | 14,727.17 |
| 1377481 | Equitrac - Photocopy charges | E | 10/25/2002 | 0999 | C&D | $1.50 | $1.50 | 14,728.67 |
| 1377482 | Xeroxing | E | 10/25/2002 | 0999 | C&D | $29.40 | $29.40 | 14,758.07 |
| 1377483 | Equitrac - Fax charges | E | 10/25/2002 | 0999 | C&D | $0.30 | $0.30 | 14,758.37 |
| 1377484 | Telecopier/Equitrac | E | 10/25/2002 | 0999 | C&D | $2.55 | $2.55 | 14,760.92 |
| 1377709 | UPS delivery service to GAO Library on 10/15 | E | 10/28/2002 | 0999 | C&D | $3.26 | $3.26 | 14,764.18 |
| | From United Parcel Service       007001 | | | | | | | |
| | AUDIT * AP-0074,097:0003  Date: 10/28/02 | | | | | | | |
| 1377715 | UPS delivery service to M. Peterson on 10/16 | E | 10/28/2002 | 0106 | TWS | $9.16 | $9.16 | 14,773.34 |
| | From United Parcel Service       007001 | | | | | | | |
| | AUDIT * AP-0074,097:0009  Date: 10/28/02 | | | | | | | |
| 1377943 | Long Distance-Equitrac In-House | E | 10/28/2002 | 0999 | C&D | $1.43 | $1.43 | 14,774.77 |
| 1378011 | Xeroxing | E | 10/28/2002 | 0999 | C&D | $64.05 | $64.05 | 14,838.82 |
| 1378012 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $24.45 | $24.45 | 14,863.27 |
| 1378013 | Xeroxing | E | 10/28/2002 | 0999 | C&D | $12.90 | $12.90 | 14,876.17 |
| 1378014 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $0.75 | $0.75 | 14,876.92 |

Attn:                                                                                                          Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1378015 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $0.60 | $0.60 | 14,877.52 |
| 1378016 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $4.20 | $4.20 | 14,881.72 |
| 1378017 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $42.60 | $42.60 | 14,924.32 |
| 1378305 | Esquire Deposition Service<br>From Esquire Deposition Services    002915<br>AUDIT * AP-0074,134:0002  Date: 10/29/02 | E | 10/29/2002 | 0106 | TWS | $548.50 | $548.50 | 15,472.82 |
| 1378412 | Database Research-Westlaw research by JPC on<br>10/16,17 | E | 10/29/2002 | 0999 | C&D | $608.17 | $608.17 | 16,080.99 |
| 1378413 | Database Research-Westlaw research by BAs on<br>10/14 | E | 10/29/2002 | 0999 | C&D | $4.14 | $4.14 | 16,085.13 |
| 1378609 | Velocity Express from Georgetown Law Library on<br>10/4<br>From Velocity Express              002986<br>AUDIT * AP-0074,142:0003  Date: 10/29/02 | E | 10/29/2002 | 0999 | C&D | $8.17 | $8.17 | 16,093.30 |
| 1378613 | Velocity Express to Georgetown Law Library and<br>McKenna Long on 10/15<br>From Velocity Express              002986<br>AUDIT * AP-0074,143:0005  Date: 10/29/02 | E | 10/29/2002 | 0999 | C&D | $16.34 | $16.34 | 16,109.64 |
| 1378797 | Long Distance-Equitrac In-House | E | 10/29/2002 | 0999 | C&D | $2.39 | $2.39 | 16,112.03 |
| 1378857 | Equitrac - Photocopy charges | E | 10/29/2002 | 0999 | C&D | $32.70 | $32.70 | 16,144.73 |
| 1378858 | Xeroxing | E | 10/29/2002 | 0999 | C&D | $120.00 | $120.00 | 16,264.73 |
| 1378859 | Equitrac - Photocopy charges | E | 10/29/2002 | 0999 | C&D | $4.80 | $4.80 | 16,269.53 |
| 1378860 | Equitrac - Photocopy charges | E | 10/29/2002 | 0999 | C&D | $1.20 | $1.20 | 16,270.73 |
| 1378861 | Equitrac - Photocopy charges | E | 10/29/2002 | 0999 | C&D | $4.80 | $4.80 | 16,275.53 |
| 1378862 | Equitrac - Postage | E | 10/29/2002 | 0999 | C&D | $5.55 | $5.55 | 16,281.08 |
| 1378863 | Telecopier/Equitrac | E | 10/29/2002 | 0999 | C&D | $8.40 | $8.40 | 16,289.48 |
| 1379620 | Long Distance-Equitrac In-House | E | 10/30/2002 | 0999 | C&D | $0.16 | $0.16 | 16,289.64 |
| 1379668 | Equitrac - Photocopy charges | E | 10/30/2002 | 0999 | C&D | $8.25 | $8.25 | 16,297.89 |
| 1379669 | Equitrac - Photocopy charges | E | 10/30/2002 | 0999 | C&D | $0.30 | $0.30 | 16,298.19 |
| 1379670 | Equitrac - Photocopy charges | E | 10/30/2002 | 0999 | C&D | $2.40 | $2.40 | 16,300.59 |
| 1379671 | Equitrac - Fax charges | E | 10/30/2002 | 0999 | C&D | $0.60 | $0.60 | 16,301.19 |
| 1378711 | NYO Long Distance Telephone -Long distance call<br>made in the month of October. | E | 10/30/2002 | 0999 | C&D | $1.40 | $1.40 | 16,302.59 |
| 1378712 | NYO Long Distance Telephone-Long distance call<br>made in the month of October | E | 10/30/2002 | 0999 | C&D | $1.36 | $1.36 | 16,303.95 |
| 1378713 | NYO Long Distance Telephone-Long distance call<br>made in the month of October | E | 10/30/2002 | 0999 | C&D | $1.22 | $1.22 | 16,305.17 |
| 1378714 | NYO Long Distance Telephone-Long distance call<br>made in the month of October | E | 10/30/2002 | 0999 | C&D | $2.15 | $2.15 | 16,307.32 |
| 1378715 | NYO Long Distance Telephone-Long distance call<br>made in the month of Ocotber | E | 10/30/2002 | 0999 | C&D | $3.37 | $3.37 | 16,310.69 |
| 1378716 | NYO Long Distance Telephone-Long distance call<br>made in the month of October | E | 10/30/2002 | 0999 | C&D | $7.41 | $7.41 | 16,318.10 |
| 1378717 | NYO Long Distance Telephone-Long distance call<br>made in the month of October | E | 10/30/2002 | 0999 | C&D | $4.13 | $4.13 | 16,322.23 |
| 1378718 | NYO Long Distance Telephone-Long distance | E | 10/30/2002 | 0999 | C&D | $273.68 | $273.68 | 16,595.91 |

{0006556:1 }

Client Number:  4642    Grace Asbestos Personal Injury Claimants

Matter     000          Disbursements

Page:

November 18, 2002

Attn:                                                                                    Invoice #

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | conference call made in the month of October | | | | | | |
| 1378749 | Federal Express delivery to M. Eskin on 10/23<br>From Federal Express          002001<br>AUDIT * AP-0074,204:0006  Date: 10/30/02 | E | 10/30/2002 | 0999 | C&D | $2.77 | $2.77 | 16,598.68 |
| 1378756 | Federal Express delivery to M. Eskin on 10/21<br>From Federal Express          002001<br>AUDIT * AP-0074,204:0013  Date: 10/30/02 | E | 10/30/2002 | 0999 | C&D | $5.33 | $5.33 | 16,604.01 |
| 1378757 | Federal Express delivery to E. Warren on 10/21<br>From Federal Express          002001<br>AUDIT * AP-0074,204:0014  Date: 10/30/02 | E | 10/30/2002 | 0999 | C&D | $5.89 | $5.89 | 16,609.90 |
| 1378764 | Federal Express delivery to E. Warren on 10/220<br>From Federal Express          002001<br>AUDIT * AP-0074,204:0021  Date: 10/30/02 | E | 10/30/2002 | 0999 | C&D | $5.90 | $5.90 | 16,615.80 |
| 1380183 | Database Research-Westlaw research by JPC on<br>10/21-25 | E | 10/31/2002 | 0999 | C&D | $1,113.92 | $1,113.92 | 17,729.72 |
| 1380184 | Database Research-Westlaw research by MCH on<br>10/25 | E | 10/31/2002 | 0999 | C&D | $62.84 | $62.84 | 17,792.56 |
| 1380185 | Database Research-Westlaw research by MCH on<br>10/23 | E | 10/31/2002 | 0999 | C&D | $112.44 | $112.44 | 17,905.00 |
| 1380508 | Equitrac - Photocopy charges | E | 10/31/2002 | 0999 | C&D | $1.80 | $1.80 | 17,906.80 |
| 1380509 | Xeroxing | E | 10/31/2002 | 0999 | C&D | $46.35 | $46.35 | 17,953.15 |
| 1380510 | Xeroxing | E | 10/31/2002 | 0999 | C&D | $59.25 | $59.25 | 18,012.40 |
| 1380511 | Equitrac - Photocopy charges | E | 10/31/2002 | 0999 | C&D | $1.20 | $1.20 | 18,013.60 |
| 1380512 | Equitrac - Photocopy charges | E | 10/31/2002 | 0999 | C&D | $1.65 | $1.65 | 18,015.25 |
| 1380674 | Long Distance Charges-Credit Cards-Long<br>distance call made in the month of August | E | 10/31/2002 | 0999 | C&D | $1.53 | $1.53 | 18,016.78 |
| 1380675 | Long Distance Charges-Credit Cards-Long<br>distance call made in the month of Sept | E | 10/31/2002 | 0999 | C&D | $15.69 | $15.69 | 18,032.47 |
| 1381399 | Postage from NY office in October | E | 10/31/2002 | 0999 | C&D | $4.25 | $4.25 | 18,036.72 |

**Total Expenses**                                                                  **$18,036.72**      **$18,036.72**

Matter Total Fees                                              0.00            0.00

Matter Total Expenses                                     18,036.72      18,036.72

Matter Total                                                 18,036.72      18,036.72

Prebill Total Fees

Prebill Total Expenses                                    $18,036.72     $18,036.72

Prebill Total                                              $18,036.72     $18,036.72

{D0006556:1 }

**Client Number:  4642**    **Grace Asbestos Personal Injury Claimants**                                                    Page:

**Matter      000**    **Disbursements**                                                                    November 18, 2002

Attn:                                                                                                          Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 33,035 | 08/15/2001 | 83,781.00 | 16,756.20 |
| 33,284 | 09/14/2001 | 32,159.00 | 6,431.80 |
| 33,688 | 10/20/2001 | 30,007.39 | 30,007.39 |
| 34,006 | 11/21/2001 | 14,570.50 | 2,914.10 |
| 36,043 | 05/25/2002 | 120,565.75 | 24,113.15 |
| 36,328 | 06/25/2002 | 109,667.00 | 21,933.40 |
| 36,593 | 07/26/2002 | 121,163.25 | 24,232.65 |
| 36,950 | 08/22/2002 | 231,722.75 | 46,344.55 |
| 37,073 | 09/17/2002 | 100,755.00 | 20,151.00 |
| 37,074 | 09/17/2002 | 25,377.50 | 5,075.50 |
| 37,076 | 09/17/2002 | 56,737.59 | 56,737.59 |
| 37,197 | 09/25/2002 | 271,328.96 | 271,328.96 |
| 37,497 | 10/24/2002 | 101,024.17 | 101,024.17 |
| 37,665 | 10/31/2002 | 153,308.00 | 153,308.00 |
| | | 1,452,167.86 | 780,358.46 |

{D0006556:1 }