IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: December 24, 2002 @ 4:00 p.m.** |

**SIXTEENTH MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIALCOMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $13,730.40 (80% of $17,163.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $16,723.93 |

This is a: __**X**__ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0006564:1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | Pending | Pending |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | Pending | Pending |
| 10/1/02 | 8/1/02 through 8/30/02 | $14,526.40 (80% of $18,158.00) | $2,550.58 | Pending | Pending |
| 10/31/02 | 9/1/02 through 9/30/02 | $10,077.60 (80% of $12,597.00) | $633.53 | | |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD OCTOBER 1, 2002 THROUGH
OCTOBER 31, 2002**
<u>**CAMPBELL & LEVINE, LLC-DELAWARE**</u>

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Mark T. Hurford (MTH), Associate, since 2002 | 31.10 | $265.00 | $8,241.50 |
| Aileen F. Maguire (AFM), Associate, since 2002 | 9.20 | $200.00 | $1,840.00 |
| Marla R. Eskin (MRE), Associate, since 2002 | 17.60 | $275.00 | $2,090.00 |

| Kathleen J. Campbell (KJC), Legal Assistant, since 2002 | 1.20 | $95.00 | $114.00 |
|---|---|---|---|
| Dylan A. Davis (DAD), Legal Assistant, since 2002 | 7.10 | $95.00 | $674.50 |
| Marnie L. Powell (MLP), Legal Assistant, since 2002 | 8.80 | $90.00 | $792.00 |
| **Total/average** | **65.00** | | **$13,752.00** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD OCTOBER 1, 2002 THROUGH
OCTOBER 31, 2002
<u>CAMPBELL & LEVINE, LLC-PITTSBURGH</u>**

| **Name, Position, Years in Position** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 3.0 | $350.00 | 1,050.00 |
| Philip E. Milch (PEM), Member, since 1991 | 8.40 | $265.00 | $2,226.00 |
| Michele Kennedy (MK), Paralegal, since 1999 | 1.50 | $90.00 | $135.00 |
| **Total/average** | **12.90** | | **$3,411.00** |
| **Delaware and Pittsburgh Total/average** | **77.90** | | **$17,163.00** |

**<u>COMPENSATION SUMMARY BY PROJECT CATEGORY</u>**

| **Project Category** | **Total Hours for the Period 09/01/02 through 9/30/02** | **Total Fees for the Period 09/01/02 through 09/30/02** |
|---|---|---|
| Asset Analysis and Recovery | 0.10 | $0.00 |
| Asset Disposition | 0.00 | $186.50 |
| Business Operations | 0.00 | $27.50 |
| Case Administration | 0.00 | $107.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0.10 | $26.50 |

| | | |
|---|---:|---:|
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0.10 | $26.50 |
| Committee Administration | | $3,926.50 |
| Employee Benefits/Pension | 1.40 | $821.50 |
| Employment Applications | 0.00 | $0.00 |
| Employment Objections | 0.00 | $0.00 |
| Fee Applications (applicant) | | $2,276.00 |
| Fee Applications (others) | | $3,046.00 |
| Financing | 0.00 | $0.00 |
| Hearings | 3.00 | $153.50 |
| Litigation | 10.80 | $3,556.00 |
| Plan and Disclosure Statement | 0.10 | $105.00 |
| Relief from Stay Proceedings | 0.60 | $506.50 |
| Tax Issues | | $0.00 |
| Tax Litigation | | $2,344.00 |
| Valuation | 0.00 | $0.00 |
| ZAI Science Trial | 2.20 | $54.00 |
| **Grand totals** | **61.20** | **$17,163.00** |
| | | |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period October 1, 2002 through October 31, 2002 |
|---|---|---|
| In-House Reproduction ($.10 per copy) | | $26.15 |
| Outside Reproduction & Courier Service | Ikon Document Solutions | $12,531.87 |
| Facsimile ($0.50 per page) | | $358.00 |
| Document Retrieval/Deliveries | Parcels, Inc. | $1,953.16 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | | $0.00 |
| Postage | | $0.00 |
| PACER | | $59.64 |
| Research | Westlaw | $10.57 |
| Overnight Courier | Federal Express | $18.54 |
| **Total:** | | **$14,957.93** |

CAMPBELL & LEVINE, LLC

/s/ Aileen F. Maguire
Aileen F. Maguire (I.D. #3756)
800 N. King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: December 3, 2002

{D0006564:1}                    5