Date: 11/19/02          Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 1


            W. R. Grace, Inc. % Elihu Inselbuch
            Caplin & Drysdale
            399 Park Avenue, 27th Floor
            New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
 10/17/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2   100.00
 #1506     meeting Relles re: discuss next steps         500.00

 10/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.2    66.00
 #1710     meeting Peterson re: discuss next steps        330.00

Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
 10/09/02  Relles    / (11) Fee Applications, Applicant       1.0    330.00
 #1707     construct bills                                  330.00

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 3

            W. R. Grace (continued)


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/01/02  Brauner   / (14) Hearings                    2.1      388.50
#1901     revise Powerpoint graphics according to Peterson and 185.00
          Relles specifications

10/01/02  Peterson  / (14) Hearings                    1.0      500.00
#1501     telephone Relles (several re: revisions to charts  500.00

10/01/02  Peterson  / (14) Hearings                    1.6      800.00
#1502     Review reports and analysis to prepare      500.00
          demonstratives

10/01/02  Relles    / (14) Hearings                    1.9      627.00
#1701     review and revise charts; telephone Peterson  330.00
          (several, 1.0) re: revisions

10/02/02  Peterson  / (14) Hearings                    1.0      500.00
#1503     Telephone Relles (several) re: preparation of  500.00
          exhibits for hearing

10/02/02  Peterson  / (14) Hearings                    2.7     1350.00
#1504     Review and modify exhibits                  500.00

10/02/02  Relles    / (14) Hearings                    1.0      330.00
#1702     Telephone Peterson (several) re: preparation of  330.00
          exhibits for hearing

10/02/02  Relles    / (14) Hearings                    1.4      462.00
#1703     additional chart revisions                  330.00

10/05/02  Brauner   / (14) Hearings                    1.7      314.50
#1902     prepare several additional graphics         185.00

10/05/02  Relles    / (14) Hearings                    1.0      330.00
#1704     prepare additional graphics                 330.00

10/06/02  Brauner   / (14) Hearings                    2.5      462.50
#1903     prepare several additional graphics         185.00

10/06/02  Peterson  / (14) Hearings                    3.2     1600.00
#1505     Review and modify demonstrative exhibits; telephone 500.00
          Relles to discuss (1.3)
```

{D0006580:1 }

Date: 11/19/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
10/06/02  Relles   / (14) Hearings                            3.2   1056.00
#1706     produce additional graphics, display moratorium   330.00
          effects; telephone Peterson (several, 1.3) re:
          revisions

10/11/02  Relles   / (14) Hearings                            0.2     66.00
#1708     status of case, testimony                         330.00

10/21/02  Peterson  / (14) Hearings                           2.0   1000.00
#1507     Review Peterson deposition                         500.00

10/29/02  Peterson  / (14) Hearings                           2.0   1000.00
#1508     Telephone Finch and Swett re: deposition transcript 500.00
          (.1); edit transcript for errors

10/30/02  Peterson  / (14) Hearings                           0.5    250.00
#1509     Prepare for Swett telephone call; review documents 500.00

10/30/02  Peterson  / (14) Hearings                           2.4   1200.00
#1510     Review and make corrections to deposition          500.00

10/31/02  Peterson  / (14) Hearings                           1.1    550.00
#1511     Draft memo to Swett re: analysis of WRG data       500.00

10/31/02  Peterson  / (14) Hearings                           1.7    850.00
#1512     Review and make corrections to deposition          500.00

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 5

                    W. R. Grace (continued)


Date/Slip# Description                          HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
 10/05/02  Relles   / (28) Data Analysis              0.3     99.00
 #1705     back up and archive programs           330.00

 10/11/02  Relles   / (28) Data Analysis              0.3     99.00
 #1709     download and scan ARPC 1999 and 2000 analysis  330.00
           databases

 10/26/02  Brelsford / (28) Data Analysis             0.3     60.00
 #2201     organize and archive data files and email  200.00
-------------------------------------------------------------------------
```

{D0006580:1 }

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 6

                   W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                     October 2002 - October 2002


MONTH        ACTIVITY                                    HOURS    AMOUNT
           ----------------------------------------------------------------
October    - (05) Claims Anal Objectn/Resolutn (Asbest)   0.4    166.00
October    - (11) Fee Applications, Applicant             1.0    330.00
October    - (14) Hearings                               34.2  13636.50
October    - (28) Data Analysis                           0.9    258.00
October    - (99) Total                                  36.5  14390.50


Total      - (05) Claims Anal Objectn/Resolutn (Asbest)   0.4    166.00
Total      - (11) Fee Applications, Applicant             1.0    330.00
Total      - (14) Hearings                               34.2  13636.50
Total      - (28) Data Analysis                           0.9    258.00
Total      - (99) Total                                  36.5  14390.50


--------------------------------------------------------------------------------
```

{D0006580:1 }

Date: 11/19/02          Legal Analysis Systems, Inc.
Time: 7:00am                                              Page 7

                    W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                      October 2002 - October 2002

MONTH        PERSON                              HOURS    AMOUNT
         -----------------------------------------------------------
October    - Relles                              10.5    3465.00
October    - Peterson                            19.4    9700.00
October    - Brauner                              6.3    1165.50
October    - Brelsford                            0.3      60.00
October    - Total                               36.5   14390.50

Total      - Relles                              10.5    3465.00
Total      - Peterson                            19.4    9700.00
Total      - Brauner                              6.3    1165.50
Total      - Brelsford                            0.3      60.00
Total      - Total                               36.5   14390.50

--------------------------------------------------------------------------------

{D0006580:1 }

```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                    Page 8

               W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                    October 2002 - October 2002


MONTH       PERSON                        HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

October    - Relles                        0.2   330.     66.00
October    - Peterson                      0.2   500.    100.00

(11) Fee Applications, Applicant

October    - Relles                        1.0   330.    330.00

(14) Hearings

October    - Relles                        8.7   330.   2871.00
October    - Peterson                     19.2   500.   9600.00
October    - Brauner                       6.3   185.   1165.50

(28) Data Analysis

October    - Relles                        0.6   330.    198.00
October    - Brelsford                     0.3   200.     60.00

--------------------------------------------------------------------------------
```