IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 2938** |

**CERTIFICATION OF NO OBJECTION REGARDING THE SIXTH INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2002 THROUGH SEPTEMBER 30, 2002
(DOCKET NO. 2938)**

I, Aileen F. Maguire, a member of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on November 5, 2002 a sixth interim application ("Application") [Docket No. 2938] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before November 25, 2002. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Administrative Order, upon the filing of this

{D0006601:1 }

Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale the fees and expenses requested in the Application.

              CAPLIN & DRYSDALE, CHARTERED
              Elihu Inselbuch
              399 Park Avenue
              New York, NY  10022
              (212) 319-7125

                 -and-

              CAPLIN & DRYSDALE, CHARTERED
              Peter Van N. Lockwood
              One Thomas Circle, N.W.
              Washington, D.C.  20005
              (202) 862-5000

                 - and -

              CAMPBELL & LEVINE, LLC


              /s/ Aileen F. Maguire
              Aileen F. Maguire (I.D. #3756)
              800 North King Street
              Suite 300
              Wilmington, DE  19899
              (302) 426-1900

              Counsel for the Official Committee
                of Asbestos Personal Injury Claimants

Dated: December 4, 2002