## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 26, 2002 |
| | | Hearing Date: TBD only if necessary |

### SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

Name of Applicant:        Lukins & Annis, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment:       July 22, 2002

Period for which compensation and
Reimbursement is sought:     October 1, 2002 through
              October 31, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:     $ 24,143.00

Amount of Expenses Reimbursement:  $    728.96

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 through 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |

This is the second Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 58.40 | $20,498.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 2.50 | $300.00 |
| TOTALS | | | | | 60.90 | $20,798.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 22.30 | $3,345.00 |
| TOTALS | | | | | 22.30 | $3,345.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel--Non-working | 6.00 Hours | $ 1,110.00 |
| 22-ZAI Science Trial | 77.20 Hours | $23,033.00 |
| TOTALS | 83.20 Hours | $24,143.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $   111.89 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $   1.52 |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $   9.30 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | $   132.00 |
| Air Travel Expense | $   197.50 |
| Taxi Expense | $   100.00 |
| Mileage Expense | |
| Travel Meals | $   24.17 |
| Parking | $   8.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | $   111.50 |
| Other (Explain) (Supplies for ZAI testing) | $   32.58 |
| Total: | $   728.96 |

Dated: Wilmington, Delaware
        November 15, 2002

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

    /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
 300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

And

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**FEE DETAIL FOR VERIFIED APPLICATION OF
LUKINS & ANNIS, P.S., FOR THE PERIOD FROM
OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

# TIME REPORT

Lukins & Annis, P.S.

Time Period 10/01/2002 - 10/31/2002

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
| 10/01/02 | KLB | Attempted telephone calls to Atlantic Mortgage regarding access to Ralph Busch foreclosed home (.20); research which Washington agency has enforcement powers over WAC violations (regarding PEL asbestos limits), pull WAC on PEL, and office conference with Darrell W. Scott regarding same (.80). | 1.00 | $ 150.00 | $ 150.00 |
| 10/01/02 | DWS | Phone call to consulting expert regarding preservation of evidence (.30); phone call from consultant regarding logistics of testing and preservation of evidence (.50); phone call to Department of Labor and Industries regarding PEL standards (.30); draft email to Rob Turkewitz regarding same (.10); phone call to Olympia Department of Labor and Industries regarding applicability of PEL standards (.20); phone call to owner of additional test site regarding testing (.40); conference with Rob Turkewitz regarding ZAI trial preparation and strategies (1.50). | 3.30 | $ 370.00 | $ 1,221.00 |
| 10/02/02 | KLB | Telephone calls from and to consulting expert's assistant regarding visit to Seattle/Spokane (.30); telephone calls to and from homeowners in Seattle area to arrange times for inspection and dust testing of homes (1.50); reschedule homes due to missed flight by expert (.70); telephone calls to and from Atlantic Mortgage and Golden Feather Realty (HUD realtor) regarding access to former Ralph Busch home for purposes of testing and removal of Zonolite (.50); prepare letter to Golden Feather Realty detailing request (per request to provide information to government) (1.0). | 4.00 | $ 150.00 | $ 600.00 |
| 10/02/02 | DWS | Phone conference with Zonolite Attic Insulation experts regarding protocol and logistics for Spokane testing (1.50); phone conference with consulting expert regarding arrangements for dust testing at additional sites (.30); work regarding arrangements for Seattle and Tacoma testing (.50); phone call from Rob Turkewitz regarding same (.10); meeting with paralegal | 3.50 | $ 370.00 | $ 1,295.00 |

|          |     | regarding efforts to obtain access to ZAI claimants' homes (.20); draft letter to HUD representative regarding same (.20); preparations for Seattle/Tacoma inspections (.50); phone call to and from Rob Turkewitz regarding arrangements for inspections (.20). |      |    |        |    |          |
|----------|-----|------|------|----|--------|----|----------|
| 10/03/02 | KLB | Further communications in attempt to gain access to Ralph Busch former home for inspection by expert (.25); revisions to letter to Golden Feather Realty regarding testing of Busch home and email same to VP Mike Meyer (.25); work on scheduling Spokane homes for inspection by consulting expert (.50). | 1.00 | $ | 150.00 | $ | 150.00 |
| 10/03/02 | DWS | Travel to Seattle and return (billed at half rate). | 3.00 | $ | 185.00 | $ | 555.00 |
| 10/03/02 | DWS | Meeting with expert (.50); inspect Tacoma home (1.50); inspect Manchester home (1.50); inspect Seattle home (1.50). | 5.00 | $ | 370.00 | $ | 1,850.00 |
| 10/04/02 | DWS | Phone call from Rob Turkewitz regarding results of home inspections (.80); draft memorandum regarding site visitations and home histories (.40). | 1.20 | $ | 370.00 | $ | 444.00 |
| 10/08/02 | DWS | Travel to Moscow, Idaho and return (billed at half rate). | 3.00 | $ | 185.00 | $ | 555.00 |
| 10/08/02 | DWS | Meeting with homeowner regarding Zonolite Attic Insulation testing, potential scientific testing in home, and logistics for relocation of occupants and issues related to ZAI science trial. | 3.00 | $ | 370.00 | $ | 1,110.00 |
| 10/09/02 | DWS | Phone call from Rob Turkewitz regarding retention of local abatement contractor (.10); phone call to abatement contractor regarding potential testing (.20); phone call to Rob Turkewitz regarding same (.10). | 0.40 | $ | 370.00 | $ | 148.00 |
| 10/14/02 | DWS | Conference with Rob Turkewitz regarding status of testing protocol and logistics for Spokane testing (.30); phone conference with Marco Barbanti regarding relocation of tenants and testing logistics (.40); finalize letter to ZAI Claimant regarding same (.20); phone call to consultant regarding potential home renovation expert (.40); phone call from Rob Turkewitz regarding subpoena of A.D. Little documents (.20); phone call from Department of Labor & | 1.90 | $ | 370.00 | $ | 703.00 |

|          |     | Industries regarding applicability of PEL to non-ACM materials (.40). | | | | | |

| 10/15/02 | KLB | Office conference with Darrell W. Scott regarding Subpoena to A.D. Little (.10); internet research regarding Arthur D. Little company information and bankruptcy status (.25); review Bankruptcy rules and federal rules on deposition subpoenas (.20); memo to Darrell W. Scott regarding Subpoena logistics (.20). | 0.75 | $ | 150.00 | $ | 112.50 |

| 10/15/02 | DWS | Work regarding preparation of subpoena of A.D. Little records and meeting with paralegal regarding same (.50); study dust results (.70); conference regarding necessity of filing proofs of claim regarding Zonolite Attic Insulation science trial test sites (.30); work on draft of ZAI Claimant's Proof of Claim (1.20); phone conference with Rob Turkewitz regarding testing issues (.70). | 3.40 | $ | 370.00 | $ | 1,258.00 |

| 10/16/02 | DWS | Phone call to Marco Barbanti regarding preparations for November testing (.30); review and revise ZAI Claimant's Proof of Claim (.70); phone call to Rob Turkewitz regarding logistics for November testing (.60); complete ZAI Claimant's Proof of Claim (.80). | 2.40 | $ | 370.00 | $ | 888.00 |

| 10/17/02 | KLB | Draft Subpoena Duces Tecum to Arthur D. Little, Inc. for records relating to W.R. Grace testing/project (1.50); draft Notice of Subpoena (.50); prepare detailed memo regarding telephone conversation with ZAI claimants (.50); review Dr. Yang deposition for information on Arthur D. Little (.75); office conference with Darrell W. Scott regarding Subpoena (.25). | 3.50 | $ | 150.00 | $ | 525.00 |

| 10/17/02 | DWS | Review and respond to email regarding ZAI Claimant's exposures and followup (.50); draft memorandum to Rob Turkewitz regarding additional Zonolite Attic Insulation property contamination and physical injury incident as component of science trial (.50); finalize draft of ZAI Claimant's Proof of Claim (.60); work on draft of additional ZAI Claimant's Proof of Claim (1.60); draft letter to Marco Barbanti regarding testing protocol and logistics (.50); phone call to consultant regarding potential renovation expert (.50); | 4.50 | $ | 370.00 | $ | 1,665.00 |

review and revise subpoena to A.D. Little (.30).

| 10/18/02 | KLB | Telephone call to Jeniene at Tom Sobol's office regarding service of Subpoena on Arthur D. Little (.10); memo regarding same (.15). | 0.25 | $ | 150.00 | $ | 37.50 |
|---|---|---|---|---|---|---|---|
| 10/18/02 | DWS | Phone call with ZAI Claimant regarding potential testing in home and logistics regarding same (.30); draft memorandum regarding same (.10); phone call to Rob Turkewitz regarding test results (.30); phone call to consulting expert regarding same (.30); phone conference with Rob Turkewitz regarding testing protocol (.50); phone conference with expert regarding analysis of renovation/remodeling activities (.40). | 1.90 | $ | 370.00 | $ | 703.00 |
| 10/18/02 | DWS | Phone call from consulting expert regarding interpretation of dust samples and issues regarding scope of expert witness opinions (.20); draft letters to each claimant regarding interpretation of results (.30). | 0.50 | $ | 370.00 | $ | 185.00 |
| 10/21/02 | DWS | Final review of Idaho Proof of Claim (.30); draft letter to ZAI Claimant regarding same (.30); draft letter to Rob Turkewitz regarding same (.20); final review for signature of letters to testing claimants regarding interpretation of results (.30); review Washington Department of Labor and Industries letter and supporting materials regarding applicability of PEL and EL to Zonolite Attic Insulation exposure levels (.60); phone call from ZAI Claimant regarding arrangements for testing (.40); phone call from Rob Turkewitz regarding research questions (.30). | 2.40 | $ | 370.00 | $ | 888.00 |
| 10/22/02 | KLB | Telephone calls to Golden Feather Realty and Atlantic Mortgage inquiring on status of access to former Ralph Busch home for purposes of testing/removal (.25); Internet research regarding asbestos abatement companies, Marcor and Pacific Environmental, regarding whether they have offices in Washington state (.50); obtain listing of certified Asbestos Abatement Contractors from Washington Department of Labor & Industries (.25). | 1.00 | $ | 150.00 | $ | 150.00 |
| 10/22/02 | DWS | Phone call from ZAI Claimant regarding testing arrangements and filing of Proof of Claim (.30); prepare Proof of Claim materials for Rob | 2.30 | $ | 370.00 | $ | 851.00 |

|          |      | Turkewitz (.40); communications with Ed Westbrook and Rob Turkewitz regarding testing arrangements (.80); phone call to consulting expert regarding coordination with occupants of testing home (.40); prepare memorandum to consulting expert regarding logistics for scientific testing (.40). |      |    |        |    |          |
|----------|------|------|------|----|--------|----|----------|
| 10/23/02 | KLB  | Legal research regarding Washington asbestos statutes and code provisions. | 0.30 | $ | 150.00 | $ | 45.00 |
| 10/23/02 | DWS  | Phone call to local abatement contractor regarding logistical support for testing (.30); phone conference with Rob Turkewitz regarding same (.80); phone call to ZAI Claimant regarding Proof of Claim (.20); phone call with consulting expert regarding coordination of workers and homeowners regarding Spokane testing (.20); followup phone call from Rob Turkewitz regarding retention of asbestos support company (.30); review Daubert opinion regarding indirect method (.20); phone call from Rob Turkewitz regarding testing methodologies (.10). | 2.10 | $ | 370.00 | $ | 777.00 |
| 10/24/02 | KLB  | Telephone calls to and from HUD mortgage company (Mike Myer and Golden Feather Realty) and to AMRO Mortgage (original mortgage holder conveying property to HUD) in attempt to gain access to former Ralph Busch property for purposes of testing (.30); office conference with Darrell W. Scott regarding same (.20). | 0.50 | $ | 150.00 | $ | 75.00 |
| 10/24/02 | DWS  | Phone call from Rob Turkewitz regarding testing protocol (.30); phone conference with expert regarding logistical support in Spokane, scheduling of testing activities and communications with homeowners (.40); work regarding communications with homeowners regarding alternative housing/security during testing (1.40); review and revise multiple Proof of Claims of ZAI Claimants (1.10); phone call to and from Rob Turkewitz regarding testing issues (1.20). | 4.40 | $ | 370.00 | $ | 1,628.00 |
| 10/25/02 | KLB  | Telephone calls to and from homeowners to discuss logistics of testing/removal by expert (.80); telephone call to Mike Myer regarding access to former Ralph Busch home for purposes of testing (.20); update witness database (.50). | 1.50 | $ | 150.00 | $ | 225.00 |

| 10/25/02 | DWS | Finalize Proof of Claim of ZAI Claimant (.20); finalize Proof of Claim of additional ZAI Claimant (.20); review and revise Proof of Claim from Montana EPA test sited (.30); phone call from ZAI Claimant regarding testing and Proof of Claim (.20); phone call from Rob Turkewitz regarding testing arrangements (.20). | 1.10 | $ | 370.00 | $ | 407.00 |
| 10/28/02 | KLB | Telephone call from and to Mike Myer at Golden Feather Realty regarding gaining access to former Ralph Busch home for purposes of testing and removal of Zonolite (.20); telephone call from subcontractor for Golden Feather regarding obtaining key and instructions on sign-in when accessing home (.25); prepare memo to Darrell W. Scott providing summary of Ralph Busch home (when built, attic access information, etc.) and email same to special counsel (1.25); review photographs taken of Zonolite in attic and email same to Darrell W. Scott and Ed Westbrook and Rob Turkewitz (.20); prepare details, maps and logistics regarding homes being testing by consulting expert for use by experts and testing team (1.70); telephone call from Marco Barbanti regarding Sharp property (.10); telephone call to and from ZAI Claimant regarding logistics of testing of Spokane Valley home (.30). | 4.00 | $ | 150.00 | $ | 600.00 |
| 10/28/02 | DWS | Conference with paralegal regarding access to Busch residence for testing (.60); phone conference with Rob Turkewitz regarding same (.20); phone call from Allan McGarvey regarding home renovation program and Zonolite Attic Insulation exposure (.30); phone conference with Rob Turkewitz and consulting expert regarding clearance testing and testing in Busch home (.40); phone conference with consultant regarding clearance testing of test sites (.50). | 2.00 | $ | 370.00 | $ | 740.00 |
| 10/29/02 | KLB | Telephone call from Bill Ewing at Compass Environmental regarding logistics of testing (.20); office conference with Darrell W. Scott regarding change in schedule to possibly exclude Moscow, Idaho home (.60); telephone call from ZAI Claimant regarding logistics of lodging during testing and time family can return to home (.20); work on preparation of test site expert notebooks, including summarization of relevant factual data relating to home and attic, | 1.50 | $ | 150.00 | $ | 225.00 |

location of homes (.50).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/29/02 | DWS | Phone conference with Ed Westbrook regarding final testing arrangements (.10); meeting with paralegal regarding final preparations of homes, arrival, and transportation of experts (.60). | 0.70 | $ | 370.00 | $ | 259.00 |
| 10/29/02 | KLB | Telephone call to ZAI Claimant regarding Proof of Claim. | 0.20 | $ | 150.00 | $ | 30.00 |
| 10/30/02 | KLB | Meeting with Darrell W. Scott and Kelly E. Konkright to discuss final logistics of testing to be performed by consulting expert and team. | 1.30 | $ | 150.00 | $ | 195.00 |
| 10/30/02 | KLB | Telephone calls from and to consulting experts regarding final logistics of testing to be performed in Spokane, WA and Moscow, ID (.20); prepare detailed itinerary per request by consulting expert and fax same for review and approval (.50); revisions to calendar of testing schedule (.10); email information to HUD Contractor (Deanco) providing them with details as to access into HUD home being tested in Spokane (.20). | 1.00 | $ | 150.00 | $ | 150.00 |
| 10/30/02 | DWS | Meeting with paralegal and associate regarding final arrangements for testing during week of November 4, access to homes, displacement of homeowners, housing, transportation, etc. (1.30); phone call from Rob Turkewitz regarding testing at ZAI Claimant's home (.50); phone conference with ZAI Claimant regarding renovation plans (.30); phone call to Rob Turkewitz regarding same (.10). | 2.20 | $ | 370.00 | $ | 814.00 |
| 10/30/02 | KEK | Meeting with Darrell W. Scott and Kristy Bergland regarding Zonolite testing. | 1.30 | $ | 120.00 | $ | 156.00 |
| 10/31/02 | KLB | Emails to and from Rob Turkewitz regarding former Busch (HUD) home relating to water being turned off (.25); finalize information to be provided to experts regarding testing schedule (.25). | 0.50 | $ | 150.00 | $ | 75.00 |
| 10/31/02 | DWS | Visit testing site; inspection of facilities in preparation for testing (2.60); meeting with paralegal regarding additional preparations (.40); review consulting expert's work proposal; phone call to consulting expert regarding same (.80); phone call to Rob | 4.20 | $ | 370.00 | $ | 1,554.00 |

|  |  | Turkewitz regarding Spokane testing (.10); review and revise fee and costs petition materials; work on accounting of fees and costs (.30). |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 10/31/02 | KEK | Inspect test site at 1512 W. 14th Avenue in preparation for next week's scientific testing. | 1.20 | $ | 120.00 | $ | 144.00 |

83.20                    $ 24,143.00

# COST REPORT

Lukins & Annis, P.S.

Time Period 10/01/2002 - 10/31/2002

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 8/26/2002 | Cab Fare-Darrell W. Scott for 8/26/02 Hearing in Wilmington, Delaware (posted 11/1/02) | $ 70.00 |
| 8/26/2002 | Meals-Darrell W. Scott at Taco Bell for 8/26/02 Hearing in Wilmington, Delaware (posted 11/1/02) | $ 2.39 |
| 8/26/2002 | Meals-Darrell W. Scott at Seattle's Best Coffee for 8/26/02 Hearing in Wilmington, Delaware (posted 11/1/02) | $ 2.24 |
| 10/01/02 | Long Distance Charges | $ 4.78 |
| 10/01/02 | Long Distance Charges | $ 0.48 |
| 10/01/02 | Long Distance Charges | $ 3.35 |
| 10/02/02 | Supplies for ZAI testing | $ 32.58 |
| 10/02/02 | Long Distance Charges | $ 0.95 |
| 10/02/02 | Long Distance Charges | $ 0.24 |
| 10/02/02 | Long Distance Charges | $ 3.35 |
| 10/02/02 | Long Distance Charges | $ 4.30 |
| 10/02/02 | Long Distance Charges | $ 0.95 |
| 10/02/02 | Long Distance Charges | $ 0.48 |
| 10/02/02 | Long Distance Charges | $ 2.38 |
| 10/02/02 | Long Distance Charges | $ 0.24 |
| 10/02/02 | Long Distance Charges | $ 0.95 |
| 10/02/02 | Long Distance Charges | $ 0.24 |
| 10/02/02 | Long Distance Charges | $ 0.24 |
| 10/03/02 | Long Distance Charges | $ 0.95 |
| 10/03/02 | Plane Fare-Darrell W. Scott for 10/3/02 meetings with ZAI Claimants | $ 172.50 |

| 10/03/02 | Plane Fare-Travel Agent fee for Darrell W. Scott for 10/3/02 meetings with ZAI Claimants | $ | 25.00 |
|---|---|---|---|
| 10/03/02 | Rental Car-Darrell W. Scott for 10/3/02 meeting with ZAI Claimant | $ | 132.00 |
| 10/03/02 | Parking-Darrell W. Scott for 10/3/02 meetings with ZAI Claimants | $ | 8.50 |
| 10/03/02 | Cab Fare-Darrell W. Scott for 10/3/02 meeting with additional ZAI Claimant | $ | 30.00 |
| 10/03/02 | Meals-Darrell W. Scott for 10/3/02 meetings with ZAI Claimants | $ | 9.27 |
| 10/03/02 | Meals-Darrell W. Scott for 10/3/02 meetings with ZAI Claimants | $ | 10.27 |
| 10/04/02 | Long Distance Charges | $ | 0.48 |
| 10/09/02 | Long Distance Charges | $ | 1.43 |
| 10/09/02 | Long Distance Charges | $ | 2.38 |
| 10/14/02 | Long Distance Charges | $ | 8.60 |
| 10/14/02 | Long Distance Charges | $ | 0.17 |
| 10/15/02 | Long Distance Charges | $ | 0.24 |
| 10/17/02 | Long Distance Charges | $ | 10.98 |
| 10/17/02 | Long Distance Charges | $ | 6.21 |
| 10/17/02 | Long Distance Charges | $ | 0.24 |
| 10/18/02 | Long Distance Charges | $ | 0.48 |
| 10/18/02 | Long Distance Charges | $ | 0.48 |
| 10/18/02 | Long Distance Charges | $ | 0.95 |
| 10/21/02 | Tape- Audiotape of Radio show regarding ZAI | $ | 16.50 |
| 10/21/02 | Long Distance Charges | $ | 0.48 |
| 10/22/02 | Long Distance Charges | $ | 0.95 |

| | | | |
|---|---|---|---|
| 10/22/02 | Long Distance Charges | $ | 0.48 |
| 10/22/02 | Long Distance Charges | $ | 1.43 |
| 10/23/02 | Photocopies (53) | $ | 7.95 |
| 10/23/02 | Long Distance Charges | $ | 11.46 |
| 10/23/02 | Long Distance Charges | $ | 2.86 |
| 10/24/02 | Long Distance Charges | $ | 0.48 |
| 10/24/02 | Long Distance Charges | $ | 0.95 |
| 10/24/02 | Long Distance Charges | $ | 0.48 |
| 10/25/02 | Postage | $ | 1.52 |
| 10/25/02 | Long Distance Charges | $ | 5.73 |
| 10/25/02 | Long Distance Charges | $ | 0.95 |
| 10/28/02 | Long Distance Charges | $ | 0.95 |
| 10/28/02 | Long Distance Charges | $ | 7.16 |
| 10/28/02 | Long Distance Charges | $ | 2.38 |
| 10/29/02 | Photocopies (2) | $ | 0.30 |
| 10/29/02 | Photocopies (6) | $ | 0.90 |
| 10/29/02 | Long Distance Charges | $ | 5.25 |
| 10/29/02 | Long Distance Charges | $ | 0.48 |
| 10/29/02 | Long Distance Charges | $ | 0.48 |
| 10/29/02 | Long Distance Charges | $ | 9.08 |
| 10/30/02 | Video-Duplication of ZAI testing videotapes | $ | 95.00 |
| 10/30/02 | Long Distance Charges | $ | 2.86 |
| 10/31/02 | Photocopies (1) | $ | 0.15 |
| 10/31/02 | Long Distance Charges | $ | 0.48 |

**TOTAL: $ 728.96**

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 17th day of December 2002.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-06

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 4, 2002, service

of the foregoing

- **Summary of the Verified Application of Lukins & Annis, P.S. For Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2002 through October 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
        December 4, 2002

/s/  William D. Sullivan
**WILLIAM D. SULLIVAN**

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

David B. Seigel, Esquire
Senior VP and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002