# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 26, 2002 |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE SECOND MONTHLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 163,682.00 |
| Amount of Expenses Reimbursement: | $ 35,319.00 |

This is a: X monthly __ quarterly application

Prior Application filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |

This is the second RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 85.8 | $50,667.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 115.0 | $45,000.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 80.7 | $21,385.5 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 54.6 | $13,104.00 |
| TOTALS | | | | | 336.1 | $130,157.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 12.1 | $1,512.50 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 117.1 | $14,637.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 61.0 | $7,625.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 16.6 | $2,075.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 14.5 | $1,087.50 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 62.9 | $4,717.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 17.0 | $1,870.00 |
| TOTALS | | | | | 301.2 | $33,525.00 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 24.0 | $4,550.00 |
| 20-Travel–Non-working | 9.7 | $3,015.00 |
| 22-ZAI Science Trial | 603.6 | $156,117.00 |
| TOTALS | 637.3 | $163,682.00 |

# 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating / Printing | $276.45 |
| Documentation Charge | |
| Courier Service | $959.00 |
| Outside Duplicating | $7,918.98 |
| Lodging | $1,142.91 |
| Parking | $60.00 |
| Air Travel Expense | $4,526.48 |
| Rail Travel Expense | |
| Taxi Expense | $177.70 |
| Mileage Expense | $5.48 |
| Travel Meals | $312.75 |
| General Expense (Document Scanning) | |
| Expert Services | $14,290.50 |
| Outgoing Faxes | $80.00 |
| Contract Labor | $5,568.75 |
| Total | $35,319.00 |

Dated: Wilmington, Delaware
December 4, 2002

ELZUFON, AUSTIN, REARDON, TARLOV & MONDELL, PA

_/s/ William D. Sullivan_
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

And

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
Fax: (843) 727-6688

Attorneys for ZAI CLAIMANTS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: W.R. GRACE & CO., et al., Debtors, | Chapter 11 Bankruptcy No. 01-01139 (JFK) (Jointly Administered) |
|---|---|

**FEE DETAIL FOR INTERIM FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC, FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

# Time report

**10/01/2002 - 10/31/2002**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/31/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>memo to Ed Westbrook re: fact witnesses for Science Trial (.8); conference with Property Damage team re: review of documents, issues and strategy (1.0); received and reviewed Ed Westbrook memos re: ZAI proceedings (4); review and revision of Zonolite issues list (.2); conference with Lizzie Kerrison and review of documents re: Grace employees (.2); conference with Ed Westbrook and Lizzie Kerrison re: Grace employees (.2); phone conversation re: contact with individuals with ZAI exposure (.5); phone conversation with counsel re: dust testing (.4); phone conversation re: testing of homes in Libby with ZAI (.8); completed review of vermiculite study and forwarded to numerous individuals (1); emails to and from Christy Berglund re: testing (.3); received and reviewed proposal for testing (.2); phone conversation with Darrell Scott re: testing (.1); phone conversations with Ian Jones re: review of documents (.2); phone conversation with expertre: ZAI testing (.5). | $400.00 | 6.80 | $2,720.00 |
| 10/31/2002<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L105<br>Attend ZAI meeting regarding issues to be entered in Concordance (1.) set up and review of Concordance database (2.) | $125.00 | 3.00 | $375.00 |

| | |
|---|---|
| **Grand Total:** | **$163,682.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$163,682.00** |
| **Total Hours/Report:** | **637.30** |
| **Count:** | **164** |

11/26/2002

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **10/01/2002** | | | | |
| 10/01/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117<br>Telephone conversation with expert re: status of testing (.3); Arranged conference call with experts (.3); Telephone conversation with co-counsel re: strategy for Zonolite Science Trial discovery and presentation (1.5); Conference with Ed Westbrook re: review of documents (.3); Telephone conversation with Matt Murphy re: status of copying and production of documents (.1); Received and reviewed letter from Matt Murphy re: billing and production of documents (.1); Dictated and finalzed letter to Matt Murphy re: production (.3); Conversation with Ed Westbrook regarding staffing needs (.8); Meeting with Bobby Wood regarding various legal issues, briefs, etc. (.3) | $400.00 | 4.00 | $1,600.00 |
| 10/01/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117<br>Reviewed and forwarded shipping bill for doc production to accounting for payment (.1); Phoned Conrad Paquette at Merrill and Angela at Casner & Edwards to confirm when to expect copies from document review (.3); Prepared and labeled boxes and folders for document organization (3.3) | $75.00 | 3.70 | $277.50 |
| 10/01/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117<br>Review information regarding computer programs for documents on discs (.2); work on organization matters (.7); discussions with Rob Turkewitz regarding staffing needs (.8); Conversation with Bobby Wood regarding research project and getting a law clerk involved (.1); conversation with Rob Turkewitz regarding review of documents (.3) | $650.00 | 2.10 | $1,365.00 |
| 10/01/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103<br>Review and analyze Grace documents. | $125.00 | 5.00 | $625.00 |
| 10/01/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103<br>Highlighting key excerpts from vermiculite documents for database input | $125.00 | 6.50 | $812.50 |
| 10/01/2002 bwood | 200106 0000 | Zonolite Science Trial | L117<br>Meeting with EJW regarding research issues (.1); Review EJW memo regarding property damage research (1.0); Discusion with RMT regarding briefs and files related to various legal issues (.3); legal research and review of briefs, cases and documents (4.5) | $240.00 | 5.90 | $1,416.00 |
| **Day:** | | **10/02/2002** | | | | |
| 10/02/2002 bwood | 200106 0000 | Zonolite Science Trial | L117<br>Legal research and review of cases and briefs (5.5); Discussion with Kim Carr regarding briefs (.3) | $240.00 | 5.80 | $1,392.00 |
| 10/02/2002 kcarr | 200106 0000 | Zonolite Science Trial | L117<br>Review notes and draft letter to Matt Murphy for Rob Turkewitz regarding obtaining copies of documents from repository (.5); Discussion with Bobby Wood regarding briefs (.3) | $125.00 | 0.80 | $100.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/02/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and analyze Grace documents | $125.00 | 5.00 | $625.00 |
| 10/02/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Conference call with experts, re: status of case (1.5); Conference call with Ed Westbrook, Darrell Scott, and expert re: testing (1.5); Conversation with Ed Westbrook regarding teting and strategy (.8) Received and reviewed fax from Jim Bentz re: computer program for index (.1); Conversation with Doug Camburn re: computer programs (.1); E-mail to Jim Bentz re: computer program for review of index (.1); Memo to Linda Hambleton re: organization of files (.5); Telephone conversation with potential expert re: medical issues relating to vermiculite (.5) | $400.00 | 5.10 | $2,040.00 |
| 10/02/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Conference call with Rob Turkewitz, Darrell Scott and experts regarding potential testing (1.5); conversation with Rob Turkewitz regarding strategy and testing (.8) planning for organization of Grace's documents into chronological order, discussions regarding same (.5); discussions regarding computer program needed to open Grace discs when received (.1); Review Grace documents (2.9) | $650.00 | 5.80 | $3,770.00 |
| **Day:** | | **10/03/2002** | | | | |
| 10/03/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 Telephone conversation with Rob Turkewitz re: organization of Grace materials for Science Trial (.3); Prepared and labeled boxes and folders for document organization (1.8); Organized plan for weekend document separation and organization (.5) | $75.00 | 2.60 | $195.00 |
| 10/03/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Memo regarding science issues (.4); review medical articles regarding tremolite issues (.5); work on document organization issues (.4); Conference call with Rob Turkewitz, Darrell Scott and other Zonolite counsel regarding status, discovery plans, document production, planning for trial (1.5); work on case planning (1) | $650.00 | 3.80 | $2,470.00 |
| 10/03/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L103 Received correspondence from Darrell Scott, reviewed scheduling and testing (.3); Received and reviewed correspondence from Allan McGarvey re: OSHA regs., reviewed OSHA regulation and forwarded email to Ed Westbrook re: issues raised by Allan McGarvey (1.0); Received and reviewed correspondence re: document review and organization of Zonolite documents, and forwarded to Linda Hambleton with comments (.3); Reviewed file on vermiculite testing and telephone conversation with expert re: Science issues and litigation against Grace (.3); telephone conversation with Linda Hambleton re: organization of Grace materials for Science Trial (.3); Conference call with Ed Westbrook and Darrell Scott regarding status, discovery plans, document production and trial planning (1.5) | $400.00 | 3.70 | $1,480.00 |
| 10/03/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Review memo regarding meeting (.3); legal research and review of cases and briefs regarding ZAI issues (6.0) | $240.00 | 6.30 | $1,512.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/03/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input | $125.00 | 2.00 | $250.00 |
| **Day:** | | **10/04/2002** | | | | |
| 10/04/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Legal research and review of cases and briefs regarding ZAI issues (6.0); discussion with Kim Carr regarding ordering copies of briefs from the court (.3) | $240.00 | 6.30 | $1,512.00 |
| 10/04/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 Meeting with Bobby Wood regarding ordering additional briefs from the court | $125.00 | 0.30 | $37.50 |
| 10/04/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Phone conversation with Darrell Scott regarding testing of homes with ZAI and scientific issues (.8); reviewed documents produced by Grace (1.5) | $400.00 | 2.30 | $920.00 |
| 10/04/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 10/04/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 Copied for Rob Turkewitz Grace materials, organized according to memo description, and forwarded to Rob Turkewitz (4.0) ; Filing and file organization (.1); Prepared memo with Zonolite attachments (1.8); Prepared conference room documents for document organization to take place over weekend (.8); Other preparation for weekend document organization (.2); Making copies of ZAI ads (2.8) | $75.00 | 9.70 | $727.50 |
| **Day:** | | **10/05/2002** | | | | |
| 10/05/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L140 supervised temp workers in organizing into chronological order, 30 bankers boxes full of documents (7.5); Made copies of ZAI documents for Rob Turkewitz (.2) | $75.00 | 7.70 | $577.50 |
| 10/05/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Attend document organization, speak to and direct document organizers (attended only part of review), reviewed selected documents picked out by reviewers (3.4); draft additional discovery based on information from documents reviewed (.3) | $650.00 | 3.70 | $2,405.00 |
| 10/05/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L103 Review Grace testing documents | $400.00 | 6.50 | $2,600.00 |
| **Day:** | | **10/07/2002** | | | | |
| 10/07/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Received and reviewed email correspondence regarding production of Grace computer index (.2); email to Jim Bentz regarding computer program for viewing index (.1) | $400.00 | 0.30 | $120.00 |

11/26/2002

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/07/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Phone conversation with research assistant regarding scope of work and issues (.5); legal research and case review regarding ZAI issues (6.5) | $240.00 | 7.00 | $1,680.00 |
| 10/07/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Review memos and check status of document organization (.2); review memos concerning computer program needed for document access (.1); discussions with Janet Bakst regarding September Hearing Transcript summary (.1); review memos dictated regarding Zonolite documents (.3) | $650.00 | 0.70 | $455.00 |
| 10/07/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L440 Made copies of ZAI documents for Rob Turkewitz (.3); Filing and file organization (.3) | $75.00 | 0.60 | $45.00 |
| 10/07/2002 jbakst | 200106 0000 | Zonolite Science Trial | L117 Review transcript and draft summary of July Omnibus Hearing (3); document review (3); conversation with Ed Westbrook regarding September hearing summary (.1) | $125.00 | 6.10 | $762.50 |

**Day: 10/08/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/08/2002 jbakst | 200106 0000 | Zonolite Science Trial | L107 Review transcript and draft page summary of August Omnibus Hearing (2.5); review Grace documents (3.5) | $125.00 | 6.00 | $750.00 |
| 10/08/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input | $125.00 | 6.50 | $812.50 |
| 10/08/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Reviewed Grace discovery file (.3); phone conversations with Matt Murphy regarding production of documents at Iron Mountain in Denver (.5); conference with Linda Hambleton regarding potential expert (.3); phone conversation with expert regarding disease from exposure to ZAI (.5); phone conversation with expert regrading status of science trial discovery (.3); phone conversation with expert regarding status of science trial discovery and issues (.5); phone conversation with expert regarding testing (.3); phone conversation with individual regarding use of ZAI (.5); phone conversation with expert's office regarding medical studies (.3); conversation with Ed Westbrook regarding science trial issues (.2) | $400.00 | 3.70 | $1,480.00 |
| 10/08/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L105 Conversation with Rob Turkewitz regarding issues | $650.00 | 0.20 | $130.00 |
| 10/08/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L105 Conversation with Rob Turkewitz regarding potential expert | $75.00 | 0.30 | $22.50 |

**Day: 10/09/2002**

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/09/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Traveling to Denver with Ed Westbrook for strategic meeting - this part of the trip not working (billed at half rate) | $200.00 | 1.00 | $200.00 |
| 10/09/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Traveling to Denver with Ed Westbrookfor strategic meeting and review of documents at Iron Mountain - this part of the trip was spent reviewing documents regarding dust testing and science issues. | $400.00 | 3.50 | $1,400.00 |
| 10/09/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L105 Attend strategy meeting regarding scientific and medical issues concerning ZAI | $400.00 | 6.00 | $2,400.00 |
| 10/09/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 10/09/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Traveling to Denver with Rob Turkewitz for strategic meeting - part of trip not working (billed at half rate) | $325.00 | 1.50 | $487.50 |
| 10/09/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Traveling to Denver with Rob Turkewitz for strategic meeting. This part of trip was spent reviewing Grace's documents, memos and briefing on dust testing from other cases. | $650.00 | 3.00 | $1,950.00 |
| 10/09/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L105 Attend strategic meeting regarding Grace's activities, testing and experts | $650.00 | 6.00 | $3,900.00 |

**Day: 10/10/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/10/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 10/10/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L103 Review memos regarding amphibole toxicity, fiber size and length issues. | $650.00 | 1.00 | $650.00 |
| 10/10/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L103 Review records at Iron Mountain Repository (3.0); phone conversations with Matt Murphy regarding production of indices for records at Iron Mountain (.3); review pleadings regarding science issues (2.5) | $400.00 | 5.80 | $2,320.00 |
| 10/10/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L117 Highlighting key excerpts from vermiculite documents for database input (5.5); draft memo regarding the Grace repository and boxes already reviewed (1.0) | $125.00 | 6.50 | $812.50 |

**Day: 10/11/2002**

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/11/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Traveling back to Charleston from Denver - this part of the trip not working (billed at half rate) | $200.00 | 4.00 | $800.00 |
| 10/11/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Traveling back to Charleston from Denver - this part of the trip was spent reviewing notes and discussion with Ed Westbrook regarding strategy | $400.00 | 1.20 | $480.00 |
| 10/11/2002 kcarr | 200106 0000 | Zonolite Science Trial | L103 Review Grace documents | $125.00 | 1.00 | $125.00 |
| 10/11/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 10/11/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Traveling back to Charleston from Denver. This part of trip was spent reviewing memoradum regarding fiber measurements, asbestos disease among exposed populations and issues regarding same and discussion with Rob Turkewitz regarding strategy | $650.00 | 2.00 | $1,300.00 |
| 10/11/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L116 Traveling back to Charleston from Denver. This part of trip not working on ZAI Science Trial issues, therefore billing at half rate. | $325.00 | 3.20 | $1,040.00 |

**Day: 10/12/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/12/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L140 Supervised temporary workers organizing documents for Science Trial. | $75.00 | 7.30 | $547.50 |
| 10/12/2002 chughes | 200106 0000 | Zonolite Science Trial | L103 Review Grace vermiculite documents | $125.00 | 5.00 | $625.00 |
| 10/12/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Received and reviewed expert reliance materials and conference with expert regarding testing | $400.00 | 2.50 | $1,000.00 |

**Day: 10/14/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/14/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 Attend ZAI status meeting | $125.00 | 0.50 | $62.50 |
| 10/14/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L105 conference with PD team re: status of discovery & strategy | $75.00 | 0.50 | $37.50 |
| 10/14/2002 bwood | 200106 0000 | Zonolite Science Trial | L105 Meeting with ZAI group regarding cd production from Grace, other vermiculite documents | $240.00 | 0.50 | $120.00 |

11/26/2002

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/14/2002 chughes | 200106 0000 | Zonolite Science Trial | L103 Review Grace vermiculite documents | $125.00 | 5.00 | $625.00 |
| 10/14/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Review information from Grace regarding discs (.3); staff meeting regarding Grace discs, computer program, organizing to review discs (.5); review notes of recent strategy meeting and dictate memos concerning same (1.5); prepare strategy memos concerning various documents (1.5); correspondence to Grace regarding discovery issues (.5) | $650.00 | 4.30 | $2,795.00 |
| 10/14/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L105 Meeting with Ed Westbrook and others regarding Grace discs, computer program, and organization of reviewing the discs. | $75.00 | 0.50 | $37.50 |
| 10/14/2002 bwood | 200106 0000 | Zonolite Science Trial | L105 Meeting with Ed Westbrook and staff regarding Grace's CDs and the computer programs. | $240.00 | 0.50 | $120.00 |
| 10/14/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents (6); ZAI team strategy meeting re: review of computer disks (.5) | $125.00 | 6.50 | $812.50 |

**Day: 10/15/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/15/2002 jbakst | 200106 0000 | Zonolite Science Trial | L117 Draft page summary of Court document (3); computer search and telephone calls re: fact research (1.0) | $125.00 | 4.00 | $500.00 |
| 10/15/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Meeting with Jay Ward to review Zonolite history, status, issues (1); conference call with counsel regarding ZAI issues (.7); review Grace documents and dictate memos concerning same (2.5); review documents regarding Zonolite and dictate memos regarding same (2.8); revise and prepare for service additional discovery (1.4); conferences with other attorneys regarding discovery issues (.8) | $650.00 | 9.20 | $5,980.00 |
| 10/15/2002 chughes | 200106 0000 | Zonolite Science Trial | L103 Review Grace documents | $125.00 | 6.50 | $812.50 |
| 10/15/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 reviewed videotapes produced by Grace (1.3); phone conversation with Darrell Scott re: testing issues (.7); conference with PD Group re: status of discovery & strategy for Science Trial (.8); conversation with Jay Ward regarding issues and testing (1.2) | $400.00 | 4.00 | $1,600.00 |
| 10/15/2002 jward | 200106 0000 | Zonolite Science Trial | L117 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (2.6); multiple conferences with Messrs. Westbrook and Turkewitz re: case background and status (2.2); phone call with Messrs. Westbrook, Turkewitz, Scott and | $265.00 | 5.50 | $1,457.50 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | McGarvey re: case status and testing issues (.7) | | | |
| 10/15/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 supervised temporary workers organizing documents for Science Trial (3.0) | $75.00 | 3.00 | $225.00 |
| 10/15/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Correspondence with research assistant regarding cases on imminent damage being compensable and analogous cases (.2); meeting with other attorneys regarding strategy, background and discovery (.8) | $240.00 | 1.00 | $240.00 |
| 10/15/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L117 Highlighting key excerpts from vermiculite documents for database input (3.0); Continue memo regarding the Grace repository and boxes already reviewed (3.0); Review Zonolite fact witness names for EJW (.5) | $125.00 | 6.50 | $812.50 |
| 10/15/2002 kcarr | 200106 0000 | Zonolite Science Trial | L103 Review Grace documents | $125.00 | 3.00 | $375.00 |
| **Day:** | | **10/16/2002** | | | | |
| 10/16/2002 ijones | 200106 0000 | Zonolite Science Trial | L101 Conference call with Reed Smith regarding compatibility of CDs with Concordance (.5); conversations with Rob Turkewitz regarding computer program for Grace's documents (.2) | $110.00 | 0.70 | $77.00 |
| 10/16/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 Edited & finalized multiple correspondences from Rob Turkewitz to Ed Cottingham, Jim Bentz, and Darrell Scott regarding vermiculite issues (.8); supervised temporary workers organizing documents for Science Trial (3.0); made copies of docs to be attached to letter to Darrell Scott (1.1); edited, finalized, and forwarded letter from Rob Turkewitz to Ed Cottingham (.6); edited, finalized, and forwarded letter from Rob Turkewitz to Jim Bentz (.3); edited, finalized, and forwarded letter from Rob Turkewitz to Darrell Scott, including attachments (.6) | $75.00 | 6.30 | $472.50 |
| 10/16/2002 jward | 200106 0000 | Zonolite Science Trial | L103 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (6.8); conference with Ed Westbrook and Rob Turkewitz regarding status and issues (.5) | $265.00 | 7.30 | $1,934.50 |
| 10/16/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Conference with Ed Westbrook and Jay Ward re: status of discovery and ZAI Science issues (.5); conference with Jay Ward re: ZAI Science issues (1.0); conference call with Allen McGarvey and Darrell Scott re: strategy (.6); conference call with Allen McGarvey re: testing in homes (.3); review of test results and fax to Allan McGarvey (.1); phone conversations with Ian Jones and Doug Camburn re: computer program for Grace's documents (.2); conference call with Jim Bentz and computer people re: computer programs for viewing Grace documents (.5); review of memos re: productions of documents (.8); letter to Ed Cottingham re: review of Grace documents (.3); letter to Jim Bentz re: indices for ledgers (1.0); phone conversations with Jon Heberling re: | $400.00 | 6.30 | $2,520.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | copying of documents (.5); review of documents (.3); letter to Darrell Scott forwarding documents (.2) | | | |
| 10/16/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L117<br>Review Zonolite memos and conversations with Rob Turkewitz regarding correspondence to Grace, document production and computer formatting of documents (1.5); meeting with Kim Carr regarding vermiculite articles (.2) | $650.00 | 1.70 | $1,105.00 |
| 10/16/2002<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L105<br>Conversation with Ed Westbrook regarding vermiculite articles | $125.00 | 0.20 | $25.00 |
| 10/16/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L107<br>Review documents to prepare summary | $125.00 | 6.00 | $750.00 |
| **Day:** | | **10/17/2002** | | | | |
| 10/17/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L117<br>Reviewed letter from Ed Westbrook to Jim Bentz re: Discovery (.1); correspondence with Darrell Scott re: testing of homes in Washington State (1.5); reviewed material for cross-exam of Grace perennial defense expert (.5); revised & finalized letter to Matt Murphy re: production of index regarding ledgers (1.25); email to Ian Jones re: review of records (.1); phone conversations with Allan McGarvey re: status of investigation on homes tested in Libby (.5); fax to Allan McGarvey re: test results (.1); conference with Lizzie Kerrison re: records at Grace repository (.3); | $400.00 | 4.40 | $1,760.00 |
| 10/17/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L117<br>Conversation with Jay Ward regarding scientific issues (.7); review information regarding ZAI-containing homes (.5); review documents and dictate memos regarding same (.6); review information regarding computer programs (.4) | $650.00 | 2.20 | $1,430.00 |
| 10/17/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L107<br>Draft Summary of transcript of motions hearing | $125.00 | 3.00 | $375.00 |
| 10/17/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L103<br>Review Grace vermiculite documents | $125.00 | 0.10 | $12.50 |
| 10/17/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L117<br>revised, finalized, and faxed Rob Turkewitz's correspondence to Darrell Scott re: testing of homes in Washington State (1.0); revised, finalized and faxed letter from Rob Turkewitz to Matt Murphy re: production of ledger Index (1.0); revised, finalized and faxed documents to Allan McGarvey from Rob Turkewitz re: test results (.50). | $75.00 | 2.50 | $[illegible]37.50 |
| 10/17/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L117<br>review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (5.6); conference with Mr. | $265.00 | 6.30 | $1,669.50 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Westbrook re: factual and legal issues (.7) | | | |
| 10/17/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input (6.2); conversation with Rob Turkewitz regarding Grace repository records (.3) | $125.00 | 6.50 | $812.50 |
| 10/17/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Correspondence with research assistant regarding contamination cases and ongoing research issues related to judicial determination of property damage (.2); legal research, brief and case review regarding ZAI issues(3.0) | $240.00 | 3.20 | $768.00 |
| **Day:** | | **10/18/2002** | | | | |
| 10/18/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L101 Phone conversation with Rob Turkewitz regarding witness | $650.00 | 0.10 | $65.00 |
| 10/18/2002 jward | 200106 0000 | Zonolite Science Trial | L103 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents. | $265.00 | 6.60 | $1,749.00 |
| 10/18/2002 jbakst | 200106 0000 | Zonolite Science Trial | L107 Draft Summary of transcript of motions hearing | $125.00 | 3.00 | $375.00 |
| 10/18/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Review of vermiculite documents (.5); reviewed memo from Lizzie Kerrison re: Grace documents reviewed to date (.75); correspondence with Ian Jones re: vermiculite computer index (.25); phone conversation with expert re: ZAI (.75); email to Darrell Scott re: status of testing (.25); phone conversation with Darrell Scott re: future testing (.5); phone conversation with Darrell Scott & potential witness re: future research regarding renovations (.25); phone conversation with Ed Westbrook re: potential witness (.1); correspondence to potential witness re: renovations (.25); phone conversation with Darrell Scott re: ZAI Issues (.25) | $400.00 | 3.90 | $1,560.00 |
| **Day:** | | **10/19/2002** | | | | |
| 10/19/2002 ijones | 200106 0000 | Zonolite Science Trial | L110 Review of Grace CDs to determine compatibility with computer system and Concordance | $110.00 | 1.00 | $110.00 |
| **Day:** | | **10/20/2002** | | | | |
| 10/20/2002 jward | 200106 0000 | Zonolite Science Trial | L103 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents. | $265.00 | 2.40 | $636.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **10/21/2002** | | | | |
| 10/21/2002 jward | 200106 0000 | Zonolite Science Trial | L117 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (1.8); draft outline of case history and status (2.2); exchange e-mail messages with Messrs. Westbrook and Turkewitz re: numerous scientific and liability issues (.4); conference with Messrs. Westbrook, Turkewitz and Wood re: case status and document review (1.0); conference with Turkewitz re: scientific and liability issues (.8) | $265.00 | 6.10 | $1,616.50 |
| 10/21/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 organized and scheduled a 3-day plan for temporary workers to organize docs for Science Trial (1.3); received and reviewed memo from RMT regarding review of Grace documents (.2) | $75.00 | 1.50 | $112.50 |
| 10/21/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 conference w/Ed Westbrook, Jay Ward and Bobby Wood re: discovery and strategy (1.0); survey of Grace Discovery documents (.2); memo to Jay Ward re: Science issues involving ZAI (.8); email to Ian Jones re: research for testing (.3); conference call with potential expert re: status of investigation (.2); memo on issues to be researched (.5); phone conversation with Darrell Scott re: research issues (.3); conversation with Jay Ward regarding scientific and liability issues (.8) | $400.00 | 5.10 | $2,040.00 |
| 10/21/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Meeting with Rob Turkewitz, Bobby Wood and Jay Ward regarding status of document production and projects (1); review correspondence from Grace regarding document issues (.2); review documents and dictate regarding same (.8) | $650.00 | 2.00 | $1,300.00 |
| 10/21/2002 ijones | 200106 0000 | Zonolite Science Trial | L100 Converting and uploading CD images onto network servers | $110.00 | 5.00 | $550.00 |
| 10/21/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Prepared memo to research assistant on continuing research and issues related to property damage claims, standards of proof, analogous cases, and types of damage (.5); meeting with other attorneys regarding discovery progress and issues (1.0); legal research and case review (4.5) | $240.00 | 6.00 | $1,440.00 |
| **Day:** | | **10/22/2002** | | | | |
| 10/22/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Review pleadings (1.4); legal research and case review regarding ZAI issues (5.0) | $240.00 | 6.40 | $1,536.00 |
| 10/22/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input | $125.00 | 6.50 | $812.50 |
| 10/22/2002 ijones | 200106 0000 | Zonolite Science Trial | L100 Converting and importing coding information into Concordance | $110.00 | 4.00 | $440.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/22/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Work on biling matters (billed at half rate) | $325.00 | 2.00 | $650.00 |
| 10/22/2002 jbakst | 200106 0000 | Zonolite Science Trial | L107 Draft Summary of transcript of motions hearing (5.0); conference with ZAI team re computer access to documents (1.0) | $125.00 | 6.00 | $750.00 |
| 10/22/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Case planning regarding scientific issues, memos regarding division of issues, methods of approaching (.4); meeting with staff and computer department regarding Grace cds and attempts to access same, data fields completed and those not entered (1); phone conversation with Rob Turkewitz and potential expert regarding testing (.5); phone conference with Rob Turkewitz and co-counsel regarding strategy (.8) | $650.00 | 2.70 | $1,755.00 |
| 10/22/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 Conference with Ed Westbrook and others regarding CDs produced by Grace | $125.00 | 1.00 | $125.00 |
| 10/22/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L105 Conference with Ed Westbrook, our department and the computer department regarding Grace CDs produced, the data fields and access to them | $75.00 | 1.00 | $75.00 |
| 10/22/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 email to Janet Bakst re: retrieval of court records (.5); phone conversation with investigator re: court records (.3); phone conversation with potential expert re: status of research for testing (.8); received and reviewed subpoena (.5); meeting with Ian Jones and P.D. team re: review of Grace Docs (1.0); phone conversation with expert and Ed Westbrook re: testing (.5); phone conversation with Darrell Scott, Allan McGarvey, and Ed Westbrook re: strategy (.8); phone conversation re: testing in Libby (.3); received and reviewed memo from Lizzie Kerrison re: ZAI, along with emails to and from Lizzie Kerrison and Ian Jones re: document review (.3) | $400.00 | 5.00 | $2,000.00 |
| 10/22/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L140 supervised temporary workers organizing documents for Science Trial (3.0); attend meeting regarding Grace CDs, data files, etc. (1.0) | $75.00 | 4.00 | $300.00 |
| 10/22/2002 jward | 200106 0000 | Zonolite Science Trial | L117 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (1.8); continue drafting outline of case history and status (1.5); conference with ZAI team re: document review and technology issues (1.0); conduct internet research locating ZAI materials (.5) | $265.00 | 5.00 | $1,325.00 |

**Day: 10/23/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/23/2002 jward | 200106 0000 | Zonolite Science Trial | L117 review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (5.8); continue drafting outline of case history and status (1.2) | $265.00 | 7.00 | $1,855.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/23/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 edited and finalized correspondence from Rob Turkewitz to Matt Murphy (.5); supervised temporary workers organizing documents for Science Trial (3.3) | $75.00 | 3.80 | $285.00 |
| 10/23/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 review of records and pleadings re: hazard (1.5); memo to Ed Westbrook forwarding documents for review (.5); conference call with Darrell Scott re: ZAI testing (.8); review of discovery correspondence file (.3); phone conversation with Matt Murphy re: ledgers (.3); drafted and finalized letter to Matt Murphy re: ledgers (.5); phone conversation with Darrell Scott re: testing (.3); email to Allan McGarvey re: testing (.3); received and reviewed Armstrong opinion on dust testing (1.3); email to Ed Westbrook re: dust testing (.5); conference with Janet Bakst re: guidlines for review of Grace documents (.3); conference with Ed Westbrook re: status of discovery (.3); phone conversation with investigator re: research re: dust testing (.2) | $400.00 | 7.40 | $2,960.00 |
| 10/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L100 Work on Grace materials organization (2.2); conference with Rob Turkewitz regarding attempts to locate date fields on Grace cds and correspondence to Grace regarding same (.5); meetings with Rob and Janet regarding procedure for reviewing documents from Grace (.3); review ZAI memos and work on planning (1.2) | $650.00 | 4.20 | $2,730.00 |
| 10/23/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and analyze Grace documents (5.7); conference with Rob Turkewitz and Ed Westbrook regarding review of documents (.3) | $125.00 | 6.00 | $750.00 |
| 10/23/2002 ijones | 200106 0000 | Zonolite Science Trial | L100 Modifying Opticon load files for loading into Opticon | $110.00 | 5.00 | $550.00 |
| 10/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 work on billing matters (billed at half rate) | $325.00 | 1.20 | $390.00 |
| 10/23/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input | $125.00 | 1.00 | $125.00 |
| 10/23/2002 bwood | 200106 0000 | Zonolite Science Trial | L103 Review hearing transcripts for vermiculite information. | $240.00 | 3.00 | $720.00 |
| **Day:** | | **10/24/2002** | | | | |
| 10/24/2002 bwood | 200106 0000 | Zonolite Science Trial | L117 Meeting with Ian Jones regarding computer demonstration, etc. (1.3); phone call with RMT regarding subpoena (.1); discussion with paralegal regarding forwarding and revising subpoena (.1) | $240.00 | 1.50 | $360.00 |
| 10/24/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input (3.7); Conference regarding Zonolite Science Trial projects (1.3) | $125.00 | 5.00 | $625.00 |

11/26/2002

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/24/2002 jbakst | 200106 0000 | Zonolite Science Trial | L117 Review and Analyze Grace documents (4.7); Attend ZAI meeting regarding document management and new database (1.3) | $125.00 | 6.00 | $750.00 |
| 10/24/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on billing matters | $75.00 | 4.00 | $300.00 |
| 10/24/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 Attend ZAI meeting regarding document management and new database | $125.00 | 1.30 | $162.50 |
| 10/24/2002 ijones | 200106 0000 | Zonolite Science Trial | L105 Meeting with Ed Westbrook and ZAI team regarding new database and document management | $110.00 | 1.30 | $143.00 |
| 10/24/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Meeting with staff regarding methods of review for Winthrop Square documents (1.3); organizing Grace materials (1.6) | $650.00 | 2.90 | $1,885.00 |
| 10/24/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 conference with PD team re: methods for doc review (1.3); created doc review issues chart & revised w/Lizzie Kerrison (.5); supervised temporary workers organizing documents for Science Trial (4.0) | $75.00 | 5.80 | $435.00 |
| 10/24/2002 jward | 200106 0000 | Zonolite Science Trial | L117 conference with ZAI team re: document review (1.3); conference with Mr. Wood re: same (.2); review and analyze pleadings, discovery responses, legal research, scientific materials and related file documents (3.8) | $265.00 | 5.30 | $1,404.50 |
| 10/24/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 review of testing file (.5); phone conversation with Darrell Scott re: testing issues (.3); phone conversation with Darrell Scott and expert re: scheduling of testing and logistics (1.2); conference with Ed Westbrook and PD team re: document review (1.3); phone conversation with potential expert re: testing in homes with ZAI (.3); phone conversations with potential expert re: consulting (.8); received, reviewed, and forwarded to Darrell Scott potential ZAI claims (.4); phone conversation with Bobby Wood re: subpoena (.1); e-mail to Jay Ward re: testing (.1) | $400.00 | 4.70 | $1,880.00 |
| **Day:** | | **10/25/2002** | | | | |
| 10/25/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 communication from Darrell Scott re: availability of home with ZAI (.2); phone conversation with expert re: home with ZAI (.3) | $400.00 | 0.50 | $200.00 |
| 10/25/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Review correspondence from Grace regarding failure to date over 20,000 entries in the database and prepare memos regarding ZAI (.4); work on scientific issues (2.4) | $650.00 | 2.80 | $1,820.00 |
| 10/25/2002 jward | 200106 0000 | Zonolite Science Trial | L103 review and summarize Grace document production | $265.00 | 2.20 | $583.00 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/25/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |

**Day: 10/28/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/28/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents (5.7); conversation with Rob Turkewitz regarding documents (.3) | $125.00 | 6.00 | $750.00 |
| 10/28/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Highlighting key excerpts from vermiculite documents for database input | $125.00 | 1.00 | $125.00 |
| 10/28/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 work on billing matters (billed at half rate) | $325.00 | 1.20 | $390.00 |
| 10/28/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Correspondence to Grace counsel regarding privileged documents and discussions with Rob Turkewitz regarding privilege documents (.7); discussions with Jay Ward regarding scientific testing issues (.6); review material related to the testing issues (1.0); work on discovery matters (.6); conference call with Rob Turkewitz and expert regarding testing (.8) | $650.00 | 3.70 | $2,405.00 |
| 10/28/2002 jward | 200106 0000 | Zonolite Science Trial | L103 review and summarize Grace document production (5.8); discussions with Ed Westbrook regarding scientific testing Issues (.6) | $265.00 | 6.40 | $1,696.00 |
| 10/28/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 conference with Ed Westbrook re: status (.2); conference call with expert and Ed Westbrook re: testing (.8); received and reviewed information on home with ZAI (.5); phone conversation with Darrell Scott re: testing (.2); conference call with Darrell Scott and expert re: testing (.4); received and reviewed additional documents re: dust testing (2.5); phone conversation with potential expert re: consulting (.1); conference with Janet Bakst re: Grace documents (.3); conference with Ed Westbrook re: Grace documents and discovery responses (.2); received and reviewed inventory sheets for ledgers stored at Iron Mountain repository (1.5); received and reviewed Washington State DOL regs (.8) | $400.00 | 7.50 | $3,000.00 |
| 10/28/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 organized vermiculite boxes and created "check out" method | $75.00 | 0.50 | $37.50 |

**Day: 10/29/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/29/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 communicated with Lizzie re: database fields and finalized field proposal. | $75.00 | 0.60 | $45.00 |
| 10/29/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L117 Highlighting key excerpts from vermiculite documents for database input (4.9); Creating issues codes for database (1.0); conversations with Linda Hambleton regarding database specifics (.6) | $125.00 | 6.50 | $812.50 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/29/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 10/29/2002 jward | 200106 0000 | Zonolite Science Trial | L103 Review and summarize Grace document production | $265.00 | 6.80 | $1,802.00 |
| 10/29/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Memos to staff regarding ZAI projects and correspondence to Grace regarding discovery disputes (1.1); review POCs for ZAI homes (.6); case planning work (1.2) | $650.00 | 2.90 | $1,885.00 |
| 10/29/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Gathered and organized ZAI testing documents (2.5); memo to Property Damage re: review of documents at Boston (.2); phone conversation regarding recent opinion on scientific testing opinion (.5); memo to Ed Westbrook re: opinion. (.8). | $400.00 | 4.00 | $1,600.00 |
| **Day:** | | **10/30/2002** | | | | |
| 10/30/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L117 Continued gathering ZAI testing documents (1.0); conference call with Ed Westbrook & Darrell Scott re: testing (.5); review file and phone conversation with expert re: testing (.6); phone conversation with another expert testing (.4); received and reviewed material re: home with ZAI (.3); reviewed tape with broadcast of radio program involving questions on renovations (1.0); reviewed study re: demolition of building with ZAI (1.0); called and left message for potential witness (.1); received and reviewed information re: home with ZAI (.5); faxed memo to Allan McGarvey re: home with ZAI (.4). | $400.00 | 5.80 | $2,320.00 |
| 10/30/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 revised proposed ZAI issues list for computer program | $75.00 | 0.50 | $37.50 |
| 10/30/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Work on prepartion of monthly billing for July-September, review bill and expenses, conferences with Kim Garcia regarding bill review (billed at half rate) | $325.00 | 3.50 | $1,137.50 |
| 10/30/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on fees and expenses monthly bill for July-September, conferences with Ed Westbrook regarding same | $75.00 | 5.00 | $375.00 |
| 10/30/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Work on ZAI science issues (1.1); conference with Rob Turkewitz and co-counsel regarding ZAI testing issues (.5) | $650.00 | 1.60 | $1,040.00 |
| 10/30/2002 jward | 200106 0000 | Zonolite Science Trial | L117 Review and summarize Grace document production (2.6); study and summarize transcript on Daubert hearing in Armstrong floor tile case | $265.00 | 7.30 | $1,934.50 |

# Time report

**10/01/2002 - 10/31/2002**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | (4.7) | | | |
| 10/30/2002 jbakst | 200106 0000 | Zonolite Science Trial | L103 Review and Analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 10/30/2002 bwood | 200106 0000 | Zonolite Science Trial | L103 Review EJW memos regarding ZAI issues | $240.00 | 0.20 | $48.00 |
| **Day:** | | **10/31/2002** | | | | |
| 10/31/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L103 Conferences regarding Zonolite science trial projects (1.0); reviewing Grace documents for specific witness documents (3.0); highlighting key excerpts from vermiculite documents for database input (2.5) | $125.00 | 6.50 | $812.50 |
| 10/31/2002 jbakst | 200106 0000 | Zonolite Science Trial | L117 Meeting of ZAI team re: case preparation (1 hr.); Review and Analyze Grace documents (5 hr.) | $125.00 | 6.00 | $750.00 |
| 10/31/2002 jward | 200106 0000 | Zonolite Science Trial | L117 Conference w/ ZAI team re: Grace document review, and technology, testing and research issues (1.0); continue study and summarize recent transcript regarding scientific testing (5.5) | $265.00 | 6.50 | $1,722.50 |
| 10/31/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L117 Meeting with staff regarding document review process, problems engendered by Grace's selective coding and related issues (1.0); work on document issues, conversations with Rob Turkewitz and Lizzie Kerrison regarding ZAI issues (.5) | $650.00 | 1.50 | $975.00 |
| 10/31/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Work on billing matters (billed at half rate) | $325.00 | 3.10 | $1,007.50 |
| 10/31/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on billing matters | $75.00 | 4.00 | $300.00 |
| 10/31/2002 bwood | 200106 0000 | Zonolite Science Trial | L105 Conference with ZAI team regarding document review process, problems with Grace coding, etc. | $240.00 | 1.00 | $240.00 |
| 10/31/2002 kcarr | 200106 0000 | Zonolite Science Trial | L105 Conference with Ed Westbrook and others regarding computer program, process for reviewing documents, problems with coding, etc. | $125.00 | 1.00 | $125.00 |
| 10/31/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L117 revised ZAI issues list and distributed to PD team (.8); meeting with PD team re: document review strategy and issues list (1.0); scanned vermiculite study and forwarded to numerous individuals (.2). | $75.00 | 2.00 | $150.00 |

VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 2nd day of December 2002.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on December 4, 2002, service of the foregoing

- **Summary of the Second Monthly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from October 1, 2002 through October 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
December 4, 2002

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

David B. Seigel, Esquire
Senior VP and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002