**W. R. Grace Supplemental Service List**
Case No. 01-01139 (JKF)
Doc. No. 60052
3– Via Facsimile

*Via Facsimile*
(Counsel for AIG)
Michelle Levitt
Assistant General Counsel
American International Group, Inc.
70 Pine Street - 31st floor
New York, NY 10270
Facsimile: (212) 344-6271

*Via Facsimile*
(Counsel for Defendants in State Court Action)
P. Christian Scheley
Clapp, Moroney, Bellagamba et al.
15 SouthGate Ave.
Suite 200
Daley City, CA 94015
Facsimile: (650) 758-2299

*Via Facsimile*
(Counsel for Kellogg)
Patrick Scanlon
203 NE Front Street
Suite 101
Milford, Delaware 19963
Facsimile: (302) 424-0221