## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss: | |
| COUNTY OF COOK | ) | |

Nick Bubnovich, being duly sworn, upon his/her oath, deposes and says:

1. I am a principal of Deloitte & Touche LLP, located at Two Prudential Plaza, N. Stetson Avenue, Chicago, Illinois 60606 (the "Firm").

2. The Debtors have requested that the Firm provide compensation consulting, tax advisory and systems security analysis services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4.     As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. To the best of my knowledge after reasonable inquiry, the Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, that would be adverse to the Debtors or their estates.

5.     The Firm has not agreed to share any portion of the compensation to be received from the Debtors in these chapter 11 cases with any other external person.

6.     Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.     The Debtors owe the Firm $ -0- for prepetition services.

8.  Despite reasonable inquiries to identify the Firm's connections with the parties-in-interest in these chapter 11 cases, because the Firm is a nationwide organization with tens of thousands of employees, and because the Debtors are a large enterprise, the Firm is unable to state with certainty that every relationship or other connection has been identified. In this regard, , if the Firm should discover any material facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on November, 18 2002.

By: /s/ Nick Bubnovich

Nick Bubnovich
Principal

Sworn to and subscribed before me
this 18 day of November, 2002

/s/ Darla Jean Yager
Notary Public
My Commission expires: 8/11/05

"OFFICIAL SEAL"
DARLA JEAN YAGER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 08/11/05