# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** December 2̶6̶, 2002, at 4:00 p.m.<br>**Hearing Date:**  TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/02 | Rhonda A Bledsoe | 2.00 | Retrieve case precedent re preference actions (1.0); office conference re same (.3); review and analyze pleadings re same (.7). |
| 10/09/02 | Christian J Lane | 2.80 | Office conferences re avoidance action time limit issues and attend to matters re same (.5); review materials and research re same (2.3). |
| 10/10/02 | Rhonda A Bledsoe | 1.00 | Retrieve and analyze case precedent re extension of time for preference (.5); office conference re same (.5). |
| 10/10/02 | Christian J Lane | 2.60 | Office conference re avoidance action time limit research issues (.5); attend to matters re same (.5); review materials and conduct research re same (1.6). |
| 10/11/02 | Christian J Lane | 1.00 | Additional research re avoidance action timing issue. |
| 10/28/02 | Christian J Lane | 2.80 | Review and analyze Owens Corning pleadings related to avoidance action deadlines. |
| 10/29/02 | Christian J Lane | 1.70 | Review and analyze Owens Corning pleadings related to avoidance action deadlines. |
|  | Total hours: | 13.90 |  |

## Matter 17 - Relief from Stay - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Aletheia V Anderson | .50 | Retrieve and analyze pleadings re relief from stay and duplicate and distribute for attorney review. |
| 10/01/02 | Janet S Baer | .50 | Review Kane insurance policy and prepare transmittal with policy and draft order. |
| 10/01/02 | Roger J Higgins | 4.30 | Legal research re Bank of America setoff issue. |
| 10/01/02 | James W Kapp | .50 | Develop response to set-off agreement of Bank of America in connection with Bank of America's motion for relief from the stay (.1); telephone conference with A. Krieger re same (.4). |
| 10/02/02 | Janet S Baer | .20 | Confer with N. Levitsky re Kane Order. |
| 10/02/02 | Roger J Higgins | 3.50 | Legal research re Bank of America setoff motion (2.7); telephone conference with M. Hunter and M. Shelnitz re same (.6); attend to matters re same (.2). |
| 10/02/02 | James W Kapp | 1.70 | Address set-off issues re Bank of America motion for relief from stay (.7); telephone conference with M. Shelnitz and M. Hunter re same (.6); attend to issues re same (.4). |
| 10/03/02 | Janet S Baer | .30 | Review and comment re letter on Rodriguez claim/stay issue. |
| 10/03/02 | Roger J Higgins | 4.10 | Legal research re Bank of America setoff motion (3.4); attend to matters re same (.2); telephone conferences with J. Sakalo re same (.5). |
| 10/03/02 | James W Kapp | .40 | Attend to setoff issues re Bank of America stay motion. |
| 10/04/02 | Janet S Baer | .70 | Review Rodriguez Complaint and related matters (.2); review 9/23 transcript re Kane order issues (.5). |
| 10/04/02 | Roger J Higgins | 4.80 | Telephone conferences with J. Sakalo re Bank of America setoff motion (.8); consider issues re same (.5); telephone conference with A. Krieger re same (1.0); draft memorandum re same (2.5). |
| 10/04/02 | James W Kapp | .20 | Attend to issues re developing response re Bank of America motion for relief from stay. |
| 10/07/02 | Janet S Baer | .90 | Prepare letter on Rodriguez matter (.5); revise Kane draft order and prepare transmittal re same (.4). |
| 10/07/02 | Roger J Higgins | 2.00 | Consider issues re Bank of America setoff (.2); telephone conference with J. Sakalo re same (.3); revise memorandum re same (1.5). |
| 10/07/02 | Christian J Lane | 1.00 | Research re motions for setoff (.7); attend to issues re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/02 | Janet S Baer | .30 | Review motion re Kellogg State Court case and stay issues. |
| 10/17/02 | Christian J Lane | 1.40 | Research re motion to enforce preliminary injunction re Kellogg. |
| 10/24/02 | Christian J Lane | 1.50 | Review and revise quarterly settlement and asset sale reports (1.0); attend to issues re same (.5). |
| | Total hours: | 28.80 | |

## Matter 19 - Claims (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Janet S Baer | .30 | Confer with F. Zaremby re claims update. |
| 10/02/02 | Rhonda A Bledsoe | 2.00 | Review and analyze proof of claim received from BMC (1.0); organize and classify claims (1.0). |
| 10/02/02 | James W Kapp | .10 | Review correspondence from D. Wheeler re SCE&G deposit. |
| 10/06/02 | Rhonda A Bledsoe | 1.50 | Review and analyze claims re amount and classification (1.0); prepare report re same (.5). |
| 10/07/02 | Rhonda A Bledsoe | .50 | Telephone conference with BMC re B-Linx procedures and reports. |
| 10/07/02 | Christian J Lane | .50 | Telephone conference re Wesconn claim objection (.3); attend to issues re same (.2). |
| 10/08/02 | Aletheia V Anderson | 1.00 | Internal conference with R. Bledsoe and BMC re B-Linx access and claims procedures. |
| 10/08/02 | Rhonda A Bledsoe | 1.00 | Conference and training with BMC re B-Linx. |
| 10/09/02 | Aletheia V Anderson | .40 | Telephone conferences with BMC re B-Linx issues. |
| 10/09/02 | Rhonda A Bledsoe | 2.20 | Review and analyze claims docket on B-Linx System (.8); prepare claim report re top 100 secured claims (.6); prepare same re administrative claims (.8). |
| 10/15/02 | Janet S Baer | .30 | Confer with counsel for H. Grace & Sons re environmental claim. |
| 10/15/02 | James W Kapp | .60 | Review employee question and answer re bar date. |
| 10/17/02 | Rhonda A Bledsoe | 1.60 | Review and analyze claim reports (.7); office conference re status of claims and procedures for unsecured claims (.4); prepare report re top 100 claims (.5). |
| 10/29/02 | Christian J Lane | 1.00 | Telephone conference with client re claims objection process and procedure. |
|  | Total hours: | 13.00 |  |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Aletheia V Anderson | 1.00 | Review and revise contact list (.2); analyze pleadings and update central files re same (.8). |
| 10/01/02 | Rhonda A Bledsoe | 1.00 | Review and revise critical dates list (.6); review and analyze docket re same (.4). |
| 10/01/02 | Stephanie R Cashman | 2.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/01/02 | Miriam Geraghty | 1.50 | Review, catalog and organize bankruptcy pleadings and correspondence to be entered in central files (.5); review and revise 2002 contact list (1.0). |
| 10/01/02 | James W Kapp | .10 | Review Bankruptcy Review article re motion to amend chief executive officer agreement. |
| 10/02/02 | Aletheia V Anderson | .60 | Analyze docket and update motion status chart re same and attend to matters re same. |
| 10/02/02 | Stephanie R Cashman | .50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/02/02 | Miriam Geraghty | 1.00 | Review, catalog and organize bankruptcy pleadings and enter into central files and Concordance litigation support systems database. |
| 10/02/02 | James W Kapp | .60 | Review article in Bankruptcy Review re related proceeding (.2); review pleadings and correspondence and distribute same (.3); review docket (.1). |
| 10/03/02 | Aletheia V Anderson | 1.60 | Revise motion status chart and attend to matters re same (.6); distribute same (.2); analyze pleadings and corporate documents and update central files re same (.8). |
| 10/03/02 | Miriam Geraghty | 1.00 | Review, catalog and organize bankruptcy pleadings, file same in central files and update Concordance database re same. |
| 10/03/02 | James W Kapp | .60 | Review motion status chart (.1); review dockets (.2); review pleadings and correspondence and attend to issues re same (.3). |
| 10/03/02 | Shirley A Pope | 5.00 | Review, analyze and distribute correspondence to responsible attorney for action (2.5); review docket for newly filed pleadings, download and distribute to responsible attorney for action (2.0); review and organize related litigation documents for attorney use (.5). |
| 10/04/02 | Aletheia V Anderson | .80 | Assist with retrieval and organization of pleadings re Employee Agreements and DIP Financing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/02 | Rhonda A Bledsoe | 1.00 | Review and revise critical dates list (.6); review and analyze docket re same (.4). |
| 10/04/02 | Stephanie R Cashman | 1.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/04/02 | Miriam Geraghty | 1.30 | Review and retrieve bankruptcy docket and adversary dockets and distribute for attorney review (.5); retrieve and analyze bankruptcy pleadings and correspondence and update files re same (.8). |
| 10/04/02 | James W Kapp | .30 | Revise pleadings and correspondence and attend to issues re same. |
| 10/04/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.0); review correspondence, analyze and distribute to responsible attorney for action (1.5). |
| 10/07/02 | Aletheia V Anderson | 1.30 | Retrieve and review adversary docket and prepare for attorney review (.3); analyze pleadings and corporate documents and update central files re same (1.0). |
| 10/07/02 | Miriam Geraghty | 1.70 | Review and retrieve bankruptcy docket and adversary dockets and distribute for attorney review (.7); review, catalog and organize bankruptcy pleadings and correspondence and organize central files re same (1.0). |
| 10/07/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same. |
| 10/07/02 | Christian J Lane | 1.50 | Review docket reports and pertinent filings (1.0); attend to issues re same (.5). |
| 10/07/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.0). |
| 10/08/02 | Miriam Geraghty | .60 | Review and retrieve bankruptcy docket and adversary dockets and distribute for attorney review. |
| 10/08/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/02 | Aletheia V Anderson | 2.00 | Review docket for Bank of America setoff motion and objections and attend to matters re same (.2); analyze dockets and perform on-line research and retrieve case precedent for attorney review (.5); analyze docket and update motion status chart re same (.5); review, catalog and organize pleadings and corporate documents and update central files re same (.8). |
| 10/09/02 | Rhonda A Bledsoe | 2.00 | Review and analyze docket re motion status chart (.8); attend to matters re upcoming deadlines (.5); revise status chart re same (.7). |
| 10/09/02 | Miriam Geraghty | 1.00 | Review and retrieve bankruptcy docket and adversary docket and distribute to attorneys (.5); analyze and categorize correspondence and update central files re same (.5). |
| 10/10/02 | Aletheia V Anderson | 1.30 | Retrieve case precedent transcript for attorney review (.3); telephone conference with library re corporate documents requested for attorney review (.1); retrieve and review various pleadings and duplicate for attorney review (.3); retrieve, review, catalog and organize bankruptcy pleadings and update central files re same (.6). |
| 10/10/02 | Rhonda A Bledsoe | 1.00 | Review and analyze case precedent re procedures motion. |
| 10/10/02 | Janet S Baer | .50 | Review newly filed Court orders and pleadings and determine appropriate distribution of same. |
| 10/10/02 | Stephanie R Cashman | 1.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/10/02 | Miriam Geraghty | 1.50 | Research online for case precedent for attorney review. |
| 10/11/02 | Aletheia V Anderson | 2.50 | Retrieve and review docket and adversary docket and update central files re same (.5); retrieve bankruptcy docket and various pleadings re critical dates for attorney's review (.3); search central files and locate Fresenius corporate documents for attorney review (1.0); review, organize and catalog bankruptcy pleadings and update central files re same (.7). |
| 10/11/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket for upcoming critical dates (.7); update critical dates list re same (.4); attend to matters re same (.4). |
| 10/11/02 | Miriam Geraghty | 1.00 | Retrieve bankruptcy docket and locate various pleadings for attorney review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/14/02 | Aletheia V Anderson | 2.50 | Retrieve and review pleadings re COLI and personal injury asbestos and distribute to corporate department and office conferences re same (.5); analyze pleadings and corporate documents and update central files re same (2.0). |
| 10/14/02 | Stephanie R Cashman | 6.50 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/14/02 | Miriam Geraghty | 2.00 | Retrieve and review docket re location of various pleadings (.5); analyze pleadings and correspondence and update electronic file database re same (1.5). |
| 10/14/02 | James W Kapp | 1.10 | Review critical date list (.1); review pleadings and correspondence and distribute same (1.0). |
| 10/15/02 | Aletheia V Anderson | 1.20 | Retrieve and review bankruptcy docket and adversary dockets (.3); review, catalog and organize bankruptcy pleadings and update central files re same (.9). |
| 10/15/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re critical dates (.7); review and analyze pleadings re objection deadlines (.3); update and revise critical dates list (.5). |
| 10/15/02 | Stephanie R Cashman | 4.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/15/02 | Miriam Geraghty | 1.00 | Review, catalog and organize bankruptcy pleadings and correspondence and update files re same (.8); retrieve order from docket for attorney review (.2). |
| 10/15/02 | James W Kapp | .20 | Review pleadings and correspondence and attend to issues re same. |
| 10/15/02 | Shirley A Pope | .80 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry. |
| 10/16/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re critical dates (.7); attend to matters re same (.3); revise and update critical dates (.5). |
| 10/16/02 | Janet S Baer | .60 | Review critical date lists re coordination and status of all matters (.3); confer with J. Restivo re status of all matters (.3). |
| 10/16/02 | Stephanie R Cashman | 5.50 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/16/02 | Miriam Geraghty | 1.00 | Review, catalog and organize bankruptcy pleadings and correspondence and update central files re same (.8); retrieve order from docket for attorney review (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/16/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same. |
| 10/16/02 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (2.0); review, analyze and distribute correspondence to responsible attorneys for action (1.0); locate, review and organize revised versions of trial exhibits for client review (1.0); review and revise pleadings indices (2.0). |
| 10/17/02 | Aletheia V Anderson | .20 | Retrieve and review bankruptcy docket and adversary dockets. |
| 10/17/02 | Rhonda A Bledsoe | .90 | Attend to various creditor inquiries (.4); review and analyze docket re CNO filing (.3); attend to matters re same (.2). |
| 10/17/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/17/02 | James W Kapp | .20 | Review motion status chart (.1); review critical dates memorandum (.1). |
| 10/17/02 | Shirley A Pope | 7.00 | Review, analyze and distribute correspondence to responsible attorneys for action (2.0); locate, review and organize USG related litigation pleadings for attorney use (2.0); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (2.0); revise Grace main file indices (1.0). |
| 10/18/02 | Aletheia V Anderson | .30 | Review docket for and retrieve PwC retention order for attorney review (.1); review, catalog and organize bankruptcy pleadings and update central files re same (.2). |
| 10/18/02 | Rhonda A Bledsoe | 1.00 | Review and analyze case precedent for hearing and determine objection status of pleadings concerning contracts. |
| 10/18/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/18/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |
| 10/18/02 | Shirley A Pope | 3.00 | Review correspondence, analyze and distribute to responsible attorneys for action (1.5); review docket for newly filed pleadings, download and organize for litigation support system database entry (1.5). |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 10/21/02 | Aletheia V Anderson | .60 | Analyze docket and retrieve COLI pleadings for attorney's review (.4); retrieve and review docket and adversary docket (.2). |
| 10/21/02 | Rhonda A Bledsoe | 1.10 | Review and analyze docket re critical dates (.7); revise and update same (.4). |
| 10/21/02 | Stephanie R Cashman | 2.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/21/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same. |
| 10/21/02 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system (1.0); review, analyze and distribute correspondence to responsible attorney for action (.5). |
| 10/22/02 | Aletheia V Anderson | 1.60 | Review docket and update motion status chart (.8); prepare correspondence to attorneys and Pachulski re same and re CNOs (.2); analyze pleadings and update central files re same (.6). |
| 10/22/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/22/02 | James W Kapp | .20 | Revise critical date list to incorporate ZAI scheduling order (.1); review motion status chart (.1). |
| 10/22/02 | Christian J Lane | .80 | Review and comment on critical dates list. |
| 10/22/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review, analyze and prepare documents forwarded by attorneys for inclusion in Grace main file (1.0). |
| 10/23/02 | Aletheia V Anderson | 6.00 | Retrieve and review bankruptcy docket and adversary dockets (.3); review docket and update order index and binders re same (1.2); retrieve information re professionals and committees and update central conflicts database for attorney's review (1.0); analyze pleadings and various other documents and update central files re same (3.5). |
| 10/23/02 | Rhonda A Bledsoe | .20 | Attention to creditor inquiry. |
| 10/23/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/23/02 | James W Kapp | .50 | Revise pleadings and correspondence and attend to issues re same (.3); review third quarter earnings release (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.5); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.5). |
| 10/24/02 | Aletheia V Anderson | 2.00 | Retrieve and prepare lease rejection pleadings for attorney review (.3); retrieve and review bankruptcy docket and adversary dockets (.2); review, catalog and organize pleadings and other documents and update central files re same (1.5). |
| 10/24/02 | Rhonda A Bledsoe | .50 | Review and update critical dates list. |
| 10/24/02 | Rhonda A Bledsoe | 1.00 | Review, catalog and organize pleadings and incorporate same into central files. |
| 10/24/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/24/02 | James W Kapp | .40 | Review pleadings and correspondence and attend to issues re same (.3); review critical date memorandum (.1). |
| 10/24/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.0). |
| 10/25/02 | Stephanie R Cashman | 1.50 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/25/02 | Christian J Lane | .60 | Review and comment on critical dates list. |
| 10/25/02 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings, download and organize for Concordance litigation support database entry (1.5); review correspondence, analyze and distribute to responsible attorneys for action (1.5); organize attorney work files for inclusion in the Grace main file (1.0). |
| 10/28/02 | Aletheia V Anderson | .70 | Review bankruptcy docket for and retrieve case management order for attorney's review (.2); retrieve and review bankruptcy docket and adversary dockets (.2); analyze bankruptcy docket and update motion status chart re same and draft correspondence re same (.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/28/02 | Rhonda A Bledsoe | 1.70 | Attend to matters re critical dates (.4); telephone conference with local counsel re omnibus hearing dates for 2003 (.3); update and revise critical dates list and incorporating all 2003 dates and deadlines (1.0). |
| 10/28/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 10/28/02 | James W Kapp | .40 | Review pleadings and correspondence and distribute same (.2); review critical dates memorandum (.1); review Bankruptcy Review article re Armstrong disallowance of property damage claim (.1). |
| 10/28/02 | Christian J Lane | 1.50 | Review and comment on critical dates list (.9); attend to issues re same (.6). |
| 10/28/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.5); review correspondence, analyze and distribute to responsible attorney for action (.5). |
| 10/29/02 | Aletheia V Anderson | .50 | Update and revise conflicts list re committees. |
| 10/29/02 | Rhonda A Bledsoe | 1.00 | Retrieve case precedent re directors and officers (.5); review and analyze docket re Jan-March fee applications and corresponding order (.5). |
| 10/29/02 | James W Kapp | .20 | Review docket and attend to issues re same (.1); review and revise critical dates list (.1). |
| 10/29/02 | Shirley A Pope | 3.50 | Review correspondence, analyze and distribute to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.5); locate, review and organize class certification briefs for attorney use (1.0). |
| 10/30/02 | Aletheia V Anderson | 2.30 | Retrieve and review docket and adversary dockets (.2); retrieve and review various hearing agendas for attorney's review (.6); analyze pleadings and various other documents and update central files re same (1.5). |
| 10/30/02 | Rhonda A Bledsoe | 1.30 | Attention to creditor inquiry (.3); review and update team contact list (1.0). |
| 10/30/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 10/30/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.0); review correspondence, analyze and distribute to responsible attorneys for action (1.0). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re critical dates (.6); review and analyze signed orders re same (.4); attend to matters re same (.5). |
| 10/31/02 | Stephanie R Cashman | 1.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 10/31/02 | James W Kapp | .30 | Review correspondence from B. Johnson re status of chapter 11 cases (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 10/31/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorneys for action (1.0); revise document production indices (1.0). |
| | Total hours: | 159.60 | |

A-13

## Matter 21 - Claims (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/02 | Janet S Baer | .40 | Prepare revised letter on ZAI and PI forms. |
| 10/14/02 | Andrew R Running | .40 | Telephone conversation with W. Sparks re USG hearing (.2); telephone conversation with J. Hughes re same (.2). |
| 10/16/02 | Janet S Baer | .40 | Confer with F. Zaremby and BMC re claims management/review system and related matters. |
| 10/21/02 | Andrew R Running | .90 | Telephone conference with D. Siegel, W. Corcoran, J. Hughes and W. Sparks to discuss the USG case management order hearing. |
| 10/22/02 | Janet S Baer | .30 | Attend to matters re class action coupon claims. |
| 10/23/02 | Janet S Baer | .30 | Review client comments re asbestos coupon claims. |
| 10/25/02 | Rhonda A Bledsoe | 1.00 | Telephone conference with BMC re status of claims (.4); review and analyze claims register and report re same (.6). |
| 10/28/02 | Janet S Baer | .80 | Review letters from Rust Consulting on creditor inquiries and revise same (.5); attend to matters re CNA settlement amounts owing (.3). |
| 10/31/02 | Janet S Baer | .50 | Attend to matters re USG issue on claim (.2); attend to matters re BMC claims agent duties (.3). |
| 10/31/02 | James W Kapp | .50 | Telephone conference with J. Hazenthal re issues re particular proof of claim. |
| | Total hours: | 5.50 | |

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/02 | James W Kapp | .10 | Review correspondence from D. Siegel re bankruptcy plan. |
| 10/04/02 | Janet S Baer | .50 | Confer with D. Siegel and F. Gilbert re business plan and related issues (.3); attend to matters re same (.2). |
| 10/04/02 | James W Kapp | .10 | Address issues re preparation of business plan. |
| 10/07/02 | James W Kapp | .10 | Review correspondence from B. Tarola re business plan. |
| 10/07/02 | Christian J Lane | 1.00 | Review material re proposed intellectual property-related transaction. |
| 10/08/02 | Janet S Baer | 2.30 | Review business plan materials (1.0); prepare transmittal re same and review materials from client re same (.8); prepare revised letter of transmittal and circulate to clients (.5). |
| 10/08/02 | Christian J Lane | 2.00 | Review material re proposed intellectual property-related transaction (.3); attend to matters re same (.3); prepare for and participate in telephone conference with client re same (1.4). |
| 10/09/02 | Janet S Baer | 1.40 | Attend to matters re transmitting business plans to Court and transmittal correspondence re same (1.0); confer with W. sparks and S. Ahern re Canadian counsel's inquiries on status and long term plans for Canada (.4). |
| 10/14/02 | Christian J Lane | .70 | Attend to issues related to business conducted with 3M (.3); telephone conferences with client re same (.4). |
| 10/17/02 | James W Kapp | .20 | Review correspondence from D. Siegel to Court re business plan. |
| 10/25/02 | Christian J Lane | 1.50 | Telephone conference with client re contract related to Colorado real property (.7); review materials re same (.8). |
| 10/29/02 | Janet S Baer | .30 | Attend to matters re D&O insurance and need for motion re same. |
| 10/29/02 | Christian J Lane | 1.90 | Research and analysis of issues related to D&O insurance (1.5); telephone conferences re same (.4). |
| 10/30/02 | Janet S Baer | .90 | Confer with J. Posner re CNA insurance issue and D&O issues (.2); review K-Mart pleadings re D&O issues and further confer re same (.5); follow up with D. Siegel re same (.2). |
| 10/30/02 | James W Kapp | .80 | Telephone conference with D. Siegel and P. Norris re insurance issues (.5); attend to issues re same (.3). |
|  | Total hours: | 13.80 |  |

## Matter 26 - Financing - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/02 | James W Kapp | .60 | Telephone conference with M. Shelnitz and M. Hunter re amendment and restructuring of DIP facility. |
| 10/07/02 | James W Kapp | .20 | Telephone conference with M. Hunter re revisions to DIP Agreement. |
| 10/10/02 | Roger J Higgins | .80 | Prepare for and participate in telephone conference with M. Hunter and J. McFarland re new DIP facility issues (.5); attend to matters related thereto (.3). |
| 10/10/02 | Christian J Lane | 2.30 | Prepare for and participate in telephone conference M. Hunter and J. McFarland re extension of DIP financing (1.8); attend to issues re same (.5). |
| 10/21/02 | James W Kapp | .70 | Attend to issues re DIP Agreement and ability to transfer funds to non-debtor foreign subsidiary. |
| 10/22/02 | James W Kapp | .50 | Review DIP Agreement re ability to make inter-company transfers to nondebtors. |
| 10/23/02 | James W Kapp | .90 | Attend to issues re DIP agreement. |
| 10/24/02 | James W Kapp | .50 | Review DIP Agreement re ability to make intercompany transfers under certain circumstances. |
|  | Total hours: | 6.50 |  |

## Matter 27 - Employee Benefits/Pension - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/02 | Roger J Higgins | .50 | Analyze 401(k) issues. |
| 10/07/02 | James W Kapp | .60 | Telephone conference with B. McGowan re issues pertaining to 401(k) benefits. |
| 10/07/02 | James W Kapp | .30 | Review wage orders re same. |
| 10/08/02 | James W Kapp | .20 | Telephone conference with B. McGowan re continuation of certain employee programs. |
| 10/09/02 | Janet S Baer | 1.30 | Confer with J. Forgach re contributions to Defined Benefit Pension plans and review documents re same (.8); attend to matters re same (.5). |
| 10/09/02 | Roger J Higgins | .30 | Consider issues re employee benefits. |
| 10/09/02 | James W Kapp | .50 | Attend to issues re defined benefit plans. |
| 10/10/02 | Janet S Baer | .50 | Confer with J. Forgach re benefit plan issues and contributions. |
| 10/11/02 | Christian J Lane | .50 | Review additional material related to Norris amended contract. |
| 10/15/02 | Janet S Baer | .60 | Review revised Q&A for employees re proof of claim issues (.3); attend to matters re same (.3). |
| 10/17/02 | James W Kapp | .20 | Telephone conference with B. McGowan re chief executive officer retention application. |
| 10/20/02 | Janet S Baer | .50 | Prepare revised Questions and Answers on benefit issues. |
| 10/21/02 | Janet S Baer | .60 | Confer with J. Forgach re benefits Q&A revisions (.3); attend to matters re same (.3). |
| 10/21/02 | James W Kapp | .60 | Review correspondence re employee questions and answers (.1); attend to issues re same (.5). |
| 10/24/02 | James W Kapp | .30 | Telephone conference with B. McGowan re executed chief executive officer amendment order (.2); review same (.1). |
| | Total hours: | 7.50 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Janet S Baer | .40 | Review Bankruptcy Rules re timing on Gerard appeal and prepare transmittal to Delaware counsel re same. |
| 10/01/02 | Andrew R Running | .20 | Telephone conversation with J. Hughes re case management order hearing. |
| 10/04/02 | Janet S Baer | 1.20 | Internal conference re Carol Gerard appeal (.7); review Gerard designation of record on appeal (.5). |
| 10/04/02 | Sven T Nylen | .70 | Internal conference re Gerard appeal. |
| 10/04/02 | Mark E Grummer | .10 | Review and organize fraudulent conveyance materials. |
| 10/06/02 | Sven T Nylen | 4.00 | Review documents re Gerard appeal. |
| 10/07/02 | Janet S Baer | 1.80 | Review Gerard record for appeal and 9/23/02 transcript (1.0); confer with counsel for Maryland Casualty Insurance re same (.3); attend to matters re same (.3); attend to matters re patent settlement, protocol and related matters (.2). |
| 10/07/02 | Sven T Nylen | 3.10 | Review documents re Carol Gerard appeal (1.6); legal research re issues in Carol Gerard appeal (1.5). |
| 10/08/02 | Janet S Baer | 1.00 | Review communications re EAIC/Gerling matter (.3); attend to matters re Gerard appeal (.5); confer with S. Ahern re Canadian status (.2). |
| 10/08/02 | Sven T Nylen | 2.40 | Legal research re issues in Carol Gerard appeal. |
| 10/08/02 | James W Kapp | 1.00 | Attend to issues re pursuit of certain avoidance actions. |
| 10/09/02 | Janet S Baer | .30 | Attend to matters re Celotex discovery issues. |
| 10/09/02 | Sven T Nylen | 1.80 | Legal research re issues in Carol Gerard appeal. |
| 10/10/02 | Janet S Baer | 4.00 | Confer with R. Finke re Celotex discovery issues (.5); attend to matters re same (.3); review Gerard orders, transcripts and statement of issues on appeal to determine response for appeal (2.6); confer with D. Speights re Celotex subpoena (.3); confer with D. Siegel re same (.3). |
| 10/10/02 | Sven T Nylen | 1.50 | Review documents re Carol Gerard appeal. |
| 10/11/02 | Janet S Baer | 3.60 | Confer with R. Beber re Celotex deposition (.3); confer with J. Wissler re Gerard record and appellate issues (.5); confer with R. Finke re Celotex issues (.3); review Gerard transcripts and motion for reconsideration and appeal-related pleadings (2.0); internal conference re research for Gerard appeal (.5). |
| 10/11/02 | Sven T Nylen | 3.00 | Research re issues in Carol Gerard appeal (2.5); internal conference re Carol Gerard appeal status (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/02 | Christian J Lane | 1.80 | Attention to resolution of MCNIC adversary proceeding. |
| 10/12/02 | Janet S Baer | 3.50 | Review case law, pleadings and transcripts re appeal (2.0); review most recent correspondence and pleadings from English Court proceeding - Gerling/EAIC and correspond with English counsel re same (1.5). |
| 10/14/02 | Janet S Baer | 3.50 | Attend to matters re Gerling/EAIC matter and review further pleadings re same (.5); attend to matters re Celotex discovery (.3); confer with counsel for parties in Celotex matter (.4); review documents re same (1.0); confer with R. Finke re Celotex deposition and documents (.8); review EAIC's further submission re Gerling case and prepare response re same (.5). |
| 10/14/02 | Christian J Lane | 5.30 | Review comments from MCNIC counsel (.2); telephone conference re same (.3); revise stipulation (.2); attend to various matters re same (.3); review materials re MCNIC adversary proceeding (1.0); draft motions re same (2.0); research re same (1.3). |
| 10/15/02 | Janet S Baer | .50 | Review correspondence re EAIG/Gerling matters. |
| 10/15/02 | Sven T Nylen | 1.00 | Review documents re Carol Gerard appeal. |
| 10/15/02 | James W Kapp | 1.10 | Review answer to MCNIC complaint (.9); address strategies and response re same (.2). |
| 10/15/02 | Christian J Lane | 3.50 | Telephone conferences with MCNIC counsel re MCNIC resolution (.5); revise stipulation (.2); attend to various matters re same (.5); draft motions re same (1.5); research re same (.8). |
| 10/16/02 | Janet S Baer | 4.80 | Confer with R. Finke prior to and attend/defend R. Finke deposition in Celotex case. |
| 10/16/02 | Sven T Nylen | 5.40 | Review documents re Carol Gerard appeal (3.4); legal research re issues in Carol Gerard appeal (2.0). |
| 10/16/02 | Christian J Lane | 3.50 | Telephone conferences with client re MCNIC resolution (.5); revise stipulation (.2); attend to various matters re same (.5); draft motions re same (1.5); research re same (.8). |
| 10/17/02 | Christian J Lane | 1.60 | Telephone conferences re MCNIC resolution (.3); attend to various matters re same (.5); Telephone conferences re National Union adversary proceeding (.3); attend to issues re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/02 | Andrew R Running | 7.80 | Observe hearing before Judge Wolin on case management motion in the USG case for issues relevant to Grace bankruptcy litigation (2.5); meeting with J. Hughes and W. Sparks to discuss the implications of the hearing for Grace (1.0); prepare memorandum summarizing the hearing and identifying possible implications for the Grace litigation (4.3). |
| 10/18/02 | Janet S Baer | .60 | Attend to matters re Kellogg injunction issues (.3); attend to matters re Gerard appeal (.3). |
| 10/18/02 | James W Kapp | 1.30 | Revise MCNIC stipulation (.8); attend to issues re modification of preliminary injunction re particular lawsuit against employees (.5). |
| 10/18/02 | Christian J Lane | 3.50 | Draft and revise motion to enforce preliminary injunction in Kellogg action. |
| 10/20/02 | Sven T Nylen | 5.50 | Legal research re Montana law in connection with Carol Gerard appeal. |
| 10/21/02 | Janet S Baer | .90 | Review and revise Kellogg motion and attend to matters re same. |
| 10/21/02 | James W Kapp | .80 | Review and revise Debtors' motion to direct state court to honor preliminary injunction. |
| 10/21/02 | Christian J Lane | 4.50 | Draft and revise motion to enforce preliminary injunction in Kellogg action. |
| 10/22/02 | Janet S Baer | .20 | Respond to inquiries re Canadian issues. |
| 10/22/02 | James W Kapp | .20 | Review ZAI scheduling order. |
| 10/22/02 | Christian J Lane | .50 | Review correspondence re Rowe environmental issue and letter of credit. |
| 10/23/02 | Janet S Baer | 1.80 | Review draft letter re Novak landfill (.2); confer with R. Emmett re same (.1); review letter on H. Grau & Sons site and prepare transmittal re same (.3); attend to matters re same (.3); confer with J. Wisler re Gerard appeal (.3); review Laker Construction general release and attend to matters re same (.3); review records re Locke injunction order and respond to inquiry re same (.3). |
| 10/23/02 | Mark E Grummer | 1.60 | Review and suggest revisions to R. Emmett draft letter to Novak PRP group and forward draft to team with explanatory email (.9); exchange emails re Novak site (.2); review demand from attorney for Grau, Inc. relating to Wilder, KY, property (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/02 | Janet S Baer | .80 | Review correspondence on EAIG/Gerling (.3); attend to matters re R. Locke action (.3); confer with J. Posner re CNA turnover/setoff issues (.2). |
| 10/24/02 | James W Kapp | .40 | Attend to issues re Locke action and preliminary injunction. |
| 10/25/02 | Janet S Baer | .30 | Review further correspondence re EAIG/Gerling case. |
| 10/25/02 | Mark E Grummer | .30 | Review materials re Grau, Inc. demand re Wilder, KY, site. |
| 10/25/02 | Christian J Lane | .50 | Review correspondence re Rowe environmental issue and letter of credit (.2); attend to issues related to MCNIC (.3). |
| 10/28/02 | Janet S Baer | .70 | Attend to matters re Gerard appeal (.5); attend to matters re Woodbury, NJ, environmental site (.2). |
| 10/28/02 | Mark E Grummer | .10 | Review correspondence re Novak Landfill site. |
| 10/28/02 | James W Kapp | .40 | Attend to issues re assertion of potential avoidance actions and pending deadline. |
| 10/28/02 | Christian J Lane | 2.00 | Prepare for and participate in office conference re outstanding issues and strategy for handling issues. |
| 10/29/02 | Janet S Baer | .70 | Attend to matters re Gerard (.3); attend to matters re environmental issues and payment of claims (.4). |
| 10/29/02 | Mark E Grummer | .70 | Evaluate issues raised by New Jersey demand for two payments at Woodbury, NJ, site and attend to matters re same. |
| 10/29/02 | Christian J Lane | 2.50 | Draft motion re preliminary injunction re Locke v. Bettacchi. |
| 10/30/02 | Janet S Baer | .30 | Confer with S. Kortanek re Gerard appeal. |
| 10/31/02 | Janet S Baer | .30 | Attend to matters re Locke injunction issues and related injunctions matters. |
| 10/31/02 | Mark E Grummer | .10 | Consider Woodbury, NJ, site issues. |
| 10/31/02 | James W Kapp | .10 | Telephone conference with M. Shelnitz re extension of preliminary injunction for Locke. |
|  | Total hours: | 105.00 |  |

### Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/02 | Janet S Baer | .50 | Review draft agenda for 10/28 omnibus hearing and attend to matters re same. |
| 10/11/02 | James W Kapp | .40 | Review and revise agenda re October 28, 2002, hearing and attend to issues re same. |
| 10/14/02 | James W Kapp | .40 | Review and revise October 28, 2002, hearing agenda (.2); attend to issues re same (.2). |
| 10/14/02 | Christian J Lane | 1.00 | Prepare for and conduct telephone conferences with local counsel and other parties-in-interest re hearing agenda letter (.6); attend to various issues re same (.4). |
| 10/17/02 | Janet S Baer | .30 | Attend to matters re 10/28 omnibus hearing and outstanding matters. |
| 10/17/02 | James W Kapp | .20 | Attend to issues re October 28, 2002, hearing. |
| 10/20/02 | Janet S Baer | .20 | Review final draft of 10/28 agenda and prepare response re same. |
| 10/21/02 | James W Kapp | 1.40 | Review and revise final agenda for October 28, 2002, hearing (.4); prepare correspondence to P. Galbraith re same (.2); prepare status memorandum re October 28, 2002, hearing (.5); telephone conference with P. Galbraith re October 28, 2002, agenda (.1); attend to issues re preparation for October 28, 2002, omnibus hearing (.2). |
| 10/24/02 | Janet S Baer | .50 | Attend to various matters re upcoming omnibus hearings and motions to conclude. |
| 10/24/02 | James W Kapp | .40 | Prepare materials for October 28, 2002, hearing (.2); review orders executed by Court in connection with October 28, 2002, hearing (.1); telephone conference with P. Galbraith re October 28, 2002, hearing (.1). |
| 10/25/02 | Janet S Baer | .50 | Attend to matters re omnibus hearing and cancellation of same. |
| 10/28/02 | James W Kapp | .10 | Review notice of continued hearing. |
| | Total hours: | 5.90 | |

## Matter 31 - Asset Disposition - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/02 | James W Kapp | 3.10 | Review and revise agreement with Promega re certain patent applications (.3); telephone conferences with M. Shelnitz re same (1.3); attend to issues re same (.6); attend to issues re MCNIC negotiations and develop strategies re same (.2); attend to issues re property transaction (.4); attend to issues re Jay Peak objection to extension motion (.2); review same (.1). |
| 10/08/02 | James W Kapp | .40 | Review J. Peck objection to motion to extend time to assume or reject leases. |
| 10/14/02 | James W Kapp | .20 | Attend to issues re Jay Peak objection to lease extension. |
| 10/14/02 | Christian J Lane | 1.00 | Prepare for and conduct telephone conferences re Jay Peak objection to extension of time to assume or reject leases. |
| 10/15/02 | Christian J Lane | 2.50 | Prepare for and conduct telephone conferences re Jay Peak objection to extension of time to assume or reject leases (.8); attend to matters re same (.4); prepare for and conduct telephone conferences re Acton property issues (1.3). |
| 10/16/02 | James W Kapp | 1.50 | Participate in telephone conference with M. Shelnitz, C. Cross, G. Polen, S. Urlich re proposed transaction (1.1); telephone conference with D. Siegel and M. Shelnitz re same (.4). |
| 10/16/02 | Christian J Lane | 2.50 | Prepare for and conduct telephone conferences re Jay Peak objection to extension of time to assume or reject leases (.8); attend to matters re same (.4); prepare for and conduct telephone conferences re Acton property issues (1.3). |
| 10/17/02 | James W Kapp | .20 | Attend to negotiations with Jay Peak re resolutions of objection to extension motion. |
| 10/17/02 | Christian J Lane | .80 | Prepare for and conduct telephone conferences re Jay Peak objection to extension of time to assume or reject leases (.4); attend to various issues re same (.4). |
| 10/18/02 | James W Kapp | .40 | Review revised lease extension order addressing Jay Peak objections (.2); attend to negotiations re same (.2). |
| 10/21/02 | James W Kapp | .20 | Attend to issues re resolution of Jay Peak objection to lease extension motion. |
| 10/21/02 | Christian J Lane | 1.00 | Revise and finalize amended order re extension of time to assume or reject leases. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/22/02 | James W Kapp | .20 | Attend to issues re Jay Peak objection and revised order. |
| 10/22/02 | Christian J Lane | .50 | Attend to issues re order re extension of time to assume or reject leases. |
| 10/24/02 | James W Kapp | .20 | Attend to issues re settlement of claims pursuant to settlement order. |
| 10/28/02 | James W Kapp | .10 | Review and distribute executed order re extension of period to assume/reject leases. |
| | Total hours: | 14.80 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Toni L Wallace | 2.50 | Prepare draft of August fee application and exhibits to same. |
| 10/01/02 | Aletheia V Anderson | .20 | Search and analyze docket and adversary docket re July fee application and internal conference re same. |
| 10/01/02 | Rhonda A Bledsoe | .50 | Office conference re status of adversary fee application (.2); telephone conference with local counsel re same (.3). |
| 10/02/02 | Toni L Wallace | .50 | Multiple telephone conferences and e-mail correspondence with local counsel re filing of fee applications (.3); office conference re same (.2). |
| 10/02/02 | Rhonda A Bledsoe | .50 | Review and analyze adversary docket re filed fee application (.3); office conference re same (.2). |
| 10/07/02 | Roger J Higgins | 2.30 | Prepare September K&E fee application detail. |
| 10/08/02 | Janet S Baer | .80 | Consider issues procedures re fee examiner objections and review 9/23 hearing transcript re same. |
| 10/08/02 | Roger J Higgins | 3.30 | Prepare September K&E fee application detail. |
| 10/09/02 | Janet S Baer | .30 | Follow up re omnibus fee order issues. |
| 10/09/02 | Roger J Higgins | 3.90 | Prepare September K&E fee application detail (3.5); attend to matters re same (.4). |
| 10/10/02 | Janet S Baer | .50 | Attend to matters re fee moratorium and fee order and confer with W. Sparks and P. Galbraith re same. |
| 10/10/02 | Roger J Higgins | .80 | Prepare September K&E fee application detail (.5); draft internal correspondence re timekeeping matters (.2); attend to matters re fraudulent conveyance timekeeping issues (.1). |
| 10/11/02 | Roger J Higgins | 1.00 | Prepare September K&E fee application detail (.5); prepare affidavit re K&E fraudulent conveyance expenses (.5). |
| 10/15/02 | Toni L Wallace | .50 | Telephone conference with billing department re September fee application (.3); update payment tracking chart (.2). |
| 10/16/02 | Toni L Wallace | 2.50 | Review and revise billing sheets for September K&E fee application. |
| 10/17/02 | Roger J Higgins | .80 | Review September K&E fee application detail. |
| 10/18/02 | Aletheia V Anderson | 1.10 | Search and analyze docket and central files re interim compensation pleadings and fee auditor documents and attend to matters re same. |
| 10/18/02 | Roger J Higgins | .50 | Revise September K&E fee application detail. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 10/20/02 | Roger J Higgins | 2.00 | Revise September K&E fee application. |
| 10/21/02 | Aletheia V Anderson | .20 | Retrieve information for attorney use in responding to fee auditor report. |
| 10/21/02 | Rhonda A Bledsoe | .40 | Retrieve docket information re CNO for July fee application. |
| 10/21/02 | Janet S Baer | .30 | Confer with W. Smith re status of all outstanding fee application matters. |
| 10/21/02 | Roger J Higgins | 3.30 | Revise September K&E fee application detail. |
| 10/23/02 | Aletheia V Anderson | .20 | Draft correspondence re fee application CNO status. |
| 10/24/02 | Janet S Baer | .30 | Review examiner's report on first - third periods. |
| 10/25/02 | Toni L Wallace | .70 | Review revisions to billing sheets for September K&E fee application. |
| 10/25/02 | Janet S Baer | .30 | Attend to matters re fee examiner's final report on fee issues. |
| 10/25/02 | James W Kapp | 1.00 | Review fee examiner final report re first, second and third interim periods. |
| 10/28/02 | Toni L Wallace | 2.10 | Prepare September K&E fee application. |
| 10/28/02 | Janet S Baer | .40 | Attend to matters re W. Smith fee report and related issues. |
| 10/28/02 | Roger J Higgins | 1.10 | Draft first third interim periods final report reply letter (.8); attend to matters re September K&E fee application (.3). |
| 10/28/02 | James W Kapp | .60 | Consider strategies re response to fee auditor's final request for first-third interim periods. |
| 10/29/02 | Toni L Wallace | 2.50 | Revise September fee application (2.0); prepare and forward same to local counsel for filing (.5). |
| 10/29/02 | Aletheia V Anderson | 1.10 | Draft correspondence and search docket re various orders pertaining to interim fee applications (.2); retrieve, review and prepare for duplication of fee auditor documents and exhibits and deliver same (.9). |
| 10/29/02 | Roger J Higgins | 3.10 | Work on reply letter to fee auditor's final report (.8); telephone conference with W. Smith re 5th interim period initial report (.3); review fifth interim period initial report (.5); draft reply thereto (1.5). |
| 10/29/02 | Andrew R Running | .20 | Attend to matters re examiner's objections to legal research project. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/30/02 | Roger J Higgins | 2.60 | Draft response to final report re first through third quarters (1.4); draft response to initial report re fifth quarter (1.2). |
| 10/30/02 | Shirley A Pope | 2.00 | Locate, review and analyze pleadings referencing products liability issues re fee application. |
| 10/31/02 | Janet S Baer | 1.00 | Review fee auditors initial report and draft letter re objections to fifth interim period fees (.8); conference re same (.2). |
| 10/31/02 | Roger J Higgins | .80 | Draft reply to initial report for fifth quarter (.6); conference re same (.2). |
| 10/31/02 | Shirley A Pope | 1.00 | Locate, analyze and prepare briefs referencing liability issues re fee application. |
| | Total hours: | 49.70 | |

## Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Roger J Higgins | .10 | Telephone conference with M. Shelnitz re FTI Policano. |
| 10/14/02 | James W Kapp | .20 | Attend to issues re filing CNO for chief executive officer amendment (.1); telephone conference with P. Galbraith re same (.1). |
| 10/14/02 | James W Kapp | .20 | Attend to issues re retention of future claims representative. |
| 10/16/02 | James W Kapp | .20 | Telephone conference with J. Sakalo re payment of professionals. |
| 10/17/02 | James W Kapp | .40 | Attend to issues re appointment of future claims representative. |
| 10/18/02 | James W Kapp | .20 | Attend to issues re ordinary course retention motion and review same. |
| 10/21/02 | Roger J Higgins | 1.10 | Attend to matters re Hamilton Rabinowitz (.2); telephone call with W. Sparks re same (.1); telephone call with J. Sakalo re same (.2); telephone conference with L. Farmer and J. Natt re PwC fee application issues (.6). |
| 10/21/02 | James W Kapp | .40 | Attend to issues re appointment of future claims representative. |
| 10/22/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same. |
| 10/22/02 | Christian J Lane | 2.00 | Telephone conferences with client re fee application process (.7); review precedent at client request (1.3). |
| 10/23/02 | Miriam Geraghty | 1.00 | Review docket for professionals retention applications and orders. |
| 10/23/02 | James W Kapp | .20 | Attend to issues re retention of future claims representative. |
| 10/23/02 | Christian J Lane | 1.00 | Telephone conferences with client re fee application process (.7); gather precedent at client request (.3). |
| 10/29/02 | James W Kapp | .20 | Attend to issues re appointment of future claims representative. |
| | Total hours: | 7.50 | |

## Matter 38 - Employment Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/02 | Christian J Lane | 1.50 | Review issues re Deloitte retention (.3); telephone conferences re same (.2); review precedent re same (.5); attend to issues re same (.5). |
| 10/08/02 | Rhonda A Bledsoe | 1.30 | Review and analyze docket re professional applications (.5); review and analyze same re fee (.8). |
| 10/14/02 | Aletheia V Anderson | 2.00 | Sort and analyze OCP affidavits and prepare chart re missing affidavits (1.9); retrieve and review fee auditor retention order for attorney's review (.1). |
| 10/14/02 | Roger J Higgins | .50 | Telephone conference with M. Zabin re Deloitte retention as an OCP (.3); attend to matters related thereto (.2). |
| 10/15/02 | James W Kapp | .10 | Telephone conference with B. McGowan re amendment to chief executive officer retention agreement. |
| 10/16/02 | Roger J Higgins | 4.00 | Draft motion to retain futures representative (3.7); attend to matters related thereto (.3). |
| 10/17/02 | Roger J Higgins | .50 | Telephone conference with D. Siegel re futures representative. |
| 10/18/02 | Christian J Lane | 1.50 | Attention to issues related to retention of Deloitte & Touche (.5); telephone conferences re same (.5); attention to issues related to PwC retention (.5). |
| 10/21/02 | Aletheia V Anderson | .60 | Analyze docket and retrieve retention pleadings for various professionals and distribute same. |
| 10/21/02 | Aletheia V Anderson | .20 | Retrieve and review conflicts information for attorney use in updating central conflicts database. |
| 10/22/02 | James W Kapp | .10 | Review correspondence to B. McNew re Steptoe & Johnson retention. |
| 10/23/02 | Aletheia V Anderson | 3.20 | Analyze docket and pleadings re professional retentions and various conferences re same (2.0); prepare and revise memorandum re same (1.2). |
| 10/23/02 | Rhonda A Bledsoe | .80 | Office conference re retained professionals (.3); review and analyze index re same (.5). |
| 10/23/02 | James W Kapp | .50 | Attend to issues re ordinary course professional retention. |
| 10/24/02 | Aletheia V Anderson | .50 | Retrieve and review employment pleadings for attorneys' review. |
| 10/25/02 | Aletheia V Anderson | .30 | Attend to matters re retention order retrieval and organization for conflicts update. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/02 | Aletheia V Anderson | 1.40 | Analyze docket and order binders re retention of professionals in main and adversary case and update conflicts database re same. |
| 10/29/02 | Roger J Higgins | .30 | Telephone conference with E. Greene re futures representative issues. |
| 10/31/02 | Aletheia V Anderson | .40 | Draft correspondence re conflicts issues and update of central conflicts database (.2); retrieve and review bankruptcy docket and adversary dockets (.2). |
| | Total hours: | 19.70 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Pratibha J Shenoy | 4.80 | Prepare memorandum summarizing research on fiduciary obligations (4.0); discuss same (.8). |
| 10/01/02 | Janet S Baer | .40 | Confer with M. Shelnitz and M. Hunter re motion to prohibit certain claims trading and strategies re same. |
| 10/02/02 | Pratibha J Shenoy | 1.70 | Discuss memorandum to client re fiduciary obligations in tax matters (.3); revise same (1.4). |
| 10/02/02 | James W Kapp | .50 | Review Bankruptcy Review article re motion seeking approval of tax settlement (.1); attend to issues re Committee's inquiries re Internal Revenue Service tax settlement motion (.4). |
| 10/02/02 | Todd F Maynes | .30 | Consider issues re restrictions on trading. |
| 10/03/02 | Janet S Baer | 1.30 | Review US Air pleadings re procedure to limit equity and debt trading for similar procedures for Grace (.8); confer re same and review other similar pleadings in other cases (.5). |
| 10/03/02 | Todd F Maynes | 1.50 | Preparation re restrictions on trading motion (1.0); telephone calls with client re same (.5). |
| 10/04/02 | Pratibha J Shenoy | 2.00 | Consider issues re claims management and tax implications of same (.2); review precedent for motions re same (1.8). |
| 10/04/02 | Janet S Baer | 1.10 | Review memo re outstanding tax issues (.3); attend to matters re motion re trading claims and NOL's (.8). |
| 10/04/02 | Todd F Maynes | 1.00 | Telephone calls with client re restrictions on trading (.2); research re same (.8). |
| 10/07/02 | Pratibha J Shenoy | 2.50 | Continue preparing motion re claims trading and preservation of tax attributes. |
| 10/08/02 | Pratibha J Shenoy | 4.50 | Draft motion re claims trading and preservation of tax attributes. |
| 10/08/02 | Janet S Baer | .80 | Attend to matters re motion on restricting claims trading (.3); review draft motion re same (.5). |
| 10/09/02 | Pratibha J Shenoy | 6.50 | Attend to matters re motion to restrict claims trading (4.0); participate in conference call with client re motion (1.5); attend to matters re qualified settlement funds (1.0). |
| 10/09/02 | Janet S Baer | 1.30 | Review comments to draft motion to restrict claims trading (.3); participate in conference call to discuss same (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/02 | Todd F Maynes | 2.00 | Conference call re motion for claims trading bar (1.0); review of motion (1.0). |
| 10/10/02 | Pratibha J Shenoy | 1.50 | Complete draft of motion re claims trading and forward same to team for review. |
| 10/10/02 | Todd F Maynes | 1.50 | Revisions to motion re claim-trading bar. |
| 10/11/02 | Pratibha J Shenoy | 1.00 | Revise motion re claims trading. |
| 10/14/02 | Pratibha J Shenoy | 2.50 | Revise motion re claims trading (2.0); attend to matters re corporate-owned life insurance adjustments and motions re same (.5). |
| 10/15/02 | Pratibha J Shenoy | .50 | Revise motion re claims trading and forward to client. |
| 10/29/02 | Pratibha J Shenoy | 1.50 | Attend to matters re claims trading motion (.8); review client comments re same (.7). |
| 10/30/02 | Pratibha J Shenoy | 1.30 | Attend to matters re claims trading motion. |
| | Total hours: | 42.00 | |

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/02 | Janet S Baer | 3.00 | Travel to Boca Raton for deposition of R. Finke on Celotex matter (billed at 1/2 time). |
| 10/16/02 | Janet S Baer | 3.00 | Travel from Boca Raton back to Chicago after R. Finke deposition re Celotex (billed at 1/2 time). |
| 10/16/02 | Andrew R Running | 2.30 | Travel from Chicago to Newark and New Jersey for court hearing (billed at 1/2 time). |
| 10/17/02 | Andrew R Running | 2.50 | Travel from Newark, New Jersey to Chicago (billed at 1/2 time). |
| | Total hours: | 10.80 | |

## Matter 46 - Tax Litigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | Roger J Higgins | 1.70 | Attend to matters re refund issues (.3); internal conferences re same (.4); draft e-mail to E. Filon re same (.3); telephone conference with A. Kruger re COLI motion (.7). |
| 10/01/02 | James W Kapp | 1.60 | Address strategies and response to D. Rosenbloom correspondence re COLI tax settlement (.2); telephone conference with M. Shelnitz re Fresenius inquiries re COLI tax settlement (.3); telephone conference with A. Krieger re Internal Revenue Service COLI settlement motion (.7); internal conferences re COLI refund issues and potential need for injunctive relief (.4). |
| 10/01/02 | Todd F Maynes | .30 | Telephone calls with IRS re tax controversy status. |
| 10/02/02 | Todd F Maynes | .20 | Consider issues re Fresenius situation. |
| 10/03/02 | Roger J Higgins | .50 | Telephone conference with E. Filon re COLI issues. |
| 10/04/02 | James W Kapp | .60 | Attend to issues re COLI Tax settlement (.2); address Creditor Committee inquiries re COLI tax settlement motion (.2); review memorandum re COLI settlement (.2). |
| 10/07/02 | James W Kapp | .20 | Review correspondence from M. Narducci re COLI tax consultants. |
| 10/08/02 | Roger J Higgins | 2.50 | Telephone conference with M. Shelnitz and E. Filon re tax refund issue in preparation for general conference with Fresenius and Sealed Air. |
| 10/08/02 | James W Kapp | 2.30 | Participate in telephone conference with E. Filon  J. McFarland, M. Shelnitz, D. Rosenbloom and other Fresenius representatives re COLI tax settlement and various related issues (2.0); attend to follow-up issues re same (.3). |
| 10/09/02 | Roger J Higgins | 4.00 | Telephone conference with M. Hurfard re COLI motion (.4); telephone conference with T. Borders re settlements and COLI motion (.7); further telephone conference with T. Borders and D. Rosenbloom re same (1.6); attend to matters related thereto (.9); telephone conference with M. Shelnitz re same (.4). |
| 10/09/02 | James W Kapp | 1.00 | Review and revise modified Internal Revenue Service settlement motion reflecting comments of Personal Injury Committees and Fresenius. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/02 | Roger J Higgins | 7.60 | Telephone conference with E. Filon re settlement issues (1.0); attend to matters related thereto (.7); legal research on tax setoff issues (4.9); telephone conference with P. Zilly and E. Filon re unsecured creditor committee tax information request (.7); telephone conference with A. Krieger re same (.3). |
| 10/10/02 | James W Kapp | .50 | Review revisions to Internal Revenue Service COLI tax order to address Personal Injury Committee concerns. |
| 10/11/02 | Roger J Higgins | 8.80 | Telephone conferences with E. Filon re settlement issues and proposed letter to Fresenius (1.5); telephone conferences with C. Rizek re proposed modifications to COLI order (.9); legal research re setoff issue (4.3); telephone conferences with D. Rosenbloom re same (2.1). |
| 10/11/02 | James W Kapp | .70 | Review Personal Injury Committee objection to Internal Revenue Service settlement (.2); attend to revisions to order re same (.2); review correspondence from D. Rosenbloom re Internal Revenue Service tax settlement motion (.1); develop response re same (.2). |
| 10/12/02 | Janet S Baer | .80 | Review revised motion re NOL's and transfer restrictions and provide comments re same. |
| 10/14/02 | Janet S Baer | .50 | Review revised version of trading motion and attend to matters re same. |
| 10/14/02 | Roger J Higgins | 5.50 | Review D. Rosenbloom e-mail re COLI order (.2); internal conference re COLI order (.5); telephone conferences with E. Filon re same (.3); legal research re settlement issues (4.5). |
| 10/14/02 | James W Kapp | .40 | Attend to issues re objections to COLI tax settlement (.2); review D. Rosenbloom correspondence re Internal Revenue Service Settlement Motion (.1); review correspondence from E. Filon re Internal Revenue Service settlement motion (.1). |
| 10/14/02 | Todd F Maynes | .50 | Internal conference re COLI order. |
| 10/15/02 | Roger J Higgins | 8.50 | Legal research re settlement issues (2.0); telephone conference with C. Rizek re COLI order (1.0); telephone conferences with E. Filon re same (2.0); telephone conferences with T. Borders re same (3.0); revise order (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/02 | James W Kapp | 3.40 | Review objection of Fresenius to Internal Revenue Service tax settlement motion (.8); attend to strategy and response re same (.6); attend to issues re set-off strategies and research results re same (.4); telephone conference with M. Shelnitz re Internal Revenue Service tax settlement motion (.3); telephone conference with M. Shelnitz and E. Filon re same (1.1); attend to issues re same (.2). |
| 10/16/02 | Roger J Higgins | 4.50 | Telephone conferences with D. Rosenbloom and T. Borders re COLI order (1.7); telephone conferences with E. Filon re same (1.0); telephone conferences with J. Tandler re settlement issues (.5); revise COLI order (.8); attend to matters re same (.5). |
| 10/16/02 | James W Kapp | .40 | Address issues re resolution of Fresenius objections to Internal Revenue Service settlement motion. |
| 10/16/02 | Todd F Maynes | 1.00 | Revise to tax motion (.8); e-mail correspondence re same (.2). |
| 10/17/02 | Roger J Higgins | 4.10 | Attend to matters re COLI order (.8); telephone conference with E. Filon re same (.5); telephone conference with C. Rizek re same (.3); telephone conference with A. Krieger re same (.8); telephone conferences with D. Rosenbloom (.9); revise order (.3); legal research re settlement issues (.5). |
| 10/17/02 | James W Kapp | .90 | Review revised order incorporating Fresenius and Personal Injury Committee revisions (.3); attend to issues and develop strategies re same (.2); attend to issues re COLI settlement motions and comments of Creditors Committee re same (.4). |
| 10/18/02 | Roger J Higgins | 2.80 | Revise COLI order (.7); internal conference re matters related thereto (.5); telephone conferences with E. Filon, D. Rosenbloom, T. Borders and C. Rizek re same (1.6). |
| 10/18/02 | James W Kapp | .90 | Attend to issues re Department of Justice inquiry re Internal Revenue Service 80/20 settlement motion. |
| 10/18/02 | Todd F Maynes | .50 | Internal conference re Sealed Air/Fresenius. |
| 10/21/02 | Pratibha J Shenoy | 3.50 | Attend to matters re bankruptcy priority of tax claims (.5); research same (3.0). |
| 10/21/02 | Roger J Higgins | 1.30 | Telephone conference with D. Katinsky re COLI settlement order (.2); telephone conference with E. Filon re settlement issues (.1); telephone conference with E. Filon, W. Johnson and M. Shelnitz re COLI settlement strategies (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/21/02 | James W Kapp | .40 | Prepare for telephone conference with Fresenius and Sealed Air representatives re various tax motions. |
| 10/21/02 | Todd F Maynes | .50 | Telephone calls with R. Stewart re potential settlement. |
| 10/22/02 | Pratibha J Shenoy | 3.90 | Research issues re withholding taxes and claim priority (3.6); attend to matters re same (.3). |
| 10/22/02 | Roger J Higgins | 1.50 | Prepare for and participate in conference call with E. Filon, M. Shelnitz, Fresenius and Sealed Air re COLI settlement (1.0); draft correspondence to P. Zilly re same (.5). |
| 10/22/02 | James W Kapp | .80 | Review and distribute executed Internal Revenue Service tax settlement order (.2); telephone conference with E. Filon re same (.1); attend to issues re Fresenius/Sealed Air telephone conference re tax settlement (.3); review correspondence from E. Filon re negotiation of agreement with Internal Revenue Service (.2). |
| 10/22/02 | Todd F Maynes | 1.50 | Conference calls re settlement of Sealed Air/Fresenius issues (1.0); review of emails and memoranda re same (.5). |
| 10/23/02 | Pratibha J Shenoy | 1.00 | Finalize schedule calculating claim amounts (.8) forward same to client with summary email (.2). |
| 10/23/02 | Roger J Higgins | .80 | Telephone conference with E. Filon re settlement issues (.5); attend to matters related thereto (.3). |
| 10/23/02 | James W Kapp | .60 | Respond to E. Filon correspondence re Internal Revenue Service setoff issues. |
| 10/23/02 | Todd F Maynes | .50 | Draft internal emails re settlement discussions (.3); telephone calls with IRS re same (.2). |
| 10/24/02 | Roger J Higgins | 2.80 | Prepare for and participate in call with P. Zilly re COLI settlement (1.0); review and respond to E. Filon e-mails re same (.7); telephone conference with E. Filon re same (.8); attend to matters related thereto (.3). |
| 10/24/02 | James W Kapp | 1.50 | Attend to issues re negotiation of closing agreement with Internal Revenue Service (.2); attend to issues re Internal Revenue Service settlement roadshow for creditors (.3); review correspondence from E. Filon re Internal Revenue Service communications (.3); telephone conference with P. Zilly re Internal Revenue Service settlement negotiations and Committee Roadshow (.7). |

A-37

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/02 | Roger J Higgins | 1.60 | Prepare for and participate in telephone conference with P. Zilly and E. Filon re COLI settlement issues (.8); review and comment on draft COLI closing agreement (.8). |
| 10/28/02 | James W Kapp | 1.40 | Review correspondence re Internal Revenue Service settlement (.1); participate in telephone conference with P. Zilly and E. Filon re strategies re tax settlement issues (1.0); telephone conference with P. Zilly re same (.3). |
| 10/29/02 | Roger J Higgins | 2.30 | Telephone conference with E. Filon re state tax controversy (.3); telephone conference with E. Filon and W. Johnson re settlement agreement call (.5); telephone conference with E. Filon and Fresenius and Sealed Air counsel re COLI settlement (1.5). |
| 10/31/02 | Roger J Higgins | 2.80 | Telephone conference with T. Borders re COLI settlement call with IRS (.3); telephone conference with E. Filon re same (.2); telephone conference with E. Filon and M. Shelnitz re COLI termination (.2); telephone conference with IRS, Fresenius counsel, Sealed Air counsel, E. Filon and M. Shelnitz re COLI settlement (1.5); consider setoff issues (.4); telephone conference with E. Filon re IRS call and follow-up (.2). |
|  | Total hours: | 95.90 |  |

## Matter 51 - ZAI Science Trial - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/02 | Janet S Baer | .60 | Confer with J. Restivo re discovery status, discovery order and related matters (.3); attend to matters re same (.3). |
| 10/22/02 | Shirley A Pope | 1.00 | Review docket, download and organize pleadings related to science trial for Concordance litigation support system database entry (.5); locate, review and distribute scheduling order enter by Judge Fitzgerald to responsible attorney for action (.5). |
| 10/27/02 | Christopher B Sullivan | 2.00 | Draft ZAI fact outline. |
| 10/28/02 | Christopher B Sullivan | 3.50 | Draft master factual outline for ZAI, Libby and Expanding plants. |
| 10/29/02 | Christopher B Sullivan | 4.50 | Draft master factual outline for ZAI, Libby and Expanding plants. |
| 10/30/02 | Christopher B Sullivan | 5.50 | Draft/edit master fact outline on ZAI, expanding plants and Libby. |
| 10/31/02 | Christopher B Sullivan | 3.50 | Draft/edit master fact outline on ZAI, expanding plants and Libby. |
| | Total hours: | 20.60 | |