# EXHIBIT B

## Matter 42 - Non-working Travel - Expenses

| Service Description | Amount |
| --- | --- |
| Travel Expense | $640.16 |
| Airfare | $2,379.66 |
| Transportation to/from airport | $254.69 |
| Travel Meals | $168.49 |
| Working Meals/K&E and Others | $64.00 |
| **Total** | **$3,507.00** |

## Matter 42 - Non-working Travel - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 9/23/02 | 56.05 | Crown Coach - Transportation to/from airport, James W Kapp |
| 9/23/02 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 10/01/02 | 85.00 | DAVID M BERNICK, P.C. - Travel Expense, Newark,NJ, 9.24.02, (Attend Grace Hearing) |
| 10/01/02 | 275.16 | DAVID M BERNICK, P.C. - Airfare Expense, Newark,NJ, 9.24.02, (Attend Grace Hearing) |
| 10/04/02 | 417.46 | S JONATHAN SILVERMAN - Travel Expense, Washington, D.C. 10.2.02 - 10.3.02 (Meet w/B. Price and Client) |
| 10/04/02 | 1,053.88 | S JONATHAN SILVERMAN - Airfare Expense, Washington, D.C. 10.2.02 - 10.3.02 (Meet w/B. Price and Client) |
| 10/04/02 | 33.17 | S JONATHAN SILVERMAN - Meals Expense, Washington, D.C. 10.2.02 - 10.3.02 (Meet w/B. Price and Client) |
| 10/04/02 | 64.00 | EUREST - Working Meals/K&E and Others, 9/06/02, J. Baer, Beverage Setup, 8 |
| 10/21/02 | 137.70 | JANET BAER - Travel Expense, Boca Raton,FL, 10/15/02 to 10/16/02, (Deposition) |
| 10/21/02 | 1,050.62 | JANET BAER - Airfare Expense, Boca Raton,FL, 10/15/02 to 10/16/02, (Deposition) |
| 10/21/02 | 135.44 | JANET BAER - Transportation to/from airport, 9/24, 9/25/02 (Supplement Report) |
| 10/21/02 | 33.32 | JANET BAER - Meal Expense, Boca Raton,FL, 10/15/02 to 10/16/02, (Deposition) |
| 10/22/02 | 70.05 | ANDREW R RUNNING - Travel Meals w/J. Hughes, Newark, NJ 10/16/02 to 10/18/02 (Discuss Court Hearing) |
| 10/22/02 | 31.95 | ANDREW R RUNNING - Travel Meals w/J. Hughes, Newark, NJ 10/16/02 to 10/18/02 (Discuss Case) |

## Matter 52 - Expenses - Expenses

| Service Description | Amount |
| --- | --- |
| Telephone | $120.97 |
| Fax Telephone Charge | $9.99 |
| Fax Charge | $367.50 |
| Standard Copies | $413.40 |
| Binding | $5.25 |
| Tabs/Indexes/Dividers | $3.80 |
| Scanned Images | $10.95 |
| Overnight Delivery | $17.48 |
| Outside Messenger Services | $37.70 |
| Working Meals/K&E Only | $80.88 |
| Working Meals/K&E and Others | $9.00 |
| Information Broker Doc/Svcs | $30.00 |
| Computer Database Research | $2,586.48 |
| Overtime Transportation | $109.50 |
| Overtime Meals | $12.00 |
| Secretarial Overtime | $447.84 |
| **Total** | **$4,262.74** |

## Matter 52 - Expenses - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 7/09/02 | 2.70 | Telephone call to: BOCA RATON,FL 561-362-1532 |
| 7/26/02 | 6.71 | Telephone call to: CLARKSVL,MD 410-531-4213 |
| 8/01/02 | 1.08 | Telephone call to: HINSDALE,IL 630-654-9318 |
| 8/01/02 | 2.78 | Telephone call to: HINSDALE,IL 630-654-9318 |
| 8/01/02 | 1.14 | Telephone call to: CHICAGO,IL 312-946-2260 |
| 8/05/02 | 1.64 | Telephone call to: NEW YORK,NY 212-806-5791 |
| 8/05/02 | .78 | Telephone call to: CHICAGO,IL 773-871-4151 |
| 8/27/02 | .98 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 8/27/02 | 1.77 | Telephone call to: PITTSBURGH,PA 412-288-3106 |
| 8/27/02 | 1.85 | Telephone call to: KITCHEWTRL,ON 519-884-6764 |
| 8/27/02 | 1.48 | Telephone call to: KITCHEWTRL,ON 519-884-6764 |
| 9/03/02 | 11.53 | West Publishing-TP,Database Usage 9.02 |
| 9/05/02 | 181.58 | West Publishing-TP,Database Usage 9.02 |
| 9/06/02 | 30.00 | GEORGE WASHINGTON UNIVERSITY - Information Broker Doc/Svcs - 8/23/2002 |
| 9/06/02 | 117.74 | West Publishing-TP,Database Usage 9.02 |
| 9/09/02 | 168.92 | West Publishing-TP,Database Usage 9.02 |
| 9/10/02 | 88.69 | West Publishing-TP,Database Usage 9.02 |
| 9/11/02 | 23.21 | West Publishing-TP,Database Usage 9.02 |
| 9/12/02 | 7.01 | West Publishing-TP,Database Usage 9.02 |
| 9/12/02 | 8.76 | West Publishing-TP,Database Usage 9.02 |
| 9/13/02 | 6.44 | West Publishing-TP,Database Usage 9.02 |
| 9/17/02 | 12.04 | West Publishing-TP,Database Usage 9.02 |
| 9/21/02 | .07 | West Publishing-TP,Database Usage 9.02 |
| 9/21/02 | 30.97 | West Publishing-TP,Database Usage 9.02 |
| 9/23/02 | 32.18 | West Publishing-TP,Database Usage 9.02 |
| 9/26/02 | 20.72 | West Publishing-TP,Database Usage 9.02 |
| 9/26/02 | 21.14 | West Publishing-TP,Database Usage 9.02 |
| 9/26/02 | 64.10 | Crown Coach - Overtime Transportation, Stephen L Ritchie, P.C. |
| 9/27/02 | 84.95 | West Publishing-TP,Database Usage 9.02 |
| 9/30/02 | 22.80 | West Publishing-TP,Database Usage 9.02 |
| 9/30/02 | 59.90 | West Publishing-TP,Database Usage 9.02 |
| 9/30/02 | 243.28 | West Publishing-TP,Database Usage 9.02 |

| Date | Amount | Description |
|------|-------:|-------------|
| 9/30/02 | 44.65 | West Publishing-TP,Database Usage  9.02 |
| 9/30/02 | 65.31 | CRABB,BA. - Prepare documents. |
| 10/01/02 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 10/01/02 | 6.44 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 10/01/02 | .83 | Telephone call to:  WILMINGTON,DE 302-652-4100 |
| 10/01/02 | 3.00 | Fax page charge to 302-652-5338 |
| 10/01/02 | 3.00 | Fax page charge to 561-362-1583 |
| 10/01/02 | 2.25 | Fax page charge to 561-362-1583 |
| 10/01/02 | 3.00 | Fax page charge to 410-531-4545 |
| 10/01/02 | 3.00 | Fax page charge to 561-362-1583 |
| 10/01/02 | 2.25 | Fax page charge to 302-652-5338 |
| 10/01/02 | 2.25 | Fax page charge to 954-967-8577 |
| 10/01/02 | 2.25 | Fax page charge to 302-656-8920 |
| 10/01/02 | 1.00 | Standard Copies |
| 10/01/02 | 2.30 | Standard Copies |
| 10/01/02 | 6.00 | Standard Copies |
| 10/01/02 | .10 | Standard Copies |
| 10/01/02 | 2.40 | Standard Copies |
| 10/01/02 | 9.79 | Fed Exp to: ,HOLLYWOOD,FL from:MAILROOM |
| 10/01/02 | 7.69 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 10/01/02 | 4.73 | LEXISNEXIS COURTLINK INC. - Computer Database Research, Courtlink database usage 9/2002 |
| 10/01/02 | 10.40 | Overtime Transportation, M. Coleman, 8/28/02 |
| 10/02/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 10/02/02 | 1.25 | Telephone call to:  SANFRNCSCO,CA 415-951-1120 |
| 10/02/02 | 11.02 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 10/02/02 | .83 | Fax phone charge to 410-531-4783 |
| 10/02/02 | 5.25 | Fax page charge to 410-531-4545 |
| 10/02/02 | 5.25 | Fax page charge to 410-531-4783 |
| 10/02/02 | 3.30 | Standard Copies |
| 10/02/02 | 3.10 | Standard Copies |
| 10/02/02 | .90 | Standard Copies |
| 10/02/02 | .30 | Standard Copies |
| 10/02/02 | 16.60 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/02/02 | 80.88 | GEPPETTO CATERING, INC. - Working Meals/K&E Only Lunch for all day meeting re client , J. Silverman. |
| 10/02/02 | 9.00 | Working Meals/K&E and Others Beverages |
| 10/03/02 | 4.50 | Fax page charge to 561-362-1583 |
| 10/03/02 | 1.50 | Fax page charge to 561-362-1583 |
| 10/03/02 | .20 | Standard Copies |
| 10/03/02 | 10.25 | Comet Messenger Services to:  MCD |
| 10/03/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 10/04/02 | .75 | Fax page charge to 212-868-1229 |
| 10/04/02 | .75 | Fax page charge to 305-374-7593 |
| 10/04/02 | .75 | Fax page charge to 303-312-7331 |
| 10/04/02 | .75 | Fax page charge to 202-429-3301 |
| 10/04/02 | .75 | Fax page charge to 973-645-4549 |
| 10/04/02 | .75 | Fax page charge to 212-735-2000 |
| 10/04/02 | 16.50 | Fax page charge to 773-248-2087 |
| 10/04/02 | 16.50 | Fax page charge to 828-898-5361 |
| 10/04/02 | 16.50 | Fax page charge to 410-531-4545 |
| 10/04/02 | 16.50 | Fax page charge to 561-362-1583 |
| 10/04/02 | .75 | Fax page charge to 212-715-8000 |
| 10/04/02 | .75 | Fax page charge to 212-806-6006 |
| 10/04/02 | 134.80 | Standard Copies |
| 10/04/02 | .80 | Standard Copies |
| 10/04/02 | 4.60 | Standard Copies |
| 10/04/02 | 1.00 | Standard Copies |
| 10/04/02 | 1.60 | Standard Copies |
| 10/04/02 | 21.40 | Standard Copies |
| 10/04/02 | 6.90 | Standard Copies |
| 10/04/02 | 20.00 | Standard Copies |
| 10/04/02 | .30 | Standard Copies |
| 10/04/02 | 1.80 | Standard Copies |
| 10/04/02 | 5.25 | Binding |
| 10/04/02 | 3.80 | Tabs/Indexes/Dividers |
| 10/04/02 | 5.50 | Comet Messenger Services to:  MCD |
| 10/05/02 | 30.00 | Fax page charge to 011-442072406040 |
| 10/05/02 | 12.00 | Overtime Meals    CRABB,BARBARA L |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 10/05/02 | 307.89 | CRABB,BA. - Prepare documents. |
| 10/06/02 | 17.25 | Fax page charge to 011-442072406040 |
| 10/06/02 | 17.25 | Fax page charge to 828-898-5361 |
| 10/07/02 | 17.25 | Fax page charge to 410-531-4545 |
| 10/07/02 | 3.75 | Fax page charge to 410-531-4783 |
| 10/07/02 | 1.50 | Fax page charge to 954-967-8577 |
| 10/07/02 | 1.50 | Fax page charge to 302-656-8920 |
| 10/07/02 | 6.00 | JANET BAER - OT Trans. 10/3/02 |
| 10/08/02 | 2.25 | Fax page charge to 561-362-1583 |
| 10/08/02 | 1.50 | Fax page charge to 410-531-4783 |
| 10/08/02 | 1.50 | Fax page charge to 410-531-4604 |
| 10/08/02 | 1.50 | Fax page charge to 973-256-8556 |
| 10/08/02 | 99.82 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 7.21 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 7.21 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 1.05 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 2.80 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 49.14 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 5.67 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous bankruptcy websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 496.02 | PACER SERVICE CENTER - Computer Database Research, Document retrieval on Court websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 117.53 | PACER SERVICE CENTER - Computer Database Research, Document retrieval on Court websites, 7/1/02 to 9/30/02 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 10/08/02 | 93.73 | PACER SERVICE CENTER - Computer Database Research, Document retrieval on Court websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 13.30 | PACER SERVICE CENTER - Computer Database Research, Document retrieval on Court websites, 7/1/02 to 9/30/02 |
| 10/08/02 | 485.03 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 7/1/02 to 9/30/02 |
| 10/08/02 | 16.66 | PACER SERVICE CENTER - Computer Database Research, Pacer Service Center Usage 7/1/02 to 9/30/02 |
| 10/09/02 | 3.00 | Fax page charge to 410-531-4545 |
| 10/09/02 | 37.32 | CRABB,BA. - Prepare documents. |
| 10/10/02 | 5.20 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 10/10/02 | 1.87 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 10/10/02 | .62 | Telephone call to:  WASHINGTON,DC 202-862-8852 |
| 10/10/02 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 10/10/02 | 3.12 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/10/02 | .62 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/10/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4362 |
| 10/10/02 | 1.87 | Telephone call to:  STATE OF,DE 302-778-6401 |
| 10/10/02 | 1.25 | Fax phone charge to 302-652-4400 |
| 10/10/02 | 1.04 | Fax phone charge to 302-656-2145 |
| 10/10/02 | 3.00 | Fax page charge to 212-583-5707 |
| 10/10/02 | 3.00 | Fax page charge to 302-652-4400 |
| 10/10/02 | 3.00 | Fax page charge to 302-652-4400 |
| 10/10/02 | 9.75 | Fax page charge to 302-652-4400 |
| 10/10/02 | 3.00 | Fax page charge to 561-362-1323 |
| 10/10/02 | 3.00 | Fax page charge to 302-656-2145 |
| 10/10/02 | 3.00 | Fax page charge to 212-583-5707 |
| 10/10/02 | 3.00 | Fax page charge to 561-362-1323 |
| 10/10/02 | 3.00 | Fax page charge to 302-652-4400 |
| 10/10/02 | 3.00 | Fax page charge to 302-656-2145 |
| 10/10/02 | 9.75 | Fax page charge to 302-656-2145 |
| 10/11/02 | 1.45 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/11/02 | 1.45 | Telephone call to:  CENTRAL,NC 828-898-8565 |
| 10/11/02 | 2.29 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/11/02 | 3.12 | Telephone call to:  WILMINGTON,DE 302-888-6258 |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 10/11/02 | .62 | Telephone call to:  WASHINGTON,DC 202-862-8852 |
| 10/11/02 | .62 | Telephone call to:  WASHINGTON,DC 202-862-8852 |
| 10/11/02 | 3.53 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/11/02 | 3.53 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/11/02 | .75 | Fax page charge to 302-652-4400 |
| 10/11/02 | 2.25 | Fax page charge to 561-362-1323 |
| 10/11/02 | 3.00 | Fax page charge to 202-429-3301 |
| 10/11/02 | 2.10 | Standard Copies |
| 10/14/02 | .83 | Telephone call to:  ARARAT,VA 703-251-1819 |
| 10/14/02 | .62 | Telephone call to:  DALLAS,TX 214-698-3868 |
| 10/14/02 | .83 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 10/14/02 | 1.04 | Telephone call to:  PHILADELPH,PA 215-772-7330 |
| 10/15/02 | .83 | Telephone call to:  WASHINGTON,DC 202-862-8852 |
| 10/15/02 | 1.87 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/15/02 | .83 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/15/02 | 2.08 | Telephone call to:  WASHINGTON,DC 202-862-8852 |
| 10/15/02 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 10/15/02 | 1.25 | Fax phone charge to 410-531-4783 |
| 10/15/02 | 1.25 | Fax phone charge to 561-362-1323 |
| 10/15/02 | .75 | Fax page charge to 561-362-1323 |
| 10/15/02 | .75 | Fax page charge to 410-531-4783 |
| 10/15/02 | 13.50 | Fax page charge to 410-531-4783 |
| 10/15/02 | 13.50 | Fax page charge to 561-362-1323 |
| 10/15/02 | .15 | Scanned Images |
| 10/15/02 | 14.00 | JAMES W KAPP - Overtime Transportation, 10/7/02 |
| 10/15/02 | 15.00 | CHRISTIAN J. LANE - Overtime Transportation, 10/14/02 |
| 10/16/02 | 1.25 | Telephone call to:  EASTERN,MD 443-535-8439 |
| 10/16/02 | 9.56 | Telephone call to:  EASTERN,MD 443-535-8439 |
| 10/16/02 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 10/16/02 | 1.40 | Standard Copies |
| 10/16/02 | 3.60 | Standard Copies |
| 10/17/02 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 10/17/02 | .83 | Telephone call to:  GRAND RPDS,MI 616-831-1700 |
| 10/17/02 | .62 | Telephone call to:  BALTIMORE,MD 410-659-3944 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 10/17/02 | .80 | Standard Copies |
| 10/18/02 | .62 | Telephone call to:  NEWYORKCTY,NY 212-735-2882 |
| 10/18/02 | .83 | Fax phone charge to 813-286-9255 |
| 10/18/02 | 1.04 | Fax phone charge to 813-286-9255 |
| 10/18/02 | 9.75 | Fax page charge to 813-286-9255 |
| 10/18/02 | 9.00 | Fax page charge to 813-286-9255 |
| 10/18/02 | 6.00 | Standard Copies |
| 10/18/02 | 17.00 | Standard Copies |
| 10/18/02 | 12.30 | Standard Copies |
| 10/18/02 | 1.00 | Standard Copies |
| 10/18/02 | 19.80 | Standard Copies |
| 10/18/02 | .10 | Standard Copies |
| 10/18/02 | 1.20 | Standard Copies |
| 10/18/02 | 21.95 | Comet Messenger Services to:  SVEN NYLEN |
| 10/20/02 | .50 | Standard Copies |
| 10/21/02 | 1.04 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/21/02 | 11.43 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 10/21/02 | 3.74 | Telephone call to:  COLUMBIA,MD 410-531-4354 |
| 10/21/02 | 4.50 | Fax page charge to 813-286-9255 |
| 10/21/02 | 3.40 | Standard Copies |
| 10/21/02 | 1.20 | Standard Copies |
| 10/21/02 | 13.10 | Standard Copies |
| 10/21/02 | 1.20 | Standard Copies |
| 10/21/02 | .40 | Standard Copies |
| 10/21/02 | 3.00 | Scanned Images |
| 10/21/02 | .90 | Scanned Images |
| 10/21/02 | 3.00 | Scanned Images |
| 10/21/02 | .90 | Scanned Images |
| 10/22/02 | 1.50 | Fax page charge to 410-531-4545 |
| 10/22/02 | 1.50 | Fax page charge to 410-531-4783 |
| 10/22/02 | 1.50 | Fax page charge to 412-288-3063 |
| 10/22/02 | 1.50 | Fax page charge to 561-362-1583 |
| 10/22/02 | 2.25 | Fax page charge to 561-362-1323 |
| 10/22/02 | 2.25 | Fax page charge to 410-531-4783 |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/22/02 | 5.00 | Standard Copies |
| 10/22/02 | 14.20 | Standard Copies |
| 10/22/02 | 2.60 | Standard Copies |
| 10/22/02 | 4.40 | Standard Copies |
| 10/23/02 | 1.60 | Standard Copies |
| 10/23/02 | 3.50 | Standard Copies |
| 10/23/02 | 1.10 | Standard Copies |
| 10/23/02 | 4.80 | Standard Copies |
| 10/23/02 | .45 | Scanned Images |
| 10/23/02 | 1.05 | Scanned Images |
| 10/23/02 | .45 | Scanned Images |
| 10/23/02 | 1.05 | Scanned Images |
| 10/24/02 | 1.50 | Fax page charge to 410-531-4414 |
| 10/24/02 | 4.50 | Fax page charge to 410-531-4783 |
| 10/24/02 | 4.50 | Fax page charge to 410-531-4783 |
| 10/24/02 | 26.10 | Standard Copies |
| 10/24/02 | 1.50 | Standard Copies |
| 10/24/02 | 1.80 | Standard Copies |
| 10/24/02 | 17.20 | Standard Copies |
| 10/25/02 | .62 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/25/02 | .10 | Standard Copies |
| 10/25/02 | 6.60 | Standard Copies |
| 10/28/02 | 1.25 | Fax phone charge to 561-362-1970 |
| 10/28/02 | 1.25 | Fax phone charge to 302-652-5338 |
| 10/28/02 | 2.25 | Fax page charge to 410-531-4783 |
| 10/28/02 | 15.75 | Fax page charge to 561-362-1970 |
| 10/28/02 | 15.00 | Fax page charge to 302-652-5338 |
| 10/28/02 | 1.70 | Standard Copies |
| 10/28/02 | 2.00 | Standard Copies |
| 10/28/02 | 2.70 | Standard Copies |
| 10/28/02 | 2.00 | Standard Copies |
| 10/30/02 | 1.50 | Fax page charge to 561-362-1583 |