IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2002 AT 10:00 A.M.

## CONTINUED MATTERS

1. Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Response Deadline:** Extended until December 23, 2002 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** The parties respectfully request that this matter be continued to January 27, 2003 at 12:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## UNCONTESTED MATTERS

2.  Debtors' Motion for Authority to Amend Agreement for Sale of Real Property (Docket No. 2963)

    **Related Documents:**

    a.  [Proposed] Order Approving Debtors' Motion for Authority to Amend Agreement for Sale of Real Property (Docket No. 2963)

    b.  Certification of No Objection Regarding Docket No. 2963 (Docket No. TBD)

    **Response Deadline:** November 29, 2002 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

3.  Motion to Amend the Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business (Docket No. 2964)

    **Related Documents:**

    a.  [Proposed] Amended Order Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business (Docket No. 2964)

    b.  Certification of No Objection Regarding Docket No. 2964 (Docket No. TBD)

    **Response Deadline:** November 29, 2002 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

4.  Debtors' Motion for Order Approving Settlement of Litigation and Claim (Docket No. 3096)

    **Related Documents:**

    a.  [Proposed] Order Approving Settlement of Litigation and Claim (Docket No. 3096)

    **Response Deadline:** December 12, 2002 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

## CONTESTED MATTERS

5. Debtors' Motion to Direct the State Court to Honor the Preliminary Injunction (Adv. Pro No. 01-771, Docket No. 138)

    **Related Documents:**

    a.  [Proposed] Order Directing the State Court to Honor the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 138)

    **Response Deadline:** November 8, 2002 at 4:00 p.m.

    **Responses Received:**

    a.  Objection by Edythe Kellogg to the Debtors' Motion to Direct the State Court to Honor the Preliminary Objection (Adv. Pro. No. 01-771, Docket No. 142)

    b.  Debtors' Reply to the Objection by Edythe Kellogg to the Debtors' Motion to Direct the State Court to Honor the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 144)

    **Status:** At the direction of the Court, this matter was continued from the November omnibus hearing. This matter is expected to be resolved in conjunction with matter 4 above.

6. Debtors' Motion to Further Extend the Preliminary Injunction as it Applies to the Robert Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

    **Related Documents:**

    a.  [Proposed] Order to Further Extend the Preliminary Injunction as it Applies to the Robert Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

    **Response Deadline:** November 29, 2002 at 4:00 p.m.

    **Responses Received:**

    a.  Robert H. Locke's Opposition to Debtors' Motion to Further Extend the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 145)

    b.  Debtors' Reply to Robert H. Locke's Opposition to the Debtors' Motion to Further Extend the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 147)

    **Status:** This matter will be going forward.

**STATUS**

7. Rescheduling of the June 2003 Omnibus Hearing.

Dated: December 9, 2002

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession