# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20021119
November 19, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of October, 2002.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>  1.30 hours @ $ 400 per hour | $     520.00 |
| James E. Hass<br>17.10 hours @ $ 400 per hour | 6,840.00 |
| Paul J. Silvern<br>12.40 hours @ $ 350 per hour | 4,340.00 |
| Robert H. Sims<br> 0.80 hours @ $ 300 per hour | 240.00 |
| TOTAL FEES: | $ 11,940.00 |

**EXPENSES** (Receipt copies attached.)

| | |
|---|---:|
| Courier | $     100.09 |
| **TOTAL FEES & EXPENSES:** | **$ 12,040.09** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace).  For the month of October, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | Robert H. Sims | |
|---|---|---|---|---|---|
| 10/01/2002 | | | | | |
| 10/02/2002 | | | 1.40 | | |
| 10/03/2002 | | 3.80 | | | |
| 10/04/2002 | | | | | |
| 10/05/2002 | | | | | |
| 10/06/2002 | | | | | |
| 10/07/2002 | | | | | |
| 10/08/2002 | | | | | |
| 10/09/2002 | | 5.50 | | | |
| 10/10/2002 | | 0.90 | 1.00 | | |
| 10/11/2002 | 0.80 | | 0.80 | 0.80 | |
| 10/12/2002 | | | | | |
| 10/13/2002 | | | | | |
| 10/14/2002 | | | 1.20 | | |
| 10/15/2002 | | | | | |
| 10/16/2002 | | | 2.00 | | |
| 10/17/2002 | | 0.6 | | | |
| 10/18/2002 | | | | | |
| 10/19/2002 | | | | | |
| 10/20/2002 | | | | | |
| 10/21/2002 | | | | | |
| 10/22/2002 | | 2.50 | 0.20 | | |
| 10/23/2002 | | | 2.50 | | |
| 10/24/2002 | 0.50 | | 2.50 | | |
| 10/25/2002 | | | | | |
| 10/26/2002 | | | | | |
| 10/27/2002 | | | | | |
| 10/28/2002 | | | | | |
| 10/29/2002 | | 3.80 | | | |
| 10/30/2002 | | | | | |
| 10/31/2002 | | | 0.80 | | Total Hours |
| Hours | 1.30 | 17.10 | 12.40 | 0.80 | 31.60 |
| Rate | $400 | $400 | $350 | $300 | Total Fees |
| | $520.00 | $6,840.00 | $4,340.00 | $240.00 | $11,940.00 |

OCTOBER 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Claims Analysis and Valuation (Asbestos)</u> |
| 10/11/02 | 0.8 | Discuss Notice Program study with Paul J. Silvern and Robert H. Sims. |
| 10/24/02 | <u>0.5</u> | Talk with Paul J. Silvern re Committee call, analysis of Notice Program methodology. |
| TOTAL: | 1.3 | |

OCTOBER 2002, TIME LOG OF JAMES E. HASS (JEH)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 10/03/02 | 3.8 | Read <u>Cybergenics</u> opinion and order to show cause. |
| 10/09/02 | 5.5 | Read motions from Sealed Air, PI and PD. |
| 10/10/02 | 0.9 | P.D. Committee weekly conference call. |
| 10/17/02 | 0.6 | P.D. Committee weekly conference call. |
| 10/22/02 | 2.5 | Read court filings on <u>Cybergenics</u> issues. |
| 10/31/02 | 0.6 | P.D. Committee weekly conference call. |
| | 3.2 | Read case order and opinion on trial date. |
| TOTAL | 17.1 | |

OCTOBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 10/03/02 | 0.5 | Review Judge Wolin's order and correspondence re: Fraudulent Transfer litigation case management. |
| | 0.9 | Participate in Property Damage (PD) committee call re: case status. |
| 10/10/02 | 0.9 | Participate in PD committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz (FFR)re: PD committee call. |
| 10/14/02 | 0.2 | Review motions re: options for proceeding with the Fraudulent Transfer litigation in light of Third Circuit's decision in re: *Cybergenics*. |
| 10/22/02 | 0.2 | Review Zononlite science trial order and omnibus hearing agenda. |
| 10/31/02 | 0.4 | Participate in PD committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz (FFR)re: PD committee call. |
| | <u>0.2</u> | Phone call with James E. Hass re: PD committee call. |
| SUBTOTAL | 3.5 | Case Administration |
| | | <u>Claims Analysis and Valuation (Asbestos)</u> |
| 10/11/02 | 0.8 | Conference call with FFR and Robert H. Sims re: analysis of Grace property damage notice program. |
| 10/14/02 | 1.0 | Work on Notice Program analysis proposal for Property Damage Committee. |
| 10/16/02 | 2.0 | Work on Notice Program analysis proposal. |
| 10/23/02 | 0.5 | Phone call with Jay Sakalo re: Notice Program. |
| | 2.0 | Work on Notice Program analysis proposal. |

OCTOBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)(cont'd)

| DATE | TIME | TASK |
|---|---|---|
| 10/24/02 | 2.0 | Work on Notice Program analysis proposal. |
|  | 0.5 | Talk with Francine F. Rabinovitz re Committee call, analysis of Notice Program methodology. |
| SUBTOTAL | 8.8 | Claims Analysis and Valuation (Asbestos) |

Compensation of Professionals

| | | |
|---|---|---|
| 10/31/02 | 0.1 | Respond to e-mail question from Fee Auditor re: 5th Application. |
| SUBTOTAL | 0.1 | Compensation of Professionals. |
| TOTAL | 12.4 | |

OCTOBER 2002, TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| | | Claims Analysis and Valuation (Asbestos) |
| 10/11/02 | 0.8 | Discuss Notice Program study with FFR & PJS. |
| TOTAL: | 0.8 | |