**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al*., | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Steven K. Kortanek, hereby certify on this 10th day of December, 2002, that I caused to be served a copy of the forgoing upon the parties on the attached service list via First Class U.S. Mail.

          /s/ Steven K. Kortanek
Steven K. Kortanek (#3106)

Laura Davis Jones, Esq.
Scotta McFarland, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19801

David Bernick, Esq.
Janet Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60606

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz
1220 Market Street, 8th Floor
Wilmington, DE 19801

Kevin Gross, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Stuart M. Brown, Esq.
Buchanan Ingersoll Professional Corporation
1201 Market Street, Suite 1501
Wilmington, DE 19801

Kathleen Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

Ja1yne Jarnigan Robertson, Esq.
Jayne Jarnigan Robertson, PC
825 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73112

Richard M. Healy
Kline & Kline, PC
Kline Law Building
720 NE 63rd Street
Oklahoma City, OK 73105

Robert S. Hertzberg, Esq.
Michael I. Zousmer, Esq.
Hertz, Schram & Saretsky,, PC
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302

Alice Graham Smolker, Esq.
Gary S. Smolker, Esq.
Smolker & Graham
4720 Lincoln Boulevard, Suite 280
Marina Del Rey, CA 90292

David K. Foust
Assistant Attorney General
3030 West Grand Boulevard
Dept. 10-200
Detroit, MI 48202

Thomas A. Kulick
1 Michigan Avenue, Suite 300
Lansing, MI 48909

David C. Casey, Esq.
Siobhan E. Mem, Esq.
Mary DeNevi, Esq.
Rheba Rutkowski, Esq.
Bingham & Dana, LLP
150 Federal Street
Boston, MA 02110

Elizabeth M. DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer
& Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-1875

Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

Sherry Ruggiero Fallon, Esq.
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

Bruce E. Jameson, Esq.
Prickett, Jones & Elliot
1310 King Street
Wilmington, DE 19801

William B. Baggett, Esq.
Baggett, McCall, Burgess & Watson, PC
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70606-7820

William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue
Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE  19899

Anthony S. Petru, Esq.
Hildebrand, McLeod & Nelson, Inc.
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA  94612

Rheba Rutkowski, Esq.
Bingham Dana LLP
150 Federal Street
Boston, Massachusetts 02110

Stuart M. Brown, Esq
Buchanan Ingersoll, P.C.
1201 Market Street, Suite 1501
Wilmington, DE  19801

Robert Hertzberg, Esq.
Michael Zousmer, Esq.
Hertz, Schram & Saretsky
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI  48302

David Foust, Esq.
Thomas A. Kulick, Esq.
Assistant Attorneys General
1200 Sixth Street, Suite 1500
Detroit, MI  48226

Scott McMillin, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Gerald B. Murphy, Esq.
Gary Fagan, Esq.
Moulton, Bellingham, Longo & Mather, P.C.
Suite 1900 Sheraton Plaza
P.O. Box 2559
Billings, Montana  59103-2559

Scott D. Cousins, Esq.
William Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801

William Sudell, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347

Scott Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

Lewis T. LeClair, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
36th Floor
New York, New York 10022

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005