IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al*., | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE
## OF DANIEL C. COHN

Steven K. Kortanek, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Daniel C. Cohn (the "Admittee") to act as counsel to Carol Gerard, et al.; Alfred Pennock, et al.; and Billie Schull, et al., (the "Libby Mine Claimants"). The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of Massachusetts and is admitted to practice before the United State Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts.

Dated: December 10, 2002        KLEHR, HARRISON, HARVEY,
                                BRANZBURG & ELLERS LLP

                                By: /s/ Steven K. Kortanek
                                    Steven K. Kortanek (#3106)
                                    919 Market Street, Suite 1000
                                    Wilmington, DE 19801-3062
                                    Telephone: (302) 426-1189
                                    Facsimile: (302) 426-9193
                                    E-mail: skortanek@klehr.com

                                Counsel for the Libby Mine Claimants

**DEL1: 46970-1**

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired a copy of the Local Rules of this Court and is generally familiar with such Rules.

Daniel C. Cohn
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Motion granted.
BY THE COURT:

Date: _____, 2002

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DEL1 46970v1