## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., _et al._, | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) (Jointly Administered) |

### MOTION FOR ADMISSION PRO HAC VICE
### OF DAVID B. MADOFF

Steven K. Kortanek, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of David B. Madoff (the "Admittee") to act as counsel to Carol Gerard, et al.; Alfred Pennock, et al.; and Billie Schull, et al., (the "Libby Mine Claimants"). The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of Massachusetts and the Bar of the State of New York and is admitted to practice before the Southern District of New York, and the United States Court of Appeals for the First and Third Circuits, and the United States District Court for the District of Massachusetts.

Dated: December 10, 2002

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: /s/ Steven K. Kortanek
Steven K. Kortanek (#3106)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
E-mail: skortanek@klehr.com

Counsel for the Libby Mine Claimants

DEL1: 46969-1

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

David B. Madoff
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Motion granted.
BY THE COURT:

Date: December 10, 2002

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DEL1 46969v1