IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al*., ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of Carol Gerard, et al.; Alfred Pennock, et al.; and Billie Schull, et al., (the "Libby Mine Claimants"), and such counsel hereby requests, pursuant to Bankruptcy Rule 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned counsel at the following addresses and facsimile numbers:

| | |
|---|---|
| David B. Madoff, Esquire | Steven K. Kortanek, Esq. |
| Daniel C. Cohn, Esquire | Klehr, Harrison, Harvey, Branzburg & Ellers, LLP |
| Cohn Khoury Madoff & Whitesell LLP | 919 Market Street, Suite 1000 |
| 101 Arch Street | Wilmington, DE 19801 |
| Boston, MA 02110 | Telephone: (302) 426-1189 |
| Telephone: (617) 951-2505 | Facsimile: (302) 426-9193 |
| Facsimile:  (617) 951-0679 | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronic, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

DEL1: 46973-1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Certain Personal Injury Claimants' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Wilmington, Delaware
December 10, 2002

                                              KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

                                              By:       /s/ Steven K. Kortanek
                                                         Steven K. Kortanek (#3106)
                                                         919 Market Street, Suite 1000
                                                         Wilmington, Delaware 19801
                                                         Telephone: (302) 426-1189
                                                         Facsimile: (302) 426-9193
                                                         E-mail: skortanek@klehr.com

                                              Co-Counsel for the Libby Mine Claimants

DEL1: 46973-1