IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No.  01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH  OCTOBER 31, 2002)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $46,633.50): | $37,306.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     256.76 |

This is an: _X___ interim _____ final application

The total time expended for fee application preparation and fee audit activities is approximately 39.3 hours and corresponding compensation requested is approximately $9,946.00 (80% of the fees incurred of $12,432.50). The time expended included approximately 21.5 hours spent on preparation of the eighteenth and nineteenth monthly interim fee applications as well as the sixth quarterly fee application and approximately 17.8 hours preparing our response to the fee auditor's report on the fifth quarterly fee application.

This is the Nineteenth application filed. Disclosure for prior periods and current period is as follows:

SSL-DOCS1 1283053v1

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |

SSL-DOCS1 1283053v1

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH  OCTOBER 31, 2002)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 2.2 | $1,210.00 |
| S. Cunningham | $525 | 18.4 | $9,660.00 |
| C. Whitney | $375 | 0.5 | $187.50 |
| L. Hamilton | $350 | 87.8 | $30,730.00 |
| J. Schwendeman | $325 | 6.0 | $1,950.00 |
| S. Bellazain | $215 | 3.4 | $731.00 |
| M. DeSalvio | $175 | 5.0 | $875.00 |
| N. Backer | $ 75 | 17.2 | $1,290.00 |
| | | | |
| Grand Total: | | 140.5 | $46,633.50 |
| Blended Rate: | $332 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 4.6 | $1,887.50 |
| 3 | Corporate Finance | 20.2 | $8,060.00 |
| 4 | Data Analysis | 58.8 | $21,153.50 |
| 8 | Case Administration | 12.4 | $1,012.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 5.2 | $2,087.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.0 |
| 16 | Fee Applications, Applicant | 39.3 | $12,432.50 |
| | | | |
| | Total | 140.5 | $46,633.50 |

4

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $207.60 |
| Facsimiles | $43.00 |
| Telecommunications | $0.00 |
| Postage, Express Delivery | $6.16 |
| Travel Expenses | $0.00 |
| | |
| Total | $256.76 |

5

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH  OCTOBER 31, 2002)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 2.2 | $1,210.00 |
| S. Cunningham | $525 | 18.4 | $9,660.00 |
| C. Whitney | $375 | 0.5 | $187.50 |
| L. Hamilton | $350 | 87.8 | $30,730.00 |
| J. Schwendeman | $325 | 6.0 | $1,950.00 |
| S. Bellazain | $215 | 3.4 | $731.00 |
| M. DeSalvio | $175 | 5.0 | $875.00 |
| N. Backer | $ 75 | 17.2 | $1,290.00 |
|  |  |  |  |
| Grand Total: |  | 140.5 | $46,633.50 |
| Blended Rate: | $332 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 4.6 | $1,887.50 |
| 3 | Corporate Finance | 20.2 | $8,060.00 |
| 4 | Data Analysis | 58.8 | $21,153.50 |
| 8 | Case Administration | 12.4 | $1,012.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 5.2 | $2,087.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.0 |
| 16 | Fee Applications, Applicant | 39.3 | $12,432.50 |
|  |  |  |  |
|  | Total | 140.5 | $46,633.50 |

4

NINETEENTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $207.60 |
| Facsimiles | $43.00 |
| Telecommunications | $0.00 |
| Postage, Express Delivery | $6.16 |
| Travel Expenses | $0.00 |
| | |
| Total | $256.76 |

5

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period October 1, 2002 through October 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 2.2 | $ 550 | $ 1,210.00 |
| S. Cunningham | 18.4 | $ 525 | 9,660.00 |
| C. Whitney | 0.5 | $ 375 | 187.50 |
| L. Hamilton | 87.8 | $ 350 | 30,730.00 |
| J. Schwendeman | 6.0 | $ 325 | 1,950.00 |
| S. Bellazain | 3.4 | $ 215 | 731.00 |
| M. DeSalvio | 5.0 | $ 175 | 875.00 |
| N. Backer | 17.2 | $ 75 | 1,290.00 |
| TOTAL | 140.5 | | $ 46,633.50 |

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
### For the period October 1, 2002 through October 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | 1,210.00 | E. Ordway | | $ 330.00 | $ 220.00 | $ 330.00 | $ - | $ - | $ 110.00 | $ - | $ 220.00 | $ 1,210.00 |
| $ 525 | 9,660.00 | S. Cunningham | | 472.50 | 2,730.00 | 5,775.00 | - | - | 682.50 | - | - | 9,660.00 |
| $ 375 | 187.50 | C. Whitney | | - | - | 187.50 | - | - | - | - | - | 187.50 |
| $ 350 | 30,730.00 | L. Hamilton | | 1,085.00 | 5,110.00 | 11,305.00 | 105.00 | - | 1,295.00 | - | 11,830.00 | 30,730.00 |
| $ 325 | 1,950.00 | J. Schwendeman | | - | - | 1,950.00 | - | - | - | - | - | 1,950.00 |
| $ 215 | 731.00 | S. Bellizzain | | - | - | 731.00 | - | - | - | - | - | 731.00 |
| $ 175 | 875.00 | M. DeSalvo | | - | - | 875.00 | - | - | - | - | - | 875.00 |
| $ 75 | 1,290.00 | N. Backer | | - | - | - | 907.50 | - | - | - | 382.50 | 1,290.00 |
| | 46,653.50 | Totals | | $ 1,887.50 | $ 8,060.00 | $ 21,153.50 | $ 1,012.50 | $ - | $ 2,087.50 | $ - | $ 12,432.50 | $ 46,653.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period October 1, 2002 through October 31, 2002

| Rate | Fees Per Professional | | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 1,210.00 | E. Ordway | | | 0.6 | 0.4 | 0.6 | 0.0 | 0.0 | 0.2 | 0.0 | 0.4 | 2.2 |
| $ 525 | $ 9,660.00 | S. Cunningham | | | 0.9 | 5.2 | 11.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 18.4 |
| $ 375 | $ 187.50 | C. Whitney | | | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| $ 350 | $ 30,730.00 | L. Hamilton | | | 3.1 | 14.6 | 32.3 | 0.3 | 0.0 | 3.7 | 0.0 | 33.8 | 87.8 |
| $ 325 | $ 1,950.00 | J. Schwendeman | | | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 215 | $ 731.00 | S. Bellnzain | | | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.4 |
| $ 175 | $ 875.00 | M. DeSalvio | | | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 75 | $ 1,290.00 | N. Backer | | | 0.0 | 0.0 | 0.0 | 12.1 | 0.0 | 0.0 | 0.0 | 5.1 | 17.2 |
| | $ 46,633.50 | Totals | | | 4.6 | 20.2 | 58.8 | 12.4 | 0.0 | 5.2 | 0.0 | 39.3 | 140.5 |

Invoice

W.R. GRACE & CO. ET. AL.*
Summary Descriptions of Tasks by Category*
For the period October 1, 2002 through October 31, 2002

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 4.6 | During the Fee Period we read and analyzed the Debtors' August financial statements and prepared reports thereon for distribution to the Committee. |
| Corporate Finance | 3 | 20.2 | During the Fee Period we read and analyzed information concerning the proposed acquisition, "Middy." We prepared a report summarizing the transaction for the Committee. |
| Data Analysis | 4 | 58.8 | During the Fee Period we read and analyzed information and prepared reports for the Committee concerning the COLI tax issue. We read and analyzed the amendments to the Norris contract, researched executive compensation at similar companies and prepared summary reports thereon. We also read and analyzed information regarding the potential appointment of a U.S. Trustee with respect to the fraudulent conveyance proceedings. |
| Case Administration | 8 | 12.4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | During the Fee Period no services were provided in this category. |
| Creditors Committee | 11 | 5.2 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including COLI, the Norris contract, the "Middy" acquisition, fraudulent conveyance motions and other items. |
| Employee Benefits/Pension | 12 | 0.0 | During the Fee Period no services were provided in this category. |
| Fee Applications, Applicant | 16 | 39.3 | During the Fee Period timekeeper Hamilton spent approximately 17.8 hours preparing and presenting information related to the Fee Auditor's reports, especially for the 5th Interim Period. In addition, timekeeper Hamilton spend approximately 6.7 hours preparing the September fee application, 8.1 hours preparing the Sixth Interim Period fee application (quarterly) and 1.2 hours preparing the October fee application. A paraprofessional spent approximately 5.1 hours assisting in preparation of the fee applications. |
| Total | | 140.5 | |

*These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

**Invoice**

W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Edwin N. Ordway, Jr.

For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Oct | 2 | Read and analyzed August financial statements and prepared list of items for staff to further investigate. | 0.6 |
| 18-Oct | 16 | Prepared fee application. | 0.2 |
| 25-Oct | 4 | Read and analyzed memorandums prepared by counsel regarding fraudulent conveyance action. | 0.4 |
| 25-Oct | 11 | Called chair to discuss case status and next steps. | 0.2 |
| 28-Oct | 3 | Read data regarding proposed acquisition. | 0.4 |
| 31-Oct | 16 | Prepared fee application. | 0.2 |
| 31-Oct | 4 | Prepared work plan for next several weeks. | 0.2 |
| | | **Total Hours** | 2.2 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 4 | Prepared analysis and information request related to COLI tax issues. | 1.6 |
| 1-Oct | 4 | Researched other COLI rulings and settlements. | 1.8 |
| 2-Oct | 2 | Read and analyzed monthly financial data received from Debtors. | 0.9 |
| 2-Oct | 4 | Discussed Norris contract with Blackstone. | 0.8 |
| 2-Oct | 4 | Prepared analysis of CEO compensation plans in support of Norris contract. | 1.9 |
| 3-Oct | 4 | Finalized CDG valuation analysis. | 1.5 |
| 4-Oct | 11 | Reviewed and discussed fraudulent conveyance motions with counsel. | 0.8 |
| 7-Oct | 4 | Read summary of status of case issues and discussed with case team members. | 0.2 |
| 9-Oct | 4 | Prepared for and participated in discussion with chair regarding COLI issue and Norris contract. | 1.1 |
| 16-Oct | 4 | Read and analyzed information regarding the potential appointment of a Trustee with respect to the fraudulent conveyance proceedings. | 1.1 |
| 18-Oct | 4 | Read and analyzed additional information regarding COLI issue. | 1.0 |
| 25-Oct | 3 | Read information and prepared analysis regarding Middy acquisition. | 2.2 |
| 28-Oct | 3 | Continued to prepare analysis of Middy acquisition. | 3.0 |
| 31-Oct | 11 | Discussed and reviewed fraudulent conveyance ruling regarding December hearing with Committee chair. | 0.5 |
| | | **Total Hours** | 18.4 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Oct | 4 | Prepared an engagement status update memo pertaining to outstanding issues. | 0.5 |
| | | **Total Hours** | 0.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 2 | Prepared distribution of August financial report to Committee. | 0.7 |
| 1-Oct | 11 | Discussed Norris contract and COLI issue with counsel. | 0.8 |
| 1-Oct | 4 | Prepared schedule and report summarizing Norris contract information. | 3.7 |
| 2-Oct | 4 | Continued to prepare schedule and report summarizing Norris contract information. | 2.9 |
| 2-Oct | 4 | Updated COLI issue report. | 3.2 |
| 3-Oct | 16 | Prepared cumulative schedules of fee information through the 5th interim period for Fee Auditor. | 5.2 |
| 3-Oct | 16 | Prepared response to Fee Auditor's report on the 5th interim period. | 2.5 |
| 4-Oct | 4 | Read and analyzed various news articles regarding Debtors' case. | 0.8 |
| 4-Oct | 4 | Read and analyzed various court docket items. | 0.6 |
| 7-Oct | 11 | Discussed upcoming hearing dates with counsel. | 0.2 |
| 7-Oct | 4 | Read and analyzed various news and research articles concerning the Debtors. | 2.3 |
| 7-Oct | 16 | Continued to prepare response to Fee Auditor's report on the 5th interim period. | 0.9 |
| 7-Oct | 16 | Prepared September fee application. | 0.6 |
| 8-Oct | 4 | Read and analyzed various news and research articles concerning the Debtors. | 2.1 |
| 8-Oct | 16 | Continued to prepare response to Fee Auditor's report on the 5th interim period. | 2.9 |
| 9-Oct | 2 | Read and analyzed selected financial statement data. | 2.4 |
| 9-Oct | 16 | Continued to prepare response to Fee Auditor's report on the 5th interim period. | 1.5 |
| 9-Oct | 11 | Prepared for and participated in discussion with Chair regarding COLI issue and Norris contract. | 1.1 |

| 10-Oct | 4 | Updated COLI issue report. | 2.6 |
| 10-Oct | 11 | Discussed COLI issue with counsel. | 0.4 |
| 10-Oct | 4 | Discussed COLI issue information request with Debtors and Blackstone. | 0.2 |
| 11-Oct | 4 | Updated COLI issue report. | 0.3 |
| 11-Oct | 16 | Discussed response to 5th interim period fee audit with case manager. | 0.3 |
| 11-Oct | 16 | Participated in conference call with Fee Auditor. | 0.5 |
| 15-Oct | 4 | Read and analyzed court docket items regarding COLI, Norris contract, and potential appointment of a Trustee with respect to the fraudulent conveyance proceedings. | 2.4 |
| 15-Oct | 4 | Prepared report summarizing the issues regarding the potential appointment of a Trustee with respect to the fraudulent conveyance proceedings. | 3.0 |
| 15-Oct | 4 | Read and analyzed documents forwarded by Blackstone regarding the COLI issue. | 2.2 |
| 17-Oct | 16 | Continued to prepare September fee application. | 3.3 |
| 17-Oct | 16 | Distributed response to 5th interim fee audit to Fee Auditor. | 0.2 |
| 18-Oct | 16 | Continued to prepare September fee application. | 1.2 |
| 18-Oct | 4 | Read and analyzed emails from counsel regarding the COLI issue. | 0.8 |
| 21-Oct | 16 | Continued to prepare September fee application. | 0.6 |
| 21-Oct | 11 | Discussed follow up on information requests regarding COLI issue with counsel. | 0.5 |
| 22-Oct | 4 | Read and analyzed Fresenius objection to Debtors' COLI motion. | 2.8 |
| 22-Oct | 16 | Continued to prepare September fee application. | 1.0 |
| 23-Oct | 16 | Prepared quarterly fee application. | 2.3 |
| 24-Oct | 16 | Reviewed spreadsheets from the Fee Auditor for accuracy. | 0.7 |
| 24-Oct | 16 | Continued to prepare quarterly fee application. | 2.0 |
| 25-Oct | 4 | Read and summarized judge's order regarding COLI. | 1.6 |
| 25-Oct | 11 | Researched and discussed amount of liabilities owed to creditors with counsel. | 0.4 |

| | | | |
|---|---|---|---|
| 25-Oct | 16 | Reconciled cumulative fees, expenses and payments to auditor's adjusted amounts. | 0.9 |
| 28-Oct | 3 | Read and analyzed Middy acquisition information prepared by Debtors. | 7.1 |
| 29-Oct | 16 | Continued to prepare quarterly fee application. | 0.9 |
| 29-Oct | 3 | Prepared report summarizing Middy acquisition. | 3.6 |
| 29-Oct | 11 | Discussed Middy acquisition with Chair. | 0.3 |
| 29-Oct | 16 | Prepared memo summarizing final audit results for the 1st, 2nd and 3rd interim periods. | 2.2 |
| 30-Oct | 3 | Read and analyzed additional information for Middy report. | 2.4 |
| 30-Oct | 16 | Continued to prepare quarterly fee application. | 2.7 |
| 30-Oct | 3 | Discussed Middy acquisition with Blackstone. | 0.4 |
| 30-Oct | 16 | Continued to prepare quarterly fee application. | 0.2 |
| 30-Oct | 3 | Updated Middy acquisition report. | 1.1 |
| 30-Oct | 8 | Updated BRS acquisition acknowledgement letter for counsel. | 0.3 |
| 30-Oct | 16 | Prepared schedules for October fee application. | 1.2 |
| 30-Oct | 4 | Read and analyzed recent court docket items. | 0.8 |
| | | **Total Hours** | 87.8 |

Invoice

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sheba Belazain
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Oct | 4 | Researched CEO compensation for similarly situated bankrupt companies. | 3.4 |
| | | **Total Hours** | 3.4 |

Invoice

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 24-Oct | 4 | Performed comparison of Debtors' chief executive employment plan compared to competitors and construction industry. | 6.0 |
| | | **Total Hours** | 6.0 |

**Invoice**

**W.R.GRACE & CO. ET AL.**
Professional Services Rendered by Moira DeSalvio
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Oct | 4 | Researched CEO compensation and expected value of option grants for Debtors and other similar companies (Federal Mogul, Owens-Corning, Babcock & Wilcox). | 2.4 |
| 2-Oct | 4 | Summarized and analyzed CEO compensation and option information compared to industry data. | 2.6 |
| | | **Total Hours** | 5.0 |

**Invoice**

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period October 1, 2002 through October 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 8 | Organized and distributed monthly operating results to Committee. | 1.0 |
| 2-Oct. | 8 | Organized and distributed monthly operating results to Committee. | 1.5 |
| 8-Oct | 8 | Updated court docket listing. | 2.0 |
| 9-Oct | 16 | Processed professional time descriptions for fee application. | 0.5 |
| 11-Oct | 16 | Processed professional time descriptions for fee application. | 0.3 |
| 14-Oct | 16 | Processed professional time descriptions for fee application. | 0.3 |
| 15-Oct | 8 | Downloaded and printed out dockets for team members. Updated database of latest court dockets filed. | 0.8 |
| 16-Oct | 8 | Downloaded and printed out dockets for team members. Updated database of latest court dockets filed. | 0.2 |
| 16-Oct | 16 | Processed professional time descriptions for fee application. | 0.9 |
| 17-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 17-Oct | 16 | Processed professional time descriptions for fee application. | 0.4 |
| 17-Oct | 8 | Filed documents and added them to database index. | 1.0 |
| 17-Oct | 16 | Processed professional time descriptions for fee application. | 0.5 |
| 18-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 18-Oct | 16 | Processed professional time descriptions for fee application. | 0.8 |
| 18-Oct | 16 | Processed professional time descriptions for fee application. | 0.4 |
| 18-Oct | 8 | Compiled FTI reports regarding operating performance. | 0.7 |
| 21-Oct | 16 | Summarized expenses for fee application. | 0.3 |
| 21-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 21-Oct | 8 | Compiled FTI reports to-date regarding acquisitions. | 1.3 |

| 23-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.2 |
|--------|----|-------------------------------------------------------------------|-----|
| 23-Oct | 8 | Finalized binder preparation. | 1.0 |
| 24-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 25-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 28-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.4 |
| 30-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.3 |
| 30-Oct | 16 | Read and edited sixth interim fee application. | 0.5 |
| 30-Oct | 16 | Prepared interim fee application for distribution. | 0.2 |
| 31-Oct | 8 | Updated database of latest court dockets filed and distributed to team member. | 0.2 |
| | | **Total Hours** | 17.2 |

**Invoice**

W.R. GRACE & CO. ET. AL.

Summary of Expenses by Type of Expense

For the period October 1, 2002 through October 31, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 207.60 |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | - |
| Facsimile | | 43.00 |
| Postage, Federal Express, Airborne | | 6.16 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| Total Expenses | $ | 256.76 |

**Invoice**

CE & CO. ET. AL.
nses by Type of Expense
1, 2002 through October 31, 2002

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,384 | pages @ $0.15/page: | $ | 207.60 |
| Facsimile Charges: | 43 | pages @ $1.00/page: | | 43.00 |
| Telephone Charges: | | | | - |
| Toll Charges: | Subscriptions and Online research fees | | | - |
| Postage, Federal Express: | Airborne | 4-Oct | | 6.16 |
| Transportation, lodging, tolls and parking: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 256.76 |